EXHIBIT K

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

†ALSO ADMITTED IN TEXAS

December 16, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:  *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
*Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
*Joseph H. Turner v. Crum & Forster Specialty Insurance Co., et al*
Claim No.    :    NJU00333825
Insured:    Pilgrim International
Our File No.  :    2.09-9854

## REGARDING PLAINTIFF: ROBERT SNYDER o/b/o S█████, G█████ S█████ 

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL. The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "◙". Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation.

1) Name (person completing form): ☐
2) Maiden or other names used or by which you have been known: ☐
3) Current Street Address: ☐
4) Home Telephone No.: ☐
5) Cell Phone No.: ☐
6) Work Telephone No: ☐
7) Other Telephone Nos.: ☐
8) Email address: ☐
9) State which individual or estate you are representing: ☐
10) Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11) Address (or last known address if deceased): ☐
12) Home Telephone No.: ☐
13) Cell Phone No.: ☐
14) Work Telephone No: ☐
15) Date and court appointed by if representative of another: ☐
16) What is your relationship to the deceased or represented person or person claimed to be injured? ◉
17) If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18) Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ☐
19) What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ◉
20) <u>Did you experience any</u> of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced. ◉
21) Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ◉
22) If yes, which kind of cancer? ◉
23) When do you claim this injury or disease first occurred? ◉
24) Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25) *If "Yes,"* when and who diagnosed the condition at that time? ◉
26) Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ◉
27) If *"Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ◉
28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◉
29) *If "Yes,"* for each provider; Contact Information, description of condition, medications:
30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◉
31) *If "Yes,"* state the amount of your claim: ◉
32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◉
33) State Driver's License Number and State Issuing License ◉

2

34) Date and Place of Birth:
35) Sex: Male or Female
36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded
37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:
38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties:
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home
40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:
41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
43) If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death.
46) Are you are claiming the wrongful death of a family member related to formaldehyde?
47) If "Yes," state the name of the deceased and fill out a separate form for the deceased.
48) Manufacturer of trailer or mobile home:
49) VIN:
50) FEMA Identification No.:
51) Bar Code Number on FEMA housing unit:
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?
53) Move-in Date:
54) Move-out Date
55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
56) Was the FEMA trailer or mobile home located in a trailer park or on private property?
57) State the reason you stopped living in the FEMA trailer or mobile home:
58) Please state the approximate square footage of the FEMA housing unit:
59) State the approximate length and width of the FEMA housing unit
60) Average number of hours spent in the FEMA trailer of mobile home each
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
62) Is/was the FEMA housing unit hooked up to a sewer line?
63) Is/was the FEMA housing unit hooked up to an electrical line?
64) Is/was the FEMA housing unit hooked up to natural gas line?
65) Is/was propane gas used in the FEMA housing unit?

3

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?
67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
68) Where did you temporarily live?
69) For what period of time did you temporarily live in another location?
70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?
71) If "Yes," please state when the test was performed and who prepared this testing:
72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
73) Date and reason for fumigation:
74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
75) If "Yes," please state the date and reason for repair, service or maintenance:
76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.
77) Height:
78) Current Weight:
79) Weight prior to living in a FEMA trailer or mobile home:
80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
82) Date on which smoking/tobacco use ended:
83) Amount smoked or used on average, per day, number of years:
84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
85) Amount currently smoked or used on average, per day, number of years:
86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:
87) Amount smoked or used on average, if you know, per day and number of years.
88) Smoker's relationship to you:
89) Whether the smoking occurred inside, outside or both.
90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
91) If yes, what was the date of birth?
92) Did your pregnancy terminate in a miscarriage or a stillborn child?
93) Have you ever suffered from lung or other respiratory disease?
94) If yes, provide name, date and description of each illness, disease or abnormal condition
95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)
96) If yes, provide name, date and description of each illness, disease or abnormal condition
97) Have you ever suffered from long-term stomach or bowel disease?
98) If yes, provide name, date and description of each illness, disease or abnormal condition
99) Have you ever suffered from skin disease?
100) If yes, provide name, date and description of each illness, disease or abnormal condition
101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?
102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations]**.

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional.

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home.

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable.

114) Report of autopsy of decedent, if applicable.

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations]**.

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations]**.

117) Identify your current family and/or primary care physician, including address and telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years.

5

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger, Roxanne Broussard or Heather Cheesbro on the 16th day of January, 2011, at 3:30 p.m. to hold our Rule 37.1 Conference. In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/HFC

Cc:  Lawrence J. Centola, Jr. *Via Fax (504) 525-1279*

6

# EXHIBIT L

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

December 16, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re: *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
*Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
*Joseph H. Turner v. Crum & Forster Specialty Insurance Co., et al*
Claim No.      :      NJU00333825
Insured:        Pilgrim International
Our File No.  :      2.09-9854

**REGARDING PLAINTIFF:** **ROBERT SNYDER o/b/o J**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL. The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "◘". Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation.

1) Name (person completing form): ☐
2) Maiden or other names used or by which you have been known: ☐
3) Current Street Address: ☐
4) Home Telephone No.: ☐
5) Cell Phone No.: ☐
6) Work Telephone No: ☐
7) Other Telephone Nos.: ☐
8) Email address: ☐
9) State which individual or estate you are representing: ☐
10) Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11) Address (or last known address if deceased): ☐
12) Home Telephone No.: ☐
13) Cell Phone No.: ☐
14) Work Telephone No: ☐
15) Date and court appointed by if representative of another: ☐
16) What is your relationship to the deceased or represented person or person claimed to be injured? ◉
17) If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18) Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ☐
19) What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ◉
20) Did you experience any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced. ◉
21) Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ◉
22) If yes, which kind of cancer? ◉
23) When do you claim this injury or disease first occurred? ◉
24) Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25) If "Yes," when and who diagnosed the condition at that time? ◉
26) Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ◉
27) If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ◉
28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◉
29) If "Yes," for each provider; Contact Information, description of condition, medications:
30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◉
31) If "Yes," state the amount of your claim: ◉
32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◉
33) State Driver's License Number and State Issuing License ◉

2

34) Date and Place of Birth:
35) Sex: Male or Female
36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded
37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:
38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties:
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home
40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:
41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
43) If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death.
46) Are you are claiming the wrongful death of a family member related to formaldehyde?
47) If "Yes," state the name of the deceased and fill out a separate form for the deceased.
48) Manufacturer of trailer or mobile home:
49) VIN:
50) FEMA Identification No.:
51) Bar Code Number on FEMA housing unit:
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?
53) Move-in Date:
54) Move-out Date
55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
56) Was the FEMA trailer or mobile home located in a trailer park or on private property?
57) State the reason you stopped living in the FEMA trailer or mobile home:
58) Please state the approximate square footage of the FEMA housing unit:
59) State the approximate length and width of the FEMA housing unit
60) Average number of hours spent in the FEMA trailer of mobile home each
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
62) Is/was the FEMA housing unit hooked up to a sewer line?
63) Is/was the FEMA housing unit hooked up to an electrical line?
64) Is/was the FEMA housing unit hooked up to natural gas line?
65) Is/was propane gas used in the FEMA housing unit?

3

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ◉
67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: ◉
68) Where did you temporarily live? ◉
69) For what period of time did you temporarily live in another location? ◉
70) Have any air quality tests ever been performed on your FEMA trailer or mobile home? ◉
71) If "Yes," please state when the test was performed and who prepared this testing: ◉
72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? ◉
73) Date and reason for fumigation: ◉
74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? ◉
75) If "Yes," please state the date and reason for repair, service or maintenance: ◉
76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. ◉
77) Height: ◉
78) Current Weight: ◉
79) Weight prior to living in a FEMA trailer or mobile home: ◉
80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. ◉
81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. ◉
82) Date on which smoking/tobacco use ended: ◉
83) Amount smoked or used on average, per day, number of years: ◉
84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. ◉
85) Amount currently smoked or used on average, per day, number of years: ◉
86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: ◉
87) Amount smoked or used on average, if you know, per day and number of years. ◉
88) Smoker's relationship to you: ◉
89) Whether the smoking occurred inside, outside or both. ◉
90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? ◉
91) If yes, what was the date of birth? ◉
92) Did your pregnancy terminate in a miscarriage or a stillborn child? ◉
93) Have you ever suffered from lung or other respiratory disease? ◉
94) If yes, provide name, date and description of each illness, disease or abnormal condition ◉
95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) ◉
96) If yes, provide name, date and description of each illness, disease or abnormal condition ◉
97) Have you ever suffered from long-term stomach or bowel disease? ◉
98) If yes, provide name, date and description of each illness, disease or abnormal condition ◉
99) Have you ever suffered from skin disease? ◉
100) If yes, provide name, date and description of each illness, disease or abnormal condition ◉
101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? ◉
102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken ◉

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty  ◉

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations]**.  ◉

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?  ◉

106) If "yes," please provide the name and address of the health care professional.  ◉

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses  ◉

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.  ◉

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.  ◉

110) Any test results from any testing done on your FEMA trailer or mobile home.  ◉

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.  ◉

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.  ◉

113) Decedent's death certificate, if applicable.  ◉

114) Report of autopsy of decedent, if applicable.  ◉

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations]**.  ◉

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations]**.  ◉

117) Identify your current family and/or primary care physician, including address and telephone number.  ◉

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.  ◉

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years  ◉

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.  ◉

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years.  ◉

5

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger, Roxanne Broussard or Heather Cheesbro on the 16th day of January, 2011, at 3:30 p.m. to hold our Rule 37.1 Conference. In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/HFC

Cc: Lawrence J. Centola, Jr. *Via Fax (504) 525-1279*