OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LA 70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 10 PM 12: 21

LORETTA G. WHYTE
CLERK

DATE: June 8, 2011

Francis (Frank) Irwin Gras
versus
STEWART PARK HOMES, INC., et als.

No. **10-3793**     Section **N**   Mag. **5**

Dear Sir:

Please **issue** summons on the **amended complaint** to the following:

1. The United States of America, through the United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, U.S. Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C. 20472

Very truly yours,

DAVID C. JARRELL (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422

Fee ____
 ✓ Process _____
 X Dktd _____
____ CtRmDep _____
____ Doc. No. _____

### CERTIFICATE
Plaintiff's counsel herein certifies that plaintiff has been properly matched to a manufacturer defendant and no-bid contractor defendant pursuant to Amended Pretrial Order No. 68.