OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: June 10, 2011

**Francis (Frank) Irwin Gras**
vs.
**Stewart Park Homes, Inc., et als.**

Case No. **10-3793** Section **N (5)**

Dear Sir:

Please Re-(ISSUE) summonses on PLAINTIFFS' AMENDING COMPLAINT FOR DAMAGES pursuant to PTO 68 to the following:

1. **The United States of America, thru the U.S. Atty. Gen.,**
   **Hon. Eric H. Holder, Jr.**
   **U.S. Department of Justice**
   **950 Pennsylvania Avenue, NW**
   **Washington, DC 20530-0001**

2. **The United States of America, thru Ofc of US Atty for EDLA, Jim Letten, U.S. Atty**
   **Hale Boggs Federal Building**
   **500 Poydras Street, Suite B-210**
   **New Orleans, LA 70130**

3. **Federal Emergency Management Agency**
   **Through the Office of the Director**
   **Administrator of the Federal Emergency Mgmt. Agency**
   **500 C Street S.W.**
   **Washington, D.C. 20472**

Very truly yours,

DAVID C. JARRELL (LSB#30907)
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043
(504) 271-8422