EXHIBIT "R"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▓▓1983   **SSN** ▓▓▓-8384

| Question # | Question |
|---|---|
| 1. | 28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?<br>29) If "Yes," for each provider; Contact Information, description of condition, medications: |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer** |
| | I am making a claim for mental and emotional damages but I have not seen a doctor. |

| Question # | Question |
|---|---|
| 2. | 30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above?<br>31) If "Yes," state the amount of your claim: |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer** |
| | I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 3. | 32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 4. | 33) State Driver's License Number and State Issuing License |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Case Name** Labat, Jr., Michael

**DOB** ▓12/10▓1983   **SSN** ▓▓▓8384

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

| | |
|---|---|
| | **Answer** |
| | My driver's license number is 008239103, and the issuing state is LA. |

| Question # | Question |
|---|---|
| 5. | 34) Date and Place of Birth: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | |
|---|---|
| | **Answer** |
| | I was born ▓12/10▓1983. I was born in New Orleans, LA. |

| Question # | Question |
|---|---|
| 6. | 36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | |
|---|---|
| | **Answer** |
| | I attended 11th grade. I do not recall the date of attendance. I did not finish high school. |

| Question # | Question |
|---|---|
| 7. | 37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:<br>38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | |
|---|---|
| | **Answer** |
| | I have been self-employed for 11 years. My phone number is ▓504-382-5769▓. I am doing commercial for fishermen. |

| Question # | Question |
|---|---|
| 8. | 39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home<br>40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:<br>41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |

**Pet ID**
920

**Def ID**
42

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ███/1983   **SSN** ███8384

| Def 1 |
|---|

**Answer**
I am not making a wage loss claim. I had to pay medical bills, but I did not loose my job.

| Question # | Question |
|---|---|
| 9. | 42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| **Pet ID** | 43) If "Yes," state to the best of your knowledge the court in which such action was filed, |
| 920 | case name and/or names of adverse parties, and nature of the sickness or disease |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not know but understand that my claim is about formaldehyde being in
the trailer and that may cause illness or disease

| Question # | Question |
|---|---|
| 10. | 44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung |
| **Pet ID** | disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
| 920 | 45) If "Yes," provide for each: Name, relationship current age or age at death, medical |
| **Def ID** | condition, cause of death. |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall if any child, parent, sibling, or grandparent of mine.
suffered from any type of disease. If I remember or if in the course of
researching the claim, my attorney finds the information, a supplemental
response will be provided.

| Question # | Question |
|---|---|
| 11. | 46) Are you are claiming the wrongful death of a family member related to formaldehyde? |
| **Pet ID** | 47) If "Yes," state the name of the deceased and fill out a separate form for the deceased. |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I am not claiming for the wrongful death of a family member related to formaldehyde.

| Question # | Question |
|---|---|
| 12. | 54) Move-in Date: |
| **Pet ID** | 55) Move-out Date |
| 920 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ████ 1983   **SSN** ███-██-8384

| Def ID | |
|---|---|
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

My move in date was 2/1/2006. I moved out on 2/1/2008.

| Question # | Question |
|---|---|
| 13. | 56) Please state the mailing address and physical location for the FEMA trailer or mobile home unit. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 14. | 57) Was the FEMA trailer or mobile home located in a trailer park or on private property? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 15. | 58) State the reason you stopped living in the FEMA trailer or mobile home: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867      **Cause No.** 09-4730

**Case Name** Labat, Jr., Michael      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** /1983   **SSN** xxx-xx-8384

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 16. | 59) Please state the approximate square footage of the FEMA housing unit: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 17. | 60) State the approximate length and width of the FEMA housing unit |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 18. | 61) Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867                                **Cause No.** 09-4730

**Case Name** Labat, Jr., Michael              **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ████ 1983  **SSN** ████ -8384

| Question # | Question |
|---|---|
| 19. | 62) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 20. | 63) Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 21. | 64) Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 22. | 65) Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867                                    **Cause No.** 09-4730

**Case Name** Labat, Jr., Michael          **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮▮/1983   **SSN** ▮▮▮-8384

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
|---|

| Question # | Question |
|---|---|
| 23. | 66) Is/was propane gas used in the FEMA housing unit |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
|---|

| Question # | Question |
|---|---|
| 24. | 67) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
|---|

| Question # | Question |
|---|---|
| 25. | 68) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: <br> 69) Where did you temporarily live? <br> 70) For what period of time did you temporarily live in another location? |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867                                    **Cause No.** 09-4730
**Case Name** Labat, Jr., Michael            **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1983  **SSN** -8384

---

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the
claim, my attorney finds the information, a supplemental response will be
provided.

---

| **Question #** | **Question** |
|---|---|
| 26. | 71) Have any air quality tests ever been performed on your FEMA trailer or mobile home? |
| **Pet ID** | 72) If "Yes," please state when the test was performed and who prepared this testing: |
| 920 | |

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the
claim, my attorney finds the information, a supplemental response will be
provided.

---

| **Question #** | **Question** |
|---|---|
| 27. | 73) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? |
| **Pet ID** | 74) Date and reason for fumigation: |
| 920 | |

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the
claim, my attorney finds the information, a supplemental response will be
provided.

---

| **Question #** | **Question** |
|---|---|
| 28. | 75) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? |
| **Pet ID** | 76) If "Yes," please state the date and reason for repair, service or maintenance: |
| 920 | |

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867                   **Cause No.** 09-4730

**Case Name** Labat, Jr., Michael         **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** 1983   **SSN** ████-8384

---

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 29. | 77) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | My wife Laura Domingo, 504-402-9098, 2208 Flamingo Dr. St. Bernard, LA 70085. My children Michael Labat III and Trey Labat, 504-402-9098, 2208 Flamingo Dr. St. Bernard, LA 70085. |

| Question # | Question |
|---|---|
| 30. | 78) Height: E<br>79) Current Weight:<br>80) Weight prior to living in a FEMA trailer or mobile home: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | My height is 5'5". My current weight is 130lbs. My weight prior to living in a FEMA trailer was 120lbs. |

| Question # | Question |
|---|---|
| 31. | 81) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.<br>82) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.<br>83) Date on which smoking/tobacco use ended:<br>84) Amount smoked or used on average, per day, number of years:<br>85) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.<br>86) Amount currently smoked or used on average, per day, number of years: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | No one who lived in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. |

| Question # | Question |
|---|---|
| 32. | 87) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: |
| **Pet ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867
**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▨/1983   **SSN** ▨8384

| | |
|---|---|
| 920 | the following concerning their smoking history. |
| | 88) Amount smoked or used on average, if you know, per day and number of years. |
| **Def ID** | 89) Smoker's relationship to you: |
| 42 | 90) Whether the smoking occurred inside, outside or both. |
| **Notice #** | |
| Def 1 | |

**Answer**

No one who lived in my FEMA housing unit is or was a
smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| **Question #** | **Question** |
|---|---|
| 33. | 91) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? |
| **Pet ID** | 92) If yes, what was the date of birth? |
| 920 | 93) Did your pregnancy terminate in a miscarriage or a stillborn child? |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall if I was pregnant while I resided in the FEMA trailer,
If I remember or if in the course of researching the claim, my attorney
finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 34. | 94) Have you ever suffered from lung or other respiratory disease? |
| **Pet ID** | 95) If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical
conditions. If I remember or if in the course of researching the claim, my attorney
finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 35. | 96) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, 13 hepatitis) |
| **Pet ID** | 97) If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▒/1983   **SSN** ▒-8384

| | Answer |
|---|---|
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease |

| Question # | Question |
|---|---|
| 36. | 98) Have you ever suffered from long-term stomach or bowel disease? |
| **Pet ID** | 99) If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | Answer |
| | I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 37. | 100) Have you ever suffered from skin disease? |
| **Pet ID** | 101) If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | Answer |
| | I do not recall if I ever suffered form the listed illnesses, diseases or abnormal physical conditions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 38. | 102) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? |
| **Pet ID** | 103) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | Answer |
| | I do not recall if I have ever had a chest X-ray, CT scan, or MRI performed. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 39 | 104) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA |
| **Pet ID** | trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ████1983   **SSN** ███-██-8384

| | |
|---|---|
| 920 | trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 40. | 105) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| **Question #** | **Question** |
|---|---|
| 41. | 106) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | 107) If "yes," please provide the name and address of the health care professional. |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| **Question #** | **Question** |
|---|---|
| 42. | 110) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ░░░1983   **SSN** ░░░8384

| | |
|---|---|
| | Please see attached Standard Form 95. |

| Question # | Question |
|---|---|
| 43. | 117) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | See attached. |

| Question # | Question |
|---|---|
| 44. | 118) Identify your current family and/or primary care physician, including address and telephone number. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | My family and /or primary car physician is Dr. Tanny. She is located at Family Health Care Clinic, 8301 W Judge Perez Dr # 207, Chalmette, LA 70043-1656. The phone number is (504) 278-1884. |

| Question # | Question |
|---|---|
| 45. | 119) Identify your primary care physicians for the last seven (7) years, including address and telephone number. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not see the doctor often. The last doctor I saw was Dr. Tanny. She is located at Family Health Care Clinic,8301 W Judge Perez Dr # 207, Chalmette, LA 70043-1656. The phone number is (504) 278-1884. |

| Question # | Question |
|---|---|
| 46. | 120) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223867

**Cause No.** 09-4730

**Case Name** Labat, Jr., Michael

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** /1983   **SSN** -8384

| Notice # | |
|---|---|
| Def 1 | |

**Answer**

I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

| Question # | Question |
|---|---|
| 47. | 121) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

| Question # | Question |
|---|---|
| 48. | 122) Each pharmacy, including address that has dispensed medication to during the last seven (7) years |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided

_____
Plaintiff or Representative

5/31/2011
_____
Date

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          **Print Your Name**          **Date**

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

February 25, 2009

Re:   Filing of Standard Form 95 ("Form 95") Regarding FEMA Trailer Litigation and  Letter
of Representation
WH File No. 223867 - Labat, Jr., Michael

Federal Emergency Management Agency (FEMA)
Office of the Director
500 C Street SW
Washington, D.C. 20472

To Whom It May Concern:

Enclosed for filing is a Standard Form 95 for each of my clients, signed electronically by me, on behalf of my clients.  This letter constitutes a letter of representation as the undersigned represents 20,550 clients regarding the Federal Tort Claims Act claims that are being made against FEMA. The signature on the Form 95 is an electronic signature as allowed under the Electronic Signature Act, 15 USC, Chapter 96, Subchapter 1, § 7001 which provides that in any transaction in, or affecting, interstate commerce, a signature relating to such transaction may not be denied legal effect, validity, or enforcecibly solely because it is in electronic form.  Neither the Federal Tort Claims Act (28 USC § 2671, et seq.) nor the administrative regulations concerning Form 95, 28 CFR Part 14, preclude the requirements of the Electronic Signature Act.

Should there be any questions, or if FEMA requires further information, please advise.

Sincerely,

**Watts Hilliard, L.L.C.**

Robert C. Hilliard

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Federal Emergency Management Agency (FEMA) Office of the Director 500 C Street SW Washington, DC 20472 | Michael Labat 2208 Flamingo Dr Saint Bernard LA, 70085 — Watts Hilliard, LLC 2506 N. Port Ave Corpus Christi, TX 78401 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT SEE ATTACHED RIDER | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed claimant to excessive and unsafe levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statutes, regulations and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure

SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

n/a

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

n/a

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

The claimant has suffered and continues to suffer from eye, nose and throat irritation, headache, nausea, asthma like symptoms, shortness of breath, emotional distress, fear of illness, including cancer. The foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Claimant and Claimants' family members | Claimant and Claimants' family members | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $0 | $75,000 | | $75,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form | 14. DATE OF SIGNATURE |
|---|---|---|
| Robert C. Hilliard, attorney for claimant | 800-994-0019 | 2/25/2009 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 | (2659) Labat, Jr., Michael #223867 | NSN 7540-00-634-4046 | STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?    ☐ Yes    ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT.  THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

    (a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

    (b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

    (c)  In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

    (d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
    A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

(2659) Labat, Jr., Michael #223867

SF 95    BACK

# RIDER

6.   Claimant became aware of the potential exposure within the last two years.

8.   Basis of Claim (state in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and/or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposes to dangerously high levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufacturers of the trailer housing units to ensure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general, concealed and knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for those suffering from such exposure injuries.   The U.S. and its agencies, including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of the formaldehyde levels in the trailer units provide to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC section 1983, and all applicable law, state and federal statutes or ordinances, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10.   The claimant has suffered from eye, nose and/or throat irritation, nose bleeds, headaches, nausea, asthma like symptoms and respiratory problems, shortness of breath, emotional distress, fear of illness, including cancer and/or increased risk of cancer. The full residual effects are yet unknown, but are serious in nature.   And foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer, and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure.   Claimant will require medical monitoring for life to check for signs of formaldehyde based injury.   Claimant is also claiming all damages, flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

The plaintiff identified in the attached submission reserves the right to amend and supplement the information contained herein.  In order to put the government on notice as quickly as possible  of this claim, the plaintiff has attempted to accurately and completely provide all necessary information.  Should more information become available or later become required  or should a supplement or amendment become necessary  to assure accuracy to  the government the plaintiff does now provide notice of retaining the right to do so.

(2659) Labat, Jr., Michael #223867

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: _Michael  Cabert SR_

Date of Birth: ~~████~~ _1983_

Last Four Numbers of SSN: _8384_

    I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_Mashad Jft Sn._
_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____Self_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: Michael Labat Je

Date of Birth: _____ 1983

Last Four Numbers of SSN: 8384

    I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____ and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____ Self _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs _not_
making a claim for lost wages or lost
earning capacity.)**

Name: Michael Labat Jr

Date of Birth: ~~███~~ 1983

Last Four Numbers of SSN: 6384

     I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned
matter, the law firm of** _____
**and/or any of their designated agents.**  These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above.  This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes.  I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records).  This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

        Dated this __ day of _____, 2008.

        _Michael Labat Sr_
        _[PLAINTIFF OR REPRESENTATIVE]_

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _____ Self _____

NAME OF FACILITY: _____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.,* 40:1299.96 *et seq.* and seq., 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Michael Labat Jr | | |

Address: 2817 Riverbend Dr
City: Violet     State: CN          Telephone No.: 504-220-1372
                                     Zip Code: 70092

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. _____
Title. _____
Address. _____

Purpose: To Protect My Legal Rights _____
For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| Requested: | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>Q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>Q Other_____ |
| q Copies of the records &<br>q Inspection of the record | | | |

_ML_  I acknowledge, and hereby consent to such, that the released information may contain
Initials   alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

* I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
* I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
* Fees/charges will comply with all laws and regulations applicable to release information.
* I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
* I understand that I may inspect or copy the information used or disclosed upon request.
* **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_Michael Labat Jr_____     _____
Signature of Patient/Legal Representative              Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, Michael Labrit Jr [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney Watts Hilliard, L.LC. , Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated: 12-12-2008

Name: Michael LABAT Jr.

Signature: Michael Labt Sr.

EXHIBIT "S"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Cause No.** 09-4730

**Case Name** S▮▮▮▮▮, B▮▮▮▮

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮▮▮1998   **SSN**

| Question # | Question |
|---|---|
| 1. | 16) What is your relationship to the deceased or represented person or person claimed to be injured? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I am B▮▮▮▮ S▮▮▮▮▮ mother. |

| Question # | Question |
|---|---|
| 2. | 28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? |
| **Pet ID** | 29) If "Yes," for each provider; Contact Information, description of condition, medications: |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | No, I am not claiming mental and/or emotional damages as a result of Brandi Saunders residing in a Fema trailer or mobile home. |

| Question # | Question |
|---|---|
| 3. | 30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? |
| **Pet ID** | 31) If "Yes," state the amount of your claim: |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | No, I am not making a claim for medical expenses on behalf of Brandi Saunders, as a result of the injury, illness or disease identified above. |

| Question # | Question |
|---|---|
| 4. | 32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Case Name** S████ B██████, ā

**DOB** ██/██/1998   **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Answer |
| --- |
| 1. 347 Oleander dr..  2002-2007<br>   Slidell, LA 70458 |
| 2. 1527 11th St.      2007-2008<br>    Slidell, LA 70458 |
| 3. 2007 Crane St.        2008-2009<br>   Slidell, LA 70458 |
| 4. 103 Cathedrile Court    2009-2009<br>   New Castle, CO 81647 |
| 5. 1850 Harbor Drive Apt. 103   2009-present<br>   Slidell, LA 70458 |

| Question # | Question |
| --- | --- |
| 5. | 33) State Driver's License Number and State Issuing License |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
| --- |
| She is a minor so she cannot have a driver's license number. |

| Question # | Question |
| --- | --- |
| 6. | 34) Date and Place of Birth |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
| --- |
| My date of birth is ██/██/1998 and my place of birth is Slidell, La |

| Question # | Question |
| --- | --- |
| 7. | 36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
| --- |
| My highest level of education is St. Tammany Junior High and I am currently attending the school. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Case Name** S⬛⬛, B⬛⬛

**DOB** ⬛1998   **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 8.<br><br>**Pet ID**<br>920<br><br>**Def ID**<br>42<br><br>**Notice #**<br>Def 1 | 42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?<br>43) If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease<br><br>**Answer**<br>No, I have never filed a lawsuit or made a claim on behalf of Brandi Saunders, other than in the present suit, relating to any sickness or disease, excluding auto accidents. |
| 9.<br><br>**Pet ID**<br>920<br><br>**Def ID**<br>42<br><br>**Notice #**<br>Def 1 | 44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].<br>45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death<br><br>**Answer**<br>I do not recall if any child, parent, sibling, or grandparent of mine. suffered from any type of disease. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 10<br><br>**Pet ID**<br>920<br><br>**Def ID**<br>42<br><br>**Notice #**<br>Def 1 | 46) Are you are claiming the wrongful death of a family member related to formaldehyde?<br>47) If "Yes," state the name of the deceased and fill out a separate form for the deceased<br><br>**Answer**<br>No, I am not claiming the wrongful death of a family member related to formaldehyde. |
| 11.<br><br>**Pet ID**<br>920<br><br>**Def ID**<br>42<br><br>**Notice #**<br>Def 1 | 49) Manufacturer of trailer or mobile home |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Cause No.** 09-4730

**Case Name** S▇▇▇▇, B▇▇▇

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▇▇▇1998   **SSN**

| Answer |
|---|
| After matching my information with the government, it was found that I lived in a Pilgrim International, Inc. travel trailer. |

| Question # | Question |
|---|---|
| 12. | 52) Bar Code Number on FEMA housing unit |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
|---|
| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 13. | 57) Was the FEMA trailer or mobile home located in a trailer park or on private property? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
|---|
| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 14 | 58) State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| Answer |
|---|
| I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 15 | 59) Please state the approximate square footage of the FEMA housing unit: |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019      **Cause No.** 09-4730

**Case Name** S█████ B█████      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ███1998    **SSN**

---

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

> I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 16 | 60) State the approximate length and width of the FEMA housing unit |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

> I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 17. | 61) Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

> I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| **Question #** | **Question** |
| 18 | 62) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Case Name** S█████ B████

**DOB** ██1998   **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

| | Answer |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 19 | 63) Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | Answer |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 20 | 64) Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | Answer |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 21 | 65) Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| | Answer |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 22. | 66) Is/was propane gas used in the FEMA housing unit? |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Cause No.** 09-4730

**Case Name** S██████, B██

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ██1998   **SSN**

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 23 | 67) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 24 | 68) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: 69) Where did you temporarily live? 70) For what period of time did you temporarily live in another location? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 25. | 71) Have any air quality tests ever been performed on your FEMA trailer or mobile home? 72) If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID**
920

**Def ID**
42

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019            **Cause No.** 09-4730

**Case Name** S██████, B██████      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ██/1998     **SSN**

---

| Def 1 |
|---|

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 26. | 73) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? ffi 74) Date and reason for fumigation: |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 27. | 75) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? 76) If "Yes," please state the date and reason for repair, service or maintenance: |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

---

| Question # | Question |
|---|---|
| 28. | 77) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

Penny Saunders 1850 Harbor Dr. Apt 103 Slibell, LA 70458 2005-2007
B████S██████ 1850 Harbor Dr. Apt 103 Slibell, LA 70458  2005-2007
D████ G██████ 1850 Harbor Dr. Apt 103 Slibell, LA 70458   2005-2007
J████ N██████ 36485 SALMEN ST. SLIDELL, LA 70460  2005-2007

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Case Name** S████, B████

**DOB** ███1998   **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 29. | 78) Height: |
| **Pet ID** | 79) Current Weight: |
| 920 | 80) Weight prior to living in a FEMA trailer or mobile home: |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | My height is 5 feet and my weight is 100 pounds. |

| Question # | Question |
|---|---|
| 30. | 87) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: |
| **Pet ID** | |
| 920 | |
| **Def ID** | 88) Amount smoked or used on average, if you know, per day and number of years. |
| 42 | 89) Smoker's relationship to you: |
| | 90) Whether the smoking occurred inside, outside or both. |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 31. | 91) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | 92) If yes, what was the date of birth? |
| **Def ID** | 93) Did your pregnancy terminate in a miscarriage or a stillborn child? |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | No, I was not pregnant during the time in which  you resided in a FEMA trailer or mobile home. |

| Question # | Question |
|---|---|
| 32. | 94) Have you ever suffered from lung or other respiratory disease? |
| **Pet ID** | 95) If yes, provide name, date and description of each illness, disease or abnormal condition |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Cause No.** 09-4730

**Case Name** S_____, B_____

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ___/1998   **SSN**

| Def 1 | |
|---|---|

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 33. | 96) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) |
| | 97) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 34. | 98) Have you ever suffered from long-term stomach or bowel disease? |
| | 99) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|
| 35. | 100) Have you ever suffered from skin disease? |
| | 101) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019

**Cause No.** 09-4730

**Case Name** S~~wanica~~, B~~~~

**Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ~~~~/1998   **SSN**

| | |
|---|---|
| **36.** | 102) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?<br>103) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer**<br>I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 37. | 110) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer**<br>Please see attached, signed Standard Form 95. |

| **Question #** | **Question** |
|---|---|
| 38. | 116) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer**<br>Please see the attached Authorizations. |

| **Question #** | **Question** |
|---|---|
| 39. | 118) Identify your current family and/or primary care physician, including address and telephone number. |
| **Pet ID**<br>920 | |
| **Def ID**<br>42 | |
| **Notice #**<br>Def 1 | |
| | **Answer** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019                                    **Cause No.** 09-4730

**Case Name** S██████, B██████          **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** 9/13/1998        **SSN**

| | |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 40. | 119) Identify your primary care physicians for the last seven (7) years, including address and telephone number. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 41. | 120) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 42. | 121) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 43. | 122) Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |
| **Pet ID** | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215019                                    **Cause No.** 09-4730

**Case Name** S███████ B█████                      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ██/1998   **SSN**

920

**Def ID**

42

**Notice #**

Def 1

**Answer**

I do not recall. If I remember or if in the course of researching the claim, my attorney finds the
information, a supplemental response will be provided.

_____          5/31/2011
Plaintiff or Representative                 _____
                                            Date

215019-E24-PFJ MAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name:_____

Date of Birth:_____

Last Four Numbers of SSN:_____

    I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____**and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____