IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS  * | |
| LIABILITY LITIGATION          * | Section: N (5) |
| * | |
| * | Judge: Engelhardt |
| This Document Relates To:     * | |
| *Janell Batiste v. Crum & Forster*   * | Magistrate: Chasez |
| *Specialty Ins. Co., et al*          * | |
| *No: 09-5760*                  * | |
| * | |
| *Deborah Pleasant v. Crum & Forster*  * | |
| *Specialty Ins. Co., et al*           * | |
| *No: 09-5314*                   * | |
| * | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al*   * | |
| *No: 09-4038*                            * | |
| * | |
| *Richard Pecot v. Fluor Enterprises, Inc., et al*  * | |
| *No: 09-3985*                             * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ~~PROPOSED~~ ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Timothy Foret (Plaintiff in *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5760
- Leon Jefferson (Plaintiff in *Deborah Pleasant v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5314
- Clarence Jefferson and Faye Thomas (Plaintiffs in *Faye Thomas v. Fluor Enterprises, Inc., et al*, No. 09-4038
- Dion Duperon (Plaintiff in *Richard Pecot v. Fluor Enterprises, Inc., et al,* No. 09-3985.

    This \_\_15th\_\_ day of June, 2011,

_____
UNITED STATES DISTRICT JUDGE