UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. vs.*
*Morgan Buildings & Spas, Inc., et al.*
**C.A. No. 10-3702**

## PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the referenced matter who, for reasons more fully set forth in the attached memorandum, respectfully move this Honorable Court for Leave to supplement and amend their the Plaintiffs' Amending Complaint for Damages filed on their behalf with this Court on October 15, 2010 (Rec Doc. 1).

Plaintiffs represent that the attached First Supplemental and Amended Complaint for Damages should be filed in order to add certain parties plaintiff and amend the designation of other parties plaintiff who were originally, and correctly named in the matter entitled ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.***, **C.A. No. 09-3829,** but whose names were inadvertently omitted and/or their designations as plaintiffs filing in their individual and representative capacities were incorrectly stated when plaintiffs filed their Amending Complaint in this matter in compliance with the Court's directives as set forth in Pretrial Order No. 68 (Rec. Doc. 14779).

No answer has been filed in the underlying matter, and counsel for the manufacturing defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.,

has been consulted on the instant Motion and does not oppose its filing.  Upon entry of an Order allowing for the filing of the attached proposed pleading, undersigned counsel will then move to voluntarily dismiss  **EDLA-C.A. Nos. 09-3829** and **10-3750** as duplicate complaints.  Therefore, no undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed, particularly since no trial date has yet been scheduled.

      WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File the attached First Supplemental and Amended Complaint for Damages, in order to add certain parties plaintiff and amend the designation of other parties plaintiff who were originally, and correctly named in the matter entitled ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.***, **C.A. No. 09-3829,** but whose names were inadvertently omitted and/or their designations as plaintiffs filing in their individual and representative capacities were incorrectly stated when plaintiffs filed their Amending Complaint in this matter in compliance with the Court's directives as set forth in Pretrial Order No. 68 (Rec. Doc. 14779).

      Respectfully submitted,

      LAW OFFICES OF SIDNEY D. TORRES, III,
      *A PROFESSIONAL LAW CORPORATION*

      BY:   s/ Roberta L. Burns
      SIDNEY D. TORRES, III, La. Bar No. 12869
      ROBERTA L. BURNS, La. Bar No. 14945
      DAVID C. JARRELL, La. Bar No. 30907
      8301 W. Judge Perez Drive
      Suite 303
      Chalmette, Louisiana 70043
      Telephone: (504) 271-8421
      ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 15th day of June 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/ Roberta L. Burns
                                              ROBERTA L. BURNS