UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. vs.*
*Morgan Buildings & Spas, Inc., et al.*
C.A. No. 10-3702

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the referenced matter who respectfully move this Honorable Court for Leave to supplement and amend their the Plaintiffs' Amending Complaint for Damages filed on their behalf with this Court on October 15, 2010 (Rec Doc. 1) for the reasons stated herein:

Plaintiffs represent that the attached First Supplemental and Amended Complaint for Damages should be filed in order to add certain parties plaintiff and amend the designation of other parties plaintiff who were originally, and correctly named in the matter entitled *Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.*, **C.A. No. 09-3829,** but whose names were inadvertently omitted and/or their designations as plaintiffs filing in their individual and representative capacities were incorrectly stated when plaintiffs filed their Amending Complaint in this matter in compliance with the Court's directives as set forth in Pretrial Order No. 68 (Rec. Doc. 14779).

The plaintiffs sought to be included in the captioned matter are: (104) William Carnesi, a resident of the full age of majority of the State of Louisiana, who was named in plaintiffs'

original Complaint for Damages in **EDLA-C.A. No. 09-3829,** filed on June 11, 2009 (Rec. Doc. 1); (105) **Linda Begnaud**, a resident of the full age of majority of the State of Louisiana, who was named in plaintiffs' First Supplemental and Amended Complaint for Damages in **EDLA-C.A. No. 09-3829**, filed on July 30, 2009 (Rec. Doc. 2387); and, (106) **Anthony Brown**, a resident of the full age of majority of the State of Louisiana, who was named in plaintiffs' First Supplemental and Amended Complaint for Damages in **EDLA-C.A. No. 09-3829**, filed on July 30, 2009 (Rec. Doc. 2387).

The plaintiffs who were originally, and correctly named in the matter entitled ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.***, **C.A. No. 09-3829,** but whose designations as plaintiffs filing in their individual and representative capacities were incorrectly stated when plaintiffs filed their Amending Complaint in this matter are: (52) Antonina Johnson, INDIVIDUALLY, AND ON BEHALF OF THE MINOR Z.J.  3762 Hwy 39, Braithwaite, LA, 70040; (76) Theresa Pierson, INDIVIDUALLY, AND ON BEHALF OF THE MINOR G.P. 3212 Lakewood, Violet, LA, 70092; (92) Kerrie Schmid, INDIVIDUALLY, AND ON BEHALF OF THE MINOR A.T. 317 Llama Dr, Arabi, LA 70032; (96) Henry Vandenborre, Jr., INDIVIDUALLY, AND ON BEHALF OF THE MINOR B.V. 40 Madison Ave., A53, Chalmette, LA 70043; and, (100) Henry Vandenborre, Jr., INDIVIDUALLY, AND ON BEHALF OF THE MINOR R.V. 40 Madison Ave., A53, Chalmette, LA 70043.

No answer has been filed in the underlying matter, and counsel for the manufacturing defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., has been consulted on the instant Motion and does not oppose its filing.  Upon entry of an Order allowing for the filing of the attached proposed pleading, undersigned counsel will then move to voluntarily dismiss  **EDLA-C.A. Nos. 09-3829** and **10-3750** as duplicate complaints.  Therefore,

no undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed, particularly since no trial date has yet been scheduled.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File the attached First Supplemental and Amended Complaint for Damages, in order to add certain parties plaintiff and amend the designation of other parties plaintiff who were originally, and correctly named in the matter entitled ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.***, **C.A. No. 09-3829,** but whose names were inadvertently omitted and/or their designations as plaintiffs filing in their individual and representative capacities were incorrectly stated when plaintiffs filed their Amending Complaint in this matter in compliance with the Court's directives as set forth in Pretrial Order No. 68 (Rec. Doc. 14779).

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        ***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/ Roberta L. Burns
                                                   ROBERTA L. BURNS