UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. vs.*
*Morgan Buildings & Spas, Inc., et al.*
C.A. No. 10-3702

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in the Plaintiffs' Amending Complaint for Damages filed on their behalf with this Court on October 15, 2010 (Rec Doc. 1).

Plaintiffs supplement and amend the original, underlying Amending Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

1.

By supplementing and amending **Section I.** (Parties), paragraph 2 of the underlying Amending Complaint for Damages by adding as parties plaintiff the individuals listed below to the list of plaintiffs previously identified in "Exhibit A," which was attached to the original Amending Complaint, as Named Plaintiffs in this matter:

"104. **William Carnesi**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by **Morgan Buildings & Spas, Inc.**

1

**and/or Morgan Building Systems, Inc.,** and installed by an **UNKNOWN** no-bid contractor, was located at 3800 W. Loyola Dr., Kenner, LA, 70065.

105. **Linda Begnaud**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by **Morgan Buildings & Spas, Inc. and/or Morgan Building Systems, Inc.,** and installed by an **UNKNOWN** no-bid contractor, was located at I-59 Trailer Park, #86, Pearl River, LA 70452.

106. **Anthony Brown**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by **Morgan Buildings & Spas, Inc. and/or Morgan Building Systems, Inc.,** and installed by an **UNKNOWN** no-bid contractor, was located at 136 Amp Circle, Edgard, LA, 70049."

2.

By supplementing and amending **Section I.** (Parties), paragraph 2 of the underlying Amending Complaint for Damages by amending the designations of the following listed parties plaintiff, all previously *and correctly* identified in the matter entitled ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al.***, **C.A. No. 09-3829,** "Exhibit A," as Named Plaintiffs both *individually* and on behalf of certain minor children in this matter:

"(52) Antonina Johnson, INDIVIDUALLY, AND ON BEHALF OF THE MINOR Z.J. 3762 Hwy 39, Braithwaite, LA, 70040.

(76) Theresa Pierson, INDIVIDUALLY, AND ON BEHALF OF THE MINOR G.P. 3212 Lakewood, Violet, LA, 70092.

(92) Kerrie Schmid, INDIVIDUALLY, AND ON BEHALF OF THE MINOR A.T. 317 Llama Dr, Arabi, LA 70032.

(96) Henry Vandenborre, Jr., INDIVIDUALLY, AND ON BEHALF OF THE MINOR B.V. 40 Madison Ave., A53, Chalmette, LA 70043.

(100) Henry Vandenborre, Jr., INDIVIDUALLY, AND ON BEHALF OF THE MINOR R.V. 40 Madison Ave., A53, Chalmette, LA 70043."

WHEREFORE, plaintiffs respectfully supplement and amend the Plaintiffs' Amending Complaint for Damages in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   and

2. **The United States of America**
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

3. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

4. **Fluor Enterprises, Inc.**
   Through its Counsel of Record
   Charles Penot, Esq.
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood
   Dallas, TX 75201

6. **North American Catastrophe Services, Inc.**
   Through its Agent for Service of Process
   Brenda J. Anderson
   620 Dijon Drive
   Melbourne, FL 32937

7. **Morgan Buildings & Spas, Inc.**
   Through its Agent for Service of Process
   C T Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, LA 70808

8. **Morgan Building Systems, Inc.**
   Through its Agent for Service of Process
   C T Corporation System
   5615 Corporate Boulevard, Suite 400B
   Baton Rouge, LA 70808