UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. vs.*
*Morgan Buildings & Spas, Inc., et al.*
C.A. No. 10-3702

**O R D E R**

Considering the plaintiffs' foregoing Motion for Leave to File the attached First Supplemental and Amended Complaint for Damages,

IT IS ORDERED that plaintiffs' be GRANTED leave to file their First Supplemental and Amended Complaint for Damages, attached and submitted with the foregoing motion.

NEW ORLEANS, LOUISIANA, this <u>16th</u> day of <u>June</u>, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE