UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Patin, et al v. Pilgrim Int'l, Inc., et al,* 09-4808; | * | |
| *Trice v. Crum and Forster Specialty Ins. Co., et al,* | * | |
| 09-4823 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this 16th day of June, 2011.

_____
HONORABLE KURT D. ENGELHARDT