OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

Date: June 16, 2011

In re: FEMA Trailer Litigation
No. 07-1873 as relates to

PATIN, ET AL V. PILGRIM
INTERNATIONAL, INC., ET AL
NO. 09-4808

Dear Sir:

Please **issue** summons on the **complaint, first amended complaint and second amended complaint** to the following:

1. Burlington Insurance Company, through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

Very truly yours,

JUSTIN I. WOODS
Gainsburgh, Benjamin, David, Meunier
& Washauer, LLC
2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
(504) 522-2304
Attorney for Plaintiff