OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JUN 15  PM 12: 30

LORETTA G. WHYTE
CLERK

Date:  June 13, 2011

**Jessica Blanchard Bastoe, et al.**

vs.

**Dutchmen Mnaufacturing, Inc., et al.**

Case No. **10-3716**, Section **N(5)**

Dear Sir:

    Please (**ISSUE**) (re-issue) summons on the (complaint) (amended complaint) (**PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES** (third party complaint) (other : ___ ) to the following:

1. The United States of America, through
   the United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, U.S. Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C.  20472

Very truly yours,

David C. Jarrell (LSB #30907)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422/ FAX: (504) 271-1961
Email: dcjarrell@torres-law.com

___ Fee_____
___ Process__
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__