## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Swanica Nero v. Pilgrim Int., Inc.; Specialty Ins. Co., et al.* No. 09-4730; Plaintiffs: Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B.S., and Penny Saunders | * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR LEAVE OF COURT TO FILE PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY

COME NOW Plaintiffs Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders and file this Unopposed Motion for Leave to file Plaintiffs' Sur-Response to Defendant's Reply to [Plaintiffs' Response to] Motion Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 Relating to Plaintiff's Fact Sheets [Rec. Doc. 22055] and in support of the same would show the Court as follows:

On June 14, 2011, Defendant Crum and Foster filed a Motion and Incorporated Memorandum For Leave of Court to File Reply to Plaintiffs' Response to Motion to Dismiss Claims of Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders [Rec. Doc. 22045].  On June

15, 2011, the Court granted leave [Rec. Doc. 22054] and on June 15, Defendant filed their Reply [Rec. Doc. 22055].  Plaintiff now seeks leave to file a Sur-Response to Defendant's Reply to provide a status of the Motion and efforts that have been taken to respond to the deficiencies.  Counsel for Defendant does not oppose leave to file this Sur-Response.

A copy of Plaintiff's Sur-Response to Defendant's is attached hereto as Exhibit "1".

WHEREFORE, Plaintiffs Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B. S., and Penny Saunders pray that this Motion for Leave be granted and said Sur-Response be filed.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC

2

>One American Place, Suite 900
>Baton Rouge, LA 70825
>Phone 225-282-0600
>Fax 225-282-0650
>
>**DANIEL D. WARE**
>Mississippi State Bar and
>Southern District of Mississippi Federal ID No. 10847
>**CARROLL LOUIS CLIFFORD IV**
>Mississippi State Bar and
>Southern District of Mississippi Federal ID No. 99545
>WARE CLIFFORD LAW FIRM PLLC
>2625 Ridgewood Rd., Ste 100
>Jackson, MS 39216
>Phone 601-368-9310
>Fax 601-368-9958
>
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of June, 2011.

>/s/ Robert C. Hilliard
>_____
>**ROBERT C. HILLIARD**