EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Vernon Bold.

3. Plaintiff Vernon Bold submitted a Plaintiff Fact Sheet on March 4, 2010 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4.  Plaintiff's attorney has performed "Person Searches" in January of 2011 and Accurints as recently as June of 2011 to attempt to locate the said client and to date have had no success. We have also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork. Furthermore, we sent "field workers" out to track the client down, again unsuccessful.

5.  Plaintiff's attorney has to date has not received a Plaintiff Fact Sheet signed by said plaintiff. Furthermore, we have not received any of the Plaintiff Fact Sheet medical authorizations requested. Plaintiff's attorney has attempted to call client beginning in November 2008 through August 2009 on a monthly basis. Plaintiff's attorney has further attempted to call client due to deficiencies called on the Plaintiff Fact Sheet, beginning in February 2010 until the present time on a weekly basis.

6.  Plaintiff's attorney has attempted to mail letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

    06/10/2009 – FEMA Town hall meeting letter
    07/06/2009 – FEMA No Plaintiff Fact Sheet deadline letter
    02/04/2010 – 30 day warning letter to return completed Plaintiff Fact Sheet
    01/20/2011 – No Contact Letter Discovery
    05/23.2011 – Status Letter
    06/10/2011 – No Contact Letter  - No Deadline

    All above mentioned letters have been returned to our office "undeliverable" and therefore none of the requested documents have been returned to us to date.

7.  Plaintiffs' attorney was served with the deficiencies on December 8, 2010 and submitted answers on January 10, 2011 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on materials in the file.

Signed this the 17 day of June, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Laura Domingo.

3. Plaintiff Laura Domingo submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" in September of 2010 and Accurints in June of 2011 to attempt to locate the said client and have had no success. We have also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork. Furthermore, we sent "field workers" out to track the client down, again unsuccessful.

5. Plaintiff's attorney has to date has not received a Plaintiff Fact Sheet signed by said plaintiff. Furthermore, we have not received any of the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney has attempted to call client beginning in November 2008 through August 2009 on a monthly basis. Plaintiff's attorney has further attempted to call client due to deficiencies called on the Plaintiff Fact Sheet, beginning in February 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

    6/10/2009 – FEMA Town hall meeting letter
    7/06/2009 – FEMA No Plaintiff Fact Sheet deadline letter
    2/04/2010 – 30 day warning letter to returned completed Plaintiff Fact Sheet
    7/04/2010 – No Contact Letter Discovery
    12/6/2010 – Resent copy of Plaintiff Fact Sheet MA's and cert page to client
    4/14/2011 – Resent copy of Plaintiff Fact Sheet MA's and cert page to client
    5/08/2011 – Status Letter

    All above mentioned letters have been delivered, however Plaintiff has failed to respond to request sent.

7. Plaintiffs' attorney was served with the deficiencies on May 26, 2010 and submitted answers on July 23, 2010 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on material in the file.

Signed this the 17th day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Clifton Duet.

3. Plaintiff Clifton Duet submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" and Accurints to try and locate the said client with no success. We have also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork. Furthermore, we sent "field workers" out to track the client down, again unsuccessful.

5. Plaintiff's attorney has to date has not received a Plaintiff Fact Sheet signed by said plaintiff. Furthermore, we have not received any of the Plaintiff Fact Sheet medical authorizations requested. Plaintiff's attorney has attempted to call client beginning in November 2008 through August 2009 on a monthly basis. Plaintiff's attorney has further attempted to call client due to deficiencies called on the Plaintiff Fact Sheet, beginning in December 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

6/10/2009 – FEMA Town hall meeting letter
7/06/2009 – FEMA No Plaintiff Fact Sheet deadline letter
2/04/2010 – 30 day warning letter to returned completed Plaintiff Fact Sheet
9/29/2010 – Need Plaintiff Fact Sheet letter
12/6/2010 – No Contact Discovery letter
4/29/2011 – No Contact Discovery letter
5/08/2011 – Status Letter
6/15/2011 - No Contact Letter – No Deadline

All above mentioned letters have been delivered, however Plaintiff has failed to respond to request sent.

7. Plaintiffs' attorney was served with the deficiencies on December 8, 2010 and submitted answers on January 10, 2011 based on materials in file. Furthermore, we were served with a second notice on April 12, 2011 and submitted responses on May 12, 2011 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on materials in the file.

Signed this the 17th day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Michael Labat, Jr..

3.  Plaintiff Michael Labat, Jr. submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" September of 2010 and Accurints as recent as June of 2011 and prior to recent events have had not success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has to has received a Plaintiff Fact Sheet signed by said plaintiff. We have received the Plaintiff Fact Sheet, medical authorizations requested signed by the plaintiff. Plaintiff's attorney has called client beginning in November 2008 through August 2009 on a monthly basis to obtain missing information on the Plaintiff Fact Sheet called. Plaintiff's attorney has further called client due to deficiencies called on the Plaintiff Fact Sheet by the defense, beginning in December 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   11/10/2008 – Status letter
   07/19/2010 – No Contact Discovery letter
   09/24/2010 - No Contact letter – No deadline
   05/10/2011 - Status Letter

   All above-mentioned letters have been delivered, Plaintiff has responded to request sent.

7. Plaintiffs' attorney was served with the deficiencies on May 26, 2010 and submitted answers on July 23, 2010 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on material in the file.

Signed this the 17th day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

**EXHIBIT "E"**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                 §

COUNTY OF NUECES         §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Penny Saunders.

3. Plaintiff Penny Saunders submitted a Plaintiff Fact Sheet on November 16th 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" September of 2010 and Accurints as recent as June of 2011 and prior to recent events have had not success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has not yet received a Plaintiff Fact Sheet signed by said plaintiff. We have also not received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in November 2008 through August 2009 on a monthly basis to obtain missing information needed to cure the deficiencies called by the defense. Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

   10/03/2006 – FEMA Plaintiff Fact Sheet packet mailed
   11/20/2008 – Status Letter
   04/16/2009 – FEMA POA cover letter w/POA
   06/30/2009 – Town Hall meeting letter
   07/30/2009 – No Plaintiff Fact Sheet deadline letter
   02/10/2010 – 30 day warning letter for no PFS
   06/29/2010 – Plaintiff Fact Sheet MA's and certification page resent to client
   07/19/2010 – No Contact Discovery letter
   05/13/2011 – Status letter
   06/10/2011 – No Contact Letter – No deadline

   All above-mentioned letters have been delivered, and Plaintiff has not responded to request.

7. Plaintiffs' attorney was served with the deficiencies on May 26, 2010 and submitted answers on July 23, 2010 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on materials in the file.

Signed this the 17th day of June, 2011.

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Brandi Saunders obo B.S.

3. Plaintiff Brandi Saunders obo B.S. submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" September of 2010 and Accurints as recent as June of 2011 and prior to recent events have had not success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has since received a signed by said plaintiff. We have also received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in November 2008 through August 2009 on a monthly basis to obtain missing information needed to complete the Plaintiff Fact Sheet. Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

   10/03/2006 – FEMA Plaintiff Fact Sheet packet mailed
   11/20/2008 – Status Letter
   04/16/2009 – FEMA POA cover letter w/POA
   06/30/2009 – Town Hall meeting letter
   07/30/2009 – No Plaintiff Fact Sheet deadline letter
   02/10/2010 – 30 day warning letter for no PFS
   06/29/2010 – PFS MA's and certification page resent to client
   07/19/2010 – No Contact Discovery letter
   05/13/2011 – Status letter
   06/10/2011 – No Contact Letter – No deadline

   All above-mentioned letters have been delivered, and Plaintiff has responded to request.

7. Plaintiffs' attorney was served with the deficiencies on May 26, 2010 and submitted answers on July 23, 2010 based on materials in file. We have since submitted supplemental responses to deficiencies on June 16, 2011 based on materials in file.

Signed this the 17th day of June, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of June, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2