UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Vernon Bold, Laura Domingo, | | * | |
| Clifton Duet, Michael Labat, Jr., | | * | |
| Brandi Saunders on behalf of Minor, | | * | |
| B.S., and Penny Saunders | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Unopposed Motion For Leave of Court to File Plaintiffs' Sur-Response to Defendant's Reply,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply[1].

This _____ day of _____, 2011

_____
United States District Judge

---

[1] The full title of Defendant's Reply for which the Court is granting leave to file a Sur Response to is "Reply to Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trail Order No. 32 Relating to Plaintiff Fact Sheets" [Rec. Doc. 22055].