UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Helen Albarado, et al. v. Morgan Buildings & Spas,*<br>*Inc., et al* (E.D. La. Suit No. 10-3750) | * MAGISTRATE CHASEZ<br>* |

**************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come all Plaintiffs in this matter, who, pursuant to provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against all Defendants in the Complaint previously filed in these proceedings on October 15, 2010, Case No. 10-3750; and hereby requests that this suit be dismissed. No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

382957.1

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III

*A PROFESSIONAL LAW CORPORATION*

*/s/ Roberta L. Burns*
Sidney D. Torres, III (La. Bar Roll No. 12869)
Roberta L. Burns (La. Bar Roll No. 14945)
David C. Jarrell (La. Bar Roll No. 30907)
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone:  (504) 271-8421

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that, on June 17th, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

*/s/ Roberta L. Burns*
Roberta L. Burns

382957.1