# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | \* MDL NO. 1873 |
| | \* |
| | \* |
| | \* |
| | \* |
| | \* **JUDGE ENGELHARDT** |
| | \* |
| **THIS DOCUMENT RELATES TO:** | \* |
| | \* |
| ***Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al*** **(E.D. La. Suit No. 09-3829)** | \* **MAGISTRATE CHASEZ** |
| | \* |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE SUIT UNDER RULE FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come all Plaintiffs in this matter, who, pursuant to provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of the captioned Complaint previously filed in these proceedings on June 11, 2009, the First Amended Complaint previously filed in these proceedings on July 30, 2009, and the Second Amended Complaint previously filed in these proceedings on December 29, 2009, all bearing Case No. 09-3829.   The captioned matter was a duplicate suit and the claims asserted by the plaintiffs against the properly matched defendants, as set forth in Case No. 09-3829, are now contained in ***Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al., C.A. No. 10-3702***.  No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

1

Respectfully submitted,


LAW OFFICES OF SIDNEY D. TORRES, III

*A PROFESSIONAL LAW CORPORATION*


*/s/ Roberta L. Burns*
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
*Counsel for Plaintiffs*


CERTIFICATE OF SERVICE

I certify that, on June 17, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

*/s/ Roberta L. Burns*
Roberta L. Burns