**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ENTRY OF PRETRIAL ORDER CONCERNING COMPLETION OF
PLAINTIFF FACT SHEETS, THE DEFICIENCY PROCESS AND COMPILATION OF
A MASTER DATABASE OF PLAINTIFFS FOR RESOLUTION OF CLAIMS**

NOW INTO COURT, through undersigned counsel, come plaintiffs, who for the reasons

set forth in the accompanying memorandum attached hereto, respectfully move the Court for

entry of an order concerning Plaintiff Fact Sheets ("PFSs"), the deficiency process, and

compilation of a master database of plaintiff information for resolution of claims. Counsel for

Manufacturing and Contractor defendants do not oppose entry of this Order. A copy of the

proposed Order is attached to this motion as Exhibit "A."

                                     Respectfully submitted:

                                     **FEMA TRAILER FORMALDEHYDE
                                     PRODUCT LIABILITY LITIGATION**

                                     BY:    s/Justin I. Woods_____
                                             GERALD E. MEUNIER, #9471
                                           JUSTIN I. WOODS, #24713
                                         **PLAINTIFFS' CO-LIAISON COUNSEL**
                                         Gainsburgh, Benjamin, David, Meunier &
                                         Warshauer, L.L.C.
                                         2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 17, 2011.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2