UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORNANDUM IN SUPPORT OF MOTION FOR ENTRY OF PRETRIAL ORDER CONCERNING COMPLETION OF PLAINTIFF FACT SHEETS, THE DEFICIENCY PROCESS AND COMPILATION OF A MASTER DATABASE OF PLAINTIFFS FOR RESOLUTION OF CLAIMS

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel, respectfully move the Court to enter the attached order which reflects the agreement between Plaintiffs' Counsel and Counsel for Manufacturing and Contractor Defendants ("private-party defendants") regarding the scope of the PFS process going forward in this MDL. This motion is opposed because of the United States' continued opposition to limited individual claim discovery.

As the Court has emphasized, this MDL was formed for the purposes of addressing issues common to all plaintiffs in the MDL, including the potential for resolution of claims. Plaintiffs and private-party defendants have negotiated an agreement to limit discovery contemplated by Pretrial Order No. 86 (Rec. Doc. 20770) to twenty-three (23) key fields in all PFSs for the purposes of the creation of a database of claims information in furtherance of a possible mass resolution of claims. The parties have conferred with the Court, and, after substantial effort, have agreed on modifications to certain provisions in Pretrial Order No. 86 relating to PFS discovery, the deficiency process, and the creation of a database of claims information. Both

Plaintiffs' Counsel and Counsel for Manufacturing and Contractor Defendants believe that the modifications are necessary and appropriate in terms of selecting the key PFS fields, which will allow defendants to best evaluate the remaining plaintiffs, and in terms of affording Plaintiffs sufficient time to respond to deficiencies related to the key fields. These modifications will promote ultimate resolution of claims against private-party defendants in this MDL litigation.

For all of these reasons, the PSC respectfully requests that this Court grant the instant motion and enter the attached proposed Pretrial Order.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**

      ROBERT M. BECNEL #14072
      RAUL BENCOMO, #2932
      ANTHONY BUZBEE, Texas #24001820
      FRANK D'AMICO, JR., #17519
      ROBERT C. HILLIARD, Texas #09677700
      MATT MORELAND, #24567
      DENNIS C. REICH Texas #16739600
      MIKAL C. WATTS, Texas #20981820

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 17, 2011.

                                    s/Justin I. Woods
                                    JUSTIN I. WOODS, #24713