UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims is hereby set for submission on the 13th day of July, 2011, at 9:30 a.m.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304
         Facsimile:   504/528-9973
         gmeunier@gainsben.com
         jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

      ROBERT M. BECNEL #14072
      RAUL BENCOMO, #2932
      ANTHONY BUZBEE, Texas #24001820
      FRANK D'AMICO, JR., #17519
      ROBERT C. HILLIARD, Texas #09677700
      MATT MORELAND, #24567
      DENNIS C. REICH Texas #16739600
      MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 17, 2011.

                            s/Justin I. Woods
                            JUSTIN I. WOODS, #24713