UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

    Plaintiffs respectfully request that the Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims be heard on an expedited basis. Although the motion is presently set for July 13, 2011, the circumstances justify an expedited hearing because of the impeding deadlines pertaining to Pretrial Order No. 86, including the extension of time for plaintiffs to cure deficiencies. Without the relief negotiated for in the proposed Pretrial Order attached to the Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims, plaintiffs will be unable to cure deficiencies in a timely manner according to this Court's prior Orders.

    Therefore, expedited consideration is required in advance of the Court's next regularly scheduled motion day. Accordingly, Plaintiffs respectfully request that this Motion for Expedited Consideration be granted.

    Respectfully submitted:

    FEMA TRAILER FORMALDEHYDE
    PRODUCT LIABILITY LITIGATION

BY: s/Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on June 17, 2011.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2