UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiff's Motion for Expedited Consideration of its Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims is hereby GRANTED. Plaintiff's Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims will be heard on the _____ day of June, 2011.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
 KURT D. ENGELHARDT
 UNITED STATES DISTRICT JUDGE