UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION:  N(5)** |
| | | * | |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | **JUDGE ENGELHARDT** |
| *Sonya Andrews et al., v. Sun Valley, Inc.,* | | | |
| *et al.,* **No. 09-5658 (Sonya Andrews)** | | * | **MAGISTRATE CHASEZ** |

**************************************************************************

**FLUOR ENTERPRISES, INC.'S**
**DESIGNATION OF EXPERT WITNESSES**

**P**ursuant to the Trial Scheduling Order in the captioned bellwether case [Rec. Doc. 19814] and Federal Rule of Civil Procedure 26(a)(2)(A), defendant Fluor Enterprises, Inc. (FEI) hereby conditionally designates the following expert witness:

1. **John D. Osteraas, Ph.D., P.E.**

    Exponent
    149 Commonwealth Drive
    Menlo Park, CA 94025
    650-326-9400

    Areas of Testimony: Engineering, Failure Analysis, Structural Analysis, Testing and Analysis of Exemplar Trailers, Testing and Analysis of Travel Trailers, Effects of Over-the-Road Travel on Structural and Other Elements of Travel Trailers, Effects of Various Methods of Jacking/Lifting on Structural and Elements of Travel Trailers, Effect of Blocking on Structural and Other Elements of Travel Trailers, Effect of Installation in Accordance with FEMA Specifications on Structural and Other Elements of Travel Trailers.
    Deposition Dates: TBD

2. Any expert designated by any other defendant in this litigation.

3. FEI specifically reserves the right to supplement and/or amend this list as necessary.

4. FEI represents that under the Trial Scheduling Order referenced above, FEI was to have a full thirty days following plaintiff's designation of experts (due on May 16, 2011) and two full business days following plaintiff's production of expert reports (due on June 15, 2011, with FEI's designation due on June 17, 2011) before it would be called upon to designate its expert witnesses. Plaintiff submitted her designation of expert witnesses a week after her deadline to do so (May 23, 2011 instead of May 16, 2011) and has yet to produce expert reports in the captioned matter. As such, FEI cannot reasonably determine if it needs to designate any expert or experts, and, if so, the areas of expertise that will be necessary. FEI therefore reserves the right to withdraw, amend or supplement this designation, and to move to strike all expert reports that plaintiff produces after the June 15, 2011 deadline.

5. Further, FEI represents that by email from Sun Valley, Inc.'s counsel June 10, 2011, plaintiffs were called upon to agree to or at least discuss a date by which the plaintiffs would declare if they are proceeding to trial with the first-scheduled bellwether trial of Charles Marshall. As of the date FEI is submitting this designation, plaintiffs have yet to respond to that inquiry; at least no such communication has been relayed to FEI. The consequence of plaintiffs' refusal to discuss this issue, coupled with her late expert designations and failure to produce expert reports, is that FEI is forced to incur potentially wasteful costs and expenses. FEI reserves the right to move for the recovery from plaintiff of all expert fees, costs and expenses it incurs in this matter, and all other costs and expenses that result from plaintiff's failure to address this important issue and failure to produce timely expert reports.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

          *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile: (225) 381-7730
        rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on June 17, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

        */s/ Charles R. Penot, Jr.*
        **CHARLES R. PENOT, Jr.**

ND: 4832-1573-0953, v. 1