UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-3831) | * MAGISTRATE CHASEZ <br> * |

*************************************************

## MOTION TO SUBSTITUTE NOTICE OF SUBMISSION WITH CONSENT

Defendant, Morgan Buildings & Spas, Inc. (Morgan), appearing herein through undersigned counsel, requests that the Notice of Submission filed with its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process filed on June 17, 2011 (R. Doc. 22063) be substituted with a new Notice of Submission showing a corrected date to submit to the Court its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process of July 27, 2011. Plaintiffs have indicated that they will not oppose this motion.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

383452.1

1

## CERTIFICATE OF SERVICE

    I certify that, on June 20, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

                            /s/ Amanda S. Stout
                              Amanda S. Stout