UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-3831) | * MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Substitute Notice of Submission with Consent;

IT IS HEREBY ORDERED that the Notice of Submission filed with Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process on June 17, 2011 (R. Doc. 22063) be and is hereby substituted with a new Notice of Submission with a corrected date of July 27, 2011 to submit to the Court its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process.

_____
JUDGE, EASTERN DISTRICT OF
LOUISIANA

383452.1

1