# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 |
| | | SECTION N (5) |
| THIS DOCUMENT RELATES TO *Lyn Mercadel, et al, v. DS Corp d/b/a Cross Roads RV; and Fluor Enterprises, Inc.* Case No. 09-8326 | * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Named Plaintiff Jo Peshek, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses DS Corps d/b/a CrossRoads and Fluor Enterprises, Inc. as defendants in the above captioned matter as this action is duplicative of *Peshek, et al., v. DS Corp d/b/a CrossRoads, et al,* Suit No. 09-5245 (E.D. La. 2009). Both cases involve the same substantive allegations.

Accordingly, Named Plaintiff seeks to voluntarily dismiss the above captioned matter, while reserving all rights and allegations in *Peshek, et al., v. DS Corp d/b/a CrossRoads, et al,* Suit No. 09-5245(E.D. La 2009)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:   */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.