# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Lyn Mercadel, et al, v. DS Corp d/b/a Cross* | * | |
| *Roads RV; and Fluor Enterprises, Inc.* | * | **MAGISTRATE CHASEZ** |
| *Case No. 09-8326* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Named Plaintiff Jo Peshek, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses DS Corps d/b/a CrossRoads and Fluor Enterprises, Inc. as defendants in the above captioned matter as this action is duplicative of *Peshek, et al., v. DS Corp d/b/a CrossRoads, et al,* Suit No. 09-5245 (E.D. La. 2009). Both cases involve the same substantive allegations.

Accordingly, Named Plaintiff Jo Peshek seeks to voluntarily dismiss DS Corp and Fluor Enterprises, Inc. in this action, while reserving all rights and allegations in *Peshek, et al., v. DS Corp d/b/a CrossRoads, et al,* Suit No. 09-5245(E.D. La 2009). This dismissal does not affect the claims of the remaining Plaintiffs in this matter.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

       BY: */s/ Lawrence J. Centola, Jr.*

        LAWRENCE J. CENTOLA, JR.
       Lawrence J. Centola, Jr., LA Bar #3962
       Hurricane Legal Center
       600 Carondelet Street, Suite 602
       New Orleans, LA 70130
       Telephone: (504) 525-1944
       Facsimile: (504) 525-1279
       lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

        *s/ Lawrence J. Centola, Jr.*
       LAWRENCE J. CENTOLA, JR.