**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | |
| | **JUDGE ENGLEHARDT** |
| **THIS DOCUMENT RELATES TO** | |
| *Irma Miller, et al v. Sun Valley, Inc. and* | **MAGISTRATE CHASEZ** |
| *CH2M HILL Constructors, Inc.* | |
| **Case No. 09-5658** | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY**
**WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT,** through undersigned counsel, comes defendant, CH2M HILL

Constructors, Inc. ("CH2M HILL"), who moves this Honorable Court to dismiss the claims of

plaintiffs Chamelle Thomas, Elmaree Thomas, Glenn Thomas and Sharelle Lumar with

prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to

the provision of Plaintiff Fact Sheets.

WHEREFORE, defendant CH2M HILL prays that its Motion to Dismiss with Prejudice

be granted, dismissing the claims of plaintiffs Chamelle Thomas, Elmaree Thomas, Glenn

Thomas and Sharelle Lumar from the case of Irma *Miller, et al. v. Sun Valley, Inc. and CH2M*

*HILL Constructors, Inc.,* Case No. 09-5658, with prejudice for failure to comply with Pre-Trial

Order No. 32.

1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


/s/ Wade M. Bass
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com


## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed the foregoing pleading using

the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison

counsel.


/s/ Wade M. Bass