

**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Lawrence J. Centola, Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, # 602
New Orleans, LA 70130

    RE:    FEMA Trailer Formaldehyde Product Liability Litigation
             MDL No. 1873      Section "N-5"
             <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Glenn Thomas. Those deficiencies are as follows:

1) II ( C )
2) III ( C )
3) IV (Background)
4) V (A) (4 – 20)
5) V (B – E)
6) VI
7) VII
8) IX
9) Authorizations – signed and current

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

*[signature]*

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM
Cc:  Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

**EXHIBIT "G"**