UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Brandi Saunders on behalf of D.G., a | | * | |
| Minor, Brandy Kellum on behalf of G.R., a minor, | | * | |
| Enchanti Vaultz, Lloyd Williams | | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Brandi Saunders on behalf of D.G.

3.  Plaintiff Brandi Saunders on behalf of D.G. submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4.  Plaintiff's attorney has performed Accurints as recent as June of 2011 and prior to recent events have had not success. We also held Town Hall meetings in the summer of 2009 in

Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has since received a signed certification page by Penny Saunders, who also signed a certification page for Brandi Saunders. We have also received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in April 2009 through April 2010 on a monthly basis to obtain missing information needed to complete the Plaintiff Fact Sheet. Plaintiff's attorney has continued to call client to obtain said information, beginning in June 2010 until the present time on a weekly basis. Plaintiff's attorney believes that once contact is made with the client, the representative will agree that one signed set of certifications and authorizations applies to all persons whom she represents.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

10/3/06 FEMA Plaintiff Fact Sheet Packet
11/10/08 FEMA Status Letter
4/16/09 FEMA Power of Attorney
6/30/09 FEMA Town Hall Meeting
7/30/09 FEMA No Plaintiff Fact Sheet Deadline Letter
2/10/10 FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
6/22/10 FEMA Plaintiff Fact Sheet No Contact Letter
7/19/10 Plaintiff Fact Sheet No Contact Letter
10/4/10 Plaintiff Fact Sheet Medical Authorization/Signature Page
10/22/10 Resend Returned Mail
5/13/11 FEMA Status Letter
6/10/11 No Contact Letter for ACTIVE clients

7. Plaintiffs' attorney was served with the deficiencies on May 26, 2010 and submitted answers on July 23, 2010 based on materials in the file. We have since submitted supplemental responses to deficiencies on June 20, 2011 based on materials in the file.

Signed this the 20 day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Brandi Saunders on behalf of D.G., a | | * | |
| Minor, Brandy Kellum on behalf of G.R., a minor, | | * | |
| Enchanti Vaultz, Lloyd Williams | | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Brandy Kellum on behalf of G.R.

3. Plaintiff Brandy Kellum on behalf of G.R. submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4.  Plaintiff's attorney has performed person searches in January, 2011 Accurints as recent as June of 2011 and prior to recent events have not had success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5.  Plaintiff's attorney has since received a signed certification page by the client. We have also received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in April 2009 through August 2009 on a monthly basis to obtain missing information needed to complete the Plaintiff Fact Sheet. Plaintiff's attorney has continued to call client to obtain said information, beginning in October 2010 through February 2011, and May 2011 until the present time on a weekly basis.

6.  Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    11/10/08 FEMA Status Letter
    4/16/09 FEMA Power of Attorney
    6/30/09 FEMA Town Hall Meeting
    7/30/09 FEMA No Plaintiff Fact Sheet Deadline Letter
    2/10/10 FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
    9/29/10 Fleetwood Need Plaintiff Fact Sheet
    1/12/11 Plaintiff Fact Sheet Deficiency Info Request
    1/14/11 Plaintiff Fact Sheet No Contact Letter
    5/13/11 FEMA Status Letter

7.  Plaintiffs' attorney was served with the deficiencies on December 28, 2010 and submitted answers on January 24, 2011 based on materials in the file. We have since submitted supplemental responses to deficiencies on June 20, 2011 based on materials in the file.

Signed this the 20 day of June, 2011

_NICOLE PORTER_
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of June, 2011, to certify which witness my hand and seal of office.

_Wynter Lee_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Swanica Nero v. Pilgrim Int., Inc.;*<br>*Specialty Ins. Co., et al.*<br>No. 09-4730;<br>Plaintiffs: Brandi Saunders on behalf of D.G., a<br>Minor, Brandy Kellum on behalf of G.R., a minor,<br>Enchanti Vaultz, Lloyd Williams | | *<br>*<br>*<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS         §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Enchanti Vaultz

3. Plaintiff Enchanti Vaultz submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed person searches in January, 2011 Accurints as recent as June of 2011 and prior to recent events have not had success. We also held Town Hall

meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has since received a signed certification page by the client. We have also received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in October 2008 through January 2009 on a monthly basis to obtain missing information needed to complete the Plaintiff Fact Sheet. Plaintiff's attorney has continued to call client to obtain said information, beginning in August 2009 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

10/3/06 FEMA Plaintiff Fact Sheet Packet
11/10/08 FEMA Status Letter
6/30/09 FEMA Town Hall Meeting
1/14/11 Plaintiff Fact Sheet No Contact Letter
2/10/11 Plaintiff Fact Sheet Deficiency Info Request
5/13/11 FEMA Status Letter
6/10/11 No Contact Letter for ACTIVE clients

7. Plaintiffs' attorney was served with the deficiencies on December 28, 2010 and submitted answers on January 24, 2011 based on materials in the file. We have since submitted supplemental responses to deficiencies on June 20, 2011 based on materials in the file.

Signed this the 20 day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiffs: Brandi Saunders on behalf of D.G., a | | * | |
| Minor, Brandy Kellum on behalf of G.R., a minor, | | * | |
| Enchanti Vaultz, Lloyd Williams | | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Lloyd Williams

3. Plaintiff Lloyd Williams submitted a Plaintiff Fact Sheet on November 16, 2009 to the Defense Liaison Counsel as per order in PTO 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed person searches in January, 2011 Accurints as recent as June of 2011 and prior to recent events have not had success. We also held Town Hall

5. Plaintiff's attorney has not received a signed certification page by the client. We have received the Plaintiff Fact Sheet, medical authorizations requested, and believe once contact is made with the client, he will agree that his signature on the medical authorizations should be applied to the certification page. Plaintiff's attorney began calling client beginning in December 2010 through February 2011 on a monthly basis to obtain missing information needed to complete the Plaintiff Fact Sheet. Plaintiff's attorney has continued to call client to obtain said information, beginning in May 2011 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

10/2/06 FEMA Plaintiff Fact Sheet Packet
11/10/08 FEMA Status Letter
6/29/09 FEMA Town Hall Meeting
7/30/09 FEMA No Plaintiff Fact Sheet Deadline Letter
2/10/10 No Plaintiff Fact Sheet 30 Day Warning Letter
1/14/11 Plaintiff Fact Sheet No Contact Letter
5/13/11 Status Letter
6/10/11 No Contact Letter for ACTIVE clients

7. Plaintiff's attorney made contact with the client on May 4, 2011 and obtained answers necessary to cure some of the deficiencies.

8. Plaintiffs' attorney was served with the deficiencies on December 28, 2010 and submitted answers on January 24, 2011. We have since submitted supplemental responses to deficiencies on June 20, 2011 based on materials in the file.

Signed this the 20 day of June, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of June, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2