UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Trueblood, et al v. Thor California, Inc., et al.*, EDLA 10-2389
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL OF KEISHA WARREN**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Keisha Warren, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal without prejudice of claims asserted herein against Thor California, Inc. d/b/a Thor Manufacturing, Inc., Thor Industries, Inc., and Fluor Enterprises, Inc., as this instant claims are duplicative of those advanced in *Warren v. Thor California, Inc., et al*, E.D.La. 09-7770. Both cases involve claims of Ms. Warren with the same substantive allegations.

Accordingly, Keisha Warren seeks to voluntary dismiss her claims in the above-captioned matter, while reserving all rights and allegations asserted in *Warren v. Thor California, Inc., et al*, E.D.La. 09-7770. This dismissal in no way affects the claims of the remaining plaintiff in the above-captioned matter.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods

GERALD E. MEUNIER, #9471  
JUSTIN I. WOODS, #24713  
Gainsburgh, Benjamin, David,  
Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163  
Telephone:     504/522-2304  
Facsimile:      504/528-9973  
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                        s/Justin I. Woods  
                        JUSTIN I. WOODS, #24713