UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE:** FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** *Swanica Nero v. Pilgrim Int., Inc.; Specialty Ins. Co., et al.* No. 09-4730; Plaintiffs: Vernon Bold, Laura Domingo, Clifton Duet, Michael Labat, Jr., Brandi Saunders on behalf of Minor, B.S., and Penny Saunders | * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Unopposed Motion For Leave of Court to File Plaintiffs' Sur-Response to Defendant's Reply,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply[1].

This  21st  day of   June  , 2011

_____
United States District Judge

---

[1] The full title of Defendant's Reply for which the Court is granting leave to file a Sur Response to is "Reply to Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trail Order No. 32 Relating to Plaintiff Fact Sheets" [Rec. Doc. 22055].