UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | |
| *Coleman et al v. Thor California, Inc. et al* | * | |
| Docket No. 10-2316; | * | |
| **KEISHA WARREN only** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF KEISHA WARREN'S NOTICE OF VOLUNTARY DISMISSAL,
<u>WITHOUT PREJUDICE</u>**

Plaintiff Keisha Warren (*only*) hereby dismisses her claims against all Defendants made in this lawsuit only, without prejudice, pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i).

This voluntary dismissal does not affect any other complaints in which Keisha Warren is a plaintiff, or any other plaintiffs to this lawsuit.

Respectfully submitted:

T<small>HE</small> B<small>UZBEE</small> L<small>AW</small> F<small>IRM</small>

*/s/ Anthony G. Buzbee*

_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Peter K. Taaffe
Texas Bar No. 24003029

John Munoz (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel.:   (504) 581-7070
Fax.:   (504) 581-7083

### CERTIFICATE OF SERVICE

I hereby certify that on June 21st, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                         */s/ Peter K. Taaffe*
                                         Peter K. Taaffe