UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Consideration (Rec. Doc. 22075)** is **GRANTED.** Accordingly, any opposition to the "Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims (Rec. Doc. 22074) shall be filed **on or before Thursday, June 23, 2011, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 21st day of June, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**