UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br><br><br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * <br> * | |
| *Robert Moise Legendre, et al. v. Morgan Buildings &* <br> *Spas, Inc., et al* (E.D. La. Suit No. 10-3831) | * <br> * | MAGISTRATE CHASEZ |

*************************************************

## REVISED NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Morgan Buildings & Spas, Inc. will submit to the Court its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process at 9:30 a.m. on July 27, 2011, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without the benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC.

383452.1

1