# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Karen Augustine v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8457* | * | |

*************************************************************************

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

MAY IT PLEASE THE COURT,

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Supplemental Memorandum in Support of its Motion to Dismiss with Prejudice [Rec. Doc. No. 21941] for failing to comply with Pre-Trial Order No. 32 relating to Plaintiff Fact Sheets.

On or about June 6, 2011, Crum & Forster Specialty Insurance Company moved for the dismissal with prejudice of the claim of two plaintiffs in the above captioned matter, **Christopher Paul** and **Lillie Favre.**

Subsequent to the filing of the Motion, mover was provided with additional information relating to the plaintiff, Lillie Favre. Mover agrees with counsel for plaintiff that Lillie Favre's Plaintiff Fact Sheet has been cured and mover <u>no longer seeks the dismissal</u> of her claims in this matter.

For the reasons stated in the original Memorandum in Support [Rec. Doc. No. 21941], mover <u>still seeks the dismissal</u> of Christopher Paul's claims with prejudice.  The original motion is unchanged as it regards Christopher Paul.

WHEREFORE, for the reasons stated in the original Memorandum in Support, Mover seeks the dismissal with prejudice the claims of Christopher Paul.  However, due to additional information received that cures the Plaintiff Fact Sheet, Mover no longer seeks the dismissal of the claims of Lillie Favre, and the motion may be considered **withdrawn as to Lillie Favre only**.  Mover has filed a Notice of Submission with this Honorable Court, [Rec. Doc. No. 21941-5], fixing a June 29, 2011 hearing date.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __22th__ DAY OF __June__, 2011..
  ____/s Eric B. Berger_____

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

2