## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |

**************************************************************************

## UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to withdraw an earlier-filed Motion to Dismiss [Rec. Doc. No. 22049] in the above-captioned matter. Mover sought dismissal as to the claims of *Harold Burfict, Harold Burfict on behalf of T.A., Harold Burfict on behalf of S.A., Harold Burfict on behalf of K.A., Robert Snyder on behalf of S.G.S., and Robert Snyder on behalf of J.R.S.,* for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of completed Plaintiff Fact Sheets. Subsequent to filing the motion, Counsel for Mover received compliant Plaintiff Fact Sheets for some of the above referenced plaintiffs, and non-

opposition to dismissal of others.    Counsel for Plaintiffs consents to the withdrawal of the Motion to Dismiss.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Withdraw be granted, removing the Motion to Dismiss [No. 22049] from the Court's July 13, 2011 docket.

Respectfully submitted:

\_\_\_\_/s Eric B. Berger\_\_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __22nd__ DAY OF __June__, 2011..
\_\_\_\_/s Eric B. Berger_____