UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>*Irma Miller v. Sun Valley, Inc., et al.*,<br>09-5658 (Charles Marshall) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff Charles Marshall and Defendant CH2M HILL Constructors, Inc., who hereby request, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that each and all of Plaintiff's claims against Defendant CH2M HILL Constructors, Inc. in the above-referenced matter be **dismissed with prejudice**, with each party to bear his/its own costs.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Shari A. Wright
DENNIS C. REICH, ESQ.
Texas State Bar No. 16739600
SHARI A. WRIGHT
Texas State Bar No. 22056700
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone:  (713) 622-7271
Facsimile:  (713) 623-8724
dreich@rbfirm.net
swright@rbfirm.net

1

**ATTORNEYS FOR PLAINTIFF**

and

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

/s/ Wade M. Bass
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of June, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

/s/ Wade M. Bass

2