UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>*Irma Miller v. Sun Valley, Inc., et al.*,<br>09-5658 (Charles Marshall) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In consideration of the Joint Motion for Dismissal With Prejudice filed by Plaintiff Charles Marshall and CH2M HILL Constructors, Inc.:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action by Charles Marshall against CH2M HILL Constructors, Inc. be and hereby are **DISMISSED WITH PREJUDICE**, each party to bear his/its own costs.

New Orleans, Louisiana, this _____ day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE