# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER               *     MDL No. 1873
FORMALDEHYDE                  *
PRODUCTS LIABILITY LITIGATION    *     JUDGE ENGELHARDT
                                       *
                                       *     MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:       *
     *Jolean Angletty v. Morgan Buildings & Spas, Inc., et al.*
     *Civil Action No. 09-8437*
*********************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO
## AMEND COMPLAINT AND SUBSTITUTE A PARTY

       NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above

captioned matter, who, for reasons more fully set forth in the memorandum attached hereto,

respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a

Party and requests that this Court substitute Northwood Manufacturing d/b/a Northwood of

Virginia for Morgan Buildings & Spas, Inc., in the above captioned matter.


                            Respectfully submitted,

                            /s/ Frank J. D'Amico, Jr. _____
                            FRANK J. D'AMICO, JR. (LSBA# 17519)
                            Frank J. D'Amico, Jr., APLC
                            4731 Canal St.
                            New Orleans, LA  70119
                            Phone: (504) 525-7272
                            Fax: (504) 525-9522

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)