UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                    \*      MDL No. 1873
FORMALDEHYDE                                  \*
PRODUCTS LIABILITY LITIGATION         \*      JUDGE ENGELHARDT
                                                            \*
                                                            \*      MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:               \*
    *Jolean Angletty v. Morgan Buildings & Spas, Inc., et al.*
    *Civil Action No. 09-8437*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully supplements and amends the Complaint for Damages to substitute Northwood Manufacturing d/b/a Northwood of Virginia for Morgan Buildings & Spas, Inc.  Plaintiff, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by Northwood Manufacturing d/b/a Northwood of Virginia (hereinafter "Northwood") and not Morgan Buildings & Spas, Inc. (hereinafter "Morgan").

Plaintiffs, through undersigned counsel, supplement and amend the Original Complaint for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein:

1.

1.  By amending section I.3 to reflect the substitution of Northwood for Morgan:

"3.     Defendant Northwood Manufacturing d/b/a Northwood of Virginia (hereinafter "Northwood"), is upon information and belief a limited liability corporation incorporated in the State of Oregon, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2.  By replacing all other references to Morgan with Northwood throughout the remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the substitution of Northwood for Morgan, and that Northwood, Fluor and FEMA be served with a copy of this First Amended Complaint and the Original Complaint.  Further, Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

                                        Respectfully submitted,

                                        /s/ Frank J. D'Amico, Jr.
                                        FRANK J. D'AMICO, JR. (LSBA# 17519)
                                        Frank J. D'Amico, Jr., APLC
                                        4731 Canal St.
                                        New Orleans, LA  70119
                                        Phone: (504) 525-7272
                                        Fax: (504) 525-9522

**PLEASE SERVE:**

Northwood Manufacturing d/b/a Northwood of Virginia
Through its Agent for Service of Process
Sherry A. Nash
59948 Downs Road
LaGrande, OR  97850

Fluor Enterprises, Inc.
Through its Registered Agent for Service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

The United States of America
**Through**
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras St.
Room B210
New Orleans, LA  70130
**And through**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001
**And through**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC  20472