UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Jimmy Dyson v. Morgan Buildings & Spas, Inc., et al.*
*Civil Action No. 10-2519*
**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY**

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully submits to this Honorable Court this Motion to Amend Complaint and Substitute a Party and requests that this Court substitute Travellers Property Casualty Company of America TIL for Morgan Buildings & Spas, Inc., in the above captioned matter.

          Respectfully submitted,

          /s/ Frank J. D'Amico, Jr.
          FRANK J. D'AMICO, JR. (LSBA# 17519)
          Frank J. D'Amico, Jr., APLC
          4731 Canal St.
          New Orleans, LA  70119
          Phone: (504) 525-7272
          Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)