## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Jimmy Dyson v. Morgan Buildings & Spas, Inc., et al.*
*Civil Action No. 10-2519*

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

**MAY IT PLEASE THE COURT:**

Plaintiffs' respectfully request that this Court grant Plaintiffs' Motion and Substitute Travellers Property Casualty Company of America TIL for Morgan Buildings & Spas, Inc. A review of documents and materials available to Plaintiff indicates that the original naming of Morgan Buildings & Spas, Inc., as defendant was erroneous.

The *Dyson* suit, in its Complaint, inadvertently misidentified Morgan Buildings & Spas, Inc., as the manufacturer in the above-captioned matter. Original matching information provided by defendants linked Morgan Buildings & Spas, Inc., as the manufacturer; however, Plaintiffs now understand that "Champion Home Builders", a now bankrupt company insured by Travellers Property Casualty Company of America TIL is the proper manufacturer.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant the Motion to Amend Complaint and Substitute a Party, dismiss Morgan Buildings & Spas, Inc., from this litigation without prejudice, and substitute Travellers Property Casualty Company of America TIL in its place.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)