## Mary S. Cooper

**From:** Mary S. Cooper
**Sent:** Tuesday, March 15, 2011 2:25 PM
**To:** 'melissa@brunobrunolaw.com'
**Cc:** Mark E. Seamster
**Subject:** FEMA Formaldehyde Litigation: Schlosser v. Sunnybrook, EDLA No. 09-8679

Dear Ms. DeBarbieris,

If your assistant could send us Plaintiffs' Fact Sheets and any amended Plaintiff Fact Sheets in the above-captioned matter for the following plaintiffs, as soon as possible, we would appreciate it:

Henry Schlosser
Raymond R. Holmes
Michele Horne
Ruben C. Horne
Theresa M. Schlosser
Ashley Volion

Thank you for your assistance in this matter.

6/22/2011



EXHIBIT A