## Mary S. Cooper

**From:** Mary S. Cooper
**Sent:** Wednesday, March 16, 2011 8:43 AM
**To:** 'Stephanie Alexie'
**Subject:** RE: FEMA Formaldehyde LItigation: Schlosser v. Sunnybrook, EDLA No. 09-8679

Thank you.    Do you have the Plaintiff Fact Sheets for:

Henry Schlosser
Theresa M. Schlosser
Ashley Volion

Thanks again.

---

**From:** Stephanie Alexie [mailto:stephaniea@brunobrunolaw.com]
**Sent:** Tuesday, March 15, 2011 4:37 PM
**To:** Mary S. Cooper
**Subject:** RE: FEMA Formaldehyde LItigation: Schlosser v. Sunnybrook, EDLA No. 09-8679

Dear Ms. Cooper:

Please find attached PFSs for Raymond R. Holmes, Michele Horne & Ruben C. Horne.

Very truly yours,

Stephanie Alexie
Legal Assistant to Joseph M. Bruno
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Direct Dial: (504) 304-2640
Email: stephaniea@brunobrunolaw.com

---

**From:** Melissa A. DeBarbieris
**Sent:** Tuesday, March 15, 2011 2:25 PM
**To:** Stephanie Alexie
**Subject:** FW: FEMA Formaldehyde LItigation: Schlosser v. Sunnybrook, EDLA No. 09-8679


Melissa A. DeBarbieris
Attorney
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, Louisiana 70113

6/22/2011


EXHIBIT 6

Direct Tel: 504.304.2642
Tel: 504.525.1335
Fax: 504.581.1493

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Mary S. Cooper [mailto:MCooper@gjtbs.com]
**Sent:** Tuesday, March 15, 2011 2:25 PM
**To:** Melissa A. DeBarbieris
**Cc:** Mark E. Seamster
**Subject:** FEMA Formaldehyde Litigation: Schlosser v. Sunnybrook, EDLA No. 09-8679

Dear Ms. DeBarbieris,

If your assistant could send us Plaintiffs' Fact Sheets and any amended Plaintiff Fact Sheets in the above-captioned matter for the following plaintiffs, as soon as possible, we would appreciate it:

Henry Schlosser
Raymond R. Holmes
Michele Horne
Ruben C. Horne
Theresa M. Schlosser
Ashley Volion

Thank you for your assistance in this matter.


Sincerely,



GALLOWAY
JOHNSON
TOMPKINS
BURR AND
SMITH

Mary S. Cooper, Paralegal
Phone: 985-674-6680 | Direct: 985-674-6719 | Fax: 985-674-6681
#3 Sanctuary Boulevard, Suite 301 Mandeville, Louisiana 70471
Email: MCooper@gjtbs.com

6/22/2011