UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Henry Schlosser, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| E.D. La. Suit No. 09-8679 | | * | MAG: CHASEZ |

*******************************************************************

### NOTICE OF SUBMISSION

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS as to plaintiffs, Henry Schlosser, Theresa Schlosser and Ashley Volion, filed by defendant, Sunnybrook RV, Inc., through undersigned counsel is set for hearing on **July 27, 2011 at 9:30 a.m.** before the Honorable Kurt L. Engelhardt, United States District Court, Eastern District of Louisiana, in accordance with the Local Rule.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile:  (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,
SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of June, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

    (  ) Hand Delivery    (  ) Facsimile
    (  ) Prepaid U.S. Mail    (  ) UPS/Federal Express
    ( X ) Electronic Mail    (  ) Certified Mail, Return Receipt Requested

___/s/ Cynthia J. Thomas___
**CYNTHIA J. THOMAS**

2