UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N"(5) |
| This Document Relates to: *Henry Schlosser, et al versus Sunnybrook RV, Inc., et al* *E.D. La. Suit No. 09-8679* | | * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering SunnyBrook RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

**IT IS ORDERED** that the Motion is **GRANTED**, and that Henry Schlosser, Theresa Schlosser and Ashley Volion's claims against SunnyBrook RV, Inc. are hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
U. S. District Court
Eastern District of Louisiana