# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Karen Augustine v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8457* | * | |

*********************************************************************

## ORDER

CONSIDERING the Unopposed Motion for Leave to Amend to File Supplemental Memorandum in Support of Motion to Dismiss [No. 21941], the Motion is Granted and the Supplemental Memorandum in Support shall be considered filed.

New Orleans, Louisiana this \_\_\_23rd\_\_\_ day of \_\_\_\_June\_\_\_\_, 2011.

HONORABLE KURT D. ~~ENGLEHARDT~~
ENGELHARDT