UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>* | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO:<br>*Jolean Angletty v. Morgan Buildings & Spas, Inc., et al.*<br>*Civil Action No. 09-8437* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion,

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file this First Amended Complaint and Substitute a Party. Further, Morgan Buildings & Spas, Inc., is dismissed without prejudice.

DATED this __24th__ day of _____June_____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE