UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Jolean Angletty, et al. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 09-8437) | * MAGISTRATE CHASEZ <br> * |

*********************************************

## ORDER

Considering Morgan Buildings & Spas, Inc.'s Consent Motion to Withdraw Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process:

IT IS HEREBY ORDERED that Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc. 21989) is WITHDRAWN.

New Orleans, Louisiana, this _____ day of _____, 2011.

---
Hon. Kurt Engelhardt
Judge, U.S. District Court
Eastern District of Louisiana