UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br><br>*Jimmie Dyson, et al. v. Morgan Buildings and Spas,*<br>*Inc., et al* (E.D. La. Suit No. 10-2519) | *<br>*<br>* MAGISTRATE CHASEZ<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO WITHDRAW RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

On June 7, 2011, Defendant, Morgan Buildings & Spas, Inc. (Morgan), appearing exclusively for the purpose of objecting to service, moved this Court, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, to dismiss the plaintiff's claims against Morgan on the grounds that the plaintiff has failed to serve Morgan in compliance with Rule 4 of the Federal Rules of Civil Procedure. (R. Doc. 21987).

On June 23, 2011, the plaintiff filed a Motion for Leave to Amend Complaint and Substitute Party to substitute Travelers Property Casualty Company of America TIL for Morgan Buildings & Spas, Inc., dismissing the plaintiff's claims against Morgan without prejudice. (R. Doc. 22102). The plaintiff's motion was granted on June 24, 2011. (R. Doc. 22119).

Since Morgan has been dismissed from this suit, its Motion to Dismiss for Insufficient Service of Process is now moot. Therefore, Morgan respectfully moves the court to withdraw its Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process. The plaintiff consents to this motion.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC.

## CERTIFICATE OF SERVICE

I certify that, on June 24, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

*/s/ Amanda S. Stout*
Amanda S. Stout