## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br><br><br><br> JUDGE ENGELHARDT <br><br><br> |
| THIS DOCUMENT RELATES TO: | | |
| *Jimmie Dyson, et al. v. Morgan Buildings and Spas,<br>Inc., et al* (E.D. La. Suit No. 10-2519) | * <br> * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Morgan Buildings & Spas, Inc.'s Consent Motion to Withdraw Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process:

IT IS HEREBY ORDERED that Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc. 21987) is WITHDRAWN.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Hon. Kurt Engelhardt
Judge, U.S. District Court
Eastern District of Louisiana