UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the "Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims" (Rec. Doc. 22074).   While neither the Manufacturing Defendants nor the Contractor Defendants oppose this motion, the Government does oppose it.  (See Rec. Doc. 22074, p. 1; Rec. Doc. 22100).  After considering the memoranda of the parties, the applicable law, and the ultimate goal sought: furtherance of a possible mass resolution of claims,

**IT IS ORDERED** that the **"Motion for Entry of Pretrial Order Concerning Completion of Plaintiff Fact Sheets, the Deficiency Process and Compilation of a Master Database of Plaintiffs for Resolution of Claims" (Rec. Doc. 22074)** is **GRANTED**.  Pretrial Order No. 88 will be issued separately.  The Court also notes that the Government's objection to paragraph 4 of Pretrial Order No. 88 (See Rec. Doc. 22100, pp. 3-4) is overruled, and the

Government's request to require Plaintiffs to respond to four additional questions (See Rec. Doc. 22100, pp. 4-5) is denied.

    New Orleans, Louisiana, this 24th day of June, 2011.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**