IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |
| | * | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-4038* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS** WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in these suits, *Stacey Anderson, Stacey Anderson on behalf of J.R.S., Stacey Anderson on behalf of S.G.S., Robert Snyder on behalf of S.G.S, and Robert Snyder on behalf of J.R.S.,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets.  Mover has consulted counsel for *Stacey Anderson, Stacey Anderson on behalf of J.R.S., Stacey Anderson on behalf of S.G.S., Robert Snyder on behalf of S.G.S, and Robert Snyder on behalf of J.R.S.,* who does not oppose the motion.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion to Dismiss with Prejudice be granted, dismissing the claims of the following plaintiffs with prejudice for failure to comply with Pre-Trial Order No. 32:

***Robert Snyder on behalf of S.G.S, and Robert Snyder on behalf of J.R.S.*** from *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5760; and

***Stacey Anderson, Stacey Anderson on behalf of J.R.S., Stacey Anderson on behalf of S.G.S.*** from *Faye Thomas v. Fluor Enterprises, Inc., et al,* No. 09-4038.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __27th__ DAY OF __June__, 2011..
      /s Eric B. Berger

      /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290