IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873 Section: N (5) Judge: Engelhardt |
| This Document Relates To: *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al* No: 09-5760 | * * * * | Magistrate: Chasez |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* No: 09-4038 | * * | |

*******************************************************************

## PROPOSED ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED,** and the claims of the following plaintiffs are dismissed with prejudice:

- Robert Snyder on behalf of the minors S.G.S, and J.R.S. (Plaintiffs in *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5760)

- Stacey Anderson, individually and on behalf of the minors J.R.S. and S.G.S. (Plaintiffs in *Faye Thomas v. Fluor Enterprises, Inc., et al*, No. 09-4038)

This _____ day of ____, 2011,

_____
UNITED STATES DISTRICT JUDGE