UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Jolean Angletty, et al. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 09-8437) | * | MAGISTRATE CHASEZ |

## ORDER

Considering Morgan Buildings & Spas, Inc.'s Consent Motion to Withdraw Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process:

IT IS HEREBY ORDERED that Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc. 21989) is WITHDRAWN.

New Orleans, Louisiana, this 27th day of June, 2011.

Hon. Kurt Engelhardt
Judge, U.S. District Court
Eastern District of Louisiana