UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGLEHARDT |
| *Sonya Andrews, et al v. Sun Valley, Inc. et al* CASE NO.: 2:09-CV-5659 (Sonya Andrews) | * * * * | MAG. JUDGE CHASEZ |

**COLONY NATIONAL INSURANCE COMPANY'S
AMENDING AND SUPPLEMENTING
PRELIMINARY LIST OF WITNESSES AND EXHIBITS**

NOW INTO COURT, through undersigned counsel, comes defendant, Colony National Insurance Company ("Colony"), which, in accordance with this Honorable Court's Scheduling Order in the above-captioned matter, hereby submits its amending and supplementing preliminary witness and exhibit lists. As both fact and expert discovery is ongoing, Colony expressly reserves the right to supplement and/or modify this list as the litigation continues.

Colony hereby adopts and incorporates herein by reference as if copied *in extensor*, the Preliminary List of Witnesses and the Preliminary List of Exhibits submitted by its Insured, Sun Valley, Inc., d/b/a Sun-Lite.

Respectfully submitted,

/s/ JAMES R. SUTTERFIELD
**James R. Sutterfield, T.A.** (La. Bar No. 12597)
jsutterfield@swslaw.com
**Candace R. LeBlanc** (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:     (504) 598-2715
Facsimile:     (504)529-7197
**ATTORNEYS FOR
COLONY NATIONAL INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield
Sutterfield & Webb, LLC

2