UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 2:07-MD-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGLEHARDT |
| *Gerod Macon, et al v. Sun Valley, Inc. et al*<br>*CASE NO.: 2:09-CV-7109 (Laura Batiste)* | * * * | MAG. JUDGE CHASEZ |

### COLONY NATIONAL INSURANCE COMPANY'S AMENDING AND SUPPLEMENTING PRELIMINARY LIST OF WITNESSES AND EXHIBITS

NOW INTO COURT, through undersigned counsel, comes defendant, Colony National Insurance Company ("Colony"), which, in accordance with this Honorable Court's Scheduling Order in the above-captioned matter, hereby submits its amending and supplementing preliminary witness and exhibit lists. As both fact and expert discovery is ongoing, Colony expressly reserves the right to supplement and/or modify this list as the litigation continues.

Colony hereby adopts and incorporates herein by reference as if copied *in extensor*, the Preliminary List of Witnesses and the Preliminary List of Exhibits submitted by its Insured, Sun Valley, Inc., d/b/a Sun-Lite.

Respectfully submitted,

/s/ JAMES R. SUTTERFIELD
**James R. Sutterfield, T.A.** (La. Bar No. 12597)
jsutterfield@swslaw.com
**Candace R. LeBlanc** (La. Bar No. 31831)
cleblanc@swslaw.com
650 Poydras Street, Suite 2715
New Orleans, LA  70130
Telephone:	(504) 598-2715
Facsimile:	(504)529-7197
**ATTORNEYS FOR**
**COLONY NATIONAL INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

s/James R. Sutterfield
Sutterfield & Webb, LLC

2