UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-8438

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda

in opposition to the "Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process" (Rec.

Doc. 21986), set for submission on June 29, 2011, was filed.  Further, it appears to the Court that

this motion has merit.  Accordingly,

      **IT IS ORDERED** that the  **"Rule 12(b)(5) Motion to Dismiss for Insufficient Service**

**of Process" (Rec. Doc. 21986)** is hereby **GRANTED**, dismissing Plaintiff's claim against

Morgan Buildings & Spas, Inc.

      **IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves

with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable

to this particular instance.

      A motion for reconsideration of this Order, if any, must be filed within ten days of the

date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition

memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 29th day of June 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**