UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Cassandra Guy, as Next Friend of R. F., a Minor, et al vs. Keystone RV Company, et al*<br>Civil Action No. 09-7817 | § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', CAROL FRANCIS and ROBERT FRANCIS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', CAROL FRANCIS and ROBERT FRANCIS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
HONORABLE KURT ENGELHARDT