UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO SUBSTITUTE PRETRIAL ORDER 88

**NOW INTO COURT**, come the Manufacturing Defendants and Contractor Defendants, who, for the reasons set forth below in the attached Memorandum in Support, respectfully request that Pretrial Order 88 recently signed by the Court (Rec. Doc. 22124) be substituted with the corrected version enclosed as Exhibit A. Opposing counsel has been contacted and there is no opposition to the filing of this Motion.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

00201150-1

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

s/David Kurtz

---

David Kurtz
Kenneth Carter
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
566-5259
FAX: 636-5259
**dkurtz@bakerdonelson.com**
**Contractor Defendants Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2011, a copy of the foregoing Unopposed Motion to Substitute Pretrial Order 88 was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

---

ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00201150-1