UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE PRETRIAL ORDER 88**

**MAY IT PLEASE THE COURT:**

Manufacturing Defendants and Contractor Defendants, with concurrence from Plaintiffs' Liaison Counsel, respectfully request that Pretrial Order 88 recently signed by the Court (Rec. Doc. 22124) be substituted with the corrected version enclosed as Exhibit A. The version of Pretrial Order 88 that was recently signed by the Court contained two typographical errors, namely (1) the Plaintiff Fact Sheet references for the fifteenth (15th) item, "Diagnosed Illness," makes reference to "(Second question below the chart)," which should read "(First question below the chart)" and (2) the eighteenth (18th) item, "Prior Medical History," makes reference to "VII(F)(1&4)," which should read "VI(F)(1&4).

A corrected version of Pretrial Order 88 with the above typographical errors corrected is enclosed for entry by the Court as Exhibit A.

00201149-1

Accordingly, Manufacturing Defendants and Contractor Defendants respectfully request that this Unopposed Motion to Substitute Pretrial Order 88 be granted.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

BY: /s/ Andrew D. Weinstock
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

s/David Kurtz
_____
David Kurtz
Kenneth Carter
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
566-5259
FAX: 636-5259
**dkurtz@bakerdonelson.com**
**Contractor Defendants Liaison Counsel**

00201149-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2011, a copy of the foregoing Memorandum in Support of Unopposed Motion to Substitute Pretrial Order 88 was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com