UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| ALL CASES | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing,

**IT IS ORDERED** that Manufacturing Defendants' and Contractor Defendants'

Unopposed Motion to Substitute Pretrial Order 88 for a corrected Pretrial Order 88 is hereby

**GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

00201151-1