UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * * * | SECTION N (5) |
| THIS DOCUMENT RELATES TO *Bailey, et al v. Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc.* Case No. 09-5736 | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**************************************************************************

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF RITA JONES AND WILLIAMS JONES, JR.

The following Plaintiffs, Rita Jones and Williams Jones, Jr. hereby give notice of Plaintiffs' voluntary dismissal of claims against Defendants in the above captioned matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Rita Jones
2. Williams Jones, Jr.

Plaintiffs Rita Jones and Williams Jones, Jr. claims are preserved in *Douglas, et al, v. Liberty Mutual Insurance Corporation, et al.,* filed with this Court December 29, 2009 in Civil Action 2:09-cv-8461.

This dismissal applies to Rita Jones and Williams Jones, Jr. only, and does not affect the claims of the remaining Plaintiffs in this matter.

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC
        BY:   <u>/s/ Lawrence J. Centola, Jr.</u>
              LAWRENCE J. CENTOLA, JR.
        Lawrence J. Centola, Jr., LA Bar #3962
        Hurricane Legal Center
        600 Carondelet Street, Suite 602
        New Orleans, LA 70130
        Telephone: (504) 525-1944
        Facsimile:   (504) 525-1279
        lcentola@hurricanelegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

        <u>s/ Lawrence J. Centola, Jr.</u>
        LAWRENCE J. CENTOLA, JR.