UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: "N"(5)** |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Gerard Hobden, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 09-7113* | | * | **MAG: CHASEZ** |

*************************************************************************

## ORDER

Considering SunnyBrook RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

**IT IS ORDERED** that the Motion is **GRANTED**, and that plaintiffs, Chanda Meadows, Donna Meadows and Hannah Pyron's claims against SunnyBrook RV, Inc. are hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
U. S. District Court
Eastern District of Louisiana