# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6719
Telecopy: 985-674-6681
E-mail: mcooper@gjtbs.com

Please reply to the Mandeville Office

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

620 EAST TWIGGS STREET,
SUITE 303
TAMPA, FLORIDA 33602
Telephone (813) 977-1200
Telecopy (813) 977-1288

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-0933

7710 CARONDELET AVENUE,
SUITE 404
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

2520 14th STREET, SUITE 910
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

106 ST. FRANCIS STREET,
SUITE 502
MOBILE, ALABAMA 36602
Telephone (251) 438-7850
Telecopy (251) 438-7875

March 3, 2011

Mary S. Cooper
Paralegal

**Via Fax: 361-882-1261 and 361-882-3015**
**E-Mail: info@fematrailerlitigation.com**
Robert C. Hilliard, Esq.
Watts Hilliard, L.L.C.
FEMA Trailer Litigation
2506 N. Port Avenue
Corpus Christi, TX 78401

    RE:    Joseph Carrier, et al v.
              SunnyBrook RV, Inc., et al
              USDC EDLA No. 10-1305, Sec. N. Mag. 5

Dear Mr. Hilliard:

    We have not received Plaintiff Fact Sheets from your office which state that SunnyBrook RV is the manufacturer of the trailer that Chanda Meadows and Donna Meadows resided in. Please provide us with these Plaintiff Fact Sheets as soon as possible, which includes the SunnyBrook RV VIN number, FEMA ID, bar code and move-in, move-out dates. If we do not receive these plaintiff fact sheets by March 9, 2011, we will have no choice but to seek to have the above-captioned matter dismissed.

    Thank you for your assistance in this matter.

                                      Sincerely,

                                      *s/Mary S. Cooper*

                                      Mary S. Cooper, Paralegal to
                                      CYNTHIA J. THOMAS and
                                      MARK E. SEAMSTER


EXHIBIT A

## Mary S. Cooper

| | |
|---|---|
| **From:** | Mary S. Cooper |
| **Sent:** | Thursday, March 03, 2011 3:10 PM |
| **To:** | 'Michael Hoffstadt' |
| **Cc:** | 'ksaxvik@wgclawfirm.com'; Mark E. Seamster; 'info@fematrailerlitigation.com' |
| **Subject:** | FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION - PLAINTIFF FACT SHEETS - CARRIER MATTER |
| **Attachments:** | Ltr. to Watts Hilliard re PFS - Carrier matter (01825295).PDF |

.tr. to Watts Hilliard
re PFS ...

Dear Michael and Kendra,

Please see the attached correspondence regarding this matter. I also sent this via facsimile.

Thanks.

1