## Mary S. Cooper

**From:** Mark E. Seamster
**Sent:** Tuesday, March 22, 2011 1:13 PM
**To:** 'Justin Woods'; Gerald E. Meunier
**Cc:** Cynthia Thomas; Richard G. Duplantier, Jr.
**Subject:** Sunnybrook Settlement conference

Dear Justin and Gerry:

Just following up on my last email, there are several cases where it appears the claimant occupied two trailers, and we don't know how much time was spent in each. These include

| Name | Trailer Mfg. |
|---|---|
| Bartie, Alberta | Sunnybrook and ?? |
| Bui, Nan | Sunnybrook and Gulfstream |
| Carrier Sr., Brandon | Sunnybrook and Fleetwood |
| Carrier, Erica | "           " |
| Carrier, Gaynel | "           " |
| Carrier, Joseph | "           " |
| Meadows, Chandra | Sunnybrook and Champion |
| Meadows, Donna | "           " |
| Penton, Christian | Sunnybrook and Gulfstream |
| Penton, Sadie | "           " |
| Pyron, Hannah | Sunnybrook and Waverlee (?) |
| Spiers, Sheila | Sunnybrook and Keystone |
| Spiers, Dylan | "           " |
| Spiers, Forest | "           " |
| Spiers, Jayla | "           " |
| Spiers, Mason | "           " |

Obviously, it would be useful to know which manufacturer's trailer was the first to be occupied, and how long each was occupied. Best regards,


EXHIBIT B

6/30/2011

## Mary S. Cooper

**From:** Mark E. Seamster
**Sent:** Tuesday, March 22, 2011 11:40 AM
**To:** 'Justin Woods'; Gerald E. Meunier
**Cc:** Richard G. Duplantier, Jr.; Cynthia Thomas
**Subject:** Sunnybrook Settlement Conference

Dear counsel:

We have now reviewed approximately 143 Plaintiff Fact Sheets that purport to support claims against Sunnybrook RV. Most of these documents contain very limited information. For example, only about a dozen of the PFSs state any amount of medical specials. Many have no health care providers listed, and most provide no dates of treatment. Accordingly, we suggest that virtually every PFS we have seen is "deficient" to one extent or another.

Having said the above, there are several PFSs that we specifically believe require supplementation, and there are some claimants for whom we have no PFS. We ask that these deficiencies be addressed before the settlement conference on April 27, 2011. The claimants involved are the following:

| Name | Deficiency |
|---|---|
| Celestine, Aalyiah | No VIN |
| Harper, Damere | No PFS (suit not served) |
| Jackson, Thomas | No VIN |
| Manuel, Bonita | No VIN |
| Meadows, Chandra<br>Meadows, Donna | No VIN<br>" |
| Mims, Joyce | No PFS (removed, remand motion pending) |
| Nguyen, Huyen | No VIN |
| Payne, Matthew | No VIN |
| Simien, Ashlyn | No symptoms, no medicals, no treatment. (No claim?) |
| Simien, Treylon | "       " |
| Taylor, Michelle<br>Taylor, Johnson | No data other than VIN and dates of occupancy (suit not served)<br>same as above |
| Volion, Ashley | No data (suit not served) |

Your timely attention to this matter will be appreciated. Best regards,

6/30/2011