# Mary S. Cooper

| | |
|---|---|
| **From:** | Mark E. Seamster |
| **Sent:** | Tuesday, March 29, 2011 2:05 PM |
| **To:** | Cynthia Thomas; Richard G. Duplantier, Jr. |
| **Subject:** | FW: Sunnybrook Settlement Conference |
| **Importance:** | High |

FYI

---

**From:** Heather McCourtney [mailto:hmccourtney@gainsben.com]
**Sent:** Tuesday, March 29, 2011 1:49 PM
**To:** Adolfo Martinez; Anthony Buzbee; Becky; Beryl Fisse; Betty Nguyen; Bob F. Wright; brianc@wrightroy.com; Bryan August Pfleeger; Candice Sirmon; Catherine Jacobs; Catrice Johnson (sulc109@aol.com); Chante Desplas; Chante Desplas; Clay Garside (clay@waltzerlaw.com); Darryl James Becnel; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dschilling@rgplaw.com; Douglas Schmidt; Edward Gibson; Emily Jeffcott; eulis@simien.com; FEMA; Frank J. D'Amico Jr. (frank@damicolaw.net); Gwen; hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo, III; Jackie; Jackie Edmundson; James A. Stegall, III; Jamie Priest; Jaqueline Osborne; jdegravelles@dphf-law.com; Jennalee Philips; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw.com); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Gilbert Munoz; Jonathan B. Andry; Joseph M. Bruno (jbruno@jbrunolaw.com); Kay Serven; Kelly Moorman; kerry@jimshall.com; kmorgan@wgclawfirm.com; Larry Centola (lcentola@hurricanelegal.com); Laura De La Cruz; Leonard Joseph Cline, Jr.; Linda Nelson (lnelson@lambertandnelson.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); Matthew B. Moreland; Michael Howell; Michael Watson; Mikal C. Watts (mcwatts@wgclawfirm.com); Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Obioha Law Office; Pam Flores; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Paul Lee (lee@kaplanleeoc.com); Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo (benlaw@bencomolaw.com); Richard L. Tapp, Jr.; Robert Becnel; Roberta L. Burns; Robyn Lessinger; Ronald J. Favre; Rose M. Hurder; Samuel Ward (scw660@gmail.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shari Wright; Sharrolyn Jackson Miles (smiles@hurricanelegal.com); Shawn Reed; Sherry Lassere; Sidney D. Torres, III; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Vera Cardenas; Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; zinbec@aol.com; Denise Martin; Palmer Lambert
**Cc:** Mark E. Seamster
**Subject:** Sunnybrook Settlement Conference
**Importance:** High

Hello all, please find below two lists of plaintiffs, each requesting different information. Please respond to Mark Seamster, who I have cc'd on this email and myself as soon as possible, but no later than April 27th which is the date of the settlement conference. Thanks everyone.

1) **Below are several PFSs that we specifically believe require supplementation, and there are some claimants for whom we have no PFS. We ask that these deficiencies be addressed before the settlement conference on April 27, 2011. The claimants involved are the following:**

| Name | Deficiency |
|---|---|
| Celestine, Aalyiah | No VIN |
| Harper, Damere | No PFS (suit not served) |



EXHIBIT
C

6/30/2011

| Name | |
|---|---|
| Jackson, Thomas | No VIN |
| Manuel, Bonita | No VIN |
| Meadows, Chandra | No VIN |
| Meadows, Donna | " |
| Mims, Joyce | No PFS (removed, remand motion pending) |
| Nguyen, Huyen | No VIN |
| Payne, Matthew | No VIN |
| Simien, Ashlyn | No symptoms, no medicals, no treatment. (No claim?) |
| Simien, Treylon | "            " |
| Taylor, Michelle | No data other than VIN and dates of occupancy (suit not served) |
| Taylor, Johnson | same as above |
| Volion, Ashley | No data (suit not served) |

2) **There are several cases where it appears the claimant occupied two trailers, and we don't know how much time was spent in each.** It **would be useful to know which manufacturer's trailer was the first to be occupied, and how long each was occupied.  These include:**

| Name | Trailer Mfg. |
|---|---|
| Bartie, Alberta | Sunnybrook and ?? |
| Bui, Nan | Sunnybrook and Gulfstream |
| Carrier Sr., Brandon | Sunnybrook and Fleetwood |
| Carrier, Erica | "            " |
| Carrier, Gaynel | "            " |
| Carrier, Joseph | "            " |
| Meadows, Chandra | Sunnybrook and Champion |
| Meadows, Donna | "            " |
| Penton, Christian | Sunnybrook and Gulfstream |
| Penton, Sadie | "            " |
| Pyron, Hannah | Sunnybrook and Waverlee (?) |
| Spiers, Sheila | Sunnybrook and Keystone |
| Spiers, Dylan | "            " |
| Spiers, Forest | "            " |
| Spiers, Jayla | "            " |
| Spiers, Mason | "            " |

6/30/2011

Heather L. McCourtney
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Email: hmccourtney@gainsben.com

6/30/2011