# Mary S. Cooper

| | |
|---|---|
| **From:** | Nicole Porter [nporter@wgclawfirm.com] |
| **Sent:** | Thursday, June 30, 2011 7:08 AM |
| **To:** | Mary S. Cooper |
| **Cc:** | 'amartin@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas |
| **Subject:** | Re: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011 |
| **Importance:** | High |
| **Attachments:** | 230057-Meadows, Chanda.pdf; 230206-Pyron, Hannah.pdf; 230058-Meadows, Donna.pdf; ATT00001.txt |

   

230057-Meadows, Chanda.pdf (2 ...   230206-Pyron, Hannah.pdf (2 MB...   230058-Meadows, Donna.pdf (2 M...   ATT00001.txt (4 KB)

Here are the requested Plaintiff Fact Sheets for the below clients.

Please let us know if you need anything additional.



1