# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION

**REGIONAL OFFICES:**

ONE SHELL SQUARE
701 POYDRAS STREET, 40th FLOOR
NEW ORLEANS, LOUISIANA 70139-4003
Telephone: (504) 525-6802
Telecopy: (504) 525-2456

1301 MCKINNEY, SUITE 1400
HOUSTON, TEXAS 77010
Telephone: (713) 599-0700
Telecopy: (713) 599-0777

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
Telephone: (850) 436-7000
Telecopy: (850) 436-7099

620 EAST TWIGGS STREET,
SUITE 303
TAMPA, FLORIDA 33602
Telephone (813) 977-1200
Telecopy (813) 977-1288

**Cynthia J. Thomas**
**Special Counsel**

Three Sanctuary Blvd., Third Floor
Mandeville, LA 70471
www.gjtbs.com

Writer's Direct Telephone: 985-674-6710
Telecopy: 985-674-6681
E-mail: cthomas@gjtbs.com

Please reply to the Mandeville Office

May 16, 2011

4021 AMBASSADOR CAFFERY
PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LA 70503
Telephone: (337) 735-1760
Telecopy: (337) 993-0933

7710 CARONDELET AVENUE,
SUITE 404
ST. LOUIS, MISSOURI 63105
Telephone: (314) 725-0525
Telecopy: (314) 725-7150

2520 14th STREET, SUITE 910
GULFPORT, MISSISSIPPI 39501
Telephone: (228) 214-4250
Telecopy: (228) 214 9650

56 ST. FRANCIS STREET,
SUITE 502
MOBILE, ALABAMA 36602
Telephone (251) 438-7850
Telecopy (251) 438-7875

## PLAINTIFF FACT SHEET (PFS) DEFICIENCY NOTICE

**Via E-Mail: ksaxvik@wgclawfirm.com**
Robert C. Hilliard
Mikal Watts
Wynter Lee
**WATTS HILLIARD**
2506 North Port Ave.
Corpus Christi, Tx 78401

        RE:   FEMA Trailer Litigation – Sunnybrook RV
                USDC EDLA No. 07-md-01873
                Our File: 611-20
                Your Client: Simien, Ashlyn

Dear Counsel:

    We have identified the following deficiencies in the PFS submitted on behalf of your client referenced above in regards to the claim against Sunnybrook RV. A check mark next to a corresponding paragraph of the PFS indicates that information was either not provided or not adequately provided. Please cure these deficiencies within thirty days hereof.

| | | |
|---|---|---|
| _____ | II.  A and C | Plaintiff name and current address |
| _____ | III. B | Attorney name |
| __X__ | III. C3-9 | Symptoms |



# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
A PROFESSIONAL LAW CORPORATION

PFS Deficiency Notice
Page 2 of 2
Plaintiff: Simien, Ashlyn

| | | |
|---|---|---|
| _____ | IV. C | Date of birth |
| __X__ | IV. F3 | Statement re wage loss claim |
| __X__ | IV. G | Previous claims/suits |
| _____ | V. A 1-20 | Trailer information |
| __X__ | V. D | Repairs |
| __X__ | VI. A-G | Medical Background |
| __X__ | VII. A-D | Medical Diagnosis |
| _____ | | Certification |
| _____ | | Authorizations (if applicable) |

If you have any questions, please contact us.

Sincerely,

Cynthia J. Thomas

CJT/ahm
cc: Justin Woods -     Via e-mail: jwoods@gainsben.com
    Andrew Weinstock - Via e-mail: andreww@duplass.com