**Amendment to the Plaintiff Fact Sheet**

Claimant Name: Simien, Ashlyn Nechelle

Claimant's Attorney: Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:     931345201

Defendants Named:   Sunnybrook R.V., Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Sunnybrook RV
VIN/Serial #:  4UBASOR2261D48225
Barcode:      1337522
Unit:         TT
Contractor:   Fluor


EXHIBIT

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   _____   _8-31-09_
Signature of Plaintiff                            Print Your Name                            Date

*(Signature and printed name: Ashlyn Simien)*