UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1873**<br><br>**SECTION: "N"(5)** |
| **This Document Relates to:**<br>*Kimberly Jackson, et al versus Sunnybrook RV, Inc., et al*<br>*E.D. La. Suit No. 09-7848* | | * * * * | **JUDGE: ENGELHARDT**<br><br><br>**MAG: CHASEZ** |

*************************************************************************

## ORDER

Considering SunnyBrook RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

**IT IS ORDERED** that the Motion is **GRANTED**, and that Ashlyn Simien's claims against SunnyBrook RV, Inc. are hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
U. S. District Court
Eastern District of Louisiana