OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 7-1-11

JOLEAN ANGLETTY

vs.

MORGAN BUILDINGS & SPAS, INC., et al.

Case No. 09-8437  Section N-5

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) NORTHWOOD MANUFACTURING d/b/a NORTHWOOD OF VIRGINIA through its AGENT FOR SERVICE OF PROCESS
   (address) SHERRY A. NASH, 59948 DOWNS ROAD, LAGRANDE, OR 97850
2. (name) FLUOR ENTERPRISES, INC., through its REGISTERED AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
   (address) 320 SOMERULOS ST., BATON ROUGE, LA 70802-6129
3. (name) U.S.A. through U.S. ATTORNEY'S OFFICE, EASTERN DISTRICT OF LOUISIANA
   (address) 500 POYDRAS ST., ROOM B210 NEW ORLEANS, LA 70130
4. (name) U.S.A. through ATTORNEY GENERAL OF THE UNITED STATES, U.S. DEPARTMENT OF JUSTICE
   (address) 950 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20530-0001
5. U.S.A., through FEDERAL EMERGENCY MANAGEMENT AGENCY, OFFICE OF THE DIRECTOR, OFFICE OF THE GENERAL COUNSEL, 500 C STREET, SW WASHINGTON, DC 20472

Very truly yours,

"Signature"

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Attorney for PLAINTIFFS
FRANK J. D'AMICO, JR., APLC
Address 4731 CANAL ST
NEW ORLEANS, LA 70119