AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Trista M. Whitten, et al | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 11-553 "N" |
| Thor Industries, Inc, et al | ) ) |
| *Defendant* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bechtel National, Inc,
through its Registered Agent for Service of Process
CT Corporation System
645 Lakeland East, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
1100 Poydras, Suite 2800
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Apr 07 2011__

B. Gregory
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-553 "N"

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**2. Article Number:** 71791000164500189902

**1. Article Addressed to:**
Bechtel National, Inc
CT Corporation System
6100 Neil Road
Suite 500
Reno, NV 89511

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X C Bawder ☐ Agent ☐ Addressee
B. Received by (Printed Name): C Bawder
C. Date of Delivery: 6/16/11
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811    Domestic Return Receipt

Additional information regarding attempted service, etc: