UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 071873<br>*<br>* SECTION "N" (5)<br>* |
| THIS DOCUMENT RELATES TO: 09-4899<br>*Kisha Sellers, et al. vs. KZRV, LP, et al.* *<br>*(Melvin Mackey)* | * JUDGE ENGELHARDT<br>* MAGISTRATE CHASEZ |

### PLAINTIFF MELVIN MACKEY'S
### CONSENT MOTION TO AMEND ORDER OF
### DISMISSAL PURSUANT TO FED.R.CIV.P. 60(a)

NOW INTO COURT, through undersigned counsel, comes plaintiff Melvin Mackey, who, for the reasons set forth in the memorandum filed herewith, and pursuant to Federal Rule of Civil Procedure 60(a), moves to alter the Order of Dismissal (R. Doc. 20902)[the "Dismissal Order"] entered on May 5, 2011, and who further represents that opposing counsel do not oppose the instant motion or requested order.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on July 5, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER