UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * MDL NO. 071873 |
| PRODUCTS LIABILITY LITIGATION | * |
| | * SECTION "N" (5) |
| | * |
| THIS DOCUMENT RELATES TO: 09-4899 | * JUDGE ENGELHARDT |
| *Kisha Sellers, et al. vs. KZRV, LP, et al.* * | |
| *(Melvin Mackey)* | * MAGISTRATE CHASEZ |

PLAINTIFF MELVIN MACKEY'S
MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO AMEND ORDER OF
DISMISSAL PURSUANT TO FED.R.CIV.P. 60(a)

**MAY IT PLEASE THE COURT:**

Plaintiff Melvin Mackey asserts claims herein against defendants KZ RV, Inc. and Fluor Enterprises, Inc. [FEI]. His claims were set for a bellwether trial to commence on May 16, 2011.

On or about May 5, 2011, plaintiff Mackey and defendant KZ RV advised the Court that they had agreed upon a compromise of plaintiff's claims against KZRV, as part of a proposed class settlement with this defendant manufacturer. FEI was not a party to that compromise; and, indeed, plaintiff Mackey and defendant KZ RV did not advise the Court that FEI was a party to the compromise.

The parties' intent in thereafter requesting the customary order of dismissal conditioned on consummating the settlement, was that plaintiff's claims against FEI would remain pending, although the trial of the claims against FEI would be continued without date. The parties submit that this is an appropriate approach, given that the proposed class settlement with KZRV must be Court-approved at a Fairness Hearing. If this approval is not given, the parties will take steps to

set aside the order of dismissal within the time permitted for doing so because the settlement has not been consummated, and the option of the plaintiff Mackey presenting his claims against both KZRV and FEI in the same trial on the merits, will have been preserved. If, on the other hand, the class settlement is approved and plaintiff's claims against KZRV are concluded by this settlement, Mr. Mackey's claims against FEI may be set for trial at a later time (unless settled).

On May 5, 2011, the Court entered the Dismissal Order, a copy of which is attached to this motion as Exhibit "A." The Order might be interpreted as dismissing plaintiff Mackey's claim against FEI, which was not the intent of the parties and presumably not the intent of the Court.

Pursuant to Federal Rule of Civil Procedure 60(a), a party may ask the district court to correct errors in a judgment caused by mistake, oversight, or omission. *In re West Tex. Mktg. Corp.,* 12 F.3d 497, 503 (5th Cir. 1994). Such errors, moreover, may be corrected whenever discovered. Fed.R.Civ.P. 60(a). A clerical error is a mistake, oversight, or omission in the recitation of the judgment that causes the judgment to inaccurately reflect what was intended by the court. *Truskoski v. ESPN, Inc.,* 60 F.3d 74, 77 (2d Cir. 1995). Such is the case with the dismissal Order at issue.

A district court also may amend a dismissal order under Fed.R.Civ.P. 60(a) if the order inadvertently dismisses a plaintiff's lawsuit. *See., e.g., Jones & Guerrero Co. v. Sealift Pac.,* 650 F.2d 1072, 1074 (9th Cir. 1981)(court inadvertently dismissed plaintiff's suit instead of petition of removal). Indeed, under Rule 60(a), a district judge has the authority to amend a judgment in order to clarify the Court's intention. *See, e.g., Robi v. Five Platters, Inc.,* 918 F.2d 1439, 1445 (9th Cir. 1990).

Pursuant to the above authority, plaintiff requests entry of the attached Order amending this Court's Dismissal Order of May 5, 2011. Undersigned counsel has conferred with counsel

for all other parties to this action and they have no opposition to this motion, or to the entry of the Order now requested.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      DENNIS REICH, Texas #16739600
      MIKAL WATTS, Texas # 20981820
      ROBERT C. HILLIARD, Texas #09677700

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on July 5, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER