## McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

Justin I. Woods
**Gainsburgh, Benjamin, David,
  Meunier & Warshauer, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

> RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*
>
> <u>*Andrew Williams, Jr. v. Morgan Buildings & Spas, Inc., et al. (E.D. La. 09-5452)*</u>

Dear Justin:

      On August 3, 2009, you filed the matter styled *Andrew Williams, Jr. v. Morgan Buildings & Spas, Inc., et al.* in the Eastern District of Louisiana, bearing Suit No. 09-5452. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) are named as manufacturing defendants. Without waiver of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc 22008), we are writing pursuant to Pre-Trial Order No. 86 to request that you correct several deficiencies with respect to the Plaintiff Fact Sheet (PFS) submitted by the plaintiff in this matter.

      We have no record of plaintiff Andrew Williams, Jr. submitting a PFS. Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. Pursuant to Pretrial Order No. 32, page 4, § F, Mr. Williams was to submit a PFS by December 31, 2009. We are not aware of any request by Mr. Williams for an extension of this deadline.

      Pre-Trial Order Nos. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing. As Mr. Williams is not in compliance with Pre-Trial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

380418.1

Justin I. Woods
June 17, 2011
Page 2

    Please contact me on or before July 13, 2011 at 4:00 p.m. to hold a Rule 37.1 conference concerning the plaintiff's PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

    With kindest regards we remain,

                  Very truly yours,

                    McGlinchey Stafford, PLLC

                    Amanda S. Stout

380418.1