**EXHIBIT B**

Excerpt from Pretrial Order No. 68 spreadsheet provided on October 15, 2010 (Line 806):

| Andrew Williams, Jr. | Andrew (Jr.) | 931233647 | Morgan Bldgs. & Spas, Inc., Morgan Bldg. Sys., Inc. | CH2M Hill Constructors | N | *Williams v. Morgan Bldgs. & Spas, Inc.* | 09-5452 | EDLA | |

Excerpt from Pretrial Order No. 68 spreadsheet provided on March 31, 2011 (Line 39721):

| Andrew Williams, Jr. | Andrew (Jr.) | 931233647 | Morgan Bldgs. & Spas, Inc., Morgan Bldg. Sys., Inc. | CH2M Hill Constructors | Y | *Williams v. Morgan Bldgs. & Spas, Inc.* | 09-5452 | EDLA | PSC |