## Palmer Lambert

| | |
|---|---|
| From: | Denise Martin |
| Sent: | Friday, October 15, 2010 10:23 PM |
| To: | Amanda_Ballay@laed.uscourts.gov; ANDREW WEINSTOCK; Kurtz, David; 'Miller, Henry (CIV)'; Dinnell, Adam (CIV); Leche, Charles E.; Ralph Hubbard |
| Cc: | CARMEN MOTES; CRYSTLE ACCARDO; Whitfield, Karen; Heather McCourtney; Justin Woods; Palmer Lambert; Gerald E. Meunier |
| Subject: | Gainsburgh and PSC Master Plaintiff Spreadsheets for Amended PTO 68 |
| Attachments: | GB Master Plaintiff Spreadsheet for Amended PTO 68 (00125950).XLSX; PSC Master Plaintiff Spreadsheet for Amended PTO 68 (00125949).XLSX |

Amanda & Counsel:

Attached please find the master spreadsheets per Pretrial Order No. 68 for Gainsburgh Benjamin clients, as well as the Plaintiffs' Steering Committee.

Thanks so much.
D


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail


CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

# Palmer Lambert

| | |
|---|---|
| **From:** | Justin Woods |
| **Sent:** | Thursday, March 31, 2011 5:23 PM |
| **To:** | ANDREW WEINSTOCK; Kurtz, David; Whitfield, Karen (kwhitfield@bakerdonelson.com); Ralph Hubbard; cleche@dkslaw.com; henry.miller@usdoj.gov |
| **Cc:** | Gerald E. Meunier; Palmer Lambert; Mikal C. Watts (mcwatts@wgclawfirm.com) |
| **Subject:** | FEMA Litigation |
| **Attachments:** | PTO 68 inventory for Mar 31 deadline (00145463).xlsx |

Liaison Counsel,

Attached is an updated PTO # 68 listing in compliance with the Court's Order of March 9, 2011 (Rec. Doc. 20455). Also, in order to better gauge the total inventory of remaining cases, we have included a sheet of unfiled for and/or non-Louisiana cases.

After speaking with David Watts of the Watts Hilliard group, we believe that further refinement of the spreadsheet is necessary; however, the decision needs to be made whether or not this task should be done prior to, or after, the agreed-upon PFS fields are entered into a database. The fields David has suggested are the following:

Plaintiff Law Firm Name
Plaintiff Law Firm Client #
Last Name
First Name
Middle Name
Suffix Name
SSN
FEMA ID (9 Digit # Only - No Alpha or trailing 4 digit codes)
Manufacturer
Contractor
Fema Sued
Current MDL Court
Current Cause No
Current Case Style
Original Venue
Original Cause No
Original Case Style
Vin #
Barcode


Justin

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

1



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.