UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL No. 1873** **SECTION N(5)** |
| | * * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** ***Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al.*** **(E.D. La. Suit No. 10-2276)** | * * * * | **MAGISTRATE CHASEZ** |

................................................................................

**AFFIDAVIT OF JUSTIN I. WOODS**

Before me, the undersigned notary on this day personally appeared **JUSTIN I. WOODS**, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Justin I. Woods. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney with the firm of Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. for the Plaintiffs' Steering Committee in the FEMA Trailer Formaldehyde Products Liability Multidistrict Litigation.

3. I believed, in good faith, that service was appropriate and sufficient under Fed. R. Civ. P. 5 in the instant litigation and that service under this Rule was not subject to Fed. R. Civ. P. 4 and/or individual state mandates.

4. I further believed, in good faith, that delivering the Summons and Amended Complaint via certified mail, return receipt request, was sufficient under the Multidistrict Litigation Rules.

5. I was unaware of any contentions of defective service by Defendants until Defendant Morgan Buildings and Spas, Inc. filed its 12(b)(5) Motion to Dismiss.



6. As an attorney with the firm, I routinely serve both in-state and out-of-state Defendants by certified mail and I am not aware of any Defendant served in this matter challenging service apart from Defendant Morgan Buildings and Spas, Inc."

JUSTIN I. WOODS

Sworn and subscribed before me on this 5th day of July, 2011.

M. PALMER LAMBERT, NOTARY PUBLIC
LSBA# 33228