UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al.*<br>(E.D. La. Suit No. 10-2276) | * * * * * | MAGISTRATE CHASEZ |

## AFFIDAVIT OF CHRIS PINEDO

Before me, the undersigned notary on this day personally appeared Justin Woods, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is Chris Pinedo. I am competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a one of the attorneys working on Plaintiff's claims in the FEMA Trailer Formaldehyde Products Liability Multidistrict Litigation.

3. I was not aware that Morgan Building and Spas was claiming any irregularity in service in of the claims of Kinard Parish and Viola Isham until June 10, 2011, when Morgan Building and Spas filed their Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process.

4. On June 21, 2011, I called Christine Lipsey, counsel for Morgan Building and Spas and asked her if on behalf of Morgan Building and Spas to withdraw the Motion to Dismiss as they had been active in this litigation. I also informed her that if Morgan did not agree to withdraw their Motion, Plaintiff would be asking the Court for additional time to serve Morgan. Alternatively, I asked Ms. Lipsey to accept service of Plaintiffs' Complaint and to allow Plaintiff additional time to serve Defendant Morgan Building and Spas. She informed me she would discuss my requests same with her client.

5. On June 23, 2011, Christine Lipsey informed me that her client would not accede to any of my requests. A copy of the email from her is included in the email string identified as Attachment "1" to this Affidavit.



EXHIBIT "E"

6.      On June 28, I wrote an email to Christine Lipsey, counsel for Morgan Building and Spas confirming my prior requests and that Morgan had not agreed to the same. A copy of that email is included here as Attachment "1" to this Affidavit."

_____
Chris Pinedo

Sworn and subscribed before me on this 5th day of July, 2011.

DIANA M. MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-13-2012

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

## Chris Pinedo

| | |
|---|---|
| From: | Chris Pinedo <cpinedo@cpinedolaw.com> |
| Sent: | Tuesday, June 28, 2011 7:57 AM |
| To: | 'Lipsey, Christine' |
| Cc: | 'Marcotte, Angela C.'; justin williams (justin@hmglawfirm.com); Nick Ostrow (nick@hmglawfirm.com); 'Gerald E. Meunier'; Denise Martin (dmartin@gainsben.com); Marion Reilly (marionmreilly@gmail.com); 'Justin Woods'; 'Bob Hilliard'; 'Mikal Watts' |
| Subject: | RE: Kinard Parish v. Morgan Building and Spas |

Christine:

This will confirm that on June 21, I asked you if Morgan Building and Spas, would withdraw their 12b(6) Motion to Dismiss for Insufficient Service of Process in *Kinard Parish v. Morgan Building and Spas* (Rec. Doc. 22027) given that Morgan Building and Spas has actively participated in this MDL litigation, produced a witness for deposition, and attended depositions. Alternatively, I asked you for additional time to serve Morgan Building and Spas or for you as attorney for Morgan Building and Spas to accept service on behalf of Morgan Building and Spas as Morgan's Motion to Dismiss, Rec. Doc. 22027, which was filed on June 10, 2011, was Plaintiff's first notice that Morgan Building and Spas was claiming any defect in service. I believe these were all very reasonable requests. I would also note that your Motion confirms that Morgan received the summons and notice of this lawsuit.

You have informed me that Morgan Building and Spas will not agree to any of my requests in this regard.

I believe I made it clear to you that Plaintiff was opposed to Morgan's Motion to Dismiss. If not, please accept this as confirmation of the same.

**CHRIS PINEDO**
**ATTORNEY AT LAW**
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Office (361) 946-1474
Cell (361) 244-2278

Confidentiality Statement:
This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is Strictly Prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.

**From:** Lipsey, Christine [mailto:clipsey@mcglinchey.com]
**Sent:** Thursday, June 23, 2011 11:46 AM
**To:** Chris Pinedo
**Cc:** Marcotte, Angela C.
**Subject:** RE: Kinnard Parish v. Morgan Building and Spas

Chris---My client has asked that we proceed with our motion and not waive service. Just so you have the information, we faxed a letter to Robert Hilliard on June 9, 2011 asking to let us know if there was any opposition to our motion. We received no response. CL

Christine Lipsey
McGlinchey Stafford PLLC
Direct: (225) 382-3683



1

Fax: (225) 612-7098
Email: clipsey@mcglinchey.com

| 301 Main Street, 14th Floor | One American Place, 14th Floor |
|---|---|
| Baton Rouge LA 70802 | Baton Rouge LA 70825 |

**From:** Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
**Sent:** Tuesday, June 21, 2011 3:17 PM
**To:** Lipsey, Christine
**Subject:** Kinnard Parish v. Morgan Building and Spas

Christine: it was good to talk to you today. Please let me know what your client say.

**CHRIS PINEDO**
**ATTORNEY AT LAW**
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Office (361) 946-1474
Cell (361) 244-2278

Confidentiality Statement:
This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is Strictly Prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer.html