UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     * MDL NO. 071873
PRODUCTS LIABILITY LITIGATION     *
    * SECTION "N" (5)
    *
THIS DOCUMENT RELATES TO: 09-4899     * JUDGE ENGELHARDT
*Kisha Sellers, et al. vs. KZRV, LP, et al.* *
*(Melvin Mackey)*     * MAGISTRATE CHASEZ

## AMENDED ORDER OF DISMISSAL

Considering Plaintiff Melvin Mackey's Consent Motion to Amend Order of Dismissal Pursuant to Fed.R.Civ.P 60(a), and the consent of all parties to the motion,

**IT IS ORDERED** that the Order of Dismissal entered by this Court on May 5, 2011 (Doc. 20902) be amended by substituting the following language as the provisions of that Order:

**IT IS ORDERED** that, other than with respect to plaintiff Melvin Mackey's claims against Fluor Enterprises, Inc., this action be and is herby dismissed without costs and without prejudice to the right, upon good cause shown within 120 days of the entry of this Order, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the settling parties; and

**IT IS FURTHER ORDERED** that the bellwether trial, originally set for May 16, 2011, and the pre-trial conference originally set for May 9, 2011, are **CANCELLED**, and the trial of Melvin Mackey's claim against Fluor Enterprises, Inc. is continued without date.

New Orleans, Louisiana, this <u>6th</u> day of July, 2011.

                                        Kurt D. Engelhardt
                                        United States District Judge