IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS * | | |
| LIABILITY LITIGATION * | | Section: N (5) |
| * | | |
| * | | Judge: Engelhardt |
| This Document Relates To: * | | |
| *Janell Batiste v. Crum & Forster* * | | Magistrate: Chasez |
| *Specialty Ins. Co., et al* * | | |
| *No: 09-5760* * | | |
| * | | |
| *Ann Beech v. CH2M Hill* * | | |
| *Constructors, Inc., et al* * | | |
| *No: 09-4057* * | | |
| * | | |
| *Alfred Lewis v. Crum & Forster* * | | |
| *Specialty Ins. Co., et al* * | | |
| *No: 09-5739* * | | |
| * | | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* * | | |
| *No: 09-4038* * | | |

******************************************************************************

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFFS FACT SHEETS**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in these suits, *Meleah Beaugez, Bobby James, Joyce James, Elizabeth Mowers, Cornelius Johnson, and Andrealie Lewis,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of Plaintiff Fact Sheets. Mover has consulted counsel for Meleah Beaugez, Bobby James,

Joyce James, Elizabeth Mowers, Cornelius Johnson, and Andrealie Lewis who does not oppose the motion.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion to Dismiss with Prejudice be granted, dismissing the claims of the following plaintiffs with prejudice for failure to comply with Pre-Trial Order No. 32: ***Meleah Beaugez, Bobby James, and Joyce James*** from *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al,* No. 09-5760; ***Elizabeth Mowers*** from *Faye Thomas v. Fluor Enterprises, Inc., et al,* No. 09-4038; ***Cornelius Johnson*** from *Ann Beech CH2M Hill Constructors, Inc., et al,* No: 09-4057*;* and ***Andrealie Lewis*** from *Alfred Lewis v. Crum & Forster Specialty Ins. Co., et al,* No. 09-3985.

Respectfully submitted:

\_\_\_\_/s Eric B. Berger\_\_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  7th   DAY OF   July  , 2011..
     /s Eric B. Berger