IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Janell Batiste v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5760* | * | |
| | * | |
| *Ann Beech v. CH2M Hill* | * | |
| *Constructors, Inc., et al* | * | |
| *No: 09-4057* | * | |
| | * | |
| *Alfred Lewis v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-5739* | * | |
| | * | |
| *Faye Thomas v. Fluor Enterprises, Inc., et al* | * | |
| *No: 09-4038* | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED** as to the following Plaintiffs:

- Meleah Beaugez, Bobby James, and Joyce James (Plaintiffs in *Janell Batiste v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5760)
- Elizabeth Mowers (Plaintiff in *Faye Thomas v. Fluor Enterprises, Inc., et al*, No. 09-4038)
- Cornelius Johnson (Plaintiff in *Ann Beech v. CH2M Hill Constructors, Inc., et al*, No. 09-4057)
- Andrealie Lewis (Plaintiff in *Alfred Lewis v. Crum & Forster Specialty Ins. Co., et al*, No. 09-5739)

This __8th__ day of __July__, 2011,

_____
UNITED STATES DISTRICT JUDGE