UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| Hallman, et al.<br><br>versus<br><br>Thor Industries, Inc., et al. | CIVIL ACTION NO. 2:10-CV-03417 |

### NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration is hereby set for submission on the 27th day of July, 2011, at 9:30 a.m.

Respectfully submitted, this the 8th day of July, 2011.

By: /s/ Casey L. Lott
CASEY L. LOTT
Attorney for Plaintiffs

Of Counsel:

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

{L0063264.DOC}

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 8th day of July, 2011 served a true and correct copy of the foregoing, Notice of Submission to counsel of record via CM/ECF to all counsel of record.

                                       /s/ Casey L. Lott
                                       CASEY L. LOTT