UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |
| Bradburn, et al.<br><br>versus<br><br>Keystone Industries, Inc., et al. | CIVIL ACTION NO. 2:10-CV-03422 |

## MOTION FOR RECONSIDERATION

COME NOW, the Plaintiffs, through undersigned counsel, and respectfully move the Court to reconsider its Order entered on June 29, 2011 (Doc. 3) dismissing the Plaintiffs' claims in the above styled and numbered cause of action, and in support of same would show unto the Court the following:

1. On June 29, 2011, this Court entered an Order (Doc. 3) granting Keystone RV Company's Motion to Dismiss (MDL Doc. 22018) based on the Plaintiffs' alleged failure to fully complete their respective Plaintiff Fact Sheets.

2. However, the undersigned never received notice of the filing of said motion because the undersigned was not on Gainsburgh Benjamin's mass email list. See email attached hereto as Exhibit "A." The undersigned contacted Denise Martin at Gainsburgh Benjamin and is now on the mass email list.

{L0063264.DOC}

3. The undersigned did, however, receive electronic notice of the Court's Order granting the Defendant's motion to dismiss because it was filed in the individual cause number, 2:10-CV-03422, as opposed to the MDL cause number, 07-1873.

4. Pursuant to the Court's instructions, Plaintiffs are timely filing their motion for reconsideration herein.

5. Plaintiffs would affirmatively state that they have substantially complied with PTO Nos. 2 and 32, as amended by PTO No. 88.

6. The undersigned would further state that some Plaintiff Fact Sheets do not contain information that is not required by PTO No. 88. In most instances, this is because those Plaintiffs have not responded to the undersigned's request for additional information. However, not all of the Plaintiffs herein fall within that category and some Plaintiff Fact Sheets have more missing information than others. Consequently, Plaintiffs respectfully request the Court evaluate each alleged deficiency on a case-by-case basis and deny Defendant's motion as to all Plaintiffs who have substantially complied with PTO Nos. 2 and 32, as amended by PTO No. 88.

Respectfully submitted, this the 8th day of July, 2011.

                                By:    /s/ Casey L. Lott
                                       CASEY L. LOTT
                                       Attorney for Plaintiffs

Of Counsel:

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

CERTIFICATE OF SERVICE

I, Casey L. Lott, attorney for Plaintiffs, do hereby certify that I have this the 8th day of July, 2011, filed a true and correct copy of the above and foregoing *Motion for Reconsideration* via the ECF system which sent an electronic copy to the following:

Adam Michael Dinnell
adam.dinnelll@usdoj.gov

Andrew D. Weinstock
andreww@duplass.com

Charels E. Leche
cleche@dkslaw.com

Daniel Joseph Balhoff
balhoff@pabmb.com

Frank Jacob D'Amico, Jr.
frank@damicolaw.net

Gerald Edward Meunier
gmeunier@gainsben.com

Henry Thomas Miller
henry.miller@usdoj.gov

John Adam Bain
adam.bain@usdoj.gov

Jonathan Richard Waldron
jonathan.waldron@usdoj.gov

Justin I. Woods
jwoods@gainsben.com

Matthew B. Cano
mbc@aaplaw.com

Michael David Kurtz
dkurtz@bakerdonelson.com

Michelle George Boyle
michelle.boyle@usdoj.gov

Ralph Shelton Hubbard, III
ruhbbard@lawla.com

Shalla Santos
ses@aaplaw.com

This the 8th day of July, 2011.

/s/ Casey L. Lott
CASEY L. LOTT