UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION     SECTION "N" (5)

**Bradburn, et al.**

**CIVIL ACTION NO. 2:10-CV-03422**

**versus**

**Keystone Industries, Inc., et al.**

## NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration is hereby set for submission on the 27th day of July, 2011, at 9:30 a.m.

Respectfully submitted, this the 8th day of July, 2011.

By:    /s/ Casey L. Lott
        CASEY L. LOTT
        Attorney for Plaintiffs

Of Counsel:

**LANGSTON & LOTT, P.A.**
Post Office Box 382
100 South Main Street
Booneville, MS 38829
Telephone: (662) 728-9733
Facsimile: (662) 728-1992

{L0063264.DOC}

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 8th day of July, 2011 served a true and correct copy of the foregoing, Notice of Submission to counsel of record via CM/ECF to all counsel of record.

                                            /s/ Casey L. Lott
                                            CASEY L. LOTT