## Casey L. Lott - FW: Formaldehyde - Motion to Dismiss in Bradburn

| | |
|---|---|
| **From:** | Denise Martin <dmartin@gainsben.com> |
| **To:** | "Casey L. Lott" <clott@langstonlott.com>, Barb Griffin-Long <bgriffin-lo... |
| **Date:** | 7/7/2011 8:54 AM |
| **Subject:** | FW: Formaldehyde - Motion to Dismiss in Bradburn |
| **Attachments:** | Exhibit A - Doc. 22018-2 (00149877).PDF; Exhibit B - Doc. 22018-3 (00149878).PDF; Memo in Support - Doc. 22018-1 (00149876).PDF; Motion to Dismiss for Failure toComply in Bradburn (00149875).PDF; Notice of Hearing - Doc. 22018-4 (00149879).PDF |

This was circulated on June 10th.

Denise Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Denise Martin
**Sent:** Friday, June 10, 2011 3:43 PM
**To:** Adolfo Martinez; Andrea Brazel; Anthony Buzbee; Becky; Beryl Fisse; Betty Nguyen; Bob F. Wright; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Chante Desplas; Clay Garside (clay@waltzerlaw.com); cpinedo@cpinedolaw.com; Darlene Whittington (darlene@jimshall.com); Darryl James Becnel; David Carr; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; eulis@simien.com; FEMA; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com;

Exhibit "A"

hlambert@LambertandNelson.com; J. Rock Palermo, III; Jackie Edmundson; James A. Stegall, III; Jamie Priest; jdegravelles@dphf-law.com; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw.com); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Gilbert Munoz; Jonathan Andry; Jonathan B. Andry; Joseph M. Bruno (jbruno@jbrunolaw.com); Julie Burmaster; Kay Serven; Kelly Moorman; kerry@jimshall.com; L. Tate; Larry Centola (lcentola@hurricanelegal.com); Leonard Joseph Cline, Jr.; Leticia De La Cruz; Linda Nelson (lindanbarnett@aol.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); MaryAnna Penton; Matthew B. Moreland; Michael Howell; Michael Watson; Michelle Purchner; Mikal C. Watts (mcwatts@wgclawfirm.com); Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Paige Bostwick; Pam Flores; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo (benlaw@bencomolaw.com); Reed Bowman; Richard L. Tapp, Jr.; Robert Becnel; Roberta L. Burns; Robyn Lessinger; Ronald J. Favre; Samuel Ward (scw660@gmail.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shana Fondren (shanafondren@gmail.com); Shari Wright; Sharrolyn Jackson Miles (smiles@hurricanelegal.com); Shawn Reed; Sherry Lassere; Sidney D. Torres, III; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; Wendy Caldwell; zinbec@aol.com
**Subject:** Formaldehyde - Motion to Dismiss in Bradburn

Denise Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.