IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Ellen Cooper, et al v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| No: 09-5427 | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS as to plaintiffs *Ellen Cooper and Jimmy Cooper*, filed by defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, is set for hearing on July 27, 2011 at 9:30 a.m. before the Honorable Kurt L. Englehardt, United States District Court, Eastern District of Louisiana in accordance with the Local Rules.

                                                Respectfully submitted:

**CERTIFICATE OF SERVICE**      ____/s Eric B. Berger__

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS   SIDNEY J. ANGELLE, #1002
BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY   ERIC B. BERGER, #26196
EMAILING THE SAME TO EACH, PROPERLY   LOBMAN, CARNAHAN, BATT,
THROUGH THE COURT'S E-FILING SYSTEM   ANGELLE & NADER
ON THIS _11th_ DAY OF __July__, 2011..   400 POYDRAS STREET, SUITE 2300
____/s Eric B. Berger_____   NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290