UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(4) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | MAGISTRATE JUDGE: |
| | * | CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Sun Valley, Inc., d/b/a Sun Lite, which moves this Court for an Order withdrawing Kelley Mackenroth, and enrolling Jeffrey E. McDonald as its additional Counsel of Record.

WHEREFORE, Sun Valley, Inc., d/b/a Sun Lite prays that this Court enter an Order, withdrawing Kelley Mackenroth, and enrolling Jeffrey E. McDonald as additional Counsel of Record for Sun Valley, Inc., d/b/a Sun Lite.

Respectfully submitted,

**ALLEN & GOOCH**

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
SCOTT F. DAVIS, # 26013
LORI A. DAIGLE, # 31687
DAX C. FOSTER, # 30506
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002

Tel: 504.836.5260
Fax: 504.836.5265
**Attorneys for Sun Valley, Inc., d/b/a Sun Lite**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

By: /s/ Brent M. Maggio
BRENT M. MAGGIO