UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 2:07-MD-1873  SECTION: N(4)  JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAGISTRATE JUDGE:  CHASEZ |

*********************************************************************

### O R D E R

Considering the foregoing Motion filed by Sun Valley, Inc., d/b/a Sun Lite;

IT IS HEREBY ORDERED that Kelley Mackenroth be and the same is hereby withdrawn as counsel of record for defendant, Sun Valley, Inc., d/b/a Sun Lite.

IT IS FURTHER ORDERED that Jeffrey E. McDonald, be and the same is enrolled as additional Counsel of Record for Sun Valley, Inc., d/b/a Sun Lite, in this cause.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**United States District Judge**