OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: July 11, 2011

Joyce Winston, et al

vs.

Sunnybrook RV, Inc., et al

Case No. 09-8020  Section N

Dear Sir:

Please ((issue)) ((re-issue)) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Sunnybrook RV, Inc. / Attn: Elvie J. Frey Sr.
   (address) 201 14th Street Middlebury IN 46540
2. (name) Fluor Enterprises, Inc. / Attn: Corporation Service Co
   (address) 320 Somerulos Street Baton Rouge, LA 70802-0129
3. (name) The USA through US Atty's office, EDLA
   (address) 500 Poydras Street Rm B210 New Orleans, LA 70130
4. (name) The USA through Attorney General of the US, US Dept. of Justice
   (address) 950 Pennsylvania Ave NW Washington DC 20530-0001
   The USA Through FEMA, Office of the Director, Office of General Counsel
   500 C Street SW Washington DC 20472

Very truly yours,

[signature]

Attorney for Plaintiff

Address 622 Baronne Street New Orleans 70113

I certify that all parties listed in the complaint referenced above, have been matched.