UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-2276) | * MAGISTRATE CHASEZ <br> * |

*************************************************

## PRETRIAL ORDER NO. 10 CERTIFICATE OF COMPLIANCE

In accordance with Pretrial Order No. 10, I hereby certify that on July 11, 2011, I corresponded *via* electronic mail with counsel for plaintiffs concerning the Motion for Leave to File Reply Memorandum, who registered no opposition as of the filing of this motion.

Respectfully Submitted:

**McGlinchey Stafford, PLLC**

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

384910.1