UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | |
| *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-2276) | * * | MAGISTRATE CHASEZ |

*********************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in

Support of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R.

Doc. 22027):

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed

as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of July, 2011.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

384910.1