UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Andrew Williams, Jr.. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 09-5452) | * MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (R. DOC. 22008)

Morgan Buildings & Spas, Inc. and Morgan Buildings Systems, Inc. (collectively, Morgan) move this Court for leave to file the attached reply memorandum in support of their Rule 12(b)(5) Motion to Dismiss for Insufficient Service Of Process (R. Doc. 22008) to briefly address the arguments raised by the plaintiff in opposition to Morgan's motion. Morgan's Rule 12(b)(5) motion is set for submission on July 13, 2011. Morgan's reply memorandum will assist the Court in resolving the pending issues, and will not unduly delay these proceedings.

Counsel for the plaintiff who opposed Morgan's motion was contacted about this motion for leave, and stated no opposition.

384912.1

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached reply memorandum.

Respectfully Submitted:

**McGlinchey Stafford, PLLC**

s/Christine Lipsey
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
astout@mcglinchey.com

**ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDINGS SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I certify that, on the 11th day of July, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.

s/Christine Lipsey
Christine Lipsey

384912.1

2