UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE    * MDL NO. 1873
PRODUCTS LIABILITY LITIGATION    *
   *
   *
   *
   * JUDGE ENGELHARDT
   *
THIS DOCUMENT RELATES TO:    *
   *
*Andrew Williams, Jr.. v. Morgan Buildings and*    * MAGISTRATE CHASEZ
*Spas, Inc., et al* (E.D. La. Suit No. 09-5452)    *
************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in

Support of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R.

Doc. 22008):

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed

as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of July, 2011.


                                   KURT D. ENGELHARDT
                                   UNITED STATES DISTRICT JUDGE

384912.1