UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Williams v. Morgan Buildings & Spas, Inc., et al,*<br>*E.D. La. 09-5452* | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR LEAVE TO FILE PLAINTIFF'S SUR-REPLY MEMORANDUM IN OPPOSITION TO MORGAN MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully requests an Order from this Honorable Court granting him leave to file Plaintiff's Sur-Reply Memorandum to Morgan's Reply Memorandum to Plaintiff's Opposition to Morgan's Motion to Dismiss. A sur-reply is necessary to address issues raised by Morgan, which are unaddressed in plaintiff's original opposition memorandum. Counsel for Morgan has been contacted and expressed no opposition to this motion.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Justin I. Woods*
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304

        Facsimile:    504/528-9973
        gmeunier@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        */s/Justin I. Woods*
        JUSTIN I. WOODS, #24713