# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Williams v. Morgan Buildings & Spas, Inc., et al,*<br>*E.D. La. 09-5452* | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Consent Motion for Leave to file Plaintiff's Sur-Reply Memorandum:

IT IS ORDERED that Plaintiffs are hereby granted leave to file Plaintiff's Sur-Reply Memorandum to Morgan's Reply Memorandum to Plaintiff's Opposition to Morgan's Motion to Dismiss.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
J U D G E