UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Williams v. Morgan Buildings & Spas, Inc., et al,* | * | |
| *E.D. La. 09-5452* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUR-REPLY MEMORANDUM IN OPPOSITION TO MORGAN MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Plaintiff hereby incorporates in its entirety the argument and conclusion sections II. and III. of the Memorandum in Opposition filed by Plaintiff in 10-2276 (Rec. Doc. 22157). As in that case, Mr. Williams' conduct does not rise to the requisite level of contumacious or stubborn resistance to authority; conversely, Mr. Williams attempted to cure the issue of deficient service immediately upon notice of such deficiency by opposing counsel. In doing so, Mr. Williams used the manner of service that Plaintiff in good faith believes is proper in this MDL. Therefore, Plaintiff prays that the instant motion be denied. Alternatively, Plaintiff requests that this Honorable Court grant him additional time within which to properly effectuate service, as he has displayed a timely, good faith effort to cure this deficiency in service upon notice by Defendant.

        Respectfully submitted:

        **FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

        BY:   */s/Justin I. Woods*
               GERALD E. MEUNIER, #9471

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/Justin I. Woods*
JUSTIN I. WOODS, #24713