UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Friday, July 15, 2011, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference Friday, July 15, 2011 are:

-Jerry Meunier
-Justin Woods
-Matt Moreland
-Raul Bencomo
-Frank D'Amico, Jr.
-Tony Buzbee
-Mikal Watts
-Dennis Reich
-Robert Becnel (will not be in attendance)
-Robert Hilliard (will not be in attendance)
-Chris Pinedo (prior permission granted)
-Andy Weinstock

-Joe Glass
- Ernie Gieger (will not be in attendance)
-Stewart Tharp
-Jim Percy
-Tim Scandurro
-Dave Kurtz
-Karen Whitfield
-Charlie Penot
-Gerry Barrios
-John Hainkel
-Henry Miller (will not be in attendance)
-Adam Dinnell (will not be in attendance)
-Lamont Domingue (in Tom Thagard's absence, prior permission granted )
-Ralph Hubbard
-Charles Leche
-John Perry (attendance optional)
-Dan Balhoff (attendance optional)
-Randi Ellis (attendance optional)

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10 a.m. conference on Friday, July 15, 2011, is open to all.

New Orleans, Louisiana, this 11th day of July, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2