UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-6425

## ORDER

**IT IS ORDERED** that the Thursday, July 21, 2011 pre-trial conference, is

**RESET** from 9:00 a.m. to 7:45 a.m. on that same day.

New Orleans, Louisiana, this 12th day of July 2011.

                                                                         _____
                                                                         **KURT D. ENGELHARDT**
                                                                         **UNITED STATES DISTRICT JUDGE**