UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(4) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | MAGISTRATE JUDGE: |
| | * | CHASEZ |

*********************************************************************

**O R D E R**

Considering the foregoing Motion filed by Sun Valley, Inc., d/b/a Sun Lite;

IT IS HEREBY ORDERED that Kelley Mackenroth be and the same is hereby withdrawn as counsel of record for defendant, Sun Valley, Inc., d/b/a Sun Lite.

IT IS FURTHER ORDERED that Jeffrey E. McDonald, be and the same is enrolled as additional Counsel of Record for Sun Valley, Inc., d/b/a Sun Lite, in this cause.

New Orleans, Louisiana, this  12th   day of          July          , 2011.

United States District Judge