

| # | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 5495 | Roxanne Rome Rome-Cutrer | Roxanne | 939747783 | Fleetwood | | Yes | Ladner v. Fleetwood, A |
| 5496 | Cynthia Russell Trabeaux | Cynthia | 939632934 | Fleetwood | | Yes | Ladner v. Fleetwood, A |
| 5497 | Suzette Meyer | Suzette | 939346904 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood, A |
| 5498 | Marcus Trey Moore | Marcus | 911871048 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood, A |
| 5499 | Richard Charles Osborne Jr | Richard | 911861190 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood, A |
| 5500 | Joshua Ronquille | Joshua | 911982060 | Fleetwood | | Yes | Ladner v. Fleetwood, A |
| 5501 | Chuck Scott | Chuck | 931112738 | Fleetwood | Shaw | Yes | Ladner v. Fleetwood, A |
| 5502 | Carolyn Ruffino | Carolyn | 911868603 | Monaco Coach Corporation | Bechtel | Yes | Legendre v. Monaco |
| 5503 | Robert Moise Legendre Jr | Robert | 940781630 | Monaco Coach Corporation | Shaw | Yes | Legendre v. Monaco |
| 5504 | Audrey Vidou Randazzo | Audrey | | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5505 | Louis J. Randazzo Sr. | Louis | | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5506 | Ashley Neumann | Ashley | 911907217 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5507 | Brendon Andrew Neumann | Brendon | 911907217 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5508 | Nathan Neumann | Nathan | 911907217 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5509 | Todd Neumann Jr. | Todd | 911907217 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5510 | Todd Neumann Sr. | Todd | 911907217 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5511 | Robert Moise Legendre Jr | Robert | 940781630 | Morgan Buildings & Spas, Inc | | Yes | Legendre v. Morgan |
| 5512 | Shelley Perschall | Shelley | 911886813 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5513 | Camron Russell | Camron | 921127753 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5514 | Niah Russell | Niah | 921127753 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5515 | Chloe Russell | Chloe | 921127753 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5516 | Bridget Mullet Martin | Bridget | 911888620 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5517 | Blair Martin | Blair | 911888620 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5518 | Barry Martin | Barry | 911888620 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5519 | James Patrick McCarthy Sr | James | 911869993 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5520 | Treasure Beth Murrell | Treasure | 921128372 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |
| 5521 | Rene Stephen Murrell Jr | Rene | 921142979 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Strea |

EXHIBIT 2

## Phyllis Michon

| | |
|---|---|
| **From:** | David Jarrell |
| **Sent:** | Friday, October 15, 2010 4:55 PM |
| **To:** | 'balhoff@pabmb.com'; 'henry.miller@usdoj.gov'; 'djurtz@bakerdonelson.com'; 'rhubbard@lawla.com'; 'cleche@dkslaw.com'; 'andreww@duplass.com'; Roberta Burns; Sidney Torres; David Jarrell; Phyllis Michon |
| **Subject:** | PTO 68 Spreadsheet - Law Offices of Sidney D. Torres, III |
| **Attachments:** | 10152010-spreadsheet.xls |

See attached.