

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 4994 | Suzette Meyer | Suzette | 939346904 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood Adams v. Fleetwood Adams v. Fleetwood et al |
| 4995 | Marcus Trey Moore | Marcus | 911871048 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood Adams v. Fleetwood Adams v. Fleetwood et al |
| 4996 | Richard Charles Osborne Jr | Richard | 911861190 | Fleetwood | Fluor | Yes | Ladner v. Fleetwood Adams v. Fleetwood Adams v. Fleetwood et al |
| 4997 | Chuck Scott | Chuck | 931112738 | Fleetwood | Shaw | Yes | Ladner v. Fleetwood Adams v. Fleetwood Ament v. Fleetwood et al |
| 4998 | Jose E. Navarrete | Jose | 940767927 | Fleetwood | MLU | Yes | Ladner v. Fleetwood Navarrete v. American International et al |
| 4999 | Paul A Zeairs III | Paul | 940752669 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood Rodi v. American International et al |
| 5000 | Kathleen V. Zeairs | Kathleen | 940752669 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood Rodi v. American International et al |
| 5001 | John J. Rodi Jr | John | 911866142 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood Rodi v. American International et al |
| 5002 | Karen F. Rodi | Karen | 911866142 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood Rodi v. American International et al |
| 5003 | Rodney J. Weiskopf Sr | Rodney | 939559185 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood Rodi v. American International et al |
| 5004 | Roxanne Rome Rome-Cutrer | Roxanne | 939747783 | Fleetwood | T-MAC | Yes | Ladner v. Fleetwood Rome-Cutrer v. American International et al |
| 5005 | Roxanne Rome Rome-Cutrer | Roxanne | | Fleetwood | T-MAC | Yes | Ladner v. Fleetwood Rome-Cutrer v. American International et al |
| 5006 | Audrey Wild | Audrey | 939747339 | Fleetwood | UFAS-Agbayani | Yes | Ladner v. Fleetwood Wild v. American International et al |
| 5007 | Robert Moise Legendre Jr | Robert | 940781630 | Monaco Coach Corporation | Shaw | Yes | Legendre v. Monaco Legendre v. Monaco et al |
| 5008 | Carolyn Ruffino | Carolyn | 911868603 | Monaco Coach Corporation | Bechtel | Yes | Legendre v. Monaco Ruffino v. Monaco et al |
| 5009 | Audrey Vidou Randazzo | Audrey | | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5010 | Louis J. Randazzo Sr | Louis | | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5011 | Ashley Neumann | Ashley | 911907217 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5012 | Brendon Andrew Neumann | Brendon | 911907217 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5013 | Nathan Neumann | Nathan | 911907217 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5014 | Todd Neumann Jr | Todd | 911907217 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5015 | Todd Neumann Sr | Todd | 911907217 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5016 | Robert Moise Legendre Jr | Robert | 940781630 | Morgan Buildings & Spas Inc | | Yes | Legendre v. Morgan Legendre v. Morgan Buldings and Spas et al |
| 5017 | Norma K. Oalmann | Norma | 940756946 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Stream Adams v. Cavalier Alkurd v. Heartland Alphonso v. C |
| 5018 | Rosalie Nastasi | Rosalie | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream Adams v. Cavalier Alkurd v. Heartland Alphonso v. C |
| 5019 | Jerilynn Pierce Melton | Jerilynn | 911882805 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Stream Adams v. Cavalier Alkurd v. Heartland Alphonso v. C |
| 5020 | Heather McQuaig | Heather | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream Adams v. Cavalier Alkurd v. Heartland Alphonso v. C |

EXHIBIT 3

**Phyllis Michon**

| | |
|---|---|
| **From:** | David Jarrell |
| **Sent:** | Thursday, November 11, 2010 5:08 PM |
| **To:** | 'balhoff@pabmb.com'; 'henry.miller@usdoj.gov'; 'djurtz@bakerdonelson.com'; 'rhubbard@lawla.com'; 'cleche@dkslaw.com'; 'andreww@duplass.com'; Roberta Burns; Sidney Torres; David Jarrell; Phyllis Michon |
| **Cc:** | 'Denise Martin' |
| **Subject:** | Revised Spreadsheet per PTO 68 |
| **Attachments:** | fema-spreadsheet.xls |

See attached for the list.