

| | A | B | C | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|---|---|
| 5002 | Karen F. Rodi | Karen | 911866142 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood,Rodi v. American International, et al | 09-4372, 10-3560 | EDLA,EDLA |
| 5003 | Rodney J. Weiskopf Sr. | Rodney | 939559185 | Fleetwood | CH2MHILL | Yes | Ladner v. Fleetwood,Rodi v. American International, et al | 09-4372, 10-3560 | EDLA,EDLA |
| 5004 | Roxanne Rome Rome-Cutrer | Roxanne | 939747783 | Fleetwood | T-MAC | Yes | Ladner v. Fleetwood,Rome-Cutrer v. American International, et al | 09-4372, 10-3563 | EDLA,EDLA |
| 5005 | Roxanne Rome Rome-Cutrer | Roxanne | | Fleetwood | T-MAC | Yes | Ladner v. Fleetwood,Rome-Cutrer v. American International, et al | 09-4372, 10-3563 | EDLA,EDLA |
| 5006 | Audrey Wild | Audrey | 939747339 | Fleetwood | UFAS-Agbayá | Yes | Ladner v. Fleetwood,Wild v. American International, et al | 09-4372, 10-3565 | EDLA,EDLA |
| 5007 | Robert Moise Legendre Jr. | Robert | 940781630 | Monaco Coach Corporation | Shaw | Yes | Legendre v. Monaco,Legendre v. Monaco, et al | 09-0522, 10-3776 | SDMS,EDLA |
| 5008 | Carolyn Ruffino | Carolyn | 911868603 | Monaco Coach Corporation | Bechtel | Yes | Legendre v. Monaco,Ruffino v. Monaco, et al | 09-0522, 10-3783 | SDMS,EDLA |
| 5009 | Audrey Vidou Randazzo | Audrey | | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5010 | Louis J. Randazzo Sr. | Louis | | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5011 | Ashley Neumann | Ashley | 911907217 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5012 | Brendon Andrew Neumann | Brendon | 911907217 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5013 | Nathan Neumann | Nathan | 911907217 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5014 | Todd Neumann Jr. | Todd | 911907217 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5015 | Todd Neumann Sr. | Todd | 911907217 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5016 | Robert Moise Legendre Jr. | Robert | 940781630 | Morgan Buildings & Spas, Inc. | | Yes | Legendre v. Morgan,Legendre v. Morgan Buildings and Spas, et al | 09-0530, 10-3831 | SDMS,EDLA |
| 5017 | Norma K. Oalmann | Norma | 940756946 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5018 | Rosalie Nastasi | Rosalie | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5019 | Jerilynn Pierce Melton | Jerilynn | 911882805 | Gulf Stream | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5020 | Heather McQuaig | Heather | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5021 | Kenneth James Nastasi Jr. | Kenneth | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5022 | Rosalie Nastasi | Rosalie | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5023 | Michelle Nastasi | Michelle | 939478336 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |
| 5024 | Rachel Montana | Rachel | 931091193 | Cavalier | Fluor | Yes | Macalusa v. Gulf Stream,Adams v. Cavalier,Alkurd v. Heartland,Alphonso v. Ca | 09-4666 09-3562 09-4 | EDLA,EDLA |

EXHIBIT 4

**Phyllis Michon**

| | |
|---|---|
| **From:** | David Jarrell |
| **Sent:** | Friday, January 28, 2011 6:46 AM |
| **To:** | Roberta Burns |
| **Subject:** | Re: Prerial Order 83 - Inventory of ALL CASES - URGENT |
| **Attachments:** | 20110128-spreadsheet.xls |
| **Importance:** | High |

Here it is.

---

**From:** "Roberta L. Burns" <RBurns@torres-law.com>
**Date:** Mon, 24 Jan 2011 07:46:24 -0800
**To:** David Jarrell <dcj@torres-law.com>
**Cc:** Phyllis Michon <pmichon@torres-law.com>
**Subject:** FW: Prerial Order 83 - Inventory of ALL CASES - URGENT

---

**From:** Denise Martin [mailto:dmartin@gainsben.com]
**Sent:** Monday, January 24, 2011 9:35 AM
**To:** Adolfo Martinez; Anthony Buzbee; Becky; Beryl Fisse; Betty Nguyen; Bob F. Wright; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Chante Desplas; Clay Garside (clay@waltzerlaw.com); Darryl James Becnel; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; Emily Jeffcott; eulis@simien.com; FEMA; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo, III; Jackie Edmundson; James A. Stegall, III; Jamie Priest; Jaqueline Osborne; jdegravelles@dphf-law.com; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw.com); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Gilbert Munoz; Jonathan Andry; Jonathan B. Andry; Joseph M. Bruno (jbruno@jbrunolaw.com); Julie Burmaster; Kay Serven; Kelly Moorman; kerry@jimshall.com; kmorgan@wgclawfirm.com; L. Tate; Larry Centola (lcentola@hurricanelegal.com); Laura De La Cruz; Leonard Joseph Cline, Jr.; Linda Nelson (lindanbarnett@aol.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); Matthew B. Moreland; Michael Howell; Michael Watson; Mikal C. Watts (mcwatts@wgclawfirm.com); Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Pam Flores; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Paul Lee (lee@kaplanleeoc.com); Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo (benlaw@bencomolaw.com); Reed Bowman; Richard L. Tapp, Jr.; Robert Becnel; Roberta Burns; Robyn Lessinger; Ronald J. Favre; Rose M. Hurder; Samuel Ward (scw660@gmail.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shana Fondren (shanafondren@gmail.com); Shari Wright; Sharrolyn Jackson Miles (smiles@hurricanelegal.com); Shawn Reed; Sherry Lassere; Sidney Torres; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; Wendy Caldwell; zinbec@aol.com
**Cc:** Justin Woods; Palmer Lambert; Denise Martin
**Subject:** Prerial Order 83 - Inventory of ALL CASES - URGENT
**Importance:** High

Counsel:

Per Pretrial Order 83 (see attached), the PSC is required to provide a complete listing of all cases filed against each defendant manufacturer, contractor, and the USA in Pretrial Order 68 format (template spreadsheet attached). **Please create/edit such spreadsheets and send to me** (plambert@gainsben.com) **by the close of business Friday, January 28, 2011.**

1

Thanks,
Palmer

M. Palmer Lambert, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Cell: 504-495-6857
Facsimile: 504-528-9973
Email: plambert@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.