# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**ORIGINAL**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 3 0 2009
BY_____ J.T. NOBLIN, CLERK _____DEPUTY

| | | |
|---|---|---|
| **ROBERT MOISE LEGENDRE,** together with all individuals and entities whose names appear hereinbelow | * * * * | **DOCKET NO.** 1:09cv530 H50-JMR |
| versus | * * | |
| **MORGAN BUILDINGS AND SPAS, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL CONSTRUCTORS, INC., BECHTEL NATIONAL, INC.,** and United States of America through the Federal Emergency Management Agency | * * * * * * * * | **Section** |

*******************************************************************************

## COMPLAINT FOR DAMAGES

This Complaint of certain persons of the full age of majority, on behalf of themselves and, in some instances, on behalf of individuals who lack the capacity to sue individually (hereinafter, "Named Plaintiffs"), who are all named hereinbelow, through undersigned counsel, respectfully represents that:

## I. PARTIES

1. Each Named Plaintiffs is, for purposes of 28 U.S.C. §1332, a citizen of a state other than the state(s) in which Defendants are citizens.

2. Named Plaintiffs are those individuals and entities listed on the attached Exhibit A, which is incorporated herein as if set forth *in extenso*.

**EXHIBIT 5**

1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### *SOUTHERN DIVISION*

| | | |
|---|---|---|
| **ROBERT MOISE LEGENDRE** | * | **Docket No.** |
| | * | |
| versus | * | |
| | * | |
| **MORGAN BUILDINGS AND SPAS, INC.,** | * | **Section** |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **CH2M HILL CONSTRUCTORS, INC.,** | * | |
| **BECHTEL NATIONAL, INC.,** and | * | |
| United States of America through the | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*EXHIBIT A:*

*NAMED PLAINTIFFS*

**(ORIGINAL)**

## SOUTHERN DISTRICT DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

## EXHIBIT A:
## MORGAN BUILDINGS AND SPAS, INC.

(1) **ROBERT MOISE LEGENDRE,** a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **2 Peppermill Road, Carriere, MS 39426.**

(2) **SHARI NEUMANN, INDIVIDUALLY AND ON BEHALF OF THE MINOR ASHLEY NEUMANN** (referred to as A.N.), a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **166 Cliff Mitchell Road, Picayune, MS 39466.**

(3) **SHARI NEUMANN, INDIVIDUALLY AND ON BEHALF OF THE MINOR BRENDON NEUMANN** (referred to as B.N.), a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **166 Cliff Mitchell Road, Picayune, MS 39466.**

(4) **SHARI NEUMANN, INDIVIDUALLY AND ON BEHALF OF THE MINOR NATHAN NEUMANN** (referred to as N.N.), a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **166 Cliff Mitchell Road, Picayune, MS 39466.**

**Exhibit A**

(5) **TODD NEUMANN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **166 Cliff Mitchell Road, Picayune, MS 39466**.

(6) **TODD NEUMANN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **166 Cliff Mitchell Road, Picayune, MS 39426**.

(7) **AUDREY V. RANDAZZO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **316 South Steele Street, Picayune, MS 39466**.

(8) **LOUIS J. RANDAZZO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **316 South Steele Street, Picayune, MS 39466**.

**Exhibit A**