**⊙ McGLINCHEY STAFFORD PLLC**

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

**EXHIBIT 7**

June 17, 2011

Sidney D. Torres, III
**Law Offices of Sidney D. Torres, III**
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Robert Moise Legendre, et al., et al. v. Morgan Buildings and Spas, Inc., et. al. (E.D. La. 10-3831)*

Dear Sidney:

On October 15, 2010, your firm filed the matter styled *Robert Moise Legendre, et. al. v. Morgan Buildings and Spas, Inc., et al.* bearing Eastern District of Louisiana Suit No. 10-3831. Morgan Buildings & Spas, Inc. (Morgan) is named as a manufacturing defendant. Without waiver of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc 22063), we are writing pursuant to Pre-Trial Order 86 to request that you correct several deficiencies with the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

We have no record of the following plaintiffs submitting a PFS: Shari Neumann o/b/o A.N, B.N and N.N, and Todd Neumann Additionally, plaintiffs Robert Moise Legendre, Audrey V. Randazzo and Louise J. Randazzo submitted incomplete PFS as detailed on the attached spreadsheet.

Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. The plaintiffs were required to submit PFS within 30 days of the filing of their complaint. *See* Pretrial Order No. 32, page 4 § G. Thus, the plaintiffs were required to submit completed PFS by November 15, 2010. We are not aware of any request by the plaintiffs for an extension of the applicable PFS deadlines. Pre-Trial Order Nos. No. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing.

As Shari Neumann o/b/o A.N, B.N and N.N, and Todd Neumann are not in compliance with Pre-Trial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about

380466.1

Sidney D. Torres, III
June 17, 2011
Page 2

July 15, 2011. If we are incorrect and a PFS was timely filed, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file or motion to dismiss as unopposed.

Please contact me on or before July 13, 2011, at 4:00 p.m. to hold a Rule 37.1 conference concerning Shari Neumann o/b/o A.N, B.N and N.N, and Todd Neumann's PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

Additionally, in accordance with Pretrial Order Nos. 2, 32 and 86, please provide an amended PFS addressing the deficiencies noted on the attached for Robert Moise Legendre, Audrey V. Randazzo and Louise J. Randazzo within 30 days. Otherwise, Morgan will proceed with filing a motion to dismiss their claims as well.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

*Amanda Stout*

Amanda S. Stout

Enclosure

380466.1

ROBERT MOISE LEGENDRE, ET AL.
VS.
MORGAN BUILDINGS & SPAS, ET AL.
EDLA NO: 10-3831

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 1 | Legendre | Robert Moise | | Yes | Section IV (background): F-1, F-2<br>Section V: E<br>Section VI: G-1<br>Section VII: B (treatment received incomplete), D (incomplete) |
| 2 | Neumann | Shari | Neumann, Ashley | No | |
| 3 | Neumann | Shari | Neumann, Brendon | No | |
| 4 | Neumann | Shari | Neumann, Nathan | No | |
| 6 | Neumann | Todd | | No | |
| 7 | Randazzo | Audrey V. | | Yes | Section III: C-5 (date)<br>Section IV (background): F-1, F-2 (incomplete)<br>Section V: A-2, A-3, A-4<br>Section IX: C, D, E<br>Missing: (1) Exceduted Auth for Release of Psychological Records |
| 8 | Randazzo | Louis J. | | Yes | Section III: C-5 (date)<br>Section IV (background): F-1, F-2 (incomplete)<br>Section V: A-2, A-3, A-4<br>Section IX: C, D, E<br>Missing: (1) Exceduted Auth for Release of Psychological Records |

Handwritten annotations in left margin:
- MO 6-21 (next to row 1)
- dentify / ID on (next to rows 2-4)
- MO 6-21 (next to row 7)
- MO 6-21 (next to row 8)