UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | *  MDL NO. 1873<br>*<br>*<br>*<br>*<br>*  JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Kinard Parish, et al. v. Morgan Buildings & Spas,*<br>*Inc., et al* (E.D. La. Suit No. 10-2276) | *  MAGISTRATE CHASEZ<br>* |

*******************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in Support of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc. 22027):

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this 12th day of July, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

384910.1