UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 |
| | * JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | |
| *Andrew Williams, Jr.. v. Morgan Buildings and Spas, Inc., et al* (E.D. La. Suit No. 09-5452) | * MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in Support of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc. 22008):

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this 12th day of July, 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

384912.1