**Motions**

2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation
APPEAL, MASTER, PROTO

# U. S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Johnson, Ryan on 6/10/2011 at 2:41 PM CDT and filed on 6/10/2011
**Case Name:**      In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:**    2:07-md-01873-KDE-ALC
**Filer:**          Defendant
**Document Number:** 22026

**Docket Text:**
**MOTION to Dismiss Party Plaintiffs Neely Cuevas, Jr. and Callie A. Vice** *(By Defendant Thor California, Inc.)* **by Defendant. Motion set for 6/29/2011 09:30 AM before Judge Kurt D. Engelhardt. (Attachments: # (1) Memorandum in Support, # (2) Notice of Submission, # (3) Exhibit A, # (4) Exhibit B)(Reference: 10-3416)(Johnson, Ryan)**

Processing
Processing... please wait.
......

**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Adam Michael Dinnell     adam.dinnell@usdoj.gov, jwjones@dhs.gov

Andrew D. Weinstock     andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Charles E. Leche     cleche@dkslaw.com, gengolia@dkslaw.com

Daniel Joseph Balhoff     balhoff@pabmb.com

Frank Jacob D'Amico , Jr     frank@damicolaw.net, cmecf@damicolaw.net

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com

Henry Thomas Miller     henry.miller@usdoj.gov, etl.files@usdoj.gov

John Adam Bain     adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

Jonathan Richard Waldron     jonathan.waldron@usdoj.gov, sean.m.quinn@usdoj.gov

Justin I. Woods     jwoods@gainsben.com, hmccourtney@gainsben.com, plambert@gainsben.com, tgilbreath@gainsben.com

Michael David Kurtz     dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

**EXHIBIT 1**

Ralph Shelton Hubbard , III    rhubbard@lawla.com, lromeu@lawla.com, tmartin@lawla.com

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108950-0
] [0677f87ce7b0f6df559d6ecf370e010f7c2635b99652cb82462fded23054ea9dcb6
fd582d3cc56a88415d4051fd0442061a223059ba5a8eaf17f28f070a843b9]]
**Document description:** Memorandum in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108950-1
] [6b32841f636f66bb752914c3f6aaf3578b6e26cbc2a5996b82cf0759abfe3cfd67a
15ef231f6fa1e481e78e950b867b4555774fe3cfaed1d61fe768198fc0210]]
**Document description:** Notice of Submission (Civil Only)
**Original filename:** CMECF.widgit.ProcessingWindowDestroy() STRONG>n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108950-2
] [07304ce1b293cb312e1fb4b8a3896480a704272fd82bb526e17e55153222b536d49
1f24d5ac187dee3d1c83f1e761ecff8b495c8c15f6244e530c51f19ee6c29]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108950-3
] [14cf52986dc29afc3d59afa29cb6da22df0de0c08cde5f5f6ead9f22ff23262dfb7
c2bdfded1ee77b9e1369c607223d36c72c45951c29c6c45bb8dc012db0a37]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108950-4
] [1a1d0060b7937999b6e7c4f134cf38c4232740fe485bd30549804af610b8418e9a2
7ab91e887cc7e385b22d44464789264cb52419c2239d48e671d89a5366048]]