**Motions**
2:07-md-01873-KDE-ALC In Re: FEMA Trailer Formaldehyde Products Liability Litigation
APPEAL, MASTER, PROTO

# U. S. District Court

## Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Johnson, Ryan on 6/10/2011 at 10:53 AM CDT and filed on 6/10/2011
**Case Name:**       In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:**   2:07-md-01873-KDE-ALC
**Filer:**           Defendant
**Document Number:** 22018

**Docket Text:**
**MOTION to Dismiss Party Certain Plaintiffs** *(Filed by Defendant Keystone RV Company)* **by Defendant. Motion set for 6/29/2011 09:30 AM before Judge Kurt D. Engelhardt. (Attachments: # (1) Memorandum in Support, # (2) Exhibit A, # (3) Exhibit B, # (4) Notice of Submission)(Reference: 10-3422)(Johnson, Ryan)**


**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Adam Michael Dinnell      adam.dinnell@usdoj.gov, jwjones@dhs.gov

Andrew D. Weinstock      andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Charles E. Leche      cleche@dkslaw.com, gengolia@dkslaw.com

Daniel Joseph Balhoff      balhoff@pabmb.com

Frank Jacob D'Amico , Jr      frank@damicolaw.net, cmecf@damicolaw.net

Gerald Edward Meunier      gmeunier@gainsben.com, dmartin@gainsben.com

Henry Thomas Miller      henry.miller@usdoj.gov, etl.files@usdoj.gov

John Adam Bain      adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

Jonathan Richard Waldron      jonathan.waldron@usdoj.gov, sean.m.quinn@usdoj.gov

Justin I. Woods      jwoods@gainsben.com, hmccourtney@gainsben.com, plambert@gainsben.com,

**EXHIBIT 1**

tgilbreath@gainsben.com

Michael David Kurtz    dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

Ralph Shelton Hubbard, III    rhubbard@lawla.com, lromeu@lawla.com, tmartin@lawla.com

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5107188-0
] [43126e6ac16e9b231f5b1dcf666816c6ec224259c848eba75eda551548ab697fa90
7c52088b2294a5dc1648c68d7a00d8458abe52c1805ab2bda2fa9dc8cdc33]]
**Document description:Memorandum in Support**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5107188-1
] [3b389c374563942a24e58c58eb932caa1bb2a65e634e27ddc7ddb7a6eab85210b6e
6caab63d18e596ca730f5169826b4f2f03ed11f174113d5fb531ce2cd224a]]
**Document description:Exhibit A**
**Original filename:n/a**
**Electronic document Stamp:< /STRONG>**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5107188-2
] [323eb9b980761a4137e3421193530cfbd368b50fb1d0cbabbf5cf524f0b950812b1
fe18906a40b2562f6f2312b5f222fedd21eddf543b9d1d70d1e8d86ee973d]]
**Document description:Exhibit B**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5107188-3
] [585ad3b83de82f31fadbf63eadf6a98144c3551220ec8299d7cf8b0ca71436b2c8c
98a7215139c553cc64c65fc1f41eab561c46445e0e171a92a6a0265c225ea]]
**Document description:Notice of Submission (Civil Only)**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5107188-4
] [9d7920027cd24dd7f91b41b132b7e75030b5aed3a6a9c0d0fd9e280fce15105c7c0
0463d0807c2b978904ded3d16006fc98852a8347c2821be56ecaef77744a2]]