## Johnson, Ryan

**From:** Johnson, Ryan
**Sent:** Thursday, June 09, 2011 9:31 AM
**To:** Casey L. Lott
**Cc:** Hanegan, Amy
**Subject:** RE: RE: Formaldehyde MDL/Motion to Dismiss Certain Plaintiffs' claims for failure to comply with PTO 2 and 32

Completely understood, but just wanted to check with you first. I'll indicate in the motions that we've consulted with you. No need to respond to the other emails that I sent yesterday, unless you just want to do that for your file. Thanks for the quick response.

Ryan Johnson

---

**From:** Casey L. Lott [mailto:clott@langstonlott.com]
**Sent:** Thursday, June 09, 2011 9:26 AM
**To:** Johnson, Ryan
**Subject:** Fwd: RE: Formaldehyde MDL/Motion to Dismiss Certain Plaintiffs' claims for failure to comply with PTO 2 and 32

Mr. Johnson,

I understand why you feel the need to file a motion to dismiss. Although I'm sure the court will grant the motion, I hope you understand why I cannot concede it.

Thanks,

Casey L. Lott
Langston & Lott, P.A.
P.O. Box 382
Booneville, MS 38829
T: (662) 728-9733
F: (662) 728-1992

>>> Barb Griffin-Long 6/9/2011 9:17 AM >>>

>>> "Johnson, Ryan" <rjohnson@joneswalker.com> 6/8/2011 3:59 PM >>>

Mr. Lott:

I'm writing to follow up on our deficiency letters for the following plaintiffs:

Neely Cuevas, Jr., Kathyrn Hallman and Callie A. Vice.

These individuals are plaintiffs in suit Nos. 10-3416 and 10-3417, which are included in the Formaldehyde MDL in the E.D. of La.

As you know, we sent your office a deficiency letter concerning these plaintiffs on November 30, 2010. Your firm responded on December 27, 2010, but for with respect to many of the items for each of these plaintiffs, you indicated that your client had not responded to your requests for information, leaving you unable to cure the deficiency as to those items.

**EXHIBIT 2**

7/13/2011



**Defendants Thor California, Inc. and Thor Industries, Inc. intend to move to dismiss the claims brought by the plaintiffs listed above for failure to comply with PTO 2 and 32.**

**Please advise by the close of business June 9, 2011, whether you will oppose these motions to dismiss. If we have not heard from you by this time, we will assume that you are opposed to the motion and file the motion accordingly.**

Thank you and let us know if you have any questions regarding this or other matters.


Ryan E. Johnson | Jones Walker
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

*************************************************************
**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
*************************************************************

This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

7/13/2011

## Johnson, Ryan

**From:** Casey L. Lott [clott@langstonlott.com]
**Sent:** Thursday, June 09, 2011 9:46 AM
**To:** Johnson, Ryan
**Subject:** Fwd: RE: Formaldehyde MDL/Motion to Dismiss Certain Plaintiffs' claims for failure to comply with PTO 2 and 32

We did respond to this. I'll forward another copy of our response momentarily.

>>> Barb Griffin-Long 6/9/2011 9:17 AM >>>

>>> "Johnson, Ryan" <rjohnson@joneswalker.com> 6/8/2011 4:41 PM >>>

Mr. Lott:

I'm writing to follow up on our deficiency letter for the following plaintiffs:

Jesse Acker, Tanya Badon, Bluffaid Bradburn, Jeanie Bradburn, Donna Farvre, Gerald Farve, Amber Galloway, Gracie Galloway, Tramaine Galloway, Richard Henson, Vernell Hoda, Kendall Hughes, Kameron K. Kincaid, Karlos Kincaid, Ear Ladner, Janet Ladner, Rachel Mannion, Bridgit C. Miller, Brooke A. Miller, Frank Miller, Taylor A. Miller, Annell Murry, Bernard Murry, Jr., Bernard Murry Sr., Thomas Musgrove, Karen Musgrove, My Nguyen, Quoc Nguyen, Thanh Nguyen, Clara Powell, Bailey K. Proulx, Brennan M. Proulx, Logan Seal, Robert Seal, Bobby Vo, Brad Vo, Brian, Vo, Sanh Vo, Frank J. White and Miriam White.

These individuals are plaintiffs in suit Nos. 10-3422 which is included in the Formaldehyde MDL in the E.D. of La.

As you know, we sent your office a deficiency letter concerning these plaintiffs on December 9, 2010. To my knowledge, your firm has not responded to that deficiency letter or provided any additional information concerning the identified deficiencies.

Defendants Keystone RV Company, improperly named as Keystone Industries, Inc. intends to move to dismiss the claims brought by the plaintiffs listed above for failure to comply with PTO 2 and 32.

Please advise by the close of business June 9, 2011, whether you will oppose the defendants' motion to dismiss. If we have not heard from you by this time, we will assume that you are opposed to the motion and file the motion accordingly.

Thank you and let us know if you have any questions regarding this or other matters.

Ryan E. Johnson | Jones Walker
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com

7/13/2011

http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.