# U. S. District Court

## Eastern District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered by Johnson, Ryan on 6/10/2011 at 1:32 PM CDT and filed on 6/10/2011

**Case Name:** In Re: FEMA Trailer Formaldehyde Products Liability Litigation
**Case Number:** 2:07-md-01873-KDE-ALC
**Filer:** Defendant
**Document Number:** 22023

**Docket Text:**
**MOTION to Dismiss Party Plaintiff Kathryn Hallman *(By Defendant Thor Industries, Inc.)* by Defendant. Motion set for 6/29/2011 09:30 AM before Judge Kurt D. Engelhardt. (Attachments: # (1) Memorandum in Support, # (2) Notice of Submission, # (3) Exhibit A, # (4) Exhibit B)(Reference: 10-3417)(Johnson, Ryan)**

**2:07-md-01873-KDE-ALC Notice has been electronically mailed to:**

Adam Michael Dinnell     adam.dinnell@usdoj.gov, jwjones@dhs.gov

Andrew D. Weinstock     andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com

Charles E. Leche     cleche@dkslaw.com, gengolia@dkslaw.com

Daniel Joseph Balhoff     balhoff@pabmb.com

Frank Jacob D'Amico , Jr     frank@damicolaw.net, cmecf@damicolaw.net

Gerald Edward Meunier     gmeunier@gainsben.com, dmartin@gainsben.com

Henry Thomas Miller     henry.miller@usdoj.gov, etl.files@usdoj.gov

John Adam Bain     adam.bain@usdoj.gov, veronica.hubbard@usdoj.gov

Jonathan Richard Waldron     jonathan.waldron@usdoj.gov, sean.m.quinn@usdoj.gov

Justin I. Woods     jwoods@gainsben.com, hmccourtney@gainsben.com, plambert@gainsben.com,

**EXHIBIT 1**

tgilbreath@gainsben.com

Michael David Kurtz    dkurtz@bakerdonelson.com, lvinson@bakerdonelson.com

Ralph Shelton Hubbard, III    rhubbard@lawla.com, lromeu@lawla.com, tmartin@lawla.com

**2:07-md-01873-KDE-ALC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108231-0
] [65f9c27a08d18549ca02fdd8e883e7bbb14f9deec91220416853c53e32ca421900e
1a429140448d08b2ea77a6b50d4560d3c192bd6abdc75e73da0788bc6a47d]]

**Document description:** Memorandum in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108231-1
] [3bbe83f9092f36acdc56f7d28605e374e9430670a2de8601f4998bd0fab29483342
11992dd0d82dab383ff36f5488e5b0a548b31bdcc45c639021f6f9b2d8e4c]]

**Document description:** Notice of Submission (Civil Only)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108231-2
] [3b0a685410c4dc12261cfd1b41a9ca3d955f5dcc121b9d642c5290615108dd449fc
3943fbb88e0d3ca46bb7a0412aaee8d1798c742c007f5e6eb700ba6eb1eef]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108231-3
] [6b917d384e7dbb6517d82f0b9f7d9c107efb6004bcf4b89b08856bf32841cd8fc86
b2cbb199ff56a97d7c4e4801b1ddfaeeb6c3c7e4e3498b16a9a26e0c3beb5]]

**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=6/10/2011] [FileNumber=5108231-4
] [5ee3c4c8e124cd6b7abf73dd9b0d3eea327b79cdeedc1a9885ec1e75f7f4c847da8
cd21c031a4068311f570557444e8e070b9524181ebeb44ce4543576b89b74]]