# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| | * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Williams v. Morgan Buildings & Spas, Inc., et al,* | * | |
| E.D. La. 09-5452 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Consent Motion for Leave to file Plaintiff's Sur-Reply Memorandum:

IT IS ORDERED that Plaintiffs are hereby granted leave to file Plaintiff's Sur-Reply Memorandum to Morgan's Reply Memorandum to Plaintiff's Opposition to Morgan's Motion to Dismiss.

New Orleans, Louisiana, this 13th day of _____July_____, 2011.

_____
JUDGE