**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

*************************************************************************

<u>**UNOPPOSED MOTION TO PARTIALLY WITHDRAW MOTION TO DISMISS**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Crum &

Forster Specialty Insurance Company, who moves this Honorable Court to *partially*

*withdraw* an earlier-filed Motion to Dismiss [Rec. Doc. No. 22048] in the above-

captioned matter. Mover sought dismissal as to the claims of three plaintiffs, **Pamela**

**Davis on behalf of C.D., Marilyn Robinson,** and **Patricia Smith,** for failure to comply

with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of

completed Plaintiff Fact Sheets.  Subsequent to filing the motion, Counsel for Mover

received a cured Plaintiff Fact Sheets for Patricia Smith.  Mover agrees that the Motion to

Dismiss is moot **only as to Patricia Smith.**    Mover still seeks dismissal as to Pamela

Davis on behalf of C.D., for the reasons stated in the original motion [Rec. Doc. No. 22048], and for Marilyn Robinson, who provided a partial cure, but is still missing the essential field of the dates she moved into and out of the alleged Pilgrim trailer.   Counsel for Plaintiff does not oppose the filing of this partial withdrawal of the Motion to Dismiss.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Partially Withdraw be granted, as the Motion to Dismiss [No. 22048] is moot only as to **Patricia Smith**.    Otherwise, the Motion was set for a July 13, 2011 hearing.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY

EMAILING THE SAME TO EACH, PROPERLY

THROUGH THE COURT'S E-FILING SYSTEM

ON THIS _14th_ DAY OF __July__, 2011..

_____/s Eric B. Berger_____

_____/s Eric B. Berger___

SIDNEY J. ANGELLE, #1002

ERIC B. BERGER, #26196

LOBMAN, CARNAHAN, BATT,

ANGELLE & NADER

400 POYDRAS STREET, SUITE 2300

NEW ORLEANS, LOUISIANA  70130

(504) 586-9292   FAX (504) 586-1290