UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS  　　　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Canfield, et al v. DS Corp. et al*　　　　　JURY DEMANDED
No. 09-5371
******************************************************************************

**PLAINTIFF ASHLEY JOHNSON'S, INDIVIDUALLY, AND ON BEHALF OF HONRICIA JOHNSON AND HONDRICK CLAY, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

　　　NOW INTO COURT, through undersigned counsel, comes the following Plaintiff, Ashley Johnson, individually, and on behalf of Honricia Johnson and Hondrick Clay, who, pursuant to the provisions of Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the Defendants, United States of America through the Federal Emergency Management Agency and DS Corp. d/b/a Crossroads RV, Inc., as Ms. Johnson has a duplicate claim filed against these defendants in Case No. 09-8550. This dismissal does not affect Ms. Johnson's claim filed in Case No. 09-8550.

　　　　　　　　　　　　　　　　　　By:　　/s/Matthew B. Moreland
　　　　　　　　　　　　　　　　　　　　　Daniel E. Becnel, Jr. (La. Bar #2926)
　　　　　　　　　　　　　　　　　　　　　Matthew B. Moreland (La. Bar #24567)
　　　　　　　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　　　　　　　P.O. Drawer H
　　　　　　　　　　　　　　　　　　　　　Reserve, LA 70084
　　　　　　　　　　　　　　　　　　　　　Telephone: (985) 536-1186
　　　　　　　　　　　　　　　　　　　　　Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed on July 14, 2011 electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
