UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiff Pamela Davis only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF PAMELA DAVIS'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Pamela Davis pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Pamela Davis in any other complaints in this MDL.

    Respectfully submitted:

    By: */s/Anthony G. Buzbee*
       Anthony G. Buzbee
       Texas Bar No. 24001820
       THE BUZBEE LAW FIRM
       600 Travis, Suite 7300
       Houston, Texas 77002
       Tel.:  (713) 223-5393
       Fax:  (713) 223-59009

       JOHN MUNOZ (#9830)
       GARNER & MUNOZ
       1010 Common Street, Suite 3000
       New Orleans, LA 70112-2411
       Tel: (504) 581-7070
       Fax: (504) 581-7083

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee<br>Anthony G. Buzbee