UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiff Andre Colar Only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF ANDRE COLAR'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Andre Colar pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) hereby gives notice of his dismissal of all claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Andre Colar in any other complaints in this MDL.

    Respectfully submitted:

    By: */s/Anthony G. Buzbee*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        The Buzbee Law Firm
        600 Travis, Suite 7300
        Houston, Texas 77002
        Tel.:  (713) 223-5393
        Fax:  (713) 223-59009

        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee
