UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiffs Marilyn Robinson and Patricia Smith | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS MARILYN ROBINSON AND PATRICIA SMITH'S UNOPPOSED
MOTION FOR RECONSIDERATON**

Plaintiffs Marilyn Robinson and Patricia Smith respectfully submit this Unopposed Motion for Reconsideration of the Order (Doc. 22185) granting Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 (Doc. 22048) and, for the reasons set forth in the attached memorandum, respectfully request that their motion be granted.

Respectfully submitted:

By: /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-5909

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee