UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiffs Marilyn Robinson; Patricia Smith | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS MARILYN ROBINSON AND PATRICIA SMITH'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR RECONSIDERATION OF ORDER GRANTING CRUM & FOSTER SPECIALTY INSURANCE COMPANY'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 32**

Plaintiffs Marilyn Robinson and Patricia Smith respectfully submit this Memorandum in Support of their Unopposed Motion for Reconsideration of Order (Rec. Doc. 22185) granting Defendant Crum & Foster Specialty Insurance Company's ("Crum & Foster") Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 (Rec. Doc. 22048) and in support would show the following:

On June 14, 2011, Defendant Crum & Foster filed a Motion to Dismiss in this action with respect to three plaintiffs:  Pamela Davis, on behalf of C.D., Marilyn Robinson and Patricia Smith.[1] (Rec. Doc. 22048).

Shortly after the motion was filed, counsel for the parties exchanged information and calls regarding the fact sheets for Plaintiffs Marilyn Robinson and Patricia Smith.

Plaintiffs' counsel mistakenly thought that Crum & Foster's issues with Marilyn Robinson and Patricia Smith's fact sheets had been resolved and that Crum & Foster would be

---

[1] Crum & Foster previously filed a motion to dismiss in this cause number with respect to other plaintiffs; that motion is currently pending.

**1** of **3**

withdrawing its motion as to these two plaintiffs. On the date of submission, Plaintiffs' counsel determined that this was not done and communicated with Crum & Foster's counsel about resolving the matter.[2]

On July 14, 2011, Crum & Foster filed a motion to partially withdraw its motion to dismiss as to Patricia Smith (Rec. Doc. 22184) and noting that Marilyn Robinson's information had been significantly updated but still had one omission.

Later on July 14, 2011, the Court issued an Order at Rec. Doc. 22185, granting Crum & Foster's Motion to Dismiss as to all three plaintiffs.

Later on July 14, 2011, counsel for the parties talked again, exchanged more information and determined that Marilyn Robinson's information had been sufficiently updated and that Crum & Foster did not oppose a motion for reconsideration of the Court's Order dismissing Ms. Robinson's and Ms. Smith's claims.

Therefore, Plaintiffs Patricia Smith and Marilyn Robinson respectfully request that the Court grant their Unopposed Motion for Reconsideration and enter an Order vacating the Order at Rec. Doc. 22185 and replacing it with an Order denying Crum & Foster's motion as moot, with respect to their claims in this lawsuit.

---

[2] Crum & Foster's counsel has been extremely professional and cordial in resolving these issues.

Respectfully submitted:

By: /s/Anthony G. Buzbee
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-5909

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee