UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiffs Marilyn Robinson and Patricia Smith | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that Plaintiffs Marilyn Robinson and Patricia Smith's Unopposed Motion for Reconsideration of Order Granting Defendant's Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order 32 is GRANTED.

IT IS FURTHER ORDERED that the Order at Rec. Doc. 22185 is VACATED.

IT IS FURTHER ORDERED that the Motion to Dismiss at Rec. Doc. 22048 is GRANTED with respect to Plaintiff Patricia Davis, on behalf of C.D. The claims of Patricia Davis, on behalf of C.D., are dismissed.

IT IS FURTHER ORDERED that the Motion to Dismiss at Rec. Doc. 22048 is DENIED as moot with respect to Plaintiffs Marilyn Robinson and Patricia Smith.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**