UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-8381

## ORDER

**IT IS ORDERED** that **"Plaintiffs Marilyn Robinson and Patricia Smith's Unopposed Motion for Reconsideration" (Rec. Doc. 22191)** is **GRANTED** to the following extent: the Order at Rec. Doc. 22185 is **AMENDED** such that the only claims dismissed are those of Pamela Davis on behalf of C.D.  Specifically, the claims of Marilyn Robinson and Patricia Smith are not dismissed.

**IT IS FURTHER ORDERED** that the **Unopposed Motion to Partially Withdraw Motion to Dismiss" (Rec. Doc. 22184)** is **DENIED AS MOOT**, based on the above.

New Orleans, Louisiana, this 15th day of July, 2011.

                                                          **KURT D. ENGELHARDT**
                                                          **United States District Judge**