07/12/2011

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  JUL 15 2011

LORETTA G. WHYTE
Clerk

Helen C. James
1622 Alvar St.
N.O, LA 70117
SS #    -    -6073

Cell 1) 817-845-4970
Cell 2) 504-251-7339
DOB: 01-19-1946

MDL
1873
N(5)

TENDERED FOR FILING
JUL 15 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

To: United States District Court
    Eastern District of Louisiana

RE: Appeal of Special Master Ruling on Objection
    In Re: Fema Trailer Formaldehyde
    Product Liability Litigation

I am appealing the denial of my objection by the Special Master to the District Court.

Reasons why I object to $105.00 settlement:

I moved in Fema Trailer January 2006 and moved out April or May 07, 2007. My symptoms began January 2007. Symptoms of severe hives and itching and swelling of my face, lips, eyes and ankles (pictures attached), actually my entire body. I went to various doctors trying to find out what was wrong with me. I was treated for allergic reaction, treatments didn't work. Skins tests proved negative (lab results attached). I itched so bad from the top of my head to the bottom of my feet I had to scratch with a hard plastic comb and many times bled. From scratching so much in my head my hair came out. I prayed to die. I was continuously referred to various doctors to get a diagnosis of what I had to be treated accordingly. I even wet to a Detox Spa in Texas and was told there that soaking my feet in their solution will remove toxins from my body; didn't help at all.

It wasn't until around July 1st 2007 that I was diagnosed with **Angioedema** with **Urticaria**. The severe, intense itching and hives is Urticaria. At the end of July 2007 a doctor gave me Cyproheptodine medication. This is the only medication that gave me some relief and I thank my God, Jehovah. I suffered severely for seven (7) months before

TENDERED FOR FILING
JUL 15 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process___
___ Ckt._____
___ CtRmDep___
___ Doc. No.__

being diagnosed. I still get hives and itching (Urticarea) and Angioedema but it's not as bad.

I was forced to resign or be fired from my job as a <u>Public Health Nutritionist III</u>, with the Supplemental Food Program for Women, Infants, and Children (WIC Program). I resigned due to my illness. I didn't know when I'll be able to return. My last day of physical employment was on Friday, April 20, 2007. On Friday, April 11, 2008 a meeting was held and I was given a choice to resign or be fired. I had been absent from work since April 20, 2007. I was told the decision had to be made then. I didn't want fired on my record so I resigned.

Lost wages – 2006 annual income was $35,235.08;

2007 – Rate of Pay $42,980.23 per year (see pink slip)

See attachments:

- Buzbee Law Firm Letter dated 06/13/2011
- Daniel J. Balhoff Letter dated 05/23/2011d
- Office of the Special Master Notice dated 03/21/2011
- Crescent City Allergy: Understanding Urticaria & Angioedema
- Pictures -6 ct.
- Trailer Information
- Pink Slip – Exit Interview-Termination of Employment
- Physician's Certificates
- "City of N.O. Leave Intention" letter dated 02/15/2008
- City of N.O letter – dated 04/03/08
- List of Doctors seen since onset of illness
- List of Medications given for onset of illness
- Lab Results

Sincerely,

Helen C. James

Helen C. James

Cc: ▮▮▮▮▮▮▮▮▮



U.S. POSTAGE PAID
NEW ORLEANS, LA
70113
JUL 14, '11
AMOUNT
$16.55
00054538-02

**EXTREMELY URGENT**

Please Rush To Addressee

EXPRESS MAIL — Mailing Label (Label 11-B, March 2004)
Post Office To Addressee

FROM: PHONE 817-845-4970 c)
Helen C. James
1622 Alvar St.
N.O. LA. 70117

TO: PHONE 504-589-7600
U.S. District Court
500 Poydras St., Rm. C-151
N.O. LA 70130

ZIP: 70130+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811