# OFFICE OF THE SPECIAL MASTER

225-408-4499
P.O. BOX 83260 * BATON ROUGE, LOUISIANA 70884-3260

*In Re: FEMA Trailer, Formaldehyde Product Liability Litigation*
*United States District Court Eastern District of Louisiana*
*MDL No.:1873*

March 21, 2011

Seq #3361
Warren S. James Sr
1622 Alvar St.
New Orleans, LA 70117

Claim #14033

**NOTICE FROM SPECIAL MASTER ON INDIVIDUAL ALLOCATION AMOUNT AND NOTICE OF RIGHTS**

Dear Claimant:

The settlement with one of the manufacturers in this matter, Fleetwood Enterprises, Inc., is now final. The Court has entered an Order approving the Special Master's Recommendations on Methodology and Allocations.

Your claim form has been evaluated according to the methodology approved by the Court utilizing your individual plaintiff fact sheet and any supporting documentation that you submitted.

Your claim with respect to this settlement has been evaluated at 105 points. Each point has an approximate value of $1.00. The final amount you receive may be more or less than this amount. Therefore, your approximate allocation is $105.00. This amount is free of attorney fees. However, if there are liens against your claim, you will be responsible for such liens. This may reduce the amount of your allocation.

If your injury-related treatment was paid by Medicare and/or Medicaid resulting from your stay in a FEMA-provided unit, you have an obligation to repay the costs associated with the treatment of the injury. This means your individual settlement award may be reduced by some or all of the amount that was paid by the government for your treatment related to your injuries. The Lien Resolution Administrator ("LRA") is facilitating a "global" resolution to satisfy and discharge Medicare's interest for all Medicare-entitled claimants. Employing and utilizing a global model based upon Medicare covered clinical guidelines to treat compensable injuries is an effective and compliant process for resolving Medicare's interest. The global repayment process avoids the delays associated with evaluating, disputing, and resolving every expenditure Medicare has made remotely associated with alleged and released injuries.

The right of the government to recover these costs is protected by Federal and State law.

If you do not object to your allocation, you do not need to do anything at this time. If you do object to your allocation, you must read and follow the Notice of Rights and Objection Instructions described on the back of this page.

If you have any questions concerning your allocation, please call 225-408-4499.

CC: Plaintiff Steering Committee
2800 Energy Centre, 1100 Poydras St
New Orleans, LA 70163

over →

# Notice of Your Rights and Objection Instructions

To protect your privacy, your individual allocation as shown on the previous page will be filed under seal with the Clerk of Court of the United States Eastern District of Louisiana and will also be kept at the Office of the Special Master.

## To Reject Your Allocation and File an Objection, Please Read the Following Very Carefully.

If you wish to object, you must mail (by U.S. mail) your objection **in writing** to the Special Master at the following address: Office of the Special Master, Fleetwood Litigation Allocation Objections, P.O. Box 83260, Baton Rouge, Louisiana 70884-3260. Your objection must be postmarked on or before **April 8, 2011.** Your objection must state the reasons for your objection, list and describe the evidence you intend to present at your hearing, and list and describe the testimony of witnesses that you intend to call at your hearing. Your objection must also contain your name, address, date of birth, social security number, telephone number and the name, address and phone number of your private attorney, if you have one.

The Special Master will hold individual allocation objection hearings at the United States District Court, Eastern District of Louisiana. The date, time, and courtroom will be provided to you after we receive your objection. **You must appear at the hearing in person in order to pursue your objection.** Failure to appear will result in dismissal of your objection.

Upon receipt of your objection, the Special Master will rescind your proposed allocation amount. At the hearing on your objection, you will be required to offer evidence and prove the amount of the allocation that you are entitled to as if no prior allocation was made. The Special Master may determine that you are entitled to 1) no allocation, 2) an amount less than that shown on this document, 3) the same amount, or 4) a greater amount. After your hearing, if you have been awarded any amount, and after all delays for all other objections have expired and any appeals that have been filed are final, then you will be notified how, when, and where to collect your allocation.

**Please contact your private attorney if you have one should you have any questions about these procedures.**

**DANIEL J. BALHOFF**
SPECIAL MASTER
225-408-4499

P.O. BOX 82565 ▪ BATON ROUGE, LOUISIANA 70884
*In Re: FEMA Trailer Formaldehyde Litigation*
*MDL No. 1873, USDC, EDLA and all consolidated cases*

May 23, 2011

Claim # 14011
Helen James
1622 Alvar Street
New Orleans, LA 70117

**OBJECTION REVIEW/FLEETWOOD SETTLEMENT**

Dear Claimant:

I have received the objection that you and/or your attorney filed in this case.

After further review of your claim and objection, I have determined that your allocation should be set at 105 points. Currently, points are valued at $1.00 per point but may be adjusted up or down by the court. **If you have no further objection to this, and you accept the above allocation, you do not have to appear in court, and you do not need to take any further action.**

You may, however, at your discretion, come to court and present additional evidence supporting your objection. At the hearing on your objection, you will be required to: (1) offer evidence and prove the amount of the allocation that you are entitled to as if no prior allocation was made; (2) bring copies of any supporting evidence that you have; (3) provide picture identification; and (4) provide a copy of this letter.

If you elect to appear in court regarding your objection, then you must appear on **June 28, 2011 at 10:00 a.m. in Courtroom C316 of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.**

Please contact your private attorney if you have one should you have any questions.

Daniel J. Balhoff
Special Master

C: The Buzbee Law Firm

945847

**CRESCENT CITY ALLERGY**

Meadowcrest Center
2600 Belle Chasse Hwy., Suite 204
Gretna, LA 70056
(504) 392-7999

# Understanding Urticaria and Angioedema

Urticaria (hives) and angioedema (swelling) are a very common conditions affecting up to 10% of the population at sometime during their life. Urticaria is characterized by raised red lesions (whelps) with a pale center that are very itchy and can occur at any location on the body. These lesions tend to change position on the body over time. Angioedema is a deeper swelling under the skin which is usually not as itchy and may be mildly painful. In rare cases it may become life threatening with swelling of the throat. In about 50% of people, hives and angioedema occur together, while hives occur alone in 40% and 10% have only angioedema.

Urticaria and angioedema can be divided into two large categories: Acute and Chronic.

*Acute urticaria and angioedema*

Acute urticaria and angioedema are hives and diffuse swelling which last less than 6 weeks. These are the most common causes of urticaria and angioedema and are usually due to :

1. Drugs including over-the-counter medications
2. Foods
3. Insect Bites
4. Viral Infections

Treatment includes avoiding a specific drug or food when possible and use of antihistamines and/or corticosteroids until the lesions have resolved.

*Chronic urticaria and angioedema*

By definition, chronic urticaria and angioedema are hives and swelling which last for longer than 6 weeks. The following are the most common causes of this condition:

1. Drugs including over-the-counter medications
2. Foods and Food Additives
3. Contacts
4. Allergies
5. Physical Factors
6. Infections
7. Hereditary
8. Systemic Diseases
9. Idiopathic

Please note that "nerves" or stress are not usual causes of chronic hives.

*Drugs*

Any drug including medication taken without a prescription such as aspirin and vitamins can cause hives. Even if a drug has been take for years it could be triggering this skin reaction.

*Food and food additives*

Foods are usually not the cause of chronic urticaria but one should be suspicious of commonly eaten foods. Food additives such as tartrazine (FD&C Yellow Dye#5), aspartame (Nutrasweet) and benzoates along with natural salicylates found in certain foods have been known to provoke chronic hives.

*Contacts*

Contacts at the home or office such as detergents, cosmetics, cleaners, and suntan lotions to name only a few have been reported to produce chronic hives. It is important to recall any new contacts at the time that the hives developed.

*Allergies*

Allergies are usually not a common trigger of chronic hives. Hives which occur with symptoms of hay fever and/or asthma may have inhalant allergy such as grass or weed pollen and animal danders as an etiology and should be investigated.

*Physical Factors*

Physical factors such as scratching the skin (derma-