







3 of 6

This picture shows me at a Detox Spa near Arlington, Texas. My feet was put in a clear water mixture and after a while the water turns dark brown; verifying toxins released from body. Learned later that this was a fraud. Nothing changed.



6 of 6

My head itched so bad that I scratched so much my hair came out. I would have to shampoo it with Alveeno body wash and leave it in. For a short while that gave me some relief but then it started all over again.



# FEDERAL EMERGENCY MANAGEMENT AGENCY
## INDIVIDUALS and HOUSEHOLDS PROGRAM (IHP)
### TEMPORARY HOUSING OCCUPANCY AGREEMENT

FEMA APPLICATION/ REGISTRATION NO.: _____
LOCATION OF TEMPORARY RESIDENCE: _____  Federal Disaster Declaration No.: 1603
State: LOUISIANA
Parish/County: New Orleans

This Agreement made and entered into on _____, 2006____, between the Federal Emergency Management Agency, herein called "FEMA" and _____ herein called the "Occupant".

1. FEMA hereby allows Occupant use of the following described premises _Warren James_

   _(Complete address, including unit number. Attach map or narrative description if rural route)_

   ☑ Manufactured Housing Unit          ☑ Furnished         Number of bedrooms ____
   ☐ Other (Specify) _____          ☐ Unfurnished       Number of baths ____

   Additional description of premises: Unit #68  128233 & EB1F322ZX624918 7

   This assistance is to be used exclusively as a family residence and solely for Occupant's household listed as follows: _Warren James & Helen James_. The Occupant must notify FEMA, in writing, within 7 days of any change in household composition. FEMA reserves the right to relocate Occupant to other premises at any time.

2. All parties agree that this Agreement is not intended to, nor does it create, a relationship of Landlord and Tenant between FEMA and Occupant. Occupant further agrees and understands that this Agreement does not create a property interest of Occupant in the unit.

3. Occupant understands that FEMA is providing this unit as temporary housing assistance to respond to the disaster-related housing needs of Occupant. Temporary housing assistance, including direct housing assistance, is a discretionary benefit under 42 U.S.C. § 5174 and 44 CFR § 206.117. Occupancy of the above-described unit is subject to recertification of continuing eligibility for direct housing assistance, the termination provisions in paragraph nine (9) hereof, and 44 CFR § 206.117. Occupant acknowledges that the premises provided herein are temporary and it is expressly understood that this Agreement in no way guarantees continued assistance.

4. Occupant agrees to diligently work to obtain permanent accommodations at the earliest possible date. Occupant further agrees to accept adequate alternate housing when it becomes available.

5. If Occupant is eligible for any payments or allowances for temporary housing needs from insurance, such as Additional Living Expenses (ALE), Occupant agrees to reimburse FEMA for the cost of using the unit provided, or the housing portion of the monthly ALE benefit, whichever is less.

6. Occupant is responsible for the payment of all utility charges during the term of occupancy, including deposits.

7. Maintaining Unit:
   a. Occupant agrees to promptly notify FEMA or Party identified by FEMA responsible for maintenance when any damage or defect is found so that repairs can be made as necessary. The Party responsible for providing maintenance services is ____SHAW____ and can be reached at (Phone) 1-866-903-7429. If damages or injury occur as a result of Occupant's failure to report any damage or defect found within the unit, Occupant will be liable for the resultant damages and injury.
   b. Occupant will make no major repairs to the unit without FEMA's prior written consent. FEMA will not pay for repairs made by Occupant without prior written consent.
   c. Occupant agrees to keep the unit in a clean and orderly condition. Occupant agrees to surrender the unit in as good a state and condition as it was in at the commencement of the Agreement, less ordinary wear and tear. Occupant will be charged for any costs or repairs that are the result of abuse or negligence of Occupant, Occupant's family or guests.
   d. The condition of the unit, and the furnishings and other property provided in the unit by FEMA, will be inspected and will be inventoried at the commencement date of this Agreement. A copy of the inspection and inventory checklist of such property and unit will be signed by the Occupant and will be attached to and made a part of this Agreement. At the expiration of this Agreement, Occupant will return the furnishings and other property in the condition existing at the time of move-in, less ordinary wear and tear, or will pay the reasonable value for any items not returned to FEMA in such condition. All personal property placed in the unit will be at the sole risk of Occupant, for which FEMA assumes no liability.