# U.S. DEPARTMENT OF HOMELAND SECURITY
## FEDERAL EMERGENCY MANAGEMENT AGENCY
### AGREEMENT TO RULES OF OCCUPANCY

**FEMA DR #:** 939390273

**Location #:** 2365 N. Johnson, New Orleans LA 70117

**Lot #:** 68 ST. Roch

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

**Name of Person Assigned to Shelter Unit (Please Print):** Helen James

**Signature of Person Assigned to Shelter Unit:** Helen C. James

**Date:** 1/27/06

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition – Occupancy Information

| Name | Age | Sex |
|---|---|---|
| Helen James | F | 60 |
| Warren James | M | 64 |
| Marlin James | M | 31 |

**Site Control #:** 68 ST. ROCH

**Unit Bar Code #:** 1282336

**Unit VIN #:** 1EB1F322X6249 1871

**Name of Person Assigning Shelter Unit (Please Print):** Ian Burgess

**Signature of Person Assigning Shelter Unit:** [signature]

**Date:** 1/27/06



# FEMA PARK RULES AND REGULATIONS

The trailer/mobile home you will occupy is property of the Federal Emergency Management Agency. Your household is responsible for understanding and complying with the following Park Rules and Regulations (as well as any additional rules required by the owner and management of the park). **Violations of any of the rules enumerated below by any member of your household, or any guest of yours, may result in your entire household being required to leave the unit and park community immediately.**

1. Respect the right of your neighbors to peaceful enjoyment of the Park. Any noise from your unit that can be heard in your neighbor's unit, or by people walking by your unit, is too loud. Residents will be given written notice of any problem behavior that must be corrected immediately.

2. Only those persons named on the occupancy form are authorized to reside in the unit. Unauthorized persons found to be residing with you will be asked to leave the site and are subject to removal by law enforcement personnel.

3. Visitors to your unit will be required to check-in and checkout at the site entrance.

4. Do not engage in any illegal or other activity that causes state or local law enforcement officials to take action on the park property. Obey all State and local laws and ordinances.

5. Guests of yours at the park are expected to abide by all Park Rules and Regulations. **Each resident is responsible for the actions of his or her guests.**

6. The manufacture, sale or use of illegal drugs anywhere inside the park is prohibited.

7. Belligerent or threatening conduct toward other residents, visitors or management will not be tolerated.

8. Use of or the threatened use of firearms, air rifles, archery sets or weapons of any kind is prohibited in the park.

9. Open fires in or around your unit are prohibited.

10. No fireworks are to be used in the park.

2. Only those persons named on the occupancy form are authorized to reside in the unit. Unauthorized persons found to be residing with you will be asked to leave the site and are subject to removal by law enforcement personnel.

3. Visitors to your unit will be required to check-in and checkout at the site entrance.

4. Do not engage in any illegal or other activity that causes state or local law enforcement officials to take action on the park property. Obey all State and local laws and ordinances.

5. Guests of yours at the park are expected to abide by all Park Rules and Regulations. **Each resident is responsible for the actions of his or her guests.**

6. The manufacture, sale or use of illegal drugs anywhere inside the park is prohibited.

7. Belligerent or threatening conduct toward other residents, visitors or management will not be tolerated.

8. Use of or the threatened use of firearms, air rifles, archery sets or weapons of any kind is prohibited in the park.

9. Open fires in or around your unit are prohibited.

10. No fireworks are to be used in the park.

19. Resident is responsible for disposing of all trash into dumpsters provided by the park. Under no circumstances may any resident stack garbage outside their unit.

20. Do not place signs, ornaments, etc... on the outside of your unit.

21. Laundry shall be done only in the laundry facilities provided at the park.

22. Use of this unit is for residential purposes only. Residents are not allowed to sell any items out of their unit or use park premises to conduct business.

23. Occupants may not allow persons that have been banned from the Park by FEMA or the park management to reside in or visit their unit.

24. Occupants are required to register with park management.

# FEMA PARK RULES AND REGULATIONS (Cont.)

Pet Policy:
- Each household may own up to two domesticated indoor pets.
- An animal that displays vicious or dangerous behavior is not allowed.
- Pets must have current shots and have ID tag at all times.
- Pets must be leashed when outside the unit and may not be left outside unattended.
- You are responsible for picking up and properly disposing of pet droppings.

Occupant Name: _____

Signature: _____   Date: _____

Should you become aware of criminal activity anywhere on this site, please report it to the Local Parish Sheriff's Office.

Residents are to report to management any damage to the trailers or park community (glass breakage, damage to floors or walls, etc...) as soon as such damage occurs.

If you plan to be away for an extended period of time (2 weeks or more) and no person will be at the unit, please leave a note inside by the front door with a contact phone number.

<u>Management reserves the right to change these Park Rules and Regulations at any time and shall provide residents written copies of any changes.</u>