# CONFIDENTIAL TRAVEL TRAILER EXPOSURE QUESTIONNAIRE
*Please Fill In Completely*—If the answer to a question, is "none", state that.

Full Name: Helen (First) C (Middle) James (Last)

Phone Number: 817-845-4970 ← Cell Number: ___

Email: —

Address (current): 1622 Alvar St
City/State/Zip: New Orleans La 70117

Mailing Address (if different): —
City/State/Zip: —

Address (pre-trailer): 2400 N Johnson st #68
City/State/Zip: New Orleans, LA 70117

DOB: 1-19-46  Age: 62  Gender (M/F): F

Driver's Lic No.: 003859540 (State: La.) SSN: -6073

When did you move into the trailer? Jan 2006

When did you move out of trailer (if out)? April 2007

Manufacturer of the trailer: Fleetwood

Make or Model Name or Number: 128233(6)IE B1F 3228X62491871

Provided by FEMA?: yes

VIN or Serial Number: ___

Manufacture Date: don't know

Do you or have you suffered medical conditions: (Check all that apply)
Asthma Attacks ___ Blurred Vision ___ Coughing ___ Dizziness ___
Headaches ___ Nausea ___ Nosebleeds ___ Shortness Of Breath ___
Sinus Infections ___ Wheezing ___ Skin rashes ✓

Other (list each) itching, angioedema
When did symptoms begin (approx. date)? 01-2007

Did symptoms begin before or after you began living in trailer? after

(04 05)-07-07 Moved out

Did you see a doctor for these symptoms? **yes**

(See list on following page) If so, name of doctor and address: ① **Dr. Harry Johnson 3525 prytania st, Suite 321, N.O. 70115  504**

When? (list each time) **01-07**

What did they treat you for? **Itching, hives**

Do you have any medical records for these treatments? **at Doctor's offices**

Have you suffered from any other medical conditions? If so, list: **Blurred Vision, Lupus, hypothyroidism, HTN, Seizure disorder, Anxiety disorder.**

Do you smoke? If so, how much per day? **No**

Please list individuals residing in the trailer besides you, their ages and relationship to you: **Husband 65 Warren James Sr.   Son 33 Marlin James   Daughter 31 Andrea James**

Are they having similar medical problems? **No**

If so, list: 

Have they seen a doctor for these problems? 

If so, list doctor and location: 

Has any one died since living in the trailer or been diagnosed with a disease (for example cancer or leukemia)? If so, describe:

Have you or a family member talked to FEMA or the trailer manufacturer about the trailer? If so, whom/when? **yes**

Has FEMA or any other party investigated or tested the trailer? If so, provide details. **Don't Know**

Alternative Contact Name: **Warren S. James Sr**

Phone Number: **504-251-7339**  Relationship: **Husband**

I certify that above answers are true and correct and that I have not been solicited by any attorney or other person to come forward with this information or to seek possible representation with respect to any claim regarding travel trailers:

**Helen C. James**                                          _____
                                                              Date

Confidential Travel                                2
Trailer Exposure Questionnaire