## EXIT INTERVIEW-TERMINATION OF EMPLOYMENT

Name: Helen C. James    Social Security No.: 6073

Terminated Date: April 18, 2008    Last Day Worked: April 20, 2007    Date Hired: Feb. 15 2005

CETA:   TITLE II  ☐    TITLE VI  ☐    BUDGET CODE: 3612

Position: Public Health Nutritionist    Rate of Pay: $ 42,980.23 Per: year    Rehire: ____ Yes XX No ____

ANNUAL LEAVE DAYS TO BE PAID: 0    DATE PINK SLIP MAILED: April 25, 2008

SICK LEAVE DAYS TO BE PAID: 0

RETIREMENT:    MANDATORY ☐    MONTHLY PENSION: $_____
               VOLUNTARY ☐    DOLLARS CONTRIBUTED BY EMPLOYEE:_____
                               ENDING DATE OF EMPLOYEE'S CONTRIBUTIONS:_____

## CHECK PRIMARY REASON FOR TERMINATION

**RESIGNATION**
---- NO REASON KNOWN (30)
---- BETTER JOB (31)
---- ENTERED SCHOOL (32)
---- HOME OBLIGATIONS (33)
---- RELOCATION (34)
---- MARRIAGE (35)
---- DISSATISFIED WITH JOB (36)
---- PREGNANCY (37)
---- PREGNANCY-HEALTH (38)
---- ABANDONED (39)
● WORKING CONDITIONS (40)
---- ENTERED MILITARY (41)
XX HEALTH (42)
---- INCOMPATIBILITY WITH
     EMPLOYEES (47)

**DISCHARGED**
---- BAD CONDUCT (22)
---- ATTENDANCE (23)
---- INCOMPETANCE (24)
---- UNDER INFLUENCE
     ALCOHOL (25)
---- PROBATIONARY
     PERIOD (26)
---- TARDINESS (27)
---- INSUBORDINATION (28)
---- DISHONESTY (29)
---- OTHER (60)

**MISCELLANEOUS**
---- RETIREMENT-MAND. (43)
---- RETIREMENT-VOL. (44)
---- RETIREMENT-DISABILITY (48)
---- TEMPORARY EMPLOYEE (20)
---- FINANCIAL EXIGENCY (49)
---- LEAVE ABSENCE W/O PAY

---- MILITARY
---- PERSONAL
---- MATERNITY
---- LAY-OFF (21)
---- SUSPENSION

Explain in complete detail reason given above (use reverse side if necessary):

Not physically able to return to work

Prior warning leading to termination (list dates and details—Use reverse side if necessary):

(Attach copies of written warnings)

Employer Name: City of New Orleans-Health    Signed: Priscilla M. Stevens

Address: 1300 Perdido St. Rm 4E18    Title: Human Resource Office

City, State: New Orleans LA 70112    Date: April 24 2008
                              Zip

Helen C. James    04-18-08
Employee Signature    Date

CAO-NO. 26

FORM LDOL 77 (R 7/98)

SEPARATION NOTICE ALLEGING DISQUALIFICATION

1. NAME Helen C. James    2. SS NO. ·6073

3. SEPARATION DATE April 18, 2008  4. DATE HIRED Feb. 15, 2005  5. DATE LAST WORKED April 20, 2007

⬤ LEASE PROVIDE DETAILED EXPLANATION for item checked below. Should this individual file a claim for unemployment insurance benefits complete facts will enable this agency to make an equitable decision.

6. REASON FOR LEAVING

01 ☐ Voluntary Leaving (Quit)

02 ☐ Discharge, (Fired)

03 ☐ Lack of Work (R.I.F.)

04 ☐ Leave of Absence

05 ☒ Not Physically Able to Work

06 ☐ School Employee Contract

07 ☐ Refused Other Suitable Work

08 ☐ Labor Dispute

09 ☐ Retirement, Pension

10 ☐ Other

**Microfilm Reference Number**

**DO NOT WRITE IN THIS SPACE**

7. VACATION/SEVERANCE/DISMISSAL/BONUS/HOLIDAY PAY INFORMATION. The employee received or will receive:
( ) Vacation $_____ ⊘ week(s)_____
( ) Severance/Dismissal $_____ week(s)_____
( ) Bonus $_____ week pd._____
( ) Holiday Pay $_____ ⊘ week(s)_____

Lump sum ( ) vacation ( ) accrued leave
( ) severance/dismissal pay ( ) bonus
( ) holiday pay ( ) other remuneration
covered a period of_____week(s)

EXPLANATION: Employee's health has not allowed her to return to work.

I certify that the worker whose name and social security number appear above has been separated from work and that the above information is true and correct. I further certify that the individual named above has been handed or mailed a copy of this notice.

8. City of New Orleans - Health Dept.    9. (504) 658-2512    10. _____
   Employer Name                            Phone-Area Code & No.        Employer Acct. No.

11. 1300 Perdido St. -Rm 8E18  New Orleans  LA    12. 70112
    Address      Street/Box    City    State              Zip Code

13. Harriett M. Stevenson    14. Human Resource Officer    15. April 24, 2008
    Signature                      Title                            Date

**FILL OUT IN TRIPLICATE.** MAIL ORIGINAL TO - Administrator, Louisiana Department of Labor, Post Office Box 94094, Baton Rouge, LA 70804-9094, WITHIN 72 HOURS after separation. Give the employee copy to the worker within 72 hours and retain the employer copy for your files. You may re-order this LDOL 77 form by telephone: (225)342-2861 or (225) 342-2811.

**Failure to submit this notice within the specified time limits may forfeit your right to appeal. It must be submitted within 72 hours after the worker's separation from employment. This LDOL 77 form is available on our website: www.laworks.net**

DUPLICATE WORKER COPY

[handwritten, top right]
750 Camp St 20130
S25-5252

## CERTIFICATE TO RETURN TO WORK/SCHOOL

Name _Helen James_

has been under my care from _1/8/07_ to _1/ /07_

and will be able to return to work/school on _1/ /07_

Limitations/Remarks _____

_____

_____

Dr. _____ HARRY D. JOHNSON, M.D.
3525 Prytania St., Ste. 321
NEW ORLEANS, LA 70115
Phone _____ (504) 891-____
F.M.D. # 5L066
UPIN B 61180 MEDICAID 1318493

**allegra®**
fexofenadine HCl
180 mg tablets

**allegra-D®**
fexofenadine HCl 60 mg/pseudoephedrine HCl 120 mg
Extended-Release Tablets

[...] n is Pharmaceuticals Inc.

---

**STEPHEN J. DERBES, M.D.**
3525 PRYTANIA STREET, SUITE 321
NEW ORLEANS, LA 70115

(504) 891-4494

NAME _Helen James_ AGE

ADDRESS _____ DATE _1/16/07_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_The above patient was treated in the office today_

Refill _____ times

Dispense as Written ☐ _Stephen Derbes MD_
(signature)

---

**STEPHEN J. DERBES, M.D.**
3525 PRYTANIA STREET, SUITE 321
NEW ORLEANS, LA 70115

(504) 891-4494

NAME _Helen James_ AGE

ADDRESS _____ DATE _1/16/07_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_The above patient was treated in the office today_

Refill _____ times

Dispense as Written ☐ _Stephen Derbes MD_
(signature)

*"Brand Medically Necessary" must be handwritten by the practitioner for

---

**STEPHEN J. DERBES, M.D.**
3525 PRYTANIA STREET, SUITE 321
NEW ORLEANS, LA 70115

(504) 891-4494

NAME _Helen James_ AGE

ADDRESS _____ DATE _1/24/07_

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_The above pt was treated in the office today_

Refill _____ times

Dispense as Written ☐ _Stephen Derbes MD_
(signature)

*"Brand Medically Necessary" must be handwritten by the practitioner for

# AUDUBON
### dermatology

DEIRDRE O. HOOPER, M.D. • SARAH C. JACKSON, M.D.
3525 Prytania Street, Suite 501 • New Orleans, Louisiana 70115
504.895.3376 • Fax 504.910.3350

## CERTIFICATE TO RETURN TO WORK/SCHOOL

Name _____ Helen Davis _____

has been under my care from __1/29/07__ to __1/29/07__

and will be able to return to work on _____ 1/31/07 _____

Nature of illness or injury _____

☐ Restrictions        ☐ Light work

Comments _____

Dr. ___ Audubon Dermatology, LLC ___
     ___ 3525 Prytania St., Ste. 501 ___    Phone (_____)
Address ___ New Orleans, LA 70115 ___    Date __1/29/07__

REORDER # 07-00205-30

---

## CERTIFICATE TO RETURN TO WORK/SCHOOL

Name _____ Helen James _____

has been under my care from __3/7/07__ to __3/ /07__

and will be able to return to work/school on __3/ /07__

Limitations/Remarks _____
_____

Dr. ___ HARRY D. JOHNSON, M.D. ___
     3525 Prytania St., Ste. 321
     NEW ORLEANS, LA 70115
     (504) 891-___ M.D. # 5L036
     UPIN # 61180 MEDICAID 1318493

Phone _____

**allegra®**
fexofenadine HCl
180 mg tablets

**allegra-D®**
fexofenadine HCl 60 mg/pseudoephedrine HCl 120 mg
Extended-Release Tablets

© 2002 Aventis Pharmaceuticals Inc.
ALG-PD-2653-1 (112)

---

## CERTIFICATE TO RETURN TO WORK/SCHOOL

Name _____ Helen James _____

has been under my care from __2/2/07__ to __2/4/07__

and will be able to return to work/school on __2/5/07__

Limitations/Remarks _____

Dr. ___ HARRY D. JOHNSON, M.D. ___
     3525 Prytania St., Ste. 321
     NEW ORLEANS, LA 70115
     (504) 891-___ M.D. # 5L066
     UPIN # 61180 MEDICAID 1318493

Phone _____ Date _____

**allegra®**
fexofenadine HCl
180 mg tablets

**allegra-D®**
fexofenadine HCl 60 mg/pseudoephedrine HCl 120 mg
Extended-Release Tablets

© 2002 Aventis Pharmaceuticals Inc.
ALG-PD-2653-1 (112)



**Memorial Clinic**
**Ph# (504)899-8411**
**Fax# (504)899-8496**

## RETURN TO WORK/SCHOOL

_Helen James_ has been under my care since __4/9/07__ and

can return to work/school on __6/9/07__ under the following conditions:

_____ No restrictions

_____ Light Duty

_____ Restricted Duty

Comments: _after re-evaluation_ _____

_____

_____

_____
Physician's Signature

## Ochsner Health System

### Certificate to return to work or school

Mr.
Mrs.
Miss _Helen James_

has been under my care from _____ to _____

and is able to return to work / school on _____

☐ full duty   ☑ restricted duty until _____

Specific Restrictions: _____

_____

Next appointment: _____

Dr. _____   Date _____

FORM 5018

---

## Ochsner Clinic Foundation

### Certificate to return to work or school

Mr.
Mrs.
Miss _Helen James_

has been under my care from _____ to _____

and is able to return to work / school on _____

☑ full duty   ☐ restricted duty until _____

Specific Restrictions: _____

_____

Next appointment: _____

Dr. _____   Date _____

FORM NO. 5162 (Rev. 11-01)

**Certificate to return to work or school**

Mr.
Mrs.
Miss

has been under my care

and is able to return to work or school on

☐ full duty    ☐ restricted duty until

Specific Restrictions

Next Appointment

Dr.

FORM 5

736-4860

---

## OCHSNER HEALTH CENTER

1221 S. CLEARVIEW PKWY.
JEFFERSON, LA 70121

PHONE (504) 736-4860
(504) 842-3000

BARRY GOLDMAN, M.D., FACP

Name: _Helen James_          Date: 7/18/07

Address:

Phone No.:          Age:

**Rx** (Please Print)

Mrs James was seen today; It is not yet known when she will return to work

REFILL _____ TIMES

PRODUCT SELECTION PERMITTED ☐

DISPENSE AS WRITTEN ☐

LABEL WITH DRUG NAME ☐

DO NOT REFILL ☐

3180

_____, M.D.

DEA Registration Number

**OCHSNER HEALTH CENTER**

1221 S. CLEARVIEW PKWY.
JEFFERSON, LA 70121

PHONE (504) 736-4860
(504) 842-3000

BARRY GOLDMAN, M.D., FACP

Name: Helen James                    Date: 8/20/07

Address:                                         Age:

Phone No.:

**Rx** (Please Print)

*Mrs James was seen today; She will be seen 3mos*

*Barry* _____, M.D.

REFILL_____TIMES

PRODUCT SELECTION PERMITTED ☐

DISPENSE AS WRITTEN ☐

LABEL WITH DRUG NAME ☐

DO NOT REFILL ☐

3180

DEA Registration Number

---

**Ochsner Clinic Foundation**

**Certificate to return to work or school**

Mr.
Mrs.
Miss   *James, Helen*

has been under my care from *7/30/07* to *7/30/07*

and is able to return to work / school on *undetermined*

☐ full duty   ☐ restricted duty until _____

Specific Restrictions: Ø _____

Next appointment: _____

Dr. *Dupre* Bobby J Dupre, MD  Date *7/30/07*

FORM NO. 3152 (Rev. 11-01)



**HEALTHCARE**
NETWORK

MULTI SPECIALITY CLINIC
2820 NAPOLEON AVENUE
SUITE 890
NEW ORLEANS, LA 70115
PH (504) 412-1366
FAX (504) 412-1367

## RETURN TO WORK/SCHOOL

James  Helen  C  has been under my care and will be able to return to return to work/school on _8/18/07_ under the following conditions:

_____/____ No Restrictions

_____/____ Light Duty

____/_____ Restricted Duty_____

Comments: _after  Re_ evaluation_____
_____
_____

_____
Physicians Signature

# Crescent City Allergy
## 392-7999

### Certificate to return to work or school

Mr.

Mrs.

Miss _Helen James_

has been under my care from _1/9/2008_ to _present_

and is *not* able to return to work / school on / or about _____

☐ restrictions ☐ light work until ☐ return to full activity

☐ other _not released to work at this time_

Dr _Ann Vockroth_ Date _2/13/2008_

## OCHSNER CLINIC FOUNDATION

1514 JEFFERSON HIGHWAY
NEW ORLEANS, LOUISIANA 70121
Bobby Dupre, M.D.

Phone: (504) 842-3000
Date: 10/17/2007

Name: HELEN C JAMES
Address: 1622 ALVAR ST
NEW ORLEANS, LA 70117

DOB: 01/19/1946 Age: 61
Clinic #: 1534513

℞ work/school excuse

```
Pt with urticaria and seizures
attempting to adjust seizure medication
to relieve urticaria
Pt should be excused from duties until
Medications changed
```

☑ DO NOT REFILL
☐ Product Selection Permitted
☐ Dispense as Written

Bobby Dupre, M.D.
**Bobby J. Dupre, MD**
DEA Registration No.

Ochsner Health System

Certificate to return to work or school

Mr.
Mrs.
Miss ___Helen James___

has been under my care from __6/27/07__ to __9/25/08__

and is able to return to work / school on __August 25, 2008__

☐ full duty    ☐ restricted duty until

Specific Restrictions: __It is unable to work__

__for the next two months, this may be__

__extended__

Next appointment _____

Dr. _____    Date __9/25/08__

FORM 5015