DEPARTMENT OF HEALTH
# CITY OF NEW ORLEANS

C. RAY NAGIN
MAYOR

KEVIN U. STEPHENS, SR., MD,JD
DIRECTOR

February 15, 2008

Mrs. Helen C. James
1622 Alvar St.
New Orleans, Louisiana 70117

Subject: Leave Intentions

Dear Mrs. James,

I hope this letter reaches you and your family in the best possible health.

The City of New Orleans Health Department values your position as Public Health Nutritionist III, with the Supplemental Food Program for Women, Infants, and Children.

We, regretfully, submit a request of information regarding your intentions as an employee to determine a future course of action.

Based on your current diagnosis and prognosis you must make a decision about the options available to you at this time (Family Leave, Medical Social Security, etc.)

We must receive notification of your intent by Friday, February 29, 2008.

We would like to offer our continued support to you at this time, and encourage collaboration on your part as we move forward to serve the Women, Infants, and Children of New Orleans.


Sincerely,

*Laura C. Brumfield*

Laura C. Brumfield, RD, LDN
WIC Program Director

Cc. Dr. Evangeline Franklin
    Dr. Sandra Robinson
    Florietta Stevenson

*"An Equal Opportunity Employer"*
1300 PERDIDO STREET | SUITE 8E18 | NEW ORLEANS, LOUISIANA | 70112
PHONE 504.658.2506 | FAX 504.658.2520



# FAMILY MEDICAL LEAVE REQUEST FORM

EMPLOYEE NAME  Helen C. James

S.S.# _ 6073

DEPARTMENT  Health

REASON FOR REQUEST  ✓ Personal illness  ___ Care of child

___ Illness of family member _____
(relationship to employee)

___ Other _____

DATES / PERIOD REQUESTED  03-03-08 → 05-23-08

TYPE OF LEAVE  ___ Sick  ___ Annual  ✓ Leave Without Pay
(days)  (days)  (days)

DOCUMENTATION ATTACHED  Yes ✓  No ___

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

## FOR DEPARTMENTAL USE ONLY

EMPLOYEE CONSECUTIVE SERVICE DATE _____

NUMBER OF HOURS WORKED IN PAST 12 MONTHS _____

APPROVED BY _____ DATE _____

DISAPPROVED BY _____ DATE _____

COMMENTS _____

# MEDICAL CERTIFICATION FOR FAMILY LEAVE

EMPLOYEE NAME _Helen Turner_

The above named employee of the City of New Orleans has filed a request for Family Medical Leave due to :

☑ a personal illness

___ illness of a family member _____
(Name)

COMMENT ON NECESSITY FOR LEAVE IN RELATION TO THIS REQUEST: _Seizure disorder, with classes and/or edema_

NAME OF PHYSICIAN OR HEALTH CARE PROVIDER:
_Barry Goldman_
(Please Print)

_[Signature]_   _2/5/08_
(Signature)       (Date)

DEPARTMENT OF HEALTH
# CITY OF NEW ORLEANS

C. RAY NAGIN  
MAYOR

KEVIN U. STEPHENS, SR., MD,JD  
DIRECTOR

April 3, 2008

Ms. Helen C. James  
1622 Alvar St.  
New Orleans, LA 70117

Dear Ms. James:

According to The City of New Orleans Health Department your last day of physical employment was on Friday, April 20, 2007. Since that time you have exhausted all annual and sick leave and have been on leave without pay to date and unofficial medical leave during 2007 and 2008. Due to your inabilities to fulfill your duties as a nutritionist we have scheduled you for a pre-termination hearing on Friday, April 11, 2008, 10:30am in the office of Sandra L. Robinson, MD, Deputy Director of the New Orleans Department of Health.

Per Civil Service Rule IX, regular employees will be afforded a pre-termination hearing prior to final decision of the department's appointed authority. At this hearing you will be given the opportunity to state our case against cited infraction(s). You will be notified of the action being recommended prior to commencement of the action. Your hearing will be recorded and have been scheduled as noted for April 11, 2008.

The action may include one or more of the following:

 (a) Termination from the service;
 (b) involuntary retirement;
 (c) reduction in pay within the pay grade for the employee's classification subject to the provisions of Rule IV, Section 3;
 (d) demotion to any position of a lower classification that the employee is deemed by the Appointing Authority and the Director to be competent to fill accompanied by a reduction in pay which is within the pay grade range for the lower classification, subject to the provisions of Rule IV, Section 3;
 (e) suspension without pay not exceeding one hundred twenty (120) calendar days;
 (f) fine.

*"An Equal Opportunity Employer"*  
1300 PERDIDO STREET | SUITE 8E18 | NEW ORLEANS, LOUISIANA | 70112  
PHONE 504.658.2506 | FAX 504.658.2520



Civil Service Rules may afford you the opportunity to appeal this disciplinary action. Should you choose to do so, you must file an appeal with the Department of Civil Service within thirty (30) days from date a decision has been rendered.

Sincerely,

Kevin U. Stephens, Sr., MD, JD
Director

KUS/fms/saa

Cc: Lisa Hudson, Director, Civil Service
Sandra Robinson, Deputy Director, NOHD
Personnel File