To: Ms. Jeanette with Buzbee Law Firm
From: [illegible]                                                                 page 1

Doctors I've seen since onset of illness that you requested

| # | Doctor | Address | Telephone # |
|---|---|---|---|
| 1 | Harry Johnson (PCP) (1st visit 01-08-07) | 3525 Prytania St, Suite 321, N.O., La 70115 | 504-891-2207 |
| 2 | Dr. Sarah Jackson (Dermatologist) (1st visit 02-14-07) | 3525 Prytania St, Suite 501, N.O., La 70115 | 504-895-3376 |
| 3 | Dr. Stephen J. Derbes (Rheumatologist) 1st visit 01-2007 | 3525 Prytania St, Suite 321, N.O., La 70115 | 504-891-1211 |
| 4 | Dr. Henri Roca III (Integrated Medicine) 1st visit 04-09-07 | 2820 Napoleon Ave., Suite 890, N.O., La 70115 | 504-412-1366 |
| 5 | Dr. Barry Goldman (Primary Care Physician) 1st visit 07-2007 | 1221 South Clearview Parkway, Jefferson, La 70121 | 504-842-3001 |
| 6 | Dr. Edward Davis (allergist) Visit (only one) 07-16-07 | 1514 Jefferson Hwy., N.O., La 70121 | 504-842-6742 |
| 7 | Dr. Lafoyre (Neurologist) 1st visit 07-19-07 | Ochsner Medical Center, 1514 Jefferson Hwy., N.O., La 70121 | 504-842-3980 |
| 8 | Dr. Bobby Dupre / Dr. Gerald Zakem (Rheumatologist) 1st visit 07-30-07 | Ochsner Medical Center, 1514 Jefferson Hwy., N.O., La 70121 | 504-842-3920 |
| 9 | Dr. Danna (Dermatologist) 1st visit 08-15-07 | Ochsner Medical Center, 1514 Jefferson Hwy., N.O., La 70121 | 504-842-9340 |
| 10 | Dr. Jeffery Nicholl (Neurologist) 1st visit 01-2008 | Tulane University Hospital, 1415 Tulane Ave, N.O., La 70112 | 504-988-5030 |
| 11 | Dr. Ann VocKroth (allergist) 1st visit 07-14-08 | Crescent City Allergy, 2600 Belle Chasse Hwy, Suite 207, Gretna, La 70056 | 504-392-7991 |

(To: Jeanette with Buzbee Law Firm)   From: Helen C. James
                                       1622 Alvar St. N.O., La 70117
                                       217 845-4970

2. Dr. Mallik, Tilak
(Endocrinolog)
1st Visit 03-2009

1111 Medical Center Blvd.
Suite S 113
Marrero, La. 70072

504-349-6522

Tests:
① Colonoscopy - 08-21-2007
② EEG - 08-28-2007
③ Stress Echo - 02-21-2008
④ Bone Density 08-2007
⑤ Mammogram - 08-23-07
⑥ Ophthalogist - Dr. Nelson

all done at Ochsner Medical Center

Emergency room visits:
① Tulane University Hospital 11-06-07 (stroke-like symptoms)
② Medical Center of N.O. 08-26-08 (anaphylactic shock)
③ Ochsner Medical Center 03-20-0? (uncontrolled/severe itching)

Tests at University Hospital:
1) 11-10-08 - Radioactive Iodine uptake
2) MRI - 11-12-08
3) MRA - 11-12-08

To: Ms Jeanette with Buzbee law firm.
From: Helen C. James, 1622 Alvar St, N.O., La. 70117, # 817-845-4970

To: Ms Jeanette with Buzbee law firm
From: Helen C. James, 1622 Alvar St., N.O., La. 70117 # 817-... page 3
Case 2:07-md-01873-KDE-MBN Document 22194-9 Filed 07/15/11 Page 3 of 4

- Was forced to resign or be fired from my job. Because I've been out too long (sick leave), from 04-2007 to 04-18-08. As a result I no longer have health insurance. Registered for and was deemed eligible for free care from: Louisiana State University/ Healthcare Services Division Medical Center of N.O. (These are LSU clinics)

13. Nurse Practitioner — 1st Visit 08-2008 — Ms. Patricia Chatham — 3815 Burgundy St N.O., La 70117 — 504-942-5950

14. Dermatology Dept. — 1st Visit 08-2008 — 1450 Poydras St 3rd floor N.O., La 70117 — 504-903-2373

15. General Dentistry — 1450 Poydras St 3rd floor N.O., La 70117 — 504-903-2373

16. F/u Dermatology — 1450 Poydras 3rd floor N.O. La 70117 — 504-903-2373

7. Dr. Gloria Bacon (PCP) 1st Visit 10-14-08 — LSU Community Clinic - Jackson Barracks 6460 N. Claiborne Ave N.O., La 70117 — 504-278-7330

8. Dr. Gloria Bacon 10-15-08 F/u — " — "

9. Dr. Gloria Bacon 10-20-08 F/u — " — "

10. Neurology Clinic 10-27-08 — 1450 Poydras St. 3rd floor — 504-903-2016

To: Ms Jeanette with Buzbee law firm
From: Helen C. James, 1622 Alvar St., N.O., La. 70117, # 817-845-4970

To: Ms. Jeanette
From: Helen C. James, 1622 Alvar St., N.O., La., 70117, #817-84... 497...

Scheduled appointments and tests - LSU Clinics and University Hosp.

10-27-08 - Neurology Clinic
11-05-08 - F/u Dr. Gloria Bacon
11-10-08 ⎫
11-11-08 ⎭ Radioactive Iodine uptake
11-17-08 Epilepsy Clinic
11-21-08 F/u Dermatology
05-13-09 Rheumatology

11-12-08 - M.R.I.
11-12-08 - MRA
03-02-09 - Epilepsy Clinic

To: Ms. Jeanette with Buzbee law firm
From: Helen C. James, 1622 Alvar St., N.O., La., 70117