Store #: 8221
Report Date: 12/26/2008

Connexus Pharmacy System
Sam's Pharmacy 10-8221
Medical Expenses Summary

Patient:  JAMES, HELEN
1622 ALVAR ST
NEW ORLEANS LA-70117

Birthdate: 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| WAL-MART PHARMACY 10-2706, 1501 MANHATTAN BLVD HARVEY LA 70054, HARVEY LA-70058  NABP Number: 1929782  ID: BS6990469  NPI Number: 1508883877 |
| 01/11/2008 01/11/2008 | 4425918 1531893 | SONATA 10MG CAP 60793-0146-01 | NICHOLL JEFFREY S MD | 2 / 0 | 1 | 0 | $8.04 PAI |
| SAM'S PHARMACY 10-8221, 1527 MANHATTAN BLVD. GRETNA LA 70058, HARVEY LA-70058  NABP Number: 1929782  ID: BS6990469  NPI Number: 1508883877 |
| 01/17/2007 07/25/2006 | 4404780 1116719 | ALPRAZOLAM 0.25MG TAB 00378-4001-05 | JOHNSON HARRY | 100 / 3 | 30 | 0 | $8.79 PAI |
| 01/17/2007 07/25/2006 | 6637115 1116721 | PHENYTOIN EX 100MG CAP 00378-1560-01 | JOHNSON HARRY | 120 / 4 | 30 | 0 | $10.00 PAI |
| 02/24/2007 07/25/2006 | 6637115 1120708 | PHENYTOIN EX 100MG CAP 00378-1560-01 | JOHNSON HARRY | 120 / 5 | 30 | 0 | $10.00 PAI |
| 06/01/2007 07/25/2006 | 6637115 1131297 | PHENYTOIN EX 100MG CAP 00378-1560-01 | JOHNSON HARRY | 120 / 6 | 30 | 0 | $10.00 PAI |
| 01/17/2007 07/26/2006 | 6637114 1116720 | LEVOTHYROXIN 50MCG TAB 00378-1803-01 | JOHNSON HARRY | 30 / 4 | 30 | 0 | $3.79 PAI |
| 01/08/2007 01/08/2007 | 6642063 1115736 | HYDROXYZ HCL 25MG TAB 50111-0308-01 | JOHNSON HARRY D. | 20 / 0 | 3 | 0 | $11.57 PAI |
| 01/08/2007 01/08/2007 | 6642065 1115735 | PREDNISONE 10MG TAB 00591-5442-01 | JOHNSON HARRY | 34 / 0 | 10 | 0 | $3.88 PAI |
| 01/08/2007 01/08/2007 | 6642064 1115737 | DOXEPIN HCL 10MG CAP 00378-1049-01 | JOHNSON HARRY D. | 10 / 0 | 10 | 0 | $1.30 PAI |
| 03/19/2007 | 6642065 | PREDNISONE 10MG TAB | JOHNSON HARRY | 34 | 10 | 0 | $4.24 PAI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

Store #: 8221  
Report Date: 12/26/2008

**Connexus Pharmacy System**  
**Sam's Pharmacy 10-8221**  
**Medical Expenses Summary**

**Patient:** JAMES, HELEN  
1622 ALVAR ST  
NEW ORLEANS LA-70117

**Birthdate:** 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 01/08/2007 | 1123169 | 00591-5442-01 | | 1 | | | |
| 01/17/2007 01/17/2007 | 6642406 1116722 | HYDROXYZ HCL 25MG TAB 50111-0308-01 | DERBES STEPHEN J. | 40 0 | 5 | 0 | $10.00 PAI |
| 01/23/2007 01/17/2007 | 6642406 1117337 | HYDROXYZ HCL 25MG TAB 50111-0308-01 | DERBES STEPHEN J. | 40 1 | 5 | 0 | $10.00 PAI |
| 01/30/2007 01/29/2007 | 6642842 1117944 | ZYRTEC 10MG TAB 00069-0731-66 | JACKSON SARAH | 30 0 | 30 | 0 | $30.00 PAI |
| 02/24/2007 02/21/2007 | 6643811 1120709 | EPIPEN 0.3MG INJ 49502-0500-02 | JACKSON SARAH | 2 0 | 15 | 0 | $50.00 PAI |
| 03/07/2007 03/07/2007 | 6644227 1121939 | METHYLPRED 4MG PAK 00603-4593-15 | JOHNSON HARRY | 21 0 | 5 | 0 | $3.79 PAI |
| 03/26/2007 03/20/2007 | 6644934 1123985 | PREDNISONE 20MG TAB 00591-5443-01 | WORMUTH CHRISTOPHER | 42 0 | 7 | 0 | $5.08 PAI |
| 04/05/2007 04/05/2007 | 6645328 1125096 | PREDNISONE 10MG TAB 00591-5442-01 | JOHNSON HARRY | 40 0 | 10 | 0 | $4.99 PAI |
| 04/09/2007 04/09/2007 | 6645453 1125453 | BUSPIRONE 15MG TAB 00093-1003-01 | LSU HEALTHCARE NETWORK | 60 0 | 30 | 0 | $10.00 PAI |
| 04/09/2007 04/09/2007 | 8801245 1125454 | FERROUS SULF 5GR TAB 00677-0070-01 | LSU HEALTHCARE NETWORK | 30 0 | 30 | 0 | $4.10 |
| 04/24/2007 04/24/2007 | 6645943 1126980 | FLUTICASONE 50MCG SPR 00054-3270-99 | LSU HEALTHCARE NETWORK | 16 0 | 30 | 0 | $10.00 PAI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.  
WAL*MART STORES, INC.**

Store #: 8221
Report Date: 12/26/2008

**Connexus Pharmacy System**
**Sam's Pharmacy 10-8221**
**Medical Expenses Summary**

**Patient:** JAMES, HELEN
1622 ALVAR ST
NEW ORLEANS LA-70117

**Birthdate:** 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 04/24/2007 / 04/24/2007 | 6645944 / 1126976 | PALGIC 4MG TAB / 00525-6748-01 | LSU HEALTHCARE NETWORK | 60 / 0 | 30 | 0 | $39.76 PAI |
| 06/11/2007 / 06/11/2007 | 6647688 / 1132185 | PREDNISONE 10MG TAB / 00591-5442-01 | JOHNSON HARRY | 40 / 0 | 10 | 0 | $4.99 PAI |
| 06/29/2007 / 06/27/2007 | 4406142 / 1134243 | CLONAZEPAM 0.5MG TAB / 00093-0832-01 | GOLDMAN BARRY | 60 / 0 | 30 | 0 | $8.95 PAI |
| 07/23/2007 / 06/27/2007 | 4406142 / 1136611 | CLONAZEPAM 0.5MG TAB / 00093-0832-01 | GOLDMAN BARRY | 60 / 1 | 30 | 0 | $8.95 PAI |
| 07/02/2007 / 07/02/2007 | 6648378 / 1134402 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 0 | 30 | 0 | $10.00 PAI |
| 08/17/2007 / 07/02/2007 | 6648378 / 1139269 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 1 | 30 | 0 | $10.00 PAI |
| 09/24/2007 / 07/02/2007 | 6648378 / 1143201 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 2 | 30 | 0 | $10.00 PAI |
| 10/31/2007 / 07/02/2007 | 6648378 / 1147452 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 3 | 30 | 0 | $10.00 PAI |
| 11/23/2007 / 07/02/2007 | 6648378 / 1148861 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 4 | 30 | 0 | $10.00 PAI |
| 12/31/2007 / 07/02/2007 | 6648378 / 1154107 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 5 | 30 | 0 | $10.00 PAI |
| 02/21/2008 / 07/02/2007 | 6648378 / 1160371 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 6 | 30 | 0 | $10.00 PAI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.**

Store #: 8221
Report Date: 12/26/2008

Connexus Pharmacy System
Sam's Pharmacy 10-8221
Medical Expenses Summary

Patient: JAMES, HELEN
1622 ALVAR ST
NEW ORLEANS LA-70117

Birthdate: 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 07/26/2007 07/26/2007 | 6649145 1136989 | METHYLPRED 4MG PAK 00603-4593-15 | GOLDMAN BARRY | 21 0 | 6 | 0 | $3.79 PAI |
| 07/30/2007 07/30/2007 | 6649234 1137334 | CYPROHEPTAD 4MG TAB 49884-0043-01 | DUPRE BOBBY | 90 0 | 22 | 0 | $10.00 PAI |
| 11/12/2007 07/30/2007 | 6649234 1148863 | CYPROHEPTAD 4MG TAB 49884-0043-01 | DUPRE BOBBY | 90 1 | 22 | 0 | $10.00 PAI |
| 12/08/2007 07/30/2007 | 6649234 1151732 | CYPROHEPTAD 4MG TAB 49884-0043-01 | DUPRE BOBBY | 90 2 | 22 | 0 | $10.00 PAI |
| 12/31/2007 07/30/2007 | 6649234 1154106 | CYPROHEPTAD 4MG TAB 49884-0043-01 | DUPRE BOBBY | 90 3 | 22 | 0 | $10.00 PAI |
| 09/28/2007 09/07/2007 | 6651250 1143629 | TOPAMAX 50MG TAB 00045-0640-65 | LAFAYE KRISTINA | 60 0 | 30 | 0 | $50.00 PAI |
| 09/28/2007 09/19/2007 | 6651251 1143630 | CYPROHEPTAD 4MG TAB 49884-0043-01 | DUPRE BOBBY | 60 0 | 30 | 0 | $10.00 PAI |
| 09/28/2007 09/21/2007 | 6651249 1143628 | ACTONEL 35MG WEEKLY TAB 00149-0472-01 | GOLDMAN BARRY | 4 0 | 28 | 0 | $30.00 PAI |
| 11/12/2007 11/06/2007 | 6652951 1148876 | DILANTIN 30MG CAP 00071-0365-24 | TULANE UNIV HOSPITAL, | 30 0 | 30 | 0 | $14.54 PAI |
| 12/08/2007 11/06/2007 | 6652951 1151731 | DILANTIN 30MG CAP 00071-0365-24 | TULANE UNIV HOSPITAL, | 30 1 | 30 | 0 | $14.54 PAI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

Store #: 8221
Report Date: 12/26/2008

**Connexus Pharmacy System**
**Sam's Pharmacy 10-8221**
**Medical Expenses Summary**

Patient: JAMES, HELEN
1622 ALVAR ST
NEW ORLEANS LA-70117

Birthdate: 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 12/31/2007 / 11/06/2007 | 6652951 / 1154105 | DILANTIN 30MG CAP / 00071-0365-24 | TULANE UNIV HOSPITAL | 30 / 2 | 30 | 0 | $14.54 PAI |
| 12/10/2007 / 12/10/2007 | 4406829 / 1151733 | ALPRAZOLAM 0.25MG TAB / 00378-4001-05 | JOHNSON HARRY | 100 / 0 | 30 | 0 | $8.99 PAI |
| 01/29/2008 / 01/09/2008 | 4406960 / 1157647 | LYRICA 50MG CAP / 00071-1013-68 | NICHOLL JEFFREY MD | 60 / 0 | 30 | 0 | $91.03 PAI |
| 01/11/2008 / 01/09/2008 | 4406958 / 1155611 | LYRICA 50MG CAP / 00071-1013-68 | NICHOLL JEFFREY S MD | 14 / 0 | 7 | 0 | $0.00 PDM |
| 02/04/2008 / 02/04/2008 | 6655822 / 1158263 | HYDROXYZ HCL 25MG TAB / 50111-0308-01 | DERBES STEPHEN J. | 112 / 0 | 14 | 0 | $10.00 PAI |
| 03/05/2008 / 02/25/2008 | 6657053 / 1161963 | HYDROCHLOROT 12.5MG CAP / 00378-0810-01 | GOLDMAN BARRY | 100 / 0 | 100 | 0 | $13.33 |
| 03/05/2008 / 02/25/2008 | 6657054 / 1161959 | METOPROLOL 50MG ER TAB / 00185-0282-01 | GOLDMAN BARRY | 30 / 0 | 30 | 0 | $22.73 PAI |
| 07/17/2008 / 02/25/2008 | 6657053 / 1178218 | HYDROCHLOROT 12.5MG CAP / 00378-0810-01 | GOLDMAN BARRY | 100 / 1 | 100 | 0 | $11.11 |
| 04/22/2008 / 02/25/2008 | 6657054 / 1167618 | METOPROLOL 50MG ER TAB / 00185-0282-01 | GOLDMAN BARRY | 30 / 1 | 30 | 0 | $22.73 PAI |
| 03/19/2008 / 03/18/2008 | 6657607 / 1163680 | SYNTHROID 75MCG TAB / 00074-5182-13 | MALLIK TILAK | 30 / 0 | 30 | 1 | $17.30 PAI |
| 04/22/2008 / 03/18/2008 | 6657607 / 1167616 | SYNTHROID 75MCG TAB / 00074-5182-13 | MALLIK TILAK | 30 / 1 | 30 | 1 | $17.30 PAI |

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.
WAL*MART STORES, INC.

Store #: 8221  
Report Date: 12/26/2008

**Connexus Pharmacy System**  
**Sam's Pharmacy 10-8221**  
**Medical Expenses Summary**

**Patient:** JAMES, HELEN  
1622 ALVAR ST  
NEW ORLEANS LA-70117

**Birthdate:** 1/19/1946

Below is a list of your Pharmacy Orders for the date range of: 01/01/2007 to 12/26/2008

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 03/20/2008 / 03/20/2008 | 6657643 / 1163681 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 0 | 30 | 0 | $10.00 PAI |
| 04/22/2008 / 03/20/2008 | 6657643 / 1167617 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 1 | 30 | 0 | $10.00 PAI |
| 06/09/2008 / 03/20/2008 | 6657643 / 1173550 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 2 | 30 | 0 | $10.00 PAI |
| 05/21/2008 / 05/14/2008 | 6659933 / 1171280 | CYPROHEPTAD 4MG TAB / 49884-0043-01 | VOCKROTH ANN E. | 90 / 0 | 30 | 0 | $10.00 PAI |
| 06/23/2008 / 06/12/2008 | 6660847 / 1175439 | SYNTHROID 75MCG TAB / 00074-5182-13 | MALLIK TILAK | 30 / 0 | 30 | 1 | $17.30 PAI |
| 07/07/2008 / 06/20/2008 | 6661145 / 1174760 | PHENYTOIN EX 100MG CAP / 00378-1560-01 | GOLDMAN BARRY | 120 / 0 | 30 | 0 | $10.00 PAI |
| 12/10/2008 / 11/17/2008 | 4408467 / 1196310 | ALPRAZOLAM 0.25MG TAB / 00378-4001-05 | MOHAMMED REHAN | 60 / 0 | 20 | 0 | $8.46 |

Report Date: 12/26/2008  
Attested To By: _Registered Pharmacist_

**Total: $809.91**

**PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.  
WAL*MART STORES, INC.**