## Ochsner Clinic
## ALLERGY SECTION
### Food Allergen Skin Test Results

DATE: 1/14/08  
DOCTOR: Helen James / Ann Vockhori

| | ALLERGEN | PRICK 1:20 | | ALLERGEN | PRICK 1:20 |
|---|---|---|---|---|---|
| **DAIRY PRODUCTS** | | | **FRUITS** | | |
| 1 | Milk | — | 32 | Apple | — |
| **POULTRY PRODUCTS** | | | 33 | Apricot | — |
| 2 | Chicken | — | 34 | Banana | — |
| 3 | Egg | — | 35 | Cantaloupe | — |
| 4 | Turkey | — | 36 | Peach | — |
| **MEATS** | | | 37 | Pineapple | |
| 5 | Beef | — | 38 | Strawberry | — |
| 6 | Lamb | — | 39 | Tomato | — |
| 7 | Pork | — | 40 | Watermelon | — |
| **FISH & SHELLFISH** | | | **CITRUS FRUITS** | | |
| 8 | Clam | — | 41 | Grapefruit | — |
| 9 | Crab | — | 42 | Lemon | — |
| 10 | Flounder | — | 43 | Orange | — |
| 11 | Lobster | — | **VEGETABLES** | | |
| 12 | Oyster | — | 44 | Beans (String) | — |
| 13 | Salmon | — | 45 | Broccoli | — |
| 14 | Shrimp | — | 46 | Carrots | — |
| 15 | Tuna | | 47 | Celery | — |
| **NUTS & LEGUMES** | | | 48 | Garlic | — |
| 16 | Almond | — | 49 | Mushroom | — |
| 17 | Brazil Nut | — | 50 | Onion | — |
| 18 | Cashew | — | 51 | Peas (Green) | — |
| 19 | Coconut | — | 52 | Potatoes (Sweet) | — |
| 20 | Hazelnut (Filbert) | — | 53 | Potatoes (White) | — |
| 21 | Peanut | — | 54 | Soybean | — |
| 22 | Pecan | — | 55 | Spinach | — |
| 23 | Walnut (English) | — | **OTHER** | | |
| **GRAINS** | | | 56 | Cinnamon | |
| 24 | Corn | — | 57 | Cocao | |
| 25 | Oat | — | 58 | Coffee | |
| 26 | Rice | — | **CONTROLS** | | |
| 27 | Rye | — | 59 | Saline | — |
| 28 | Wheat | — | 60 | Histamine | — |
| **SEEDS** | | | **MISCELLANEOUS** | | |
| 29 | Mustard | — | | | |
| 30 | Sesame | — | | | |
| 31 | Sunflower | — | | | |

| RATINGS | PRICK DIAMETER OF EDEMA | |
|---|---|---|
| 0 | No Reaction | |
| 1+ | Erythema < 21 mm (no wheal) | |
| 2+ | Erythema > 21 mm (no wheal) | |
| 3+ | Wheal w/Erythema < 21 mm | |
| 4+ | Wheal w/Pseudopods | |

Form No. 00236 (9/10/2001) Docutech         Physician Signature _____

**Ann E. Vockroth, M.D.**
**Crescent City Allergy**
Gretna, Louisiana

patient name: _____
date of birth: 1/17/46
date: 1/14/08

| # | INDOOR ALLERGENS | prick | I.D. | perennial | | # | WEED POLLENS | prick | I.D. | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Cat | — | | | | 36 | Cocklebur | — | | Mar-Nov |
| 2 | Dog | — | | | | 37 | Lamb's Quarters | — | | Jul-Oct |
| 3 | Cockroach | — | | | | 38 | Marsh Elder | — | | Aug-Nov |
| 4 | Dust Mite (mixed) | — | | | | 39 | Pigweed (rough) | — | | Apr-Oct |
| 5 | Dust Mite (D.f.) | — | | | | 40 | Plantain (English) | — | | Apr-Nov |
| 6 | Dust Mite (D.p.) | — | | | | 41 | Ragweed (mix) | — | | Aug-Oct |
| | | | | | | 42 | Russian Thistle | — | | Jul-Oct |
| | | | | | | 43 | Sheep Sorrel-Dock | — | | May-Sept |
| | **TREE POLLENS** | | | | | | | | | |
| 7 | Alder | — | | Feb-Apr | | | | | | |
| 8 | Ash (white) | — | | Feb-Mar | | | **MOLD SPORES** | | | perennial |
| 9 | Beech | — | | Mar-Apr | | 44 | Alternaria | — | | |
| 10 | Birch | — | | Mar-Apr | | 45 | Aspergillus fum. | — | | |
| 11 | Box Elder | — | | Jan-Feb | | 46 | Aspergillus mix | — | | |
| 12 | Cedar (red) | — | | Jan-Apr | | 47 | Botrytis | — | | |
| 13 | Cottonwood | — | | Feb-Mar | | 48 | Cephalosporium | — | | |
| 14 | Cypress (bald) | — | | Jan-Mar | | 49 | Cladosporium | — | | |
| 15 | Elm (American) | — | | Jan-Feb | | 50 | Curvularia | — | | |
| 16 | Hackberry | — | | Mar-Apr | | 51 | Fusarium | — | | |
| 17 | Hickory (white) | — | | Feb-Apr | | 52 | Helminthosporium | — | | |
| 18 | Ligustrum (privet) | — | | Apr-Jun | | 53 | Hormodendrum | — | | |
| 19 | Maple | — | | Jan-May | | 54 | Mucor | — | | |
| 20 | Mulberry | — | | Feb-Aug | | 55 | Penicillium (P. dig.) | — | | |
| 21 | Oak | — | | Feb-Mar | | 56 | Penicillium (P. not.) | — | | |
| 22 | Orange Blossom | — | | Apr-May | | 57 | Pullularia | — | | |
| 23 | Palm (queen) | — | | Feb-Apr | | 58 | Stemphyllium | — | | |
| 24 | Pecan | — | | Apr-May | | | | | | |
| 25 | Pine | — | | Jan-May | | | | | | |
| 26 | Sweet gum | — | | Mar-May | | | **CONTROLS** | | | |
| 27 | Sycamore | — | | Mar-May | | 59 | Saline | — | | |
| 28 | Walnut (black) | — | | Mar-May | | 60 | Histamine | — | | |
| 29 | Willow | — | | Mar-Apr | | | | | | |
| | | | | | | | **OTHER ALLERGENS** | | | |
| | **GRASS POLLENS** | | | | | | | | | |
| 30 | Bahia | — | | Mar-Nov | | | | | | |
| 31 | Bermuda | — | | Mar-Nov | | | | | | |
| 32 | Johnson | — | | Mar-Nov | | | | | | |
| 33 | Red top | — | | Mar-Nov | | | | | | |
| 34 | Rye (cultivated) | — | | Mar-Nov | | | | | | |
| 35 | Timothy | — | | Mar-Nov | | | | | | |

rating        prick
 0  No reaction
 1  erythema only
 2  wheal only or erythema only
 3  wheal w/ erythema < 21mm

rating        intradermal
 0  same as negative control
 1  wheal only or flare only
 2  wheal and flare smaller than histamine
 3  same size as histamine
 4  larger than histamine