**Quest Diagnostics**

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 504.889.2307

SPECIMEN INFORMATION
SPECIMEN: N0829829W
REQUISITION: 1693006
LAB REF NO:

COLLECTED: 01/18/2008  16:00
RECEIVED:  01/19/2008  01:43
REPORTED:  01/22/2008  13:32

PATIENT INFORMATION
**JAMES, HELEN**

DOB: 01/19/1949  Age: 58
GENDER: F  Fasting: U

PHONE: 504-817-4970

REPORT STATUS **Final**

ORDERING PHYSICIAN
**VOCKROTH, ANN E**
CLIENT INFORMATION
81456000
CRESCENT CITY ALLERGY
2600 BELLE CHASSE HWY STE 204
GRETNA, LA 70056-7156

| Test Name | | Lab |
|---|---|---|
| OVA AND PARASITES | | RGA |
| STATUS: | FINAL | |
| CONCENTRATE RESULT: | NO OVA OR PARASITES SEEN | |
| TRICHROME RESULT: | NO OVA OR PARASITES SEEN | |

**Performing Laboratory Information:**

RGA   Quest Diagnostics-Houston 5850 Rogerdale Road Houston TX  77072 Laboratory Director: John G Buck MD

JAMES, HELEN - N0829829W

Page 1 - End of Report

Printed by Care360 AutoReceive on 01/22/08 at 01:45pm.



| | |
|---|---|
| **Quest Diagnostics** | |
| QUEST DIAGNOSTICS INCORPORATED | |
| REPORTED: 05/16/2008  17:15 | |
| COLLECTED: 05/14/2008  10:29 | |

PATIENT INFORMATION
**JAMES, HELEN**

DOB: 01/19/1946  Age: 62
GENDER: F

REPORT STATUS **Final**

ORDERING PHYSICIAN
**VOCKROTH, ANN E**

| Test Name | kU/L | Class | Lab |
|---|---|---|---|
| RESPIRATORY ALLERGY PROFILE REGION VI | | | |
| MITE AND MOLD GROUPING | | | IG |
| **Allergen** | | | |
| DERMATOPHAGOIDES PTERONYSSINUS (D1) IGE | <0.35 | 0 | |
| DERMATOPHAGOIDES FARINAE (D2) IGE | <0.35 | 0 | |
| PENICILLIUM NOTATUM (M1) IGE | <0.35 | 0 | |
| CLADOSPORIUM HERBARUM (M2) IGE | <0.35 | 0 | |
| ASPERGILLUS FUMIGATUS (M3) IGE | <0.35 | 0 | |
| ALTERNARIA ALTERNATA (M6) IGE | <0.35 | 0 | |
| DANDER GROUPING | | | IG |
| CAT EPITHELIUM AND DANDER (E1) IGE | <0.35 | 0 | |
| DOG DANDER (E5) IGE | <0.35 | 0 | |
| COCKROACH (I6) IGE | <0.35 | 0 | IG |
| TREE GROUPING | | | IG |
| MAPLE (BOX ELDER) (T1) IGE | <0.35 | 0 | |
| BIRCH (T3) IGE | <0.35 | 0 | |
| MOUNTAIN CEDAR (T6) IGE | <0.35 | 0 | |
| WALNUT TREE (T10) IGE | <0.35 | 0 | |
| TREE GROUPING | | | IG |
| OAK (T7) IGE | <0.35 | 0 | |
| ELM (T8) IGE | <0.35 | 0 | |
| TREE GROUPING | | | IG |
| HICKORY/PECAN TREE (T22) IGE | <0.35 | 0 | |
| WHITE MULBERRY (T70) IGE | <0.35 | 0 | |

JAMES, HELEN - HU748699A

Page 2 - Continued on Page 3

Printed by Care360 AutoReceive on 05/16/08 at 05:30pm.



**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

PATIENT INFORMATION
**JAMES, HELEN**

DOB: 01/19/1946   Age: 62
GENDER: F

REPORT STATUS **Final**

ORDERING PHYSICIAN
**VOCKROTH, ANN E**

REPORTED:   05/16/2008   17:15
COLLECTED:  05/14/2008   10:29

| Test Name | | | Lab |
|---|---|---|---|
| RESPIRATORY ALLERGY PROFILE REGION VI (continued) | | | |
| GRASS GROUPING | | | IG |

| Allergen | kU/L | Class |
|---|---|---|
| BERMUDA GRASS (G2) IGE | <0.35 | 0 |
| TIMOTHY GRASS (G6) IGE | <0.35 | 0 |

| | | | |
|---|---|---|---|
| WEED GROUPING | | | IG |
| COMMON RAGWEED (SHORT) (W1) IGE | <0.35 | 0 | |
| ROUGH PIGWEED (W14) IGE | <0.35 | 0 | |
| ROUGH MARSH ELDER (W16) IGE | <0.35 | 0 | IG |

| | In Range | Out of Range | Reference Range | |
|---|---|---|---|---|
| IMMUNOGLOBULIN E | 9 | | <OR=114 kU/L | IG |

INTERPRETATION   IG

| Specific IGE Class | kU/L | Level of Allergen Specific IGE Antibody |
|---|---|---|
| 0 | <0.35 | Absent/Undetectable |
| 1 | 0.35-0.70 | Low Level |
| 2 | 0.71-3.50 | Moderate Level |
| 3 | 3.51-17.5 | High Level |
| 4 | 17.6-50 | Very High Level |
| 5 | 51-100 | Very High Level |
| 6 | >100 | Very High Level |

Allergens denoted with a "**" include results using one or more analyte specific reagents. In those cases, the test was developed and its performance characteristics determined by Quest Diagnostics. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance is not necessary. Performance characteristics refer to the analytical performance of the test.

**Performing Laboratory Information:**

IG    Quest Diagnostics-Dallas 4770 Regent Blvd Irving TX  75063 Laboratory Director: Suzanne H Kreisberg MD
RGA   Quest Diagnostics-Houston 5850 Rogerdale Road Houston TX  77072 Laboratory Director: John G Buck MD



JAMES, HELEN - HU748699A

Page 3 - End of Report