UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER         MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

       SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 89

On July 15, 2011, the Court held a status conference in chambers with liaison counsel and steering committee members. The following individuals were in attendance: Justin Woods, Jim Percy, Stewart Tharp, Dave Kurtz, John J. Hainkel, Charles Penot, Lamont Domingue, Gerry Barrios, Frank D'Amico, Ernie Gieger, Andy Weinstock, Joe Glass, Mikal Watts, Tim Scandurro, Tony Buzbee, Jerry Meunier, Dennis Reich, Ralph Hubbard, Karen Whitfield, Charles Leche, Matt Moreland, and Chris Pinedo. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)      **On Friday, September 16, 2011, at 8:30 a.m.**, the Court will hold a status

conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2)   A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, September 16, 2011, at 10:00 a.m.**

New Orleans, Louisiana, this 15th day of July 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**