PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                   **07-1873**

_____   Magistrate: _____
DEFENDANT(S)

**FEMA MDL**
*********************************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: **7-15-11**             TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Sarah Dawkins | Provosty | |
| Jill Waltz | Degan Blanchard Nash | T-Mac, TKTMJ |
| Brent Maggio | Allen + Gooch | Sun Valley Heartland |
| Amanda Vonderhaar | Leake & Anderson | DC recovery |
| Reed Bowman | Frank D'Amico | Plaintiffs Steering Comm. |
| EVAN PLAUCHE | HAILEY MCNAMARA | OAK CREEK |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**PLAINTIFF(S)**

VERSUS

**DEFENDANT(S)**

CIVIL/CRIMINAL ACTION NO.:

07-1873

Magistrate: _____

FEMA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: 7-15-11    TIME: 10:00 AM

**PLEASE PRINT**  **PLEASE PRINT**  **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Janet MacDonell | same | Agbayani, SRS |
| Kelly Theard | DKS | Destiny Industries |
| Stephanie Dovain | GJTBS | Sunnybrook |
| Theresa Anderson | HMP | Athens |
| Edgar D. Gankendoff | Provosty | C. Martin |
| Lena Giangrosso | Provosty | C. Martin |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**PLAINTIFF(S)** _____

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

VERSUS

**DEFENDANT(S)** _____

Magistrate: _____

**FEMA MDL**

*************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **7-15-11**     TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Lamont P. Domingue | Voorhies & Labbé | Cavalier, et al |
| Andy Weinstock | Duplass | Gulf Stream |
| Ernie Gieger | Gieger et al | Forest River |
| Jim Percy | Jones Walker | Thor et al. |
| David Kurtz | Baker Donelson | Shaw |
| John J. Hainkel | Frilot | Bechtel |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**
**VERSUS**  **07-1873**

_____  Magistrate: _____
**DEFENDANT(S)**

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **7-15-11**   TIME: **10:00 AM**

| **PLEASE PRINT** | **PLEASE PRINT** | **PLEASE PRINT** |
| --- | --- | --- |
| **NAME** | **FIRM** | **REPRESENT** |
| GERALD MEUNIER | GAINSBURGH | PSC |
| CHARLES LECHE | Deutsch, Kerrigan | insurance liaison |
| JOE GLASS | Duplass | Gulf Stream |
| Stewart Tharp | Taylor Porter | Coachmen |
| Tom Cougill | W,F+C | Jayco & Starcraft |
| Kathleen Maksbury | Barry & Piccione | MLU Services |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____  
DEFENDANT(S)

Magistrate: _____

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: **7-15-11**    TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Kyle Bryan | Jefferson & Remondet | MSMR |
| [illegible] | Hurricane Legal | PSC |
| [illegible] Mulcahy | Garrison Yount et al | Recreation By Design, LLC |
| Christine Lipsey | McGlinchey | Morgan |
| Anne Briard | Lugenbuhl | Liberty Mutual |
| Robert Sheesley | McGlinchey Stafford | Skyline/Clayton Homes |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

| PLAINTIFF(S) | CIVIL/CRIMINAL ACTION NO.: |
|---|---|
| _____ | **07-1873** |

VERSUS

| DEFENDANT(S) | Magistrate: _____ |
|---|---|
| _____ | |

# FEMA MDL

*************************************************************

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: **7-15-11**          TIME: **10:00 AM**

## PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| (For Glenn Adams) Sam Baumgartner | Porteous, Hainkel & Johnson | Fluor Enterprises |
| Mike DiGiglia | Gieger Laborde Laperouse | Forest River/Vanguard |
| Eric B Berger | Lobman Carnahan | Crum + Forster Specialty Ins. Co. |
| Jerry Saporito | Leake + Andersson | DC Recovery |
| Candice Sirman | Lambert & Nelson | PSC |
| Blake Goodsell | Galloway Johnson | ⊕ Sea-tn |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S) _____

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

DEFENDANT(S) _____

Magistrate: _____

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **7-15-11**    TIME: **10:00 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| John A. Stewart, Jr | Baldwin Haspel | Jacquet |
| Quincy Gochet | McCranie | Various |
| | | |
| | | |
| | | |