## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **In Re: FEMA Trailer Formaldehyde Product Liability Litigation** | * * * * * * * | MDL NO. 1873 <br><br> Section "N-5" <br><br> Judge Englehardt <br><br> Mag. Judge Chasez |
| **This Document is Related to the Fleetwood Settlement** <br><br> Kaunda Bradley, et. al. vs. Cavalier Home Builders, LLC, et. al. <br> Cause No. 09-6932; | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### APPEAL OF SPECIAL MASTER RULING ON OBJECTION

COMES NOW Theresa Boykin and files this Appeal of Special Master's Ruling on Objection to the Fleetwood Settlement and in support of the same would show the Court as follows:

On June 28, 2010, the Special Master awarded Plaintiff Theresa Boykin, 140 points. Plaintiff appeals the award and files this written objection as the amount is insufficient to compensate her for her losses. In support of this Appeal Plaintiff attaches her PFS as Exhibit "A" attached hereto. Plaintiff would show that she moved into the travel trailer on May 9, 2006 and moved out on January 12, 2008. Plaintiff suffered the following injuries while living in the Fleetwood travel trailer:

Eye Irritation / Excessive Tears

Skin Rash / Irritation

Coughing / Shortness of Breath

Burning of Eyes

Irritation to Nasal Membranes

Burning of Skin

Drying or Scaling of Skin

Scaling or Itching of Eyelids

Headaches

Nausea

Difficulty in Breathing

Persistent Cough

Bronchitis

Throat Irritation

Upper Respiratory Tract Infections

     As further support of her appeal Theresa Boykin would attach to her Appeal the medical bills she incurred in this matter in the amount of $107.81. A copy of said bill is attached hereto as Exhibit "B". Plaintiff would note that her son, Victor Boykin, was diagnosed with diabetes and she was told by a doctor at Garden Park Medical Center in Gulfport Mississippi that the diabetes was caused by her son's exposure to formaldehyde. Plaintiff endured significant pain and suffering in dealing with her son's condition.

     Plaintiff would note that according to information provided by FEMA her vehicle was not matched to Fleetwood, however she clearly remembers living in a Fleetwood Trailer.

     WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court grant her Appeal and award her an amount commensurate with her injuries.

                             Respectfully submitted,

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of July, 2011. Furthermore a copy of this instrument is being sent simultaneously via us mail to:

Office of the Special Master/Formaldehyde-Fleetwood Litigation
P.O. Drawer 83260
Baton Rouge, LA 70884-3260

/s/ Mikal C. Watts
_____
**MIKAL C. WATTS**

3