**GARDEN PARK MEDICAL CENTER**
P.O. BOX 99400
LOUISVILLE, KY 40269

National Patient Account Services
MON-FRI 8AM-9PM SAT 9AM-1PM ET
TOLL-FREE:     1-800-223-9899
ESPANOL:       1-800-681-9692



462122-722214310- CR

E90

WWW.GARDENPARKMEDICAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| Theresa A Boykin<br>Lot 8<br>8200 Canal Rd<br>Gulfport, MS  39503 | Patient Name:<br>Account Number:<br>Discharge Date:<br>Total Charges:<br>Statement Date:<br>Pat Balance Due:<br>Payment Due Date: | Theresa A Boykin<br>11600758<br>07/20/07<br>165.86<br>08/13/07<br>$107.81<br>08/28/07 |

**PAY THIS AMOUNT NOW**

### BILL FOR SERVICES-IMMEDIATE ACTION REQUIRED

Dear Theresa A Boykin,

Thank you for selecting us for your medical services. We trust that you found our commitment to patient care to be of the highest standard.

Your account balance is your responsibility. Please send payment in full today. Payment must be received within ten (10) days. We offer the convenience of accepting payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you are unable to pay the total balance at this time or have insurance information not previously provided, please contact us at the toll-free number listed above.

If you have already sent payment in full, thank you.

GARDEN PARK MEDICAL CENTER
National Patient Account Services

Refer to back for additional billing information

---

Please Detach and Return This Portion With Your Payment

| | |
|---|---|
| Statement Date | 08/13/07 |
| Account Number | 11600758 |
| Payment Due Date | 08/28/07 |
| Balance Due | $107.81 |
| Payment Amount Enclosed | |

☐ If your address changed, check this box and complete form on back.

Theresa A Boykin
Lot 8
8200 Canal Rd
Gulfport, MS  39503

We accept payment by credit card, check, or money order. If paying by check, please make check payable to the hospital and include your patient account number on the check to ensure proper credit. You may also pay by phone or online at our web site listed above.

**SEND PAYMENT TO ADDRESS BELOW:**

GARDEN PARK MEDICAL CENTER
P.O. BOX 538658
ATLANTA, GA 30353

**Credit Card Authorization (Please check one)**

☐ MasterCard   ☐ VISA   ☐ DISCOVER   ☐ AMERICAN EXPRESS

Credit Card Number _____  Exp. Date _____

Cardmember's Signature _____  $ Amount _____

BOYKIN THERE  00001160075806212000000107818

## About Our Business Office

- As part of our ongoing effort to control the cost of healthcare, your account is being managed by one of our **National Patient Account Services (NPAS)** offices located throughout the United States. We are **not** a collection agency, but an extension of the hospital's business office. If you have any questions regarding your account, please contact us at the toll-free number on the front of this letter.
- Please send payment to the payment address indicated on the bottom portion of this bill. Your payment is being directed to a banking lock box to ensure timely and secure processing.
- If you send correspondence other than payment, please direct it to NPAS. The address is located in the upper left corner on the front of this letter.
- If we require assistance with your insurance company or there are delays in payment of your account, one of our NPAS representatives may contact you by telephone.

## Bills for Physician Services

- Most physicians are not employed by the medical facility and their fees are not included in the facility's charges.
- The physician's office will bill you separately for any services they provided to you. Physicians that may bill you separately include your personal physician, surgeon, radiologist, anesthesiologist, pathologist, or emergency room physician.
- If you have questions regarding a bill you received from the physician, please call the telephone number listed on that bill.

## About Your Insurance

- As a courtesy to you, when complete insurance billing information is provided at the time of services, we submit a claim to your health insurance. If you have not provided us all insurance information please contact us and provide the insurance name, phone number, policy number, group number, billing address, policy holder name and policy holder date of birth.
- We expect to receive insurance payment within 30 days of the claim being submitted. Since your insurance policy is a contract between you and your insurance company, it is your responsibility to ensure that your insurance company pays your claim in a timely manner.
- Your insurance company may request additional information from you to process your claim. Please respond promptly to their inquiries.
- If payment is delayed for any reason, we may request that you contact your insurance company to address any problems. After discussing the claim with your insurance company, please contact us so that we may update the status of your account.
- After your insurance company has processed your claim, you should receive an Explanation of Benefits (EOB) from them. This will explain how your claim was processed and the amount you must pay.
- If your claim is denied or you feel the amount determined to be patient responsibility is incorrect, please contact your insurance company immediately to resolve the issue.
- If your insurance company fails to pay, you may be held responsible for the account balance.

*Thank you for selecting us as your health care provider*

### Address/Phone Change

If your address or phone number has changed, please provide the corrected information below and check the box on the front of this coupon. Mail the information to the payment address indicated on the coupon.

Street: _____

Apt: _____

City: _____

State: _____ Zip: _____

Phone: _____

Responsible Party Signature: _____

GARDEN PARK HOSPITALIST PROGRAM LLC
15200 COMMUNITY ROAD
GULFPORT, MS  39503

**ADDRESS SERVICE REQUESTED**

IF PAYING BY MASTERCARD, DISCOVER, VISA, OR AMERICAN EXPRESS, FILL OUT BELOW

CHECK CARD USED FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER | AMOUNT
SIGNATURE | EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 02/06/08 | 174.00 | BOYKIN, VICTOR /Main |

SHOW AMOUNT PAID HERE  $

**REMIT TO:**

GARDEN PARK HOSPITALIST PROGRAM LLC
P.O. Box 100823
ATLANTA GA 30384-0823

_____ ADDRESSEE: _____

BOYKIN, THERESA
8200 CANAL ROAD LOT 8
GULFPORT MS 39501

FOR BILLING QUESTIONS:  (228) 575-7000
PATIENT NAME:  BOYKIN, VICTOR
PAYMENT DUE BY:  02/26/08

☐ Check if above address is incorrect or for insurance information, please indicate changes on reverse side.

---

PLEASE DETACH AT PERFORATION AND RETURN TOP PORTION WITH YOUR PAYMENT

| SERVICE DATE | RENDERER | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 12/24/2007 | MCCROSSEN MD, PATRICK GERARD | HOSPITAL DISCHARGE DAY | 174.00 | 0.00 | 174.00 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE:** | | 174.00 |
| **UNASSIGNED PAYMENTS:** | | 0.00 |
| **TOTAL AMOUNT DUE FROM PATIENT:** | | 174.00 |
| **PENDING INSURANCE:** | | 0.00 |

| AGING | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 120 - |
|---|---|---|---|---|---|
| | 0.00 | 174.00 | 0.00 | 0.00 | 0.00 |

IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE...

**ABOUT YOU:**

| YOUR NAME (Last, First, Middle Initial) |
| ADDRESS |
| CITY / STATE / ZIP |
| TELEPHONE ( ) | MARITAL STATUS: ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed |
| EMPLOYER'S NAME | TELEPHONE ( ) |
| EMPLOYER'S ADDRESS | CITY / STATE / ZIP |

**ABOUT YOUR INSURANCE:**

| YOUR PRIMARY INSURANCE COMPANY'S NAME |
| PRIMARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY / STATE / ZIP |
| POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER |
| YOUR SECONDARY INSURANCE COMPANY'S NAME |
| SECONDARY INSURANCE COMPANY'S ADDRESS | PHONE |
| CITY / STATE / ZIP |
| POLICYHOLDER'S ID NUMBER | GROUP PLAN NUMBER |

RECEIVED
MAR 0 3 2009
WATTS GUERRA CRAFT - MT

SCANNED
MAR 0 5 2009