# Exhibit EE.

# ERRATA SHEET

**Claimant Name: Alvirda Cook**

**Claimant's Attorney: The Buzbee Law Firm**

**Symptoms suffered after moving into the FEMA trailer:**

Rashes on skin, asthma attacks and bronchitis

**Doctor or health care provider who treated you for each disease:**

Baton Rouge General Medical Professionals
3600 Florida Blvd Baton Roube, LA 70806

Earl K. Long Hospital
5825 Airline Highway Baton Rouge, LA 70805

**Smoker:**

Yes

_____           7-6-11
**Plaintiff or Representative**                    **Date**