UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **In Re: FEMA Trailer** | * | MDL NO. 1873 |
| **Formaldehyde** | * | |
| **Product Liability Litigation** | * | Section "N-5" |
| | * | |
| | * | Judge Englehardt |
| | * | |
| | * | Mag. Judge Chasez |
| **This Document is Related to** | * | |
| **the Fleetwood Settlement** | * | |
| | * | |
| Kaunda Bradley, et. al. vs. Cavalier Home | * | |
| Builders, LLC, et. al. | * | |
| Cause No. 09-6932; | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEAL OF SPECIAL MASTER RULING ON OBJECTION

COMES NOW Victor Boykin and files this Appeal of Special Master's Ruling on Objection to the Fleetwood Settlement and in support of the same would show the Court as follows:

On June 28, 2010, the Special Master awarded Plaintiff Victor Boykin, 140 points. Plaintiff appeals the award and files this written objection as the amount is insufficient to compensate him for his losses. In support of this Appeal Plaintiff attaches his PFS as Exhibit "A" attached hereto. Plaintiff would show that he moved into the travel trailer on May 9, 2006 and moved out on January 12, 2008. Plaintiff suffered the following injuries while living in the Fleetwood travel trailer:

Eye Irritation / Excessive Tears

Headaches

Dizziness

Coughing / Shortness of Breath

Sinus Infections / Sinusitis

Burning of Eyes

Irritation to Nasal Membranes

Difficulty in Breathing

Emphysema / Wheezing

Persistent Cough

Tightness of the Chest

Bronchitis

Throat Irritation

Pneumonia

Upper Respiratory Tract Infections

    As further support of his appeal Victor Boykin would attach to his Appeal the medical bills he incurred in this matter in the amount of $13,702.13[1]. A copy of said bill is attached hereto as Exhibit "B". Victor Boykin, was diagnosed with diabetes and his mother, Theresa Boykin was told by a doctor at Garden Park Medical Center in Gulfport Mississippi that the diabetes was caused by Victor's exposure to formaldehyde. Plaintiff endured significant pain and suffering and mental anguish due to his condition.

    Plaintiff would note that according to information provided by FEMA his vehicle was not matched to Fleetwood, however Plaintiff believes he lived in a Fleetwood Trailer.

    WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court grant his

---

[1] At the time his claim was filed, Victor Boykin was filed, he was a minor, therefore, the medical bills are in his mother's name. Victor Boykin is now of majority age.

2

Appeal and award him an amount commensurate with his injuries.

Respectfully submitted,

/s/ Mikal C. Watts

_____
**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of July, 2011. Furthermore a copy of this instrument is being sent simultaneously via us mail to:

Office of the Special Master/Formaldehyde-Fleetwood Litigation
P.O. Drawer 83260
Baton Rouge, LA 70884-3260

/s/ Mikal C. Watts

_____
**MIKAL C. WATTS**

3