EXHIBIT "B"

222654-

E90

GARDEN PARK MEDICAL CENTER
P.O. BOX 90400
LOUISVILLE, KY 40269

462122-806012009- R1

National Patient Account Services
MON-FRI 8AM-5PM EST
TOLL-FREE: 1-800-330-5850
ESPANOL: 1-800-681-9692

WWW.GARDENPARKMEDICAL.COM/BILL.ASP

Due to privacy laws; when calling please be prepared to provide the patient's date of birth, address, and Social Security Number.

| Responsible Party | Account Information | |
|---|---|---|
| Theresa Boykin<br>11601 Oaklane Dr<br>Gulfport, MS 39503 | Patient Name: | Victor Boykin |
| | Account Number: | 11804856 |
| | Discharge Date: | 12/24/07 |
| | Account Balance: | $13,450.73 |
| | Partial Pymt Amt: | $224.17 |
| | Current Amount Due: | $448.34 ← PAY THIS AMOUNT |
| | Statement Date: | 04/24/08 |

613

## REMINDER OF PARTIAL PAYMENTS

Dear Theresa Boykin,

We would like to remind you that the next payment on this account is due on the date shown below. Please send payment for the current amount due. To ensure your payment is received each month by the date agreed upon, please mail your payment at least ten (10) days before the due date. For your convenience, we also accept payment over the phone by check, credit card, or debit card through our automated payment system at no additional cost.

If you have already sent payment, thank you.

GARDEN PARK MEDICAL CENTER
National Patient Account Services

Date 12/21-07 inpatient to 12/24/07

Refer to back for additional billing information

Please Detach and Return This Portion With Your Payment

Statement Date 04/24/08

☐ If your address changed, check this box and complete form on back.

| Account Number | 11804856 |
|---|---|
| Payment Due Date | 05/10/08 |
| Balance Due | $448.34 |
| Payment Amount Enclosed | |

Theresa Boykin
11601 Oaklane Dr
Gulfport, MS 39503

We accept payment by credit card, check, or money order. If paying by check, please make check payable to the hospital and include your patient account number on the check to ensure proper credit. You may also pay by phone or online at our web site listed above.

SEND PAYMENT TO ADDRESS BELOW:

GARDEN PARK MEDICAL CENTER
P.O. BOX 740785
CINCINNATI, OH 45274-0785

Credit Card Authorization (Please check one)

☐ MasterCard ☐ VISA ☐ ☐ AMERICAN EXPRESS

Credit Card Number

Exp. Date

Cardmember's Siguature $ Amount

BOYKIN THERE 0000118048560621200000448345

## About Our Business Office

- As part of our ongoing effort to control the cost of healthcare, your account is being managed by one of our **National Patient Account Services (NPAS)** offices located throughout the United States. We are **not** a collection agency, but an extension of the hospital's business office. If you have any questions regarding your account, please contact us at the toll-free number on the front of this letter.
- Please send payment to the payment address indicated on the bottom portion of this bill. Your payment is being directed to a banking lock box to ensure timely and secure processing.
- If you send correspondence other than payment, please direct it to NPAS. The address is located in the upper left corner on the front of this letter.
- If we require assistance with your insurance company or there are delays in payment of your account, one of our NPAS representatives may contact you by telephone.

## Bills for Physician Services

- Most physicians are not employed by the medical facility and their fees are not included in the facility's charges.
- The physician's office will bill you separately for any services they provided to you. Physicians that may bill you separately include your personal physician, surgeon, radiologist, anesthesiologist, pathologist, or emergency room physician.
- If you have questions regarding a bill you received from the physician, please call the telephone number listed on that bill.

## About Your Insurance

- As a courtesy to you, when complete insurance billing information is provided at the time of services, we submit a claim to your health insurance. If you have not provided us all insurance information please contact us and provide the insurance name, phone number, policy number, group number, billing address, policy holder name and policy holder date of birth.
- We expect to receive insurance payment within 30 days of the claim being submitted. Since your insurance policy is a contract between you and your insurance company, it is your responsibility to ensure that your insurance company pays your claim in a timely manner.
- Your insurance company may request additional information from you to process your claim. Please respond promptly to their inquiries.
- If payment is delayed for any reason, we may request that you contact your insurance company to address any problems. After discussing the claim with your insurance company, please contact us so that we may update the status of your account.
- After your insurance company has processed your claim, you should receive an Explanation of Benefits (EOB) from them. This will explain how your claim was processed and the amount you must pay.
- If your claim is denied or you feel the amount determined to be patient responsibility is incorrect, please contact your insurance company immediately to resolve the issue.
- If your insurance company fails to pay, you may be held responsible for the account balance.

***Thank you for selecting us as your health care provider***

**Address/Phone Change**

If your address or phone number has changed, please provide the corrected information below and check the box on the front of this coupon. Mail the information to the payment address indicated on the coupon.

Street: ______________________

Apt: ______________________

City: ______________________

State: __________ Zip: __________

Phone: ______________________

Responsible Party Signature: ______________________

STATEMENT OF ACCOUNT

010445L

BOYKIN THERE 0000118048560621200001345073 7

GARDEN PARK MEDICAL CTR
P.O. BOX 402972
ATLANTA, GA 30384-2972
CUSTOMER SERVICE

STATEMENT DATE 02/13/08

PAGE 1 OF 1

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| 11804856 | BOYKIN VICTOR | INPATIENT 12/21/07 TO 12/24/07 |

| AMOUNT DUE |
|---|
| $13,450.73 |

878

BOYKIN THERESA
11601 OAKLANE DR
GULFPORT MS 39503

MAIL PAYMENT TO
GARDEN PARK MEDICAL CENT
06212
P.O. BOX 740785
CINCINNATI OH 45274-0785

TO VIEW/PAY YOUR ACCOUNT VIA THE INTERNET SEE THE WEB ADDRESS BELOW
TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

SUMMARY OF ACCOUNT

GARDEN PARK MEDICAL CTR
P.O. BOX 402972
ATLANTA, GA 30384-2972
CUSTOMER SERVICE

STATEMENT DATE 02/13/08

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 12/21/07 TO 12/24/07 | BOYKIN VICTOR | 11804856 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 22417.89 | 0.00 | 8967.16 | 0.00 | $13,450.73 |

| DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|
| *12/24/07 | INPATIENT SERVICES | | |
| | DRUGS/GENERIC | 117 | 102.37 |
| | MED-SURG SUPPLIES | 23 | 1,358.75 |
| | LABORATORY | 15 | 444.45 |
| | LAB/HEMATOLOGY | 1 | 228.09 |
| | DX X-RAY/CHEST | 1 | 399.12 |
| | DRUGS REQUIRING DET CODE | 41 | 1,190.50 |
| | PHARMACY | 11 | 2,652.40 |
| | IV SOLUTIONS | 2 | 324.60 |
| | STERILE SUPPLIES | 1 | 77.53 |
| | LAB/CHEMISTRY | 35 | 7,669.06 |
| | LAB/UROLOGY | 1 | 250.88 |
| | EMERG ROOM | 5 | 1,816.11 |
| | EKG/ECG | 1 | 434.43 |
| | ROOM CHARGES | | 5,469.60 |
| | TOTAL CHARGES | | 22,417.89 |
| | ACCOUNT BALANCE | | 13,450.73 |
| | DUE FROM PATIENT | | 13,450.73 |
| *12/24/07 | CONTRACTUAL ADJ | | 8,967.16- |
| 02/13/08 | UNINSURED DISCOUNT BILLED | | |

* INDICATES NEW ITEMS SINCE LAST STATEMENT

TO VIEW/PAY YOUR ACCT VIA WEB: WWW.GARDENPARKMEDICAL.COM/BILL.ASP
IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 713-448-2923

THANK YOU FOR CHOOSING GARDEN PARK MEDICAL CENTER FOR YOUR HEALTHCARE NEEDS
TELEPHONE NUMBERS: 1(713)448-2923 OR 1(866)453-5907.

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

# PAYMENT BY CREDIT CARD AUTHORIZATION FORM

**CHECK ONLY ONE:**

☐ VISA ☐ MASTERCARD ☐ AMERICAN EXPRESS ☐ DISCOVER

**CREDIT CARD NUMBER** | | | | | | | | | | | | | | | |

**EXP. DATE** | | | | |

**AUTHORIZED SIGNATURE** ______________________ **TOTAL $** __________

**CARDMEMBER'S NAME** ______________________

**PLEASE NOTE THAT THIS FORM SHOULD BE COMPLETED ONLY WHEN YOU WISH TO PAY YOUR HOSPITAL BILL BY CREDIT CARD.**

## * * * * EXPLANATION * * * *

STATEMENT OF ACCOUNT

*SEE HOSPITAL ADDRESS ON FRONT OF STATEMENT* (7)

PAGE 1 OF 1

STATEMENT DATE (4)

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| (1) | (2) | (3) |

| AMOUNT DUE |
|---|
| (5) |

(6) *SEE FRONT OF STATEMENT*

MAIL PAYMENT TO

*SEE HOSPITAL ADDRESS ON FRONT OF STATEMENT* (7)

(8) TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

SUMMARY OF ACCOUNT

*SEE HOSPITAL ADDRESS ON FRONT OF STATEMENT* (7)

STATEMENT DATE (4)

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| (3) | (2) | (1) |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING |
|---|---|---|---|---|
| (9) | (10) | (11) | (12) | (13) |

| AMOUNT DUE |
|---|
| (5) |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| (14) | (15) | (16) | (17) | | | | |
| (18) | | | | | | | |

(19) *IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL:*
(20) Message from hospital

*THIS BILL IS FOR HOSPITAL SERVICES ONLY*
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

## * * * * EXPLANATION * * * *

1. Patient's account number
2. Patient's name
3. Period of time covered by this statement
4. Date that the statement was printed
5. Amount now due from the patient
6. Name and address of the person responsible for payment of the account
7. Please make check payable to the hospital and mail payment using the enclosed envelope
8. Payment information and instructions for using your credit card
9. Account balance reported on your previous statement. This is the first statement if the amount is 0.00
10. New charges added or adjustments made since your last statement
11. New payments or credits made since your last statement
12. New adjustments since your last statement
13. Insurance claims outstanding
14. Date of the hospital service, payment, or message
15. Description of the hospital service, payment information, or message
16. Service amount in units
17. Charge, payment or visit amount
18. Specific information concerning your account
19. Telephone number to call regarding your account
20. Message information from your hospital

MAKE CHECKS PAYABLE TO
UTHCOAST PATHOLOGY SERVICES
O BOX 1569
GULFPORT, MS 39502

**FOR BILLING QUESTIONS Call 1-800/678-1861**
**8AM - 6PM**

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 03/13/08 | 251.40 | 025337541 |

Page 1 of 1

SHOW AMOUNT PAID HERE $

FORWARDING SERVICE REQUESTED
ADDRESSEE

THERESA BOYKIN
11601 OAKLANE DR
GULFPORT MS 39503-3681

REMIT TO

SOUTHCOAST PATHOLOGY SERVICES
PO BOX 1569
GULFPORT, MS 39502

**Client Acct# 11804856/SCGP**

☐ **Please check box if address is incorrect or insurance information has changed and indicate change(s) on reverse side.**

**Please detach and return this portion with payment.**

## STATEMENT

| DATE OF SERVICE | SERVICE RENDERED | CHARGES |
|---|---|---|
| 12/21/07 | Balance Forward | 251.40 |
| | Payments | .00 |
| | Balance Due | 251.40 |

GARDEN PARK HOSPITAL
REF PHY: MCCROSSEN,PATRICK G

| ACCOUNT NUMBER | STATEMENT DATE | | TOTAL CHARGES | TOTAL PAYMENTS | ADJUSTMENTS | BALANCE DUE |
|---|---|---|---|---|---|---|
| S3 025337541 | 03/13/08 | PAYMENTS AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT | 251.40 | .00 | .00 | 251.40 |

| PATIENT NAME |
|---|
| VICTOR BOYKIN |

**MAKE PAYMENT TO:**
SOUTHCOAST PATHOLOGY SERVICES
1-800/678-1861

```
*****************************************************
*            F I N A L   N O T I C E               *
* THIS IS THE FINAL NOTICE ON YOUR ACCOUNT.  WE REQUIRE  *
* PAYMENT IN 10 DAYS OR WE MAY REFER YOUR ACCOUNT TO A   *
* COLLECTION AGENCY. FINAL RESPONSIBILITY FOR THIS ACCOUNT *
* IS YOURS. IF YOU'VE ALREADY SENT PAYMENT IN FULL, PLEASE *
* DISREGARD THIS NOTICE.                                 *
*****************************************************
```

IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE BELOW.

Subscriber's Name ______ Marital Status ______ D.O.B. ______ Sex: M F

Street Address ______ Home Phone ______

City ______ State ______ Zip ______ Email Address ______

Subscriber's Employer ______ Business Phone ______

Employer Address ______

Primary Insurance ______ Contract Number ______

Ins. Company Address ______

Policy Holders I.D. Number ______ Group Plan Number ______

Secondary Insurance ______ Contract Number ______

Secondary Ins. Address ______

Policy Holders I.D. Number ______ Group Plan Number ______

RECEIVED
MAR
WATTS GUERRA CRAFT - MT