## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **In Re: Fema Trailer Formaldehyde Product Liability Litigation** | * * * * * * * | MDL NO. 1873<br><br>Section "N-5"<br><br>Judge Englehardt<br><br>Mag. Judge Chasez |
| **This Document is Related to the Fleetwood Settlement** | * * * | |
| Angel Steber, as Next Friend of K. S., a minor, et. al. vs. Fleetwood Enterprises, Inc., et. al. | * * * * | |
| Cause No. 09-7069; | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEAL OF SPECIAL MASTER RULING ON OBJECTION

COMES NOW Kali Gray-Davis and files this Appeal of Special Master's Ruling on Objection to the Fleetwood Settlement and in support of the same would show the Court as follows:

The Special Master awarded Plaintiff Kali Gray-Davis, 245 points. Plaintiff appeals the award and files this written objection as the amount is insufficient to compensate her for her losses. Plaintiff did not appear at the June 28, 2011 hearing before the Special Master, but files this appeal because she believes the award is insufficient. In support of this Appeal Plaintiff attaches her PFS as Exhibit "A" attached hereto. Plaintiff would show that she moved into the travel trailer on February 1, 2006 and moved out on June 1, 2009. Plaintiff suffered the following injuries while living in the Fleetwood travel trailer:

Eye Irritation / Excessive Tears

Skin Rash / Irritation

Coughing / Shortness of Breath

Sinus Infections / Sinusitis

Skin rash / Irritation

Worsening of allergies prior to living in the FEMA Trailer

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court grant her Appeal and award her an amount commensurate with her pain and suffering.

Respectfully submitted,

/s/ Mikal C. Watts

_____

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of July, 2011.  Furthermore a copy of this instrument is being sent simultaneously via us mail to:

Office of the Special Master/Formaldehyde-Fleetwood Litigation
P.O. Drawer 83260
Baton Rouge, LA 70884-3260

         /s/ Mikal C. Watts
         _____
         **MIKAL C. WATTS**