UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **In Re: Fema Trailer** | * | MDL NO. 1873 |
| **Formaldehyde** | * | |
| **Product Liability Litigation** | * | Section "N-5" |
| | * | |
| | * | Judge Englehardt |
| | * | |
| | * | Mag. Judge Chasez |
| **This Document is Related to** | * | |
| **the Fleetwood Settlement** | * | |
| | * | |
| Angel Steber, as Next Friend of K. S., a | * | |
| minor, et. al. vs. Fleetwood Enterprises, Inc., | * | |
| et. al. | * | |
| | * | |
| Cause No. 09-7069; | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### APPEAL OF SPECIAL MASTER RULING ON OBJECTION

COMES NOW Randall Scott Surla and files this Appeal of Special Master's Ruling on Objection to the Fleetwood Settlement and in support of the same would show the Court as follows:

The Special Master awarded Plaintiff Randall Scott Surla, 145 points. Plaintiff appeals the award and files this written objection as the amount is insufficient to compensate him for his losses. Plaintiff did not appear at the June 28, 2011 hearing before the Special Master, but files this appeal because he believes the award is insufficient. In support of this Appeal Plaintiff attaches his PFS as Exhibit "A" attached hereto. Plaintiff would show that he moved into the travel trailer on February 1, 2006 and moved out on November 11, 2007. Plaintiff suffered the following injuries while living in the Fleetwood travel trailer:

Burning Sensation in Chest

Headaches

Coughing / Shortness of Breath

Sinus Infections / Sinusitis

    WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court grant his Appeal and award him an amount commensurate with his pain and suffering.

    Respectfully submitted,

    /s/ Mikal C. Watts

    _____
    **MIKAL C. WATTS**
    Texas State Bar No. 20981820
    Southern District of TX Federal ID No. 12419
    MIKAL C. WATTS, P.C.
    2506 N. Port Ave.
    Corpus Christi, Texas 78401
    Telephone: (800) 994-0019
    Facsimile: (361) 882-1261

    **ROBERT C. HILLIARD**
    Texas State Bar No. 09677700
    Southern District of TX Federal ID No. 5912
    ROBERT C. HILLIARD, L.L.P.
    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    Telephone: (361) 882-1612
    Facsimile: (361) 882-3015

    **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 18th day of July, 2011. Furthermore a copy of this instrument is being sent simultaneously via us mail to:

Office of the Special Master/Formaldehyde-Fleetwood Litigation
P.O. Drawer 83260
Baton Rouge, LA 70884-3260

                                     /s/ Mikal C. Watts
                                     _____
                                     **MIKAL C. WATTS**