MINUTE ENTRY
ENGELHARDT, J.
July 15, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                         SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Friday, July 15, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.   Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Ralph S. Hubbard, III, Lamont P. Domingue, Charles E. Leche and Chris Pinedo.

**Court Reporter: Toni Tusa**

JS10(0:60)