UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

     **IT IS ORDERED** that John Perry be appointed as Mediator in this litigation in order to facilitate settlement discussions in connection with Plaintiffs' claims against Defendants Shaw Environmental, Inc., Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., Bechtel National Inc., and any other third-party installation/maintenance contractors and "procurement" parties, and for the purposes of exploring the potential for global settlement as to any and all other non-manufacturer and non-government defendants in this MDL;

     **IT IS FURTHER ORDERED** that the allocation of the fees for Mr. Perry's services is deferred until a later time, to be resolved by agreement of the participating parties and counsel or, if necessary, by the Court; and

     **IT IS FINALLY ORDERED** that John Perry shall report directly to the Court on the

progress of these settlement negotiations.

      New Orleans, Louisiana, this 18th day of July, 2011.

                                              **KURT D. ENGELHARDT**
                                              **United States District Judge**