MINUTE ENTRY
ENGELHARDT, J.
July 15, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Friday, July 15, 2011, at 10:00 a.m.  Participating were Justin I. Woods, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Anthony G. Buzbee, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Ralph S. Hubbard, III, Lamont P. Domingue, Charles E. Leche and Chris Pinedo.

     A complete list of attendees is attached as a supplement to the Court's Pretrial Order #89 dated July 15, 2011 (Rec. Doc. No. 22195).

**Court Reporter: Toni Tusa**

JS10(0:25)