UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eloise Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5261; | * | |

**********************************************************************

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

Adams, Angel
Adams, III, George
Allen, Evelyn
Atkins, Lillie Lee
Batiste, Dalmas L.
Batiste, Janice
Batiste, Janice o/b/o Rico Bozant
Beachem, Walter
Bennett, Gillis
Bennett, Lillian
Bennett, Lillian o/b/o David Bennett
Bennett, Lillian o/b/o Lisa Bennett
Bennett, Lillian o/b/o Mary Bennett
Bennett, Lillian o/b/o Travis Bennett
Bennett, Mickey
Bennett, Susan
Bennett, Timothy
Benoit, Jr., Kenneth
Benoit, Sr., Kenneth
Bergeron, Angelina
Bergeron, Sr., Floyd
Bergeron, Lynn T. o/b/o Shirley W. Farragot

Bergeron, Sr., Malvin
Berrett, Keith E.
Bozant, Chase
Brock, Roger D.
Brock, Lucious
Brock, Jimmie Dale
Dalton, Christopher
Davis, Ellen Yvette
DeMolle, Deborah
DeMolle, Deborah o/b/o Todd Turner
DeMolle, Deborah o/b/o Sanaa Bartholomew
DeMolle, Deborah o/b/o Diamonique Bartholomew
DeMolle, Deborah o/b/o Caitlyn Turner
DeMolle, Deborah o/b/o Ackland Bartholomew
Drake, Patricia Whittington
Duchane, Landry D.
Duchane, Landry T.
Dudley, Eric Michael
Dudley, Erica Marie
Dudley, Lucie Marie
Encalade, David
Fields, Shelia Nellie
Fleming, Diane
Fleming, Ernest Joseph
Fortenberry, Jesse Jame
Fortenberry, John T.
Gaines, David Lee
Gines, Danielle o/b/o Kevin Lewis
Gray, Mia Barnes
Gray, Mia Barnes o/b/o Madison Mishel Gray
Gray, Shawn
Hales, Rebecca
Logan, Leha
Logan, Leha o/b/o Lance Logan

The reasons for the Motion are more fully set forth in the attached Memorandum in

Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

                                          Respectfully Submitted,

                                          **DUPLASS, ZWAIN, BOURGEOIS,**
                                          **PFISTER & WEINSTOCK**

                                          s/Andrew D. Weinstock
                                          _____
                                          **ANDREW D. WEINSTOCK #18495**
                                          **JOSEPH G. GLASS #25397**
                                          Three Lakeway Center, Suite 2900
                                          3838 N. Causeway Boulevard
                                          Metairie, Louisiana  70002
                                          Telephone: (504) 832-3700
                                          Facsimile: (504) 837-3119
                                          andreww@duplass.com
                                          jglass@duplass.com
                                          **Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

       **I DO HEREBY CERTIFY** that on this 19th day of July, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                       *s/ Andrew D. Weinstock*
                            _____
                                **ANDREW D. WEINSTOCK**