UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eduardo Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5258; | * | |

**************************************************************************

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

Adams, April Loren
Adams, April Loren o/b/o Haley Leon
Adams, April Loren o/b/o Hanna Adams
Adams, April Loren o/b/o Hayden Adams
Anthony, Beverly
Anthony, Beverly o/b/o Bryan Revre
Anthony, Beverly o/b/o Raven Anthony
Anthony, Carrie
Augustin, Juanita
Balancier, Hillary F.
Balancier, Hillary Rock
Balancier, Norma L.
Barnes, Janet Duncan
Barnes, Janet Duncan o/b/o Brittny Nicole Barnes
Barnes, Maryn J.
Barnes, Shelton I.
Barnes, III, Shelton
Barrios, Agnes
Barrios, Agnes o/b/o Antonio Acosta
Barrios, Agnes o/b/o Danielle Acosta
Batiste, Ella Marie Cousin o/b/o Lesprance D. Batiste, IV
Batiste, Ella Marie Cousin

00210678-1

Batiste, III, Lesprance D.
Batiste, Jr., Lesprance D.
Bennett, Frances
Bergeron, Salvadore
Blackwell, Connie
Blackwell, Connie o/b/o Shelby Blackwell
Blackwell, Connie o/b/o Karley Blackwell
Blackwell, Connie o/b/o Dalyn Blackwell
Brock, Alford
Brock, Lorraine Catherine Johnson
Brouilette, Steven Thomas
Brouillette, Philip Lynn
Bui, Anna Tuyet
Bui, Anna Tuyet o/b/o Phung Ho Thang
Carter, Glenn Michael
Carter, Brenda Cousin
Carter, Brenda Cousin o/b/o Jonathan Brown
Chriswell, Jean Marie Fricke
Cliatt, Elaine Quenn
Collins, Monica Lorraine
Craddock, Dustin
Crawford, Kewanee R.
Crawford, Kewanee R. o/b/o Brandon Crawforrd
Crawford, Kewanee R. o/b/o Bradley Crawford
Crawford, III, Floyd Eugene
Davis, Gayla
Ducre, Brittany
Ducre, Brittany o/b/o Kynen Ducre
Ducre, Glinda
Ducre, Glinda o/b/a Estate of Mark Ducre
Ducre, Kelsie
Dugue, Jr., Gerard
Dunn, Sr., Frederick
Duplantier, Shanta
Dycus, Dornice Longo
Dycus, Johnni Danielle
Efferson, Charles
Faciane, Elsie
Faciane, Leon
Faciane, Lindsey
Faciane, Lolita Lacy
Faciane, Lolita Lacy o/b/o Hallie Faciane
Faciane, Lolita Lacy o/b/o Callie Faciane
Faciane, Lolita Lacy o/b/o Lacy Faciane
Faciane, Lolita Lacy o/b/o Megan Ameu
Faciane, Ronald

    Faciane, Sherri M.
    Fields, Marion
    Fournier, Jr., Anthony
    Fournier, Sr., Anthony
    Fournier, Jerome
    Fournier, Lolita Wilhemena
    Fricke, Anna F.
    Fricke, Ethel E.
    Fugate, Daryl o/b/o Lexi Fugate
    Fugate, Daryl
    Fugate, Dianne
    Fugate, Leanna, o/b/o Richard Lee, III
    Fugate, Leanna
    Fuller, Jr., Arnold Dale
    Fuller, Jeff Michael
    Fuller, Norma Stilwell o/b/o/e/o Arnold Dale Fuller, Sr.
    Fuller, Norma Stilwell
    Gorecki, Susan
    Hall, Christine
    Hall, Jason

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of July, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**