MINUTE ENTRY
ENGELHARDT, J.
July 15, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES


    A status conference was conducted on Friday, July 15, 2011, at 9:35 a.m.  Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Gerald E. Meunier, and Timothy D. Scandurro.

JS10(0:30)