UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N"(5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Albarado, et al. v. Keystone RV Company, et al.*,
EDLA No. 09-3731

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSALS**

NOW INTO COURT, through undersigned counsel, come the following plaintiffs, who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal without prejudice of claims asserted herein against Keystone RV Company, as these instant claims are duplicative of those for:

1) Josephine G. O'Brien and Michael Thomas O'Brien **advanced in** *Armitage, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3682; and for

2) Chad W. Fava **advanced in** *Chad Wayne Fava, et al. v. Keystone Industries, Inc., et al.*, EDLA No. 10-3741; and for

3) Scott Joseph O'Brien, Helen Albarado, Raymond Albarado, Ronald J. Black, Troy Black, Belynda V. Deschamp, Bernie Deschamp, Destinee Deschamp, Belynda Deschamp *on behalf of* Garrett Deschamp, Nicole Ann Ladut, Danielle Newman, David J. Quarterman, Rachel Quarterman, Rachel Quarterman, *on behalf of* Emilie Quarterman, Philip Ramos, Joshua J. Richardson, Debra Taylor, *on behalf of* Michael Richardson, Jessica Russell, Jessica Russell *on behalf of* Camron Russell, Jessica

>  Russell *on behalf of* Chloe Russell, Jessica Russell *on behalf of* Niah Russell, Nancy Portman Smith, Louis Thomas Sortina, Susan Shaw Sortina, Dana Ann Stephany, Brian Tatum, Glenn Tatum, Debra Taylor, Romalice Taylor and Glenn Williams, all as **advanced in** *Albarado, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3688.

These cases involve the same parties and the same substantive allegations.

Accordingly, Josephine G. O'Brien and Michael Thomas O'Brien seek to voluntarily dismiss their claims in the above-captioned matter, while reserving all rights and allegations asserted in *Armitage, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3682; and,

Further, Chad W. Fava seeks to voluntarily dismiss his claim in the above-captioned matter, reserving all rights and allegations asserted in *Chad Wayne Fava, et al. v. Keystone Industries, Inc., et al.*, EDLA No. 10-3741; and,

Further, Scott Joseph O'Brien, Helen Albarado, Raymond Albarado, Ronald J. Black, Troy Black, Belynda V. Deschamp, Bernie Deschamp, Destinee Deschamp, Belynda Deschamp *on behalf of* Garrett Deschamp, Nicole Ann Ladut, Danielle Newman, David J. Quarterman, Rachel Quarterman, Rachel Quarterman, *on behalf of* Emilie Quarterman, Philip Ramos, Joshua J. Richardson, Debra Taylor, *on behalf of* Michael Richardson, Jessica Russell, Jessica Russell *on behalf of* Camron Russell, Jessica Russell *on behalf of* Chloe Russell, Jessica Russell *on behalf of* Niah Russell, Nancy Portman Smith, Louis Thomas Sortina, Susan Shaw Sortina, Dana Ann Stephany, Brian Tatum, Glenn Tatum, Debra Taylor, Romalice Taylor and Glenn Williams seek to voluntarily dismiss their claims in the above-captioned matter, reserving all rights and allegations asserted in *Albarado, et al. v.Keystone RV Company, et al.*, EDLA No. 10-3688.

These dismissals in no way affect the claims of the remaining plaintiffs in the above-captioned matter (*Albarado, et al. v. Keystone RV Company, et al.*, EDLA No. 09-3731**)**.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

    By:    /s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        Torres Park Plaza, Suite 303
        8301 West Judge Perez Drive
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        E-mail: storres@torres-law.com
           rburns@torres-law.com
        **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  /s/ Roberta L. Burns  
                                                ROBERTA L. BURNS, LSB #14945