UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 SECTION "N"(5) |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Albarado, et al. v. Keystone RV Company, et al.*,
EDLA No. 10-3979

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF HELEN ALBARADO AND RAYMOND ALBARADO

NOW INTO COURT, through undersigned counsel, come Helen Albarado and Raymond Albarado, who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal without prejudice of claims asserted herein against Keystone RV Company, as these instant claims are duplicative of those for:

1)      Helen Albarado and Raymond Albarado, as **previously filed in** *Albarado, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3688.

Both cases involve the same parties and the same substantive allegations.

Accordingly, Helen Albarado and Raymond Albarado seek to voluntarily dismiss their claims in the above-captioned matter, **reserving all rights and allegations asserted in *Albarado, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3688.**

These dismissals in no way affect the claims of any remaining plaintiffs in the above-captioned matter (*Albarado, et al. v. Keystone RV Company, et al.*, EDLA No. 10-3979).

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:    _____/s/ Roberta L. Burns_____

SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:    storres@torres-law.com
           rburns@torres-law.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Roberta L. Burns
ROBERTA L. BURNS, LSB #14945
