UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N"(5)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Gras, et al. v. Stewart Park Homes, Inc., et al.*,
EDLA No. 10-0777

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF FRANCIS IRWIN GRAS

NOW INTO COURT, through undersigned counsel, comes FRANCIS IRWIN GRAS, who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal without prejudice of claims asserted herein against Stewart Park Homes, Inc., as this instant claim is duplicative of the claim **advanced in** *Francis Irwin Gras, et al. v. Stewart Park Homes, Inc., et al.*, **EDLA No. 10-3793**. Both of these cases involve the same parties and the same substantive allegations.

Accordingly, Francis Irwin Gras seeks to voluntarily dismiss his claim in the above-captioned matter, while **reserving all rights and allegations asserted in** *Francis Irwin Gras, et al. v. Stewart Park Homes, Inc., et al.*, **EDLA No. 10-3793.**

This dismissal in no way affects the claims of any remaining plaintiffs in the above-captioned matter (*Gras, et al. v. Stewart Park Homes, Inc., et al.*, EDLA No. 10-0777**)**.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:       /s/ Roberta L. Burns
      SIDNEY D. TORRES, III, La. Bar No. 12869
      ROBERTA L. BURNS, La. Bar No. 14945
      Torres Park Plaza, Suite 303
      8301 West Judge Perez Drive
      Chalmette, LA 70043
      Telephone: (504) 271-8421
      Facsimile: (504) 271-1961
      E-mail: storres@torres-law.com
              rburns@torres-law.com
      **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 /s/ Roberta L. Burns
                                           ROBERTA L. BURNS, LSB #14945