Appeal of Special Master Ruling on Objection

This Document is Related to Fleetwood Settlement

I am fileing a written Objection
I don't agree with the settlement
Amount. I am Very Disoponten. and
the way we have ben treated. I am
sick from the Fomaldehyde. and my
Children allso. I am appealing on behalf of

Chad Phillips   Claim #16349
Amari Sippo   Claim #17527
Melvin Phillips   Claim# 16355
Terry Phillips          Claim# 16359

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 15 2011

LORETTA G. WHYTE
CLERK

Terry Phillips

7-15-2011

"MDL 1873"
Sec. N