UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Achane, et al v. American International Specialty* | * | |
| *Lines Ins. Co., et al, No. 09-08376* | * | |
| Plaintiff Helen Courtney James Only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COUNSEL'S UNOPPOSED MOTION TO WITHDRAW**

John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and the Buzbee Law Firm ("Counsel"), pursuant to LR83.2.11, respectfully submit this Unopposed Motion to Withdraw as counsel for Plaintiff Helen Courtney James, only, and, for the reasons set forth in the attached memorandum, respectfully request that their motion be granted.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-5909

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I certify that my office has previously notified Helen Courtney James of all deadlines and pending court appearances, via certified mail and U.S. Mail.  I certify that on July 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          s/Anthony G. Buzbee
                                          Anthony G. Buzbee