UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Achane, et al v. American International Specialty* | * | |
| *Lines Ins. Co., et al, No. 09-08376* | * | |
| Plaintiff Helen Courtney James Only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEORANDUM IN SUPPORT OF COUNSEL'S UNOPPOSED MOTION TO WITHDRAW**

John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and the Buzbee Law Firm ("Counsel"), pursuant to LR83.2.11, ask the Court to allow them to withdraw as counsel for Plaintiff Helen Courtney James, only, and, in support, would show the following:

This lawsuit was filed against certain insurers of various Fleetwood entities and insurers, FEMA and installer Shaw Environmental, on December 28, 2009. The Court has dismissed the Fleetwood entities from this suit. (Rec. 19057).

Counsel and Ms. James have recently terminated their professional relationship. Counsel previously confirmed the termination by letter to Ms. James. Ms. James did not object to the withdrawal and in fact recently filed a *pro se* objection to her Fleetwood settlement proceeds made by the Special Master (Rec. Doc. 22194).

According to her recent filing (Rec. Doc. 22194), Ms. James' address and phone number are:

1622 Alvar Street
New Orleans, LA 70117
(817) 845-4970

Counsel inquired of FEMA and Shaw's counsel as to whether they oppose the motion. They do not oppose.

Permitting Counsel's withdrawal from representation of Ms. James will not delay these proceedings as there are no current deadlines or hearings and no trial date for this action.

WHEREFORE, John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and the Buzbee Law Firm respectfully request that they be permitted to withdraw from representing Helen Courtney James in this case and for such other relief to which they are entitled.

Respectfully submitted:

By: /s/Anthony G. Buzbee
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-5909

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I certify that my office has previously notified Helen Courtney James of all deadlines and pending court appearances, via certified mail and U.S. Mail.   I certify that on July 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        s/Anthony G. Buzbee
                                        Anthony G. Buzbee