UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Achane, et al v. American International Specialty* | * | |
| *Lines Ins. Co., et al, No. 09-08376* | * | |
| Plaintiff Helen Courtney James Only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After considering John G. Munoz and Garner & Munoz, and Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm's ("Counsel") Unopposed Motion to Withdraw as counsel for Plaintiff Helen Courtney James, the Court finds the Motion meritorious and that Counsel have good cause to withdraw from representing Helen Courtney James in that Counsel and Ms. James have terminated their professional relationship.

IT IS THEREFORE ORDERED that Counsel is permitted to withdraw as counsel for Helen Courtney James.

IT IS FURTHER ORDERED that Counsel shall provide a copy of this Order to the Ms. James and her counsel, if known.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**