IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde | * | MDL No. 1873 |
|            Products Liability Litigation | * | |
| | * | Section N(5) |
| This Document Relates To: | * | |
| *Anthony Bartel and Sherry Bartel v.* | * | Judge Engelhardt |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *(Civil Action No. 09-3943)* | * | Magistrate Chasez |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFF'S MOTION TO SUBSTITUTE SHERRY BARTEL AS REPRESENTATIVE FOR DECEASED PLAINTIFF ANTHONY BARTEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sherry Bartel, who respectfully represents that it is both necessary and appropriate pursuant to Federal Rules of Civil Procedure Rule 25 to substitute her as representative for Plaintiff Anthony Bartel's, claims for damages based upon Anthony Bartel's death on February 19, 2010.  *See* attached Exhibit A.

WHEREFORE, Sherry Bartel respectfully moves this Honorable Court to substitute her as representative for Anthony Bartel's claims in the underlying Original Complaint for Damages as it relates to the underlying lawsuit of *Anthony Bartel and Sherry Bartel v. Gulf Stream Coach, Inc., et al.* (Eastern District of Louisiana Civil Action No. 09-3943), transferred from the United States District Court for the Southern District of Mississippi to the Eastern District of Louisiana, for the above mentioned reasons.

        Respectfully submitted,

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA BAR #7933)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing notice was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of July 2011.

        */s/ Hugh P. Lambert*
        Hugh P. Lambert, Esq. (#7933)