IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| This Document Relates To: | * | |
| *Anthony Bartel and Sherry Bartel v.* | * | Judge Engelhardt |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *(Civil Action No. 09-3943)* | * | Magistrate Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE SHERRY BARTEL AS REPRESENTATIVE FOR DECEASED PLAINTIFF ANTHONY BARTEL**

MAY IT PLEASE THE COURT:

Plaintiff, Sherry Bartel, respectfully requests that she be substituted as the representative for Plaintiff, Anthony Bartel's, claims for damages in the above referenced matter.  Anthony Bartel died on February 19, 2010.  His death is documented in the attached certificate of death from the State of Mississippi.  Anthony Bartel died intestate and Sherry Bartel is his surviving spouse.  Therefore, Sherry Bartel requests that she be substituted as the representative of Anthony Bartel's claims for damages.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing notice was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of July, 2011.

                                                           _/s/ Hugh P. Lambert_
                                                           Hugh P. Lambert, Esq. (#7933)