# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| This Document Relates To: | * | |
| *Anthony Bartel and Sherry Bartel v.* | * | Judge Engelhardt |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *(Civil Action No. 09-3943)* | * | Magistrate Chasez |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering Plaintiff's foregoing Motion To Substitute Sherry Bartel As Representative For Deceased Plaintiff Anthony Bartel:

**IT IS SO ORDERED** that the Plaintiff's Motion is GRANTED and Plaintiff Sherry Bartel is substituted as the representative for the deceased Anthony Bartel's, claims for damages.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE KURT ENGELHARDT