IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| This Document Relates To: | * | |
| *Anthony Bartel and Sherry Bartel v.* | * | Judge Engelhardt |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *(Civil Action No. 09-3943)* | * | Magistrate Chasez |

**************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel have been contacted and do not object to the filing of Plaintiff's Motion to Substitute Sherry Bartel As Representative For Deceased Plaintiff Anthony Bartel.

    Respectfully submitted,

    */s/ Hugh P. Lambert*
    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
    LAMBERT & NELSON, PLC
    701 Magazine Street
    New Orleans, LA 70130
    Telephone: (504)581-1750
    Facsimile: (504)529-2931
    hlambert@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of July, 2011.

    */s/ Hugh P. Lambert*
    Hugh P. Lambert, Esq. (#7933)