IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| This Document Relates To: | * | |
| *Anthony Bartel and Sherry Bartel v.* | * | Judge Engelhardt |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *(Civil Action No. 09-3943)* | * | Magistrate Chasez |

*******************************************************************************

### NOTICE OF THE DEATH OF PLAINTIFF ANTHONY BARTEL

NOW INTO COURT, comes Plaintiff, Sherry Bartel who gives written notice of the death of her husband and Plaintiff, Anthony Bartel, on February 19, 2010.  As proof of Anthony Bartel's death, Sherry Bartel attaches as Exhibit A a certified copy of Anthony Bartel's certificate of death issued by the State of Mississippi.

        Respectfully submitted,

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA BAR #7933)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing notice was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of July, 2011.

                                                _/s/ Hugh P. Lambert_
                                              Hugh P. Lambert, Esq. (#7933)