# STATE OF MISSISSIPPI
## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



**9401525**

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: MAR 09 2010
STATE FILE NUMBER: 123- 2010-004534

1. NAME: ANTHONY EDWARD BARTEL
2. SEX: MALE
3a. HOUR OF DEATH: 8:05 PM
3b. DATE OF DEATH: 02-19-2010
4. RACE: White
5a. AGE AT LAST BIRTHDAY: 55 Years
6. DATE OF BIRTH: January 20, 1955
7. STATE OF BIRTH: IL
8. PLACE OF DEATH: Decedent's home
9a. FACILITY NAME: 15807 LEMOYNE DRIVE
9b. CITY, TOWN OR LOCATION OF DEATH: D'IBERVILLE
9c. COUNTY OF DEATH: JACKSON
10. DECEDENT'S EDUCATION: 12
11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED: Married
12. SURVIVING SPOUSE: Sherry Katina
13. WAS DECEASED EVER IN U.S. ARMED FORCES: No
14. WAS DECEDENT OF HISPANIC ORIGIN: No
15. SOCIAL SECURITY NUMBER: 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
16a. USUAL OCCUPATION: Masonary
16b. KIND OF BUSINESS OR INDUSTRY: Construction
17a. RESIDENCE-STATE: MS
17b. COUNTY: Jackson
17c. CITY OR TOWN: D'IBERVILLE
17d. INSIDE CITY LIMITS: No
17e. STREET AND NUMBER OR RURAL LOCATION: 15807 Lemoyne Blvd
18. FATHER-NAME: Frazer Lee Bartel
19. MOTHER-NAME: Maureen Ellen Kelsey
20a. INFORMANT-NAME: Sherry Suzanne Bartel
20b. RELATIONSHIP TO DECEDENT: Wife
20c. MAILING ADDRESS: P. O. 6771 D'iberville, MS 39540
21a. DISPOSITION OF BODY: Cremation
21b. CEMETERY/CREMATORY-NAME: Pinehaven
21c. LOCATION: Hattiesburg, MS
22a. EMBALMER: (Not Embalmed)
22b. FUNERAL HOME-NAME: Marshall Funeral Home 24F
22c. FUNERAL HOME LICENSE NUMBER: FE494
22d. MAILING ADDRESS: 825 Division Street Biloxi, MS 39530
23a. PERSON WHO PRONOUNCED DEATH: NANCY MURPHY, RN
23b. PRONOUNCED DEAD: 02-19-2010
23c. PRONOUNCED DEAD (Hour): 8:05 PM
24a. CERTIFIER-NAME: VICKI L. BROADUS, RN
24b. MAILING ADDRESS: 4111 AMONETT STREET PASCAGOULA, MS 39567
25f. TITLE: JACKSON COUNTY CORONER
25g. DATE SIGNED: 02-22-2010

CAUSE OF DEATH:
PART I:
(a) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST
(b) LIVER CANCER

28. AUTOPSY: NO
29. WAS CASE REFERRED TO MEDICAL EXAMINER: No

Mississippi State Department of Health    Revised 1-4-08    Form 511

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

MAR 11 2010

Judy Moulder
STATE REGISTRAR



**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK