UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

*******************************************************************

## SUN VALLEY, INC., d/b/a SUN-LITE'S
## MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION

**NOW INTO COURT,** through undersigned counsel, comes SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN VALLEY"), who, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, respectfully submits this Motion for Summary Judgment on Medical Causation. For the reasons more fully detailed in the memorandum in support attached hereto, Defendant respectfully requests that this Court dismiss all of Plaintiff's claims as she failed to provide the general and specific medical causation testimony necessary to support her claims. In support of its Motion, Defendant attaches the following exhibits:

**Exhibit A-** Selected Portions of the Deposition of Sony Andrews;

**Exhibit B-** Email from Shari Wright to Brent Maggio dated June 16, 2011, providing the reports of Dr. Patricia Williams and Dr. Stephen Smulski along with correspondence from Brent Maggio to Shari Wright requesting the same;

**Exhibit C-** Expert affidavit of Dr. Patricia Williams originally produced in the *Alexander* Bellwether trial;

**Exhibit D-** Expert report of Dr. Stephen Smulski originally produced in the *Class*

1

*Certification* stage;

**Exhibit E**- Selected portions of the deposition of Tommie Sanford;

**Exhibit F**- Expert report and resume of Dr. James Wedner.

Pursuant to the Court's Pre-Trial Order Number 10, counsel for Sun Valley has contacted counsel for Plaintiff, and Plaintiff opposes this motion.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 21st day of July, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO