Sonya P. Andrews
1/6/2011

Page 1

1           UNITED STATES DISTRICT COURT
2           EASTERN DISTRICT OF LOUISIANA
3
4
   IN RE: FEMA TRAILER      MDL NO. 1873
5  FORMALDEHYDE PRODUCTS    SECTION: N(5)
   LIABILITY LITIGATION     JUDGE ENGELHARDT
6                           MAG. JUDGE CHASEZ
   VERSUS
7
   THIS DOCUMENT RELATES TO:
8  Sonya Andrews, et al v.
   Sun Valley, Inc., et al
9  Docket No. 09-5659
10
11         Videotaped Deposition of SONYA P.
   ANDREWS, 8601 Morrison Road, New Orleans,
12 Louisiana 70127, taken in the offices of
   Gainsburgh, Benjamin, David, Meunier &
13 Warshauer, 1100 Poydras Street, Suite 2800,
   New Orleans, Louisiana 70163, on Thursday,
14 the 6th day of January 2011.
15
16 APPEARANCES:
17     REICH & BINSTOCK, LLP
       (BY:  JORDAN M. TORRY)
18     4265 San Felipe, Suite 1000
       Houston, Texas  77027
19     (ATTORNEYS FOR PLAINTIFFS)
20
       LARZELERE, PICOU, WELLS
21     SIMPSON, LONERO, LLC
       (BY:  CORY T. STUART)
22     3850 North Causeway Boulevard
       Suite 1100, Two Lakeway Center
23     Metairie, Louisiana  70002
       (ATTORNEYS FOR WESTCHESTER SPECIALTY
24     LINES INSURANCE COMPANY)
25

EXHIBIT
A

Sonya P. Andrews
1/6/2011

Page 2

```
1    APPEARANCES, CTD:
2       MIDDLEBERG, RIDDLE & GIANNA
        (BY:  CHARLES R. PENOT, JR.)
3       717 North Harwood, Suite 2400
        Dallas, Texas  75201
4       (ATTORNEYS FOR FLUOR ENTERPRISES, INC.)
5
        ALLEN & GOOCH
6       (BY:  BRENT M. MAGGIO AND LAURIE BARKER)
        3900 N. Causeway Boulevard
7       Lakeway One, Suite 1450
        Metairie, Louisiana  70002
8       (ATTORNEYS FOR SUN VALLEY, INC. D/B/A SUN
        LITE)
9
10      LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
11      (BY:  KRISTOPHER M. REDMANN) (VIA TELE)
        601 Poydras Street, Suite 2775
12      New Orleans, Louisiana  70130-6027
        (ATTORNEYS FOR LIBERTY MUTUAL INSURANCE
13      CORPORATION)
14   Also Present:
        Gilley DeLorimier, Videographer
15      Depo-Vue, Inc.
16   Reported by:
        TARA W. WILSON
17      Certified Court Reporter
18
19
20
21
22
23
24
25
```

Sonya P. Andrews
1/6/2011

```
 1    the best looking one out there.
 2        Q.    All right.
 3        A.    I'm serious.  I had one --
 4        Q.    Yours was high maintenance, high
 5    falluting?
 6        A.    Yes, I had one, two, three -- I had
 7    about five -- five windows.
 8        Q.    Okay.
 9        A.    Like some people had looked like a
10    sardine can, I wasn't going -- uh-uh
11    (negative response).  I had a nice one.  I
12    ain't going to complain about it, it was
13    nice.  I had plenty windows.
14        Q.    All right.  And I see on
15    Florence's, besides --
16        A.    Yeah.
17        Q.    -- she's got five here, too, huh?
18        A.    Yes, she got five, but hers wasn't
19    a Roadrunner, but hers was same as mine, but
20    hers was a handicapped one, too.
21        Q.    Uh-huh (affirmative response).
22        A.    Yeah, but that's her be -- that's
23    the -- that's the bedroom you was talking
24    about.  This her main bedroom, that's the
25    door.
```

Sonya P. Andrews
1/6/2011

Page 101

```
 1        Q.    Uh-huh (affirmative response).
 2        A.    She had about the -- quite about
 3     the same as me.
 4        Q.    And so -- now, yours had five
 5     windows on -- on one side just like
 6     Florence's, right?
 7        A.    Uh-huh (affirmative response).
 8        Q.    Is that a yes?
 9        A.    Yes.
10        Q.    Okay.  And so you opened two
11     windows, one by the --
12        A.    By the kitchen sink, but that's --
13        Q.    One --
14        A.    -- on the opposite side.  That
15     wouldn't be on this side.  See, this the
16     front, this the back.  I wouldn't want them
17     to see the windows open when I'm at work,
18     somebody break in.  I mean, we're in
19     Louisiana, so --
20        Q.    Yeah.  So -- so on the side of
21     Florence -- the -- the Florence Miller
22     trailer that we're looking at here --
23        A.    Uh-huh (affirmative response).
24        Q.    -- it has five windows facing us,
25     correct?
```

Sonya P. Andrews
1/6/2011

```
 1        A.     Uh-huh (affirmative response).
 2        Q.     Is that a yes?
 3        A.     Yes.
 4        Q.     Okay.  The window that you would
 5    open is the one all the way up front by the
 6    master bedroom?
 7        A.     No, I would open the top lever in
 8    the master.  They had like a vent like --
 9        Q.     Okay.
10        A.     -- at the top and over.  And I op
11    -- I open the one in the kitchen by the
12    sink, but that was on the opposite side on
13    the side with just the woods.  I wouldn't
14    open windows where if you coming in, you
15    could see them open, 'cause that will be --
16    you know, somebody might break in.  I open
17    the ones on the opposite side.  Like if I go
18    to the kitchen sink, they had a double
19    window, I crack that one, and I crack the
20    one at the top.
21        Q.     Okay.  Let -- let's get our -- our
22    words straight.
23        A.     Okay.
24        Q.     We have windows --
25        A.     Uh-huh (affirmative response).
```

Sonya P. Andrews
1/6/2011

Page 103

```
 1        Q.     -- and we have vents.  Okay?
 2        A.     Yes.
 3        Q.     The vents are the little things up
 4     at the top in the ceiling.
 5        A.     Okay.
 6        Q.     Okay?
 7        A.     I opened up vents.
 8        Q.     Okay.  So we got vents up there --
 9        A.     Okay.
10        Q.     -- in the ceiling, and you crank
11     them open; that's what they call a vent?
12        A.     Oh, that's a vent.
13        Q.     That's a vent.
14        A.     Well, I opened a vent.
15        Q.     Now, a window is something like
16     what we're looking at here --
17        A.     All right.
18        Q.     -- in this conference room, right?
19        A.     Okay.
20        Q.     That's a window.
21        A.     Okay.
22        Q.     And if you look at the Florence
23     Miller trailer, on that side there, you can
24     do it, you can count one, two, three, four,
25     five windows, right?
```

Sonya P. Andrews
1/6/2011

Page 104

```
 1      A.    Okay.
 2      Q.    So what I'm trying to find out from
 3   you is, tell me the vents and the windows
 4   that you opened up on your trailer --
 5      A.    Okay.
 6      Q.    -- to get rid of that smell.
 7      A.    I -- I opened the vent in the
 8   master bedroom, 'cause I only had one vent;
 9   and they had a vent in the bathroom I used
10   to keep -- pop it open.  They had two vents
11   and a window by the -- by the kitchen.
12      Q.    Let's -- let's talk about the vents
13   first.
14            Which vents did you open up?
15      A.    The ones -- the one over the master
16   bedroom, and I cracked the one that was in
17   the bathroom.
18      Q.    Okay.  Now, which windows did you
19   open up?
20      A.    The one that was over the kitchen
21   sink on the opposite side of the trailer.
22   Not the one you could see, but on the far
23   side.
24      Q.    Okay.
25      A.    And that was the only three windows
```

Sonya P. Andrews
1/6/2011

Page 105

```
 1    I ever opened.
 2       Q.    Actually, that's -- that's one
 3    window and two vents?
 4       A.    Two vents, yeah.
 5       Q.    All right.  So that we're clear,
 6    you opened up two vents and one window in
 7    your trailer to get rid of that smell?
 8       A.    I cracked them, kept them cracked
 9    at all times.
10       Q.    Now, you said you had them cracked
11    at all times.  You mean all the time, 24/7?
12       A.    24/7, a little crack.
13       Q.    So the whole time you lived in it?
14       A.    The whole time.
15       Q.    Okay.  And that's from the very
16    first day you moved in to the time you moved
17    out?
18       A.    Till I moved out.
19       Q.    Now, is there -- why didn't you go
20    back and stay inside your mom's house
21    throughout this period of time?
22       A.    Because I had a trailer.
23       Q.    And even after your -- your brother
24    passed away and --
25       A.    I still had my trailer.  I still --
```

Sonya P. Andrews
1/6/2011

Page 120

```
 1    conditioner on?
 2        A.     Keep it at 65.
 3        Q.     And during the wintertime, what
 4    temperature would you keep it on?
 5        A.     Oh, about 75, 80, 'cause I can't
 6    stand to be cold.  My arthritis.
 7               'Cause I had central air and heat.
 8        Q.     And that's how you kept the
 9    temperature when you were in the trailer?
10        A.     Uh-huh (affirmative response).
11        Q.     Is that a yes?
12        A.     Yes.
13        Q.     There's some questions I -- that I
14    need to go back and ask you, just some
15    general questions that I skipped over.
16               Have you ever -- and this is
17    questions I ask of ever -- you ask everybody
18    in a lawsuit.
19               Have you ever gotten any kind of
20    treatment for drug -- drug use?
21        A.     No, I haven't.
22        Q.     Okay.  Did you ever used any kind
23    of illegal drugs like marijuana, cocaine,
24    anything like that?
25        A.     Be -- once in my life, but now I
```

Sonya P. Andrews
1/6/2011

Page 146

```
 1      -- something to do.  You was in the country;
 2      they don't have nothing to do.  So we'll go
 3      sit at the casino.  I get my free playbacks.
 4      I go eat the buffet.
 5          Q.    What's your game?
 6          A.    Slots, the penny machines, 'cause
 7      I'm not rich.  That was it.
 8          Q.    And -- and when you go to the
 9      casinos, you pretty much always smoke?
10          A.    Oh, yeah.
11          Q.    And -- now, when you smoke, does it
12      irritate your eyes at all?
13          A.    Uh-uh (negative response).
14          Q.    You're not -- you're not afraid of
15      getting lung cancer?
16          A.    Sure, I'm afraid, but that's called
17      life.  I know my old man died -- well, my
18      boyfriend died of cancer, and he never
19      smoked, so duh.  You see what I'm saying?
20          Q.    Yeah.
21          A.    You can't go through life like
22      that.  He never smoked, and he died of
23      cancer --
24          Q.    Uh-huh (affirmative response).
25          A.    -- of the lungs, so --
```

```
 1    any other drugstores?
 2       A.    No, I haven't.
 3       Q.    Not in any of these other places,
 4    like Dallas, Shreveport or Independence,
 5    Hammond?
 6       A.    I don't think so.  I don't -- I
 7    don't know, I put it like that.  I don't
 8    remember.
 9       Q.    Have you ever had any surgeries
10    other than, you know, having a baby?
11       A.    No, I haven't.
12       Q.    Now, you're -- I take it you're
13    making a -- a claim for being exposed to the
14    formaldehyde smell in the trailer; is -- is
15    that right?
16       A.    Yes.
17       Q.    Okay.  Tell me all the different
18    problems that that formaldehyde smell caused
19    you.
20       A.    Just running of my eyes.  I can't
21    get my sinus in check.  I mean, I have --
22    sometime I'm clear; sometime I'm not.  I
23    never had these problems before that FEMA
24    trailer, so -- and that's about it.
25       Q.    Okay.  So other than the -- the
```

Sonya P. Andrews
1/6/2011

Page 149

```
 1    runny eyes and the --
 2        A.    Yeah.
 3        Q.    -- sinus problems, you haven't had
 4    any other problems?
 5        A.    (Witness shook head negatively.)  I
 6    suffer with a couple of minor headaches, and
 7    that's about it.
 8        Q.    Other than the couple of minor
 9    headaches, some sinus problems and runny
10    eyes, did that formaldehyde smell cause you
11    any other problems?
12        A.    None that I could account for.  I
13    don't know what problems will come up later
14    in the future, but right now, that's the
15    only problems I'm having.
16        Q.    Is that the only problems that you
17    -- that you've had?
18        A.    That's it.
19        Q.    Okay.  The -- let's -- let's talk
20    about those problems, okay?
21        A.    Okay.
22        Q.    The -- the headaches, did you have
23    the headaches when you were living in the
24    trailer?
25        A.    Oh, yes, I have.
```

Page 150

```
 1        Q.     How often do you think you had
 2   them, or how many did you have when you were
 3   in there?
 4        A.     Like once a week I might get a --
 5   they'd come.  Headache, about once a week.
 6   I take like a Goodie or something and
 7   whatever.  But I was living in the trailer
 8   at the time with the headaches, that was it.
 9        Q.     How soon after you moved in the
10   trailer did you start having the headaches?
11        A.     I can't -- I can't tell you when.
12   I don't --
13        Q.     Since you've moved out of the
14   trailer, have the headaches gone away?
15        A.     Oh, yes, I don't have no headaches.
16   Now, I still suffer with my runny eyes
17   and --
18        Q.     We're going to -- we're going to
19   get to all that in a second.
20        A.     I haven't had a bad headache since.
21        Q.     Okay.  Now, the sinus problems,
22   when you say sinus problems, it would be
23   like a stuffy or a runny nose?
24        A.     It's like congestion.  Like, see,
25   my eyes like right here, it's like it just
```

```
 1      get built up up in here.  I be taking the
 2      Muc -- Mucinex or whatever over the counter.
 3           Q.    Mucinex?
 4           A.    Yeah.
 5           Q.    Okay.
 6           A.    Or maybe a Sudafed or something.
 7                 But it's just like sinuses.  I
 8      already know what it is, it's sinuses.
 9           Q.    Let me ask you, going back to the
10      headaches, did you have headaches before
11      moving into the trailer?
12           A.    No, I never had no headaches.
13           Q.    The -- the con -- the congested
14      sinus problem, how often would you have that
15      when you were living in the trailer?
16           A.    That was on a regular.  I done
17      bought a lot of Sudafeds and different stuff
18      like that.  And like I told you, it was the
19      trailer, and I thought maybe because of --
20      by me being in the woods, you know.
21      Outside, back there, you know, they have
22      burn -- you could burn -- people be burning
23      stuff.  It just -- it just started sinus
24      once I got to Slidell.
25           Q.    Okay.
```

Sonya P. Andrews
1/6/2011

Page 155

```
 1        A.     Oh, I had that every other day.
 2    Like if -- if my off day or something, I
 3    would have to come out, walk around.  But my
 4    eyes been running since -- since then.  I
 5    don't know.
 6        Q.     Since moving out of the trailer in
 7    May 2009, have you continued to have
 8    burning, runny eyes?
 9        A.     My eyes still bother me.  It still
10    bothers me.  Like if I watch television too
11    long or something like that, they still
12    bothers me.
13        Q.     Have you gone to any doctors or
14    hospitals for these problems?
15        A.     No.  I just -- I do -- I do
16    the over -- I medicate myself.  Like I say,
17    I buy the Muc -- Mucinex.  And I might get
18    some sinus decongestions or something like
19    that, them little sinus pills or something
20    like that.  And that's it.
21        Q.     So you have not gone to the doctor
22    or the hospital for -- for any of the
23    problems that you think is related to the
24    formaldehyde smell?
25        A.     No, I haven't, because I don't have
```

```
 1      any insurance.  The last time I went to try
 2      to see a doctor over there at Hotel Dieu, I
 3      was over there for almost a day and a half.
 4      I got aggravated and walked out, because
 5      they said it's not -- they go by your need,
 6      you know.  The people -- it wasn't -- I just
 7      wanted to get checked out, but I -- I sit up
 8      in there almost two days.  I had to call my
 9      sister 2:00 in the morning to come get me.
10      I went there at 7:00 that morning and still
11      didn't see a doctor by me not having no
12      insurance.
13          Q.   When you went to Hotel Dieu, that
14      was before Hurricane Katrina though?
15          A.   Yeah.  But I -- I done tried to go
16      right there at the -- isn't it still called
17      Hotel Dieu?  Whatever, it --
18          Q.   Since -- that's since Hurricane
19      Katrina?
20          A.   Yeah, right off of Banks.  I don't
21      know.  I done went in there a couple of
22      times 'cause I was -- with my arth (sic) and
23      stuff.  But if I --
24          Q.   When your -- for your arthritis?
25          A.     For my arthritis and stuff, you
```

```
 1    know, just wanting to see a doctor so I
 2    could get checked out, but you can't get
 3    waited on.
 4        Q.    Have you asked any of your
 5    attorneys maybe to help with the finan --
 6    with the bills to go to the doctor?
 7        A.    No, I haven't.
 8        Q.    When you worked at any of these
 9    places that we discussed earlier --
10        A.    Uh-huh (affirmative response).
11        Q.    -- did you ever have health
12    insurance at any of those places?
13        A.    I had health insurance at Church's.
14    I didn't -- I didn't have enough hours to
15    get health insurance at Cracker Barrel
16    because I was only working there -- I was
17    hired part time.  Part time don't get health
18    care.
19        Q.    Uh-huh (affirmative response).
20        A.    And at Church's, they had the
21    Aetna, the Aetna's insurance --
22        Q.    Uh-huh (affirmative response).
23        A.    -- but nobody wouldn't take it.  I
24    went one time, I had twisted my ankle at
25    work, I think, and I couldn't find nobody to
```

Sonya P. Andrews
1/6/2011

Page 165

```
 1    assume that's what you did.
 2        A.    Yeah, that's what I think I did,
 3    too.  All these is my signature.  Ain't
 4    nobody forged me.  All this me.
 5        Q.    Okay.  Did -- you see how you
 6    signed it right here?
 7        A.    Uh-huh (affirmative response).
 8        Q.    When you signed it, did you have
 9    the -- the typewritten answers so you could
10    review them to make sure they were true?
11        A.    Yes.
12        Q.    All right.  Did anybody tell you
13    that you may get cancer from living in the
14    trailer?
15        A.    I have a little niece that's going
16    to school to be a doctor.  And on the
17    Internet, my children read.  They told me I
18    -- the repercussions might be cancer.
19        Q.    When did they tell you that?
20        A.    Been told me that.
21        Q.    Did they tell you that when you
22    were living in the trailer?
23        A.    No, they didn't tell me that in the
24    trailer.  I'm just talking -- when -- when
25    the lawsuit came about or something, I heard
```

Page 166

```
 1    the Bingo or something.  I pay -- like I

 2    say, I was at Bingo.  I just heard it, but I

 3    know my little niece that's going to be a

 4    doctor, she was telling me the repercussions

 5    of it and all of that, but I have heard it.

 6       Q.    Did it cause you any problems,

 7    though?

 8       A.    I don't feel nothing now.

 9       Q.    Are you --

10       A.    I don't know how I'm going to feel

11    in the future.

12       Q.    But right now, are you worried

13    about it or anything like that?

14       A.    I'm worried about a lot now, but

15    you can't go through life worrying about

16    everything.  You know what I mean?

17       Q.    Yeah.

18       A.    I mean, if it's for you -- like I

19    said, I had lost a boyfriend from cancer, so

20    I know it's out there, and I lost a couple

21    of friends to cancer.  So I -- I hope I

22    don't, but I'm -- I'm not going to -- I

23    don't know how -- what the future going to

24    bring, and I can't live my life like that,

25    you know.
```

Sonya P. Andrews
1/6/2011

Page 167

```
 1        Q.     And you haven't had to go to the
 2     doctor or anything for that, huh?
 3        A.     Nah, not that I -- nothing that --
 4     you know, nothing occurred for me to run to
 5     the fear that I got it now or nothing.  And
 6     I -- nobody -- the few times I did see one,
 7     ain't none of them told me nothing about it,
 8     so -- so far, so good.
 9        Q.     And you haven't been tested for it?
10        A.     No, I haven't.
11        Q.     The -- what kind of cancer is -- is
12     your understanding that it could cause; do
13     you know?
14        A.     No, I don't.  They have all kinds
15     out there.  I don't know.
16               Now, if somebody would like to test
17     me for it, I'm willing to go.  But far as me
18     walking around in fear, I'm not going to
19     live like that.
20        Q.     Uh-huh (affirmative response).
21               And you don't have any medical
22     bills from being exposed to formaldehyde
23     since you didn't go to any doctors?
24        A.     No, just the one -- you know, I
25     bought medicine over the counter, but I
```

Sonya P. Andrews
1/6/2011

Page 168

```
 1    ain't got no, essentially, bills.
 2        Q.    And you didn't keep any receipts
 3    from that?
 4        A.    (Witness shook head negatively.)
 5        Q.    No?
 6        A.    (Witness shook head negatively.)  I
 7    just bought it and paid for it and moved on.
 8        Q.    Okay.  And you're not -- it says
 9    you're not making a wage loss claim.  That's
10    correct?
11        A.    No, I'm not.
12        Q.    Okay.
13        A.    'Cause I went to work every day.  I
14    had to work.
15        Q.    Okay.
16        A.    I didn't have nobody to take care
17    of me but to work.
18        Q.    And if you turn to page 9 --
19        A.    Okay.
20        Q.    -- question No. 6 asks you when did
21    you move into the trailer.  It says December
22    2005; that's correct?
23        A.    Yes, it is.
24        Q.    And question No. says you moved out
25    of the trailer May 2009; that's correct?
```