# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Tommie Sanford*
*March 17, 2011*

---

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana 46613*
*574-288-4242*
*reporters@midwestreporting.net*

To open files, click on the desired file type in bookmark on left.
For quick saving or searching multiple files, click attachments tab (or paperclip) on left.
For best viewing/searching, use Adobe Reader/Acrobat ver. 9 or higher (www.adobe.com).



from Mark Romanetz to Mark Dunithan and Tom Sanford, dated Tuesday, June 5, 2007. Do you see that?

A. Uh-huh. Yes. Yes. Excuse me.

Q. And Mark Romanetz is telling you and Mr. Dunithan, "I think we should address this with our suppliers." Do you see that?

A. Yes, I do.

Q. And it appears to be in response to some breaking news that was issued on June 5, 2007 regarding formaldehyde. Do you see that?

A. Yes, I do.

Q. Do you recall receiving this e-mail from Mr. Romanetz --

A. I don't remember --

Q. Wait, wait, wait.

-- around June 5, 2007?

A. I actually don't remember this particular e-mail, but I do remember the incident.

Q. Okay. Explain it to us.

A. When this was brought up, the formaldehyde thing, we contacted Robert Weed Plywood and asked them about, you know, their product, what they was selling us, and what they had to say about this.

And at that time they brought out a letter

to us claiming that their product that they was selling to us during the time that Katrina, or the 2005 period, was a low-emission luan. And the low-emission luan is a requirement of HUD, which is -- HUD does manufactured houses, and their requirements are a little more strict than the RV side of it.

And their reasoning behind that was they buy their luans overseas and there's like a six-month lead time on it, and to try to have two boards in their house to laminate on, they -- as a company they chose to just purchase the low-emission, and then that board would cover both their RV customers and their manufactured housing customers.

And, basically, their letter that they brought to us said that.

Q. And you actually saw that letter?

A. Oh, yeah. Yeah.

Q. The HUD requirements, did that apply to travel trailers that --

A. No.

Q. And Sun Valley did not make manufactured housing, did they?

A. No, we did not.