UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE  *
PRODUCTS LIABILITY LITIGATION  *
                                                                                                  * MDL NO. 1873

This Document Relates to:  *
*Argonaut Claim No.: 174811*
*Westchester Claim No.: JY09J0231660 (Sun Valley)*
                                                                                       * SECTION: N(5) *

JUDGE: ENGELHARDT Case No. 09-5659  *
                                                                                       * MAG: CHASEZ

Report of H. James Wedner, MD, FAAAI, FACP
Professor of Medicine,
Chief, Division of Allergy and Immunology
Washington University School of Medicine

This report is based upon my review of the medical records and documents pertaining to the bell weather plaintiff Sonya Andres and the deposition testimony of Ms. Andrews that has been provided to me. It is also based upon the reports of Patricia M. Williams, PhD and Stephen Smulski, PhD. It is my understanding that additional medical records and/or deposition testimony may become available and I will add to or amend this report, if necessary, once I have had the opportunity to review these documents.

I.     I am a physician licensed to practice medicine in the state of Missouri. I am currently Professor of Medicine in the Department of Medicine at Washington University School of Medicine and Chief of the Division of Allergy and Clinical Immunology in the Department of Medicine. I also serve as the Director of the Training Program in Allergy and Immunology of the Washington University School of Medicine/Barnes-Jewish Hospital/Children's Hospital of St. Louis GME Consortium, which is supported by both the Department of Medicine and the Department of Pediatrics of Washington University Medical School. I also serve as the Medical Director of The Asthma Center of Washington University School of Medicine. The Asthma Center is a clinical setting located in suburban St. Louis County which specializes in the diagnosis and treatment of allergic and immunologic diseases including allergic reactions to airborne contamination. A copy of my current curriculum vitae is appended to this document.

II.     My duties as Professor of Medicine include: patient care; teaching of Fellows in allergy and immunology, medicine and pediatric residents and interns and medical students; and clinical research dealing with the exposure of individuals with asthma, allergic rhinitis and allergic skin disease to indoor and outdoor allergens with a concentration on allergenic fungi. As part of my clinical practice I am frequently called upon to evaluate and treat individuals who present with complaints of possible exposure to formaldehyde and/or formaldehyde containing products.

EXHIBIT F

1

III. Formaldehyde and the Human Immune System Formaldehyde (HCHO) is a highly reactive single carbon moiety that has become one of the most widely used reagents in the United States and throughout the world. The ability of this chemical to rapidly and irreversibly crosslink a wide variety of organic and non-organic macromolecules has contributed to its wide usage. Because of the wide use of HCHO and the resultant exposure of humans to this chemical there is a large body of investigative work examining the effects of HCHO on humans, as well as a number of animal model systems. In general, these studies have demonstrated that HCHO is a remarkably safe compound in the concentrations to which we are usually exposed in our daily activities. However, as the 15th century physician Paracelsus pointed out "all things are poisons, there is none that is not; it is dose that separates a poison from a cure" (Adler, Robert E. "Paracelsus: Renaissance Rebel" *Medical Firsts: From Hippocrates to the Human Genome.* Hoboken, NJ. John Wiley & Sons, 2004. pp. 46- 52.)

When humans are exposed to increasing concentrations of HCHO they go through a series of stages, which are dependant upon the ambient concentration. These are detection, irritation and finally, at very high ambient concentrations, toxicity. Formaldehyde has a very characteristic odor, which can be detected by most individuals well before any irritation occurs. The concentrations at which the odor is detected varies from individual to individual and some, with a keen sense of smell, may be able to detect HCHO at concentrations as low as 50 to 100 ppb (parts per billion) and the average individual can detect HCHO at about 500 ppb. It is important to remember that these concentrations trigger the olfactory apparatus in the nose and do not result in an irritative effect. However, it is also important to note that the olfactory sensation is the only one of our senses that is not "filtered" in the brain before reaching its target area. In addition, the olfactory area sits in an area of the brain call the rhinencephalon (old brain) that also contains the areas that control our emotions. Indeed, the amygdale, thought to be the seat of the emotions sits right next to the olfactory area and receives connections from it. Thus, odors trigger emotions more than any other sense and we can remember odors longer than any other sense, such as sight or touch. (Long-term memory of odors with and without verbal descriptions. Engen, Trygg; Ross, Bruce M. Journal of Experimental Psychology.100, 1973, 221-227.)

Our ability to detect low concentrations of chemicals like HCHO, have them lead to the so-called "fright, fight or flight" response is an adaptation of vertebrates to both allow us to find food and avoid enemies. However, this would lead to chaos in our brains were it not for an equally important phenomena called adaptation. Adaptation allows us to, in essence, file away a remembered scent and not respond to the odor if it no longer requires action. Thus, an individual may enter a room with a low level of HCHO and detect its characteristic odor; if the person remains in the room the odor will disappear. This does not mean that it has actually gone away, rather the individual has "gated it out" as it no longer requires action. Thus, the olfactory system is now ready for further odor detection physiologically unhampered by the conflicting odor of HCHO.

At concentrations that exceed the detection level, from 1000 ppb and above, HCHO can

Wedne-SA00337

become a primary irritant. A primary irritant is a compound that interacts with the small unmyelinated "c" nerve fibers in the skin and mucous membranes. These fibers are also capable of carrying pain and itch sensations and there is some controversy as to whether there is a single population of "c" fibers or several populations each of which carries a singe type of sense, i.e. irritation, itch and pain. This controversy is beyond the scope of this report and the reader is referred to "A Tale of Two Neurons in the Upper Airways: Pain Versus Itch", Chih-Feng Tai, MD, and James N. Baraniuk, MD, Current Allergy and Asthma Reports 2003, 3:215–22 for further reading. Nonetheless, the primary nature of the interaction of HCHO with the skin and mucous membranes is that removing the HCHO removes the irritation and there are no long lasing effects of the interaction. Thus, an individual who enters a room where there may be sufficient HCHO to cause irritation of the nasal mucosa for example, will get relief simply by leaving the environment and there is no worry that there will be additional adverse effects from this exposure *(see below)*.

Another aspect of the irritant properties of aerosolized HCHO is that they are only related to the mucosa of the upper airways and the eyes. This is because the reactivity of HCHO is so great that 100% of the HCHO is instantaneously bound to the upper layer of the mucosa and never have a chance to penetrate any further, such as into the lower airway. Indeed, studies using rats exposed to radioactive HCHO have demonstrated that at very high ambient concentrations (3000 ppb or greater) there was no penetration of the HCHO into the internal organs. Indeed, in humans the only demonstration of the penetration of HCHO into the lungs, for example, has been workers exposed to concentration of ambient HCHO in excess of 100ppm (100,000ppb) at very high temperatures.

The irritation caused by HCHO, like the odor detection of HCHO is also subject to adaptation. That is, individuals who enter environments which has concentrations of HCHO above the irritant level, and who remain in that environment, will note that the irritant effects will lessen and ultimately go away. They will not return as long as the individual remains in the area. More interesting, with repeated exposures to that environment or an environment with a similar HCHO concentration the individual will adapt and will not only detect no odor but will not have any irritant effects. This has been demonstrated in several situations such as mortuary workers and medical students, both of whom are exposed to high HCHO concentrations, in some cases 10 fold greater than the highest levels reported in the Katrina trailers.

The physiologic mechanism that underlies the adaptation to the irritant effects of HCHO and other primary irritants is not well understood. In the short term, depletion of mediators from the nerve terminal endings may be one explanation. The mechanism underlying longer-term irritant adaptation remains a mystery.

The human immune system has evolved to protect us from foreign invasion both external and internal, while being able to recognize "self" as well as "good" microbes such as the commensul bacteria of the gut and avoid their destruction. This is an arduous task and despite the superb nature of the immune system occasionally it fails. In the pre-antibiotic era, many infections simply overwhelmed the immune system. Now when infection

3

results in serious illness or death, it is often due to an incorrect diagnosis, because of failure of the immune system to recognize the pathogen or concomitant illness that results in immunodeficiency. On the other hand, there are times when the immune system recognizes our own tissues as foreign and disease ensues because the immune system inappropriately destroys self. This is referred to as hypersensitivity or "auto-immunity". The Gel and Coombs classification divides the types of hypersensitivity diseases by the immune mechanism that is operative. According to this classification there are four types of autoimmune diseases: Type I or immediate hypersensitivity (allergy), Type II or cytotoxic antibodies (many drug reactions), Type III or antigen-antibody complex disease (Lupus Erythematosis, for example) and Type IV or delayed type hypersensitivity (Poison Ivy).

Another major concept of immunoreactivity is that the immune system has evolved to recognized large molecules or pieces of large molecules. For example, the MHC class I antigen presenting system (which presents intracellular antigen) generally presents antigens that are 8 to 10 amino acids in length, while the MHC class II presenting system (which present extracellular antigens) is responsible for antigens in the 12 to 14 amino acid range. For this reason, low molecular molecules, such as HCHO cannot be seen by the immune system unless they are bound covalently to a larger macromolecule, usually a protein or glyco-protein. In this case the small molecule is referred to as a hapten and the larger molecule as the carrier. This type of immune response is further complicated as the actual immune response may be to the hapten itself, to the hapten only in the bound form or to the hapten-carrier complex sometimes referred to as a neo-antigen. This concept is particularly important for HCHO as will be discussed below.

Because of the extreme reactivity of HCHO with tissue macro-molecules, the ability of this reagent to generate immune responses and to result in one or more of the hypersensitivity states that are noted above has been examined in great detail. Interestingly, in only one of the 4 types of hypersensitivity has HCHO been demonstrated to generate an immune response in a significant number of humans. This is a type IV or delayed type hypersensitivity.

Type IV hypersensitivity is mediated by sensitized T-cells. This type of immune response is generated when a hapten binds to proteins in the upper layers of the skin. The derivatized proteins are then recognized by specialized antigen presenting cells in the skin called Langerhan's Cells and presented to helper T-cells along with appropriate signals to generate cytotoxic T-cells. Upon a second contact with the chemical compound the cytotoxic T-cells migrate into the area of contact and begin the process that results in the characteristic maculo-papular eruption. In the case of HCHO it has been demonstrated that contact sensitivity requires direct contact with the skin and that gaseous HCHO is not capable of inducing either the sensitization or the induction of the response. The most common cause of HCHO hypersensitivity appears to be its use in cosmetics as several studies have demonstrated that HCHO sensitivity is higher in women than in men. Most importantly, a longitudinal study that has been ongoing in Europe for many years has demonstrated that the percentage of individuals that are reactive to HCHO has remained the same despite the increased use of this reagent in

Wedne-SA00339

many products. This strongly suggests that off gassing of HCHO does not contribute to Type IV hypersensitivity. And, with respect to the Katrina trailers, would not be expected to be of any health concern either now or in the future.

With respect to Type II and Type III hypersensitivity, both of which require the production of IgG type antibodies, there is no evidence to suggest that either of these immune mechanisms are of concern. In experimental animals it is possible to generate antibodies which are directed against the HCHO-protein adduct; however, in the majority of cases these are generated by the direct immunization of the animals with the conjugate, often in the presence of an adjuvant, a situation which would never occur in the human situation. Nonetheless, in these experimental animals the antibodies are not toxic to the animal. That is, they do not result in any disease. This is because the antibody is largely directed against the, "formyl", group (the actual group HCHO turns into when it is bound to a protein) or because a neo-antigen has been generated and antibodies to that antigen are not of concern to the animal. It is important to remember that the vast majority of the antibodies that we produce are not bad. In the human situation IgG antibodies to formyl-protein have been noted in the setting of direct contact of HCHO with human blood or blood product as noted below. Even in this rare situation there has been no evidence or even suggestion that the generated IgG results in an adverse health outcome. And, with respect to the residents of the Katrina trailers, there would be no immediate or long lasting adverse health effect from the production of a Type II or Type III immune response.

Type I hypersensitivity is better know as an allergy. It results from the production of a specific class of antibody called IgE. Unlike other types of hypersensitivity, type I originally evolved as a highly beneficial protective response against protozoan parasites and it is only in the past 100 or so years that the adverse effects of this type of immune response have become evident. Indeed, our need to protect ourselves against parasites is so great that we evolved a system that is capable of incredibly rapid and profound response to minute amounts of antigen.

As we have been able to rid ourselves of protozoan parasites, this part of our immune system has been left with little or no function. Instead, the system has begun to misread antigens that would otherwise be benign as harmful and target them with the result that the host, rather than the invader, is affected. In addition, other changes which we have made in our environment such as cleaner water and food, less contact with farm animals, early immunization and a greater and earlier use of antibiotics has changed our entire immune systems. Thus, we have moved from an immune system that is poised to fight bacterial and viral infection to a system that is poised to fight an infection that is no longer present. This is often referred to as the "hygiene hypothesis".

The ability to make an IgE response is called "atopy", and is a function of our genetic makeup and our environment. Once IgE is made to a specific antigen this can result in a variety of disease states including: allergic rhinitis, allergic conjunctivitis, asthma, food allergy, eczema and in extreme cases an overwhelming response called anaphylaxis. Why one individual develops asthma and another develops allergic rhinitis and a third

5

develops food allergy is not well established, but is believed to be genetic in nature.

The development of an allergy requires the production of IgE type antibodies to a specific allergen (the term for an antigen that induces IgE). Not respective of the type of material to which an individual may be exposed, it is implicit that that material must induce IgE production to become allergenic. Why one protein, such as Fel d 1 from the sebaceous gland of a cat is highly allergenic and another protein such as cat defensen, also secreted in the sebum of the cat, is not allergenic at all, is not known. But, is currently the subject of intense investigation. Thus, one cannot simply look at a protein or its structure and state that that protein will or will not be an allergen. In addition, IgE antibodies may also be directed against low molecular weight molecules that have bound covalently to a large protein. These haptens (as noted above) then serve as the focus for the IgE production either alone or in combination with the protein. This is the situation with allergic reaction to drugs. And, like other allergen, low molecular weight allergens coupled to protein do not follow a specific set of rules. Thus, to determine if a hapten–protein conjugate is an allergen must be done by experimental analysis.

The subject of the role of HCHO in either inducing or augmenting allergic diseases, particularly asthma and allergic rhinoconjunctivitis, has been the subject of speculation and investigation for over 30 years. These studies have divided themselves into two groups. First, we can ask: can HCHO by binding covalently to tissue protein and result in the production of IgE antibodies either to HCHO as a hapten, to the HCHO-protein adduct or to a protein whose structure has been altered by HCHO sufficiently to be recognized as foreign in sufficient quantity to result in an allergic disease. And second, we can ask if HCHO without the induction of a true immune response can augment or worsen an ongoing allergic response.

IV. Many groups have looked at the ability of HCHO as a hapten to generate IgE antibodies. These studies can be summarized by stating that exposure of man (and experimental animals) to gaseous HCHO even at relatively high ambient concentrations is not capable of generating anti-formyl IgE at concentrations that might be related to a human disease state. Most of the studies have failed to demonstrate any anti-HCHO-protein IgE at all, while some, such as the recent study of Doi, et al. have demonstrated IgE at very low concentrations that did not correlate with the patient's disease; asthma in this case (The prevalence of IgE sensitization to formaldehyde in asthmatic children. Doi S. Suzuki S. Morishita M. Yamada M. Kanda Y. Torii S. Sakamoto T. Allergy. 58:668-71, 2003.)

The reason for this failure of HCHO to induce IgE is undoubtedly related to its extreme reactivity. As will be noted below, the HCHO must bind to a protein component with can be "seen" by the immune system. Gaseous HCHO binds entirely to the mucosa of the upper airway. No HCHO even penetrates to the lower part of the pharynx, let alone the upper lung. The bound HCHO is then sloughed off of the mucosa and is either swallowed and destroyed or brought to the tip of the nose by ciliary action and excreted. None of this material is ever in a position to be picked up by antigen presenting cell and sent to the immune system in such a way that it can be recognized as foreign. Thus, it is not at all surprising that ambient HCHO is neither an antigen nor an allergen.

Wedne-SA00341

There is one case that has been reported in which HCHO can result in the production of IgE type antibodies and that is when the HCHO come into direct contact with the proteins (largely human serum albumin) of the bloodstream. Patterson and co-workers have described this situation. (Journal of Allergy and Clinical Immunology Volume 84, Issue 3, September 1989, Pages 359-366) This study involved nurses who cleaned kidney dialyzers with 35% aqueous formaldehyde. In this case the actual antibodies were directed against the formyl-protein conjugate and not against either free HCHO or circulating human albumin, the major protein in the serum. Even in this unique situation, it was not clear that there was a correlation between the production of anti-formyl-protein IgE and a human disease state.

V. Sonya Andrews: 12/11/63. Ms. Andrews is a 49-year-old African American female with a past medical history of hypertension, adult onset diabetes mellitus, arthritis and rhinitis with episodic sinusitis. She also has a history of tobacco abuse as well as episodic alcohol and marijuana abuse. She moved into her travel trailer in December 23, 2005 and left the trailer in May of 2009. Ms. Andrews main complaints related to her travel trailer are an odor and irritation of her eyes. Ms. Andrews has a paucity of medical records to document her complaints; indeed, the only records that are available to me are those or Dr. Mosadegh who treated Ms. Andrews for upper airway problems and those of Dr. Kolinsky who saw Ms. Andrews in the Emergency Department and treated her for right sided otitis media with effusion. Both of these incidents antedated her stay in the travel trailer. It is of some interest that during the course of her stay in the THU Ms. Andrews did not present to any medical facility for any of the medical conditions that are listed in her Fact Sheet.

Perhaps the most significant fact regarding this plaintiff is her history of tobacco abuses which continues to the present time. It is noted that she smokes "Kool" 100 mm menthol cigarettes. Both Ms. Andrews and her children noted that she smoked in her THU as well as other dwellings.

Ms. Andrews claims that she noted an odor in her THU (her son states that it began about 6 months after they moved into the trailer) and did not dissipate in addition she noted that she has irritation of her eyes that also did not dissipate with time. Both of these observation are contradicted by Ms. Andrews other son who noted that he did no notice an odor in the THU and did not have irritation of his eyes while he was visiting the trailer.
Ms. Andrews history is not consistent with exposure to HCHO in any situation most certainly in her THU. As noted above, the irritation of HCHO begins within a relatively shirt period of time following exposure and then decreases. This is due to two basic phenomena. The first in the decrease in the off gassing of HCHO with time that is seen in any THU and the second is the natural adaptation that human have to noxious odors such as HCHO. These phenomena in combination always mean that the symptoms and signs of irritation will begin early in the exposure and decrease with time. For Ms. Andrews, who resided in her THU for almost 4 years, her irritation as well as the other symptoms should have dissipated long before she left the THU.

Wedne-SA00342

Most importantly, Ms. Andrews has smoked and continues to smoke cigarettes. In the face of the over whelming exposure to HCHO from mainstream cigarette smoke, any other exposure pales by comparison. Even accounting for the well-known "first puff" phenomena, the concentration of HCHO in cigarette smoke with no added sugars is approximately 30 parts per million and the addition of additives, in particular sugars (as would be found in flavored cigarettes like Kool menthol) can significantly increase the concentration of formaldehyde. (R.R. Baker / Food and Chemical Toxicology 44 (2006) 1799–1822). Although some lower levels have been published (see Fan Chen, DrPH, Yu-Dan Wei, PhD, and William F. Bina, MD MPH. Poster at the APHA 134th Annual Meeting, Boston, 2006), these levels (5.6 ppm) still far exceed any that might have been experienced in a THU.

Not only is smoking in the indoor environment a major cause of HCHO exposure, but it also serve to increase the overall ambient levels of HCHO. Indeed, a number of studies have demonstrated that smoking a pack of cigarettes per day in a mobile home will increase the ambient levels by 3 fold. While other tend to down play the role of side stream smoke, even the low estimates indicate that ambient levels will rise by 0.25 ppm in a mobile home (Am J Public Health. 1989 August; 79(8): 1044–1045) and given the smaller size of a THU it would be expected that the minimum increase would be greater in these units.

Finally, it should be noted that marijuana is also a source of HCHO although not to the same extent as environmental tobacco smoke. (*Chem. Res. Toxicol.* **XXXX**, *xxx*, 000 Published on Web 12/07/2007 A Comparison of Mainstream and Side-stream Marijuana and Tobacco Cigarette Smoke Produced under Two Machine Smoking Conditions, David Moir, William S. Rickert, Genevieve Levasseur, Yolande Larose, Rebecca Maertens, Paul White, and Suzanne Desjardins)

Conclusions: Ms. Andrews has minimal complaints related to her THU and no medical documentation to indicate that they were of clinical significance to her. She does not have a history, which is consistent with HCHO exposure. Most importantly, she is an habitual tobaccos abuser and an incidental marijuana abuser both of which deliver HCHO to the individual and to the environment at much higher levels that could ever be experienced in a THU. To a reasonable degree of medical and scientific certainty Ms. Andrews did not suffer an adverse health effect from her sojourn in her THU and she will not suffer any adverse health from this exposure in the future.

VI. Conclusion: To a reasonable degree of medical and scientific certainty, Sonya Andrews suffered no adverse health effects from HCHO while residing in her Sun Valley travel trailers.

James Wedner, MD

July 17, 2011

Wedne-SA00343

# CURRICULUM VITAE

**NAME:** H. James Wedner, M.D.
**DATE OF BIRTH:** May 12, 1941 - Pittsburgh, Pennsylvania
**RESIDENCE:** 60 Ladue Terrace, St. Louis, Missouri 63124
**OFFICE INFORMATION:** 660 South Euclid, Campus Box 8122, St. Louis, Missouri 63110
**MISSOURI LICENSE:** R 3928
**TELEPHONE:** Office: (314) 454-7937 / Home: (314) 995-6801
**MARITAL STATUS:** Married, June 18, 1978

### PRE-MEDICAL EDUCATION:
1959 - 1963    Cornell University, Ithaca, New York
               B.A Degree, Zoology

### MEDICAL EDUCATION:
1963 - 1967    Cornell University Medical College, New York, New York
               M.D. Degree

### HOSPITAL TRAINING:
1967 - 1968    Intern, Barnes Hospital, St. Louis, Missouri
1970 - 1971    Senior Assistant Resident, Barnes Hospital, St. Louis, Missouri

### ACADEMIC APPOINTMENTS:
1971 - 1974    USPHS Trainee in Immunology, Washington University School of Medicine, St. Louis, Missouri
1973 - 1974    Instructor in Medicine, Washington University School of Medicine, St. Louis, Missouri
1974 - 1980    Assistant Professor of Medicine, Washington University School of Medicine, St. Louis, Missouri
1979 – 1997    Director, Allergy Clinic, Barnes Hospital, St. Louis, Missouri
1980 - 1996    Associate Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri
1986 - 1995    Director, Training Program in Allergy and Clinical Immunology, Washington University School of Medicine, St. Louis, Missouri
1987 - 2001    Chief, Clinical Allergy and Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri
1996 - Present Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri
1998 - 2001    Member, Institutional Review Board (Human Studies Committee), Washington University School of Medicine, St. Louis, Missouri
2000 - Present Medical Director, The Asthma & Allergy Center, Washington University School of Medicine, St. Louis, Missouri
2001-Present   Chief, Division of Allergy and Clinical Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri
2001-Present   Director, Allergy and Clinical Immunology Fellowship Training Program, Washington University School of Medicine/ Barnes-Jewish Hospital/Children's Hospital of St. Louis Graduate Medical Education Consortium, St. Louis, Missouri
2001-Present   Committee Chairman, Institutional Review Board #1, Human Studies Committee, Washington University School of Medicine, St. Louis, Missouri

## HOSPITAL APPOINTMENTS:
| | |
|---|---|
| 1974 - 1981 | Assistant Physician, Barnes Hospital, St. Louis, Missouri |
| 1981 - 1996 | Associate Physician, Barnes Hospital, St. Louis, Missouri |
| 1991 - Present | Associate Physician, Barnes West County Hospital, St. Louis, Missouri |
| 1996 - Present | Associate Physician, Barnes-Jewish Hospital, St. Louis, Missouri |

## HONORS AND AWARDS:
Clarence Coryell Prize in Medicine, Cornell University Medical College
Senior Price in Medicine, Cornell University Medical College
Senior Thesis Award, Cornell University Medical College
Bordon Prize for Research, Cornell University Medical College
Alpha Omega Alpha Honor Medical Society, Cornell University Medical College
NIAID Research Career Award Recipient, 1975-1980
Visiting Professor, American College of Allergy, at University of Arkansas, March, 1991
Visiting Professor, American College of Allergy, at Michigan State University, October, 1992
Chairman, Steering Committee, National Cooperative Inner-City Asthma Study, National Institute of Allergy and Infectious Diseases, 1991-1995
American Lung Association Volunteer Award, 1995
Visiting Professor, SUNY-Buffalo, Children's Hospital of Buffalo and Buffalo General Hospital, September, 1999
Nominee for Washington University's AWN Mentor Award, 2000.
Visiting Professor, Eastern Virginia Medical School, April, 2003
Visiting Professor, State University Of New York at Buffalo Medical School, May, 2004
Listed in "America's Top Doctors", Castle Connolly Medical Ltd, 2005 – present
Listed in "Best Doctors in America", affiliated with Harvard Medical School, 2005 - present
Listed in "St. Louis Best Doctors", 2005 - present

## MILITARY SERVICE:
| | |
|---|---|
| 1968 - 1970 | Senior Assistant Surgeon, USPHS, assigned to U.S. Coast Guard, Governors Island, New York |

## ACADEMIC AND PROFESSIONAL ORGANIZATIONS:
American Academy of Allergy and Immunology – Fellow Status
American Association of Immunologists
American College of Allergy, Asthma & Immunology
Clinical Immunological Society – Chair, Communications Committee
European Academy of Allergology and Clinical Immunology
St. Louis Metropolitan Medical Society

| | |
|---|---|
| 2005 – present | Member Indoor Air Quality Committee, AAAAI |
| 1991 - Present | Cori Society, Washington University School of Medicine |
| 1996 -2006Member | Committee on Allergy and Immunology in Medical Schools, AAAAI |
| 2004 – 2005 | Committee Chair, AAAAI Primary Care Rotations in Allergy and Pierson Visitation Program Committee |
| 2004-2005 | Committee Member, AAAAI Urticaria and Angioedema Committee |
| 2004-Present | Representative, Division of Allergy/Immunology, American Association of Subspecialty Professors |

## EDITORSHIP(S):
| | |
|---|---|
| 1980 - 1982 | Associate Editor, The Journal of Immunology |

| | |
|---|---|
| 1984 - 1997 | Topic Editor, Clinical Immunology, Quarterly Survey of Immunology Research |
| 1974 - 1985 | Volume Associate Editor, The Year in Immunology |
| 1985 - 1986 | Volume Associate Editor, The Year in Immunology |
| 1991 - 1996 | Editorial Board, Journal of Allergy and Immunology |
| 1999-2004 | Editor, Clinical Immunology Society Newsletter |
| 2000-Present | Editor, Anaphylaxis and Drug Allergy Section, Current Allergy Reports |

**PUBLICATIONS**

1. Grace CM, Wedner HJ. Measles in previously immunized children. *Morbidity and Mortality*, 1969; 18:141.
2. Wedner HJ, Hoffer BJ, Battenberg E, Steiner AL, Parker CW and Bloom FE. A method for detecting cyclic AMP by immunofluorescence. *J Histochem Cytochem* 1972; 10:293.
3. Bloom FE, Hoffer BJ, Battenberg ER, Siggins GR, Steiner AL, Parker CW and Wedner HJ. Adenosine 3',5' monophosphate is localized in cerebellar neurons: Immunofluorescence evidence. *Science* 1972; 177:436.
4. Eisen SA, Wedner HJ and Parker CW. Isolation of pure human peripheral T lymphocytes on nylon columns. *Immunol Comm* 1972; 1:571.
5. Bloom FE, Wedner HJ and Parker CW. The use of antibodies of study cell structure and metabolism. *Pharmacol Rev* 1973; 25:343.
6. Parker CW, Sullivan TJ and Wedner HJ. Cyclic AMP and the immune response. In: Advances in Cyclic Nucleotide Research. Eds: GA Robison and P Greengard. Raven Press, New York, 1974, Vol. 4, pp. 1-79.
7. Pan P, Bonner J, Wedner HJ and Parker CW. Immunofluorescence evidence for the distribution of cyclic AMP in cells and cell masses of the cellular slime molds. *Proc Natl Acad Sci* 1974; 71:1625.
8. Parker CW, Snider DE, Wedner HJ. The role of cyclic nucleotides in lymphocyte activation. In: Progress in Immunology II. Eds: L Brent and J Holborow. North-Holland Publishing Co., New York, 1974. Vol. 2, pp. 85-94.
9. Wedner HJ and Parker CW. Protein phosphorylation in human peripheral lymphocytes. Stimulation by phytohemagglutinin and $N^6$ monobutyryl cyclic AMP. *Biochem Biophys Res Comm* 1975; 62:808.
10. Wedner HJ, Bloom FE and Parker CW. The role of cyclic nucleotides in lymphocyte proliferation. In: Immune Recognition. Ed: AS Rosenthal. Academic Press, New York, 1975, pp. 337-357.
11. Wedner HJ and Parker CW. Lymphocyte activation. In: Progress in Allergy. Karger Basel, 1976, Vol. 20, pp. 195-300.
12. Wedner HJ, Parker LN and Rosenfeld MG. Mechanism of cAMP control of protein synthesis. I. The preparation of a highly purified antibody and a solid-state immunoassay for porcine pancreatic alpha-amylase. *Anal Biochem* 1975; 65:175.
13. Wedner HJ, Dankner R and Parker CW. Cyclic GMP and lectin induced lymphocyte activation. *J Immunol* 1975; 115:1682.
14. Atkinson JP, Wedner HJ and Parker CW. Two novel stimuli of cyclic adenosine 3',5'-monophosphate (cAMP) in human lymphocytes. *J Immunol* 1975; 115:1023.
15. Steiner AL, Ong S and Wedner HJ. Cyclic nucleotide immunochemistry. *Adv Cyclic Nucleotide Res* 1976; 7:115.
16. Lichenstein JR, Bauer EA, Hoyt R and Wedner HJ. Immunologic characterization of the membrane-bound collagen in normal human fibroblasts: Identification of a distinct membrane collagen. *J Exp Med* 1976; 114:145.

17. Atkinson JP, Udey MC, Wedner HJ and Parker CW. Studies on the stimulation of cAMP metabolism by heparin solutions containing benzyl alcohol. *J Cyclic Nucleotide Res* 1976; 2:297.
18. Wedner HJ Parker CW. Adenylate cyclase activity in lymphocyte subcellular fractions. Characterization of a nuclear adenylate cyclase. *Biochem J* 1977; 162:483.
19. Wedner HJ, Chaplin DD and Parker CW. Evidence for an early sulfhydryl reagent sensitive step during lymphocyte activation. In: Proceedings of the 11th Leukocyte Culture Conference. Academic Press, New York, 1977, p. 456.
20. Kelly JP, Wedner HJ and Parker CW. Mitogenic receptors on human peripheral blood lymphocytes: The interaction of phaseolus vulgaris (E-PHA) and ATG on the human peripheral blood lymphocyte membrane. *J Immunol* 1977; 118:2213.
21. Greene WC, Wedner HJ and Parker CW. Calcium Ionophore A23187 and lymphocyte activation. In: Leukocyte Membrane Determinants Regulating Immune Reactivity. Eds: VP Eijsvoogel, D Roos, and WP Ziijlemaker. Academic Press, New York, 1976, p. 129.
22. Buckley PJ and Wedner HJ. Variation in DNA and RNA synthetic responses during activation of lymphocytes from inbred strains of mice. *J Immunol* 1977; 119:9.
23. Chaplin DD and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by diamide and other sulfhydryl reagents. *Cell Immunol* 1978; 36:303.
24. Buckley PJ and Wedner HJ. Measurement of the DNA synthetic capacity of activated lymphocytes: Nucleotide triphosphate incorporation by permeabilized cells. *J Immunol* 1978; 120:1930.
25. Shearer WT, Wedner HJ, Strominger DB, Kissane J and Hong R. Successful transplantation of the thymus in Nezelof's syndrome. *Pediatrics* 1978; 61:619-624.
26. Pan P and Wedner HJ. Immunohistochemical localization of cyclic GMP in aggregating polysphodylium violaceum. *Differentiation* 1979; 14:113.
27. Atkinson JP, Kelly JP, Weiss A, Wedner HJ and Parker CW. Enhanced intracellular cGMP concentrations and lectin-induced lymphocyte transformation. *J Immunol* 1978; 121:2282.
28. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation and lymphocyte activation. In: Proceedings of the International Symposium on the Biological Basis for Immunodeficiency. Toronto, October, 1978. Raven Press, New York, 1980, pp. 269-281.
29. Yecies LD, Wedner HJ, Johnson SM, Jakschik BA and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. I. Conditions of generation and initial characterization. *J Immunol* 1979; 122:2083.
30. Yecies LD, Johnson SM, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. II. Evidence for a precursor role of arachidonic acid and further purification. *J Immunol* 1979; 122:2090.
31. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. I. Subcellular distribution and partial characterization of adenosine 3',5'-monophosphate-dependant protein kinase. *Biochem J* 1979; 182:525.
32. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. II. Phosphorylation of endogenous plasma membrane and cytoplasmic proteins. *Biochem J* 1979; 182:537.
33. Wedner HJ. Inhibition of lectin induced lymphocyte mitogenesis by parachloro-mercuri-benzoate linked to dextran and sephadex: Relationship to cyclic nucleotide metabolism. *Cell Immunol* 1979; 92:209.
34. Wedner HJ, Chan BY, Parker CS and Parker CW. Cyclic nucleotide phosphodiesterase activity in human peripheral blood lymphocytes and monocytes. *J Immunol* 1979; 123:725.
35. Yecies LD, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated human leukemic basophils. I. Evidence for a precursor role of arachidonic acid and initial purification. *J Immunol* 1979; 123:2814.
36. Wedner HJ. The effect of diamide on cyclic AMP levels and cyclic nucleotide phosphodiesterase in human peripheral blood lymphocytes. *Biochim Biophys Acta* 1980; 628:407.

37. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. Mitogen-induced increases in protein phosphorylation in intact lymphocytes. *J Immunol* 1980; 124:2390.
38. Udey MD, Chaplin DD, Wedner HJ and Parker CW. Early activation events in lectin-stimulated human lymphocytes. Evidence that wheat germ agglutinin and mitogenic lectins cause similar early changes in lymphocyte metabolism. *J Immunol* 1980; 125:1544.
39. Parker CW, Fischman CM and Wedner HJ. Relationship of slow reacting substance biosynthesis to intracellular glutathione levels. *Proc Natl Acad Sci USA* 1980; 77:6870.
40. Goffstein BJ, Gordon LK, Wedner HJ and Atkinson JP. cAMP concentrations in human peripheral blood lymphocytes: Changes in association with cell purification. *J Lab Clin Med* 1980; 96:1002.
41. Wedner HJ, Simchowitz L, Stenson WF and Fischman CW. Inhibition of human polymorphonuclear leukocyte function by 2-cyclohexene-1-one: A role for glutathione in cell activation. *J Clin Invest* 1981; 68:535.
42. Sullivan TJ, Wedner HJ, Shatz GS, Yecies LD and Parker CW. Skin testing to detect penicillin allergy. *J Allergy Clin Med* 1981; 68:171.
43. Fischman CM, Udey M, Kurtz M and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-one: Decreased intracellular glutathione inhibits an early event in the activation sequence. *J Immunol* 1981; 127:2257.
44. Sullivan TJ, Yecie, LR, Shatz GS, Parker CW and Wedner HJ. Desensitization of patients allergic to penicillin using orally administered P lactin antibodies. *J Allergy Clin Immunol* 1982; 69:275.
45. MacDermott RP, Bertovich MJ and Wedner HJ. Decreased intracellular glutathione inhibits cell mediated cytotoxicity. *FASEB* 1982; 41:315.
46. Shatz G, Sullivan T, Kulczycki A, Zull D, Yecies LD and Wedner HJ. Feather pillows and allergic patients. *Ann of Allergy* 1982; 48:59.
47. Wedner HJ. Cyclic AMP in the immune response. In: Handbook of Experimental Pharmacology: Cyclic Nucleotides. Eds: JW Kebabian and JA Nathanson. Springer-Verlag, Berlin, Heidelberg, New York, 1982, 58(2), pp. 764-785.
48. Wedner HJ. The role of calcium and arachidonic acid metabolism in lymphocyte activation. In: Advances in Immunopharmacology. Eds: JW Hadden, L Chedid, P Dukor, F Spreafico, and D Willoughby. Pergamon Press, New York, 1983. pp. 81-86.
49. Stenson WF, Lobos B and Wedner HJ. Glutathione depletion inhibits amylase release in guinea pig pancreatic acini. *Am J Physiol* 1983; 244:G273.
50. Bromberg-Schneider S, Erickson N, Dennis A, Halverson J and Wedner HJ. Cutaneous energy and marrow suppression as complications of gastroplasty for morbid obesity. *Surgery* 1983; 94:109.
51. Parker CW and Wedner HJ. Pneumonococcal infection in a splenectomized patient. *Amer J Med* 1983; 74:129.
52. Dankner RE and Wedner HJ. Aspirin desensitization in aspirin-sensitive asthma. *Amer Rev Respir Dis* 1983; 128:953.
53. Wedner HJ, Bahn G and Fischman CM. Inhibition of lectin induced lymphocyte mitogenesis by acivicin and 6-diazo-5-oxo-L-norleucine. *Int J Immunopharm* 1984; 1:16.
54. Wedner HJ, Korenblat PE. Eds: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984.
55. Wedner HJ and Korenblat PE. Introduction: Allergy past and future. In: Allergy: Theory and Practice, Grune and Stratton Press, San Diego, Calif., 1984, pp. 1-4.
56. Wedner HJ. Theophylline. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 221-234.
57. Wedner HJ, Korenblat PE and White R. Systemic mastocytosis. *Amer J Med* 1984; 144:2249.
58. Wedner HJ. Adverse Reactions to Drugs. In: Current Pediatric Therapy. Eds: SS Gellis and BM Kagan. WB Saunders Co., Philadelphia. 1984, pp. 643-646.
59. Lutz CT, Bell CE, Wedner HJ and Krogstad DJ. Allergy skin testing of multiple patients with a

common syringe should be abandoned. *New Eng J Med* 1984; 310:1335.
60. Hamilos D and Wedner HJ. The T lymphocyte antigen receptor. *Surv Synth Path Res* 1984; 3:292.
61. Korenblat PE, Wedner HJ, Whyte MP, Frankel S and Avioli LV. Systemic mastocytosis. *Arch Int Med* 1984; 144:2249.
62. Wedner HJ. Biochemical events associated with lymphocyte activation. *Surv Immunol Res* 1984; 3:295.
63. Hamilos D and Wedner HJ. Enzymatic depletion of intracellular lymphocyte glutathione by buthionine sulfoximine does not inhibit activation by mitogenic lectins. *FASEB* 1984; 43:974.
64. Wedner HJ, Bahn G, Gordon LK and Fischman CM. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-One: Analysis of DNA synthesis in individual cells by BUdR quenching of hoechst 33258. *Int J Immunopharm* 1985; 7:25.
65. Cort D, Bass G and Wedner HJ. Lectin stimulated tyrosine phosphorylation of human T lymphocyte particulate proteins. *FASEB* 1985; 44:1313.
66. Bass G, Cort D and Wedner HJ. Tyrosine phosphorylation of a 66KD soluble protein is stimulated by mitogens and growth factors in human T lymphocytes. *FASEB* 1985; 44:1527.
67. Cort D, Bass G and Wedner HJ. Tyrosine phosphorylation of particulate proteins in lectin stimulated human T lymphocytes. *J Allergy Clin Immunol* 1985; 75:181.
68. Zenger VE and Wedner HJ. Analysis of extractable oak pollen proteins. *J Allergy Clin Immunol* 1985; 75:175.
69. Hamilos DL and Wedner HJ. The role of glutathione in lymphocyte activation. I. Comparison of inhibitory effects of buthionine sulfoximine and 2-cyclohexene-1-one by nuclear size transformation. *J Immunol*. 1985; 135:2740.
70. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology 1984-85. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1985, pp. 129-135.
71. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 12. Eds: SS Gellis and BM Kagen. WB Saunders, Co., Philadelphia. 1985. pp. 640-646.
72. Wedner HJ. Recent studies in lymphocyte activation. The Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1986, Vol. 2, pp. 145-151.
73. MacDermott RP, Bertovich MJ, Bragdon MJ, Nash GS, Leusch MS and Wedner HJ. Inhibition of cell-mediated cytotoxicity by 2-cyclohexene-1-One: Evidence for a role for glutathione and/or glutathione-protein interactions in cytolysis. *Immunol* 1986; 57:521.
74. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66,000 $M_r$ soluble protein in lectin activated human peripheral blood T lymphocytes. *J Immunol* 1986; 136:4226.
75. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66KD soluble protein and augmentation of lectin induced mitogenesis by DMSO in human T lymphocytes. *FASEB* 1986; 45:2036.
76. Wedner HJ. Patterns of theophylline utilization. In: New Trends in Allergy II. Eds: J Ring and G Burg. Springer-Verlag, 1986, pp. 335-41.
77. Frankel SJ, Polmar SH, Grumet FC and Wedner HJ. Anti-IgA antibody associated reactions to intravenous gamma-globulin in a patient who tolerated intramuscular gamma globulin. *Ann Allergy* 1986; 56:436.
78. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology. Vol. 2. Eds: JM Cruse, RE Lewis, Jr. Karger Basel, Switzerland, 1986, pp. 145-151.

Wedne-SA00349

79. Wedner HJ and Bass G. Stimulation of the phosphorylation of a 66,000 dalton soluble tyrosine phosphoprotein by agents that activate or augment activation of human peripheral blood T lymphocytes. *Cell Immunol* 1986; 104:201.
80. Wedner HJ and Bass G. Induction of the tyrosine phosphorylation of a 66 KD soluble protein by DMSO in human peripheral blood T lymphocytes. *Biochem Biophys Res Comm* 1986; 140:743.
81. Wedner HJ. Pulmonary infiltrates and eosinophilia in a young man. CPC. Eds: KM Ludmerer and JM Kissane. *Amer J Med* 1986; 81:533.
82. Wedner HJ, Zenger VE and Lewis WH. Allergic reactivity to parthenium hysterophores (Santa Maria Feverfew) pollen: An unrecognized allergen. *Int Arch Appl Immunol* 1987; 84:116.
83. Panuska JR, King TE, Korenblat PE and Wedner HJ. Hypersensitivity reaction to desipramine. *J All Clin Immunol* 1987; 80:18.
84. Loria RC, Jadidi S and Wedner HJ. Anaphylactic reaction to Ampicillin in a patient with common variable immunodeficiency syndrome desensitized to penicillin. *Ann Allergy* 1987; 59:15-16 and 34-38.
85. Wedner HJ. Allergic reactions to drugs. Update on allergy. *Primary Care* 1987; 14:523.
86. Wedner HJ, Zenger V, Lewis W. Allergic reactivity to parthenium hysterophores pollen. In: Advances in Aerobiology. *Experientia* 1987; 51:125.
87. Sternberg EM, Wedner HJ, Leung MK and Parker CW. Effect of serotonin (5-HT) and other monoamines on murine macrophages: Modulation of interferon-gamma induced phagocytosis. *J Immunol* 1987; 138:4360.
88. Hansbrough JR, Wedner HJ and Chaplin DD. Anaphylaxis to intravenous furosemide. *J Allergy and Clin Immunol* 1987; 80:538.
89. Lewis WH, Dixit AB and Wedner HJ. Reproductive biology of parthenium hysterophores (Asteraceae). *J Palynology* 1988; 23-24:73-82.
90. Wedner HJ. Recent studies in T lymphocyte activation. In: Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland. 1988. pp. 119-128.
91. Loria RC, Prange JO and Wedner HJ. Immunoblotting of pollen proteins: Tween 20 mediates nonspecific binding of gamma globulins to immunoblots of oak pollen proteins. *J Allergy Clin Immunol* 1988; 82:834.
92. Wedner HJ. Reintroduction of drugs in the allergic patient. In: Insights in Allergy. Ed: JA Grant. CV Mosby Co., 1988, Vol. 3, #3.
93. Loria RC, Finnerty N and Wedner HJ. Successful use of aztreonam in a patient who failed oral penicillin desensitization. *J Allergy Clin Immunol* 1989; 83:735.
94. Loria RC, Wilson P and Wedner HJ. Identification of the allergens in white oak (Quercus alba) pollen by immunoblotting. *J Allergy Clin Immunol* 1989; 84:9.
95. Loria RC and Wedner HJ. Facial swelling secondary to inhaled bronchodilator abuse: catecholamine induced sialosis. *Ann Allergy* 1989; 62:289.
96. Wedner HJ, Wilson P and Lewis WH. Allergic reactivity of parthenium hysterophores pollen: An ELISA study of 582 sera from the United States gulf coast. *J Allergy Clin Immunol* 1989; 84:263.
97. Gupta A, Hruska KA and Wedner HJ. Phytohemagglutinin rapidly lyses S49 T-lymphoma cells and the cytotoxicity is not mediated by generation of cAMP or increase in cytosolic calcium. *Biochem Biophys Res Comm* 1990; 170:1035.
98. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of herbaceous plants at Corpus Christi, Texas. *Aerobiologia* 1990; 6:141.
99. Hamilos DL, Mascali JJ and Wedner HJ. The role of glutathione in lymphocyte activation – II. Effects of buthionine sulfoximine and 2-cyclohesene-1-one on early and late activation events. *Int J Immunopharmac* 1991; 13:75.

Wedne-SA00350

100. Lewis WH, Kennelly EJ, Bass GN, Wedner HJ, Elvin-Lewis MP and Fast WD. Ritualistic use of the holly ilex guayusa by amazonian jivaros. *J Ethnopharmacology* 1991; 33:25-30.
101. Lewis WH, Dixit AB and Wedner HJ. Asteraceae aeropollen of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:37.
102. Wedner HJ. Drug Allergy Prevention and Treatment. In: Immunology and Allergy Clinics of No. America. Ed: PP VanArsdel, Jr. WB Saunders Co., Philadelphia, PA. 1991, pp. 679-694.
103. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of weeds of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:47.
104. Korenblat PE and Wedner HJ, Eds. Allergy: Theory and Practice, Second Edition. WB Saunders Co., Philadelphia, PA. 1992. pp. 1-578.
105. Wedner HJ. Chapter 19. Theophylline. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 313-330.
106. Wedner HJ and Korenblat PE. Chapter 1. Allergy: Past and Future -Revisited. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 1-4.
107. Sullivan TJ and Wedner HJ. Chapter 35. Drug Allergy. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 541-559.
108. Wedner HJ, Corey J and Johnson W. Chapter 23. Anticholinergic agents in the treatment of asthma. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 375-383.
109. Lewis WH, Dixit AB and Wedner HJ. Grass aeropollen of the Western United States Gulf Coast. *Intern Archives of Allergy and Immunol* 1992; 98:80-88.
110. Dixit AB, Lewis WH and Wedner HJ. The allergens of Epicoccum nigrum link. I. Identification of the potential allergens by immunoblotting. *Allergy Clin Immunol* 1992; 90:11-20.
111. Wedner HJ. Cat Allergy: Nothing to sneeze at. In: Encyclopaedia Britannica, Medical and Health Annual, 1993. Chicago, Encyclopaedia Britannica, Inc., pp. 479-483, 1992.
112. Haire-Joshu D, Fisher EB, Munro J and Wedner HJ. A comparison of patient attitudes towards asthma self-management among acute and preventive care settings. *J Asthma* 1993; 30:359-371.
113. Wedner HJ. Drug Allergy. In: Basic and Clinical Immunology. 8th Edition. Eds: DP Stites, AI Terr, and TG Parslow. Appleton & Lange Medical Publishers, Norwalk, CN. 1994, pp. 371-379.
114. Straus SE, Komaroff A and Wedner HJ. Chronic Fatigue Syndrome. Point and Counterpoint. *J Inf Dis* 1994; 170:1-6.
115. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 13. Eds: SS Gellis and BM Kagen. WB. Saunders Co., Philadelphia, PA, 1995.
116. Reiss JL, Abelson MB, George MA and Wedner HJ. Allergic Conjunctivitis. In: Ocular Infection & Immunity. Eds: JS Pepose, GN Holland and KR Wilhelmus. Mosby Year Book, 1996, pp. 345-358.
117. Munro JF, Haire-Joshu D, Fisher EB and Wedner HJ. Articulation of asthma and its care among low income emergency care recipients. *J Asthma* 1996; 33:313-325.
118. Wedner HJ. Drug Allergy. In: Medical Immunology. Ninth Edition. Eds: DP Stites, AI Terr and TG Parslow. Appleton & Lange Medical Publishers, Stamford, CN. 1997, pp. 433-443.
119. Dixit AB, Lewis WH and Wedner HJ. Indoor fungal aerospora of buildings damaged by the US Mississippi River flood of 1993. Ed: SN Agashe. In: Aerobiology, Fifth International Conference, Bangalore, Oxford & IBH Publishing Co., New Dehli, India, 1994, pp. 129-135.
120. Wade S, Weil C, Holden G, Mitchell H, Evans R III, Kruszon-Moran D, Bauman L, Crain E, Eggleston P, Kattan M, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Psychosocial characteristics of inner-city children with asthma: A description of the NCICAS psychosocial protocol. *Pediatr Pulmonol* 1997; 24:263-276.

Wedne-SA00351

121. Mitchell H, Senturia Y, Gergen P, Baker D, Joseph C, McNiff K, Wedner HJ, Crain E, Eggleston P, Evans R III, Kattan M, Kercsmar C, Leickly F and Malveaux F. Design and methods of the National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:237-252.
122. Kattan M, Mitchell H, Eggleston P, Gergen P, Crain E, Redline S, Weiss K, Evans R III, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Characteristics of inner-city children with asthma: The National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:253-262.
123. Senturia YD, McNiff-Mortimer K, Baker D, Gergen P, Mitchell H, Joseph C and Wedner HJ. Successful techniques for retention of study participants in an inner-city population. *Control Clin Trials*, 1998; 19(6):544-54.
124. Lewis WH, Dixit AB, Wedner HJ and Crozier WA. Airborne and Allergenic Tree Pollen of the Texas Gulf Coast (USA): Current concepts in pollen-spore and biopollution research. Prof. Sunirmal Chandra 60th Birth Anniversary Felicitation Volume. Eds: NM Dutta, S Gupta-Bhattacharya, S Mandal and K Bhattacharya. Research Periodicals and Book Publishing House, Houston, TX. 1998, pp. 319-336.
125. Evans R III, Gergen P, Mitchell H, Kattan M, Kercsmar C, Crain E, Anderson J, Eggleston P, Malveau F and Wedner HJ. An Intervention to Reduce Asthma Morbidity Among Inner-City Children: Results of the National Cooperative Inner-City Asthma Study (NCICAS). *J Pediatr* 1999; 135(3):332-38.
126. Dixit A, Lewis W, Baty J, Crozier W, Wedner J. Deuteromycete aerobiology and skin-reactivity patterns: A two year concurrent study in Corpus Christi, Texas, USA. *Granna* 39: 209-218, 2000.
127. Wedner HJ. Direct comparison of newer antihistamines using wheal and flare response. *Current Allergy Reports*, 1:1, 2000.
128. Grayson, M., Wedner, HJ, Korenblat, P., The Washington Manual of Ambulatory Therapeutics, ed. Tammy L. Lin, Scott W. Rypkema, Chapter 12, Allergy and Asthma, 2002 Lippincott Williams& Wilkins, pp 227
129. Mian RR, Wedner HJ. Poster Session 3406, Poster 439: Steroid Sparing Agents for the Treatment of Patients with Chronic Urticaria Requiring Daily Oral Corticosteroids and Sedating H1 Antihistaminics. AAAI Meeting, San Francisco, CA, March 2004:
130. Mian RR, Ramos MS, Wedner HJ. Eosinophilia in an Iranian Woman. *Ann of Allergy, Asthma & Immunol* 92: 1-6, 2004.
131. Jost BC, Wedner HJ, Bloomberg GR, Elective penicillin skin testing in a pediatric outpatient setting. Ann Allergy Asthma Immunol. 2006, 97:807-12
132. Wedner, HJ., There Is a Fungus Among Us—But Should We Worry?, ACP Medicine, 30: 1, 2007.
133. James L. Sublett, MD,a,b James Seltzer, MD,c Robert Burkhead, ME,d P. Brock Williams, PhD,e H. James Wedner, MD,f, Wanda Phipatanakul, MD, MS,g,h and the American Academy of Allergy, Asthma & Immunology Indoor Allergen: Committee, Air filters and air cleaners: *Rostrum by the American Academy of Allergy, Asthma & Immunology Indoor Allergen Committee.*