## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-5659 *(Sonya Andrews)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF UNCONTESTED MATERIAL FACTS FOR SUN VALLEY, INC., d/b/a SUN-LITE'S MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION

**MAY IT PLEASE THE COURT:**

Defendant, **SUN VALLEY, INC., d/b/a SUN-LITE,** respectfully submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Medical Causation:

1. This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which several thousand named plaintiffs claim to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged un-inhabitability of their residences due to Hurricanes Katrina and Rita.

2. Plaintiff, Sonya Andrews, resided in a travel trailer, VIN 1S4BT30296301449, after Hurricane Katrina.

3. The unit, VIN 1S4BT30296301449, was manufactured by defendant Sun Valley.

4. Plaintiff did not seek medical treatment for any problems that she associated with any formaldehyde smell. (Exhibit A, p. 155-156)

1

5. The experts designated by Plaintiff are Patricia Williams, Ph.D. and Stephen Smulski, Ph.D.

6. Plaintiff designated Patricia Williams as her general medical causation expert; and, she designated Stephen Smulski as her wood sciences expert. (Rec. doc. 21626)

7. Dr. Patricia Williams' expert report was previously prepared and produced in the *Alexander* bellwether trial; and, it contains no references to Sonya Andrews or her medical issues, if any.

8. Dr. Stephen Smulski's expert report was previously prepared and produced in the *Class Certification* hearing of this Multi-district litigation; and, it contains no references to Sonya Andrews, her medical issues, or Sun Valley trailers.

9. No expert has opined that Andrews faces a specific increased risk of cancer due to her particular levels of exposure to formaldehyde in the trailer.

10. No expert has opined that Andrews' symptoms are related in any way to her alleged formaldehyde exposure from Sun Valley's trailer.

11. No expert has opined on the specific levels of formaldehyde Andrews was allegedly exposed to in her FEMA trailer.

12. Dr. James Wedner, defendant's expert pulmonologist, opined that a) Ms. Andrews does not have a history consistent with formaldehyde exposure and b) Ms. Andrews did not suffer an adverse health effect as a result of living in the FEMA trailer.

13. Plaintiff has not produced any expert report regarding a specific medical causation opinion.

Respectfully submitted,
**ALLEN & GOOCH**

/s/ *Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, # 33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 21st day of July, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ *Brent M. Maggio*
BRENT M. MAGGIO