UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eloise Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5261; | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

Merz, Christopher Donald
Merz, Christopher Donald o/b/o Christopher R. Merz
Merz, Christopher Donald o/b/o Julia Merz
Merz, Paula Ann
Miller, Augustine
Miller, Jr., Carl
Miller, Sr., Carl
Miller, Joe Anne
Miller, Verlesia
Miller, Verlesia o/b/o Gerard Miller
Moore, Keyome
Moore, Keyome o/b/o Sean Moore
Moore, Keyome o/b/o Stephen Moore, Jr.
Moore, Keyome o/b/o Edward Beachem
Moore, Melissa Word
Moore, Michael G.
Murana, II, Joseph
Navarre, Domonique
Navarre, Domonique o/b/o Zamire Thompson
Navarre, Vonree Calista
Odom, Billy
Odom, Janice

    Odom, Janice o/b/o Precyous Johnson
    Pitts, Thelma
    Pitts, Thelma o/b/o Aniah Batiste
    Pitts, Thelma o/b/o Shianne Batiste
    Riley, Daisy Lee
    Smith, Everlene
    Smith, Willie
    Spears, Necole S.
    Tebault, Lisa o/b/o Brian Tebault-Kennedy

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

    Respectfully Submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    Three Lakeway Center, Suite 2900
    3838 N. Causeway Boulevard
    Metairie, Louisiana  70002
    Telephone: (504) 832-3700
    Facsimile: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 21st day of July, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**