**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eduardo Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5258 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream

Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial

Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

Mejia, III, Alfonso Thomas
Mejia, Ann Tina
Mejia, Ann Tina o/b/o Julian Masson
Miller, Elizabeth
Miller, Sonya
Miller, Sonya o/b/o Destin Miller
Mitchell, Brandi Anne
Mitchell, Gregory Phillip
Mitchell, Lisa Ann
Mitchell, Diana
Mitchell, Diana o/b/o Miya D'aiyha Lee
Mitchell, Diana o/b/o Mushall Olivia Mitchell
Molinario, Christine
Molinario, Christine o/b/o Janice Molinario
Molinario, Christine o/b/o Ronald Molinario
Molinario, Christine o/b/o Trenton Molinario
Morsy, Ana Maria
Morsy, Ana o/b/o David Mazaheri-Morsy
Morsy, Ana o/b/o Mikayla Mazaheri-Morsy
Nacquin, Jr., Lindberg Tebs
Nrcisse, Irene
Narcisse, Jerrett

Nelson, Sr., Derreck
Nelson, Gary
Nelson, John H.
Nelson, Whitley
Newman, Ida
Owens, Tiffany
Owens, Tiffany o/b/o Carl Owens
Paige, Donna
Paige, Donna o/b/o Kasey Paige
Paige, Donna o/b/o Donna Terregano
Patton, Steven B.
Pelas, Bettie
Pelas, Bettie o/b/o Richard A. Leon, III
Perez, Necol
Perez, Necol o/b/o Cobi Perez
Perez, Necol o/b/o Carl Perez
Perez, Necol o/b/o Gabrielle Perez
Perez, Nicholas P.
Pichon, Anthony I.
Pichon, Suzanne Marie o/b/o/e/o Nora J. Penton
Pitarre, Debra A.
Pizhon, Marcus
Polk, Darlene Dora
Rankin, Melba
Ray, Margie White
Ray, Margie White o/b/o Michael Ray, Jr.
Ray, Sr., Michael
Ray, Paula
Read, Carrie J.
Read, Carrie J. o/b/o Devon Read
Read, Stanley
Renard, Reginald Donnell
Retif, Derek Anthony
Retif, Donna Risey
Retif, Jr., Michael Phillip
Rinkus, Brandon
Robinson, Michael
Rowel, Anthony
Scarengos, Christy
Scarengos,Christy o/b/o Christopher Scarengos
Scarengos, Christy o/b/o Jonathan Scarengos
Scarengos, Christy o/b/o Nicholas Sacrengos
Scarengos, Robert
Shuler, Josephine Robinson
Shuler, Mario
Simmon, Rose Mary

Smith, Marion Prevost
Smith, Maxie Jewel
Steece, Aaron P.
Steece, Aaron, P. o/b/o Aliyah Rasmussin
Sturkey, Regina
Sullivan, Mary
Sullivan, Mary o/b/o Victoria Duhe
Sullivan, Mary o/b/o Christian Duhe
Sweet, Michal Juliette
Sweet, Michal Juliette o/b/o Adaia Raccioppa
Tebault, Lisa
Tebault, Lisa o/b/o Domonique, Jones
Tebault, Lisa o/b/o Briantani Tebault-Kennedy
Tebault, Lisa o/b/o DeLesia Mack
Tebault, Lisa o/b/o Ariyona Williams
Tebault, Lisa o/b/o Secret Williams
Tebault, Shirley Thelma Villavaso
Thomas, Sr., Jarrell
Thomas, Patricia Powell
Tillison, Fannie Mae
Tillison, Gary Warren
Tillison, Vaugcheri
Tillison, Vaugcheri o/b/o Tameka Tillison
Voss, Erika
Voss, Erika o/b/o Serenity Harris
Walker, Dawn o/b/o Christian Bentley
Walker, Dawn o/b/o Cody Walker
Walker, Dawn o/b/o Kameron Walker
Walton, Audrey
Warren, Kerry
Warren, Randy
Warren, Tammy
Warren, Tammy o/b/o Evan Gonzalez
Wasser, Vanessa o/b/o Amerionna Wasser
Wasser, Vanessa o/b/o Makayla Wasser

The reasons for the Motion are more fully set forth in the attached Memorandum in

00211705-1

3

Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

   **I DO HEREBY CERTIFY** that on this 21st day of July, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

_s/ Andrew D. Weinstock_
_____
**ANDREW D. WEINSTOCK**