UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eduardo Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5258 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**MAY IT PLEASE THE COURT:**

Gulf Stream Coach, Inc. ("Gulf Stream") moves this Honorable Court for an Order dismissing the claims of the following plaintiffs with prejudice for failure to comply with the terms of Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

Mejia, III, Alfonso Thomas
Mejia, Ann Tina
Mejia, Ann Tina o/b/o Julian Masson
Miller, Elizabeth
Miller, Sonya
Miller, Sonya o/b/o Destin Miller
Mitchell, Brandi Anne
Mitchell, Gregory Phillip
Mitchell, Lisa Ann
Mitchell, Diana
Mitchell, Diana o/b/o Miya D'aiyha Lee
Mitchell, Diana o/b/o Mushall Olivia Mitchell
Molinario, Christine
Molinario, Christine o/b/o Janice Molinario
Molinario, Christine o/b/o Ronald Molinario
Molinario, Christine o/b/o Trenton Molinario
Morsy, Ana Maria
Morsy, Ana o/b/o David Mazaheri-Morsy
Morsy, Ana o/b/o Mikayla Mazaheri-Morsy
Nacquin, Jr., Lindberg Tebs
Nrcisse, Irene
Narcisse, Jerrett

Nelson, Sr., Derreck
Nelson, Gary
Nelson, John H.
Nelson, Whitley
Newman, Ida
Owens, Tiffany
Owens, Tiffany o/b/o Carl Owens
Paige, Donna
Paige, Donna o/b/o Kasey Paige
Paige, Donna o/b/o Donna Terregano
Patton, Steven B.
Pelas, Bettie
Pelas, Bettie o/b/o Richard A. Leon, III
Perez, Necol
Perez, Necol o/b/o Cobi Perez
Perez, Necol o/b/o Carl Perez
Perez, Necol o/b/o Gabrielle Perez
Perez, Nicholas P.
Pichon, Anthony I.
Pichon, Suzanne Marie o/b/o/e/o Nora J. Penton
Pitarre, Debra A.
Pizhon, Marcus
Polk, Darlene Dora
Rankin, Melba
Ray, Margie White
Ray, Margie White o/b/o Michael Ray, Jr.
Ray, Sr., Michael
Ray, Paula
Read, Carrie J.
Read, Carrie J. o/b/o Devon Read
Read, Stanley
Renard, Reginald Donnell
Retif, Derek Anthony
Retif, Donna Risey
Retif, Jr., Michael Phillip
Rinkus, Brandon
Robinson, Michael
Rowel, Anthony
Scarengos, Christy
Scarengos, Christy o/b/o Christopher Scarengos
Scarengos, Christy o/b/o Jonathan Scarengos
Scarengos, Christy o/b/o Nicholas Sacrengos
Scarengos, Robert
Shuler, Josephine Robinson
Shuler, Mario
Simmon, Rose Mary

    Smith, Marion Prevost
    Smith, Maxie Jewel
    Steece, Aaron P.
    Steece, Aaron, P. o/b/o Aliyah Rasmussin
    Sturkey, Regina
    Sullivan, Mary
    Sullivan, Mary o/b/o Victoria Duhe
    Sullivan, Mary o/b/o Christian Duhe
    Sweet, Michal Juliette
    Sweet, Michal Juliette o/b/o Adaia Raccioppa
    Tebault, Lisa
    Tebault, Lisa o/b/o Domonique, Jones
    Tebault, Lisa o/b/o Briantani Tebault-Kennedy
    Tebault, Lisa o/b/o DeLesia Mack
    Tebault, Lisa o/b/o Ariyona Williams
    Tebault, Lisa o/b/o Secret Williams
    Tebault, Shirley Thelma Villavaso
    Thomas, Sr., Jarrell
    Thomas, Patricia Powell
    Tillison, Fannie Mae
    Tillison, Gary Warren
    Tillison, Vaugcheri
    Tillison, Vaugcheri o/b/o Tameka Tillison
    Voss, Erika
    Voss, Erika o/b/o Serenity Harris
    Walker, Dawn o/b/o Christian Bentley
    Walker, Dawn o/b/o Cody Walker
    Walker, Dawn o/b/o Kameron Walker
    Walton, Audrey
    Warren, Kerry
    Warren, Randy
    Warren, Tammy
    Warren, Tammy o/b/o Evan Gonzalez
    Wasser, Vanessa o/b/o Amerionna Wasser
    Wasser, Vanessa o/b/o Makayla Wasser

## I.   CREATION OF MDL AND FACT SHEET PROCESS

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. On January 30, 2008 the Court issued Pre-Trial Order No. 2, describing procedures for various case management issues. This Pre-Trial Order introduced the "Plaintiff Fact Sheet" (PFS), which would serve as

the substitute for the initial rounds of Interrogatories and Requests for Production of Documents in a standardized and simple form. Rec. Doc. No. 87. The Order also established a process for "curing" these fact sheets when a particular plaintiff failed to provide one or more responses in his or her fact Sheet. Outlining the curing process, the Order stated that when any plaintiff failed to materially comply with the obligation to submit a completed PFS within the timelines established, counsel for the defendants was to send the plaintiff's counsel a letter explaining the material deficiency in the PFS. *Id*. at p. 8—9. The letter would specifically list each alleged material deficiency, and state that the defendants would seek dismissal if the plaintiff failed to cure the deficiencies in his or her PFS within 30 days. *Id*.

Subsequently, on March 18, 2009, the Court amended Pre-Trial Order No. 2 with Pre-Trial Order No. 32 as to the issue of these fact sheets. Rec. Doc. No. 1180. Due to the large number of cases being filed in the summer of 2009, Pre-Trial Order No. 32 provided new deadlines for the provision of the sheets. Order 32 also retained the same curing procedure as was set forth in Order 2.

## II.   LAW AND ARGUMENT

Here, Gulf Stream respectfully submits that the plaintiffs identified above have failed to comply with these Orders, and therefore, this Court should dismiss their claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its own affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA/RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir.1992); *Colle v. Brazos County, Tex.,* 981 F.2d 237, 242-243 (5th Cir. 1993). Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action

or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice.[1]

In this case, the plaintiffs submitted various Plaintiff Fact Sheets for, among others, the plaintiffs listed in the introduction. Gulf Stream reviewed these PFS, and subsequently sent correspondence to plaintiffs' counsel listing the deficiencies in each fact sheet.[2] Plaintiffs' counsel has never responded to this correspondence and/or provided any cures for the deficiencies forwarded.

Thus, Gulf Stream moves for an Order dismissing these plaintiffs. As it prepares for additional litigation, evaluates the possibility of settlement, and analyzes other issues concerning the progress of this lawsuit, Gulf Stream must be able to obtain information about those who make allegations against it. The Plaintiff Fact Sheet serves as the best way to acquire such information, as the Sheet acts as the initial round of discovery responses. Without this simulated discovery response, Gulf Stream is significantly prejudiced, and there is good cause for the Court to discontinue any potential for further prejudice against Gulf Stream by dismissing the claims of these plaintiffs. Indeed, plaintiffs themselves recognize the merit of this position, as evidenced by their statement that they have no opposition to the pending Motion. In accordance with Pre-Trial Orders 2 and 32, and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the

---

[1]   *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F.2d 1214 (5th Cir. 1970).

[2]   See correspondence dated May 9, 2011, attached hereto as Exhibit "A."

Motion to Dismiss filed by Gulf Stream should be granted, dismissing the foregoing plaintiffs, with prejudice.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
        Three Lakeway Center, Suite 2900
        3838 N. Causeway Boulevard
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com
        **Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 21st day of July, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**