UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Eduardo Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-5258; | * | |

**********************************************************************************

NOTICE OF HEARING

       **IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure

to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs Fact Sheets, is hereby set for

the 10th day of August, 2011, at 9:30 a.m.

                      Respectfully Submitted:

                      **DUPLASS, ZWAIN, BOURGEOIS,
                      PFISTER & WEINSTOCK**

                      s/Andrew W. Weinstock

                      _____
                      **ANDREW D. WEINSTOCK #18495
                      JOSEPH G. GLASS #25397**
                      3838 N. Causeway Boulevard, Suite 2900
                      Metairie, Louisiana 70002
                      (504) 832-3700
                      (504) 837-3119 (FAX)
                      andreww@duplass.com
                      jglass@duplass.com

00211355-1

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 21st day of July, 2011, a copy of the foregoing Notice of Hearing

was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be

sent to liaison counsel by operation of the court's electronic filing system and all other counsel of

record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00211355-1