UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE        *  MDL NO. 1873
PRODUCTS LIABILITY LITIGATION           *
                                        *
                                        *
                                        *
                                        *  JUDGE ENGELHARDT
                                        *
THIS DOCUMENT RELATES TO:               *
                                        *
*Robert Moise Legendre, et al. v. Morgan Buildings & Spas,* *  MAGISTRATE CHASEZ
*Inc., et al* (E.D. La. Suit No. 10-3831)    *
************************************************

## PRETRIAL ORDER NO. 10 CERTIFICATE OF COMPLIANCE

In accordance with Pretrial Order No. 10, I hereby certify that on July 21, 2011, I

corresponded *via* electronic mail with counsel for the plaintiffs concerning the Motion for Leave

to File Reply Memorandum and plaintiffs' counsel stated she had no opposition to Morgan's

motion.

                                  Respectfully Submitted:

                                  **McGlinchey Stafford, PLLC**

                                  *s/Amanda S. Stout*
                                  Christine Lipsey (LA Bar Roll # 1182), T.A.
                                  Dan E. West (LA Bar Roll #13372)
                                  Amanda S. Stout (LA Bar Roll #29001)
                                  One American Place, 14th Floor
                                  Baton Rouge, LA  70825
                                  Telephone:  (225) 383-9000
                                  clipsey@mcglinchey.com
                                  dwest@mcglinchey.com
                                  astout@mcglinchey.com

385830.1