Demetriace Laura Batiste
1/7/2011

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:   FEMA TRAILER      * MDL NO. 1873
              FORMALDEHYDE      *
 5            PRODUCTS          * SECTION: N (5)
              LIABILITY         *
 6            LITIGATION        * JUDGE: ENGELHARDT
                                *
 7   THIS DOCUMENT RELATES      *
     TO: Gerod Macon, et al     *
 8   v. Sun Valley, Inc., et    * MAG. JUDGE CHASEZ
     al, Docket No. 09-7109     *
 9   (Laura Demetriace          *
              Batiste)
10
11   *******************************************
12
13
14
15        Deposition of DEMETRIACE LAURA
16   BATISTE, taken at the Law Offices of
17   Gainsburgh, Benjamin, David, Meunier &
18   Warshauer, LLC, 2800 Energy Centre, 1100
19   Poydras Street, New Orleans, Louisiana 70163,
20   on the 7th day of January 2011.
21
22
23
24
25
```

EXHIBIT A

1     A.     They had like -- it was
2  different.  It's just -- I don't know.  Like I
3  say, you don't know if it was from them just
4  being them or if it was from the FEMA trailer.
5  I don't know.
6     Q.     When you would go into these
7  other people's trailers, did that smell affect
8  you in any way?
9     A.     My aunt one did, but to say
10 anybody else one, you could go sit up in there
11 and maybe you might get a little headache or
12 something, but you could live with that, but
13 my aunt trailer, you just -- you couldn't, no.
14 You couldn't deal with it.
15    Q.     Let's talk some more about your
16 problems from the FEMA trailer that you lived
17 in.
18    A.     Okay.
19    Q.     Tell me all the different
20 problems that living in the FEMA trailer
21 caused you.
22    A.     Oh, my God.  I stayed in the
23 hospital with headache, sore throat, itchy
24 eyes.
25    Q.     Slow down.

```
 1      A.      Runny nose.
 2      Q.      Okay.
 3      A.      Nausea.  It was a couple of
 4   different things that I was back and forth,
 5   back and forth in the hospital for.
 6      Q.      We're going to talk about the
 7   doctors and the hospital in a second.  What I
 8   want to know is all the different problems,
 9   symptoms, complaints that living in that
10   trailer caused you.
11      A.      The main thing was headaches,
12   throwing up, sore throat, itching eyes, my
13   eyes burning.  It was just -- it wasn't right.
14      Q.      Any other problems?
15      A.      (Witness shakes head negatively.)
16   Not to say.
17      Q.      Okay.  And are you saying that it
18   all came from that smell?
19      A.      Probably so because I don't have
20   it now.
21      Q.      When --
22      A.      When I moved out the FEMA
23   trailer, it was about, I will say, maybe two
24   months, maybe -- maybe three months later, my
25   body, it was just like it was trying to adjust
```

(504) 833-3330
(800) 487-3376

Curren-Landrieu, LLC
www.currenland.com

FAX (504) 833-3355
currenland@aol.com

Demetriace Laura Batiste
1/7/2011

Page 91

```
 1   hospitals, Lurline Smith and Jump Start over
 2   at Southeast Mental.
 3        A.      Uh-huh (affirmative response).
 4        Q.      Any other places you have been to
 5   for any reasons?
 6        A.      Jump Start is not a mental
 7   hospital.  Jump Start is a school.
 8        Q.      But it's at the mental hospital?
 9        A.      No, it's not.
10        Q.      It's on the grounds, right?
11        A.      It's on the grounds, but it's not
12   a mental hospital.  It's behind it.  They got
13   three schools back there actually.  They got
14   Jump Start, they got Pathway, and they got
15   Challenge.
16        Q.      All right.  Other than going to
17   Lurline Smith, LA Heart, Lakeview Regional,
18   and then this eye doctor next week, have you
19   been to any other hospitals or doctors for any
20   other reasons?
21        A.      No, sir.
22        Q.      Are you making a claim for fear
23   of developing cancer?
24        A.      Yes.
25        Q.      You are?
```

```
 1       A.      (Witness nods head
 2   affirmatively.)
 3       Q.      What -- why?
 4       A.      Because I didn't know that you
 5   could get cancer from falamalyde (sic).  Or
 6   what it's called from being in the FEMA
 7   trailer?  I didn't know you could get cancer
 8   from that.
 9       Q.      Who told you?
10       A.      Who old me that?
11       Q.      Uh-huh (affirmative response).
12       A.      It's not to say who told me.
13   It's just to say reading about it on the
14   Internet.  It's according to what's going on
15   because I stay on the computer, stay watching
16   the news.  They got a lot of things that be
17   going on that I pay attention to.
18       Q.      Do you have, like, a Facebook
19   page, any of that kind of stuff?
20       A.      No, sir.
21       Q.      MySpace?
22       A.      No.
23       Q.      What kind of cancer do you
24   understand that you can develop from being
25   exposed to formaldehyde?
```

```
 1      A.      I couldn't tell you.  Cancer is
 2  cancer.
 3      Q.      And what -- when did you first
 4  learn that being exposed to formaldehyde could
 5  cause you to develop cancer?
 6      A.      It was, what, 2007, 2006.
 7      Q.      Were you still living in the FEMA
 8  trailer at that time?
 9      A.      Uh-huh (affirmative response), I
10  was.
11      Q.      And so when you learned that,
12  what did you do?
13      A.      I couldn't do nothing about it
14  because I had done been in the FEMA trailer
15  almost a whole year, going on two, so there
16  wasn't nothing that I could have did about it.
17  Like to say, Oh, you going to get cancer.
18  Cancer is -- it's going to come either way it
19  go.
20      Q.      Uh-huh (affirmative response).
21      A.      So it wasn't nothing that I could
22  have done about it.
23      Q.      You haven't gone to any doctor to
24  test you for cancer, right?
25      A.      They didn't never say nothing
```

```
 1      A.      Pine-Sol, Mr. Clean, yeah.
 2      Q.      Your trailer had about how many
 3 windows in it?
 4      A.      Six, including the two at the top
 5 on the roof.
 6      Q.      The two at the top, we're going
 7 to call those vents.
 8      A.      Vents, okay.
 9      Q.      Because they had little cranks
10 for them, right?
11      A.      Well, five -- four; four.  They
12 had one in the room.  They had -- no, they had
13 one on the door.  They had one in the back of
14 the room.  They had one in the kitchen, and
15 they had one by the bunk bed.  They had the
16 one in the bathroom that you crank up, and
17 they had one in the bedroom over the bed that
18 you crank up.
19      Q.      So it sounds like four windows
20 and two vents?
21      A.      That's three -- four windows and
22 two vents, yep.
23      Q.      Would you keep those windows and
24 vents open all the time?
25      A.      Uh-huh (affirmative response).
```

```
 1      Q.      24/7?
 2      A.      All the time, but during the
 3   wintertime.
 4      Q.      And during the wintertime, you'd
 5   close them?
 6      A.      Yeah, but I still had the door
 7   open to let that trailer air out, or I might
 8   open the vent windows when it's nice outside
 9   and just let that little kerosene heater just
10   pump.
11      Q.      Inside your trailer, would you
12   put, like, those little Glade refresheners or
13   something like that to make it smell better?
14      A.      Incense.
15      Q.      What's that?  Like what?
16      A.      Incense.  You burn it.
17      Q.      Like those little sticks?
18      A.      Uh-huh (affirmative response).
19      Q.      So you would burn incense?
20      A.      Uh-huh (affirmative response), or
21   candles, anything to relieve that little odor
22   that it had into it.
23      Q.      What kind of incense would you
24   use?
25      A.      Morning Blessing.  It's an Indian
```