## Maggio, Brent

| | |
|---|---|
| **From:** | Shari Wright [SWright@reichandbinstock.com] |
| **Sent:** | Thursday, June 16, 2011 5:04 PM |
| **To:** | Maggio, Brent |
| **Subject:** | FEMA - Sun Valley |
| **Attachments:** | Smulski, Stephen.pdf; Williams, Patricia - Final Report.pdf |

Ask and you shall receive.

*Shari Wright*
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone 713-622-7271
Fax 713-623-8724
http://www.reichandbinstock.com

--

The information contained in this electronic mail transmission is intended by Reich and Binstock, LLP for receipt by the named individual or entity to which it is directed. This electronic mail transmission may contain information that is privileged or otherwise confidential. It is not intended for transmission to or receipt by anyone other than the named addressee (or person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling the law offices of Reich and Binstock, LLP at 713-622-7271, so that our address record can be corrected. Thank you.





**Allen & Gooch**
A Law Corporation

VIA EMAIL ONLY

June 16, 2011

Shari Wright, Esq.
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873     Section "N-5"
Argonaut Claim No.: 174811
Westchester Claim No.: JY09J0231660 (Sun Valley)

Dear Shari:

In reference to your representation that experts Stephen Smulski and Patricia Williams will rely on reports "provided in the prior FEMA bellwether trials," please note that I still object to them failing to produce a current report addressing our case and failing to provide a current date. It is my position that reports containing the appropriate captions of each of our bellwether plaintiffs with a recent date is required in order for these reports to be admissible in our cases.

With respect to your representation, please specify which bellwether plaintiffs' reports they plan to use. Furthermore, please forward a copy of the reports they intend to use along with all corresponding reliance materials. Please provide me with all of this information by the end of the day today.

Sincerely,

/s/ BMM

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N. Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

## Maggio, Brent

| | |
|---|---|
| **From:** | Adams, Sherry |
| **Sent:** | Thursday, June 16, 2011 2:56 PM |
| **To:** | (TBeard@reichandbinstock.com); Allison Snoddy; Dennis C. Reich (dreich@rbfirm.net); Shari Wright (swright@rbfirm.net) |
| **Cc:** | Maggio, Brent; Barker, Lori; Delorimier, Rachel; Ben Ward (bward@lpwsl.com); Candace R. LeBlanc (CLeblanc@swslaw.com); Charlie Penot Jr. (CPenot@midrid.com); Dan Picou; Gerardo R. Barrios (gbarrios@bakerdonelson.com); James R. Sutterfield (jsutterfield@swslaw.com); Lamont P. Domingue (lpd@volalaw.com); Larry I. Gramovot (larry@gramovotandtakacs.com); Lezly L. Petrovich (lpetrovich@midrid.com); Richard A. Sherburne Jr. (rsherburne@midrid.com); Rick D. Meils (rmeils@meilsattorney.com); Wade M. Bass (wbass@bakerdonelson.com); (Adam.dinnell@usdoj.gov); (Henry.Miller@usdoj.gov); (Jonathan.Waldron@USDOJ.Gov); (Markie.Hoffman@USDOJ.Gov); (Sean.Quinn@USDOJ.Gov); Andrew W. Weinstock (andreww@duplass.com); Charles E. Leche (cleche@dkslaw.com); David Kurtz (dkurtz@bakerdonelson.com); gmeunier@gainsben.com; Justin I. Woods (jwoods@gainsben.com); Karen Whitfield; Michelle Boyle (Michelle.Boyle@USDOJ.Gov); Ralph Hubbard Esq. (rhubbard@lawla.com) |
| **Subject:** | FEMA Litigation - Sun Valley |
| **Attachments:** | 20110616144916500.pdf |

Please see the attached correspondence from Mr. Maggio.


Sherry Adams
Legal Assistant to Brent M. Maggio, Esq.
Allen & Gooch
3900 N. Causeway Blvd., Suite 1450
Metairie, Louisiana 70002
Direct Line: (504) 836-5263
Direct Fax: (504) 836-5265
SherryAdams@AllenGooch.com

1