MINUTE ENTRY
ENGELHARDT, J.
July 21, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO:

*Jayco, Inc. Summary Jury Trial*
*Member Case No. 09-6425*


      A pre-trial conference was conducted on Thursday, July 21, 2011, at 7:45 a.m.  Participating

were Gerald E. Meunier, Raul R. Bencomo, Thomas L. Cougill, Mark Willingham and Chris Pinedo.

Also in attendance was Magistrate Judge Sally Shushan.

JS10(0:45)