# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **FEMA Trailer Formaldehyde** | * | **MDL No. 1873** |
| **Products Liability Litigation** | * | |
| | * | **Section N(5)** |
| **This Document Relates To:** | * | |
| ***Anthony Bartel and Sherry Bartel v.*** | * | **Judge Engelhardt** |
| ***Gulf Stream Coach, Inc., et al.*** | * | |
| ***(Civil Action No. 09-3943)*** | * | **Magistrate Chasez** |

**************************************************************************

## ORDER

Considering Plaintiff's foregoing Motion To Substitute Sherry Bartel As

Representative For Deceased Plaintiff Anthony Bartel:

**IT  IS  SO  ORDERED** that the Plaintiff's Motion is GRANTED and Plaintiff Sherry

Bartel is substituted as the representative for the deceased Anthony Bartel's, claims for

damages.

THIS DONE the 22nd day of _____ July _____, 2011 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE KURT ENGELHARDT