Claimant Name: Brandy Fonseca on behalf of Ja'naya
Claimant's Attorney: Parker Waichman Alonso, LLP

** PLAINTIFF IS NO LONGER A PLAINTIFF IN THE LITIGATION AGAINST GULFSTREAM **

1. Did not provide the date when plaintiff claims this injury or disease first occurred, as required by Section III (C)(5).
   Supplemental Response:

2. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
   Supplemental Response:

3. Did not indicate the approximate length and width of the temporary housing unit, as required by Section V (A)(12).
   Supplemental Response:

4. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).
   Supplemental Response:

5. Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C).
   Supplemental Response:

6. Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D).
   Supplemental Response:

7. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
   Supplemental Response:

8. Did not sign the certification.
   Supplemental Response:

9. Did not sign a HIPAA Authorization for medical records.
   Supplemental Response:

10. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
    Supplemental Response:

11. Did not sign the Privacy Act Release.
    Supplemental Response:

12. Did not provide an executed Authorization for Release of Employment Records.
    Supplemental Response:

_____          6/15/11
Plaintiff or Representative            Date