**Claimant Name: Reginald Thomas**
**Claimant's Attorney: Parker Waichman Alonso, LLP**

1. Did not provide the VIN Number, as required by Section V (A)(2).
   Supplemental Response: After further evaluation, plaintiff was unable to obtain the VIN number of his FEMA housing unit. As plaintiff learns of this information, it will be provided to your office.

2. Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4).
   Supplemental Response: After further evaluation, plaintiff was unable to obtain the bar code number of his FEMA housing unit. As plaintiff learns of this information, it will be provided to your office.

3. Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11).
   Supplemental Response: The approximate square footage is unknown to plaintiff

4. Did not provide plaintiff's height, current weight, and/or weight prior to living in FEMA housing unit, as required by Section VI (A-B).
   Supplemental Response: Plaintiff is unsure of his height, current weight and weight prior to living in his FEMA trailer.

5. Did not provide other tobacco use history, as required by Section VI (D).
   Supplemental Response: Question does not apply to plaintiff

6. Did not provide plaintiff's educational background, as required by Section IV (E).
   Supplemental Response: Plaintiff is unable to recall his educational background at this time. This information will be supplemented to your office as it is provided to us.

7. Did not provide plaintiff's current employment information, as required by Section IV (F)(1).
   Supplemental Response: Plaintiff is unable to provide his current employment information at this time. This information will be supplemented to your office as it is provided to us.

8. Did not provide plaintiff's employment information for the past ten years, as required by Section IV (F)(2).
   Supplemental Response: Plaintiff is unable to provide his employment information at this time. This information will be supplemented to your office as it is provided to us.

9. Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).
   Supplemental Response: After further evaluation, plaintiff was unable to provide the pharmacies that have dispensed medication to the plaintiff during the last seven years. This information will be supplemented to your office as it is provided to us.

10. Did not sign a HIPAA Authorization for psychological/psychiatric records, as required for plaintiff's making a claim for emotional distress.
    Supplemental Response: Plaintiff not making a claim for emotional damages

_____          6/15/11
Plaintiff or Representative                Date