UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | SECTION: N (5) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE: CHASEZ |
| *Irma Miller, et al. v. Sun Valley, Inc., et al* *Docket No. 09-5658 (Charles Marshall)* | * * | |

*********************************************************************

## SUN VALLEY'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ESTABLISH "REASONABLY ANTICIPATED USE" UNDER THE LPLA REGARDING CLAIMS OF CHARLES MARSHALL

NOW INTO COURT, through undersigned counsel, comes defendant, Sun Valley, Inc. d/b/a Sun Lite ("Sun Valley"), who moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons set forth in the attached Memorandum, and on the grounds that Plaintiff, Charles Marshall, has failed to establish the requisite elements for recovery on his claims against Defendants, Sun Valley, made under the Louisiana Products Liability Act ("LPLA"). Specifically, Plaintiff Charles Marshall's use of Sun Valley's product was not a "reasonably anticipated use" as is required for recovery under the LPLA.

Sun Valley, attaches the following exhibits:

Exhibit A- Excerpts of Deposition of Mark Romanetz

Exhibit B- Sun Valley Owner's Manual

Exhibit C- Excerpts of Deposition of Tommie Sanford

Exhibit D- Excerpts of Deposition of Charles Marshall

Exhibit E- Excerpts of Deposition of Daniel Morrison

Pursuant to the Court's Pre-Trial Order Number 10, counsel for Sun Valley has contacted counsel for Plaintiff, and Plaintiff opposes this motion.

WHEREFORE, defendant, Sun Valley, respectfully submits that it is entitled to summary judgment, and pray that all of Charles Marshall's claims asserted against it be dismissed and that it be dismissed with prejudice in the above-captioned lawsuit.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 25th day of July, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO