1              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA

2

3    IN RE: FEMA TRAILER          )
     FORMALDEHYDE PRODUCTS LIABILITY)
4    LITIGATION,                  )
     _____ )  MDL NO. 1873
5                                  )  SECTION N (5)
     THIS DOCUMENT RELATES TO:     )  JUDGE: ENGELHARDT
6    This document applies to all  )  MAGISTRATE JUDGE:
     cases.                        )      CHASEZ
7    _____ )

8

9    The Videotaped Deposition of the Corporate

10      Representative of Sun Valley, Inc., through

11      Mark Romanetz

12              Date:    Wednesday, March 16, 2011

13              Time:    9:00 o'clock a.m.

14              Place:   Baker & Daniels
                         202 South Michigan Street
15                       Suite 1400
                         South Bend, Indiana

16

17              Called as a witness by Sun Valley, Inc.,

18              in accordance with the Federal Rules

19              of Civil Procedure for the United States

20              District Court, Eastern District of

21              Louisiana, pursuant to Notice.

22

23    Before Brenda L. Davis, CSR, RPR, RMR, and Notary
      Public, Porter County, Indiana

24

25

                    MIDWEST REPORTING, INC.
                    SOUTH BEND, INDIANA
                       (574) 288-4242



1          With that, Mr. Romanetz, tell me at some

2     time were you employed by Sun Valley,

3     Incorporated?

4   A.   Yes, I was.

5   Q.   Tell me, when was that?

6   A.   January of 2000, I started my employment with

7     Sun Valley.

8   Q.   Before 2000, were you working for Sun Valley's

9     predecessor?

10  A.   Yes.  Sunlight, Incorporated.

11  Q.   When did you begin working for Sunlight?

12  A.   January of 1984.

13  Q.   And for what period of time was that company

14    called Sunlight?

15  A.   I believe the company started in October of 1980.

16    And all the way through December 1999, it was

17    Sunlight, Incorporated.

18  Q.   And you began there in January of '84?

19  A.   Correct.

20  Q.   Where was Sunlight located, what approximate

21    area, back then?

22  A.   Elkhart County.  It was on -- at County Road 17

23    in Elkhart.

24  Q.   And that's Elkhart, Indiana?

25  A.   Correct.  Sorry.

14

1   A.   Tent campers, truck campers, and travel trailers.

2   Q.   And explain to us, what is a travel trailer?

3   A.   Travel trailer is a trailer with either two,

4        three sets of axles that's being pulled by a

5        pickup truck, SUV, car.

6   Q.   And so when you were working for Sunlight, were

7        you familiar with the manufacturing process of

8        travel trailers?

9   A.   Yes.  I would say so.  Yes.

10  Q.   What involvement did you have with respect to

11       that?

12  A.   Well, I mean, I groomed with production, so I --

13       you know, I knew every aspect of building the

14       trailers from the ground up.  I was also in --

15       you know, at points was involved with the

16       purchasing end of it also, so...

17  Q.   And then around 1999, the year 2000 Sunlight was

18       acquired and renamed what, Sun Valley?  Is that

19       what happened?

20  A.   Sun Valley, correct.

21  Q.   Tell me about that.

22  A.   Sunlight, Incorporated was foreclosed on by the

23       bank in December of '99 and a group of investors

24       came in and bought the assets from the bank and

25       started Sun Valley in January 2000.

A.  The economy hit us pretty hard.  We had to make a
    decision whether to keep it running, put more
    money into it.  And we made that determination
    that it wasn't worthwhile to do it, so we ended
    up closing Sun Valley down in December of 2008.

Q.  What was it that led to the company's, I guess,
    closing down in December of 2008?

A.  Fuel pricing, interest rates -- not so much
    interest rates, but retail customers not being
    able to get financed, dealer end of it;
    everything tightened up, so the dealers were
    getting foreclosed on by their banks, so there
    was a lot of buy-backs that ended up hitting us
    pretty hard that year, so buy-back, buying back
    inventory that might be two or three years old
    at full price, buying it back and then having to
    resell it at a discount, it just hurt our
    pocketbook, the cash flow.

Q.  Explain to us the buy-back, I guess, protocol in
    y'all's industry.

A.  Typically, an RV dealer will buy travel trailers
    through either a local bank or a lot of national
    firms, GE is one of them, they would buy that.
    And to get that credit line they'd have a
    manufacturer sign that they would buy it back

1    after a certain period, depending on the bank or
2    whatever.
3         That period depended on what the bank
4    decided they wanted to do and what we could
5    negotiate with them.  But if the dealer went into
6    default for any reason, the manufacturer would
7    have to buy back that product.
8         So, you know, with the economy downturn and
9    not selling anything and stuff sitting there, a
10   lot of dealers were folding.  So that's what the
11   buy-back is.
12 Q.  And when you were president of Sun Valley, what
13      kind of products did it manufacture?
14 A.  Again, truck campers, travel trailers.  We were
15      building tent campers, but that stopped with
16      Sunlight, we didn't build them with Sun Valley.
17 Q.  And throughout the time that Sun Valley was in
18      existence where was it located?
19 A.  In Elkhart, like 23 miles from South Bend.
20 Q.  Throughout the years has Sun Valley always used
21      the same manufacturing process to develop and --
22      design and develop its travel trailers?
23 A.  Yeah, since '84 we've built the trailers the same
24      way, just different shapes, that's it.
25 Q.  What about in terms of the raw materials?

1   A.   Raw materials never changed.  I mean, you know,
2        obviously, we changed wood panel color and
3        fabrics.  But, you know, as far as buying
4        specific raw materials that were different, no,
5        it was all the same.
6   Q.   When Sun Valley would sell its trailers, who
7        would it typically sell its trailers to?  And by
8        that I mean was it the general public or
9        wholesalers, distributors?  How would it do its
10       business?
11  A.   Distributors.  Distributors.  We never sold
12       retail.  We sold to distributors and the
13       distributors would sell to the retail.
14  Q.   What, if any, type of inspection process did
15       Sun Valley have with respect to the trailers that
16       it manufactured?
17  A.   We set up an inspection system that started from
18       the beginning of the production line all the way
19       to the end.  So they were checking and making
20       sure that everything was up to code and within
21       specs.
22  Q.   So you had persons designated for that particular
23       purpose --
24  A.   Correct.
25  Q.   -- throughout the line?

1    B would be the trailer type.

2  Q.  Before we go on, with respect to the 1S4, you say

3       that's the manufacturer.

4  A.  Which would be Sun Valley.

5  Q.  In this case, who was that?

6  A.  Sun Valley.

7  Q.  All right.  The next one.

8  A.  B is trailer type, which is a *Road Runner* travel

9       trailer.  T is the body style, which means

10      travel trailer.  Three zero would be the trailer

11      length.

12 Q.  And so in this case, what does that represent?

13 A.  Thirty feet.

14 Q.  Okay.

15 A.  Two is the number of axles, it has two axles

16      underneath it.  I'm not totally sure on the rest

17      of them.  The check digit, it'd be a zero.  The

18      year, I know the year is the six.  Plant

19      location, I'm not totally sure if the three is

20      that.  The last part of it, the 014780, is the

21      individual serial number that we -- in numerical

22      order any time we build a travel trailer.

23 Q.  Gotcha.  Thank you.

24            At this time I would offer that document

25      into evidence as Sun Valley Number 2.

| | |
|---|---|
| 1 | What I want to do now is talk about the |
| 2 | RVIA.  Are you familiar with that? |
| 3 | A. Recreational Vehicle Association?  Yes. |
| 4 | Q. Who is the Recreational Vehicle Industry |
| 5 | Association? |
| 6 | A. It's a government -- governing body that is -- |
| 7 | they come in on a regular basis and, if you're a |
| 8 | member, they inspect your trailers, make sure |
| 9 | they're up to code, your electrical, your |
| 10 | plumbing, everything that needs to be inspected. |
| 11 | Q. Was this a recreational vehicle industry that |
| 12 | promulgated various standards for companies like |
| 13 | Sun Valley to comply with -- |
| 14 | A. Yes. |
| 15 | Q. -- if it belonged to it? |
| 16 | A. Yes. |
| 17 | Q. Did Sun Valley ever belong to the RVIA? |
| 18 | A. Yes. |
| 19 | Q. Throughout the whole time that you were there, |
| 20 | from 2001 through 2008? |
| 21 | A. Correct. |
| 22 | Q. And what would the RVIA do to make sure that its |
| 23 | members, such as Sun Valley, were complying with |
| 24 | its standards? |
| 25 | A. Well, on a regular basis -- and I would -- I'm |

22

```
 1            not sure if it's monthly, every other month --
 2            they would come in and inspect our physical
 3            plants, product that's on the production line,
 4            finished goods that are sitting in our waiting-
 5            to-ship area they would inspect to make sure
 6            they're up to code, find any deviations that we
 7            would have, we'd have correct them, send them
 8            back a letter saying what we did to correct them.
 9                 But they kept that on a regular basis.  And
10            they also did -- you had schools that you could
11            take your -- send your people to so they could
12            educate -- get educated on all the codes, also.
13    Q.      And so the governing board, or the RVIA or their
14            inspectors, would come by the Sun Valley plant
15            from time to time --
16    A.      Correct.
17    Q.      -- to make sure that the trailers you all were
18            building complied with their industry standards?
19    A.      Correct.
20    Q.      At any time when you were with Sun Valley did the
21            RVIA ever issue any complaints or citations to
22            Sun Valley regarding formaldehyde?
23    A.      No.
24    Q.      Did Sun Valley build its trailers in accordance
25            with the RVIA standards?
```

1                   marked for identification.)

2      BY MR. MAGGIO:

3      Q.   And if you would, go ahead, take a look at it and

4           tell me, what is this?

5      A.   This is our Owner's Manual for travel trailers

6           and fifth wheels.

7      Q.   And if you would, hold it up.

8      A.   Sun Valley's Owner's Manual.  Sorry.

9      Q.   If you would, hold it up, let the Jury see it.

10     A.   (Witness complies).

11     Q.   Okay.  Now, with respect to Sun Valley, was its

12          travel trailers designed or marketed for or made

13          for full-time residential use or for commercial

14          purposes?

15     A.   No.

16     Q.   Explain that to me.

17     A.   Our travel trailers were meant for the "weekend

18          warrior" or somebody that's going to take it out

19          for a couple weeks.  That's the intent.  It's a

20          recreational travel trailer.

21     Q.   And if you would, turn to page seven of your

22          Owner's Manual, in the "Warranty Exclusions"

23          section.

24     A.   Uh-huh.

25     Q.   Does it, in fact, state that in paragraph three?

45

1   A.   No.

2   Q.   Had you ever even heard of that back then?

3   A.   No.

4   Q.   And you'd been in this business since '84.

5   A.   Correct.

6   Q.   Did any of our customers or distributors ever

7        request that we test the trailers --

8   A.   No.

9   Q.   -- for any kind of formaldehyde levels?  You

10       know, when we got finished with the manufacturing

11       process.

12  A.   No.  They just wanted travel trailers.  We needed

13       to get them as quickly as possible.

14  Q.   That's just the way y'all made y'all's trailers.

15  A.   Yep.

16  Q.   And the process never changed over the years.

17  A.   Never changed.

18  Q.   Did Sun Valley ever receive complaints from

19       anybody, whether it was customers, distributors,

20       even employees, about any kind of formaldehyde in

21       the travel trailers?

22  A.   No.

23  Q.   Did Sun Valley at any time manufacture or sell

24       travel trailers to FEMA for use for any of the

25       hurricanes?

46

1   A.   No.

2   Q.   Did FEMA ever contract with Sun Valley to make

3        travel trailers for it?

4   A.   No.

5   Q.   Did FEMA ever pay Sun Valley to make travel

6        trailers?

7   A.   No.

8   Q.   Did any kind of contractor or middleman, like

9        Morgan Building & Spas, come to Sun Valley for

10       this purpose?

11  A.   No.

12  Q.   Is there any reason why Sun Valley did not get

13       into this, I guess, contract, if you will, for

14       making travel trailers for hurricane relief

15       efforts?

16  A.   That was my decision.  I determined that we had

17       too loyal of a dealer base, distributor base that

18       needed product.  And at that particular time our

19       business was booming, and I was very limited on

20       production.  So I made the decision, I'm not

21       going to build -- turn over a plant and start

22       building FEMA trailers.

23           The other reason was, is that we had

24       distributors that said they could sell FEMA

25       trailers, they wanted to order trailers.  And I

48

1           for the hurricanes.

2   A.    Yes.

3   Q.    Were the Sun Valley travel trailers made to these

4         FEMA specifications?

5   A.    No.

6   Q.    Explain -- just give us some examples of how the

7         Sun Valley travel trailers differed from the FEMA

8         spec travel trailers.

9   A.    Well, the biggest difference and the one that

10        would have hurt us the most was not having the

11        holding tanks underneath.  I mean, they just

12        wanted a residential stool, which we could have

13        bought, put a residential stool in there with a

14        water closet on it, but it just had no holding

15        tank.  Which takes me off of selling to any RV

16        customer in the market.  So it didn't have that.

17             It didn't have a standard refrigerator like

18        in your home, it had an RV refrigerator.  I think

19        they were requesting a 14-cubic-foot, or

20        something like that, standard refrigerator.  We

21        put the typical RV Dometic refrigerator that was

22        a 6-cubic-foot refrigerator in there.  So we did

23        not build anything for FEMA.

24  Q.    Now, when you talk about holding tank, you know,

25        you said Sun Valley's has holding tanks, the FEMA

50

```
 1                    MR. MILLER:  Hold on.
 2               Objection.  Form.  Go ahead.
 3    BY MR. MAGGIO:
 4    Q.   One of the rea-- explain to me some of the
 5         reasons why Sun Valley did not make travel
 6         trailers for FEMA's use.
 7                    MR. MILLER:  Objection.  Asked
 8               and answered.
 9                    MR. MAGGIO:  You can answer.
10                    THE WITNESS:  The biggest
11               reason was we didn't have the
12               production capabilities to do it,
13               and we didn't want to build a
14               special travel trailer for FEMA.
15    BY MR. MAGGIO:
16    Q.   Were you aware that some of the Sun Valley travel
17         trailers wound up being used for hurricane relief
18         efforts?
19    A.   Yes.
20    Q.   Did Sun Valley's manufacturing process of its
21         travel trailers ever change for the travel
22         trailers during the post-Hurricane-Katrina time
23         period?
24    A.   No.
25    Q.   I want to direct your attention to some of the
```

51

1          specific allegations in one of the lawsuits.

2          This one is Bates labeled Sun Valley 01-00001

3          through 01-00036.

4               Again, I'm not going to go through every one

5          of these allegations, there's a hundred and

6          something allegations.  But I do want to direct

7          your attention to a few of them.

8   A.   Okay.

9   Q.   In particular, if you turn to page five,

10         paragraph 17, it says, "FEMA contracted with the

11         Manufacturing Defendant" -- which in this case is

12         Sun Valley -- "to purchase thousands of the

13         housing units, primarily travel trailers, for

14         provision to the Named Plaintiffs as temporary

15         housing."  Is that true?

16  A.   That's incorrect.  No, we did not.

17  Q.   Did FEMA contract with Sun Valley to purchase any

18         housing units; such as, travel trailers?

19  A.   No, we di-- they did not.

20  Q.   Paragraph 18 says, according to the Plaintiffs'

21         lawsuit, "On information and belief,

22         Manufacturing Defendant" -- which is Sun Valley

23         -- "expedited production of these housing units,

24         and, on information and belief, resorted to using

25         substandard materials and/or employing irregular

52

1        practices during the manufacturing process..."

2            Is any of that accurate?

3   A.   No.  Not at all.  Not at all.

4   Q.   Did Sun Valley ever expedite the production of

5        its travel trailers for any of these purposes?

6   A.   No.

7   Q.   Did y'all ever use substandard materials?

8   A.   No.

9   Q.   Did you ever employ irregular practices?

10  A.   No.

11  Q.   Paragraph -- I'm sorry -- yes, paragraph 24 of

12       the lawsuit, on page seven alleges that,

13       "Pursuant to federal law, the defendants" --

14       which is Sun Valley -- "is required to display a

15       'Health Notice' about exposure to formaldehyde

16       which reads," and then it goes on to talk about

17       an "Important Health Notice" involving

18       formaldehyde.

19            Was that ever required of Sun Valley?

20  A.   No.

21                 MR. MILLER:  Hold on.

22            Objection.  Foundation.  Calls for

23            legal conclusion.

24  BY MR. MAGGIO:

25  Q.   Did any entity, industry standard, code,

63

```
 1                    THE WITNESS:  I didn't know
 2               that they were specifically going to
 3               be used for FEMA trailers.  I know
 4               dealers were requesting them.  But
 5               no.
 6   BY MS. WRIGHT:
 7   Q.   So you had no idea that your trailers were going
 8        to be used as FEMA trailers.
 9   A.   I mean, after the fact, I do.
10   Q.   Okay.  What do you mean by "after the fact"?
11   A.   After they were placed down there.  Or we heard
12        they were placed down there.
13   Q.   Okay.  So at the time they began to be used as
14        FEMA trailers you knew that that's what they were
15        being used for.
16   A.   This was several months after the fact that I
17        realized that.
18   Q.   Okay.  So once you realized that, did you take
19        any measures to, you know, remind your
20        distributors that these trailers were not
21        intended for full-time use?
22   A.   No.
23                    MS. WRIGHT:  Okay.  Let's see.
24               If you hold on just one second.
25               Okay.  I've got no further questions
```

```
 1                  at this time.  But can we take a
 2                  little break and let me just review
 3                  my notes here?
 4                      MR. MILLER:  Certainly.
 5                      VIDEOGRAPHER:  Off the record
 6                  at 10:27 a.m.
 7                  (A brief recess was taken.)
 8                      VIDEOGRAPHER:  We're now back
 9                  on the record at 10:32.  Please
10                  continue.
11   BY MS. WRIGHT:
12   Q.   Okay.  Sorry for the interruption, Mr. Romanetz.
13   A.   That's fine.
14   Q.   Okay.  You said that you found out that your
15        trailers were being used as FEMA trailers several
16        months or a few months after they actually began
17        using them; is that correct?
18   A.   I don't know specific time frame, but yes.
19   Q.   Okay.  Can you give me an estimate of the time
20        frame?
21   A.   Six months.
22   Q.   And the date?  I don't know, six months from
23        what?
24   A.   I don't -- I mean, I -- you know -- the thing is,
25        this travel trailer was our standard-build travel
```

1      trailer.  Any dealership or distributor could buy

2      this travel trailer across the country just like

3      anybody else.  So this travel trailer went and

4      sold to a dealer, okay?  And then the dealer sold

5      it to whoever.

6           If the dealer chose to sell it to use for

7      Katrina, that was their choice.  We never saw

8      that until any registration would come back

9      saying that that would be the case.  So I don't

10     have a specific time frame.

11  Q.  Okay.

12  A.  We've been sell--

13  Q.  So --

14  A.  Go ahead.

15  Q.  -- you found out that your trailers were being

16     used for -- as FEMA trailers by a registration

17     coming back to you?

18  A.  It could be.  Yes.

19  Q.  And how did that notification -- how was that

20     communicated on the registration?

21  A.  As far as?  What do you mean, how was it

22     communicated?

23  Q.  Well, how did you know from the registration that

24     they were being used for Katrina?  What was it on

25     the registration that led you to that conclusion?

68

```
 1          probably a dozen times a year.
 2     Q.   Okay.  Now, were Sun Valley travel trailers, like
 3          the one that was occupied by Mr. Marshall in
 4          this lawsuit, or any one that FEMA acquired
 5          through its dealers, were they designed for
 6          over-the-road travel?
 7     A.   Yes.
 8     Q.   Designed to be pulled and towed down the road?
 9     A.   Yes.
10     Q.   And, in fact, you pull yours down the road.
11     A.   Exactly.
12     Q.   Are they designed to be towed down at highway
13          speeds?
14     A.   Yes.
15     Q.   Interstate speeds up to --
16     A.   Yeah.
17     Q.   -- seventy miles an hour?
18     A.   I'm laughing because I kind of exceed the speed
19          limit with my travel trailer.  Yes, they do.
20     Q.   Any problems with your trailer when you exceed
21          the posted speed --
22     A.   No.
23     Q.   -- limit?
24     A.   No.
25     Q.   Are Sun Valley travel trailers designed to be
```

```
 1          towed for long distances?
 2   A.     Yes.
 3   Q.     I mean, I can take mine from Louisiana to
 4          Yosemite, Canada so forth.
 5   A.     Yes.  Yes.
 6   Q.     How far have you taken yours?
 7   A.     Not as far as I'd like.  I think the farthest
 8          we've gone is down to Florida.
 9   Q.     Okay.  But they're designed for great distances.
10   A.     Correct.  That's how all of them get transported,
11          from Elkhart County to wherever.  They get
12          transported behind a pickup truck, delivering all
13          the way to Vancouver, to Quebec, all over.
14   Q.     So conceivably they could be -- they would have
15          been transferred, let's say, from Elkhart,
16          Indiana to Florida, end up with an end user who
17          then can use it to go up to Vancouver.
18   A.     Correct.
19   Q.     And they're not just designed to be pulled on
20          well-maintained, smooth roads, are they?
21   A.     No.
22   Q.     They're designed to also be on back roads,
23          campgrounds and --
24   A.     Campgrounds.  I mean, the size trailer -- you're
25          not off-roading with it with a four-wheel drive
```

1          vehicle.  But they can go on rough roads, yes.

2          It's a spring system just like on your vehicle.

3   Q.     So they're designed to withstand the impact of

4          potholes, bumpy roads, bad roads, gutters and the

5          like.

6   A.     Yes.

7   Q.     You talked about a spring suspension.  Can you

8          tell me a little about that?

9   A.     It's a leaf-spring suspension on the two axles.

10         So if you hit a bump, obviously, the springs are

11         going to create some -- take a lot of the shock.

12  Q.     So the Sun Valley travel trailers, while you were

13         there and all the ones they manufactured, they

14         were designed to withstand the loads and stresses

15         of all sorts of over-the-road travel.

16  A.     Correct.

17  Q.     During the time period of 2004 to 2006, did Sun

18         Valley have any systemic problems, leaking or

19         seals breaking, because of the loads and stress

20         that were encountered during normal over-the-

21         counter use?

22  A.     Not that I know of.  No.

23  Q.     Any systemic problems with wall panels popping

24         loose because of regular over-the-road use?

25  A.     No.

1          have to jack them up using a properly rated

2          hydraulic jack?

3     A.   You ha-- if you're going to adjust brakes, you

4          would need to at least get the tire off the

5          ground to adjust -- with the star on the back of

6          the hub, adjust it up or down to tighten it or

7          loosen it.  So you will have to get the tire off

8          the ground.  So you will have to jack the trailer

9          up.

10    Q.   Okay.  And that's just an anticipated --

11    A.   It's a standard operating procedure.

12    Q.   And by putting a travel trailer on -- well,

13         strike that.

14              Were you aware of FEMA's contractual

15         requirements with the contractors in this case to

16         haul and install the trailers and how they had to

17         be set up on blocks for the people who were going

18         to be occupying the units?

19    A.   No, I did not.

20              (Sun Valley Deposition Exhibit 7

21               marked for identification.)

22    BY MR. MAGGIO:

23    Q.   I'd like to mark as Exhibit Number 7, a document

24         that's entitled:  "Exhibit 7 Travel Trailer

25         Installation."  This is a part of the contract

80

1    between FEMA and CH2M Hill.  It's also a part of

2    the contract between FEMA and Fluor and Shaw and

3    Bechtel.

4  A.  Okay.

5  Q.  So I take it you've never seen FEMA's

6    specifications regarding travel trailer

7    installation.

8  A.  No, I have not.

9  Q.  If I could just draw your attention to paragraph

10   2.1.2., "Blocking and Leveling."  And you'll see

11   there it says that -- starting on the second

12   sentence, "Travel trailers shall be set-up on

13   concrete piers and after the weigh of the travel

14   trailer is transferred to the piers, if the unit

15   is not leveled properly the contractor will

16   reinstall the unit at no additional cost to the

17   government.  The travel trailer set-up will also

18   include a minimum of six piers (three on each

19   side) evenly spaced.  The end piers should not be

20   directly on the end of the unit, but

21   approximately six inches off the edge of the

22   unit."

23      It then goes on to explain a base for the

24   pier that's required.  And rather than my reading

25   the rest, if you could just read the next two

```
 1       be done?

 2   A.  No.

 3   Q.  Because that isn't true; it's not a bad idea and

 4       it's a way that it is typically done.

 5   A.  Do it every weekend I go camping.

 6   Q.  Now, going back to the Owner's Manual, which I

 7       think was number --

 8               MR. MILLER:   Three.

 9   Q.  -- three.  There's nothing in the Sun Valley

10       Owner's Manual or otherwise that prohibits

11       jacking the units on appropriately rated

12       hydraulic jacks and placing them on piers, right?

13   A.  Correct.

14   Q.  There's nothing in the Owner's Manual or

15       otherwise that prohibits placing the travel

16       trailers on concrete blocks, right?

17   A.  No.

18   Q.  And the Owner's Manual doesn't contain or give

19       any instructions for how to hoist or how to lift

20       a Sun Valley travel trailer to a height that

21       brings the wheels off the ground.

22   A.  No.

23   Q.  If I refer you to page 15 of the travel manual,

24       under "General Maintenance."

25   A.  Okay.
```

95

```
 1            cleaned off and then again sealed with silicone.
 2    Q.      During the time that you were with Sun Valley,
 3            was there any systemic reports of problems
 4            with leaks in the windows or wall panels popping
 5            out?
 6    A.      No.
 7    Q.      Proud of Sun Valley's record in that regard?
 8    A.      Yes.
 9    Q.      Are you aware of whether Sun Valley travel
10            trailers were used in connection with any other
11            disaster other than Katrina and Rita?
12    A.      No, I'm not aware of any.  But it wouldn't
13            surprise me that they were.  I mean, Florida has
14            hurricanes, so yeah, we might be using --
15    Q.      But you don't know.
16    A.      Yeah, I don't know.
17    Q.      During the time that you were with Sun Valley,
18            did -- this may repeat a little bit of what I
19            said before.  Forgive me.
20                 Did Sun Valley ever receive any complaints
21            from occupants about systemic problems with seals
22            breaking or wall panels popping loose?
23    A.      No.
24    Q.      Were there any complaints about leaks or broken
25            seals?
```

```
 1            for those two inspection -- for the trailers that
 2            are on those two inspection sheets, they indicate
 3            that the model year was 2006; is that correct?
 4    A.     That is correct.
 5    Q.     But both those inspection sheets are actually
 6            dated in 2005, correct?
 7    A.     Correct.
 8    Q.     How is it that you could have a model year 2006
 9            being inspected in 2005?
10    A.     Generally, model year changed in -- for 2006, it
11            probably changed in June or July of 2005.  So it
12            went to 2006 models at that time frame.
13    Q.     So when you have a -- in the VIN number a model
14            year 06, that would mean -- what would be the
15            dates that that model could have been
16            manufactured?
17    A.     It could have been manufactured June of '05 all
18            the way through May of 2006.
19    Q.     And is there any way for you to determine from
20            the VIN number what was the date of actual
21            manufacture?
22    A.     I don't know that, no.
23    Q.     In this case, given that -- assuming that these
24            inspection sheets are accurate, this would
25            suggest that these units were built sometime in
```

122

1        the Road Runner model in terms of the number of
2        windows?
3    A.  If I compared model to model between the Road
4        Runner and the Bridgeport, the windows were the
5        same.
6    Q.  What were the differences between the Road Runner
7        and the Bridgeport model?
8    A.  The Road Runner -- the Bridgeport model had just
9        a static -- from the front end, it was more of a
10       curved front end, more radius as far as looks, it
11       had slide-outs -- more slide-outs available in
12       that series.  That was basically the only
13       difference.
14   Q.  And how did the X-Treme model differ from the
15       Road Runner model?
16   A.  The X-Treme model was a laminated sidewall and
17       floor -- no, laminated sidewalls, and then the
18       rest of it was built the same as a Road Runner.
19   Q.  And in terms of the sidewalls, what were the
20       sidewalls made out of for the Road Runner?
21   A.  It was aluminum frame core that was laminated
22       with Styrofoam in between, and you had exterior
23       fiberglass and interior wallboard typically used
24       in the Road Runner, the same material.
25   Q.  The number of windows in the X-Treme, did that

```
 1        FEMA-spec models, was he?
 2   A.   No.  Based on this, no, it was our standard
 3        production 30BH LTDs.
 4   Q.   Okay.  To the extent that you provided any units
 5        to your dealers which were subsequently sold to
 6        FEMA, would those units have been any way
 7        different from units that your dealers would have
 8        sold to the general public?
 9   A.   As far as construction, windows, everything, no.
10        The only thing that would have changed might have
11        been drapery material and cushions material,
12        colors.
13   Q.   How would that have changed?
14   A.   We would have just bought a different color.  The
15        30BH model was, if you will, our price point
16        trailer to the industry.  And what we wanted to
17        do was use fabrics, drapes that might have been
18        obsolete from a motor home manufacturer, that was
19        extra supplied to one of our current suppliers.
20   Q.   You used the phrase "price point model"?
21   A.   Yes.
22   Q.   What does "price point model" refer to?
23   A.   At that time, if I remember the figures
24        correctly, our competition was offering a similar
25        trailer, same style, for like 7,995.  So we came
```

159

1    Q.    "The unit will have a residential commode."  Did

2          your units have a residential commode?

3    A.    No, it did not.

4    Q.    And we're talking about toilets here, right?

5    A.    Correct.

6    Q.    What type of toilet did your unit have?

7    A.    It was just called a marine-grade toilet.  It

8          also says in here water storage tank on the back,

9          which it does not have.

10   Q.    Would your unit -- the next line there refers to

11         sewer lines.  Do you see that?

12   A.    Yes.

13   Q.    Would your unit have sewer lines such as this?

14   A.    Yes.  Oh, sewer line.  Let me read this.  We

15         would have a sewer line, but it'd be coming off

16         the holding tank.  So it's not to that spec.

17   Q.    This is a spec to allow the unit -- a trailer to

18         be hooked up directly to the sewer system.

19   A.    That's the way I read it.  Yes.

20   Q.    And your units were not made to be hooked

21         directly up to the sewer system.

22   A.    Correct.

23   Q.    They have a holding tank and that holding tank

24         was then to be emptied at a designated drop

25         point.

160

1   A.   Correct.

2   Q.   Water heater.  Did your units have a water

3        heater?

4   A.   Yes.

5   Q.   How large?

6   A.   Six-gallon.

7   Q.   So FEMA was asking for water heaters that had a

8        larger capacity.

9   A.   Correct.

10  Q.   Would you have a range with auto electric

11       ignition, with three or four burners?

12  A.   We would have a range but no auto ignition.

13  Q.   Thermostatically controlled oven?

14  A.   Yes.

15  Q.   And a lighted, power-vented range hood.  Would

16       you have that?

17  A.   Yes.

18  Q.   You talked about the refrigerator.  FEMA was

19       requiring a 14-cubic-foot, frost-free electric

20       refrigerator with freezer.  What type of

21       refrigerator did you provide in your units?

22  A.   Dometic RV refrigerator, six cubic foot.

23  Q.   Did it have a freezer in it?

24  A.   Yes.

25  Q.   Did your units come with microwaves?

```
1    A.   Yes.

2    Q.   How large was the furnace in your unit?

3    A.   I believe it was 31,000 BTU.

4    Q.   And FEMA was requiring a 34,000 BTU furnace; is

5         that right?

6    A.   Reading this, yes.

7    Q.   Did your units come with an air conditioner?

8    A.   Yes.

9    Q.   How large was the air conditioner that you

10        provided?

11   A.   Thirteen five.

12   Q.   So the air conditioner that you provided were

13        less than what FEMA was specifying.

14   A.   Correct.

15   Q.   The units that you were building that eventually

16        were used by FEMA were no different than the

17        units you produced and were sold to the general

18        public; is that right?

19   A.   Absolutely correct.

20   Q.   And do you agree that Sun Valley had an

21        obligation to produce safe units?

22   A.   Correct.

23   Q.   And are you familiar with the phrase "full-

24        timers"?

25   A.   Yes.
```

1   Q.   Is that a phrase that's used in the RV industry?

2   A.   Yes.

3   Q.   What does that refer to?

4   A.   It refers to people that use their RV and travel

5        all over and they stay in the RV continuously.

6   Q.   There's no limitation or restriction that Sun

7        Valley puts when it sells units saying that you

8        can only use this for weekends, correct?

9                MR. MAGGIO:  I'm going to

10               object to the question, it's been

11               asked and answered.  You can answer

12               it.

13               THE WITNESS:  We don't say --

14               MR. MILLER:  Wait a minute.

15          Who asked the question?

16               MR. MAGGIO:  I did.

17               MR. MILLER:  This is my

18          examination of the witness.  I can

19          ask the same question, even if you

20          asked it, Counsel.

21               MR. MAGGIO:  Not only did I

22          ask it, but I think the contractor

23          attorneys asked it as well.

24               MR. MILLER:  And this is my

25          examination of the witness, so --

```
 1                    MR. MAGGIO:  You know what,
 2              the judge will rule on it.  You're
 3              not going to.
 4    BY MR. MILLER:
 5    Q.    Talking about the "full-timers," do you -- when
 6          you sell a unit, do you instruct people that they
 7          cannot use it full-time in that manner?
 8                    MR. MAGGIO:  Same objection.
 9                    THE WITNESS:  That they cannot
10              use it full-time?
11                    MR. MILLER:  Correct.
12                    THE WITNESS:  We have that in
13              the manual, it says --
14    BY MR. MILLER:
15    Q.    So there's a restriction that you put on people
16          that they cannot use the unit for full-time.
17    A.    It's not intended for use -- full-time use.
18    Q.    And why not?  Why is that restriction there?
19    A.    It's not set up -- the holding tanks aren't big
20          enough, they're not heated holding tanks, so they
21          can travel into the -- you know, all over, which
22          most "full-timers" do.
23              Our travel trailers, our product that we
24          build were specifically for fair weather
25          climates.  The holding tanks weren't insulated,
```

```
 1         so on and so forth.  Where a full-time travel
 2         trailer or fifth wheel would have heated holding
 3         tanks so that they could use it during winter
 4         months and that.
 5    Q.   Okay.  And that's on the warranty.  But you
 6         recognize that people buy these travel trailers
 7         and use them full-time; is that right?
 8                   MR. MAGGIO:  Objection.
 9              Argumentative.
10                   THE WITNESS:  Yeah, there's
11              travel trailers out there that they
12              use full-time.
13    BY MR. MILLER:
14    Q.   And you realize when you put this travel trailer
15         on the market that people may buy it and use it
16         full-time.
17    A.   Probably a small percentage, yes.
18    Q.   Are there any dangers, hazards associated with
19         the use of that travel trailer full-time?
20    A.   No.
21    Q.   The problems with the travel -- what are the
22         problems that arise when someone uses a travel
23         trailer full-time?
24    A.   Well, just like we talked about.  I mean, if they
25         take it to a cold weather climate, in our case, I
```