# SUN VALLEY
## INC.

# TRAVEL TRAILERS &
# FIFTH WHEELS

## Owner's Manual



EXHIBIT
B
tabbies®

# TABLE OF CONTENTS
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

|  | Page |
|---|---|
| Introduction | 5 |
| Warranty and Services | 6 |
| Limited One Year Warranty | 7 |
| Limited Two Year Structural Warranty | 7 |
| Before Your First Trip | 9 |
| Selecting a Hitch | 9 |
| Hooking Up - Travel Trailer | 9 |
| Hitch-Quick Lock Trailer Coupler | 10 |
| Hooking Up - Fifth Wheel | 10 |
| Safety Chains | 10 |
| Breakaway Device | 10 |
| Mirrors | 11 |
| Tools and Equipment | 11 |
| Loading Your RV | 11 |
| Rate Cargo Load | 12 |
| Trailering Short Course | 12 |
| Highway Driving | 14 |
| General Maintenance | 15 |
| Tire Rotation | 15 |
| Wheels and Tires | 15 |
| Lug Nuts on Wheels | 15 |
| Wheel Bearings | 15 |
| Brake Service and Maintenance | 15 |
| Electric Brakes | 16 |
| Fire Extinguisher | 16 |
| Suspension | 16 |
| Maintenance Schedule | 17 |
| Preventative Maintenance | 18 |
| Exterior Maintenance | 18 |
| Roof Vents | 18 |
| Windows | 18 |
| Floors | 18 |
| Exterior Surfaces | 18 |

Tires - General Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Rain Water Leaks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
Interior Appearance Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Upholstery Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Draper Care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Cleaning General Soilage or Water Spots
From Fabric With Foam Type Cleaner . . . . . . . . . . . . . . . . . . . . . . . . . 20
Spot Cleaning Fabrics With Solvent Type Cleaner . . . . . . . . . . . . . . . . 21
Removal of Specific Stains. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Cleaning Vinyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Cleaning Paneling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
Glass Surfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Countertops, Side walls, Dinettes, and Baths. . . . . . . . . . . . . . . . . . . . . 22
Interior & Exterior Fiberglass . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Floor Covering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Walls, Cabinetry, Wardrobes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Condensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Camping Procedures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Leveling the Trailer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Travel Preparation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
Plumbing System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Fresh Water System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Trouble Shooting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
Handling the Water Supply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Water Heater Bypass. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Sanitizing Potable Water Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Sewage and Waste Systems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Sewage Disposal and Tank Cleaning. . . . . . . . . . . . . . . . . . . . . . . . . . . 26
Things Not to Put into the Toilet and Tank . . . . . . . . . . . . . . . . . . . . . . 26
LP Gas System. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
LP Gas Bottle Mounting Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Basic Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
Liquefied Petroleum Gas is Explosive. . . . . . . . . . . . . . . . . . . . . . . . . . 27
Check for Gas Leaks. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
LPG Storage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Range Ventilation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Filling of LPG Containers.................................... 28
Portable Fuel-Burning Equipment............................. 28
Storage of Flammable Substances............................. 28
LPG Warning ................................................ 28
LPG Regulator Installation ................................. 29
Electrical Systems ........................................... 30
General..................................................... 30
Changes, Modifications, and Additions....................... 30
12 Volt DC Battery System................................... 30
Battery Care and Maintenance ............................... 30
120 Volt AC System ......................................... 31
Connecting to the 120 VAC Source............................ 31
Circuit Breaker Panel ...................................... 32
Care of your Power Converter................................ 32
Running, Tail, and Stop Lights ............................. 33
Trouble-Shooting ........................................... 33
Owner's Caution Check List.................................. 33
Winterizing Your Trailer ..................................... 34
At Seasons End.............................................. 34
Draining the Pressurized Water System....................... 34
Miscellaneous............................................... 34
Winter Use of Your Trailer ................................. 35
LP Gas Consumption ......................................... 35
Reporting Safety Defects ..................................... 36

# INTRODUCTION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Congratulations on your purchase of a Sun Valley, Inc. recreational vehicle! We welcome you to the exciting world of recreational travel.

All Sun Valley, Inc. recreational vehicles are engineered, manufactured, inspected and tested to meet or exceed all the safety standards enforced by the Recreational Vehicle Industrial Association (RVIA) or by the Canadian Standards Association (CSA).

Sun Valley, Inc. builds the best towable recreational vehicle in the marketplace. To assure that you maximize the usage of your RV, we have assembled this manual to assist and direct you in proper vehicle operation. Please read the entire manual to become familiar with the overall features of your camper and refer to the index in front of the manual for specific areas of interest or concern.

This manual is a supplement to various other instructions supplied by the manufacturers of separately warranted products, and is not intended to substitute these publications. In the event of conflicting instructions, illustrations, or other descriptions, the Information Furnished By the Respective Manufacturer's Publications Should Be Followed.

When service and maintenance is required, remember that your Sun Valley, Inc. dealer knows your vehicle best and is interested in your complete satisfaction. He will provide maintenance, warranty service, repairs, and any other assistance you may require. For your convenience and hand references, please fill in the following:

Model name: _____   Serial No._____

Dealer purchased from: _____

Address:_____

Phone #:_____

If there is anything you need from us, the manufacturer, don't hesitate to write...

> Customer Service
> Sun Valley, Inc.
> 1135 Kent St.
> Elkhart, Indiana 46514
>
> or call...      1-574-262-1923
> fax...          1-574-262-1946
> e-mail...       info@sunvalleyinc.com

# WARRANTY AND SERVICE

Your new recreational vehicle is protected by a "limited warranty" through a chain of responsible parties, which runs from Sun Valley, Inc. to our authorized dealer network, and ultimately to you, our retail customer. As a key of this chain, you have certain obligations to fulfill in order to activate and keep your "limited warranty" in force.

Please read this section carefully so that you will understand what you can expect of Sun Valley, Inc. and our authorized dealers. This will also help clarify what you must do to validate and maintain your warranty and how to make a warranty claim.

Your first step is to fill out the warranty registration within ten (10) days of purchase and return it to:

> Warranty Registration
> Sun Valley, Inc.
> 1135 Kent Street
> Elkhart, Indiana 46514

Your "limited" one-year warranty automatically starts on the day of purchase, not when you return your warranty registration.

Our authorized dealer has many responsibilities to the warranty and to you. Our dealers are required to prepare and service your new camper before you take delivery. They are to check, service and test operate all systems to insure you a safe and ready vehicle. They should have checked for any leaks, burned out light bulbs and damaged finishes. They also have the responsibility to explain the use of all systems and features of your vehicle. Don't be too bashful to ask questions!

If you have the need to file a claim under guidelines of the warranty, please contact your authorized dealer. He will help you determine whether the problem is the responsibility of Sun Valley, Inc. or that of a supplier's product. The dealer will work with you to get the warranty claim processed promptly. As outlined in the warranty, several items such as appliances, etc. were not manufactured by Sun Valley, Inc. and are not warranted by Sun Valley, Inc.

Take a few minutes and review our "Limited Warranty" and discuss any questions or concerns with your dealer.

<u>INSURANCE</u>

As with your automobile, home or boat, it is important that you protect yourself and others with insurance coverage for personal liability, theft, collision, overturn, property damage, etc. Contact your insurance agent immediately for comprehensive coverage against accidental loss caused by snow or ice, faulty jacks or blocks, falling objects, faulty thermostatic controls, or other accidental system failures in your unit. Be sure to continue insurance coverage even if your camper is stored or parked.

6

## LIMITED ONE YEAR WARRANTY

SUN VALLEY, INC. warrants each new recreational vehicle they manufacture to be free from substantial defects in materials and workmanship, which will, under normal non-commercial use and service, interfere with the performance of such product. The obligation of Sun Valley, Inc. under this warranty is limited to repairing at its option any part or parts thereof within twelve (12) months after delivery of such travel trailer to the original retail purchaser. Sun Valley, Inc.'s two-year limited structural warranty covers the structure of the interior and exterior sidewalls, floor and roof to be free of material and manufacturing defects that will interfere with the use of such product. This warranty will not cover structural problems that are caused by moisture, neglect, modification or any other factor that could contribute to the structure failing.

This Warranty does not apply to the chassis, axles, tires, carpeting, ranges, water heaters, furnaces, refrigerators, air conditioners, or other appliances or furnishings located in or on such SUN VALLEY, INC. products in as much as they are warranted separately by their respective manufacturers. Defects or component failure caused by customer abuse or negligence, lack of maintenance, overloading, unauthorized repairs or alterations or the use of components not supplied by SUN VALLEY, INC., are not covered by this warranty. Any transportation charges incurred must be prepaid to SUN VALLEY, INC., or its authorized representative.

### WARRANTY EXCLUSIONS:

1. This warranty does not apply to any vehicle manufactured more than one (1) year prior to the sale, unless Sun Valley, Inc. has issued an eligibility certificate for this specific vehicle VIN#. This may require re-inspection by a Sun Valley, Inc. representative.

2. Items added or changed after vehicle has left the possession of Sun Valley, Inc.

3. Any vehicle used for commercial purposes, or full time residential use.

4. Normal wear and usage, such as fading or discoloration of soft goods (tents, upholstery, drapes, carpet, vinyl, screens, cushions, mattresses), fading or discoloration of the exterior plastic or fiberglass components, tears, punctures, soiling, mildew, effects of moisture inside the vehicle, or mishandling, neglect, abuse, misuse, lightning or other acts of nature, of corrosive atmospheres which can result in rusting, oxidation and pitting.

5. Minor imperfections, which do not affect the suitability of the vehicle for its intended use.

6. Normal and routine maintenance such as inspections, lubricating, adjustments, tightening of screws, tightening of lug nuts and wheels, sealing, rotating, cleaning, or damages, arising from failure to have maintenance performed as outlined in the owners manual.

7. Costs incurred for transportation of vehicle to dealer, or costs incurred as the result of consumer's request to have repairs performed at a location other than an authorized dealership.

This warranty specifically excludes recovery for any incidental or consequential damages or expenses to any person or property.

All implied warranties, including specifically the warranties or merchantability or fitness for a particular purpose are also limited to the same one year period.

This warranty gives you specific legal rights and you may also have other rights that may vary from state to state.

This warranty extends only to the original retail purchaser and is not transferable. You are requested but not required to return the warranty registration form.

Note: Your dealer has this form and will have you sign it at the time of delivery.

To obtain service, contact your dealer or SUN VALLEY, INC., Elkhart, IN, Telephone 574-262-1923.

# BEFORE YOUR FIRST TRIP

We'd like to give you some tips to ensure that your first excursion is as effortless as possible and refresh your memory on hitching, setup and take-down, as well as systems operations.

Of course, the RV should be matched to the tow vehicle's size and weight. If you are planning to buy a new tow vehicle - and particularly if you plan to tow your RV in difficult conditions such as mountains or deserts - consult your tow vehicle's manufacturer recommendations regarding special equipment available for towing.

You may wish to purchase some of the following special equipment with your new tow vehicle or to add these items to your present tow vehicle:

A.   Load Equalizing Hitch

B.   Sway Control System

C.   Brake Controller

D.   Side View Mirrors

E.   Heavy Duty Springs

F.   Heavy Duty Shock Absorbers

G.   Special Heavy Duty Tires

H.   Heavy Duty Flasher

I.   Trailer Electrical Connector

J.   Heavy Duty Cooling System

K.   Transmission Cooler

**NOTE:** *Some Special Equipment may not be necessary for the model you have chosen. Consult your dealer and/or SUN VALLEY, INC. regarding appropriate equipment.*

## SELECTING A HITCH

There are two basic types of automobile hitches which may be considered for RV towing - equalizing and non-equalizing. For trailers with hitch weights of less than 200 lbs., non-equalizing hitches may be used. Many manufacturers produce quality equalizing hitches. These hitches are designed to distribute the tongue weight of your trailer to the front axle of your automobile and back to the trailer axle. In addition, torsion bars attached to the hitch provide a measure of sway control. If your trailer continues to sway, other factors may be involved, such as improper load distribution in the trailer, or incorrect tire inflation of the vehicle or the trailer.

When choosing an equalizer hitch it is advisable to obtain one, which is designed to accommodate your trailer's hitch weight. Use of a hitch that is underrated for your trailer may be dangerous.

## HOOKING UP - TRAVEL TRAILER

Hitching your travel trailer to your tow vehicle will be easy after you've practiced for a couple of times. First, raise the locking lever on the hitch. Jack the trailer to a height where the hitch will slide

over the ball. Then, back the vehicle straight back to the point where the ball and hitch meet. (An identifying mark on the trailer lined up with some point on the tow vehicle will help center the hitch over the ball.) Now lower the jack until the hitch engages on the ball and engage the coupling lock by releasing it. The lock should return to a "full closed" position which will allow the insertion of the safety bolt.

## HITCH-QUICK LOCK TRAILER COUPLER

Your trailer is equipped with a "Hitch-Quick Lock Trailer Coupler". Use only a machined or forged hitch ball. Do not use a fabricated or multi-piece hitch ball.

## HOOKING UP - FIFTH WHEEL

Hooking your fifth wheel to your truck can be very simple with some practice.

1. Block trailer wheels from moving.
2. Raise front of fifth wheel to desired hitch height.
3. Unlock hitch on truck and back up into hitch pin.
4. Lock hitch to pin. Make sure it is locked.
5. Retract front jacks and remove wheel blocks.

Your dealer will walk you through this procedure when you take delivery of your new trailer.

## SAFETY CHAINS

Safety chains should be attached between your trailer and tow vehicle. Most states require them. The chain should be of sufficient strength to "hold" the trailer should a breakaway occur. While a breakaway is a remote occurrence, it would most likely occur at the ball, so the safety chain should not be simply looped in front of the ball. Attach your chains to a point provided in your hitch for this purpose.

Before leaving check to insure that all lights, brakes, etc. are functioning properly. Also, be sure to check your lug nuts for tightness.

## BREAKAWAY DEVICE

Some states require a trailer breakaway device. This is standard on our travel trailers and fifth wheels. This device is attached to the top of the A-frame near the coupler, and it will engage the brakes on the trailer when activated. The metal cable of the breakaway device should be dropped over the hitch ball before you attach the trailer to the tow vehicle. Should the trailer become detached from your automobile, the cable will pull the activating pin and the trailer brakes will be applied. The breakaway device requires its own 12 volt power source, such as a trailer battery.

You should test your breakaway switch periodically to insure its proper operation. The test should preferably be made with an ohm meter or other continuity tester across the leads of the switch with the switch disconnected. The ohm meter should indicate no continuity with the plunger in place. When the plunger is pulled, continuity should exist between the two leads. A simple test of your switch would be to pull the plunger and listen for the "click" as the brakes are applied. If you do not

hear the click of the brakes then your switch may not be operating properly. Your dealer can assist you with these tests in the event you are unable to perform them.

## MIRRORS

Mirrors for towing your travel trailer are available in several styles, and may be permanent or temporary mount mirrors. Usually, temporary mirrors are recommended for car owners, because some states have restrictions on driving with mirrors extended without a trailer.

## TOOLS AND EQUIPMENT

We recommend the following tools and equipment be carried in your trailer and/or tow vehicle:

1. A tool box and assorted tools
   a. Pliers
   b. Wrench assortment
   c. Screwdriver (standard, square, phillips)
   d. Lug wrench
   e. Spare fuses (1, 15, & 20 Ampere blade fuses)
   f. Bulbs (1157 Tail & Turn, 1141 Backup,
      57 Marker 1003 & 931 Interior and Patio).
   g. Bottle of soapy water
   h. Tire gauge
2. Stabilizing jacks
3. Levels
4. Wheel blocks
5. Leveling ramps
6. Water hose
7. Spare tire and wheel (Optional)
8. Road flares or reflectors
9. Hydraulic or screw type jack
10. 30 amp electric extension cord
11. Fire extinguisher (provided with all models)
12. First aid kit
13. Shovel
14. Flashlight or lantern
15. Plastic pails

## LOADING YOUR RV

Your RV has been designed to make maximum use of living and storage space. The equipment and supplies you carry while traveling can be done so safely, provided the additional weight is distributed properly.

Proper weight distribution within your trailer is an important factor in safety and the efficiency of your RV brakes, hitch and towing vehicle. CARE MUST BE TAKEN NOT TO OVERLOAD YOUR TRAILER. The total load carrying capacity of your trailer, known as the Gross Vehicle Weight Rating (or simply GVWR) is listed on the federal identification tag which is located on the left side near

11

the front of the trailer. When fully loaded with supplies, water L.P. Gas, etc., the total weight of the trailer must not exceed the listed GVWR.

The center of gravity and hitch weight of your RV should be calculated to provide safe and easy towing; however, these basic rules should be followed:

1. Stay within your GVWR, preferably travel as light as possible.
2. Distribute additional weight as evenly as possible
3. Store heavy items over the axle and as near the floor as possible.

Heavy items such as canned goods, books and cooking utensils should be placed in the lower storage areas over or slightly ahead of the axle(s). Storage of heavy items on or near the floor will help maintain a lower center of gravity. Use the overhead storage area for lighter objects such as sleeping bags, blankets, clothing and light weight bulky items.

If your hitch becomes too light from improper loading, the trailer will sway and weave at road speeds. This is caused from too much weight behind the axles. If your load is too far forward, the excess weight will be transferred to the tow vehicle and your trailer brakes will not be handling their share of the load.

## RATE CARGO LOAD

The cargo capacity is the additional weight that can be carried by your unit without exceeding the GVWR, over and above the actual dry weight of the trailer. The cargo capacity of your individual unit is determined by subtracting the dry weight (as listed on the Certificate of Origin) from the GVWR plus hitch weight. This figure represents the total cargo you may carry, including any fluids, LP gas, water or waste you may have in your unit.

Formulas for determining Personal Cargo Capacity:

Dry weight + any fluid in systems = Wet Weight

GVWR + hitch weight - Wet Weight = Personal Cargo Capacity

## TRAILERING SHORT COURSE

This practice session should be conducted in an open area, such as a shopping center parking lot when there is minimum traffic (early Sunday morning). Let's take a short course in trailer towing. You've checked the lights, brakes and wheel lugs; you've adjusted the mirrors; now let's get acquainted with your trailering rig.

At slow speed, approximately 5 m.p.h., turn the wheel gently back and forth to get the feel of the rig. Now, experiment with right and left turns, utilizing your turn signals. Stop the trailer several times using different combinations of tow vehicle and trailer brakes (if your trailer is equipped with manually activated electric brakes). Then, test the effect of only the trailer brakes on your rig. NOTE: PROPER BRAKE ADJUSTMENT IS IMPORTANT. Trailers equipped with hydraulic brake systems require no action on your part. You should practice stops to get the feel of this system.

After practicing turns and braking, you can try backing up. With patience and a little practice, you'll be able to maneuver your trailer easily. With your hand at the top of the steering wheel, move your hand to the right. This will cause your trailer to begin turning to the right. Conversely, moving your hand to the left will swing the trailer to the left.

12

After your trailer has begun to turn, swing the steering wheel again, you can make your trailer turn more sharply by moving your hand in the direction of the turn. If you want to straighten out the trailer and tow vehicle, move your hand in the opposite direction.

Before you back into a parking space, it is advisable to get out of the tow vehicle and check for obstacles. With experience, you'll be able to backup using only rear view mirrors.

| TRAILER WEIGHT INFORMATION: | CONSULT OWNER'S MANUAL FOR SPECIFIC WEIGHING INSTRUCTIONS AND TOWING GUIDELINES. | |
|---|---|---|
| **MODEL** | | **GVWR** |
| **UVW** | **NCC** | |

**THIS TRAILER IS CAPABLE OF CARRYING UP TO**  **GAL.**

**OF FRESH WATER (INCLUDING WATER HEATER) FOR A TOTAL OF**  **LBS.**
*REFERENCE: WEIGHT OF FRESH WATER IS 8.33 LBS/GAL.*

**GVWR** — *GROSS VEHICLE WEIGHT RATING* MEANS THE MAXIMUM PERMISSIBLE WEIGHT OF THIS TRAILER. THE GVWR IS EQUAL TO OR GREATER THAN THE SUM OF THE UNLOADED VEHICLE WEIGHT PLUS THE NET CARRYING CAPACITY.

**UVW** — *UNLOADED VEHICLE WEIGHT* MEANS THE WEIGHT OF THIS TRAILER AS BUILT AT THE FACTOR, IF APPLICABLE, IT INCLUDES FULL GENERATOR FUEL, ENGINE OIL, AND COOLANTS. THE UVW DOES NOT INCLUDE CARGO, FRESH WATER, LP GAS, OR DEALER INSTALLED ACCESSORIES.

**NCC** — *NET CARRYING CAPACITY* MEANS THE MAXIMUM WEIGHT OF ALL PERSONAL BELONGINGS, FOOD, FRESH WATER, LP GAS, TOOLS, DEALER INSTALLED ACCESSORIES, ETC., THAT CAN BE CARRIED BY THIS TRAILER. (NCC IS EQUAL TO OR LESS THAN GVWR MINUS UVW).

CD-127

This weight label can be found on the interior of your unit in a conspicuous location. Please note that weights are approximate.

## VEHICLE WEIGHT DISTRIBUTION

We suggest that 10% - 15% of added weight (food, personal belonging, tools, etc.) be installed so the weight is added to the weight of the ball on travel trailers and at the hitch pin on fifth wheels.

## HOW TO WEIGH THE VEHICLE

Vehicle can be weighed at any public weighing facility. Weight needs to be freestanding (unloaded from tow vehicle). Total weight of the loaded unit should never exceed the Gross Vehicle Weight Rating (GVWR).

## HIGHWAY DRIVING

Following a few highway driving rules, the beginner or veteran trailerist can travel down the highway with all the comfort and convenience of normal traveling. There are a few suggestions that will make trailering easier for you, and helpful to other motorists on the highway.

1. Use your turn signals well in advance to warn other motorists of your turns.

2. Use your mirrors to insure proper clearance before changing lanes or pulling into traffic.

3. Adjust your electric brake controller so the electric brake takes hold before the tow vehicle brakes. Your dealer can assist you in making the proper adjustment.

4. Allow plenty of stopping space for your trailer and the tow vehicle. There is more weight to slow down, so start slowing down earlier.

5. Because of the greater weight, allow 3 to 4 times more room for passing. Use only enough additional power to pass safely without starting to sway.

6. Steady driving speeds will save gas and still get you where you're going in a reasonable amount of time.

7. When you're driving in the city, it's wise to use a lower gear. Also, watch out for "Must Turn" lanes, they can be especially troublesome.

8. When going uphill and downhill, the driver should accelerate to gain momentum before going uphill. Once at the top, it is wise to downshift to lower gears. This will reduce heating of the brakes.

9. When you see a bump in the road, you should slow down before you get there, then release the brakes before you hit the bump.

10. On curves, you should remember to brake before entering the curve and apply steady power during the curve.

11. Don't apply automobile brakes during extreme sway. A little acceleration is better. Apply the trailer brakes gently using the brake controller.

# GENERAL MAINTENANCE

## TIRE ROTATION

For maximum mileage, the tires on your trailer should be rotated every 4,000 to 5,000 miles.

## WHEELS AND TIRES

Any loss in air pressure effectively reduces the carrying capacity of the tire. The correct pressure and load carrying capacity at that pressure are molded in the tire sidewall. Your trailer was factory equipped with various load range tires, which should be inflated to the specifications found on the side of tires. It is advisable to carry a spare tire and tire gauge.

## LUG NUTS ON WHEELS

Lug bolts on your wheels can become loose during use. Torque each lug bolt to 90-95 foot pounds before beginning your first trip. The lug nuts must be seated into the counter sunken holes of the wheel. Recheck lug nuts prior to each trip. Keep the lug nuts and bolts free of rust. The following instruction label has been placed over the wheels of your vehicle to remind you of important required actions:

### NOTICE!
### CHECK WHEEL LUGS

1. On first trip, tighten wheel lugs at start and every 50 miles for first 200 miles. Correct torque is 90 to 95 foot-pounds.
2. Thereafter, check wheel lugs before each trip.
3. Following winter storage, check before beginning at trip.
4. Following excessive braking, inspect wheel lugs.

## WHEEL BEARINGS

It is recommended that you check these bearings at 5,000 miles or at the end of each season's camping to prepare for winter months ahead. Be sure to use only a multipurpose No. 1 or 2 good quality wheel bearing grease. If bearing or cone (race) become pitted, please replace any damaged part.

NOTE: Should you be concerned about heat in wheel bearings, check them occasionally while traveling by placing hand on hub. You should be able to hold your hand momentarily on the hub. Should it be extremely hot, it is recommended to have the bearings inspected by a qualified service center.

## BRAKE SERVICE AND MAINTENANCE

High quality electric brakes are matched to your trailer size and weight to provide optimum braking performance. On tandem axle trailers, there are electric brakes on all four wheels.

When traveling, you should observe the following guidelines that re recommended to save wear and tear on trailer and automobile brakes:

1. Don't ride with your foot on the brake. Apply the brakes with a pumping action so that air circulation around the lining will cool the brakes and brake linings.

15

2. Maintain proper tire inflation pressures for more even braking.

3. Check your brakes often.

4. When traveling downhill shift to lower gears. Check the breakaway switch periodically. Make sure the activating pin is inserted before you travel.

## ELECTRIC BRAKES

Trailers with electric brakes should be checked for adjustment by a qualified service technician at least annually. These brakes require you to activate them manually. This must be performed properly.

## FIRE EXTINGUISHER

For safety's sake, it is mandatory that you carry a fire extinguisher in your camper at all times. All SUN VALLEY, INC. trailers are equipped with this safety feature. It is located just inside the entrance door. The fire extinguisher should be checked prior to each trip to assure that the charge is adequate. Should the gauge indicate a low charge, replace unit immediately. It's too late to worry about it once a fire starts!

NOTE: Fire extinguishers supplied by SUN VALLEY, INC. are the disposable type and cannot be recharged. Consult your dealer for replacement units.

## SUSPENSION

The independent suspension system installed on your trailer requires no lubrication. To reduce corrosive effects, wheel bearing grease should be checked and replaced annually.

# MAINTENANCE SCHEDULE

| Item | Each Trip | Each Mo. | 3 Mo. | 6 Mo. | Each Year | *As Req | Procedure |
|------|-----------|----------|-------|-------|-----------|---------|-----------|
| Fiberglass Exterior | | X | | | | | Wash with warm water and mild detergent |
| | | | | X | | | Wax with liquid or paste wax |
| Roof and Roof Components | | | | X | | | Inspect and re-seal as needed |
| | | | | | X | | Lubricate roof vent mechanism with light oil and clean completely |
| Windows and Doors | | X | | | | | Check vinyl seals when washing exterior |
| | | | X | | | | Check seals for damage and repair as needed |
| | | | X | | | | Lubricate door hinges and step components with WD40 |
| | | | | | X | | Adjust and lubricate window latches with powdered graphite or light oil |
| | | | | | X | | Lube door locks and strike pocket, including exterior storage and access doors |
| Seals and Adhesives | | X | | | | | Inspect and re-seal as needed |
| LP Gas System | | | | | | X | Check for leaks and cracks |
| | | | | | X | | Have a qualified serviceman check pressures and complete system |
| Water and Drainage | | X | | | | | Check hoses, fittings and connections for leaks and signs of wear |
| | X | | | | | | Check drainage system for leaks and road damage |
| | | | | | | X | Sanitize system |
| | | | | | X | | Winterize system depending on local seasonal conditions |
| Electrical Systems | X | | | | | | Check GFCI circuits |
| | X | | | | | | Check running lights, turn signals and brake lights |
| | | | | | | X | Check and service batteries |
| Appliances | X | | | | | | Remove food and ice from refrigerator after each trip |
| | | X | | | | | Clean fan blades and wash filter on range exhaust hood |
| | | | X | | | | Check for obstructions and dirt on exterior appliance vents |
| Safety Equipment | | | | | X | | Clean smoke detector components |
| | X | | | | | | Test smoke detector operation |
| | | | X | | | | Check fire extinguisher pressure and condition |
| Carpeting | X | | | | | | Vacuum after each trip |
| | | | | | X | | Clean |
| Wood Surfaces | | X | | | | | Clean pre-finished panels and wood |
| Weight and Distribution | X | | | | | | Be sure unit is within specified load limit and weight distribution |
| Axles (Towables) | | | | X | | | Mounting bolts should be torqued to 145-155 foot pounds |
| Wheel Bearings (Towables) | | | | | X | X | Repack wheel bearings yearly |
| Brakes (Towables) | | | | X | | X | Check operation (uneven wear) |

This schedule must be followed to maintain the life of your travel trailer.

# PREVENTATIVE MAINTENANCE

## EXTERIOR MAINTENANCE

Your trailer will give you many years of service with proper maintenance and care. Care in setting up your new trailer, and periodic maintenance of the interior and exterior will help ensure trouble-free use throughout the trailer season. Keeping your trailer in peak condition requires a minimum of effort if done consistently. If your trailer maintenance is neglected, serious problems may go unnoticed until they become unsafe or dangerous.

## ROOF VENTS

Roof vents should be inspected occasionally to prevent build-up of dirt and debris that may hinder opening. Each vent should be lubricated periodically to keep it in good working order.

Never force open a roof vent.

Make sure roof vents are closed while you are on the highway because dust and dirt may enter the trailer through the vent.

Power vent screen should be removed and cleaned to insure proper ventilation and to avoid the buildup of duct that can affect the life of the motor in power vents.

Check the caulking around the edge of roof vents at least twice a year. If the caulking appears dry or cracked, consult your dealer to obtain the proper materials for recaulking.

## WINDOWS

There are several types of windows in trailers. Each type of window has been selected to give the best design, appearance, and ventilation for the vehicle in which it is installed.

Positive-seal jalousie type windows protect against water and provide maximum ventilation. These windows operate easily if lubricated occasionally. If they bind, check for obstructions, and check your set-up. The windows may bind if the trailer is not level.

## FLOORS

High quality floors are used in your trailer. Floor problems can be avoided by keeping humidity down inside the unit and checking the level of your trailer after blocking.

## EXTERIOR SURFACES

The side walls of your SUN VALLEY, INC. trailer are a painted aluminum and fiberglass material. Exterior paint life can be extended by maintaining it in a waxed condition. It is suggested that a spray wax, or wash and wax combination be used due to the texture of the aluminum. This not only preserves the paint, but allows easier removal of dirt and road tars. Use of touch up paint for small areas keeps the recreational vehicle in like new condition.

If you travel on roads where salt or chlorides have been used, you should wash off the travel dirt as soon as possible with warm water and mild detergent. Also, if you are visiting the seashore, salt air will deposit salt crystals on your trailer. These crystals should be washed off as soon as possible.

For normal cleaning and maintenance of the Shell roof, standard household products such as 409, Fantastic, or a good detergent soap may be used. Be sure to use plenty of water and keep side walls wet to eliminate possible streaking. For stains that resist normal cleaning, a soft rag with Spray and Wash or Tilex may be used. Again be sure to use plenty of water.

Do not use gasoline, naptha, or paint thinners to remove tars. These chemicals could cause the finish to soften and blister.

Check the metal screws for tightness at least twice a year; temperature changes may loosen the screws or the screws may work loose from road vibration. When tightening, make sure the screw is tight, without buckling the metal exterior.

Check the caulking on the corners of your trailer walls and roof and on the windows and doors. Temperature changes may tend to dry out the caulking compound and create the possibility of water leaks. Caulking should be inspected periodically, at least twice a year, and, if needed, the unit should be recaulked before damage can occur. Make sure that window openers and vents are free of dirt and operate smoothly. It is advisable to clean the window sills and vents. The corners of the windows should be caulked annually with a window sealant available from your dealer.

Graphite powder on the door lock will keep it working freely.

Gas lines should be check with air soap solution for possible leaks. The gas refrigerator burner should be removed, cleaned and replaced in the spring because spiders and insects may form nests in the burner during the fall. All electrical connectors should be periodically inspected. Also, check all wiring circuits for proper operation.

## TIRES - GENERAL INFORMATION

Your trailer is equipped at the factory with name brand trailer tires. Your trailer dealer cannot make adjustments to tires. This must be done by a dealer who handles that particular brand. If you ever have tire problems, check the local telephone directory for the nearest dealer.

*NOTE: Some tires will have an "800" number printed on the tire.*

## RAIN WATER LEAKS

Water leaks into the trailer should be repaired promptly. The water will lay inside the wooden interior of the trailer and will eventually cause wet rot. Never ignore a water leak.

# INTERIOR APPEARANCE CARE

## UPHOLSTERY CARE

**IMPORTANT:** Be sure vehicle is well ventilated while using any cleaning agents. Follow manufacturer's recommendations in using such products. Also, to avoid possible permanent discoloration on white or light colored seat trim, do not allow materials with unstable dyes (certain types of casual clothing, such as colored denims, corduroys, leathers, suede, decorative paper, etc.) to come in contact with decorative fabric materials. Due to possible shrinkage, cushion covers should not be removed for cleaning.

With the advent of modern materials composed of synthetic plastics and/or man made fibers, it is extremely important that proper cleaning techniques and cleaners be used when cleaning. Failure to do this on the first cleaning may result in water spots, spot rings, setting of stains or soilage, all of which make it more difficult or impossible to remove in a second cleaning.

Dust and loose dirt that accumulates should be removed frequently with a vacuum cleaner, whisk broom or soft brush. Vinyl or leather should be wiped regularly with a clean damp cloth. Normal soilage, spots or stains, can be cleaned with the appropriate cleaning solutions. Never use gasoline, nail polish remover or acetone, lacquer thinners, bleaches, etc. Some basic steps should be remembered before the cleaning is attempted:

1. Remove stains as quickly as possible before they become "set".
2. Use a clean cloth or sponge to clean the area.
   (A **SOFT** brush may be used if stains persist.)
3. Use solvent type cleaners in a well ventilated area, also do not saturate the stained area.
4. If a ring should form after spot cleaning, the entire area should be cleaned immediately.
5. Follow instructions on the label of the cleaner.

**CAUTION:** Many cleaners may be toxic or flammable, and their improper use may cause personal injury or may cause damage. Therefore, when cleaning, do not use volatile cleaning solvents such as: acetone, lacquer thinner, enamel reducers, nail polish removers; or such cleaning materials as laundry soaps, bleaches or reducing agents (except as noted in the adjacent fabric cleaning instructions on stain removal). Never use carbon tetrachloride, gasoline, or naphtha for any cleaning purposes.

## DRAPERY CARE

The draperies used in your trailer are to be professionally dry cleaned only.

## CLEANING GENERAL SOILAGE OR WATER SPOTS FROM FABRIC WITH FOAM TYPE CLEANER

Vacuum area thoroughly to remove excess loose dirt. Always clean a complete section - mask adjacent areas along stitch or wet lines. Prepare cleaning agent in strict accordance with directions on label of container. Use suds only on a clean sponge or soft bristle brush - do Not wet fabric excessively or rub harshly with brush. Immediately after cleaning, wipe off any cleaner residue with a slightly damp absorbent towel or cloth.

Important - Immediately after wiping, force-dry fabrics with air hose, heat dryer or heat lamp. (Use caution with heat dryer or heat lamp to prevent damage to fabric.) When materials with a sheen or luster finish are dry, wipe fabric lightly with a soft, dry clean cloth to restore sheen or luster.

## SPOT CLEANING FABRICS WITH SOLVENT TYPE CLEANER

Before attempting to remove spots or stains from fabric, determine as accurately as possible the nature and age of the spot or stain. Some spots or stains can be removed satisfactorily with water or mild soap solution (refer to accompanying "Removal of Specific Stains"). For best results, spots or stains should be removed as soon as possible.

Some types of stains or soilage such as lipstick, some inks, certain types of grease, etc., are extremely difficult and, in some cases, impossible to completely remove. When cleaning this type of stain or soilage, care must be taken not to enlarge the soiled area. It is sometimes more desirable to have a small stain than an enlarged stain as the result of careless cleaning.

Excess stain should be gently scraped off with a clean, dull knife or scraper. USE VERY LITTLE CLEANER, light pressure, and clean cloths (preferably cheese cloth). Cleaning action should be from outside of stain feathering towards center of stain and constantly changing to a clean section of cloth. When stain is cleaned from fabric, immediately dry area with an air hose, heat dryer or heat lamp to help prevent a cleaning ring (use caution with heat dryer or heat lamp to prevent damage to fabric material). If a ring forms, immediately repeat the cleaning operation over a slightly larger area with special emphasis on Feathering towards center of area. If ring still persists, mark off adjacent section and clean entire affected panel section as previously described under "cleaning general soilage or water spots with foam type cleaner."

## REMOVAL OF SPECIFIC STAINS

GREASE OR OIL STAINS - Includes grease, oil, butter, margarine, shoe polish, coffee with cream, chewing gum, cosmetic creams, vegetable oils, wax crayon, tar and asphalts. Carefully scrape off excess stain; then use fabric cleaner (solvent type) as previously described. Shoe polish, wax crayons, tar and asphalts will stain if allowed to remain; they should be removed as soon as possible - use caution as cleaner will dissolve them and may cause them to bleed.

NON-GREASY STAINS - Includes catsup, coffee (black), egg, fruit, fruit juices, milk, soft drinks, wine, vomit, and blood. Carefully scrape off excess stain; then sponge stain with cool water. If stain remains, use foam type cleaner as previously described. If odor persists after cleaning vomits or urine, treat area with a water-baking soda solution - 1 teaspoon baking soda to 1 cup of warm water - finally, if necessary, clean lightly with fabric cleaner (solvent type).

## CLEANING VINYL

Ordinarily soilage can be remove from vinyl or leather with warm water and a mild soap such as saddle soap or oil soap, or approved equivalent. Apply a small amount of soap solution and allow to soak for a few minutes to loosen dirt; then, rub briskly with a clean, damp cloth to remove dirt and soap residues. This operation may be repeated several times if necessary. Some soilage such as tars, asphalts, shoe polish, etc. will stain if allowed to remain - they should be wiped off as quickly as possible and the area cleaned with a cloth dampened with vinyl cleaner (solvent type). Do not use dry cleaning solutions.

## CLEANING PANELING

Ordinary soilage and stains can be remove with any good furniture or paneling cleaner, following the directions specified on the container. Paneling utilized in your trailer is the same as that used in fine homes and should be treated with the same care and maintenance.

21

## GLASS SURFACES

The glass surfaces should be cleaned on a periodic basis for continued good visibility. Use of a commercial household glass-cleaning agent containing ammonia will remove normal tobacco smoke and dust films sometimes caused by ingredients used in vinyls, plastics, or other interior materials.

*NOTICE: Never use abrasive cleaners on any vehicle glass, at it may cause scratches.*

## COUNTERTOPS, SIDE WALLS, DINETTES, AND BATHS

High pressure countertops, dinettes, and vinyl side walls and baths may be cleaned with detergent and water or liquid cleaners. These easy-to-clean surfaces may also be polished with furniture polish.

## INTERIOR & EXTERIOR FIBERGLASS

Interior fiberglass and other plastic parts should be cleaned with soap and water; avoid the use of abrasive or chemical cleaners. These surfaces can be wiped clean with a damp cloth. Lubricate the holding tank latches and the slide lever using recommended lubricants. The wrong lubricant may attack plastic parts and the rubber gasket.

## FLOOR COVERING

High grade vinyl floor coverings are used in all models. These vinyl surfaces should be cleaned regularly to prevent sand, dirt, or small chips from grinding into the finish of the floor. When cleaning, a minimum of water should be used. Never let water stand on the floor. After cleaning, a protective covering of floor wax should be applied.

## WALLS, CABINETRY, WARDROBES

Natural wood cabinets and wardrobes should be cared for like fine furniture. Application of furniture polish and cleaner will keep these wood surfaces beautiful. Avoid harsh polishes or waxes.

## CONDENSATION

Some condensation of water vapor may temporarily occur in your trailer. This condensation results from moisture in construction materials that must work its way out of the wood and fiber. Also, during summer months, your trailer may absorb moisture from outside air.

You will notice moisture in the trailer first on the windows. This indicates that the humidity inside is too high. It is important to ventilate so evaporation of the enclosed moisture can occur.

Cooking, bathing, laundering, and breathing all create moisture. Control of this moisture is essential for proper maintenance of your trailer. Exhaust fans and vents for gas burners tend to alleviate this problem.

There are several steps that you can take to reduce moisture problems inside your trailer.

1. Open vent or window when cooking.
2. Close the bathroom door and open the bathroom vent or window during and after showering.
3. Keep one or more vents slightly open.

# CAMPING PROCEDURES
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## LEVELING THE TRAILER

When selecting your campsite, try to find a site as level as possible. To make minor leveling adjustments your front jacks can be used. Major adjustments could require the use of wood planks under the tires. The dealer will explain in detail how to level the trailer.

## TRAVEL PREPARATION

When you are ready to leave your campsite, carefully perform the following functions:

        Step 1.  Shut gas valve on bottle off.

        Step 2.  Shut off 12V lights, retrieve power cord

        Step 3.  Lower TV antenna

        Step 4.  Close roof vents and windows

        Step 5.  Retrieve water supply hose

        Step 6.  Store outside cooking supplies

CAUTION: Raise and store stabilizer jacks in locked position. Make certain that power cord and water hose are properly stored.

**BE SURE THE HITCH IS LOCKED IN POSITION. CHECK ALL EXTERIOR LIGHTS TO BE SURE THEY ARE ALL OPERATING PROPERLY.** Don't overlook the brake and turn signal lights - try them to be safe. If none of the exterior lights function, check the tow vehicle fuse block for blown fuses. If an individual bulb is inoperative, check the bulb and ground wire for that particular light.

# PLUMBING SYSTEM
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## FRESH WATER SYSTEM

All models are equipped with a demand water system that features an electric water pump, a fresh water storage tank, and associated piping to bring fresh water to you when a faucet is opened. When connected to your 12-volt power source, the pump will keep a constant pressure running when there is a demand for water. The pump will automatically shut off when the demand for water ceases.

## OPERATION

- Check level of water in tank.
- Be sure all valves are open and strainers are clean.
- Open all faucets, hot and cold.
- Turn on power to pump and wait for hot water tank and water lines to fill.
- Close each faucet when it starts to deliver a steady stream of water (close cold water first).
- Observe the pump. Check to be sure pump stops soon after closing all faucets.
- Pump is now ready for automatic operation. It will start when a faucet is opened and stop when the faucet is closed.

## TROUBLE SHOOTING

Problem:   Pump operates but no water flows through faucet.
Cause:     Low water level in tank; water lines are clogged; kink in water hose; air leak in suction line; dirty or hard-to-open in line check valve; defective pump check valve.

Problem:   Pump cycles on and off although all faucets are closed.
Cause:     Water leak in plumbing; water leak in flush toilets; internal leak in pump; pump check valve not sealing.

Problem:   Pump operates roughly and has excessive noise and vibration.
Cause:     Flow through intake line is restricted, kink in hose; pump mount is loose; deformed or ruptured pulsation dampener in pump; worn connecting rod bearing.

Problem:   Pump fails to start when faucets are open.
Cause:     Ice in pressure switch chamber; clogged piping; no voltage to pump; defective pressure switch.

Problem:   Pump fails to stop when faucets are closed.
Cause:     Empty water tank; insufficient voltage to pump motor, defective pressure switch.

## HANDLING THE WATER SUPPLY

When you first bring your new vehicle home, you can be assured that the water tank has been tested for leaks at the factory and by your dealer. However, it is advisable to flush the water tank before using. Use a standard garden hose to provide a connection to the outside water supply. We recommend 25 to 50 feet of nontoxic plastic water line. Ask your dealer about hoses, because some brands cause a bad taste in the water supply.

## WATER HEATER BY-PASS

All of our travel trailer and fifth wheels are equipped with a water heater bypass. This series of valves isolates the water heater from the rest of the system. When winterizing the unit, it prevents antifreeze from entering the water heater.

## SANITIZE POTABLE WATER SYSTEMS

To assure complete sanitation of your potable water system, the following procedure is recommended. It applies equally to a new system, one that has not been used for a period of time, or one that may have become contaminated.

1. Mix a solution of one gallon of water and 1/4 cup of Clorox or Purex bleach (5% sodium hypo chlorite).
2. Make sure tank is empty. Pour solution into tank. Use one gallon of solution for each 15 gallons of tank capacity.
3. Fill tanks with fresh water. Open all faucets and drain valves until all air has been released and entire system is filled. Close faucets and valves.
4. Allow to stand for three hours.
5. Drain flush with fresh water. Tank can be drained by opening drain valve.
6. To remove excess chlorine taste or odor which might remain, mix solution of one quart of vinegar to five gallons of water. Pour this solution into tank and allow to agitate in tank for several days (rock or move vehicle back and forth several times a day).
7. Drain tank and again flush with potable fresh water. Water should not be left in water tank after your trip. This water will stagnate and lose its flavor. Fresh water before each trip will insure the highest quality drinking water for your family.

## SEWAGE AND WASTE SYSTEMS

The wastes system in your trailer consists of the fixtures, holding tank(s) and termination valve(s). Proper care and maintenance of your trailer's waste system will insure many years of trouble free service.

Vehicles equipped with this total waste system make you independent of the other restroom facilities during your travels. Depending on the size of your holding tanks, the size of water tanks, and amount of water used, you can stay away from service facilities for extended periods of time. Also, please remember if you leave the cap on your drain, water may back up into the lowest part of the drain system. Tanks should be emptied before travel.

25

## SEWAGE DISPOSAL AND TANK CLEANING

Trailer owners will find that several simple guidelines for holding tank care and cleaning will facilitate sewage system maintenance. Before starting on your extended trip, it is advisable to add 1 to 2 gallons of water to the holding tank. This prevents buildup of solids in front of the termination valve. You may want to add one of the commercially available holding tank deodorants.

During your trip use only toilet tissue in the stool. Facial tissues or other paper will not dissolve in the liquid of the holding tank. Also, the toilet should be flushed clean after use. Any paper which sticks in the toilet valve will cause a steady trickle of water into the holding tank.

To determine when to empty holding tank, you should find out how much water your stool uses per flush. Usually this is between 1 and 2 quarts of water. If you have a 20 gallon holding tank, this means that you can get about 80 flushes before you have to empty the holding tank. When it's time to empty, just take your trailer to the nearest dump station, if you're in a park, and hook up the sewage facilities. When connected to park sewage facilities, it is advisable to keep your termination valve closed until the tank is nearly full. This will help the solids dissolve and the tank will empty more completely.

After you've hooked up the sewer hose, unfasten the termination valve clips and pull the slide. It is advisable to flush the holding tank with water during the dumping procedure. Close the slide after rinsing. Store the sewer hose in the bumper or other receptacle provided for the purpose. To clean your holding tank, flush thoroughly with water after use.

*NOTICE: UNDER NO CONDITION SHOULD THE CONTENTS OF THE TANK EVER BE EMPTIED BESIDE THE ROADWAY, IN A RIVER OR STREAM, OR DIRECTLY UPON THE GROUND.*

Bacteriologists tell us that additives put into the sewage to increase bacterial action are not necessary because the proper bacteria are naturally present in the waste. The bacteria multiply so rapidly in the waste, that in a short time there are sufficient numbers to break down the solids. However, the storage period in the tank is too short for any practical digestion.

## THINGS NOT TO PUT INTO THE TOILET AND TANK

1. Facial and other similar tissues. Unlike toilet paper, nearly all facial tissues are impregnated and treated to give them wet strength. This quality makes it almost impossible to dissolve them in the tank. Most toilet paper dissolves after a period of time, especially if agitated by traveling. However, facial and similar tissues do not, so never put them in the tank.

2. Do not use detergents and bleaches. This is fairly common practice and always does more harm than good. The harm is that detergents remove lubrication oils and greases. They actually do no good at all. It is better to use a trailer sewage deodorizer which you can obtain from your dealer.

3. Do not use antifreeze, ammonia, alcohol, or acetone in your tanks. Such liquids as these may damage your tank, valve parts, tank fittings, or drain hose. They do no good and may cause a lot of trouble. Drain your tank when storing the coach to prevent freezing.

# LP GAS SYSTEM

## LP GAS BOTTLE MOUNTING INSTRUCTIONS

The LP gas bottle, two stage regulator and high pressure hose are packaged together and shipped inside the gas storage compartment, or the front of the trailer.

**CHECK ALL BOTTLE AND LINE CONNECTIONS FOR LEAKAGE** with either soapy water, bubble solution or approved means. **DO NOT USE PRODUCTS THAT CONTAIN AMMONIA OR CHLORINE** to check for leakage.

## BASIC INFORMATION

Your trailer is equipped with an LPG (liquefied petroleum gas) System. LPG is a true gas compressed into liquid form for easy transportation and storage. It is also known as Propane, or Bottled Gas. An on-board storage tank provides gas for cooking, heating, or refrigeration. Do not connect your trailer to natural gas as your appliances are designed to operate on LPG only.

When utilizing LPG appliances at high altitudes, such as mountain campgrounds, the gas burns at a lower temperature. This causes a "cooler" flame and cooking times will be proportionally increased, as will gas consumption of the furnace, water heater, etc. If you are preparing recipes in which cooking time and/or temperature are critical you should consult a good cookbook or seek local advice regarding the proper adjustments for the altitude at which you are camped.

Propane in the gaseous state is heavier than air. If allowed to escape into the atmosphere it will flow to the lowest point in your trailer. Propane in this natural state is odorless and tasteless. An odor is introduced into the gas so that, in the event of a leak, you should detect a distinct odor.

## LIQUEFIED PETROLEUM GAS (LPG) IS EXPLOSIVE

Utmost care should be exercised to prevent leaks from open valves. If you smell a gas leak, all windows, outside doors, and cupboard doors should be opened so that the gas may escape. Let the trailer stand for 2 hours. Opening the windows only may not eliminate the danger of explosion.

## CHECK FOR GAS LEAKS

If your trailer has been in transit or storage for an extended period, check the fuel line connections and appliance valves before and after opening cylinder valve. A solid line runs from the LPG tank and no connections are made within the walls of the trailer. Therefore, all connections are accessible for checking. Some easily performed tests are outlined below:

Turn off all appliances; turn off the LPG valve and wait approximately three minutes. By putting your ear close to the regulator and turning the tank valve rapidly, listen for a slight hiss. If you hear a slight hiss there is definitely a leak in the gas line.

Apply soapy water to all points or connection points with the gas turned on and look for the telltale bubbles.

**NEVER USE AN OPEN FLAME WHEN TESTING FOR LEAKS IN THE GAS SYSTEM.**

27

## LPG STORAGE

**WARNING:** LP-Gas containers shall not be placed or stored inside the vehicle. LP-Gas containers are equipped with safety devices that relieve excess pressure by discharging gas to the atmosphere.

## RANGE VENTILATION

> **WARNING:   IT IS NOT SAFE TO USE COOKING APPLIANCES FOR COMFORT HEATING**

Cooking appliances need fresh air for safe operation.

Before operation:

1. Open overhead vent or turn on exhaust fan, and
2. Open window.

This warning label has been located in the cooking area to remind you to provide an adequate of fresh air for combustion. Unlike homes, the amount of oxygen supply is limited due to the size of the recreational vehicle, and proper ventilation when using the cooking appliance(s) will avoid dangers of asphyxiation. It is especially important that cooking appliances not be used for comfort heating as the danger of asphyxiation is greater when the appliance is used for long periods of time.

## FILLING OF LPG CONTAINERS

A warning label has been located near the LP-Gas container(s).

The label reads:

> **DO NOT FILL CONTAINER(S) TO**
> **MORE THAN 80 PERCENT OF CAPACITY**

Overfilling the LP-Gas container(s) can result in uncontrolled gas flow that can cause fire or explosion. A properly filled container will contain approximately 80 percent of its volume as liquid LP-Gas.

## PORTABLE FUEL-BURNING EQUIPMENT

**WARNING:** Portable fuel-burning equipment, including wood and charcoal grills and stoves, must not be used inside the recreational vehicle. The use of this equipment inside the recreational vehicle may cause fires or asphyxiation.

## STORAGE OF FLAMMABLE SUBSTANCES

**WARNING:** Storage of LP-Gas containers, gasoline or other flammable liquids inside your vehicle - even for short periods of time - present a risk of fire and/or explosion. All flammable liquids should be stored safely in a well-ventilated area outside your vehicle and in proper containers.

## LPG WARNING

The following label has been placed in the vehicle near the ranges area:

**IF YOU SMELL GAS:**

1. EXTINGUISH ANY OPEN FLAMES, PILOT LIGHTS, AND ALL SMOKING MATERIALS.
2. DO NOT TOUCH ELECTRICAL SWITCHES.
3. SHUT OFF GAS SUPPLY AT THE TANK VALVE(S) OR GAS SUPPLY CONNECTION.
4. OPEN DOORS AND OTHER VENTILATION OPENINGS.
5. LEAVE THE AREA UNTIL THE ODOR CLEARS.
6. HAVE THE GAS SYSTEM CHECKED AND LEAKAGE SOURCE CORRECTED BEFORE USING AGAIN.

## LPG REGULATOR INSTALLATION

LP-Gas regulators must always be installed with the diaphragm vent facing downward. Regulators that are not in compartments have been equipped with a protective cover. Make sure that the regulator vent faces downward and that the cover is kept in place to minimize vent blockage that could result in excessive gas pressure causing fire or explosion.

# ELECTRICAL SYSTEMS

## GENERAL

The electrical system is designed to provide power to your built-in appliances and lights from either a 120 volt outside source or a 12 volt battery installed in your trailer and, on some models, to charge this battery while your trailer is connected to the 120 volt source or the tow vehicle. The electrical equipment has been installed in an approved manner as required by the National Electrical Code. Remember that the power from the battery is limited. Do not try to operate your trailer for too long on the battery alone. You will find from experience just about how long the battery will last before it needs recharging.

## CHANGES, MODIFICATIONS, AND ADDITIONS

Your electrical system of 120 volts AC and 12 volts DC has been designed and installed in accordance with the safety requirements of the National Electrical Code. Any changes, additions, and/or modifications that you might make after delivery may develop a hazardous condition. Be sure to consult your local authorized dealer for advise concerning changes or additions. Only qualified electrical technicians should attempt to make any changes or additions to your electrical system, and then, using only approved material and components and employing approved methods of installation.

## 12 VOLT DC BATTERY SYSTEM

The 12 volt battery system can operate form one of two sources:

1.  The vehicle engine 12 volt system or,

2.  The auxiliary battery on the trailer.

The 12 volt battery system is designed to power the following equipment in the trailer:

Interior Lights and Exterior Patio Lights

Furnace (blower or fan)

Water Pump

Power Roof Vent

Refrigerator

## BATTERY CARE AND MAINTENANCE

When camping in out-of-the way places, your source of electricity will be your auxiliary storage battery. The battery will supply power for your lights and all other trailer accessories. Proper care of your battery is necessary for longer service life. Check the battery often. Examine for loose terminals or water loss. You can use the hydrometer at most service stations to check the specific gravity of the battery. For extra trips, you may wish to install an extra battery for added electrical power.

To clean the battery, remove it from the trailer and wash the top with baking soda and water.

30

## 120 VOLT AC SYSTEM

The 120 volt AC system operates from an external 120 volt power source. The system is designed to provide 120 volt AC to all the electrical convenience outlets and the roof air conditioner. The 120 volt AC system also supplies power to the trailer's converter which converts 120 volts AC to 12 volts DC. On some models the converter automatically disconnects the battery from the 12 volt equipment. Other models are equipped with a manual switch. On some models, the battery charger will provide an automatic charge to the auxiliary 12 volt battery when the unit is operating on 120 volt AC power.

## CONNECTING TO THE 120 VAC SOURCE

The "third pin" on the electric plug caps has been with us for some time now but many still do not understand its purpose or its importance in preventing death dealing shock. Since electrical equipment, including your trailer, seems to work satisfactorily without it, some consider the third pin a nuisance and some even break it off of 15 amp plugs when they want to plug into obsolete receptacles which will not accommodate it. Your trailer is equipped with a 20 ampere power supply cord on the end of which is a 30 ampere plug cap.

Many ask why the trailers are equipped with those big plugs that won't fit into any of the receptacles in the parks - and the answer is very simple - to prevent the trailer owner from plugging them into those smaller 15 amp receptacles. He often does it anyway in one way or another, but he may be asking for trouble in doing so.

The 30 amp plug on your trailer indicates that it can be expected to draw up to 30 amperes of current when connected to a 120 volt power supply. The small receptacles found in so many recreational vehicle parks is the same as commonly used in your home and is rated only at 15 amps. That "rating" means that if more than 15 amperes is drawn from it the contact will get hot and eventually burn out - and so will the wire feeding it if it is also rated at 15 amps (No. 14 conductor).

We hope someday all parks will provide proper receptacles for trailers, but the greater expenses arises from all the makeshift arrangements to connect the trailer to the park receptacle that can result in death from shock. What is the third pin for? Why is it so important? Very simply the third pin is a means of connecting the exposed metal parts of an appliance or recreational vehicle to earth ground so there can be no voltage difference between them to cause a shock. The National Electric Code is very explicit in its requirements to assure the connection of "all exposed non-current carrying metal parts that may become energized" to the grounding conductor - which is thence connected to earth ground in accordance with the National Electric Code. According to these standards:

1. The metal skin of a trailer must be bonded to the metal frame.
2. The frame, water pipes, gas pipes and all other exposed metal parts must be connected to the grounding bus in the distribution panel board.
3. The grounding bus is then connected through the green wire in the power supply cord to the THIRD PIN.
4. The THIRD PIN in the park receptacle is then connected to earth ground.

With everything connected properly in this grounding circuit, the vehicle is shock safe -- but it could become very unsafe if the continuity described above is not maintained. Let us examine several possibilities. First of all it should be explained that there is a difference between "trailer wiring" and "house wiring" in that the "neutral" current carrying conductor in the house is grounded at the distribution panelboard. But not so in the trailer, and there is a good reason - and that reversing the

31

polarity of the "hot" and "neutral" currently carrying conductors, thus making the trailer skin hot and creating a very real shock hazard.

There are several ways this could happen, all of which would have a 50% chance of making a real killer out of your trailer. Perhaps the most common way is through the use of a two-conductor extension cord to connect the trailer to the park receptacle. A second way would be by using a "cheater plug", from which a third pin had been removed and last, but probably not the only other way, would be from a 15 amp plug put on the trailer power supply cord as a replacement for the 30 amp plug which was cut off (because it wouldn't fit any park receptacle).

**WE DO NOT RECOMMEND THE USE OF NON-APPROVED ADAPTERS FOR ELECTRICAL HOOKUP.**

Even though the neutral conductor is not grounded in a recreational vehicle when it is wired at the factory, it could inadvertently be grounded later on through some faulty appliance or through a puncture in insulation. Or it may be the hot conductor that shorts to some metal part of the trailer. In either case, without the grounding circuit intact you may never know the difference until you have touched the outside of the vehicle while standing on damp ground.

With the grounding circuit complete, with the third pin properly connected at the park receptacle, any accidental shorting of a hot circuit conductor in the trailer will blow a fuse in the park circuit, giving a warning that something is wrong. If the neutral circuit in the trailer should short to the metal skin or frame accidentally nothing would happen and it would not be dangerous unless the polarity was reversed in some manner as described earlier. In either case, having the grounding circuit complete through the "third pin" to earth ground in the park wiring system would keep the trailer safe from shock. When plugging into a receptacle with no provision for the third pin, use an adapter with a pigtail that can be connected to the receptacle box.

In essence, if you make sure that your trailer has a proper ground by using the third pin on the electrical plug, you are insuring yourself that you will have a safe camping experience.

CIRCUIT BREAKER PANEL

All trailers are equipped with a circuit breaker box which is combined with the converter. The breaker box operates just like home circuit boxes. When a circuit is overloaded or shorted, the breaker switch will trip. The breaker switch can be manually reset by turning to the off position and then turning back on. If the breaker continues to trip and you have made certain that the circuit is not overloaded, a qualified electrical repair person should be consulted.

CARE OF YOUR POWER CONVERTER

The heavy-duty power converter installed in your trailer converts 120-volt AC to 12-volt DC. There are several manufacturers' suggestions for maintenance of your power converters.

1. There should be free circulation of air around the power converter. Don't let things pile up around or on the converter.
2. Keep the power converter dry. It is electrical equipment and, hence susceptible to damage from moisture.
3. Keep the power convertor as clean as possible.
4. Be careful not to overload your circuits.

5. If the converter fails to operate, first check incoming power to make sure 120-volt AC is available. Check the plug connection. If there is a clicking noise, the battery may be installed backwards.

The power cord on the power converter should be inspected frequently for cracks, chips, or fraying. Make sure the plug ends are corrosion-free and not bent. The plug on the end of the power cord is required by electrical codes and should not be altered or changed.

## RUNNING, TAIL, AND STOP LIGHTS

All exterior running lights meet ICC specifications and have been designed for maximum visibility and highway safety. Before you start on a trip, the exterior lighting system should be checked. Check the turn signals (both directions), the running lights, tail lights, and brake lights.

## TROUBLE-SHOOTING

| PROBLEM | CHECK |
|---|---|
| One light out | Check bulb and socket, Clean contacts |
| Two or more lights out | Check fuses in converter |
| No power | Check power cord Circuit breakers |
| Lights dim | Check battery voltage, Check line voltage |
| Water pump won't run | Check switch, check fuse in converter, loose wire at pump |
| No outside lights work | Check chassis ground |

## OWNER'S CAUTION CHECK LIST

_____ 1. Periodically check all gas connections to be sure there are no leaks (at least twice a year).

_____ 2. Shut off LP gas tank while traveling.

_____ 3. Check tire air pressure.

_____ 4. Check grease in wheel bearings (twice a year or every 3000 miles)

_____ 5. Check wheel lug bolts (before every trip).

_____ 6. Check hitch connection, safety chain and light harness to be properly connected and all lights are operating.

_____ 7. Be sure to carry proper lug nut wrench.

_____ 8. Check all clearance & tail light, brake lights, and turn signal flasher.

_____ 9. Be sure the stabilizer jacks are in traveling position.

_____10. 25 ft. power cord is unplugged and inside latch cover.

_____11. City water connection is disconnected and hose is stored.

# WINTERIZING YOUR TRAILER

## AT SEASONS END

You can continue to camp in cold weather; many people do. With insulated vehicles equipped with furnaces, winter camping can be as enjoyable as summer camping.

However, if you decide to store your trailer during the winter, we recommend the following procedures.

## DRAINING THE PRESSURIZED WATER SYSTEM

1. Flush all water lines, water tanks and holding tanks.
2. Open all faucets and low point drain valves in the vehicle.
3. Open the drain on the water tank and water heater
   and allow the hot water to drain out.
4. Close all faucets and drain the cold water tank,
   but leave the hot water tank drain valve open.
5. With an air pressure hose, thoroughly blow out the lines,
   checking each faucet, one at a time, to see that no water remains
   in the faucet or lines.
6. Then, open all faucets and leave them open for winter.
7. Fill the P-traps in your sink, lavatory and shower pan or
   tub trap with the antifreeze specified by your dealer.
   This will keep the traps from freezing.

**WARNING! NEVER** use alcohol, automotive antifreeze or swimming pool antifreeze in any portion of your vehicle's potable water system.

## MISCELLANEOUS

1. Open your holding tank valve and leave it open for winter
   with the cap tightly attached to prevent entry of rodents.
2. Be sure all windows and doors are shut.
3. Be sure your roof is properly coated for winter, and that all
   parts that need paint are properly painted to prevent rusting.
4. When storing your trailer, place stabilizer jacks under the frame.
5. The batteries should be removed from the vehicle and should be
   charged as necessary to maintain full charge through the winter.
6. Check for leaks before storage and during the winter to be sure
   no vandalism has occurred. Inspect periodically to make sure
   all things are as you left them.
7. Remove all food, clothes, bedding, etc.

## WINTER USE OF YOUR TRAILER

Trailer owners can enjoy their trailer year-around even during below freezing temperatures, although the possibility of freezing water lines, water tanks, drains, and holding tanks is a constant danger. Nontoxic vegetable type antifreeze is available and should be used even though your trailer will be heated. A good nontoxic vegetable type antifreeze will assure that your water system will not freeze while traveling or if your trailer is left unheated for a period of time.

Be certain your battery is maintained at a full charge as batteries tend to loose their efficiency during cold weather.

Snow and ice can block your windows and doors, so be careful not to force them if they do not operate freely.

Be careful where you park as snow can accumulate during a short period of time. You could easily become snowbound, so ready access to a road is a must. When camping in a remote area, it may be advisable to notify a relative or the police where you will camp and your estimated length of stay. If the weather turns bad and you cannot leave, someone will be able to send assistance.

## LP GAS CONSUMPTION

Most gas appliances are only intermittently operated. Unless there is heavy use of hot water, water heater consumption is not too great. Of course, operating under wintery conditions, requiring heavy use of the furnace, or doing a lot of oven baking for hours at a time will increase LPG consumption.

LP gas consumption depends upon individual use of appliances and length of time operated. Each gallon of LP gas produces about 91,5000 BTU's of heat energy. A typical seven gallon container will provide about 640,500 BTU's of heat energy. Following is a list of typical appliance consumption when turned on full for one hour of operation.

| APPLIANCE | HEAVY BTU CONSUMPTION |
|---|---|
| Water Heater | 8,800 |
| Refrigerator | 1,200 |
| Furnace | 30,000 |
| Range Oven | 7,200 |
| Each Range Burner | 5,200 |

# REPORTING SAFETY DEFECTS

If you believe that your vehicle has a defect that could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying SUN VALLEY, INC.

If NHTSA receives similar complaints, it may open an investigation and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer, or SUN VALLEY, INC.

To contact NHTSA, you may either call the Auto Safety Hotline toll free at (800) 424-9393 (or 366-0123 in Washington, D.C. area) or write to: NHTSA, US Department of Transportation, Washington, D.C. 20590. You can also obtain other information about motor vehicle safety from the Hotline.

# NOTES



**1135 Kent Street**
**Elkhart, IN 46514**

DP 45345 1/03