# In The Matter Of:
## *FEMA Trailer Formaldehyde Products Liability Litigation*

*Tommie Sanford*
*March 17, 2011*

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana  46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File sanford tommie.txt
Min-U-Script® with Word Index



EXHIBIT C

13

1  Q.  Are you able to give me the names of some of the
2      companies that Sun Valley purchased raw
3      materials that were used for travel trailers?
4  A.  Yes.
5  Q.  Will you do that? Can you go ahead and tell me
6      their names?
7  A.  There are probably a hundred and twenty of them
8      or better, but -- are we referring to the wood
9      paneling type --
10 Q.  Right.
11 A.  -- vendors?
12 Q.  Let's talk about this. When you were director of
13     purchasing for Sun Valley, identify for me the
14     names of the companies that you all purchased raw
15     wood materials from.
16 A.  Okay, the majority of our paneling-type products,
17     you know, which would be the woodgrain decorative
18     boards, what your cabinets are made of, cabinet
19     doors, that type of product came from Robert Weed
20     Plywood, they're in Bristol, Indiana.
21          And the framing lumber, which people know
22     more as a -- like a two-by-four, that type of
23     lumber came from North American Forest Products,
24     and Edwardsburg is where they're located.
25 Q.  Anything else?

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242

```
 1  A.  The floor, which was -- I guess, again, we're
 2      talking for the travel trailer, right?
 3  Q.  Right.
 4  A.  That was, we call it, "the big board," which is
 5      eight foot wide by twenty-four foot length that
 6      -- they came from Georgia Pacific.  But Georgia
 7      Pacific changed their name here in Elkhart, and I
 8      can't recall what that name is today.
 9  Q.  Okay.  Anything else?
10  A.  That's basically the wood.
11  Q.  At one point I thought I remember hearing the
12      name BlueLinx.  Did y'all ever purchase any
13      materials from them?
14  A.  That might be Georgia Pacific's new name.  But I
15      can't remember -- I just can't remember that
16      name.
17  Q.  That's fine.  I do want to direct your attention
18      to a document that's been marked -- Bates labeled
19      SV1001-001946.  And I'm going to mark it for
20      identification purposes as Sanford 1, Exhibit
21      Sanford 1.
22              (Sanford Deposition Exhibit 1
23              marked for identification.)
24  BY MR. MAGGIO:
25  Q.  And if you look at it, it appears to be an e-mail
```

15

|   |   |   |
|---|---|---|
| 1 |    | from Mark Romanetz to Mark Dunithan and Tom |
| 2 |    | Sanford, dated Tuesday, June 5, 2007.  Do you see |
| 3 |    | that? |
| 4 | A. | Uh-huh.  Yes.  Yes.  Excuse me. |
| 5 | Q. | And Mark Romanetz is telling you and |
| 6 |    | Mr. Dunithan, "I think we should address this |
| 7 |    | with our suppliers."  Do you see that? |
| 8 | A. | Yes, I do. |
| 9 | Q. | And it appears to be in response to some breaking |
| 10 |   | news that was issued on June 5, 2007 regarding |
| 11 |   | formaldehyde.  Do you see that? |
| 12 | A. | Yes, I do. |
| 13 | Q. | Do you recall receiving this e-mail from |
| 14 |   | Mr. Romanetz -- |
| 15 | A. | I don't remember -- |
| 16 | Q. | Wait, wait, wait. |
| 17 |   | -- around June 5, 2007? |
| 18 | A. | I actually don't remember this particular e-mail, |
| 19 |   | but I do remember the incident. |
| 20 | Q. | Okay.  Explain it to us. |
| 21 | A. | When this was brought up, the formaldehyde thing, |
| 22 |   | we contacted Robert Weed Plywood and asked them |
| 23 |   | about, you know, their product, what they was |
| 24 |   | selling us, and what they had to say about this. |
| 25 |   | And at that time they brought out a letter |

1  to us claiming that their product that they was
2  selling to us during the time that Katrina, or
3  the 2005 period, was a low-emission luan. And
4  the low-emission luan is a requirement of HUD,
5  which is -- HUD does manufactured houses, and
6  their requirements are a little more strict than
7  the RV side of it.
8        And their reasoning behind that was they buy
9  their luans overseas and there's like a six-month
10 lead time on it, and to try to have two boards in
11 their house to laminate on, they -- as a company
12 they chose to just purchase the low-emission, and
13 then that board would cover both their RV
14 customers and their manufactured housing
15 customers.
16       And, basically, their letter that they
17 brought to us said that.
18 Q. And you actually saw that letter?
19 A. Oh, yeah. Yeah.
20 Q. The HUD requirements, did that apply to travel
21    trailers that --
22 A. No.
23 Q. And Sun Valley did not make manufactured housing,
24    did they?
25 A. No, we did not.