Charles Marshall
1/5/2011

Page 1

```
 1            UNITED  STATES  DISTRICT  COURT
 2            EASTERN  DISTRICT  OF  LOUISIANA
 3
 4    IN  RE:   FEMA  TRAILER    * MDL  NO.  1873
                FORMALDEHYDE     *
 5              PRODUCTS         * SECTION:  N  (5)
                LIABILITY        *
 6              LITIGATION       * JUDGE:  ENGELHARDT
                                 *
 7    THIS  DOCUMENT  RELATES    *
      TO:  (Irma  Miller,  et al * MAG.  JUDGE  CHASEZ
 8    v.  Sun  Valley,  Inc.,    *
      et  al,  Docket  No.       *
 9    09-5658)
10
11    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
12
13
14
15            Video  deposition  of  CHARLES  MARSHALL,
16    taken  at  the  Law  Offices  of  Gainsburgh,
17    Benjamin,  David,  Meunier  &  Warshauer,  LLC,
18    2800  Energy  Centre,  1100  Poydras  Street,  New
19    Orleans,  Louisiana  70163,  on  the  5th  day  of
20    January  2011.
21
22
23
24
25
```



EXHIBIT
D

Charles Marshall
1/5/2011

Page 62

```
 1    permanent basis, was -- who all was living
 2    with you in the trailer?
 3         A.      Actually, nobody.
 4         Q.      What about the dog, Chaz?
 5         A.      The dog was basically in Baton
 6    Rouge.
 7         Q.      At what point did the dog or any
 8    of the dogs come and stay with you in the
 9    trailer?
10         A.      When I -- when I started staying
11    permanently in the trailer, he was kind of
12    back and forth.  I would bring him with me to
13    the trailer.  If I'm going to be there four or
14    five days, I would bring him down.  I mean,
15    it's an amicable dog.  I can leave him in
16    Baton Rouge, also.  So it was kind of --
17    sometimes I brought him with me.  Sometimes I
18    left him in Baton Rouge.
19         Q.      When did her lease expire?
20         A.      I think it was -- it was a year's
21    lease, so I would say December -- January
22    of --
23         Q.      '07?
24         A.      '07, yeah.
25         Q.      January of '07?
```

Charles Marshall
1/5/2011

Page 63

```
 1        A.        (Witness nods head
 2    affirmatively.)
 3        Q.        So Pat's lease expires in the
 4    apartment in January of '07?
 5        A.        Yes.
 6        Q.        So as of that time, you don't
 7    have an apartment to go to in Baton Rouge,
 8    right?
 9        A.        Right.
10        Q.        Was there any other place, let's
11    say, from January '07 to the time that you
12    move out in the trailer where you lived
13    anywhere else besides the trailer?
14        A.        No.
15        Q.        When did you move out of the
16    travel trailer?
17        A.        '08.  Sometimes in '08.  I don't
18    remember the exact month, but I'm --
19        Q.        If the records say that you moved
20    out in October of 2008, does that sound right
21    to you?
22        A.        Yeah.  That sounds about right,
23    yes.
24        Q.        So from the time that the lease
25    expires on that apartment in January of '07
```

Charles Marshall
1/5/2011

Page 64

```
 1    until October 2008, you were staying in that
 2    travel trailer on a permanent basis?
 3        A.      Correct.
 4        Q.      Were -- during that period of
 5    time, January of '07 to October 2008, were you
 6    staying anywhere else besides the trailer?
 7        A.      No.
 8        Q.      And during January of '07 to
 9    October of '08 when you're living in the
10    trailer, the dog Chaz was staying with you in
11    the trailer?
12        A.      No.  The dog was -- I had him in
13    the house, in my house, which the trailer was
14    on my lawn, so in the back of the house, in
15    the garage is where he stays.  So I put him in
16    the house.
17        Q.      Why didn't you keep him in the
18    trailer?
19        A.      I just -- it's easier to have him
20    in the garage, which is his permanent place.
21        Q.      So let's back up.  Earlier when
22    you were telling me that before Katrina hit,
23    Chaz would stay in the house with you, there
24    was a certain area that he was designated?
25        A.      Yes.
```

Charles Marshall
1/5/2011

Page 65

1          Q.        And where was that?

2          A.        That's in the -- it's in my

3     garage, the washroom, which there's a heater

4     and all, you know, in the washroom.  That's

5     where he stays.

6          Q.        Is it a typical garage where you

7     park your car in, as well?

8          A.        It is.

9          Q.        Would he also come into the

10    living quarters of the house?

11         A.        Rarely.  You know, that back then

12    was his part.

13         Q.        So when you moved back into the

14    trailer in January of '07, you were keeping

15    the dog in the garage portion of the house?

16         A.        Yes.

17         Q.        How often would the dog come in

18    the trailer?

19         A.        Not at all.

20         Q.        When you were staying in the

21    trailer from, let's say, January of '06 to

22    April of '06, during that three to four months

23    before Pat's mom gets a trailer, who else

24    would come and spend the night in the trailer

25    with you?

CHARLES MARSHALL
1/5/2011

Page 156

1      Q.      Do you know her name?

2      A.      No, I don't remember her name.

3      Q.      This is the lady that told you

4   you had to move out the trailer?

5      A.      Yes.

6      Q.      Now, did anybody -- did any of

7   these people ever tell you, in response to you

8   complaining about the smell, that you need to

9   open the windows or the vents or the doors or

10  turn on the air condition to allow some --

11     A.      I was told that a few times.

12     Q.      Who would tell you that?

13     A.      Someone who -- whoever -- I mean,

14  people that were in the group, somebody would

15  always say, you know, "Open the doors to your

16  trailer or open the doors before you go in or

17  after you go in, come out, and open the door,"

18  so I was told that a few times.

19     Q.      What about -- did they tell you

20  to also open up the windows?

21     A.      They didn't say windows.  The

22  windows are kind of -- that's kind of hard to

23  do.  I mean, you got to -- one -- maybe one

24  little window or something on the trailer.

25  And I don't know if it really opened, to be

Page 157

1    honest with you, because I never did really

2    open the window.

3        Q.      Let's go ahead and talk about

4    your trailer.  How many doors did it have?

5        A.      It had one door.

6        Q.      Okay.  And when you would smell

7    that smell --

8        A.      Uh-huh (affirmative response).

9        Q.      -- that formaldehyde -- we'll

10   call it the formaldehyde smell.

11       A.      Okay.

12       Q.      Would you actually open the door

13   and let it ventilate?

14       A.      Yes, I would open it.

15       Q.      And the door worked?

16       A.      Well, it -- it made it lesser

17   pungent, if you will.

18       Q.      And what I meant -- what I

19   actually meant was, did the door work in terms

20   of it was functional?  You could open the

21   door, and it wasn't a problem?

22       A.      Oh, yeah.  Oh, yeah.  Oh, yeah.

23       Q.      Okay.

24       A.      The door worked.

25       Q.      Okay.  The trailer, did it have

Page 192

1        A.        For a long time.

2        Q.        Even before Katrina?

3        A.        For a long time.

4        Q.        Why do they --

5        A.        The bus stop is across the street

6   right here.

7        Q.        Oh, okay.

8        A.        Which precipitates them to wait

9   for the bus on my porch.

10       Q.        Wow.  All right.  People ever

11   burglarize your house or anything?

12       A.        Yeah.  That has happened in the

13   last three months twice.  Never had that

14   problem before, but twice in the last three

15   months it's been burglarized, so -- but that's

16   the reason it's -- well, not only that, but

17   it's the neighborhood, too, you know, that

18   they do this kind of thing and get angry if

19   you --

20       Q.        Tell them to leave?

21       A.        Yeah, you know, so the answer to

22   that is, hopefully, put a fence around it.

23       Q.        Your -- it looks like somebody

24   put these little -- they put these gray

25   cylinder blocks underneath your trailer?

CHARLES MARSHALL
1/5/2011

Page 193

1    A.      Yeah, they did that.  They did

2  all of that.

3    Q.      You were fine with all of that?

4    A.      Yeah.  That's the only way it

5  could exist.

6              MR. REICH:

7              Can I take a quick break if

8  you don't mind?

9              MR. MAGGIO:

10             Yeah.

11             THE VIDEOGRAPHER:

12             Now off the record.  It is

13  2:35.  This is the conclusion of Tape 4.

14             (A brief recess.)

15             THE VIDEOGRAPHER:

16             Returning to the record.

17  It's 2:56.  Start of Tape 5.

18  BY MR. MAGGIO:

19    Q.      Mr. Marshall, I am now showing

20  you portions of what they call the "haul and

21  install" file that I got from the contractor.

22  I'm going to ask you some questions about it.

23  I'm marking it as Exhibit Marshall 6.  You

24  will see, it says, "Charles Marshall," up

25  here?

Charles Marshall
1/5/2011

Page 194

```
 1        A.      Yes.
 2        Q.      It says that the date that your
 3   trailer arrived on site was November 27, 2005.
 4        A.      Okay.
 5        Q.      Any reason to dispute that?
 6        A.      No.
 7        Q.      And it says at the bottom, "Date
 8   Lease-in, December 3, 2005."  Any reason to
 9   dispute that?
10        A.      No.
11        Q.      And let's turn the page.  This
12   document here is entitled "Temporary Housing
13   Unit Inspection Report."  Do you see that?
14        A.      Uh-huh (affirmative response).
15        Q.      Is that a yes?
16        A.      Yes.
17        Q.      And at the bottom, it looks like
18   it has your signature, Charles H. Marshall on
19   the left-hand side; Is that right?
20        A.      Yes.
21        Q.      And it's dated December 3, 2005,
22   correct?
23        A.      Yes.
24        Q.      And it looks like there was some
25   inspection of the trailer because somebody has
```

1   put all kind of checks and the letter N for

2   new and all of that on the trailer -- on this

3   form, correct?

4        A.      Yes.

5        Q.      Were you present with this man

6   when he filled out this inspection report?

7        A.      No, I don't remember that.

8        Q.      How were you given this

9   inspection report?

10                MR. REICH:

11                     Objection.  Assumes facts

12   not in evidence.

13  BY MR. MAGGIO:

14       Q.      Well, let me ask you -- I assume

15  you had to be given the report at some point

16  because you signed it?

17       A.      I signed it, yeah.

18       Q.      Okay.  Did you sign it before or

19  after it was completed?

20       A.      It would have to be afterwards.

21       Q.      Okay.  So I'm still trying to

22  figure out, were you with the person when he

23  checked this inspection report off, or were

24  you given it later?

25       A.      I don't really remember.  I may

Charles Marshall
1/5/2011

 1   have been outside of the trailer or something,
 2   but I don't remember him, I mean, inside doing
 3   this.
 4        Q.      When you read this inspection
 5   report, there's no mention of there being any
 6   problem at all with anything in the trailer.
 7   My question to you is, do you dispute that?
 8        A.      No.
 9        Q.      And -- so when you first got into
10   the trailer in December -- when you first got
11   into the trailer, there was nothing broken or
12   wrong with the trailer, correct?
13        A.      Correct.
14        Q.      Given that you signed this
15   document on December 3, 2005, do you think
16   that you must have moved into the trailer
17   sometime in 2005 in December?
18        A.      What did I say, January?  It's --
19   it's possible.  What did I say?  This is
20   December 3rd?
21        Q.      Right.
22        A.      Yeah.  I'm not doubting --
23   disputing the date.
24        Q.      So given that you signed the
25   inspection report on December 3, 2005, would

Charles Marshall
1/5/2011

Page 197

```
 1    you agree that you probably moved into the
 2    trailer sometime in December 2005?
 3               MR. REICH:
 4                    I'm going to instruct you,
 5    if you don't know, you can honestly answer the
 6    question you don't know.  I don't want you to
 7    guess.
 8               THE WITNESS:
 9                    Yeah, I don't know.
10               MR. REICH:
11                    Just give the best possible
12    response to the question.
13               THE WITNESS:
14                    Okay.  I don't know.
15    BY MR. MAGGIO:
16        Q.    How soon after you signed this
17    inspection report was it before you moved into
18    the trailer?
19        A.    January.
20        Q.    I guess what I'm getting at is
21    this:  Do you recall actually signing this
22    document?
23        A.    Yes.
24        Q.    Thinking back when you signed it,
25    how many days do you think went by between the
```

Charles Marshall
1/5/2011

Page 190

1    did it have any windows?

2         A.      It had one that I remember.

3    That's what I told you.  I remember one

4    window.

5         Q.      Okay.  What about the front of

6    the trailer?

7         A.      Right here?

8         Q.      Right.  Does it have a window up

9    front?

10        A.      No.

11        Q.      How about the back of the

12   trailer, does it have a window?

13        A.      No.

14        Q.      Okay.  So on this side of the

15   trailer, you can count a total of five

16   windows, correct?

17        A.      Uh-huh (affirmative response).

18        Q.      Yes?

19        A.      Yes.

20        Q.      Okay.  And am I correct that you

21   never opened any of them?

22        A.      I didn't open the windows.

23        Q.      Okay.  On Photograph B, you'll

24   see that there's a wooden, like, set of

25   stairs.

Charles Marshall
1/5/2011

Page 191

```
 1        A.        Uh-huh (affirmative response).
 2        Q.        Who put that there?
 3        A.        FEMA.  I mean, whoever brought
 4   the trailer, the next day or so, put the
 5   stairs up.
 6        Q.        If you look at Photograph F --
 7        A.        Uh-huh (affirmative response).
 8        Q.        -- you'll see that there's a man
 9   sitting on the porch there.
10        A.        Uh-huh (affirmative response).
11        Q.        Who is that?
12        A.        I wish I knew.  Let me tell
13   you -- and I mentioned that because that's one
14   of my sole pet peeves, because right here --
15        Q.        Uh-huh (affirmative response).
16        A.        -- I have no grass there.  That's
17   because that's what people do to my house.
18        Q.        Somebody just comes and sits on
19   your porch?
20        A.        I'm so -- let me tell you, that's
21   a sore subject for me.  In fact, I'm getting
22   ready to build, you know, the iron fence, put
23   that around there to keep that from happening.
24        Q.        So this is something that you
25   have experienced in the past?
```

Charles Marshall
1/5/2011

Page 192

```
 1        A.        For a long time.
 2        Q.        Even before Katrina?
 3        A.        For a long time.
 4        Q.        Why do they --
 5        A.        The bus stop is across the street
 6   right here.
 7        Q.        Oh, okay.
 8        A.        Which precipitates them to wait
 9   for the bus on my porch.
10        Q.        Wow.  All right.  People ever
11   burglarize your house or anything?
12        A.        Yeah.  That has happened in the
13   last three months twice.  Never had that
14   problem before, but twice in the last three
15   months it's been burglarized, so -- but that's
16   the reason it's -- well, not only that, but
17   it's the neighborhood, too, you know, that
18   they do this kind of thing and get angry if
19   you --
20        Q.        Tell them to leave?
21        A.        Yeah, you know, so the answer to
22   that is, hopefully, put a fence around it.
23        Q.        Your -- it looks like somebody
24   put these little -- they put these gray
25   cylinder blocks underneath your trailer?
```

Charles Marshall
1/5/2011

```
 1        A.        Yeah, they did that.   They did
 2   all of that.
 3        Q.        You were fine with all of that?
 4        A.        Yeah.   That's the only way it
 5   could exist.
 6                  MR. REICH:
 7                       Can I take a quick break if
 8   you don't mind?
 9                  MR. MAGGIO:
10                       Yeah.
11                  THE VIDEOGRAPHER:
12                       Now off the record.   It is
13   2:35.   This is the conclusion of Tape 4.
14                  (A brief recess.)
15                  THE VIDEOGRAPHER:
16                       Returning to the record.
17   It's 2:56.   Start of Tape 5.
18   BY MR. MAGGIO:
19        Q.        Mr. Marshall, I am now showing
20   you portions of what they call the "haul and
21   install" file that I got from the contractor.
22   I'm going to ask you some questions about it.
23   I'm marking it as Exhibit Marshall 6.   You
24   will see, it says, "Charles Marshall," up
25   here?
```

```
 1              MR. REICH:
 2                   Sure.  Yeah.  If we have it,
 3    we'll give it to you.
 4              MR. MAGGIO:
 5                   Okay.
 6   BY MR. MAGGIO:
 7        Q.     Let me back up with you,
 8   Mr. Marshall.  How did you first, I guess,
 9   learn about the lawsuits, the FEMA lawsuits?
10        A.     Through the -- I guess the news
11   media.
12        Q.     How did you first, I guess, seek
13   legal representation?  How did that come to
14   be?
15        A.     Well, because I was one of the
16   people who -- when I heard about it, I was one
17   of the people who actually experienced living
18   in the trailer.
19        Q.     I know, but did they come to --
20   did the lawyer come to you?
21        A.     No.
22        Q.     Did you come to them?
23        A.     I went to them.
24        Q.     Who did you go to?
25        A.     Carondelet Street.
```

Charles Marshall
1/5/2011

Page 139

```
 1        Q.       Okay.  These people at the
 2   Hurricane Legal Center?
 3        A.       Yes.  Uh-huh (affirmative
 4   response).
 5        Q.       One of the things that is on
 6   here, on this fact sheet, is that you lived at
 7   520 Wall Boulevard in New Orleans.
 8        A.       Uh-huh (affirmative response).
 9        Q.       Did you ever live there?
10        A.       That's Baywood Apartments.
11        Q.       Oh, okay.  It says here that you
12   were -- on Page 7, Question No. 3 --
13        A.       Uh-huh (affirmative response).
14        Q.       -- "are you making a wage loss
15   claim or claim of loss earning capacity as a
16   result of your exposure to formaldehyde while
17   residing in a FEMA trailer or mobile home?"
18   You see that it's -- that your answer is no?
19        A.       Correct.
20        Q.       Is that, in fact, true?
21        A.       That's true.
22        Q.       Turn to Page 9, please.  Your
23   trailer that you were living in, did it have
24   any kind of marking on the outside of it, like
25   a name or anything?
```

Charles Marshall
1/5/2011

Page 140

```
 1        A.       I don't remember that.  I don't
 2   remember that to be true.
 3        Q.       On Page 9, the question, A1, asks
 4   for the manufacturer of the trailer.  It says,
 5   "Sun Valley."
 6        A.       Uh-huh (affirmative response).
 7        Q.       Did you supply that to your
 8   lawyer?
 9        A.       I'm not sure.  I don't -- Sun
10   Valley.
11        Q.       Do you know who the manufacturer
12   is of your travel trailer?
13        A.       There was an -- there was an --
14   it wasn't on the outside.  There was a name on
15   the door -- on the -- like the little sticker
16   on the door, yes, and I'm pretty sure that
17   must be what was on the door.
18        Q.       Did you ever give your attorney
19   the VIN number for your trailer?
20        A.       No.
21        Q.       If you look on Question No. 10,
22   it says, "State the reason you stopped living
23   in the FEMA trailer or mobile home."
24        A.       Uh-huh (affirmative response).
25        Q.       Somebody typed in, "Caseworker
```

Charles Marshall
1/5/2011

Page 141

1    told him he had to move because of the

2    discover of formaldehyde."  Did you tell that

3    to them?

4        A.      That the caseworker told me I had

5    to move?  Caseworker told me I had to move

6    because FEMA was taking the trailers.  They

7    were taking the trailers back, and yeah, they

8    discovered -- they discovered something about

9    formaldehyde, yes.

10       Q.      Did the caseworker specifically

11   tell you it was because they had discovered

12   formaldehyde in the trailer?

13       A.      Well, I'm pretty sure that she

14   told me that, and -- because I was kind of

15   insistent on staying in the trailer, and

16   she -- this is one of the reasons I think she

17   told me I had to get out of the trailer.

18       Q.      Have you ever smelled

19   formaldehyde before going into this trailer?

20       A.      No, I haven't.

21       Q.      Are you aware of any tests ever

22   being done on your trailer to determine the

23   level of formaldehyde in it?

24       A.      No.

25       Q.      Are you aware of the existence of

# Individual Site Document Check List

See Sample Documentation to ensure all areas are properly populated    CH2MHILL

Registration Number: _93-9646088 A_    Site Control Number: _SC-03-050035_

Applicant Name: _Marshall Charles_
Applicant Address: _3500 Dickens Drive_
_New Orleans, LA 70131_

App. Phone Number: _504-456-7145    504-392-7631    9013682321_

## Site Inspection

Date SIR Issued: _11/13/05_    Date SIR Completed: _11/19/05_

Required Information:
- ☑ SIR
- ☐ Ingress-Egress
- ☐ Site Layout Sketch
- ☐ Unit Installation Work Order

Supplemental Information - Provide if required to complete the site evaluation:
- ☐ Directions to Site (i.e. Map Quest map)
- ☐ Photo Log
- ☐ One Call Ticket Number #
- ☐ Permit(s) - if required
- ☐ Copy of Flood Plain Map (especially in areas near the V-zone or boardering zones)
- ☐ Other:

## Trailer Haul

Date Trailer Arrived
on Site: _11/27/05_

Required Information:
- ☑ Unit Delivery Ticket
  - ☐ Trailer On-Site Date
  - ☐ VIN and Barcode

Supplemental Information:
- ☐ Temporary Housing Unit Inspection Report - initial inspection

## RFO

Date RFO: _12/3/05_

Required Information:
- ☑ Temporary Housing Unit Inspection Report - RFO inspection
- ☑ Ready for Occupancy Status Report

Supplemental Information:
- ☐ RFO Check List

## Lease-in

Date Lease-in: _12/3/05_

Required Information:
- ☑ Emergency Shelter Agreement to Rules of Occupancy

Supplemental Information:
- ☐ Lease-in Check List

Exhibit
Marshall
6

**SC-03-050035**

## SITE INSPECTION REQUEST
### DR-1603-LA

| | | |
|---|---|---|
| Site Control #: SC-03-050035 | Rgsn ID: 939646088A | O/R: |

| | |
|---|---|
| **Address:** 3500 DICKENS DR | **Name:** MARSHALL, CHARLES H |
| **City:** NEW ORLEANS  **State:** LA | Current Address: 3500 DICKENS DR |
| **County:** Orleans   **Zip Code:** 70131 | **City:** NEW ORLEANS   State LA |
| **Lot #1:**   **Lot #2:** | **County:** Orleans   ZipCode: 70131 |
| **Land Owner:** MARSHALL, CHARLES H | **Phone:** (504)3927631   Alt Phone: 0 |
| Phone: (901)3682327  TN. | **P-Code:** P-4TTP |
| **Park Name:** <P) 504.456.7145 | **TT's Needed:**   1   **MH's Needed:**   0 |

| | Company | Address | Phone |
|---|---|---|---|
| ☒ Electric | Entergy | | |
| ☐ Gas | | | |
| ☒ Water | City | | |
| ☒ Sewer | City | | |

### DIRECTIONS TO SITE

29.91779    89.98421

### SITE NOTES

| | |
|---|---|
| Site Inspector:   **Assigned:**   11/13/2005  Re-Instated: | ☒  Site Feasible |
| | ☐  Site Not Feasible |
| **REASON SITE NOT FEASIBLE** | On Hold Reason |
| | ☐  Back to PPI |
| | ☒ Ingress-Egress Agreement |

### FAMILY COMPOSITION          WITHDRAWN

| Name | Relationship | Age | #HOUSED | ☐ WVO / Applicant Withdraw |
|---|---|---|---|---|
| | | | | Withdrawn Date |
| | | | **BR REQ** | Withdrawn Reason |

### INSPECTOR COMMENTS

CALLED  NO ANSWER   11:10 AM 11/17/05 . 11.19.05 DO SIR. BG FAX.

### SPECIAL NEEDS

| | |
|---|---|
| **Signature of Site Inspector**   **Date** | Applicant Notified of Site Determination |
| Tom Pitkin   11.19.05 | Date: 11.19.05   By: TWP |
| **SITE INFORMATION** | **APPLICANT INFORMATION** |

RECEIVED NOV 2 9 2005

# Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0003-11156-IPR | 11/22/2005 | DEVYN SINGLETON | CH2MHILL |

## Site Information

Site Type ☐ Commercial ☐ Group ☐ EGS ☑ Private

Site Control # SC-03-050035

Park Name

Street 3500 DICKENS DR

City NEW ORLEANS

State LA

Zip 70131

County Orleans

Lot # (if applicable)

Site Directions

## Unit Information

☑ TT   Unit #   Barcode # 7277114   VIN # 154BT30256301 4399
☐ MH
☐ PM

Special Instructions

FEMA Signature *Dessy Alvizman 4/27/05*

Driver's Name *Charles Counter*

Driver's Licence # *1840929 TX*

Trucking Company *Air MAN*

License Plate # *295 ZDI*

DR-1603-LA

11/22/2005 4:09:39 PM

*9:00a*

*Serial # TT mileage ↙ Ending 1/22 7/1/18 Beginning 1/22 7/1/18 Dena gark site TBU OC Dwayne Littrell complete TT setup*

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

1. [barcode] 1277114

[barcode] 1S4 BT0256301439

| 3. TYPE OF INSPECTION | | | 4. TYPE OF FACILITY | 5. APPLIANCES | | | | 6. UNIT INFO. |
|---|---|---|---|---|---|---|---|---|

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | | ☐ | ☐ |
| Staging | | ☐ | ☐ |
| Site | | ☐ | ☒ |
| RFO | | | ☒ |
| Move In | | | ☒ |
| Move Out | | | ☐ |

**4. TYPE OF FACILITY**

☐ Other
☐ Mobile Home
☒ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | Suburban | SRNA3SB6H | 659011433 |
| Microwave | [illegible] Brand | CD MW7b8 | HGS047A0617 |
| Refrigerator | Dometic | RM1651 | 540 08161 |
| A/C | DOMETIC | 59916 541 | 54332371 |
| Water Heater | Suburban | SW6P | 05144060589 |

**6. UNIT INFO.**

a. Manufacturer: SUN VALLEY ELKHART
b. Year: 2005
c. Size (FL -inc towing hitch): 30
d. Number of Bedrooms: 2

| 7. INSPECTIONS | 8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR | Handicap |
|---|---|---|
| ☒ Disaster  ☐ Storage | N=New  G=Good  P=Poor  D=Damaged  M=Missing | ☐ Yes  ☒ No |

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | | **First Bedroom** | Condition | | | **Bathroom** | Condition | | |
| Dinette Table | N | | | Double Bed, Complete | N | | | Commode | N | | |
| Dinette Chairs (8 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | **Second Bedroom** | ✓ | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete R UN K | | | | Light Fixtures | ✓ | | |
| Sink | | | | Mirror  N/A | | | | **Exterior Condition** | | | |
| Light Fixtures | | | | Cabinet Storage  N/A | N | | | Water Heater | | | N |
| Fire Extinguisher | ✓ | | | Curtains & Rods | N | | | Doors | | | |
| A/C     Living Room | N | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | N | | | **Third Bedroom** | | | | Windows | | | |
| Arm Chair  NA | | | | Double Bed, Complete | | | | Screens | | | |
| End Table  NA | | | | Mirror | | | | Front Panels | | | |
| Coffee Table  NA | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | N | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | N | | | Light Fixtures | | | | Right Side Panels | | | |
| **Hall** | | | | **Interior Condition** | | | | Roof Vents | | | |
| Furnace | N | | | Floor Covering | N | | | Towing Hitch | | | |
| Smoke Detectors | N | | | Wall Panels | N | | | Axles & Springs | | | |
| Light Fixtures | N | | | Ceiling Panels | N | | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE        LEFT SIDE        FRONT        REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS (If more space is needed, continue on reverse)**

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. 1663-0003-1115B-1PR | INSPECTOR SIGNATURE  NICK KRAUZ | DATE 12/3/05 |
|---|---|---|---|
| 12. OCCUPANT NAME MARSHALL, CHARLES | | ADDRESS 3500 DICKENS  NEW ORLEANS LA 70131 | THA No. 93964608A |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

| Occupant SIGNATURE (Move In or Move Out) Charles L. Marshall | DATE 12/3/05 | FEMA REP. SIGNATURE Marie Thomas AC | DATE 5-11-06 |
|---|---|---|---|

FEMA Form 90-13, JULY 05

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | BAR CODE (B/c #) == 1277114 | CONTRACT WO NUMBER 1603-0003-11156-1PR | SITE CONTROL NUMBER SC-03-050035 |
|---|---|---|---|
| APPLICANT NAME MARSHALL, CHARLES | T.H. No. 939646088 | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | |

1. INSPECTION (To be completed by Direct UNIT (DHOPS)

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked          ☒ Sewer Connected      ☐ Permits (ele)      ☐ Permit Block & Tie
☒ Steps/Ramp       ☒ Electric Connected   ☐ Permit (meh)
☒ Water Connected  ☐ Gas Connected        ☐ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

*Complete*

| INSPECTOR | DATE 12/3/05 |
|---|---|

II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE N/A | DATE | DHS/FEMA REPRESENTATIVE N/A | DATE |
|---|---|---|---|

TO:   DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☒ Sewer   ☒ Electricity   ☒ Permits (ele)   ☒ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-24, JUL 05

**U.S. DEPARTMENT OF HOMELAND SECURITY**
FEDERAL EMERGENCY MANAGEMENT AGENCY
EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603-0003-11156-1PR | Location # 3500 DICKENS | Lot # N/A |
|---|---|---|
| Reg. ID # 9396 46088 | NEW ORLEANS, LA 70131 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) CHARLES H. MARSHALL | Signature of Person Assigned to Shelter Unit *Charles H. Marshall* | Date 12/3/05 |
|---|---|---|

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| CHARLES MARSHALL | 65 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # SC-03-050635 | Unit Bar Code # 1277114 | Unit VIN # 1S4BT3025630 14399 |
|---|---|---|
| Name of Person Assigning Shelter Unit (Please Print) NICK KRANZ | Signature of Person Assigning Shelter Unit | Date 12/3/05 |

## Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) ~~Make sure water is on before starting the hot water heater.~~
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves — make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Lite the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom — run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

# MONTHLY PREVENTATIVE MAINTANANCE
## INSPECTION (PMI) CHECK LIST

CUSTOMER NAME: _Charles Marshell_     PHONE: _901-368-2327_

ADDRESS: _3500 Dickens Dr._

FEMA TRAILER #: _127114_          DATE: _1-10-06_

TECHNICIAN: _Tim McMuhan_        SCAN BARCODE

TIME (start/completed): _____     VIN No: _1548T3025630143989_

1. Is there any visible EXTERIOR damage, vandalism, leaks or        (YES/**NO**)
   missing items? If yes describe: _____
   _____

2. Talk to residents: (remember to scan barcode)

   a. How are things going? _____

   b. Are they having problems with anything? If yes describe and correct:
   _____
   _____

3. Is there any visible INTERIOR damage, vandalism, leaks or        (YES/NO)
   missing items? If yes describe: _____
   _____

4. Make a visual inspection and check the following for proper condition and
   operation:

   a. Holding tank valves:   (**YES**/NO)     If NO was it Repaired? (YES/NO)

   b. A/C unit:              (YES/NO)     If NO was it Repaired? (YES/NO)

   c. Refrigerator:          (YES/NO)     If NO was it Repaired? (YES/NO)

   d. Water Heater:          (YES/NO)     If NO was it Repaired? (YES/NO)

   e. Heater                 (YES/NO)     If NO was it Repaired? (YES/NO)

   f. Smoke detector         (YES/NO)     If NO was it Repaired? (YES/NO)

5. If any hazardous conditions/situations are noted, correct and describe here:
   _Cust. not at home at Time of visit_
   _____

_Tim McMuhan_                          _App Not aT home_    _1/10/06_
Technician's Signature and code number    Occupants Signature     Date
(enter information into barcode scanner)

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 939646094 A | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3057-0222 Expires September 30, 2005 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Charles H Marshall | NAME Charles H Marshall |
| ADDRESS (House No. and Street name) 3500 Dickens DR | SITE ADDRESS (House No. and Street name) 3500 Dickens |
| CITY AND STATE (include Zip Code) New Orleans, LA 70131 | CITY AND STATE (include Zip Code) New Orleans, LA 70131 |
| PHONE NO. (include area Code) 504.451.7145 | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of __8.29.05__ __1603__ and the furnishings of a temporary
(date of declaration) (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) N/A
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay __None__/month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | | DATES |
|---|---|---|
| a. OWNER/AGENT | Charles H. Marshall | 11-19-05 |
| b. APPLICANT | SAME AS OWNER | 11.19.05 |
| c. WITNESS | Tom Pickin | 11.19.05 |

FEMA Form 90-31, OCT 02     REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 87)



SC #: _SC-03-050035_   REG #: _93 964 6088 A_

APP NAME: _CHARLeS H MARSHAll_

ADDRESS: _3500 DicKens DR_

_New ORleans, LA 70131_

INSPECTOR: _Tom Pitkin_

FEDERAL EMERGENCY MANAGEMENT AGENCY
**UNIT INSTALLATION WORK ORDER**

| 3. APPLICANT/SITE INFORMATION | | 4. CONTRACT WORK ORDER INFORMATION | |
|---|---|---|---|
| NAME (Last, First, Middle Initial) MARSHALL, Charles H | THA NO. 939646088A | CONTRACTOR | INSPECTOR |
| SITE ADDRESS (House No. and Street Name, or Pad No.) 3500 Dickens DR | DATE WORK ISSUED | ISSUED BY | DATE SCH. COMPL |
| CITY AND STATE New Orleans, LA | COUNTY 90131 | 5. SITE TYPE ☐ Comm. ☒ Private ☐ Group ☐ EGS | 6. UNIT TYPE ☐ MH ☒ TT ☐ Other | 7. UNIT NO. |

**B. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | 1 | | |
| ☒ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☒ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☒ | Power Pole and Meter Loop __30__ AMP | Each | 43 | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☒ | Pedestal w/ 30 AMP Breaker | | | | |
| ☐ | | | | WORK ORDER TOTAL: | |

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

BeRKley DR.

DICKENS DR

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR Tom Petkin | DATE 11.19.05 | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05