```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: FEMA TRAILER             )
     FORMALDEHYDE PRODUCTS LIABILITY )
 4   LITIGATION,                     )
                                     ) MDL NO. 1873
 5   _____) SECTION N (5)
                                     ) JUDGE: ENGELHARDT
     THIS DOCUMENT RELATES TO:       )
 6   This document applies to all    ) MAGISTRATE JUDGE:
     cases.                          )    CHASEZ
 7   _____)

 8

 9   The Videotaped Deposition of the Corporate

10      Representative of Sun Valley, Inc., through

11      Daniel M. Morrison

12            Date:    Thursday, March 17, 2011

13            Time:    9:00 o'clock a.m.

14            Place:   Baker & Daniels
                       202 South Michigan Street
15                     Suite 1400
                       South Bend, Indiana
16

17            Called as a witness by Sun Valley, Inc.,

18            in accordance with the Federal Rules

19            of Civil Procedure for the United States

20            District Court, Eastern District of

21            Louisiana, pursuant to Notice.

22
     Before Brenda L. Davis, CSR, RPR, RMR, and Notary
23   Public, Porter County, Indiana

24

25
```



EXHIBIT E

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242

Case 2:07-md-01873-KDE-MBN   Document 22235-6   Filed 07/25/11   Page 2 of 5

33

```
 1        mentioned, I think that 12- to 18-month time
 2        period, then Mark Romanetz, I had identified him
 3        as the one that could run the operation, and he
 4        was appointed president.
 5             And as secretary, I handled all the banking
 6        relationships.  Our comptroller really worked
 7        closely with me, with my financial background.
 8        We held monthly board meetings.  And Mark
 9        Romanetz actually worked for me.  But I was not
10        there every day.
11   Q.   Did you have any -- after you became secretary,
12        did you have any involvement in the day-to-day
13        operations of the company?
14   A.   No.
15   Q.   Did you have any involvement in safety matters,
16        safety offices or --
17   A.   No.
18   Q.   Did you maintain an office at the facility?
19   A.   No.
20   Q.   Approximately on a per-month basis how many hours
21        did you spend a month at the manufacturing
22        facilities?
23   A.   I was there probably two to three hours a week,
24        so that would have -- you know, eight to ten
25        hours a month.
```

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242

34

1  Q.  When did you become -- first become aware that
2      there were allegations -- and I stress that it's
3      allegations -- of problems with formaldehyde in
4      travel trailers that were being used as temporary
5      emergency housing in the Gulf Coast region in
6      response to Hurricane Katrina and Rita?
7  A.  I cannot tell you the exact date.  But,
8      obviously, the press reporting -- you know, so
9      whenever I heard -- heard on TV and through the
10     press.
11 Q.  So your first notification of these potential
12     problems came from reading newspaper articles or
13     TV reports?
14 A.  Yes.
15 Q.  And, in fact, this area of Indiana, South Bend,
16     Elkhart, it's pretty much -- it's one of the
17     largest centers for the construction of travel
18     trailers.
19 A.  Yes, sir.
20 Q.  And there are many companies that are located up
21     here besides your own.
22 A.  Yes, sir.
23 Q.  And I believe companies such as -- what are some
24     of the other companies that have facilities that
25     you're aware of in this area?

35

```
 1   A.   Sure.  A lot of Thor companies; Keystone,
 2        Heartland.  We have Gulf Stream, Jayco,
 3        Starcraft.  A number of them.
 4   Q.   Pretty much all the big manufacturers of RV
 5        vehicles.
 6   A.   Yes.
 7   Q.   And when this came about, the allegations of
 8        formaldehyde in these travel trailers, this was
 9        big news up in this area.
10   A.   Sure.  Yes.
11   Q.   I mean, it strikes home because that's one of the
12        basic economic lifebloods of this area.
13   A.   Yes, sir.
14   Q.   Now, in response to Mr. Maggio's question you
15        indicated that Sun Valley never sold any units to
16        FEMA; is that correct?
17   A.   That is correct.
18   Q.   You indicated that you had been contacted -- that
19        Sun Valley had been contacted about selling units
20        to FEMA or FEMA spec units; is that correct?
21   A.   I was made aware through Mark Romanetz that we
22        had an opportunity to bid on a contract.  At
23        which time we decided not to.
24   Q.   And that's what I want to direct my questions to.
25        Do you know whether -- did you ever have any
```

```
 1            direct contact with anybody from the Federal
 2            Emergency Management Agency, FEMA?
 3       A.   No, sir.
 4       Q.   Do you know whether Mark Romanetz ever had any
 5            contact with any FEMA employees?
 6       A.   I don't believe so.  But I don't know.
 7       Q.   When you say that you were invited to bid on
 8            contracts, who asked Sun Valley to bid on
 9            contracts for FEMA spec units?
10       A.   I don't know the names.
11       Q.   Was it FEMA?
12       A.   That I don't know.  I just recall the
13            conversation with Mark saying we had an
14            opportunity.  And I don't know if that was
15            through a dealer, through FEMA, or whomever.
16       Q.   So, in other words, the person who would be most
17            knowledgeable of that would either be Mark
18            Romanetz or the sales agent that was dealing with
19            that issue.
20       A.   Yes, sir.
21       Q.   And you have -- you yourself have no knowledge of
22            whether there was any direct contact with FEMA.
23       A.   No, sir.
24       Q.   Do you know whether Sun Valley had any contact
25            with any other government agencies besides FEMA
```