UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAG. JUDGE: CHASEZ |
| *Irma Miller, et al. v. Sun Valley, Inc., et al* | * | |
| *Docket No. 09-5658 (Charles Marshall)* | * | |

*******************************************************************************

## NOTICE OF HEARING ON SUN VALLEY, INC., d/b/a SUN-LITE'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ESTABLISH REASONABLY ANTICIPATED USE UNDER THE LPLA REGARDING CLAIMS OF CHARLES MARSHALL

**PLEASE TAKE NOTICE,** that Defendant SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN

VALLEY"), through undersigned counsel, will bring its Motion for Summary Judgment for failure to

establish the requisite elements, namely "reasonably anticipated use" of the LPLA regarding Charles

Marshall for hearing before this Honorable Court on this **10th day of August, 2011, at 9:30 am,** or as

soon thereafter as this matter may be heard.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 25th day of July, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO