UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SEC. "N" (5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| Docket No. 09-5658 (Charles Marshall) | * | MAG. JUDGE CHASEZ |

**************************************************************************

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), which respectfully submits this Motion for Summary Judgment. In accordance with Rule 56 of the Federal Rules of Civil Procedure, Westchester moves this Court for summary judgment dismissing the direct action claims of Charles Marshall against it, with prejudice, because the bodily injuries allegedly sustained by Mr. Marshall, by his own admissions, first occurred after Westchester's policy had expired.

**WHEREFORE,** Defendant, Westchester Surplus Lines Insurance Company, prays that its Motion for Summary Judgment be deemed good and sufficient, and that the direct action claims of Charles Marshall against it be dismissed with prejudice.

>    Respectfully submitted,
>
>    **LARZELERE PICOU WELLS
>    SIMPSON LONERO, LLC**
>    3850 N. Causeway Boulevard
>    Suite 1100 - Two Lakeway Center
>    Metairie, Louisiana  70002
>    Telephone:  (504) 834-6500
>    Facsimile:  (504) 834-6500
>
> BY:   /s/ G. Benjamin Ward
>    **J. DANIEL PICOU (#13827)**
>    jpicou@lpwsl.com
>    **G. BENJAMIN WARD (#20403)**
>    bward@lpwsl.com
>
>    **ATTORNEYS FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

>    /s/  G. Benjamin Ward