UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SEC. "N" (5) |
| | * | |
| **This Document Relates to:** | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| Docket No. 09-5658 (Charles Marshall) | * | MAG. JUDGE CHASEZ |

*************************************************************************

## WESTCHESTER SURPLUS LINES INSURANCE COMPANY'S STATEMENT OF UNCONTESTED FACTS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), which respectfully submits this Statement of Uncontested Facts in accordance with Local Civil Rule 56.1. Westchester respectfully lists the material facts as to which it contends there is no genuine issue to be tried:

1. Plaintiff, Charles Marshall, named Westchester a direct action defendant in plaintiffs' Second Amended Complaint for Damages in *Irma Miller, et al v. Sun Valley, Inc., et al.*

2. Westchester issued Commercial General Liability Policy No. GLW-786282 to Sun Valley for the period December 30, 2004 to December 30, 2005.

3. Subject to its terms, definitions, conditions and exclusions, Westchester's policy provides coverage for bodily injury and/or property damages occurring during its policy period.

4. Charles Marshall attests in his Plaintiff Fact Sheet and deposition that his alleged bodily injuries first occurred March 2006, after expiration of Westchester's policy.

Respectfully submitted,

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 1100 - Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6500

BY:   /s/ G. Benjamin Ward
**J. DANIEL PICOU (#13827)**
jpicou@lpwsl.com
**G. BENJAMIN WARD (#20403)**
bward@lpwsl.com

**ATTORNEYS FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not

registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ G. Benjamin Ward*