UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SEC. "N" (5) |
| | * | |
| This Document Relates to: | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| Docket No. 09-5658 (Charles Marshall) | * | MAG. JUDGE CHASEZ |

**************************************************************************

**NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

**PLEASE TAKE NOTICE**, that Defendant Westchester Surplus Lines Insurance Company, through undersigned counsel, will bring its Motion for Summary Judgment for hearing before this Honorable Court on the **10th day of August, 2011, at 9:30am**, or as soon thereafter as this matter may be heard.

Respectfully submitted,

**LARZELERE PICOU WELLS  
     SIMPSON LONERO, LLC**  
3850 N. Causeway Boulevard  
Suite 1100 - Two Lakeway Center  
Metairie, Louisiana  70002  
Telephone:  (504) 834-6500  
Facsimile:  (504) 834-6500  

BY:     */s/ G. Benjamin Ward*  
**J. DANIEL PICOU (#13827)**  
jpicou@lpwsl.com  
**G. BENJAMIN WARD (#20403)**  
bward@lpwsl.com  

ATTORNEYS FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ G. Benjamin Ward