### Page 1

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER      * MDL NO. 1873
        FORMALDEHYDE      *
        PRODUCTS          * SECTION: N (5)
        LIABILITY         *
        LITIGATION        * JUDGE: ENGELHARDT
                          *
THIS DOCUMENT RELATES     *
TO: (Irma Miller, et al   * MAG. JUDGE CHASEZ
v. Sun Valley, Inc.,      *
et al, Docket No.         *
09-5658)

**************************************************
```

Video deposition of CHARLES MARSHALL, taken at the Law Offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, on the 5th day of January 2011.

### Page 2

```
 1      APPEARANCES
 2  REPRESENTING THE DEFENDANT, SUN VALLEY, INC.
    d/b/a SUN LITE:
 3
        ALLEN & GOOCH
 4      (BY: BRENT M. MAGGIO, ESQUIRE)
        (BY: LORI DAIGLE, ESQUIRE)
 5      1450 One Lakeway Center
        3900 North Causeway Boulevard
 6      Metairie, Louisiana 70002
 7
 8  REPRESENTING THE DEFENDANT, CH2M Hill
    CONSTRUCTORS, INC.:
 9
        LAW OFFICES OF BAKER, DONELSON,
10        BEARMAN, CALDWELL & BERKOWITZ, PC
        (BY: GERARDO R. BARRIOS, ESQUIRE)
11      3 Sanctuary Boulevard
        Suite 201
12      Mandeville, Louisiana 70471
13
14  REPRESENTING THE DEFENDANT, WESTCHESTER SPECIALITY
    LINES INSURANCE COMPANY:
15
        LARZELERE, PICOU, WELLS, SIMPSON &
16        LONERO, LLC
        (BY: G. BENJAMIN WARD, ESQUIRE)
17      Suite 1100
        3850 North Causeway Boulevard
18      Metairie, Louisiana 70002
19
20  REPRESENTING THE DEFENDANT, FLUOR ENTERPRISES,
    INC.:
21
        MIDDLEBERG, RIDDLE & GIANNA
22      (BY: CHARLES R. PENOT, JR. ESQUIRE)
        717 North Harwood
23      Suite 2400
        Dallas, Texas 75201
24
25
```

### Page 3

```
 1  APPEARANCES CONTINUED:
 2
 3  REPRESENTING THE PLAINTIFF, CHARLES MARSHALL:
 4      LAW OFFICES OF REICH & BINSTOCK
        (BY: DENNIS C. REICH, ESQUIRE)
 5      (BY: JORDAN M. TORRY, ESQUIRE)
        4265 San Felipe
 6      Suite 1100
        Houston, Texas 77027
 7
 8  REPRESENTING THE DEFENDANT, LIBERTY MUTUAL
    INSURANCE CORPORATION: (VIA TELEPHONE)
 9
        LUGENBUHL, WHEATON, PECK, RANKIN &
10        HUBBARD
        (BY: KRISTOPHER M. REDMANN, ESQUIRE)
11      601 Poydras Street
        Suite 2775
12      New Orleans, Louisiana 70130
13
    ALSO PRESENT:
14
        GILLEY DELORIMIER, Depo-Vue, Inc.
15
```

REPORTED BY:
    JODI IBIETA
    CERTIFIED COURT REPORTER

### Page 4

```
            INDEX

Caption                        1
Stipulation                    4
Reporter's Page              344
Reporter's Certificate       345
Witness' Certificate         346

EXAMINATION BY:
    MR. MAGGIO      7, 282, 333
    MR. BARRIOS     236
    MR. REICH       315, 342
    MR. PENOT       341

            EXHIBITS

No. 1       7
No. 2      11
No. 3     133
No. 4     148
No. 5     188
No. 6     196
No. 7     198
No. 8     216
No. 9     224
No. 10    226
No. 11    228
No. 12    239
No. 13    253
No. 14    257
No. 15    257
No. 16    257
```

**EXHIBIT C**

Page 265

1   A.   (Witness shakes head negatively.)
2   Q.   No?
3   A.   No.
4   Q.   So now, while you were in the
5   trailer -- in the period of time when you
6   lived in the trailer, did you ever have a
7   chance to look at the metal frame again during
8   your occupancy?
9   A.   I didn't -- I didn't really
10  inspect like that --
11  Q.   Okay.
12  A.   -- to be honest with you.  I
13  really didn't.
14  Q.   Did you ever notice any twisting
15  or stressing of the metal frame during -- at
16  any time that you lived in the unit?
17  A.   No.
18  Q.   Now, interior of the unit, while
19  you lived in it, did you ever -- other than
20  what you identified as the thermostat, the AC
21  unit, the TV antenna, and the lock on the door
22  being broken, were there -- was there any
23  other damage or defects in the interior of the
24  trailer -- any cracks or crevices or anything
25  like that on the interior of the unit?

Page 266

1   A.   No.
2   Q.   And the only items that you
3   called for maintenance are the ones that you
4   identified to Mr. Maggio previously?
5   A.   Correct.
6   Q.   All right.  Have you ever worked
7   as a substitute teacher?
8   A.   Yes.
9   Q.   Could you tell me about that?
10  A.   Maybe three years ago, I sub -- I
11  was called a para, and I did -- a substitute
12  teacher at McDonald City Park Academy on
13  Esplanade Avenue for a year, school year.
14  Q.   And how long did you say you
15  taught?
16  A.   A year.
17  Q.   For a year?
18  A.   Uh-huh (affirmative response).
19  Q.   And what were you teaching?
20  A.   Sub 3rd grade, 4th grade, 6th,
21  7th, and 8th.  Just whatever teacher was not
22  there, I sat in and did the class.
23  Q.   If you can take a look at your
24  Plaintiff Fact Sheet.
25       MR. PENOT:

Page 267

1            Marshall what?
2        MS. BARKER:
3            3.
4        MR. BARRIOS:
5            3.
6   BY MR. BARRIOS:
7   Q.   On Page 4, the plaintiff sheet
8   asks you when do you claim that your injury or
9   disease first occurred.  Do you see that?
10  That's No. 5 -- Question No. 5?
11  A.   Uh-huh (affirmative response).
12  Q.   You see that?  And it says it
13  first occurred in March 2006.  Is that
14  accurate?
15  A.   I would -- yeah, I guess.  Yeah.
16  Q.   So that's the earliest date that
17  you're claiming that you sustained an injury
18  as a result of living in the trailer?
19  A.   March of '06, Yeah.
20       MR. REICH:
21           Well, don't guess.  I mean,
22  I don't want you guessing.
23       THE WITNESS:
24           No.  I mean, I apparently
25  said that, yeah.

Page 268

1   BY MR. BARRIOS:
2   Q.   I'm just confirming what you said
3   in your Plaintiff Fact Sheet.
4   A.   Yeah.
5   Q.   That's correct?
6   A.   March of '06, yeah.
7   Q.   So you had knowledge of the
8   injuries and damages that you're claiming as
9   early as March 2006, but you stayed in the
10  trailer until October 2008; that's right?
11  A.   That's right.
12  Q.   And in March 2006, you associated
13  the symptoms that you were experiencing with
14  the trailer, correct?
15  A.   Correct.
16  Q.   And you weren't there when the
17  FEMA trailer was moved.  I think you already
18  told me that.  When it was moved, you weren't
19  there?
20  A.   I was not there.
21  Q.   Now, in your Plaintiff Fact
22  Sheet, you also say that the travel trailer is
23  causing you emotional damages.  Can you tell
24  me, how was living in the travel trailer --
25  how was that causing you emotional damage?

Page 345

1  REPORTER'S CERTIFICATE
2
3       This certification is valid only for a
4  transcript accompanied by my original
5  signature and original raised seal on this
6  page.
7       I, JODI IBIETA, a Certified Court
8  Reporter, in and for the State of Louisiana,
9  do hereby certify that the witness to whom the
10 oath was administered, after having been duly
11 sworn by me upon the authority of R.S.
12 37:2554, did testify as hereinbefore set forth
13 in the foregoing pages; that the testimony was
14 reported by me in the Stenotype reporting
15 method, was prepared or transcribed by me or
16 under my personal direction and supervision,
17 and is a true and correct transcript to the
18 best of my ability and understanding;
19      That I am not related to counsel or
20 the parties herein, nor am I otherwise
21 interested in the outcome of this matter.
22
23      _____
24            JODI IBIETA, CCR
25

Page 346

1  WITNESS' CERTIFICATE
2
3       I, CHARLES MARSHALL, read or have had
4  the foregoing testimony read to me and hereby
5  certify that it is a true and correct
6  transcription of my testimony, with the
7  exception of any attached corrections or
8  changes.
9
10
11 CHECK ONE BOX BELOW:
12
13
14 ( )     Without corrections.
15 ( )     With corrections, deletions,
16         and/or additions as reflected
17         on the errata sheet attached
18         hereto.
19
20
21
22
23      _____
              CHARLES MARSHALL
24
25