UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-8679

## ORDER AND REASONS

        Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the "Motion to Dismiss for Failure to Comply With Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 22103), noticed for submission on July 27, 2011, was filed.  Further, it appears to the Court that this motion has merit.  Accordingly,

        **IT IS ORDERED** that the "Motion to Dismiss for Failure to Comply With Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 22103) is hereby **GRANTED**, dismissing with prejudice the claims of the plaintiffs listed therein.

        **IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

        A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition

memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 27th day of July 2011.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**