UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Ayers v. Forest River, et al*, 09-4973 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT TO ADD NORTH AMERICAN CATASTROPHE SERVICES
AND TO DISMISS MORGAN ENTITIES**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiffs' Motion, add North American Catastrophe Services, Inc. ("NACS"), and dismiss Morgan Building & Spas, Inc. and Morgan Building Systems, Inc. (collectively "Morgan"). Plaintiffs incorrectly named Morgan as the procurer of their FEMA-provided trailer. By letter of June 17, 2011, counsel for Morgan informed the undersigned that Morgan was not the proper procurement defendant in this case. Thereafter, the undersigned confirmed via the attached invoice that Plaintiffs' trailer (VIN 4X4TWDH276P100714) was in fact procured by NACS.[1] In the instant Motion for Leave to Amend, Plaintiffs seek to add the proper party, NACS, and to dismiss the improper party, Morgan.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*,

---

[1] See Invoice #1059 of NACS, attached hereto as Exhibit "A."

371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to preserve Plaintiffs' claims against the proper procurement defendant. Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.*

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint, add NACS, and dismiss Morgan from the above-captioned matter without prejudice.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   /s Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713

2