**NORTH AMERICAN CATASTROPHE SERVICES, INC.**
**864 B WASHBURN ROAD**
**MELBOURNE, FLORIDA 32934**
Telephone (321) 259-0888
Facsimile (321) 259-1505

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/17/2006 | 1059 |

### BILL TO
FEMA
Disaster Finance Center, Bldg 708
Attn: Vendor Payments
P.O. Box 800
Berryville, VA 22611

### SHIP TO
FEMA - GSA Depot
2695 N. Sherwood Forest Blvd.
Baton Rouge, La 70821

| PROJECT OFFICER | CONTRACT NUMBER | REQUISITION # | ORDER # | TERMS |
|---|---|---|---|---|
| James Kaczorowski | HSFEHQ-05-C-4040 | NN00366Y2005T | | Net |

| QTY | ITEM CODE | DESCRIPTION MAKE / MODEL | MANFACTURER | VIN NUMBER | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312959, Shipped 10/14/05 | Forest River | 4X4TWDH286P100642 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312960, Shipped 11/13/05 | Forest River | 4X4TWDH2X6P100643 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312965, Shipped 11/11/05 | Forest River | 4X4TWDH216P100644 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312975, Shipped 11/17/05 | Forest River | 4X4TWDH236P100645 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312976, Shipped 11/18/05 | Forest River | 4X4TWDH256P100646 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312977, Shipped 11/16/05 | Forest River | 4X4TWDH276P100647 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312978, Shipped 11/16/05 | Forest River | 4X4TWDH296P100648 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312826, Shipped 11/11/05 | Forest River | 4X4TWDH206P100649 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #312861, Shipped 11/11/05 | Forest River | 4X4TWDH276P100650 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #313143, Shipped 11/21/05 | Forest River | 4X4TWDH256P100713 | 10,280.00 | 10,280.00 |
| 1 | FEMA- W | Model- Wildwood -Travel Trailer 32' 4", Model #WDT32BHLE, Shipping #313144, Shipped 11/21/05 | Forest River | 4X4TWDH276P100714 | 10,280.00 | 10,280.00 |

EFT Information : Compass Bank, 36 North Section Street, Fairhope, AL 36532
Routing #062001186   Account #17331094

**Total**

In case of defective invoice, please notify: Brenda J. Anderson, Office Manager
North American Catastrophe Services, Inc., 864-B Washburn Road, Melbourne, Fl 32934
Toll Free 1-888-595-6227 E-Mail brendaanderson@cfl.rr.com

TIN #59-3507855