UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| This Document Relates to: | * * | |
| | * | JUDGE: ENGELHARDT |
| ALL CASES | * * | |
| | * | MAG: CHASEZ |

******************************************************************************

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Defendant DC Recovery Systems, Inc. and moves this Honorable Court for an Order substituting Jerry L. Saporito and Amanda W. Vonderhaar and the law firm of Leake & Andersson, LLP, 1100 Poydras Street, Suite 1700, New Orleans, LA 70163 in place of Richard E. King and David M. Moragas of the law firm Galloway, Johnson, Tompkins, Burr & Smith as counsel of record in the above-captioned matter.

Respectfully submitted:

*/s/ Richard E. King*
Richard E. King
LA Bar No. 25128
David M. Moragas
LA Bar No. 29633
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, Suite 4040

        New Orleans, Louisiana 70139
        Telephone: (504) 525-6802
        Facsimile: (504) 525-2456

        /s/ Amanda W. Vonderhaar
        Jerry L. Saporito, T.A.
        LA Bar No. 11717
        Amanda W. Vonderhaar
        LA Bar No. 31350
        LEAKE & ANDERSSON, L.L.P.
        1700 Energy Centre
        1100 Poydras St.
        New Orleans, LA 70163-1701
        Telephone: (504) 585-7500
        Facsimile: (504) 585- 7775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )    Hand Delivery          ( )    Prepaid U.S. Mail

( )    Facsimile              ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 27th day of July, 2011.

        /s/ Amanda W. Vonderhaar
        Amanda W. Vonderhaar
        LA Bar No. 31350

LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)