UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Damien Dillon, et al. v. Forest River, Inc., et al.,* | * | |
| *Civil Action No. 09-3557;* | * | JUDGE ENGELHARDT |
| *Latasha Jones-Dillon on behalf of Miljanee Cowley,* | * | |
| *et al. v. Forest River, Inc., et al.,* | * | MAGISTRATE CHASEZ |
| *Civil Action No. 09-5494; and* | * | |
| *Brion Scieneaux, et al. v. Frontier RV, Inc., et al.,* | * | |
| *Civil Action No. 09-4462* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW
AS COUNSEL FOR CERTAIN PLAINTIFFS**

NOW INTO COURT come the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates (hereinafter, collectively known as "Plaintiffs' Counsel"), who request that this Honorable Court allow them to withdraw as counsel for the following Plaintiffs.

1.

A.   PLAINTIFFS NAMED IN DILLON, ET AL. V. FOREST RIVER, INC., ET AL.
     (CIVIL ACTION NO. 09-3557)

    i.    Damien Dillon
           P.O. Box 2321
           Marrero, LA 70073

    ii.   Sabrina Dillon
           1345 31st Street
           Kenner, LA 70065

      iii.      Greggionte Jones
                  P.O. Box 2321
                  Marrero, LA 70073

      iv.      Latasha Jones-Dillon
                  P.O. Box 2321
                  Marrero, LA 70073

      v.       Latasha Jones-Dillon on behalf of Miljanee Cowley
                  P.O. Box 2321
                  Marrero, LA 70073

      vi.      Latasha Jones-Dillon on behalf of Edward Smith
                  P.O. Box 2321
                  Marrero, LA 70073

B.     PLAINTIFFS NAMED IN JONES-DILLON, ET AL. V. FOREST RIVER, INC., ET AL. (CIVIL ACTION NO. 09-5494)

      i.       Latasha Jones-Dillon on behalf of Miljanee Cowley
                  P.O. Box 2321
                  Marrero, LA 70073

      ii.      Latasha Jones-Dillon on behalf of Edward Smith
                  P.O. Box 2321
                  Marrero, LA 70073

C.     PLAINTIFFS NAMED IN SCIENEAUX, ET AL. V. FRONTIER RV, INC., ET AL. (CIVIL ACTION NO. 09-4462)

      i.       Brion Scieneaux
                  4801 Knight Drive
                  New Orleans, LA 70127

2.

The following Counsel currently represent Damien Dillon, Sabrina Dillon, Greggionte Jones, Latasha Jones-Dillon, individually and on behalf of her minor children, Miljanee Cowley and Edward Smith, and Brion Scieneaux.

1. Becnel Law Firm, LLC
   P. O. Drawer H
   106 W. 7th Street
   Reserve, LA 70084
   (985) 536-1186

2. Law Offices of Ronnie G. Penton
   209 Hoppen Place
   Bogalusa, LA 70427-3827
   (985) 732-5681

3. Law Offices of Robert Becnel/Diane Zink
   425 W. Airline Hwy, Suite B
   Laplace, LA 70068
   (985) 651-6101

4. Lambert & Nelson, PLC
   701 Magazine St.
   New Orleans, LA 70130
   (504) 581-1750

5. Gainsburgh, Benjamin, David, Meunier, & Warshauer, LLC
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, LA 70163
   (504) 522-2304

6. Parker Waichman Alonso, LLP
   111 Great Neck Road
   Great Neck, New York 11021-5402
   (516) 466-6500

7. Sweet & Associates
   158 East Pascagoula Street
   Jackson, MS 39201
   (601) 965-8700

WHEREFORE, Plaintiffs' Counsel listed in paragraph two respectfully request that they be permitted to withdraw from representing Damien Dillon, Sabrina Dillon, Greggionte Jones, Latasha Jones-Dillon, individually and on behalf of her minor children, Miljanee Cowley and Edward Smith, and Brion Scieneaux in this MDL for the reasons more

fully stated in the attached Memorandum in Support of Plaintiffs' Counsels' Motion to Withdraw as Counsel For Certain Plaintiffs and for such relief to which they are entitled.

        Respectfully submitted,

        __/s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, ESQ. ( #7933)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above mentioned clients have been notified by certified mail of all pending deadlines and court appearances and have been provided with copies of their complaints, this motion to withdraw as counsel, and this Honorable Court's Amended Pretrial Order Nos. 2, 32 and 88 this 27th day of July 2011.

I FURTHER CERTIFY that the above and foregoing pleadings were served on all liaison counsel of record and counsel for Forest River, Inc., Frontier RV, Inc., Fluor Enterprises, Inc., CH2M HILL Constructors, Inc., TKTMJ, Inc. and The United States Government via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of July, 2011.

        _/s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, ESQ. (#7933)