UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Damien Dillon, et al. v. Forest River, Inc., et al.,* | * | |
| *Civil Action No. 09-3557;* | * | JUDGE ENGELHARDT |
| *Latasha Jones-Dillon on behalf of Miljanee Cowley,* | * | |
| *et al. v. Forest River, Inc., et al.,* | * | MAGISTRATE CHASEZ |
| *Civil Action No. 09-5494; and* | * | |
| *Brion Scieneaux, et al. v. Frontier RV, Inc., et al.,* | * | |
| *Civil Action No. 09-4462* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs, filed by the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates' (hereinafter, collectively known as "Plaintiffs' Counsel"), the Court finds the Motion meritorious and that Plaintiffs' Counsel have shown good cause to withdraw from representing these Plaintiffs in that Plaintiffs' Counsel and these Plaintiffs have terminated their professional relationship.

**IT IS THEREFORE ORDERED** that Plaintiffs' Counsel is permitted to withdraw as attorneys of record for the following Plaintiffs in this MDL:

Damien Dillon

Sabrina Dillon

Greggionte Jones

    Latasha Jones-Dillon

    Latasha Jones-Dillon on behalf of Miljanee Cowley

    Latasha Jones-Dillon on behalf of Edward Smith

    Brion Scieneaux

    **IT IS FURTHERED ORDERED** that Counsel shall provide a copy of this Order to the above-listed Plaintiffs and their counsel, if known.

    New Orleans, LA this _____ day of _____, 2011.

                                                 HONORABLE KURT D. ENGELHARDT
                                               UNITED STATES DISTRICT JUDGE