UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Damien Dillon, et al. v. Forest River, Inc., et al.,* | * | |
| *Civil Action No. 09-3557;* | * | JUDGE ENGELHARDT |
| *Latasha Jones-Dillon on behalf of Miljanee Cowley,* | * | |
| *et al. v. Forest River, Inc., et al.,* | * | MAGISTRATE CHASEZ |
| *Civil Action No. 09-5494; and* | * | |
| *Brion Scieneaux, et al. v. Frontier RV, Inc., et al.,* | * | |
| *Civil Action No. 09-4462* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned Counsel for Plaintiffs certifies that all liaison counsel of record and counsel for Forest River, Inc., Frontier RV, Inc., Fluor Enterprises, Inc., CH2M HILL Constructors, Inc., TKTMJ, Inc. have been contacted and oppose Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs. Counsel for the United States Government has also been contacted and has been unable to respond to date

Respectfully submitted,

 */s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the clients mentioned in Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs have been notified by certified mail of all pending deadlines and court appearances and have been provided with copies of their complaints, this motion to withdraw as counsel, and this Honorable Court's Amended Pretrial Order Nos. 2, 32 and 88 this 27th day of July 2011.

I FURTHER CERTIFY that the above and foregoing pleadings were served on all liaison counsel of record and counsel for Forest River, Inc., Frontier RV, Inc., Fluor Enterprises, Inc., CH2M HILL Constructors, Inc., TKTMJ, Inc. and The United States Government via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of July, 2011.

                                                     /s/ Hugh P. Lambert
                                                    HUGH P. LAMBERT, ESQ. (#7933)