EXHIBIT M

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

**ATTORNEYS AT LAW**

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
PEYTON C. LAMBERT

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

August 10, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:  *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
     *Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
     *Joseph H. Turner  v. Crum & Forster Specialty Insurance Co., et al*
     Our File No.  :     2.09-9854
     ***(In Re:  FEMA Trailer Formaldehyde Products Liability Litigation)***

**REGARDING PLAINTIFF:  L▪▪▪▪ M▪▪▪▪▪**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above.
However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets
treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production
of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within
thirty days, or in no case longer than 60 days, after suit is filed or transferred into the
MDL.  The following information or documentation omitted from your client's Plaintiff
Fact Sheet is marked by a "▪".  Please supplement your Plaintiff Fact Sheet to provide the
missing information and/or documentation.

1)   Name (person completing form): ☐
2)   Maiden or other names used or by which you have been known: ☐
3)   Current Street Address: ☐
4)   Home Telephone No.: ☐
5)   Cell Phone No.: ☐
6)   Work Telephone No: ☐
7)   Other Telephone Nos.: ☐
8)   Email address: ☐
9)   State which individual or estate you are representing: ☐
10)  Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11)  Address (or last known address if deceased): ☐
12)  Home Telephone No.: ☐
13)  Cell Phone No.: ☐
14)  Work Telephone No: ☐
15)  Date and court appointed by if representative of another: ☐
16)  What is your relationship to the deceased or represented person or person claimed to be injured? ☐
17)  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18)  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ◉
19)  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ◉
20)  <u>Did you experience any</u> of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced. ◉
21)  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ◉
22)  If yes, which kind of cancer? ◉
23)  When do you claim this injury or disease first occurred? ◉
24)  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25)  If "Yes," when and who diagnosed the condition at that time? ◉
26)  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ◉
27)  If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ◉
28)  Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◉
29)  If "Yes," for each provider; Contact Information, description of condition, medications:
30)  Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◉
31)  If "Yes," state the amount of your claim: ◉
32)  Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◉
33)  State Driver's License Number and State Issuing License ◉

34) Date and Place of Birth: ◉
35) Sex: Male or Female ◉
36) Identify the highest level of education (high school, college, university or other ◉
    educational institution) you have attended (even if not completed), the dates of
    attendance, courses of study pursued, and diplomas or degrees awarded
37) Current employer (if not currently employed, state your last employer) including ◉
    address, telephone number, dates of employment, telephone number, duties:
38) List the each employer you have had in the last ten (10) years including address, ◉
    telephone number, dates of employment, telephone number, duties:
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your ◉
    exposure to formaldehyde while residing in a FEMA trailer or mobile home
40) *If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:* ◉
41) Total amount of time which you have lost from work as a result of any and all ◉
    condition(s) related to residing in a FEMA trailer or mobile home, and the amount of
    income that you lost
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to ◉
    any sickness or disease, excluding auto accidents?
43) *If "Yes," state to the best of your knowledge the court in which such action was filed,* ◉
    case name and/or names of adverse parties, and nature of the sickness or disease
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours ◉
    suffered from any type of disease [such as asthma, shortness of breath, headaches, lung
    disease, liver disease, skin disease, neurological disease, allergies, or cancer].
45) *If "Yes," provide for each: Name, relationship current age or age at death, medical* ◉
    condition, cause of death.
46) Are you are claiming the wrongful death of a family member related to formaldehyde? ◉
47) *If "Yes," state the name of the deceased and fill out a separate form for the deceased.* ◉
48) Manufacturer of trailer or mobile home: ◉
49) VIN: ◉
50) FEMA Identification No.: ◉
51) Bar Code Number on FEMA housing unit: ◉
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile ◉
    home?
53) Move-in Date: ◉
54) Move-out Date ◉
55) Please state the mailing address and physical location for the FEMA trailer or mobile ◉
    home unit.
56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ◉
57) State the reason you stopped living in the FEMA trailer or mobile home: ◉
58) Please state the approximate square footage of the FEMA housing unit: ◉
59) State the approximate length and width of the FEMA housing unit ◉
60) Average number of hours spent in the FEMA trailer of mobile home each ◉
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ◉
62) Is/was the FEMA housing unit hooked up to a sewer line? ◉
63) Is/was the FEMA housing unit hooked up to an electrical line? ◉
64) Is/was the FEMA housing unit hooked up to natural gas line? ◉
65) Is/was propane gas used in the FEMA housing unit? ◉

3

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations]**.

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional.

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home.

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable.

114) Report of autopsy of decedent, if applicable.

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations]**.

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations]**.

117) Identify your current family and/or primary care physician, including address and telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Roxanne Broussard on the 13th day of September, 2010, at 3:30 p.m. to hold our Rule 37.1 Conference. In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:   Anthony G. Buzbee

EXHIBIT N

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

**ATTORNEYS AT LAW**

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
PEYTON C. LAMBERT

†ALSO ADMITTED IN TEXAS

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

August 30, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:   *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
   *Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
   *Joseph H. Turner v. Crum & Forster Specialty Insurance Co., et al*
   Our File No.   :   2.09-9854
   ***(In Re: FEMA Trailer Formaldehyde Products Liability Litigation)***

**REGARDING PLAINTIFF: Q████ L████**

Dear Counsel:

   We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

   Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL. The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "◙". Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation.

1)     Name (person completing form):     ☐
2)     Maiden or other names used or by which you have been known:     ☐
3)     Current Street Address:     ☐
4)     Home Telephone No.:     ☐
5)     Cell Phone No.:     ☐
6)     Work Telephone No:     ☐
7)     Other Telephone Nos.:     ☐
8)     Email address:     ☐
9)     State which individual or estate you are representing:     ☐
10)     Maiden Or Other Names Used or By Which Such Person Has Been Known:     ☐
11)     Address (or last known address if deceased):     ☐
12)     Home Telephone No.:     ☐
13)     Cell Phone No.:     ☐
14)     Work Telephone No:     ☐
15)     Date and court appointed by if representative of another:     ☐
16)     What is your relationship to the deceased or represented person or person claimed to be injured?     ☐
17)     If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died     ☐
18)     Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?     ◉
19)     What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?     ◉
20)     Did you experience any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.     ◉
21)     Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?     ◉
22)     If yes, which kind of cancer?     ◉
23)     When do you claim this injury or disease first occurred?     ◉
24)     Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?     ◉
25)     If "Yes," when and who diagnosed the condition at that time?     ◉
26)     Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?     ◉
27)     If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any     ◉
28)     Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?     ◉
29)     If "Yes," for each provider; Contact Information, description of condition, medications:     ◉
30)     Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above?     ◉
31)     If "Yes," state the amount of your claim:     ◉
32)     Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one     ◉
33)     State Driver's License Number and State Issuing License     ◉

2

34) Date and Place of Birth: ◉

35) Sex: Male or Female ◉

36) Identify the highest level of education (high school, college, university or other ◉
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded

37) Current employer (if not currently employed, state your last employer) including ◉
address, telephone number, dates of employment, telephone number, duties:

38) List the each employer you have had in the last ten (10) years including address, ◉
telephone number, dates of employment, telephone number, duties:

39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your ◉
exposure to formaldehyde while residing in a FEMA trailer or mobile home

40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004: ◉

41) Total amount of time which you have lost from work as a result of any and all ◉
condition(s) related to residing in a FEMA trailer or mobile home, and the amount of
income that you lost

42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to ◉
any sickness or disease, excluding auto accidents?

43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, ◉
case name and/or names of adverse parties, and nature of the sickness or disease

44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours ◉
suffered from any type of disease [such as asthma, shortness of breath, headaches, lung
disease, liver disease, skin disease, neurological disease, allergies, or cancer].

45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical ◉
condition, cause of death.

46) Are you are claiming the wrongful death of a family member related to formaldehyde? ◉

47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased. ◉

48) Manufacturer of trailer or mobile home: ◉

49) VIN: ◉

50) FEMA Identification No.: ◉

51) Bar Code Number on FEMA housing unit: ◉

52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile ◉
home?

53) Move-in Date: ◉

54) Move-out Date ◉

55) Please state the mailing address and physical location for the FEMA trailer or mobile ◉
home unit.

56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ◉

57) State the reason you stopped living in the FEMA trailer or mobile home: ◉

58) Please state the approximate square footage of the FEMA housing unit: ◉

59) State the approximate length and width of the FEMA housing unit ◉

60) Average number of hours spent in the FEMA trailer of mobile home each ◉

61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ◉

62) Is/was the FEMA housing unit hooked up to a sewer line? ◉

63) Is/was the FEMA housing unit hooked up to an electrical line? ◉

64) Is/was the FEMA housing unit hooked up to natural gas line? ◉

65) Is/was propane gas used in the FEMA housing unit? ◉

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations].**

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional.

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home.

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable.

114) Report of autopsy of decedent, if applicable.

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations].**

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations].**

117) Identify your current family and/or primary care physician, including address and telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven (7) years.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Roxanne Broussard on the 1st day of October, 2010, at 3:15 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:     Anthony G. Buzbee

EXHIBIT O

# THE BUZBEE LAW FIRM

### *www.txattorneys.com*

**Reply to:** Houston Office

September 8, 2010

**<u>Via U.S. Mail</u>**
Sidney J. Angelle
Eric B. Berger
Lobman, Carnahan, Batt,
Angelle & Nader, P.C.
400 Poydras Street
Suite 2300
New Orleans, LA 70130-3425

Re:     FEMA Trailers/Formaldehyde Product Liability Litigation
        Regarding Plaintiff: L███ M███

Dear Mr. Angelle & Mr. Berger,

Please find enclosed the requested information relating to the deficiencies of L███
M███

If you have any questions, please call our toll free number 1-800-992-5393 and ask for
Scott Daniels. As always, I remain,

Sincerely,



J. Scott Daniels

1910 Ice & Cold Storage Building          JPMorgan Chase Tower (Principal Office)          200 East Cano
104 21ˢᵗ Street (Moody Ave.)                   600 Travis, Suite 7300                         Edinburg, Texas 78539
Galveston, Texas 77550                         Houston, Texas 77002                          By Appointment Only
By Appointment Only                        Telephone: (713) 223-5393
                                           Facsimile: (713) 223-5909

**ERRATA SHEET**

**Claimant Name:** L██████.M█████

**Claimant's Attorney: Buzbee**


18. Yes.

28. Did not seek a medical professional for mental issues.

31. Amount unknown at this time.

33. Unknown at this time.

48. Pilgrim.

49. VIN #: 1NL1GTR2961025546

50. 921169974

51. 1124900

53. June, 2006.

54. October, 2007.

55. 9018 GSRI Rd., Apt. 1, Baton Rouge, Louisiana 70810.

104. Did not seek a medical professional for mental issues.

115. Medical authorizations have been mailed to Plaintiff. Will forward, once received.

*Representative*        9-9-10

4-9-10

**Plaintiff or Representative**                                    **Date**

EXHIBIT P

# ERRATA SHEET

**Claimant Name: Q** █ **L** █

**Claimant's Attorney: Buzbee**

18. Yes.

20. Blurred vision, coughing, dizziness, nausea, sinus infections.

23. Symptoms occurred prior to living in trailer, and while living in trailer.

28. Did not seek a medical professional for mental issues.

31. Amount unknown at this time.

33. Minor-no driver's license.

34. Age 8.

35. Male.

46. No.

48. Pilgrim.

49. VIN#: 1NL1GTR2961025546.

50. 921169974.

51. 1124900.

53. June, 2006.

54. October, 2007.

55. Pine Crest Trailer Park, 8127 Apple, New Orleans LA 70118.

80. Never smoked in the past.

84. Non-smoker.

103. Unknown at this time.

115.  Medical authorizations have been mailed to Plaintiff. Will forward, once received.

_____                    9-15-10
**Plaintiff or Representative**                          **Date**

EXHIBIT Q

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Bryan Hebert | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.     INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Bryan Hebert _____

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: 1700 Groom Rd #H-18  Baker, LA _____

D.   Home Telephone No.: (318) 349-3108 _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: (225) 771-8893 _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing: _____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known: _____

3   Address (or last known address if deceased): _____

4.   Home Telephone No.: _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

5.   E-mail address: _____

6.   If you were appointed as a representative by a court, state the:

Court: _____  Date of Appointment: _____

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.  Please state the name and address of the attorney representing you:

Anthony Buzbee  /  Buzbee Law Firm _____
   Attorney's Name/Law Firm
Galveston, TX 77550 _____
   City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☐      No ☐

2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?_____

3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☐ burning of eyes
☐ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☐ difficulty in breathing
☐ wheezing
☐ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

- [ ] bronchitis
- [ ] throat irritation
- [ ] hoarseness
- [ ] laryngitis
- [ ] pneumonia
- [ ] upper respiratory tract infections
- [ ] pulmonary edema
- [ ] asthma attacks for the first time in your life
- [ ] asthma attacks that are recurrence of childhood asthma
- [ ] allergies for the first time in your life
- [ ] worsening of allergies that you had previous to living in FEMA trailer

- [ ] allergic contact dermatitis
- [ ] dizziness
- [ ] unconsciousness
- [ ] convulsions or seizures
- [ ] blood in urine
- [ ] abnormal liver enzymes
- [ ] nephritis (inflammation of kidneys)
- [ ] low blood pressure
- [ ] hypothermia (low body temperature)
- [ ] miscarriage or stillbirth
- [ ] abnormal laboratory tests on blood
- [ ] abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____

If yes, which kind of cancer?
_____

5.   When do you claim this injury or disease first occurred?_____

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes [ ]          No [ ]

*If "Yes,"* when and who diagnosed the condition at that time?
_____

_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes [ ]          No [ ]

**If "Yes,"** set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____
_____

8.     **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐          No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____
_____
_____

To your understanding, describe the condition for which treated:

_____
_____
_____

State when you were treated for this psychological, psychiatric or emotional problem

_____
_____
_____

List the medications prescribed or recommended by the physician or counselor

_____
_____
_____

9.     Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐          No ☐

*If "Yes,"* state the amount of your claim: _____

## IV.    BACKGROUND INFORMATION

A.    Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B.    State Driver's License Number and State Issuing License:_____

C.    Date and Place of Birth:_____     Place:_____

D.    Sex:  Male ☐          Female ☐

E.    Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

F.    Employment Information

1.    Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

2.    List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

6

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.    Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐        No ☐

*If "Yes,"* state the following:

a.    If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.    Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.    Previous Claims Information

1.    Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐        No ☐    Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

7

## IV.    FAMILY INFORMATION

A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐            No ☐            Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

B.    Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐            No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.    FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

A.    Please provide the following information regarding the FEMA trailer or mobile home:

1.    Manufacturer of trailer or mobile home: _____

2.    VIN: _____

3.    FEMA Identification No.: _____

4.    Bar Code Number on FEMA housing unit:_____

8

5.    Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☐     Mobile Home ☐

6.    Move-in Date: _____

7.    Move-out Date: _____

8.    Please state the mailing address and physical location for the FEMA trailer or mobile home unit.

   _____
   _____

9.    Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

10.   State the reason you stopped living in the FEMA trailer or mobile home:

   _____
   _____

11.   Please state the approximate square footage of the FEMA housing unit:_____

12.   Please state the approximate length and width of the FEMA housing unit:_____

13.   What is/was the average number of hours spent in the FEMA trailer or mobile home each day?_____

14.   Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
   Yes ☐       No ☐

15.   Is/was the FEMA housing unit hooked up to a sewer line?
   Yes ☐       No ☐

16.   Is/was the FEMA housing unit hooked up to an electrical line?
   Yes ☐       No ☐

17.   Is/was the FEMA housing unit hooked up to natural gas line?
   Yes ☐       No ☐

18.   Is/was propane gas used in the FEMA housing unit?
   Yes ☐       No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐    No ☐

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐    No ☐

*If "Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐    No ☐

*If "Yes,"* please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☐    No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:

_____

_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |

## VI.   MEDICAL BACKGROUND

A.   Height: _____

B.   Current Weight: _____

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

      1.     Date on which smoking/tobacco use ended:_____

      2.     Amount smoked or used on average:
           _____ per day for _____ years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      1.     Amount currently smoked or used on average:
           _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

      1.     Amount smoked or used on average, if you know:
           _____ per day for _____ years.

      2.     Relationship to you: _____

      3.     Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐     No ☐

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐     No ☐

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

      1.     Lung or other respiratory disease
           Yes ☐     No ☐

           *If "Yes,"* please indicate the following:

           Name and description of each illness, disease, or abnormal condition:
           _____
           _____

           The date of illness:
           _____
           _____

2.   Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
     Yes ☐        No ☐

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:
     _____
     _____

     The date of illness:
     _____
     _____

3.   Long-term stomach or bowel disease
     Yes ☐        No ☐

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:
     _____
     _____

     The date of illness:
     _____
     _____

4.   Skin disease
     Yes ☐        No ☐

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:
     _____
     _____

     The date of illness:
     _____

G.   Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.   To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

     Yes ☐        No ☐        Don't Recall ☐

     *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

13

VII.   **MEDICAL DIAGNOSIS**

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: _____ _____

Specialty, if any: _____ _____

Address: _____ _____

Phone: _____ _____

Treatment received: _____ _____

Dates of treatment: _____ _____


Doctor's Name: _____ _____

Specialty, if any: _____ _____

Address: _____ _____

Phone: _____ _____

Treatment received: _____ _____

Dates of treatment: _____ _____


Doctor's Name: _____ _____

Specialty, if any: _____ _____

Address: _____ _____

Phone: _____ _____

Treatment received: _____ _____

Dates of treatment: _____ _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____ _____

_____ _____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

Yes ☐         No ☐

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐      No ☐

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☐      No ☐

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☐

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐      No ☐

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☐

F.   Decedent's death certificate, if applicable.
Yes ☐      No ☐

G.   Report of autopsy of decedent, if applicable.
Yes ☐      No ☐

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.   Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |

B.   Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C.   Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

16

| | | |
|---|---|---|
| | | |
| | | |
| | | |

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| | |
| | |
| | |
| | |
| | |

## <u>CERTIFICATION</u>

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Bryan Hebert

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name:_Bryan Hebert_____

Date of Birth:_____

Last Four Numbers of SSN:_____

    I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.**  These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above.  This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information.  It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation.  I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2009.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| --- | --- |

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name: Bryan Hebert _____

Date of Birth:_____

Last Four Numbers of SSN:_____

    I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2009.

_____

[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: Bryan Hebert

Date of Birth:

Last Four Numbers of SSN:

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of** _____
_____**and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2009.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Bryan Hebert _____

Date of Birth: _____

Last Four Numbers of SSN: _____

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2009.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.,* 40:1299.96 *et seq.,* 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Bryan Hebert | Birth Date | Social Security No.<br>XXX-XX- |
|---|---|---|
| Address:<br>City:                          State: | | Telephone No.:<br>Zip Code: |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* ._____

*Title.* ._____

*Address.*_____

Purpose: To Protect My Legal Rights_____

For Treatment Date(s): All Available

| Type of Access<br><br>Requested:<br><br><br>❏ Copies of the records &<br>❏ Inspection of the record | ❏ Abstract/pertinent<br>❏ Emergency Room<br>❏ H&P<br>❏ Consult Report<br>❏ Operative Report<br>❏ Rehab Services | ❏ Lab<br>❏ Imaging/Radiology<br>❏ Cardiac Studies<br>❏ Face Sheet<br>❏ Nursing Notes<br>❏ Medication Record | ❏ Progress Notes<br>❏ Physician's Orders<br>❏ Entire Record<br>❏ Other_____ |
|---|---|---|---|

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

**\*\*\* *Initials*\*\*\***

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____
You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____          _____

**\*\*\* Signature \*\*\*** of Patient/Legal Representative                    Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, <u>Bryan Hebert</u> [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated:_____

Name: <u>Bryan Hebert</u> (print legibly or type out name)

Signature:_____

EXHIBIT R

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

EDWARD P. LOBMAN (1941-2004)

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

#### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA  70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
PEYTON C. LAMBERT

†ALSO ADMITTED IN TEXAS

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

August 6, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:  *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
*Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
*Joseph H. Turner  v. Crum & Forster Specialty Insurance Co., et al*
(In re: FEMA Trailer Formaldehyde Products Liability Litigation)
Our File No. :      2.09-9854

### REGARDING PLAINTIFF:  BRYAN HEBERT

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above.
However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets
treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production
of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within
thirty days, or in no case longer than 60 days, after suit is filed or transferred into the
MDL.  The following information or documentation omitted from your client's Plaintiff
Fact Sheet is marked by a "☎".  Please supplement your Plaintiff Fact Sheet to provide the
missing information and/or documentation.

1)  Name (person completing form): ☐
2)  Maiden or other names used or by which you have been known: ☐
3)  Current Street Address: ☐
4)  Home Telephone No.: ☐
5)  Cell Phone No.: ☐
6)  Work Telephone No: ☐
7)  Other Telephone Nos.: ☐
8)  Email address: ☐
9)  State which individual or estate you are representing: ☐
10) Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11) Address (or last known address if deceased): ☐
12) Home Telephone No.: ☐
13) Cell Phone No.: ☐
14) Work Telephone No: ☐
15) Date and court appointed by if representative of another: ☐
16) What is your relationship to the deceased or represented person or person claimed to be injured? ☐
17) If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18) Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ◉
19) What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ◉
20) Did you experience any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced. ◉
21) Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ◉
22) If yes, which kind of cancer? ◉
23) When do you claim this injury or disease first occurred? ◉
24) Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25) If "Yes," when and who diagnosed the condition at that time? ◉
26) Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ◉
27) If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ◉
28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◉
29) If "Yes," for each provider; Contact Information, description of condition, medications:
30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◉
31) If "Yes," state the amount of your claim: ◉
32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◉
33) State Driver's License Number and State Issuing License ◉

34) Date and Place of Birth: ⊚
35) Sex: Male or Female ⊚
36) Identify the highest level of education (high school, college, university or other ⊚
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded
37) Current employer (if not currently employed, state your last employer) including ⊚
address, telephone number, dates of employment, telephone number, duties:
38) List the each employer you have had in the last ten (10) years including address, ⊚
telephone number, dates of employment, telephone number, duties:
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your ⊚
exposure to formaldehyde while residing in a FEMA trailer or mobile home
40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004: ⊚
41) Total amount of time which you have lost from work as a result of any and all ⊚
condition(s) related to residing in a FEMA trailer or mobile home, and the amount of
income that you lost
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to ⊚
any sickness or disease, excluding auto accidents?
43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, ⊚
case name and/or names of adverse parties, and nature of the sickness or disease
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours ⊚
suffered from any type of disease [such as asthma, shortness of breath, headaches, lung
disease, liver disease, skin disease, neurological disease, allergies, or cancer].
45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical ⊚
condition, cause of death.
46) Are you are claiming the wrongful death of a family member related to formaldehyde? ⊚
47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased. ⊚
48) Manufacturer of trailer or mobile home: ⊚
49) VIN: ⊚
50) FEMA Identification No.: ⊚
51) Bar Code Number on FEMA housing unit: ⊚
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile ⊚
home?

53) Move-in Date: ⊚
54) Move-out Date ⊚

55) Please state the mailing address and physical location for the FEMA trailer or mobile ⊚
home unit.
56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ⊚
57) State the reason you stopped living in the FEMA trailer or mobile home: ⊚
58) Please state the approximate square footage of the FEMA housing unit: ⊚
59) State the approximate length and width of the FEMA housing unit ⊚
60) Average number of hours spent in the FEMA trailer of mobile home each ⊚
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ⊚
62) Is/was the FEMA housing unit hooked up to a sewer line? ⊚
63) Is/was the FEMA housing unit hooked up to an electrical line? ⊚
64) Is/was the FEMA housing unit hooked up to natural gas line? ⊚
65) Is/was propane gas used in the FEMA housing unit? ⊚

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

103) Please identify the doctor or health care provider(s) who treated you for each disease, ◉
     illness or injury that you claim you (or the person you represent) suffered as a result of
     living in a FEMA trailer or mobile home and the date of the diagnosis, including
     address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living ◉
     in a FEMA trailer or mobile home, please identify any physician from whom you have
     received psychological care and provide a medical records authorization **[if original
     authorizations have expired, you must complete new authorizations].**

105) Has any health care professional told you that your alleged illness, disease, or injury is ◉
     related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional. ◉

107) Please indicate if any of the following documents and things are currently in your ◉
     possession, custody, or control, or in the possession, custody, or control of your lawyers
     and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified ◉
     in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a ◉
     FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home. ◉

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you ◉
     incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any ◉
     testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable. ◉

114) Report of autopsy of decedent, if applicable. ◉

115) For each medical provider and pharmacy identified in sections a through f below, please ◉
     fill out and sign and date an attached authorization.  You must also sign and date five (5)
     blank medical authorizations and attach them to this form **[if original authorizations
     have expired, you must complete new authorizations].**

116) Sign and date authorizations permitting social security disability and workers' ◉
     compensation records to be requested, to the extent applicable and attach them to this
     form.  **[if original authorizations have expired, you must complete new
     authorizations].**

117) Identify your current family and/or primary care physician, including address and ◉
     telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and ◉
     telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment ◉
     or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment ◉
     (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven ◉
     (7) years.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Roxanne Broussard on the 10th day of September, 2010, at 3:00 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:     Anthony G. Buzbee

EXHIBIT S

# THE BUZBEE LAW FIRM

### *www.txattorneys.com*

**Reply to:** Houston Office

September 3, 2010

**<u>Via U.S. Mail</u>**
Sidney J. Angelle & Eric B. Berger
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street, Suite 2300
New Orleans, LA 70130-3425

Re:     FEMA Trailers/Formaldehyde Product Liability Litigation
        Regarding Plaintiff: Bryan Hebert

Dear Counsel:

Please find enclosed the requested information relating to the deficiencies of
Mr. Bryan Hebert

If you have any questions, please call our toll free number 1-800-992-5393 and ask for
Scott Daniels.

Sincerely,

J. SCOTT DANIELS

JSD/dcc

**ERRATA SHEET**

**Claimant Name: Bryan Hebert**

**Claimant's Attorney: Buzbee**

31. Amount unknown at this time

48. Pilgrim International Inc

49. VIN#: 5L4TP312863010687

51. Bar Code Number: 1147097

55.  Trailer Address: 1700 Groom Road #H-18, Baker LA

_____        9-2-10
**Plaintiff or Representative**                    **Date**