EXHIBIT 1

```
01/11/2011 13:40 FAX                          LCBAN                          ☒001
         Case 2:07-md-01873-KDE-ALC   Document 21645-3   Filed 05/25/11   Page 2 of 6

                       *******************************
                       ***   MULTI TX/RX REPORT    ***
                       *******************************

         TX/RX NO            0817
         PGS.                24
         TX/RX INCOMPLETE
                             -----
         TRANSACTION OK
                             (1)   98373119
                             (2)   95289973
                             (3)   159854#912252483080
                             (4)   98321799

         ERROR INFORMATION
                             -----
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA O. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

† ALSO ADMITTED IN TEXAS

WWW.LCBA-LAW.COM

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

Re: *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency* (09-4610)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

We are writing in reference the lawsuit captioned above, *Katie Alexis Babineaux v. Pilgrim International, Inc., Fluor Enterprises, Inc. and United States of America through the Federal Emergency Management Agency.* One of the plaintiffs in this matter is Geraldo Perez. To date we are unaware of Mr. Perez filing a Plaintiff Fact Sheet as

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

† ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 10, 2011

**Via Fax (504) 832-1799**
Jim Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, LA 70001

    Re: *Chavon Charles, et al v. Pilgrim International, Inc., Shaw Environmental, Inc., Unites States of America through the Federal Emergency Management Agency, Sentry Insurance Company, Mutual Insurance Company, and Crum & Forster Specialty Insurance Company* (09-4525)
c/w
*In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
Claim No.: NJU00333825
Insured: Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Jim:

    We are writing in reference the lawsuit captioned above, *Chavon Charles, et al v. Pilgrim International, Inc., Shaw Environmental, Inc., Unites States of America through the Federal Emergency Management Agency, Sentry Insurance Company, Mutual Insurance Company, and Crum & Forster Specialty Insurance Company*. One of the plaintiffs in this matter Richard Smith. To date we are unaware of Mr. Smith filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § F, for someone added by an Amended Complaint that was filed before November 30, 2009, the deadline for the production of Mr. Smith's Plaintiff Fact Sheet was on or before December 31, 2009. No extensions were filed.

    As Section F of Pre-Trial Order No. 32 further states:

Jim S. Hall
FEMA 9854
Page 2 of 2

> "Any individual who has filed suit on or before November 30, 2009 and who fails to complete and serve a PFS form on or before December 31, 2009, shall have his/her claim dismissed with prejudice, absent a showing of good cause."

As Mr. Smith is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 26th day of January, 2011 at 4:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Mr. Richard Smith.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Andrew Weinstock      (via fax: 837-3119)
     Gerald Meunier        (via fax: 528-9973)
     Ryan Johnson          (via fax: 225-248-3080)

# EXHIBIT 2

# JIM S. HALL & ASSOCIATES, LLC
ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001
www.jimshall.com

(504) 832-3000
Fax: (504) 832-1799
(800) 299-5059

July 19, 2011

Mr. Sidney J. Angelle
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130

RE: Chavon Charles, et al v. Pilgrim International, Inc., et al
USDC No. 07-MD-1873
Your File No. 2.09-9854

Dear Mr. Angelle:

Please be advised that we no longer represent Richard Smith or Geraldo Perez for any claims they may have against Pilgrim International.

Thank you for your cooperation in this matter.

Sincerely,

JIM S. HALL & ASSOCIATES, LLC

JOSEPH W. RAUSCH

JWR/wc