UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Darby, et al Keystone RV Company, et al* | * | |
| C.A. No. 09-08372 | * | |
| Plaintiffs Ernestine Saul, individually and | * | |
| on behalf of Justin Willis ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS ERNESTINE SAUL, INDIVIDUALLY AND ON BEHALF OF JUSTIN WILLIS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ernestine Saul, individually and on behalf of Justin Willis, only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made against Defendant Keystone RV Company only in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit (including Ms. Saul's claim made on behalf of any others aside from Justin Willis), or any claims made by Plaintiffs Ernestine Saul, individually and on behalf of Justin Willis, in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-59009

JOHN MUNOZ (#9830)<br>
GARNER & MUNOZ<br>
1010 Common Street, Suite 3000<br>
New Orleans, LA 70112-2411<br>
Tel: (504) 581-7070<br>
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee