UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Jayco Enterprises, Inc., et al* | * | |
| C.A. No. 09-08407 | * | |
| Plaintiffs Ernestine Saul, individually and | * | |
| on behalf of Joseph Saul, III ONLY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS ERNESTINE SAUL, INDIVIDUALLY AND ON BEHALF OF JOSEPH SAUL, III'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ernestine Saul, individually and on behalf of Joseph Saul, III, only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Plaintiffs Ernestine Saul, individually and on behalf of Joseph Saul, III, in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-59009

>JOHN MUNOZ (#9830)
>GARNER & MUNOZ
>1010 Common Street, Suite 3000
>New Orleans, LA 70112-2411
>Tel: (504) 581-7070
>Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>s/Anthony G. Buzbee
>Anthony G. Buzbee