UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case No. 09-5452

## ORDER AND REASONS

      Before the Court is the "Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process" (Rec. Doc. 22008).  This motion is opposed by Plaintiff. (See Rec. Doc.22156).  After considering the memoranda of the parties, and the applicable law,

      **IT IS ORDERED** that the **"Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process" (Rec. Doc. 22008)** is **DENIED**.  Plaintiff is given 20 days from the date of this Order to effectuate proper service of process.

      New Orleans, Louisiana, this 27th day of July, 2011.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**