EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | )     MDL NO. 1873 <br> ) <br> ) <br> )    SECTION: N(4) <br> ) <br> )    JUDGE: ENGELHARDT <br> )    MAG: ROBY <br> ) <br> ) <br> ) <br> ) |

THIS RELATES TO:

Plaintiff: John Cotton

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.   PERSONAL INFORMATION

A.   Name (person completing form): John Cotton

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: 1042 Brown Ave Harvey LA 70058

D.   Home Telephone No.: 931-0629
   Cell Phone No.: _____
   Work Telephone No: _____
   Other Telephone Nos.: _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1.   State which individual or estate you are representing:
      _____

   2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:
      _____

   3   Address (or last known address if deceased): _____
      _____

   4.   Home Telephone No.: _____
      Cell Phone No.: _____
      Work Telephone No: _____
      Other Telephone Nos.: _____

   5.   E-mail address: _____

   6.   If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

_____ Irpino /FJD _____
Attorney's Name/Law Firm
_____ New Orleans   LA 70113 _____
City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☐     No ☐   to be determined

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?   do not know

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☐ burning of eyes
☐ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☐ difficulty in breathing
☐ wheezing
☐ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

- [ ] bronchitis
- [ ] throat irritation
- [ ] hoarseness
- [ ] laryngitis
- [ ] pneumonia
- [ ] upper respiratory tract infections
- [ ] pulmonary edema
- [ ] asthma attacks for the first time in your life
- [ ] asthma attacks that are recurrence of childhood asthma
- [ ] allergies for the first time in your life
- [ ] worsening of allergies that you had previous to living in FEMA trailer

- [ ] allergic contact dermatitis
- [ ] dizziness
- [ ] unconsciousness
- [ ] convulsions or seizures
- [ ] blood in urine
- [ ] abnormal liver enzymes
- [ ] nephritis (inflammation of kidneys)
- [ ] low blood pressure
- [ ] hypothermia (low body temperature)
- [ ] miscarriage or stillbirth
- [ ] abnormal laboratory tests on blood
- [ ] abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____

_____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? *donot know*

If yes, which kind of cancer? _____

5.   When do you claim this injury or disease first occurred? *don ot know*

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes [ ]          No [ ]   *to be determined*

*If "Yes,"* when and who diagnosed the condition at that time?

_____

_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes [ ]          No [ ]   *to be determined*

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

8.   **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐         No ☐  *to be determined*

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____

_____

_____

To your understanding, describe the condition for which treated:

_____

_____

_____

State when you were treated for this psychological, psychiatric or emotional problem

_____

_____

_____

List the medications prescribed or recommended by the physician or counselor

_____

_____

_____

9.   Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐         No ☐  *to be determined*

*If "Yes,"* state the amount of your claim: _____

**IV.   BACKGROUND INFORMATION**

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
| 1042 Brown Ave Harvey 70058 | to be determined |
|  |  |
|  |  |
|  |  |

B.   State Driver's License Number and State Issuing License: _____
to be determined

C.   Date and Place of Birth: ▉▉42                    Place: New Orleans

D.   Sex: Male ☑    Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
| do not know |  |  |  |
|  |  |  |  |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| to be determined |  |  |  |
|  |  |  |  |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
| to be determined |  |  |  |
|  |  |  |  |

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐     No ☐ *to be determined*

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G. Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☐     No ☐   Don't recall ☑

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

7

IV.   **FAMILY INFORMATION**

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐          No ☐          Don't Know ☑

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|--------------------------------|
|      |              |                               |                   |                                |
|      |              |                               |                   |                                |
|      |              |                               |                   |                                |
|      |              |                               |                   |                                |
|      |              |                               |                   |                                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐          No ☐   to be determined

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

V.   **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home: Pilgrim

2.   VIN: awaiting docs

3.   FEMA Identification No.: 0939631165

4.   Bar Code Number on FEMA housing unit: awaiting docs

8

5.   Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☐   Mobile Home ☐

6.   Move-in Date: _Feb 2006_

7.   Move-out Date: _July 2008_

8.   Please state the mailing address and physical location for the FEMA trailer or mobile home unit. _to be determined_

9.   Was the FEMA trailer or mobile home located in a trailer park or on private property? _to be determined_

10.  State the reason you stopped living in the FEMA trailer or mobile home: _do not know_

11.  Please state the approximate square footage of the FEMA housing unit: _do not know_

12.  Please state the approximate length and width of the FEMA housing unit: _do not know_

13.  What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _to be determined_

14.  Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
     Yes ☐     No ☐  _to be determined_

15.  Is/was the FEMA housing unit hooked up to a sewer line?
     Yes ☐     No ☐  _to be determined_

16.  Is/was the FEMA housing unit hooked up to an electrical line?
     Yes ☐     No ☐  _to be determined_

17.  Is/was the FEMA housing unit hooked up to natural gas line?
     Yes ☐     No ☐  _to be determined_

18.  Is/was propane gas used in the FEMA housing unit?
     Yes ☐     No ☐  _to be determined_

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? *to be determined*

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
    Yes ☐        No ☐     *to be determined*

    *If "Yes,"* please state the following:

    Where did you temporarily live? _____

    For what period of time did you temporarily live in another location? _____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
   Yes ☐      No ☐   *to be determined*

   *If "Yes,"* please state when the test was performed and who prepared this testing:_____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
   Yes ☐      No ☐   *to be determined*

   *If "Yes,"* please state the following:

   Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
   Yes ☐      No ☐   *to be determined*

   *If "Yes,"* please state the date and reason for repair, service or maintenance:

   _____

   _____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Janice Cotton | | 1042 Brown Ave Harvey LA 70058 | From 3/06 To 7/08 | Yes ☑ No ☐ Don't Know ☐ | formaldehyde exposure |
| John Cotton | 67 | ↓ | From 2/06 To 7/08 | Yes ☐ No ☐ Don't Know ☐ | ↓ |
| | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |

## VI.  MEDICAL BACKGROUND

A.  Height: to be determined

B.  Current Weight: _____ to be determined

Weight prior to living in a FEMA trailer or mobile home: _____ to be determined

C.  Personal Smoking/Tobacco Use History:  *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

      1.    Date on which smoking/tobacco use ended:_____

      2.    Amount smoked or used on average:
            _____ per day for _____ years.

☐ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

      1.    Amount currently smoked or used on average:
            _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

      1.    Amount smoked or used on average, if you know:
            _____ per day for _____ years.

      2.    Relationship to you: _____

      3.    Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐    No ☐

If "Yes," what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐    No ☐

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.    Lung or other respiratory disease
      Yes ☐    No ☐ *to be determined*

If "Yes," please indicate the following:

Name and description of each illness, disease, or abnormal condition:
_____
_____

The date of illness:
_____
_____

    2.    Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐     No ☐   *to be determined*

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.  Long-term stomach or bowel disease,
    Yes ☐     No ☐   *to be determined*

    *If "Yes," please indicate the following.*

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

4.  Skin disease
    Yes ☐     No ☐   *to be determined*

    *If "Yes," please indicate the following.*

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

    Yes ☐     No ☐     Don't Recall ☑

    *If "Yes," answer the following:*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: do not recall

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

do not recall

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐      No ☐   tobe determined

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐          No ☑

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☑          No ☐

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☑

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐          No ☑

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☑

F.   Decedent's death certificate, if applicable.
Yes ☐          No ☑

G.   Report of autopsy of decedent, if applicable.
Yes ☐          No ☑

## IX.    LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

15

All to be determined

A.    Identify your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |
|      |         |                   |
|      |         |                   |
|      |         |                   |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

E.    Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
|      |         |                    |
|      |         |                    |
|      |         |                    |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| to be determined |  |
|  |  |
|  |  |
|  |  |

17

EXHIBIT E

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

### A PROFESSIONAL CORPORATION

BURT K. CARNAHAN
DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
TARA L. MASON
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER
JAMES J. YOUNG, IV

### ATTORNEYS AT LAW

**400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

EDWARD P. LOBMAN (1941-2004)

CHARLES R. RUMBLEY
HEATHER CHEESBRO
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
ROBERT D. REINE
PEYTON C. LAMBERT

†ALSO ADMITTED IN TEXAS

**WWW.LCBA-LAW.COM**

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

August 10, 2010

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:   *Gregory Brown v. Crum & Forster Specialty Insurance Co., et al*
       *Earl Bryant, III v. Crum & Forster Specialty Insurance Co., et al*
       *Joseph H. Turner  v. Crum & Forster Specialty Insurance Co., et al*
       Our File No.   :   2.09-9854
       ***(In Re:  FEMA Trailer Formaldehyde Products Liability Litigation)***

## REGARDING PLAINTIFF: JOHNNY COTTON

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL. The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "◉". Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation.

1)  Name (person completing form): ☐
2)  Maiden or other names used or by which you have been known: ☐
3)  Current Street Address: ☐
4)  Home Telephone No.: ☐
5)  Cell Phone No.: ☐
6)  Work Telephone No: ☐
7)  Other Telephone Nos.: ☐
8)  Email address: ☐
9)  State which individual or estate you are representing: ☐
10)  Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11)  Address (or last known address if deceased): ☐
12)  Home Telephone No.: ☐
13)  Cell Phone No.: ☐
14)  Work Telephone No: ☐
15)  Date and court appointed by if representative of another: ☐
16)  What is your relationship to the deceased or represented person or person claimed to be ☐
injured?
17)  If you represent a decedent's estate, state the date of death of the decedent and the place ☐
where the decedent died
18)  Are you claiming that you have developed, or may have developed, a disease or illness ☐
as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer
or mobile home?
19)  What is your understanding of the illness or disease you claim you have developed, or ◉
may in the future develop, from living in a FEMA trailer or mobile home?
20)  Did you experience any of the following symptoms?  If yes, place a check mark (✓) by ◉
the symptom that you experienced.
21)  Since you moved into the FEMA trailer and up to the present date, have you been ◉
diagnosed with cancer?
22)  If yes, which kind of cancer? ◉
23)  When do you claim this injury or disease first occurred? ◉
24)  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ◉
25)  If "Yes," when and who diagnosed the condition at that time? ◉
26)  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that ◉
you already had or had in the past?
27)  If "Yes," set forth the illness, disease or condition; whether or not you had already ◉
recovered from that illness, disease or condition before you began residing in a FEMA
trailer or mobile home and the date of your recovery, if any
28)  Are you claiming mental and/or emotional damages as a result of residing in a FEMA ◉
trailer or mobile home?
29)  If "Yes," for each provider; Contact Information, description of condition, medications: ◉
30)  Are you making a claim for medical expenses as a result of the injury, illness or disease ◉
identified in above?
31)  If "Yes," state the amount of your claim: ◉
32)  Identify each address at which you have resided during the last five (5) years, and list ◉
when you started and stopped living at each one
33)  State Driver's License Number and State Issuing License ◉

34) Date and Place of Birth: ☐
35) Sex: Male or Female ☐
36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded ◉
37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: ◉
38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: ◉
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home ◉
40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004: ◉
41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost ◉
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? ☐
43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease ☐
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. ☐
45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical condition, cause of death. ☐
46) Are you are claiming the wrongful death of a family member related to formaldehyde? ☐
47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased. ☐
48) Manufacturer of trailer or mobile home: ☐
49) VIN: ◉
50) FEMA Identification No.: ☐
51) Bar Code Number on FEMA housing unit: ◉
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? ◉
53) Move-in Date: ☐
54) Move-out Date ☐

55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit. ◉
56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ◉
57) State the reason you stopped living in the FEMA trailer or mobile home: ◉
58) Please state the approximate square footage of the FEMA housing unit: ◉
59) State the approximate length and width of the FEMA housing unit ◉
60) Average number of hours spent in the FEMA trailer of mobile home each ◉
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ◉
62) Is/was the FEMA housing unit hooked up to a sewer line? ◉
63) Is/was the FEMA housing unit hooked up to an electrical line? ◉
64) Is/was the FEMA housing unit hooked up to natural gas line? ◉
65) Is/was propane gas used in the FEMA housing unit? ◉

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, ◙
illness or injury that you claim you (or the person you represent) suffered as a result of
living in a FEMA trailer or mobile home and the date of the diagnosis, including
address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living ◙
in a FEMA trailer or mobile home, please identify any physician from whom you have
received psychological care and provide a medical records authorization **[if original
authorizations have expired, you must complete new authorizations].**

105) Has any health care professional told you that your alleged illness, disease, or injury is ◙
related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional. ◙

107) Please indicate if any of the following documents and things are currently in your ☐
possession, custody, or control, or in the possession, custody, or control of your lawyers
and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified ☐
in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a ☐
FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home. ☐

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you ☐
incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any ☐
testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable. ☐

114) Report of autopsy of decedent, if applicable. ☐

115) For each medical provider and pharmacy identified in sections a through f below, please ◙
fill out and sign and date an attached authorization.  You must also sign and date five (5)
blank medical authorizations and attach them to this form **[if original authorizations
have expired, you must complete new authorizations].**

116) Sign and date authorizations permitting social security disability and workers' ◙
compensation records to be requested, to the extent applicable and attach them to this
form.  **[if original authorizations have expired, you must complete new
authorizations].**

117) Identify your current family and/or primary care physician, including address and ◙
telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and ◙
telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment ◙
or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment ◙
(including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to during the last seven ◙
(7) years.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Roxanne Broussard on the 13th day of September, 2010, at 3:15 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Frank D'Amico

EXHIBIT F

Errata

Claimant Name: Cotton, Johnny

Claimant Attorney: Frank D'Amico Jr. /Anthony Irpino

*Plaintiff is personally not available at this time to cure deficiencies.*

_____                    9/2/2010
**Plaintiff or Representative**                          **Date**