UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| | * | |
| | * | JUDGE: ENGELHARDT |
| ALL CASES | * | |
| | * | |
| | * | MAG: CHASEZ |

********************************************************************************

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

IT IS SO ORDERED that Jerry L. Saporito and Amanda W. Vonderhaar and the law firm of Leake & Andersson, LLP be and are hereby substituted in place of Richard E. King and David M. Moragas of the law firm Galloway, Johnson, Tompkins, Burr & Smith as counsel of record for Defendant DC Recovery Systems, Inc.

Signed in New Orleans, Louisiana, this ___28th___ day of ___July___, 2011.

_____
UNITED STATES DISTRICT JUDGE