UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Ayers v. Forest River, et al, 09-4973* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint to Add North American Catastrophe Services, Inc. and to Dismiss Morgan Building & Spas, Inc. and Morgan Building Systems, Inc. is hereby GRANTED. North American Catastrophe Services, Inc. is hereby added as an additional defendant in this matter. Further, Morgan Building & Spas, Inc. and Morgan Building Systems, Inc. are dismissed without prejudice.

New Orleans, Louisiana this 28th day of July, 2011.

_____
HONORABLE KURT D. ENGELHARDT