## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| | * | Magistrate: Chasez |
| *Angelica Alvarez v. Pilgrim, International, Inc., et al,* 10-3505 | * | |

*************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 and #32 RELATING TO PLAINTIFF FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the thirty plaintiffs identified in this suit[1], with prejudice.

---

[1] These plaintiffs are:
1. Sherry Hadley
2. Catherine Hebert
3. Chad Michael Ferris
4. Anthony Croal
5. Robin Davis
6. Jody Diaz
7. Sophie Dominick
8. Thomas J. Dominick
9. Gerald Diaz (2 entries)
10. Connie Diaz
11. Delmas Diaz
12. Gerald Diaz on behalf of minor child G.D.
13. Julia Marie Patino
14. Pepito Patino
15. Debbie Imbraguglio on behalf of minor child P.I. (2 entries)

Mover sent Rule 37.1 letters sent to plaintiff counsel in June 2011 indicating that Mover had been unable to locate Plaintiff Fact Sheets for these thirty plaintiffs. Plaintiff counsel responded by indicating indicated that counsel does not have Plaintiff Fact Sheets for these thirty plaintiffs ("Exhibit A"). Plaintiff counsel's correspondence made no representation that Plaintiff Fact Sheets for these individuals have ever been completed.

Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed or unopposed and the motion is *not opposed*.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of **the named plaintiffs on "Exhibit A"** from *Angelica Alvarez v. Pilgrim, International, Inc., the United States of America through the Federal Emergency Management Agency, Crum & Forster Specialty Ins. Co., et al, No.* 10-3505, with prejudice for failure to comply with Pre-Trial Order No. 32.

16. Peter J. Imbraguglio
17. Ruby Keaton
18. Lawrence F. Lohr
19. Lawrence F. Lohr on behalf of minor child K.L.
20. Robert J. Bryan
21. Michelle M. Bryan
22. Linda Bryan
23. Robert John Bigner
24. Christine Vallelungo
25. Gloria Tassin
26. Joyce Sander
27. Debra T. Vincent
28. Terrance Vallelungo
29. Donald Ruiz
30. Carl Steele

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __28th__ DAY OF __July__, 2011..

____/s Eric B. Berger_____

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290