IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| | * | Magistrate: Chasez |
| *Angelica Alvarez v. Pilgrim, International, Inc., et al,* 10-3505 | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets is **GRANTED,** and the claims of the following Plaintiffs are dismissed in the above-captioned matter with prejudice from *Angelica Alvarez v. Pilgrim, International, Inc., the United States of America through the Federal Emergency Management Agency, Crum & Forster Specialty Ins. Co., et al No.* 10-3505:

1. Sherry Hadley
2. Catherine Hebert
3. Chad Michael Ferris
4. Anthony Croal
5. Robin Davis
6. Jody Diaz
7. Sophie Dominick
8. Thomas J. Dominick
9. Gerald Diaz (listed in the lawsuit twice)
10. Connie Diaz
11. Delmas Diaz
12. Gerald Diaz on behalf of minor child G.D.
13. Julia Marie Patino
14. Pepito Patino

15. Debbie Imbraguglio on behalf of minor child P.I. (listed in the lawsuit twice)
16. Peter J. Imbraguglio
17. Ruby Keaton
18. Lawrence F. Lohr
19. Lawrence F. Lohr on behalf of minor child K.L.
20. Robert J. Bryan
21. Michelle M. Bryan
22. Linda Bryan
23. Robert John Bigner
24. Christine Vallelungo
25. Gloria Tassin
26. Joyce Sander
27. Debra T. Vincent
28. Terrance Vallelungo
29. Donald Ruiz
30. Carl Steele

This _____ day of \_\_\_\_, 2011,

_____
UNITED STATES DISTRICT JUDGE