# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Billy Foxworth, et al v. Keystone Industries, Inc., et al.* Civil Action No. 09-7085 | § § § | MAG. JUDGE CHASEZ |

**PLAINTIFFS', KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes the following Plaintiffs herein, KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants in the Complaint previously filed in these proceedings.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **RICHARD P. IEYOUB**
        Louisiana State Bar and
        Eastern District of Louisiana Federal ID No. 2217
        CARLETON DUNLAP OLINDE & MOORE, LLC
        One American Place, Suite 900
        Baton Rouge, LA 70825
        Phone 225-282-0600
        Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.


        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**

2