UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Billy Foxworth, et al v. Keystone Industries, Inc., et al.* Civil Action No. 09-7085 | § § § § | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFFS', KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT