## IN THE UNITD STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                      MDL NO. 1873
       FORMALDEHYDE
       PRODUCTS LIBILITY LITIGATION

**JUDGE ENGLEHARDT**
**MAGISTRATE CHASEZ**

**10-01391:** *Patterson v. Ameri-camp, Inc., et al*
**10-01392:** *Bousquetto, et al v. Heartland Recreational, et al*
**10-01393:** *Bridges v. TL Industries, et al*
**10-01394:** *Deflanders, et al v. Thor Industries, et al*
**10-01396:** *Allday-Johnson, et al v. Recreation by Design, et al*
**10-01397:** *Allen, et al v. Keystone RV Company, et al*
**10-01398:** *Swan, et al v. Jayco, Inc. et al*
**10-01399:** *Batiste, et al v. Dutchmen Manufacturing, et al*
**10-01400:** *Bullock, et al v. Coachmen Industries, Inc., et al*
**10-02597:** *Martin, et al v. Lakeside Park Homes, Inc., et al*
**10-02598:** *Lucas, et al v. Starcraft RV, Inc., et al*
**10-02885:** *Goudy, et al v. DS Corp., et al*
**10-02886:** *Bullard et al v. Stewart Park Homes, Inc., et al*

## ORDER

Considering the foregoing Motion to Be Recognized as a Counsel of Record, **IT IS ORDERED** that the Motion is **GRANTED** and that Jack W. Harang be recognized as Counsel of Record on behalf of Plaintiffs herein.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE