UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS　　　　SECTION N MAG. 5
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Eugene, et al v. Keystone RV Company, et al*　　JURY DEMANDED
*No. 09-7289*
**********************************************************************

### PLAINTIFFS BARRY EUGENE'S AND GAIL EUGENE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiffs, Barry Eugene and Gail Eugene, who, pursuant to the provisions of Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, United States of America through the Federal Emergency Management Agency, Keystone RV Company, CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and Shaw Environmental, Inc., as Barry Eugene and Gail Eugene have a duplicate claim filed against these defendants in Case No. 09-3888, *Lavender et al v. Keystone Industries, Inc*. This dismissal does not affect Barry Eugene's and Gail Eugene's earlier filed claim.

　　　　　　　　　　　　　　　　　　By:　　/s/Matthew B. Moreland
　　　　　　　　　　　　　　　　　　　　　　Daniel E. Becnel, Jr. (La. Bar #2926)
　　　　　　　　　　　　　　　　　　　　　　Matthew B. Moreland (La. Bar #24567)
　　　　　　　　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　　　106 W. Seventh Street
　　　　　　　　　　　　　　　　　　　　　　P.O. Drawer H
　　　　　　　　　　　　　　　　　　　　　　Reserve, LA 70084
　　　　　　　　　　　　　　　　　　　　　　Telephone: (985) 536-1186

Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing pleading was filed on July 28, 2011, electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland