**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Charles Pleasant v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| No: 09-8345 | * | |

*************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS DUPLICATE CLAIMS OF PLAINTIFF JAUNELL JOHNSON**

MAY IT PLEASE THE COURT:

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Memorandum in Support of its Unopposed Motion To Dismiss Duplicate Claims Of Plaintiff Jaunell Johnson:

I.  Factual Background

The above captioned Multi-District Litigation was created in 2007 to allow for the consolidated resolution and completion of discovery and other pre-trial matters. Pursuant to the Court's Pre-Trial Order No. 2, counsel for Mover wrote counsel for Plaintiff on April 18, 2011 to address deficiencies of the plaintiff fact sheet of a plaintiff in the above-captioned matter. Counsel for Plaintiff responded on July 11, 2011 by providing Mover with the Plaintiff Fact Sheet of "Jaunell Lewis," as Jaunell Lewis is the married name of

Jaunell Johnson, and these names refer to the same individual.[1]  The plaintiff fact sheet issue resolved, counsel for Mover also discovered that Jaunell Johnson Lewis is named as a party on two different lawsuits under the two different names, as "Jaunell Lewis" in *Jaunell Lewis v. Sentry Ins., a Mutual Co., Crum & Forster Specialty Ins. Co.* No. 09-6984, and as "Jaunell Johnson" in *Charles Pleasant v. Specialty Ins. Co., and Sentry Insurance*, No. 09-8345.  On July 11, 2011, counsel for Mover asked counsel for plaintiff if one of these duplicate filings could be dismissed.[2]  Counsel for plaintiff agreed and does not oppose dismissing the claims of Jaunell Johnson in the above-captioned matter.[3]

For these reasons, Mover prays that the claims of Jaunell Johnson in the above-captioned matter (09-8345), which are duplicative of the claims of Jaunell (Johnson) Lewis in No. 09-6984, be dismissed without prejudice.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __28th__ DAY OF __July__, 2011.

_____/s Eric B. Berger_____

_____/s Eric B. Berger___
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

[1] See Exhibit "1".
[2] See Exhibit 2
[3] See Exhibit 3.