**Eric Berger**

| | |
|---|---|
| **From:** | Jackie Edmundson [jedm602@gmail.com] |
| **Sent:** | Monday, July 11, 2011 2:59 PM |
| **To:** | Eric Berger |
| **Cc:** | Denis Vega |
| **Subject:** | Re: FEMA - Pleasant v Crum & Forster, 09-8345 |
| **Attachments:** | Lewis (Johnson), Jaunell PIL1.pdf |

EXHIBIT A

Eric,

I emailed you Jan 14, 2011 details about Jaunell (Johnson) Lewis and her disclosure date. Jaunell's maiden name is Johnson, her married name is Lewis. Please see attached Plaintiff Fact Sheet.

On Mon, Jul 11, 2011 at 11:02 AM, Eric Berger <ebb@lcba-law.com> wrote:

Denis,

On behalf of Crum & Forster Specialty Insurance Company, we will be filing the enclosed Motion to Dismiss for the claims of Jaunell Johnson on July 18, 2011. Per the Court's Pre-Trial Order No. 10 (1), please let me know whether the motion is opposed or unopposed, or if you have any additional information that might clear these deficiencies up before the motion is filed.

Thanks.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290

1

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

## Eric Berger

| | |
|---|---|
| **From:** | Eric Berger |
| **Sent:** | Monday, July 11, 2011 3:27 PM |
| **To:** | 'Jackie Edmundson' |
| **Cc:** | 'Denis Vega'; Heather Cheesbro |
| **Subject:** | FW: FEMA - Pleasant v Crum & Forster, 09-8345 |



EXHIBIT B

Jackie,

If Jaunell Lewis and Jaunell Johnson are the same person, she is in two lawsuits:

Jaunell Lewis in *Jaunell Lewis v. Sentry Ins., a Mutual Co., Crum & Forster Specialty Ins. Co. 09-6984*

And

Jaunell Johnson in *Charles Pleasant v. Specialty Ins. Co., and Sentry Insurance 09-8345*

Will you voluntarily dismiss, or not oppose our moving to dismiss, one of these?

Thanks.

Eric B. Berger
ebb@lcba-law.com
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, LA 70130
(504) 586-9292
(504) 586-1290


**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Monday, July 11, 2011 2:59 PM
**To:** Eric Berger
**Cc:** Denis Vega
**Subject:** Re: FEMA - Pleasant v Crum & Forster, 09-8345

Eric,

I emailed you Jan 14, 2011 details about Jaunell (Johnson) Lewis and her disclosure date. Jaunell's maiden name is Johnson, her married name is Lewis. Please see attached Plaintiff Fact Sheet.

On Mon, Jul 11, 2011 at 11:02 AM, Eric Berger <ebb@lcba-law.com> wrote:

Denis,

1

On behalf of Crum & Forster Specialty Insurance Company, we will be filing the enclosed Motion to Dismiss for the claims of Jaunell Johnson on July 18, 2011. Per the Court's Pre-Trial Order No. 10 (1), please let me know whether the motion is opposed or unopposed, or if you have any additional information that might clear these deficiencies up before the motion is filed.

Thanks.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission

is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

# Eric Berger

| | |
|---|---|
| From: | Jackie Edmundson [jedm602@gmail.com] |
| Sent: | Monday, July 11, 2011 3:39 PM |
| To: | Eric Berger |
| Cc: | Denis Vega |
| Subject: | Re: FW: FEMA - Pleasant v Crum & Forster, 09-8345 |

**EXHIBIT C**

Lets keep her on 9-6984 and dismiss her from the latter suit. I can dismiss her from 9-8345, or if you prefer to do it that will also work.

On Mon, Jul 11, 2011 at 3:26 PM, Eric Berger <ebb@lcba-law.com> wrote:

Jackie,

If Jaunell Lewis and Jaunell Johnson are the same person, she is in two lawsuits:

Jaunell Lewis in *Jaunell Lewis v. Sentry Ins., a Mutual Co., Crum & Forster Specialty Ins. Co. 09-6984*

And

Jaunell Johnson in *Charles Pleasant v. Specialty Ins. Co., and Sentry Insurance 09-8345*

Will you voluntarily dismiss, or not oppose our moving to dismiss, one of these?

Thanks.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

1

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290

**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Monday, July 11, 2011 2:59 PM
**To:** Eric Berger
**Cc:** Denis Vega
**Subject:** Re: FEMA - Pleasant v Crum & Forster, 09-8345

Eric,

I emailed you Jan 14, 2011 details about Jaunell (Johnson) Lewis and her disclosure date. Jaunell's maiden name is Johnson, her married name is Lewis. Please see attached Plaintiff Fact Sheet.

On Mon, Jul 11, 2011 at 11:02 AM, Eric Berger <ebb@lcba-law.com> wrote:

Denis,

On behalf of Crum & Forster Specialty Insurance Company, we will be filing the enclosed Motion to Dismiss for the claims of Jaunell Johnson on July 18, 2011. Per the Court's Pre-Trial Order No. 10 (1), please let me know whether the motion is opposed or unopposed, or if you have any additional information that might clear these deficiencies up before the motion is filed.

Thanks.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290


--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.


--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and

exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.