IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Charles Pleasant v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| No: 09-8345 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion To Dismiss Duplicate Claims Of Plaintiff Jaunell Johnson;

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion To Dismiss Duplicate Claims Of Plaintiff Jaunell Johnson is **GRANTED,** and the claims of "Jaunell Johnson" are dismissed in the above-captioned matter without prejudice as duplicative of the claims of "Jaunell Lewis" in *Jaunell Lewis v. Sentry Ins., a Mutual Co., Crum & Forster Specialty Ins. Co. 09-6984.*

This _____ day of \_\_\_\_, 2011,

_____
UNITED STATES DISTRICT JUDGE