# United States District Court
## Eastern District of Louisiana

| | |
|---|---|
| In Re: Fema Trailer Formaldehyde Product Liability Litigation | MDL No. 1873<br>Section "N-5"<br><br>Judge Engelhardt<br>Mag. Judge Chasez |

**This Document Is Related to the Fleetwood Settlement**

## Notice of Appeal Rights

I hereby acknowledge that my objection has been denied by the Special Master.

I understand that I have a right to appeal this denial and may appeal such ruling to the District Court.

In order to appeal, I must file a written objection in the record to the District Court on or before **July 18, 2011** and simultaneously mail the appeal to the Special Master (Office of the Special Master/Formaldehyde-Fleetwood Litigation, P. O. Drawer 83260, Baton Rouge, LA 70884-3260) by this date. Untimely appeals will not be considered.

The pleading shall utilize the above caption and shall be entitled "Appeal of Special Master Ruling on Objection." Failure to comply with this procedure will be deemed to be a waiver and/or withdrawal of any objection or appeal.

The Appeal must set forth the basis of the appeal and include all evidence to support the appeal.

The Court, in ruling on an appeal, may award more or less than the Special Master.

I acknowledge receipt of the Notice of Appeal Rights.

_____
Name (Print)

_____
Signature

_____
Claim Number

_____
Date

[ 1 ]