July 1,st 2011

To the Special Master

I Tammay Small, object to the settlement amoient that's was awarded in court on June 28th 2011 and on the letter dated March 21st 2011. I need a accurate amount that was awarded throught the court for final settlement. I also need PROOF of the 10,000. CLAIMS that was made against Fleetwood. I also felt that it was misconception, misconduct and some untruthfulness that was being said in court. I feel that you all is not in a support system with the clients now that the money is in your hands. Client means a person who engages a professional service of another. Thank you I will await on your reply.

Sencerely,
Tammie Small

2