Appeal of Special Master/Formaldehyde Fleetwood Litigation

Dear Judge Engelhardt,

I am writing you in the hope that I Michael A. Williams wish to get a hearing on an appeal on my case on your docket.

Thank you,
Michael A. Williams
Michael A. Williams

MDL NO. 1873
Section "N-5"
Claim No 18927

3