UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

**THIS DOCUMENT RELATES TO:**
*09-6425; Youlanda Lambert, et al. v. Jayco, Inc.*

## ORDER

Due to an unavoidable development, and after discussions with counsel and Judge Engelhardt,

**IT IS ORDERED** the Jayco summary jury trial, set for August 1-2, 2011, is **CONTINUED**.

**IT IS FURTHER ORDERED** that a telephone conference with trial counsel is **SET** for **Monday, August 1, 2011 at 10:00 a.m.** to pick tentative dates for rescheduling this trial. A dial-in number and access code has been sent to trial counsel via a separate email.

New Orleans, Louisiana, this 28th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

1