**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| *Huey Phan, et al* | § | |
| *v. Keystone Industries, Inc., et al* | § | MAG. JUDGE CHASEZ |
| Civil Action No. 10-1275 | § | |

<u>**ORDER ON PLAINTIFF ERIC THOMAS' NOTICE OF VOLUNTARY**</u>
<u>**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**</u>

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff ERIC THOMAS' Notice of Voluntary

Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 29th day of _____ July _____, 2011.

_____
HONORABLE KURT ENGELHARDT