# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Billy Foxworth, et al v. Keystone Industries, Inc., et al.* Civil Action No. 09-7085 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFFS', KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', KELLY McDANIEL, AS NEXT FRIEND OF C.M., R.B. and S.B., MINORS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 29th day of July, 2011.

_____
HONORABLE KURT ENGELHARDT