UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Krista Rhodes, et al vs.*<br>*Lakeside Park Homes, Inc., et al*<br>Civil Action No. 09-6962 | § § § | <br>MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF'S, KELLY McDANIEL,**
**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, KELLY McDANIEL, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 29th day of July, 2011.

_____
HONORABLE KURT ENGELHARDT