UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | §<br>§<br>§<br>§ | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | §<br>§ | |
| *Samaria Stubbs, et al vs.*<br>*Keystone Industries, Inc., et al*<br>Civil Action No. 10-1266 | §<br>§<br>§ | MAG. JUDGE CHASEZ |

**ORDER ON PLAINTIFF'S, KELLY McDANIEL,
NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, KELLY McDANIEL, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 29th day of July, 2011.

_____
HONORABLE KURT ENGELHARDT