UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-255) | * MAGISTRATE CHASEZ <br> * |

**************************************************

### Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. move this Honorable Court to dismiss the claims of plaintiff Andrew Langlinais, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Specifically, plaintiff Andrew Langlinais has not submitted a plaintiff fact sheet as required by Pre-Trial Order Nos. 2 and 32.

In support of this motion, Morgan submits the following exhibits:

- Exhibit 1 – June 17, 2011, letter from Amanda Stout to Matthew Moreland;
- Exhibit 2 – July 14-15, 2011, email correspondence between Amanda Stout and Jennifer Crose

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. pray that their Motion to Dismiss with Prejudice be granted, dismissing the claims of Andrew Langlinais, plaintiff in *Maxine Greening, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-255, with prejudice for his failure to comply with Pre-Trial Order Nos. 2 and 32.

385926.1

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on August 1, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

385926.1

2