UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Maxine Greening, et al. v. Morgan Buildings &*<br>*Spas, Inc., et al* (E.D. La. Suit No. 10-255) | * MAGISTRATE CHASEZ<br>* |

*************************************************

### Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that on July 14 and 15, 2011, I corresponded *via* electronic mail with Jennifer Crose, counsel for Andrew Langlinais, concerning the Morgan's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets. Ms. Crose advised that she could not consent to Morgan's motion because she was unable to reach Mr. Langlinais.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and
Morgan Building Systems, Inc.

385926.1