## Stout, Amanda S.

**From:** Stout, Amanda S.
**Sent:** Friday, July 15, 2011 5:18 PM
**To:** Jennifer Crose
**Subject:** RE: FEMA PFS - Andrew Langlinais

Thanks Jennifer. We'll probably file our motion in the next couple of weeks and we'll note that you are unable to consent because you can't reach Mr. Langlinais. I'll send you a copy of the motion once we file it.

Amanda


-- Amanda S. Stout
   McGlinchey Stafford PLLC
   www.mcglinchey.com | www.cafalawblog.com

Direct: (225) 382-3693
Fax: (225) 612-7167
Email: mailto:astout@mcglinchey.com
V-Card: http://www.mcglinchey.com/vcard.asp?id=11463

301 Main Street, 14th Floor
Baton Rouge LA 70802

One American Place, 14th Floor
Baton Rouge LA 70825


-----Original Message-----
From: Jennifer Crose [mailto:jcrose@becnellaw.com]
Sent: Thursday, July 14, 2011 3:27 PM
To: Stout, Amanda S.
Subject: RE: FEMA PFS - Andrew Langlinais

Amanda,

Andrew Langlinais did not complete a PFS, but we can't get in touch with him to ask if he'll consent to a dismissal with prejudice. I've also attached 3 amendments for the Greenings and Rebecca Hammons.

Jennifer L. Crose
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445

From: Stout, Amanda S. [astout@mcglinchey.com]
Sent: Thursday, July 14, 2011 12:52 PM
To: Jennifer Crose
Subject: RE: FEMA PFS - Andrew Langlinais

Jennifer,

Thanks for your email. It's fine to email me the updates for the Greenings and Rebecca Hammons. Let me know what you find out about Andrew Langlinais. If he did not complete a PFS, will he consent to a motion to dismiss his claims with prejudice?

Amanda

-- Amanda S. Stout

1

**EXHIBIT 2**

McGlinchey Stafford PLLC
www.mcglinchey.com | www.cafalawblog.com

Direct: (225) 382-3693
Fax: (225) 612-7167
Email: mailto:astout@mcglinchey.com
V-Card: http://www.mcglinchey.com/vcard.asp?id=11463

301 Main Street, 14th Floor
Baton Rouge LA 70802

One American Place, 14th Floor
Baton Rouge LA 70825


-----Original Message-----
From: Jennifer Crose [mailto:jcrose@becnellaw.com]
Sent: Thursday, July 14, 2011 12:39 PM
To: Stout, Amanda S.
Subject: FEMA PFS - Andrew Langlinais

Amanda,

I am in receipt of your letter dated June 23 to Gary Falkowitz, regarding some FEMA clients with incomplete or missing fact sheets. I am writing in regards to Andrew Langlinais. I don't think he ever completed a fact sheet, but I'm trying to confirm that with my office. I've been in Phoenix on business since early June, so it's taking a while to get mail from the office back in Louisiana. I should have an answer for you by the end of today or early tomorrow morning. If Mr. Langlinais did not complete a fact sheet, we'll have no standing to object to a motion to dismiss. Also, as for Maxine Greening, Mia Greening, and Rebecca Hammons, I do have updates to their PFS to correct their deficiencies. Is it ok for me to email those to you? Thanks.


Jennifer L. Crose
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy
http://www.mcglinchey.com/disclaimer.html