**Denise Martin**

| | |
|---|---|
| From: | Denise Martin on behalf of Gerald E. Meunier |
| Sent: | Wednesday, July 27, 2011 2:35 PM |
| To: | Adolfo Martinez; Anthony Buzbee; Barb Griffin-Long; Becky; Beryl Fisse; Betty Nguyen; Bob F. Wright; brianc@wrightroy.com; Bryan August Pfleeger; C. Soileau; Candice Sirmon; Casey L. Lott; Cathy Jacobs (ftlacj@gmail.com); Catrice Johnson (sulc109@aol.com); Chante Desplas; Clay Garside (clay@waltzerlaw.com); cpinedo@cpinedolaw.com; Darlene Whittington (darlene@jimshall.com); Darryl James Becnel; David Carr; Dee Martinez (dee@hmglawfirm.com); Denis Vega; Dennis Reich; dischilling@rgplaw.com; Douglas Schmidt; Edward Gibson; eulis@simien.com; FEMA; femagroup@wgclawfirm.com; Frank J. D'Amico Jr. (frank@damicolaw.net); hfabian@murray-lawfirm.com; hlambert@LambertandNelson.com; J. Rock Palermo, III; Jackie Edmundson; James A. Stegall, III; Jamie Priest; jdegravelles@dphf-law.com; Jennifer Minden; Jermaine D. Williams (jermaine@jdwilliamslaw.com); Jim@JimSHall.com; Jodi Fryoux; Jodi Luckoski (jodi@jimshall.com); Joe Rausch; Joel R. Waltzer (joel@waltzerlaw.com); John Gilbert Munoz; Jonathan Andry; Jonathan B. Andry; Joseph M. Bruno (jbruno@jbrunolaw.com); Kay Serven; Kelly Moorman; kerry@jimshall.com; L. Tate; Larry Centola (lcentola@hurricanelegal.com); Leonard Joseph Cline, Jr.; Leticia De La Cruz; Linda Nelson (lindanbarnett@aol.com); Lisa Oakley; Lynn E. Williams, Jr.; Magan Ennis (magan@lambertandnelson.com); Marilyn Trevino; Mary Erickson (mary@hinglelaw.com); MaryAnna Penton; Matthew B. Moreland; Matthew Stubbs; Michael Howell; Michael Watson; Michelle Purchner; Mikal C. Watts (mcwatts@wgclawfirm.com); Neale deGravelles (ndegravelles@dphf-law.com); Newton Schwartz; nhusain@yhlawfirm.com; Paige Bostwick; Pam Flores; Pat Shephard (pat@jimshall.com); Paul A. Dominick; Peter Taaffe (ptaaffe@txattorneys.com); Phyllis Cole; Pius Akamdi Obioha; Raul Bencomo (benlaw@bencomolaw.com); Reed Bowman; Richard L. Tapp, Jr.; Robert Becnel; Roberta L. Burns; Robyn Lessinger; Ronald J. Favre; Samuel Ward (scw660@gmail.com); Sassoon Sales; Scott Daniels; scott@jbrunolaw.com; Shana Fondren (shanafondren@gmail.com); Shari Wright; Sharrolyn Jackson Miles (smiles@hurricanelegal.com); Shawn Reed; Sherry Lassere; Sidney D. Torres, III; Stephanie Pizani; Stuart Barasch; Susan LeBouef (susanl@wrightroy.com); Susan Miller; Tina Ricks and Jack Harang; Tregg Wilson (tregg_wilson@hotmail.com); Walter Dumas; Wanda Capdeville (wanda@jimshall.com); wbgill@bellsouth.net; Wendy Caldwell; zinbec@aol.com |
| Cc: | Justin Woods; Palmer Lambert; Denise Martin |
| Subject: | Formaldehyde Non-Lit Settlement - Costs/Fees |
| Attachments: | Motion to Deduct Expenses from Manufactured Housing Settlement (00152592).PDF |
| Importance: | High |

Counsel:

On August 22, 2011, Judge Engelhardt will conduct a hearing to approve the proposed class settlement with all manufacturers of manufactured housing units (i.e., mobile homes, etc. as opposed to travel trailers). The proposed settlement is in the total amount of $2.675 million, and will resolve claims against manufacturers on behalf of approximately 11,000 known plaintiffs in this MDL. Clearly, the per claim allocation in the settlement will be minimal. We nonetheless consider the settlement fair and necessary because of Judge Engelhardt's dismissal of all state law tort claims against these defendants pursuant to the doctrine of preemption, leaving intact only potential claims that these manufacturers deviated from HUD regulations concerning formaldehyde emissions and warnings in these types of units. Since most if not all of the units in question no longer are accessible or available to plaintiffs or their counsel, the proof of such a deviation would be difficult, if not impossible, on a case-by-case basis.

The PSC and associated common benefit counsel have decided to waive all common benefit fees in connection with this settlement. The same was done, and in fact all fees were waived, in the Fleetwood settlement, given

the bankruptcy of that manufacturer and the limited amount of insurance available. The present situation is analogous.

At the same time, as in the case of the Fleetwood settlement, we believe this settlement both allows and justifies the recovery of common benefit costs; and the PSC will seek a deduction of all such costs associated with the case against these settling defendants. The requested deduction and reserve for common benefit costs represents 45.8% of the total settlement. The class notice states that the deduction and reserve of combined fees and costs may be up to a maximum of 48%.

Please refer to the attached draft of the PSC motion seeking the deduction of those costs. It will be filed next week and set for hearing on August 22, 2011, and this e-mail will be attached.

If any plaintiffs' counsel intends to collect a private fee in this settlement, the PSC submits that such counsel should file written opposition to the PSC motion for the deduction of common benefit costs, and/or file a separate motion seeking the approval of private fees. If any plaintiffs' attorney chooses to do so, the waiver of common benefit fees by the PSC and associated counsel will not be considered applicable to that counsel's attempted fee recovery. Rather, we will ask Judge Engelhardt to make an appropriate assessment against any private fee to secure a share of the total fee for the services of common benefit counsel.

The PLC hopes that, as was done in the Fleetwood settlement, all plaintiffs' counsel will waive private fees just as all common benefit fees are being waived in connection with the manufactured housing settlement. However, if you disagree, it is important that you know that, based on our motion for the above-referenced cost reimbursement, the matter of available reserves for private fees will be placed at issue in the August 22 hearing; and you should file appropriate pleadings, as indicated *supra*, in order to protect your interest.

I'm happy to discuss any of this with private counsel in advance of the August 22 hearing.

Jerry Meunier
Co-Liaison Counsel


Denise Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.