

EXHIBIT 2

# EXPENSES ASSOCIATED WITH NON-LITIGATION TRACK (MANUFACTURED HOUSING) CLAIMS

I. **Litigation Costs - Experts and Consultants**

   A. Gerald McGwin, Ph.D., M.S., provided general epidemiology science in support of the link between formaldehyde and cancer. Up to March of 2010, the PSC expended $54,716.81 on the expert services of Dr. McGwin. 13.39% of Dr. McGwin's expenses may be properly associated with the Non-Litigation Track claims, pursuant to the above calculations. Therefore, **$7,326.58**, or 13.39% of $54,716.81, is associated with Non-Litigation Track claims.

   B. Patricia Williams, Ph.D., D.A.B.T., provided general causation science in support of the link between certain symptoms of bellwether plaintiffs (and common with many plaintiffs' symptoms) and formaldehyde exposure. Up to March of 2010, the PSC expended $204,437.99 on the expert services of Dr. Williams. 13.39% of Dr. McWilliams' expenses may be properly associated with the Non-Litigation Track claims, pursuant to the above calculations. Therefore, **$27,374.25**, or 13.39% of $204,437.99, is associated with Non-Litigation Track claims.

   C. The PSC obtained the services of bankruptcy counsel to deal with the multiple bankrupt entities in this litigation. Specifically, with respect to the Non-Litigation Track Claims, bankruptcy counsel Rose Manos provided consulting services related to the Champion Enterprises, Inc. (Champion Home Builders Co., Homes of Merit, Inc., Redman Homes, Inc., Dutch Housing), Patriot entities (Patriot Manufacturing, Inc., Patriot Homes, Inc., Patriot Homes of Texas, L.P.), Palm Harbor entities (Palm Harbor Homes, Inc. Palm Harbor Albemarle, LLC, Palm Harbor Manuf., L.P.), and

Oakwood Homes, L.L.C. bankruptcy proceedings. The billing for these Non-Litigation Track defendants totaled **$53,259.50**, and it is summarized in the table below:

| Bankruptcy Counsel Expense ||
|---|---|
| **Defendant(s)** | **Cost** |
| Champion Enterprises, Inc. / Champion Home Builders Co. / Homes of Merit, Inc. / Redman Homes, Inc. / Dutch Housing | $28,192.00 |
| Patriot Manufacturing, Inc. / Patriot Homes, Inc. / Patriot Homes of Texas, LP | $25,067.50 |
| Total | $53,259.50 |

D. Expenses of Testing Experts and Consultants associated with the Non-Litigation Track Claims are summarized in the table below:

| Manufacturer | Total # of Manuf. Homes Tested by Plaintiffs | Total Cost of Testing Manuf. Homes | Avg Cost Per Unit |
|---|---|---|---|
| Allicance Homes Inc. d/b/a Adrian Homes | 66 | $18,313.45 | $277.48 |
| American Homestar Corp. | 30 | $12,344.74 | $411.50 |
| Athens Park Homes, LLC | 0 | $0.00 | $0.00 |
| Cavalier Home Builders, LLC, Cavalier Homes, Inc. (parent) | 155 | $52,916.24 | $341.40 |
| Champion Enterprises, Inc./Champion Home Builders Co. | 106 | $31,263.77 | $294.95 |
| Champion Enterprises, Inc./Homes of Merit, Inc. | 40 | $10,261.47 | $256.54 |
| Champion Enterprises, Inc./Redman Homes, Inc. / Dutch Housing | 102 | $31,280.83 | $306.68 |
| CMH Manufacturing, Inc. | 282 | $83,939.37 | $297.66 |
| Destiny Industries, LLC | 72 | $22,831.13 | $317.10 |
| Fairmont Homes, Inc. | 0 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Giles Family Holdings, Giles Industries of Tazewell, Inc., Giles Acquistion Group | 58 | $18,158.07 | $313.07 |
| Horton Homes, Inc. | 89 | $29,178.46 | $327.85 |
| Indiana Building Systems, LLC dba Holly Park Homes | 96 | $40,889.20 | $425.93 |
| Lexington Homes, Inc. | 35 | $11,262.39 | $321.79 |
| Liberty Homes, Inc. | 96 | $30,757.04 | $320.39 |
| Oak Creek Homes, Inc., Oak Creek Homes, LP | 44 | $14,902.99 | $338.71 |
| Palm Harbor Homes, Inc. Palm Harbor Albemarle, LLC, Palm Harbor Manuf., LP | 100 | $37,394.84 | $373.95 |
| Patriot Homes of Texas, LP | 45 | $14,504.31 | $322.32 |
| Patriot Manuf., Inc. / Patriot Homes, Inc. | 135 | $39,959.07 | $296.00 |
| River Birch Homes, Inc. | 100 | $32,430.69 | $324.31 |
| ScotBilt Homes, Inc. | 59 | $18,710.45 | $317.13 |
| Silver Creek Homes, Inc. | 50 | $19,923.60 | $398.48 |
| Southern Energy Homes, Inc. | 176 | $54,948.80 | $312.21 |
| Town Homes, LLC | 51 | $19,375.93 | $379.92 |
| Waverlee Homes, Inc. | 74 | $24,058.02 | $325.11 |
| **TOTALS** | 2061 | **$669,604.86** | $324.90 |

| Summary - Costs by Tester | Total Cost | Total Units | Avg Per Unit |
|---|---|---|---|
| Boston Chemical (FL, MD & VA) | $81,791.85 | 305 | $268.17 |
| DeVany | $386,958.60 | 1,218 | $317.70 |
| TES | $5,324.16 | 48 | $110.92 |
| W.D. Scott Group | $195,530.25 | 490 | $399.05 |

3

## II. Class Administration Costs

### A. *Claims Office Expenses*

TOTAL PSC CLAIMS OFFICE EXPENSES
May 2008 through March 2010

| Rent/Maintenance | $87,680.24 |
|---|---|
| Salaries | $520,652.44 |
| Utilities | $27,048.80 |
| Equipment/Computers/Supplies/Furniture | $160,179.37 |
| **TOTAL** | $795,560.85 |

CLAIMS OFFICE EXPENSES ASSOCIATED WITH
NON-LITIGATION TRACK (MANUFACTURED HOUSING) CLAIMS

Total plaintiffs identified to date in MDL = 82,225

Total Non-Litigation Track plaintiffs = 11,006

Non-Litigation Track plaintiffs represent 13.39% of total

13.39% of total claims office expenses of $795,560.85 = **$106,525.60**, associated with Non-Litigation Track claims.

### B. *Special Master and Settlement Administration Costs*

The PSC and Counsel for Non-Litigation Track defendants shared the cost of mediation of the non-litigation track claims. Out of the $21,335.00 charged by John Perry for mediation services, one half of this cost, or **$10,667.50** was advanced by the PSC, and is an expense associated with resolution of the Non-Litigation Track claims.

To date, the PSC has incurred **$78,885.89** in administration costs, mostly attributable to class notice, to Postlethwaite & Netterville.

4

The PSC has received estimates that the remainder of the cost of administration of the Non-Litigation track settlement, including on-going claims processing, objection processing and various information distributions will be in a range from $180,000 to $250,000. This figure is consistent with projected costs to date. In addition, the Garretson Resolution Group was contracted by the PSC to assist with the handling of Medicare and Medicaid lien resolution. The PSC expects to incur approximately $21,000 in expenses associated with lien resolution regarding Non-Litigation Track claims. Given the uncertainty of these future expenses, the estimated maximum future cost of **$271,000.00** for administration of the settlement is appropriately associated with the Non-Litigation Track claims, as a reserve for future administration expenses of the class settlement.

### III.    Summary Table of Expenses associated with Manufactured Housing Claims

| Summary of Manufactured Housing Common Benefit Expenses | |
|---|---:|
| *Litigation Costs* | |
| Dr. Gerald McGwin | $7,326.58 |
| Dr. Patricia Williams | $27,374.25 |
| Rose Manos, bankruptcy counsel | $53,259.60 |
| Testing Experts and Consultants | $669,604.86 |
| ***Subtotal – Litigation Costs*** | **$757,565.29** |
| *Class Administration Costs* | |
| Claims Office Expenses | $106,525.60 |
| Special Master – Mediation | $10,667.50 |
| Administration – Notice | $78,885.89 |
| ***Subtotal – Incurred Class Administration Costs*** | **$196,078.99** |
| Estimated Maximum Future Costs for Administration of Settlement and Claims Processing | $250,000.00 |
| Future Charges for Lien Resolution | $21,000.00 |
| ***Subtotal – Future Class Administration Costs*** | **$271,000.00** |
| **Total** | **$1,224,644.28** |

5