UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion of Plaintiffs' Steering Committee (PSC) to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund is hereby set for submission on the 22nd day of August, 2011, at 9:00 a.m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

          **COURT-APPOINTED PLAINTIFFS'**
          **STEERING COMMITTEE**
          ROBERT M. BECNEL #14072
          RAUL BENCOMO, #2932
          ANTHONY BUZBEE, Texas #24001820
          FRANK D'AMICO, JR., #17519
          ROBERT C. HILLIARD, Texas #09677700
          MATT MORELAND, #24567
          DENNIS C. REICH Texas #16739600
          MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 1, 2011.

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713