UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion by the Plaintiffs' Steering Committee (PSC), the legal authority supporting same, and the arguments concerning the Motion presented in open Court at a hearing in this matter on August 22, 2011,

**IT IS ORDERED** that the PSC's Motion to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund is hereby **GRANTED**, and that accordingly, the Court-Appointed Disbursing Agent deduct from the settlement fund established by the plaintiffs' class settlement with the manufactured housing defendants the total amount of $953,644.28, and transfer this amount to the PSC in reimbursement of litigation and administration costs incurred for the common benefit of the plaintiff class; and,

**IT IS FURTHER ORDERED** that the CADA additionally reserve from the aforesaid settlement fund the total amount of $271,000 for the reimbursement of the ongoing and prospective administration costs to be incurred in finalizing the plaintiff class settlement with the manufactured housing defendants, any amount unused in this reserve upon finalization of the settlement being subject to the further orders of this Court for the benefit of the plaintiff class; and,

**IT IS FINALLY ORDERED** that the above transfer for cost reimbursement and establishment of a reserve for ongoing and prospective costs, shall not occur until all appellate delays have expired and this Court's judgment approving the plaintiff class settlement with the manufactured housing defendants has become final.

THIS DONE the ____ day of _____, 2011, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE