UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Serpas, et al v. Keystone RV Co., et al., EDLA 09-8696*
*(ERNESTINE SAUL ONLY)*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' NOTICE OF VOLUNTARY
## DISMISSAL OF ERNESTINE SAUL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ernestine Saul,

herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby gives notice of her voluntary dismissal without prejudice of claims asserted

herein against Keystone RV Company as this claim is duplicative of that advanced in *Saul, et al*

*v. Keystone RV Co., et al*, E.D. La. 09-3620. Both cases involve claims of Ms. Saul with the

same substantive allegations.

Accordingly, Ms. Saul seeks to voluntary dismiss her claims in the above-captioned

matter, while reserving all rights and allegations asserted in *Saul, et al v. Keystone RV Co., et al*,

E.D. La. 09-3620. This dismissal in no way affects the claims of the remaining plaintiffs in the

above-captioned matter.

                                    Respectfully submitted,

                                    /s/ *Joseph M. Bruno*
                                    JOSEPH M. BRUNO
                                    BRUNO & BRUNO, L.L.P.
                                    855 Baronne Street
                                    New Orleans, Louisiana 70113
                                    Telephone: (504) 525-1335
                                    Facsimile: (504) 561-6775
                                    Email: jbruno@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO