UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Serpas, et al v. Keystone RV Co., et al., EDLA 09-8696*
*(ERNESTINE SAUL ONLY)*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON NOTICE OF VOLUNTARY DISMISSAL OF ERNESTINE SAUL

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff, Ernestine Saul, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of August, 2011.

_____
HONORABLE KURT ENGELHARDT