### Casey L. Lott - Formaldehyde--Mississippi dismissals/Motions for Reconsideration

**From:** "Johnson, Ryan" <rjohnson@joneswalker.com>
**To:** 'Justin Woods' <jwoods@gainsben.com>
**Date:** 7/25/2011 9:54 AM
**Subject:** Formaldehyde--Mississippi dismissals/Motions for Reconsideration
**CC:** "'Casey L. Lott'" <clott@langstonlott.com>, "Percy, James" <jpercy@jones...

Justin and Casey:

Its my understanding that the Mississippi dismissals/reconsideration motions came up at the last status conference on July 15. Apparently, the Judge said that he would permit the plaintiffs to file opposition briefs to our dismissal motions, as those weren't filed with the motions for reconsideration. Casey, when do you intend to file those oppositions? I realize you need some time to get these together, but don't want let this fall through the cracks. Please advise soonest.

Ryan

**Ryan E. Johnson | Jones Walker**
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*