UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 10-3422

## ORDER AND REASONS

Before the Court is the Motion for Reconsideration (Rec. Doc. 22163), filed by Plaintiffs. Therein, Plaintiffs request that this Court reconsider its Order entered on June 29, 2011 (Rec. Doc. 22138) dismissing their claims as unopposed. Keystone RV Company opposes this motion to reconsider. (See Rec. Doc. 22180). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Reconsideration (Rec. Doc. 22163) is DENIED.** Specifically, in its June 29, 2011 Order and Reasons, the undersigned instructed, "A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. *The motion must be accompanied by opposition memorandum to the original motion.*" (Rec. Doc. 22138, pp. 1-2, *emphasis added*). No opposition memorandum to the original motion was filed with the instant motion to reconsider; thus, it is denied.

New Orleans, Louisiana, this 27th day of July, 2011.

KURT D. ENGELHARDT
United States District Court

1

Exhibit "B"