# McGlinchey Stafford PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Sidney Torres
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

      RE:    *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

             *Marshell Banks, et al. v. Morgan Buildings & Spas, Inc., et al. (E.D. La. 09-5434)*

Dear Mr. Becnel and Mr. Torres:

      On August 3, 2009, Mr. Becnel filed the matter styled *Marshell Banks, et al. v. Morgan Buildings & Spas, Inc., et al.* in the Eastern District of Louisiana, bearing Suit No. 09-5434. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) are named as manufacturing defendants. Though Mr. Becnel filed suit on behalf of Emma Saavedra and Lorraine Saavedra, the PFS received on Emma Saavedra and Lorraine Saavedra indicate that they are represented by Mr. Torres. Please advise which of you, or if both of you, are representing Emma and Lorraine Saavedra.

      Additionally, we are writing to request that several deficiencies with the Plaintiff Fact Sheet (PFS) submitted by Emma Saavedra in this matter be corrected. In particular, Ms. Saavedra provided incomplete responses to Section III(C)(5), Section III(C)(6), Section IV(F)(1), Section IV(F)(2), Section IV(G)(1), Section VII(B), Section IX(B), Section IX(D) and Section IX(E). Please correct the deficiencies with Emma Saavedra's PFS within 30 days as required by the court's Pretrial Orders. Otherwise, Morgan intends to move forward with an appropriate motion to dismiss.

      Additionally, we have no record of plaintiff Andrew Langlinais submitting a PFS. Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. As this suit involves less than 100 plaintiffs, Mr.

**EXHIBIT 1**

Daniel E. Becnel, Jr.
Sidney Torres
June 17, 2011

Page 2

Langlinais were required to submit PFS within 60 days of the filing of their complaint. *See* Pretrial Order No. 32, page 2 § B. Thus, Mr. Langlinais was to file completed PFS by October 2, 2009. We are not aware of any request by Mr. Langlinais for an extension of the applicable PFS deadlines. Pre-Trial Order Nos. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing.

As Andrew Langlinais is not in compliance with Pre-Trial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

Please contact me on or before July 13, 2011 at 4:00 p.m. to hold a Rule 37.1 conference concerning Andrew Langlinais' failure to submit a PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

Amanda S. Stout

380414.1