Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

July 27, 2011

Amanda Stout
301 Main Street
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
             MDL No. 07-1873
             *Marshall Banks, et al v Morgan Buildings & Spas, Inc., EDLA (09-5434)*

Dear Counsel:

After researching our files, we are unable to locate a PFS for Andrew Langlinais; therefore, we do not oppose your proposed motion to dismiss.

Thanking you for your attention to this matter, I remain

                      Sincerely,

                      s/Roberta L. Burns

                      Roberta L. Burns

RLB/jb
Encls.

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002


EXHIBIT 2

PERSONAL INJURY · REAL ESTATE · CLASS ACTIONS · COMPLEX LITIGATION
8301 W. JUDGE PEREZ DRIVE · SUITE 303 · CHALMETTE, LOUISIANA 70043 · (504) 271-8422 FAX: (504) 271-19[...]

email: andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email: mcwatts@wgclawfirm.comWatts

w/encls.