UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-255) | * MAGISTRATE CHASEZ <br> * |

*********************************************

### Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that on July 8, 2011, I spoke with the assistant to Gary Falkowitz, Esq., counsel for plaintiff Michelle Nora, who advised that plaintiff Michelle Nora consented to Morgan's motion. Also on July 8, 2011, I wrote to Gary Falkowitz confirming my conversation with his assistant concerning Ms. Nora's consent to Morgan's motion. I have received no response from Mr. Falkowitz contrary to the information stated in my July 8, 2011 letter.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and
Morgan Building Systems, Inc.

386584.1

1