## McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

Matthew B. Moreland
**Becnel Law Firm, LLC**
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

RE:  *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Maxine Greening, et al. v. Morgan Building and Spas, Inc., et al. (10-255)*

Dear Matthew:

On August 3, 2009, you filed the matter styled *Maxine Greening, et al. v. Morgan Building and Spas, Inc., et. al.*, in the Western District of Louisiana, bearing Suit No. 09-1373 which was subsequently transferred to the Eastern District of Louisiana on January 29, 2010, and assigned Suit No. 10-255. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) are named as manufacturing defendants. We are writing pursuant to Pre-Trial Order No. 86 to request that you correct several deficiencies with respect to the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

The PFS submitted by Maxine Greening, Mia Greening and Rebecca Hammons are deficient in several areas. In particular, these plaintiffs have not provided information about their FEMA trailer as required by Section V(A). The attached summary further outlines the sections which contain deficient responses.

Additionally, we have no record of plaintiffs Andrew Langlinais, Donne-ven Matthews, Alaisha Nora, Chester Nora or Michelle Nora submitting a PFS.

Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. As this suit was transferred to the Eastern District of Louisiana on January 29, 2010, each plaintiff was required to submit a PFS within 30 days. *See* Pretrial Order No. 32, page 4 § G. Thus, Andrew Langlinais, Donne-ven Matthews, Alaisha Nora, Chester Nora and Michelle Nora had until February 29, 2010, to provide a completed PFS. We are not aware of any request by them for an extension of the PFS deadline.

Pre-Trial Order Nos. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an

**EXHIBIT 1**

Matthew B. Moreland
June 17, 2011
Page 2

appropriate showing. As Andrew Langlinais, Donne-ven Matthews, Alaisha Nora, Chester Nora and Michelle Nora are not in compliance with Pre-Trial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed, please let us know and identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file or Motion to Dismiss as unopposed.

Please contact me on or before July 13, 2011, at 4:00 p.m. to hold a Rule 37.1 conference concerning Andrew Langlinais, Donne-ven Matthews, Alaisha Nora, Chester Nora and Michelle Nora's failure to provide a PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

Additionally, in accordance with Pretrial Order Nos. 2, 32 and 86, please provide an amended PFS addressing the deficiencies noted above and on the attached for Maxine Greening, Mia Greening and Rebecca Hammons within 30 days. Otherwise, Morgan will proceed with filing a motion to dismiss their claims as well.

Further, we note that you filed a motion to sever all plaintiffs from this suit on October 29, 2010, by R. Doc. 17436. However, this motion was deemed deficient by the court and, presumably, has no effect. Please advise if it is your intention to sever the plaintiffs from this suit and please file an appropriate motion as soon as possible so that the plaintiffs are included in the correct suit.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

*Amanda Stout* (signature)

Amanda S. Stout

Enclosure

379868.1

MAXINE GREENING, ET AL.
VS.
MORGAN BUILDINGS & SPAS, ET AL.
EDLA NO: 10-255
(Original Case from WDLA No. 09-1373)

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS REC'D | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 1 | Greening | Maxine | | Yes | Section V: A-2, A-3, A-4, B, C, D |
| 2 | Greening | Mia | | Yes | Section V: A-2, A-3, A-4, B, C, D |
| 3 | Hammons | Rebecca | | Yes | Section IV: F-1, F-2; Section V: A-1, A-2, A-3, A-4; Appendix 2: Section V: A-2, A-3, A-4, A-7 |
| 4 | Langlinais | Andrew | | No | |
| 5 | Matthews | Donne-ven | | No | |
| 6 | Nora | Alaisha | | No | |
| 7 | Nora | Chester | | No | |
| 8 | Nora | Michelle | | No | |