

## McGLINCHEY STAFFORD PLLC

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

ATTORNEYS AT LAW

FLORIDA    LOUISIANA    MISSISSIPPI    NEW YORK    OHIO    TEXAS

June 23, 2011

Gary Falkowitz
**Parker Waichman & Alonso LLP**
6 Harbor Park Dr.
Port Washington, NY 11050

RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Maxine Greening, et al. v. Morgan Building and Spas, Inc., et. al. (10-255)*

Dear Gary:

It was a pleasure speaking with you this morning. Thank you for providing the PFS information for Donneven Matthews, Alaisha Nora and Chester Nora. We note that the CD you referenced did not contain a PFS for Michelle Nora. Additionally, as referenced in my June 17, 2011, letter to Matthew Moreland, we are not aware of Andrew Langlinais submitting a PFS as well. It is my understanding that you do not represent Andrew Langlinais.

We have reviewed the newly located PFS for Donnevan Matthews, Alaisha Nora and Chester Nora and note several deficiencies. The attached spreadsheet reflects those deficiencies, in addition to the deficiencies previously noted for Maxine Greening, Mia Greening and Rebecca Hammons. In accordance with Pretrial Order Nos. 2, 32 and 86, please provide an amended PFS for these individuals.

Since it appears that Michelle has not submitted PFS in compliance with Pretrial Order Nos. 2 and 32, we intend to move forward with a motion to dismiss her claim with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed, please let us know and identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

Please contact me on or before July 13, 2011, at 4:00 p.m. to hold a Rule 37.1 conference concerning Michelle Nora's failure to provide a PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

Additionally, please advise if you are representing Maxine Greening, Mia Greening and Rebecca Hammons, the other plaintiffs in the *Greening* (10-255) suit. My June 17, 2011, letter about the *Greening* suit was addressed to Matthew Moreland because he filed the lawsuit. I want to be sure that we are communicating with the correct attorneys.

383774.1

Fourteenth Floor, One American Place • Baton Rouge, LA 70825 • (225) 383-9000 • Fax (225) 343-3076 • www.mcgli

**EXHIBIT 2**

Gary Falkowitz
June 23, 2011
Page 2

    I will send you additional information in the near future concerning the trailer identified by Donnevan Matthews, Alaisha Nora and Chester Nora not being a trailer procured by Morgan

    With kindest regards we remain,

                        Very truly yours,

                        **McGlinchey Stafford, PLLC**

                        Amanda S. Stout

Enclosure

cc: Matthew Moreland

383774.1

MAXINE GREENING, ET AL.
VS.
MORGAN BUILDINGS & SPAS, ET AL.
EDLA NO: 10-255
(Original Case from WDLA No. 09-1373)

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 1 | Greening | Maxine | | Yes | Section V: A-2, A-3, A-4, B, C, D |
| 2 | Greening | Mia | | Yes | Section V: A-2, A-3, A-4, B, C, D |
| 3 | Hammons | Rebecca | | Yes | Section IV: F-1, F-2; Section V: A-1, A-2, A-3, A-4; Appendix 2: Section V: A-2, A-3, A-4, A-7 |
| 4 | Langlinais | Andrew | | No | |
| 5 | Matthews | Donne-ven | | Yes | Section III: C-6 (date), C-8 (address and dates); Section VI: F-1 (date), F-4 (date), G-1; Section VII: B (treatment and dates); Section IX: B (dates), C, D (admission dates and reasons), E (dates), F (addresses); NEED: New Authorization for Use and Disclosure of Protected Health Information and (the one we have only realeases the records to Parker Waichman) |
| 6 | Nora | Alaisha | | Yes | Section III: C-6 (date), C-8 (address and dates); Section VI: F-1 (date), G-1; Section VII: B (treatment and dates); Section IX: B (dates), C, D (admission dates and reasons), E (dates), F (addresses); NEED: New Authorization for Use and Disclosure of Protected Health Information and (the one we have only realeases the records to Parker Waichman) |
| 7 | Nora | Chester | | Yes | Section III: C-6 (date), C-8 (address and dates); Section VI: G-1; Section VII: B (treatment and dates); Section IX: B (dates), C, D (admission dates and reasons), E (dates), F (addresses); NEED: New Authorization for Use and Disclosure of Protected Health Information and (the one we have only realeases the records to Parker Waichman) |
| 8 | Nora | Michelle | | No | |