# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

July 8, 2011

Gary Falkowitz
**Parker Waichman & Alonso LLP**
6 Harbor Park Dr.
Port Washington, NY 11050

RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Maxine Greening, et al. v. Morgan Building and Spas, Inc., et. al. (10-255)*

Dear Gary:

I am writing to confirm my conversation this morning with your assistant, Lauren. Lauren advised that Michelle Nora did not submit a PFS as required by the court's orders and Ms. Nora would consent to Morgan's motion to dismiss her claims. We will prepare a consent motion to dismiss, with prejudice, Ms. Nora's claims and file it with the court within the next week or so. If there has been any misunderstanding on my part, please contact me as soon as possible.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

*/s/ Amanda Stout*

Amanda S. Stout

cc: Matthew Moreland

384842.1

**EXHIBIT 3**