UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE PRODUCTS     SECTION N MAG. 5
LIABILITY LITIGATION

    JUDGE ENGELHARDT
    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Johnson et al v. TL Industries, Inc. et al*     JURY DEMANDED
*No. 09-5359*

## PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendant, the United State of America through the Federal Emergency Management Agency, in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5359.

By:    /s/Matthew B. Moreland
       Daniel E. Becnel, Jr. (La. Bar #2926)
       Matthew B. Moreland (La. Bar No. 24567)
       **BECNEL LAW FIRM, LLC**
       106 W. Seventh Street
       P. O. Drawer H
       Reserve, Louisiana 70084
       Telephone: (985) 536-1186
       Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
