UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER          * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | LIABILITY LITIGATION |
| | SECTION "N" (5)       * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Gerard Hobden et al vs. Sunnybrook R.V.,* | * | |
| *Inc., et. al..* | * | |
| No. 09-7113 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS**

COME NOW Chanda Meadows, Donna Meadows and Hannah Pyron (hereinafter "Plaintiffs") and file this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 22146] [1].

I.   INTRODUCTION

Defendant alleges that certain deficiencies remain in Plaintiffs' Fact Sheets. Plaintiffs would respond *in globo*, they have *materially complied* with the requirements of the Plaintiff Fact Sheet process in Pre-Trial Order 32. *See* PTO 32, p. 5, and further

---

[1] At the outset, Plaintiffs would note that Defendant filed Rec. Doc. 22146 as if Chanda Meadows, Donna Meadows and Hannah Pyron were *all* Plaintiffs in *Gerard Hobden et al. v. Sunnybrook R.V., Inc. et al*, Cause No. 09-7113. According to Plaintiffs' records Donna Meadows and Chanda Meadows are Plaintiffs in *Joseph Carrier, et al. v. Sunnybrook R.V. Inc.* Cause No. 10-1035. However, since the Motion to Dismiss was filed by Defendant in *Gerard Hobden*, Plaintiffs Donna Meadows and Chanda Meadows are responding to it here. Hannah Pyron is a Plaintiff in *Gerard Hobden*.

any remaining deficiencies do not constitute *material deficiencies* sufficient to result in dismissal of their cases.

    II.    **SPECIFIC ALLEGATTIONS**

        A.    **CHANDA MEADOWS**

Plaintiff would show that she has supplied her FEMA Id Number and Sunnybrook VIN. See, Affidavit, Exhibit "A". With regard to information on her move-in and move-out date from her stay in a Sunnybrook trailer, she simply does not remember. Exhibit "A". Plaintiff Chanda Meadows should not be penalized by her lack of memory as she has done her best to comply. Exhibit "A". Furthermore, the move-in and move-out dates from the stay in the Sunnybrook trailer were not provided in the government file. Exhibit "A". Plaintiff's counsel has made a diligent attempt to obtain additional information, but has not been able to secure the same. Exhibit "A".

        B.    **DONNA MEADOWS**

Plaintiff would show that she has supplied her FEMA Id Number, Sunnybrook VIN and Sunnybrook Bar Code Number. See, Affidavit, Exhibit "B". With regard to information on her move-in and move-out date from her stay in a Sunnybrook trailer, she simply does not remember. Exhibit "B". Plaintiff Donna Meadows should not be penalized by her lack of memory as she has done her best to comply. Exhibit "B". Furthermore, the move-in and move-out dates from the stay in the Sunnybrook trailer were not provided in the government file. Exhibit "B". Plaintiff's counsel has made a diligent attempt to obtain additional information, but has not been able to secure the same. Exhibit "B".

### C. HANNAH PYRON

Plaintiff would show that she has supplied her FEMA Id Number, Sunnybrook VIN, and Sunnybrook Bar Code Number. See, Affidavit, Exhibit "C". With regard to information on her move-in and move-out date from her stay in a Sunnybrook trailer, she simply does not remember. Exhibit "C". Plaintiff Hannah Pyron should not be penalized by her lack of memory as she has done her best to comply. Exhibit "C". Furthermore, the move-in and move-out dates from the stay in the Sunnybrook trailer were not provided in the government file. Exhibit "C". Plaintiff's counsel has made a diligent attempt to obtain additional information, but has not been able to secure the same. Exhibit "C".

### III. LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However as Defendant noted in their Memorandum [Rec. Doc. 22147-1, p. 3] dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). The interests of justice would not be served by dismissing these cases. Furthermore, there is no clear record of delay but a clear record of supplementation. *See* Affidavits "A", "B" and "C" attached. Moreover, there has been no contumacious conduct but a dutiful attempt by counsel to supplement the fact sheets and provide the requested information. *Id*. For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b).

3

### IV.     Conclusion

For the reasons set forth above, Plaintiffs Chanda Meadows, Donna Meadows and Hannah Pyron pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trail Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of August, 2011.

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**