Exhibit "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Joseph Carrier, et. al. vs. Sunnybrook R.V., Inc., et. al.* No. 10-1305; Plaintiff: Donna Meadows | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Donna Meadows.

3. Plaintiff Donna Meadows submitted a Plaintiff Fact Sheet on November 13, 2009 to the Defense Liaison Counsel as per PTO 32. Plaintiff is matched by information provided by the government to both a Champion and a Sunnybrook Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, submitted a CD to the Defense Liaison Counsel submitting all Plaintiff Fact Sheets for clients who filed suit.

4. Plaintiffs' attorney was served with the deficiencies on March 29, 2011 and submitted answers on April 25, 2011 based on materials in file which included:

    a. Sunnybrook VIN of 4UBAS0R2X61071914.

   b. Sunnybrook bar code number of 11252028
   c. Champion VIN of 023010927A000H.
   d. Champion bar code number of 1201945
   e. Champion move in date of 2/1/2006
   f. Champion move out date of 1/1/2008
   g. FEMA Identification number of 940779703

5. Plaintiff's attorney contacted the client on April 25, 2011 in an attempt to obtain the move in and move out dates for the Sunnybrook trailer, however was not successful in reaching the client and the information provided by the government does not provide this information.

6. Plaintiff's attorney has sent numerous correspondence to the client, attempting to acquire more complete claim information, including:
   a. 6/27/2009 Town Hall Meeting Information Letter
   b. 7/30/2009 Plaintiff Fact Sheet Deadline Letter
   c. 2/10/2010 Plaintiff Fact Sheet Warning Letter
   d. 5/13/2011 Status Letter
   e. 5/20/2011 Non-Litigation Manufacturer Settlement Notice

Signed this the __2__ day of __August__, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __2nd__ day of __August__, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2