Exhibit "C"

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerard Hobden, et. al.  vs. Sunnybrook R.V., Inc.,* | | * | |
| *et. al.* | | * | |
| No. 09-7113; | | * | |
| Plaintiff: Hannah Pyron | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                    §

COUNTY OF NUECES              §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on

oath, deposed and stated:

1.    My name is Nicole Porter.  I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C.  I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Hannah Pyron.

3.    Plaintiff Hannah Pyron submitted a Plaintiff Fact Sheet on November 19, 2009 to the Defense Liaison Counsel as per order PTO 32. Plaintiff is matched by information provided by the Government to both a Champion and a Sunnybrook Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, submitted a CD to the Defense Liaison Counsel submitting all Plaintiff Fact Sheets for clients who filed suit.

4.    Plaintiffs' attorney was served with the deficiencies on March 29, 2011 and submitted answers on April 25, 2011 based on materials in file which included:

      a.  Sunnybrook VIN of 4UBAS0R2X61071914.
      b.  Sunnybrook bar code of 1252028

      c.   Champion VIN of 023010927A000H.
      d.   Champion bar code of 1201945
      e.   Champion move in date of 2/1/2006
      f.   Champion move out date of 1/1/2008
      g.   FEMA Identification number of 940779703

5.    Plaintiff's attorney reached the client on April 25, 2011 in an attempt to obtain the move in and move out dates for the Sunnybrook, however the client states she no longer has this information and the information provided by the government does not have include this information.

Signed this the   **2**   day of   **August**  , 2011

                             _____
                             NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the  **2nd**  day of  **August** , 2011, to certify which witness my hand and seal of office.

                             _____
                             NOTARY PUBLIC IN AND FOR
                             THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014