UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Kimberly Jackson et al v. Sunnybrook RV, Inc.* | | * | |
| No. 09-7848; | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN OPPOSITION
DEFENDANT'S MOTION TO DISMISS**

COME NOW Ashlyn Nechell Simien (hereinafter "Plaintiff") and files this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 22147].

I.   INTRODUCTION

Defendant alleges that certain deficiencies remain in Plaintiff's Fact Sheet and that Plaintiff's case should be dismissed. Plaintiff responds, that she has *materially complied* with the requirements of the Plaintiff Fact Sheet process in PreTrial Order 32. *See* PTO 32, p. 5, and that any remaining deficiencies do not constitute *material deficiencies* sufficient to result in dismissal.

II.   SPECIFIC ALLEGATIONS

Defendant claims the information supplied in insufficient. That Plaintiff cannot

remember any symptoms related to living in a FEMA trailer, any wage loss, smoking/tobacco information, if she suffered from any diseases or medical diagnosis, does not justify dismissal of the claim. Plaintiff has done her best to honestly answer these questions. Furthermore, several of the deficiencies Defendant is claiming such as prior lawsuits, repairs to the trailer, pregnancy, X-ray, CT scan or MRI's, are not required to be supplemented at this time under PTO 88.

With regard to the remaining deficiencies, Plaintiff's counsel has made attempts to contact Plaintiff to secure additional information. For more detail, Plaintiff would refer you to the Affidavit attached hereto as Exhibit "A".

### III.   LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However as Defendant noted in its Memorandum [Rec. Doc. 22147-1, p. 3] dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). In the instant case, there is no clear record of delay but a record of supplementation. *See* Affidavit "A" attached. Plaintiff's counsel supplemented the Fact Sheet based upon information in the file. Plaintiff's counsel has also made additional attempts to contact Plaintiff to obtain further information. *See* Affidavit, "A". There has been no contumacious conduct but a dutiful attempt by counsel to supplement the Fact Sheet to secure additional information. *Id*. For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b) or under the prior orders of this Court.

### III.     Conclusion

For the reasons set forth above, Plaintiff Ashlyn Nechelle Simien prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trail Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of August, 2011.

/s/ Robert C. Hilliard

───────────────────────────
**ROBERT C. HILLIARD**

3