EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Kimberly Jackson, as Next Friend of T. J., a minor, et. al. vs. Sunnybrook R.V., Inc., et. al.* No. 09-7848; Plaintiff: Ashlyn Nechelle Simien | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Ashlyn Nechelle Simien.

3. Plaintiff Ashlyn Nechelle Simien submitted a Plaintiff Fact Sheet on November 13, 2009 to the Defense Liaison Counsel per PTO 32. Plaintiff is matched by information provided by the government to both a Champion and a Sunnybrook Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, submitted a CD to the Defense Liaison Counsel resubmitting all Plaintiff Fact Sheets for clients who filed suit.

4. Plaintiff's attorney has attempted to contact the client on numerous occasions to cure deficiencies which the plaintiff does not remember the subject matter, but has not been successful in reaching the client. These attempts include phone calls and written correspondence such as:

   a. 5/13/2011    Status Letter
   b. 5/27/11      No Contact Letter

   Plaintiff's counsel has called Plaintiff on 13 occasions since May 16, 2011, to secure additional information but has not been able to speak to the client.

5. Plaintiffs' attorney was served with the deficiencies on May 16, 2011 and submitted Plaintiff Fact Sheet Deficiency Answers on June 14, 2011 based on materials in file.

Signed this the 2 day of August, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 2nd day of August, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2