UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Lester J. Wilson, Jr. et al v. Crum and Forster* | * | |
| *Specialty Insurance Co. et al* | * | |
| *Case No. 09-5759* | | **MAGISTRATE : CHAVEZ** |

**************************************************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Plaintiffs' voluntary dismissal, without prejudice, of the complaint in its entirety.  Plaintiffs reserve all rights and allegations in *Louis Higginbotham, et al, v. Crum & Forster Specialty Ins. Co. and Sentry Insurance A Mutual Company,*  2:09-cv-5308 (E.D. La 2009).

        Respectfully submitted,

        HURRICANE LEGAL CENTER, LLC

BY:  */s/ Lawrence J. Centola, Jr.*
      LAWRENCE J. CENTOLA, JR.
      Lawrence J. Centola, Jr., LA Bar #3962
      Hurricane Legal Center
      600 Carondelet Street, Suite 602
      New Orleans, LA 70130
      Telephone: (504) 525-1944
      Facsimile:  (504) 525-1279
      lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.