OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
500 POYDRAS STREET
NEW ORLEANS, LA 70130

        Date: August 1, 2011

        In re: FEMA Trailer Litigation
              No. 07-1873 as relates to

        AYERS V. FOREST RIVER

        CASE NO. 09-4973

Dear Sir:

    Please **issue** summons on the **complaint and first supplemental and amended complaint** to the following:

1. North American Catastrophe Services, Inc., through its agent for service of process, Brenda J. Anderson, 620 Dijon Drive, Melbourne, FL 32937.

        Very truly yours,

        *Justin R. Woods*
        JUSTIN I. WOODS
        Gainsburgh, Benjamin, David, Meunier
        & Washauer, LLC
        2800 Energy Centre, 1100 Poydras St.
        New Orleans, LA 70163
        (504) 522-2304
        Attorney for Plaintiff