# Exhibit "A"

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER     * MDL NO. 1873
        FORMALDEHYDE     *
        PRODUCTS         * SECTION: N (5)
        LIABILITY        *
        LITIGATION       * JUDGE: ENGELHARDT
                         *
THIS DOCUMENT RELATES    *
TO: Gerod Macon, et al   *
v. Sun Valley, Inc., et  * MAG. JUDGE CHASEZ
al, Docket No. 09-7109   *
(Laura Demetriace        *
        Batiste)


*************************************************



        Deposition of DEMETRIACE LAURA

BATISTE, taken at the Law Offices of

Gainsburgh, Benjamin, David, Meunier &

Warshauer, LLC, 2800 Energy Centre, 1100

Poydras Street, New Orleans, Louisiana 70163,

on the 7th day of January 2011.

**Demetriace Laura Batiste**
**1/7/2011**

2

```
 1                    APPEARANCES

 2

      REPRESENTING THE DEFENDANT, SUN VALLEY, INC.
 3    d/b/a SUN LITE:

 4           ALLEN & GOOCH
             (BY:  BRENT M. MAGGIO, ESQUIRE)
 5           (BY:  LORI DAIGLE, ESQUIRE)
             1450 One Lakeway Center
 6           3900 North Causeway Boulevard
             Metairie, Louisiana 70002

 7

 8

      REPRESENTING THE DEFENDANT, CH2M HILL
 9    CONSTRUCTORS, INC.:

10           LAW OFFICES OF BAKER, DONELSON,
                BEARMAN, CALDWELL & BERKOWITZ, PC
11           (BY:  GERARDO R. BARRIOS, ESQUIRE)
             3 Sanctuary Boulevard
12           Suite 201
             Mandeville, Louisiana 70471

13

14

      REPRESENTING THE DEFENDANT, WESTCHESTER SPECIALITY
15    LINES INSURANCE COMPANY:

16           LARZELERE, PICOU, WELLS, SIMPSON &
                LONERO, LLC
17           (BY:  CORY T. STUART, ESQUIRE)
             Suite 1100
18           3850 North Causeway Boulevard
             Metairie, Louisiana 70002

19

20

      REPRESENTING THE DEFENDANT, FLUOR ENTERPRISES,
21    INC.:

22           MIDDLEBERG, RIDDLE & GIANNA
             (BY:  CHARLES R. PENOT, JR. ESQUIRE)
23           717 North Harwood
             Suite 2400
24           Dallas, Texas 75201

25
```

Demetriace Laura Batiste
1/7/2011

3

1    APPEARANCES CONTINUED:

2

3    REPRESENTING THE PLAINTIFF, DEMETRIACE LAURA
     BATISTE:

4

5            LAW OFFICES OF REICH & BINSTOCK
             (BY:  JORDAN M. TORRY, ESQUIRE)
6            4265 San Felipe
             Suite 1100
7            Houston, Texas 77027

8    REPRESENTING THE DEFENDANT, LIBERTY MUTUAL
     INSURANCE CORPORATION: (VIA TELEPHONE)

9

10           LUGENBUHL, WHEATON, PECK, RANKIN &
                 HUBBARD
11           (BY:  KRISTOPHER M. REDMANN, ESQUIRE)
             601 Poydras Street
12           Suite 2775
             New Orleans, Louisiana 70130

13

14

15

16

17           REPORTED BY:

18               JODI IBIETA
                 CERTIFIED COURT REPORTER

19

20

21

22

23

24

25

Demetriace Laura Batiste
1/7/2011

4

```
 1              INDEX

 2

 3   Caption                    1

 4   Stipulation                4

 5   Reporter's Page          229

 6   Reporter's Certificate   230

 7   Witness' Certificate     231

 8

 9   EXAMINATION BY:

10        MR. MAGGIO      5, 227

11        MR. PENOT        211

12        MR. BARRIOS      221

13

14              EXHIBITS

15

16   No.  1                   11
     No.  2                   11
17   No.  3                   13
     No.  4                   31
18   No.  5                   40
     No.  6                   48
19   No.  7                  118
     No.  8                  119
20   No.  9                  146
     No. 10                  155
21   No. 11                  160
     No. 12                  163
22   No. 13                  163
     No. 14                  164
23   No. 15                  166
     No. 16                  168
24   No. 17                  215

25
```

Demetriace Laura Batiste
1/7/2011

5

1           S T I P U L A T I O N

2

3          It is stipulated and agreed by and

4     among counsel for the parties hereto that the

5     deposition of the aforementioned witness is

6     hereby being taken under the Louisiana Code of

7     Civil Procedure, for all purposes, in

8     accordance with law;

9               That the formalities of reading

10    and signing are specifically not waived;

11              That the formalities of sealing,

12    certification, and filing are specifically

13    waived;

14              That all objections, save those

15    as to the form of the question and the

16    responsiveness of the answer, are hereby

17    reserved until such time as this deposition,

18    or any part thereof, may be used or sought to

19    be used in evidence.

20

21              JODI IBIETA, Certified Court

22    Reporter, in and for the State of Louisiana,

23    officiated in administering the oath to the

24    witness.

25

**Demetriace Laura Batiste**
**1/7/2011**

78

1    A.     They had like -- it was
2    different.  It's just -- I don't know.  Like I
3    say, you don't know if it was from them just
4    being them or if it was from the FEMA trailer.
5    I don't know.
6    Q.     When you would go into these
7    other people's trailers, did that smell affect
8    you in any way?
9    A.     My aunt one did, but to say
10   anybody else one, you could go sit up in there
11   and maybe you might get a little headache or
12   something, but you could live with that, but
13   my aunt trailer, you just -- you couldn't, no.
14   You couldn't deal with it.
15   Q.     Let's talk some more about your
16   problems from the FEMA trailer that you lived
17   in.
18   A.     Okay.
19   Q.     Tell me all the different
20   problems that living in the FEMA trailer
21   caused you.
22   A.     Oh, my God.  I stayed in the
23   hospital with headache, sore throat, itchy
24   eyes.
25   Q.     Slow down.

Demetriace Laura Batiste
1/7/2011

79

1    A.        Runny nose.

2    Q.        Okay.

3    A.        Nausea.  It was a couple of

4    different things that I was back and forth,

5    back and forth in the hospital for.

6    Q.        We're going to talk about the

7    doctors and the hospital in a second.  What I

8    want to know is all the different problems,

9    symptoms, complaints that living in that

10   trailer caused you.

11   A.        The main thing was headaches,

12   throwing up, sore throat, itching eyes, my

13   eyes burning.  It was just -- it wasn't right.

14   Q.        Any other problems?

15   A.        (Witness shakes head negatively.)

16   Not to say.

17   Q.        Okay.  And are you saying that it

18   all came from that smell?

19   A.        Probably so because I don't have

20   it now.

21   Q.        When --

22   A.        When I moved out the FEMA

23   trailer, it was about, I will say, maybe two

24   months, maybe -- maybe three months later, my

25   body, it was just like it was trying to adjust

Demetriace Laura Batiste
1/7/2011

80

1   back.  It was trying to get right.
2        Q.     So three months after moving out
3   of the FEMA trailer, these problems went away?
4        A.     (Witness nods head
5   affirmatively.)  I still get the headaches.
6   My eyes still bother me.  But to say like I
7   was in the FEMA trailers, I done came a long
8   way.
9        Q.     So let me see if I got this
10  straight.  You had all of these problems when
11  you were living in the trailer, the FEMA
12  trailer, right?
13       A.     (Witness nods head
14  affirmatively.)
15       Q.     Is that a yes?
16       A.     Yes, sir.
17       Q.     And about three months after
18  moving out of the trailer, those complaints
19  got a lot better?
20       A.     Yeah, they did.
21       Q.     But you still have some of the
22  problems today?
23       A.     I still have problems, yeah,
24  today, but it done got a lot better since when
25  I was living in that FEMA trailer.

**Demetriace Laura Batiste**
**1/7/2011**

1      Q.      The very first day you spent that

2    night in the trailer, you said you smelled

3    that odor?

4      A.      Yeah.

5      Q.      That first night, did it cause

6    you problems?

7      A.      I had a headache.  I just went to

8    sleep with it.  I wasn't to say worried about

9    it.  It's like all this right here, it wanted

10   to run but then again, it didn't.

11     Q.      You're talking about your nose?

12     A.      Yeah.  It was like a constant

13   thump just sitting right there.  Then your

14   throat start itching.  You start coughing.

15   Yeah, there was a couple of different things

16   going on in the FEMA trailer.

17     Q.      Do you think that by after living

18   in that FEMA trailer for one month, you were

19   already having these problems?

20     A.      Yeah.

21     Q.      And did you have a good idea that

22   it was coming from that trailer?

23     A.      No, I didn't.

24     Q.      Why not?

25     A.      I didn't know.

**Demetriace Laura Batiste**
**1/7/2011**

1    Then I went to the store.  I passed out again.

2    Then we went to Walmart in Slidell, and I

3    passed out up in there.  So I don't know what

4    it is.  They never could tell me what it is

5    that make me pass out.

6         Q.     How many times do you think you

7    passed out?

8         A.     I done passed out about four

9    times, maybe three.

10        Q.     Any of them before Katrina?

11        A.     Uh-uh (negative response).

12        Q.     On any of those occasions, did it

13   have anything to do with using illegal drugs?

14        A.     No.

15        Q.     Did they ever tell you it was

16   from that?

17        A.     No.  They couldn't find out the

18   reason why I pass out.

19        Q.     But you did have headaches before

20   Katrina?

21        A.     Yeah.  I still have headaches

22   now.

23        Q.     Sore throat, runny nose, itchy

24   eyes, nausea and vomiting, did you have those

25   kind of problems before Katrina?

**Demetriace Laura Batiste**
**1/7/2011**

88

| | |
|---|---|
| 1 | A.      No, not really. |
| 2 | Q.      What about when the seasons |
| 3 | change, did you ever have those kind of |
| 4 | problems? |
| 5 | A.      I might get a cold.  That's about |
| 6 | it.  But to say sore throat, I don't hardly |
| 7 | get no sore throat.  My eyes, they don't |
| 8 | hardly bother me, not like they -- not like |
| 9 | talking about it, but now, my eyes, they -- |
| 10 | they're very, very irritated.  I got to go to |
| 11 | an eye doctor next week -- |
| 12 | Q.      Okay. |
| 13 | A.      -- for my eyes. |
| 14 | Q.      What is the problem with your |
| 15 | eyes? |
| 16 | A.      One pupil is bigger than the |
| 17 | other one.  I got so much problems with my |
| 18 | eyes, I'm telling you.  I have very, very -- |
| 19 | yeah. |
| 20 | Q.      You have problems seeing? |
| 21 | A.      I'm supposed to wear glasses, so |
| 22 | I'm thinking so.  I don't know. |
| 23 | Q.      Did you have these problems |
| 24 | before Katrina? |
| 25 | A.      Uh-huh (affirmative response). |