# Exhibit "C"

## AFFIDAVIT OF STEPHEN SMULSKI, Ph.D.

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF FRANKLIN**

BEFORE ME, the undersigned notary, appeared on this the 26th day of August, 2008, Stephen Smulski, Ph.D., a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. All statements contained herein are true and correct and based upon my personal knowledge, education and experience, and I am a person of the full age of majority, competent to execute this affidavit.


I, Stephen Smulski, Ph.D., aver as follows:

1. I am a consulting wood scientist and the President of Wood Science Specialists Inc., 453 Wendell Road, Shutesbury, Massachusetts, 01072.

2. I am an expert in wood science and technology, specifically the anatomical, mechanical, physical, and chemical properties of wood and wood-based materials as well as the manufacture, use, and in-service performance of wood and wood-based products in residential, commercial, and industrial wood-frame construction.

3. I hold a B.S degree in Wood Science and Technology from the University of Massachusetts at Amherst, an M.S. degree in Environmental and Resource Engineering from the State University of New York at Syracuse, and a Ph.D. degree in Wood Science and Forest Products from Virginia Tech at Blacksburg. I have published numerous articles on wood and wood-based products and have given many invited lectures on the same. A true and correct copy of my curriculum vitae is attached hereto and marked "Exhibit A".

4. I am familiar with the manufacture, properties, use, and in-service performance of wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood. For thirteen years, while on the faculty of the Building Materials and Wood

Science program at the University of Massachusetts at Amherst, I taught a course entitled Wood Adhesives Technology that covered all aspects of these and other glued wood products.

5. I am familiar with the propensity of wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas after being placed in service because of the formaldehyde-containing adhesives (also referred to as resins) used in their manufacture and that exposure to formaldehyde gas can cause adverse health effects. I taught this to my students from 1985 to 2001 while at the University of Massachusetts. In 1987, I published an article entitled "Formaldehyde Indoors" that summarized the then-current knowledge about the release of formaldehyde gas from wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood used in site-built houses and in factory-built manufactured houses and the adverse health effects that exposure to formaldehyde gas can cause. In 1989, I gave an invited lecture at the Northeast Solar Energy Association Advanced Residential Construction Conference entitled "Health Aspects of Building Products: Wood Products" in which I spoke about the release of formaldehyde gas from wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood and the adverse health effects that exposure to formaldehyde can cause.

6. I am aware that the release of formaldehyde from wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood is greatest in newly-manufactured products and that, after being placed in service, the release of and concentration of formaldehyde in the air inside buildings or structures containing these products depends on the age and number of sources, the volume of air inside the building or structure and on the air temperature, relative humidity and air exchange rate. The release of formaldehyde from these products increases as temperature and relative humidity increase. The concentration of formaldehyde inside a building or structure containing these products also increases as the number of sources increases and as the volume of the building or structure and the air exchange rate decrease.

7. I am familiar with the methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard recommended by the Composite Panel Association (formerly the National Particleboard Association) in its publications "From Start To Finish Particleboard"

and "From Start To Finish Medium Density Fiberboard" which were first published in 1986 and periodically since. Many of these same methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard are directly applicable to other wood composite panels including, but not limited to, hardwood plywood.

8. I am aware that wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood are often used for floor decking, wall and ceiling panels, doors, cabinets, tables, countertops, seating, bed frames, furniture, shelving, and other applications in travel trailers and other emergency housing units (EHU).

9. I am aware that FEMA supplied travel trailers and other EHUs containing wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood to persons whose homes were damaged or lost in the wake of hurricanes Katrina and Rita that hit the Gulf Coast on August 29, 2005, and September 24, 2005, respectively.

10. I am aware that the volume of air inside these units is small and that many of these units were located along the Gulf Coast of Texas, Louisiana, Mississippi, and Alabama, a region whose climate for much of the year is hot and humid. These are the exact conditions that maximize the release of formaldehyde from wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood.

11. I have reviewed excerpts from the owner's manuals for some of the brands of travel trailers FEMA supplied to persons whose homes were damaged or lost in the wake of hurricanes Katrina and Rita. The owner's manuals for the travel trailer manufactured by Fleetwood (Pioneer model) and Forest River, Inc. (model unknown) contain explicit warnings that the particleboard and hardwood plywood used in these travel trailers are made with urea formaldehyde adhesive, that these products will release formaldehyde gas inside the travel trailer, and that the formaldehyde gas can adversely affect peoples' health. The owner's manuals for both the Fleetwood and River Forest, Inc. travel trailers also explicitly state that these travel trailers are not designed to be used as permanent housing.

12. I am aware that most of the FEMA-supplied travel trailers and EHUs were installed by jacking the units up off of their wheels, then inserting supports beneath the frame. It is my understanding that during the process of jacking these units up off of their wheels, that the frame and exterior

shell can bend and twist, causing sealed joints in the walls, roof, ceiling, and floor to open. This can allow formaldehyde gas inside the walls, ceilings and floor to more easily enter into the living space and increase the concentration of formaldehyde inside the unit.

13. I have reviewed reports regarding the levels of formaldehyde measured inside the FEMA-supplied travel trailers and other EHUs including "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006" by the U.S. Department of Health and Human Services dated October 2007; "Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units" by the Indoor Environment Department Lawrence Berkeley National Laboratory dated May 8, 2008; and "Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes" by the Centers for Disease Control and Prevention dated July 2, 2008. The formaldehyde levels measured inside many of the units, some two plus years after being placed in service, equal or exceed the 100 parts per billion threshold that the Centers for Disease Control and Prevention identifies in its July 2, 2008, report as "the level at which health effects have been described in sensitive persons".

14. It is my opinion, to a reasonable degree of scientific certainty, that the travel trailers and EHUs supplied by FEMA to victims of hurricanes Katrina and Rita were not suitable for use as long-term housing because it was foreseeable and predictable that formaldehyde gas would be released from the wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood used in these units and that persons living in them would suffer adverse health effects.

15. It is my opinion, to a reasonable degree of scientific certainty, that it was unreasonable for anyone to think that the health of persons living in these travel trailers and EHUs for long periods of time would not be adversely affected given: i) that the propensity for wood-based composite panels including, but not limited to, particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas has been known since the 1970s; ii) that exposure to formaldehyde gas causes adverse health effects has been known since the 1970s; and iii) that the owner's manuals for some of the brands of travel trailers FEMA supplied to persons whose homes were damaged or lost in the wake of hurricanes Katrina and Rita contain explicit warnings that the particleboard and hardwood plywood used in these travel trailers are

made with urea formaldehyde adhesive, that these products will release formaldehyde gas inside the travel trailer, that the formaldehyde gas can adversely affect peoples' health, and that the travel trailer is not designed to be used as permanent housing.

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this the 20th day of August, 2008.

_____
Stephen Smulski, Ph.D.
453 Wendell Road
Shutesbury, MA 01072

_____
Notary Public Signature

Taylor M. Foley
Notary Public Name

N/A in MA
Notary Number

2/14/14
Commission Expires

Curriculum Vitae

# Stephen John Smulski

453 Wendell Road Shutesbury, MA 01072
413 259-1661 woodsci@crocker.com

### Education
Ph.D. Wood Science and Forest Products, Virginia Tech at Blacksburg, 1985

M.S. Environmental and Resource Engineering, State University of New York at Syracuse, 1980

B.S. Wood Science and Technology, University of Massachusetts at Amherst, 1977

### Expertise
Anatomical, mechanical, physical and chemical properties of wood and wood-based materials; manufacture, use and in-service performance characteristics of wood and wood-based products in residential, commercial and industrial wood-frame construction.

### Services
Evaluation/resolution of in-service performance problems including water infiltration and decay in buildings; exterior finish failures; wood construction technology; wood product failure analysis; wood property testing; wood identification; litigation support and expert witness testimony; technical seminars and reports.

### Employment
President, Wood Science Specialists Inc., Shutesbury, MA, 6/92-present

Quality assurance inspector, Truss Plate Institute, Madison, Wisconsin, 10/93-12/04

Adjunct Associate Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 10/01-5/02

Adjunct Assistant Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 6/92-9/01

Assistant Professor of Wood Science and Technology, University of Massachusetts at Amherst, 9/87-5/92

Visiting Lecturer of Wood Science and Technology, University of Massachusetts at Amherst, 1/85-8/87

Teaching and Research Assistant, Forest Products Department, Virginia Tech at Blacksburg, 9/81-12/84

Teaching Assistant, Wood Science and Technology, University of Massachusetts at Amherst, 9/79-12/79

Research Fellow, Wood Products Engineering Department, State University of New York at Syracuse, 9/77-8/79

Research Intern, Scott Paper Company, Philadelphia, PA, 6/77-8/77

August 2008

**Membership in Professional and Honor Societies**
    Forest Products Society                                      International Association of Wood Anatomists
    Society of Wood Science and Technology       Phi Kappa Phi     Xi Sigma Pi     Sigma Xi

**Professional Service**
    Member Board of Directors Society of Wood Science and Technology, 2000-2002
    Editor, *Wood Design Focus A Journal of Contemporary Wood Engineering*, 1995-2000
    Member Forest Products Society Publication Identification and Preparation Task Group, 1997-99
    Member FPS Long Range Planning Committee, 1995-96
    Member FPS Executive Board FPS, 1991-94
    Chair FPS Ad Hoc Publications Review Committee, 1992-93
    Chair Northeast Section FPS, 1990-92
    Vice Chair and Program Chair NE Section FPS, 1989-90
    Secretary NE Section FPS, 1988-89
    Elected Trustee NE Section FPS, 1986-88
    Appointed Trustee NE Section FPS, 1985-86
    Member Society of Wood Science and Technology Critical Issues Committee, 1990-91
    Co-Chair National Planning Committee on Forest Products Research, 1990
    Member National Planning Committee on Forest Products Research, 1987-90
    Member USDA Competitive Grants Wood Utilization Program Proposal Review Panel,
      Washington, D. C., 1990

**Honors**
    Marquis Who's Who in Science and Engineering, 1994-1995
    Who's Who in Massachusetts, 1993
    First Place Wood Award, Forest Products Society, 1986

**Publications**
    Smulski, S. 2006. A humid relationship. Weatherwise. 59(3):38-42.

    Smulski, S. 2005. Avoiding problems with wood and bamboo flooring in commercial applications. The NABIE Examiner. 15(2):2.

    Smulski, S. 2004. Structural Use of Wood. Pages 1318-1327 *in* Encyclopedia of Forest Science. J. Burley, ed. Elsevier Ltd. Oxford, England.

    Smulski, S. 2003. Builder blunders. Journal of Light Construction. 22(3):56-60.

    Smulski, S. 2003. The great equalizer: moisture in New England houses. ArchitectureBoston. 6(3):32-34.

    Smulski, S. 2002. Living with a tight house. Smart Homeowner. 6:34-39.

    Smulski, S. 2001. Moisture-caused problems in energy-efficient houses. Pages 11-17 *in* Proceedings of the 2nd Annual Conference on Durability and Disaster Mitigation in Wood-Frame Housing. Forest Products Society. Madison, WI.

    Smulski, S. 2001. A call for targeted technology transfer. Wood and Fiber Science. 33(1):1-2.

    Smulski, S. 2000. Ensuring the durability of energy-efficient houses. Fine Homebuilding. 131:72-77.

    Smulski, S. 2000. Controlling indoor moisture in energy-efficient houses. Architectural Record. 4:167-168.

    Smulski, S. 2000. Durability of energy-efficient wood-frame houses. Rural Builder. 34(1):30-39.

Smulski, S. 1999. Durability of energy-efficient wood-frame houses. Forest Products Journal. 49(5):8-15.

Smulski, S. 1999. Preventing wood degradation. Pages 3.1-3.44 in Timber Construction for Architects and Builders. E. Goldstein. McGraw-Hill. New York, New York.

Smulski, S. 1998. Wood science and technology in civil litigation. Wood Design Focus. 9(4):8-9.

Smulski, S. 1997. Controlling indoor moisture sources in wood-frame houses. Wood Design Focus. 8(4):19-24.

Smulski, S. 1997. Premature failure of paints and solid color stains on energy-efficient homes. Paint & Coatings Industry. 13(4):68, 70.

Smulski, S. (editor). 1997. Engineered Wood Products A Guide for Specifiers, Designers and Users. PFS Research Foundation. Madison, Wisconsin. 294 p.

Smulski, S. 1996. Lumber grade stamps. Fine Homebuilding. 103:70-73.

Smulski, S. 1994. Construction adhesives. Journal of Light Construction. 12(12):43-49.

Smulski, S. 1994. Energy conservation backlash: mildew, mold, decay and insects in wood-frame construction. Pages A123-A132 in Proceedings of the 12th Annual International Energy Efficient Building Association Conference and Exposition. Energy Efficient Building Association. Wausau, WI.

Smulski, S. 1994. Water in the walls: three case studies. Journal of Light Construction. 12(11):58-60.

Smulski, S. 1994. All about roof trusses. Fine Homebuilding. 89:40-45.

Smulski, S. 1993. Flat truss failure. Journal of Light Construction. 12(1):34-35.

Smulski, S. 1993. Wood fungi causes and cures. Journal of Light Construction. 11(8):22-28.

Smulski, S. 1993. Detailing for wood shrinkage. Fine Homebuilding. 81:54-59.

Smulski, S. 1992. How well do you know wood? Journal of Light Construction. 11(1):78.

Smulski, S. 1992. Wood-destroying insects. Journal of Light Construction. 10(12):35-39.

Smulski, S. 1991. Deck lumber made to last. Pages 26-33 in The Cottage Book. F. Edwards (editor). Hedgehog Productions Inc. Ontario, Canada.

Smulski, S. 1991. Preservative treated wood in light-frame construction. In Proceedings Third Annual "What's Happening in Housing Research?" Symposium. W. Rose (editor). National Association of Home Builders 1991 Annual Convention. Atlanta, GA.

Smulski, S. 1991. Glue-laminated timbers. Fine Homebuilding. 71:55-59.

Smulski, S. et al. 1991. Forest products research at U.S. universities in 1988-89. Wood and Fiber Science. 23(4):597-606.

Smulski, S. 1991. Relationship of stress wave- and static bending-determined properties of four northeastern hardwoods. Wood and Fiber Science. 23(1):44-57.

Smulski, S. 1990. Preservative treated wood. Fine Homebuilding. 63:61-65.

Smulski, S. 1990. Construction adhesives. Fine Homebuilding. 58:72-75.

Smulski, S. 1989. Improving the environment through forest products research. Proceedings of the 1989 Forest Products Research Conference. USDA Forest Products Laboratory. Madison, WI. 16 p.

Smulski, S. 1989. The dollars and sense of regulatory issues. Proceedings of the NE Section FPRS 1989 Spring Meeting. 6 p.

Smulski, S. and T. Smith. 1989. Preservative treated wood for greenhouses. UMass Cooperative Extension Floral Notes. 1(6):2-5.

Smulski, S. 1989. Creep functions for wood composite materials. Wood and Fiber Science. 21(1):45-54.

Smulski, S. 1988. Fine points of construction adhesives. Custom Builder. 3(9):33-34.

Jackowski, J. and S. Smulski. 1988. Isocyanate adhesive as a binder for red maple flakeboard. Forest Products Journal. 38(2):49-50.

Smulski, S. and G. Ifju. 1987. Creep of glass fiber reinforced hardboard. Wood and Fiber Science. 19(4):430-438.

Smulski, S. and G. Ifju. 1987. Flexural behavior of glass fiber reinforced hardboard. Wood and Fiber Science. 19(3):313-327.

Smulski, S. 1987. Formaldehyde indoors. Progressive Builder. 12(4):9-11.

Smulski, S. 1986. All about glues and gluing. Scale Woodcraft. 4:44-48.

Smulski, S. and W. Cote. 1984. Penetration of wood by a water-borne alkyd resin. Wood Science and Technology. 18:57-75.

Smulski, S. 1980. A close look. Fine Woodworking. 21:52-53.

**Presentations**

"Inside Wood." 2008. Connecticut Tree Protective Association. Plantsville, Connecticut.

"Engineered Wood Flooring." 2007. Hoboken Floors. Pompton Plains, New Jersey.

"History, Geology and Forensic Stability Survey of New-Gate Prison and Copper Mine." 2007. Western Massachusetts Branch Boston Society of Civil Engineers. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2007. Viking Lumber. Samoset Resort, Rockport, ME.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2007. Steffian Bradley Architects. Boston, MA.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2006. Boston Society of Architects 22nd Annual Build Boston Trade Show and Convention. Boston, MA.

"Timber Foundation Piles." 2006. Civil and Environmental Engineering Department. University of Massachusetts at Amherst.

"The Weatherstick." 2005. Interview on Nippon Television *Mystery Solved*. Tokyo, Japan.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2005. Boston Society of Architects 21st Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems with Coatings on Exterior Wood." 2005. Samuel Cabot Inc. National Sales Meeting. Durham, NH.

"Moisture-Caused Problems in Energy-Efficient Wood-Frame Houses" keynote address and "Preventing Moisture Problems in Wood Siding: The Rain-Screen Principle." 2005. Federation of Societies for Coatings Technology Advancements in Coatings Series. Charlotte, NC.

"Moisture and Mold: Causes and Prevention." 2005. JLC Live Residential Construction Show. Chicago, IL.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2005. Mid-Cape Home Center. Hyannis, MA.

"Forensic Application of Wood Science and Technology." 2005. The Essex Club. Haverhill, MA.

"The Nature of Wood", "Wood-Water Relationships" and "Moisture-Caused Problems with Wood Flooring." 2005. 13th Annual Meeting National Academy of Building Inspection Engineers. Newark, NJ.

"Mildew, Mold and Wood-Rotting Fungi", "Wood-Destroying Insects" and "Recognizing Moisture Problems in Wood-Frame Buildings." Long Island Chapter American Society of Home Inspectors 5th Annual Educational Seminar and Exam Prep Class. Carle Place, NY. 2005.

"Avoiding Moisture-Caused Problems With Wood Flooring." 2004. Janos Spitzer Flooring Company. New York, NY.

"Assessment of Structural Wood Framing in Historic Buildings." 2004. Hudson Valley Chapter American Society of Home Inspectors Historic Homes Educational Seminar. Kingston, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Western Massachusetts Chapter American Institute of Architects. Hadley, MA.

"Moisture and Mold: Causes and Prevention." 2004. Construction Design & Trades Conference. State of Connecticut Department of Public Safety. Cromwell, CT.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Boston Chapter of the Construction Specifications Institute. Cambridge, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Boston Society of Architects 19th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Columbus, OH.

"Mold in Residential Construction." 2003. Southeastern Massachusetts Building Officials Association, Inc. Taunton, MA.

"Inspection and Evaluation of Timber Foundation Piles." 2003. GEI Consultants, Inc. Winchester, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Milwaukee, WI.

"Avoiding Moisture Problems in Residential Construction." 2003. Morningside Builders. Londonderry, NH.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Providence, RI.

"Opportunities and Pitfalls in Construction Detailing." 2003. Northeast Sustainable Energy Association 28th Annual Conference. Boston, MA.

"Moisture Problems in Energy-Efficient Houses." 2003. Interview on KZUM Radio Community Home Show. Lincoln, NB.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Merritt & Harris, Inc. New York, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2002. Boston Society of Architects 18th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Residential Structures: How and Why." 2002. New England Municipal Building Officials Seminar. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2002. Presented at Purdue University, West Lafayette, Indiana, under Society of Wood Science and Technology Visiting Scientist Program.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Home Builders & Remodelers Association of Southwestern New Hampshire. Keene, NH.

"Forensic Application of Wood Science and Technology." 2002. Department of Natural Resource Conservation. University of Massachusetts. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Nashua Area Home Builders and Remodelers Association. Nashua, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2001. Boston Society of Architects 17th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Energy-Efficient Houses." 2001. Marsh Risk Consulting Seminar. Hartford, CT.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Greater Manchester Home Builders' Association. Manchester, NH.

"Siding and Flooring—What Went Wrong?" 2001. Forest Products Society Annual Meeting. Baltimore, MD.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Construction Business and Technology Conference. Providence, RI.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 2001. New England Chapter American Society of Home Inspectors Training Course. Somerville, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Boston Society of Architects 16th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in Energy-Efficient Houses." 2000. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Durability of Energy-Efficient Wood-Frame Houses." 2000. World Conference on Timber Engineering. Whistler, British Columbia.

"Wood Science and Technology in the Courtroom." 2000. Forest Products Society Annual Meeting. South Lake Tahoe, NV.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Providence, RI.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Baltimore, MD.

"Durability of Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2000. Presented at University of Maine at Orono under Society of Wood Science and Technology Visiting Scientist Program.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Northeast Section Forest Products Society. Amherst, MA.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Southern New Hampshire Home Builders & Remodelers Association. Derry, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." and "Preventing Wood Degradation." 1999. Boston Society of Architects 15th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in New Wood-Frame Houses." 1999. New Hampshire Building Officials Association. Meredith, NH.

"New Products: Promise and Peril." 1999. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles" and "Forensic Application of Wood Science and Technology." 1999. Presented at North Carolina State University at Raleigh and Virginia Tech at Blacksburg under Society of Wood Science and Technology Visiting Scientist Program.

"Designing Durable Wood-Frame Houses." 1999. Donham & Sweeney Architects. Boston, MA.

"Diagnosing and Curing Moisture Problems." 1999. Construction Business and Technology Conference. Baltimore, MD.

"Preventing Wood Degradation." 1998. Boston Society of Architects 14th Annual Build Boston Trade Show and Convention. Boston, MA.

"Wood Deterioration: Decay, Insects and Weathering." 1998. 2nd International Preservation Trades Workshop. Gaithersburg, MD.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles." 1998. Forest Products Research Conference. Madison, WI.

"Diagnosing and Curing Moisture Problems." 1998. Construction Business and Technology Conference. Providence, RI.

"Moisture-Related Problems in Wood-Frame Buildings." 1998. National Academy of Building Inspection Engineers. Alexandria, VA.

"Moisture-Related Problems in Newly-Built Homes." 1997. New England Municipal Building Officials Seminar. Amherst, MA.

"Preventing Interior Moisture Sources in Buildings." 1997. International Union of Forestry Research Organizations All Division 5 Conference. Pullman, WA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1997. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Moisture-Related Problems in Newly-Built Homes." 1997. Construction Business and Technology Conference. Providence, RI.

"Premature Failure of Paints and Solid Color Stains on Energy-Efficient Homes." 1996. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water." 1996. Maple Flooring Manufacturers Association. Palm Springs, CA.

"Field Inspection of Roof and Floor Trusses." 1995. New England Municipal Building Officials Seminar. Amherst, MA.

"In-Service Performance of Wood Products." 1995. Roger Williams Hoo-Hoo Club, Newport, RI.

"The Nature and Behavior of Wood." 1995. Connecticut Chapter Piano Technicians Guild. Hartford, CT.

"Wood-Destroying Insects" and "Mildew, Mold and Wood-Destroying Fungi." 1995. Massachusetts Cooperative Extension Service Training Workshop for Pest Control Professionals. Waltham, MA.

"Moisture Problems and Solutions: Case Studies." 1995. Construction Business and Technology Conference. Boston, MA.

"Panel Products in Residential Construction." 1995. Northeast Retail Lumber Association Sales and Product Training School. Northampton, MA.

"Recognizing and Solving Moisture Problems in Light-Frame Construction." 1994. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1994. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Quality Assurance in Truss Manufacture." 1994. New England Chapter Wood Truss Council of America. Worcester, MA.

"Energy Conservation Backlash: Mildew, Mold, Decay and Insects in Wood-Frame Construction." 1994. Energy Efficient Building Association Conference. Dallas, TX.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America Western Regional Conference. Whitefish, MT.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1993. New England Municipal Building Officials Seminar. Amherst, MA.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America International Conference. Rindge, NH.

"Detecting and Preventing Moisture, Fungal, and Insect Damage in Wood-Frame Buildings." 1993. Workshop for Municipal Building Officials. Storrs, CT.

"Wood as a Substrate for Coatings" and "Solving Exterior Wood Finishing Problems." 1993. New England Society for Coatings Technology. Worcester, MA.

"Wood Properties Affecting Machining." 1993. Northeast Section Forest Products Society Spring Meeting. Westminster, MA.

"Moisture-Related Problems in Wood Products Manufacturing." keynote address. 1993. New England Wood Products Exposition. Springfield, MA.

"Moisture-Caused Truss Plate Withdrawal." 1993. Energy Efficient Building Association Conference. Boston, MA.

"Solving Moisture Problems in Light-Frame Construction." 1993. George Torello Consulting Engineers. Essex, CT.

"Solving Moisture Problems in Light-Frame Construction." 1992. Remodelors Council of Greater Springfield. Springfield, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1992. New England Municipal Building Officials Seminar. Amherst, MA.

"The Nature of Wood," "Basic Wood Identification," "Wood/Water Relationships," "Deterioration of Wood" and "Recognizing Moisture Problems in Wood Buildings." 1991. National Park Service Wood Conservation Training Course. Boston, MA.

"Insect and Fungal Damage in Wood-Frame Construction." 1991. New England Municipal Building Officials Seminar. Amherst, MA.

"Two-Species Oriented Flakeboard Layered by Wood Density." 1991. Forest Products Society Annual Meeting. New Orleans, LA.

"Preservative Treated Wood in Light-Frame Construction." 1991. National Association of Home Builders Annual Conference. Atlanta, GA.

"Wood Decay in Residential Construction." 1991. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Wood Properties Affecting Gluing." 1990. Northeast Section Forest Products Society Spring Meeting. Poughkeepsie, NY.

"Preventing Decay in Exterior Wood Construction" and "Preservative Treated Wood." 1990. National Recreation and Parks Association New England Training Institute. Bedford, NH.

"Construction Adhesives." 1990. Northeast Solar Energy Association Advanced Residential Construction Conference. Leominster, MA.

"Stress Wave Nondestructive Evaluation of Hardwood MOE and MOR." 1989. Seventh International Symposium on Nondestructive Testing of Wood. Madison, WI.

"Health Aspects of Building Products: Wood Products." 1989. Northeast Solar Energy Association Advanced Residential Construction Conference. Sturbridge, MA.

"Construction Practice and Wood Decay." 1989. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Wood, Water and Decay." 1989. Massachusetts Cooperative Extension Service Workshop on Making the Most of Pressure Treated Wood. Amherst, MA.

"Consumer Adhesives." 1988. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Linearization of Creep Curves." 1987. Forest Products Society Annual Meeting. Louisville, KY.

"Elastic Behavior of Glass Fiber Reinforced Hardboard." 1986. Forest Products Society Annual Meeting. Spokane, WA.

"Glass Fiber Reinforced Hardboard." 1986. Forest Products Research Conference. Madison, WI.

"Dowel Pins as Connectors for Wood Composite Panels." 1986. Saunders Brothers. Westbrook, ME.



WOOD SCIENCE SPECIALISTS INC.

June 30, 2008

Attorney Aaron Ahlquist
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113

Re: FEMA trailer litigation

Dear Attorney Ahlquist:

Since January 1, 2004, I have had my deposition taken or have given testimony in an arbitration hearing or a courtroom in the following matters:

Date/Activity: January 28, 2008/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 03-CP-26-7169 Riverwalk at Arrowhead Country Club Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: November 29, 2007/courtroom testimony
Client: Full Spectrum of New York, L.L.C., defendant, represented by Atty. Matthew Gordon
Case: William Sylvester v. Full Spectrum of New York (case caption and number not known)

Date/Activity: May 8, 2007/deposition
Client: Atty. Barry Nakell, Chapel Hill, North Carolina, representing plaintiff
Case: No. 02-CVS-2041 Joseph Kintz v. Amerlink, Ltd. and Richard Spoor

Date/Activity: November 8, 2006/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 2005-CP-26-0044 Magnolia North Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: June 19, 2006/deposition
Client: Atty. John Bishop, Massachusetts Water Resources Authority, Boston, Massachusetts, representing defendant
Case: No. 0-5756 A Charles Dumbaugh v. Metropolitan District Commission, et al.

Date/Activity: December 20, 2005/arbitration testimony
Client: Alan Rossilli, Luxury Floors, Inc., Newark, New Jersey, represented by Atty. Ron Tobia
Case: The Gym, LLC. v. Luxury Floors, Inc. (case caption and number not known)

Sincerely,

Stephen Smulski, Ph.D.
President



## LETTER OF AGREEMENT

June 30, 2008

Attorney Aaron Ahlquist
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA 70113

Re: FEMA trailer litigation

Dear Attorney Ahlquist:

This letter is pursuant to our recent telephone conversation and sets forth the terms and conditions under which the services of Wood Science Specialists Inc. are offered.

My fee is $175.00 per hour plus expenses for travel time, on-site inspection, product examination, document review and preparation of reports. Depositions and court appearances are charged at $225.00 per hour plus expenses. A retainer of $2000.00 is needed before I can begin work on any project. Unless other arrangements are made in writing in advance, an itemized invoice listing time spent, services rendered, and expenses incurred will be submitted to you monthly. Payment in full is due upon receipt of the invoice. Checks payable to **Wood Science Specialists Inc.** Federal TIN 04-3159276.

Thank you.

Sincerely,

Stephen Smulski, Ph.D.
President

I wish to retain the services of Wood Science Specialists Inc. under the terms and conditions set forth in this Letter Of Agreement.

_____   __/__/__
name, title, company                        date