# Exhibit "A"

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Mark Romanetz*
*March 16, 2011*

---

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana  46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File Romanetz Mark.txt

Min-U-Script® with Word Index

**FEMA Trailer Formaldehyde Products Liability Litigation**

Mark Romanetz
March 16, 2011

---

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: FEMA TRAILER              )
     FORMALDEHYDE PRODUCTS LIABILITY  )
 4   LITIGATION,                      )
                                      ) MDL NO. 1873
 5   ──────────────────────────────── ) SECTION N (5)
     THIS DOCUMENT RELATES TO:        ) JUDGE: ENGELHARDT
 6   This document applies to all     ) MAGISTRATE JUDGE:
     cases.                           )   CHASEZ
 7                                    )

 8

 9   The Videotaped Deposition of the Corporate

10     Representative of Sun Valley, Inc., through

11   Mark Romanetz

12      Date:    Wednesday, March 16, 2011

13      Time:    9:00 o'clock a.m.

14      Place:   Baker & Daniels
                 202 South Michigan Street
15               Suite 1400
                 South Bend, Indiana
16

17        Called as a witness by Sun Valley, Inc.,

18      in accordance with the Federal Rules

19      of Civil Procedure for the United States

20      District Court, Eastern District of

21      Louisiana, pursuant to Notice.

22   Before Brenda L. Davis, CSR, RPR, RMR, and Notary
23   Public, Porter County, Indiana

24

25
```

Page 2

```
 1   APPEARANCES:

 2           MR. BRENT M. MAGGIO
             MS. LORI D. BARKER
 3             ALLEN & GOOCH
               3900 North Causeway Boulevard
 4             Suite 1450
               Metairie, Louisiana 70002
 5
             On behalf of Sun Valley, Inc.;
 6

 7           MR. HENRY T. MILLER
               U.S. DEPARTMENT OF JUSTICE
 8             1331 Pennsylvania Avenue NW
               Room 8220-N
 9             Washington, D.C. 20001

10           On behalf of The United States of America;

11

12           MR. CHARLES R. PENOT, JR.
               MIDDLEBERG, RIDDLE & GIANNA
13             717 North Harwood
               Suite 2400
14             Dallas, Texas 75201

15           On behalf of Fluor Enterprises;

16           MR. RICK D. MEILS
               MEILS, THOMPSON, DIETZ & BERISH
17             281 East Ohio Street
               Suite 830
18             Indianapolis, Indiana 46204

19           On behalf of Colony Insurance Co.;

20           MR. G. BENJAMIN WARD
21             LARZELERE, PICOU, WELLS, SIMPSON,
                 LONERO, LLC
22             Suite 1100 - Two Lakeway Center
               3850 North Causeway Boulevard
23             Metairie, Louisiana 70002

24           On behalf of ACE Westchester;

25
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2
             MR. GERARDO R. BARRIOS
 3             BAKER, DONELSON, BEARMAN, CALDWELL
                 & BERKOWITZ, PC
 4             3 Sanctuary Boulevard
               Suite 201
 5             Mandeville, Louisiana 70471

 6           On behalf of CH2M Hill Constructors, Inc.;

 7
     APPEARANCES BY TELEPHONE:
 8

 9           MS. SHARI WRIGHT
             MR. DENNIS C. REICH
10             REICH & BINSTOCK, LLP
               4265 San Felipe
11             Suite 1000
               Houston, Texas 77027
12
             On behalf of Plaintiffs;
13

14           MR. HAL L. ROACH, JR.
             MR. THOMAS L. COUGILL
15             WILLINGHAM, FULTZ & COUGILL, LLP
               Neil Esperson Building
16             808 Travis Street
               Suite 1608
17             Houston, Texas 77002

18           On behalf of Jayco, Inc., and Starcraft RV,
               Inc.;
19

20           MR. PHILIP WATSON
               DUPLASS, ZWAIN, BOURGEOIS, PFISTER
21               & WEINSTOCK
               3838 North Causeway Boulevard
22             Suite 2900
               Metairie, Louisiana 70002
23
             On behalf of Gulf Stream Coach, Inc.;
24

25
```

Page 4

```
 1   APPEARANCES BY TELEPHONE CONTINUED:
 2
             MR. PETER R. TAFARO
 3             FRILOT L.L.C.
               1100 Poydras Street
 4             Suite 3700
               New Orleans, Louisiana 70163
 5
             On behalf of Bechtel National, Inc.;
 6

 7           MS. HEATHER CHEESBRO
               LOBMAN, CARNAHAN, BATT, ANGELLE
 8               & NADER
               400 Poydras Street
 9             Texaco Center - Suite 2300
               New Orleans, Louisiana 70130
10
             On behalf of Crum & Forster;
11

12           MR. RANDALL C. MULCAHY
               GARRISON, YOUNT, FORTE & MULCAHY, LLC
13             909 Poydras Street
               Suite 1800
14             New Orleans, Louisiana 70112

15           On behalf of Recreation by Design, LLC,
               TL Industries, Inc., Frontier RV, Inc.,
16             Play'Mor Trailers, Inc., and Cruiser RV,
               LLC;
17

18           MR. KRISTOPHER M. REDMANN
               LUGENBUHL, WHEATON, PECK, RANKIN
19               & HUBBARD
               601 Poydras Street
20             Suite 2775
               New Orleans, Louisiana 70130
21
             On behalf of Liberty Mutual Insurance
22             Corporation;
23

24           Also present:

25           Laura A. Switalski, CLVS
```

---

Page 5

```
1              I  N  D  E  X
2           THE DEPOSITION OF
              MARK ROMANETZ
3
4                                        PAGES
5  DIRECT EXAMINATION   .......................10
6     By Mr. Maggio
7  CROSS-EXAMINATION    ........................55
8     By Ms. Wright
9  CROSS-EXAMINATION    ........................67
10    By Mr. Barrios
11 CROSS-EXAMINATION    ........................96
12    By Mr. Penot
13 CROSS-EXAMINATION    .......................102
14    By Mr. Miller
15 CROSS-EXAMINATION    .......................193
16    By Mr. Penot
17
18          E  X  H  I  B  I  T  S
19 SUN VALLEY                             MARKED
20  1 - Notices of deposition  .....................8
21  2 - SV Travel Trailer VIN Example  ............19
22  3 - Owner's Manual  ...........................24
23  4 - Photographs  ..............................34
24  5 - Photographs  ..............................38
25  6 - Amended Complaint for Damages  ............54
```

Page 6

```
1           E  X  H  I  B  I  T  S
2
   SUN VALLEY EXHIBIT                     MARKED
3
4   7 - Travel Trailer Installation  ...............79
5   8 - FEMA Field Inspector's Guide  .............81
6   9 - TT Installation at Private Individual Sites  1
7  10 - Temporary Housing Unit Inspection Report  .96
8  11 - Unit Inspection Report  ...................96
9  12 - E-mail  .................................147
10 13 - E-mail  .................................166
11 14 - CIAQ Mission, Objectives and Action Plan  171
12 15 - FEMA Model TT Procurement Specs  ........156
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
1        VIDEOGRAPHER: Good morning.
2  We're now on the record at 9:12 a.m.
3  Today's date is March 16, 2011.
4        This is the case of FEMA
5  Trailer Formaldehyde Products
6  Liability Litigation, a 30(b)(6)
7  deposition of Sun Valley,
8  Incorporated, in the United States
9  District Court, Eastern District of
10 Louisiana, MDL number 1873.
11       Will the attorneys present
12 please introduce themselves, who
13 they represent, and will the court
14 reporter please swear in the
15 Deponent.
16       MR. MAGGIO: This is Brent
17 Maggio for Sun Valley, Inc.
18       MS. BARKER: Lori Barker for
19 Sun Valley, Inc.
20       MR. BARRIOS: Gerry Barrios
21 for CH2M Hill Constructors, Inc.
22       MR. WARD: Ben Ward for
23 Westchester.
24       MR. MEILS: Rick Meils for
25 Colony.
```

Page 8

```
1        MR. PENOT: Charles Penot for
2  Fluor Enterprises, Inc.
3        MR. MILLER: Henry Miller for
4  the United States of America.
5        MR. MAGGIO: Shari, if you
6  would, go ahead and announce your
7  participation.
8        MS. WRIGHT: Shari Wright for
9  the Plaintiff.
10 (Witness sworn.)
11       MR. MAGGIO: Again, this is
12 Brent Maggio for Sun Valley.  We are
13 here today for the corporate
14 deposition of Sun Valley.  This
15 deposition is being taken pursuant
16 to, actually, four different
17 notices, two issued by Sun Valley
18 and two issued by the Plaintiffs.
19       I'm going to attach all four
20 of those notices in globo as an
21 exhibit marked Sun Valley 1.
22 (Sun Valley Deposition Exhibit 1
23 marked for identification.)
24       MR. MAGGIO: Also, pursuant to
25 Pretrial Order number 36, which is
```

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 9

1 record document 1386, Mr. Romanetz
2 is again being appointed as our
3 corporate representative today. And
4 he, along with the other
5 representatives that will be
6 testifying, will be again designated
7 as corporate representatives to
8 answer questions on behalf of the
9 corporation.
10     To the extent somebody asks
11 him a question for which the witness
12 has not been designated as a
13 corporate representative, or, if I
14 believe that it is outside the scope
15 of the corporate deposition notices,
16 I'm going to make an objection,
17 state my objection on the record;
18 however, I will allow the witnesses,
19 including Mr. Romanetz, of course,
20 to testify as to those questions
21 subject to my objection because,
22 according to this Pretrial Order,
23 these witnesses can be deposed only
24 once without leave of court.
25     So with that, let's go ahead

Page 10

1 and begin.
2     MARK ROMANETZ
3 Called as a witness by Sun Valley, Inc., having
4 been first duly sworn, was examined and testified
5 as follows:
6     DIRECT EXAMINATION
7 BY MR. MAGGIO:
8 Q. Sir, if you would go ahead and introduce yourself
9    to the Jury.
10 A. My name's Mark Romanetz.
11 Q. Mr. Romanetz, go ahead and give us your physical
12    address, home address.
13 A. 20870 Timber Ridge Drive, Bristol, Indiana,
14    46507.
15 Q. Sir, first of all, you know you've been sworn,
16    put under oath to tell the truth. It's just as
17    if you were present with the judge --
18 A. Yes.
19 Q. -- and a jury. You understand that.
20 A. Yep.
21 Q. Try to allow us to finish asking our question
22    before you speak. Because if we talk over one
23    another, the court reporter can't type both of us
24    up at the same time.
25 A. Okay.

Page 11

1 Q. Try not to say "uh-uh" or "uh-huh" because she
2    cannot type that up either. If you do, I'll ask
3    you whether that's a yes or a no.
4 A. Okay.
5 Q. You're entitled to explain all of your answers.
6    If you don't know something or if you don't
7    remember something, tell us that. Otherwise,
8    we'll assume that you know what you're talking
9    about.
10 A. Okay.
11 Q. And then the last thing is you have the right to
12    read and sign this deposition once it's
13    transcribed, which will be in a few weeks, to
14    make sure that it's been taken down accurately by
15    the court reporter.
16 A. Okay.
17 Q. And I would ask that you exercise that right and
18    comply with her instructions.
19 A. Okay.
20 Q. The only other thing is -- really, it pertains to
21    counsel who are participating by phone, and that
22    is, I would ask that you mute your telephone,
23    because every time you make some movement on your
24    end it's going to come through and distort the
25    video when it's played back.

Page 12

1     With that, Mr. Romanetz, tell me at some
2    time were you employed by Sun Valley,
3    Incorporated?
4 A. Yes, I was.
5 Q. Tell me, when was that?
6 A. January of 2000, I started my employment with
7    Sun Valley.
8 Q. Before 2000, were you working for Sun Valley's
9    predecessor?
10 A. Yes. Sunlight, Incorporated.
11 Q. When did you begin working for Sunlight?
12 A. January of 1984.
13 Q. And for what period of time was that company
14    called Sunlight?
15 A. I believe the company started in October of 1980.
16    And all the way through December 1999, it was
17    Sunlight, Incorporated.
18 Q. And you began there in January of '84?
19 A. Correct.
20 Q. Where was Sunlight located, what approximate
21    area, back then?
22 A. Elkhart County. It was on -- at County Road 17
23    in Elkhart.
24 Q. And that's Elkhart, Indiana?
25 A. Correct. Sorry.

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

---

Page 13

1  Q. A town what, located a little outside of
2     South Bend?
3  A. Yeah, about 20, 23 miles from South Bend.
4  Q. When you began working for Sunlight back in 1984,
5     what was your title with the company?
6  A. Tow motor driver.
7  Q. I'm sorry?
8  A. I ran the tow motor. I ran a forklift.
9  Q. Why don't you go ahead and take us through your
10    employment positions what Sunlight over the
11    years.
12 A. In '84, I started as a forklift driver/receiver.
13    Did that for probably six, seven months. And we
14    had a production manager that was retiring, so
15    they groomed me for production manager position.
16    So I learned everybody's job. Basically, did
17    everybody's job on the production line.
18        Then in March of '85, they lost a salesman
19    and asked me if I wanted to jump into sales.
20    "Sure. I'll try anything once." Jumped into
21    sales. Ended up in sales all the way up through
22    '99. Became sales manager and also part owner
23    of Sunlight two years before it was dissolved.
24 Q. When you were working for Sunlight, what were the
25    types of products that it manufactured?

---

Page 14

1  A. Tent campers, truck campers, and travel trailers.
2  Q. And explain to us, what is a travel trailer?
3  A. Travel trailer is a trailer with either two,
4     three sets of axles that's being pulled by a
5     pickup truck, SUV, car.
6  Q. And so when you were working for Sunlight, were
7     you familiar with the manufacturing process of
8     travel trailers?
9  A. Yes. I would say so. Yes.
10 Q. What involvement did you have with respect to
11    that?
12 A. Well, I mean, I groomed with production, so I --
13    you know, I knew every aspect of building the
14    trailers from the ground up. I was also in --
15    you know, at points was involved with the
16    purchasing end of it also, so...
17 Q. And then around 1999, the year 2000 Sunlight was
18    acquired and renamed what, Sun Valley? Is that
19    what happened?
20 A. Sun Valley, correct.
21 Q. Tell me about that.
22 A. Sunlight, Incorporated was foreclosed on by the
23    bank in December of '99 and a group of investors
24    came in and bought the assets from the bank and
25    started Sun Valley in January 2000.

---

Page 15

1  Q. At that point what was your position with Sun
2     Valley?
3  A. They kept me on board as general manager of the
4     Truck Camper Division, and they hired another
5     person, I believe, to run the Travel Trailer
6     Division.
7  Q. Go ahead and fill me in on your positions with
8     Sun Valley.
9  A. I was head of the Truck Camper Division for about
10    a year. They decided that I needed to be put
11    in -- run the whole company, so they put me in
12    charge of everything, travel trailers, truck
13    campers, the whole company. And that was
14    probably March of 2001, something like that. So
15    at that point, I became president of Sun Valley
16    and ran it until 2008.
17 Q. So from approximately March 2001 until 2008 you
18    were president of Sun Valley, Incorporated?
19 A. Correct.
20 Q. And that put you over or in charge of also the
21    Travel Trailer Division as well?
22 A. Everything that Sun Valley built.
23 Q. What happened in 2008?
24 A. The economy.
25 Q. Go ahead and, if you would, elaborate.

---

Page 16

1  A. The economy hit us pretty hard. We had to make a
2     decision whether to keep it running, put more
3     money into it. And we made that determination
4     that it wasn't worthwhile to do it, so we ended
5     up closing Sun Valley down in December of 2008.
6  Q. What was it that led to the company's, I guess,
7     closing down in December of 2008?
8  A. Fuel pricing, interest rates -- not so much
9     interest rates, but retail customers not being
10    able to get financed, dealer end of it;
11    everything tightened up, so the dealers were
12    getting foreclosed on by their banks, so there
13    was a lot of buy-backs that ended up hitting us
14    pretty hard that year, so buy-back, buying back
15    inventory that might be two or three years old
16    at full price, buying it back and then having to
17    resell it at a discount, it just hurt our
18    pocketbook, the cash flow.
19 Q. Explain to us the buy-back, I guess, protocol in
20    y'all's industry.
21 A. Typically, an RV dealer will buy travel trailers
22    through either a local bank or a lot of national
23    firms, GE is one of them, they would buy that.
24    And to get that credit line they'd have a
25    manufacturer sign that they would buy it back

---

Page 17

1 after a certain period, depending on the bank or
2 whatever.
3     That period depended on what the bank
4 decided they wanted to do and what we could
5 negotiate with them. But if the dealer went into
6 default for any reason, the manufacturer would
7 have to buy back that product.
8     So, you know, with the economy downturn and
9 not selling anything and stuff sitting there, a
10 lot of dealers were folding. So that's what the
11 buy-back is.
12 Q. And when you were president of Sun Valley, what
13 kind of products did it manufacture?
14 A. Again, truck campers, travel trailers. We were
15 building tent campers, but that stopped with
16 Sunlight, we didn't build them with Sun Valley.
17 Q. And throughout the time that Sun Valley was in
18 existence where was it located?
19 A. In Elkhart, like 23 miles from South Bend.
20 Q. Throughout the years has Sun Valley always used
21 the same manufacturing process to develop and --
22 design and develop its travel trailers?
23 A. Yeah, since '84 we've built the trailers the same
24 way, just different shapes, that's it.
25 Q. What about in terms of the raw materials?

Page 18

1 A. Raw materials never changed. I mean, you know,
2 obviously, we changed wood panel color and
3 fabrics. But, you know, as far as buying
4 specific raw materials that were different, no,
5 it was all the same.
6 Q. When Sun Valley would sell its trailers, who
7 would it typically sell its trailers to? And by
8 that I mean was it the general public or
9 wholesalers, distributors? How would it do its
10 business?
11 A. Distributors. Distributors. We never sold
12 retail. We sold to distributors and the
13 distributors would sell to the retail.
14 Q. What, if any, type of inspection process did
15 Sun Valley have with respect to the trailers that
16 it manufactured?
17 A. We set up an inspection system that started from
18 the beginning of the production line all the way
19 to the end. So they were checking and making
20 sure that everything was up to code and within
21 specs.
22 Q. So you had persons designated for that particular
23 purpose --
24 A. Correct.
25 Q. -- throughout the line?

Page 19

1 A. Correct.
2 Q. One thing I do want to go ahead and discuss with
3 you is the serial numbers for a typical Sun
4 Valley trailer. The document that I'm going to
5 show you has been Bates labeled Sun Valley
6 01-00435. I'm going to mark it as Exhibit Sun
7 Valley 2.
8     (Sun Valley Deposition Exhibit 2
9     marked for identification.)
10 BY MR. MAGGIO:
11 Q. And what I have on this piece of paper, you
12 recognize what that numbering system is?
13 A. Correct.
14 Q. That's a serial number that I got off one of the
15 travel trailers. And I'll tell you, it's for a
16 particular individual by the name of Charles
17 Marshall.
18 A. Okay.
19 Q. If you would, go ahead and read that serial
20 number for us.
21 A. 1S as in Sam 4 B as in Bob T as in Tom
22 302063014780.
23 Q. Now, if you would, go ahead and explain to us
24 that numbering system.
25 A. The way I understand it, 1S4 is the manufacturer.

Page 20

1 B would be the trailer type.
2 Q. Before we go on, with respect to the 1S4, you say
3 that's the manufacturer.
4 A. Which would be Sun Valley.
5 Q. In this case, who was that?
6 A. Sun Valley.
7 Q. All right. The next one.
8 A. B is trailer type, which is a Road Runner travel
9 trailer. T is the body style, which means
10 travel trailer. Three zero would be the trailer
11 length.
12 Q. And so in this case, what does that represent?
13 A. Thirty feet.
14 Q. Okay.
15 A. Two is the number of axles, it has two axles
16 underneath it. I'm not totally sure on the rest
17 of them. The check digit, it'd be a zero. The
18 year, I know the year is the six. Plant
19 location, I'm not totally sure if the three is
20 that. The last part of it, the 014780, is the
21 individual serial number that we -- in numerical
22 order any time we build a travel trailer.
23 Q. Gotcha. Thank you.
24     At this time I would offer that document
25 into evidence as Sun Valley Number 2.

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 21

1    What I want to do now is talk about the
2   RVIA. Are you familiar with that?
3 A.  Recreational Vehicle Association?  Yes.
4 Q.  Who is the Recreational Vehicle Industry
5   Association?
6 A.  It's a government -- governing body that is --
7   they come in on a regular basis and, if you're a
8   member, they inspect your trailers, make sure
9   they're up to code, your electrical, your
10   plumbing, everything that needs to be inspected.
11 Q.  Was this a recreational vehicle industry that
12   promulgated various standards for companies like
13   Sun Valley to comply with --
14 A.  Yes.
15 Q.  -- if it belonged to it?
16 A.  Yes.
17 Q.  Did Sun Valley ever belong to the RVIA?
18 A.  Yes.
19 Q.  Throughout the whole time that you were there,
20   from 2001 through 2008?
21 A.  Correct.
22 Q.  And what would the RVIA do to make sure that its
23   members, such as Sun Valley, were complying with
24   its standards?
25 A.  Well, on a regular basis -- and I would -- I'm

Page 22

1   not sure if it's monthly, every other month --
2   they would come in and inspect our physical
3   plants, product that's on the production line,
4   finished goods that are sitting in our waiting-
5   to-ship area they would inspect to make sure
6   they're up to code, find any deviations that we
7   would have, we'd have correct them, send them
8   back a letter saying what we did to correct them.
9    But they kept that on a regular basis.  And
10   they also did -- you had schools that you could
11   take your -- send your people to so they could
12   educate -- get educated on all the codes, also.
13 Q.  And so the governing board, or the RVIA or their
14   inspectors, would come by the Sun Valley plant
15   from time to time --
16 A.  Correct.
17 Q.  -- to make sure that the trailers you all were
18   building complied with their industry standards?
19 A.  Correct.
20 Q.  At any time when you were with Sun Valley did the
21   RVIA ever issue any complaints or citations to
22   Sun Valley regarding formaldehyde?
23 A.  No.
24 Q.  Did Sun Valley build its trailers in accordance
25   with the RVIA standards?

Page 23

1 A.  Yes.
2 Q.  You've been in this business, it looks like, from
3   around 1984 through at least 2008.  That's about
4   24 years, correct?
5 A.  Correct.
6 Q.  Given that experience, are you familiar with the
7   industry standards, regulations and codes that
8   pertain to the design and manufacture of travel
9   trailers?
10 A.  Yes.
11 Q.  Throughout the time that Sun Valley was producing
12   its travel trailers -- which was from 2001
13   through the end of 2008, correct?
14 A.  Correct.
15 Q.  -- throughout that entire time, were there ever
16   any industry standards, such as the RVIA
17   standards, codes or regulations that limited the
18   amount of formaldehyde that could be emitted
19   within travel trailers?
20 A.  No.
21 Q.  Throughout the period of time when Sun Valley was
22   making its travel trailers, from 2001 through
23   that time period that you talked about when they
24   closed its doors, were there ever any type of
25   codes, standards, guidelines or regulations that

Page 24

1   limited the amount of formaldehyde that could be
2   contained within travel trailers' raw materials;
3   such as, wood products?
4 A.  No.
5 Q.  I now want to talk about the Owner's Manual.  As
6   I understand it, Sun Valley had an owner's manual
7   for its travel trailers.
8 A.  Correct.
9 Q.  Explain to me how this Owner's Manual would make
10   its way to the ultimate purchaser or user of the
11   travel trailer.
12 A.  The Owner's Manual is shipped with the travel
13   trailer to our distributor.  The distributor is
14   supposed to then pass it on to the end user and
15   explain it to them.  And that's how the end user
16   got the Owner's Manual.
17 Q.  And these distributors who Sun Valley would sell
18   its trailers to, they were not employees of Sun
19   Valley, were they?
20 A.  No.  No.
21 Q.  The document that I'm going to hand to you, it's
22   marked -- I'm going to mark it as Exhibit Sun
23   Valley 3, it bears Bates label 01-00120 through
24   01-00159.
25    (Sun Valley Deposition Exhibit 3

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 25

1     marked for identification.)
2  BY MR. MAGGIO:
3  Q. And if you would, go ahead, take a look at it and
4     tell me, what is this?
5  A. This is our Owner's Manual for travel trailers
6     and fifth wheels.
7  Q. And if you would, hold it up.
8  A. Sun Valley's Owner's Manual. Sorry.
9  Q. If you would, hold it up, let the Jury see it.
10  A. (Witness complies).
11  Q. Okay. Now, with respect to Sun Valley, was its
12     travel trailers designed or marketed for or made
13     for full-time residential use or for commercial
14     purposes?
15  A. No.
16  Q. Explain that to me.
17  A. Our travel trailers were meant for the "weekend
18     warrior" or somebody that's going to take it out
19     for a couple weeks. That's the intent. It's a
20     recreational travel trailer.
21  Q. And if you would, turn to page seven of your
22     Owner's Manual, in the "Warranty Exclusions"
23     section.
24  A. Uh-huh.
25  Q. Does it, in fact, state that in paragraph three?

Page 26

1  A. Yeah, number three, "Any vehicle used for
2     commercial purposes, or full time...use." That's
3     warranty exclusions under the "Warranty
4     Exclusions" area.
5  Q. And with respect to the warranty, according to
6     page eight of your Owner's Manual, who did this
7     warranty extend to?
8  A. This warranty extends only to the original
9     purchaser and is non-transferable. So original
10     purchaser.
11  Q. All right. Did the Owner's Manual contain
12     detailed instructions about how the person who's
13     using the trailer should go about inspecting and
14     maintaining the trailer?
15  A. Yes.
16  Q. If you would, turn to pages 17 and 18 of the
17     Owner's Manual. What are these two pages talking
18     about?
19  A. That's the "Maintenance Schedule" right there.
20     That tells you exactly what to do each month,
21     three months, six months, each year.
22  Q. Again, if you would, hold that up to the Jury so
23     we can see that.
24  A. (Witness complies).
25  Q. And that's entitled: "Maintenance Schedule"?

Page 27

1  A. Yep. Correct.
2  Q. And is there a section for the windows and doors?
3     The third item down?
4  A. Yes, "Windows and Doors."
5  Q. Tell us briefly what the occupant is supposed to
6     do with respect to the windows and doors.
7  A. Well, each month they need to check the vinyl
8     seals and wash the exterior, check -- every three
9     months check the seals for damage and repair as
10     needed, lubricate any door hinges, step
11     components, etcetera.
12        And then every year, lubricate the window
13     latches with graphite or light oil, and lube any
14     door locks, strike pockets, including exterior
15     storage and access doors.
16  Q. Okay. And so they need to be making sure --
17  A. They need to check that the seals and everything
18     -- sorry, I didn't mean to interrupt. They need
19     to be checking to make sure the seals are not
20     cracked or wearing out during the time they have
21     it.
22  Q. And what about the section just above that that's
23     entitled, "Roof and Roof Components," what does
24     that talk about?
25  A. Same thing, inspect and reseal as needed, you

Page 28

1     need to keep it clean. I mean, the sun does a
2     lot of damage.
3  Q. I see there's a -- in that section it talks about
4     lubricate the roof vent mechanism. What is that?
5  A. Same thing. You add a roof vent in there for
6     ventilation. There's a mechanism that cranks it
7     up and cranks it down. You need to make sure
8     that stays lubricated so it doesn't jam up or
9     break.
10  Q. And then underneath the "Windows and Doors"
11     section there's a section called, "Seals and
12     Adhesives." What is that?
13  A. That's just the whole trailer, because it's not
14     -- seals and adhesives around the whole trailer,
15     the corners, the exterior vents for the heating,
16     refrigerator system. It just means inspect and
17     reseal as needed. And that's mainly thing.
18  Q. And so in addition to this checklist that's found
19     on page 17, what do we see on page 18 with
20     respect to the roof vents and the windows?
21  A. It's basically saying preventative maintenance.
22  Q. And does it go into more detail about what --
23  A. It goes into more detail exactly what to do.
24     Exactly what to do.
25  Q. Now, when you go through the entire Owner's

FEMA Trailer Formaldehyde Products Liability Litigation

Page 29

1  Manual, I take it there's no mention in here at
2  all about formaldehyde; is that correct?
3  A.  That is correct.
4  Q.  And why is that?
5  A.  Because it's a non-issue.
6  Q.  Explain to me that.
7  A.  It never became an issue.  It never was an issue.
8  And I've used the trailers for years and I've
9  never had an issue.
10 Q.  So from the time that you were involved in the RV
11  business, in particular, the travel trailers,
12  when you were with Sunlight back in '84, all the
13  way through the time that Sun Valley closed its
14  doors in December 2008, was formaldehyde ever an
15  issue within the RV industry?
16 A.  No.
17       MR. MILLER:  Objection.
18       Foundation.
19  BY MR. MAGGIO:
20 Q.  If formaldehyde was an issue in the travel
21  trailer business while you were involved in it
22  with Sunlight or Sun Valley, would you be aware
23  of it?
24 A.  Yes.
25 Q.  Did you ever find it to be an issue with any of

Page 30

1  the trailers that Sun Valley manufactured?
2  A.  No.
3  Q.  In any of the ones that Sunlight manufactured?
4  A.  No.
5  Q.  And I take it -- do you have personal use or
6  personal experience with travel trailers of your
7  own?
8  A.  Travel trailers, truck campers.  I have used them
9  ever since I've been a kid.  I've used them
10  during Sunlight days.  And I personally own one
11  of the Sun Valley travel trailers.
12 Q.  The Sun Valley travel trailer that you own, when
13  was it manufactured?
14 A.  2008.
15 Q.  Now, I know that you were the president of the
16  company.  Does that mean that you got the special
17  presidential travel trailer?  Or what type of
18  trailer did you have?
19 A.  Same as everybody else's.  Same as -- you could
20  have bought that one.
21 Q.  What size/type of travel trailer did you have?
22  Or do you have?
23 A.  It's a 30-foot travel trailer -- actually,
24  probably about 32 feet, and it's got a slide-out
25  on it.  Very similar to travel trai-- every

Page 31

1  travel trailer we built.
2  Q.  And do you still have that travel trailer today?
3  A.  I still have it.  And my five-year-old and
4  six-year-old love it.
5  Q.  And what does you and your family use your travel
6  trailer for?
7  A.  We're "weekend warriors."  That's the only time
8  I get away.  So we leave on a Friday night, use
9  it Saturday and Sunday and come home.
10 Q.  The travel trailer that you currently have, you
11  your wife and your children use it on a weekend
12  basis for recreational use?
13 A.  Yeah.  Correct.
14 Q.  And throughout the time that you've had this
15  travel trailer have you experienced, or have any
16  of your family members experienced, any type of
17  problems with formaldehyde odors with the
18  trailer?
19 A.  No.
20 Q.  Has it made any of you sick?
21 A.  No.
22 Q.  Was your travel trailer that you used, was it
23  made the same way and with the same products as
24  all the other travel trailers that were made by
25  Sun Valley?

Page 32

1  A.  Nothing different.
2  Q.  The Owner's Manual, on page 29, does it address
3  what a person -- an occupant of a Sun Valley
4  travel trailer should do if he or she smells like
5  an offensive odor such as gasoline?
6  A.  If you smell gas --
7       MR. MILLER:  Objection.
8       Mischaracterizes the document.
9  BY MR. MAGGIO:
10 Q.  According to page 29 of the Sun Valley Owner's
11  Manual --
12 A.  Okay.
13 Q.  -- what does it state in terms of ventilation?
14 A.  It says, if you smell gas, obviously, extinguish
15  all the flames, do not touch any electrical
16  switches, shut off the gas supply, open doors and
17  other ventilation openings, and leave the area
18  until the odor clears.
19 Q.  Sounds like pretty common sense stuff.
20 A.  Yeah, you would think.
21 Q.  And open doors and other ventilation openings,
22  "ventilation openings," what do y'all mean by
23  that?
24 A.  Well, just like we talked about, lubricating the
25  assembly on the vent.  There's a vent on the roof

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 33

1    on your travel trailers, crank it up, open that
2    up. Open up the windows. There's a screen door
3    on the entrance door, open that up and let the
4    air flow through.
5        MR. MAGGIO: Somebody's doing
6    something on the phone. If they
7    would, back off just a tad.
8        MR. MILLER: Everybody make
9    sure you move your phones, okay?
10   We're hearing somebody on the phone
11   here.
12       MS. WRIGHT: Okay. It may be
13   me. I'm walking into my office.
14       MR. MAGGIO: Oh, okay. We'll
15   let you get there.
16   (Discussion held off the record.)
17       VIDEOGRAPHER: Off the record
18   at 9:41.
19   (Discussion held off the record.)
20       VIDEOGRAPHER: Back on the
21   record at 9:49. Please continue.
22   BY MR. MAGGIO:
23 Q. Mr. Romanetz, again, that's the Sun Valley
24   Owner's Manual that you have in front of you,
25   it's marked Exhibit Sun Valley 3, correct?

Page 34

1 A. Correct.
2 Q. I'm going to go ahead and offer that into
3   evidence as the next exhibit.
4      We were talking about different ways that
5   the occupant could ventilate his or her trailer,
6   correct?
7 A. Correct.
8 Q. I have some photographs of the Charles Marshall
9   trailer that I want to direct your attention to.
10 A. Okay.
11 Q. I'm handing them to you, they're in front of you
12   now, they bear Bates number Sun Valley 01-00101
13   through 01-00104. That should be a total of four
14   color photographs, correct?
15 A. Correct.
16 Q. I'm going to mark that as Sun Valley Exhibit 4.
17      (Sun Valley Deposition Exhibit 4
18      marked for identification.)
19   BY MR. MAGGIO:
20 Q. If you would, the first page, the one labeled
21   101 --
22 A. Uh-huh.
23 Q. -- just hold that one page up to the Jury first.
24 A. (Witness complies).
25 Q. Using the red pen that you have there in front of

Page 35

1    you, I want you to draw an arrow marking the
2    ventilation vents that are located at the top of
3    the trailer, if any.
4 A. Mind if I use 02?
5 Q. Okay. If you'd rather use 02, that's fine.
6 A. It's a little bit bigger.
7 Q. Okay, use 102.
8 A. I'll use 02, little bit bigger photo. And right
9    at the top is a vent in the roof. And then,
10   obviously, this is the air conditioner, that can
11   also be turned on fan and ventilate air through.
12 Q. What's that thing on the back, all the way to the
13   left?
14 A. This is also going to be a vent. That is your
15   bathroom vent in the back. So you can have
16   ventilation in the back, in the bathroom, and
17   then also in the front bedroom.
18 Q. When you say, "the front bedroom," that's the
19   master bedroom?
20 A. Correct, that's the master bedroom. And back
21   here where the two windows are, those are the two
22   bunk beds, or the bunk beds.
23 Q. And we're looking at photograph 102, correct?
24 A. Correct.
25 Q. Also, on this particular side of the trailer that

Page 36

1    we're looking at, where the door's located, how
2    many different types of ventilation windows do we
3    have here?
4 A. You have four different windows, all sliding
5    windows, they open halfway. So there's one, two,
6    three and four.
7 Q. The two windows to the far left of the trailer,
8    where are those located inside the trailer?
9 A. That's in the bunk area, the upper bunk and the
10   lower bunk.
11 Q. You're talking about the bunk beds?
12 A. Bunk beds, correct.
13 Q. Then there's a trailer -- I mean a window to the
14   right of that, kind of a bigger window. Where is
15   that one located?
16 A. That is the kitchen area, or dinette area, for
17   eating purposes.
18 Q. And then there's a fourth window way off to the
19   right. Where is that one located?
20 A. The front bedroom.
21 Q. Then, of course, we have the door. Tell me how
22   that works.
23 A. Door opens up. You also have a screen door
24   attached. So you could just open the hard
25   part of the door and just have the screen open or

Page 37

1    just have it fully open for entrance.
2           MR. MILLER: Is the screen on
3    the interior?
4           THE WITNESS: Yeah, it's on
5    the interior. Yep. Correct.
6    BY MR. MAGGIO:
7    Q.  And then if you look at the photo that's marked
8        104, we're now looking more towards the front of
9        the trailer, correct?
10   A.  Correct.
11   Q.  Is that the Road Runner name and picture of the
12       roadrunner on the front?
13   A.  Yeah, that's the Road Runner name and with our
14       emblem.
15   Q.  And that's the type of travel trailer that Sun
16       Valley was making over the years, correct?
17   A.  Yeah, that's the type of travel trailer that
18       we've been making several years. Were making for
19       several years.
20   Q.  Is this what they call a "bunkhouse trailer"?
21   A.  This is our 30-foot BH.
22   Q.  What --
23   A.  Three zero BH is the model number.
24   Q.  And these are on -- these photographs show that
25       this trailer is on cinderblocks, correct?

Page 38

1    A.  Correct.
2    Q.  And everything looks fine.
3    A.  Everything looks fine to me.
4    Q.  All right. That's all the questions that I have
5        about these set of photographs. I'll go ahead
6        and mark that as, again, and introduce it as our
7        next exhibit, Sun Valley 4.
8           (Sun Valley Deposition Exhibit 5
9           marked for identification.)
10   BY MR. MAGGIO:
11   Q.  The next set of photographs I want to direct your
12       attention to is a set of photographs that have
13       been marked as -- Bates labeled as Sun Valley
14       01-00108 --
15   A.  Uh-huh.
16   Q.  -- through Sun Valley 01-00119.
17   A.  Okay. I have them.
18   Q.  Again, if you would, show the Jury the first one,
19       the 108. Is this another Sun Valley Road Runner
20       trailer?
21   A.  Correct.
22   Q.  Now, on this trailer we're looking at the side of
23       the trailer that is opposite the door, correct?
24   A.  Correct.
25   Q.  How many windows do we have on this side of the

Page 39

1    trailer?
2    A.  This is showing three windows. Again up at the
3        bedroom. This is going to be the sofa area,
4        there's a sofa in there. And then this will be
5        right at the kitchen.
6    Q.  And so this trailer has three windows, sliding-
7        type windows --
8    A.  Correct.
9    Q.  -- on the side of the trailer that's opposite the
10       door.
11   A.  Yeah. Off-door side, yes.
12   Q.  And then if you look at the next photo, 109 --
13       show that to the Jury.
14   A.  (Witness complies).
15   Q.  -- what does this show us about the other side of
16       the trailer --
17   A.  It's the other side --
18   Q.  -- the side where the door is?
19   A.  Correct. It's the same as the other set of
20       photos that we looked at. Bunk windows, dinette
21       window, entrance door, and then the front bedroom
22       window.
23   Q.  And how many windows do we have on this side?
24   A.  Four.
25   Q.  Would this have been the same configuration as

Page 40

1    the Marshall trailer that we looked at earlier?
2    A.  Yes, it's an identical trailer.
3    Q.  Same amount of windows?
4    A.  Correct.
5    Q.  Same amount of vents?
6    A.  Yep.
7    Q.  Now, on this one here, photograph 109, do you see
8        the two vents on the top of the roof again?
9    A.  Yeah. And actually -- this one is actually
10       cranked open here, they already got the one up,
11       in the bedroom again, and then you got the one at
12       the back, in the bathroom area.
13   Q.  Circle for me those two vents that are on top of
14       the roof of the trailer.
15   A.  (Witness complies). The front and one at the
16       back.
17   Q.  The next page, 110, what does that show us?
18   A.  That's the recreational vehicle -- RVIA sticker
19       that shows that we're in compliance with RVIA,
20       it's numbered. So that's applied to this
21       particular serial number.
22   Q.  The next photograph is 111. What does that show
23       us?
24   A.  I was talking about the windows earlier, the one
25       that was by the sofa. This is the sofa. It's in

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 41

1 the lay-down/bed position. That's your sofa.
2 And then there's your window, your ventilation
3 window.
4 Q. And it looks like there's two windows also on
5 either side.
6 A. This will be your bedroom, and then this will be
7 your kitchen, start of your kitchen, right here.
8 Q. The next photo is 112. What is that?
9 A. That's your dinette window -- your entrance door,
10 excuse me, and then your dinette window, where
11 your dinette is. This doesn't show the screen,
12 but there's a screen attached to the hard side of
13 the door.
14 Q. The next photograph is 113. What does that
15 reflect?
16 A. Sofa area here, again the sofa window, and here's
17 the kitchen with the kitchen window.
18 Q. What is that thing in the ceiling there, that
19 white thing?
20 A. That's your air conditioner that we saw in the
21 exterior photos.
22 Q. Gotcha. The next photograph is 114.
23 A. That's your master bedroom, front bedroom area
24 window. And then you can barely see -- we were
25 talking about roof vents, and you can barely see,

Page 42

1 right there's the start of the roof vent, at the
2 very top of that photo.
3 Q. You circled that in red for us?
4 A. Yep.
5 Q. And the way that roof vent works is -- what do
6 you -- how do you do it?
7 A. Just manually crank it up.
8 Q. And then that allows the air to go -- ventilate
9 in and out?
10 A. Heat and air to escape, yeah. Correct.
11 Q. Or if you have any obnoxious odors inside the
12 trailer.
13 A. Yeah, anything that common sense would throw you
14 to open up.
15 Q. Right. Photograph 115, what does that shows us?
16 A. This is your bathroom area, lavatory and that.
17 And then you've got, again, another roof vent up
18 at the top. Again, you crank it up and open it
19 up.
20 Q. Again, if you would, circle that for us in red.
21 A. (Witness complies). Right there.
22 Q. Gotcha. 116, what is that?
23 A. That's your bunk area, lower bunk, upper bunk,
24 lower window, upper window.
25 Q. Okay. And both of those windows slide out to let

Page 43

1 ventilation happen?
2 A. Both of them slide off to the side. They both
3 open up.
4 Q. Next photograph is 117. What is that?
5 A. This is the roof vent that's in the bathroom,
6 it's a 12-volt, it actually has a fan. So if
7 you're plugged in -- either plugged in or have a
8 battery attached to the trailer, all you got to
9 do is crank it up, hit this little black button
10 here, and it starts that fan so it sucks the air
11 out.
12 Q. So if there's some obnoxious odor in the
13 bathroom --
14 A. Yes.
15 Q. -- where the toilet's located, that allows the
16 air --
17 A. That'll pull it out.
18 Q. -- to get out.
19 A. Yep. Correct.
20 Q. All right. The next photograph is 118.
21 A. This is just the air conditioner, the controls
22 for the air conditioner, low fan, medium fan,
23 high fan. You can also run air conditioner. So
24 you can just turn that on and circulate the air
25 out.

Page 44

1 Q. And the last photograph, 119, what is that?
2 A. That looks like it's the roof vent in the
3 bedroom.
4 Q. The master bedroom?
5 A. Master bedroom.
6 Q. It has the crank handle as well, correct?
7 A. Correct.
8 Q. All right. At this time I'm going to introduce
9 those set of photographs as Sun Valley Exhibit
10 Number 5.
11 When our customers -- as I understand, our
12 customers, meaning Sun Valley's customers, were
13 distributors, correct?
14 A. Correct.
15 Q. Did those distributors, any of our customers,
16 ever place any orders for travel trailers that
17 limited the amount of formaldehyde levels that
18 they wanted withinside their trailer?
19 A. No.
20 Q. Did any of the orders ever even address
21 formaldehyde in any way?
22 A. No.
23 Q. Did they ever request any kind of low
24 formaldehyde- or no formaldehyde-emitting type of
25 wood products?

Min-U-Script®

Page 45

1 A. No.
2 Q. Had you ever even heard of that back then?
3 A. No.
4 Q. And you'd been in this business since '84.
5 A. Correct.
6 Q. Did any of our customers or distributors ever
7    request that we test the trailers --
8 A. No.
9 Q. -- for any kind of formaldehyde levels?  You
10   know, when we got finished with the manufacturing
11   process.
12 A. No.  They just wanted travel trailers.  We needed
13   to get them as quickly as possible.
14 Q. That's just the way y'all made y'all's trailers.
15 A. Yep.
16 Q. And the process never changed over the years.
17 A. Never changed.
18 Q. Did Sun Valley ever receive complaints from
19   anybody, whether it was customers, distributors,
20   even employees, about any kind of formaldehyde in
21   the travel trailers?
22 A. No.
23 Q. Did Sun Valley at any time manufacture or sell
24   travel trailers to FEMA for use for any of the
25   hurricanes?

Page 46

1 A. No.
2 Q. Did FEMA ever contract with Sun Valley to make
3    travel trailers for it?
4 A. No.
5 Q. Did FEMA ever pay Sun Valley to make travel
6    trailers?
7 A. No.
8 Q. Did any kind of contractor or middleman, like
9    Morgan Building & Spas, come to Sun Valley for
10   this purpose?
11 A. No.
12 Q. Is there any reason why Sun Valley did not get
13   into this, I guess, contract, if you will, for
14   making travel trailers for hurricane relief
15   efforts?
16 A. That was my decision.  I determined that we had
17   too loyal of a dealer base, distributor base that
18   needed product.  And at that particular time our
19   business was booming, and I was very limited on
20   production.  So I made the decision, I'm not
21   going to build -- turn over a plant and start
22   building FEMA trailers.
23      The other reason was, is that we had
24   distributors that said they could sell FEMA
25   trailers, they wanted to order trailers.  And I

Page 47

1    was not going to build a special trailer for FEMA
2    on a promise that they're going to be able to
3    sell these to FEMA.
4       Sun Valley was not a big enough company to
5    put the money -- the cash flow into those
6    trailers in the hopes that maybe they'll end up
7    getting sold to FEMA through a distributor or
8    whatever.  I just was not going to do it.
9 Q. Because what would happen if they couldn't sell
10   them to FEMA?
11 A. Then I can't sell them to anybody else.  So --
12 Q. You mean you would have to buy them back?
13 A. Ye-- well, I wouldn't -- no money would trans--
14   would transfer, okay?  So I'd have these trailers
15   that were a special build for FEMA, which means
16   no holding tanks.  Which any RV customer that's
17   going to use a travel trailer, such as myself,
18   wants holding tanks on their trailer.
19      I'd have to -- there's no way I could
20   retrofit and go back, it'd cost me more money.
21   So I said no.  We build a 30 bunkhouse and the
22   27 bunkhouse just like were in the photos
23   earlier.
24 Q. And you've actually seen, I take it, the FEMA
25   specifications for travel trailers that were used

Page 48

1    for the hurricanes.
2 A. Yes.
3 Q. Were the Sun Valley travel trailers made to these
4    FEMA specifications?
5 A. No.
6 Q. Explain -- just give us some examples of how the
7    Sun Valley travel trailers differed from the FEMA
8    spec travel trailers.
9 A. Well, the biggest difference and the one that
10   would have hurt us the most was not having the
11   holding tanks underneath.  I mean, they just
12   wanted a residential stool, which we could have
13   bought, put a residential stool in there with a
14   water closet on it, but it just had no holding
15   tank.  Which takes me off of selling to any RV
16   customer in the market.  So it didn't have that.
17      It didn't have a standard refrigerator like
18   in your home, it had an RV refrigerator.  I think
19   they were requesting a 14-cubic-foot, or
20   something like that, standard refrigerator.  We
21   put the typical RV Dometic refrigerator that was
22   a 6-cubic-foot refrigerator in there.  So we did
23   not build anything for FEMA.
24 Q. Now, when you talk about holding tank, you know,
25   you said Sun Valley's has holding tanks, the FEMA

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 49

1 ones didn't. What's a holding tank? What's its
2 purpose?
3 A.  A holding tank is for sewage, sewage water, and
4 then also your waste water from your kitchen
5 sink, your bathroom, it holds it in there until
6 you take it to a dump station and dump it. And
7 that's what typical RV customers use.
8 Q.  And it's your understanding that the FEMA
9 trailers didn't have holding tanks. Why is that?
10 A.  Well, they're -- I think the way they had set it
11 up -- and I'm not a hundred percent sure -- is
12 that they would have --
13        MR. MILLER: Objection.
14 Foundation. Go ahead.
15        THE WITNESS: -- they had
16 access to drain and hook-up for the
17 sewers, they were going to set that
18 up. That's the way I understand it.
19 BY MR. MAGGIO:
20 Q.  And in order for Sun Valley to -- if they were
21 going to make all these travel trailers for FEMA,
22 it did not -- Sun Valley did not have the
23 capacity to do that --
24 A.  Correct.
25 Q.  -- is what you're saying.

Page 50

1        MR. MILLER: Hold on.
2 Objection. Form. Go ahead.
3 BY MR. MAGGIO:
4 Q.  One of the rea-- explain to me some of the
5 reasons why Sun Valley did not make travel
6 trailers for FEMA's use.
7        MR. MILLER: Objection. Asked
8 and answered.
9        MR. MAGGIO: You can answer.
10        THE WITNESS: The biggest
11 reason was we didn't have the
12 production capabilities to do it,
13 and we didn't want to build a
14 special travel trailer for FEMA.
15 BY MR. MAGGIO:
16 Q.  Were you aware that some of the Sun Valley travel
17 trailers wound up being used for hurricane relief
18 efforts?
19 A.  Yes.
20 Q.  Did Sun Valley's manufacturing process of its
21 travel trailers ever change for the travel
22 trailers during the post-Hurricane-Katrina time
23 period?
24 A.  No.
25 Q.  I want to direct your attention to some of the

Page 51

1 specific allegations in one of the lawsuits.
2 This one is Bates labeled Sun Valley 01-00001
3 through 01-00036.
4        Again, I'm not going to go through every one
5 of these allegations, there's a hundred and
6 something allegations. But I do want to direct
7 your attention to a few of them.
8 A.  Okay.
9 Q.  In particular, if you turn to page five,
10 paragraph 17, it says, "FEMA contracted with the
11 Manufacturing Defendant" -- which in this case is
12 Sun Valley -- "to purchase thousands of the
13 housing units, primarily travel trailers, for
14 provision to the Named Plaintiffs as temporary
15 housing." Is that true?
16 A.  That's incorrect. No, we did not.
17 Q.  Did FEMA contract with Sun Valley to purchase any
18 housing units; such as, travel trailers?
19 A.  No, we di-- they did not.
20 Q.  Paragraph 18 says, according to the Plaintiffs'
21 lawsuit, "On information and belief,
22 Manufacturing Defendant" -- which is Sun Valley
23 -- "expedited production of these housing units,
24 and, on information and belief, resorted to using
25 substandard materials and/or employing irregular

Page 52

1 practices during the manufacturing process..."
2        Is any of that accurate?
3 A.  No. Not at all. Not at all.
4 Q.  Did Sun Valley ever expedite the production of
5 its travel trailers for any of these purposes?
6 A.  No.
7 Q.  Did y'all ever use substandard materials?
8 A.  No.
9 Q.  Did you ever employ irregular practices?
10 A.  No.
11 Q.  Paragraph -- I'm sorry -- yes, paragraph 24 of
12 the lawsuit, on page seven alleges that,
13 "Pursuant to federal law, the defendants" --
14 which is Sun Valley -- "is required to display a
15 'Health Notice' about exposure to formaldehyde
16 which reads," and then it goes on to talk about
17 an "Important Health Notice" involving
18 formaldehyde.
19        Was that ever required of Sun Valley?
20 A.  No.
21        MR. MILLER: Hold on.
22 Objection. Foundation. Calls for
23 legal conclusion.
24 BY MR. MAGGIO:
25 Q.  Did any entity, industry standard, code,

Page 53

1  customer, anybody, anyone, ever request or
2  require Sun Valley to put up any kind of health
3  notice about formaldehyde in its travel trailers
4  or its owner manual?
5      MR. MILLER: Objection.
6  Foundation. Go ahead.
7      THE WITNESS: No.
8  BY MR. MAGGIO:
9  Q. If there were any kind of industry standards in
10     existence that required a health notice
11     involving formaldehyde when Sun Valley was making
12     its travel trailers, would you have known about
13     it?
14 A. Ye--
15     MR. MILLER: Objection.
16     Foundation.
17     THE WITNESS: Yes.
18 BY MR. MAGGIO:
19 Q. How would you have known about it?
20 A. Through RVIA.
21 Q. And through your experience in the business?
22 A. Sure.
23 Q. And did anybody ever request of Sun Valley that
24    it display a health notice about formaldehyde in
25    its trailer or its owner manual?

Page 54

1  A. No.
2  Q. The last paragraph that I want to direct your
3     attention to is paragraph 101 on page 27. It
4     says, "Each Named Plaintiff was an intended and
5     foreseeable user of the alleged defective
6     products..."
7       Did you or Sun Valley ever have any
8     knowledge that its trailers, travel trailers,
9     were going to be used for a full-time residential
10    purpose for more than three months?
11 A. No.
12 Q. That document is going to be marked Exhibit Sun
13    Valley 6. That'll be introduced as my next
14    exhibit.
15     (Sun Valley Deposition Exhibit 6
16     marked for identification.)
17     MR. MAGGIO: And we're going
18    to take a quick break.
19     THE WITNESS: Okay.
20     VIDEOGRAPHER: Off the record
21    at 10:10 a.m.
22     (A brief recess was taken.)
23     VIDEOGRAPHER: We're now back
24    on the record at 10:17 a.m. Please
25    continue.

Page 55

1      MR. MAGGIO: Mr. Romanetz,
2  again, Brent Maggio. I have no
3  other questions for you, sir. Thank
4  you. I'll tender you to Plaintiffs'
5  counsel for questioning. Thank you.
6      THE WITNESS: Okay.
7      MS. WRIGHT: Okay. Does
8  anybody want to go before me?
9      MR. MILLER: No.
10     MS. WRIGHT: No? Okay.
11     CROSS-EXAMINATION
12 BY MS. WRIGHT:
13 Q. I'm sorry, is it Romanov?
14 A. Romanetz.
15 Q. Romanetz. Hi. My name's Shari Wright, and I'm
16    representing the Plaintiffs.
17 A. Hi, Shari.
18     MR. MAGGIO: You kind of faded
19     out just now, Shari.
20 BY MS. WRIGHT:
21 Q. Let me turn this up and see if that works better.
22    I've just got a few questions, Mr. Romanetz.
23    First of all, you said that you are a member of
24    the RVIA; is that correct?
25 A. Sun Valley, Incorporated was.

Page 56

1  Q. Sun Valley, Incorporated was. But you were the
2     president of Sun Valley for a long period of
3     time, correct?
4  A. Seven years. Correct.
5  Q. Seven years. Did you ever send any of your
6     employees to the schools or the classes that the
7     RVIA had?
8  A. I don't know.
9  Q. Did you ever attend one yourself?
10 A. No.
11 Q. So you really don't know if formaldehyde was an
12    issue to them or not; is that correct?
13     MR. PENOT: Objection.
14     THE WITNESS: Well, we get
15     updates from RVIA on any issues that
16     are coming up. We get that on a
17     monthly basis. Plus, the inspection
18     crew which comes in, like I said, I
19     believe every month or every other
20     month would keep us apprized of
21     those -- any issues that come up.
22 BY MS. WRIGHT:
23 Q. Was it your job to choose the raw materials that
24    were used in the manufacture of the travel
25    trailers?

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 57

1  A.  Choose?  I helped decide on raw materials.  I
2      mean, like I said, we -- the product has really
3      never changed.  So the raw materials back in '84,
4      when I was driving a forklift, was the same raw
5      materials that we built in 2008.
6  Q.  Did you use the same vendors, the same, you know,
7      brand of raw materials the entire time that you
8      built the --
9  A.  I would probably --
10 Q.  -- Sun Valley travel trailers?
11 A.  I would probably say 75 percent of them were the
12     same vendors.
13 Q.  Did you ever shop around for the best deal?
14 A.  That's normal business.  Yes.
15 Q.  Okay.  So was that something that you yourself
16     were involved with?
17 A.  I made final -- yeah, I kinda made final decision
18     if we're going to switch vendors.  Yes.
19 Q.  Okay.  And what were some of the reasons that you
20     would have for switching vendors?
21 A.  I guess price was an issue.  But the biggest
22     issue was on-time deliveries.  If a current
23     supplier couldn't handle that, then that's why we
24     might have switched.
25 Q.  Okay.  What about the quality of the products

Page 58

1      that you were using?
2  A.  Yeah.  But we really never had an issue with
3      that.
4  Q.  Okay.  Did you ever shop around for the raw
5      materials, like the wood and the carpets and
6      stuff, that contained low-emitting formaldehyde
7      materials?
8  A.  No.
9  Q.  Okay.  You were aware --
10         MR. MAGGIO:  Objection.  He's
11     entitled -- wait.  Objection.  He's
12     entitled to explain his answer.
13         MS. WRIGHT:  I didn't know he
14     wanted to.  I'm sorry.
15         MR. MAGGIO:  Yeah, I know.
16     Because you're on the phone, that's
17     why I was saying it.
18         MS. WRIGHT:  Go ahead.
19         THE WITNESS:  Yeah, no, I
20     mean, we didn't -- there was no --
21     there was -- it was never brought
22     up, so it was never out there.
23 BY MS. WRIGHT:
24 Q.  Or at least you were never aware of it.
25 A.  Say that again?

Page 59

1  Q.  You were never aware -- were you aware that there
2      were low formaldehyde-emitting materials that
3      could have been used in your travel trailers?
4  A.  During the time frame that --
5          MR. MILLER:  Hold on.  Hold
6      on.  Objection.  Assumes facts not
7      in evidence.
8  BY MS. WRIGHT:
9  Q.  Were you --
10         MR. MAGGIO:  Wait.  He's going
11     to go ahead and answer the question
12     subject to the objection.
13         MS. WRIGHT:  Okay.  Yeah.
14         THE WITNESS:  During the time
15     frame that we were in business, no,
16     I did not.
17 BY MS. WRIGHT:
18 Q.  You weren't even aware that there were low
19     formaldehyde-emitting materials --
20         MR. MAGGIO:  Objection.
21     That's argumentative and it assumes
22     that there were.  Go ahead and
23     answer the question.
24         THE WITNESS:  No.
25

Page 60

1  BY MS. WRIGHT:
2  Q.  Okay.  You said that your travel trailers were
3      to be used for "weekend warriors" and trips for
4      up to three weeks at a time, correct?
5  A.  Two, three weeks, yes.
6  Q.  Okay.  And you were aware that people would be,
7      you know, living in these, for all practical
8      purposes, and sleeping in them at night; is that
9      correct?
10 A.  During the --
11         MR. PENOT:  Object to form.
12         MS. WRIGHT:  During the three
13     weeks.
14         THE WITNESS:  Yeah, during
15     that time frame that they were using
16     it, yes.
17 BY MS. WRIGHT:
18 Q.  Okay.  And did you have any concern that during
19     the three weeks of occupation that people might
20     be exposed to noxious chemicals, such as
21     formaldehyde, from your travel trailers?
22 A.  No.  And like I said earlier, I own one
23     personally, and I've got a four- and a
24     six-year-old at home, that I have full faith in
25     that trailer for us to use and sleep in at night.

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 61

1 Q. Now, let me go to the manual. You were talking
2    about the instructions for ventilating the
3    trailers when they -- if there was a smell of
4    gas; is that correct?
5 A. Correct.
6 Q. Okay. But the gas you were talking about was the
7    propane for cooking and whatever else the propane
8    was running; is that correct?
9 A. Correct. But typically if you're in something
10    and there's an odor or something of any type, you
11    would open up your windows and let some
12    ventilation through.
13 Q. Okay, I object to the responsiveness of that
14    answer.
15    But you were referring to propane gas in the
16    manual; is that correct?
17 A. That is correct.
18 Q. And you never talked about the possibility of
19    ventilating on a regular basis for the health of
20    the occupants.
21    MR. MAGGIO: Objection to the
22    form, vagueness of that question.
23    MS. WRIGHT: You can answer,
24    though.
25    THE WITNESS: No.

Page 62

1  BY MS. WRIGHT:
2 Q. And you never instructed to ventilate in case
3    there were possible chemical smells; especially,
4    those that a person might grow accustomed to.
5    MR. MAGGIO: Objection to the
6    form of the question, use of the
7    word "gas."
8    THE WITNESS: No.
9    MS. WRIGHT: Chemical.
10    THE WITNESS: No.
11 BY MS. WRIGHT:
12 Q. And there were no instructions to ventilate in
13    case someone smelled a noxious chemical; such as,
14    formaldehyde.
15    MR. MAGGIO: Objection to the
16    form of the question.
17    THE WITNESS: No.
18 BY MS. WRIGHT:
19 Q. You mentioned that you knew that your trailers
20    were being used as FEMA trailers; is that
21    correct?
22    MR. MAGGIO: Objection.
23    Argumentative. And I think it
24    mischaracterizes his testimony. Go
25    ahead.

Page 63

1    THE WITNESS: I didn't know
2    that they were specifically going to
3    be used for FEMA trailers. I know
4    dealers were requesting them. But
5    no.
6 BY MS. WRIGHT:
7 Q. So you had no idea that your trailers were going
8    to be used as FEMA trailers.
9 A. I mean, after the fact, I do.
10 Q. Okay. What do you mean by "after the fact"?
11 A. After they were placed down there. Or we heard
12    they were placed down there.
13 Q. Okay. So at the time they began to be used as
14    FEMA trailers you knew that that's what they were
15    being used for.
16 A. This was several months after the fact that I
17    realized that.
18 Q. Okay. So once you realized that, did you take
19    any measures to, you know, remind your
20    distributors that these trailers were not
21    intended for full-time use?
22 A. No.
23    MS. WRIGHT: Okay. Let's see.
24    If you hold on just one second.
25    Okay. I've got no further questions

Page 64

1    at this time. But can we take a
2    little break and let me just review
3    my notes here?
4    MR. MILLER: Certainly.
5    VIDEOGRAPHER: Off the record
6    at 10:27 a.m.
7    (A brief recess was taken.)
8    VIDEOGRAPHER: We're now back
9    on the record at 10:32. Please
10    continue.
11 BY MS. WRIGHT:
12 Q. Okay. Sorry for the interruption, Mr. Romanetz.
13 A. That's fine.
14 Q. Okay. You said that you found out that your
15    trailers were being used as FEMA trailers several
16    months or a few months after they actually began
17    using them; is that correct?
18 A. I don't know specific time frame, but yes.
19 Q. Okay. Can you give me an estimate of the time
20    frame?
21 A. Six months.
22 Q. And the date? I don't know, six months from
23    what?
24 A. I don't -- I mean, I -- you know -- the thing is,
25    this travel trailer was our standard-build travel

Page 65

1 trailer. Any dealership or distributor could buy
2 this travel trailer across the country just like
3 anybody else. So this travel trailer went and
4 sold to a dealer, okay? And then the dealer sold
5 it to whoever.
6     If the dealer chose to sell it to use for
7 Katrina, that was their choice. We never saw
8 that until any registration would come back
9 saying that that would be the case. So I don't
10 have a specific time frame.
11 Q. Okay.
12 A. We've been sell--
13 Q. So --
14 A. Go ahead.
15 Q. -- you found out that your trailers were being
16 used for -- as FEMA trailers by a registration
17 coming back to you?
18 A. It could be. Yes.
19 Q. And how did that notification -- how was that
20 communicated on the registration?
21 A. As far as? What do you mean, how was it
22 communicated?
23 Q. Well, how did you know from the registration that
24 they were being used for Katrina? What was it on
25 the registration that led you to that conclusion?

Page 66

1 A. The location of where it was going, to Louisiana.
2 Q. Were you ever given any notification by FEMA or
3 anybody else about the possibility of
4 formaldehyde in those trailers?
5 A. No.
6 Q. Were you ever aware that formaldehyde became an
7 issue with regards to those trailers?
8     MR. MAGGIO: Let me just ask
9     for a clarification. Are you saying
10     while Sun Valley was doing business?
11     MS. WRIGHT: Yes, while Sun
12     Valley was doing business.
13     THE WITNESS: No.
14 BY MS. WRIGHT:
15 Q. So you were never aware that formaldehyde was an
16 issue with your trailers.
17 A. After Sun Valley was done doing business.
18 Q. And how did you acquire that knowledge?
19 A. How did I acquire this knowledge that Sun Valley
20 trailers were -- there was a formaldehyde issue
21 with them?
22 Q. Yes. Yes.
23 A. I believe through this lawsuit.
24 Q. But you never got any notification from FEMA or
25 from your distributors that formaldehyde was a

Page 67

1 problem with your trailers.
2 A. No.
3 Q. Or a possible problem with the trailers?
4 A. No.
5 Q. Did you know that the trailers were being tested
6 for formaldehyde at any point?
7 A. No.
8 Q. Okay.
9 A. Again, when you say, "any point," you're talking
10 about when Sun Valley was in business and I was
11 employed.
12 Q. Right. Exactly.
13 A. Okay.
14     MS. WRIGHT: All right. No
15     further questions.
16     CROSS-EXAMINATION
17 BY MR. BARRIOS:
18 Q. Mr. Romanetz, my name is Gerry Barrios, and I
19 represent CH2M Hill. I just have a few questions
20 to you about the trailers and your experience
21 with them. And I understand you own one yourself
22 and you've used it quite a bit.
23     How frequently do you all go out in your
24 trailer with your family?
25 A. Not as often as I'd like to. We probably use it

Page 68

1 probably a dozen times a year.
2 Q. Okay. Now, were Sun Valley travel trailers, like
3 the one that was occupied by Mr. Marshall in
4 this lawsuit, or any one that FEMA acquired
5 through its dealers, were they designed for
6 over-the-road travel?
7 A. Yes.
8 Q. Designed to be pulled and towed down the road?
9 A. Yes.
10 Q. And, in fact, you pull yours down the road.
11 A. Exactly.
12 Q. Are they designed to be towed down at highway
13 speeds?
14 A. Yes.
15 Q. Interstate speeds up to --
16 A. Yeah.
17 Q. -- seventy miles an hour?
18 A. I'm laughing because I kind of exceed the speed
19 limit with my travel trailer. Yes, they do.
20 Q. Any problems with your trailer when you exceed
21 the posted speed --
22 A. No.
23 Q. -- limit?
24 A. No.
25 Q. Are Sun Valley travel trailers designed to be

Page 69

1   towed for long distances?
2 A.   Yes.
3 Q.   I mean, I can take mine from Louisiana to
4       Yosemite, Canada so forth.
5 A.   Yes.  Yes.
6 Q.   How far have you taken yours?
7 A.   Not as far as I'd like.  I think the farthest
8       we've gone is down to Florida.
9 Q.   Okay.  But they're designed for great distances.
10 A.   Correct.  That's how all of them get transported,
11       from Elkhart County to wherever.  They get
12       transported behind a pickup truck, delivering all
13       the way to Vancouver, to Quebec, all over.
14 Q.   So conceivably they could be -- they would have
15       been transferred, let's say, from Elkhart,
16       Indiana to Florida, end up with an end user who
17       then can use it to go up to Vancouver.
18 A.   Correct.
19 Q.   And they're not just designed to be pulled on
20       well-maintained, smooth roads, are they?
21 A.   No.
22 Q.   They're designed to also be on back roads,
23       campgrounds and --
24 A.   Campgrounds.  I mean, the size trailer -- you're
25       not off-roading with it with a four-wheel drive

Page 70

1       vehicle.  But they can go on rough roads, yes.
2       It's a spring system just like on your vehicle.
3 Q.   So they're designed to withstand the impact of
4       potholes, bumpy roads, bad roads, gutters and the
5       like.
6 A.   Yes.
7 Q.   You talked about a spring suspension.  Can you
8       tell me a little about that?
9 A.   It's a leaf-spring suspension on the two axles.
10       So if you hit a bump, obviously, the springs are
11       going to create some -- take a lot of the shock.
12 Q.   So the Sun Valley travel trailers, while you were
13       there and all the ones they manufactured, they
14       were designed to withstand the loads and stresses
15       of all sorts of over-the-road travel.
16 A.   Correct.
17 Q.   During the time period of 2004 to 2006, did Sun
18       Valley have any systemic problems, leaking or
19       seals breaking, because of the loads and stress
20       that were encountered during normal over-the-
21       counter use?
22 A.   Not that I know of.  No.
23 Q.   Any systemic problems with wall panels popping
24       loose because of regular over-the-road use?
25 A.   No.

Page 71

1 Q.   Did Sun Valley ever undertake to measure or study
2       the stresses or loads that are imposed on the
3       frame or the chassis on the travel trailer during
4       over-the-road travel?
5 A.   No, we did not.
6 Q.   I'd like to talk a little bit about the frame
7       under -- that were used by Sun Valley, the
8       chassis.  By that I mean the metal --
9 A.   Okay.
10 Q.   -- frame.
11 A.   Steel frame?
12 Q.   Yeah.  Can you tell me about it?  Is it an
13       I-beam?  What's the size?
14 A.   It's an I-beam.  Depending on the model, it's
15       anywhere from six-, eight- or ten-inch I-beam.
16 Q.   Are they -- do you use -- did Sun Valley use
17       frames or I-beams that were designed to flex or
18       bend while going down the road?
19 A.   You know, I'm not a frame guy.  But there is a
20       little bit of a crown built into the frame
21       because you're going to put the weight onto it.
22       But it is basically a rigid frame.
23 Q.   Okay.  But it's still designed -- since it's
24       going to be going down the road, it's going to
25       have to give and take a little bit as it's going

Page 72

1       down the road.
2 A.   Correct.
3 Q.   So it's not perfectly rigid --
4 A.   Correct.
5 Q.   -- it has a give and take.
6 A.   Correct.
7 Q.   Okay.  Who manufac-- from what vendor did Sun
8       Valley procure its frames?
9 A.   We bought them from Lippert.  And we actually
10       bought our small frames from, I think it was,
11       Dexter Axle.
12 Q.   Dexter Axle?
13 A.   Yeah, Dexter.  But that's the small stuff.
14 Q.   Okay.  Do you recall who -- which vendor you used
15       for your axles and suspension?
16 A.   Axles.
17 Q.   Do you ever recall using Alco Cobra Corp.?
18 A.   That's it.  That's it.  Yep.
19 Q.   Do you know whether the -- from the VIN number,
20       do you -- and from the photographs you saw in
21       Exhibit 4, did the model trailer that was
22       occupied by Mr. Marshall, did it have a slide-
23       out?
24 A.   No, it did not.
25 Q.   Do you know how much a Lippert frame would bend

FEMA Trailer Formaldehyde Products Liability Litigation

Page 73

1    or flex during over-the-road use?
2  A.  No.
3  Q.  Did you ever have any problems with Lippert
4       frames being too flexible or weak or causing
5       damage to travel trailers?
6  A.  No.
7  Q.  You were satis-- was Sun Valley satisfied with
8       Lippert frames?
9  A.  Very satisfied.
10 Q.  How long did Sun Valley use Lippert frames?
11 A.  Probably most of the time that we were in
12      business.  Probably since 2001.
13 Q.  So for your larger trailers, the 30-foot and the
14      like, all those would have Lippert frames.
15 A.  Yeah, this one in this exhibit is a Lippert
16      frame.
17 Q.  And you're referring to Exhibit Number 4.
18 A.  Correct.
19 Q.  Which is the Charles Marshall trailer.
20 A.  Correct.
21 Q.  And do you know how far the Lippert plant is from
22      the Sun Valley plant that would have -- that was
23      making these trailers during this time period?
24 A.  Twenty miles.
25 Q.  Twenty miles?  How were the Lippert frames

Page 74

1    transported from their facility to the Sun Valley
2       facility?
3  A.  Same way.  Usually stacked two or three high on
4       an axle that's being pulled by a pickup truck
5       over the road.
6  Q.  Then how were they stored -- how were they then
7       delivered and stored at the Sun Valley facility?
8  A.  They would just be stored outside our facility.
9       We would end up pulling them into our plant to
10      use them.
11 Q.  Do you know anything about the load rating on the
12      frame supplied by Lippert?
13 A.  No, I don't.
14 Q.  Have you ever seen a Sun Valley trailer jacked or
15      lifted, for whatever reason?
16 A.  There's four jacks on this travel trailer that
17      you're talking about in Exhibit 4.  Yeah, you
18      jack it up, and that's how you level the travel
19      trailer safe.
20 Q.  Have you had to jack yours up when you go out?
21 A.  Every time I go.
22 Q.  Can you tell me how you do it?
23 A.  Start at one corner, crank it up, crank it down
24      to where it touches and puts some pressure on
25      the frame.  Go to the next corner, it'd either be

Page 75

1    to the back -- usually I run to the back, I stay
2       on the door side, run to the back, do the next
3       one, go to the following corner.  I'd hit all
4       four corners and bring it to level as much as I
5       can.
6  Q.  Have you ever seen a travel trailer jacked or
7       lifted for any other reason?  I mean, for
8       adjusting brakes or suspension or any other kind
9       of maintenance work?
10 A.  Yeah, brakes or suspension, if you had any issues
11      with that, you could jack it up.  Or if you're
12      going down the road and you get a flat tire,
13      you've got to raise it up somehow, so you jack it
14      up and change it to spare tire.
15 Q.  Have you ever seen a Sun Valley trailer put on
16      concrete blocks such as you see on Exhibit 4?
17 A.  Not specifically concrete blocks.  But I have
18      used, actually, wood blocks on mine to -- you
19      know, if I'm there for an extended period, I
20      always bring wood blocks, put them inside the
21      storage area, and I support them with that.  It's
22      much stronger and more secure than even our crank
23      jacks.
24          But if it's a quick trip, which is basically
25      what these are built for, for an overnight, you

Page 76

1    crank them down and you're stable enough for the
2       night to camp.  But if you're going to stay an
3       extended period, you're going to block it up.
4  Q.  When you block them up, how many blocks do you
5       use?
6  A.  Just in the same locations, four positions, two
7       in the front corners and then two in the rear
8       corners.
9  Q.  And do you use wood blocks, concrete blocks?
10 A.  Wood blocks, yeah.  I can't carry concrete blocks
11      on the travel trailer.
12 Q.  Have you seen that -- you said you do it for
13      yourself.  Have you seen other people do the same
14      thing with travel trailers; block them up for
15      stability?
16 A.  Yeah.  I mean, everybody blocks their travel
17      trailer up for stability.  Yeah.
18 Q.  So it's common.
19 A.  It's common, yes.  Yes.
20 Q.  Now, how do you change a tire on a Sun Valley
21      travel trailer?
22 A.  Same way.  I mean, you're going to jack it up.  I
23      haven't had to do it on a long one, so -- but
24      what I would do is I would put the tongue of the
25      A-frame down and -- depending on where the spare

Page 77

1    ti-- the tire is that's flat, and go to the back,
2    put the jacks down, all the way down, extend
3    them up, and then I'd start raising the front to
4    lift the axle up off the ground.  And that's how
5    I'd pull the tire off.
6 Q.  Would you be using one of the stabilizer jacks --
7         MR. PENOT: I'm sorry, Gerry.
8         Could you say that again?  How you
9         would change a tire on a 30-foot
10        trailer.
11        THE WITNESS: A 30-foot
12        trailer, I mean, you could use your
13        jack out of your truck, if you want
14        to, okay, and just jack it and put
15        it right by the A-frame and -- or by
16        the steel frame and raise it up that
17        way.
18            Or, on some smaller models
19        what you can do is just take and use
20        your -- stabilize your jacks on the
21        back -- lower your front end down,
22        use your stabilizer jacks on the
23        back, and it actually raise -- raise
24        that front of that trailer and it'll
25        pull the axle up because you're

Page 78

1        raising the trailer basically on
2        that side off the ground.
3            So that's how we do that.
4    BY MR. BARRIOS:
5 Q.  When you were talking about the jack off your
6    truck, you can use a -- any other hydraulic jack
7    to lift them up?
8 A.  Yeah.  Off your tow vehicle or whatever.  Yeah.
9    Yeah.
10 Q.  Just as long as it's property rated for the
11    weight --
12 A.  Correct.
13 Q.  -- of the trailer.
14 A.  Correct.
15 Q.  Do you see any problems of potential damage that
16    could be caused to a trailer by jacking it up to
17    change a tire?
18 A.  No.
19 Q.  You have to do it to change a tire.
20 A.  Yes.
21 Q.  You touched on this a little bit.  So how do you
22    service or adjust the brakes and the axles and
23    the suspension?  Is it the same way?  In order to
24    get to them.  Not how you actually adjust the
25    brakes.  But in order to get to them, do you also

Page 79

1    have to jack them up using a properly rated
2    hydraulic jack?
3 A.  You ha-- if you're going to adjust brakes, you
4    would need to at least get the tire off the
5    ground to adjust -- with the star on the back of
6    the hub, adjust it up or down to tighten it or
7    loosen it.  So you will have to get the tire off
8    the ground.  So you will have to jack the trailer
9    up.
10 Q.  Okay.  And that's just an anticipated --
11 A.  It's a standard operating procedure.
12 Q.  And by putting a travel trailer on -- well,
13    strike that.
14        Were you aware of FEMA's contractual
15    requirements with the contractors in this case to
16    haul and install the trailers and how they had to
17    be set up on blocks for the people who were going
18    to be occupying the units?
19 A.  No, I did not.
20        (Sun Valley Deposition Exhibit 7
21        marked for identification.)
22 BY MR. MAGGIO:
23 Q.  I'd like to mark as Exhibit Number 7, a document
24    that's entitled: "Exhibit 7 Travel Trailer
25    Installation."  This is a part of the contract

Page 80

1    between FEMA and CH2M Hill.  It's also a part of
2    the contract between FEMA and Fluor and Shaw and
3    Bechtel.
4 A.  Okay.
5 Q.  So I take it you've never seen FEMA's
6    specifications regarding travel trailer
7    installation.
8 A.  No, I have not.
9 Q.  If I could just draw your attention to paragraph
10    2.1.2., "Blocking and Leveling."  And you'll see
11    there it says that -- starting on the second
12    sentence, "Travel trailers shall be set-up on
13    concrete piers and after the weigh of the travel
14    trailer is transferred to the piers, if the unit
15    is not leveled properly the contractor will
16    reinstall the unit at no additional cost to the
17    government.  The travel trailer set-up will also
18    include a minimum of six piers (three on each
19    side) evenly spaced.  The end piers should not be
20    directly on the end of the unit, but
21    approximately six inches off the edge of the
22    unit."
23        It then goes on to explain a base for the
24    pier that's required.  And rather than my reading
25    the rest, if you could just read the next two

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 81

1    paragraphs to yourself --
2  A.  Okay.
3  Q.  -- regarding the procedure.
4  A.  (Witness complies).  Okay.
5  Q.  I'm going to hand you what I will attach as
6      Sun Valley Number 8 and Sun Valley Number 9.
7          (Sun Valley Deposition Exhibits 8 and 9
8          marked for identification.)
9  BY MR. BARRIOS:
10 Q.  And if you could also have Exhibit 4 in front of
11     you that's already marked.
12 A.  Okay.
13 Q.  If you go to eight, number eight is entitled:
14     FEMA Travel Trailer Inspections   Field
15     Inspector's Guide.  I take it you've not seen
16     this before.
17 A.  No.
18 Q.  If you go to the Bates stamp number 7849, you'll
19     see a photograph of a trailer that's been
20     blocked.  Do you see that?
21 A.  Yes, I do.
22 Q.  Do you know what, this is a color copy.  Let me
23     give you my color copy.  Makes it easier.
24          And then if you look through the next few
25     pages, it has some depictions of blocking and

Page 82

1      leveling --
2  A.  Okay.
3  Q.  -- under the contract specifications that you
4      just read, "Blocking and Leveling," paragraphs
5      2.1.2.
6  A.  Uh-huh.
7  Q.  If you look through those pages to see how FEMA
8      intended for the contractors to block the unit,
9      up to page 7856.  If you could just take a look
10     through that.
11 A.  Okay.
12 Q.  And then if I could direct you to Sun Valley
13     Number 9.  This is entitled -- if you can show
14     the Jury -- Travel Trailer Installation at
15     Private Individual Sites, dated October 25, 2005.
16          If I can refer you to the Bates stamp 7953.
17     Now, this is a schematic drawing entitled:
18     "Typical Travel Trailer Installation Detail."  If
19     you can just show the Jury.
20 A.  (Witness complies.)
21 Q.  Thank you.  And then take a moment to look at it.
22     And when you finish that, if you could go two
23     pages down.
24          VIDEOGRAPHER: Can you show me
25     that one more time?

Page 83

1          THE WITNESS: Sure.
2          VIDEOGRAPHER: Thank you.
3  BY MR. BARRIOS:
4  Q.  And if you could go two pages down, please, sir,
5      to 7955.  It's another schematic entitled:
6      "Blocking and Anchoring."  If you could show the
7      Jury.
8  A.  (Witness complies).
9  Q.  If you take a look at that.  And then when you
10     finish that, the very next page, at Bates stamp
11     7956, is a drawing titled: "Typical Travel
12     Trailer Pier Construction."  If you could take a
13     look at that, sir, for a moment.
14 A.  Okay.
15 Q.  And then finally the photographs at Exhibit
16     Number 4, which were the photographs of the
17     Marshall unit, just look at the way that the
18     trailer was blocked in that case.
19 A.  Okay.
20 Q.  Do you see that?
21 A.  Yep.
22 Q.  Now, looking at the FEMA's contract
23     specifications that you reviewed, the depictions
24     and the drawings and the photographs from of
25     Field Inspector's Guide and the photographs of

Page 84

1      the Marshall unit, do you see anything inherently
2      wrong or dangerous to the travel trailer -- or to
3      the occupant with the way that the trailers were
4      to be blocked?
5  A.  No.
6  Q.  Do you see anything in the specifications or
7      these drawings that a Sun Valley travel trailer
8      could not withstand?
9  A.  Not at all.
10 Q.  Or anything that would cause damage to the unit?
11 A.  No.
12 Q.  Now, would a system of six concrete piers evenly
13     spaced, uniform support the entire frame?
14 A.  Without a doubt.
15 Q.  And in many ways even more so than when it's just
16     on a tongue jack and the two wheels where you
17     have three points of support.
18 A.  Right.
19 Q.  Here you have six --
20 A.  Right.
21 Q.  -- points of support.
22 A.  Right.
23 Q.  In many ways --
24 A.  This is --
25 Q.  -- it's even more support.

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 85

1  A.  -- I hate to use the word overkill, but this is
2      overkill.  But yes.
3  Q.  What do you mean by "overkill"?
4  A.  You don't need all that support.
5  Q.  So it's more than you need but it's --
6  A.  Yeah.
7  Q.  -- good support.
8  A.  It's solid.
9  Q.  Did you ever speak to anyone from CH2M Hill about
10     installation of travel trailers for FEMA?
11  A.  Who?
12  Q.  At CH2M Hill.
13  A.  No.
14  Q.  I guess that's your answer.  Or to Fluor?
15  A.  No.
16  Q.  Bechtel?
17  A.  No.
18  Q.  Shaw?
19  A.  Don't even know them.
20  Q.  Okay.  Do you know why FEMA would specify to put
21     trailers on blocks for these relief efforts?
22  A.  No.
23  Q.  Did Sun Valley ever tell FEMA or anybody that
24     jacking or lifting trailers or putting them on
25     concrete blocks was not a good idea and shouldn't

Page 86

1      be done?
2  A.  No.
3  Q.  Because that isn't true; it's not a bad idea and
4      it's a way that it is typically done.
5  A.  Do it every weekend I go camping.
6  Q.  Now, going back to the Owner's Manual, which I
7      think was number --
8          MR. MILLER:  Three.
9  Q.  -- three.  There's nothing in the Sun Valley
10     Owner's Manual or otherwise that prohibits
11     jacking the units on appropriately rated
12     hydraulic jacks and placing them on piers, right?
13  A.  Correct.
14  Q.  There's nothing in the Owner's Manual or
15     otherwise that prohibits placing the travel
16     trailers on concrete blocks, right?
17  A.  No.
18  Q.  And the Owner's Manual doesn't contain or give
19     any instructions for how to hoist or how to lift
20     a Sun Valley travel trailer to a height that
21     brings the wheels off the ground.
22  A.  No.
23  Q.  If I refer you to page 15 of the travel manual,
24     under "General Maintenance."
25  A.  Okay.

Page 87

1  Q.  Where it refers to "Tire Rotation."
2  A.  Yes.
3  Q.  Now, I asked you previously about how you change
4      a tire.  Would the procedure be similar to what
5      you described before of how you then rotate the
6      tires?
7  A.  Yeah, you'd have to jack it up to rotate the
8      tires.  Yes.
9  Q.  Okay.  Using a --
10  A.  Hydraulic jack.
11  Q.  Okay.  On page 15, the same page, there is a
12     reference there on maintenance of wheel bearings.
13     It's also on the "Maintenance Schedule" on page
14     17.  Again, to get to -- would there be a need to
15     jack the trailers in order to --
16  A.  Yes, of course.
17  Q.  -- maintain the wheel bearings?
18  A.  Yes.
19  Q.  And that's just a routine part of maintenance of
20     a travel trailer.
21  A.  Correct.
22  Q.  Pages 15 through 16 refer -- discuss "Brake
23     Service and Maintenance" and "Electric Brakes."
24         Would jacking the trailers also be required
25     to perform that kind of maintenance?

Page 88

1  A.  Yes.
2  Q.  And that's just a routine part of maintaining a
3      Sun Valley trailer.
4  A.  Correct.
5  Q.  If I could refer you to pages nine through ten.
6      We have instructions here on "Hooking Up - Travel
7      Trailer," and there's a reference there of "Jack
8      the trailer to a height where the hitch will
9      slide over the ball."  And then later it refers
10     to then lowering the jack until the hitch engages
11     on the ball.
12         Is that using a tongue jack to do that?
13  A.  Tongue jack.
14  Q.  Okay.  And then for "Hooking Up - Fifth Wheel,"
15     on page ten, there's also reference there to
16     raising the front of the fifth wheel to a desired
17     hitch height.  And then number five, "Retract
18     front jacks and remove wheel blocks."  Is that
19     also by using the tongue jack?
20  A.  There's -- it's a different jack system but
21     basically the same thing.  There's a jack on the
22     front that raises it up.  It has two legs on it
23     on a fifth wheel.  Same thing.
24  Q.  Now, on page 11 there's a reference to "Tools and
25     Equipment" that Sun Valley recommends that users

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 89

1    carry with them.  And you'll notice number nine
2    has "Hydraulic or screw type jack."
3         Why was Sun Valley recommending that you
4    carry a hydraulic jack with you?
5  A.  Probably jack it up and change your flat tire.
6    Yes, that's the reason.
7  Q.  And then on page 23, under "Camping Procedures,"
8    there's a section on "Leveling the Trailer," the
9    reference of making leveling adjustments using
10   jacks.
11        Is that what you were describing to me
12   earlier about what you do when you go camping of
13   how you level out your trailer using jacks?
14 A.  Correct.  Yes.
15 Q.  And that's just a normal part of use of the
16   travel trailer.
17 A.  Correct.
18 Q.  Refer you to page 18, under "Preventative
19   Maintenance," under "Windows."
20 A.  Uh-huh.
21 Q.  It says there that, "There are several types of
22   windows in trailers.  Each type of window has
23   been selected to give the best design,
24   appearance, and ventilation..."
25        Do you know what kind of windows the

Page 90

1    Marshall unit would have had?
2  A.  Marshall was whatever the exhibit.
3  Q.  Yes.
4  A.  These would be the sliding windows, so they slide
5    open.
6  Q.  And that provides maximum ventilation?
7  A.  Yeah, the whole half of that window opens for
8    ventilation.
9  Q.  And on page 28, under "Range Ventilation."  Sun
10   Valley is -- is Sun Valley directing here that
11   when you're using the range and cooking, that you
12   should open your overhead vent and turn on the
13   exhaust fans and open your windows?
14 A.  Correct.
15 Q.  So, basically, ventilate the unit --
16 A.  Correct.
17 Q.  -- while you're engaging in that activity.
18 A.  Yes.
19 Q.  Now, is condensation a common issue that
20   occupants face in all travel trailers;
21   specifically, Sun Valley trailers?
22 A.  There's sometimes condensation issues, yes.
23 Q.  What does Sun Valley recommend that occupants do
24   to address that issue?
25 A.  Open up the windows and open up the vents, let

Page 91

1    air circulate in there.
2  Q.  Kind of common sense stuff, right?
3  A.  Pretty simple.
4  Q.  If I could refer you to page 22 of the Owner's
5    Manual, sir.  You have a section there on
6    "Condensation."
7  A.  Yep.
8  Q.  Is this a section that Sun Valley provided for
9    its end users of how to address condensation
10   issues?
11 A.  Yes, it did.
12 Q.  Now, the first paragraph talks about condensation
13   resulting from moisture in construction
14   materials.  Can you elaborate on that, where that
15   condensation comes from?
16 A.  It's basically from the atmosphere --
17 Q.  Okay.
18 A.  -- is where that condensation is coming from.
19   That's what we're trying to talk about in this.
20 Q.  Okay.  And also during the summer months your
21   trailer may absorb moisture from the outside air.
22   So that's another source of condensation.
23 A.  Yeah.  Humidity.  Yes.
24 Q.  It's common.
25 A.  Yes.

Page 92

1  Q.  The next paragraph talks about humidity.  Then it
2    says, "It is important to ventilate so
3    evaporation of the enclosed moisture can occur."
4    Do you see that?
5  A.  Yes.
6  Q.  So Sun Valley was directing its end users to
7    ventilate the unit in order to address that.
8  A.  Correct.
9  Q.  The next paragraph then refers to sort of the
10   normal use of the trailer of "Cooking, bathing,
11   laundering, and breathing all create moisture."
12   Do you see that?
13 A.  Yep.  Sure do.
14 Q.  How was Sun Valley directing the end users to
15   deal with that issue?
16 A.  It says, "Open vent [and] window when cooking."
17   You just need to open up your windows and vents.
18 Q.  At the end of the third paragraph it says,
19   "Exhaust fans and vents for gas burners tend to
20   alleviate this problem."  And then it provides
21   some steps of what to do, which includes opening
22   the vent or window when cooking, opening the
23   bathroom vent, and keeping one or more vents
24   slightly open.
25 A.  Correct.

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 93

1  Q.  So the presence of condensation in a unit is an
2      anticipated condition and common issue in travel
3      trailers, correct?
4  A.  Correct.
5  Q.  Just by living, having peo-- bodies living in
6      there, cooking and --
7  A.  Breathing.  Yes.
8  Q.  -- bathing, correct?
9  A.  Yes.
10 Q.  Sun Valley gives guidance on how to address the
11     issue, correct?
12 A.  Correct.
13 Q.  So the presence of condensation doesn't
14     necessarily mean that a travel trailer is
15     defective because it has cracks or crevices or
16     breaches in the unit that allow moisture
17     intrusion.
18 A.  Not at all.
19 Q.  It's just a normal part of --
20 A.  Normal.
21 Q.  In the manufacturing process, how are the windows
22     installed and sealed on Sun Valley travel
23     trailers?
24 A.  The windows are installed -- there's the actual
25     window with the glass part and then there's an

Page 94

1      interior ring.  The exterior -- the window with
2      the glass part has putty, butyl tape put on, it's
3      put up against the outside wall.  The person on
4      the inside is screwing the ring to the inside.
5      So it's actually sandwiching it against the
6      exterior wall and the interior wall.
7          The butyl tape is cleaned off, and then we
8      used a silicone -- I'm not sure it was silicone,
9      but a sealant over the top of the windows, to
10     seal the window in.
11 Q.  And that was the process that was used uniformly
12     in the manufacture of Sun Valley trailers.
13 A.  We've used it for every year we've been building
14     them.
15 Q.  What about the wall seams or the wall panels, how
16     were those put together and sealed?
17 A.  The wall.  You're talking about like the corners?
18 Q.  Yes.
19 A.  The actual wall in front?
20 Q.  Yes.
21 A.  The same process.  The walls were put together,
22     screwed together.  And then there was a corner
23     molding that went down.  Underneath the corner
24     molding, butyl tape was put underneath that, the
25     corner molding was screwed into the wall and then

Page 95

1      cleaned off and then again sealed with silicone.
2  Q.  During the time that you were with Sun Valley,
3      was there any systemic reports of problems
4      with leaks in the windows or wall panels popping
5      out?
6  A.  No.
7  Q.  Proud of Sun Valley's record in that regard?
8  A.  Yes.
9  Q.  Are you aware of whether Sun Valley travel
10     trailers were used in connection with any other
11     disaster other than Katrina and Rita?
12 A.  No, I'm not aware of any.  But it wouldn't
13     surprise me that they were.  I mean, Florida has
14     hurricanes, so yeah, we might be using --
15 Q.  But you don't know.
16 A.  Yeah, I don't know.
17 Q.  During the time that you were with Sun Valley,
18     did -- this may repeat a little bit of what I
19     said before.  Forgive me.
20         Did Sun Valley ever receive any complaints
21     from occupants about systemic problems with seals
22     breaking or wall panels popping loose?
23 A.  No.
24 Q.  Were there any complaints about leaks or broken
25     seals?

Page 96

1  A.  There were, you know, occasions where we might
2      have a broken seal or a leak.  That's why we --
3  Q.  Isolated?  That's why you have a warranty?
4  A.  Yeah, that's why we have a warranty and
5      instructions on how to seal it.
6  Q.  But as far as systemic problems.
7  A.  No.  No.  No.
8          MR. BARRIOS: All right.  I'm
9      going to pass you for right now.  If
10     I see any other questions I missed,
11     I may come back a little bit later.
12         THE WITNESS: Okay.
13         MR. PENOT: I'm going to have
14     just a couple of questions.  Do I
15     need a mic?  I can talk real loud.
16         VIDEOGRAPHER: Let me go off
17     the record real quick.  Off the
18     record at 11:08.
19     (Off the record.)
20     (Sun Valley Deposition Exhibits 10
21     and 11 marked for identification.)
22         VIDEOGRAPHER: Back on the
23     record at 11:11.  Please continue.
24         CROSS-EXAMINATION
25

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 97

1    BY MR. PENOT:
2    Q.  Mr. Romanetz, Charles Penot, representing Fluor
3        Enterprises.
4            You were asked a number of questions about a
5        trailer that was used and occupied by a
6        Plaintiff, a gentleman by the name of Charles
7        Marshall.  I've now put in front of you Exhibit
8        Number 2 --
9    A.  Okay.
10   Q.  -- which is the Sun Valley Travel Trailer VIN
11       Example that is -- VIN stands for vehicle
12       identification number; is that correct?
13   A.  Correct.
14   Q.  And then I also put in front of you two exhibits
15       that I've marked as -- one is Sun Valley 10 and
16       one is Sun Valley 11.  The Sun Valley -- you've
17       never seen these documents before, Sun Valley 10
18       and 11, have you?
19   A.  No.
20   Q.  Okay.  I'm just going to represent to you that
21       they are Inspection Reports that were used in
22       the process of accepting delivery and delivering
23       and installing FEMA trailers in the Katrina
24       relief effort.
25   A.  Okay.

Page 98

1    Q.  Take a look at Sun Valley 11, please.
2    A.  Okay.
3    Q.  In the upper right-hand corner on this document
4        there's a box called -- that reads:  1. MH Serial
5        number, or No., slash TT VIN No.
6            Do you recognize that?  Then there's a
7        handwritten number beneath that.
8    A.  Correct.
9    Q.  Do you recognize that handwritten number as the
10       VIN of a Sun Valley travel trailer?
11   A.  Yes, I do.
12   Q.  And the reason you can do that is because the
13       first three characters, 1S4, indicate that that
14       -- a travel trailer with that VIN would have been
15       manufactured by Sun Valley --
16   A.  Correct.
17   Q.  -- correct?
18   A.  Correct.
19   Q.  Okay.  And if you look at Sun Valley Number 10.
20   A.  Okay.
21   Q.  Same thing, upper right-hand corner, that's a
22       Sun Valley VIN for a travel trailer, correct?
23   A.  Correct.  1S4.
24   Q.  Okay.  Now, the next digit is -- or not digit but
25       the next character is alpha character B as in

Page 99

1        boy.  And that indicates to you on both of the --
2        on both SV 10 and SV 11, that both of those units
3        are the Road Runner.
4    A.  Correct.
5    Q.  And the Road Runner Sun Valley travel trailer
6        -- well, the next character is a T on both VIN's,
7        correct?
8    A.  Correct.
9    Q.  And so you know from that that both of these
10       trailers; that is, the trailers referred to on
11       Sun Valley 10 and Sun Valley 11, were Road Runner
12       model Sun Valley trailers, correct?
13   A.  Correct.
14   Q.  And you know that they're both 30 -- they were
15       both 30 feet long; is that correct?
16   A.  That is correct.
17   Q.  Because the next two characters are three zero,
18       correct?
19   A.  Correct.
20   Q.  You know that they both had two axles because the
21       next character in the VIN on both Sun Valley 10
22       and 11 are -- is the number two, correct?
23   A.  Correct.
24   Q.  You also know that they were both; that is, both
25       the trailers referred to on Sun Valley 10 and 11

Page 100

1        were both, manufactured in 2006; is that correct?
2    A.  Correct.
3    Q.  And you can tell that from the year code, which
4        is --
5    A.  Yeah, number six in there's the year.  That's the
6        model year.
7    Q.  Okay.  And then the last one, two, three, four,
8        five, six, seven -- the last seven digits are the
9        unique individual trailer.  Excuse me.  Wrong.
10   A.  Yeah.
11   Q.  The next digit after the year code tells you
12       which of your plants; that is, which of the
13       Sun Valley plants, manufactured these travel
14       trailers, correct?
15   A.  I believe that to be right.
16   Q.  Okay.  And on both of these, Sun Valley 10 and
17       11, it's the number three, indicating that
18       both of these trailers were produced in the same
19       plant, in the same year.
20   A.  Correct.
21   Q.  Then the last six characters are the individual
22       trailer identification number; is that correct?
23   A.  Correct.
24   Q.  So on Sun Valley 10, which I'm going to represent
25       to you relates to Mr. Marshall's trailer --

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

---

Page 101

1　A.　Yep.

2　Q.　-- that digit is -- or those digits are 014399 --

3　A.　Correct.

4　Q.　-- and on Sun Valley 11 it's 014499.

5　A.　Correct.

6　Q.　So these were produced at the same plant, in the

7　　　same year, by Sun Valley, same model, same

8　　　length, same number of axles, and were produced,

9　　　what, about a hundred units apart?

10　A.　Correct.

11　Q.　Would that mean that the trailer to which Sun

12　　　Valley 11 is referring contains all of the same

13　　　features, including windows and doors and vents,

14　　　that you went over in your testimony with

15　　　Mr. Maggio earlier this morning and as reflected

16　　　in the photos in Sun Valley 5?

17　A.　Yes.

18　Q.　I believe Mr. Barrios may have asked you one of

19　　　these questions. I have a follow-up to it.

20　　　　You never spoke to anyone from Fluor

21　　　Enterprises, Inc., you never knew of them at the

22　　　time, correct?

23　A.　Until I walked in here, I didn't know who anybody

24　　　was.

25　Q.　Okay. To your knowledge, did anyone at Sun

---

Page 102

1　　　Valley, any of your people, ever report to you

2　　　that they spoke to anyone at Fluor Enterprises?

3　A.　No.

4　　　　MR. PENOT: That's all I have.

5　　　Thank you for your time,

6　　　Mr. Romanetz.

7　　　　THE WITNESS: You bet.

8　　　　MR. MILLER: Why don't we go

9　　　off the record and take a short

10　　　break, okay?

11　　　　THE WITNESS: Yep.

12　　　　MR. MAGGIO: Quick ten-minute

13　　　break, y'all?

14　　　(A brief recess was taken.)

15　　　　VIDEOGRAPHER: We're now back

16　　　on the record at 11:23. Please

17　　　continue.

18　　　　CROSS-EXAMINATION

19　BY MR. MILLER:

20　Q.　Mr. Romanetz, my name is Henry Miller. I'm a

21　　　attorney with the United States Department of

22　　　Justice, and I represent the United States, which

23　　　is a defendant in approximately 2,000 lawsuits

24　　　that have been filed by over 30,000 persons

25　　　against the government.

---

Page 103

1　　　　And the purpose -- you understand that the

2　　　purpose of this deposition is to take -- to ask

3　　　questions relating to Sun Valley as to all the

4　　　cases that have been consolidated in this multi-

5　　　district litigation action.

6　A.　Yes, I do.

7　Q.　And you're appearing here today as a

8　　　representative of Sun Valley. Do you understand

9　　　that?

10　A.　Yes, I do.

11　Q.　And there are certain subject matters that were

12　　　designated in the document which is marked

13　　　Exhibit Number 1, which is the notices of

14　　　deposition. Are you aware of that?

15　A.　Uh-huh.

16　Q.　You have to say --

17　A.　Yes. Sorry.

18　Q.　And for purposes of this deposition where you're

19　　　appearing as a representative, what did you do to

20　　　prepare for the deposition?

21　A.　Just the papers, the forms that I had.

22　Q.　Did you review any documents?

23　A.　Just the stuff that was sent to me. Yes. Some

24　　　documents, yes.

25　Q.　And when you say you reviewed "some documents,"

---

Page 104

1　　　what were those documents? What was the

2　　　materials that you looked at? To the best of

3　　　your recollection.

4　A.　The lawsuit stuff and that.

5　Q.　Did you look at the Owner's Manual?

6　A.　Yes.

7　Q.　Did you look through the pictures that counsel

8　　　showed you today, before today?

9　A.　Yes.

10　Q.　The documents that you went over today with

11　　　Sun Valley counsel, Mr. Maggio, had you looked at

12　　　them prior to today in preparation of this

13　　　deposition?

14　A.　Yes.

15　Q.　Besides those materials, did you look at anything

16　　　else?

17　A.　No.

18　Q.　Did you look at any e-mails, newspaper articles,

19　　　anything such as that?

20　A.　E-mails? E-mails from Sun Valley?

21　Q.　Yes.

22　A.　No. No.

23　Q.　Now, in response to discovery requests that were

24　　　issued, Sun Valley produced to the parties in

25　　　this case approximately 8,000 pages of materials.

---

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

---

Page 105

1  A.   Okay.
2  Q.   Do you know what actions were -- when Sun Valley
3       closed up its business --
4  A.   Uh-huh.
5  Q.   -- in 2008, what actions were taken to preserve
6       documents and materials?
7            MR. MAGGIO: Let me -- and
8       that's the part that -- he is not
9       being produced as a corporate rep--
10           MR. MILLER: Counsel, you can
11      object that it's beyond the scope,
12      that's fine.
13           MR. MAGGIO: Wait a second,
14      Mr. Miller.  I get to finish
15      talking.  Don't interrupt me.
16           MR. MILLER: No, that's a
17      speaking objection, that's improper.
18           MR. MAGGIO: No, no, no.  I'm
19      going to say what I have to say.
20           MR. MILLER: You'll say it,
21      but it's improper, Counsel.
22           MR. MAGGIO: Whatever you --
23      that's your take on it.
24           MR. MILLER: No, that's the
25      Federal Rules of Evidence.

---

Page 106

1            MR. MAGGIO: I disagree with
2       you.  He is not being produced as a
3       corporate representative to address
4       that issue which you're bringing up.
5       Rather, Mr. Morrison is being
6       produced to address that.
7            MR. MILLER: Okay.  And so
8       you're --
9            MR. MAGGIO: So I would object
10      to that question.
11           MR. MILLER: Is your objection
12      then beyond the scope of what this
13      witness is being proffered?
14           MR. MAGGIO: Correct.
15  BY MR. MILLER:
16  Q.   Okay.  Do you know what actions Sun Valley took
17      to preserve documents or materials that it had in
18      its possession, custody and control when it
19      closed down in 2008?
20           MR. MAGGIO: Same objection.
21           MR. MILLER: And I'll give you
22      a standing objection on it, Counsel.
23           MR. MAGGIO: Well, I just want
24      to make sure that it's preserved.
25           MR. MILLER: Okay.

---

Page 107

1            THE WITNESS: No.
2   BY MR. MILLER:
3   Q.   Who at Sun Valley would be the person most
4       knowledgeable of that?
5            MR. MAGGIO: Same objection.
6            THE WITNESS: Dan Morrison.
7   BY MR. MILLER:
8   Q.   And what was Mr. Morrison's position?
9   A.   Owner.
10  Q.   Now, in addition to looking at documents to
11      prepare for this deposition -- are the only
12      documents you looked at the documents that
13      counsel provided to you?
14  A.   Correct.
15  Q.   Did you go out and do any search or investigation
16      to identify documents that may have contained
17      information?
18  A.   I don't have any access to any of that.  No.
19  Q.   So the materials that you looked at were the ones
20      that counsel provided to you.
21  A.   Correct.
22  Q.   Did you talk to any of the persons who worked for
23      Sun Valley for purposes of preparing for this
24      deposition?
25  A.   No.

---

Page 108

1   Q.   Talk to Mr. Morrison?
2   A.   No.
3   Q.   Talk to any former employees?
4   A.   No.
5   Q.   So the only persons you talked to in preparation
6       of this deposition was Sun Valley's counsel.
7   A.   Correct.
8   Q.   Approximately how much time did you spend looking
9       at documents in preparation of this deposition?
10  A.   Two hours with counsel, and then looking at the
11      papers that were sent to me, maybe another three
12      or four hours.
13  Q.   So approximately, best estimate, five hours
14      total?
15  A.   Sounds good.
16  Q.   Now, Sun Valley was created in January of 2000,
17      or came into existence in January 2000?
18  A.   Correct.
19  Q.   And let me step back and clear something up.
20      Exhibits 10 and 11, do you have those in front of
21      you?  Those were, I believe, the two inspection
22      sheets --
23  A.   Correct.
24  Q.   -- that counsel for Fluor talked to you about.
25           If you look at the VIN numbers on those --

---

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 109

1  for those two inspection -- for the trailers that
2  are on those two inspection sheets, they indicate
3  that the model year was 2006; is that correct?
4  A.  That is correct.
5  Q.  But both those inspection sheets are actually
6  dated in 2005, correct?
7  A.  Correct.
8  Q.  How is it that you could have a model year 2006
9  being inspected in 2005?
10 A.  Generally, model year changed in -- for 2006, it
11 probably changed in June or July of 2005.  So it
12 went to 2006 models at that time frame.
13 Q.  So when you have a -- in the VIN number a model
14 year 06, that would mean -- what would be the
15 dates that that model could have been
16 manufactured?
17 A.  It could have been manufactured June of '05 all
18 the way through May of 2006.
19 Q.  And is there any way for you to determine from
20 the VIN number what was the date of actual
21 manufacture?
22 A.  I don't know that, no.
23 Q.  In this case, given that -- assuming that these
24 inspection sheets are accurate, this would
25 suggest that these units were built sometime in

Page 110

1  2005; is that correct?
2  A.  Yes.
3  Q.  Now, given that the model year runs from
4  approximately July -- June, July of the year to
5  about May of the next year, and using that time
6  frame, the first year that Sun Valley came
7  into -- what's your best estimate of how many
8  travel trailers Sun Valley manufactured a year
9  when it started manufacturing in 2000, in
10 December of 2000 or January 2000?
11 A.  Best guess would be probably five, six hundred in
12 2000.
13 Q.  And I don't need a guess but I need your estimate
14 as the corporate representative.
15 A.  My estimate is five, six hundred in the first
16 year.
17 Q.  What was the most units that Sun Valley ever
18 produced -- travel trailers Sun Valley ever
19 produced in a single year?
20 A.  I would say about fifteen hundred.
21 Q.  And what was the least amount, the smallest
22 number?
23 A.  Sun Valley?  Five to six hundred a year.
24 Q.  For the model year 2005, which would be, I
25 believe, June, July 2004 through May 2005 --

Page 111

1  A.  Okay.
2  Q.  -- what's your best estimate of how many units
3  Sun Valley manufactured?  That would be the year
4  before Katrina, Rita.
5  A.  I would say probably twelve, thirteen hundred,
6  somewhere in there.
7  Q.  And the next model year, model year 2006, which
8  would be June, July 2005 through May 2006, how
9  many travel trailers did Sun Valley manufacture?
10 A.  Around probably the fifteen hundred mark.
11 Q.  The year after that, the model year which would
12 be 2007, which would be June, July 2006 through
13 May 2007, approximately how many units?
14 A.  About fifteen hundred.
15 Q.  And then the next model year, model year 2008.
16 A.  Well, that's when it started to drop.  Probably a
17 thousand.
18 Q.  And then model year 2009 would have been the last
19 year of manufacture?
20 A.  Correct.
21 Q.  Approximately how many units in that last year?
22 A.  Six, seven hundred.
23 Q.  As I understand from counsel's questioning --
24        MR. MAGGIO:  Let me go back to
25        that last question.  Let me see his

Page 112

1  question.  Okay, that's fine.
2  BY MR. MILLER:
3  Q.  Did Sun Valley ever engage in the manufacture of
4  manufactured homes, mobile homes?
5  A.  No.
6  Q.  Did Sun Valley ever manufacture park model
7  trailers?
8  A.  No.
9  Q.  Do you understand that there's a difference
10 between park model trailers and travel trailers?
11 A.  Correct.  Yes.
12 Q.  Did Sun Valley have any associated or related
13 businesses that were involved in the manufacture
14 of mobile homes or park model trailers?
15 A.  No.
16 Q.  Now, prior to coming to work for Sun Valley you
17 were employed by who?
18 A.  Sunlight, Incorporated.
19 Q.  Did Sunlight ever engage in the manufacture of
20 any manufactured housing, mobile homes?
21 A.  No.
22 Q.  Manufacture of park model trailers?
23 A.  No.
24 Q.  Have you ever been involved in the manufacture of
25 park model travel trailer-- park model trailers

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 113

1      or mobile homes?
2          MR. MAGGIO: Wait a minute.
3      When you say "you," are you
4      referring to him individually now --
5          MR. MILLER: Correct.
6          MR. MAGGIO: -- or as a
7      corporate representative?
8          MR. MILLER: Him as an
9      individual.
10         THE WITNESS: No.
11         MR. MILLER: Do you have --
12     can you pull out the photographs
13     that were used with the witness?
14     And there's two exhibits. And what
15     are the exhibit numbers on those?
16         THE WITNESS: That one's four
17     and this one's five.
18  BY MR. MILLER:
19  Q.  You can -- we'll deal with these collectively.
20      Sir, you have had an opportunity to go
21      through with counsel the photographs that are
22      marked as Exhibit 4 and Exhibit 5; is that
23      correct?
24  A.  That's correct.
25  Q.  Are those photographs a true and accurate

Page 114

1      depiction of a travel trailer manufactured by
2      Sun Valley?
3   A.  Yes, it is.
4   Q.  And is that a true and accurate depiction of the
5      Road Runner model manufactured by Sun Valley?
6   A.  Yes.
7   Q.  A true and accurate depiction of the Road Runner
8      model 2006 year?
9   A.  Yes.
10  Q.  Now, how many total windows did a Sun Valley
11     Road Runner model -- Road Runner 2006 model have?
12  A.  This model?
13  Q.  Correct.
14  A.  You've got four on the door side and three on the
15     opposite side shown on Exhibit 5.
16  Q.  So this unit had a total of seven windows; is
17     that right?
18  A.  Correct.
19  Q.  And each of those windows were the type that
20     would slide open.
21  A.  Correct.
22  Q.  That unit also had a door that could be opened
23     and had a screen behind it; is that right?
24  A.  Correct.
25  Q.  In addition, it had two roof vents; is that

Page 115

1      right?
2   A.  That is correct.
3   Q.  And one of the roof vents, the one in the
4      bathroom, had a power motor vent fan.
5   A.  Twelve-volt motor to vent the air.  Yes.
6   Q.  Was there a special -- some bathrooms in a house,
7      which I'm more familiar with, if you turn the
8      light on, the vent fan turns on.  Is there a
9      separate vent switch?  Or does the vent fan turn
10     on automatically when you turn the light on in
11     the bathroom?
12  A.  No, there's a separate switch and that was --
13     that was shown.  It's right up at the vent.  So
14     you had to push the black button at the vent.
15  Q.  So in addition to the seven windows and the door,
16     there was also the two vents on the roof.
17  A.  Correct.
18  Q.  What was the size of the vent on the roof, the
19     dimensions?
20  A.  Fourteen inches by fourteen inches.
21  Q.  So that's larger than a square foot; is that
22     right?
23  A.  Correct.
24  Q.  In fact, just for purposes -- so that the finder
25     of fact, judge or jury understands, that's larger

Page 116

1      than a normal tile that you'd have in -- you
2      know, a 12-by-12 tile that you'd have in your
3      kitchen or -- in your house.
4   A.  Yes.
5   Q.  There was also a little bit of talk about the
6      air-conditioning unit that is depicted on those
7      pictures on Exhibit 4 and 5 in about the center
8      on the roof; is that right?
9   A.  Correct.  Yes.
10  Q.  And those air-conditioning units you indicated
11     could also vent air; is that right?
12  A.  Correct.
13  Q.  Explain how that's possible.
14  A.  Well, there's a fan that's in there that'll
15     circulate the air.  There's the air conditioner
16     at the top that'll circulate the air from the
17     outside and bring it and circulate the air on the
18     inside of the trailer.
19  Q.  Now, from looking at these photographs, it
20     appears that for this model, the Road Runner
21     model in '06, each of the occupants, where they
22     would sleep in this unit, would have their own
23     window.
24  A.  Correct.
25  Q.  There would be two windows for the back bedroo--

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 117

1   for the bedroom.
2 A.  One for each bed, yes.
3 Q.  No, in the bedroom area, which is a separate
4   room.  The front part of the trailer.
5 A.  Okay.  Yeah, there's two up in the front.  Yes.
6 Q.  That's where the full-size bed is.
7 A.  Correct.
8 Q.  And there's two windows there, right?
9 A.  Correct.
10 Q.  One on each side of the trailer.
11 A.  Correct.
12 Q.  Then for the bunkhouse area, where there's the
13   bunks, which is the back side of the trailer,
14   what I refer to as the back side of the trailer,
15   and across from the bathroom -- right?
16 A.  Correct.
17 Q.  -- each of those bunks had its own window.
18 A.  Correct.
19 Q.  In addition, if someone was residing in the
20   living room area -- because that couch could be
21   used as a bed, correct?
22 A.  Correct.
23 Q.  There are two windows in that living room area;
24   is that right?
25 A.  Yes.  This will be above the dinette.  And then

Page 118

1   the sofa area, which is on the other side, which
2   would be depicted in this photo right here with
3   this center window, that would be for the sofa
4   area.
5 Q.  Okay.  When you're referring to the one that
6   shows the sofa area, what is the exhibit number
7   and the Bates number at the bottom of the page?
8 A.  Exhibit Number 5, 01-00108.
9 Q.  And when you're referring to the dinette set, the
10   window there, what is the exhibit number?
11 A.  That is Exhibit 4, 01-00101.
12 Q.  Now, besides the Road Runner model -- and let me
13   -- between two thousand-- model year 2004 and
14   model year 2008, did the Road Runner model change
15   in any way in terms of the number of windows or
16   vents?
17 A.  This particular model is what you're asking?
18 Q.  Correct.
19 A.  No, did not.
20 Q.  Did you manufacture any other type of model
21   travel trailers in the range of 26 to 32 feet
22   other than this Road Runner model?
23 A.  Yes.
24 Q.  What are the other units that you manufactured?
25 A.  One of the ones was a 27-foot, which was a little

Page 119

1   bit shorter, it didn't have bunk beds.  We went
2   from 27 all the way down to 16 feet in the Road
3   Runner series.
4 Q.  How many different models did Sun Valley make?
5 A.  Probably in the -- in the Road Runner series,
6   probably 20 different models.
7 Q.  And do the number of windows in the units vary
8   based upon the type of model?
9 A.  Yes.
10 Q.  What were the least number of windows that you
11   would have had in your models?
12 A.  That'd be in our 16-foot.  One, two, three, four.
13 Q.  Let me stop you.
14 A.  Excuse me.  Sorry.
15 Q.  No, I apologize, because it was a bad question,
16   because I can limit it somewhat.
17 A.  Shame on you.
18 Q.  Yes.  My fault.  I'm only interested in trailers
19   that would be between 26 and 32 feet.
20 A.  Okay.  I would -- the least amount would be one,
21   two three -- six.
22 Q.  And what would have -- of the seven windows that
23   are depicted in the two exhibits, which window
24   would -- what would be the difference in the
25   configuration?

Page 120

1 A.  It would be the bunk one, the top.
2 Q.  The top bunk window?
3 A.  The top bunk window would disappear.
4 Q.  And why is that?
5 A.  Because that particular model wouldn't have a
6   bunk bed in it.
7 Q.  For designing your travel trailers, did you try
8   to have every sleeping space have its own window?
9 A.  Yes.
10 Q.  Why?
11 A.  Ventilation.
12 Q.  Why is ventilation important?
13 A.  It's important to my comfort when I sleep, so
14   it'd be important to our customers' comfort.
15 Q.  Why does having ventilation make the travel
16   trailer more comfortable?  I mean, for example,
17   we're in this conference room and there's no
18   ventil-- no windows open here.
19 A.  It's cold in here.
20 Q.  It is cold in here.  It is cold in here.  No, but
21   why would having more windows make it more
22   comfortable?
23 A.  If you're in a box and you don't have any
24   ventilation, the air gets stale.  It's just not
25   comfortable.  It gets hot, you get your

FEMA Trailer Formaldehyde Products Liability Litigation

Page 121

1      condensation, so on and so forth.  You always
2      open the windows when you go camping.
3 Q.  Now, besides the Road Runner model, did you
4      produce any other travel trailers in the range of
5      26 to 32 feet?
6 A.  Yes.
7 Q.  What other models did you manufacture?
8 A.  It would be the X-Treme, X - T-r-e-m-e, models,
9      which were -- we built those.  And then we also
10     built -- during this time frame?
11 Q.  Between approximately 2005 and 2008 model year.
12 A.  We built the Bridgeport.  And we built the --
13      there was a toy hauler in there, and I can't tell
14      you the name of it.  Yeah, we built a couple.
15 Q.  Was the toy hauler a travel trailer?
16 A.  Travel trailer which has storage in the back for
17      SU-- you know, motorcycles and stuff.
18 Q.  Okay.  So there's the toy hauler that has a
19      separate compartment on it for hauling other
20      materials, right?
21 A.  Correct.
22 Q.  And besides the toy hauler you had two other
23      models, the X-Treme and the Bridgeport.
24 A.  Correct.
25 Q.  The Bridgeport model, how did that differ from

Page 122

1      the Road Runner model in terms of the number of
2      windows?
3 A.  If I compared model to model between the Road
4      Runner and the Bridgeport, the windows were the
5      same.
6 Q.  What were the differences between the Road Runner
7      and the Bridgeport model?
8 A.  The Road Runner -- the Bridgeport model had just
9      a static -- from the front end, it was more of a
10     curved front end, more radius as far as looks, it
11     had slide-outs -- more slide-outs available in
12     that series.  That was basically the only
13     difference.
14 Q.  And how did the X-Treme model differ from the
15     Road Runner model?
16 A.  The X-Treme model was a laminated sidewall and
17     floor -- no, laminated sidewalls, and then the
18     rest of it was built the same as a Road Runner.
19 Q.  And in terms of the sidewalls, what were the
20     sidewalls made out of for the Road Runner?
21 A.  It was aluminum frame core that was laminated
22     with Styrofoam in between, and you had exterior
23     fiberglass and interior wallboard typically used
24     in the Road Runner, the same material.
25 Q.  The number of windows in the X-Treme, did that

Page 123

1      differ?
2 A.  No.
3 Q.  Did the basic floorplans or configurations of the
4      various models differ?
5 A.  There was probably differences, yeah, between
6      them.  Yes.
7 Q.  In terms of pricing, what was the price range
8      here?  And I don't need to deal with the toy
9      hauler because that would not be something that
10     would have been used, but between the X-Treme,
11     the Bridgeport, and the Road Runner model.
12 A.  I mean, the pricing ranged anywhere from --
13      retail, probably 13,000 up to 30,000.
14 Q.  For these three models, was one model considered
15     the lower model and the other one was the more
16     deluxe model?  Or within each of their own models
17     do they have a range?
18 A.  A laminated travel trailer is going to cost more
19     than a Road Runner stick-and-tin travel trailer.
20     I mean, as far as anything else being different,
21     no, it was basically the construction.
22 Q.  For all the travel trailers that Sun Valley
23      produced, did they obtain a RVIA certification
24      sticker?
25 A.  Yes.

Page 124

1 Q.  And did RVIA charge Sun Valley a fee for the
2      issuance of those stickers on each travel
3      trailer?
4 A.  They sure did.
5 Q.  And what did Sun Valley get in exchange for
6      paying that fee for that sticker?
7 A.  We got the knowledge that our trailers were being
8      built correctly.  You know, we had them giving
9      advice and keeping us up to date on anything --
10     any issues that were out there.
11 Q.  Did you rely upon the RVIA -- and by "the RVIA,"
12     I'm referring to the Recreation Vehicle what?
13 A.  Association, Industry Association.
14 Q.  Industry Association.
15 A.  Yes.
16 Q.  RVIA stands for the Recreation Vehicle
17     Industry --
18 A.  Yes.
19 Q.  -- Association?
20 A.  Correct.
21 Q.  And Sun Valley was a member of that.
22 A.  Correct.
23 Q.  And subscribed to that and paid the RVIA a fee
24     for the issuance of a certificate on each of its
25     trailers.

FEMA Trailer Formaldehyde Products Liability Litigation

Page 125

1  A.  Correct.
2  Q.  And in order to get an RVIA sticker, you actually
3       needed to have the holding tanks on a unit,
4       didn't you?
5  A.  Yes. Yes.
6  Q.  Now, although counsel has represented to you that
7       the exhibits there -- and what are the stickers
8       on the exhibits for the photos?
9  A.  Which sticker are you --
10 Q.  What is the exhibit --
11 A.  Exhibit 4.
12 Q.  Exhibit 4 and 5?
13 A.  Correct.
14 Q.  Some of those pictures are -- there are two
15      different trailers that are being photographed in
16      that picture. But for all intents and purposes,
17      that's the same model, correct?
18 A.  It's the same model, yes.
19 Q.  If you look at a picture of one and the other,
20      you'd be seeing the same thing.
21 A.  Correct.
22 Q.  And the reason I'm concerned is that we have a
23      picture of -- from one of the trailers of only
24      one side, and then the picture from the other
25      trailer, we have the picture of the other side of

Page 126

1       the trailer.
2            But you can put those two together and
3       that's what both trailers would look like.
4  A.  Correct.
5  Q.  Now, there was some questions about the suppliers
6       that Sun Valley used. For the manufacture of
7       travel trailers -- and here the only travel
8       trailers I'm concerned about are the X-Treme, the
9       Bridgeport, and the Road Runner model.
10 A.  Okay.
11 Q.  Did you use plywood or particle board in the
12      construction of those units?
13 A.  Plywood.
14 Q.  How about particle board?
15 A.  We use Structurwood® for the floor, which might
16      be a brand name.
17 Q.  How about for making up frames; such as, for the
18      beds, the bunk beds, or the dinette set, or the
19      kitchen cabinets? Was that plywood or particle
20      board?
21 A.  The only place we would use your particle board,
22      as you call it, would be possibly at the bed
23      area, underneath the main bedroom or front
24      bedroom mattress.
25 Q.  And let me go through this. For particle -- what

Page 127

1       do you understand particle board to refer to?
2  A.  Pieces of board glued together and created a flat
3       surface.
4  Q.  And the particle board, in what locations would
5       it be used in the travel trailers manufactured by
6       Sun Valley?
7  A.  Only on the floor. It's a one-piece floor. And
8       then the only other spot be in the pass-
9       through storage at the front, depending on the
10      model, it'd be the top deck there that got
11      carpeted.
12 Q.  Would this particle board be covered by anything?
13 A.  If it was on the inside, it was covered by
14      carpet.
15 Q.  Plywood. Was plywood used in these travel
16      trailers?
17 A.  Yes.
18 Q.  Where was plywood used?
19 A.  It was used underneath -- actually, underneath
20      the mattress on these two photos in Exhibit 4 and
21      Exhibit 5, the lift-up -- there's a lift-up bed
22      in the front, to get storage underneath, that was
23      a piece of plywood.
24 Q.  Besides underneath the bed as a lift-up storage
25      area, was plywood used anyplace else in the

Page 128

1       manufacture of the unit?
2  A.  In the back where the bunks were, that was
3       plywood.
4  Q.  Anyplace else?
5  A.  Underneath the kitchen, there was plywood in
6       there.
7  Q.  Anyplace else?
8  A.  In the sidewalls, there's probably pieces of
9       plywood there.
10 Q.  Anyplace else that you can think of?
11 A.  No. I think that covers everything.
12 Q.  And we talked about the particle board, that that
13      would have been used where?
14 A.  On the floor.
15 Q.  Besides the floor, anyplace else that particle
16      board would be used?
17 A.  Up across the front in the pass-through storage.
18 Q.  Anyplace else besides those two places?
19 A.  No.
20 Q.  Now, you have cabinets in the trailer; is that
21      correct?
22 A.  Yes.
23 Q.  There's closets in the trailer.
24 A.  Yes.
25 Q.  What type of materials were used to manufacture

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 129

1  those cabinets or the closets?
2  A.  Plywood.
3  Q.  So that's plywood, also?
4  A.  Plywood and paneling.  Yes.
5  Q.  The ceiling.  What would the ceiling have been
6  made out of?
7  A.  Ceiling board and we had pine wood trusses.
8  Q.  And the ceiling board, what was that made out of?
9  A.  The ceiling board was plywood with a vinyl
10  covering over it on the inside.
11  Q.  And the walls of the trailer, what were they made
12  of?
13  A.  Again, pine, interior wallboard, which would be
14  paneling, and then in these -- these two would be
15  exterior aluminum that was stapled to the pine.
16  Q.  When you refer to the paneling, was the paneling
17  plywood?
18  A.  Yeah, it's plywood with a vinyl cover on it that
19  imitates wood.
20  Q.  And so the interior -- the plywood that was used
21  for the ceiling or for the walls of the trailer,
22  the plywood was not exposed, it was covered by a
23  vinyl covering?
24  A.  Correct.
25  Q.  And how was that vinyl covering applied to the

Page 130

1  plywood?  Was it laminated?  Was it stapled on?
2  A.  The covering was laminated.
3  Q.  Did you purchase the plywood already with the
4  laminated covering on it or did you purchase it
5  as a blank sheet of plywood and apply the
6  laminated as part of the construction process?
7  A.  It was purchased with the covering on it.
8  Q.  Who were your vendors -- who were Sun Valley's
9  vendors for the plywood that was used in the
10  construction of these trailers?
11  A.  Robert Weed Plywood.
12  Q.  I'm sorry, who was that?
13  A.  Robert Weed Plywood.
14  Q.  Are they an actual manufacturer of plywood or are
15  they a middleman?
16  A.  They did the laminating.  So I'm going to say
17  they're the middleman.
18  Q.  Do you know where Robert Weed Plywood is located
19  or based?
20  A.  Bristol, Indiana.
21  Q.  Do you have any knowledge of where they got the
22  plywood from that they used in their
23  manufacturing process?
24  A.  No.
25  Q.  Besides Robert Wood Plywood --

Page 131

1  MR. MAGGIO: Weed.
2  THE WITNESS: Weed.
3  BY MR. MILLER:
4  Q.  I'm sorry.  Robert Weed Plywood.  Any other firms
5  that you bought -- purchased plywood from for
6  purposes of constructing these travel trailers?
7  A.  North American -- I believe at the time it was
8  North American Wood Products, or something like
9  that, North American Forest Products.
10  Q.  Anyone else?
11  A.  That was the only two.
12  Q.  So the only two firms/suppliers that Sun Valley
13  purchased plywood from were Robert Weed Plywood
14  and North American Wood Products.
15  A.  Or Forest.  I'm not sure.
16  Q.  Or Forest Products.
17  A.  Yes.
18  Q.  Did you ever have any mater-- do you know what a
19  Material Safety Data Sheet is?
20  A.  MDS?  Yeah.  Yeah.
21  Q.  What is your understanding of what an MDS or
22  Material Safety Data Sheet is?
23  A.  It just tells you any issue that you might have
24  to have any cautions or anything like that.
25  Q.  Did you ever have -- or are you aware of any

Page 132

1  Material Data Safety Sheets for the plywood
2  products that you used in the manufacture of your
3  travel trailers?
4  A.  No.
5  Q.  Did Sun Valley maintain in their possession,
6  custody and control when they were operating as a
7  business Material Safety Data Sheets?
8  A.  Yes.
9  Q.  Who was responsible for maintaining those?
10  A.  I don't know.
11  Q.  Who would be the best person to ask?
12  A.  You know, the -- I don't know.
13  Q.  Did you have a safety officer?
14  A.  Yes.
15  Q.  Who was the safety officer?
16  A.  Sandy Moore.
17  Q.  And what years did Ms. Moore work for Sun Valley?
18  A.  Same years I did.
19  Q.  So from 2000 through 2008.
20  A.  Correct.
21  Q.  Was she the safety officer that entire time?
22  A.  Can't answer that.
23  Q.  What years are you aware that she served as the
24  safety officer?
25  A.  I'd be guessing if I told you.

1  Q.  What's your best estimate? It's more for future
2      discovery, if necessary.
3  A.  Probably 2004 through probably 2008. I'm
4      guessing there.
5  Q.  So the back half.
6  A.  Probably.
7  Q.  Do you know where Ms. Moore currently resides?
8  A.  No, I do not.
9  Q.  Do you know where she resided when she was
10      working for the firm?
11 A.  She was in the Elkhart area, but I can't tell you
12      where.
13 Q.  Approximately how old was she?
14 A.  Sixty. Don't tell her I said that, though.
15 Q.  I want to go back to the particle board. Did you
16      ever -- actually, let me step back to the plywood
17      issue.
18         Did you ever receive any warnings or notices
19      from Robert Weed Plywood or North American Wood
20      Products -- I understand the name might -- but
21      the North American Wood Products entity, these
22      two businesses that supplied you with plywood,
23      regarding any potential hazards or dangers
24      associated with plywood?
25 A.  No.

1  Q.  Going to the particle board that was used in the
2      construction of the travel trailers. Who were
3      the suppliers, the vendors that supplied that
4      particle board?
5  A.  I believe the brand name was Structurwood®. And
6      I'm try-- I'm not sure who the vendor was that we
7      bought it from.
8  Q.  Was there just one vendor that you used?
9  A.  Yes. Yes.
10 Q.  To the best of your recollection, did that vendor
11      ever supply any Manufacture Safety Data Sheets
12      with that product?
13 A.  No, they did not.
14 Q.  Do you know whether there were any Manufacture
15      Safety Data Sheets for the particle wood board?
16 A.  No.
17 Q.  Do you know if there were any Manufacture Safety
18      Data Sheets associated with the plywood that was
19      used?
20 A.  No.
21 Q.  During the entire time that you were working for
22      Sun Valley, were you aware of any Manufacture
23      Safety Data Sheets that contained warnings
24      relating to potential formaldehyde emissions?
25 A.  No.

1  Q.  If there was a safety issue, who would be the
2      best person from Sun Val-- who would be the most
3      knowledgeable person of any such safety issues at
4      Sun Valley?
5         MR. MAGGIO: He's being
6         produced for that issue.
7  BY MR. MILLER:
8  Q.  I understand he's being produced. But who would
9      be the person most knowledgeable about the safety
10      matters, safety concerns?
11 A.  If there was a safety issue, I would know about
12      it.
13 Q.  Sun Valley did have a safety officer; is that
14      right?
15 A.  Correct.
16 Q.  What were the duties and responsibilities of the
17      safety officer?
18 A.  I mean, the safety officer -- we did monthly
19      safety meetings and -- any safety issues that we
20      had.
21 Q.  Were there ever any issues about the -- or any
22      concerns ever voiced about the quality of the air
23      in the working space at Sun Valley?
24 A.  No.
25 Q.  Were any tests ever conducted, occupational

1      safety/hazard tests, OSHA monitoring of working
2      spaces --
3  A.  No.
4  Q.  -- at Sun Valley?
5  A.  No.
6  Q.  Was Sun Valley ever cited by Indiana Occupational
7      Safety and Health Administration or the federal
8      Occupational Safety and Health Administration?
9  A.  No.
10 Q.  Did either the state or the federal Occupational
11      Safety and Health Administration ever send
12      inspectors to your facility?
13 A.  I do not remember anybody coming to our facility.
14      No.
15 Q.  Is that something you think you'd probably
16      remember if it happened?
17 A.  I would remember if it would have happened, yeah.
18 Q.  As you sit here today, I gather your testimony is
19      you don't think they ever inspected the facility.
20 A.  Correct.
21 Q.  Did you ever have any employees complain about
22      health concerns associated with the construction
23      practices employed by Sun Valley?
24 A.  No.
25 Q.  Ever have any injuries in the plant?

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 137

1  A.  Yes.
2  Q.  Any injuries that resulted in an employee having
3       respiratory-type problems?
4  A.  No.
5  Q.  You ever have any employees complain that they
6       were having trouble breathing in the facility or
7       that their eyes were tearing?
8  A.  No.
9  Q.  Was there any special -- let me step back.
10       How many manufacturing facilities did Sun
11       Valley have?
12  A.  At the end, we had two facilities on one campus,
13       two buildings on one campus.
14  Q.  Let's go through the history of Sun Valley's
15       production. Starting in 2000, when the company
16       was created, how many manufacturing facilities?
17  A.  Two.
18  Q.  And did it ever -- did you ever end up having
19       more than two?
20  A.  Well, we made a move, we went to -- it was one
21       facility, but we ended up going into one, two,
22       three buildings. And for a short, six-month
23       period we actually added a fourth building.
24  Q.  And when did you go from two to -- two buildings
25       -- was there just one facility with multiple

Page 138

1       buildings?
2  A.  Correct.
3  Q.  So this facility, when did you go from two
4       buildings to three buildings?
5  A.  Oh, man.
6  Q.  Best estimate.
7  A.  2004, we went from two to three.
8  Q.  And when did you go from three to four buildings?
9  A.  We added that for a short time. That would have
10       been 2006.
11  Q.  And how long did that fourth building --
12  A.  Six months. It was a short-term lease.
13  Q.  What prompted the move in 2006 to add that
14       additional building?
15  A.  We added the toy hauler product at that time.
16  Q.  Did you just construct it for six months?
17  A.  No, we ended up -- then we moved to our final
18       complex and had enough production there to build
19       everything under two roofs.
20  Q.  So you had -- you initially started with the two
21       buildings, then you went to three buildings, four
22       buildings. Did you then change to an entirely
23       different complex?
24  A.  Totally different location, yes.
25  Q.  When did you move locations?

Page 139

1  A.  That would have been roughly -- I believe it was
2       July, August of '06.
3  Q.  And what prompted the move from the older
4       facility with the four buildings to this new
5       facility with two buildings?
6  A.  Better production, more volume, that we could
7       produce more product.
8  Q.  Was there -- in this time period in 2006, was
9       there an increased demand for product?
10  A.  Yeah, there was an increased demand in 2006.
11       Yes. But spread out between four buildings makes
12       it a little tough to operate.
13  Q.  And in 2006 -- starting in 2005, when Katrina hit
14       in August, this is when you're aware the
15       government/FEMA was buying a lot of travel
16       trailers.
17  A.  Correct.
18  Q.  To the best of your knowledge, was your facility
19       ever tested for formaldehyde?
20  A.  No.
21  Q.  Were any special precautions taken to reduce
22       employees' exposure to potential formaldehyde
23       emissions?
24  A.  No.
25  Q.  Were you aware that HUD, the federal entity that

Page 140

1       regulates manufactured housing, requires that
2       manufactured housing units have a formaldehyde
3       warning in it?
4  A.  Yes.
5  Q.  When did you first become aware of that?
6  A.  When this all started.
7  Q.  And when you say, "When this all started," what
8       do you mean?
9  A.  Basically, the lawsuits started.
10  Q.  Is that something you learned as a result of
11       the --
12  A.  Yes.
13  Q.  -- lawsuit?
14  A.  Yes.
15  Q.  There were some questions about low formaldehyde-
16       emitting materials. As you sit here today are
17       you aware that there are plywood and particle
18       boards that are manufactured as low formaldehyde-
19       emitting materials?
20  A.  As I sit here today, yes.
21  Q.  And when did you first learn that such materials
22       were being constructed -- were available?
23  A.  They were talking about it in 2008.
24  Q.  Prior to that, were you aware that one could
25       purchase low formaldehyde-emitting plywood or

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 141

1   particle board?
2  A.  No.
3  Q.  I gather from some questions that have been asked
4      that this may be self-evident.  But Sun Valley
5      never posted a formaldehyde warning in any of the
6      travel trailers it built, did it?
7  A.  Correct.  It did not.
8  Q.  And none of its manuals ever contained a
9      formaldehyde warning.
10 A.  Correct.
11 Q.  The Federal Emergency Management Agency, which is
12     a federal agency, is also referred to as FEMA.
13     Are you aware of that?
14 A.  Yes.
15 Q.  Is it okay if I refer to it as FEMA?
16 A.  That's fine.
17 Q.  Did Sun Valley have any contact with FEMA prior
18     to August 2005?
19 A.  Direct contact with FEMA?
20 Q.  Correct.
21 A.  No.
22 Q.  Have you personally ever had any direct contact
23     with FEMA?
24 A.  No.  I don't believe so.  No.
25 Q.  I understand from the questions and answers Sun

Page 142

1      Valley never manufactured -- never contracted
2      with the federal government to manufacture
3      temporary emergency housing.
4  A.  Correct.  We did not.
5  Q.  Did Sun Valley ever have any contact with any,
6      any representative of the U.S. government
7      regarding providing trailers in response to
8      disasters prior to August 2005?
9  A.  Not to my knowledge.  No.
10 Q.  And you understand that you're being presented --
11 A.  Yes.
12 Q.  -- today as a corporate --
13 A.  Yes, I do.
14 Q.  And let me --
15 A.  Yes.  No, we did not have any contact with them.
16 Q.  Any contact with FEMA after August 2005 until the
17     dissolution of the company?
18 A.  No.
19 Q.  Any contact with any representative of the United
20     States government -- so now I'm talking about
21     any federal agency or anything -- regarding
22     providing trailers in response to the disasters?
23 A.  No.
24 Q.  Since August of 2005, has your firm had any
25     contact with any federal representative regarding

Page 143

1      formaldehyde in trailers?
2  A.  Say that again?
3  Q.  Has Sun Valley had any contact with any federal
4      representative --
5  A.  No.
6  Q.  -- any federal employee regarding formaldehyde in
7      travel trailers?
8  A.  No.
9  Q.  I'm sorry?
10 A.  No.
11 Q.  The court reporter will kill us if we -- if you
12     don't let me finish my question --
13 A.  I'm sorry.
14 Q.  -- before you answer.  No, no.
15 A.  I'm sorry.
16 Q.  It's easy for me.  She's the one that will get
17     mad.
18 A.  Sorry.
19        MR. MAGGIO:  And the judge
20     will.
21  BY MR. MILLER:
22 Q.  And it also doesn't go good on the tape.  So I'm
23     going to ask the question again.
24 A.  Okay.
25 Q.  And just give me a little bit of moment.

Page 144

1      Sometimes I'm thinking as I'm asking, so it takes
2      me a while to get it out.
3  A.  Okay.
4  Q.  Since August 2005, had Sun Valley had any contact
5      with any federal employee regarding the
6      providing of trailers in response to disasters?
7  A.  No.
8  Q.  You gave me your best estimate of how many travel
9      trailers Sun Valley manufactured between January
10     2000 and closing up shop in 2008.  Best estimate,
11     total number of travel trailers that Sun Valley
12     has built.
13 A.  Best guess, seven thousand.
14 Q.  And those travel trailers were all -- were placed
15     -- sent to retailers to sell to the public; is
16     that right?
17 A.  Correct.
18 Q.  Of those seven thousand units that you guys
19     manufactured, how many complaints did you receive
20     regarding formaldehyde in those units?
21 A.  A big zero.  None.
22 Q.  Did you ever receive any complaints about odors
23     or -- bad odors, noxious smells in the units?
24 A.  No.
25 Q.  And we went through earlier, but there's an

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 145

1    Owner's Manual that is issued with each trailer,
2    correct?
3  A.  Correct.
4  Q.  And that Owner's Manual contains contact
5    information; how someone can contact the dealer
6    or contact Sun Valley if they have questions or
7    concerns.
8  A.  Correct.
9  Q.  And, in fact, they're supposed to fill out a
10   warranty card and send that in to you guys.
11 A.  Correct.
12 Q.  Is that a phone number that is manned -- well, do
13   you get complaints from owners on that phone
14   number?
15 A.  No.
16 Q.  Have you ever rec--
17 A.  Well, do I --
18 Q.  Let me step back.  Had Sun Valley -- the seven
19   thousand units that have been manufactured, did
20   Sun Valley get any complaints from owners at all?
21 A.  Sure.
22 Q.  What were the issues?
23 A.  It could be as little as the water not working or
24   something like that.  It varies.
25 Q.  So as we sit here it's clear that owners were

Page 146

1    aware that they could call Sun Valley.
2  A.  Correct.
3  Q.  Over the -- for these seven thousand units, best
4    estimate, what were the total number of
5    complaints that Sun Valley received?
6  A.  Maybe two hundred.
7  Q.  Of those two hundred complaints, did any
8    person say that, "We have a formaldehyde issue"?
9  A.  None.  No.
10 Q.  Did any person call and complain and say, "I'm
11   having difficulty breathing when I'm in the unit,
12   it's causing my eyes to tear"?
13 A.  No.
14 Q.  Did anyone say, "There's really bad odors in the
15   unit, it's a problem"?
16 A.  No.
17 Q.  If you had received such complaints, would you
18   have done something about it?
19 A.  Of course.
20 Q.  Why?
21 A.  It's our customer.
22 Q.  Why is that important?
23 A.  We don't want them to be ill or anything else.
24 Q.  It would have raised a concern for you.
25 A.  Yes.  Definitely.

Page 147

1  Q.  When you're manufacturing a product, you
2    understand that it's your obligation to produce a
3    safe product.
4  A.  Correct.
5  Q.  And if someone's complaining about something like
6    that, you have concerns that maybe it's something
7    you need to look into.
8  A.  Correct.
9  Q.  And as a result of that, as you sit here today,
10   you're cognizant of the fact that you didn't
11   receive any such complaints.
12 A.  Yes.
13 Q.  Because you would have responded.
14 A.  Correct.
15       MR. MILLER: Let's take a
16   break.  We're getting toward the end
17   of the tape.  Okay?
18       THE WITNESS: Okay.
19       VIDEOGRAPHER: Off the record
20   at 12:15 p.m.
21   (A brief recess was taken.)
22       VIDEOGRAPHER: Now back on the
23   record at 12:21.  Please continue.
24   (Sun Valley Deposition Exhibit 12
25    marked for identification.)

Page 148

1  BY MR. MILLER:
2  Q.  Can you hand the witness what has been marked
3    Exhibit Number 12.
4    This is a one-page document --
5       MR. MAGGIO: You got two here.
6    Is this one for me?
7  BY MR. MILLER:
8  Q.  There's one that's marked the exhibit for the
9    witness and one for you.
10   Exhibit 12, which has an identification
11   number in the bottom right-hand corner
12   SV1001-4082.
13 A.  Correct.
14 Q.  Is this a true and accurate copy of an e-mail
15   sent to you on December 5, 2005?
16 A.  It looks like it.  Yes.
17 Q.  And it's from a Bruce Workman?
18 A.  Yep.  Correct.
19 Q.  Who is Mr. Workman?
20 A.  He was an outside sales rep based in California.
21 Q.  Was he employed by Sun Valley?
22 A.  No.
23 Q.  What was his relationship to Sun Valley?
24 A.  He was contra-- I mean, not contract labor.  We
25   paid him commission on anything he sold.  So he

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 149

1  was a commissioned rep.
2  Q.  Do you recall receiving this e-mail on
3       December 5, 2005 from Mr. Workman?
4  A.  Honestly, no, I don't.  But, evidently, I did.
5  Q.  And the subject indicates that this is FEMA.  Do
6       you see that?
7  A.  Yes, I do.
8  Q.  And he says, "Mark, can we build 500 more of the
9       30BH LTDs for a dealer in TX?"
10 A.  Yep.
11 Q.  What does "30BH LTDs" mean?
12 A.  Thirty-foot bunkhouse, which is the trailer we're
13      talking about.
14 Q.  And what is -- does "LTD" mean anything special?
15 A.  It's just -- it just was limited, we just --
16      marketing.
17 Q.  Okay.  And "TX" would mean for Texas?
18 A.  Correct.
19 Q.  "If so, when?  Are they priced right off the
20      sheet?  Let me know...thanks."  What is that
21      referring to?
22 A.  Well, he's wanting to know if we could build five
23      hundred of these, when, and then if they're
24      priced off the price sheet -- or if they're
25      priced right off the price sheet.

Page 150

1  Q.  And he indicates that the subject here was FEMA.
2       Do you see that?
3  A.  Yes.
4  Q.  Did you have any discussions ever with
5       Mr. Workman about providing these five hundred
6       trailers?
7  A.  I probably did.
8  Q.  Did you become aware at some point in time that
9       your dealers were selling travel trailers such as
10      the 30BH models to FEMA?
11 A.  Yeah, at some point in time, I did.
12 Q.  Okay.
13 A.  But I can't tell you when.
14 Q.  Having reviewed this, does this indicate that
15      Mr. Workman was trying to acquire five hundred
16      units, 30BH units, to give to a dealer in Texas
17      for FEMA's purposes, to sell to FEMA?
18 A.  Based on the subject matter and "dealer in
19      Texas," yes.
20 Q.  Now, you indicated that you were not building any
21      specialized units for FEMA, correct?
22 A.  Correct.
23 Q.  Because when FEMA was contracting, they had
24      special specifications that they wanted.
25 A.  Correct.

Page 151

1  Q.  But are you also aware that given the nature of
2       Katrina and Rita, FEMA was also buying units
3       right off of dealers' lots?
4  A.  Yeah, that was -- the way I understand it, that
5       was the initial thing that they bought anything
6       they could get their hands on for the people.
7  Q.  And I can't say for your company.  But I've
8       deposed a lot of manufacturers in similar
9       positions such as your firm; they didn't contract
10      directly with FEMA.  A lot of those manufacturers
11      increased their output because of the dealers'
12      demand to sell the units to FEMA.
13            MR. MAGGIO: Let me -- I'm
14         going to object to the form of the
15         question.  And, also, I think it
16         runs counter to the judge's ruling
17         about referring to other lawsuits.
18            I'll allow him to answer it,
19         but that's the nature of my
20         objection.
21 BY MR. MILLER:
22 Q.  Were you aware -- was -- when we went through the
23      numbers earlier, it appeared that you sort of
24      ramped up production during 2006 model year, you
25      had an increased number of units you were

Page 152

1       producing.
2  A.  Correct.
3  Q.  Was that because there was an increase of demand
4       from your supplier or from your retailers who
5       were selling the units to FEMA?
6  A.  I don't know.
7  Q.  At least here, though, I mean, the num-- the
8       total number of units that you would -- the
9       most number of units you built in a year were
10      about fifteen hundred to sixteen hundred, right?
11 A.  Correct.
12 Q.  And here Mr. Workman was asking for almost one-
13      third of your annual output --
14 A.  Correct.
15 Q.  -- to assist -- for dealers who were going to
16      sell to FEMA.
17 A.  Correct.
18 Q.  Now, counsel went through with you some of the
19      differences between the FEMA spec models and the
20      models that you manufactured.
21 A.  Correct.
22 Q.  Do you remember that?
23 A.  Yes.
24 Q.  The models that he was asking for in this e-mail,
25      these five hundred units, he wasn't asking for

Page 153

1     FEMA-spec models, was he?
2 A. No. Based on this, no, it was our standard
3     production 30BH LTDs.
4 Q. Okay. To the extent that you provided any units
5     to your dealers which were subsequently sold to
6     FEMA, would those units have been any way
7     different from units that your dealers would have
8     sold to the general public?
9 A. As far as construction, windows, everything, no.
10     The only thing that would have changed might have
11     been drapery material and cushions material,
12     colors.
13 Q. How would that have changed?
14 A. We would have just bought a different color. The
15     30BH model was, if you will, our price point
16     trailer to the industry. And what we wanted to
17     do was use fabrics, drapes that might have been
18     obsolete from a motor home manufacturer, that was
19     extra supplied to one of our current suppliers.
20 Q. You used the phrase "price point model"?
21 A. Yes.
22 Q. What does "price point model" refer to?
23 A. At that time, if I remember the figures
24     correctly, our competition was offering a similar
25     trailer, same style, for like 7,995. So we came

Page 154

1     up with our version of it and tried to get as
2     close to that price as we could.
3 Q. You also used the term "obsolete materials."
4 A. Correct.
5 Q. Were these materials bad, were they --
6 A. No.
7 Q. What made them obsolete?
8 A. A motor home manufacturer, another travel trailer
9     manufacturer -- we change model years, like we
10     discussed earlier, in June or July, and they
11     have bought, the supplier has bought, that
12     material. Well, they change models -- model year
13     and they change the fabric. So this supplier
14     gets stuck with this fabric.
15 Q. When you're selling to the general public, the
16     general public is much more concerned about
17     the aesthetics of the unit they're buying, it
18     must be more fashionable, so to speak.
19 A. Correct.
20 Q. When you're selling a unit that may be oriented
21     more towards the government or FEMA, the
22     aesthetics is not as big an issue.
23 A. I would say you're probably right. Yes.
24 Q. And so, in other words, if you were building a
25     unit that might be used for disaster relief, that

Page 155

1     one of your retailers might use to sell to FEMA,
2     if it has obsolete or the materials are not
3     quite the current fashion, that's not as big an
4     issue, that's not an issue of concern.
5 A. If they were selling to FEMA? Probably not.
6 Q. And the obsolete materials, by virtue of them
7     being obsolete, would be less expensive.
8 A. Correct.
9 Q. And so that would help you meet that price point.
10 A. Correct.
11 Q. But the materials themselves, the quality of the
12     materials was no different than the ones that you
13     were selling to the general public.
14 A. These were the ones we were selling to the
15     general public.
16 Q. And just to put this into a more concrete term,
17     one of the things that I had in my house when
18     I bought it was green -- a green refrigerator and
19     yellow Formica counters.
20 A. Uh-huh.
21 Q. -- which apparently was very fashionable in the
22     '70s. That did not make the quality any lesser
23     than the Formica that I would buy today of a
24     different color.
25 A. Just bad choice in colors.

Page 156

1 Q. Correct. And that's the same distinction we're
2     talking about here with obsolete materials.
3 A. Correct.
4 Q. I want to pull out that exhibit which is the FEMA
5     specs.
6          MR. MAGGIO: I don't think we
7     actually introduced it yet.
8          MR. MILLER: Can you -- do you
9     have a copy of that for the witness?
10     And can we mark that as an exhibit?
11     If you don't have a hard copy, we
12     can take a break and I can make one.
13          MR. MAGGIO: No, we have some
14     here.
15          MS. BARKER: We have them. Do
16     you have the exhibit labels by you?
17          MR. MILLER: I do.
18     (Sun Valley Deposition Exhibit 15
19     marked for identification.)
20 BY MR. MILLER:
21 Q. Sir, you've been handed a document which is
22     marked Exhibit Number 15 and is Bates stamped Sun
23     Valley 01-00164 through 168.
24 A. Yep. Correct.
25 Q. And counsel asked you some questions about the

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 157

1    FEMA specs and some of the distinctions or the
2    differences between the units that you were
3    selling to your dealers -- or to your -- what
4    would you call them, dealers or retailers?
5  A.  Dealers.
6  Q.  -- dealers and the FEMA models that FEMA was
7    buying directly from manufacturers.  And I wanted
8    to go through some of this in a little bit of
9    detail.
10    If you go to the second page of Exhibit
11    Number 15, "Interior Receptacles."  Does your
12    standard model have electrical receptacles
13    installed in it?
14  A.  Yes.
15  Q.  How about phone and cable jacks?
16  A.  We had some models with phone and cable hook-ups,
17    yes.
18  Q.  Were the -- did the Road Runner model have the
19    phone and cable jacks?
20  A.  Honestly, in these particular models that we're
21    talking about, I'm not sure if we had the phone
22    jack.  I know we had cable.
23  Q.  If we go to the next section on that same page,
24    it says the "Plumbing Service."  Do you see that?
25  A.  Yes.

Page 158

1  Q.  And the "Plumbing System," it says, "Industry
2    standard plumbing system will be installed.  The
3    holding tank will not be installed."
4    Did all the units you produced have holding
5    tanks?
6  A.  Yes.
7  Q.  What is a holding tank?
8  A.  Holding tank is going to hold your sewage water
9    and also your sink or gray water, is what we call
10    it, out of the bathroom.
11  Q.  If a unit has a holding tank and the holding tank
12    is not properly serviced, what happens?
13  A.  It would back up.
14  Q.  Could you have odors develop in the unit?
15  A.  Yes.
16  Q.  Why?
17  A.  It's sewage.  It's raw sewage.
18  Q.  And what do you need to do to service a holding
19    tank?
20  A.  Take it to a dump station, usually at a
21    campground where you're using it, and dump it and
22    then rinse it out.
23  Q.  If we go to the next line there, going to where
24    it says, "Commode."  Do you see that?
25  A.  Yes.

Page 159

1  Q.  "The unit will have a residential commode."  Did
2    your units have a residential commode?
3  A.  No, it did not.
4  Q.  And we're talking about toilets here, right?
5  A.  Correct.
6  Q.  What type of toilet did your unit have?
7  A.  It was just called a marine-grade toilet.  It
8    also says in here water storage tank on the back,
9    which it does not have.
10  Q.  Would your unit -- the next line there refers to
11    sewer lines.  Do you see that?
12  A.  Yes.
13  Q.  Would your unit have sewer lines such as this?
14  A.  Yes.  Oh, sewer line.  Let me read this.  We
15    would have a sewer line, but it'd be coming off
16    the holding tank.  So it's not to that spec.
17  Q.  This is a spec to allow the unit -- a trailer to
18    be hooked up directly to the sewer system.
19  A.  That's the way I read it.  Yes.
20  Q.  And your units were not made to be hooked
21    directly up to the sewer system.
22  A.  Correct.
23  Q.  They have a holding tank and that holding tank
24    was then to be emptied at a designated drop
25    point.

Page 160

1  A.  Correct.
2  Q.  Water heater.  Did your units have a water
3    heater?
4  A.  Yes.
5  Q.  How large?
6  A.  Six-gallon.
7  Q.  So FEMA was asking for water heaters that had a
8    larger capacity.
9  A.  Correct.
10  Q.  Would you have a range with auto electric
11    ignition, with three or four burners?
12  A.  We would have a range but no auto ignition.
13  Q.  Thermostatically controlled oven?
14  A.  Yes.
15  Q.  And a lighted, power-vented range hood.  Would
16    you have that?
17  A.  Yes.
18  Q.  You talked about the refrigerator.  FEMA was
19    requiring a 14-cubic-foot, frost-free electric
20    refrigerator with freezer.  What type of
21    refrigerator did you provide in your units?
22  A.  Dometic RV refrigerator, six cubic foot.
23  Q.  Did it have a freezer in it?
24  A.  Yes.
25  Q.  Did your units come with microwaves?

Page 161

1 A. Yes.
2 Q. How large was the furnace in your unit?
3 A. I believe it was 31,000 BTU.
4 Q. And FEMA was requiring a 34,000 BTU furnace; is
5    that right?
6 A. Reading this, yes.
7 Q. Did your units come with an air conditioner?
8 A. Yes.
9 Q. How large was the air conditioner that you
10   provided?
11 A. Thirteen five.
12 Q. So the air conditioner that you provided were
13   less than what FEMA was specifying.
14 A. Correct.
15 Q. The units that you were building that eventually
16   were used by FEMA were no different than the
17   units you produced and were sold to the general
18   public; is that right?
19 A. Absolutely correct.
20 Q. And do you agree that Sun Valley had an
21   obligation to produce safe units?
22 A. Correct.
23 Q. And are you familiar with the phrase "full-
24   timers"?
25 A. Yes.

Page 162

1 Q. Is that a phrase that's used in the RV industry?
2 A. Yes.
3 Q. What does that refer to?
4 A. It refers to people that use their RV and travel
5    all over and they stay in the RV continuously.
6 Q. There's no limitation or restriction that Sun
7    Valley puts when it sells units saying that you
8    can only use this for weekends, correct?
9        MR. MAGGIO: I'm going to
10   object to the question, it's been
11   asked and answered.  You can answer
12   it.
13       THE WITNESS: We don't say --
14       MR. MILLER: Wait a minute.
15   Who asked the question?
16       MR. MAGGIO: I did.
17       MR. MILLER: This is my
18   examination of the witness.  I can
19   ask the same question, even if you
20   asked it, Counsel.
21       MR. MAGGIO: Not only did I
22   ask it, but I think the contractor
23   attorneys asked it as well.
24       MR. MILLER: And this is my
25   examination of the witness, so --

Page 163

1        MR. MAGGIO: You know what,
2    the judge will rule on it.  You're
3    not going to.
4 BY MR. MILLER:
5 Q. Talking about the "full-timers," do you -- when
6    you sell a unit, do you instruct people that they
7    cannot use it full-time in that manner?
8        MR. MAGGIO: Same objection.
9        THE WITNESS: That they cannot
10   use it full-time?
11       MR. MILLER: Correct.
12       THE WITNESS: We have that in
13   the manual, it says --
14 BY MR. MILLER:
15 Q. So there's a restriction that you put on people
16   that they cannot use the unit for full-time.
17 A. It's not intended for use -- full-time use.
18 Q. And why not?  Why is that restriction there?
19 A. It's not set up -- the holding tanks aren't big
20   enough, they're not heated holding tanks, so they
21   can travel into the -- you know, all over, which
22   most "full-timers" do.
23       Our travel trailers, our product that we
24   build were specifically for fair weather
25   climates.  The holding tanks weren't insulated,

Page 164

1    so on and so forth.  Where a full-time travel
2    trailer or fifth wheel would have heated holding
3    tanks so that they could use it during winter
4    months and that.
5 Q. Okay.  And that's on the warranty.  But you
6    recognize that people buy these travel trailers
7    and use them full-time; is that right?
8        MR. MAGGIO: Objection.
9    Argumentative.
10       THE WITNESS: Yeah, there's
11   travel trailers out there that they
12   use full-time.
13 BY MR. MILLER:
14 Q. And you realize when you put this travel trailer
15   on the market that people may buy it and use it
16   full-time.
17 A. Probably a small percentage, yes.
18 Q. Are there any dangers, hazards associated with
19   the use of that travel trailer full-time?
20 A. No.
21 Q. The problems with the travel -- what are the
22   problems that arise when someone uses a travel
23   trailer full-time?
24 A. Well, just like we talked about.  I mean, if they
25   take it to a cold weather climate, in our case, I

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 165

1   mean, it's not fully insulated, so the tanks will
2   break, so on and so forth.  It would become a
3   warranty issue.
4  Q. There could be -- what could happen is, if you
5   use it full-time, things could wear and tear and
6   break.
7  A. Sure.
8  Q. But the trailer should still be safe in the sense
9   that they shouldn't be exposed to dangerous fumes
10   or chemicals.
11  A. Yes.  Correct.
12  Q. And that's the concern we have here.  Because I
13   understand that the warranty -- things will wear
14   out -- the soft goods are going to wear out much
15   quicker and they're not designed like houses.
16   But someone should be able to stay in that
17   trailer full-time and not get sick.
18  A. Correct.
19  Q. And you understood that.  And if you thought --
20   actually, if you had thought or had any reason to
21   believe that someone would get sick from staying
22   there full-time, you would have said, "You cannot
23   use this trailer full-time at all."
24  A. Correct.
25  Q. But that wasn't the issue.  The issue here was

Page 166

1   that the trailer might break or something like
2   that because of overuse.
3  A. Correct.
4       (Sun Valley Deposition Exhibit 13
5       marked for identification.)
6  BY MR. MILLER:
7  Q. Sir, I've handed you a document which is marked
8   Exhibit 13, which is Bates stamped SV1001-001946
9   through 47.  And this is a two-page document, and
10   it appears to be an e-mail from yourself to two
11   persons, dated June 5, 2007, and it's attaching
12   an article.  Do you recognize this e-mail?
13  A. It has my name on it.  Yes, I probably got it or
14   sent it.  Yes.
15  Q. And who is Mark Dunithan?
16  A. At that time he worked for us.
17  Q. And how do you pronounce that?
18  A. It's Dunithan.
19  Q. Dunithan.  And that's spelled D-u-n-i-t-h-a-n?
20  A. Correct.
21  Q. And who is Tom Sanford?
22  A. He also worked for us.
23  Q. What were their positions in June of '07?
24  A. Mark was engineering and Tom Sanford was
25   purchasing.

Page 167

1  Q. And the subject says, "Emailing: output."  Do you
2   know what that's...
3  A. I have no clue.  Sorry.
4  Q. And you write to these guys quote, "I think we
5   should address this with our suppliers," close
6   quote.  Do you see that?
7  A. Yes, I do.
8  Q. What are you referring to?
9  A. "Breaking News.  Accusations of Formaldehyde Use
10   in RVs Widen," RV Business magazine.
11  Q. And did you address this with your suppliers?
12  A. We probably did.  I mean, Tommie would be doing
13   -- addressing it and letting them know.
14  Q. Do you know -- and this is -- the article that's
15   -- it looks like what you did was you forwarded
16   an article to Mr. Dunithan and Mr. Sanford; is
17   that right?
18  A. That looks like what I did.  Yes.
19  Q. And that was an article dated June 5, 2007,
20   right?
21  A. Correct.
22  Q. And that's actually talking about the
23   formaldehyde concerns in travel trailers that
24   FEMA provided to the Katrina and Rita disaster
25   aid applicants/recipients, right?

Page 168

1  A. Correct.
2  Q. And it goes on -- if you look at the second
3   paragraph of that article, it says, "Last year,
4   initial accusations by the Sierra Club were
5   directed at RV builders involved in production of
6   units sold to the Federal Emergency Management
7   Agency (FEMA) for hurricane relief.  But the
8   environmental watchdog organization is now
9   alleging that some units," it appears to be,
10   "coming off dealership lots with the
11   potential primarily under hot and humid
12   conditions to produce fumes exceeding accepted
13   levels.  The Sierra Club filed a class action
14   suit last year involving several OEMS and now
15   lawmakers are calling for an investigation."
16      Was this the first that you became aware
17   that there were formaldehyde concerns in travel
18   trailers that were being manufactured not
19   directly for FEMA but being manufactured and sold
20   to dealers and then being resold to FEMA had
21   formaldehyde concerns?
22  A. Close to this date probably, because it says --
23   they reference ABC News.  I would have got this
24   after that.  So I might have saw it on the news.
25   So...

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 169

1 Q. And do you have -- as you sit here today as the
2 corporate representative, what actions did Sun
3 Valley take in response to this notification?
4 A. Well, sending it to Mark and Tom would have meant
5 that Tom needs to get a hold of our suppliers
6 and talk about any issues that they might know
7 about formaldehyde --
8 Q. And did he do so?
9 A. -- in their products.
10 Q. Did he do so?
11 A. Tom usually did what I said.  Yes.
12 Q. Do you know what information he obtained from
13 your suppliers?
14 A. I can't honestly tell you what he would have
15 obtained.
16 Q. Would there have been any documents generated as
17 a result of that inquiry?
18 A. I don't believe so.
19 Q. Were there any changes in your manufacturing
20 processes after this June 2007 time?
21 A. No.
22 Q. Did you ever modify your manual to include a
23 formaldehyde warning?
24 A. No.
25 Q. Did you ever put a -- post a formaldehyde warning

Page 170

1 in the units?
2 A. No.
3 Q. Do you have any idea as you sit here today what
4 the suppliers reported to Mr. Sanford or
5 Mr. Dunithan?
6 A. No, I can't.
7 Q. Who would be the best person -- who would be the
8 most knowledgeable person of what information
9 was supplied in response to your inquiry here to
10 Mr. Dunithan and Mr. Sanford?
11 A. Tom Sanford would be the best.
12 Q. Do you know where Mr. Sanford is located now?
13 A. In Michigan.
14 Q. Do you know who he's working for?
15 A. I think he's retired.
16 Q. Do you know where in Michigan?
17        MR. MAGGIO: He's being
18     produced as a --
19        MR. MILLER: Is he?
20        MR. MAGGIO: -- for a
21     deposition tomorrow.
22 BY MR. MILLER:
23 Q. Thank you.  That answers the question.
24        If you go to the second page of Exhibit 13
25     and you go to the first full paragraph, where it

Page 171

1 starts, "It's a nasty" -- do you see that?
2 A. Yes.
3 Q. Quote, "'It's a nasty gas and is immediately
4 recognizable,' said air quality expert Thad
5 Godish, a professor of environmental management
6 at Indiana's Ball State University, who testified
7 in consumer lawsuits in the 1980s."
8        During your experience with the construction
9 of these trailers -- travel trailers at Sun
10 Valley, did you ever notice a nasty, nasty gas,
11 immediately recognizable odor?
12 A. No.
13 Q. Would you have sent out from your facility a
14 trailer that had a nasty gas, immediately
15 recognizable odor in it?
16 A. No.
17 Q. And did you ever have any of the persons who
18 purchased your units complain of a nasty gas or
19 immediately recognizable odor, sir?
20 A. No.
21        (Sun Valley Deposition Exhibit 14
22         marked for identification.)
23 BY MR. MILLER:
24 Q. You've been provided with a document which is
25 marked Exhibit Number 14.

Page 172

1        You'll need to give him the one with the
2 exhibit number.  I'm giving you the one to hand
3 to him.  Thank you.
4        This is a two-page document Bates stamped
5 SV1001-003643 through 45.  And this is a document
6 that Sun Valley produced to the United States.
7 Have you seen this document before?
8 A. I don't remember it.  I guess I should look.
9        Yeah, I do remember this.
10 Q. And what was the context in which you remember
11 this?
12 A. Somebody sent it to me just trying to --
13 Coalition for Indoor Air Quality, something about
14 joining this coalition.
15 Q. This is a -- the first page of this is marked
16 "Draft, Coalition for Indoor Air Quality, May 19,
17 2008" --
18 A. Uh-huh.
19 Q. -- "Mission, Objectives, and Action Plan."  Do
20 you see that?
21 A. Yes.
22 Q. And this is a document that you received in your
23 position as president of Sun Valley?
24 A. Yes.
25 Q. Do you know who sent this to you?

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 173

1  A.  No, I don't.
2  Q.  If you'd look at that first paragraph there, it
3      says, "Following a series of meetings in
4      Washington, D.C. and South Bend, Indiana, the
5      Coalition for Indoor Air Quality is being
6      established by a group of companies, associations
7      and other parties who share a common interest in
8      better understanding the health effects of
9      formaldehyde and assuring public discourse is
10     based on science, not politics and emotion."
11 A.  Yep.
12 Q.  Do you see that?
13 A.  Yes, I do.
14 Q.  Did your firm ever join the Coalition for Indoor
15     Air Quality?
16 A.  No.
17 Q.  Did you ever contribute any money to the Indoor
18     Coalition for Air Quality?
19 A.  No.
20 Q.  After you received this, did you take any further
21     -- did anyone at Sun Valley take any further
22     action in response to receipt of this?
23 A.  No.
24 Q.  I want to ask you to turn what is marked Exhibit
25     Number 3, which is the Owner's Manual.  Do you

Page 174

1      have Exhibit 3 in front of you?
2  A.  Yes, I do.
3  Q.  I want to go to what is page number five and is
4      Bates stamped Sun Valley 01-00124, titled:
5      "Introduction."
6  A.  Okay.
7  Q.  Now, first of all, the document which is marked
8      Exhibit 3, that's a true and accurate copy of the
9      Sun Valley Owner's Manual, correct?
10 A.  Correct.
11 Q.  And for what years was this Owner's Manual issued
12     or used?
13 A.  Probably from 2000 to 2008.
14 Q.  Were there any substantive changes in the Sun
15     Valley Owner's Manual between 2000 and 2008?
16 A.  No.  This was the travel trailer and fifth
17     wheels.  No.
18 Q.  And the reason why I ask that is, if you go to
19     the last couple pages of Exhibit 8, it looks
20     like there's a "Supplemental Instructions for Use
21     in the United States."  It just sort of appears
22     that that may have been like an addendum which
23     was added at some later date.
24 A.  I guess that could have been put in there.  Yes.
25     It's something in reference to carbon monoxide.

Page 175

1  Q.  Okay.  To the best of your knowledge, this
2      document, Exhibit 3, was the Owner's Manual that
3      was used the entire time from 2000 through 2008.
4  A.  Correct.
5  Q.  And it's a true and accurate copy of that Owner's
6      Manual.
7  A.  Yes.
8  Q.  Now, if we go to page five of the Owner's Manual,
9      last three digits of the Bates number is 124,
10     this page is titled:  "Introduction."  Do you see
11     that?
12 A.  Yes.
13 Q.  And going to the second paragraph, it says, "All
14     Sun Valley, Inc. recreational vehicles are
15     engineered, manufactured, inspected and tested to
16     meet or exceed all the safety standards enforced
17     by the Recreational Vehicle Industrial
18     Association (RVIA) or by the Canadian Standards
19     Association (CSA)."  Is that right?
20 A.  That is correct.
21 Q.  And did all of the units that you manufactured
22     meet or exceed those standards?
23 A.  Yes.
24 Q.  In what ways did your units exceed the RVIA
25     standards, that you're aware of?

Page 176

1  A.  One example that I could say is the Canadian --
2      the RVIA standards -- the Canadian standards
3      require a different safety chain on it for
4      pulling down a road.  We use that across the
5      board.  So it actually exceeded what RVIA
6      requested.
7  Q.  If, in fact, RVIA did not have a safety standard
8      for something but you believed it was a safety
9      concern, would you have corrected that deficiency
10     even though there was no safety standard from
11     RVIA on that matter?
12 A.  Sure.
13 Q.  And that's because you understood you had an
14     obligation to provide a safe product.
15 A.  Yes.
16 Q.  The next paragraph, the third paragraph on that
17     page says, "Sun Valley, Inc. builds the best
18     towable recreation vehicle in the marketplace."
19     Is that right?
20 A.  In my eyes, yes.
21 Q.  Yeah.  And that's what you represented to the
22     public.  And that's what you represented to
23     anyone who purchased one of your units.
24 A.  Correct.
25 Q.  And in this case, to the extent that the

Page 177

1    government/FEMA was buying one of your units,
2    that's what you were representing to FEMA.
3 A. Say that again?
4 Q. To the extent that FEMA was buying one of your
5    units from one of your dealers --
6 A. Okay.
7 Q. -- that's what you were representing to FEMA.
8 A. Correct.
9 Q. You were representing to FEMA that Sun Valley,
10   the unit that it's buying, is the best towable
11   recreational vehicle in the market.
12 A. Correct.
13 Q. The fourth paragraph here says, "This manual is a
14   supplement to various other instructions supplied
15   by the manufacturers of separately warranted
16   products, and is not intended to substitute for
17   these publications." What is that referring to?
18 A. If we talk about refrigerators, refrigerators
19   built by Dometic, they had their own owner's
20   manual that went with each trailer that went with
21   that refrigerator. If you're talking about the
22   refrigerator, that's the owner's manual that the
23   customer/end user should be looking at.
24 Q. Would there be a separate -- there would be a
25   separate owner's manual for the refrigerator.

Page 178

1 A. Refrigerator.
2 Q. Air conditioner?
3 A. Yes.
4 Q. Stove?
5 A. Yes.
6 Q. Toilet? What objects or items would have that
7    separate --
8 A. I'm not sure about the toilet. But then the
9    microwave would be included in there, the hot
10   water heater would be included there, the furnace
11   would have its own manual.
12 Q. Anything else that you can think of as you sit
13   here?
14 A. No.
15 Q. Do you know whether any of those had any warnings
16   relating to formaldehyde in them?
17 A. I do not know. But I would say they did not.
18 Q. Okay. Any warnings relating to venting the unit?
19 A. Well, the stove would have some kind of saying
20   that you need to have ventilation through, saying
21   that the furnace, you can't block/restrict flow
22   of the exhaust vent. So, yeah, there were some
23   issues there that they would talk about.
24 Q. And how would the purchaser of the unit obtain
25   those owner's manuals?

Page 179

1 A. Those were included inside the trailer.
2 Q. Okay. So when you transferred a trailer to one
3    of your distributors, the dealers, how would it
4    leave the facility? It would be towed,
5    obviously. But what would be the packet that
6    would be included?
7 A. The individual manuals for each appliance, or
8    whatever, would be inside that appliance. Then
9    this Owner's Manual would be in a packet that
10   went to our dealer.
11 Q. And what else would that packet include?
12 A. Probably the invoice. If the dealer was paying
13   in cash or they had it, then they'd get the
14   Certificate of Ownership for the trailer.
15 Q. What about the keys for the units?
16 A. Keys would be inside the trailer.
17 Q. Any other doc-- so who would have this packet
18   with the Owner's Manual and the documents
19   relating to ownership of the unit?
20 A. The packet would be put in -- given to the driver
21   by my dispatch gal.
22 Q. And what were the instructions that the driver
23   was given? When you --
24 A. To take this envelope, give it to whoever the
25   dealer was, they would sign the top copy of the

Page 180

1    bill of lading, and take that and leave the rest
2    with that person.
3 Q. And what was the dealer's instructions -- what
4    were his instructions as to what he was to do
5    with that manual and those materials?
6 A. This manual, once he sold the trailer, was to go
7    over it with the customer, make sure they
8    understand how to use the trailer, and then also
9    make sure they -- we tried to get them to do the
10   registration at the same time, and then this
11   manual stayed with the retail customer, the end
12   user.
13 Q. Now, I want to go to the seventh page of the
14   manual, which is Bates stamped 01-00126, and the
15   middle of the page there where it says, "Warranty
16   Exclusions."
17 A. Uh-huh.
18 Q. Do you see that?
19 A. Yes.
20 Q. And it says, number three, "Any vehicle used for
21   commercial purposes, or full time residential
22   use." And we had a little bit of discussion
23   about that earlier.
24      And this is the issue that I had was, you
25   know, there are "full-timers" that you guys were

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

---

Page 181

1    aware of when you're selling -- there were --
2    when you sell these units, you're aware that some
3    people who might buy these units are
4    "full-timers" and will live in these units
5    full-time.
6  A. Correct.
7  Q. That trailer should still be safe to live in; is
8    that correct?
9  A. Correct.
10 Q. And when you're selling this trailer you believe
11   it's safe to live in full-time.
12 A. Yes.
13 Q. What would happen to a "full-timer" and the
14   reason you'd have this warranty exclusion is that
15   things in the trailer could break because of
16   overuse.
17 A. Correct.
18 Q. And, therefore, you wouldn't warrant that those
19   things would be good for five, six years, like
20   you'd expect maybe in a normal house.
21 A. Correct.
22 Q. And it would be reasonable for any person who was
23   purchasing this unit for full-time occupancy to
24   believe that they could live in that unit safely;
25   is that correct?

---

Page 182

1  A. That's correct.
2  Q. Now, I want to go to page 18 of the manual, Sun
3    Valley 01-00137, the middle of the page where it
4    refers to "Windows." Do you see that?
5  A. Yes.
6  Q. And it says that, "There are several types of
7    windows in the trailers." Then it goes on, "Each
8    type of window has been selected to give the best
9    design, appearance, and ventilation for the
10   vehicle in which it is installed."
11      Why was ventilation a consideration when you
12   were selecting the window design?
13 A. Our reason was to let air flow through the
14   trailer when people are camping. Everybody wants
15   to have the air flow through the trailer. That
16   was the main purpose of it.
17 Q. And, in fact, these trailers are not a big space,
18   they're about 240 square feet.
19 A. Rough figures, yes.
20 Q. And if you have a lot of persons -- two, three
21   people in there, it can get kind of stuffy.
22 A. Exactly.
23 Q. You can get odors or things building up just from
24   people living in the unit.
25 A. Right.

---

Page 183

1  Q. And having windows that allow for maximum
2    ventilation of the unit will make the unit much
3    more easy or much more readily -- readily
4    livable.
5  A. Correct.
6  Q. That's a really bad question.
7  A. That was.
8  Q. Do having windows that provide for maximum
9    ventilation improve the unit?
10 A. Yes.
11 Q. Make the unit more livable.
12 A. Correct.
13 Q. And on these units that we're talking about here
14   you had seven windows, correct?
15 A. Correct.
16 Q. You had a door with a screen door, so that you
17   could have the door open with a screen on it.
18 A. Correct.
19 Q. You had two roof vents.
20 A. Correct.
21 Q. You had a roof vent in the bathroom that was
22   14 inches by 14 inches with a power fan on it.
23 A. Correct.
24 Q. You had an air conditioner that could be run to
25   force fresh air into the unit.

---

Page 184

1  A. Correct.
2  Q. Now, if we go to page 22 of the manual, Exhibit
3    3, Sun Valley 01-00141, three-quarters of the way
4    down the page it says, "Condensation"?
5  A. Yes.
6  Q. It's important for persons who occupy a travel
7    trailer to regularly vent the unit because of the
8    risk of condensation buildup.
9  A. Correct.
10 Q. And, in fact, in the manual here you advise and
11   recommend to anyone who uses the travel trailer
12   to regularly vent it, don't you?
13 A. Correct.
14 Q. Now, we have an issue here, formaldehyde building
15   up in the travel trailer. But venting the travel
16   trailer for condensation or formaldehyde, it
17   would have the same effect; it would reduce the
18   condensation or any potential formaldehyde in the
19   unit as well.
20 A. It should, yes.
21 Q. And, in fact, here's what you advise: Open vent
22   or windows. Isn't that right?
23 A. Correct.
24 Q. Open the bathroom vent or windows. Correct?
25 A. Yes.

---

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 185

1 Q. And, in fact, you indicate there, always keep one
2     or more vents slightly open.
3 A. Correct.
4 Q. So at all times, your recommendation is, when
5     people are in this trailer, they should keep one
6     or more vents open.
7 A. Yes.
8 Q. Going to page 26 of the Owner's Manual, Sun
9     Valley 01-00145, "Sewage Disposal and Tank
10     Cleaning." Do you see that?
11 A. Yes, I do.
12 Q. Would you think it would be unusual if someone
13     hooked these black water tanks up to a sewer
14     system?
15 A. Would it be unusual?
16 Q. If someone hooked up your travel trailers to a
17     sewer system with the holding tank as an
18     intermediary, that you could have a buildup of
19     residual sewage that may create some odors in the
20     unit?
21 A. You could, yes.
22 Q. Why?
23 A. I mean, if there's any obstruction or anything
24     there, that could back up into the trailer
25     itself.

Page 186

1 Q. Now, I want to go to page 33 of the Owner's
2     Manual, Sun Valley 01-00152. And it has an
3     "Owner's Caution Check List." Do you see that?
4 A. Yes, I do.
5 Q. I want to go down to number four, where it says,
6     "Check grease in wheel bearings (twice a year or
7     every 3000 miles)."
8 A. Yes.
9 Q. Do you see that?
10 A. Yes.
11 Q. I mean, you're expecting these travel trailers to
12     be towed over three thousand miles.
13 A. Yes.
14 Q. I mean, we're talking, you know, three -- I'm not
15     sure how far it is from Washington to LA. But,
16     I mean, it wouldn't be unusual for someone to be
17     towing these trailers all across the country.
18 A. Correct.
19 Q. And these travel trailers were designed to take
20     that type of stress associated with the towing.
21 A. Of course. Yes.
22 Q. Now, we talked earlier about complaints that
23     you'd gotten. I want to refer you to page 36 of
24     the Owner's Manual, Sun Valley 01-1055.
25 A. Okay.

Page 187

1 Q. It says here, "Reporting Safety Defects." And it
2     says here, "If you believe that your vehicle has
3     a defect that could cause a crash or could cause
4     injury or death, you should immediately inform
5     the National Highway Traffic Safety
6     Administration (NHTSA) in addition to notifying
7     Sun Valley, Inc." Is that right?
8 A. That's correct.
9 Q. People -- you basically instructed people who
10     purchased these units or occupied these units to
11     contact you if they had any cause of concern
12     about injuries or death that might be caused by
13     your travel trailers.
14 A. Correct.
15 Q. Did you ever get any complaints about
16     formaldehyde in the entire history of the
17     company?
18 A. No.
19 Q. Any complaints about noxious odors that caused
20     the eyes to tear or respiratory problems?
21 A. No.
22 Q. As we sit here today do you believe that the
23     travel trailers -- the seven thousand travel
24     trailers you produced were good, safe products?
25 A. Yes. That's why I own one.

Page 188

1 Q. As you sit here today do you stand by that
2     product that you built when you were the
3     president of the company?
4 A. Hundred and ten percent.
5 Q. And, in fact, you own one of those today, don't
6     you?
7 A. Yes, I do.
8 Q. Your children stay in that travel trailer with
9     you, don't they?
10 A. Often. Yes.
11 Q. Do you have any concerns about the -- any health
12     concerns that your children may have as a result
13     of occupying those travel trailers?
14 A. No.
15 Q. Would you allow your children to stay in that
16     travel trailer if you thought it was not safe?
17 A. Of course not.
18         MR. MILLER: Sir, I have no
19     further questions, and I appreciate
20     your time.
21         MR. WARD: This is Ben Ward
22     for Westchester. I have no
23     questions.
24         MR. MEILS: And Rick Meils for
25     Colony. I do not have questions

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 189

1  today.
2      MR. MAGGIO: Again, this is
3  Brent Maggio for Sun Valley. Given
4  the extent of Mr. Romanetz's
5  testimony, all the various issues
6  he's testified about, it looks like
7  Sun Valley is only going to have one
8  more corporate representative that
9  needs to be deposed.
10     Mr. Romanetz can -- is being
11  produced, from what I've heard
12  today, to address all issues
13  regarding Sun Valley in this
14  litigation. So if anybody has any
15  questions regarding any topic, feel
16  free to ask, with the exception of
17  the following, which Dan Morrison
18  will be produced to address and
19  he'll address it tomorrow, and that
20  is:
21     Number one, the insurance
22  policies issued to Sun Valley, when
23  Sun Valley quit doing business, when
24  Sun Valley cleaned its computers and
25  backed up its computers in

Page 190

1  preparation for the auctioning of
2  its physical assets, the actual
3  auctioning of the physical assets,
4  when Sun Valley was first sued in
5  this litigation, and when Sun Valley
6  was dissolved.
7      In conjunction with that,
8  some of the exhibits that will be
9  referenced, I'll tell you now, have
10  already been produced, but it's the
11  Defendant Profile Form, the
12  insurance policies, the dissolution
13  documents of the company, and the
14  Doty lawsuit, which was the first
15  time Sun Valley got sued.
16     So, again, Mr. Morrison will
17  address those issues tomorrow as a
18  corporate representative.
19     Mr. Tom Sanford will be
20  produced as a fact witness, if
21  anybody wants to depose him. I
22  think it's set for tomorrow
23  afternoon at 1:00 o'clock.
24     And then also Doreen Staines
25  will be produced on Friday as a fact

Page 191

1  witness for any questions anybody
2  wants to ask.
3      I don't have any other
4  questions for you, Mr. Romanetz.
5  I don't know if any other attorneys
6  do.
7      MR. MILLER: Given your
8  statement, Counsel, what are the
9  specific subject matters that
10  Mr. Romanetz is being produced? You
11  say all. But having reviewed the
12  deposition transcripts, you refer to
13  interrogatories and other things.
14     What are the specific subject
15  matters you're saying when you say
16  all that he is being designated for?
17     MR. MAGGIO: He is being
18  designated for every single issue
19  that --
20     MR. MILLER: I'm asking you to
21  identify what those issues are.
22     MR. MAGGIO: Well, I can't. I
23  mean, there's -- it says all the
24  interrogatories. Everything that's
25  in there. The request for

Page 192

1  production, everything that's been
2  requested, all the documents that
3  have been produced. He's addressing
4  all of that as a corporate
5  representative, with the exception
6  of the things that I just designated
7  that Mr. Morrison will address
8  tomorrow.
9      Shari, do you have any
10  additional questions that you want
11  to ask Mr. Romanetz?
12     MS. WRIGHT: No, I don't.
13     MR. MAGGIO: Okay. I think --
14  I guess we're going off the record --
15     MR. PENOT: Could we go off
16  the record a minute?
17     MR. MAGGIO: Sure.
18     MR. PENOT: And just give us a
19  minute, please?
20     MR. MAGGIO: Yeah.
21     VIDEOGRAPHER: Off the record
22  at 1:12 p.m.
23  (A brief recess was taken.)
24     VIDEOGRAPHER: Back on the
25  record at 1:14. Please continue.

Page 193

1      MR. PENOT: Mr. Romanetz,
2  Charles Penot again for Fluor
3  Enterprises.  I just wanted to
4  follow up on a question that
5  Mr. Miller for the government asked
6  you.
7      FURTHER CROSS-EXAMINATION
8  BY MR. PENOT:
9  Q.  Do you recall that he asked you a question
10     concerning if there were -- would be any issues
11     or problems with -- I may not be stating it
12     exactly right.  But he asked you about the
13     situation in which the -- a Sun Valley unit that
14     had a holding tank --
15  A.  Uh-huh.
16  Q.  -- was then connected to a sewer system but with
17     the holding tank in the middle, as it were.
18  A.  Okay.
19  Q.  Okay?  And I believe your answer was something
20     like it could back up if there were a blockage.
21     Do you recall that --
22  A.  Yes, I do.
23  Q.  -- question?  And did I roughly characterize your
24     answer --
25  A.  Yes, you did.

Page 195

1      MR. PENOT: Thank you.
2      THE WITNESS: You bet.
3      MR. PENOT: Anybody else?
4  Should would go off the record or --
5      MR. MAGGIO: Yeah, we can go
6  off the record.  You're done, right?
7  Shari?
8      MS. WRIGHT: Yes.
9      VIDEOGRAPHER: Off the record
10  at 1:17.
11  (Deposition concluded and witness
12   excused.)
13      *  *  *
14
15
16
17
18
19
20
21
22
23
24
25

Page 194

1  Q.  -- correctly?  Thank you.  Now, my questions are
2      the following:  If you're using the travel
3      trailer on a weekend camping trip and there's no
4      sewer system and you just have the holding tank,
5      you could also have a backup with a holding tank
6      if there's a blockage.
7  A.  Sure.
8  Q.  Okay.  Or let's take the holding tank out.  Just
9      assume for me you had a Sun Valley travel trailer
10     that was manufactured without a holding tank.
11     I know there weren't -- you did not do that; is
12     that correct?
13  A.  That is correct.
14  Q.  But if you had manufactured them that way, and
15     the system -- the sewer system were then
16     connected to a municipal or a county sewer
17     system, you could have a backup if there were a
18     blockage in that circumstance also, correct?
19  A.  Correct.
20  Q.  So regardless of how you get to a sewer system
21     or whether you get to a sewer system and just
22     use a holding tank, a blockage is going to result
23     -- somewhere in there is going to result in a
24     backup.
25  A.  Correct.

Page 196

1           IN THE UNITED STATES DISTRICT COURT
2         FOR THE EASTERN DISTRICT OF LOUISIANA
3  IN RE: FEMA TRAILER            )
   FORMALDEHYDE PRODUCTS LIABILITY )
4  LITIGATION,                    )
                                  )  MDL NO. 1873
5  _____ )  SECTION N (5)
                                  )  JUDGE: ENGELHARDT
6  THIS DOCUMENT RELATES TO:      )  MAGISTRATE JUDGE:
   This document applies to all   )       CHASEZ
7  cases.                         )
8
9           MARK ROMANETZ
10
11     I hereby acknowledge that I have read the
12  foregoing deposition transcript regarding the case of
13  In Re: FEMA Trailer Formaldehyde Products Liability
14  Litigation, taken Wednesday, March 16, 2011, and that
15  the same is a true and correct transcription of the
16  answers given by me to the questions propounded,
17  except for the additions or changes, if any, as noted
18  on the attached errata sheet.
19
        _____
20      MARK ROMANETZ
21      Subscribed and sworn to me
   this _____ day of _____,
22  2011, A.D.
23      _____
        Notary Public or Witness
24      State of _____
        County of _____
25      My Commission expires: _____

FEMA Trailer Formaldehyde Products Liability Litigation

Page 197

```
 1            C E R T I F I C A T E

 2
             I, Brenda L. Davis, CSR, RPR, RMR, and
 3   Notary Public within and for the County of Porter,
     State of Indiana, do hereby certify that there
 4   appeared before me the deponent, MARK ROMANETZ, at
     202 South Michigan Street, South Bend, Indiana, on the
 5   16th day of March 2011, who was thereupon first duly
     sworn by me to testify the truth and nothing but the
 6   truth in response to questions propounded to said
     deponent at the taking of the foregoing deposition
 7   relating to the above-captioned cause now pending and
     undetermined in said court.

 8
             I further certify that I then and there
 9   reported in machine shorthand the testimony so given
     at said time and place, and that the original
10   shorthand notes, and the foregoing printed transcript
     is a true and accurate record of said testimony given
11   by said deponent at said time and place.

12
             I further certify that I am not related by
13   blood or marriage to any of the parties to said suit,
     nor am I an employee of any of the parties or of their
14   attorneys or agents, nor am I interested in any way,
     financially or otherwise, in the outcome of said
14   litigation.

15

16        Dated at Valparaiso, Indiana, this _____ day of

17   _____, 2011.

18

19

20                          _____

21                             Brenda L. Davis

22
     My Commission Expires:
23   May 24, 2014

24   County of Residence: Porter

25
```