# Exhibit "C"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          * MDL NO. 1873
       FORMALDEHYDE          *
       PRODUCTS              * SECTION: N (5)
       LIABILITY             *
       LITIGATION            * JUDGE: ENGELHARDT
                             *
THIS DOCUMENT RELATES        *
TO: (Irma Miller, et al      * MAG. JUDGE CHASEZ
v. Sun Valley, Inc.,         *
et al, Docket No.            *
09-5658)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Video deposition of CHARLES MARSHALL, taken at the Law Offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, on the 5th day of January 2011.

```
 1                    APPEARANCES
 2  REPRESENTING THE DEFENDANT, SUN VALLEY, INC.
    d/b/a SUN LITE:
 3
          ALLEN & GOOCH
 4        (BY:  BRENT M. MAGGIO, ESQUIRE)
          (BY:  LORI DAIGLE, ESQUIRE)
 5        1450 One Lakeway Center
          3900 North Causeway Boulevard
 6        Metairie, Louisiana 70002
 7
 8  REPRESENTING THE DEFENDANT, CH2M Hill
    CONSTRUCTORS, INC.:
 9
          LAW OFFICES OF BAKER, DONELSON,
10            BEARMAN, CALDWELL & BERKOWITZ, PC
          (BY:  GERARDO R. BARRIOS, ESQUIRE)
11        3 Sanctuary Boulevard
          Suite 201
12        Mandeville, Louisiana 70471
13
14  REPRESENTING THE DEFENDANT, WESTCHESTER SPECIALITY
    LINES INSURANCE COMPANY:
15
          LARZELERE, PICOU, WELLS, SIMPSON &
16            LONERO, LLC
          (BY:  G. BENJAMIN WARD, ESQUIRE)
17        Suite 1100
          3850 North Causeway Boulevard
18        Metairie, Louisiana 70002
19
20  REPRESENTING THE DEFENDANT, FLUOR ENTERPRISES,
    INC.:
21
          MIDDLEBERG, RIDDLE & GIANNA
22        (BY:  CHARLES R. PENOT, JR. ESQUIRE)
          717 North Harwood
23        Suite 2400
          Dallas, Texas 75201
24
25
```

Charles Marshall
1/5/2011

Page 3

```
 1   APPEARANCES CONTINUED:
 2
 3   REPRESENTING THE PLAINTIFF, CHARLES MARSHALL:
 4        LAW OFFICES OF REICH & BINSTOCK
          (BY:  DENNIS C. REICH, ESQUIRE)
 5        (BY:  JORDAN M. TORRY, ESQUIRE)
          4265 San Felipe
 6        Suite 1100
          Houston, Texas 77027
 7
 8   REPRESENTING THE DEFENDANT, LIBERTY MUTUAL
     INSURANCE CORPORATION: (VIA TELEPHONE)
 9
          LUGENBUHL, WHEATON, PECK, RANKIN &
10             HUBBARD
          (BY:  KRISTOPHER M. REDMANN, ESQUIRE)
11        601 Poydras Street
          Suite 2775
12        New Orleans, Louisiana 70130
13
     ALSO PRESENT:
14
          GILLEY DELORIMIER, Depo-Vue, Inc.
15
16
17
18
19
          REPORTED BY:
20             JODI IBIETA
               CERTIFIED COURT REPORTER
21
22
23
24
25
```

(504) 833-3330      Curren-Landrieu, LLC FAX (504) 833-3355
(800) 487-3376      www.currenland.com  currenland@aol.com

a6773813-ff3b-4004-8c06-bd5dd21bf932

Charles Marshall
1/5/2011

Page 53

1   residence was there a year, so I was kind of
2   back and forth to New Orleans.
3       Q.      After Baton Rouge, where did you
4   move?
5       A.      After -- oh, I moved back to
6   the -- I actually took permanent residence in
7   a trailer.  I mean, I was back and forth
8   already, you know, at the trailer before we
9   left Baton Rouge.
10      Q.      When did you first get into a --
11  when you say "a trailer," you're talking about
12  a travel trailer?
13      A.      Yes.
14      Q.      When did you first get into a
15  travel trailer?
16      A.      I think the trailer might have
17  been delivered in January or February of
18  that -- after Katrina.
19      Q.      So January of 2006?
20      A.      Yes.
21      Q.      Well, let me -- Katrina happens
22  August 2005.
23      A.      Uh-huh (affirmative response).
24      Q.      And you say you stayed for three
25  months up in Memphis, so that puts us around

```
 1   will, so I bought a dog out of necessity.
 2        Q.      That was, like, more than 30
 3   years ago?
 4        A.      Yes.
 5        Q.      Okay.  No other animals, though?
 6        A.      No.
 7        Q.      Now, from February of '06 when
 8   you first started or -- I think it was maybe
 9   March of '06, when you first started trying to
10   clean up your house, how long did you
11   actually -- you physically continue cleaning
12   the house until you just gave up on it?
13        A.      I don't know.  I guess several --
14   three or four months maybe.
15        Q.      And then what?  You hired a
16   contractor to come in and tear it up?
17        A.      Yes.
18        Q.      Did the insurance company do it,
19   or did you actually higher the company?
20        A.      I hired the contractor, and I
21   paid him.
22        Q.      So at some point in time, you're
23   told in October 2008 FEMA is coming to get
24   your trailer?
25        A.      Yes.
```

Charles Marshall
1/5/2011

Page 140

1   A.   I don't remember that. I don't
2   remember that to be true.
3   Q.   On Page 9, the question, A1, asks
4   for the manufacturer of the trailer. It says,
5   "Sun Valley."
6   A.   Uh-huh (affirmative response).
7   Q.   Did you supply that to your
8   lawyer?
9   A.   I'm not sure. I don't -- Sun
10  Valley.
11  Q.   Do you know who the manufacturer
12  is of your travel trailer?
13  A.   There was an -- there was an --
14  it wasn't on the outside. There was a name on
15  the door -- on the -- like the little sticker
16  on the door, yes, and I'm pretty sure that
17  must be what was on the door.
18  Q.   Did you ever give your attorney
19  the VIN number for your trailer?
20  A.   No.
21  Q.   If you look on Question No. 10,
22  it says, "State the reason you stopped living
23  in the FEMA trailer or mobile home."
24  A.   Uh-huh (affirmative response).
25  Q.   Somebody typed in, "Caseworker