# Exhibit "D"

From: Bruce Workman [btworkman@adelphia.net]
Sent: Monday, December 05, 2005 12:31 PM
To: Mark Romanetz
Subject: FEMA

Mark,
Can we build 500 more of the 30BH LTDs for a dealer in TX? If so, when? are they priced right off the sheet? let me know...thanks.
Bruce

EXHIBIT
SunValley
12

SVI001-004082