

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/12/2006

FEMA Application No.: 939646088

Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

DearMr. Marshall:

As we approach the fall heating season, the Federal Emergency Management Agency (FEMA) is inspecting and, in some cases, modifying travel trailers in the Gulf Coast to reduce the potential fire hazard from having anything too near the furnace exhaust vent of your trailer.

Residents of travel trailers are advised to not place anything near or in front of this vent outside your trailer. If you or anyone in your family has stacked anything in front of the furnace exhaust vent, please remove it immediately. It could cause a fire hazard.

If the handrail leading to your door is less than six inches away from your trailer's heat exhaust vent, your unit needs to be inspected. If this condition exists, please contact your maintenance service provider immediately. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014494

 

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

10/16/2006

FEMA Application No.: 939646088

Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

## Accessibility Notice

This notice is for people who have a disability or live with someone who has a disability. Usually a person with a disability is being treated by a doctor. To have a disability, you must have trouble:

- Walking
- Seeing
- Hearing
- Speaking
- Breathing
- Learning
- Working, or
- Doing another major activity

A disability does not include short-term problems like a broken leg. It also does not include a problem that is corrected, like someone who can see well with glasses.

If you or someone you live with has a disability, you may be able to get an accessible trailer from FEMA. Depending on the type of disability, you may be able to get a trailer with-

- A ramp
- Enough turning space for a wheelchair
- An accessible shower or tub
- Grab bars in showers, tubs, and near toilets

If you or someone you live with has a disability and needs an accessible trailer, call FEMA at:

- **1-866-496-4297** if you lived in <u>Louisiana</u> before the disaster (TTY 1-800-462-7585)
- **1-888-294-2820** if you lived in <u>Mississippi</u> before the disaster (TTY 1-800-462-7585)

The call centers are open from 8:00 a.m. to 6:00 p.m., Monday to Saturday. Tell FEMA what kind of disability you have and what you need to make a trailer accessible.
After you call, FEMA will tell you if it will

- Give you an accessible trailer
- Make changes in the trailer you have
- Help you find another place to live

*CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL*

FEMA212-014495

FEMA will also tell you how long it will take. It may take FEMA up to 90 days to deliver a trailer, or longer if you don't have a suitable place to put it. If you already have a trailer, it may take up to 60 days to make the changes you need.

If you do not get an accessible trailer within these times, or you do not agree with FEMA's decision, please call the proper number listed above and FEMA will tell you how to obtain further assistance.

To obtain an accessible trailer within the times in this notice, you must contact FEMA at the number listed above for your state before May 9, 2007.

Sincerely,

Individuals and Households Program Officer

 

R. David Paulison
Director

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

02/08/2007

Para obtener una copia de esta carta en Español, por favor llame a la Línea de Ayuda de FEMA  al 1-800-621-3362.

FEMA Application No. 939646088                                    Disaster No. 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA  70131-5530

Dear Mr. Marshall:

FEMA is extending the Temporary Housing Program for those eligible applicants affected by Hurricanes Katrina and Rita. FEMA temporary housing assistance will continue to be available to eligible applicants up to August 31, 2007.

Although the Temporary Housing Program has been extended, you have a responsibility to become independent of this assistance. FEMA will continue to assist you with your transition out of the mobile home or travel trailer where you are currently living. FEMA will also contact you again in April of 2007 to assess your continuing need for housing assistance, as well as provide you with additional information on housing later in the process.

Please call 800-621-3362 (FEMA) if you have any questions regarding FEMA assistance.  Also, remember to call the 1-800 number posted in your travel trailer or mobile home if you are ready to move out of your unit.

Sincerely,

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

 **FEMA**

---
### Disaster Assistance Directorate
## Notice of Interest in Purchasing Temporary Housing Unit
---

FEMA Application No. 939646088

FEMA-DR-1603-LA
05/12/2007

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MR CHARLES H MARSHALL:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

**Note: Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.**

Please indicate your interest in purchasing the FEMA temporary housing unit you are living in and return this letter to:

> **FEMA - Louisiana Area Field Office**
> **P. O. Box 5143 - Attn: Sales Dept.**
> **Baton Rouge, LA 70821**

Please reply within **14 days from the date of this letter**.

☐ I am interested in purchasing the unit.    ☐ I am not interested in purchasing the unit.

_____
Signature/Date

_____
Current Phone Number/ Best Time to Call

---

*For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )*

Unit Type: _____   Bar Code: _____   VIN#: _____

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014498

 **FEMA**



R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

09/19/2007

FEMA Application No. 939646088

Disaster No. 1603

MR CHARLES H MARSHALL
NEW ORLEANS, LA 70131-5530
3500 DICKENS DR

Dear MR CHARLES H MARSHALL:

You recently returned a FEMA Notice of Interest (NOI) expressing interest in purchasing your temporary housing
unit. Your response was appreciated.  However, at this time the type of unit in which you are currently living
(travel trailer or park model) is not available for purchase.  FEMA will promptly notify you of any additional
updates. FEMA regrets any inconvenience that this change may have caused.

If you are now able to move back into your damaged dwelling, or if you have located alternate housing, please call
888-294-2822 to have your FEMA temporary housing unit removed.

If you are still living in your travel trailer, FEMA will continue to work with you to locate other housing options
that would better meet your longer-term housing needs.  Please call 888-294-2822 if you wish to take advantage of
this housing assistance.

Sincerely,

Sales Coordinator

NFSL

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014499

 **FEMA**          

R. David Paulison                                     Kathleen Babineaux Blanco
Administrator                                         Governor
Federal Emergency Management Agency                   State of Louisiana

National Processing Service Center                    11/28/2007
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

FEMA Application No. 939646088                        Disaster No. 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530                   **CERTIFIED TO BE A TRUE
                                             COPY OF THE ORIGINAL**

Dear MR CHARLES H MARSHALL:

If you are an eligible individual or a household displaced by hurricanes Katrina or Rita, this letter explains a FEMA program that may provide you with relocation financial assistance to return to your home state, relocate to alternative housing or move from a FEMA provided temporary housing unit.  We recognize that the damage and destruction caused by the hurricanes resulted in many Gulf Coast residents temporarily moving to various locations around the country.

The program will provide eligible applicants with relocation assistance up to $4,000 for expenses incurred between Aug. 29, 2005, and Feb. 29, 2008, for Katrina, or Sept. 24, 2005, to Feb. 29, 2008, for Rita.  You may be eligible for this program if you meet the following guidelines:

1.  You are the primary applicant for the pre-disaster household. The primary applicant is either the owner of the home or the person financially responsible for the lease or rental agreement and was the first to apply  to FEMA.

2.  You have been determined eligible for housing assistance from FEMA beyond the initial $2000 of expedited assistance.

3.  You have not already received the maximum amount of assistance that FEMA can provide which is $26,200.

4.  If the address you moved to or plan to move to is within the same state, it must be more than 50 miles from your current residence and it cannot be a hotel or motel.

5.  You have not already received relocation assistance from any other state, federal or voluntary agency.  FEMA cannot duplicate that assistance.

6.  You have returned or are returning to housing that is not paid for by FEMA. (This requirement does not apply to those currently living in a FEMA travel trailer or mobile home, see #7)

FEMA212-014500

7.   For those families that are currently living in FEMA travel trailers or mobile homes, FEMA will pay relocation expenses to a FEMA-funded rental resource or non-FEMA funded housing anywhere in the continental United States.

Eligible relocation expenses are limited to:

- Travel costs including airfare, train, bus and/or a rental vehicle.

- Furniture transportation expenses, including commercially rented equipment for hauling and commercially purchased moving materials or moving services.

- Mileage, gas and taxes incurred while using commercially rented equipment or vehicle. Receipts are required for fuel costs.

- Lodging costs for one night, one room if the distance between the current residence and the new residence is more than 400 miles.

Expenses that are not covered in the Relocation Assistance program include:

- Moving costs associated with the use of a Privately Owned Vehicle (POV).

- Moving costs for recreational or large luxury items such as boats or recreational vehicles.

- Moving costs that cannot be substantiated by a receipt or estimates from a commercial company or service provider.

Relocation Assistance award payments will be based on a one-time submission of receipts, statement of costs, and/or estimates for the entire household. If your relocation is planned for the future, you must submit verifiable estimates including anticipated travel dates.

For more information on FEMA's Relocation Assistance program or to request relocation assistance, call 1-800-621-FEMA (3362) (TTY: 1-800-462-7585) between 8:00am and 8:00pm (eastern) Monday thru Saturday.  For more information about FEMA's programs, visit the FEMA website at www.FEMA.gov.

Sincerely,

Individuals and Households Program Officer                                                 RELONOTC

143

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING INFORMATION UPDATE

NAME OF APPLICANT:
Charles Marshall

TELEPHONE NO.
504-392-7631

APPLICATION NO.
939646088

CURRENT STATUS (IF CHANGED)
___Eligible       ___Ineligible-Insurance
___Withdrawn      ___Ineligible-Other

CURRENT ADDRESS (IF CHANGED)

| | Date: | Action | Initial |
|---|---|---|---|
| TO:   BENEFITS PROCESSING | | FAXED TO NPSC | |
| | | YES ___   NO ___ | |
| PLEASE REVIEW APPEAL LETTER | | FEDEXED TO NPSC | |
| HO INS STLMNT | | YES ___   NO ___ | |
| ATTACHED: | | FAXED TO JFO | |
| ITEMIZED REPORT | | YES ___   NO ___ | |
| | | COURIER TO JFO | |
| | | YES ___   NO ___ | |
| CONTACT NUMBERS: | | | |

☒DR 1603-LA   DRC# 34
☐DR 1607-LA   DRC#____
☐DR 1604-MS   DRC#____
☐DR 1606-TX   DRC#____

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

RES TYPE: MH   (HOUSE)   OTHER
HA: IPND
SBA: LOSS VFD
ONA: NONREF

Prepared By:   C. NARDUCCI   Date: 1/25/06
Housing Representative:

Approved By:
Supervisor:

FEMA FORM 90-67        U.S. GPO: 1986-0-716-585/600        THA PROGRAM

2+3

## Statement of Loss

| | |
|---|---|
| Insured: **Marshal Charlas & Carolyn** | Claim Number: **18-R314-889** |

### Coverage A -

Limit of Liability $ 195,012.00

Description: State Farm Estimate 10/15/2005

Amount $ 67,323.29

Total A $ 67,323.29

### Coverage B - Contents

Limit of Liability $ 146,259.00

Description: Refrigerator Food Loss $200. Paying up to the policy limit

Amount

Personal property inventory $238,124.50. Paying up to the policy limit

$146,259.00

Total B $ 146,259.00

### Coverage C - Loss of Use

Limit of Liability  actual

Description: Prohibited Use Form

Amount $ 2,679.00

Additional living expenses 9/14/05 - 12/31/2005 (ALE form)

$12,291.80

Total C $ 14,970.80

Comments/Supplements:

Policy limit on contents coverage $146,259

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

| | | |
|---|---|---|
| Total A + B + C | $ | 228,553.09 |
| Plus Special Coverage | | |
| Total Loss | | 228,553.09 |
| Less Depreciation - Cov. A | $ | - |
| Less Depreciation - Cov. B | | |
| Subtotal | $ | 228,553.09 |
| Less Deductible | $ | 750.00 |
| Total Payable | $ | 227,803.09 |
| Less Prior Payment(s) | $ | 5,000.00 |
| **Amount Due Now** | $ | 222,803.09 |

| | |
|---|---|
| Daniel Haynes | 11/2/2005 |
| Signature | Date |

560-233 2 Rev b-95 Printed in U.S.A.

939646088
DR 1603
MARSHALL

343

**Luling Catastrophe Office**
**State Farm Insurance Companies - Fire**
P.O. Box 1562
Boutte, LA  70039

**11/24/2005**

| | |
|---|---|
| Estimate: | 18-R314-889 |
| Insured: | MARSHALL, CHARLES |
| Property: | 3500 DICKENS DR |
| | NEW ORLEANS, LA  70131-5530 |
| Home: | (504) 451-7145 |
| Business: | (000) 528-0115 |

| | |
|---|---|
| Claim Number: | 18-R314-889 |
| Policy Number: | 18-42-3455-5 |
| Type of Loss: | Wind Damage |
| Deductible: | $ 750.00 |
| Price List: | LANO5F5D3 |
| | Restoration/Service/Remodel |
| | with Service Charges Broken |
| | Out |
| Date of Loss: | 8/29/2005 |
| Date Inspected: | 10/11/2005 |

### Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 57,026.82 |
| Applicable Sales Tax | @ | 9.000% x | 15,180.29 | 1,366.23 |
| | | | | |
| Replacement Cost Value | | | | 58,393.05 |
| Less Depreciation | | | | (0.00) |
| | | | | |
| Actual Cash Value (ACV) | | | | 58,393.05 |
| Overhead | @ | 10.0% x | 44,651.22 | 4,465.12 |
| Profit | @ | 10.0% x | 44,651.22 | 4,465.12 |
| | | | | |
| Actual Cash Value (Including Overhead and Profit) | | | | 67,323.29 |
| Less Deductible | | | | (750.00) |
| | | | | |
| Net Actual Cash Value Payment | | | | $66,573.29 |

_____

Haynes Daniel

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND
LIMITS OF YOUR POLICY.**

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

9 39646088
DR1605
MARSHALL

Date *1-4-06*

DR Number *34*

## SPECIAL NEEDS INTAKE WORKSHEET

*Special case of physically/mentally/emotionally challenged households that need additional assistance beyond the normal FEMA protocols.*

Referred to Special Needs from:

- ☐ Inspection
- ☐ ARC
- ☐ VAL
- ☐ CR
- ☑ Housing
- ☐ NPSC
- ☐ Congressional
- ☐ Other
- ☐ DRC (#-Location)

Applicant FEMA Registration Number: *939646088*

Applicant Name: *Charles H. Marshall*

Applicant Address: *3500 Dickens Dr. NO, LA. 70131*

County: *Orleans*

Current Phone: *(504) 451-7145*          Alternate Phone:

Special Need: (Describe the situation and *specify the need*)
*Chipped Tooth, needs dental attention,*
*no insurance.*

Detailed Directions: (Location of Person)

Release of Confidential Information Attached?   ☑ YES       ☐ REFUSED

Date signed: *1-4-06*

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FAX TO:_____

| | Date: |
|---|---|
| Referred to: | |
| Assistance provided: | |

IHP Applicant Services Reference 5.15
March 2005

3/24/05



U.S. Department of Homeland Security
Washington, DC 20472

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Louisiana and appropriate agencies of the State of Louisiana responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from Hurricane Katrina, FEMA-DR-1603-Louisiana to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

I understand that it is my choice to sign this Release.

_Charles H. Marshall_      _1.4.06_
Name (Printed)              Date

_Charles H. Marshall_
Signature

Pre-Disaster Address: _3500 Dickens Dr. N.O. LA 70131_

Current Address: _Same_

Phone or Message # _504-451-7145_  FEMA Registration #: _939646088_

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603-0001-11156-IPR | Location # 3500 DICKENS | Lot # N/A |
|---|---|---|
| Reg. I.D # 939646088 | NEW ORLEANS LA 70131 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)  Must keep this unit and the surrounding area clean.

(2)  Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)  Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)  Must accept other housing options, when they become available.

(5)  Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)  Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) CHARLES H. MARSHALL | Signature of Person Assigned to Shelter Unit *Charles H. Marshall* | Date 12/3/05 |
|---|---|---|

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| CHARLES MARSHALL | 65 | M |
| | | |
| | | |
| | | |
| | | |
| | | |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Site Control # SC-03-050035 | Unit Bar Code # 127714 | Unit VIN # 1S4BT3025630 14394 |
|---|---|---|
| Name of Person Assigning Shelter Unit (Please Print) NICK KRANZ | Signature of Person Assigning Shelter Unit | Date 12/3/05 |

11/19/2005 21:30 12252950021 OFFICE DEPOT PAGE 02/02

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 939646099 A | See Reverse side for instructions and Paperwork Burden Notice | OMB No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Charles H Marshall | NAME Charles H Marshall |
| ADDRESS (House No. and Street name) 3500 Dickens DR | SITE ADDRESS (House No. and Street name) 3500 Dickens |
| CITY AND STATE (Include Zip Code) New Orleans, LA 70131 | CITY AND STATE (Include Zip Code) New Orleans, LA 70131 |
| PHONE NO. (Include area Code) 504.451.7145 | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of __8.29.05__ __1603__ and the furnishing of a temporary (date of declaration) (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) FVA Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay __None__/month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT Charles H. Marshall | 11-19-05 |
| b. APPLICANT Same As Owner | 11.19.05 |
| c. WITNESS Tom Pickim | 11.19.05 |

FEMA Form 90-31, OCT 02 REPLACES ALL PREVIOUS EDITIONS. (This replaces the FEMA form 90-31 which is obsolete) FF 90-31, May B11

COPY OF THE ORIGINAL

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

NOV. 16. 2005  9:22AM   LA IOF                                    NO. 9889   P. 18

# SC-03-050035

## SITE INSPECTION REQUEST
### DR-1603-LA

| Site Control #: SC-03-050035 | Rgsn ID: 939646088A | O/R: |
|---|---|---|

| | |
|---|---|
| **Address:** 3500 DICKENS DR | **Name:** MARSHALL, CHARLES H |
| **City:** NEW ORLEANS    **State:** LA | Current Address: 3500 DICKENS DR |
| **County:** Orleans    **Zip Code:** 70131 | City: NEW ORLEANS    State LA |
| **Lot #1:**    **Lot #2:** | County: Orleans    ZipCode: 70131 |
| Land Owner: MARSHALL, CHARLES H | Phone: (504)3927631    Alt Phone: () |
| Phone: (901)3682327  *TN.* | P-Code: P-4TTP |
| Park Name: *<P) 504.451.7145* | TT's Needed:    1    MH's Needed:    0 |

| | Company | Address | Phone |
|---|---|---|---|
| ☒ Electric | Entergy | | |
| ☐ Gas | | | |
| ☒ Water | City | | |
| ☒ Sewer | City | | |

**DIRECTIONS TO SITE**

29.91779        89.98421

**SITE NOTES**

| Site Inspector: | Assigned:    11/13/2005  Re-Instated: | ☒ Site Feasible |
|---|---|---|
| **REASON SITE NOT FEASIBLE** | | ☐ Site Not Feasible |
| | | **On Hold Reason** |
| | | ☐ Back to PPI |
| | | ☐ Ingress-Egress Agreement |

| **FAMILY COMPOSITION** | | | | **WITHDRAWN** |
|---|---|---|---|---|
| Name | Relationship | Age | **# HOUSED** | ☐ WVO / Applicant Withdraw |
| | | | | Withdrawn Date |
| | | | **BR REQ** | **Withdrawn Reason** |

**INSPECTOR COMMENTS**

CALLED  NO ANSWER  4.10AM 11/17/05.  11.19.05 DO S.R. BID FAX.

**SPECIAL NEEDS**                    CERTIFIED TO BE A TRUE
                                     COPY OF THE ORIGINAL

| Signature of Site Inspector | Date | Applicant Notified of Site Determination |
|---|---|---|
| *Tom Pitkin* | 11.19.05 | Date: 11.19.05    By: *TWP* |
| **SITE INFORMATION** | | **APPLICANT INFORMATION** |

11/15/2005 10:24:19 AM                                    Page 147 of 236

FEMA212-014509

# SITE DESCRIPTION

Berkley

DRIVEWAY

Sewer Co.
X → 10'

D
I
C
K
E
N
S
D
R.

S
I
D
E
W
A
L
K

New
TRLR

43'

Elect
Ric X

3500
Dickens Dr.

EXST
HOUSE

10'
↑ X WATER X

SC #: _SC-03-050035_    REG #: _93 964 6088A_

APP NAME: _CHARLes H MARSHAll_

ADDRESS: _3500 Dickens DR_
_New ORLeans, LA 70131_

INSPECTOR: _Tom Pitkin_

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSTALLATION WORK ORDER**

| 1. SITE CONTROL NO. | 2. WORK ORDER NO. |
|---|---|
| SC-03-050035 | |

### 3. APPLICANT/SITE INFORMATION

| | | |
|---|---|---|
| NAME (Last, First, Middle Initial) MARSHALL, Charles H | TIN NO. 939646088A | |
| SITE ADDRESS (House No. and Street Name, or Pad No.) 3500 DICKENS DR | DATE WORK ISSUED | |
| CITY AND STATE New Orleans, LA | COUNTY 70131 | 5. SITE TYPE ☐ Comm. ☐ Group ☒ Private ☐ EGS |

### 4. CONTRACT WORK ORDER INFORMATION

| CONTRACTOR | INSPECTOR |
|---|---|
| ISSUED BY | DATE SCH. COMPL. |

6. UNIT TYPE ☐ MH ☒ TT ☐ Other    7. UNIT NO.

### B. INSTALLATION

| ITEM NO. | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | 1 | | |
| ☒ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 3" Sewer Line Buried | Foot | | | |
| ☐ | 5" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☒ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☒ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☒ | Power Pole and Meter Loop _30_ AMP | Each | 43 | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☒ | Pedestal w/ 30 AMP Breaker | | | | |
| ☐ | | | | | |

WORK ORDER TOTAL:

**9. PLOT PLAN/DIRECTIONS/COMMENTS:** (If more space is needed, use blank sheet and attach)

BERKLEY DR.

DICKENS DR

**10. CERTIFICATION AND SIGNATURES** - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR Tom Pitkin | DATE 11.19.05 | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014511

NOV. 22. 2005  7:47PM    LA TOF

RECEIVED NOV 2 3 2005

## Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0003-11156-IPR | 11/22/2005 | DEVYN SINGLETON | CH2MHILL |

### Site Information

Site Type  ☐ Commercial  ☐ Group  ☐ EGS  ☑ Private

Site Control # SC-03-050035

Park Name

Street 3500 DICKENS DR

City NEW ORLEANS

State LA

Zip 70131

County Orleans

Lot # (if applicable)

Site Directions

### Unit Information

| | Unit # | Barcode # | VIN # |
|---|---|---|---|
| ☑ TT | | 1277114 | |
| ☐ MH | | | |
| ☐ PM | | | |

Special Instructions

FEMA Signature  Degg Alut m 4/27/05

Driver's Name  Charles Counter

Driver's Licence #  1840929 TX

Trucking Company  Air MarT

License Plate #  295 ZD1

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

DR-1603-LA

11/22/2005 4:09:39 PM

9:00a

*(handwritten left margin):* Serial # TT mileage Ending Beginning  site Tema yard  OCY Dwayne Luthrill

*(handwritten right margin):* TT setup complete

FEMA212-014512

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

R77114   154 6780286301939 9

**3. TYPE OF INSPECTION**

Transport ☐  Dispatch ☐  Receipt
Storage ☐
Staging ☐ ☐
Site ☐ ☒
RFO ☐ ☒
Move In ☒
Move Out ☒

**4. TYPE OF FACILITY**
☐ Other
☐ Mobile Home
☒ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | Suburban | SRNA358GH | 059611933 |
| Microwave | Emerson MCD MW2LB | MGSU4TA067H | |
| Refrigerator | Demetic | RM652 | 590 08161 |
| A/C | DEMETIC | 59116541 | 5933237 |
| Water Heater | Suburban | SW6P | 054900589 |

**6. UNIT INFO.**
a. Manufacturer: SUN VALLEY ELKHART
b. Year: 2005
c. Size (FL. -inc towing hitch): 30
d. Number of Bedrooms: 2

**7. INSPECTIONS**  ☒ Disaster  ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR AND EXTERIOR**  N=New  G=Good  P=Poor  D=Damaged  M=Missing    Handicap ☐ Yes ☒ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | N | | Double Bed, Complete | | | | Commode | | N | |
| Dinette Chairs (8 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | N | | **Second Bedroom** | | ✓ | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete & UNK | | N | | Light Fixtures | | ✓ | |
| Sink | | | | Mirror N/A | | | | **Exterior Condition** | | | |
| Light Fixtures | | | | Cabinet Storage N/A | | # | | Water Heater | | N | |
| Fire Extinguisher | | ✓ | | Curtains & Rods | | N | | Doors | | | |
| A/C   Living Room | | N | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | N | | **Third Bedroom** | | | | Windows | | | |
| Arm Chair NA | | | | Double Bed, Complete | | | | Screens | | | |
| End Table NA | | | | Mirror | | ✗ | | Front Panels | | | |
| Coffee Table NA | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | N | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | N | | Light Fixtures | | | | Right Side Panels | | | |
| **Hall** | | | | **Interior Condition** | | | | Roof Vents | | | |
| Furnace | | N | | Floor Covering | | N | | Towing Hitch | | | |
| Smoke Detectors | | N | | Wall Panels | | N | | Axles & Springs | | | |
| Light Fixtures | | N | | Ceiling Panels | | N | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE    LEFT SIDE    FRONT    REAR

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

**11. READY FOR OCCUPANCY** ☐   CONTRACT W.O. No. 1603-0003-1118-1PR   INSPECTOR SIGNATURE  NICK KRANZ   DATE 12/3/05   THA No. 93964 6088A

**12. OCCUPANT NAME** MARSHALL, CHARLES   ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | CERTIFIED TO BE A TRUE |
| Dispatch To/From Site | | COPY OF THE ORIGINAL |

OCCUPANT SIGNATURE (Receive on Move In or Move Out)  Charles L. Marshall   DATE 12/3/05   FEMA REP. SIGNATURE   DATE

FEMA Form 90-13, JULY 05

FEMA212-014513

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | BAR CODE (B/C #) 1277114 | CONTRACT WO NUMBER 1603-0003-11156-1PR | SITE CONTROL NUMBER 8C-03- |
|---|---|---|---|
| APPLICANT NAME MARSHALL, CHARLES | T.H. No. 93964088 | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | |

**1. INSPECTION (To be completed by Direct UNIT (DHOPS))**

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked    ☒ Sewer Connected    ☐ Permits (ele)    ☐ Permit Block & Tie

☒ Steps/Ramp    ☒ Electric Connected    ☐ Permit (meh)

☒ Water Connected    ☐ Gas Connected    ☐ Permits (gas)

**COMMENTS - INSTALLATION OR SITE CONDITIONS:**

INSPECTOR _[signature]_    DATE 12/3/05

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency, without:

☐ Water Connection    ☐ Electricity Connection    ☐ Sewer Connection    ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:    DIRECT HOUSING OPERATIONS (DHOPS)

~~CERTIFIED TO BE A TRUE~~
COPY OF THE ORIGINAL

Applicant will not occupy until the following utilities are connected:

☐ Sewer    ☐ Electricity    ☐ Permits (ele)    ☐ Water    ☐ Gas    ☐ Permits (meh)    ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | | DATE |
|---|---|---|
| | | |

FEMA Form 90-24, JUL 05

FEMA212-014514

### Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) Make sure water is on before starting the hot water heater.
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Lite the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

'11/19/2005  21:30   12252950021                OFFICE^DEPOT                        PAGE  01/02

# Office DEPOT

### What you need. What you need to know.

## Fax Transmission
### PLEASE PRINT

TO: _Tommy Pitkin_          FROM: _Charles H. Marshall_

FAX
NUMBER: _504-613-2331_   SENDER'S
                          PHONE #: _504-451-745_

DATE: _11/19/05_          # OF PAGES: _1_

Customer's Notes: _____

_____

_____

_____

Receiver: If you have any difficulties with this transmission, please contact the sender at the
phone number listed above.

### OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING,
LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE;
(II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR
THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET,
OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V)
CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE
LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER,
BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT
OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST
TO SEND, OR SENDING THIS FAX.

X_____
(CUSTOMER'S SIGNATURE)

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- Black & White Copies
- Digital and High Volume Copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

### Store Information

OFFICE DEPOT STORE #388
7074 SIEGEN LANE
BATON ROUGE, LA 70809
PHONE: 225/295-0011
FAX: 225/295-0021

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

### Thank you for using Office Depot's Customer FAX Service

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 939446094A | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Charles H Marshall | NAME Charles H Marshall |
| ADDRESS (House No. and Street name) 3500 Dickens DR | SITE ADDRESS (House No. and Street name) 3500 Dickens |
| CITY AND STATE (Include Zip Code) New Orleans, LA 70131 | CITY AND STATE (Include Zip Code) New Orleans, LA 70131 |
| PHONE NO. (Include area Code) 504.451.7145 | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of _8-29-05_  _1603_ and the furnishings of a temporary
(date of declaration) (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the Untied States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) N/A
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _None_ /month rental for use of the property. (Mark "None" if no rental is to be charged).

| B. SIGNATURES | | DATES |
|---|---|---|
| a. OWNER/AGENT | | |
| b. APPLICANT | | |
| c. WITNESS | | |

FEMA Form 90-31, OCT 02   REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-47, May 91)

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FEDERAL EMERGENCY MANAGEMENT AGENCY
INDIVIDUALS and HOUSEHOLDS PROGRAM (IHP)
TEMPORARY HOUSING OCCUPANCY AGREEMENT

FEMA APPLICATION/ REGISTRATION NO.: 939646088A    Federal Disaster Declaration No.: __1603__

LOCATION OF TEMPORARY RESIDENCE:

State: __LOUISIANA__                                    Parish/County: _____Orleans_____

This Agreement made and entered into on _____12/3/2005_____, 200___, between the Federal Emergency Management
Agency, herein called "FEMA" and _____MARSHALL, CHARLES H_____ herein called the "Occupant".

1.  FEMA hereby allows Occupant use of the following described premises
    __3500 DICKENS DR__        __NEW ORLEANS    LA    70131    UNIT# 0__
                (Complete address, including unit number. Attach map or narrative description if rural route)

    ☑ Manufactured Housing Unit          ☑ Furnished          Number of bedrooms     __2__
    ☐ Other (Specify) _____              ☐ Unfurnished        Number of baths        __1__

    Additional description of premises: _____      BC# __1277114__          VIN# 1S4BT302563014399
                            This assistance is to be used exclusively as a family residence and
    solely for Occupant's household listed as follows: __CHARLES H. MARSHALL__. The Occupant must notify FEMA, in writing, within 7 days of any change in household
    composition. FEMA reserves the right to relocate Occupant to other premises at any time.

2.  All parties agree that this Agreement is not intended to, nor does it create, a relationship of Landlord and Tenant between FEMA
    and Occupant. Occupant further agrees and understands that this Agreement does not create a property interest of Occupant in
    the unit.

3.  Occupant understands that FEMA is providing this unit as temporary housing assistance to respond to the disaster-related
    housing needs of Occupant. Temporary housing assistance, including direct housing assistance, is a discretionary benefit under
    42 U.S.C. § 5174 and 44 CFR § 206.117. Occupancy of the above-described unit is subject to recertification of continuing
    eligibility for direct housing assistance, the termination provisions in paragraph nine (9) hereof, and 44 CFR § 206.117.
    Occupant acknowledges that the premises provided herein are temporary and it is expressly understood that this Agreement in no
    way guarantees continued assistance.

4.  Occupant agrees to diligently work to obtain permanent accommodations at the earliest possible date. Occupant further agrees to
    accept adequate alternate housing when it becomes available.

5.  If Occupant is eligible for any payments or allowances for temporary housing needs from insurance, such as Additional Living
    Expenses (ALE), Occupant agrees to reimburse FEMA for the cost of using the unit provided, or the housing portion of the
    monthly ALE benefit, whichever is less.

6.  Occupant is responsible for the payment of all utility charges during the term of occupancy, including deposits.

7.  Maintaining Unit:
    a.  Occupant agrees to promptly notify FEMA or Party identified by FEMA responsible for maintenance when any damage
        or defect is found so that repairs can be made as necessary. The Party responsible for providing maintenance services is
        _____Smith_____ and can be reached at (Phone) ____1-866-476-7329____.
        If damages or injury occur as a result of Occupant's failure to report any damage or defect found within the unit, Occupant
        will be liable for the resultant damages and injury.
    b.  Occupant will make no major repairs to the unit without FEMA's prior written consent. FEMA will not pay for repairs
        made by Occupant without prior written consent.
    c.  Occupant agrees to keep the unit in a clean and orderly condition. Occupant agrees to surrender the unit in as good a state
        and condition as it was in at the commencement of the Agreement, less ordinary wear and tear. Occupant will be charged
        for any costs or repairs that are the result of abuse or negligence of Occupant, Occupant's family or guests.
    d.  The condition of the unit, and the furnishings and other property provided in the unit by FEMA, will be inspected and will
        be inventoried at the commencement date of this Agreement. A copy of the inspection and inventory checklist of such
        property and unit will be signed by the Occupant and will be attached to and made a part of this Agreement. At the
        expiration of this Agreement, Occupant will return the furnishings and other property in the condition existing at the time of
        move-in, less ordinary wear and tear, or will pay the reasonable value for any items not returned to FEMA in such condition.
        All personal property placed in the unit will be at the sole risk of Occupant, for which FEMA assumes no liability.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

b.  Occupant will not make any changes or structural alterations, disable any safety devices (i.e. smoke detectors); paint any portion of the unit; and/or install any awnings, or other projections including, but not limited to, radio or television aerials or satellite dishes on the unit, without the prior written consent of FEMA.

c.  FEMA will retain duplicate keys to all of the doors of the unit.  Subject to a minimum of twenty-four (24) hours prior written notice, FEMA or its managing agency, will have access to the unit during reasonable business hours to make inspections or to make repairs.  **In the case of an emergency, prior notice is not required.**  Occupant will not, without FEMA's prior written consent, alter, re-key or install any locks to the unit or install any security system.

8.  Occupant will not assign or transfer this Agreement or sublet any portion of the unit described above.  In the event the Occupant vacates the unit, with or without notice to FEMA, this Agreement, will be deemed terminated, and FEMA will have the right to re-enter and take immediate possession.  Occupant accepts liability for any unpaid utilities, damages or other costs if applicable. If Occupant vacates the premises without giving notice, that is, abandons the unit, Occupant accepts liability for damages resulting from the abandonment.

9.  FEMA may terminate this Agreement, at any time, by giving Occupant a written Notice of Termination, 15 days prior to the date of termination.  Reasons for termination, under this notice provision include, but are not limited to, the following: (a) adequate alternate housing is available; (b) the occupant(s) does not provide evidence documenting that they are working towards a permanent housing plan; (c) failure to reimburse FEMA when funds are received from insurance coverage; (d) the period of assistance expired under § 206.110(e); (e) failure to pay utility, or other appropriate charges; (f) failure to utilize and maintain the unit; (g) determination that temporary assistance was obtained through misrepresentation or fraud; (h) causing or permitting any disturbing noises, objectionable or improper conduct or any other act which will unreasonably interfere with the right, comforts or convenience of others; and (i) Occupant's failure to comply with any term of this Agreement.

FEMA may terminate this Agreement, at any time, by giving Occupant a written Notice of Termination, 24 hours prior to the date of termination for the following:  acts or conduct which pose an imminent threat to public health or safety.

A Notice of Termination will state: (1) the reasons for termination; (2) the date of termination; and (3) the administrative procedures required for appeal if Occupant wishes to dispute the termination.  Upon termination of the Agreement, FEMA shall have the right to re-enter and take possession of the unit.

10.  If Occupant does not vacate the unit at the termination of this Agreement, Occupant will be responsible for reimbursing FEMA for use of the unit, accruing from the date of the notice to terminate.

11.  If Occupant decides to move from or vacate the unit, Occupant must provide written notice to FEMA at the following address:

**1-800-621-FEMA  OR  1-866-231-8037**

12.  The Occupant agrees to abide by the park rules if the unit is a mobile home or travel trailer situated on a group site maintained by FEMA, or its managing agency, or if the unit is a mobile home or travel trailer situated in a commercial park.  Failure to abide by the park rules will constitute grounds for terminating this Agreement.

13.  For a private site, occupant agrees to comply with all relevant local ordinances.  Failure to abide by local ordinances will constitute grounds for terminating this agreement.  Occupant further agrees that FEMA is granted a right of entry on private property to repossess the unit in the event of termination as set forth in paragraph 9 and to hold FEMA and its agents harmless for any damage as a result thereof.

14.  Occupant and FEMA agree that this Agreement, with any attachments hereto, constitutes the entire agreement of the parties.  Any modifications or changes to this Agreement must be in writing, signed by the parties, and attached to this Agreement.

15.  It is understood and agreed that the unit herein is provided under emergency conditions as disaster relief with the assistance of the United States of America, and that the use and occupancy of the unit will, in addition to the terms and conditions set forth, be governed by rules, regulations, decisions, and emergency authority of the United State of America acting by and through FEMA or its managing agency.

The parties hereby agree to the terms of this Agreement.

_1.11.07_  _Samantha Ph___       _1.11.07_  _Charles H. Marshall_
Date    FEMA Representative        Date            Occupant

_____
Date              Spouse/Co-Occupant

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

01/JAN. 2. 2008   2:30PM   25 34 VOLAG   CCS                    NO. 304    P. 15/20

Case Manager or Requestor's Name: **BDouglas**

Submitting Agency: _____      Fax Number: _____
Requesting Parish/County: _____      LTRO/UNIT: _____
Phone number: _____

U.S. Department of Homeland Security
Washington, DC 20472

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the States of Texas, Louisiana, Mississippi, Florida or Alabama and appropriate agencies of the States of Texas, Louisiana, Mississippi, Florida or Alabama responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared: Hurricane Katrina, FEMA DR-1603-LA, FEMA DR-1604-MS, FEMA DR-1605-AL; Hurricane Rita, FEMA DR-1607-LA, DR-1606-TX; Hurricane Wilma, FEMA DR-1609-FL to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL – I chose to exclude the following agencies from access to this information:

_____

I understand that it is my choice to sign this Release.

CHARLES H. MARSHALL                      5-2-07
Name (Printed)                           Date

*Charles H. Marshall*
Signature

Pre-Disaster Address: 3500 Dickens Dr. No, LA 20131

Current Address: Since (3500 Dickens Dr.) 16441 S. Harris Ferry Rd. Apt 3515, BR, LA 70816

Phone or Message #: 504-451-2145 FEMA Registration #: 9396 46 088

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL  ccs 10-6

FEMA212-014520

08/06/2008 11:07 FAX 504 733 1629                                    ☒001

## FEMA - RECERTIFICATION DEPT
*From:*

_____ Area 3 – Alexandria LA
_____ Area 4 – Lake Charles LA
_____ Area 5 – Baton Rogue LA
_____ Area 6 – Hammond LA
____✓____ Area 7 – New Orleans LA
_____ Area 9 – Belle Chasse LA

# Fax Transmittal

**To:** NPSC                      **Date:** 8/6/08
**Fax:** 1-800-829-8112           **# Pages:** 2

**From:** Recert                  **Phone:** 504-739-7792
**Name:** S.Rowland               **Fax:** 504-739-7772

**App Name:** Marshall, Charles   **Reg Number:** 939646088

# DO NOT CREATE WORKPACKET

# SCAN ONLY

# RECERTIFICATION

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Revised Jan 08

PAGE 1/2 * RCVD AT 8/6/2008 12 03 01 PM [Eastern Daylight Time] * SVR.RCLI3A20/0 * DNIS 1000 * CSID 504 733 1629 * DURATION (mm-ss) 01-15

FEMA212-014521

08/06/2008 11:07 FAX 504 733 1629        ☑002

## Federal Emergency Management Agency
### Habitability Assessment Worksheet

| APPLICANT NAME | REGISTRATION # | ( X ) OWNER |
|---|---|---|
| MARSHALL, CHARLES | 939646088 | ( ) RENTER |
| ADDRESS OF UNIT | CURRENT PHONE  ( 504-451-7145 | |
| 3500 DICKENS DR. | | |
| NEW ORLEANS LA.      70131 | LEASE IN DATE      12/3/2005 | |

### ASSESSMENT

| | |
|---|---|
| Applicants Currently Living in Damaged Dwelling | YES ___ NO X |
| Is the Damaged Dwelling  Safe | YES X ___ NO |
| Is the Damaged Dwelling Sanitary | YES X ___ NO |
| Is the Damaged Dwelling Secure | YES ___ NO X |
| Is one bathroom repaired and functional | YES X ___ NO |
| Is kitchen with stovetop repaired and functional | YES ___ NO X |

Number of BEDROOMS   _3_  Required
Number of BEDROOMS   _1_  Habitable

| Ingress/Egress | YES X ___ NO |
|---|---|
| Utilities On | YES X ___ NO |
| Exterior Doors w/ Working Locks | YES X ___ NO |
| Windows w/ Working Locks | YES X ___ NO |
| Electrical | YES ___ NO X |
| Plumbing | YES X ___ NO |
| Heat and/or Air | YES ___ NO X |
| Floors | YES ___ NO X |
| Walls/Ceilings | YES ___ NO X |

ASSESSMENT OF DD:     INSIDE CONDITION     ( ) GOOD   (✓) BAD
                     OUTSIDE CONDITION    (✓) GOOD   ( ) BAD

DECISION:  ( ) DD HABITABLE    (X) DD NON-HABITABLE

APPLICANT STATES IT WILL ONLY TAKE ABOUT 1-2 MONTHS FOR A COMPLETION OF REPAIRS.
APPLICANT HOUSE HAS MOLD AND MILDREW, NEEDS CEILING AND WALLS, FLOORING.
HOUSE NEEDS THE REMOVABLE OF THE CEILING, WALLS, AND CARPETS. CONTRACTOR HAS
CHANGED THE ROOF, APPLICANT HAS A WRITTEN PROPOSAL FOR THE REST OF THE WORK ON
HOUSE CONTRACTOR IS PETE, 504-654-7523 APPLICANT STATES HE HAS PAID MONEY TO THIS
CONTRACTOR AND IS WAIT FOR HIM TO RETURN TO FINISH TI WORK ON HIS HOUSE.

HOUSING ADVISOR/ASSESSOR: _Serelia  Rowland_ DATE  _8/6/08_

ASSESSOR's SIGNATURE: _Serelia  Rowland_

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014522

09/18/2008 15:40 FAX 504 733 1629                                  ☒001

## FEMA - RECERTIFICATION DEPT
*From:*

_____ Area 3 – Alexandria LA
_____ Area 4 – Lake Charles LA
_____ Area 5 – Baton Rogue LA
_____ Area 6 – Hammond LA
____✓____ Area 7 – New Orleans LA
_____ Area 9 – Belle Chasse LA

# Fax Transmittal

**To:** NPSC                      **Date:** 9/18/08
**Fax:** 1-800-827-8112          **# Pages:** _____

**From:** Recert                 **Phone:** 504-739-7792
**Name:** S.Rowland              **Fax:** 504-739-7772

**App**
**Name:** Marshall, Charles      **Reg Number:** 939646088

"Lease"

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

PAGE 1/17 * RCVD AT 9/18/2008 4:36:00 PM [Eastern Daylight Time] * SVR:RCLI3A20/2 * DNIS:1000 * CSID:504 733 1629 * DURATION (mm-ss):09-55