FEMA212-014554

NEMIS Human Services

Completed: 0
Queue Size: N/A

Disaster: 1603 - Louisiana Hurricane    Process: Applicant Inquiry    Subqueue:

Rgsn ID: 93-3646088 MR CHARLES MARSHALL    SSN: 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    Current: (504) 451-7145 O/R: Own    Dep: 1    HA: CLOSED  OTHER: CLOSED   Linked: No
Co-Reg:    Co-SSN:    Alternate: (504) 451-7145   IDV: IDV Pass    HH: 1    SBA Home: DECFa    Fld Zn:    SC:

| Overview | App Info | Insp Real Prop | Insp PP App | Insp PP Clothing | Insp PP Room | Insp PP-ET | Insp Misc | Insp Trans | Insp Summ |
| Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing | Finance | Worksheet | Letter |

**Other Assistance**

| Category | Asst Type | Award Level | Eligibility | Elig Date | Amount | Adj Amt | Approved | Approved Date | Disbursed Date |
|---|---|---|---|---|---|---|---|---|---|
| Transportation | Initial | | IID - Ineligible | 02/20/2006 | $.00 | | | 02/20/2006 | 00 00 0000 |
| Moving/Storage | Initial | | IID - Ineligible | 02/20/2006 | $.00 | | Yes | 02/20/2006 | 00/00/0000 |
| Personal Property | Initial | | INS - Insured | 02/20/2006 | $.00 | | Yes | 02/20/2006 | 00/00/0000 |

Total: $.00    $.00    $.00

**IH Summary**

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt | $0.00 | $4,358.00 | $4,358.00 |
| Total OTH Amt | $0.00 | $0.00 | $0.00 |
| FIP Paid | $0.00 | $0.00 | $0.00 |
| Total Awards | $0.00 | $4,358.00 | $4,358.00 |
| Monies Returned | | ($0.00) | ($0.00) |
| GFIP Returned | | ($0.00) | ($0.00) |
| Monies Reissued | | $0.00 | $0.00 |
| Total Fed Funds | $0.00 | $4,358.00 | $4,358.00 |
| Under IH Max | | | $21,842.00 |
| Under SBA Decline Max | | | $5,200.00 |

**Verification Requirements**

| Verification Requirement | Requirement Status | Verification Status |
|---|---|---|
| Application Signature (#0.69 A, B, or C) | Applicable | Verified |
| Comprehensive Insurance | Applicable | Pending Request |
| Lawful Residency (#0.69D or E) | Applicable | Verified |
| Liability Insurance | Applicable | Pending Request |

**HA Letters**

| Letter Code | Requested | Generated Date | Printed Date | Mailed |
|---|---|---|---|---|
| RELONOTC.SEAL.HA | 11/21/2007 15:45:38 | 11/28/2007 15:50:26 | 11/28/2007 1 |
| NFSI.SEAL | 8/5/2007 09:57:15 | 9/19/2007 22:03:59 | 9/19/2007 22 |

Split W/P    Done    Cancel    Hold    Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNMIR    Version: 3.12.00.00.004    NEMIS Version 3.12...   NEMIS Human Ser...   Document:1 (Compati...   Document:2 (Compati...   9/22/2010  9:39 AM

NEMIS Human Services

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue: | Completed: 0   Queue Size: N/A

Rgn ID: 93.9646808  MR CHARLES MARSHALL    SSN: 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    Current: (504) 451-2145  O/R: Own    Dep: 1   HA: CLOSED   OTHER: CLOSED  Linked: No
Co-Reg:    Co-SSN:    Alternate: (504) 451-2145  IDv: IDV Pass   HH: 1   SBA Home: DFC/Fa   Fld Zn:    SC:

Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing
Overview | App Info | Insp Real Prop. | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp PP Misc | Insp Trans | Insp Summ

### Inspection and RP Summary

| Insp # | Return Name | Insp | Dam Type | Eliq | Area | Catgry | Units | UOM | Max | Obs | HA Qty | HA Award | HA Award Type |
|--------|-------------|------|----------|------|------|--------|-------|-----|-----|-----|--------|----------|---------------|
| 5516 | Tarp Referral | Initial | Tornado | Yes | | | | $0.00 | EA | 1 | 1 | 0 | $0.00 | |
| 5555 | Major Damage | Initial | Tornado | Yes | | 1 | $5,200.00 | EA | 1 | 1 | 0 | $0.00 | |
| 6983 | FEMA Housing Unit | Initial | Tornado | Yes | | | $0.00 | EA | 1 | 1 | 0 | $0.00 | |

Category Summary | Sort | Add | Edit | Select Items

**Itemized Award Total:** $0.00

**Rows 1 through 3 of 3**

### Inspection Overview

| Insp | High Water | Water |
|------|-----------|-------|

### Real Property Summary

| Award Type | Working $ | Approved $ |
|------------|-----------|------------|

HA RP Totals: | $0.00 | $0.00

### IH Summary

| | Working | Approved | Total |
|---|---------|----------|-------|
| Total HA Amt: | $0.00 | $0.00 | $0.00 |
| Total OTH Amt: | $0.00 | $0.00 | $0.00 |
| F/F Paid: | $0.00 | $0.00 | $0.00 |
| Total Awards: | $0.00 | $4,358.00 | $4,358.00 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $4,358.00 | $4,358.00 |
| Under IH Max: | | | $21,842.00 |
| Under SBA Decline Max: | | | $5,200.00 |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

Done | News | Split WP | Cancel | Hold | Route | Exit

Connected to: NNMIR

Version: 3.12.00.004    9/22/2010  9:39 AM

FEMA212-014555

NEMIS Human Services

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue: | Completed: 0  Queue Size: N/A

Rgsn ID: 93-9646088  MR CHARLES MARSHALL   SSN: 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  Current: (504) 451-7145 O/R: Own   Dep: 1  HA: CLOSED  OTHER: CLOSED  Linked: No
Co-Reg                   Co-SSN                Alternate: (504) 451-7145 IDV: IDV Pass   HH: 1  SBA Home: DECFs   Fld Zn:     SC:

Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing
Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ

Inspection Transportation Summary

| Year | Make | Model | Liab Ins | Comp Ins | Registered | Drug Level | Location | Drug Type | Damaged | Drivable |
|------|------|-------|----------|----------|------------|------------|----------|----------|---------|----------|
| 1999 | MERCEDES | E320 | Yes | Yes | Yes | Not Available | | | Yes | No |
| 1981 | CHEVROLET | MALIBU | Yes | Yes | Yes | Not Attched | | | No | Yes |

Inspection Overview

| Inspn | | |
|-------|--|--|
| Initial | High Water | |

Personal Property and Misc Summary

| Award Type | Level | Working $ | Approved $ |
|------------|-------|-----------|------------|
| Appliance Total: | | $0.00 | $0.00 |
| Clothing Total: | | $0.00 | $0.00 |
| Room Total: | | $0.00 | $0.00 |

IH Summary

| | Working | Approved | Total |
|---|---------|----------|-------|
| Total HA Amt: | $0.00 | $4,358.00 | $4,358.00 |
| Total OTH Amt: | $0.00 | $0.00 | $0.00 |
| FIP Paid: | $0.00 | $0.00 | $0.00 |
| Total Awards: | $0.00 | $4,358.00 | $4,358.00 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $4,358.00 | $4,358.00 |
| Under IH Max | | | $21,842.00 |
| Under SBA Dicline Max | | | $5,200.00 |

Done | Split WD | Cancel | Hold | Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNM1R

Version 3.12.00.00.004

9/22/2010  9:40 AM

FEMA212-014556

NEMIS Human Services

Disaster : [1603 : Louisiana Hurricane]   |   Process | Applicant Inquiry   |   Subqueue |   Completed: 0
Queue Size: NA

Rgin ID: 913 964608 MR CHARLES MARSHALL   SSN: 437 58 3743   Current: (504) 451 7145 O/R: Own   Dept: 1   HA CLOSED  OTHER CLOSED  Linked: No
Co-Reg   Co-SSN:   Alternate: (504) 451 7145 ID:   IDV Pass  HH: 1  SBA Home: DECFa   Fld Zn:   SC:

Info Control | Correspondence | Comment | App Info | Insp Real Prop | Special | Insurance | Other Asst | Housing |
Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ |
Request | Comments

**Timeline**

| Seq # | Inspection | Performed By | Contractor Name | Reason | JOB Completion Status | Insp Status |
|---|---|---|---|---|---|---|
| 3 | Initial | Contractor | PaRR | Initial | Complete | FEMA Approved - Auto | FEMA |

**Residence**

| Seq # | Inspection | Residence Type | Est Util Out | Hab. Repair Reqd | Inaccessible | App. Moved | Ownership Verification | Occupancy Verif |
|---|---|---|---|---|---|---|---|---|
| 3 | Initial | House-Single-Duplex | No | Yes | No | Yes | Structural Insurance | Driver's License |

**Insurance**

| Inspection | Insurance Type | Damage Recorded |
|---|---|---|
| | | Inspection | Damage Recorded |
| Initial | Automobile Comprehensive | Initial | Tornado Wind |
| Initial | Automobile Liability | | Hail/Rain/Wind Driven |
| Initial | Homeowners (O) | | |

**Home Unsafe**

| | Inspection | Deferred Maintenance | Home Unsafe |
|---|---|---|---|
| | Inspection | Deferred Maintenance | Inspection |
| | Initial | 2011 |
| | | 2021 |

Done | Split WP | Hold | Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNM1R

Start | Inbox - Microsoft Out... | NEMIS Version 3.12... | NEMIS Human Ser... | NEMIS Human Ser... | InspReal | Disp File | SBA File | Version: 3.12.00.004 | Document2 [Compatibl... | 9/22/2010  9:40 AM

9/22/2010  9:41 AM

FEMA212-014557

NEMIS Human Services

Dossier: 1503 - Louisiana Hurricane

Completed: 0
Queue Size: N/A

Info Control | Correspondence | Comment | Process: Applicant Inquiry | Subqueue

Rgstr ID: 93-9646088- MR CHARLES MARSHALL   SSN: 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   Current: (504) 451-7145 O/R: Own   Dept 1   HA: CLOSED   OTHER: CLOSED   Linked: No
Co-Reg   Co-SSN   Alternate: (504) 451-7145 IDV: IDV Pass   HH 1   SBA Home: DECF a   Fld Zn:   SC:

Overview | App Info | Insp Real Prop | Insp PP/Appl | Insp PP Clothing | Insp PP Room | Insp Misc | Insp PP/PET | Insp Trans | Insp Summ

**Timeline**

| Requested By | Insp. Comments | Issued Date | Assigned Date | Declaration | To Field | Inspection Date | From Field | Completed Date | Inspec |
|---|---|---|---|---|---|---|---|---|---|
| FEMA | NO | 09/21/2005 | 11/12/2005 | US Citizen-Non Citizen Nation | 11/12/2005 | 11/17/2005 | 11/18/2005 | 11/18/2005 | 4243 11 |

Request | Comments

**Residence**

| Occupancy Verification | 9069B Signed | 9069D Signed | Declaration | Res Size | Occ Bedrooms | High Water | Water Height | Clothin |
|---|---|---|---|---|---|---|---|---|
| Driver's License | Yes | Yes | US Citizen-Non Citizen Nation | 1,500 | 1 | | | |

**Insurance**

| Inspection | Insurance Type |
|---|---|
| Initial | Automobile Comprehensive |
| Initial | Automobile Liability |
| Initial | Homeowners (O) |

**Damage Recorded**

| Inspection | Damage Recorded |
|---|---|
| Initial | Tornado Wind |
| | Hail/Rain/Wind Driven |

**Deferred Maintenance**

| Inspection | Deferred Maintenance |
|---|---|
| | |

**Home Unsafe**

| Inspection | Home Unsafe |
|---|---|
| Initial | 2011 |
| | 2021 |

Done | Split WP | Cancel | Hold | Route

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

Connected to: NNM1R
Version 3.12.00.01.004   9/22/2010  9:41 AM

FEMA212-014558

FEMA212-014559

NEMIS Human Services

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue: |

Completed: 0
Queue Size: N/A

Rgstn ID: 93-46-46088 MR CHARLES MARSHALL   SSN: 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   Current: (504) 451-7145 C/R: Own   Dep: 1   HA: CLOSED   OTHER: CLOSED   Linked: No
Co-Reg:                                       Co-SSN: -   Alternate: (504) 451-7145 IDV: IDV Pass   HH: 1   SBA: Home: DECFa   Fld Zn:   SC:

Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing |
Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ |

### Timeline

| Rcvd Date | To Field | Reported Date | From Field | Completed Date | Inspector Id | Inspector Name | Request | Comments | Priority | Priority Reason |
|-----------|----------|---------------|-----------|----------------|--------------|----------------|---------|----------|----------|-----------------|
| 2005 | 11/12/2005 | 11/17/2005 | 11/18/2005 | 11/18/2005 | 42143404 INSP 19986 | | | | No | |

### Residence

| Clothing Damage Type | Damage Type | Foundation Type | Dwelling Type | Language | Dental | Funeral | Medical | Misc | Mov Stor | Mortgage |
|----------------------|-------------|-----------------|---------------|----------|--------|---------|---------|------|----------|----------|
| | | Slab | 1 Story | Spanish | No | No | No | No | No | |

### Insurance

| Insurance Type | | Damage Recorded | | Deferred Maintenance | | Home Unsafe | |
|----------------|---|-----------------|---|----------------------|---|-------------|---|
| | Inspection | Damage Recorded | Inspection | Deferred Maintenance | Inspection | Home Unsafe | |
| Initial | Automobile Comprehensive | Initial | Tornado Wind | Initial | | Initial | 2011 |
| Initial | Automobile Liability | Initial | Hail/Rain/Wind Driven | | | | 2021 |
| Initial | Homeowners (0) | | | | | | |

Done | Split-WP | Cancel | Hold | Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNMIR

Version 3.12.0.00.004 |

9/22/2010  9:42 AM
9/22/2010  9:43 AM

FEMA212-014560

NEMIS Human Services

Disaster: 1603 - Louisiana Hurricane    Process: Applicant Inquiry    Subqueue:

Completed: 0
Queue Size: N/A

Rgsn ID: 93 9646088 MR CHARLES MARSHALL    SSN: 437 58 3743    Current: (504) 451 7145 O/R: Own    Dep: 1    HA CLOSED : OTHER CLOSED  Linked: No
Co-Reg    Co-SSN    Alternate: (504) 451 7145 IDV: IDV Pass    HH 1    SBA Home: DECFa    Fld Zn:    SC:

Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing
Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp PP Trans | Insp Summ

Request | Comments

**Timeline**

| Sent Date | To Field | Inspection Date | From Field | Completed Date | InspectorID | Inspector Name | Priority | Priority Reason |
|---|---|---|---|---|---|---|---|---|
| 2005 | 11/12/2005 | 11/17/2005 | 11/18/2005 | 11/18/2005 | J2143184 | INSP 19906 | No | |

**Residence**

| cal | Mev Stor | Misc |
|---|---|---|
| | No | No |

Mortgage Company    Mortgage Co Area Code | Mortgage Co Phone    Mortgage Loan Nbr

**Insurance**

| Inspection | Insurance Type |
|---|---|
| Initial | Automobile Comprehensive |
| Initial | Automobile Liability |
| Initial | Homeowner's (O) |

**Damage Recorded**

| Inspection | Damage Recorded |
|---|---|
| Initial | Tornado/Wind |
| | Hail/Rain/Wind Driven |

**Deferred Maintenance**

| Inspection | Deferred Maintenance |
|---|---|

**Home Unsafe**

| Inspection | Home Unsafe |
|---|---|
| Initial | 2011 |
| | 2021 |

Done    Split WP    Cancel    Hold    Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Version 3.12.00.00.004 | Document (Compati... | NEHIS Human Ser...    Version 3.12    00.00.004 | Document2 (Compati...    9/22/2010  9:44 AM

Connected to: ANM1R    Inbox - Microsoft Ou... | NEHIS Version 3.12...    9/22/2010  9:43 AM

FEMA212-014561

NEMIS Human Services

Disaster: 1603 : Louisiana Hurricane     Process: Applicant Inquiry     Subqueue:     Completed: 0   Queue Size: N/A

Rgsn ID: 93-9646088 MR CHARLES MARSHALL     SSN 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     Current: (504) 451-7145 O/R: Own     Dep 1: HA-CLOSED   OTHER-CLOSED   Linked: No
Co-Reg:     Co-SSN:     Alternate: (504) 451-7145 IDV: IDV-Pass     HH: 1   SBA-Home: DECFa     Fld Zn:     SC:

Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PR Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ
Info Control | Correspondence+ | Comment | Special | Insurance | HA | Other Asst | Housing

**Registrations Linked as Duplicates**

| Registration ID | Name | Duplicate Type | Registration Duplicate Status | App Info |
|---|---|---|---|---|

Duplicate Type     App Info   Add   Edit

Description

*Workpacket Duplicate Status*
Status Not Set

*Workpacket Link Status*
Status Not Set

**Linked Registrations**

| Link Type | Link Status | App Info |
|---|---|---|

**Previous Disaster Summary**

| Prev/Rgstr'd | Prev Dist No | Declaration Date | Program | Category | Recoup | Elig Cd | Disb Amt | Flood Ins Award | App Info |
|---|---|---|---|---|---|---|---|---|---|

Done     Split WP     Cancel     Hold     Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Version 9.12.0.100.004 | Document | Compass | NEMIS Human Ser...

Committed to: NNMR

Start ... | 9/22/2010  9:57 AM

FEMA 



**Mail Room Report**

**MR 01 - Comments Report**

*For Official Use Only*

Data As Of: 9/22/10

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014562

1603
939646088
MARSHALL, CHARLES

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/21/05 | NGOC HAN MARLOW | WINRUNNER PROCESSED / INITIAL INSPECTION REQUEST | Perform complete inspection. |
| 9/21/05 | NGOC HAN MARLOW | Inspection Request | Reason: Initial No Priority |
| 10/20/05 | Paul Piedrata | 95 TT REQUEST | TT REQUEST ENTERED. |
| 11/15/05 | | Inspector Comment | *19986 |
| 11/15/05 | Marisel Zapata asencio | Inspector Comment sed | *19986<br>FAXED 9069 AND SIGNATURE-OCC=DL LA 001384057<br>29. PP: Verbal Unable to Verify=INCOMPLETE INSPECTION EXTERIOR ONLY-MAJOR=600 SF ROOFING |
| 1/26/06 | Marisel Zapata asencio | 94 HA = INSI | WP FORCED INTO QUEUE AFTER INSPECTION WAS COMPLETED<br>WORKSHEET COMPLETED. HA STATUS CODE = INSI. PER REVIEW APP RECEIVED INSPECTION BUT HAS NOT SUBMITTED INSURANCE SETTLEMENT OR DENIAL. |
| 2/10/06 | Neshawn Harris | ESA SIGNED | ROUTE TO FEMA INELIGIBLE<br>PPI RESULTED IN A P-4 TTP DECISION<br>ESA SIGNED ON 12/3/05<br>NH |



FEMA

**Mail Room Report**
**MR 01 - Comments Report**
*For Official Use Only*
Data As Of: 9/22/10

FEMA212-014563

**1603**
**939646088**
**MARSHALL, CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 3/9/06 | Kenya Perry-bush | 92-HOME REPAIR-APPEAL=INELIGIBLE | Applicant has sent insurance docs#25118424 related to a request for assistance. Previous decision code = INSI Owner DD Type =SFH COD = T/W, H/R/WDR Home Unsafe = YES Relocate = YES Insurance type = HOI Verifications = OK Dups = No Worksheet completed, status code INO. Insurance settlement is greater than FVL. |
| 4/18/06 | Deborah Pelletier | 93 WINRUNNER PROCESSED | |
| 6/19/06 | Zachary Craig | ingress/egress | Document received and placed in applicant's file. |
| 8/16/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 9/12/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 10/12/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 2/7/07 | Sheryl Bradley | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |

FEMA212-014564



# FEMA

**Mail Room Report**
**MR 01 - Comments Report**
*For Official Use Only*
Data As Of: 9/22/10

ECM
National Processing Service Center

1603
939646088
MARSHALL,CHARLES

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 3/10/07 | Melinda Layne | 91-mh/tt=FEMA COMPLETE | RCVD DOC# 2858/1404 WHICH CONTAINS TT LEASE...ERFD ALREADY EXISTS...NO OTHER APPRENT FEMA MANUAL ISSUES TO ADDRESS |
| | | | RTD TO COMPLETE |
| 5/12/07 | Sheryl Bradley | 93 WINRUNNER MH/TT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |
| 6/5/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 6/5/07 | Sheryl Bradley | LA TRO NOI Received 5/19/2007 INTEREST = YES | |
| 6/22/07 | BROOK MC KEE | BRAFO ELIGIBILITY FOR SALES PROGRAM=YES | |
| 9/5/07 | MARK FUCHS | WINRUNNER NFSL LETTER SENT | |
| 9/5/07 | MARK FUCHS | BRAFO SALES PROGRAM / UNIT NOT FOR SALE | |
| 11/2/07 | Charlotte Jackson | Harahan TL review | Recert approved based on RA comments and case review all recert documents signed. RA will contact App with regards to progress re: App has not shown much more progress from last recert. |
| 1/2/08 | Mary Romero | VOLAG REVIEW | RECD SIGNED ROI; VOLAG REVIEW FOR CATHOLIC CHARITIES - EBRP |



**FEMA**



**Mail Room Report**
**MR 01 - Comments Report**
*For Official Use Only*
Data As Of: 9/22/10

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 3/18/08 | Sheryl Bradley | WMRUNNER GENERATED COMMENT PER USER REQUEST | |
| 3/18/08 | Sheryl Bradley | APP EXTENDED WITH CLC FOR RENT THRU APRIL 30, 2008 | |
| 7/16/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CALLED APPLICANT TO SCHEDULE AN APPOINTMENT FOR HABITABILITY/RECERT. ALSO TO PROVIDE RENTAL RESOURCES. NO CONTACT MADE RA LEFT MESSAGE AND CONTACT NUMBER. |
| 7/28/08 | Mariaelena Dominguez | HARAHAN LARC-7 WEATHER RADIO - NO CONTACT | NO CONTACT |
| 8/1/08 | Mariaelena Dominguez | HARAHAN LARC-7 WEATHER RADIO NO CONTACT | 7/31/08 PHONED APPLICANT AND SITE VISIT - NO CONTACT |
| 8/4/08 | Mariaelena Dominguez | HARAHAN LARC-7 WEATHER RADIO - NO CONTACT | 8/01/08 VISITED SITE AND PHONED APPLICANT - NO CONTACT |

FEMA212-014565

FEMA212-014566



## FEMA

National Processing Services Center
**ECIM**
Enterprise Coordination & Information Management

**Mail Room Report**
**MR 01 - Comments Report**
*For Official Use Only*
Data As Of: 9/22/10

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/18/08 | Serella Rowland | Harahan LARC7 Recert | ATTN: NOLA TRO–PLEASE UPDATE RAA FOR DHAP<br><br>DHAP INFO:<br><br>APPLICANT¿S NAME & REGISTRATION NUMBER:<br>MARSHALL, CHARLES<br>REGISTRATION #939646088<br><br>RENTAL UNIT FULL ADDRESS: 520 WALL BLVD.<br>GRETNA, LA. 70056 APT #085<br><br>RENT AMOUNT: $770.00<br><br>NUMBER OF BEDROOMS:ONE<br><br>LEASE START DATE: September 16,2008<br><br>LEASE END DATE: February 28,2009<br><br>LANDLORD NAME: Baywood Apartments<br><br>LANDLORD PHONE NUMBER: 504-394-9997 |
| 9/19/08 | Laycee Kent | LARC HARAHAN DHAP PACKET RECEIVED | TI HAS RECEIVED AND REVIEWED APPLICANT DHAP FILE FOR SUBMISSION. FILE WILL BE RETURNED TO ADVISOR BECAUSE THERE IS NO FAMILY OBLIGATIONS FORM INCLUDED IN THE FOLDER. FOLDER WILL NOT BE SUBMITTED AND AR WILL BE RETURNED UNTIL DHAP FOLDER IS COMPLETED. |





**FEMA**

**Mail Room Report**
**MR 01 - Comments Report**
*For Official Use Only*
Data As Of: 9/22/10

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/24/08 | Laycee Kent | LARC HARAHAN DHAP PACKET RECEIVED | TL HAS RECIEVED AND REVIEWED DHAP PACKET FOR PROCESSING. ALL DOCUMENTS HAVE BEEN COPIED AND FAXED TO NPSC FOR SCANNING. DHAP PACKET HAS BEEN SUBMITTED TO DHAP REPRESENTATIVE FOR PROCESSING. |
| 10/9/08 | Latasha Lemon | BR AFO IA WEATHER RADIO | REC¿VD APP¿S WEATHER RADIO SIGNATURE SHEET. SIGNED 15 AUG 2008 FWD TO RECORDS MGMNT COPY TO NPSC |
| 10/21/08 | Patricia Roberts | DEACT ¿ BR AFO/ DHOPS ¿ IM | ACTION REQUEST # 133895 RECEIVED FOR DEACTIVATION OF UNIT. DEACTIVATION WORK ORDER # 1603-029-219411-DCT PREPARED AND SENT TO THE MDC. |
| 10/28/08 | Patricia Roberts | MOI RECEIVED/BR AFO/IM | MOI (90-13) RECEIVED FOR BC #277114 SIGNED ON 10/07/2008 - FWD TO REC. MGMT. |
| 11/10/08 | Ranadra Buford | Harahan Iarc7 | WO# 1603029-21941 completed on 10/29 for deactivation. File forwarded to DHOPS Info Management for merging with master file. App has relocated to a rental resource. |
| 12/1/08 | Deanna Charett | BR/AFO/DHOPS PAPERWORK RECEIVED | MOVE OUT INSPECTION (90-13) RECEIVED FOR B/C 1277114, VIN 1S4BT30256301439. SIGNED ON 7OCT08 |
| 12/1/08 | Deanna Charett | FILE MERGE | RECEIVED FILE FROM RECERT FOR B/C 1277114. VIN 1S4BT30256301439. MERGE WITH MASTER FILE. FORWARD TO RECORDS MANAGEMENT. |

FEMA212-014567

FEMA212-014568



FEMA

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

National Processing Service Center
ECIM

**Mail Room Reports**

MR 02 - Contacts

*For Official Use Only*

Data As Of: 9/22/10

1603
939646088
MARSHALL,CHARLES

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 9/27/05 | Richard Sousa | 93 App Called | Identy Verified. App called for update status of claim. Informed app the claim was being processsed in normal manner. No information was available to determine when claim would be processed further. |
| 10/19/05 | Justin Graham | 95 T/T | APP CALLED TO REQUEST T/T. |
| 10/26/05 | Yolanda Moore | 95 STATUS | APPL CALLED TO CK STATUS. |
| 11/1/05 | Davey Mitchell | 95 INQUIRY | APP INQUIRED ABOUT THE TRAVEL TRAILER HE HAD APPLIED FOR. HE WAS INFORMED HE WOULD BE CONTACTED WHEN IT BECAME AVAILABLE, APPS TELEPHONE #S WERE VERIFIED. |
| 12/2/05 | Linda Johnson | TT IS NOT HOOKED UP | TT IS NOT HOOKED UP CONTRACTOR BOUTH TT OUT DIDNOT HOOK TT UP. |
| 1/4/06 | Shirley Clayton | DRC34 STATUS CK | ADVISED APP TO CALL THE FLUOR MAINTENANCE LINE. |
| 1/25/06 | Christopher Narducci | DRC34 - HO INS STLMNT | VER ALL APP INFO...APP WAS ADV TO SUBMIT INS CLAIM SUMMARY...SMC |
| | | | SUBMITTED INS STLMNT FOR REVIEW. |
| 2/2/06 | Pamela c Wright | 92 SETTLEMENT LETTER | APP CALLED TO ASK ABOUT THE LETTER THAT HE RECIEVED THE LETTER SAID INS INEL. TOLD APP THAT SHOW THAT HE IS AN INSURED APP, APP SAID HE SENT IN A COPY OF THE SETTLEMENT LETTER |
| 2/10/06 | Adam Ware | 95 NOT REFERRED TO NT | Applicant requested travel from New Orleans LA, to Atlanta GA but does not want to change his mailing address permanently. He advised he would be returning to LA if he does not get a job in Atlanta, I advised him to call back when he has a more permanent plan in the future. |
| 3/13/06 | Percy L Jones | 92 STATUS CHECK OF | 92 APP VERIFIED ALL ESSENTIAL INFO—ADVISED APP to SUBMIT APPEAL REQUEST TO FEMA – APP STATES HE HAD TO SPLIT HIS SETTLEMENT FOR HOME WITH HIS EXWIFE. DIVORVED WAS RECENTLY FINALIZED — TOLD APP OF INITIAL DECISION AND THAT HE IS WELCOME TO SUBMIT APPEAL REQUEST. |
| 3/15/06 | Christine Perchell | 92- APP STATUS | APP CALLED BECAUSE HE CALLED THE INFO LINE AND THE RECORDING STATES THAT HE WAS AWARDED A PAYMENT OF $2500.0 REP ADVISED THAT AS OF TODAY, THERE IS NO SUCH AMOUNT AWARDED. |



FEMA212-014569

# FEMA

**Mail Room Reports**

MR 02 - Contacts

*For Official Use Only*

Data As Of: 9/22/10

1603

939646088

**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 7/26/06 | Ashley Davis | BR JFO/AS | APP CALLED REQUESTING MAINTENANCE # .....GAVE APP 1-866-641-7650...... |
| 1/12/07 | Samantha Plum | LARC 7 = first recert | LARC 7 = first visit. PHP is to move back into the DD. App has put a roof on his house and now is looking for contractors to start repairing the inside of his home. App is waiting on the LRA to make a decision on his grant. OA couriered to BR and ROI faxed to NPSC. Recommend to approve for 90 days. Unit in good condition. |
| 10/30/07 | Danielle Hawkins | LARC7 HARAHAN-2ND ROUND RECERT COMPLETE | 10/25/07-RA completed 2nd round recert. App stated that all contact information is the same. App's PHP is to repair DD.  App stated that his annual income is $15,600.00. App stated that he initially received $226,000.00 from HOI settlement, however, after a divorce, he received $122,000.00. App stated that he has not received asst. from SBA, ONA or RH.  Repairs completed on home include:  roof and exterior facials.  Repairs left to complete include:  floors, sheet rock and electricity and plumbing.  RA recommends 90 day extension. |
| 2/28/08 | Patricia Pavel | TRO CALLOUT MADE | TRO CALLOUT MADE.  NO ANSWER AT 504-392-7631, 504-451-7145 APP STATED HE MAY BE INTERESTED IN RENTAL RESOURCES. HE HAD TO GIVE HALF OF THE MONEY HE RECEIVED TO EX WIFE WHEN THEY DIVORCED. APP IS WAITING ON ROAD HOME MONEY TO FINISH DD REPAIRS. |
| 3/1/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONTACTED APPLICANT. APPLICANT STATES HE WOULD TAKE THE RENTAL RESOURCES BECAUSE HE'S WAITING ON ROAD HOME FUND TO COMPLETE THE WORK ON HIS HOUSE. APPLICANT STATES HE NEEDS SHEETROCK, FLOOR PAINTING, ELECTRICAL AND KITCHEN HAS NO CABINETS AND KITCHEN SINK.RA SET UP AND APPOINTMENT FOR HABITABILITY. ALSO RA PROVIDE APPLICANT WITH FEMA AND NON-FEMA RENTAL RESOURCES. CEDAR POINT LOCATED AT 2110 CYPRESS ACRES DR, 504-366-7181, OAKMOUNT OF ALGIERS LOCATED AT 2200 WESTBEND PKY 504-368-9854 AND LOUISBURG APTS, 504-362-0347. |

FEMA212-014570



National Processing Service Center
ECIM
Emergency Coordination & Information Management

**Mail Room Reports**

**MR 02 - Contacts**

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**939646088**
**MARSHALL, CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 3/17/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONDUCTED A FIELD VISIT ON 3/15/08, TO DO A HABITABILITY ON APPLICANT HOUSE. APPLICANT HOUSE HAS MOLD AND MILDREW. THE CARPET, WALL AND SOME AREA IN THE CEILING. APPLICANT HOUSE ISN'T SANITARY NOR SAFE. HABITABILITY REQUIRE REPAIRS. THERE'S UTILITIES, EXTERIOR DOORS, WINDOWS, PLUMBING. APPLICANT HOUSE NEED HEATING/ AIR WORK, FLOORING, WALLS/CEILINGS AND KITCHEN. APPLICANT STATES HE'S WAITING ON ROAD HOME TO COMPLETE REPAIRS. APPLICANT CAN'T GIVE ME A TIME FRAME FOR COMPLETE. APPLICANT RECEIVED FUND FROM INSURANCE APPLICANT ONLY REPAIRED THE ROOF APPLICANT COULD HAVE COMPLETED MORE. APPLICANT STATING THAT HALF THE MONEY HAD TO GO TO WIFE AFTER THE DIVORCE. APPLICANT STATES HE HAD $100,000.00 LEFT. RA ADVISED APPLICANT THAT HIS PROGRESS WILL BE MONITORED, AND HE NEEDS TO GET HIS KITCHEN, ONE BATH, ONE BEDROOM AND HEATING/AIR UP AND FUNCTIONING. |
| 6/2/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CALLED APPLICANT TO CHECK ON STATUES OF REPAIRS. APPLICANT STATES HE HAS TALK TO A CONTRACTOR WHO'S FIXING TO WRITE UP A CONTRACT WITH COST AND TIME OF COMPLETION. APPLICANT STATING THAT HE WILL CALL ME BACK WITH CONTRACTOR'S NAME AND PHONE. APPLICANT STATES HE HAS JUST STARTED CLEARING THING OUT OF THE HOUSE AND MOVING ITEMS TO MAKE ROOM FOR THE CONTRACTORS TO WORK. RA TOLD APPLICANT DEPEND ON HOW LONG IT WILL TAKE TO COMPLETE REPAIRS HE MAY NEED RENTAL RESOURCES. APPLICANT STATING HE DON'T WANT TO DO THAT. |
| 7/18/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONTACTED APPLICANT TO CHECK STATUES OF REPAIRS ACCORDING TO HABITABILITY CONDUCTED IN MARCH APPLICANT NEEDED CEILING, SHEETROCK, WALLS, FLOORING, ALL CARPET REMOVAL WHICH HAD MOLD @ MILDREW, NO KITCHEN COUNTER TOP AND SINK. APPLICANT STATING THAT HE STILL HAVE NOT COMPLETED NOTHING BUT HE DO HAVE A CONTRACTOR AND A WRITTEN ESTIMATE AND IS WAITING FOR CONTRACTOR TO START APPLICANT PROVIDE RA WITH CONTRACTOR NAME AND NUMBER. PETE PH. 504-654-7523. |

FEMA

FEMA212-014571





National Processing Service Center
For Official Use Only

**Mail Room Reports**
**MR 02 - Contacts**
For Official Use Only
Data As Of: 9/22/10

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 8/6/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONDUCT A FIELD VISIT TO CHECK STATUES OF WORK ON HOUSE. EVERITHING IS STILL THE SAME APPLICANT STATES HE HAS A WRITTEN PROPOSAL FROM THE CONTRACTOR WHO COMPLETED THE ROOF ON HOUSE, CONTRACTOR: PETE 504-654-7523. APPLICANT STATING THAT IT WILL ONLY TAKE 1-2 MONTHS FOR ALL REPAIRS TO BE COMPLETED BUT, IT'S THE WAIT FOR THE CONTRACTOR DONT KNOW RIGHT NOW WHEN HE IS GOING TO START THE WORK. APPLICANT STATES HE HAS PAID THE CONTRACTOR FOR SOME OF THE WORK TO BE DID. RA EXPLAINED TO APPLICANT THAT HE DONT KNOW WHEN THE CONTRACTOR IS GOING TO START THE WORK BECAUSE THE CONTRACTOR IS OUT OF TOWN. AND IT WILL ONLY TAKE ABOUT 1-2 MONTHS AFTER THE WORK IS STARTED. |
| 8/15/08 | Mindy Tran | HARAHAN LARC - WEATHER RADIO | WEATHER RADIO DELIVERED AND INSTALLED. VIN, BAR CODE AND APP INFOR VERIFIED. RADIO SIGNED FOR BY APP. CHARLES MARSHALL. |
| 12/1/08 | Selena Sullivan | BR/AFO/SPECIAL PROJECT/COTR OCTOBER DEACTIVATION S | DEACTIVATION SURVEY COMPLETED 1277114 |
| 7/31/09 | MARGARET BROWNE | 91 REGISTRATION INFORMATION | App called to obtain registration number. Registration located by using SS #. App verified information to confirm. Provided reg. number.

Info Verified |

 

**Individuals & Households**

Inspection Damage Report

*For Official Use Only*

Data As Of: 9/22/10

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

1603
LA

| Inspections | 1 |
|---|---|
| Applicant | ARSHALL, CHARLE |
| SSN | 437583743 |
| RGSN ID | 939646088 |
| Damaged Street | 3500 DICKENS DR |
| Damaged City | NEW ORLEANS |
| Damaged State | LA |
| Damaged Zip | 70131 |
| Mailing Street | 3500 DICKENS DR |
| Mailing City | NEW ORLEANS |
| Mailing State | LA |
| Mailing Zip | 70131 |

 **FEMA**



**Individuals & Households**

Inspection Damage Report

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Number of Inspections | 1 |
|---|---|
| Issue Date | 9/21/05 |
| Return Date | 11/18/05 |
| Inspection Date | 11/17/05 |
| Inspector Number | 19986 |

 **FEMA**



**Individuals & Households**

**Inspection Damage Report**

*For Official Use Only*

Data As Of: 9/22/10

1603
LA

| Inspections | 1 |
|---|---|
| Rsdnc Type Code | H |
| Occupy Proof Type Code | DL |
| Owner Proof Type Code | IN |
| Owner - Renter | O |
| Number Bedrooms Occupied | 1 |
| Clothing Number | 0 |
| Essential Utilities Out | N |
| Residence Size | 1500 |
| Damage Degree Code | |
| 9069B Signature Obtained | Y |
| 9069D Signature Obtained | Y |
| Water Level Feet NVL | 0 |
| Water Level Inches NVL | 0 |

 **FEMA**



**Individuals & Households**

**Inspection Damage Report**

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Number of Inspections | 1 |
|---|---|
| Medical | N |
| Funeral | N |
| Dental | N |
| Moving/Storage | N |
| Medical PP | |

FEMA212-014575

 **FEMA**



**Individuals & Households**

**Inspection Damage Report**

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Inspection Number | Insurance Type Code |
|---|---|
| 1 | AUTC |
| 1 | AUTL |
| 1 | F |

 **FEMA**



**Individuals & Households**

**Inspection Damage Report**

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Inspection Number | Room Description | Location | Furniture Damage Code | Cause of Damage |
|---|---|---|---|---|
| 1 | Exterior | FF | NA | WI |
| 1 | No Furnishing Damage | FF | NA | WR |

 

**Individuals & Households**

Inspection Damage Report

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Inspection Number | Real Property Description | Cause of Damage | Quantity |
|---|---|---|---|
| 1 | FEMA Housing Unit - ON Site | WI | 1235 |
| 1 | Major Damage | WI | 1235 |
| 1 | Tarp Referral | WI | 1235 |

 

**Individuals & Households**

Inspection Damage Report

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Inspection Number | Appliance Description | Degree of Damage | Cause of Damage | Quantity |
|---|---|---|---|---|
| | | | | 0 |

FEMA212-014579

 **FEMA**



**Individuals & Households**

**Inspection Damage Report**

*For Official Use Only*

Data As Of: 9/22/10

**1603**
**LA**

| Inspection Number | Essential Tool Description | Cause of Damage | Quantity |
|---|---|---|---|
| | | | 0 |

FEMA212-014580

 

**Individuals & Households**

Inspection Damage Report

*For Official Use Only*

Data As Of: 9/22/10

1603
LA

| Inspection Number | Misc Description | Quantity |
|---|---|---|
| | | 0 |

 **FEMA**                         **Description of Fields**

**RSDNC Type Codes**

A = Apt/Condo/TwnHse/Multi-Family
H = House – Single/Duplex
M = Mobile Home
T = Travel Trailer
O = Other

**Occupancy Proof Codes**

NV = Not Verified
DL = Driver's License
EM = Employer's Statement
LL = Landlord
MS = Merchant's Statement
UT = Utility Bill
VR = Voter Registration

**Owner Proof Codes**

NV = Not Verified
AF = Affidavits
MT = Mortgage Payment Book
OF = Official's Record
IN = Structural Insurance
TX = Tax Bill
TL = Title Number

**Insurance Types**

A = No Real or Personal Property Insurance
AUTC = Comprehensive – Auto
AUTL = Liability – Auto
B = Mobile Home Owner/Renter
C = Home Owners Insurance w/SBU
DTL = Dental
F = Home Owners Insurance
FIO = Fire Only
FNRL = Funeral
G = Owner/Renter Contents Only
H = Condo/Townhouse Master
I = Condo/Townhouse Unit with Personal Property
J = Homeowners with Earthquake
N = Flood Insurance
MED = Medical

**Cause Of Damage**

EQ = Earthquake
FL = Flood
SB = Sewer Backup
OT = Other
FI = Fire
WI = Wind
WR = Wind/Wind Driven Rain
HL = Hail
DM = Deferred Maintenance

**Rooms**

**Rooms Location**

BA = Basement
CS = Crawlspace
FF = First Floor
SF = Second Floor
FF = Third Floor
OB = Other Building

**Furniture Damage Code**

X = 25-50 % of Repair
Y = 50-75 % of Repair
Z = Replace
NA = Not Affected
LL = Landlord Owned

**Applicances**

**Degree of Damage**

X = Repair
Z = Replace
NA = Not Affected
LL = Landlord Owned

No data will be present if the data does not exist within a specific Inspection.

FEMA212-014584



**Mail Room Report**
MR 07 - Data Change
*For Official Use Only*
Data As Of: 9/22/10

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



1603
939646088
MARSHALL, CHARLES

| User | Chg Type | Before Val | After Val | Event Date |
|------|----------|-----------|-----------|------------|
| Kenya Perry-bush | ELGY | | 9 HA MR APPL INO 03/09/2006 16:28:22 0 03/09/2006 16:28:18 4 M   F I | 3/9/06 |
| Kenya Perry-bush | WRKSHT | | 9 HA MR APPL INO 03/09/2006 16:28:22 0 03/09/2006 16:28:18 4 M   F I | 3/9/06 |
| Adam Ware | CAPH | Cur Alt Ph: (404) 441-0533 Note: CHARLES | Cur Alt Ph: (504) 451-7145 Note: CHARLES | 2/10/06 |
| Adam Ware | CAPH | Cur Alt Ph: (504) 451-7145 Note: charles | Cur Alt Ph: (404) 441-0533 Note: CHARLES | 2/10/06 |
| Adam Ware | MADR | Mailing Addr: 300 PEACHTREE ST NE ATLANTA, GA 30308 3523 | Mailing Addr: 3500 DICKENS DR NEW ORLEANS, LA 70131 5530 | 2/10/06 |
| Adam Ware | MADR | Mailing Addr: 3500 DICKENS DR NEW ORLEANS, LA 70131 5530 | Mailing Addr: 300 PEACHTREE ST NE ATLANTA, GA 30308 3523 | 2/10/06 |
| Pamela c Wright | CPHN | Cur Ph: (504) 392-7631 Note: HOME | Cur Ph: (504) 451-7145 Note: HOME | 2/2/06 |
| Marisel Zapata asencio | ELGY | 3 HA HA INIT IPND 9/21/2005 00:28:32 0              2 M  F P | 3 HA HA INIT INSI 9/21/2005 00:28:32 0 1/26/2006 05:10/29 2 M   F I | 1/26/06 |
| Marisel Zapata asencio | WRKSHT | 3 HA HA INIT IPND 9/21/2005 00:28:32 0              2 M  F P | 3 HA HA INIT INSI 9/21/2005 00:28:32 0 1/26/2006 05:10/29 2 M   F I | 1/26/06 |
| Christopher Narducci | CPHN | Cur Ph: (901) 368-2327 Note: charles marshall | Cur Ph: (504) 392-7631 Note: HOME | 1/25/06 |
| Christopher Narducci | MADR | Mailing Addr: 6816 MARTHAS POINTE MEMPHIS, TN 38141 0234 | Mailing Addr: 3500 DICKENS DR NEW ORLEANS, LA 70131 5530 | 1/25/06 |

FEMA



**FEMA**

FEMA212-014585

National Processing Service Center
**ECIM**
Enterprise Coordination & Information Management

**Mail Room Report**
**MR 07 - Data Change**
*For Official Use Only*
Data As Of: 9/22/10

1603
939646088
MARSHALL, CHARLES

| User | Chg Type | Before Val | After Val | Event Date |
|---|---|---|---|---|
| mrichar6 | CWCD | CW Recommendation: | CW Recommendation: P4 | 11/12/05 |
| mrichar6 | CWCD | CW Recommendation: P0-1 | CW Recommendation: | 11/12/05 |
| mrichar6 | PCDE | P-Code: | P-Code: P4 | 11/12/05 |
| mrichar6 | PCDE | P-Code: P0-1 | P-Code: | 11/12/05 |
| csander7 | CWCD | CW Recommendation: | CW Recommendation: P0-1 | 11/11/05 |
| csander7 | PCDE | P-Code: | P-Code: P0-1 | 11/11/05 |
| NGOC HAN MARLOW | ELGY | | 3 HA INIT IPND 9/21/2005<br>00:28:32 0         2 M   F P | 9/21/05 |
| NGOC HAN MARLOW | WRKSHT | | 3 HA HA INIT IPND 9/21/2005<br>00:28:32 0         2 M   F P | 9/21/05 |
| Row For Totals | | | | |