UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
*Jayco Summary Jury Trial*,
*Member case No. 09-6425*

## ORDER

**IT IS ORDERED** that the Jayco summary jury trial, which was previously set to occur on August 1-2, 2011, is **RESET** for January 23-24, 2012, at 8:30 a.m., with Magistrate Judge Shushan presiding. Another pre-trial conference will not be held, as all pre-trial matters (except for issues relating to demonstrative exhibits) were handled by the undersigned.

New Orleans, Louisiana, this 2nd day of August, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

cc: Magistrate Judge Shushan