## Kelly Morton

| | |
|---|---|
| **From:** | Kelly Morton |
| **Sent:** | Wednesday, April 13, 2011 5:20 PM |
| **To:** | Gerald E. Meunier; 'Justin Woods'; 'ANDREW WEINSTOCK'; 'storres@torres-law.com'; 'dcjarrell@torres-law.com' |
| **Cc:** | 'CARMEN MOTES'; Kim Marshall; Jill Marie Kenyon; dkurtz@bakerdonelson.com; 'Miller, Henry (CIV)'; 'cleche@dkslaw.com' |
| **Subject:** | In Re FEMA~Plaintiff Fact Sheets~Torres |
| **Attachments:** | Torres TL 4-13-11.pdf |

Counsel,

Please see attached correspondence.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).



# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 13, 2011

*Via E-mail:*
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Sidney D. Torres, III
storres@torres-law.com
David C. Jarrell
dcjarrell@torres-law.com
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive.
Suite 303
Chalmette, Louisiana 70443

Re:  In Re: FEMA Trailer Formaldehyde Products Liability Litigation
     USDC-EDLA, MDL No. 07-1873
     Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.

April 13, 2011
Page 2

*Jose Alvarez, et al. v. TL Industries, Inc., et al., Docket No. 09-3720*

 1. Jose Alvarez

*Jose Alvarez, et al. v. TL Industries, Inc., et al., Docket No. 10-3780*

 1. Jose Alvarez

*Linda Ellen Authement v. TL Industries, Inc., et al., Docket No. 10-3971*

 1. Linda Ellen Authement

*Linda Ellen Authement, et al. v. TL Industries, Inc., et al., Docket No. 10-3692*

 1. Linda Ellen Authement
 2. Cody Cutrer
 3. James LaCour
 4. Jay Authement
 5. James LaCour III, obo B.L, a minor

*Jay Authement, et al. v.TL Indutreis, Inc., et al., Docket No. 10-3583*

 1. Jay Authement
 2. James LaCour III, obo B.L, a minor

*Jaylin Authement, et al. v. TL Industries, Inc., et al., Docket No. 10-3582*

 1. Jaylin Authement

*Lanny David LaFrance v. TL Industries, Inc., et al., Docket No. 10-3558*

 1. Lanny D. Lafrance

*Ezilda Meyers, et al. v. TL Industries, Inc., et al., Docket No. 10-3559*

 1. Ezilda Meyers
 2. Wilson Joseph Naquin

As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the

April 13, 2011
Page 3

title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

Sincerely,

Kelly M. Morton

KMM/klm

cc: David Kurtz – dkurtz@bakerdonelson.com
Charles Leche – cleche@dkslaw.com
Henry Miller – henry.miller@usdoj.gov