# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER  * | | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS  * | | |
| LIABILITY LITIGATION  * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| **This Document Relates To:**  * | | |
| *Annette Campo, et al v. Recreation by*  * | | MAGISTRATE:  CHASEZ |
| *Design, LLC, et al,* 10-3798 *and*  * | | |
| *Kenneth Blanchard, et al v.*  * | | |
| *Recreation by Design, LLC, et al,*  * | | |
| 10-3800  * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs, Lorraine Surtain and Roy Campo, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED**.

_____
JUDGE KIRK ENGELHARDT

1