**Kelly Morton**

| | |
|---|---|
| **From:** | David Jarrell [dcj@torres-law.com] |
| **Sent:** | Monday, May 09, 2011 2:47 PM |
| **To:** | Kelly Morton |
| **Subject:** | Re: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres |

Pursuant to the Court's PTO, we cannot oppose a dismissal on claims where the plaintiff did not timely submit a PFS (see prior e-mail for list).

Thanks

David

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Kelly Morton <KMorton@GarrisonYount.com>
**Date:** Mon, 9 May 2011 12:42:21 -0700
**To:** David Jarrell <dcj@torres-law.com>
**Subject:** RE: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres

David,

Next week is fine.

Please respond regarding whether you oppose dismissal of the claims for those plaintiffs you indicate did not submit a PFS.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com

1



## LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Monday, May 09, 2011 2:38 PM
**To:** Kelly Morton
**Subject:** Re: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres



--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Kelly Morton <KMorton@GarrisonYount.com>
**Date:** Tue, 19 Apr 2011 15:05:06 -0700
**To:** David Jarrell <dcj@torres-law.com>
**Subject:** RE: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres

Regarding the list of plaintiffs below who you indicate did not submit PFS, do you oppose dismissal of their claims?

Also, please email the PFS for the plaintiffs that previously submitted PFS.

Thanks,


**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com


### LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Thursday, April 14, 2011 3:50 PM
**To:** Kelly Morton
**Subject:** Re: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres

Kelly

Re: this group of claimants, the following did not submit PFS forms.



3

Lorraine Surtain
Roy G. Campo

Lorraine Surtain

All of the other claimants did submit PFS forms. Please check your discs, or if you would like, I can e-mail those to you.

Thanks

--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

From: Kelly Morton <KMorton@GarrisonYount.com>
Date: Wed, 13 Apr 2011 11:55:05 -0700
To: "Gerald E. Meunier" <gmeunier@gainsben.com>, 'Justin Woods' <jwoods@gainsben.com>, "'andreww@duplass.com'" <andreww@duplass.com>, Sidney Torres <storres@torres-law.com>, David Jarrell <dcj@torres-law.com>
Cc: Carmen Motes <cmotes@duplass.com>, Kim Marshall <kmarshall@garrisonyount.com>, Jill Marie Kenyon <JKenyon@GarrisonYount.com>, "'henry. gov'" <henry.miller@usdoj.gov>, "dkurtz@bakerdonelson.com" <dkurtz@bakerdonelson.com>, "'cleche@dkslaw. com'" <cleche@dkslaw.com>
Subject: In Re FEMA~Plaintiff Fact Sheets~Sidney Torres

Counsel,

Please see attached correspondence.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial