UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                 SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that **the Unopposed Motion for Extension of Time to File Responsive Pleadings (Rec. Doc. 10173)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 2nd day of August 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**