UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
member cases listed in case caption
for Rec. Doc. 15045

## ORDER

**IT IS ORDERED** that **the "Motion Requesting 'Last Chance' Matching for the Clients of John Arthur Eaves Law Firm" (Rec. Doc. 15045)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 2nd day of August 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE