UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
member cases listed in case caption
for Rec. Doc. 17200

## ORDER

**IT IS ORDERED** that **"Plaintiffs' Motion to Extend Time to Serve**

**Defendants"** (**Rec. Doc. 17200**) is **DENIED AS MOOT**.

    New Orleans, Louisiana, this 2nd day of August 2011.

                                      _____
                                     **KURT D. ENGELHARDT**
                                     **UNITED STATES DISTRICT JUDGE**