UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE PRODUCTS     SECTION N MAG. 5
LIABILITY LITIGATION

                                         JUDGE ENGELHARDT
                                         MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Johnson et al v. TL Industries, Inc. et al*     JURY DEMANDED
*No. 09-5359*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Shaw Environmental, Inc., CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5359.

                         By:    /s/Matthew B. Moreland
                               Daniel E. Becnel, Jr. (La. Bar #2926)
                               Matthew B. Moreland (La. Bar No. 24567)
                               **BECNEL LAW FIRM, LLC**
                               106 W. Seventh Street
                               P. O. Drawer H
                               Reserve, Louisiana 70084
                               Telephone: (985) 536-1186
                               Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland
