UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE PRODUCTS                  SECTION N MAG. 5
LIABILITY LITIGATION

                                                                    JUDGE ENGELHARDT
                                                                    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Brown et al v. Forest River, Inc. et al*        JURY DEMANDED
*No. 09-5383*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, the United States of America through the Federal Emergency Management Agency, Shaw Environmental, Inc., CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings on August 3, 2009, Case No. 09-cv-5383.

                                       By:   /s/Matthew B. Moreland_____
                                                Daniel E. Becnel, Jr. (La. Bar #2926)
                                                Matthew B. Moreland (La. Bar No. 24567)
                                                **BECNEL LAW FIRM, LLC**
                                                106 W. Seventh Street
                                                P. O. Drawer H
                                                Reserve, Louisiana 70084
                                                Telephone: (985) 536-1186
                                                Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

     I hereby certify that on August 3, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

                                                  /s/Matthew B. Moreland
                                                  Matthew B. Moreland