UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER　　　　　　　*　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　　*
　　　　LIABILITY LITIGATION　　　　*　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　*　　MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:　　　*
*Gerod Macon, et al., v. Sun Valley, Inc. et al.,*　　*
Docket No. 09-7109 *(Laura Demetriace Batiste)*　　*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN OPPOSITION TO SUN VALLEY, INC., d/b/a SUN-LITE'S MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION

1. Plaintiff is an alternate bellwether plaintiff in the event Mr. Marshall's is dismissed.

2. Plaintiff's case will not be tried.

3. During the time she lived in her FEMA trailer, Ms. Batiste suffered from headaches, sore throat, itchy and burning eyes, running nose, and nausea.

4. Ms. Batiste did not suffer from any of these symptoms prior to moving into the FEMA trailer.

5. Plaintiff sought medical treatment for the problems she associated with her FEMA trailer while she lived in the trailer.

6. Dr. Patricia Williams's expert report contained citations to peer-reviewed studies and medical/scientific treatises that causally linked each of the health problems Ms. Batiste identified to formaldehyde exposure.

7. Dr. Patricia William's expert report contained an eight-page review of the medical/scientific literature linking formaldehyde exposure to cancer.

8. Dr. Stephen Smulski provided an opinion that two years after the FEMA trailers had been

abandoned, the levels of formaldehyde in the trailers in general equaled or exceeded 100 ppb.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    gmeunier@gainsben.com


    s/Justin I. Woods
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 2, 2011</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471