# Exhibit "A"

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:   FEMA TRAILER     * MDL NO. 1873
         FORMALDEHYDE     *
         PRODUCTS         * SECTION: N (5)
         LIABILITY        *
         LITIGATION       * JUDGE: ENGELHARDT
                          *
THIS DOCUMENT RELATES     *
TO: Gerod Macon, et al    *
v. Sun Valley, Inc., et   * MAG. JUDGE CHASEZ
al, Docket No. 09-7109    *
(Laura Demetriace         *
         Batiste)


*************************************************


            Deposition of DEMETRIACE LAURA

BATISTE, taken at the Law Offices of

Gainsburgh, Benjamin, David, Meunier &

Warshauer, LLC, 2800 Energy Centre, 1100

Poydras Street, New Orleans, Louisiana 70163,

on the 7th day of January 2011.

**Demetriace Laura Batiste**
**1/7/2011**

2

```
 1                    APPEARANCES

 2

      REPRESENTING THE DEFENDANT, SUN VALLEY, INC.
 3    d/b/a SUN LITE:

 4           ALLEN & GOOCH
             (BY:  BRENT M. MAGGIO, ESQUIRE)
 5           (BY:  LORI DAIGLE, ESQUIRE)
             1450 One Lakeway Center
 6           3900 North Causeway Boulevard
             Metairie, Louisiana 70002

 7

 8

      REPRESENTING THE DEFENDANT, CH2M HILL
 9    CONSTRUCTORS, INC.:

10           LAW OFFICES OF BAKER, DONELSON,
                  BEARMAN, CALDWELL & BERKOWITZ, PC
11           (BY:  GERARDO R. BARRIOS, ESQUIRE)
             3 Sanctuary Boulevard
12           Suite 201
             Mandeville, Louisiana 70471

13

14

      REPRESENTING THE DEFENDANT, WESTCHESTER SPECIALITY
15    LINES INSURANCE COMPANY:

16           LARZELERE, PICOU, WELLS, SIMPSON &
                  LONERO, LLC
17           (BY:  CORY T. STUART, ESQUIRE)
             Suite 1100
18           3850 North Causeway Boulevard
             Metairie, Louisiana 70002

19

20

      REPRESENTING THE DEFENDANT, FLUOR ENTERPRISES,
21    INC.:

22           MIDDLEBERG, RIDDLE & GIANNA
             (BY:  CHARLES R. PENOT, JR. ESQUIRE)
23           717 North Harwood
             Suite 2400
24           Dallas, Texas 75201

25
```

**Demetriace Laura Batiste**
**1/7/2011**

3

```
 1    APPEARANCES CONTINUED:

 2

 3    REPRESENTING THE PLAINTIFF, DEMETRIACE LAURA
      BATISTE:

 4
              LAW OFFICES OF REICH & BINSTOCK
 5            (BY:   JORDAN M. TORRY, ESQUIRE)
              4265 San Felipe
 6            Suite 1100
              Houston, Texas 77027

 7

 8    REPRESENTING THE DEFENDANT, LIBERTY MUTUAL
      INSURANCE CORPORATION: (VIA TELEPHONE)

 9
              LUGENBUHL, WHEATON, PECK, RANKIN &
10                HUBBARD
              (BY:   KRISTOPHER M. REDMANN, ESQUIRE)
11            601 Poydras Street
              Suite 2775
12            New Orleans, Louisiana 70130

13

14

15

16

17    REPORTED BY:

18            JODI IBIETA
              CERTIFIED COURT REPORTER

19

20

21

22

23

24

25
```

Demetriace Laura Batiste
1/7/2011

4

```
                         INDEX


   Caption                        1

   Stipulation                    4

   Reporter's Page              229

   Reporter's Certificate       230

   Witness' Certificate         231


EXAMINATION BY:

          MR. MAGGIO          5, 227

          MR. PENOT           211

          MR. BARRIOS         221



                       EXHIBITS


   No.  1                      11
   No.  2                      11
   No.  3                      13
   No.  4                      31
   No.  5                      40
   No.  6                      48
   No.  7                     118
   No.  8                     119
   No.  9                     146
   No. 10                     155
   No. 11                     160
   No. 12                     163
   No. 13                     163
   No. 14                     164
   No. 15                     166
   No. 16                     168
   No. 17                     215
```

Demetriace Laura Batiste
1/7/2011

5

S T I P U L A T I O N

It is stipulated and agreed by and among counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Louisiana Code of Civil Procedure, for all purposes, in accordance with law;

That the formalities of reading and signing are specifically not waived;

That the formalities of sealing, certification, and filing are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

JODI IBIETA, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

Demetriace Laura Batiste
1/7/2011

78

1      A.      They had like -- it was

2  different.  It's just -- I don't know.  Like I

3  say, you don't know if it was from them just

4  being them or if it was from the FEMA trailer.

5  I don't know.

6      Q.      When you would go into these

7  other people's trailers, did that smell affect

8  you in any way?

9      A.      My aunt one did, but to say

10  anybody else one, you could go sit up in there

11  and maybe you might get a little headache or

12  something, but you could live with that, but

13  my aunt trailer, you just -- you couldn't, no.

14  You couldn't deal with it.

15      Q.      Let's talk some more about your

16  problems from the FEMA trailer that you lived

17  in.

18      A.      Okay.

19      Q.      Tell me all the different

20  problems that living in the FEMA trailer

21  caused you.

22      A.      Oh, my God.  I stayed in the

23  hospital with headache, sore throat, itchy

24  eyes.

25      Q.      Slow down.

**Demetriace Laura Batiste**
**1/7/2011**

79

1      A.      Runny nose.

2      Q.      Okay.

3      A.      Nausea.  It was a couple of

4   different things that I was back and forth,

5   back and forth in the hospital for.

6      Q.      We're going to talk about the

7   doctors and the hospital in a second.  What I

8   want to know is all the different problems,

9   symptoms, complaints that living in that

10  trailer caused you.

11     A.      The main thing was headaches,

12  throwing up, sore throat, itching eyes, my

13  eyes burning.  It was just -- it wasn't right.

14     Q.      Any other problems?

15     A.      (Witness shakes head negatively.)

16  Not to say.

17     Q.      Okay.  And are you saying that it

18  all came from that smell?

19     A.      Probably so because I don't have

20  it now.

21     Q.      When --

22     A.      When I moved out the FEMA

23  trailer, it was about, I will say, maybe two

24  months, maybe -- maybe three months later, my

25  body, it was just like it was trying to adjust

**Demetriace Laura Batiste**
**1/7/2011**

80

1   back.  It was trying to get right.

2        Q.      So three months after moving out

3   of the FEMA trailer, these problems went away?

4        A.      (Witness nods head

5   affirmatively.)  I still get the headaches.

6   My eyes still bother me.  But to say like I

7   was in the FEMA trailers, I done came a long

8   way.

9        Q.      So let me see if I got this

10  straight.  You had all of these problems when

11  you were living in the trailer, the FEMA

12  trailer, right?

13       A.      (Witness nods head

14  affirmatively.)

15       Q.      Is that a yes?

16       A.      Yes, sir.

17       Q.      And about three months after

18  moving out of the trailer, those complaints

19  got a lot better?

20       A.      Yeah, they did.

21       Q.      But you still have some of the

22  problems today?

23       A.      I still have problems, yeah,

24  today, but it done got a lot better since when

25  I was living in that FEMA trailer.

**Demetriace Laura Batiste**
**1/7/2011**

1   Q.      The very first day you spent that

2   night in the trailer, you said you smelled

3   that odor?

4   A.      Yeah.

5   Q.      That first night, did it cause

6   you problems?

7   A.      I had a headache.  I just went to

8   sleep with it.  I wasn't to say worried about

9   it.  It's like all this right here, it wanted

10  to run but then again, it didn't.

11  Q.      You're talking about your nose?

12  A.      Yeah.  It was like a constant

13  thump just sitting right there.  Then your

14  throat start itching.  You start coughing.

15  Yeah, there was a couple of different things

16  going on in the FEMA trailer.

17  Q.      Do you think that by after living

18  in that FEMA trailer for one month, you were

19  already having these problems?

20  A.      Yeah.

21  Q.      And did you have a good idea that

22  it was coming from that trailer?

23  A.      No, I didn't.

24  Q.      Why not?

25  A.      I didn't know.

**Demetriace Laura Batiste**
**1/7/2011**

1   Then I went to the store.  I passed out again.

2   Then we went to Walmart in Slidell, and I

3   passed out up in there.  So I don't know what

4   it is.  They never could tell me what it is

5   that make me pass out.

6        Q.      How many times do you think you

7   passed out?

8        A.      I done passed out about four

9   times, maybe three.

10        Q.      Any of them before Katrina?

11        A.      Uh-uh (negative response).

12        Q.      On any of those occasions, did it

13   have anything to do with using illegal drugs?

14        A.      No.

15        Q.      Did they ever tell you it was

16   from that?

17        A.      No.  They couldn't find out the

18   reason why I pass out.

19        Q.      But you did have headaches before

20   Katrina?

21        A.      Yeah.  I still have headaches

22   now.

23        Q.      Sore throat, runny nose, itchy

24   eyes, nausea and vomiting, did you have those

25   kind of problems before Katrina?

**Demetriace Laura Batiste**
**1/7/2011**

88

1       A.      No, not really.

2       Q.      What about when the seasons

3   change, did you ever have those kind of

4   problems?

5       A.      I might get a cold.  That's about

6   it.  But to say sore throat, I don't hardly

7   get no sore throat.  My eyes, they don't

8   hardly bother me, not like they -- not like

9   talking about it, but now, my eyes, they --

10  they're very, very irritated.  I got to go to

11  an eye doctor next week --

12      Q.      Okay.

13      A.      -- for my eyes.

14      Q.      What is the problem with your

15  eyes?

16      A.      One pupil is bigger than the

17  other one.  I got so much problems with my

18  eyes, I'm telling you.  I have very, very --

19  yeah.

20      Q.      You have problems seeing?

21      A.      I'm supposed to wear glasses, so

22  I'm thinking so.  I don't know.

23      Q.      Did you have these problems

24  before Katrina?

25      A.      Uh-huh (affirmative response).