UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *   MDL NO. 1873
        FORMALDEHYDE PRODUCTS  *
        LIABILITY LITIGATION   *   SECTION "N" (5)
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED TO:    *
*Sonya Andrews, et al., v. Sun Valley, Inc. et al.,*  *
 Docket No. 09-5659 *(Sonya Andrews)*   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STATEMENT OF MATERIAL FACTS IN OPPOSITION
### TO SUN VALLEY, INC., d/b/a SUN-LITE'S
### MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION

1. Plaintiff is an alternate bellwether plaintiff in the event Mr. Marshall's is dismissed.

2. Plaintiff's case will not be tried.

3. During the time she lived in her FEMA trailer, Ms. Andrews suffered from headaches, burning and watery eyes, and sinus problems.

4. Ms. Andrews did not suffer from any of these symptoms prior to moving into the FEMA trailer.

5. Plaintiff did not seek medical treatment for the problems she associated with her FEMA trailer because she had no insurance.

6. Plaintiff treated the health problems she associated with her FEMA trailer with over-the-counter medications.

7. Dr. Patricia William's expert report contained citations to peer-reviewed studies and medical/scientific treatises that causally linked each of the health problems Ms. Andrews identified to formaldehyde exposure.

8. Dr. Patricia William's expert report contained an eight-page review of the

medical/scientific literature linking formaldehyde exposure to cancer.

9. Ms. Andrew's niece, a medical student, told her that the possible repercussions of living in the FEMA trailer included cancer.

10. Ms. Andrews testified that she had a fear of cancer.

11. Dr. Stephen Smulski provided an opinion that two years after the FEMA trailers had been abandoned, the levels of formaldehyde in the trailers in general equaled or exceeded 100 ppb.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471