# Exhibit "A"

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS      SECTION: N(5)
LIABILITY LITIGATION       JUDGE ENGELHARDT
                           MAG. JUDGE CHASEZ
VERSUS

THIS DOCUMENT RELATES TO:
Sonya Andrews, et al v.
Sun Valley, Inc., et al
Docket No. 09-5659


       Videotaped Deposition of SONYA P.
ANDREWS, 8601 Morrison Road, New Orleans,
Louisiana 70127, taken in the offices of
Gainsburgh, Benjamin, David, Meunier &
Warshauer, 1100 Poydras Street, Suite 2800,
New Orleans, Louisiana 70163, on Thursday,
the 6th day of January 2011.


APPEARANCES:

   REICH & BINSTOCK, LLP
   (BY:  JORDAN M. TORRY)
   4265 San Felipe, Suite 1000
   Houston, Texas  77027
   (ATTORNEYS FOR PLAINTIFFS)


   LARZELERE, PICOU, WELLS
   SIMPSON, LONERO, LLC
   (BY:  CORY T. STUART)
   3850 North Causeway Boulevard
   Suite 1100, Two Lakeway Center
   Metairie, Louisiana  70002
   (ATTORNEYS FOR WESTCHESTER SPECIALTY
   LINES INSURANCE COMPANY)

```
 1   APPEARANCES, CTD:
 2      MIDDLEBERG, RIDDLE & GIANNA
        (BY:  CHARLES R. PENOT, JR.)
 3      717 North Harwood, Suite 2400
        Dallas, Texas   75201
 4      (ATTORNEYS FOR FLUOR ENTERPRISES, INC.)
 5
        ALLEN & GOOCH
 6      (BY:  BRENT M. MAGGIO AND LAURIE BARKER)
        3900 N. Causeway Boulevard
 7      Lakeway One, Suite 1450
        Metairie, Louisiana   70002
 8      (ATTORNEYS FOR SUN VALLEY, INC. D/B/A SUN
        LITE)
 9
10      LUGENBUHL, WHEATON, PECK,
        RANKIN & HUBBARD
11      (BY:  KRISTOPHER M. REDMANN) (VIA TELE)
        601 Poydras Street, Suite 2775
12      New Orleans, Louisiana   70130-6027
        (ATTORNEYS FOR LIBERTY MUTUAL INSURANCE
13      CORPORATION)
14   Also Present:
        Gilley DeLorimier, Videographer
15      Depo-Vue, Inc.
16   Reported by:
        TARA W. WILSON
17      Certified Court Reporter
18
19
20
21
22
23
24
25
```

Page 3

I N D E X

                            PAGE

SUIT CAPTION.......................... 1
APPEARANCES........................ 1, 2
STIPULATION........................... 4

EXAMINATION BY:
  MR. MAGGIO.................... 7, 245
  MR. PENOT................... 211, 240
  MR. STUART....................... 234
  MR. TORRY........................ 275


EXHIBITS

Andrews Exhibit No. 1................. 11
   (Notice of Deposition)

Andrews Exhibit No. 2................. 12
   (Louisiana Identification Card)

Andrews Exhibit No. 3................. 74
   (Photograph)

Andrews Exhibit No. 4................163
   (Plaintiff Fact Sheet)

1    EXHIBITS (CTD.)
2                                                    PAGE
3    Exhibit No. 5........................177
         (Plaintiff Answers to
4        Defendants' Request for
         Admissions)
5
     Andrews Exhibit No. 6................194
6        (FEMA I.A. File)
7    Andrews Exhibit No. 7................203
         (Fluor Haul/Install File)
8
     Andrews Exhibit No. 8................207
9        (FEMA Document -- Important
         Formaldehyde Information for
10       FEMA Housing Occupants)
11   Andrews Exhibit No. 9................208
         (FEMA Document -- Formaldehyde
12       Levels in FEMA-Supplied
         Trailers)
13
     Andrews Exhibit No. 10...............208
14       (FEMA Document -- Indoor Air
         Quality and Health in FEMA
15       Temporary Housing for Trailer
         Residents)
16
     Andrews Exhibit No. 11...............208
17       (FEMA Document -- Important
         Information for Travel Trailer
18       Occupants)
19   Andrews Exhibit No. 12...............253
         (Employment records from Cracker
20       Barrel)
21                  *   *   *   *   *
22
23
24
25

Sonya P. Andrews
1/6/2011

Page 5

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for any purposes under the Federal Rules of Civil Procedure.

The formalities of sealing, certification, and filing are specifically waived. The witness reserves the right to read and sign the deposition.

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

\* \* \* \* \* \*

TARA W. WILSON, Certified Court Reporter, State of Louisiana, officiated in administering the oath to the witness.

1   runny eyes and the --
2       A.   Yeah.
3       Q.   -- sinus problems, you haven't had
4   any other problems?
5       A.   (Witness shook head negatively.)  I
6   suffer with a couple of minor headaches, and
7   that's about it.
8       Q.   Other than the couple of minor
9   headaches, some sinus problems and runny
10  eyes, did that formaldehyde smell cause you
11  any other problems?
12      A.   None that I could account for.  I
13  don't know what problems will come up later
14  in the future, but right now, that's the
15  only problems I'm having.
16      Q.   Is that the only problems that you
17  -- that you've had?
18      A.   That's it.
19      Q.   Okay. The -- let's -- let's talk
20  about those problems, okay?
21      A.   Okay.
22      Q.   The -- the headaches, did you have
23  the headaches when you were living in the
24  trailer?
25      A.   Oh, yes, I have.

```
 1   get built up up in here.  I be taking the
 2   Muc -- Mucinex or whatever over the counter.
 3        Q.   Mucinex?
 4        A.   Yeah.
 5        Q.   Okay.
 6        A.   Or maybe a Sudafed or something.
 7             But it's just like sinuses.  I
 8   already know what it is, it's sinuses.
 9        Q.   Let me ask you, going back to the
10   headaches, did you have headaches before
11   moving into the trailer?
12        A.   No, I never had no headaches.
13        Q.   The -- the con -- the congested
14   sinus problem, how often would you have that
15   when you were living in the trailer?
16        A.   That was on a regular.  I done
17   bought a lot of Sudafeds and different stuff
18   like that.  And like I told you, it was the
19   trailer, and I thought maybe because of --
20   by me being in the woods, you know.
21   Outside, back there, you know, they have
22   burn -- you could burn -- people be burning
23   stuff.  It just -- it just started sinus
24   once I got to Slidell.
25        Q.   Okay.
```

```
 1      A.     I just --
 2      Q.     -- since May 2009?
 3      A.     I still suffer with my sinuses.
 4      Q.     Is it certain times of the year
 5   that you have the problems or any -- with
 6   your sinuses?
 7      A.     It be off and on.  I done had a --
 8   like last week, I was fine.  Today is -- it
 9   ain't as bad.  Yesterday it was -- yeah, I
10   have my good days and my bad days.  I don't
11   know what it's about now.
12      Q.     Now, your -- your runny eyes --
13      A.     Oh, they burns.
14      Q.     Yeah.
15             So your -- your burning, runny
16   eyes, did you -- did you have problems with
17   that before moving out there to Slidell?
18      A.     Never.  I always had 20/20 vision.
19      Q.     I understand that.  But the
20   burning, runny eyes --
21      A.     No, no, no.
22      Q.     -- no problems beforehand?
23      A.     Never.  Never.
24      Q.     How often would you have that
25   problem when you were in the trailer?
```