IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. No. 1873 |
| | * | Section: N (5) |
| | * | Judge: Engelhardt |
| This Document Relates To: *Leonard Charles Thomas v. Pilgrim International, Inc., et al* No: 09-8169 | * * * * | Magistrate: Chasez |

*************************************************************

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41(A)(1)(A)(I)

Now into Court, through undersigned counsel, come Plaintiffs herein, who, pursuant to the provisions of Rule 41 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the voluntary dismissal, without prejudice, of the claims of certain plaintiffs in the above-captioned matter, (1) Lisa Dedeaux, (2) Lisa Dedeaux on behalf of the minor C.D., and (3) Lisa Dedeaux on behalf of the minor C.D.,[1] against all defendants as duplicative of claims made in other lawsuits. Lisa Dedeaux on behalf of the minor C.D., reserves all rights and allegations made by him in *Janice Currie et al v. Pilgrim International, Inc,* No. 09-7909 (E.D. La). Lisa Dedeaux and Lisa Dedeaux, on behalf of the minor C.D., reserve all rights and allegations made by them in *Henrietta Barnes v. Pilgrim International, Inc.,* No. 09-7101 (E.D. La). Other plaintiffs in the above-captioned matter not named here reserve all rights.

---

[1] These are two minors with the same initials.

Respectfully submitted,

*/s/ John Arthur Eaves, Jr.*

**John Arthur Eaves, Jr. (MSB 8843)**
**Shana D. Fondren (MSB 100762)**
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: 601-355-7962
Fax:  601-355-0530