UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 |
| | * JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | |
| *Maxine Greening, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. Suit No. 10-255) | * MAGISTRATE CHASEZ |

******************************************

## Order

Considering the Consent Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and plaintiff Michelle Nora's claims against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this 3rd day of August, 2011.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

386584.1

1