UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE PRODUCTS                              SECTION N MAG. 5
LIABILITY LITIGATION

                                                   JUDGE ENGELHARDT
                                                   MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Davis et al v. Crum & Forster Specialty*          JURY DEMANDED
*Insurance Company et al*
*No. 10-2443*


**PLAINTIFF PATRICIA HIGGINBOTHAM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, Patricia Higginbotham, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Crum & Forster Specialty Insurance Company, Sentry Insurance Company, the United States of America through the Federal Emergency Management Agency, and Shaw Environmental, Inc., in the Complaint previously filed in these proceedings on August 2, 2010, Case No. 10-2443, as she already has a suit filed against these Defendants in Case No. 09-5308.

                          By:   /s/Matthew B. Moreland_____
                                Daniel E. Becnel, Jr. (La. Bar #2926)
                                Matthew B. Moreland  (La. Bar No. 24567)
                                **BECNEL LAW FIRM, LLC**
                                106 W. Seventh Street
                                P. O. Drawer H
                                Reserve, Louisiana  70084
                                Telephone: (985) 536-1186
                                Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

      <u>/s/Matthew B. Moreland</u>
      Matthew B. Moreland