UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br><br>*Jacklyn Aguilar, et al. v Morgan Buildings & Spas,*<br>*Inc., et al. (10-3732)* | *<br>*<br>* MAGISTRATE CHASEZ<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. move this Honorable Court to dismiss the claims of plaintiffs Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o KS and Aaron Mitchell Saucier, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Specifically, these plaintiffs have not submitted plaintiff fact sheets as required by Pre-Trial Order Nos. 2 and 32.

In support of this motion, Morgan submits the following exhibits:

- Exhibit 1 – June 17, 2011, letter from Amanda Stout to David C. Jarrell;
- Exhibit 2 – August 2, 2011, letter from Roberta Burns to Amanda Stout; and
- Exhibit 3 – August 4, 2011, email exchange between Amanda Stout and Roberta Burns.

Counsel for the plaintiffs has advised that they do not oppose Morgan's motion. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., therefore, pray that their Motion to Dismiss with Prejudice be granted, dismissing the claims of Alecia Couget Frught, Donald

386872.1

1

Frught, Amelia Johnson o/b/o KS and Aaron Mitchell Saucier, plaintiffs in *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-3732, with prejudice for their failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on August 4, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

386872.1

2