UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO:<br><br>*Jacklyn Aguilar, et al. v Morgan Buildings & Spas,*<br>*Inc., et al. (10-3732)* | *<br>*<br>* MAGISTRATE CHASEZ<br>* |

*********************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o KS and Aaron Mitchell Saucier against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of August, 2011.

Hon. Kurt D. Engelhardt<br>
Judge, United States District Court<br>
Eastern District of Louisiana

386872.1