

## McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

David C. Jarrell
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

      RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

           ***Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et. al. (10-3732)***

Dear David:

    On October 10, 2010, you filed the matter styled *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al.*, bearing Eastern District of Louisiana Suit No. 10-3732. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) are named as manufacturing defendants. Without waiver of our letter this same date that Ms. Aguilar's claims against Morgan be dismissed, we are writing pursuant to Pretrial Order 86 to request that you correct several deficiencies with respect to the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

    We have no record of the following plaintiffs submitting PFS: Petrina Bondio, Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o K.S. and Aaron Mitchell Saucier. With regard to the remaining plaintiffs in this suit, the attached spreadsheet outlines those sections for which insufficient responses were provided or no response was provided.

    Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. The plaintiffs were required to submit completed PFS within 30 days of filing their complaint, or by November 9, 2010. *See* Pretrial Order No. 32, page 4 § G. We are not aware of any request by the plaintiffs for an extension of the applicable PFS deadlines. Pre-Trial Order Nos. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing.

    As Petrina Bondio, Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o K.S. and Aaron Mitchell Saucier are not in compliance with Pre-Trial Orders No. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed for Petrina Bondio, Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o

380585.1

Fourteenth Floor, One American Place • Baton Rouge, LA 70825 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinc[hey.com]

**EXHIBIT 1**

David C. Jarrell
June 17, 2011
Page 2

K.S. and/or Aaron Mitchell Saucier, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

Please contact me on or before July 13, 2011, at 4:00 p.m. to hold a Rule 37.1 conference concerning the Petrina Bondio, Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o K.S. and Aaron Mitchell Saucier's failure to provide a PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

Additionally, in accordance with Pretrial Orders 2, 32 and 86, please provide an amended PFS addressing the deficiencies noted above and on the attached for the remaining plaintiffs within 30 days. Otherwise, Morgan will proceed with filing a motion to dismiss their claims as well.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

Amanda S. Stout

Enclosure

JACKYLN AGUILAR, ET AL.
VS.
MORGAN BUILDINGS & SPAS, INC., ET AL.
EDLA NO: 10-3732

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 1 | Aguilar | Jacklyn | | Yes | Section V: B (also no air tests attached) Section VI: D Section VII: B (missing treatment rec'd) Section IX: D |
| 2 | Bondio | Petrina | | No | |
| 3 | Frught | Alecia Couget | | No | |
| 4 | Frught | Donald | | No | |
| 5 | Johnson | Amelia | K.S. | No | |
| 6 | Lacaze | Jack Jr. | L.L. (Leilyn LaCaze) | Yes | Section V: E VII: A-C Section VII: B Missing: (1) Auth for Release of Records, (2) Auth for Release of Records with Loss Wages, (3) Auth for Psychological, (4) Auth for Release of Records with no loss wages |
| 7 | Saucier | Aaron Mitchell | | No | |