Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

August 2, 2011

Amanda Stout
McGlinchey Stafford PLLC
301 Main Street
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
              MDL No. 07-1873
              *Jacklyn Aguilar, et al v. Morgan Buildings & Spas, Inc., et al (10-3732)*

Dear Counsel:

      Pursuant to your letter dated July 28, 2011, concerning the dismissal of suits and/or individual plaintiffs, please find the enclosed PFS for Petrina Bondio. Please remove Ms. Bondio from your dismissal list.

      Additionally, after researching our files, we are unable to locate a PFS for Alecia Couget Frught, Donald Frught, Amelia Johnson obo K.S. and Aaron Mitchell Saucier.

      Thanking you for your attention to this matter, I remain

                         Sincerely,

                         s/Roberta L. Burns

                         Roberta L. Burns


EXHIBIT 2

Amanda Stout
McGlinchey Stafford PLLC
August 2, 2011
Page 2

RLB/jb
Encls.

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.