## Stout, Amanda S.

| | |
|---|---|
| **From:** | Roberta Burns [rburns@torres-law.com] |
| **Sent:** | Thursday, August 04, 2011 1:27 PM |
| **To:** | Stout, Amanda S. |
| **Cc:** | Jessica Bastoe; Phyllis Michon |
| **Subject:** | RE: FEMA - Jacklyn Aguilar v. Morgan (10-3732) |

No opposition.

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Stout, Amanda S. [mailto:astout@mcglinchey.com]
**Sent:** Thursday, August 04, 2011 11:36 AM
**To:** Roberta Burns
**Subject:** FEMA - Jacklyn Aguilar v. Morgan (10-3732)

Roberta,

I received your letter about Petrina Bondio's PFS. Thank you for providing us with a copy.

You also advised that you could not locate PFS for Alecia Frught, Donald Frught, Amelia Johnson obo KA and Aaron Saucier. We intend to move forward with a motion to dismiss these plaintiffs. In accordance with PTO 10, please let me know if the plaintiffs will oppose this motion.

Thanks,
Amanda

**Amanda S. Stout**
McGlinchey Stafford PLLC
Direct: (225) 382-3693
Fax: (225) 612-7167
Email: astout@mcglinchey.com



301 Main Street, 14th Floor    One American Place, 14th Floor
Baton Rouge LA 70802          Baton Rouge LA 70825



EXHIBIT
3

8/4/2011

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA. 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer.html

8/4/2011