UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-3251 | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | JUDGE ENGELHARDT |
| *(Charles Marshall)* | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S STATEMENT OF FACTS IN RESPONSE TO MOTION FOR
SUMMARY JUDGMENT ON BEHALF OF DEFENDANT
<u>WESTCHESTER SURPLUS LINES INSURANCE COMPANY</u>**

1. Mr. Marshall signed FEMA's "Ingress-Egress Agreement" on 11/19/2005. *See* Exhibit A, at FEMA212-014508.

2. The FEMA "Unit Installation Work Order" for Mr. Marshall's travel trailer was dated 11/19/2005. *See* Exhibit A, at FEMA212-014511.

3. The "Unit Delivery Ticket" for Mr. Marshall's travel trailer was dated 11/23/2005. *See* Exhibit A, at FEMA212-014512.

4. FEMA's "Temporary Housing Unit Inspection Report" was dated 12/3/2005. *See* FEMA212-014513.

5. By 12/3/2005, Mr. Marshall's travel trailer had been set up on blocks, and connected the water, sewer, electricity and gas had been connected. *See* Exhibit A, "Ready for Occupancy Status" report, at FEMA212-014514.

6. Mr. Marshall signed FEMA's "Emergency Shelter – Agreement to Rules of Occupancy" on 12/3/2005. *See* Exhibit A, at FEMA212-014507.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that on  _____August 2, 2011_____, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                               s/Gerald E. Meunier
                                               GERALD E. MEUNIER, #9471