# Exhibit "A"

**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**Application/Registration for Disaster Assistance**

| Registration ID. | O.M.B. No. 1660-0002 | DR #. |
|---|---|---|
| 93-9646088 | Expires May 31, 2010 | 1603 |

| 1. Name (Last, First, MI) MARSHALL, CHARLES H | 2. Language Spanish | 3. Social Security Number XXX-XX-3743 | 4. Date of Birth 11/2/1940 | 5. Date of loss 8/29/2005 | 6. Application Date 9/3/2005 |
|---|---|---|---|---|---|

| 7A. Damaged phone # (504) 392-7631 | 7B. Alt Damaged phone # None | 7C. Current phone # (901) 368-2327 NOTE: charles marshall | 7D. Alt Contact phone # (504) 451-7146 NOTE: charles | 7E. Email address cchazmarshall@yahoo.com |
|---|---|---|---|---|

**8. Address of Damaged Property**

| Street Address 3500 DICKENS DR | City NEW ORLEANS | State LA | Zip+4 70131 -5530 | County ORLEANS |
|---|---|---|---|---|

**9. Current Mailing address**

| 6816 MARTHA'S POINTE | MEMPHIS | TN | 38141 -0234 | |
|---|---|---|---|---|

**10. What is your current location?  Family/Friends Dwelling**

| 11. Do you own or rent your home?  Own | 12. Is the address listed in #8 your primary residence?  Yes (Primary) |
|---|---|

**13. Type of residence:  House-Single/Duplex**

| 14A. Was your home damaged by the disaster?  Yes | 14B. Personal property damaged? Yes |
|---|---|
| 14C. Was the access to your home restricted?  Due to Disaster | Utilities Out? |
| Emergency Needs? Yes | Food? Yes | Clothing? Yes | Shelter? Yes |

**15. Cause of Damages: Tornado/Wind**

**16. Other Expenses:**

| 17. Disaster related expense? (for uninsured or underinsured) Medical (including medication): No | Dental: No | Funeral: No |
|---|---|---|

| 18. Home/Personal Property Insurance | Company Name |
|---|---|
| Automobile Liability | |
| Automobile Comprehensive | |
| Homeowners (O) | STATE FARM |

**19. Vehicle Damage due to Disaster**

| Vehicle Information (Year, Make, Model) | | Damaged | Drivable | Comp | Liability |
|---|---|---|---|---|---|
| 1999 MERCEDES E320 | | Yes | Yes | Yes | Yes |
| 1981 CHEVROLET MALIBU | | Yes | Yes | Yes | Yes |

**20. Special Needs:** Did you, your spouse, or any dependents have help or support doing things like walking, seeing, hearing, or taking care of yourself before the disaster and have you lost that help or support because of the disaster?

Mobility:
Cognitive/Developmental Disabilities/Mental Health:
Hearing or Speech:
Vision:
Other:

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| MARSHALL, CHARLES H | Registrant | XXX-XXX-3743 | 64 | Yes |

**CERTIFIED TO BE A TRUE**
**COPY OF THE ORIGINAL**

| 22. Business Damages: | Self Employment is primary income? | Yes |
|---|---|---|
| | Own/Represent a business or rental property affected by disaster? | Yes |

| 23. Number of claimed dependents: 1 | Combined family pre-disaster gross income: $ 28000 | 24. Electronic Funds Transfer: No |
|---|---|---|

25. You have been referred to the following sources for Disaster Aid.
**SBA Business Loan; Disaster Unemployment Assistance; Emergency Assistance (ARC); Housing Assistance (Insured); SBA Home & Personal Property (Owner); SBA Workshop; Tax Assistance**

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585

FEMA Form 90-69 JUN 07                 REPLACES ALL PREVIOUS EDITIONS

FEMA212-014463

 

Michael D. Brown
Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Application No: 939646088

MR CHARLES H MARSHALL
6816 MARTHA'S POINTE
MEMPHIS, TN 38141-0234

Kathleen Babineaux Blanco
Governor
State of Louisiana

09/03/2005

Disaster No: 1603

Dear Mr. Marshall:

Enclosed for your records is a copy of the Application for Disaster Assistance that you recently filed with the Federal
Emergency Management Agency (FEMA), the agency that coordinates disaster assistance on behalf of the President.

Based on the information you provided during the registration interview, FEMA has identified certain disaster assistance
programs that may be helpful to you. These are listed at the bottom of the Application form, item number 27. Administered by
a variety of organizations, information on these and other programs can be found on the Additional Disaster Assistance Program
Information Sheet, included in this mailing. You must contact these agencies directly to learn how their programs can help you.

If your home or business has been damaged by the disaster, you do not need to wait until the inspector visits the property before
starting to clean up. We strongly suggest, however, that you make a list of your losses, take pictures, and keep all receipts to
verify your disaster-related expenses.

Correct information

Please check the information on this form and call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech
impaired ONLY call 1-800-462-7585) if you have any corrections. Please also make special note of your Registration ID
located at the top of the form; this is your unique identifying number and you will need to refer to this number whenever you
contact FEMA.

Disaster Recovery Centers/SBA Workshops

Disaster Recovery Centers may be opened to provide a central location for information on disaster assistance programs and tips
on reducing damage from future disasters. To find out about the Disaster Recovery Center nearest to you, please call the FEMA
Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). To inquire about the
status of your application for assistance, you may either visit a Disaster Recovery Center or you may call the FEMA Disaster
Helpline.

If you have been referred to the Small Business Administration (SBA) for a disaster loan (check item number 27on your
Application for Disaster Assistance), you may wish to visit an SBA Workshop for help in completing the loan application. The
workshop locations will be announced through your local news media.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

<u>Insurance</u>

If you have any kind of insurance, you should contact your insurance agent as soon as possible.  Because insurance proceeds are generally more comprehensive than Federal disaster assistance, these benefits are usually the best means of addressing your disaster-related needs.

If you have any questions, if you need housing right away and cannot find a place to stay, or if you would like more detailed information on the available assistance programs, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585).  We want to help in any way we can.

Sincerely,                                                                                           9069CL


Individuals and Households Program Officer

# Additional Disaster Assistance Program Information

## ****Please keep this for your information****

This sheet contains a complete listing of the available disaster assistance programs and the agencies/organizations that administer assistance in your area. Based on the information you provided during the registration interview, we have identified certain disaster assistance programs that may be helpful to you and have listed them in item number 27 at the bottom of your Application for Disaster Assistance.

**Aging Services: Health and Human Services (HHS):** Services are available to meet the needs of the elderly who have been directly affected by a declared disaster (i.e., transportation, meals, home care, etc.). For more information on Aging Services, Health and Human Services please contact Contact your local agency

**Agricultural Aid: USDA Farm Service Agency (FSA):** The USDA Rural Development may make emergency loans to farmers and ranchers (owners or tenants) who were operating and managing a farm or ranch at the time of the disaster. These loans are limited to the amount necessary to compensate for actual losses to essential property and/or production capacity. Farmers and ranchers may also apply for cost sharing grants for emergency conservation programs such as debris removal from crop/pasture lands, repairs to land/water conservation structures, and permanent fencing. For more information please contact the USDA Farm Service Agency (FSA) at Contact your local Farm Service Agency..

**Assistance From Financial Institutions:** Early withdrawal of time deposits, without penalty, may be permitted by banks that are members of the Federal Deposit Insurance Corporation (FDIC), Federal Reserve System (FRS), or the Federal Home Loan Bank Board (FHLBB). Contact your financial institution to see if they have obtained a waiver from their regulatory agency.

**Business Loan Program, Small Business Administration (SBA):** Disaster loans through the Small Business Administration (SBA) are available to businesses to repair or replace destroyed or damaged business facilities, inventory, machinery, or equipment. The maximum loan amount is $ 1,500,000. If you have been referred to this program you will be receiving an application package in the mail. For more information or help in completing this form, please refer to your SBA application package. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Consumer Services:** Counseling is available on consumer problems such as non-availability of products and services needed for reconstruction, price gouging, disreputable business concerns and practice, etc. For more information please contact Contact your local or state agency.

**Crisis Counseling:** Referral services and short-term intervention counseling is available for mental health problems caused or aggravated by the disaster. For more information please contact Contact your local or state agency.

**Disaster Unemployment Assistance:** This assistance provides weekly benefit payments to those out of work due to the disaster, including self-employed persons, farm and ranch owners, and others not covered under regular unemployment insurance programs. For more information please contact Contact your local or state agency..

**Emergency Assistance:** Emergency food, clothing, shelter, and medical assistance may be provided to individuals and families having such needs as a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation Army, church groups, and other voluntary organizations a result of the disaster. Assistance can be provided by the American Red Cross (ARC), the Salvation

Army, church groups, and other voluntary organizations. For additional information please contact 866-438-4636 (866-GETINFO) 800-257-7575 (Spanish).

**Home and Personal Property Loan Program:** Disaster loans through the Small Business Administration (SBA) are available to homeowners and renters for restoring or replacing disaster damaged real and personal property. The maximum real estate portion of the loan is $200,000 and for personal property $40,000. The loan amount is limited to the amount of uninsured SBA verified losses. If you have been referred to this program you will find more information in the "Application Summary" on the back of the Disaster Assistance Application Form. To obtain a loan package please call
1-800-621-FEMA or 1-800-462-7585 (TTY)
or visit the local Disaster Recovery Center.

**Other Needs Assistance Program:** Other Needs Assistance Program, Administered in conjunction with your State Government: Money is awarded for necessary expenses and serious needs caused by the disaster. This includes medical, dental, funeral, personal property, transportation, moving and storage, and other expenses that are authorized by law. To receive money for other needs other than housing that are the result of a disaster, you must have accepted assistance from all other sources for which you are eligible such as insurance proceeds or SBA loans. For additional information please contact the Other Needs Assistance program at
.

**Insurance Information:** Assistance and/or counseling is available on insurance problems and questions, which may include obtaining copies of lost policies, claims filing, expediting settlements, etc. If you have not been able to resolve your problem with your insurance company you may contact your State Insurance Commissioner. For flood insurance inquiries, contact the National Flood Insurance Program (NFIP) at
1-800-638-6620 National Flood Insurance Program.

**Legal Services:** Free or reduced legal services, including legal advice, counseling, and representation may be provided to low-income disaster victims. For additional information please call
Contact your State Bar Association.

**Social Security:** Assistance is available from the Social Security Administration (SSA) in expediting delivery of checks delayed by the disaster and for assistance in applying for Social Security disability and survivor benefits. For additional questions please contact
1-800-772-1213 or 1-800-325-0778 (TTY).

**Tax Assistance:** The Internal Revenue Service (IRS) may allow casualty losses that were suffered on home, personal property, and household goods to be deducted on the income tax return if they are not covered by insurance. Taxpayers may also file an amended return to receive an early tax refund. County tax assessors may provide information and assistance on possible property tax relief.
For more information, order IRS 'Disaster Loss Kit' Publication Number 2194 for Individuals (or 2194B for Businesses) by calling the IRS publication hotline at 1-800-829-3676. County tax assessors may provide information and assistance on possible property tax relief.
IRS 1-800-829-1040 or 1-800-829-4059 (TTY).

**Veteran's Benefits:** The Veterans Administration (VA) can expedite delivery of information about benefits, pensions, insurance settlements, and VA mortgage loans. For more information please contact the Veteran's Administration at
1-800-827-1000 or 1-800-829-4833 (TTY).

 

Michael D. Brown
Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Application No.939646088

MR CHARLES H MARSHALL
6816 MARTHA'S POINTE
MEMPHIS, TN 38141-0234

Kathleen Babineaux Blanco
Governor
State of Louisiana

10/11/2005

Disaster No.1603

Dear Mr. Marshall:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster help and/or the inspection done on your home.  Listed below are the decisions that have been made regarding your request for help.  For a full explanation of the decisions, please refer to the section called **"If You Are Not Eligible For Help"** in HELP AFTER A DISASTER, Applicant's Guide to the Individuals & Households Program mailed to you after you applied for assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Housing Assistance | INS - Insured |
| Total Grant Amount: | $0.00 |

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

### PLEASE READ THE NOTICES FOR IMPORTANT INFORMATION

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance.  A $0 amount above does not mean that you are ineligible for assistance.  It means FEMA needs to know what your insurance settlement is and what your unmet needs are before we can continue processing your application.

If a decision results in a monetary award, you will soon receive a check at the mailing address you provided when you registered or electronic funds transfer to your bank for the Total Grant Amount listed above.

If you disagree with the decision(s) above, you have the right to appeal within 60 days of the date of this decision letter.  If you have, any questions about writing an appeal please read the Notices on the back of this letter, call the FEMA Disaster Helpline at **1-800-621-FEMA (3362)** (hearing/speech impaired only, call 1-800-462-7585), or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,                                                                 SUPER

Individuals and Households Program Officer

FEMA212-014468

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

   Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

   Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

   *Your insurance settlement is delayed.

   *Your insurance settlement is insufficient to meet your disaster-related needs.

   *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

   *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

 

Michael D. Brown
Under Secretary
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/11/2005

FEMA Application No.939646088

Disaster No.1603

MR CHARLES H MARSHALL
6816 MARTHA'S POINTE
MEMPHIS, TN 38141-0234

Dear Mr. Marshall:

When a disaster occurs, the Federal Emergency Management Agency (FEMA) tries to help the greatest number of people as quickly as possible. Based on your reported need, your household was approved for Expedited Assistance for housing or other essential needs. Within a few days you will receive either an electronic funds transfer, debit card or a check at the mailing address that you provided when you registered.

**Inspection**

A FEMA inspector may be contacting you to schedule an inspection of your home. The inspection will be used to evaluate and record damages. Your eligibility for additional housing assistance will be based on this inspection.

**If You Have Insurance**

If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if you still have unmet needs for housing or are unable to locate a place to rent, please call the FEMA Disaster Helpline at 1-800-621-3362 for additional information.

By law, FEMA cannot pay for damage that is covered by your insurance. If you have insurance that will cover necessary rental expenses or disaster-related repairs, please tell the inspector.

**How to Use FEMA Expedited Housing Assistance**

If you cannot live in your home because it was damaged or destroyed by the disaster, the money you receive from FEMA may be used for your emergency housing needs.

For more information about the types of housing assistance that you might qualify for, call the FEMA Disaster Helpline at **1-800-621-3362** or visit us on the web at www.fema.gov and click on the "Online Individual Assistance Center."

Sincerely,

EA

Individuals and Households Program Officer   CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014470

 

R. David Paulison
Acting Under Secretary
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.: 939646088

Kathleen Babineaux Blanco
Governor
State of Louisiana

09/25/2005

Disaster No.: 1603

MR CHARLES H MARSHALL
6816 MARTHA'S POINTE
MEMPHIS, TN  38141-0234

Dear Mr. Marshall:

The Federal Emergency Management Agency (FEMA) reviewed your request for disaster assistance. Based upon our review, you were approved to receive a payment for advanced "Rental Assistance" to help you locate transitional housing. If you provided FEMA with a bank account when you registered, your funds will be deposited by an electronic funds transfer directly into your bank account. Otherwise, you will receive a check in the next few days in the mail. For future payments, you can provide FEMA with a bank account so we can more quickly provide you with rental assistance.

These funds are to be used to cover your transitional housing needs. You must keep rental receipts for auditing purposes. If you require continued rental assistance, you must submit rental receipts to show that you have exhausted the rental assistance on rent. If you don't keep your rental receipts, you will not be eligible to receive additional rental assistance in the future.

Also enclosed is FEMA Form 90-69B, the Declaration and Release. This form must be completed, signed and returned to FEMA within 14 days of this letter's date. If you do not return the signed form you will not be eligible for additional assistance. In addition, you may also be required to return the money already received.

If you knowingly make false statements to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

**IN ORDER TO RECEIVE ADDITIONAL FUNDS IN THE FUTURE, YOU MUST PROVIDE FEMA WITH VALID CONTACT INFORMATION (ADDRESS, AND TELEPHONE NUMBER). PLEASE USE THE WEB AT www.fema.gov or CALL 1-800-621-FEMA (3362).**

Attachment

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

## Information on Transitional Housing Payment to Hurricane Katrina Evacuees

Rental Assistance:  This money is to be used to rent a different place to live.  Additional assistance may be awarded in 3 month increments.  Supplemental payments will be adjusted for your household's bedroom requirement and the location of the rental unit.

Continued Assistance:  If you require continued rental assistance you must:  1) provide documentation showing that you are making efforts toward a permanent housing solution; and 2) submit rental receipts to show that you have exhausted the rental assistance on rent.

Declaration and Release:  You must sign and return the enclosed FEMA Form 90-69B.  Failure to return the signed 90-69B to FEMA will result in you being ineligible for additional assistance.  You may also be required to return the money already received.

Agreement to Proper Use of Funds:  By signing the 90-69B form, you are agreeing that the information on your application is true and correct.  You are also agreeing to use these funds only for the purpose stated above.  If you want to know how to use this money or have any other questions, please check Frequently Asked Questions at www.fema.gov or call FEMA's Helpline at 1-800-621-FEMA (3362) or 1-800-462-7585 TDD (for hearing/speech impaired).

Disaster Assistance from Other Agencies:  If you have applied to disaster relief agencies other than FEMA, they will contact you separately.

Fraud, Waste, and Abuse:  FEMA has the capacity and procedures for expeditious reporting of allegations of fraud, waste or abuse to the Department of Homeland Security's Office of Inspector General.

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States.  Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification.  Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

_____ I am a citizen or non-citizen national of the United States.

_____ I am a qualified alien of the United States.

_____ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United
States.  Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the  Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| | | | |
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| | | | |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP CODE |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information.  The primary use of this information is to determine your eligibility to receive FEMA disaster assistance.  Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906.  Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1).  Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response.  The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form.  You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form.  Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002).  NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03            REPLACES ALL PREVIOUS EDITIONS            RETURN THIS COPY TO FEMA

FEMA212-014473

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

_____ I am a citizen or non-citizen national of the United States.

_____ I am a qualified alien of the United States.

_____ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

    \* Only one application has been submitted for my household
    \* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
    \* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

    I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

    I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the epartment of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

    I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependentsin order to determine my eligibility for disaster assistance; and

    I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP CODE |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03      REPLACES ALL PREVIOUS EDITIONS      RETAIN FOR YOUR RECORDS

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

01/07/2006

FEMA Application No. 939646088

Disaster No. 1603

MR CHARLES H MARSHALL
6816 MARTHA'S POINTE
MEMPHIS, TN 38141-0234

Dear Mr. Marshall:

Our records indicate that you were previously provided rental assistance under FEMA's Temporary Housing Assistance Program. Because of the extensive damage caused by Hurricane Katrina, FEMA has made some modifications to our program for providing continued rental assistance.

If you continue to need housing assistance, you will need to provide the following information to FEMA for us to be able to process your request:

1.  Receipts showing that you paid rent at another location and spent all your initial rental assistance OR a statement signed by you entitled "Declaration of Funds Use and Continuing Need for Housing." For your convenience, a copy of this declaration is attached to this letter. You must fill it out, sign it and return it to FEMA by mail or fax. If you send this form, you do not need to include any receipts.

2.  If you have not already done so, you must also sign and return the "Declaration and Release" form to receive continued assistance. This form was provided to you with your initial rental assistance award. (NOTE: This declaration is different than the Declaration of Funds Use and Continuing Need for Housing referred to above.) We have attached another copy of the form to this letter or you can find it on the last page of your "Applicant Guide-Help After a Disaster." This guide can be located on-line at www.FEMA.gov or by calling FEMA at 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. Please make sure to call FEMA at this number if you have not received assistance or a letter within 14 days of submitting your Declaration or receipts.

You can either mail or fax these forms to FEMA at:

Mail to:
FEMA - Individuals & Households Program
National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

Fax to:
1-800-827-8112
Attention: FEMA - Individuals & Households Program

Please do NOT send both mail and fax as it may delay processing.

FEMA212-014475

If you are approved for additional rental assistance, the amount provided will be intended to cover a three-month time period set at a rental rate typical for your current location (Fair Market Rental Rate). For continued housing assistance, you must retain and submit all rent receipts. We also want to ensure that you know that you are not required to make application with the SBA to receive temporary housing assistance from FEMA.

We have also tried to reach you to leave a recorded message with this same information. Please remember to keep all of your contact information with FEMA current so that we can communicate with you in a timely manner. If there has been any change to your current mailing address, banking information or current phone number(s), please contact FEMA immediately to update your information by visiting www.FEMA.gov and click on the "Online Individual Assistance Center" or by calling **1-800-621 FEMA (3362)**, TTY hearing/speech impaired only, call 1-800-462-7585.

Please be aware, that intentionally making false statements or concealing any information in an attempt to obtain disaster aid is a violation of Federal and state laws, which carry severe criminal and civil penalties, including a fine up to $250,000, imprisonment, or both.

Thank you for taking the time to read this letter, if you have any other disaster-related questions, please contact FEMA by calling 1-800-621 FEMA (3362), TTY hearing/speech impaired only, call 1-800-462-7585. You may also refer to FEMA's "Applicant Guide-Help After a Disaster". This guide can be located on-line at www.FEMA.gov or by calling FEMA at the number listed above and requesting that a copy be mailed to you.

Sincerely,                                                        KATRCT

Individuals and Households Program Officer

# Hurricane Katrina/Rita Housing Assistance

## Declaration of Funds Use and Continuing Need for Housing

**Applicant's Information**

FEMA Application No.: **939646088**                    Disaster No.: **1603**

_____
(Last Name, First Name, Middle Initial)

_____
(Street Address - Damaged)

_____
(City, County, State, Zip Code)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I herby declare, under penalty of perjury that (check all that apply)

☐ I received the initial assistance prior to receiving official written notification through the mail
   explaining the intended use of the rental assistance.

☐ I used all or part of the rental assistance on serious and essential needs (e.g., food, clothing),
   because I lacked sufficient additional funding to address those needs.

☐ I have a continuing need for Housing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## For Continued, Future Housing Assistance:

**I understand that** financial assistance for rental of temporary housing is only provided when FEMA
determines that the individual's residence is destroyed, uninhabitable, or inaccessible.

**I understand that** in order to be considered for continued rent assistance I must submit rent receipts
to show that I have exhausted the FEMA rent funds.

**I understand that** in order to be considered for continued rent assistance I must establish a realistic
permanent housing plan and provide documentation showing that I am making efforts to obtain permanent
housing.

**I understand that,** if I intentionally make false statements or conceal any information in an attempt to obtain
additional disaster aid, it is a violation of Federal and state laws, which carry severe criminal and civil penalties,
including a fine up to $250,000, imprisonment, or both.

Applicant Signature _____ Date_____

FEMA212-014477

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States.  Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependents in order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance.  Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906.  Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1).  Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response.  The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form.  You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form.  Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002).  NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETURN THIS COPY TO FEMA

DEPARTMENT OF HOMELAND SECURITY
EMERGENCY PREPAREDNESS AND RESPONSE DIRECTORATE
FEDERAL EMERGENCY MANAGEMENT AGENCY

O.M.B. NO. 1660-0002
Expires September 30, 2006

## DECLARATION AND RELEASE

In order to be eligible to receive FEMA Disaster Assistance, a member of the household must be a citizen, non-citizen national or qualified alien of the United States. Please read the form carefully, sign the sheet and return it to the Inspector, and show him/her a current form of photo identification. Please feel free to consult with an attorney or other immigration expert if you have any questions.

I hereby declare, under penalty of perjury that (check one):

☐ I am a citizen or non-citizen national of the United States.

☐ I am a qualified alien of the United States.

☐ I am the parent or guardian of a minor child who resides with me and who is a citizen, non-citizen national, or qualified alien of the United States. Print full name and age of minor child:_____

By my signature I certify that:

* Only one application has been submitted for my household
* All information I have provided regarding my application for FEMA disaster assistance is true and correct to the best of my knowledge.
* I will return any disaster aid money I received from FEMA or that State if I receive insurance or other money for the same loss, or if I do not use FEMA disaster aid money for the purpose for which it was intended.

I understand that, if I intentionally make false statements or conceal any information in an attempt to obtain disaster aid, it is a violation of federal and State laws, which carry severe criminal and civil penalties, including a fine up to $ 250,000, imprisonment, or both (18 U.S.C. §§ 287, 1001, and 3571).

I understand that, the information provided regarding my application for FEMA disaster assistance may be subject to sharing within the Department of Homeland Security (DHS) including, but not limited to, the Bureau of Immigration and Custom Enforcement.

I authorize FEMA to verify all information given by me about my property/place of residence, income, employment and dependentsin order to determine my eligibility for disaster assistance; and

I authorize all custodians of records of my insurance, employer, any public or private agency, bank financial or credit data service to to release information to FEMA and/or the State upon request.

| NAME (Print) | SIGNATURE | DATE OF BIRTH | DATE SIGNED |
|---|---|---|---|
| INSPECTOR ID NO. | FEMA APPLICATION NO. | | DISASTER NO. |
| ADDRESS OF DAMAGED PROPERTY | CITY | STATE | ZIP |

## PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et seq., authorize the collection of this information. The primary use of this information is to determine your eligibility to receive FEMA disaster assistance. Disclosures of this information may be made: Upon written request, to federal and state agencies providing disaster assistance, as well as to local governments or voluntary agencies from which you are seeking assistance, so that assistance efforts or benefits are not duplicated; to agencies, organizations and institutions as necessary for FEMA to obtain information from them in making eligibility determinations; to federal, state and local government agencies to promote hazard mitigation planning and enforcement; to law enforcement agencies or professional organizations where there may be a violation or potential violation of law; to a federal, state or local agency when we request information relevant to an Agency decision concerning issuance of a grant or other benefit, or in certain circumstances when a Federal agency requests such information for a similar purpose from us; to a Congressional office in response to an inquiry made at the request of the individual; to the Office of Management and Budget (OMB) in relation to private relief legislation under OMB Circular A-19; and to the National Archives and Records Administration in records management inspections conducted under the authority of 44 U.S.C. §§ 2904 and 2906. Your social security number is solicited during registration pursuant to the Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c)(1). Furnishing the social security number, as well as other information is voluntary, but failure to do so may delay or prevent provision of disaster assistance.

## PAPERWORK BURDEN DISCLOSURE NOTICE

Public reporting burden for this form is estimated to average 2 minutes per response. The burden estimate includes the time for reviewing instructions, gathering data, and completing and submitting the form. You are not required to complete this collection of information unless a valid O.M.B. control number is displayed in the upper right corner of this form. Send comments regarding the accuracy of the burden and estimate and any suggestions for reducing the burden to: Information Collections Management, U.S. Department of Homeland Security, Emergency Preparedness and Response Directorate, Federal Emergency Management Agency, 500 C Street, SW, Washington, DC 20472, Paperwork Reduction Project (1660-0002). NOTE: Do not send your completed form to this address.

FEMA Form 90-69B, Sep 03          REPLACES ALL PREVIOUS EDITIONS          RETAIN FOR YOUR RECORDS

FEMA212-014479

 **FEMA**



R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

01/26/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939646088

Disaster No.1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance.  Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Housing Assistance | INSI - Ineligible - Insured, Inspected - No Decision |
| Total Grant Amount: | $0.00 |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance.  The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision.  You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS
LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:**  Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance.  **A $0 amount listed above does not necessarily mean that you are ineligible for assistance.  It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                           SUPER

Individuals and Households Program Officer

# NOTICES

1.  This letter is about your request for help from FEMA only.  Money received from FEMA should be used as specified in the category above.  If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2.  If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3.  This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4.  This program is not intended to restore your damaged property to its condition before the disaster.

5.  This program does not cover business-related losses that resulted from the disaster.

6.  Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7.  If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8.  Filing an Appeal:  To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong.  Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money.  Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD  20782-7055.  Your appeal must be postmarked within 60 days of the date of this letter.  Appeals will not be accepted after this date.

9.  Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible.  Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program.  After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information.  **Note to Insured Applicants.  You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

# NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read **"HELP AFTER A DISASTER"**, the **FEMA Applicant's Guide** (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the **FEMA Applicant's Guide**.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured**:  Your insurance should cover your disaster-related losses.  If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review.  See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage**:  Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:**  Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied.  Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.

 **FEMA**



| | |
|---|---|
| R. David Paulison | Kathleen Babineaux Blanco |
| Acting Director | Governor |
| Emergency Preparedness and Response | State of Louisiana |

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/14/2006

FEMA Application No.: 939646088                    Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA  70131-5530

Dear Mr. Marshall

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have received the following documentation:

   Insurance Settlement

We will review the document(s) as soon as possible.

Sincerely,

Individuals and Households Program Officer

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/20/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939646088

Disaster No.1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION | |
|---|---|---|
| Moving/Storage | IID- Ineligible - Insufficient Damage | |
| Personal Property | INS - Insured | **CERTIFIED TO BE A TRUE** |
| Transportation | IID- Ineligible - Insufficient Damage | **COPY OF THE ORIGINAL** |
| Total Grant Amount: | $0.00 | |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

### PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. **A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time

you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.


Sincerely,                                                                    SUPER

Individuals and Households Program Officer

FEMA212-014486

# NOTICES

1.  This letter is about your request for help from FEMA only.  Money received from FEMA should be used as specified in the category above.  If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2.  If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3.  This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4.  This program is not intended to restore your damaged property to its condition before the disaster.

5.  This program does not cover business-related losses that resulted from the disaster.

6.  Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7.  If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8.  Filing an Appeal:  To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong.  Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money.  Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National  Processing Service Center, P.O. Box 10055, Hyattsville, MD  20782-7055.  Your appeal must be postmarked within 60 days of the date of this letter.  Appeals will not be accepted after this date.

9.  Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible.  Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program.  After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline  for additional information.  **Note to Insured Applicants.  You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

## NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read **"HELP AFTER A DISASTER"**, **the FEMA Applicant's Guide** (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the **FEMA Applicant's Guide**.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured**: Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage**: Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:** Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied. Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact**: Your application for assistance has been withdrawn because we have not been able to contact you.

 

R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

03/09/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No.939646088

Disaster No.1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your
request for disaster assistance. Listed below is our decision regarding your request. This initial
determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Home Repair | INO - Ineligible - Other |
| ====================== | ============ |
| Total Grant Amount: | $0.00 |

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Ineligible Other Reason: **Your insurance settlement exceeds the FEMA verified loss and should cover your
disaster-related losses.**

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the
FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section
entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our
decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS
LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

**Applicants with Insurance:** Your application for assistance may be placed on hold to allow you time
to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that
may be available from insurance. **A $0 amount listed above does not necessarily mean that you are
ineligible for assistance. It means that FEMA needs to know the amount of your insurance
settlement and your unmet needs before we can process your application further.**

If a decision results in a monetary award, you will soon receive a check at your current mailing address,
or an electronic funds transfer to your bank. To help us communicate with you in a timely manner,

FEMA212-014489

please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                          SUPER

Individuals and Households Program Officer

# NOTICES

1.  This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2.  If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3.  This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4.  This program is not intended to restore your damaged property to its condition before the disaster.

5.  This program does not cover business-related losses that resulted from the disaster.

6.  Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7.  If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8.  Filing an Appeal: To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked within 60 days of the date of this letter. Appeals will not be accepted after this date.

9.  Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

## NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read **"HELP AFTER A DISASTER"**, **the FEMA Applicant's Guide** (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the **FEMA Applicant's Guide**.

## If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured:** Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage:** Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:** Our records show that a member of your pre-disaster household has already registered for help.

**IINS1-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed -Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied. Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.

 

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

08/17/2006

FEMA Application No.: 939646088

Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

DearMr. Marshall:

The Federal Emergency Management Agency (FEMA) is taking steps to ensure the safety of residents living in FEMA-supplied travel trailers. FEMA's purchase of a large number of industry-standard travel trailers that possess a limited number of key combinations has resulted in the possibility of multiple trailer units having an identical lockset.

Residents who are concerned and want to request a change of locks should call their maintenance service provider. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

All residents are asked to be extra vigilant and to take precautions to secure your trailer and personal items. As always, you should report suspicious activity to local law enforcement immediately. FEMA also encourages you to work with other residents in your community to develop a neighborhood watch program.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362)) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL