

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/12/2006

FEMA Application No.: 939646088

Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

DearMr. Marshall:

As we approach the fall heating season, the Federal Emergency Management Agency (FEMA) is inspecting and, in some cases, modifying travel trailers in the Gulf Coast to reduce the potential fire hazard from having anything too near the furnace exhaust vent of your trailer.

Residents of travel trailers are advised to not place anything near or in front of this vent outside your trailer. If you or anyone in your family has stacked anything in front of the furnace exhaust vent, please remove it immediately. It could cause a fire hazard.

If the handrail leading to your door is less than six inches away from your trailer's heat exhaust vent, your unit needs to be inspected. If this condition exists, please contact your maintenance service provider immediately. The number is posted inside your unit. If you cannot locate the number, please call the FEMA Disaster Helpline.

If you have any other disaster-related questions, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014494

 **FEMA**



R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

10/16/2006

FEMA Application No.: 939646088

Disaster No.: 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

## Accessibility Notice

This notice is for people who have a disability or live with someone who has a disability. Usually a person with a disability is being treated by a doctor. To have a disability, you must have trouble:

- Walking
- Seeing
- Hearing
- Speaking
- Breathing
- Learning
- Working, or
- Doing another major activity

A disability does not include short-term problems like a broken leg. It also does not include a problem that is corrected, like someone who can see well with glasses.

If you or someone you live with has a disability, you may be able to get an accessible trailer from FEMA. Depending on the type of disability, you may be able to get a trailer with-

- A ramp
- Enough turning space for a wheelchair
- An accessible shower or tub
- Grab bars in showers, tubs, and near toilets

If you or someone you live with has a disability and needs an accessible trailer, call FEMA at:

- **1-866-496-4297** if you lived in Louisiana before the disaster (TTY 1-800-462-7585)
- **1-888-294-2820** if you lived in Mississippi before the disaster (TTY 1-800-462-7585)

The call centers are open from 8:00 a.m. to 6:00 p.m., Monday to Saturday. Tell FEMA what kind of disability you have and what you need to make a trailer accessible.
After you call, FEMA will tell you if it will

- Give you an accessible trailer
- Make changes in the trailer you have
- Help you find another place to live

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014495

FEMA will also tell you how long it will take. It may take FEMA up to 90 days to deliver a trailer, or longer if you don't have a suitable place to put it. If you already have a trailer, it may take up to 60 days to make the changes you need.

If you do not get an accessible trailer within these times, or you do not agree with FEMA's decision, please call the proper number listed above and FEMA will tell you how to obtain further assistance.

To obtain an accessible trailer within the times in this notice, you must contact FEMA at the number listed above for your state before May 9, 2007.

Sincerely,

Individuals and Households Program Officer

 

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

02/08/2007

Para obtener una copia de esta carta en Español, por favor llame a la Línea de Ayuda de FEMA al 1-800-621-3362.

FEMA Application No. 939646088

Disaster No. 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

Dear Mr. Marshall:

FEMA is extending the Temporary Housing Program for those eligible applicants affected by Hurricanes Katrina and Rita. FEMA temporary housing assistance will continue to be available to eligible applicants up to August 31, 2007.

Although the Temporary Housing Program has been extended, you have a responsibility to become independent of this assistance. FEMA will continue to assist you with your transition out of the mobile home or travel trailer where you are currently living. FEMA will also contact you again in April of 2007 to assess your continuing need for housing assistance, as well as provide you with additional information on housing later in the process.

Please call 800-621-3362 (FEMA) if you have any questions regarding FEMA assistance. Also, remember to call the 1-800 number posted in your travel trailer or mobile home if you are ready to move out of your unit.

Sincerely,

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014497

 **FEMA**

## Disaster Assistance Directorate
## Notice of Interest in Purchasing Temporary Housing Unit

FEMA Application No. 939646088

FEMA-DR-1603-LA
05/12/2007

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MR CHARLES H MARSHALL:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

**Note: Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.**

Please indicate your interest in purchasing the FEMA temporary housing unit you are living inand return this letter to:

> **FEMA - Louisiana Area Field Office**
> **P. O. Box 5143 - Attn: Sales Dept.**
> **Baton Rouge, LA 70821**

Please reply within **14 days from the date of this letter**.

☐ I am interested in purchasing the unit.       ☐ I am not interested in purchasing the unit.

_____
Signature/Date

_____
Current Phone Number/ Best Time to Call

_____
*For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )*

Unit Type: _____   Bar Code: _____   VIN#: _____

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

 

R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

09/19/2007

FEMA Application No. 939646088

Disaster No. 1603

MR CHARLES H MARSHALL
NEW ORLEANS, LA 70131-5530
3500 DICKENS DR

Dear MR CHARLES H MARSHALL:

You recently returned a FEMA Notice of Interest (NOI) expressing interest in purchasing your temporary housing unit. Your response was appreciated. However, at this time the type of unit in which you are currently living (travel trailer or park model) is not available for purchase. FEMA will promptly notify you of any additional updates. FEMA regrets any inconvenience that this change may have caused.

If you are now able to move back into your damaged dwelling, or if you have located alternate housing, please call 888-294-2822 to have your FEMA temporary housing unit removed.

If you are still living in your travel trailer, FEMA will continue to work with you to locate other housing options that would better meet your longer-term housing needs. Please call 888-294-2822 if you wish to take advantage of this housing assistance.

Sincerely,

Sales Coordinator

NFSL

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014499

 **FEMA**



R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

11/28/2007

FEMA Application No. 939646088

Disaster No. 1603

MR CHARLES H MARSHALL
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

Dear MR CHARLES H MARSHALL:

If you are an eligible individual or a household displaced by hurricanes Katrina or Rita, this letter explains a FEMA program that may provide you with relocation financial assistance to return to your home state, relocate to alternative housing or move from a FEMA provided temporary housing unit. We recognize that the damage and destruction caused by the hurricanes resulted in many Gulf Coast residents temporarily moving to various locations around the country.

The program will provide eligible applicants with relocation assistance up to $4,000 for expenses incurred between Aug. 29, 2005, and Feb. 29, 2008, for Katrina, or Sept. 24, 2005, to Feb. 29, 2008, for Rita. You may be eligible for this program if you meet the following guidelines:

1.  You are the primary applicant for the pre-disaster household. The primary applicant is either the owner of the home or the person financially responsible for the lease or rental agreement and was the first to apply to FEMA.

2.  You have been determined eligible for housing assistance from FEMA beyond the initial $2000 of expedited assistance.

3.  You have not already received the maximum amount of assistance that FEMA can provide which is $26,200.

4.  If the address you moved to or plan to move to is within the same state, it must be more than 50 miles from your current residence and it cannot be a hotel or motel.

5.  You have not already received relocation assistance from any other state, federal or voluntary agency. FEMA cannot duplicate that assistance.

6.  You have returned or are returning to housing that is not paid for by FEMA. (This requirement does not apply to those currently living in a FEMA travel trailer or mobile home, see #7)

FEMA212-014500

7.   For those families that are currently living in FEMA travel trailers or mobile homes, FEMA will pay relocation expenses to a FEMA-funded rental resource or non-FEMA funded housing anywhere in the continental United States.

Eligible relocation expenses are limited to:

- Travel costs including airfare, train, bus and/or a rental vehicle.

- Furniture transportation expenses, including commercially rented equipment for hauling and commercially purchased moving materials or moving services.

- Mileage, gas and taxes incurred while using commercially rented equipment or vehicle. Receipts are required for fuel costs.

- Lodging costs for one night, one room if the distance between the current residence and the new residence is more than 400 miles.

Expenses that are not covered in the Relocation Assistance program include:

- Moving costs associated with the use of a Privately Owned Vehicle (POV).

- Moving costs for recreational or large luxury items such as boats or recreational vehicles.

- Moving costs that cannot be substantiated by a receipt or estimates from a commercial company or service provider.

Relocation Assistance award payments will be based on a one-time submission of receipts, statement of costs, and/or estimates for the entire household. If your relocation is planned for the future, you must submit verifiable estimates including anticipated travel dates.

For more information on FEMA's Relocation Assistance program or to request relocation assistance, call 1-800-621-FEMA (3362) (TTY: 1-800-462-7585) between 8:00am and 8:00pm (eastern) Monday thru Saturday.  For more information about FEMA's programs, visit the FEMA website at www.FEMA.gov.

Sincerely,

Individuals and Households Program Officer                                    RELONOTC

141001        143

## FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING INFORMATION UPDATE

NAME OF APPLICANT: Charles Marshall

TELEPHONE NO. 504-392-7631

APPLICATION NO. 93 964 6088

CURRENT STATUS (IF CHANGED)

CURRENT ADDRESS (IF CHANGED)

___ Eligible          ___ Ineligible-Insurance
___ Withdrawn     ___ Ineligible-Other

| | Date: | Action | Initial |
|---|---|---|---|
| TO: **BENEFITS PROCESSING** | | **FAXED TO NPSC** YES___ NO___ | |
| **PLEASE REVIEW APPEAL LETTER** HO INS STLMNT | | **FEDEXED TO NPSC** YES___ NO___ | |
| **ATTACHED:** ITEMIZED REPORT | | **FAXED TO JFO** YES___ NO___ | |
| | | **COURIER TO JFO** YES___ NO___ | |
| | | | |
| **CONTACT NUMBERS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ☒ DR 1603-LA   DRC# 34 | | **CERTIFIED TO BE A TRUE** | |
| ☐ DR 1607-LA   DRC#____ | | **COPY OF THE ORIGINAL** | |
| ☐ DR 1604-MS   DRC#____ | | | |
| ☐ DR 1606-TX   DRC#____ | | | |

RES TYPE: MH  (HOUSE)  OTHER

HA: _IPND_
SBA: _LOSS VFD_
ONA: _NONREF_

| Prepared By: C. NARDUCCI | Date: 1/25/06 | Approved By: _____ |
|---|---|---|
| Housing Representative: | | Supervisor: |

FEMA FORM 90-67          U.S. GPO: 1986—0-716-585/500          THA PROGRAM

FEMA212-014502

2+3

## Statement of Loss

| | |
|---|---|
| Insured: **Marshal Charlas & Carolyn** | Claim Number: **18-R314-889** |

### Coverage A -

Limit of Liability $ 195,012.00

Description: State Farm Estimate 10/15/2005

Amount $ 67,323.29

Total A $ 67,323.29

### Coverage B - Contents

Limit of Liability $ 146,259.00

Description: Refrigerator Food Loss $200. Paying up to the policy limit

Amount

Personal property inventory $238,124.50. Paying up to the policy limit

$146,259.00

Total B $ 146,259.00

### Coverage C - Loss of Use

Limit of Liability  actual

Description: Prohibited Use Form

Amount $ 2,679.00

Additional living expenses 9/14/05 - 12/31/2005 (ALE form)

$12,291.80

Total C $ 14,970.80

### Comments/Supplements:

Policy limit on contents coverage $146,259

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| | | |
|---|---|---|
| Total A + B + C | $ | 228,553.09 |
| Plus Special Coverage | | |
| Total Loss | $ | 228,553.09 |
| Less Depreciation - Cov. A | $ | - |
| Less Depreciation - Cov. B | | |
| Subtotal | $ | 228,553.09 |
| Less Deductible | $ | 750.00 |
| Total Payable | $ | 227,803.09 |
| Less Prior Payment(s) | $ | 5,000.00 |
| Amount Due Now | $ | 222,803.09 |

Daniel Haynes
Signature

11/2/2005
Date

560-233.2 Rev. b-95 Printed in U.S.A.

939646088
DR 1603
MARSHALL

3+3

**Luling Catastrophe Office**
**State Farm Insurance Companies - Fire**
**P.O. Box 1562**
**Boutte, LA   70039**

**11/24/2005**

| | | | |
|---|---|---|---|
| Estimate: | 18-R314-889 | Claim Number: | 18-R314-889 |
| Insured: | MARSHALL, CHARLES | Policy Number: | 18-42-3455-5 |
| Property: | 3500 DICKENS DR | Type of Loss: | Wind Damage |
| | NEW ORLEANS, LA  70131-5530 | Deductible: | $ 750.00 |
| Home: | (504) 451-7145 | Price List: | LANO5F5D3 |
| Business: | (000) 528-0115 | | Restoration/Service/Remodel with Service Charges Broken Out |
| | | Date of Loss: | 8/29/2005 |
| | | Date Inspected: | 10/11/2005 |

### Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 57,026.82 |
| Applicable Sales Tax | @ | 9.000% x | 15,180.29 | 1,366.23 |
| | | | | |
| Replacement Cost Value | | | | 58,393.05 |
| Less Depreciation | | | | (0.00) |
| | | | | |
| Actual Cash Value (ACV) | | | | 58,393.05 |
| Overhead | @ | 10.0% x | 44,651.22 | 4,465.12 |
| Profit | @ | 10.0% x | 44,651.22 | 4,465.12 |
| | | | | |
| Actual Cash Value (Including Overhead and Profit) | | | | 67,323.29 |
| Less Deductible | | | | (750.00) |
| | | | | |
| Net Actual Cash Value Payment | | | | $66,573.29 |

———————————————

Haynes Daniel

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND
LIMITS OF YOUR POLICY.**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

9 39646088
DR1605
MARSHALL

Date *L-4-06*                                    DR Number *34*

## SPECIAL NEEDS INTAKE WORKSHEET
*Special case of physically/mentally/emotionally challenged households that need additional assistance beyond the normal FEMA protocols.*

Referred to Special Needs from:
- ☐ Inspection
- ☐ ARC
- ☐ VAL
- ☐ CR
- ☑ Housing
- ☐ NPSC
- ☐ Congressional
- ☐ Other
- ☐ DRC (#-Location)

Applicant FEMA Registration Number: *939646088*

Applicant Name: *Charles H. Marshall*

Applicant Address: *3500 Dickens Dr. NO, LA. 70131*

County: *Orleans*

Current Phone: *(504) 451-7145*      Alternate Phone: _____

Special Need: (Describe the situation and *specify the need*)
*Chipped Tooth, needs dental attention, no insurance.*

Detailed Directions: (Location of Person) _____

Release of Confidential Information Attached?     ☑ YES        ☐ REFUSED

Date signed: *L-4-06*

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FAX TO: _____

| Date: |  |
|---|---|
| Referred to: | |
| Assistance provided: | |

IHP Applicant Services Reference 5.15
March 2005

3/24/05



U.S. Department of Homeland Security
Washington, DC 20472

---

### AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Louisiana and appropriate agencies of the State of Louisiana responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from Hurricane Katrina, FEMA-DR-1603-Louisiana to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

I understand that it is my choice to sign this Release.

CHARLES H. MARSHALL                             1. 4. 06
Name (Printed)                                  Date

Charles H. Marshall
Signature

Pre-Disaster Address:  3500 DICKENS DR. N.O LA 70131

Current Address:  SAME

Phone or Message # 504-451-7145  FEMA Registration #: 939646088

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
## EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603-0001-11156-1PR | Location # 3500 DICKENS | Lot # N/A |
|---|---|---|
| Reg. ID # 939646088 | NEW ORLEANS  LA  70131 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)     Must keep this unit and the surrounding area clean.

(2)     Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)     Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)     Must accept other housing options, when they become available.

(5)     Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)     Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| CHARLES H. MARSHALL | Charles H. Marshall | 12/3/05 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| CHARLES MARSHALL | 65 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| SC-03-050035 | 127114 | 1S4BT30256301439U |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
| NICK KRANZ | | 12/3/05 |

FEMA212-014507

11/19/2005  21:30   12252950021                 OFFICE DEPOT                    PAGE  02/02

| FEDERAL EMERGENCY MANAGEMENT AGENCY LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT | 1. T.H. APPLICATION NO. 939646099 A | See Reverse side for Instructions and Paperwork Burden Notice | OMB No. 3067-0222 Expires September 30, 2006 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Charles H Marshall | NAME Charles H Marshall |
| ADDRESS (House No. and Street name) 3500 Dickens DR | SITE ADDRESS (House No. and Street name) 3500 Dickens |
| CITY AND STATE (Include Zip Code) New Orleans, LA 70131 | CITY AND STATE (Include Zip Code) New Orleans, LA 70131 |
| PHONE NO. (Include area Code) 504.451.7145 | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of ____8.29.05____ ____1603____ and the furnishings of a temporary
   (date of declaration)   (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no switchment of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) FVA
   Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay ____NONE____/month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | | DATES |
|---|---|---|
| a. OWNER/AGENT | Charles H. Marshall | 11-19-05 |
| b. APPLICANT | SAME AS OWNER | 11.19.05 |
| c. WITNESS | Tom Pickin | 11.19.05 |

FEMA Form 90-31, OCT 02      REPLACES ALL PREVIOUS EDITIONS (this form is also available for download on FEMA's web site)  May 11

COPY OF THE ORIGINAL

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

NOV. 16. 2005  9:22AM   LA IOF                                    NO. 9889   P. 18

## SC-03-050035
# SITE INSPECTION REQUEST
### DR-1603-LA

| Site Control #: SC-03-050035 | Rgsn ID: 939646088A | O/R: |
|---|---|---|

| | |
|---|---|
| Address: 3500 DICKENS DR | Name: MARSHALL, CHARLES H |
| City: NEW ORLEANS    State: LA | Current Address: 3500 DICKENS DR |
| County: Orleans         Zip Code: 70131 | City: NEW ORLEANS          State LA |
| Lot #1:              Lot #2: | County: Orleans              ZipCode: 70131 |
| Land Owner: MARSHALL, CHARLES H | Phone: (504)3927631     Alt Phone: () |
| Phone: (901)3682327  *TN.* | P-Code: P-4TTP |
| Park Name: *<P) 504.451.7145* | TT's Needed:      1     MH's Needed:     0 |

| | Company | Address | Phone |
|---|---|---|---|
| ☒ Electric | Entergy | | |
| ☐ Gas | | | |
| ☒ Water | City | | |
| ☒ Sewer | City | | |

| DIRECTIONS TO SITE |
|---|
| 29.91779          89.98421 |

| SITE NOTES |
|---|
| |

| | |
|---|---|
| Site Inspector:          Assigned:    11/13/2005 Re-Instated: | ☒ Site Feasible |
| | ☐ Site Not Feasible |
| **REASON SITE NOT FEASIBLE** | On Hold Reason |
| | |
| | ☐ Back to PPI |
| | ☐ Ingress-Egress Agreement |

| FAMILY COMPOSITION | | | WITHDRAWN |
|---|---|---|---|
| Name | Relationship | Age | ☐ WVO / Applicant Withdraw |
| | | | Withdrawn Date |
| | | | Withdrawn Reason |

| # HOUSED | |
|---|---|
| BR REQ | |

| INSPECTOR COMMENTS |
|---|
| CALLED  NO  ANSWER  4.10AM 11/17/05.  11.19.05 DO S.R. BIG FAX. |

| SPECIAL NEEDS | CERTIFIED TO BE A TRUE |
|---|---|
| | COPY OF THE ORIGINAL |

| Signature of Site Inspector | Date | Applicant Notified of Site Determination |
|---|---|---|
| Tom Pitkin | 11.19.05 | Date: 11.19.05     By: TWP |
| **SITE INFORMATION** | | **APPLICANT INFORMATION** |

11/15/2005 10:24:19 AM                                          Page 147 of 236

## SITE DESCRIPTION



Berley

DRIVEWAY

Sewer co.
X→ 10'

43'

Electric

3500
Dickens DR.

EXST
HOUSE

10'
X WATER

New
TRLR

D
i
c
k
e
n
s

D
R.

S
i
d
e
W
A
L
K

SC#: SC-03-050035    REG#: 93 9646 088 A

APP NAME: CHARLES H MARSHALL

ADDRESS: 3500 Dickens DR
New Orleans, LA 70131

INSPECTOR: Tom Pitkin

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSTALLATION WORK ORDER**

| 1. SITE CONTROL NO. | 2. WORK ORDER NO. |
|---|---|
| SC-03-050035 | |

### 3. APPLICANT/SITE INFORMATION

| | | |
|---|---|---|
| NAME (Last, First, Middle Initial) MARSHALL, Charles H | | TIN NO. 939646089A |

### 4. CONTRACT WORK ORDER INFORMATION

| CONTRACTOR | INSPECTOR |
|---|---|

| SITE ADDRESS (House No. and Street Name, or Pad No.) 3500 Dickens DR | DATE WORK ISSUED | ISSUED BY | DATE SCH. COMPL. |
|---|---|---|---|

| CITY AND STATE New Orleans, LA | COUNTY 70131 | 5. SITE TYPE: ☐ Comm. ☒ Private | ☐ Group ☐ EGS | 6. UNIT TYPE ☐ MH ☒ TT ☐ Other | 7. UNIT NO. |
|---|---|---|---|---|---|

### B. INSTALLATION

| ITEM NO. | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | 1 | | |
| ☒ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 3" Sewer Line Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☒ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☒ | Power Pole and Meter Loop 30 AMP | Each | 43 | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☒ | Pedestal w/ 30 AMP Breaker | | | | |
| ☐ | | | | | |
| | | | | WORK ORDER TOTAL: | |

**9. PLOT PLAN/DIRECTIONS/COMMENTS:** (If more space is needed, use blank sheet and attach)

Berkley DR.

DICKENS DR

**10. CERTIFICATION AND SIGNATURES** - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR Tom Pitkin | DATE 11.19.05 | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05

**CERTIFIED TO BE A TRUE**
**COPY OF THE ORIGINAL**

NOV. 22. 2005   7:47PM    LA TOP

RECEIVED NOV 2 3 2005

## Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0003-11156-IPR | 11/22/2005 | DEVYN SINGLETON | CH2MHILL |

### Site Information

Site Type   ☐ Commercial   ☐ Group   ☐ EGS   ☑ Private

Site Control # SC-03-050035

Park Name

Street 3500 DICKENS DR

City NEW ORLEANS

State LA

Zip 70131

County Orleans

Lot # (if applicable)

Site Directions

### Unit Information

| | Unit # | Barcode # | VIN # |
|---|---|---|---|
| ☑ TT | | 127714 | |
| ☐ MH | | | |
| ☐ PM | | | |

Special Instructions

FEMA Signature _Degg Alwin_ 4/27/05

Driver's Name _Charles Counter_

Driver's Licence # _1840929 TX_

Trucking Company _Air Mart_

License Plate # _295 ZD1_

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

DR-1603-LA

11/22/2005 4:09:39 PM

9:00a

*(handwritten left margin:)* Serial # TT mileage OCP Qwayne Luthrill site Jena yard   Ending FEB-01712   Beginning

*(handwritten right margin:)* TT Setup complete

FEMA212-014512

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

1. R77114    154 BT02586301939G9

| 3. TYPE OF INSPECTION | 4. TYPE OF FACILITY | 5. APPLIANCES | | | | 6. UNIT INFO. |
|---|---|---|---|---|---|---|

**3. TYPE OF INSPECTION**

| | Transport | Dispatch | Receipt |
|---|---|---|---|
| Storage | | | |
| Staging | | | |
| Site | | | X |
| RFO | | | X |
| Move In | | | X |
| Move Out | | | |

**4. TYPE OF FACILITY**

- [ ] Other
- [ ] Mobile Home
- [X] Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | Suburban | SRNA3SBBH | 059611933 |
| Microwave | Goldstar | MCO MW2-B | MGS04TA06179 |
| Refrigerator | Dometic | RM4652 | 910 08661 |
| A/C | DOMETIC | 3991 S41 | 541 3237L |
| Water Heater | Suburban | SW6P | 0541900589 |

**6. UNIT INFO.**

a. Manufacturer: SUN VALLEY ELKHART
b. Year: 2005
c. Size (FL, inc towing hitch): 30
d. Number of Bedrooms: 2

**7. INSPECTIONS**

- [X] Disaster
- [ ] Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**

N = New   G = Good   P = Poor   D = Damaged   M = Missing

Handicap: [ ] Yes  [X] No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | Condition | | | **First Bedroom** | Condition | | | **Bathroom** | Condition | | |
| Dinette Table | N | | | Double Bed, Complete | | | | Commode | N | | |
| Dinette Chairs ( 8 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | N | | | **Second Bedroom** | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete R w/K | N | | | Light Fixtures | | | |
| Sink | | | | Mirror   N/A | | | | **Exterior Condition** | | | |
| Light Fixtures | | | | Cabinet Storage   N/A | | # | | Water Heater | N | | |
| Fire Extinguisher | | | | Curtains & Rods | N | | | Doors | | | |
| A/C    Living Room | N | | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | N | | | **Third Bedroom** | | | | Windows | | | |
| Arm Chair   NA | | | | Double Bed, Complete | | | | Screens | | | |
| End Table   NA | | | | Mirror | | | | Front Panels | | | |
| Coffee Table   NA | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | N | | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | N | | | Light Fixtures | | | | Right Side Panels | | | |
| **Hall** | | | | **Interior Condition** | | | | Roof Vents | | | |
| Furnace | N | | | Floor Covering | P | | | Towing Hitch | | | |
| Smoke Detectors | N | | | Wall Panels | N | | | Axles & Springs | | | |
| Light Fixtures | N | | | Ceiling Panels | N | | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE          LEFT SIDE          FRONT          REAR

NOTE:  Tail light harness furnished by:  [ ] Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W.O. No. 1603-0003- 1115 6-1PR | INSPECTOR SIGNATURE   NICK KRANZ | DATE 12/3/05 |
|---|---|---|---|
| 12. OCCUPANT NAME MARSHALL, CHARLES | | ADDRESS 3500 DICKENS NEW ORLEANS, LA   70131 | THA No. 9396'46088A |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| | NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|---|
| Dispatch To/From Storage | | | |
| Receipt To/From Storage | | | CERTIFIED TO BE A TRUE |
| Dispatch To/From Site | | | COPY OF THE ORIGINAL |

| OCCUPANT SIGNATURE (Move In or Move Out) Charles K. Marshall | DATE 12/3/05 | FEMA REP. SIGNATURE | DATE |
|---|---|---|---|

FEMA Form 90-13, JULY 05

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | BAR CODE (B/c #)¹²⁷⁷¹¹⁴ 1277114 | CONTRACT WO NUMBER 1603-0003-11156-1PR | SITE CONTROL NUMBER 8C-03- |
|---|---|---|---|
| APPLICANT NAME MARSHALL, CHARLES | T.H. No. 939646088 | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | |

**1. INSPECTION** (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

| | | | |
|---|---|---|---|
| ☒ Blocked | ☒ Sewer Connected | ☐ Permits (ele) | ☐ Permit Block & Tie |
| ☒ Steps/Ramp | ☒ Electric Connected | ☐ Permit (meh) | |
| ☒ Water Connected | ☐ Gas Connected | ☐ Permits (gas) | |

COMMENTS - INSTALLATION OR SITE CONDITIONS:

INSPECTOR _[signature]_                                    DATE 12/3/05

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency, without:

| ☐ Water Connection | ☐ Electricity Connection | ☐ Sewer Connection | ☐ Gas Connection |
|---|---|---|---|

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:       DIRECT HOUSING OPERATIONS (DHOPS)

~~CERTIFIED TO BE A TRUE~~
COPY OF THE ORIGINAL

Applicant will not occupy until the following utilities are connected:

| ☐ Sewer | ☐ Electricity | ☐ Permits (ele) | ☐ Water | ☐ Gas | ☐ Permits (meh) | ☐ Permits (gas) |
|---|---|---|---|---|---|---|

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

### Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) Make sure water is on before starting the hot water heater.
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Lite the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

'11/19/2005 21:30 12252950021  OFFICE^DEPOT  PAGE 01/02

# Office DEPOT
## What you need. What you need to know.

### Fax Transmission
**PLEASE PRINT**

TO: Tommy Pitkin  FROM: Charles H. Marshall

FAX NUMBER: 504-613-2331  SENDER'S PHONE #: 504-451-745

DATE: 11/19/05  # OF PAGES: 1

Customer's Notes: _____

_____

_____

_____

Receiver: If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

X _____
(CUSTOMER'S SIGNATURE)

## VISIT OFFICE DEPOT FOR YOUR:

- Color Copies- Black & White Copies
- Digital and High Volume Copies
- Business Cards, Letterhead and Envelopes
- Custom Pre-Inked Stamps
- Customs Signs and Banners
- UPS Shipping Service
- Passport Photos
- Ad Specialties

**Store Information**

OFFICE DEPOT STORE #388
7074 SIEGEN LANE
BATON ROUGE, LA 70809
PHONE: 225/295-0011
FAX: 225/295-0021

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

### Thank you for using Office Depot's Customer FAX Service

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. 939146094 A | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME *Charles H Marshall* | NAME *Charles H Marshall* |
| ADDRESS (House No. and Street name) *3500 Dickens DR* | SITE ADDRESS (House No. and Street name) *3500 Dickens* |
| CITY AND STATE (Include Zip Code) *New Orleans, LA 70131* | CITY AND STATE (Include Zip Code) *New Orleans, LA 70131* |
| PHONE NO. (Include area Code) *504. 451. 7145* | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of _8-29-05_ _1603_ and the furnishings of a temporary
                                                                                     (date of declaration)   (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

   a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the Untied States Government.

   b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

   c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

   d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

   e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) *N/A*
   Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _None_ /month rental for use of the property. (Mark "None" if no rental is to be charged).

| B. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT | |
| b. APPLICANT | |
| c. WITNESS | |

FEMA Form 90-31, OCT 02        REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

FEDERAL EMERGENCY MANAGEMENT AGENCY
INDIVIDUALS and HOUSEHOLDS PROGRAM (IHP)
TEMPORARY HOUSING OCCUPANCY AGREEMENT

FEMA APPLICATION/ REGISTRATION NO.: __939646088A__     Federal Disaster Declaration No.: __1603__
LOCATION OF TEMPORARY RESIDENCE:
State: __LOUISIANA__                                    Parish/County: __Orleans__

This Agreement made and entered into on ____12/3/2005____, 200___, between the Federal Emergency Management
Agency, herein called "FEMA" and __MARSHALL, CHARLES H__ herein called the "Occupant".

1.  FEMA hereby allows Occupant use of the following described premises
    __3500 DICKENS DR__     __NEW ORLEANS    LA    70131    UNIT# 0__
              (Complete address, including unit number. Attach map or narrative description if rural route)

    ☑ Manufactured Housing Unit          ☑ Furnished          Number of bedrooms    __2__
    ☐ Other (Specify) _____          ☐ Unfurnished        Number of baths       __1__

    Additional description of premises: _____     BC# __1277114__          VIN# __1S4BT302563014399__
                                        This assistance is to be used exclusively as a family residence and
    solely for Occupant's household listed as follows: __CHARLES H. MARSHALL__
                                        . The Occupant must notify FEMA, in writing, within 7 days of any change in household
    composition. FEMA reserves the right to relocate Occupant to other premises at any time.

2.  All parties agree that this Agreement is not intended to, nor does it create, a relationship of Landlord and Tenant between FEMA
    and Occupant. Occupant further agrees and understands that this Agreement does not create a property interest of Occupant in
    the unit.

3.  Occupant understands that FEMA is providing this unit as temporary housing assistance to respond to the disaster-related
    housing needs of Occupant. Temporary housing assistance, including direct housing assistance, is a discretionary benefit under
    42 U.S.C. § 5174 and 44 CFR § 206.117. Occupancy of the above-described unit is subject to recertification of continuing
    eligibility for direct housing assistance, the termination provisions in paragraph nine (9) hereof, and 44 CFR § 206.117.
    Occupant acknowledges that the premises provided herein are temporary and it is expressly understood that this Agreement in no
    way guarantees continued assistance.

4.  Occupant agrees to diligently work to obtain permanent accommodations at the earliest possible date. Occupant further agrees to
    accept adequate alternate housing when it becomes available.

5.  If Occupant is eligible for any payments or allowances for temporary housing needs from insurance, such as Additional Living
    Expenses (ALE), Occupant agrees to reimburse FEMA for the cost of using the unit provided, or the housing portion of the
    monthly ALE benefit, whichever is less.

6.  Occupant is responsible for the payment of all utility charges during the term of occupancy, including deposits.

7.  Maintaining Unit:
    a.  Occupant agrees to promptly notify FEMA or Party identified by FEMA responsible for maintenance when any damage
        or defect is found so that repairs can be made as necessary. The Party responsible for providing maintenance services is
        __Smith__                        and can be reached at (Phone) __1-866-476-7329__
        If damages or injury occur as a result of Occupant's failure to report any damage or defect found within the unit, Occupant
        will be liable for the resultant damages and injury.
    b.  Occupant will make no major repairs to the unit without FEMA's prior written consent. FEMA will not pay for repairs
        made by Occupant without prior written consent.
    c.  Occupant agrees to keep the unit in a clean and orderly condition. Occupant agrees to surrender the unit in as good a state
        and condition as it was in at the commencement of the Agreement, less ordinary wear and tear. Occupant will be charged
        for any costs or repairs that are the result of abuse or negligence of Occupant, Occupant's family or guests.
    d.  The condition of the unit, and the furnishings and other property provided in the unit by FEMA, will be inspected and will
        be inventoried at the commencement date of this Agreement. A copy of the inspection and inventory checklist of such
        property and unit will be signed by the Occupant and will be attached to and made a part of this Agreement. At the
        expiration of this Agreement, Occupant will return the furnishings and other property in the condition existing at the time of
        move-in, less ordinary wear and tear, or will pay the reasonable value for any items not returned to FEMA in such condition.
        All personal property placed in the unit will be at the sole risk of Occupant, for which FEMA assumes no liability.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

b. Occupant will not make any changes or structural alterations, disable any safety devices (i.e. smoke detectors); paint any portion of the unit; and/or install any awnings, or other projections including, but not limited to, radio or television aerials or satellite dishes on the unit, without the prior written consent of FEMA.

c. FEMA will retain duplicate keys to all of the doors of the unit. Subject to a minimum of twenty-four (24) hours prior written notice, FEMA or its managing agency, will have access to the unit during reasonable business hours to make inspections or to make repairs. **In the case of an emergency, prior notice is not required.** Occupant will not, without FEMA's prior written consent, alter, re-key or install any locks to the unit or install any security system.

8. Occupant will not assign or transfer this Agreement or sublet any portion of the unit described above. In the event the Occupant vacates the unit, with or without notice to FEMA, this Agreement, will be deemed terminated, and FEMA will have the right to re-enter and take immediate possession. Occupant accepts liability for any unpaid utilities, damages or other costs if applicable. If Occupant vacates the premises without giving notice, that is, abandons the unit, Occupant accepts liability for damages resulting from the abandonment.

9. FEMA may terminate this Agreement, at any time, by giving Occupant a written Notice of Termination, 15 days prior to the date of termination. Reasons for termination, under this notice provision include, but are not limited to, the following: (a) adequate alternate housing is available; (b) the occupant(s) does not provide evidence documenting that they are working towards a permanent housing plan; (c) failure to reimburse FEMA when funds are received from insurance coverage; (d) the period of assistance expired under § 206.110(e); (e) failure to pay utility, or other appropriate charges; (f) failure to utilize and maintain the unit; (g) determination that temporary assistance was obtained through misrepresentation or fraud; (h) causing or permitting any disturbing noises, objectionable or improper conduct or any other act which will unreasonably interfere with the right, comforts or convenience of others; and (i) Occupant's failure to comply with any term of this Agreement.

FEMA may terminate this Agreement, at any time, by giving Occupant a written Notice of Termination, 24 hours prior to the date of termination for the following: acts or conduct which pose an imminent threat to public health or safety.

A Notice of Termination will state: (1) the reasons for termination; (2) the date of termination; and (3) the administrative procedures required for appeal if Occupant wishes to dispute the termination. Upon termination of the Agreement, FEMA shall have the right to re-enter and take possession of the unit.

10. If Occupant does not vacate the unit at the termination of this Agreement, Occupant will be responsible for reimbursing FEMA for use of the unit, accruing from the date of the notice to terminate.

11. If Occupant decides to move from or vacate the unit, Occupant must provide written notice to FEMA at the following address:
*1-800-621-FEMA OR 1-866-231-8037*

12. The Occupant agrees to abide by the park rules if the unit is a mobile home or travel trailer situated on a group site maintained by FEMA, or its managing agency, or if the unit is a mobile home or travel trailer situated in a commercial park. Failure to abide by the park rules will constitute grounds for terminating this Agreement.

13. For a private site, occupant agrees to comply with all relevant local ordinances. Failure to abide by local ordinances will constitute grounds for terminating this agreement. Occupant further agrees that FEMA is granted a right of entry on private property to repossess the unit in the event of termination as set forth in paragraph 9 and to hold FEMA and its agents harmless for any damage as a result thereof.

14. Occupant and FEMA agree that this Agreement, with any attachments hereto, constitutes the entire agreement of the parties. Any modifications or changes to this Agreement must be in writing, signed by the parties, and attached to this Agreement.

15. It is understood and agreed that the unit herein is provided under emergency conditions as disaster relief with the assistance of the United States of America, and that the use and occupancy of the unit will, in addition to the terms and conditions set forth, be governed by rules, regulations, decisions, and emergency authority of the United State of America acting by and through FEMA or its managing agency.

The parties hereby agree to the terms of this Agreement.

_1.11.07_ _Samantha Ph__  _____       _1.11.07_ _Charles H. Marshall_ _____
Date     FEMA Representative                Date                    Occupant

                                           _____
                                           Date            Spouse/Co-Occupant

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

01/JAN. 2. 2008  2:30PM 25  34 VOLAG   CCS                          NO. 304   P. 15/20

Case Manager or Requester's Name: BDouglas
Submitting Agency: _____   Fax Number: _____
Requesting Parish/County: _____   LTRC/UNIT: _____
Phone number: _____

U.S. Department of Homeland Security
Washington, DC 20472

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the States of Texas, Louisiana, Mississippi, Florida or Alabama and appropriate agencies of the States of Texas, Louisiana, Mississippi, Florida or Alabama responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared: Hurricane Katrina, FEMA DR-1603-LA, FEMA DR-1604-MS, FEMA DR-1605-AL; Hurricane Rita, FEMA DR-1607-LA, DR-1606-TX; Hurricane Wilma, FEMA DR-1609-FL to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL – I chose to exclude the following agencies from access to this information:

_____

I understand that it is my choice to sign this Release.

CHARLES H. MARSHALL                    5-2-07
Name (Printed)                         Date

Charles H. Marshall
Signature

Pre-Disaster Address: 3500 Dickens Dr. No. LA 20131

Current Address: Since 3500 Dickens Dr. 16411 S. Harrells Ferry Rd. Apt 3515, BR, LA 70816

Phone or Message #: 504-451-2145 FEMA Registration #: 939646088

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL  CCS 10-6

FEMA212-014520

08/06/2008 11:07 FAX 504 733 1629                                    ☒001

## FEMA - RECERTIFICATION DEPT
*From:*

_____ Area 3 – Alexandria LA
_____ Area 4 – Lake Charles LA
_____ Area 5 – Baton Rogue LA
_____ Area 6 – Hammond LA
___✓___ Area 7 – New Orleans LA
_____ Area 9 – Belle Chasse LA

# Fax Transmittal

**To:** _NPSC_                          **Date:** _8/6/08_
**Fax:** _1-800-829-8112_              **# Pages:** _2_

**From:** _Receit_                      **Phone:** _504-739-7792_
**Name:** _S.Rowland_                   **Fax:** _504-739-7772_

**App Name:** _Marshall, Charles_      **Reg Number:** _939646088_

## DO NOT CREATE WORKPACKET

## SCAN ONLY

## RECERTIFICATION

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Revised Jan 08

PAGE 1/2 * RCVD AT 8/6/2008 12 03 01 PM [Eastern Daylight Time] * SVR:RCLI3A20/0 * DNIS 1000 * CSID 504 733 1629 * DURATION (mm-ss) 01-15

FEMA212-014521

08/06/2008 11:07 FAX 504 733 1629                                                     ☑002

## Federal Emergency Management Agency
### Habitability Assessment Worksheet

| APPLICANT NAME | REGISTRATION # | ( X ) OWNER |
|---|---|---|
| MARSHALL, CHARLES | 939646088 | ( ) RENTER |
| ADDRESS OF UNIT | CURRENT PHONE  ( 504-451-7145 | |
| 3500 DICKENS DR. | | |
| NEW ORLEANS LA.      70131 | LEASE IN DATE      12/3/2005 | |

### ASSESSMENT

| | | | Ingress/Egress | | |
|---|---|---|---|---|---|
| Applicants Currently Living in Damaged Dwelling | YES | NO  X | | YES  X | NO |
| | | | Utilities On | | |
| Is the Damaged Dwelling  Safe | YES  X | NO | | YES  X | NO |
| | | | Exterior Doors w/ Working Locks | | |
| Is the Damaged Dwelling Sanitary | YES | NO  X | | YES  X | NO |
| | | | Windows w/ Working Locks | | |
| Is the Damaged Dwelling Secure | YES  X | NO | | YES  X | NO |
| | | | Electrical | | |
| Is one bathroom repaired and functional | YES | NO | | YES | NO  X |
| | | | Plumbing | | |
| Is kitchen with stovetop repaired and functional | YES | NO  X | | YES  X | NO |
| | | | Heat and/or Air | | |
| Number of BEDROOMS  _3_  Required | | | | YES | NO  X |
| Number of BEDROOMS  _1_  Habitable | | Floors | | YES | NO  X |
| | | | Walls/Ceilings | | |
| | | | | YES | NO  X |

ASSESSMENT OF DD:      INSIDE CONDITION      ( ) GOOD  ( ✓) BAD
OUTSIDE CONDITION      ( ✓) GOOD  ( ) BAD

DECISION:  ( ) DD HABITABLE      ( X ) DD NON-HABITABLE

APPLICANT STATES IT WILL ONLY TAKE ABOUT 1-2 MONTHS FOR A COMPLETION OF REPAIRS.
APPLICANT HOUSE HAS MOLD AND MILDREW, NEEDS CEILING AND WALLS, FLOORING.
HOUSE NEEDS THE REMOVABLE OF THE CEILING, WALLS, AND CARPETS. CONTRACTOR HAS
CHANGED THE ROOF. APPLICANT HAS A WRITTEN PROPOSAL FOR THE REST OF THE WORK ON
HOUSE. CONTRACTOR IS PETE, 504-654-7523. APPLICANT STATES HE HAS PAID MONEY TO THIS
CONTRACTOR AND IS WAIT FOR HIM TO RETURN TO FINISH TI WORK ON HIS HOUSE.

HOUSING ADVISOR/ASSESSOR: _Jerelia   Rowland_      DATE  _8/6/08_

ASSESSOR's SIGNATURE: _Jerelia   Rowland_

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014522

09/18/2008 15:40 FAX 504 733 1629                                    ☒001

## FEMA - RECERTIFICATION DEPT
*From:*

_____ Area 3 – Alexandria LA
_____ Area 4 – Lake Charles LA
_____ Area 5 – Baton Rogue LA
_____ Area 6 – Hammond LA
___✓_____ Area 7 – New Orleans LA
_____ Area 9 – Belle Chasse LA

# Fax Transmittal

To: *NPSC*                          Date: *9/18/08*
Fax: *1-800-827-8112*               # Pages: _____

From: *Recert*                      Phone: *504-739-7792*
Name: *S.Rowland*                   Fax: *504-739-7772*

App
Name: *Marshall, Charles*           Reg
                                    Number: *939646088*

*"Lease"*

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

PAGE 1/17 * RCVD AT 9/18/2008 4 36 00 PM [Eastern Daylight Time] * SVR.RCLI3A20/2 * DNIS 1000 * CSID 504 733 1629 * DURATION (mm-ss) 09-55

FEMA212-014523