09/18/2008 15:40 FAX 504 733 1629                                                                 @002



## APARTMENT LEASE

Date.  __09/16/2008__

__Baywood Apartments__ (hereinafter referred to as Lessor) hereby leases to:

   Charles Marshall

The lessee agrees to lease an apartment upon the following terms

1    Address.        __520 Wall Blvd__
     Apartment #:    __085__      City    __Gretna__           State.    __LA__    Zip Code    __70056__

2.    TERM, RENT, SECURITY DEPOSIT, LATE FEE AND OTHER CHARGES:

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | Gross Rent | $770.00 | Per Mo. | G | Lease Deposit | $300.00 |
| B. | Term: | 6 | Months | H. | Pet Rent | $N/A |
| C. | Beginning | 09/16/2008 | | I. | Non-Refundable Pet Fee | $N/A |
| | | | | | Refundable Pet Deposit | $N/A |
| D. | Ending | 02/28/2009 | | J | NSF Fee | $50.00 |
| E. | Pro-Rate Rent | $385.00 | | K. | Cleaning Fee | $125.00 |
| | Period covering | 09/16/2008 | To 09/30/2008 | | | |
| F. | Net Rent | $645.00 | For rent paid | L | Late Fee | $75.00 + $10.00 per day |
| | after the | 1ˢᵗ (First) | of the month | M. | Cancellation Fee | $1540.00 |
| | | | | N | Utilities | See Addendum |

3.   LIKE TERM (RENEWAL)
If Lessee, or Lessor, desires that this lease terminate at the expiration of its term, he must give to the other party a written notice at least 30 days prior to that date. Failure of either party to give this required notice will automatically renew this lease and all terms thereof. This provision is a continuing one and will apply at the expiration oft he original term and at the expiration of each subsequent term.

4.   LEASE DEPOSIT
The deposit (Letter G), which is non interest bearing, is to be held by *Lessor as security for the full and faithful performance of all of the terms and conditions of this lease*. This lease deposit is not an advance rental and Lessee may not deduct any portion of the deposit from rent due to Lessor This lease deposit is not to be considered liquidated damages  Lessee does not have the right to cancel this lease and avoid his obligation thereunder by forfeiting the said deposit.

Lessee shall be entitled to return of the said deposit within 30 days after the lease termination date provided said leased premises are returned to Lessor in as good condition as they were at the time Lessee first occupied same, subject only to normal wear and tear and after all keys are surrendered to Lessor.  Lessee agrees to deliver the premises clean and free of trash at the termination of the lease.  Lessee hereby agrees to pay a non-refundable general cleaning fee, which is automatically deducted from the deposit when Lessee vacates, in the amount of (Letter K)  This is for normal cleaning of the apartment that Lessee has vacated. Upon return of premises to the Lessor from the Lessee, should more than normal cleaning be required, an additional cleaning fee will assessed

In the event of any damages to the leased premises or equipment therein, reasonable wear and tear excepted, caused by Lessee, his family, guest or agents  Lessee agrees to pay Lessor when billed the full amount necessary to repair or replace the damaged premises or equipment.

Deductions will be made from the security deposit to reimburse Lessor for the cost of repairing any damage to the premises or equipment or the cost of replacing any of the articles or equipment that may be damaged beyond repair, lost or missing at the termination of the lease. Deductions will also be made to cover any unpaid amounts owed to Lessor for any such damage or loss occurring prior to termination of the lease and for which Lessee has been billed In the event that such damages or cleaning charges exceed the amount of the deposit, Lessee agrees to pay all excess cost to Lessor In the event there has been a forfeiture of the security deposit, charges for damages and cleaning shall be paid in addition to the amount of the said deposit

Notwithstanding any other provisions expressed or implied herein, it is specifically understood and agreed that the entire deposit shall be automatically forfeited as liquidated damages should Lessee vacate or abandon the premises before the expiration of this lease, except where such abandonment occurs during the last month of the term of the lease. Lessee has paid all rent covering the entire term and either party has given the other timely written notice that this lease will not be renewed under its automatic renewal provisions

   Page 1 of 4                                                                 Revised August 1999

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014524

5.  OCCUPANTS
The apartment must be used only as a private residence apartment. The Lessee's apartment shall be occupied by the Lessee and the following persons:
NAME                                RELATIONSHIP                            SSN

6.  PETS
No pets are allowed to live on the premises at any time. However, this provision shall not preclude Lessor from modifying any lease to allow pets by mutual written agreement between Lessor and Lessee

7.  SUBLEASE
Lessee is not permitted to post any "For Rent" signs, rent, sublet or grant use or possession of the leased premises without the written consent of Lessor and then only in accordance with this lease.

8.  DEFAULT OR ABANDONMENT
Should the Lessee fail to pay the rent or any other charges arising under this lease promptly as stipulated, should the premises be abandoned (it being agreed that an absence of Lessee from the leased premises for five consecutive days after rentals have become delinquent shall create a conclusive presumption of abandonment) by Lessee or should Lessee begin to remove furniture or any substantial portion of Lessee's personal property to the detriment of Lessor's lien, or should voluntary or involuntary bankruptcy proceedings be commenced by or against Lessee, or should Lessee make an assignment for the benefit of creditors, then in any of said events Lessee shall be ipso facto in default and the rent for the whole of the unexpired term of the lease together with the attorney's fees shall immediately become due. However Lessor may proceed one or more times for past due installments without prejudicing his rights to proceed later for the rent for the remaining term of the lease. Similarly, in the event of any such default Lessor retains the option to cancel the lease and obtain possession of the premises by giving Lessee written notice to vacate the premises. In the event of such cancellation and eviction Lessee is obligated to pay any and all rent due and owing through the last day said premises are occupied, Lessee is obligated to pay any eviction cost.

9.  OTHER VIOLATIONS & NUISANCE (A)
Should the Lessee or guest at any time violate any of the conditions of this lease, and/or the rules and regulations, other than the conditions provided for in the immediately preceding paragraphs under the heading "Default and Abandonment" or should the Lessee discontinue the use of the premises for the purposes for which they are rented or fail to maintain a standard of behavior consistent with the consideration necessary to provide reasonable safety, peace and quiet in the apartment community, such as by being boisterous or disorderly, creating undue noise, disturbance or nuisance of any nature or kind, engaging in any unlawful or immoral activities, or failure to abide by the rules and regulations as specified below, and should such violation either continue for a period of five days after written notice has been given Lessee (such notice may be posted on Lessee's door) then, Lessee shall be ipso facto in default and Lessor shall have the option to demand the rent for the whole unexpired term of the lease which shall at once become due and eligible or to immediately cancel this lease and obtain possession of the premises by giving Lessee written notice to vacate the premises. Creating fire on the premises are grounds for immediate eviction.

OTHER VIOLATIONS & NUISANCE (B) DRUG FREE HOUSING
Lessee, any member of the Lessee's household, or guest or other person on Lessee's premises shall not engage in or shall not permit the premises to be used for, or to facilitate criminal activity on or near the premises, including but not limited to criminal activity or drug-related criminal activity. Any such violation is a material default of this lease agreement and shall authorize the Lessor, at Lessor's sole discretion, to terminate the lease agreement without an opportunity to cure any such default.

10.  RULES & REGULATIONS
Lessee acknowledges receipt of a copy of the rules and regulations, which are attached to and form a part of this lease. Lessee agrees to comply with all such rules and regulations and with all reasonable rules and regulations hereafter adopted by the Lessor and posted in or about the apartment community and/or mailed or delivered to Lessee.

11.  WARRANTY
Lessor warrants that the leased premises are in good condition. Lessee accepts them in such condition and agrees to keep them in such condition during the term of the lease at his expense and to return them to Lessor in the same condition at the termination of the lease, normal decay, wear and tear accepted.

12.  OCCUPANCY
Should Lessee be unable to obtain occupancy on the date of the beginning of the lease due to causes beyond control of Lessor. This lease shall not be affected thereby, but Lessee shall owe rent beginning only with the day on which he can obtain possession. Should the property be destroyed or materially damaged so as to render it wholly unfit for occupancy by fire or other unforeseen event not due to any fault or neglect of Lessee, then Lessee shall be entitled to a credit for the unexpired term of the lease. However, Lessee shall not be entitled to a reduction of the monthly rent or cancellation of this lease because of a temporary failure of utilities, heat, air conditioning or temporary closing of swimming pool or other amenities. Lessor has the right to terminate the lease in case of damages to the unit.

13.  ADDITIONS & ALTERATIONS
Neither Lessor nor Lessee shall make any additions or alterations to the premises without permission of the other. However, Lessor or his employees shall have the right to enter the premises for the purpose of making repairs necessary to the preservation of the property. Any additions made to the property by the Lessee shall become the property of the Lessor at the termination of this lease unless otherwise stipulated herein.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014525

09/18/2008 15:42 FAX 504 733 1629                                                                                                  004
Sep 16 2008 4:27PM   BAYWOOD APTS                                    504 392 6847                              p. 4

No holes shall be drilled in the walls, woodwork or floors  No painting or papering of walls is permitted.

No waterbeds. No foil in windows. No hurricane tape allowed staying in windows after danger ceases.

**14.    LIABILITY**
If any employee of Lessor renders any other services (such as parking, washing or delivery of automobiles, handling of furniture or other articles, cleaning the rented premises, package deliver, or any other service) for or at the request of resident, his family, employees or guests then, for the purpose of such service, such employees shall be deemed the servant of Lessee, regardless of whether or not payment is arranged for such service, and Lessee agrees to relieve Lessor and hold Lessor harmless from any and all liability in connection with such service.

The Lessor shall not be liable to Lessee's employees, patrons and visitors, or to any other person for any damage to person or property caused by any act, omission or neglect of Lessee of any other resident of said demised premises, and Lessee agrees to hold Lessor harmless from all claims for any such damage, whether the injury occurs on or off leased premises.

Lessee assumes responsibility for the condition of the premises.  Lessor will not be responsible for damage caused by leaks in the roof, bursting of pipes by freezing or otherwise, or any vices or defects of the leased property, or the consequences thereof, except in case of positive neglect or failure to take action toward the remedying of such defects and the damage caused thereby  Should Lessee fail to promptly so notify Lessor in writing of any such defects  Lessee will become responsible for any damage resulting to Lessor or other parties.

Lessee hereby releases, relieves and holds Lessor harmless for any damage or injury to persons or property caused as a result of the use of the swimming pool and other recreational facilities by Lessee or any person making use of said pool and recreational facilities through the use, permission or consent of Lessee.  No person under the age of twelve (12) years of age will be allowed in or about the swimming pool or other recreational facilities unless accompanied by an adult.

**15.    SIGNS & ACCESS**
Lessor reserves the right to post on the premises 'For Sale" or "For Rent" signs at all times  Lessee must allow parties authorized by Lessor to visit the premises at reasonable hours in view of buying said property or in view of renting for 30 days prior to the expiration of this lease. Lessee must also permit Lessor to have access to the premises for the purpose of inspection between the hours of 8:00 a.m. to 5:00 p.m. Lessor has permission to enter the premises without notice in the event of an emergency and other repairs.

**16.    ATTORNEY'S FEE**
Lessee further agrees that if an attorney is employed to protect any rights of the Lessor hereunder, Lessee will pay the fee of such attorney  Such fee is hereby fixed at 25% (twenty-five percent) of the amount claimed or a minimum of $250.00, whichever is greater  Lessee further agrees to pay all court costs and sheriffs charges if any notice costs are charged by Lessor.

**17.    OTHER**
The failure of Lessor to insist upon the strict performance of the terms, covenants, agreements and conditions hereby contained, or any of them, shall not constitute or be construed as a waiver or relinquishment of the Lessor's right thereafter to enforce any such terms, covenants, agreements and conditions, but the same shall continue in full force and effect.

It is understood that the terms "Lessor" and "Lessee" are used in this agreement, and they shall include the plural and shall apply to persons, both male and female. All obligations of Lessee are several and in solido.

This lease, whether or not recorded, shall be junior and subordinate to any mortgage hereafter placed by the Lessor on the entire property of which the leased premises form a part.

In the event that during the term of this lease, or any renewal hereof, either the real estate taxes or the utility costs, or both, should increase above the amount being paid on the leased premises at the inception of this lease, the Lessee agrees to pay his proportionate share of such increase and any successive increases  Such payment or payments by lessee shall be due monthly as increased rent throughout the remainder of Lessee's occupancy and all such sums may be withheld from lessee's lease deposit if not fully paid at the time Lessee vacates the premises. A 30-day notice will be given to Lessee before any increase is made.

A temporary visitor is one who inhabits the property for no more than ten (10) days.

**18.    CANCELLATION FEE**
Should Lessee desire to terminate this lease prior to the expiration thereof, for any reason other than default of Lessor, Lessor shall have the right, at Lessor's sole discretion and option, to permit such early termination of this Lease, provided that the following conditions are met: (1) Lessee, provides a thirty (30) day written notice stating he wishes to terminate his lease early. (2) Lessee pays on Lessor (the parties hereto agreeing that such damages to Lessor from termination are impossible to ascertain at this date, but that the amount described herein would fairly compensate Lessor for such expected damages and represent a reasonable estimation thereof) prior to the date of cancellation an amount equal to the lesser of (Letter M), plus the lease deposit or the balance of the rents reserved to Lessor hereunder, plus the lease deposit. (3) All rents due through the

Page 3 of 4                                                                                                  Revised August 1999



PAGE 4/17 * RCVD AT 9/18/2008 4 36 00 PM [Eastern Daylight Time] * SVR:RCL13A20/2 * DNIS 1000 * CSID 504 733 1629 * DURATION (mm-ss) 09-55

FEMA212-014526

date of termination must be paid prior to vacating the premises. (4) The premises will be left in good clean condition with no damages, ordinary wear and tear excepted. (5) If all these conditions are not met, the Lessor will consider the full Lease term in effect and will pursue legal remedies provided for by the Lease.

**19     WAIVER OF NOTICE**
Upon termination of the right of occupancy for any reason, Lessee hereby expressly waives notice to vacate the premises prior to institution of eviction proceedings in accordance with La. CCP Article 4701 etseq and following La CC Article 2713

**20.     HOLDING OVER**
If lessee holds over and continues in possession of the premises, or any part thereof, after the expiration date of the Lease without Lessors permission, the Lessor may recover double the amount of rent due for each day the Lessee holds over and refuses to surrender possession. Such daily rent shall be computed by dividing the rent for the last month of the Lease by thirty (30) days.

**21.     ADDITIONAL CONDITIONS**
Please pay by check or money order.

$N/A_____     After hour lockout fee will be charged

All persons under twelve (12) must be supervised by an adult when using the swimming pool and other recreational facilities

Lessee hereby acknowledges that Lessor has recommended the purchase of renters insurance to cover Lessees personal liability and damages to personal property

All persons under seven (7) must be supervised by an adult at all times

**ADDITIONAL INFORMATION**
_____

**22.     SECURITY**
Police protection is the function of local parish law enforcement authorities. Lessor cannot be responsible for your personal safety, or the contents of your apartment or automobile. Lessor cannot protect you from unauthorized visitors entering the community Any Courtesy Officer seen on leased premises has been employed to patrol our rental offices and physical plant only. They are not for your personal protection.

**23.     LEAD BASE PAINT**
Disclosure of information on lead-based paint and lead based paint hazards on properties built prior to 1978

(XX) Non-Applicable   (  ) Applicable

If applicable you should have received a pamphlet and signed a disclosure form.
            Apartment lease and all addendums thereto (if any) constitute the entire agreement of the parties. Read all documents
                                before signing. Lessee is entitled to a copy of all signed documents.

I have read and agree to the above Terms and Conditions

| Charles Marshall | _9-16-08_ | | Date |
| Date | | | Date |
| _Sherri Esteves_ | _9-16-08_ | | Date |
| Agent | Date | | |

Page 4 of 4                                                                                           Revised August 1999

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014527

09/18/2008 15:43 FAX 504 733 1629                                    ☒006
Sep 16 2008 4:28PM    BAYWOOD RPTS          504 392 6847        P.6

## Addendum to Lease
### Rent Collection Policies

1.   Rent is due on or before the 1st of each month. Rent is **late** on the opening of business on the 6th day of the month.
2.   A $75 late fee must be included in the rental payment after the 5th of any month plus $10 per day after the late day. The Community Manager does not have the authority to waive any late fees.
3.   Personal checks will not be accepted after the 5th day of the month for late rent. Only money orders or certified funds will be accepted. This payment must include all late charges or fees to bring account to a zero (0) balance. NO EXCEPTIONS.
4.   Partial rent will not be accepted at any time without approval by Community Manager. Management will only accept one check per apartment.
5.   If rent is not paid in full by the 10th of the month, eviction proceedings will begin. An additional fee (court costs starting at $80.00) will be added to the rental amount owed. Rent will not be accepted unless all fees are included. The second time eviction proceedings are filed, the eviction will occur.
6.   All returned checks will also accrue a $50.00 NSF Fee + $75.00 late fee + $10.00 a day until paid in full. Only money orders and certified funds will be accepted.
7.   After two (2) Returned Checks, we will no longer accept personal checks from anyone in the apartment or from anyone on behalf of the resident.
8.   Continuous late payments may result in non-renewal of your lease by Management.
9.   Intent to vacate notices must be in writing a minimum of thirty (30) days prior to move-out and must be countersigned by the Community Manager or Assistant Manager to be valid.

I have read and understand the above policies, as well as all of the attached community policies for Baywood Apartments

| | | | |
|---|---|---|---|
| *Charles Marshall* | 9/16/08 | | |
| Charles Marshall | Date | | Date |
| | | | |
| | Date | | Date |
| | | | |
| *(signature)* | 9/16/08 | | |
| Agent | Date | | Date |

Page 1 of 1

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

PAGE 6/17 * RCVD AT 9/18/2008 4 36 00 PM [Eastern Daylight Time] * SVR:RCLI3A20/2 * DNIS 1008 * CSID 504 733 1629 * DURATION (mm-ss) 09-55

FEMA212-014528

## COMMUNITY POLICIES AND PROCEDURES
## CONVENTIONAL ADDENDUM TO THE LEASE AGREEMENT

It is Management's goal to maintain this development as an outstanding apartment community in this area. In order to promote and maintain this community, and as a condition of residency, Management has established the following policies. All residents and guest must abide by these policies, as they are essential for the comfort and convenience of all community residents

1    **Service Request**  All requests for service should be made to the on-site Management Office. We will in turn relay to the Maintenance team  Any plumbing leak of a serious nature, frozen water lines, lack of heat or electrical failure should be considered an emergency, in which case Management should be notified immediately  Air conditioner problems will not be considered an emergency unless the outside temperature exceeds 85 degrees. Any expense incurred by Management as a result of mistreatment of the apartment or common areas will, insofar as necessary, be assessed against the resident(s) responsible  For your convenience and information, as a set of instructions for the operation of appliances and mechanical equipment is available upon request. If for any reason it should be necessary to call FIRE, RESCUE, or POLICE for assistance, please call 911 directly for help rather than the Management office.  Notify Management immediately AFTER calling the Police, Fire Department, etc. as to the nature of the emergency.

2    **Keys and Locks**. Alterations or replacement of locks or installation of bolts, door knockers, peepholes or other attachments on the interior or exterior of any door must be installed by Maintenance and have Management's prior approval  Management will admit residents who have been locked out of their apartment for the following nominal charges  during office hours, no charge; after hours $N/A.  The amount will be charged to your account and should be paid in full the following business day

3    **Deliveries and Package Acceptance**.  The Management Office will/will not (circle one) accept deliveries for you when you are not at home  If a delivery is to be accepted, you must give the Management Office written authorization and notification prior to delivery.  In may cases, an office representative cannot accompany the delivery person to your apartment in which case a door key will be issued  Consequently, Management will assume no responsibility for the delivery or for any theft or breakage resulting from the delivery.

4.   **Guests**.  Guests and visiting children are welcome at this community  However, if you would like for your guests to use the recreational facilities, you must be with them at all times. Guest and visiting children should limit their stay to no more than one-week duration per visit unless prior written permission has been obtained from Management. You are responsible for the conduct of your guests. Please help make their stay more enjoyable by informing them of the community policies advance  We may exclude guests or others who, in our judgment, have been violating the law, violating the lease or any apartment community rules; or disturbing other residents, neighbors, visitors, or owner representatives.  We may also exclude from any patio or common area a person who refuses to show photo identification or refuses to identify himself as a resident, occupant or guest of a specific resident

5    **Common Areas and Supervision of Children**  All common areas, including but not limited to parking lots, stairwells, breezeways, jogging trails, laundry rooms, courtyard areas, clubrooms, sports courts, sidewalks, creeks, lakes, pools, and lawns must be kept clear at all times of any trash, refuse, bicycles, athletic equipment, riding and other toys  If any such items are noticed by Management personnel and appear to be abandoned, they will be picked up and may be retrieved from the Community Manager's office upon paying a storage fee of $5.00  If not picked up in 30 days they may be disposed of in any manner, including possible donation to a charitable organization.

Common areas are for the use and enjoyment of all residents at the community  No loitering is permitted. Any residents, occupants and/or their guests conducting themselves in any unreasonable or offensive manner shall be subject to removal from the common areas and such conduct shall further constitute a breach of the lease

The riding of bicycles or any other riding vehicles will not be permitted in any common area unless otherwise approved by the Community Manager. The landscaping is provided to enhance the beauty of the community. No playing is allowed in any landscaped area. Play should be limited to those areas designated (when provided by Management) for playing outside games

For health and safety reasons, residents and/or their guest may not serve alcoholic beverages in any common areas.

All persons under the age of 12 residing in the community must be attended by a parent, guardian or legal custodian, or an authorized representative thereof 18 years of age or older, upon the return of the child from school or other activity. Children may not be permitted to remain in the common areas of the community without such supervision and must have access to their apartment, upon return from school or other activity  The failure of Resident to provide such supervision and access shall constitute a breach of the Residents lease.

*Page 1 of 4*

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014529

09/18/2008 15:44 FAX 504 733 1629                                                                    ☑008
Sep 16 2008 4:29PM     BAYWOOD APTS                          504 392 6847            p. 8

**Recreational Facilities.** Please check with the Management Office prior to using the swimming pool or other recreational facilities for the specific polices that govern their use. Use of such facilities is prohibited after hours posted. Please adhere to all posted signage for your safety and protection. For health and safety reasons, persons under the age of 12 must be accompanied at all times by a parent, guardian or legal custodian 18 years of age or older

There are no attendants present at any time at our on-site facilities (including, but not limited to pool, hot tubs, tennis courts, clubroom, exercise facility, saunas, tanning beds, laundry rooms) Therefore, use of our community facilities is solely at the risk of the resident, occupant and/or permitted guests.

Resident agrees to hold the Owner and/or Management harmless for any and all injuries, accidents, or loss suffered by Resident, occupant and/or any permitted guests by reason of any use or misuse of the equipment or facilities of this community.

6.   **Lakes /Ponds.**  If your community has a lake or pond, it is imperative that certain common sense guidelines be followed Swimming, boating, and ice-skating are not permitted. Fishing is/is not allowed. If allowed, minors 12 years of age and under must be accompanied at all times by a parent, guardian or legal custodian 18 years of age or older

7.   **Laundry Facilities.**  Laundry facilities are available for the use by residents during the hours posted  Residents shall not permit persons under the age of 12 to go to the laundry room unless accompanied at all times by a parent, guardian or legal custodian 18 years of age or older. Clothes, laundry baskets, detergents, etc., should not be left unattended in the laundry areas. Please remove your laundry as soon as the machine shuts off. Management is not responsible for loss of or damage to personal articles. Please help Management in maintaining your laundry facility by disposing of lint, empty containers, softening sheets, etc , in a trash receptacle. At no time should the laundry facility waste container be used for your daily accumulation or refuse, nor should the facilities be used as a playroom or storage area.

8    **Entrances, Hallways, and Mechanical Rooms.**  In compliance with the State and Local Fire Codes, bicycles, wagons, carts, and other items are not to be left at entrances or in hallways at any time  Likewise, nothing should be stored in mechanical rooms which contain the furnace and/or hot water heater  Storing items in mechanical rooms could result in damage or personal injury. Please obtain permission from the Management Office prior to posting flyers notices, etc , in any location

9.   **Solicitors and Salespeople.**  Because Management wants all residents to enjoy the privacy of their apartments, we ask that any uninvited solicitors or salespeople be reported to the Management Office immediately.

10.  **Trash Removal Service.**  As part of your Residency, trash removal service is provided on a regular schedule free of charge  Please wrap all refuse securely and place it in the receptacle or chute. Please do not place large articles such as furniture, mattresses, etc., in these areas since the removal service will not dispose of these items. Boxes should be completely collapsed before disposal. If you need to dispose of fireplace ashes, please consult with the Management Office on the proper procedures.

11.  **Disturbance, Noises, Etc.**  Residents must refrain from making or permitting any disturbing noises by their family members or guests. Any noisy or boisterous conduct, including the loud playing of stereos, televisions or musical instruments, which would disturb the peace and quiet enjoyment of other residents is absolutely prohibited. The practice of illegal activities is grounds for eviction

12.  **Patios and Balconies.**  Please help Management maintain an attractive community by keeping your patios or balconies neat and free of unsightly clutter  Final determination of any "questions" displays will be solely at the discretion of Management. Satellite dishes are not permitted on patios or balconies and may not be affixed to the building exterior.

13.  **Exterior Alterations.**  In order to maintain an attractive community and not disturb the architectural designs that have been created, no alterations to the exterior of the building may be made by residents. The only exception will be the displaying of the American Flag on private patios and balconies only, on such days as the 4th of July, Flag Day (June 14th), Memorial Day, Labor Day and other recognized dates. The means of mounting the flag must be approved by Management. Residents may not install their own outside antennas or satellite dishes.

14.  **Interior Alterations.**  Residents wishing to make any alterations such as painting, wallpapering, or hanging decorative light fixtures on the interior of their apartments must first obtain written permission from Management  If approval is given, the following general rule will apply  Upon vacating the apartment, the resident must remove the improvement and restore the apartment to its original condition.

**Window Treatments.**  In order to enhance the appearance of your community, all window treatments must appear white to the outside Sheets, blankets, foil, etc , are not to be hung in place of draperies or blinds. Management reserves the right to determine the acceptability of all window coverings

Page 2 of 4

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014530

15. **Water beds.**  Waterbeds and other liquid filled furniture are permitted with written consent of Management. A copy of your Renters Insurance Policy covering liquid filled furniture must be provided to the Management Office prior to installation of such furniture. This policy must cover the Community for any damage caused by ruptures or leaks of the furniture.

16. **Renter's Insurance.**  It is the responsibility of the Resident to secure renter's insurance for the contents of the apartment in addition to liability coverage for major occurrences. Please make sure your policy is current at all times. Neither the property Owner nor the Management Company will be responsible for residents' belongings.

17. **Furnishings.**  All equipment, appliances and amenities in the apartment are to be used for the purpose intended and in accordance with any instructions provided. Alterations of these furnishings is strictly prohibited without written consent of Management. No appliances (including washer and dryers) may be installed or stored in the apartment unless written permission has been obtained from Management.

Please do not overload your dishwasher and only use detergents made for automatic dishwashers.

Turn on cold water before starting your disposal. To keep your disposal in good working order, do not grind bones, rinds or stringy foods. If your disposal stops, check the reset button (normally located on the outside bottom of the disposal) before reporting the problem to the Management Office.

Do not flush paper towels, disposable diapers, aluminum can tabs, sanitary napkins, tampons, or cotton swabs in the toilets.

If you do not have a frost-free refrigerator, it is to defrost when approximately one inch of ice has built up in your freezer. Please do not use sharp objects to defrost your freezer, as they will puncture the freezer wall.

18. **Pipe Freeze Prevention.**  If you plan to be away from your apartment for any length of time during the cold weather season, remember to leave the heat on in your apartment at a minimum of 60 degrees, drip your faucets and notify the Management Office. Failure to do so may result in damage to water lines from freezing, for which you will be responsible.

19. **Barbecue Grills.**  Barbecue grills are/are not (circle one) permitted on patios and balconies. If permitted, resident assumes all liabilities for damages and losses resulting from use of same. If not permitted on patios/balconies, all barbecue grills must be at least 30 feet from any building structure.

20. **Parking Spaces.**  Due to the distribution of the parking spaces, we request that residents park only one car near their apartment and park any additional cars in extra spaces adjacent to or across from the building. Under no circumstances will parking on the grass or in restricted areas be permitted. Carports and garages are leased to residents on a paid reservation basis. Unauthorized, abandoned, improperly licensed, and out-of-repair vehicles will be towed at the car owners expense. RV's, trailers, and boats are/are not (circle one) permitted. If permitted, they must be parked in designated areas as assigned by Management.

21. **Motorcycles/Mopeds.**  Motorcycles and Mopeds are/are not (circle one) permitted in this community. If permitted, they must be parked in the areas designated by Management with a small wooden board under the kickstand to prevent damage to the asphalt. At no time may gasoline powered vehicles be stored inside the apartment or building, on a patio/balcony or next to a building, in an entranceway, on a sidewalk, or under a staircase. No explosive materials or fluids are to be stored or left in the above areas (such as gasoline or fuel grade alcohol, etc.)

22. **Car Wash and Repair.**  Due to the damage caused to asphalt and landscaping by detergents and cleaning solvents, washing of cars in the community will not be permitted unless designated by Management in a specific area. Management also asks that residents not perform any repairs such as oil changing or engine tuning on their cars in the community.

23. **Pets.**  This community does/ does not (circle one) allow pets. If pets are permitted, permission must be secured in writing from Management with the appropriate deposits or fees paid in full before the pet may reside in your apartment. Visiting pets are not permitted at any time. Please make sure your guests are aware of this policy so they may make other arrangements. Pet owners must clean up their pets and adhere to all other guidelines included in the Pet Addendum. Trained Handicap Assistance Animals are not considered pets. These animals are permitted, and the rules and regulations stipulated in the Pet Addendum do not apply to them.

24. **Intracommunity Transfers.**  Transfers from one apartment to another must be approved by the Community Manager, a new escrow deposit made if charges are assessed, and a new lease must be signed. There are no transfers of the provisions of the old lease to the new lease. The vacated apartment will be inspected and inspected and if left in the same condition it was at the time of occupancy (normal wear and tear excepted), the deposit will be transferred to the new apartment. All outstanding balances must be brought current at time of transfer.

Page 3 of 4



FEMA212-014531

25. **Lease Terminations.** In accordance with your lease contract, other than for military transfers, we require that the lease term be fulfilled and that you provide a minimum of at least 30 days written notice of your intent to move out on or before expiration of your lease. We must have written forwarding address from you before any escrow deposit refund can be made. The apartment must be left in the condition described in the Move-Out Instructions. Your termination of the lease without fulfilling the lease term may result in the forfeiture of the deposit, a charge for the cost of reletting, and acceleration of the rents.

26. **Move Outs.** If you wish to move out of your apartment after the lease expiration, you must give us a minimum of at least 30 DAYS WRITTEN NOTICE to vacate. For a refund of your entire escrow deposit, the following requirements must be met:

    1)   The full term of your lease must be completed.
    2.   A minimum of 30 days written notice must be given, and you must pay through the 30 days.
    3.   The apartment must be left in the same condition as the time of occupancy (normal wear and tear excepted)
    4.   All keys, access cards, and openers must be returned.
    5.   All equipment provided (ice trays, broiler pans, etc.) must be returned.
    6   All sums due must be paid prior to move out.

    Any charges, if applicable, will be made against your escrow deposit. The excess charges over your escrow deposit must be paid or your account will be turned over for collection.

27. **Moving of Furniture.** Management reserves the right to designate the time and method for moving or removing any freight. Furniture, goods, merchandise, or other articles to or from the premises. Residents may not move furniture in or out of the premises, through patio doors, or through the use of elevators without Management permission.

28. **Assumption of Liability.** Neither the owner nor the Management Company shall be liable to resident or to any other person on the premises for any damage to persons or property caused by the wrongful act or omission or negligence of resident, or any other persons on the premises with resident's consent, or caused by the wrongful act or by omission or negligence of any other resident or other resident's family, licensees, or invitee. Neither the Owner nor the Management Company shall be liable for loss or damage to any property of residents or resident's family, employees, or guest at any time located in the leased premises or on any lands and/or buildings of which the leased premises are part, whether due to theft, or suffered by reason of fire, rising water, rain, hail, lightning, explosive, or any other cause beyond the Owner's or Management Company's control. Landlord shall not be liable for any injury to property or persons resulting from any failure or interruption of any utilities or of heating, air conditioning or plumbing systems, unless such failure or interruption is due to Owner's or Management Company's unreasonable delay and wrongful act or omission and gross negligence following notice to Owner or Management Company of such defect or condition. Should the resident or any other person on the premises with resident's consent use any laundry, pool or recreational facilities connected with the land or consent, the use thereof shall be wholly at the risk of the person using same, and neither Owner nor Management Company shall be liable for any injury to persons or loss or damage to property arising from such use. Resident hereby release Owner and Management Company, and their successors and assigns, from any and all claims and damages which may arise out of any accidents or injuries to the resident or any other person on the premises with the residents consent that may occur in connection with the use of such facilities. Resident hereby assumes, for the resident and or any other person on the premises with the resident's consent, any and all risks from any accidents in connection with use of said facilities, and agrees that neither Owner nor the Management Company shall be held liable for any such injury sustained by resident or any such persons in connection with use of said facilities.

I have read and agree to the above Terms and Conditions

| | | |
|---|---|---|
| _Charles Marshall_ Charles Marshall | 9/16/08 Date | Date |
| Date | | Date |
| Agent | Date 9/16/08 Date | Date |

Page 4 of 4

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

FEMA212-014532

09/18/2008 15:46 FAX 504 733 1629

Sep 16 2008 4:32PM    BAYWOOD APTS                    504 392 6847           P.11

☑011

## Addendum to Lease
### Utility Addendum

This Utility Addendum (this "Utility Addendum") dated 09/16/2008, is attached to and made a part of the Lease, dated 09/16/2008 (the "Lease"), by and between Baywood Apartments ("Landlord") and Charles Marshall - - - - - , for unit number (the "Unit").

Notwithstanding anything contained in the Lease to the contrary, Tenant agrees that certain utility services ("Utilities"), such as, but not limited to, water, wastewater/sewer, trash removal, electric, cable TV and gas, may, from time to time, be billed by Landlord to Tenant  Tenant acknowledges that the Unit may not receive all of the Utilities listed in the preceding sentence or may receive additional Utilities and that it may be required to contract with, and/or pay directly, certain Utility providers  Tenant agrees to pay Landlord for those Utilities billed by Landlord (a "Utility Bill") as set forth in this Utility Addendum

1    Landlord shall invoice Tenant for Utilities pursuant to a Utility Bill based, in Landlord's sole discretion, on a ratio utility billing (RUB), estimate, flat fee or actual reading of a submeter for Tenant's Unit

2    Landlord reserves the right at any time during the Lease or any extension or renewal thereof to require Tenant to pay any or all Utility providers directly for Tenant's own Utility usage on a submetered or other basis as determined by Landlord. Landlord shall give Tenant 30 days prior written notice before requiring Tenant to commence paying a Utility provider directly for Tenant's Utility usage.

3    Tenant shall pay when due each Utility Bill at the time and place stated in such Utility Bill

4    As a regular part of each monthly Utility Bill, Tenant acknowledges that it will be charged, and agrees to pay, a monthly service fee.  The monthly service fee shall be charged in compliance with local and state laws and is in addition to the Utility service charges for which Tenant is billed.  The monthly service charge shall pay administrative, billing, overhead and similar expenses and charges incurred or allocated to Landlord for providing or processing Utility Bills.  Landlord reserves the right to utilize a third party billing provider during the term of the Lease, to provide such billing services directly, or to use a combination of a third party billing service or direct bill.

5    Tenant agrees to allow Landlord, a billing service provider or one or more Utility providers designated by Landlord access to the Unit to read the submeter(s), if any, for Tenant's Unit

6    If Tenant moves into or out of the Unit on a date other than the first day of the month, Tenant will be charged for the full period of time that Tenant was living in, occupying, or responsible for payment of rent or Utilities for the Unit  When the Tenant vacates the Unit in accordance with, and not in breach of, the Lease, Tenant shall pay all charges for the Utilities by the move out date.  To the extent permitted by law, any unpaid charges for the Utilities at the time of the move out date will be deducted from the security deposit being held by Landlord under the Lease.

7    Tenant represents that all occupants that will be residing in the Unit are accurately identified in the Lease  Tenant agrees to notify Landlord promptly of any change in such number of occupants.

8    Tenant agrees not to tamper with, adjust or disconnect any metering or submetering system or device  If Tenant or any occupant or invitee violates this provision, Landlord may recover against Tenant all damages and expenses, including, but not limited to, those associated with restoration of meter operation and tamper detection devices.  Tenant agrees not to terminate, cut off, interrupt, interfere with, or discontinue supplying electricity, natural gas, water, sewer or other Utility services to the Unit.  Violation of this provision is material breach and default of this Utility Addendum and the Lease and shall entitle Landlord to exercise all remedies available under the Lease and this Utility Addendum.

9    To the extent permitted by law, any delinquent payment of a Utility Bill shall be considered a default under the Lease to the same extent and with the same remedies to Landlord (including, without limitation, the right to bring a summary proceeding for eviction against Tenant and the right to impose late fees and other related charges and fees) as if Tenant had been delinquent in Tenant's payment of rent  If Tenant is in default under the Lease, Tenant will be liable for all charges for the Utilities through the time it takes for Landlord to retake possession of the Unit, regardless of whether Tenant is still occupying the Unit  Nothing in this Utility Addendum shall impose upon Landlord, and Landlord shall not have, any obligation to mitigate its damages upon the default of Tenant (such as, but not limited to, any obligation to relet the Unit)

Page 1 of 2

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA212-014533

09/18/2008 15:46 FAX 504 733 1629
Sep 16 2008 4:33PM   BAYWOOD APTS                    504 392 6847              P.12

☑012

10   Landlord shall not be liable for any losses or damages that Tenant or any occupants or invitees of a Unit incur as the result of such outages, interruptions, or fluctuations in Utilities provided to the Unit, except to the extent such loss or damage is the direct result of the gross negligence of Landlord. Tenant, for itself and its occupants and invitees, unconditionally and absolutely releases Landlord from any and all claims and waives any and all claims for offset, setoff or reduction of rent or diminished rental value of the Unit due to such outages, interruptions, or fluctuations, and shall indemnify Landlord for any similar claims made by occupants and invitees of the Unit.

11   Tenant acknowledges and agrees that continued occupancy of the Unit when electricity, natural gas, water, or sewer services have been discontinued is hazardous, and for itself and its occupants and invitees waives and releases any claims related thereto against Landlord.

12   If any provision of this Utility Addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective only to the extent of such invalidity or unenforceability, without invalidating or otherwise affecting the remainder of this Utility Addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged, and the provisions of the Lease shall be applicable to the fullest extent not inconsistent with this Utility Addendum. In the event of any conflict between the terms of this Utility Addendum and the terms of the Lease, the terms of this Utility Addendum shall control.

I have read and agree to the above Terms and Conditions.

| | | | |
|---|---|---|---|
| _Charles Marshall_ | 9/16/08 | | |
| Charles Marshall | Date | | Date |
| | | | |
| | Date | | Date |
| | 9/16/08 | | |
| Agent | Date | | |

Page 2 of 2

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014534

09/18/2008 15:47 FAX 504 733 1629                                              @013
Sep 16 2008 4:33PM    BAYWOOD APTS              504 392 6847           p.13

**Addendum to Lease**
**Mold Remediation Addendum**

This Mold Remediation Addendum (this "Addendum") dated 09/16/2008, is attached to and made a part of the Lease, dated 09/16/2008 (the "Lease"), by and between Baywood Apartments ("Landlord") and Charles Marshall - - - - -, for unit number (the "Unit").

Notwithstanding anything contained in the Lease to the contrary, Resident agrees to use Resident's best efforts to prevent any conditions in the Unit, such as excessive moisture, that could create an environment conducive to mold growth. In the event such conditions develop, Resident agrees to remedy such conditions. Landlord is not responsible for the consequences of any Resident conduct that leads to or exacerbates mold growth, and Resident shall indemnify and hold Landlord harmless from any such conduct of Resident. Resident further agrees promptly to report to the Community Manager, in writing, any actual or potential mold problem, regardless of what may have caused such problem. Failure to make a prompt written report of any such potential mold problem constitutes a breach hereof and an unconditional waiver and release of any and all claims for any relief, including any alleged damages, whether accrued, contingent, inchoate or otherwise, suspected or unsuspected, raised affirmatively or by way of defense or offset, related to or occurring or arising from or out of the unreported conditions.

Resident further agrees that, in the event Landlord provides notice to Resident of Landlord's intention to remedial mold in Resident's Unit, Resident will provide immediate access to Resident's Unit to permit Landlord to remedial any problem. In the event Landlord determines, in its sole discretion, that Resident should vacate the Unit during remediation, Resident will relocate (at Landlord's expense) to another unit within the community for the period of time necessary to complete such remediation. In the event no other unit within the community is available for such a relocation, as determined by Landlord in its sole discretion, Landlord shall provide Resident, at Landlord's sole discretion, either (a) relocation at Landlord's expense to another nearby community owned or operated by Landlord or its affiliate, or (b) termination of the Lease without penalty for such termination and without any financial obligation beyond the date of such termination. Resident's refusal to relocate in accordance with these provisions, or any other interference with Landlord's remediation efforts, shall constitute a breach of the Lease and an unconditional waiver and release of any and all claims for any relief, including any alleged damages, whether accrued, contingent, inchoate or otherwise, suspected or unsuspected, raised affirmatively or by way of defense or offset, related to or occurring or arising from or out of exposure to or the presence of mold. Landlord may terminate the Lease and/or evict Resident immediately upon Resident's breach of any provision of this Section, and Landlord may exercise any one or more of any other remedy available under the terms of the Lease for a breach hereof or at law or in equity. If (a) Resident has made a good-faith written report to the community manager of an actual mold problem in Resident's Unit, and (b) within five days after such report Landlord has not (i) taken any action to inspect or remedial mold in Resident's Unit, or (ii) provided Resident with a plan of remediation for Resident's Unit, then, and only then, Resident may terminate the Lease without penalty for such termination and without any financial obligation beyond the date of such termination. Nothing herein shall release Resident from any obligation or claims related to delinquent and/or past due rent and/or other fees or charges or other amounts due and owing (including, without limitation, rent and utility or other similar fees prorated to the date of such termination).

Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged, and the provisions of the Lease shall be applicable to the fullest extent not inconsistent with this Addendum. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

I have read and agree to the above Terms and Conditions

_Charles Marshall_               9/16/08              _____  _____
Charles Marshall                  Date                                Date

_____  _____        _____          _____  _____
                 Date                                                  Date

_____  _____        9 16 08              _____  _____
Agent            Date                                                  Date

* I hereby acknowledge receipt of Tips for Preventing Mold and Mildew provided by Baywood Apartments _____
                                                                    (Initial here)

Page 1 of 1

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014535

### Addendum to Lease
### Satellite Dish and Antenna Systems

Under a federal communications commission order, you as our resident have a limited right to install a satellite dish or receiving antenna on the leased premises. We as a multi-family housing owner are allowed to impose reasonable restrictions relating to such installation. You are required to imply with these restrictions as a condition of installing such equipment. This addendum contains the restrictions that you agree to follow

1   **Number and size.** You may only install one satellite dish or receiving antenna on the leased premises A satellite dish may not exceed one meter (3.3 feet) in diameter. An antenna may receive but not transmit signals

2   **Location.** Location of the satellite dish or antenna is limited to inside your dwelling, or in an area outside your dwelling such as a balcony, patio, yard, etc. of which you have exclusive use under your lease Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, fence, or common areas, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to you for your exclusive use Refer to FCC Restrictions attachment.

3.   **Safety and Non-Interference:** Your installation: (1) must comply with reasonable safety standards: (2) may not interfere with our cable, telephone, or electrical systems or those of neighboring properties (3) may not be connected to our telecommunications systems and (4) may not be connected to our electrical systems except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in an permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable heavy object such as a small slab of concrete, (2) clamping to a part of the building's exterior that lies within your leased premises (such as a balcony or patio railing without protruding over the railing), or (3) any other methods approved by us. No other methods are allowed. We may require reasonable screening of the satellite dish or antenna by plants, etc. so long as it does not impair reception.

4   **Signal transmission from exterior dish or antenna to interior of dwelling.** Under the FCC order, you may not damage or alter the leased premises and may not drill holes through outside walls, door jams, windowsills, etc. If your satellite dish or antenna is located outside your dwelling (on a balcony, patio, etc) the signals received by it may be transmitted to the interior of your dwelling only by the following methods: (1) running a "flat" cable under a door jam or window sash only in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not be enlarged to accommodate the cable); (3) connecting cables through a window pane similar to how an external ear antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window, without drilling a hole through the window (4) wireless transmission of the signal from the satellite dish or antenna to a device inside the dwelling: or (5) any other method approved by us

5   **Workmanship.** In order to insure safety, the strength and type of materials used for installation must be FCC approved. Installation must be done by a qualified person or company.

6   **Maintenance.** You will bear the sole responsibility for maintaining your satellite dish, antenna, and all related equipment.

Page 1 of 2

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014536

09/18/2008 15:48 FAX 504 733 1629                                                          ☒015
Sep 16 2008 4:35PM      BAYWOOD APTS              504 392 6847                    P.15

7   **Removal and damages.**   You must remove the satellite dish or antenna and other related equipment when you move out of the dwelling.  You must pay for damages and for the cost of repairs of repainting which may be reasonably necessary to restore the leased premises to its condition prior to the installation of your satellite dish, antenna or related equipment

8.  **Liability Insurance and Indemnify.**  You must take full responsibility for the satellite dish or antenna and must provide us with evidence of liability insurance naming us as an additional insured to protect us against claims of personal injury and property damage to others relating to your satellite dish or antenna. The insurance coverage must be $100,000 (one hundred thousand) which is an amount reasonably determined by us to accomplish that purpose.  This coverage must be maintained throughout your residency  You agree to hold us harmless and indemnify us against any of the claims by others.

9   **Security Deposit Increase.**   A security deposit increase (in connection with having a satellite dish or antenna) is required.  Your security deposit (in your lease contract) will be increased by an additional sum of $100 (one hundred) in order to help protect us against possible repair costs, damages, or failure to remove at time of moveout  This security deposit does not imply a right to drill or otherwise alter the leased premises

You may start installation of your satellite dish or antenna only after you have (1) signed this addendum, (2) provided us of written proof of the additional liability insurance referred to in paragraph 8 of this addendum, (3) paid the additional security deposit referred to in paragraph 9 of this addendum, when you have met these requirements, we will issue our written authorization on the community's Satellite Dish Approval Form

I have read and agree to the above Terms and Conditions.

| Charles Marshall | 9/16/08 | | |
|---|---|---|---|
| Charles Marshall | Date | | Date |
| | | | |
| | Date | | Date |
| | | | |
| Agent | 9/16/08 | | Date |
| | Date | | |

Page 2 of 2

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FEMA212-014537

## RENTER'S INSURANCE PROTECTS YOUR VALUABLE ASSETS!!!!!

Millions of dollars in personal belongings are lost due to disastrous weather, fires, vandalism, and burglaries. Renters insurance, which costs only pennies a day, can put you in charge of unexpected expenses.

Many people think that the insurance carried by apartment owners will cover personal belongings. This belief is not true. A property owner's policy will cover only the buildings. Insurance coverage on the resident's belongings is the responsibility of the resident.

Many types of renters insurance are available. It is best to call an experienced professional when seeking answers to questions regarding which policy would best suit your needs.

It is also a good idea to have a current inventory of your belongings. Do not forget to list any jewelry, cameras and electronic equipment. Policies are available which cover replacement cost. If you should ever need to start over, the cost would be devastating.

Remember, it is always a good idea to hope for the best and prepare for the worst. Renters insurance is one way of doing that.

We strongly encourage you to contact your insurance agent to obtain this important protection.

I acknowledge that the above information has been clearly explained to me. I do understand, in order to cover my personal items, I need to inquire about renter's insurance.

| _Charles Marshall_ | 9/16/08 | | |
|---|---|---|---|
| Charles Marshall | Date | | Date |
| | Date | | Date |
| | 9/16/08 | | Date |
| Agent | Date | | |

Page 1 of 1

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FEMA212-014538

## ADDENDUM TO THE LEASE
## GRILLING RULES

Date:    __09/16/2008__

Lessees

   **Charles Marshall**

I/we, the aforementioned Lessee(s), of **Apartment**, am/are aware that it is against fire code to use any grill, hibachi or

smoker within 10 feet of any building or overhang.  I am also aware that if I or any of my guests are found in violation of

this fire code, that I could be fined by Jefferson Parish.

In the event that I or one of my guests use a grill, hibachi or smoker within 10 feet of a building or overhang and a fire is

started, I am fully responsible for any and all damages that were caused due to a violation of the parish fire code.

---

I have read and agree to the above Terms and Conditions

| | | | |
|---|---|---|---|
| *Charles Marshall* | 9/16/08 | | Date |
| Charles Marshall | Date: | | |
| | Date | | Date |
| | Date | | Date |
| *(signature)* | 9/16/08 | | |
| Agent | Date | | |

Page 1 of 1

**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

FEMA212-014539

09/24/2008 11:41 FAX 504 733 1629                                          ☑001

## FEMA - RECERTIFICATION DEPT

**From:**

| | |
|---|---|
| Area 1&2 – Ruston LA | X   Area 7 – New Orleans LA |
| Area 3 – Alexandria LA | Area 8 – Jefferson LA |
| Area 4 – Lake Charles LA | Area 9 – Belle Chasse LA |
| Area 5 – Baton Rouge LA | Area 10 – Houma LA |
| Area 6 – Hammond LA | Coordination Team |

# Fax Transmittal

**To:** NPSC
**Fax:** 1-800-827-8112

**Date:** 9/24/08
**# Pages:** 15

**From:** DR1603 – RECERT / AREA 7
**Name:** RA

**Phone:** 1-504-739-3917
**Fax:** 1-504-739-7772

**App Name:** Charles Marshall

**Reg Number:** FEMA-DR-1603-LA
939646088

DHAP DOGS.

# DO NOT CREATE
# WORKPACKET

# SCAN ONLY

# RECERTIFICATION

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

PAGE 1/2 * RCVD AT 9/24/2008 12 36 57 PM [Eastern Daylight Time] * SVR.RCLI3A20/3 * DNIS 1000 * CSID 504 733 1629 * DURATION (mm-ss) 03-06

FEMA212-014540

002

DP# 1603

## DIS Data Needs Collection Form
### FEMA ID: _939646088_

| Head of Household Information | | | |
|---|---|---|---|
| Last Name  MARSHALL | First Name  CHARLES | Initial | SSN  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 |

| Rental Unit Address | 520 WALL BLVD | | Apartment/Unit# 085 | |
|---|---|---|---|---|
| City  GRETNA | | | State  LA | Zip 70056 |
| Mailing Address | 520 WALL BLVD | | Apartment/Unit# 085 | |
| City  GRETNA | | | State  LA | Zip Code 70056 |
| Date of Birth  11/02/40 | | Sex  M | Disability?  Y  / ( N ) (Circle One) | |
| Primary Phone # 504-451-7145 | | Alt. Phone # | Requested Number of Bedrooms  ONE | |

| DHAP Monthly Rent Subsidy (For PHA Use Only) | | |
|---|---|---|
| Payment Standard | FMR Rent | FEMA Payment |
| Lease Rent | | DHAP Total |

| Family Member's Information | | | |
|---|---|---|---|
| Last Name  MARSHALL | First Name  CHARLES | Initial | Date of Birth  11/02/40 |
| Social Security No  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 | | Sex  M | Disability?  Y  / ( N ) (Circle One) |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex | Disability?  Y  / ( N ) (Circle One) |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex | Disability?  Y  / ( N ) (Circle One) |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex | Disability?  Y  / ( N ) (Circle One) |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex  M | Disability?  Y  / ( N ) (Circle |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex | Disability?  Y  / ( N ) (Circle One) |

| Last Name | First Name | Initial | Date of Birth |
|---|---|---|---|
| Social Security No | | Sex | Disability?  Y  /  N  (Circle One) |

| Owner/Landlord Information | | | |
|---|---|---|---|
| Owner Name | BAYWOOD APTS., LLC | Owner Tin | 56-2390394 |

| PHA Information | | |
|---|---|---|
| Receiving PHA Name | | Receiving   PHA Code |

| Data Collector | | |
|---|---|---|
| Collected by  SROWLAND | Phone # 504-739-7792 | e-Mail  scrella.rowland@dhs.gov |

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

FEMA212-014541

☒003

DR#1603
Reg# 939646088

## Phase 3 Family Obligations Certification

A family receiving assistance under the Disaster Housing Assistance Program (DHAP) must comply with all of the family obligations during their participation in the program. If you are terminated from the DHAP for failing to comply with the family obligations, you may not return to any FEMA subsidized housing option. The obligations of the family consist of the following.

Family Obligations

1) The family must supply any information to the PHA that HUD requires for DHAP assistance. Any information supplied by the family must be true and complete.

2) The family may not commit any serious or repeated violation of the lease, such as damaging the unit or failing to pay their share of the rent in accordance with the lease.

3) During the term of the lease, the family must reside in the DHAP unit. The family must not sublease, let, assign the lease or transfer the unit. The family must not own or have nay interest in the unit.

4) The family must notify the PHA before the family moves out of the unit or terminates the lease. If the family terminates the lease on notice to the owner, the family must give the PHA a copy of the notice of termination at the same time.

5) The family must allow the PHA to inspect the unit at reasonable times and after reasonable notice.

6) The members of the family must not commit fraud, bribery, or criminal act in connection with DHAP.

7) The members of the family may not engage in drug-related criminal activity or violent criminal activity.

8) The members of the family may not engage in other criminal activity which may threaten the health, safety, or right to peaceful enjoyment of the premises by other residents or persons residing in the immediate vicinity.

9) The members of the family may not engage in other criminal activity which may threaten the health, safety of the owner, property management staff, or persons performing a contract administrative function or responsibility on behalf of the PHA (including a PHA employee or a PHA contractor, subcontractor or agent).

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014542

DR# 1603
Reg# 939646008

10) The members of the family may not threaten or engage in abusive or violent behavior toward PHA personnel.

11) The family must participate in the DHAP required case management services.

12) The family must comply with any additional requirements specified by HUD or FEMA.


(Print Name on the one that applies)


I ____CHU____ have read and received a copy of the DHAP family obligations and fully understand that the PHA may terminate DHAP assistance for not complying with the family obligations.


I _____ refuse to comply with the DHAP family obligations and fully understand that as a result of my refusal to comply with these requirements I am not eligible for participation in the DHAP or any other FEMA housing program.


*Charles H. Marshall*                    9/23/08
Head of Household Signature              Date


_____          _____
Co-Head of Household                     Date


CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014543

🖂 005

*DR# 1603*
*Reg# 939646688*

Part A of the DRS Contract: Contract Information
(Fill out all contract information in Part A )

**1. Tenant**

*Charles Marshall*

**2. Contract Unit**

*520 Wall Blvd. Apt 85, Gretna, LA 70056*

**3. Family**
The following persons may reside in the unit   Other persons may not reside in the unit without prior written approval of the owner and the PHA

*Charles Marshall*

**4. Effective Date of Contract** *9-16-08*

The contract terminates in accordance with the DHAP requirements or upon termination of the lease   In no instance may the contract be extended after 2/28/2009

**5. Lease Rent**
The initial lease rent is: $ *770 00*

**6. Rent Subsidy Payment**
The DRS contract term begins on the later of May 1, 2008, or the date of execution of the DRSC. At the beginning of the DRS contract term, the amount of the rent subsidy payment by the PHA to the owner is $ *770.00* per month.  The amount of the monthly rent subsidy payment by the PHA to the owner is subject to change during the DRS contract term in accordance with the DHAP program requirements.

**7. Utilities and Appliances**
The owner shall provide or pay for the utilities and appliances indicated below by an "O". The tenant shall provide or pay for the utilities and appliances indicated below by a "T". Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014544

DR# 1603
Reg# 9396466088

Utility/Appliance Provided by/Paid by:

Electricity _____ T
Gas _____ N/A
Water _____ T
Sewer _____ T
Trash Collection _____ φ
Refrigerator _____ O
Range/Microwave _____ O
Other (specify) _____

Signatures:

Public Housing Agency

_____
Print or Type Name of PHA

_____
Signature

_____
Print or Type Name and Title of
Signatory

_____
Date (mm/dd/yyyy)

Owner

_Sherri Esteves_
Print or Type Name of Owner

_Sherri Esteves_
Signature

_Sherri Esteves, mgr_
Print or Type Name and Title of
Signatory

_9-18-08_
Date (mm/dd/yyyy)

Mail Payments to    Baywood Apts.
                    Name
                    520 Wall Blvd
                    Gretna LA 70056
                    Address (Street, City, State, Zip)
                    504.394.9997

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014545

09/24/2008 11:43 FAX 504 733 1629                                      ☑007

DE# 1603
Re# 9396466088

**U.S. Department of Housing
and Urban Development**
Office of Public and Indian Housing

**Disaster Rent Subsidy Contract
for Phase 2 and Phase 3 Families
Disaster Housing Assistance
Program**

**Part C of DRS Contract: Lease
Addendum**

**1. Disaster Housing Assistance
   Program**
a   The owner is leasing the contract
    unit to the tenant for occupancy by
    the tenant's family with assistance
    for a tenancy under the Disaster
    Housing Assistance program
    (DHAP) administered by the United
    States Department of Housing and
    Urban Development (HUD) on
    behalf of the Federal Emergency
    Management Agency (FEMA).
b   The owner has entered into a
    Disaster Rent Subsidy contract
    (DRS contract) with the PHA under
    DHAP.  Under the DRS contract, the
    PHA will make rent subsidy
    payments to the owner to assist the
    tenant in leasing the unit from the
    owner

**2. Lease**
a   The owner has given the PHA a
    copy of the lease, including any
    revisions agreed to by the owner
    and the tenant. The owner certifies
    that the terms of the lease are in
    accordance with all provisions of the
    DRS contract and that the lease
    includes the lease addendum.
b.  The tenant shall have the right to
    enforce the lease addendum against
    the owner.  If there is any conflict
    between the lease addendum and
    any other provisions of the lease, the
    language of the lease addendum
    shall control.

**3. Use of Contract Unit**
a.  During the lease term, the family will
    reside in the contract unit with
    assistance under the DHAP.
b.  The tenant may not sublease or let
    the unit.
c.  The tenant may not assign the lease
    or transfer the unit.

**4. Lease Rent**
a   The lease rent may not exceed the
    amount approved by the PHA in
    accordance with DHAP
    requirements.
b   Changes in the lease rent shall be
    determined by the provisions of the
    lease, DRS contract and DHAP
    requirements.
c.  The lease rent may not exceed the
    reasonable rent for the unit as
    determined by the PHA in
    accordance with DHAP
    requirements.

**5. Family Payment to Owner**
a   The family is responsible for paying
    the owner any portion of the lease
    rent that is not covered by the PHA
    rent subsidy payment.
b.  Each month, the PHA will make a
    rent subsidy payment to the owner
    on behalf of the family in accordance
    with the DRS contract. The amount
    of the monthly rent subsidy payment
    will be determined by the PHA in
    accordance with DHAP
    requirements.
c.  The rent subsidy payment shall be
    credited against the monthly lease
    rent for the contract unit.
d.  The tenant is not responsible for
    paying the portion of lease rent
    covered by the rent subsidy payment
    under the DRS contract between the
    owner and the PHA.  A PHA failure
    to pay the rent subsidy payment to

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA212-014546

@008

*Rst# 939646088*
*DR# 1603*

unit. The lease rent is the sum of the portion of rent payable by the tenant plus the PHA rent subsidy payment to the owner.
Owner. Any person or entity with the legal right to lease or sublease a unit to a participant.
PHA. Public Housing Agency. A housing agency or other HUD designated intermediary agency that administers the DHAP.
Phase 1. Families that were residing in privately owned rental units and were receiving rental assistance either by way of payments (1) made directly to the landlord on the family's behalf through FEMA's contractor, Corporate Lodging Consultants (CLC), or (2) FEMA was providing assistance directly to the family, which the family then used to pay their rental costs.

Phase 2. Families that were at one time residing in FEMA provided temporary housing units, have vacated the temporary housing units, and are receiving rental assistance from CLC or FEMA for an interim period prior to the transition to DHAP.
Phase 3. Families residing in FEMA temporary housing units who will be transitioned on an on-going basis to DHAP by FEMA.

Premises. The building or complex in which the contract unit is located, including common areas and grounds.
Program. The Disaster Housing Assistance program.
Tenant. The family member (or members) who leases the unit from the owner.

Signatures:

Tenant
CHARLES H. MARSHALL
Print or Type Name of Tenant
Charles H. Marshall
Signature
9-17-08
Date (mm/dd/yyyy)

Owner
Sherri Esteves
Print or Type Name of Owner
Sherri Esteves
Signature
Sherri Esteves, mgr.
Print or Type Name and Title of Signatory
9-18-08
Date (mm/dd/yyyy)

504 394.9997

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



**FEMA**

Weather Radio

*Charles Marshall* _____ *939444058*
Applicant name and RGSN

*3500 Dickens Dr*
Address, Park Name, Lot Number

*New Orleans La. 70131*
City, State, Zip

Dear Resident,

A weather radio has been provided to you to assist you in disaster awareness and preparation. This radio will enable you to tune into weather service warnings, watches, forecasts and other hazard information 24 hours a day, 7 days a week. For additional information, you can go to: http://www.weather.gov/nwr.

I *Charles Marshall* received the weather radio on *8/15/08* and have received instructions from the FEMA staff listed below on how to operate the weather radio.

*Brian Walker*
FEMA Staff                    Print

*Brian Walker*
FEMA Staff                    Sign

*Charles Marshall*
HouseHold Member             Print

*Charles Marshall*
HouseHold Member             Sign

*FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to, and recovering from all domestic disasters, whether natural or man-made, including acts of terror. For more information on Louisiana disaster recovery, go to www.fema.gov/gulfcoastrecovery.*

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL 

FEMA212-014549

# NMIS Human Services

Completed: 0
Queue Size: N/A

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue

Rgn ID: 93-9346088 MR CHARLES MARSHALL   SSN: 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   Current: (504) 451-7145  O/R: Own   Dep: 1   HA:CLOSED OTHER:CLOSED  Linked: No
Ob-Reg:   Co-SSN:   Alternate: (504) 451-7145  IDV: IDV Pass   HH: 1   SBA:Home DECFa   Fld Zn:   SC:

Ind Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing
Overview | App Info | Insp Real Prop | Insp PP Clothing | Insp PP Appl | Insp PP Room | Insp PP ET | Insp Misc | Insp PP | Insp Trans | Insp Summ

## App Info
App: 09/03/2005   Loss Date: 08/29/2005
Language: Spanish
Damaged Address
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530
County: Orleans
Primary Residence: Yes (Primary)

## Verification
Own Vfn: Structural Insurance
Occ Vfr: Driver's License
Declaration: 90.59D

## Inspection
Type: Initial   Completed: 11/18/2005
Number of Inspections: 1
Res Type: House-Single/Duplex
High Water:   ft. In
Dmg Rec: Tornado/Wind,
  Hail/Rain/Wind Driven Rain
Bedrooms: 1   Size: 1,500 SQ FT
Occupancy Owner   Sign 90.63B: Yes
Sign 90.69D: Yes   US Citizen/Non-Citi

## Insurance Policies

| Ins Type | Policy ID | Company Name |
|---|---|---|
| Automobile Liability | | |
| Automobile Comprehensive | | |
| Homeowners (0) | 18423-655 | STATE FARM |

### Current Queries

| WP Id | Process |
|---|---|
| 3 | P Ast P4 Update |
| 1 | NON HA/OTHER |
| 9 | Disposed |

### History

| Eligibility | Eligibility Amt | Elig Date |
|---|---|---|
| INS: Insured | $.00 | 09/03/2005 | Y |
| EAI - Eligible - E | $2,000.00 | 09/09/2005 | Y |
| INSI - Ineligible | $.00 | 01/26/2006 | Y |
| | Total: $4,359.00 | |

## HA Assistance Status: N/A

| Category | Asst Type | Award Level | Eligibility | Elig Date | Amount | Adj Amt | Ap |
|---|---|---|---|---|---|---|---|
| Housing Assistance | Initial | | INS: Insured | 02/20/2006 | $.00 | $.00 | Yes |
| EA: Housing Assistance | Initial | First | EAI - Eligible - E | 02/20/2006 | $.00 | $.00 | Yes |
| Housing Assistance | Initial | | INSI - Ineligible | 02/07/2006 | $.00 | $.00 | Yes |
| | | | | Total: | $.00 | | |

## Other Assistance Status: CLOSED

| Category | Asst Type | Award Level | Eligibility | Elig Date | Amount |
|---|---|---|---|---|---|
| Transitation | Initial | | ID: Ineligible | 02/20/2006 | $.00 |
| Moving/Storage | Initial | | ID: Ineligible | 02/20/2006 | $.00 |
| Personal Property | Initial | | INS: Insured | 02/07/2006 | $.00 |
| | | | | Total: | $.00 |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Done | Split WP | Cancel | Hold | Route

Connected to: NNMIR   Version 3.12.00.00.004
9/22/2010 9:28 AM / 9:29 AM

FEMA212-014550

NEMIS Human Services

Disaster: 1603 : Louisiana Hurricane | Process: Applicant Inquiry | Subqueue |

Completed: 0
Queue Size: N/A

Rqsn ID: 93-9646088 MR CHARLES MARSHALL   SSN: 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   Current: (504) 451-7145 O/R: Own   Dep: 1   HA: CLOSED   OTHER: CLOSED   Linked: No
Co-Reg:   Co-SSN:   Alternate: (504) 451-7145 IDV: IDV Pass   HH: 1   SBA Home: DEC#a   Fld Zn:   SC:

Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing
Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ

### Registrant
MR CHARLES  H
MARSHALL
Rqsn ID: 93-9646088
SSN: 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
Language: Spanish

### Mailing Address and Current Phone
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530
c/o:
Current: (504) 451-7145  Note: HOME
Alt PH #: (504) 451-7145  Note: CHARLES
Email: cbhazmarshall@yahoo.com

### Damaged Address and Phone
3500 DICKENS DR
NEW ORLEANS, LA 70131-5530
Directions:
Dmg Ph #1: (504) 392-7631
Dmg Ph #2:
County: Orleans

### Income
Annual: $28,000.00
Employer:
SELF-EMPLOYED

Taxable
Dependents: 1
Self Employed: Yes

### Losses, Damages, and Needs
Home Dmg: Yes
PP Dmg: Yes
Lost Work: Yes
Farm Dmg: No
Business: Yes
Access Restricted Due to Disaster
Business Name:

Food: Yes
Shelter: Yes
Clothing: Yes
Essential Needs: Yes

### Uninsured Expenses
Medical: No   Insured:
Dental: No    Insured:
Funeral: No   Insured:
Moving/Storage: Yes  Insured: No
Other/Misc: No

Amount: $.00
Amount: $.00

### Residence
Type: House Single/Duplex

Essential Utilities Out:
Primary: Yes (Primary)

Own/Rent: Own

### EFT
Participate: No

Referrals

Emergency Assistance (ARC)
Disaster Unemployment Assist

| Occupants | | | | |
|---|---|---|---|---|
| Name | SSN | Relationship | Dependent | DOB | Age |
| MARSHALL, CHARLES H | 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 | Registrant | Yes | 11/2/1940 | 64 |

Done | Split WP | | Add | Edit | Delete | Cancel | Hold | Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNMIR
Version: 3.12.00.004

Start | Inbox - Microsoft Ou... | NEMIS Version 3.12... | NEMIS Human Ser... | document1 (Compat... | document2 (Compati...   9/22/2010  9:29 AM

FEMA212-014551

NEMIS Human Services

Disaster: 1603 - Louisiana Hurricane | Process: Applicant Inquiry | Subqueue: | Completed: 0 | Queue Size: N/A

Rgsn ID: 93-3646088 MR CHARLES MARSHALL | SSN: 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 | O/R: Own | Dept: 1 | HA: CLOSED | OTHER: CLOSED | Linked: No

Co-Reg: | Co-SSN | Current: 504/451/7145 | HH: 1 | SBA: Home: DECFa | Fld Zn: | SC:
Alternate: 504/451/7145 | IDV: Pass

Overview | App Info | Insp Real Prop | Insp PP Appl | Insp PP Clothing | Insp PP Room | Insp PP: ET | Insp Misc | Insp Trans | Insp Summ
Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing | Approve | Finance | Worksheet | Letter

### HA Assistance

| Category | Asset Type | Award Level | Eligibility | Reject Tx | Attach | Add | Delete | Eligibility Amt | Elig Date | Approved | Approved Date | Worksheet | Eligibility Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing Assistance | Initial | | INS - Insured | | | | | $1,000.00 | 09/03/2005 | Yes | 09/03/2005 | Auto | 1 | $4,358.00 |
| EA:Housing Assistance | Initial | First | EA:HS:Eligible - E | | | | | $2,000.00 | 09/09/2005 | Yes | 09/09/2005 | Auto | | $0.00 |
| Housing Assistance | Initial | First | INS:I:Ineligible | | | | | $0.00 | 01/26/2006 | Yes | 01/26/2006 | Manual | | $0.00 |
| Rental Assistance | Initial | First | ER: Eligible - Rd | | | | | $2,358.00 | 09/25/2005 | Yes | 09/25/2005 | Auto | | $4,358.00 |

Total: $4,358.00

### Verification Requirements

| Verification Requirement | Requirement Status | Verification Status | Printed Date | Edit | View | Add | Mailed |
|---|---|---|---|---|---|---|---|
| Application Signature (50/60 A, B, or C) | Applicable | Verified | 11/28/2007 15:50:26 | | | | 11/28/2007 2:2 |
| Homeowner's Insurance | Applicable | Verified | | | | | |
| Landfill Residency (60, 60D, or E) | Applicable | Verified | 9/5/2007 22:03:59 | | | | 9/19/2007 22: |
| Occupancy | Applicable | Verified | 5/12/2007 16:22:23 | | | | 5/12/2007 16: |

### IH Summary

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt: | $0.00 | $4,358.00 | $4,358.00 |
| Total OTH Amt: | $0.00 | $0.00 | $0.00 |
| FIP Paid: | $0.00 | $0.00 | $0.00 |
| Total Awards: | $0.00 | $4,358.00 | $4,358.00 |
| Monies Returned: | | ($0.00) | ($0.00) |
| GFIP Returned: | | ($0.00) | ($0.00) |
| Monies Reissued: | | $0.00 | $0.00 |
| Total Fed Funds: | $0.00 | $4,358.00 | $4,358.00 |
| Under IH Max | | | $21,842.00 |
| Under SBA Decline Max | | | $5,200.00 |

### HA Letters

| Summary Code | Program | Generated Date | Printed Date | | |
|---|---|---|---|---|---|
| RE:L:NOTC:SEAL | HA | 11/21/2007 15:45:30 | 11/28/2007 15:50:26 | | |
| RF:SL:SEAL | HA | 9/5/2007 00:57:15 | 9/5/2007 22:03:59 | | |
| NOI | HA | 5/12/2007 10:04:41 | 5/12/2007 16:22:23 | | |

Done | Split WP | | Cancel | Hold | Route

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Version: 3.12.00.004 | Document2 (Compati...

Connected to: NNMIR
Start | Inbox - Microsoft Ou... | NEMIS Version 3.12... | NEMIS Human Services | Document1 (Compati... | 9/22/2010 9:29 AM | 9:30 AM

FEMA212-014552

NEMIS Human Services

Completed: 0   Queue Size: N/A

Disaster: 1603 - Louisiana Hurricane    ▸ | Process | Applicant Inquiry    ▸ | Subqueue:    ▸

Rgen ID:93.9564088 MR CHARLES MARSHALL    SSN:437.58.3743   Current: (504) 451.7145 O/R: Own    Dep: 1   HA:CLOSED   OTHER:CLOSED   Linked: No
Co-Reg:                                   Co-SSN:   Alternate: (504) 451.7145 IDV: IDV Pass   HH: 1   SBA:Home: DECfa   Fid:Zit:   SC:

| Overview | App Info | Insp Real Prop | Insp PP-Appl | Insp PP Cithng | Insp PP Room | Insp PP ET | Insp Misc | Insp Trans | Insp Summ |
| Info Control | Correspondence | Comment | Special | Insurance | HA | Other Asst | Housing | Approve | Finance | Worksheet | Letter |

**IA Assistance**

| Category | Asst Type | Award Level | Eligibility | Eligibility_Amt | Approved | Elig_Date | Approved | Approved_Date | Letter |
|---|---|---|---|---|---|---|---|---|---|
| Rental Assistance | Initial | First | ER - Eligible - Re | $2,358.00 | 09/25/2005 | Yes | 09/25/2005 | Auto |
| Rental Assistance | Initial | First | ERFD - Eligible - | $.0002.09/2006 | Yes | 02.09/2006 | Auto |
| Home Repair | Appeal | First | INO # ineligible | $.0003/09/2006 | Yes | 03/09/2006 | Manual |
| Rental Assistance | Initial | First | 40B-CLC | $.0008/27/2007 | Yes | 08/27/2007 | Auto |

Total:   $4,358.00

**Verification Requirements**

| Verification Requirement | Requirement Status | Verification Status |
|---|---|---|

**HA Letters**

| Summary Code | Program | Generated Date | Printed Date | View | Edit | Add | Mailed |
|---|---|---|---|---|---|---|---|
| RELONDTC.SEAL | HA | 11/21/2007 15:15:38 | 11/28/2007 15:50:26 | | | | 11/28/2007 1: |
| NFSL_SEAL | HA | 9/5/2007 05:57:15 | 9/19/2007 22:03:59 | | | | 9/19/2007 22: |
| NOI | HA | 5/12/2007 16:04:41 | 5/12/2007 16:22:23 | | | | 5/12/2007 16: |

**IH Summary**

| | Working | Approved | Total |
|---|---|---|---|
| Total HA Amt | $0.00 | $0.00 | $0.00 |
| Total OTH Amt | $0.00 | $4,358.00 | $4,358.00 |
| FP Paid | $0.00 | $0.00 | $0.00 |
| Total Awards | $0.00 | $4,358.00 | $4,358.00 |
| Monies Returned | | ($0.00) | ($0.00) |
| GFR Returned | | ($0.00) | ($0.00) |
| Monies Reissued | | $0.00 | $0.00 |
| Total Fed Funds | $0.00 | $4,358.00 | $4,358.00 |
| Under IH Max | | | $21,642.00 |
| Under SBA Decline Max | | | $5,200.00 |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Connected to: NNM1R

Version: 3.12.00.004   9/22/2010 9:30 AM

Start    9:30 AM



FEMA212-014553