UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Remus Bowman, et al v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 10-2318* | * | |
| Plaintiff Kasondra Musacchia only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF KASONDRA MUSACCHIA'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kasondra Musacchia (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Kasondra Musacchia in any other complaints in this MDL.

                                                             Respectfully submitted:

                                                             By: */s/Anthony G. Buzbee*
                                                                  Anthony G. Buzbee
                                                                  Texas Bar No. 24001820
                                                                 THE BUZBEE LAW FIRM
                                                                600 Travis, Suite 7300
                                                                Houston, Texas 77002
                                                               Tel.:  (713) 223-5393
                                                               Fax:  (713) 223-59009

                                                               JOHN MUNOZ (#9830)
                                                               GARNER & MUNOZ
                                                               1010 Common Street, Suite 3000
                                                               New Orleans, LA 70112-2411
                                                               Tel: (504) 581-7070
                                                               Fax: (504) 581-7083

                                                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              s/Anthony G. Buzbee
                                              Anthony G. Buzbee