

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO                3616
    RECIPIENT ADDRESS       159854#917137513058
    DESTINATION ID
    ST. TIME                07/22 13:44
    TIME USE                10'23
    PAGES SENT              41
    RESULT                  OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER

## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC D. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS
††ALSO ADMITTED IN MISSISSIPPI

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

† CHARLES R. RUMBLEY
DANIEL M. REDMANN
BRADLEY S. GROCE
†† JENNIFER M. YOUNG
JONATHAN R. DETRINIS

WRITER'S E-MAIL ADDRESS:
EBB@LCBA-LAW.COM

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

July 22, 2011

*Via Fax: 713-751-3058*
Michael C. Watson
2 Houston Center
909 Fannin St., Ste. 1470
Houston, TX 77010

Re:  *Dillon Parker, et al v. Pilgrim International, Inc., et al*
USDC, No. 07-MD-1873 (c/w 09-cv-5257)
Our File No. 2.09-9854

Dear Mr. Watson:

We are writing in reference to the above captioned matter in hopes that you will clarify whether Dillon Parker, Sr. is actually meant to be Dwayne Parker, Sr. We have not located a PFS for "Dillon Parker, Sr." but we have one for Dwayne Parker, Sr., who is the father of D███ P█████ Dwayne Parker, Sr. is not named in the suit.

Please advise whether Dillon Parker, Sr. (who is named in the complaint) is meant to be Dwayne Parker, Sr. and whether any amendment to the suit was made to correct the naming error. If Dillon Parker, Sr. is the correct name, we intend to move for dismissal for failing to provide a PFS. If Dwayne Parker, Sr. is the correct name, the PFS is deficient for the reasons stated in the attached motion and exhibits thereto. Please let us known by July 28, 2011 if these motion will be opposed or unopposed.

## LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS
††ALSO ADMITTED IN MISSISSIPPI

**ATTORNEYS AT LAW**

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

† CHARLES R. RUMBLEY
DANIEL M. REDMANN
BRADLEY S. GROCE
†† JENNIFER M. YOUNG
JONATHAN R. DETRINIS

WRITER'S E-MAIL ADDRESS:
EBB@LCBA-LAW.COM

July 22, 2011

**<u>*Via Fax: 713-751-3058*</u>**
Michael C. Watson
2 Houston Center
909 Fannin St., Ste. 1470
Houston, TX 77010

Re:  *Dillon Parker, et al v. Pilgrim International, Inc., et al*
USDC, No. 07-MD-1873 (c/w 09-cv-5257)
Our File No. 2.09-9854

Dear Mr. Watson:

We are writing in reference to the above captioned matter in hopes that you will clarify whether Dillon Parker, Sr. is actually meant to be Dwayne Parker, Sr. We have not located a PFS for "Dillon Parker, Sr." but we have one for Dwayne Parker, Sr., who is the father of D███ P████ Dwayne Parker, Sr. is not named in the suit.

Please advise whether Dillon Parker, Sr. (who is named in the complaint) is meant to be Dwayne Parker, Sr. and whether any amendment to the suit was made to correct the naming error. If Dillon Parker, Sr. is the correct name, we intend to move for dismissal for failing to provide a PFS. If Dwayne Parker, Sr. is the correct name, the PFS is deficient for the reasons stated in the attached motion and exhibits thereto. Please let us known by July 28, 2011 if these motion will be opposed or unopposed.

If you have any questions please do not hesitate to give us a call.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/JMY
Enclosures



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | )  MDL NO. 1873 <br> ) <br> ) <br> )  SECTION: N(4) <br> ) <br> )  JUDGE: ENGELHARDT <br> )  MAGISTRATE: CHASEZ <br> ) <br> ) <br> ) <br> ) |

THIS RELATES TO:

Plaintiff: _____

*Parker, Dwayne, SR*

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.   ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II.   PERSONAL INFORMATION

A.   Name (person completing form): _Dwayne Parker, Sr._

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: _136 St. Joseph Lane_
_Port Sulfur, LA  70083_

D.   Home Telephone No.: _504-564-040)_
Cell Phone No.: _504-366-5902 / 504-906-6997_
Work Telephone No: _____
Other Telephone Nos.: _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:
_____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:
_____

3    Address (or last known address if deceased): _____
_____
_____

4.   Home Telephone No.: _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

5.   E-mail address: _____

6.   If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

Michael C. Watson
— Woodfill & Pressler, LLP
909 Fannin, Suite 1470
— Houston, Texas 77010

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑        No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _____

3.   <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| | |
|---|---|
| ☐ irritation to eyes | ☐ irritation or swelling of eyelids or eye area |
| ☐ burning of eyes | ☐ tingling or swelling of lips or face area |
| ☐ tearing of eyes | ☑ headaches |
| ☐ irritation to nasal membranes (inside of nose) | ☐ nausea |
| ☐ burning of nasal membranes (inside of nose) | ☐ vomiting |
| ☐ bleeding of nasal membranes (inside of nose) | ☐ bloody vomiting |
| ☐ irritation or itching of skin | ☐ abdominal pain |
| ☐ burning of skin | ☐ diarrhea |
| ☑ rashes on skin | ☐ difficulty in breathing |
| ☐ drying or scaling of skin | ☑ wheezing |
| ☐ scaling or itching of eyelids | ☐ shortness of breath |

3

☐ persistent cough
☐ tightness of the chest
☐ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
    childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous

            to living in FEMA trailer
☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.  Sinus Infections
Allergies

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? NO

If yes, which kind of cancer?
        N|A

5.  When do you claim this injury or disease first occurred?

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐      No ☐

*If "Yes,"* when and who diagnosed the condition at that time?

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐      No ☐

4

If *"Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

_____

_____
_____

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
   Yes ☐          No ☒

   *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

   Name and address of each person who treated or counseled you:

   _____
   _____
   _____

   To your understanding, describe the condition for which treated:

   _____
   _____
   _____

   State when you were treated for this psychological, psychiatric or emotional problem

   _____
   _____
   _____

   List the medications prescribed or recommended by the physician or counselor

   _____
   _____
   _____

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?

Yes ☐        No ☐

*If "Yes,"* state the amount of your claim: _____

## IV.   BACKGROUND INFORMATION

A.    Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---------|--------------------|
|         |                    |
|         |                    |
|         |                    |
|         |                    |
|         |                    |

B.    State Driver's License Number and State Issuing License: _____
      _____0056707S7_____ ~ _LA_

C.    Date and Place of Birth: ▆▆▆-64          Place: _____

D.    Sex:  Male ☑          Female ☐

E.    Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|-------------|----------------|-----------------|---------------------|
|             |                |                 |                     |
|             |                |                 |                     |
|             |                |                 |                     |

F.    Employment Information

   1.    Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|-----------------------|
|      |         |                     |                       |
|      |         |                     |                       |

6

2.    List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|------|---------|---------------------|------------------------|
|      |         |                     |                        |
|      |         |                     |                        |
|      |         |                     |                        |
|      |         |                     |                        |
|      |         |                     |                        |
|      |         |                     |                        |

3.    Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* state the following:

a.    If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.    Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.    Previous Claims Information

1.    Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☐          No ☐     Don't recall ☐

7

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐          No ☐          Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
| ① June M Ragas | | 6·16·48 | Sinus, Allergies, HBP Diabetes | |
| ② DeWayne Parker Sr | self | 40 yrs | | |
| ③ Dewayne Parker, Jr | | 19 yrs | | |
| ④ Troy Ragas | | 20 yrs | | |
| ⑤ Troy P. Ragas, Jr | | 20 yrs | | |
| ⑥ Trenise Parker | | | | |

Con't on next page.

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐          No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

8

Section IV        Family Information

A.

(7) D███████ P█████ 15yrs old

(8) Clint Ragas  39 yrs. old

(9) C██████ Ragas

(10) Cierra Parker  21 yrs old

(11) A█████ P██████  3 yrs old

A.   Please provide the following information regarding the FEMA trailer or mobile home:

    1.    Manufacturer of trailer or mobile home: _Pilgrim_

    2.    VIN: _____

    3.    FEMA Identification No.: ___ , _____

    4.    Bar Code Number on FEMA housing unit: _123171_

    5.    Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☐    Mobile Home ☑

    6.    Move-in Date: _August 2006_

    7.    Move-out Date: _____

    8.    Please state the mailing address and physical location for the FEMA trailer or mobile home unit.

        _136 St. Joseph Lane, Port Sulpher, LA 70083_

    9.    Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

    10.    State the reason you stopped living in the FEMA trailer or mobile home: _____ _____

    11.    Please state the approximate square footage of the FEMA housing unit:_____

    12.    Please state the approximate length and width of the FEMA housing unit:_____

    13.    What is/was the average number of hours spent in the FEMA trailer or mobile home each day?_____

    14.    Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
        Yes ☐        No ☐

15.    Is/was the FEMA housing unit hooked up to a sewer line?
       Yes ☐                No ☐

16.    Is/was the FEMA housing unit hooked up to an electrical line?
       Yes ☐                No ☐

17.    Is/was the FEMA housing unit hooked up to natural gas line?
       Yes ☐                No ☐

18.    Is/was propane gas used in the FEMA housing unit?
       Yes ☐                No ☐

19.    How many days per week did you work outside of the home during the
       time you lived in the FEMA trailer or mobile home? _____

20.    Did you ever temporarily live in another location during the time you
       resided in the FEMA trailer or mobile home:
       Yes ☐                No ☐

       *If "Yes,"* please state the following:

       Where did you temporarily live? _____

       For what period of time did you temporarily live in another location?
       _____

B.     Have any air quality tests ever been performed on your FEMA trailer or mobile
       home?
       Yes ☐                No ☐

       *If "Yes,"* please state when the test was performed and who prepared this
       testing:_____

C.     Was your FEMA trailer or mobile home ever fumigated for insects or any other
       reason?
       Yes ☐                No ☐

       *If "Yes,"* please state the following:

       Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:

_____

_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| ① June M. Ragas | 6.16.48 | 136 St. Joseph Ln Poet Sulphar. LA | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| ② Dewayne Parker Se | 40 yrs | 136 St. Joseph Ln Poet Sulphur, LA 70083 | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| ③ Dewayne Parker Jr | 19 yrs | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| ④ Troy Ragas | 20 yrs | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| ⑤ Troy P. Ragas, Jr | 20 yrs | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |
| ⑥ Trenise Parker | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |

## VI.   MEDICAL BACKGROUND

Section Ⅴ   Fema Trailer Home

E.

⑦ D███ P█████ 15yrs old

⑧ Clint Ragas   39 yr old

⑨ C██████ Ragas

⑩ Cierra PARKER   21yrs old

⑪ A███ Parker   3 yrs old

A.   Height: _____

B.   Current Weight: _____

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History:  ***Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.***

☑   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

1.   Date on which smoking/tobacco use ended:_____
2.   Amount smoked or used on average:
_____ per day for _____ years.

☐   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1.   Amount currently smoked or used on average:
_____ per day for _____ years.

D.   Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1.   Amount smoked or used on average, if you know:
_____ per day for _____ years.
2.   Relationship to you: _____
3.   Please state whether the smoking occurred inside, outside or both._____

E.   Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐    No ☑

***If "Yes,"*** what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐          No ☐   N|A

F.     Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.     Lung or other respiratory disease
           Yes ☐               No ☐

           *If "Yes,"* please indicate the following:

           Name and description of each illness, disease, or abnormal condition:
           _____
           _____

           The date of illness:
           _____
           _____

    2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
           Yes ☐               No ☐

           *If "Yes,"* please indicate the following.

           Name and description of each illness, disease, or abnormal condition:
           _____
           _____

           The date of illness:
           _____
           _____

    3.     Long-term stomach or bowel disease
           Yes ☐               No ☐

           *If "Yes,"* please indicate the following.

           Name and description of each illness, disease, or abnormal condition:
           _____
           _____

           The date of illness:
           _____
           _____

    4.     Skin disease
           Yes ☐               No ☐

           *If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____

_____

G.   Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

    1.   To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

       Yes ☐       No ☐       Don't Recall ☐

       *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: DR. Abusso
Specialty, if any: _____
Address: Jefferson PARRish, HARvey, LA
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

14

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.

Yes ☐          No ☐

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

Yes ☐          No ☐

C.   Any test results from any testing done on your FEMA trailer or mobile home.

Yes ☐          No ☐

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

Yes ☐          No ☐

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☐

F.  Decedent's death certificate, if applicable.
Yes ☐          No ☐

G.  Report of autopsy of decedent, if applicable.
Yes ☐          No ☐

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.  Identify your current family and/or primary care physician:

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |

B.  Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
|      |         |                   |
|      |         |                   |
|      |         |                   |
|      |         |                   |
|      |         |                   |
|      |         |                   |

C.  Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

16

|  |  |  |  |
|---|---|---|---|

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

17

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____      _____      _____

**Signature of Plaintiff**                  **Print Your Name**            **Date**



# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

**ATTORNEYS AT LAW**

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

March 31, 2011

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:   ***Dillon Parker, Sr. v. Pilgrim International, Inc. (No. 09-5257)***
      *(In re: FEMA Trailer Formaldehyde Products Liability Litigation)*
      Our File No. :      2.09-9854

**REGARDING PLAINTIFF: Dwayne Parker Sr.**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above.
However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets
are treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for
production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison
Counsel within thirty days, or in no case longer than 60 days, after suit is filed or
transferred into the MDL. The following information or documentation omitted from your
client's Plaintiff Fact Sheet is marked by a "☒". Please supplement your Plaintiff Fact
Sheet to provide the missing information and/or documentation. Also please include the
enclosed medical authorization completed by your client.

1)     Name (person completing form):  ☐
2)     Maiden or other names used or by which you have been known:  ☐
3)     Current Street Address:  ☐
4)     Home Telephone No.:  ☐
5)     Cell Phone No.:  ☐
6)     Work Telephone No:  ☐
7)     Other Telephone Nos.:  ☐
8)     Email address:  ☐
9)     State which individual or estate you are representing:  ☐
10)    Maiden Or Other Names Used or By Which Such Person Has Been Known:  ☐
11)    Address (or last known address if deceased):  ☐
12)    Home Telephone No.:  ☐
13)    Cell Phone No.:  ☐
14)    Work Telephone No:  ☐
15)    Date and court appointed by if representative of another:  ☐
16)    What is your relationship to the deceased or represented person or person claimed to be injured?  ☐
17)    If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died  ☐
18)    Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?  ☐
19)    What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?  ◉
20)    <u>Did you experience any</u> of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.  ☐
21)    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?  ☐
22)    If yes, which kind of cancer?  ☐
23)    When do you claim this injury or disease first occurred?  ◉
24)    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  ◉
25)    If "Yes," when and who diagnosed the condition at that time?  ◉
26)    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  ◉
27)    If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any  ◉
28)    Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?  ☐
29)    If "Yes," for each provider; Contact Information, description of condition, medications:  ☐
30)    Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above?  ◉
31)    If "Yes," state the amount of your claim:  ◉
32)    Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one  ◉
33)    State Driver's License Number and State Issuing License  ☐

34) Date and Place of Birth: ◉
35) Sex: Male or Female ☐
36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded ◉
37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: ◉
38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: ◉
39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home ◉
40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004: ◉
41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost ◉
42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? ◉
43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease ◉
44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. ◉
45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical condition, cause of death. ◉
46) Are you are claiming the wrongful death of a family member related to formaldehyde? ◉
47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased. ◉
48) Manufacturer of trailer or mobile home: ☐
49) VIN: ◉
50) FEMA Identification No.: ◉
51) Bar Code Number on FEMA housing unit: ☐
52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? ☐
53) Move-in Date: ☐
54) Move-out Date ◉
55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit. ☐
56) Was the FEMA trailer or mobile home located in a trailer park or on private property? ◉
57) State the reason you stopped living in the FEMA trailer or mobile home: ◉
58) Please state the approximate square footage of the FEMA housing unit: ◉
59) State the approximate length and width of the FEMA housing unit ◉
60) Average number of hours spent in the FEMA trailer of mobile home each ◉
61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ◉
62) Is/was the FEMA housing unit hooked up to a sewer line? ◉
63) Is/was the FEMA housing unit hooked up to an electrical line? ◉
64) Is/was the FEMA housing unit hooked up to natural gas line? ◉
65) Is/was propane gas used in the FEMA housing unit? ◉

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations].**

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

106) If "yes," please provide the name and address of the health care professional.

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet.

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

110) Any test results from any testing done on your FEMA trailer or mobile home.

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.

113) Decedent's death certificate, if applicable.

114) Report of autopsy of decedent, if applicable.

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations].**

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations].**

117) Identify your current family and/or primary care physician, including address and telephone number.

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number.

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

121) Each pharmacy, including address that has dispensed medication to you during the last seven (7) years.

122) Sign and date the Certification.

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger or Heather Cheesbro on the 2nd day of May, 2011, at 3:15 p.m. to hold our Rule 37.1 Conference.  In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc:  Michael C. Watson

## AUTHORITY TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

→     I hereby authorize <u>Sidney J. Angelle and the law firm of Lobman,</u>
<u>Carnahan, Batt, Angelle & Nader</u> to use or disclose the following protected health
information (PHI) from the medical records of the patient listed below to:

Requestor Name:          Sidney J. Angelle
                         Lobman, Carnahan, Batt, Angelle & Nader
Requestor Address:       400 Poydras Street, Suite 2300
                         New Orleans, Louisiana  70130-3245

→     Patient Name:      **Dwayne Parker Sr.**

Patient DOB:            4/20/1964

Patient SSN:            _____

Patient Address:        _____

                        _____

→     Disclose the following PHI for treatment dates _____ to Present

☐ Abstract/Pertinent   ☐ History & Physical   ☐ Discharge Summary   ☐ Consult
☐ Operative Report     ☐ Progress Notes       ☐ Physician Orders    ☐ Nurses Notes
☐ ER Report            ☐ Lab                  ☐ X-ray               √ Entire Chart

√ **Other Specified:**   **All Records (past & present)**

→     The above information is disclosed for the following purposes:

☐ Medical Care   √ **Legal**   ☐ Insurance   ☐ Personal   ☐ Other _____

-------

_____   I acknowledge, and hereby consent to such, that the released information
*Initials*   may contain alcohol and drug abuse, psychiatric, HIV or genetic information.

-------

This authorization shall expire upon this expiration date: _____
**     If I fail to specify an expiration date or event, this authorization will expire six (6)
months from the date on which it was signed.

-------

- I understand that I have the right to revoke this authorization at any time.  I
  understand that I must do so in writing and present the written revocation to
  _____.  I understand that the revocation
  will not apply to information that has already been released to this authorization.

- The information used or disclosed pursuant to the authorization may be subject to
  redisclosure by the recipient and no longer protected.

- I understand that my treatment, payment, enrollment or eligibility for benefits may
  not be conditioned on signing this authorization