UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Linda E. Authement, et al v. TL Industries, Inc., et al,* 10-3692; *Lanny LaFrance, et al v. TL Industries, Inc., et al,* 10-3558; *Elida Meyers, et al v. TL Industries, Inc., et al,* 10-3559 | * * * * * | MAGISTRATE: CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss the claims of plaintiffs, Cody Cutrer, Lanny LaFrance and Ezilda Meyers, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED.**

New Orleans, Louisiana    8/4/11

_____
JUDGE KIRK ENGELHARDT

1