UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Laurie Drewes, on behalf of Z.B., et al v. Recreation by Design, LLC, et al,* 10-3502, and *Lorraine Surtain v. Recreation by Design, LLC, et al*, 10-3970 | * * * * * | MAGISTRATE: CHASEZ |

**********************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs, Lorraine Surtain and Laurie Drewes on behalf of Z.B., a minor, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED** and dismissing the *Lorraine Surtain v. Recreation by Design, LLC, Docket No. 10-3970* matter.

New Orleans, Louisiana    8/4/11

_____
JUDGE KIRK ENGELHARDT

1