UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Annette Campo, et al v. Recreation by Design, LLC, et al,* 10-3798 and *Kenneth Blanchard, et al v. Recreation by Design, LLC, et al,* 10-3800 | * * * * * | MAGISTRATE:  CHASEZ |

**************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs, Lorraine Surtain and Roy Campo, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana   8/4/11

_____
JUDGE KIRK ENGELHARDT

1