UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| *Janice Currie, et al* | § | |
| *v. Pilgrim International, Inc., et al* | § | MAG. JUDGE CHASEZ |
| Civil Action No. 09-7909 | § | |

**PLAINTIFF'S MOTION TO AMEND ORDER (Rec. Doc. 20822)**

COMES NOW, Plaintiff Latrice Parnell, and files this Motion to Amend Order (Rec. Doc. 20822), and in support of the same would show the Court as follows:

On December 23, 2009, Janice Currie and several other Plaintiffs identified on "Exhibit A" to that Complaint filed suit against Pilgrim International, Inc. et al. Plaintiffs on "Exhibit A" included Latrice Parnell, Latrice Parnell as Next Friend of Qua'Darius Parnell, a Minor (or Q.P.), and Latrice Parnell as Next Friend of Latrice Parnell, a Minor. The latter entry, for Latrice Parnell as Next Friend of Latrice Parnell, a Minor, was in error. Plaintiff sought to correct the error and filed a Notice of Voluntary Dismissal under FRCP41(a)(1)(A)(i) (Rec. Doc. 20808) however said Notice was filed on behalf of *Latrice Parnell as Next Friend of Q.P.* as opposed to Latrice Parnell as *Next Friend of Latrice Parnell*.

The Court entered Rec. Doc. 20822, an Order granting Voluntary Dismissal Under 41(a)(1)(A)(i) of Latrice Parnel as Next Friend of Q.P.

Plaintiff now seeks to have said Order Rec. Doc. 20822 amended *nunc pro tunc* such that the claim of Latrice Parnell as Next Friend of Q.P. was not dismissed and

remains in full affect and further to request that the Court to dismiss the claim of Latrice Parnell as Next Friend of Latrice Parnell, a Minor, under FRCP41 41(a)(1)(A)(i).

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests that the above requested relief be granted.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 5, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**