UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Janice Currie, et al v. Pilgrim International, Inc., et al* Civil Action No. 09-7909 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON MOTION TO AMEND ORDER (Rec. Doc. 20822)

Considering the foregoing Motion to Amend Order (Rec. Doc. 20822),

IT IS SO ORDERED, that Rec. Doc. 20822, Order On Plaintiff's Latrice Parnell, As Next Friend of Q.P., A Minor Notice of Voluntary Dismissal Under FRCP 41(a)(1)(A)(i) is set aside *nunc pro tunc*, and the claim of Latrice Parnell, As Next Friend of Q.P. is reinstated, as if said order of dismissal had never been issued by this Court.

It is further Ordered that the claim of Latrice Parnell as Next Friend of Latrice Parnell, a Minor, be dismissed without prejudice under FRCP 41(a)(1)(A)(i).

New Orleans, Louisiana, this _____ day of _____, 2011

_____
HONORABLE KURT ENGLEHARDT