UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 1873  
SECTION N MAG. 5

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Johnson, et al v. TL Industries, Inc., et al*  
*No. 09-5359*

JURY DEMANDED

**PLAINTIFFS' MOTION FOR LEAVE TO FILE  
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one named plaintiff, Eugene Picquet, Sr., who, on information and belief, resided in the same type of emergency housing unit manufactured by TL Industries, Inc., because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having his claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Johnson, et al v. TL Industries, Inc., et al* Case No. 2:09-cv-5359, filed August 3, 2009 in the Eastern District of Louisiana.

1

2

Respectfully submitted,


By:     /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland  (La. Bar No. 24567)
BECNEL LAW FIRM, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, Louisiana  70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland