UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS REGARDING FLEETWOOD APPEALS

On March 9, 2011, this Court adopted the Special Master's Recommendations on Methodology and Allocations (See Rec. Doc. 20456), which included a formula by which the Fleetwood settlement fund would be allocated amongst claimants. This formula focused upon the duration of time each claimant resided in a Fleetwood trailer. After mailing notices (with respective allocations) to approximately 10,000 claimants, the Special Master addressed hundreds of objections, the majority of which were resolved without Court intervention. Fourteen appeals have been filed, requiring a determination from the undersigned, which the Court addresses herein:

(1) Tammay Small (No appeal filed in record): Appeal denied. According to the methodology previously approved by the Court, the Court hereby awards Tammay Small 175 points.

(2) Helen C. James (Rec. Doc. 22194): Appeal denied. According to the methodology

1

previously approved by the Court, the Court hereby awards Helen C. James 105 points.

(3-6) Terry Phillips, Melvin Phillips, Amari Sippo, and Chad Phillips (Rec. Doc. 22216): Appeals denied.  According to the methodology previously approved by the Court, the Court hereby awards Terry Phillips, Melvin Phillips, Amari Sippo, and Chad Phillips 140 points each.

(7) Michael Williams (No appeal filed in record): Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Michael Williams 210 points.

(8) Theresa Boykin (Rec. Doc.22197):Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Theresa Boykin 140 points.

(9) Victor Boykin (Rec. Doc. 22199): Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Victor Boykin 140 points.

(10) Carlos Gray (Rec. Doc. 22201):Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Carlos Gray 245 points.

(11) Karli Gray (Rec. Doc. 22202):Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Karli Gray 245 points.

(12) Kali Gray-Davis (Rec. Doc. 22200): Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Kali Gray-Davis 245 points.

(13) Shelly Lynette Surla Gray (Rec. Doc. 22204):Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Shelly Lynette Surla Gray 245 points.

(14) Randall Scott Surla (Rec. Doc. 22203): Appeal denied.  According to the methodology previously approved by the Court, the Court hereby awards Randall Scott Surla

140 points.

For the foregoing reasons, **IT IS ORDERED** that each of the 14 Fleetwood Appeals are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall forward a copy of this Order and Reasons to the Appellants (if they are *pro se*) or to the attorneys representing the appellants.

New Orleans, Louisiana, this 5th day of August, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Court**