## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: "N"(5) |
| | LITIGATION | * | |
| | | * | |
| **This Document Relates to:** | | * | JUDGE: ENGELHARDT |
| *Gerard Hobden, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | MAG: CHASEZ |
| *E.D. La. Suit No. 09-7113* | | * | |
| *and Joseph Carrier, et al. versus* | | * | |
| *SunnyBrook R.V., Inc., et al.* | | * | |
| *E.D. La. Suit No. 10-1035* | | * | |

*********************************************************************************

### MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

**NOW INTO COURT,** through undersigned counsel, comes defendant, SunnyBrook RV, Inc., who files this Motion for Leave to File Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets. SunnyBrook avers that this Reply is necessary to address the arguments asserted in Plaintiff's Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32. (Doc. #22291.)

**WHEREFORE,** SunnyBrook RV, Inc. prays that this Honorable Court issue an Order granting it leave to file this Reply to Plaintiff's Opposition to its Motion to Dismiss for Failure to

Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets, which is attached herein.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By: _____*/s/ Cynthia J. Thomas*_____
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile:   (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of August, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

(   ) Hand Delivery      (   ) Facsimile
(   ) Prepaid U.S. Mail      (   ) UPS/Federal Express
( X ) Electronic Mail
(   ) Certified Mail, Return Receipt Requested

_____*/s/ Cynthia J. Thomas*_____
**CYNTHIA J. THOMAS**