UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: "N"(5) |
| This Document Relates to: *Kimberly Jackson, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 09-7848 | | * * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that defendant, SunnyBrook RV, Inc., is granted leave to file its Motion for Leave to File Reply to Plaintiff's Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**