UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT ON MEDICAL CAUSATION REGARDING SONYA ANDREWS (R.doc. 22221)

SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN VALLEY"), moves this Court for leave to file the attached reply memorandum in support of its Motion for Summary Judgment on Medical Causation Regarding Sonya Andrews (R.Doc 22221) to briefly address the arguments raised by the plaintiff in opposition to Sun Valley's motion. This Motion for Summary Judgment is set for submission on August 10, 2011. Sun Valley's reply memorandum will assist the Court in resolving the pending issues, and will not unduly delay these proceedings.

Sun Valley has contacted counsel for Plaintiff, and they have failed to respond as to whether they will oppose this motion thereby indicating that they opposed it.

1

        Respectfully submitted,
        **ALLEN & GOOCH**

        */s/ Brent M. Maggio*
        BRENT M. MAGGIO, T.A., # 19959
        MARK W. VERRET, #23583
        LORI D. BARKER, # 31687
        SCOTT F. DAVIS, # 26013
        JEFFREY E. MCDONALD, #33270
        3900 N. Causeway Blvd, Suite 1450
        Metairie, Louisiana 70002
        Tel: 504.836.5260
        Fax: 504.836.5265
        ***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 8th day of August, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

        */s/ Brent M. Maggio*
        BRENT M. MAGGIO