UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Sonya Andrews, et al v. Sun Valley, Inc., et al* *Docket No. 09-5659 (Sonya Andrews)* | * * * | MAG. JUDGE: CHASEZ |

*********************************************************************

## ORDER

Considering the foregoing opposed Motion for Leave to File Reply Memorandum in Support of Sun Valley, Inc's Motion for Summary Judgment on Medical Causation regarding Sonya Andrews (R.doc 22221):

IT IS ORDERED that leave is granted, and Sun Valley's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE