**Barker, Lori**

| | |
|---|---|
| From: | CPenot@midrid.com |
| Sent: | Wednesday, August 03, 2011 6:24 PM |
| To: | Dennis Reich |
| Cc: | Shari Wright; Maggio, Brent; Barker, Lori; Ben Ward; RSherburne@midrid.com; ANDREW WEINSTOCK |
| Subject: | Sonya Andrews & Laura Batiste; 2nd & 3d Plaintiffs in Sun Valley Bellwether Trial |
| Importance: | High |

Dennis,

After the July 15, 2011 steering committees' status conference with Judge Engelhardt, I asked you whether plaintiffs would either dismiss Fluor from the Sonya Andrews case or have the second and third plaintiffs' cases taken off the bellwether docket. You said that you would attend to that the following week (*i.e.*, the week of July 18-22, 2011), and make a decision as to whether to dismiss Fluor or instead to ask the Judge to take the back-up plaintiffs' cases off the docket. That has been over two weeks now and plaintiffs have taken neither step.

Further, my recollection is that Brent Maggio proposed in early June that plaintiffs pick a date by which they would declare which plaintiff will proceed to trial. This is what was done in the second Gulf Stream bellwether trial. I have never seen any response to that email of Brent's.

I was served today by liaison counsel with Sonya Andrews's memorandum in opposition to Sun Valley's motion for summary judgment on medical causation. In that memorandum and others filed yesterday, plaintiffs state that Marshall will be going to trial, and that neither Andrews nor Batiste will go to trial, on the October 17, 2011.

**EVERYONE ON THIS EMAIL, please let me know no later than 4:00 p.m. tomorrow, August 4, 2011, whether you will oppose Fluor's motion to have the Andrews and Batiste cases taken off the October 2011 bellwether docket. This would be without prejudice to any arguments that might exist between Sun Valley and plaintiffs as to whether the court should rule on the motions for summary judgment that Sun Valley has already filed.**

Further, to the extent anyone opposes such a motion be aware that should Fluor be required to incur further defense costs preparing the Andrews case for trial, and if the Marshall case proceeds to trial on October 17th, Fluor will seek to recover all defense costs and expenses from this date forward against such party.

Finally, I do not have the contact information for the lawyer representing the other Sun Valley insurer that is made a direct action defendant in this matter. Would some one please provide me with the name and email address of that person.

Charlie Penot

Charles R. Penot, Jr.*
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 N. Harwood Street

1


EXHIBIT 2

Dallas, Texas 75201
(direct) 214.220.6334
(fax) 214.220.6807

*Admitted in Texas and Louisiana

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***

CONFIDENTIALITY NOTICE:  This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work product and/or other legal privileges.  This information is intended only for the use of any intended addressee.  If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent and accidental.  You are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited.  If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message.  Thank you.

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***