**Maggio, Brent**

| | |
|---|---|
| **From:** | Dennis Reich [DReich@reichandbinstock.com] |
| **Sent:** | Tuesday, July 26, 2011 3:21 PM |
| **To:** | Amanda_Ballay@laed.uscourts.gov |
| **Cc:** | Maggio, Brent; Gerald E.Meunier; Justin I Woods; andreww@duplass.com; jglass@duplass.com |
| **Subject:** | Re: FEMA - Sun Valley Bellwether Trial |

Amanda,
I plan on trying Charles Marshall's case first. I agree with the Court's view that it would be premature to proceed with any of the backup cases against Sun Valley at this time.
Dennis Reich

Sent from my iPhone

On Jul 26, 2011, at 10:35 AM, "Amanda_Ballay@laed.uscourts.gov" <Amanda_Ballay@laed.uscourts.gov> wrote:

>
> Counsel - Charles Marshall is the first selected bellwether plaintiff
> for the October 2011 bellwether trial.  Assuming his case goes to
> trial in October, the claims of Andrews and Batiste will not go to
> trial. Despite this, we are receiving pre-trial motions on all three
> plaintiffs.  (See Rec. Docs. 22221, 22226, 22235, and 22236).
> The Court does not intend to address pre-trial motions relative to
> Andrews and Batiste if it is Marshall's case that goes to trial.
> Please confirm that Marshall's case will be tried in October.
>
> Thanks.
> Amanda
>
> Amanda J. Ballay
> Law Clerk to the Hon. Kurt D. Engelhardt United States District Court,
> Eastern District of Louisiana 500 Poydras Street, Room C-367
> Telephone: (504) 589-7645
> Facsimile: (504) 589-4457
>

1

