# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### Affidavit of Philip Cole, M.D. in the Trial of Sonya Andrews

State of Alabama

County of Shelby

Before me, the undersigned notary on this day personally appeared Philip Cole, M.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 5, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

Philip Cole, M.D.

Sworn and subscribed before me this _____26_____ day of _____July_____, 2011.

_____     Jeanelle R Bennett
Notary Public (Signature)            Notary Public (Printed)



Cole-SA00386

FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Sonya Andrews, et al. v. Sun Valley, Inc., et al

Docket No. 09-5659 (Sonya Andrews)

Report of

Philip Cole, MD, DrPH

July 5, 2011

| Section | Page |
|---|---|
| I. Qualifications | 2 |
| II. Formaldehyde | 3 |
| III. Formaldehyde in FEMA-supplied Temporary Housing Units | 3 |
| IV. Formaldehyde and Cancer: The Position of Review Bodies | 4 |
| V. Formaldehyde and Cancer Epidemiology: Overview | 7 |
| VI. Formaldehyde and Cancer of the Upper Airways | 10 |
| VII. Formaldehyde and Leukemia | 13 |
| VIII. Meta-Analyses | 15 |
| IX. Fear of Cancer | 15 |
| X. Opinions of Plaintiff's Experts | 17 |
| XI. Ms Sonya Andrews | 17 |
| XII. Summary and Opinions | 20 |
| XIII. Appendices | 20 |
| XIV. References | 22 |
| XV. Attachments | 24 |

1. Curriculum vitae of June 1, 2011.

2. Testimony provided since October, 2005.

Cole-SA00343