UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: 09-3251 | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | JUDGE ENGELHARDT |
| *(Charles Marshall)* | * | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S STATEMENT OF FACTS IN RESPONSE TO SUN VALLEY'S
MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ESTABLISH
"REASONABLY ANTICIPATED USE" UNDER THE LPLA**

1. Mark Romanetz, president of Sun Valley, Inc., from 2001 to 2008, knew that some travel trailer owners used their trailers for extended residential occupation. *See* Exhibit A, pp. 15, 161-62, 164, 181.

2. Sun Valley's owner's manual referred to "full-time residential use." *See* Exhibit A, pp. 25-26, 180.

3. Daniel Morrison, secretary and past-president of Sun Valley, Inc., knew that some travel trailer owners used their trailers for extended residential occupation. *See* Exhibit B, pp. 10-11, 65.

4. At some point in time, Mr. Ramanetz became aware that dealers of Sun Valley travel trailers were selling the trailers to FEMA. *See* Exhibit A, p. 150.

5. A December 5, 2005, email entitled "FEMA" from Bruce Workman to Mark Romanenetz discussed the possibility of increasing production of Sun Valley travel trailers. *See* Exhibit D.

6. Mr. Romanenetz testified that the Workman email indicated to him that Mr. Workman was trying to acquire five hundred Sun Valley travel trailers to give to a dealer in Texas to sell to FEMA. *See* Exhibit D; Exhibit A, pp. 149-50.

7. Sun Valley increased the number of units it produced in 2006. *See* Exhibit A.*,* pp. 151-52.

8. The travel trailers Sun Valley produced for dealers to sell to FEMA were outfitted differently from those for sale to the general public. *See* Exhibit A, p. 153-54.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471
 **PLAINTIFFS' CO-LIAISON COUNSEL**
 Gainsburgh, Benjamin, David, Meunier &
 Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone:  504/522-2304
 Facsimile:  504/528-9973
 gmeunier@gainsben.com


 s/Justin I. Woods
 JUSTIN I. WOODS, #24713
 **PLAINTIFFS' CO-LIAISON COUNSEL**
 Gainsburgh, Benjamin, David, Meunier &
 Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone:  504/522-2304
 Facsimile:  504/528-9973
 jwoods@gainsben.com


 **COURT-APPOINTED PLAINTIFFS'
 STEERING COMMITTEE**
 ANTHONY BUZBEE, Texas # 24001820
 RAUL BENCOMO, #2932
 FRANK D'AMICO, #17519
 MATT MORELAND, #24567
 LINDA NELSON, #9938
 MIKAL WATTS, Texas # 20981820
 ROBERT BECNEL
 DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on <u>     August 4, 2011     </u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                         s/Gerald E. Meunier
                                                         GERALD E. MEUNIER, #9471