UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-7103 *(Laura Demetriace Batiste)* | * | |

**************************************************************************

**Affidavit of Robert C. James, Ph.D. in the Trial of Laura Demetriace Batiste**

State of Florida

County of _Leon_

Before me, the undersigned notary on this day personally appeared Robert C. James, Ph.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 15, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_____
Robert C. James, Ph.D.

BRENDA J. MURPHY
Comm# DD0802642
Expires 9/26/2012
Florida Notary Assn., Inc

Sworn and subscribed before me this _25_ day of _July_, 2011.

_Brenda J. Murphy_      _Brenda J. Murphy_
Notary Public (Signature)     Notary Public (Printed)

EXHIBIT
6

# The Report of Dr. Robert C. James

## Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
## MDL No. 1873

### Re: Demetriace Batiste (Docket No. 09-7109)

I reserve the right to modify this report if additional information is produced in this matter.

*[signature]*

Robert C. James, Ph.D.
7/15/11

1

James-LB00806