# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION "N" (5)  JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Korey Tate, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-4604; | * * * | MAG: CHASEZ |
| Plaintiffs: C.B. Anderson, III and Connell Anderson, Jr. | * * | |

**********************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

C.B. Anderson, III
Connell Anderson, Jr.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel advised that they no longer represent the plaintiffs. However, as of this filing, counsel has not moved to withdraw as counsel. Accordingly, Gulf Stream believes that counsel is still obligated to represent these plaintiffs and, as a result, to comply with Pre-Trial Orders No. 2 and

00218386-1

32. The failure of the plaintiffs and their counsel to correct these Plaintiff Fact Sheets should result in dismissal.

>
> Respectfully Submitted,
>
> **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**
>
> s/Andrew D. Weinstock
> _____
> **ANDREW D. WEINSTOCK #18495**
> **JOSEPH G. GLASS #25397**
> Three Lakeway Center, Suite 2900
> 3838 N. Causeway Boulevard
> Metairie, Louisiana 70002
> Telephone: (504) 832-3700
> Facsimile: (504) 837-3119
> andreww@duplass.com
> jglass@duplass.com
> **Attorney for Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 8th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

>
> *s/ Andrew D. Weinstock*
> _____
> **ANDREW D. WEINSTOCK**

00218386-1

2