**From:** Jessica [mailto:jessica@jimshall.com]
**Sent:** Wednesday, July 27, 2011 9:54 AM
**To:** CARMEN MOTES
**Subject:** C.B. Anderson, Connell Anderson and Connell Anderson

Carmen,

Please be advised that we no longer represent C.B. Anderson, Connell Anderson and Connell Anderson for any claims they may have due to living in a FEMA trailer.

Thanks,
Jessica Chanson
JIM S. HALL & ASSOCIATES, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, Louisiana  70001
504-832-3000