EXHIBIT 1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1087
RECIPIENT ADDRESS     98373119
DESTINATION ID
ST. TIME              01/28 09:52
TIME USE              17'50
PAGES SENT            66
RESULT                OK
```

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
### A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES K. RUMULEY
ANGELA G. BECNEL
DANIEL M REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 31, 2011

<u>Via Fax (361) 882-1261</u>
Mikal Watts
Robert Hilliard
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401

    Re:    *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry Insurance* (10-2248)
c/w
In Re: FEMA Trailer Formaldehyde Products Liability Litigation (07-MD-1873)
Claim No.:    NJU00333825
Insured:    Pilgrim International, Inc
Our File No.: 2.09-9854

Dear Mikal:

     We are writing in reference the lawsuit captioned above, <u>*Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry Insurance.*</u> One of the plaintiffs in this matter is <u>Juan Vaughn</u>. To date we are unaware of Mr. Vaughn filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

† ALSO ADMITTED IN TEXAS

**ATTORNEYS AT LAW**

400 POYDRAS STREET
SUITE 2300
NEW ORLEANS, LOUISIANA 70130-3425

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

WWW.LCBA-LAW.COM

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
JESSE A. SCHUDMAK
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

January 31, 2011

**Via Fax** (361) 882-1261
Mikal Watts
Robert Hilliard
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401

> Re: *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry Insurance* (10-2248) c/w
> *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* (07-MD-1873)
> Claim No.: NJU00333825
> Insured: Pilgrim International, Inc
> Our File No.: 2.09-9854

Dear Mikal:

We are writing in reference the lawsuit captioned above, *Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., Crum & Forster Specialty Ins. Co. and Sentry Insurance.* One of the plaintiffs in this matter is Bridget Brown. To date we are unaware of Ms. Brown filing a Plaintiff Fact Sheet as required by the Court's Pre-Trial Order Nos. 2 and 32. Per Pre-Trial Order No. 32, page 4, § G, as someone added by any Complaint filed after November 30, 2009, the deadline for the production of Ms. Brown's Plaintiff Fact Sheet was within thirty (30) days of July 30, 2010, the date of filing. No extensions were filed.

As Section G of Pre-Trial Order No. 32 states:

> "For any Complaint filed after November 30, 2009 and for which the individual has not completed a PFS, a completed

Watts Hilliard
FEMA 9854
Page 2 of 2

> **and verified PFS form for each named plaintiff shall be served within thirty (30) days of filing of the individual claims, failing which said claims shall be dismissed with prejudice, absent a showing of good cause."**

As Ms. Brown is not in compliance with Pre-Trial Order No. 32, we intend to move for a Dismissal with Prejudice in the court. If we are incorrect and a PFS was timely filed, please let us know and point us to the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

I ask that you please contact me on or before the 15th day of February, 2011 at 3:00 p.m. to hold our Rule 37.1 Conference. If we do not hear from you by this time, we will move forward with a Motion to Dismiss with Prejudice the claims of Ms. Bridget Brown.

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/rmb

Cc:  Andrew Weinstock        (via fax: 837-3119)
     Gerald Meunier          (via fax: 528-9973)
     Ryan Johnson            (via fax: 225-248-3080)