UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Jacklyn Aguilar, et al. v Morgan Buildings & Spas,<br>Inc., et al. (10-3732)* | * MAGISTRATE CHASEZ<br>* |

*******************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Alecia Couget Frught, Donald Frught, Amelia Johnson o/b/o KS and Aaron Mitchell Saucier against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this 5th day of August, 2011.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

386872.1

1