## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8644; | * | |
| Plaintiff:  Beverly Adams | * | |
| | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8698 | * | |
| Plaintiffs: Judy Addison, Connie L. Alexander & | * | |
| Mandel Armour | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Beverly Adams, Connie L. Alexander, | * | |
| Connie L. Alexander o/b/o Wesley Alexander & | * | |
| Lucinda Anderson | * | |
| | * | |
| *Bechemin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8701 | * | |
| Plaintiff:  Beverly Adams | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs:  Vernon J. Polk & Gladys Ambrose | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8646 | * | |
| Plaintiff:  Lucinda Anderson | * | |

**************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

00222664-1

following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

1. Beverly Adams - *Adams, et al* - 09-8644; *Anderson, et al* - 09-8665; *Bechemin, et al* - 09-8701;
2. Judy Addison - *Addison, et al* - 09-8698;
3. Connie L. Alexander - *Anderson, et al* - 09-8665; *Addison, et al* - 09-8698;
4. Connie L. Alexander o/b/o Wesley Alexander - *Anderson, et al* - 09-8665;
5. Vernon Allen - *Allen, et al* - 09-8645;
6. Gladys Ambrose - *Allen, et al* - 09-8645;
7. Lucinda Anderson - *Alexander, et al* - 09-8646; *Anderson, et al* - 09-8665;
8. Mandel Armour - *Addison, et al* - 09-8698

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel advised that they no longer represent the plaintiffs. However, as of this filing, counsel has not moved to withdraw as counsel. Accordingly, Gulf Stream believes that counsel is still obligated to represent these plaintiffs and, as a result, to comply with Pre-Trial Orders No. 2 and 32. The failure of the plaintiffs and their counsel to provide these Plaintiff Fact Sheets should result in dismissal.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 8th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**