

| | |
|---|---|
| FRANK S. BRUNO | JOSEPH BRUNO, JR. |
| JOSEPH M. BRUNO° | CHRISTOPHER M. HATCHER |
| STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

°Also Licensed To Practice In Texas

July 14, 2011

<u>VIA US POSTAL MAIL</u>
Andrew D. Weinstock
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, Louisiana 70002

  Re: <u>In Re: FEMA Trailer Formaldehyde Products Liability Litigation</u>
     United States District Court, Eastern District of Louisiana
     MDL No. 1873

Dear Mr. Weinstock:

Per your email correspondence of June 30, 2011, please find enclosed Plaintiff Fact Sheets for the following clients:

    1.) Chantelle Adams
    2.) Delinda Adams
    3.) James Alexander
    4.) James Allmon, Jr.
    5.) James Allmon, Sr.
    6.) Danielle Armstrong

We have <u>not</u> been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

    1.) Beverly Adams
    2.) Judy Addison
    3.) Connie Alexander
    4.) Wesley Alexander
    5.) Vernon Allen
    6.) Gladys Ambrose
    7.) Lucinda Anderson
    8.) Mandel Armour

Should you have any further requests/concerns, please feel free to contact me directly at (504) 304-2640

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno