## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | CARMEN MOTES |
| **Sent:** | Thursday, July 28, 2011 5:11 PM |
| **To:** | CRYSTLE ACCARDO; ANDREW WEINSTOCK |
| **Subject:** | FW: FEMA: MISSING PFS |
| **Importance:** | High |

**From:** Stephanie Alexie [mailto:stephaniea@brunobrunolaw.com]
**Sent:** Thursday, July 28, 2011 3:21 PM
**To:** CARMEN MOTES
**Cc:** Joe Bruno
**Subject:** RE: FEMA: MISSING PFS

Hi Carmen:

Our search for clients to complete PFS has ended. We notified these individuals via U.S. Postal Mail in November 2010 that we could no longer represent them in regards to this litigation due to their failure to contact our office after several attempts were made to contact them. We do not object to a voluntary dismissal of these claims. I am in the process of going through our inventory and responding to several letters that Andy sent on behalf of Gulf Stream to Gerald Meunier. As such, we will take the same position.

Very truly yours,

Stephanie Alexie
Legal Assistant to Joseph M. Bruno
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Direct Dial: (504) 304-2640
Email: stephaniea@brunobrunolaw.com

**From:** Joe Bruno
**Sent:** Monday, July 25, 2011 10:36 AM
**To:** Stephanie Alexie
**Subject:** FW: FEMA: MISSING PFS
**Importance:** High

Step, would you please respond?

Joseph M. Bruno
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335

1

Facsimile (504) 561-6775
jbruno@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Sunday, July 24, 2011 10:07 AM
**To:** Joe Bruno
**Subject:** FEMA: MISSING PFS
**Importance:** High

     I received your correspondence re: Missing PFS. RE: PFS that your office has been unsuccessful in obtaining, will your office be continuing the search or the search has been completed. If completed, do you have any objection to a Motion to Dismiss GSCI from the those particular claimants?

     Thank you for your cooperation in this matter.

Carmen

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.