UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8644; | * | |
| Plaintiff:  Beverly Adams | * | |
| | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8698 | * | |
| Plaintiffs: Judy Addison, Connie L. Alexander & | * | |
| Mandel Armour | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Beverly Adams, Connie L. Alexander, | * | |
| Connie L. Alexander o/b/o Wesley Alexander & | * | |
| Lucinda Anderson | * | |
| | * | |
| *Bechemin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8701 | * | |
| Plaintiff:  Beverly Adams | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs:  Vernon J. Polk & Gladys Ambrose | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8646 | * | |
| Plaintiff:  Lucinda Anderson | * | |

**************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs Fact Sheets, is hereby set for the 24th day of August, 2011, at 9:30 a.m.

00222678-1

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew W. Weinstock

_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 8th day of August, 2011, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00222678-1