UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SEC. "N" (5) |
| | * | |
| **This Document Relates to:** | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| Docket No. 09-5658 (Charles Marshall) | * | MAG. JUDGE CHASEZ |

*************************************************************************

## MOTION FOR LEAVE OF COURT TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Westchester Surplus Lines Insurance Company ("Westchester") moves this Court for leave to file the attached Reply Memorandum in Support of Motion for Summary Judgment (R.Doc. 22236) to briefly address the arguments raised by plaintiff in opposition to Westchester's Motion. This Motion for Summary Judgment is set for submission on August 10, 2011. Westchester's Reply Memorandum will assist the Court in resolving the pending issues and will not unduly delay these proceedings.

Westchester has contacted counsel for Plaintiff, and they do not oppose this Motion.

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 1100 - Two Lakeway Center
Metairie, Louisiana  70002
Telephone:  (504) 834-6500
Facsimile:  (504) 834-6500

BY:      /s/ G. Benjamin Ward
            **J. DANIEL PICOU (#13827)**
                jpicou@lpwsl.com
            **G. BENJAMIN WARD (#20403)**
                bward@lpwsl.com

**ATTORNEYS FOR WESTCHESTER SURPLUS LINES INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

              /s/ G. Benjamin Ward