UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-5659 (Sonya Andrews) | * | |

*********************************************************************

### Affidavit of G. Graham Allan, Ph.D. in the Trial of Sonya Andrews

State of Washington

County of __KING__

Before me, the undersigned notary on this day personally appeared G. Graham Allan, Ph.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 1, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

__G. Graham Allan__
G. Graham Allan, Ph.D.

Sworn and subscribed before me this __25th__ day of __July__, 2011.

_____     __Hyung Park__
Notary Public (Signature)         Notary Public (Printed)

> Notary Public
> State of Washington
> **HYUNG S PARK**
> MY COMMISSION EXPIRES
> May 24, 2015



Allan- SA00578

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * SECTION: N (5) <br> * <br> * <br> * JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: <br> *Sonya Andrews, et al v. Sun Valley, Inc., et al* <br> Docket No. 09-5659 (Sonya Andrews) | * MAGISTRATE JUDGE: <br> * CHASEZ <br> * |

*******************************************************************

**REPORT OF PROFESSOR G. GRAHAM ALLAN,**            July 1, 2011

    I have been retained to provide a report concerning the release of airborne formaldehyde from wood products present in the travel trailer involved in the matter of Sonya Andrews v. Sun Valley, Inc., et al. Case No. 09-5659 as well as materials encountered by Sonya Andrews in her life outside of the trailer.

    The following sixteen paragraphs outline my qualifications and my scientific opinions on some aspects of this litigation. All statements contained herein are true and correct and based on my personal knowledge, education and experience, and I am a person of the full age of majority, competent to submit this report.

1. I hold joint appointments as Professor of Chemical Engineering and as Professor of Fiber & Polymer Science at the University of Washington in Seattle, WA 98195-2100.
2. I am a Member of the International Academy of Wood Scientists and an expert in the chemistry of wood and wood adhesives.
3. I have earned baccalaureate degrees in Chemistry & Chemical Engineering from both the Scottish Universities of Glasgow and Strathclyde and a Ph.D. from the former. In 1970 I was also awarded the first D.Sc. degree conferred by the University of Strathclyde, for Distinguished Research in Fiber & Polymer Science. I have authored more than 300 scientific articles and hold 71 patents.
4. I have a familiarity with all types of manufactured wood products and their adhesive components and have discussed and taught their chemistry in both undergraduate and graduate level courses at the University of Washington, annually since 1966.
5. I am also knowledgeable in the chemistry of the substance formaldehyde, and its relationship to wood products and the quality of the air in manufactured homes as well as methods for its capture therefrom. By U.S. Federal invitation in 1979, I gave a presentation on this topic in Washington DC to Senator Morgan's U.S. Senate Subcommittee on Rural Development.

Allan- SA00540