UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Affidavit of H. James Wedner, M.D. in the Trial of Sonya Andrews

State of Missouri

County of St. Louis

Before me, the undersigned notary on this day personally appeared H. James Wedner, M.D. a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 17, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_____
H. James Wedner, M.D.

Sworn and subscribed before me this __25__ day of __July__, 2011.

_____    Rebecca S Light
Notary Public (Signature)                            Notary Public (Printed)

EXHIBIT 8

[Notary Seal: REBECCA S. LIGHT, Notary Public, Commission # 10948517, St. Louis County, STATE OF MISSOURI, My Commission Expires 10-05-2014]

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

This Document Relates to:
*Argonaut Claim No.: 174811*
*Westchester Claim No.: JY09J0231660 (Sun Valley)*

SECTION: N(5) *

JUDGE: ENGELHARDT Case No. 09-5659

MAG: CHASEZ

Report of  H. James Wedner, MD, FAAAI, FACP
Professor of Medicine,
Chief, Division of Allergy and Immunology
Washington University School of Medicine

This report is based upon my review of the medical records and documents pertaining to the bell weather plaintiff Sonya Andres and the deposition testimony of Ms. Andrews that has been provided to me. It is also based upon the reports of Patricia M. Williams, PhD and Stephen Smulski, PhD. It is my understanding that additional medical records and/or deposition testimony may become available and I will add to or amend this report, if necessary, once I have had the opportunity to review these documents.

I.   I am a physician licensed to practice medicine in the state of Missouri. I am currently Professor of Medicine in the Department of Medicine at Washington University School of Medicine and Chief of the Division of Allergy and Clinical Immunology in the Department of Medicine. I also serve as the Director of the Training Program in Allergy and Immunology of the Washington University School of Medicine/Barnes- Jewish Hospital/Children's Hospital of St. Louis GME Consortium, which is supported by both the Department of Medicine and the Department of Pediatrics of Washington University Medical School. I also serve as the Medical Director of The Asthma Center of Washington University School of Medicine. The Asthma Center is a clinical setting located in suburban St. Louis County which specializes in the diagnosis and treatment of allergic and immunologic diseases including allergic reactions to airborne contamination. A copy of my current curriculum vitae is appended to this document.

II.  My duties as Professor of Medicine include: patient care; teaching of Fellows in allergy and immunology, medicine and pediatric residents and interns and medical students; and clinical research dealing with the exposure of individuals with asthma, allergic rhinitis and allergic skin disease to indoor and outdoor allergens with a concentration on allergenic fungi. As part of my clinical practice I am frequently called upon to evaluate and treat individuals who present with complaints of possible exposure to formaldehyde and/or formaldehyde containing products.

Wedne-SA00336