# Maggio, Brent

| | |
|---|---|
| **From:** | Maggio, Brent |
| **Sent:** | Friday, June 10, 2011 2:19 PM |
| **To:** | (TBeard@reichandbinstock.com); Allison Snoddy; Dennis C. Reich (dreich@rbfirm.net); Shari Wright (swright@rbfirm.net) |
| **Cc:** | Ben Ward (bward@lpwsl.com); Candace R. LeBlanc (CLeblanc@swslaw.com); Charlie Penot Jr. (CPenot@midrid.com); Dan Picou; Gerardo R. Barrios (gbarrios@bakerdonelson.com); James R. Sutterfield (jsutterfield@swslaw.com); Larry I. Gramovot (larry@gramovotandtakacs.com); Lezly L. Petrovich (lpetrovich@midrid.com); Richard A. Sherburne Jr. (rsherburne@midrid.com); Rick D. Meils (rmeils@meilsattorney.com); Wade M. Bass (wbass@bakerdonelson.com) |
| **Subject:** | Sun Valley trial |

When do you think it would be an appropriate time for you all to designate the bellwether plaintiff that is definitely going to trial and remove the other two plaintiffs from the trial schedule so that we do not have to provide pretrial inserts, exchange deposition excerpts, and file various motions regarding all three plaintiffs?   Thanks..Brent..



**Brent M. Maggio**
504.836.5260 Direct Dial
504.836.5265 Direct Fax

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.



EXHIBIT 1