## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-7103 (Laura Demetriace Batiste)* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Affidavit of Coreen A. Robbins, M.H.S., Ph.D., C.I.H.
### in the Trial of Laura Demetriace Batiste

State of Washington

County of ___KING___

Before me, the undersigned notary on this day personally appeared Coreen A. Robbins, M.H.S.,

Ph.D., C.I.H., a person whose identity is known to me. After I administered the oath to her, she

stated as follows:

    All statements contained in my report dated July 8, 2011, are true and correct and based

upon my personal knowledge, education, and experience and I am a person of full age of

majority, competent to execute this affidavit.

_____

Coreen A. Robbins, M.H.S., Ph.D., C.I.H.

Sworn and subscribed before me this ___26 TH___ day of ___JULY___, 2011.

_____      ___BARBARA   M.   WALDEN___

Notary Public (Signature)         Notary Public (Printed)

EXHIBIT
5

Robbi- LB00851



REDMOND, WA • PORTLAND, OR • HILTON HEAD, SC • CAPE ELIZABETH, ME

Our reference: 20614C

July 8, 2011

Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie, LA 70002

Re:     Demetriace Batiste v. Sun Valley, Inc., et al.

The following report sets forth my opinions and conclusions regarding the industrial hygiene and environmental inspection materials related to the Sun Valley trailer provided to Ms. Demetriace Batiste by the Federal Emergency Management Agency (FEMA) after hurricane Katrina.

## I.     Qualifications

I am an Industrial Hygienist at Veritox, Inc. in Redmond, Washington. I have over twenty years of experience in industrial hygiene and I have served as a consultant in numerous industrial hygiene matters throughout the United States. I hold a master's degree in Occupational Safety and Health and a Ph.D. in Environmental Science. I am also a Certified Industrial Hygienist (CIH). I am a full member of the American Academy of Industrial Hygiene and the American Industrial Hygiene Association (AIHA). I am a full member of the Society of Toxicology (SOT) and an affiliate member of the American Conference of Governmental Industrial Hygienists (ACGIH). My current CV is attached to this report.

As part of my industrial hygiene-related activities, I have been frequently asked to address the issue of exposure to chemicals such as formaldehyde and other agents in indoor environments. In this matter, I have been asked to address general industrial hygiene issues related to formaldehyde and indoor air quality, and environmental inspections and testing related to the Sun Valley trailer provided by FEMA to Ms. Batiste.

## II.     Summary of Opinions

A summary of opinions is provided below. Detailed discussion and supporting information is provided for each opinion subsequently. Full-page versions of all the graphs are included in Appendices.

Robbi- LB00790