UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY<br>LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Gerod Macon, et al v. Sun Valley, Inc., et al*<br>*Docket No. 09-7103 (Laura Demetriace Batiste)* | *<br>*<br>* | MAG. JUDGE: CHASEZ |

*********************************************************************

### Affidavit of Philip Cole, M.D. in the Trial of Laura Demetriace Batiste

State of Alabama

County of Shelby

Before me, the undersigned notary on this day personally appeared Philip Cole, M.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 5, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_____
Philip Cole, M.D.

Sworn and subscribed before me this ___26___ day of ___July___, 2011.

_____   Jeanelle R. Bennett
Notary Public (Signature)               Notary Public (Printed)



Cole-LB00846

FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Gerod Macon, et al. v. Sun Valley, Inc., et al.

Docket No. 09-7109 (Laura Demetriace Batiste)

Report of

Philip Cole, MD, DrPH

July 5, 2011

| Section | Page |
|---|---|
| I. Qualifications | 2 |
| II. Formaldehyde | 3 |
| III. Formaldehyde in FEMA-supplied Temporary Housing Units | 3 |
| IV. Formaldehyde and Cancer: The Position of Review Bodies | 4 |
| V. Formaldehyde and Cancer Epidemiology: Overview | 7 |
| VI. Formaldehyde and Cancer of the Upper Airways | 10 |
| VII. Formaldehyde and Leukemia | 13 |
| VIII. Meta-Analyses | 15 |
| IX. Fear of Cancer | 15 |
| X. Opinions of Plaintiff's Experts | 17 |
| XI. Ms Demetriace Batiste | 17 |
| XII. Summary and Opinions | 20 |
| XIII. Appendices | 21 |
| XIV. References | 22 |
| XV. Attachments | 24 |
|     1. Curriculum vitae of June 1, 2011. | |
|     2. Testimony provided since October, 2005. | |

Cole-LB00803