UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCTS LIABILITY** | * | **SECTION: N (5)** |
| **LITIGATION** | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Irma Miller, et al. v. Sun Valley, Inc., et al* | * | **MAG. JUDGE: CHASEZ** |
| *Docket No. 09-5658 (Charles Marshall)* | * | |

**************************************************************************

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO ESTABLISH "REASONABLY ANTICIPATED USE" UNDER THE LPLA REGARDING CLAIMS OF CHARLES MARSHALL (Rec. Doc. 22235)

SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN VALLEY"), moves this Court for leave to file the attached reply memorandum in support of its Motion for Summary Judgment for failure to establish "reasonably anticipated use" under the LPLA (Rec. Doc. 22235) to briefly address the arguments raised by Charles Marshall's opposition brief (Rec. Doc. 22297). Sun Valley's Motion for Summary Judgment is set for submission on August 10, 2011. Sun Valley's reply memorandum will assist the Court in resolving the pending issues, and will not unduly delay these proceedings.

Sun Valley has contacted counsel for Plaintiff, and Plaintiff does not oppose this motion.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 8th day of August, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO