UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Irma Miller, et al. v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5658 (Charles Marshall)* | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in Support of Sun Valley's Motion for Summary Judgment for failure to establish "reasonably anticipated use" under the LPLA (R.Doc 22235):

IT IS ORDERED that leave is granted, and Sun Valley's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____day of August, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE