**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * **MDL NO. 07-1873** <br> * <br> * **SECTION "N" (5)** <br> * |
| **THIS DOCUMENT RELATES TO:** <br> *Sonya Andrews, et al., v. Sun Valley, Inc., et al., C.A. No. 09-5659 (Sonya Andrews); and Gerod Macon, et al., v. Sun Valley, Inc., et al., C.A. No. 09-7103 (Laura Demetriace Batiste)* | * **JUDGE ENGELHARDT** <br> * <br> * **MAGISTRATE CHASEZ** |

# EXHIBIT "A"

**FLUOR ENTERPRISES, INC.'S CONSENT MOTION TO AMEND SCHEDULING ORDERS AND REMOVE BACK-UP BELLWETHER PLAINTIFFS FROM THE TRIAL DOCKET**



**Dennis Reich  
&lt;DReich@reichandbinstock.com&gt;**

08/03/2011 10:06 PM

To "cpenot@midrid.com" &lt;cpenot@midrid.com&gt;

cc

bcc

Subject FW: FEMA - Sun Valley Bellwether Trial

History: 🔄 This message has been forwarded.

Charles,
Here is one email from and to Amanda. There also is a second one from Amanda and will try to find it and forward it to you.
Dennis

_____
From: Dennis Reich
Sent: Tuesday, July 26, 2011 3:21 PM
To: Amanda_Ballay@laed.uscourts.gov
Cc: BrentMaggio@AllenGooch.com; Gerald E.Meunier; Justin I Woods; andreww@duplass.com; jglass@duplass.com
Subject: Re: FEMA - Sun Valley Bellwether Trial

Amanda,
I plan on trying Charles Marshall's case first. I agree with the Court's view that it would be premature to proceed with any of the backup cases against Sun Valley at this time.
Dennis Reich

Sent from my iPhone

On Jul 26, 2011, at 10:35 AM, "Amanda_Ballay@laed.uscourts.gov" &lt;Amanda_Ballay@laed.uscourts.gov&gt; wrote:

&gt;
&gt; Counsel - Charles Marshall is the first selected bellwether plaintiff for
&gt; the October 2011 bellwether trial.  Assuming his case goes to trial in
&gt; October, the claims of Andrews and Batiste will not go to trial. Despite
&gt; this, we are receiving pre-trial motions on all three plaintiffs.  (See
&gt; Rec. Docs. 22221, 22226, 22235, and 22236).
&gt; The Court does not intend to address pre-trial motions relative to Andrews
&gt; and Batiste if it is Marshall's case that goes to trial.  Please confirm
&gt; that Marshall's case will be tried in October.
&gt;
&gt; Thanks.
&gt; Amanda
&gt;
&gt; Amanda J. Ballay
&gt; Law Clerk to the Hon. Kurt D. Engelhardt
&gt; United States District Court, Eastern District of Louisiana
&gt; 500 Poydras Street, Room C-367
&gt; Telephone: (504) 589-7645
&gt; Facsimile: (504) 589-4457
&gt;