UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Sonya Andrews, et al., v. Sun Valley,*<br>*Inc., et al.,  C.A. No. 09-5659 (Sonya*<br>*Andrews); and Gerod Macon, et al.,*<br>*v. Sun Valley, Inc., et al., C.A. No.*<br>*09-7103 (Laura Demetriace Batiste)* | * MDL NO. 07-1873<br>*<br>* SECTION "N" (5)<br>*<br>* JUDGE ENGELHARDT<br>*<br>* MAGISTRATE CHASEZ |

**O R D E R**

Considering Fluor Enterprises, Inc.'s Consent Motion to Amend Scheduling Orders and to Remove Back-Up Bellwether Plaintiffs from the Trial Docket (the "Consent Motion"),

**IT IS HEREBY ORDERED** that the Consent Motion is granted and the cases of bellwether plaintiffs Sonya Andrews and Laura Demetriace Batiste are hereby removed from the Court's bellwether trial docket set for October 17, 2011;

**IT IS FURTHER ORDERED** that the scheduling orders previously entered in the bellwether cases of Sonya Andrews, severed from Civil Action No. 09-5659, *Sonya Andrews, et al., v. Sun Valley, Inc., et al.,* and Laura Demetriace Batiste, severed from Civil Action No. 09-7103, (Rec. Docs. 19812 and 19813) are hereby vacated; and

**IT IS FURTHER ORDERED** that only that portion of Pretrial Order 82 (Rec. Doc. 18681) that sets Sonya Andrews and Laura Demetriace Batiste as back-up bellwether plaintiffs whose claims may be tried on October 17, 2011, is also vacated.

**New Orleans, Louisiana**, this _____ day of August, 2011.

_____
**Kurt D. Engelhardt**
**United States District Judge**