# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Jerica Clark, et al. v. TL Industries, Inc., et al.* | * | |
| USDC-EDLA No. 09-8373 | * | |
| Leishon Darby and Brian Keith Darby, Sr., | * | |
| individually and on behalf of Briana Darby, | * | |
| Brishon Darby, Brian Darby, Jr. and | * | |
| Leishon Darby only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS LEISHON DARBY AND BRIAN KEITH DARBY, SR.'
## NOTICE OF  VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Leishon Darby and Brian Keith Darby, Sr., individually and on behalf of Briana Darby, Brishon Darby, Brian Darby, Jr. and Leishon Darby only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby give notice of their dismissal of all claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Plaintiff Leishon Darby and Brian Keith Darby, Sr., individually and on behalf of Briana Darby, Brishon Darby, Brian Darby, Jr. and Leishon Darby in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.

<u>s/Anthony G. Buzbee</u>
Anthony G. Buzbee