# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Janice Currie, et al*<br>*v. Pilgrim International, Inc., et al*<br>Civil Action No. 09-7909 | § § § | MAG. JUDGE CHASEZ |

### ORDER ON MOTION TO AMEND ORDER (Rec. Doc. 20822)

Considering the foregoing Motion to Amend Order (Rec. Doc. 20822),

IT IS SO ORDERED, that Rec. Doc. 20822, Order On Plaintiff's Latrice Parnell, As Next Friend of Q.P., A Minor Notice of Voluntary Dismissal Under FRCP 41(a)(1)(A)(i) is set aside *nunc pro tunc*, and the claim of Latrice Parnell, As Next Friend of Q.P. is reinstated, as if said order of dismissal had never been issued by this Court.

It is further Ordered that the claim of Latrice Parnell as Next Friend of Latrice Parnell, a Minor, be dismissed without prejudice under FRCP 41(a)(1)(A)(i).

New Orleans, Louisiana, this 8th day of August, 2011

HONORABLE KURT ENGELHARDT
ENGELHARDT