UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | **SECTION: "N"(5)** |
| | **LITIGATION** | * | |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Kimberly Jackson, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | **MAG: CHASEZ** |
| *E.D. La. Suit No. 09-7848* | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that defendant, SunnyBrook RV, Inc., is granted leave to file its Motion for Leave to File Reply to Plaintiff's Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this __8th__ day of __August__, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE