UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * * | |
| Civil Action No. 09-7798; *Augusta Acker, et al v. Keystone RV Company, et al;* | | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint for Damages on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file Plaintiff's First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing Motion.

DATED this _____ day of _____, 2011 in New Orleans, Louisiana.


_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE