UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. ~~09-7103~~ *(Laura Demetriace Batiste)* | * | |
| 09-7109 | | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Memorandum in Support of Sun Valley, Inc's Motion for Summary Judgment on Medical Causation regarding Laura Demetriace Batiste (R.doc 22226):

IT IS ORDERED that leave is granted, and Sun Valley's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this __9th__ day of August, 2011.

                                                  _____
                                                  KURT D. ENGELHARDT
                                                  UNITED STATES DISTRICT JUDGE