UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-7103 *(Laura Demetriace Batiste)* | * | |

*************************************************************************

### Affidavit of G. Graham Allan, Ph.D. in the Trial of Laura Demetriace Batiste

State of Washington

County of ___KING___

Before me, the undersigned notary on this day personally appeared G. Graham Allan, Ph.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 1, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_G. Graham Allan_
G. Graham Allan, Ph.D.

Sworn and subscribed before me this ___25th___ day of ___July___, 2011.

_____     ___Hyung Park___
Notary Public (Signature)             Notary Public (Printed)

**Notary Public
State of Washington
HYUNG S PARK
MY COMMISSION EXPIRES
May 24, 2015**

EXHIBIT 4

Allan- LB01092

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE JUDGE: |
| *Gerod Macon, et al v. Sun Valley, Inc., et al* | * | CHASEZ |
| *Docket No. 09-7109 (Laura Demetriace Batiste)* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPORT OF PROFESSOR G. GRAHAM ALLAN,**             **July 1, 2011**

    I have been asked to provide a report concerning the release of airborne formaldehyde from wood products present in the travel trailer involved in the matter of Laura Demetriace Batiste v. Sun Valley, Inc., et al. Case No. 09-7109 as well as materials encountered by Laura Demetriace Batiste in her life outside of the trailer.

    The following sixteen paragraphs outline my qualifications and my scientific opinions on some aspects of this litigation. All statements contained herein are true and correct and based on my personal knowledge, education and experience, and I am a person of the full age of majority, competent to submit this report.

1. I hold joint appointments as Professor of Chemical Engineering and as Professor of Fiber & Polymer Science at the University of Washington in Seattle, WA 98195-2100.
2. I am a Member of the International Academy of Wood Scientists and an expert in the chemistry of wood and wood adhesives.
3. I have earned baccalaureate degrees in Chemistry & Chemical Engineering from both the Scottish Universities of Glasgow and of Strathclyde and a Ph.D. from the former. In 1970 I was also awarded the first D.Sc. degree conferred by the University of Strathclyde, for Distinguished Research in Fiber & Polymer Science. I have authored more than 300 scientific articles and hold 71 patents.
4. I have a familiarity with all types of manufactured wood products and their adhesive components and have discussed and taught their chemistry in both undergraduate and graduate level courses at the University of Washington, annually since 1966.
5. I am also knowledgeable in the chemistry of the substance formaldehyde, and its relationship to wood products and the quality of the air in manufactured homes as well as methods for its capture therefrom. By U.S. Federal invitation in 1979, I gave a presentation on this topic in Washington DC to Senator Morgan's U.S. Senate Subcommittee on Rural Development.