UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N (5) JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Gerod Macon, et al v. Sun Valley, Inc., et al* *Docket No. 09-7103 (Laura Demetriace Batiste)* | * * * | MAG. JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Affidavit of Robert C. James, Ph.D. in the Trial of Laura Demetriace Batiste**

State of Florida

County of __Leon__

Before me, the undersigned notary on this day personally appeared Robert C. James, Ph.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 15, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_____
Robert C. James, Ph.D.

BRENDA J. MURPHY
Comm# DD0802642
Expires 9/26/2012
Florida Notary Assn., Inc

Sworn and subscribed before me this __25__ day of __July__, 2011.

_Brenda J. Murphy_            _Brenda J. Murphy_
Notary Public (Signature)      Notary Public (Printed)

EXHIBIT
6

# The Report of Dr. Robert C. James

## Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

## MDL No. 1873

### Re: Demetriace Batiste (Docket No. 09-7109)

I reserve the right to modify this report if additional information is produced in this matter.

*Robert C. James*

Robert C. James, PhD.
7/15/11

1

James-LB00806