UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SEC. "N" (5) |
| | * | |
| **This Document Relates to:** | * | JUDGE ENGELHARDT |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | |
| Docket No. 09-5658 (Charles Marshall) | * | MAG. JUDGE CHASEZ |

*************************************************************************

## ORDER

Considering the foregoing opposed Motion for Leave to File Reply Memorandum in Support of Westchester Surplus Lines Insurance Company's Motion for Summary Judgment (R.Doc. 22236),

**IT IS ORDERED** that leave is granted, and Westchester's Reply Memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this ___9th___ day of August, 2011.

_____
**KURT D. ENGELHARDT**
United States District Court