# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Mark Romanetz*
*March 16, 2011*

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana 46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File Romanetz Mark.txt
Min-U-Script® with Word Index


EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            )
FORMALDEHYDE PRODUCTS LIABILITY)
LITIGATION,                    )
                               ) MDL NO. 1873
_____) SECTION N (5)
THIS DOCUMENT RELATES TO:      ) JUDGE: ENGELHARDT
This document applies to all   ) MAGISTRATE JUDGE:
cases.                         )    CHASEZ
_____)


The Videotaped Deposition of the Corporate

   Representative of Sun Valley, Inc., through

   Mark Romanetz

            Date:   Wednesday, March 16, 2011

            Time:   9:00 o'clock a.m.

            Place:  Baker & Daniels
                    202 South Michigan Street
                    Suite 1400
                    South Bend, Indiana


            Called as a witness by Sun Valley, Inc.,

            in accordance with the Federal Rules

            of Civil Procedure for the United States

            District Court, Eastern District of

            Louisiana, pursuant to Notice.


Before Brenda L. Davis, CSR, RPR, RMR, and Notary
Public, Porter County, Indiana

```
1   A.   The economy hit us pretty hard.  We had to make a
2        decision whether to keep it running, put more
3        money into it.  And we made that determination
4        that it wasn't worthwhile to do it, so we ended
5        up closing Sun Valley down in December of 2008.
6   Q.   What was it that led to the company's, I guess,
7        closing down in December of 2008?
8   A.   Fuel pricing, interest rates -- not so much
9        interest rates, but retail customers not being
10       able to get financed, dealer end of it;
11       everything tightened up, so the dealers were
12       getting foreclosed on by their banks, so there
13       was a lot of buy-backs that ended up hitting us
14       pretty hard that year, so buy-back, buying back
15       inventory that might be two or three years old
16       at full price, buying it back and then having to
17       resell it at a discount, it just hurt our
18       pocketbook, the cash flow.
19  Q.   Explain to us the buy-back, I guess, protocol in
20       y'all's industry.
21  A.   Typically, an RV dealer will buy travel trailers
22       through either a local bank or a lot of national
23       firms, GE is one of them, they would buy that.
24       And to get that credit line they'd have a
25       manufacturer sign that they would buy it back
```

17

1   after a certain period, depending on the bank or
2   whatever.
3         That period depended on what the bank
4   decided they wanted to do and what we could
5   negotiate with them. But if the dealer went into
6   default for any reason, the manufacturer would
7   have to buy back that product.
8         So, you know, with the economy downturn and
9   not selling anything and stuff sitting there, a
10  lot of dealers were folding. So that's what the
11  buy-back is.
12  Q.  And when you were president of Sun Valley, what
13      kind of products did it manufacture?
14  A.  Again, truck campers, travel trailers. We were
15      building tent campers, but that stopped with
16      Sunlight, we didn't build them with Sun Valley.
17  Q.  And throughout the time that Sun Valley was in
18      existence where was it located?
19  A.  In Elkhart, like 23 miles from South Bend.
20  Q.  Throughout the years has Sun Valley always used
21      the same manufacturing process to develop and --
22      design and develop its travel trailers?
23  A.  Yeah, since '84 we've built the trailers the same
24      way, just different shapes, that's it.
25  Q.  What about in terms of the raw materials?

| | | |
|---|---|---|
| 1 | | B would be the trailer type. |
| 2 | Q. | Before we go on, with respect to the 1S4, you say |
| 3 | | that's the manufacturer. |
| 4 | A. | Which would be Sun Valley. |
| 5 | Q. | In this case, who was that? |
| 6 | A. | Sun Valley. |
| 7 | Q. | All right.  The next one. |
| 8 | A. | B is trailer type, which is a Road Runner travel |
| 9 | | trailer.  T is the body style, which means |
| 10 | | travel trailer.  Three zero would be the trailer |
| 11 | | length. |
| 12 | Q. | And so in this case, what does that represent? |
| 13 | A. | Thirty feet. |
| 14 | Q. | Okay. |
| 15 | A. | Two is the number of axles, it has two axles |
| 16 | | underneath it.  I'm not totally sure on the rest |
| 17 | | of them.  The check digit, it'd be a zero.  The |
| 18 | | year, I know the year is the six.  Plant |
| 19 | | location, I'm not totally sure if the three is |
| 20 | | that.  The last part of it, the 014780, is the |
| 21 | | individual serial number that we -- in numerical |
| 22 | | order any time we build a travel trailer. |
| 23 | Q. | Gotcha.  Thank you. |
| 24 | | At this time I would offer that document |
| 25 | | into evidence as Sun Valley Number 2. |

| | | |
|---|---|---|
| 1 | | for those two inspection -- for the trailers that |
| 2 | | are on those two inspection sheets, they indicate |
| 3 | | that the model year was 2006; is that correct? |
| 4 | A. | That is correct. |
| 5 | Q. | But both those inspection sheets are actually |
| 6 | | dated in 2005, correct? |
| 7 | A. | Correct. |
| 8 | Q. | How is it that you could have a model year 2006 |
| 9 | | being inspected in 2005? |
| 10 | A. | Generally, model year changed in -- for 2006, it |
| 11 | | probably changed in June or July of 2005.  So it |
| 12 | | went to 2006 models at that time frame. |
| 13 | Q. | So when you have a -- in the VIN number a model |
| 14 | | year 06, that would mean -- what would be the |
| 15 | | dates that that model could have been |
| 16 | | manufactured? |
| 17 | A. | It could have been manufactured June of '05 all |
| 18 | | the way through May of 2006. |
| 19 | Q. | And is there any way for you to determine from |
| 20 | | the VIN number what was the date of actual |
| 21 | | manufacture? |
| 22 | A. | I don't know that, no. |
| 23 | Q. | In this case, given that -- assuming that these |
| 24 | | inspection sheets are accurate, this would |
| 25 | | suggest that these units were built sometime in |

                                                              110

1           2005; is that correct?
2   A.      Yes.
3   Q.      Now, given that the model year runs from
4           approximately July -- June, July of the year to
5           about May of the next year, and using that time
6           frame, the first year that Sun Valley came
7           into -- what's your best estimate of how many
8           travel trailers Sun Valley manufactured a year
9           when it started manufacturing in 2000, in
10          December of 2000 or January 2000?
11  A.      Best guess would be probably five, six hundred in
12          2000.
13  Q.      And I don't need a guess but I need your estimate
14          as the corporate representative.
15  A.      My estimate is five, six hundred in the first
16          year.
17  Q.      What was the most units that Sun Valley ever
18          produced -- travel trailers Sun Valley ever
19          produced in a single year?
20  A.      I would say about fifteen hundred.
21  Q.      And what was the least amount, the smallest
22          number?
23  A.      Sun Valley?  Five to six hundred a year.
24  Q.      For the model year 2005, which would be, I
25          believe, June, July 2004 through May 2005 --

```
                                                              111
```

1  A.  Okay.
2  Q.  -- what's your best estimate of how many units
3      Sun Valley manufactured?  That would be the year
4      before Katrina, Rita.
5  A.  I would say probably twelve, thirteen hundred,
6      somewhere in there.
7  Q.  And the next model year, model year 2006, which
8      would be June, July 2005 through May 2006, how
9      many travel trailers did Sun Valley manufacture?
10 A.  Around probably the fifteen hundred mark.
11 Q.  The year after that, the model year which would
12     be 2007, which would be June, July 2006 through
13     May 2007, approximately how many units?
14 A.  About fifteen hundred.
15 Q.  And then the next model year, model year 2008.
16 A.  Well, that's when it started to drop.  Probably a
17     thousand.
18 Q.  And then model year 2009 would have been the last
19     year of manufacture?
20 A.  Correct.
21 Q.  Approximately how many units in that last year?
22 A.  Six, seven hundred.
23 Q.  As I understand from counsel's questioning --
24              MR. MAGGIO:  Let me go back to
25     that last question.  Let me see his

152

1           producing.
2   A.      Correct.
3   Q.      Was that because there was an increase of demand
4           from your supplier or from your retailers who
5           were selling the units to FEMA?
6   A.      I don't know.
7   Q.      At least here, though, I mean, the num-- the
8           total number of units that you would -- the
9           most number of units you built in a year were
10          about fifteen hundred to sixteen hundred, right?
11  A.      Correct.
12  Q.      And here Mr. Workman was asking for almost one-
13          third of your annual output --
14  A.      Correct.
15  Q.      -- to assist -- for dealers who were going to
16          sell to FEMA.
17  A.      Correct.
18  Q.      Now, counsel went through with you some of the
19          differences between the FEMA spec models and the
20          models that you manufactured.
21  A.      Correct.
22  Q.      Do you remember that?
23  A.      Yes.
24  Q.      The models that he was asking for in this e-mail,
25          these five hundred units, he wasn't asking for

153

1          FEMA-spec models, was he?
2     A.   No. Based on this, no, it was our standard
3          production 30BH LTDs.
4     Q.   Okay. To the extent that you provided any units
5          to your dealers which were subsequently sold to
6          FEMA, would those units have been any way
7          different from units that your dealers would have
8          sold to the general public?
9     A.   As far as construction, windows, everything, no.
10         The only thing that would have changed might have
11         been drapery material and cushions material,
12         colors.
13    Q.   How would that have changed?
14    A.   We would have just bought a different color. The
15         30BH model was, if you will, our price point
16         trailer to the industry. And what we wanted to
17         do was use fabrics, drapes that might have been
18         obsolete from a motor home manufacturer, that was
19         extra supplied to one of our current suppliers.
20    Q.   You used the phrase "price point model"?
21    A.   Yes.
22    Q.   What does "price point model" refer to?
23    A.   At that time, if I remember the figures
24         correctly, our competition was offering a similar
25         trailer, same style, for like 7,995. So we came

154

```
 1            up with our version of it and tried to get as
 2            close to that price as we could.
 3     Q.     You also used the term "obsolete materials."
 4     A.     Correct.
 5     Q.     Were these materials bad, were they --
 6     A.     No.
 7     Q.     What made them obsolete?
 8     A.     A motor home manufacturer, another travel trailer
 9            manufacturer -- we change model years, like we
10            discussed earlier, in June or July, and they
11            have bought, the supplier has bought, that
12            material.  Well, they change models -- model year
13            and they change the fabric.  So this supplier
14            gets stuck with this fabric.
15     Q.     When you're selling to the general public, the
16            general public is much more concerned about
17            the aesthetics of the unit they're buying, it
18            must be more fashionable, so to speak.
19     A.     Correct.
20     Q.     When you're selling a unit that may be oriented
21            more towards the government or FEMA, the
22            aesthetics is not as big an issue.
23     A.     I would say you're probably right.  Yes.
24     Q.     And so, in other words, if you were building a
25            unit that might be used for disaster relief, that
```

1    one of your retailers might use to sell to FEMA,
2    if it has obsolete or the materials are not
3    quite the current fashion, that's not as big an
4    issue, that's not an issue of concern.
5  A. If they were selling to FEMA? Probably not.
6  Q. And the obsolete materials, by virtue of them
7     being obsolete, would be less expensive.
8  A. Correct.
9  Q. And so that would help you meet that price point.
10 A. Correct.
11 Q. But the materials themselves, the quality of the
12    materials was no different than the ones that you
13    were selling to the general public.
14 A. These were the ones we were selling to the
15    general public.
16 Q. And just to put this into a more concrete term,
17    one of the things that I had in my house when
18    I bought it was green -- a green refrigerator and
19    yellow Formica counters.
20 A. Uh-huh.
21 Q. -- which apparently was very fashionable in the
22    '70s. That did not make the quality any lesser
23    than the Formica that I would buy today of a
24    different color.
25 A. Just bad choice in colors.

156

1  Q.  Correct. And that's the same distinction we're
2      talking about here with obsolete materials.
3  A.  Correct.
4  Q.  I want to pull out that exhibit which is the FEMA
5      specs.
6              MR. MAGGIO: I don't think we
7          actually introduced it yet.
8              MR. MILLER: Can you -- do you
9          have a copy of that for the witness?
10         And can we mark that as an exhibit?
11         If you don't have a hard copy, we
12         can take a break and I can make one.
13             MR. MAGGIO: No, we have some
14         here.
15             MS. BARKER: We have them. Do
16         you have the exhibit labels by you?
17             MR. MILLER: I do.
18         (Sun Valley Deposition Exhibit 15
19           marked for identification.)
20 BY MR. MILLER:
21 Q.  Sir, you've been handed a document which is
22     marked Exhibit Number 15 and is Bates stamped Sun
23     Valley 01-00164 through 168.
24 A.  Yep. Correct.
25 Q.  And counsel asked you some questions about the

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242

161

1  A.  Yes.
2  Q.  How large was the furnace in your unit?
3  A.  I believe it was 31,000 BTU.
4  Q.  And FEMA was requiring a 34,000 BTU furnace; is
5      that right?
6  A.  Reading this, yes.
7  Q.  Did your units come with an air conditioner?
8  A.  Yes.
9  Q.  How large was the air conditioner that you
10     provided?
11 A.  Thirteen five.
12 Q.  So the air conditioner that you provided were
13     less than what FEMA was specifying.
14 A.  Correct.
15 Q.  The units that you were building that eventually
16     were used by FEMA were no different than the
17     units you produced and were sold to the general
18     public; is that right?
19 A.  Absolutely correct.
20 Q.  And do you agree that Sun Valley had an
21     obligation to produce safe units?
22 A.  Correct.
23 Q.  And are you familiar with the phrase "full-
24     timers"?
25 A.  Yes.

1  Q.  Is that a phrase that's used in the RV industry?
2  A.  Yes.
3  Q.  What does that refer to?
4  A.  It refers to people that use their RV and travel
5      all over and they stay in the RV continuously.
6  Q.  There's no limitation or restriction that Sun
7      Valley puts when it sells units saying that you
8      can only use this for weekends, correct?
9              MR. MAGGIO:  I'm going to
10         object to the question, it's been
11         asked and answered.  You can answer
12         it.
13             THE WITNESS:  We don't say --
14             MR. MILLER:  Wait a minute.
15         Who asked the question?
16             MR. MAGGIO:  I did.
17             MR. MILLER:  This is my
18         examination of the witness.  I can
19         ask the same question, even if you
20         asked it, Counsel.
21             MR. MAGGIO:  Not only did I
22         ask it, but I think the contractor
23         attorneys asked it as well.
24             MR. MILLER:  And this is my
25         examination of the witness, so --

```
 1       so on and so forth.  Where a full-time travel
 2       trailer or fifth wheel would have heated holding
 3       tanks so that they could use it during winter
 4       months and that.
 5  Q.   Okay.  And that's on the warranty.  But you
 6       recognize that people buy these travel trailers
 7       and use them full-time; is that right?
 8              MR. MAGGIO:  Objection.
 9       Argumentative.
10              THE WITNESS:  Yeah, there's
11       travel trailers out there that they
12       use full-time.
13  BY MR. MILLER:
14  Q.   And you realize when you put this travel trailer
15       on the market that people may buy it and use it
16       full-time.
17  A.   Probably a small percentage, yes.
18  Q.   Are there any dangers, hazards associated with
19       the use of that travel trailer full-time?
20  A.   No.
21  Q.   The problems with the travel -- what are the
22       problems that arise when someone uses a travel
23       trailer full-time?
24  A.   Well, just like we talked about.  I mean, if they
25       take it to a cold weather climate, in our case, I
```

181

1      aware of when you're selling -- there were --
2      when you sell these units, you're aware that some
3      people who might buy these units are
4      "full-timers" and will live in these units
5      full-time.
6  A.  Correct.
7  Q.  That trailer should still be safe to live in; is
8      that correct?
9  A.  Correct.
10 Q.  And when you're selling this trailer you believe
11     it's safe to live in full-time.
12 A.  Yes.
13 Q.  What would happen to a "full-timer" and the
14     reason you'd have this warranty exclusion is that
15     things in the trailer could break because of
16     overuse.
17 A.  Correct.
18 Q.  And, therefore, you wouldn't warrant that those
19     things would be good for five, six years, like
20     you'd expect maybe in a normal house.
21 A.  Correct.
22 Q.  And it would be reasonable for any person who was
23     purchasing this unit for full-time occupancy to
24     believe that they could live in that unit safely;
25     is that correct?

194

1  Q.  -- correctly? Thank you. Now, my questions are
2      the following: If you're using the travel
3      trailer on a weekend camping trip and there's no
4      sewer system and you just have the holding tank,
5      you could also have a backup with a holding tank
6      if there's a blockage.
7  A.  Sure.
8  Q.  Okay. Or let's take the holding tank out. Just
9      assume for me you had a Sun Valley travel trailer
10     that was manufactured without a holding tank.
11     I know there weren't -- you did not do that; is
12     that correct?
13 A.  That is correct.
14 Q.  But if you had manufactured them that way, and
15     the system -- the sewer system were then
16     connected to a municipal or a county sewer
17     system, you could have a backup if there were a
18     blockage in that circumstance also, correct?
19 A.  Correct.
20 Q.  So regardless of how you get to a sewer system
21     or whether you get to a sewer system and just
22     use a holding tank, a blockage is going to result
23     -- somewhere in there is going to result in a
24     backup.
25 A.  Correct.