# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Daniel Morrison*
*March 17, 2011*

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana  46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File Morrison Daniel.txt
Min-U-Script® with Word Index



EXHIBIT B

```
                                                                  1

          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER              )
FORMALDEHYDE PRODUCTS LIABILITY)
LITIGATION,                      )
                                 ) MDL NO. 1873
_____) SECTION N (5)
THIS DOCUMENT RELATES TO:        ) JUDGE: ENGELHARDT
This document applies to all     ) MAGISTRATE JUDGE:
cases.                           )    CHASEZ
_____)


The Videotaped Deposition of the Corporate

   Representative of Sun Valley, Inc., through

   Daniel M. Morrison

           Date:    Thursday, March 17, 2011

           Time:    9:00 o'clock a.m.

           Place:   Baker & Daniels
                    202 South Michigan Street
                    Suite 1400
                    South Bend, Indiana


           Called as a witness by Sun Valley, Inc.,

           in accordance with the Federal Rules

           of Civil Procedure for the United States

           District Court, Eastern District of

           Louisiana, pursuant to Notice.


Before Brenda L. Davis, CSR, RPR, RMR, and Notary
Public, Porter County, Indiana
```

```
                                                        14
 1   Q.   What would have been, I guess, the problem if you
 2        all would have tried to accomplish that?
 3   A.   Well, FEMA, they were looking for five hundred --
 4               MR. MILLER:  Objection.
 5        Foundation.  Go ahead.
 6               MR. MAGGIO:  You can answer
 7        the question.
 8               THE WITNESS:  FEMA was looking
 9        for five hundred to a thousand units
10        at a time.  The most we ever did in
11        a year was fifteen hundred.  And if
12        we would have tried to have built
13        five hundred units, we would not
14        have been able to build anything for
15        our normal dealer base for six or
16        seven months.
17   BY MR. MAGGIO:
18   Q.   And what's the problem with that?
19   A.   Well, it would have been great to have those five
20        hundred units -- five hundred orders from FEMA.
21        But if we can't supply our dealers, our dealers
22        are going to go elsewhere.  And after we would
23        have fulfilled that FEMA order, our dealers would
24        have been gone.  We would have been out of
25        business.
```

```
                                                                64
 1  A.  Ages 18, 14, 11 and 9.
 2  Q.  Do you use that RV vehicle for weekend trips,
 3      extended trips?
 4  A.  We do.
 5  Q.  Do you allow your children to go into that RV
 6      unit?
 7  A.  We do.
 8  Q.  Let them sleep in that RV unit?
 9  A.  We do.
10  Q.  Have you ever experienced any complaints from any
11      of your children about runny noses, respiratory
12      problems, burning eyes, itching?
13  A.  No, sir.
14  Q.  Do you think the RV unit that you own is safe?
15  A.  I do.
16  Q.  Would you let your children go into that RV unit
17      if you thought the air in that unit was
18      dangerous?
19  A.  Absolutely not.
20  Q.  Do any other family members own a RV unit?
21  A.  My parents.
22  Q.  Do they still own that unit?
23  A.  They don't.  But they did for 15 or 20 years.
24  Q.  And what would they use that unit for?
25  A.  They would -- they camped frequently.  And, also,
```

65

1          they -- they were "snowbirds," and in the
2          wintertime they would set their RV up in an RV
3          park in Florida for four months and live in it.
4    Q.    Did they live full-time up here in Indiana?
5    A.    Yes.
6    Q.    And they two drive it down to Florida and set it
7          up?
8    A.    Yes, sir.
9    Q.    They would be what we'd call "snowbirds" or
10         "full/long-timers"?
11   A.    Yes, sir.
12   Q.    Did you allow your children to go into that unit
13         with your parents?
14   A.    Yes, sir.
15   Q.    Did you ever receive any complaints from your
16         parents or your children when they were in that
17         unit about problems with breathing, itchy nose,
18         eye problems, anything like that?
19   A.    No, sir.
20   Q.    Did you think that travel trailer that your
21         parents owned was safe?
22   A.    Yes, sir.
23   Q.    Would you have let your children go into that
24         unit and stay with your parents if you thought it
25         was unsafe?