UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION * MDL NO. 1873
* SECTION: N (5)
* JUDGE: ENGELHARDT
*
THIS DOCUMENT RELATES TO: (Irma Miller, et al v. Sun Valley, Inc., et al, Docket No. 09-5658) * MAG. JUDGE CHASEZ

*********************************************

Video deposition of CHARLES MARSHALL, taken at the Law Offices of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163, on the 5th day of January 2011.

EXHIBIT
C

A. Yes.

Q. It says that the date that your trailer arrived on site was November 27, 2005.

A. Okay.

Q. Any reason to dispute that?

A. No.

Q. And it says at the bottom, "Date Lease-in, December 3, 2005." Any reason to dispute that?

A. No.

Q. And let's turn the page. This document here is entitled "Temporary Housing Unit Inspection Report." Do you see that?

A. Uh-huh (affirmative response).

Q. Is that a yes?

A. Yes.

Q. And at the bottom, it looks like it has your signature, Charles H. Marshall on the left-hand side; Is that right?

A. Yes.

Q. And it's dated December 3, 2005, correct?

A. Yes.

Q. And it looks like there was some inspection of the trailer because somebody has

# Individual Site Document Check List

See Sample Documentation to ensure all areas are properly populated

CH2MHILL

Registration Number: 93-9646088A    Site Control Number: SC-03-050035

Applicant Name: Marshall Charles

Applicant Address: 3500 Dickens Drive
New Orleans, LA 70131

App. Phone Number: 504-456-7145 504-392-7631 9013682327

## Site Inspection

Date SIR Issued: 11/13/05    Date SIR Completed: 11/19/05

Required Information:

- ☒ SIR
- ☐ Ingress-Egress
- ☐ Site Layout Sketch
- ☐ Unit Installation Work Order

Supplemental Information - Provide if required to complete the site evaluation:

- ☐ Directions to Site (i.e. Map Quest map)
- ☐ Photo Log
- ☐ One Call Ticket Number # ____
- ☐ Permit(s) - if required
- ☐ Copy of Flood Plain Map (especially in areas near the V-zone or boardering zones)
- ☐ Other: ____

## Trailer Haul

Date Trailer Arrived on Site: 11/27/05

Required Information:

- ☒ Unit Delivery Ticket
- ☐ Trailer On-Site Date
- ☐ VIN and Barcode

Supplemental Information:

Temporary Housing Unit Inspection Report - initial inspection

## RFO

Date RFO: 12/3/05

Required Information:

- ☒ Temporary Housing Unit Inspection Report - RFO inspection
- ☒ Ready for Occupancy Status Report

Supplemental Information:

- ☐ RFO Check List

## Lease-in

Date Lease-in: 12/3/05

Required Information:

- ☒ Emergency Shelter Agreement to Rules of Occupancy

Supplemental Information:

- ☐ Lease-in Check List

Exhibit Marshall 6

SC-03-050035

# SITE INSPECTION REQUEST

DR-1603-LA

Site Control #: SC-03-050035 Rgsn ID: 939646088A O/R:

| | |
|---|---|
| Address: 3500 DICKENS DR | Name: MARSHALL, CHARLES H |
| City: NEW ORLEANS State: LA | Current Address: 3500 DICKENS DR |
| County: Orleans Zip Code: 70131 | City: NEW ORLEANS State LA |
| Lot #1: Lot #2: | County: Orleans ZipCode: 70131 |
| Land Owner: MARSHALL, CHARLES H | Phone: (504)3927631 Alt Phone: () |
| Phone: (901)3682327 TN. | P-Code: P-4TTP |
| Park Name: <B) 504.451.7145 | TT's Needed: 1 MH's Needed: 0 |

| | Company | Address | Phone |
|---|---|---|---|
| ☒ Electric | Entergy | | |
| ☐ Gas | | | |
| ☒ Water | City | | |
| ☒ Sewer | City | | |

**DIRECTIONS TO SITE**

29.91779 89.98421

**SITE NOTES**

Site Inspector: Assigned: 11/13/2005 Re-Instated:

☒ Site Feasible

☐ Site Not Feasible

On Hold Reason

☐ Back to PPI

☐ Ingress-Egress Agreement

**REASON SITE NOT FEASIBLE**

**FAMILY COMPOSITION**

| Name | Relationship | Age |
|---|---|---|
| | | |

#HOUSED

BR REQ

**WITHDRAWN**

☐ WVO / Applicant Withdraw

Withdrawn Date

WithdrawnReason

**INSPECTOR COMMENTS**

CALLED NO ANSWER 11:10AM 11/17/05. 11.19.05 DO SIR. BY FAX.

**SPECIAL NEEDS**

Signature of Site Inspector: Tom Pitkin Date: 11.19.05

Applicant Notified of Site Determination Date: 11.19.05 By: TWP

HJR 11/20/05

**SITE INFORMATION** **APPLICANT INFORMATION**

11/15/2005 10:24:19 AM

RECEIVED NOV 2 _ _

# Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0003-11156-IPR | 11/22/2005 | DEVYN SINGLETON | CH2MHILL |

## Site Information

Site Type ☐ Commercial ☐ Group ☐ EGS ☑ Private

Site Control # SC-03-050035

Park Name

Street 3500 DICKENS DR

City NEW ORLEANS

State LA

Zip 70131

County Orleans

Lot # (If applicable)

Site Directions

## Unit Information

☑ TT ☐ MH ☐ PM

| Unit # | Barcode # | VIN # |
|---|---|---|
| | 1277114 | 154BT302563014399 |

Special Instructions

FEMA Signature Dessy Alvarez 4/27/05

Driver's Name Charles Counter

Driver's Licence # 1840929 TX

Trucking Company Air MArt

License Plate # 295 ZDI

11/22/2005 4:09:39 PM

DR-1603-LA

9:00a

Serial # TT 7/1(illegible) 7611 site 97 Dwayne Avery

mileage Ending 7/3[illegible] Fema Yard

Beginning

TT Setup complete

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
TEMPORARY HOUSING UNIT INSPECTION REPORT

1. 1277114

1S4B7B02563014399

**3. TYPE OF INSPECTION**

| | Transport Dispatch | Receipt |
|---|---|---|
| Storage | ☐ | ☐ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☒ |
| RFO | | ☒ |
| Move In | | ☒ |
| Move Out | | ☐ |

**4. TYPE OF FACILITY**

☐ Other
☐ Mobile Home
☒ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | Suburban | SRNA3SBGM | 0590011933 |
| Microwave | [illegible] | CD MW7B | MG5O4TA0677 |
| Refrigerator | Dometic | RM1652 | Mo 08161 |
| A/C | DOMETIC | 59916.541 | 59332371 |
| Water Heater | Suburban | SW6P | 05490589 |

**6. UNIT INFO.**

Manufacturer: SUN VALLEY ELKHART
Year: 2005
c. Size (FL -inc towing hitch): 30
d. Number of Bedrooms: 2

**7. INSPECTIONS** ☒ Disaster ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New G = Good P = Poor D = Damaged M = Missing

Handicap ☐ Yes ☒ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen & Dining | Condition | | | First Bedroom | Condition | | | Bathroom | Condition | | |
| Dinette Table | | N | | Double Bed, Complete | | N | | Commode | | N | |
| Dinette Chairs (8 for 3 BR) | | ↓ | | Mirror | | ↓ | | Tub/Shower | | ↓ | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | ↓ | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete BUNK | | N | | Light Fixtures | | ↓ | |
| Sink | | | | Mirror N/A | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage N/A | | N | | Water Heater | | N | |
| Fire Extinguisher | | ↓ | | Curtains & Rods | | N | | Doors | | | |
| A/C Living Room | | N | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | N | | Third Bedroom | | | | Windows | | | |
| Arm Chair NA | | | | Double Bed, Complete | X | | | Screens | | | |
| End Table NA | | | | Mirror | X | | | Front Panels | | | |
| Coffee Table NA | | | | Cabinet Storage | X | | | Left Side Panels | | | |
| Curtains & Rods | | N | | Curtains & Rods | X | | | Rear Panels | | | |
| Light Fixtures | | N | | Light Fixtures | X | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | N | | Floor Covering | | N | | Towing Hitch | | | |
| Smoke Detectors | | N | | Wall Panels | | N | | Axles & Springs | | | |
| Light Fixtures | | N | | Ceiling Panels | | N | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE: N LEFT SIDE: N FRONT: N REAR: N

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. 663-0002-1115B-1PR | INSPECTOR SIGNATURE [signature] NICK KRAUZ | DATE 12/3/05 |
|---|---|---|---|
| 12. OCCUPANT NAME MARSHALL, CHARLES | | ADDRESS 3500 DICKENS New Orleans, LA 70131 | THA No. 939646088A |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

| Occupant SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |
|---|---|---|---|
| Charles H. Marshall | 12/3/05 | [signature] | 5-11-06 |

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | BAR CODE: (B/C #) 1277114 | CONTRACT WO NUMBER 1603-0003-11156-1PR | SITE CONTROL NUMBER SC-03-050035 |
|---|---|---|---|
| APPLICANT NAME MARSHALL, CHARLES | T.H. No. 939646088 | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | |

1. INSPECTION (To be completed by Direct UNIT (DHOPS)

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked ☒ Sewer Connected ☐ Permits (ele) ☐ Permit Block & Tie
☒ Steps/Ramp ☒ Electric Connected ☐ Permit (meh)
☒ Water Connected ☐ Gas Connected ☐ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

Complete

INSPECTOR [signature] DATE 12/3/05

II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection ☐ Electricity Connection ☐ Sewer Connection ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE N/A | DATE | DHS/FEMA REPRESENTATIVE N/A | DATE |
|---|---|---|---|

TO: DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☒ Sewer ☒ Electricity ☒ Permits (ele) ☒ Water ☐ Gas ☐ Permits (meh) ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-24, JUL 05

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603-0003-11156-1PR Reg. ID# 939646088 | Location # 3500 DICKENS NEW ORLEANS, LA 70131 | Lot # N/A |
|---|---|---|

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| CHARLES H. MARSHALL | Charles H. Marshall | 12/3/05 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| CHARLES MARSHALL | 65 | M |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| SC-03-050035 | 1277114 | 1S4BT30256301 4399 |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| NICK KRANZ | [signature] | 12/3/05 |

# Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) ~~Make sure water is on before starting the hot water heater.~~
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Lite the oven pilot and each top burner.
23) Check the refrigerator; take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

# MONTHLY PREVENTATIVE MAINTANANCE INSPECTION (PMI) CHECK LIST

CUSTOMER NAME: Charles Marshell PHONE: 901-368-2327

ADDRESS: 3500 Dickens Dr.

FEMA TRAILER #: 1277114 DATE: 1-10-06

TECHNICIAN: Tim McMahon SCAN BARCODE

TIME (start/completed): ____________ VIN No: 1S4BT302563014399

1. Is there any visible EXTERIOR damage, vandalism, leaks or missing items? If yes describe: ____________ (YES/NO) [NO circled]

2. Talk to residents: (remember to scan barcode)
   a. How are things going? ____________
   b. Are they having problems with anything? If yes describe and correct: ____________

3. Is there any visible INTERIOR damage, vandalism, leaks or missing items? If yes describe: ____________ (YES/NO)

4. Make a visual inspection and check the following for proper condition and operation:

| | | |
|---|---|---|
| a. Holding tank valves: | (YES/NO) [YES circled] | If NO was it Repaired? (YES/NO) |
| b. A/C unit: | (YES/NO) | If NO was it Repaired? (YES/NO) |
| c. Refrigerator: | (YES/NO) | If NO was it Repaired? (YES/NO) |
| d. Water Heater: | (YES/NO) | If NO was it Repaired? (YES/NO) |
| e. Heater | (YES/NO) | If NO was it Repaired? (YES/NO) |
| f. Smoke detector | (YES/NO) | If NO was it Repaired? (YES/NO) |

5. If any hazardous conditions/situations are noted, correct and describe here:

Cust. not at home at time of visit

[Signature] App. Not at home. 1/10/06

Technician's Signature and code number (enter information into barcode scanner) Occupants Signature Date

FEDERAL EMERGENCY MANAGEMENT AGENCY
**LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT**

1. T.H. APPLICATION NO. 939646094 A

See Reverse side for Instructions and Paperwork Burden Notice

O.M.B. No. 3067-0222 Expires September 30, 2005

| 2. LANDOWNER'S INFORMATION | 3. APPLICANT SITE INFORMATION |
|---|---|
| NAME Charles H Marshall | NAME Charles H Marshall |
| ADDRESS (House No. and Street name) 3500 Dickens DR | SITE ADDRESS (House No. and Street name) 3500 Dickens |
| CITY AND STATE (Include Zip Code) New Orleans, LA 70131 | CITY AND STATE (Include Zip Code) New Orleans, LA 70131 |
| PHONE NO. (Include area Code) 504.451.7145 | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY |

4. In consideration of the President's Disaster Proclamation of 8.29.05 (date of declaration) 1603 (DR#) and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) N/A
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay NONE /month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT Charles H. Marshall | 11-19-05 |
| b. APPLICANT SAME AS OWNER | 11.19.05 |
| c. WITNESS Tom Pitkin | 11.19.05 |

FEMA Form 90-31, OCT 02 REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)



Berkley
43'
DRiveWAY
Elect Ric
Sewer CO. 10'
3500 Dickens DR.
10'
WATER
EXST House
New TRLR
Dickens DR.
SIDEWALK

SC #: SC-03-050035 REG #: 939646088A

APP NAME: CHARLES H MARSHAll

ADDRESS: 3500 Dickens DR

New ORleans, LA 70131

INSPECTOR: Tom Pitkin

FEDERAL EMERGENCY MANAGEMENT AGENCY
# UNIT INSTALLATION WORK ORDER

SC-05-0500 ??

## 3. APPLICANT/SITE INFORMATION

NAME (Last, First, Middle Initial): MARSHALL, Charles H

THA NO.: 939646088A

SITE ADDRESS (House No. and Street Name, or Pad No.): 3500 Dickens DR

DATE WORK ISSUED:

CITY AND STATE: New orleans, LA

COUNTY: 70131

5. SITE TYPE: ☐ Comm. ☒ Private ☐ Group ☐ EGS

## 4. CONTRACT WORK ORDER INFORMATION

CONTRACTOR: | INSPECTOR:

ISSUED BY: | DATE SCH. COMPL:

6. UNIT TYPE: ☐ MH ☒ TT ☐ Other

7. UNIT NO.:

## 8. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | 1 | | |
| ☒ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☒ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☒ | Power Pole and Meter Loop 30 AMP | Each | 43 | | |
| ☐ | Additional Towing Outside ____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of ____ AMP Service, Over 50" | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☒ | Pedestal w/ 30 Amp Breaker | | | | |
| ☐ | | | | | |

WORK ORDER TOTAL:

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

BerKley DR.

DICKENS DR

10. CERTIFICATION AND SIGNATURES • The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| Tom Pitkin | 11.19.05 | | |

FEMA Form 90-26, JUL 05

Department of Homeland Security, Federal Emergency Management Agency
Application/Registration for Disaster Assistance

Registration ID. 93-9646088 | O.M.B. No. 1660-0002 Expires May 31, 2010 | DR #. 1603

| 1. Name (Last, First, MI) | 2. Language | 3. Social Security Number | 4. Date of Birth | 5. Date of loss | 6. Application Date |
|---|---|---|---|---|---|
| MARSHALL, CHARLES H | Spanish | XXX-XX-3743 | 11/2/1940 | 8/29/2005 | 9/3/2005 |

| 7A. Damaged phone # | 7B. Alt Damaged phone # | 7C. Current phone # | 7D. Alt Contact phone # | 7E. Email address |
|---|---|---|---|---|
| (504) 382-7631 | None | (901) 368-2327 NOTE: charles marshall | (504) 451-7145 NOTE: charles | cchazmarshall@yahoo.com |

8. Address of Damaged Property

| Street Address | City | State | Zip+4 | County |
|---|---|---|---|---|
| 3500 DICKENS DR | NEW ORLEANS | LA | 70131 -5530 | ORLEANS |

9. Current Mailing address

| | | | |
|---|---|---|---|
| 6816 MARTHA'S POINTE | MEMPHIS | TN | 38141 -0234 |

10. What is your current location? Family/Friends Dwelling

11. Do you own or rent your home? Own
12. Is the address listed in #8 your primary residence? Yes (Primary)
13. Type of residence: House-Single/Duplex

14A. Was your home damaged by the disaster? Yes
14B. Personal property damaged? Yes
14C. Was the access to your home restricted? Due to Disaster
Utilities Out?
Emergency Needs? Yes *Food?* Yes *Clothing?* Yes *Shelter?* Yes

15. Cause of Damages: Tornado/Wind

16. Other Expenses:

17. Disaster related expense? (for uninsured or underinsured)
Medical (including medication): No Dental: No Funeral: No

| 18. Home/Personal Property Insurance | Company Name |
|---|---|
| Automobile Liability | |
| Automobile Comprehensive | |
| Homeowners (O) | STATE FARM |

19. Vehicle Damage due to Disaster

| Vehicle Information (Year, Make, Model) | Damaged | Drivable | Comp | Liability |
|---|---|---|---|---|
| 1999 MERCEDES E320 | Yes | Yes | Yes | Yes |
| 1981 CHEVROLET MALIBU | Yes | Yes | Yes | Yes |

20. Special Needs: Did you, your spouse, or any dependents have help or support doing things like walking, seeing, hearing, or taking care of yourself before the disaster and have you lost that help or support because of the disaster?

**Mobility:**
**Cognitive/Developmental Disabilities/Mental Health:**
**Hearing or Speech:**
**Vision:**
**Other:**

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| MARSHALL, CHARLES H | Registrant | XXX-XXX-3743 | 64 | Yes |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

22. Business Damages: Self Employment is primary income? Yes
Own/Represent a business or rental property affected by disaster? Yes

23. Number of claimed dependents: 1 Combined family pre-disaster gross income: $ 28000 24. Electronic Funds Transfer: No

25. You have been referred to the following sources for Disaster Aid.
SBA Business Loan; Disaster Unemployment Assistance; Emergency Assistance (ARC); Housing Assistance (Insured); SBA Home & Personal Property (Owner); SBA Workshop; Tax Assistance

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired, call 1-800-462-7585

FEMA Form 90-69 JUN 07 REPLACES ALL PREVIOUS EDITIONS

Exhibit Marshall M

FEMA212-014463

Date 1-4-06

DR Number 34

SPECIAL NEEDS INTAKE WORKSHEET

*Special case of physically/mentally/emotionally challenged households that need additional assistance beyond the normal FEMA protocols.*

Referred to Special Needs from:

- ☐ Inspection
- ☐ ARC
- ☐ VAL
- ☐ CR
- ☒ Housing
- ☐ NPSC
- ☐ Congressional
- ☐ Other
- ☐ DRC (#-Location)

Applicant FEMA Registration Number: 939646088

Applicant Name: Charles H. Marshall

Applicant Address: 3500 Dickens Dr. NO, LA. 70131

County: Orleans

Current Phone: (504) 451-7145 Alternate Phone:

Special Need: (Describe the situation and *specify the need*)

Chipped Tooth, needs dental attention, No insurance.

Detailed Directions: (Location of Person)

Release of Confidential Information Attached? ☒ YES ☐ REFUSED

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

Date signed: 1-4-06

FAX TO:

| Referred to: | | Date: | |
|---|---|---|---|
| Assistance provided: | | | |

3/24/05

IHP Applicant Services Reference 5.15
March 2005

SITE DESCRIPTION

SC #: SC-03-050035 REG #: 939646088A

APP NAME: CHARLES H MARSHALL

ADDRESS: 3500 Dickens DR
New Orleans, LA 70131

INSPECTOR: Tom Pitkin

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

NOV. 22. 2005 7:41PM LA IUr

RECEIVED NOV 2 3 2005

# Unit Delivery Ticket

| Work Order # | Issue Date | Issued By | Contractor |
|---|---|---|---|
| 1603-0003-11156-IPR | 11/22/2005 | DEVYN SINGLETON | CH2MHILL |

**Site Information**

Site Type: ☐ Commercial ☐ Group ☐ EGS ☑ Private

Site Control #: SC-03-050035

Park Name:

Street: 3500 DICKENS DR

City: NEW ORLEANS

State: LA

Zip: 70131

County: Orleans

Lot # (If applicable):

Site Directions:

**Unit Information**

☑ TT ☐ MH ☐ PM

Unit #:

Barcode #: 1277114

VIN #:

Special Instructions:

FEMA Signature: Degge Alui [illegible] 11/27/05

Driver's Name: Charles Counter

Driver's Licence #: 1840929 TX

Trucking Company: Air MART

License Plate #: 295 ZDI

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

DR-1603-LA

11/22/2005 4:09:39 PM

9:00a

Serial # TT

mileage

Ending 71511

Beginning 71512

917 site Fema Yard

Dwayne [illegible]

TT Setup complete

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
TEMPORARY HOUSING UNIT INSPECTION REPORT

1. [redacted] R77114
2. [redacted] 1S4 BTB0?563014399

**3. TYPE OF INSPECTION**

| | Transport Dispatch | Receipt |
|---|---|---|
| Storage | ☐ | ☐ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☒ |
| RFO | | ☒ |
| Move In | | ☒ |
| Move Out | | ☐ |

**4. TYPE OF FACILITY**

☐ Other
☐ Mobile Home
☒ Travel Trailer

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | | | |
| Range | Suburban | SCNA3SBRH | 05?211933 |
| Microwave | [illegible] | MW12B | HG50?TA0?7? |
| Refrigerator | Dometic | RM1652 | 540 08161 |
| A/C | Dometic | 5911 541 | 593 22371 |
| Water Heater | Suburban | SW6P | 0549605?9 |

**6. UNIT INFO.**

a. Manufacturer: SUN VALLEY ELKHART
b. Year: 2005
c. Size (Ft. -Inc towing hitch): 30
d. Number of Bedrooms: 2

**7. INSPECTIONS** ☒ Disaster ☐ Storage

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR** N = New G = Good P = Poor D = Damaged M = Missing

Handicap ☐ Yes ☒ No

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen & Dining | | Condition | | First Bedroom | | Condition | | Bathroom | | Condition | |
| Dinette Table | | N | | Double Bed, Complete | | N | | Commode | | N | |
| Dinette Chairs (6 for 3 BR) | | | | Mirror | | | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood & Vent Fan | | | | Curtains & Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains & Rods | | | | Second Bedroom | | | | Curtains & Rods | | | |
| Cabinets | | | | Double Bed, Complete BUNK | | N | | Light Fixtures | | | |
| Sink | | | | Mirror N/A | | | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinet Storage N/A | | | | Water Heater | | N | |
| Fire Extinguisher | | | | Curtains & Rods | | N | | Doors | | | |
| A/C Living Room | | N | | Light Fixtures | | | | 2 Keys Per Door | | | |
| Couch | | N | | Third Bedroom | | | | Windows | | | |
| Arm Chair NA | | | | Double Bed, Complete | | | | Screens | | | |
| End Table NA | | | | Mirror | | | | Front Panels | | | |
| Coffee Table NA | | | | Cabinet Storage | | | | Left Side Panels | | | |
| Curtains & Rods | | N | | Curtains & Rods | | | | Rear Panels | | | |
| Light Fixtures | | N | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | N | | Floor Covering | | N | | Towing Hitch | | | |
| Smoke Detectors | | N | | Wall Panels | | N | | Axles & Springs | | | |
| Light Fixtures | | N | | Ceiling Panels | | N | | Wheels & Tires | | | |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE: N LEFT SIDE: N FRONT: N REAR: N

NOTE: Tail light harness furnished by: ☐ Towing Contractor

**10. COMMENTS** (If more space is needed, continue on reverse)

| 11. READY FOR OCCUPANCY | CONTRACT W. O. No. 1663-0002-1115?-1PR | INSPECTOR SIGNATURE [signature] RICK KRANZ | DATE 12/13/05 |
|---|---|---|---|
| 12. OCCUPANT NAME MARSHALL, CHARLES | | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | THA No. 939616083A |

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE | DATE |
|---|---|---|---|
| [signature] Charles L Marshall | 12/13/05 | | |

FEMA Form 90-13, JULY 05

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY

# READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | BAR CODE (B/C #) 1277114 | CONTRACT WO NUMBER 1603-0003-11156-1PR | SITE CONTROL NUMBER SC-03- |
|---|---|---|---|
| APPLICANT NAME MARSHALL, CHARLES | T.H. No. 939646088 | ADDRESS 3500 DICKENS NEW ORLEANS, LA 70131 | |

1. INSPECTION (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked ☒ Sewer Connected ☐ Permits (ele) ☐ Permit Block & Tie
☒ Steps/Ramp ☒ Electric Connected ☐ Permit (mch)
☒ Water Connected ☐ Gas Connected ☐ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

INSPECTOR [signature] DATE 12/3/05

II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection ☐ Electricity Connection ☐ Sewer Connection ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO: DIRECT HOUSING OPERATIONS (DHOPS)

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

Applicant will not occupy until the following utilities are connected:

☐ Sewer ☐ Electricity ☐ Permits (ele) ☐ Water ☐ Gas ☐ Permits (mch) ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

# Ready For Occupancy (RFO) Check List

1) Check the gauges on both gas tanks.
2) Make sure left tank is on and the right tank is off. Turn left one off and right one is on to check for leaks.
3) Check RV battery is connected.
4) Check LP gas detector is glowing GREEN. If RED = gas leak, get out and turn off the gas.
5) Check that both ends of the water supply hose are secure and tight (not leaking).
6) ~~Make sure water is on before starting the hot water heater.~~
7) Start the water heater.
8) Check and make sure unit (TT, MH) is level.
9) Check support piers (jacks or blocking) and anchor straps.
10) Check sewer for correct fall and for leaks.
11) Check valves – make sure grey water is open (pulled out) and black water is closed (pushed in).
12) Check breaker box and receptacle (30 amps). Make sure power supply cord is plugged in.
13) Note what type of steps are used (fold out, platform or wood).
14) Check door opening and closing, and the keys are working.
15) Check smoke detectors.
16) Check fire extinguisher.
17) Check front bedroom. Set top light if applicable to work by wall switch.
18) Check all electric outlets with circuit tester.
19) Check all lights.
20) Turn on hot water at each faucet; make sure it is hot water coming out.
21) Check for water leaks, under each sink, shower and around the hot water heater.
22) Take all tags off the stove; remove all packing material from oven. Lite the oven pilot and each top burner.
23) Check the refrigerator, take all tape and cardboard out of it. Make sure is secured.
24) Make sure fresh water pump is off.
25) Check bathroom – run water into toilet.
26) Check exhaust fan in bathroom and over stove.
27) Check sofa bed for support bar if applicable.
28) Place scissor jack handle under sofa.
29) Set A/C at 78 C, auto high (seasonal).
30) Open all emergency exits to ensure they all open properly.

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

08/06/2008 11:07 FAX 504 733 1629 002

# Federal Emergency Management Agency
## Habitability Assessment Worksheet

| APPLICANT NAME<br>MARSHALL, CHARLES | REGISTRATION #<br>938646088 | ( X ) OWNER<br>( ) RENTER |
|---|---|---|
| ADDRESS OF UNIT<br>3500 DICKENS DR.<br>NEW ORLEANS LA. 70131 | CURRENT PHONE ( 504-451-7145<br>LEASE IN DATE 12/3/2005 | |

## ASSESSMENT

| Question | Answer |
|---|---|
| Applicants Currently Living in Damaged Dwelling | YES / NO X |
| Is the Damaged Dwelling Safe | YES X / NO |
| Is the Damaged Dwelling Sanitary | YES / NO X |
| Is the Damaged Dwelling Secure | YES X / NO |
| Is one bathroom repaired and functional | YES / NO |
| Is kitchen with stovetop repaired and functional | YES / NO X |

Number of BEDROOMS 3 Required
Number of BEDROOMS 1 Habitable

| Item | Answer |
|---|---|
| Ingress/Egress | YES X / NO |
| Utilities On | YES X / NO |
| Exterior Doors w/ Working Locks | YES X / NO |
| Windows w/ Working Locks | YES X / NO |
| Electrical | YES / NO X |
| Plumbing | YES X / NO |
| Heat and/or Air | YES / NO X |
| Floors | YES / NO X |
| Walls/Ceilings | YES / NO X |

ASSESSMENT OF DD: INSIDE CONDITION ( ) GOOD (✓) BAD
OUTSIDE CONDITION (✓) GOOD ( ) BAD

DECISION: ( ) DD HABITABLE (X) DD NON-HABITABLE

APPLICANT STATES IT WILL ONLY TAKE ABOUT 1-2 MONTHS FOR A COMPLETION OF REPAIRS. APPLICANT HOUSE HAS MOLD AND MILDREW, NEEDS CEILING AND WALLS, FLOORING. HOUSE NEEDS THE REMOVABLE OF THE CEILING, WALLS, AND CARPETS. CONTRACTOR HAS CHANGED THE ROOF. APPLICANT HAS A WRITTEN PROPOSAL FOR THE REST OF THE WORK ON HOUSE CONTRACTOR IS PETE, 504-654-7523 APPLICANT STATES HE HAS PAID MONEY TO THIS CONTRACTOR AND IS WAIT FOR HIM TO RETURN TO FINISH TI WORK ON HIS HOUSE.

HOUSING ADVISOR/ASSESSOR: SELELLA Rowland DATE 8/6/08

ASSESSOR's SIGNATURE: [signature]

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA

ECIM

**Mail Room Report**

**MR 01 - Comments Report**

*For Official Use Only*

Data As Of: 9/22/10

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

1603
939646088
MARSHALL,CHARLES

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/21/05 | NGOC HAN MARLOW | WINRUNNER PROCESSED / INITIAL INSPECTION REQUEST | Perform complete inspection. |
| 9/21/05 | NGOC HAN MARLOW | Inspection Request | Reason: Initial No Priority |
| 10/20/05 | Paul Piedrata | 95 TT REQUEST | TT REQUEST ENTERED. |
| 11/15/05 | | Inspector Comment | *19986 |
| 11/15/05 | | Inspector Comment sed | *19986<br>FAXED 9089 AND SIGNATURE-OCC=DL LA 001384057 29. PP: Verbal Unable to Verify=INCOMPLETE INSPECTION EXTERIOR ONLY-MAJOR=600 SF ROOFING |
| 1/26/06 | Marisel Zapata asencio | 94 HA = INSI | WP FORCED INTO QUEUE AFTER INSPECTION WAS COMPLETED<br><br>WORKSHEET COMPLETED, HA STATUS CODE = INSI. PER REVIEW APP RECEIVED INSPECTION BUT HAS NOT SUBMITTED INSURANCE SETTLEMENT OR DENIAL.<br><br>ROUTE TO FEMA INELIGIBLE |
| 2/10/06 | Neshawn Harris | ESA SIGNED | PPI RESULTED IN A P-4TTP DECISION<br>ESA SIGNED ON 12/3/05<br>NH |

FEMA212-014562

FEMA

ECIM

# Mail Room Report

## MR 01 - Comments Report

*For Official Use Only*

Data As Of: 9/22/10

**1603**

**939646088**

**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 3/9/06 | Kenya Perry-bush | 92-HOME REPAIR-APPEAL=INELIGIBLE | Applicant has sent Insurance docs#25118424 related to a request for assistance.<br><br>Previous decision code = INSI<br>Owner<br>DD Type =SFH<br>COD = T/W, H/R/WDR<br>Home Unsafe = YES<br>Relocate = YES<br>Insurance type = HOI<br>Verifications = OK<br>Dups = No<br><br>Worksheet completed, status code INO. Insurance settlement is greater than FVL. |
| 4/18/06 | Deborah Pelletier | 93 WINRUNNER PROCESSED | |
| 6/19/06 | Zachary Craig | Ingress/egress | Document received and placed in applicant's file. |
| 8/16/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 9/12/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 10/12/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 2/7/07 | Sheryl Bradley | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |

FEMA

ECIM

# Mail Room Report

## MR 01 - Comments Report

***For Official Use Only***

**Data As Of: 9/22/10**

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 3/10/07 | Melinda Layne | 91-mh/tt=FEMA COMPLETE | RCVD DOC# 28581404 WHICH CONTAINS TT LEASE....ERFD ALREADY EXISTS....NO OTHER APPRENT FEMA MANUAL ISSUES TO ADDRESS<br><br>RTD TO COMPLETE |
| 5/12/07 | Sheryl Bradley | 93 WINRUNNER MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |
| 6/5/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 6/5/07 | Sheryl Bradley | LA TRO NOI Received 5/19/2007 INTEREST = YES | |
| 6/22/07 | BROOK MC KEE | BRAFO ELIGIBILITY FOR SALES PROGRAM=YES | |
| 9/5/07 | MARK FUCHS | WINRUNNER NFSL LETTER SENT | |
| 9/5/07 | MARK FUCHS | BRAFO SALES PROGRAM / UNIT NOT FOR SALE | |
| 11/2/07 | Charlotte Jackson | Harahan TL review | Recert approved based on RA comments and case review all recert documents signed. RA will contact App with regards to progress re: App has not shown much more progress from last recert. |
| 1/2/08 | Mary Romero | VOLAG REVIEW | REC'D SIGNED ROI; VOLAG REVIEW FOR CATHOLIC CHARITIES - EBRP |

FEMA212-014564

**FEMA**

ECIM

**Mail Room Report**

**MR 01 - Comments Report**

***For Official Use Only***

**Data As Of: 9/22/10**

**1603**

**939846088**

**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/18/08 | Serella Rowland | Harahan LARC7 Recert | ATTN: NOLA TRO-PLEASE UPDATE RAA FOR DHAP<br><br>DHAP INFO:<br><br>APPLICANT¿S NAME & REGISTRATION NUMBER: MARSHALL, CHARLES REGISTRATION #939846088<br><br>RENTAL UNIT FULL ADDRESS: 520 WALL BLVD. GRETNA, LA. 70058 APT #085<br><br>RENT AMOUNT: $770.00<br><br>NUMBER OF BEDROOMS:ONE<br><br>LEASE START DATE: September 16,2008<br><br>LEASE END DATE: February 28,2009<br><br>LANDLORD NAME: Baywood Apartments<br><br>LANDLORD PHONE NUMBER: 504-394-9997 |
| 9/19/08 | Laycee Kent | LARC HARAHAN DHAP PACKET RECEIVED | TL HAS RECEIVED AND REVIEWED APPLICANT DHAP FILE FOR SUBMISSION. FILE WILL BE RETURNED TO ADVISOR BECUASE THERE IS NO FAMILY OBLIGATIONS FORM INCLUDED IN THE FOLDER. FOLDER WILL NOT BE SUBMITTED AND AR WILL BE RETURNED UNTIL DHAP FOLDER IS COMPLETED. |



FEMA

ECIM

**Mall Room Report**

**MR 01 - Comments Report**

***For Official Use Only***

**Data As Of: 9/22/10**

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 9/24/08 | Laycee Kent | LARC HARAHAN DHAP PACKET RECEIVED | TL HAS RECIEVED AND REVIEWED DHAP PACKET FOR PROCESSING. ALL DOCUMENTS HAVE BEEN COPIED AND FAXED TO NPSC FOR SCANNING. DHAP PACKET HAS BEEN SUBMITTED TO DHAP REPRESENTATIVE FOR PROCESSING. |
| 10/9/08 | Latasha Lemon | BR AFO IA WEATHER RADIO | REC¿VD APP¿S WEATHER RADIO SIGNATURE SHEET. SIGNED 15 AUG 2008 FWD TO RECORDS MGMT COPY TO NPSC |
| 10/21/08 | Patricia Roberts | DEACT ¿ BR AFO/ DHOPS ¿ IM | ACTION REQUEST # 133895 RECEIVED FOR DEACTIVATION OF UNIT. DEACTIVATION WORK ORDER # 1603-029-219411-DCT PREPARED AND SENT TO THE MDC. |
| 10/29/08 | Patricia Roberts | MOI RECEIVED/BR AFO/IM | MOI (90-13) RECEIVED FOR BC #1277114 SIGNED ON 10/07/2008 - FWD TO REC. MGMT. |
| 11/10/08 | Ranadra Buford | Harahan larc7 | WO# 1603029-219411completed on 10/29 for deactivation. File forwarded to DHOPS Info Management for merging with master file. App has relocated to a rental resource. |
| 12/1/08 | Deanna Charett | BR/AFO/DHOPS PAPERWORK RECEIVED | MOVE OUT INSPECTION (90-13) RECEIVED FOR B/C 1277114, VIN 1S4BT302563014399. SIGNED ON 7OCT08 |
| 12/1/08 | Deanna Charett | FILE MERGE | RECEIVED FILE FROM RECERT FOR B/C 1277114, VIN 1S4BT302563014399. MERGE WITH MASTER FILE. FORWARD TO RECORDS MANAGEMENT. |



FEMA

ECIM

**Mail Room Reports**

**MR 02 - Contacts**

***For Official Use Only***

**Data As Of: 9/22/10**

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 9/27/05 | Richard Sousa | 93 App Called | Identy Verified. App called for update status of claim. Informed app the claim was being processed in normal manner. No information was available to determine when claim would be processed further. |
| 10/19/05 | Justin Graham | 95 T/T | APP CALLED TO REQUEST T/T. |
| 10/26/05 | Yolanda Moore | 95 STATUS | APPL CALLED TO CK STATUS. |
| 11/1/05 | Davey Mitchell | 95 INQUIRY | APP INQUIRED ABOUT THE TRAVEL TRAILER HE HAD APPLIED FOR. HE WAS INFORMED HE WOULD BE CONTACTED WHEN IT BECAME AVAILABLE. APPS TELEPHONE #S WERE VERIFIED. |
| 12/2/05 | Linda Johnson | TT IS NOT HOOKED UP | TT IS NOT HOOKED UP CONTRACTOR BOUTH TT OUT DIDNOT HOOK TT UP; ADVISED APP TO CALL THE FLUOR MAINTENANCE LINE. |
| 1/4/06 | Shirley Clayton | DRC-34 STATUS CK | VER ALL APP INFO...APP WAS ADV TO SUBMITT INS CLAIM SUMMARY...SMC |
| 1/25/06 | Christopher Narducci | DRC34 - HO INS STLMNT | SUBMITTED INS STLMNT FOR REVIEW. |
| 2/2/06 | Pamela c Wright | 92 SETTLEMENT LETTER | APP CALLED TO ASK ABOUT THE LETTER THAT HE RECIEVED THE LETTER SAID INS INEL. TOLD APP THAT SHOW THAT HE IS AN INSURED APP. APP SAID HE SENT IN A COPY OF THE SETTLEMENT LETTER |
| 2/10/06 | Adam Ware | 96 NOT REFERRED TO NT | Applicant requested travel from New Orleans LA, to Atlanta GA but does not want to change his mailing address permanently. He advised he would be returning to LA if he does not get a job in Atlanta, I advised him to call back when he has a more permanent plan in the future. |
| 3/13/06 | Percy L Jones | 92 STATUS CHECK OF | 92 APP VERIFIED ALL ESSENTIAL INFO -- ADVISED APP to SUBMIT APPEAL REQUEST TO FEMA -- APP STATES HE HAD TO SPLIT HIS SETTLEMENT FOR HOME WITH HIS EXWIFE. DIVORVED WAS RECENTLY FINALIZED ---- TOLD APP OF INITIAL DECISION AND THAT HE IS WELCOME TO SUBMIT APPEAL REQUEST. |
| 3/15/06 | Christine Perchell | 92- APP STATUS | APP CALLED BECAUSE HE CALLED THE INFO LINE AND THE RECORDING STATES THAT HE WAS AWARDED A PAYMENT OF $2500.0 REP ADVISED THAT AS OF TODAY, THERE IS NO SUCH AMOUNT AWARDED. |



FEMA

ECIM

**Mail Room Reports**

**MR 02 - Contacts**

***For Official Use Only***

**Data As Of: 9/22/10**

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 7/26/06 | Ashley Davis | BR JFO/AS | APP CALLED REQUESTING MAINTANENCE # .....GAVE APP 1-866-641-7690...... |
| 1/12/07 | Samantha Plum | LARC 7 = first recert | LARC 7 = first visit. PHP is to move back into the DD. App has put a roof on his house and now is looking for contractors to start repairing the inside of his home. App is waiting on the LRA to make a decision on his grant. OA couriered to BR and ROI faxed to NPSC. Recommend to approve for 90 days. Unit in good condition. |
| 10/30/07 | Danielle Hawkins | LARC7 HARAHAN-2ND ROUND RECERT COMPLETE | 10/25/07-RA completed 2nd round recert. App stated that all contact information is the same. App's PHP is to repair DD. Ap stated that his annual income is $15,600.00. App stated that he initially received $226,000.00 from HOI settlement, however, after a divorce, he received $122,000.00. App stated that he has not received asst. from SBA, ONA or RH. Repairs completed on home include: roof and exterior facials. Repairs left to complete include: floors, sheet rock and electricity and plumbing. RA recommands 90 day extension. |
| 2/28/08 | Patricia Pavel | TRO CALLOUT MADE | TRO CALLOUT MADE, NO ANSWER AT 504-392-7631, 504-451-7145 APP STATED HE MAY BE INTERESTED IN RENTAL RESOURCES. HE HAD TO GIVE HALF OF THE MONEY HE RECEIVED TO EX WIFE WHEN THEY DIVORCED. APP IS WAITING ON ROAD HOME MONEY TO FINISH DD REPAIRS. |
| 3/1/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONTACTED APPLICANT. APPLICANT STATES HE WOULD TAKE THE RENTAL RESOURCES BECAUSE HE'S WAITING ON ROAD HOME FUND TO COMPLETE THE WORK ON HIS HOUSE. APPLICANT STATES HE NEEDS SHEETROCK, FLOOR PAINTING, ELECTRICAL AND KITCHEN HAS NO CABINETS AND KITCHEN SINK RA SET UP AND APPOINTMENT FOR HABITABILITY. ALSO RA PROVIDE APPLICANT WITH FEMA AND NON-FEMA RENTAL RESOURCES. CEDAR POINT LOCATED AT 2110 CYPRESS ACRES DR. 504-366-7181, OAKMOUNT OF ALGIERS LOCATED AT 2200 WESTBEND PKY 504-368-9954 AND LOUISBURG APTS. 504-362-0347. |



FEMA

ECIM

## Mail Room Reports

**MR 02 - Contacts**

***For Official Use Only***

**Data As Of: 9/22/10**

**1603**
**939646088**
**MARSHALL,CHARLES**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 3/17/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONDUCTED A FIELD VISIT ON 3/15/08, TO DO A HABITABILITY ON APPLICANT HOUSE. APPLICANT HOUSE HAS MOLD AND MILDREW. THE CARPET, WALL AND SOME AREA IN THE CEILING. APPLICANT HOUSE ISN'T SANITARY NOR SAFE. HABITABILITY REQUIRE REPAIRS. THERE'S UTILITIES, EXTERIOR DOORS, WINDOWS, PLUMBING. APPLICANT HOUSE NEED HEATING/ AIR WORK, FLOORING, WALLS/CELLINGS AND KITCHEN. APPLICANT STATES HE'S WAITING ON ROAD HOME TO COMPLETE REPAIRS. APPLICANT CAN'T GIVE ME A TIME FRAME FOR COMPLETE. APPLICANT RECEIVED FUND FROM INSURANCE APPLICANT ONLY REPAIRED THE ROOF APPLICANT COULD HAVE COMPLETED MORE. APPLICANT STATING THAT HALF THE MONEY HAD TO GO TO WIFE AFTER THE DIVORCE. APPLICANT STATES HE HAD $100,000.00 LEFT. RA ADVISED APPLICANT THAT HIS PROGRESS WILL BE MONITORED, AND HE NEEDS TO GET HIS KITCHEN, ONE BATH, ONE BEDROOM AND HEATING/AIR UP AND FUNCTIONING. |
| 6/2/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CALLED APPLICANT TO CHECK ON STATUES OF REPAIRS. APPLICANT STATES HE HAS TALK TO A CONTRACTOR WHO'S FIXING TO WRITE UP A CONTRACT WITH COST AND TIME OF COMPLETION. APPLICANT STATING THAT HE WILL CALL ME BACK WITH CONTRACTOR'S NAME AND PHONE. APPLICANT STATES HE HAS JUST STARTED CLEARING THING OUT OF THE HOUSE AND MOVING ITEMS TO MAKE ROOM FOR THE CONTRACTOR'S TO WORK. RA TOLD APPLICANT DEPEND ON HOW LONG IT WILL TAKE TO COMPLETE REPAIRS HE MAY NEED RENTAL RESOURCES. APPLICANT STATING HE DON'T WANT TO DO THAT. |
| 7/18/08 | Serella Rowland | HARAHAN LARC7 RECERT | RA CONTACTED APPLICANT TO CHECK STATUES OF REPAIRS ACCORDING TO HABITABILITY CONDUCTED IN MARCH APPLICANT NEEDED CEILING, SHEETROCK, WALLS, FLOORING, ALL CARPET REMOVAL WHICH HAD MOLD @ MILDREW, NO KITCHEN COUNTER TOP AND SINK. APPLICANT STATING THAT HE STILL HAVE NOT COMPLETED NOTHING BUT HE DO HAVE A CONTRACTOR AND A WRITTEN ESTIMATE AND IS WAITING FOR CONTRACTOR TO START APPLICANT PROVIDE RA WITH CONTRACTOR NAME AND NUMBER. PETE PH. 504-654-7523. |

FEMA

ECIM

**Mail Room Reports**

**MR 02 - Contacts**

*For Official Use Only*

Data As Of: 9/22/10

**1603**

939646088

MARSHALL,CHARLES

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 8/6/08 | Serelia Rowland | HARAHAN LARC7 RECERT | RA CONDUCT A FIELD VISIT TO CHECK STATUES OF WORK ON HOUSE. EVERTHING IS STILL THE SAME APPLICANT STATES HE HAS A WRITTEN PROPOSAL FROM THE CONTRACTOR WHO COMPLETED THE ROOF ON HOUSE. CONTRACTOR: PETE 504-854-7523. APPLICANT STATING THAT IT WILL ONLY TAKE 1-2 MONTHS FOR ALL REPAIRS TO BE COMPLETED BUT, IT'S THE WAIT FOR THE CONTRACTOR DON'T KNOW RIGHT NOW WHEN HE IS GOING TO START THE WORK. APPLICANT STATES HE HAS PAID THE CONTRACTOR FOR SOME OF THE WORK TO BE DID. RA EXPLAINED TO APPLICANT THAT HE DON'T KNOW WHEN THE CONTRACTOR IS GOING TO START THE WORK BECAUSE THE CONTRACTOR IS OUT OF TOWN. AND IT WILL ONLY TAKE ABOUT 1-2 MONTHS AFTER THE WORK IS STARTED. |
| 8/15/08 | Mindy Tran | HARAHAN LARC - WEATHER RADIO | WEATHER RADIO DELIVERED AND INSTALLED. VIN, BAR CODE AND APP INFOR VERIFIED. RADIO SIGNED FOR BY APP, CHARLES MARSHALL. |
| 12/1/08 | Selena Sullivan | BR/AFO/SPECIAL PROJECT/COTR OCTOBER DEACTIVATION S | DEACTIVATION SURVEY COMPLETED 1277114 |
| 7/31/09 | MARGARET BROWNE | 91 REGISTRATION INFORMATION | App called to obtain registration number. Registration located by using SS #. App verified information to confirm. Provided reg. number. Info Verified |



FEMA

## Important Formaldehyde Information for FEMA Housing Occupants

### *Why are you receiving this information?*

FEMA is providing this information to help you and your family better understand what formaldehyde is and how it could affect living and health conditions in your FEMA-provided housing unit. We are also providing you with a phone number where you can receive additional information about formaldehyde and discuss your disaster housing situation with a FEMA specialist.

### *What is formaldehyde?*

Formaldehyde is a common indoor air pollutant that can be found in nearly all homes and buildings. It is a colorless gas that is released into the home from a variety of indoor sources. Formaldehyde can also be found in a variety of materials used in home construction and products for everyday living.

### *How might formaldehyde affect me and my family?*

There are several formaldehyde-related symptoms, such as watery eyes, runny nose, burning sensation in the eyes, nose, and throat, headaches and fatigue. These symptoms are similar to those associated with the common cold, the flu or other pollutants.

Formaldehyde can affect people differently. Some people may not have any noticeable reaction to formaldehyde; others are very sensitive to it. People with eye, skin, respiratory, or allergic conditions, and those with asthma are more likely to feel the effects of formaldehyde. Children and the elderly may be more sensitive as well.

The most common route of exposure is by breathing it, which may cause nose and eye irritation even in low levels. More serious health problems may be caused by extended exposure, including a small but increased risk of some forms of cancer.

If these symptoms lessen when you are away from your home but reappear when you return, your symptoms could be from indoor pollutants that may include formaldehyde or other indoor pollutants, such as dust, mold or smoke.

If you are experiencing these symptoms, or suspect you are sensitive to formaldehyde, you should seek medical attention to see if formaldehyde may be causing your symptoms.

## Additional Information

**If you have additional questions or concerns regarding formaldehyde in your FEMA provided housing unit, please call:**

Exhibit
Marshall
8

**1-866-562-2381**
**(TTY 1-800-462-7585)**

FEMA operators will immediately direct your call to specialists who will assist you with questions about:

- Formaldehyde and health related issues
- Other available FEMA housing assistance options; and
- Recently purchased FEMA housing units

EXHIBIT
A. Alexander 27

FEMA08-000015

# Formaldehyde Levels in FEMA-Supplied Trailers

## Early Findings from the Centers for Disease Control and Prevention

## Purpose

This flyer will tell you what researchers found in recent tests of indoor air in travel trailers and mobile homes supplied by the Federal Emergency Management Agency (FEMA) in your community. It will also give you information to protect your health and information about help in finding permanent housing.

## Background

In December 2007 and January 2008, the Centers for Disease Control and Prevention (CDC) did testing to find out about levels of formaldehyde in the indoor air of travel trailers and mobile homes supplied by FEMA. CDC has analyzed the data from the testing and has findings that affect the health of residents living in FEMA-supplied trailers and mobile homes. **These are early findings and are not the final ones.** CDC will share more information over the next several weeks.

## What did CDC find?

- In many trailers, mobile homes, and park models tested, formaldehyde levels were elevated. Levels were higher than usual in indoor air in most homes in the United States.
- Average levels of formaldehyde in all travel trailers and mobile homes were about 77 parts per billion (ppb). Breathing this much formaldehyde over time at this level can affect health.
- The formaldehyde level was probably higher in newer trailers and mobile homes when the weather was warm.
- Formaldehyde levels were different in mobile homes, park homes, and travel trailers, but all types of trailers and mobile homes tested had some high levels.

## What should you do?

- Trailer and mobile home residents should try to relocate to permanent housing before summer. Families living in trailers with children, elderly persons, or persons who already have an illness like asthma should be relocated first.

CDC

CDC is a federal public health agency under the U.S. Department of Health and Human Services.

FEMA

PSC 003218

Exhibit
Marshall
9