UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| *Docket No. 09-5659 (Sonya Andrews)* | * | |

*****************************************************************

### Affidavit of Robert C. James, Ph.D. in the Trial of Sonya Andrews

State of Florida

County of __Leon__

Before me, the undersigned notary on this day personally appeared Robert C. James, Ph.D., a person whose identity is known to me. After I administered the oath to him, he stated as follows:

All statements contained in my report dated July 15, 2011, are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

_____
Robert C. James, Ph.D.

BRENDA J. MURPHY
Comm# DD0802642
Expires 9/26/2012
Florida Notary Assn., Inc

Sworn and subscribed before me this __25__ day of __July__, 2011.

__Brenda J. Murphy__                __Brenda J. Murphy__
Notary Public (Signature)            Notary Public (Printed)

EXHIBIT 6

James-SA00505

The Report of Dr. Robert C. James

Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL No. 1873

Re: Sonya Andrews (Docket No. 09-5659)

I reserve the right to modify this report if additional information is produced in this matter.

*Robert C. James* (signature)

Robert C. James, Ph.D.
7/15/11

James-SA00346