UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brion Scieneaux, et al v. Frontier RV, Inc., et al* | * | |
| Civil Action No. 09-4462 | * | MAGISTRATE CHASEZ |

*************************************************************************

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT,** through undersigned counsel comes defendant, Frontier RV, Inc. ("Frontier"), who moves this Honorable Court to dismiss the claims of plaintiff, Brion Scieneaux, with prejudice, for failure to comply with the terms of the Court's Pre-Trail Order Nos. 2 and 32 relating to provisions of Plaintiff Fact Sheets.[1]

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing counsel regarding this motion and counsel has stated that it objects to the dismissal of plaintiff, Brion Scieneaux's claims.

---

[1] Please note, Plaintiffs' Counsels' have filed a Motion to Withdraw as Counsels of Record for Brion Scieneaux, at Rec. Doc. 22242.  Frontier RV, Inc. is opposing that Motion as granting the Motion to Withdraw as Counsels' of Record would serve to disrupt the Deficiency process and to delay conclusion of the underlying proceeding. Frontier submits to the Court that based on the reasons detailed in this memorandum and those contained in its Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsels of Record, dismissal of Brion Scieneaux's claims is the proper remedy.

Respectfully submitted,

*/s/ Kelly M. Morton*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Frontier RV, Inc.
Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Kelly M. Morton*
KELLY M. MORTON, Bar No. 30645