**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasinda Brumfield obo K.B., et al v.* | * | Magistrate: Chasez |
| *Pilgrim International, Inc., et al* | * | |
| *No: 10-2248* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to withdraw an earlier-filed Motion to Dismiss (Rec. Doc. No. 22338) in the above-captioned matter. Mover sought dismissal as to the claims of *Bridget Brown,* for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of a Plaintiff Fact Sheet.  Plaintiff has provided information identifying which disc provided to the document depository includes the Plaintiff Fact Sheet of Bridget Brown.  Mover will obtain the PFS from that source and agrees to withdraw the Motion.  Counsel for Plaintiff consents to the withdrawal of the Motion to Dismiss.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Withdraw be granted, removing the Motion to Dismiss [No. 22338] from the Court's August 24, 2011 docket.

Respectfully submitted:

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  10th  DAY OF   August  , 2011..
     /s Eric B. Berger