UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Michael Alfonso v. Jayco, Inc.* | * | |
| Docket No. 10-3992 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Olivia Alfonso | * | |
| Corey Bastoe | * | |
| (individually and obo J.B. and M.B.) | * | |
| Erica Bastoe | * | |
| Robin Dennis | * | |
| Nancy Mills | * | |
| Brandi Pomes | * | |
| Abbilee Treadaway | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel come, defendants, Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Olivia Alfonso (Plaintiff in *Alfonso*, C.A. 10-3992)

1

- Corey Bastoe (Plaintiff in *Alfonso*, C.A. 10-3992)

- Corey Bastoe, on behalf of J.B. (Plaintiff in *Alfonso*, C.A. 10-3992)

- Corey Bastoe, on behalf of M.B. (Plaintiff in *Alfonso*, C.A. 10-3992)

- Erica Bastoe (Plaintiff in *Alfonso*, C.A. 10-3992)

- Robin Dennis (Plaintiff in *Alfonso*, C.A. 10-3992)

- Nancy Mills (Plaintiff in *Alfonso*, C.A. 10-3992)

- Brandi Pomes (Plaintiff in *Alfonso*, C.A. 10-3992)

- Abbilee Treadaway (Plaintiff in *Alfonso*, C.A. 10-3992)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

        **Attorneys for Jayco, Inc. and**
        **Jayco Enterprises, Inc.**


        **MIDDLEBERG, RIDDLE & GIANNA**


By:  s/*Charles R. Penot, Jr.*
        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        (214) 220-6334 – Telephone
        (214) 220-6807 – Facsimile

          *-and-*

        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        (504) 525-7200 – Telephone
        (504) 581-5983 – Facsimile

          *-and-*

        Richard A. Sherburne., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        (225) 381-7700 – Telephone
        (225) 381-7730 – Facsimile

        **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of August, 2011.

s/<i>Thomas L. Cougill</i><br>THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiff's counsel, The Law Offices of Sidney D. Torres, III, does not oppose this motion.

s/<i>Thomas L. Cougill</i><br>THOMAS L. COUGILL