UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Michael Alfonso v. Jayco, Inc.* | * | |
| Docket No. 10-3992 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Olivia Alfonso | * | |
| Corey Bastoe | * | |
| (individually and obo J.B. and M.B.) | * | |
| Erica Bastoe | * | |
| Robin Dennis | * | |
| Nancy Mills | * | |
| Brandi Pomes | * | |
| Abbilee Treadaway | * | |

******************************************************************************

**PROPOSED ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Olivia Alfonso, Corey Bastoe, Corey Bastoe (obo J.B.), Corey Bastoe

1

(obo M.B.), Erica Bastoe, Robin Dennis, Nancy Mills, Brandi Pomes and Abbilee Treadaway, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE