# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      &ast;      MDL. No. 1873
FORMALDEHYDE  PRODUCTS      &ast;
LIABILITY LITIGATION      &ast;      Section:  N (5)
     &ast;
     &ast;      Judge: Engelhardt
This Document Relates To:      &ast;
     &ast;      Magistrate: Chasez

***Arlene Anna Maria Blanchard, et al v. Crum &***
***Forster Specialty Insurance, et al, 10-3944***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 and #32 RELATING TO PLAINTIFF FACT SHEETS</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs identified in this suit, **Arlene Blanchard, Adam Cabrera, Darlene Thedy on behalf of R.T, Darlene Thedy on behalf of E.T., and Diane Lynn Thedy,** with prejudice.

Mover sent Rule 37.1 letters sent to plaintiff counsel in June 2011 indicating that Mover had been unable to locate Plaintiff Fact Sheets for the above named plaintiffs. Plaintiff counsel responded by indicating that counsel does not have Plaintiff Fact Sheets

for these plaintiffs (Exhibits "A")[1].   Plaintiff counsel's correspondence made no representation that Plaintiff Fact Sheets for these individuals have ever been completed.

Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed or unopposed and the motion is not opposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of the named plaintiffs, **Arlene Blanchard, Adam Cabrera, Darlene Thedy on behalf of R.T, Darlene Thedy on behalf of E.T., and Diane Lynn Thedy,** from *Arlene Anna Maria Blanchard, et al v. Crum & Forster Specialty Insurance, Sentry Insurance, et al, 10-3944* with prejudice for failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS
BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY
EMAILING THE SAME TO EACH, PROPERLY
THROUGH THE COURT'S E-FILING SYSTEM
ON THIS _10th_ DAY OF __August__, 2011.
_____/s Eric B. Berger_____

_____/s Eric B. Berger___
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

[1] Darlene Thedy filed suit on behalf of minor E.T. whose full name is identified in "Exhibit A".  The minor child's name has been redacted from "Exhibit A".