# Eric Berger

**From:** Roberta Burns [rburns@torres-law.com]
**Sent:** Wednesday, August 10, 2011 9:34 AM
**To:** Heather Cheesbro
**Cc:** Eric Berger; Roberta Burns; Jessica Bastoe; Phyllis Michon
**Subject:** RE: Angelica Alvarez v. Pilgrim (09-4838)/mtn to dismiss/Angelica Alvarez PFS

No opposition and you may include R▇▇ T▇▇ in the *Blanchard* Motion to Dismiss

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Heather Cheesbro [mailto:hfc@lcba-law.com]
**Sent:** Monday, August 08, 2011 12:06 PM
**To:** Roberta Burns
**Cc:** Eric Berger
**Subject:** FW: Angelica Alvarez v. Pilgrim (09-4838)/mtn to dismiss/Angelica Alvarez PFS

Roberta,

Please see attached revised Motions to Dismiss in *Blanchard* 10-3944 and *Assevedo* 10-3508 omitting the names of plaintiffs for whom you have recently produced plaintiff fact sheets. We have also reattached the Motion to Dismiss Wayne Daggs, for whom we have not received a Plaintiff Fact Sheet. Please let us know if we can file the attached Motions to Dismiss as unopposed by Friday, August 12, 2011. Also, please clarify by that time whether we can include R▇▇T▇▇ in the *Blanchard* Motion to Dismiss or whether you need a formal Rule 37 letter first?

Thanks,
Heather
**HEATHER CHEESBRO**
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street
Texaco Center - Suite 2300
New Orleans, LA 70130
hfc@lcba-law.com
Phone: (504) 586-9292
Fax (504) 586-1290



EXHIBIT B