**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| | * | Magistrate: Chasez |

*Nathalie M. Assevedo, et al v. Crum &*
*Forster Specialty Insurance, et al,* No  10-3508
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 and #32 RELATING TO PLAINTIFF FACT SHEETS**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs identified in this suit, ***Henri Desrochers and Marjorie Kelone*** with prejudice.

Mover sent Rule 37.1 letters sent to plaintiff counsel in June 2011 indicating that Mover had been unable to locate Plaintiff Fact Sheets for the above named plaintiffs. Plaintiff counsel responded by indicating that counsel does not have Plaintiff Fact Sheets for these plaintiffs ("Exhibit A").   Plaintiff counsel's correspondence made no representation that Plaintiff Fact Sheets for these individuals have ever been completed.

Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed or unopposed and the motion is not opposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of the named Plaintiffs, **Henri Desrochers and Marjorie Kelone** from *Nathalie M. Assevedo, et al v. Crum & Forster Specialty Insurance, et al, 10-3508* with prejudice for failure to comply with Pre-Trial Order No. 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS

BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY

EMAILING THE SAME TO EACH, PROPERLY

THROUGH THE COURT'S E-FILING SYSTEM

ON THIS  11th  DAY OF  August , 2011..

            /s Eric B. Berger

        /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290