IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873<br><br>Section: N (5)<br><br>Judge: Engelhardt |
| This Document Relates To: | * * | Magistrate: Chasez |

*Nathalie M. Assevedo, et al v. Crum & Forster Specialty Insurance, et al,* No 10-3508
**************************************************************************

## ORDER

Considering the foregoing <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u>:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u> is **GRANTED,** and the claims of Plaintiffs ***Henri Desrochers and Marjorie Kelone*** are dismissed in the above-captioned matter with prejudice from *Nathalie M. Assevedo, et al v. Crum & Forster Specialty Insurance, et al, 10-3508*:

This _____ day of _____, 2011,

_____
UNITED STATES DISTRICT JUDGE