# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

August 1, 2011

Via UPS Overnight
Kim Kes
APS International, Ltd.
7800 Glenroy Road
Minneapolis, MN 55439-3122

> Re: Service of Plaintiffs' Original Complaint
>      FEMA Formaldehyde Products Liability Litigation

Dear Ms. Kes:

Please find enclosed the original and one copy of the following for each of 1 defendant to be served with your rush service:

1. Plaintiff's Original Complaint
2. Summons

Please serve the enclosed documents on the address listed on the service cover letter. Once you have done so, please send proof of service to our office. Per our phone conversation, please send an electronic version to nporter@wgclawfirm.com and overnight the originals to the address above.

The deadline for returning Proof of Service is 2 days from the date of service.

For status updates, or if you have any questions, please contact Nicole at 361-693-3100, ext. 1417 or via e-mail at nporter@wgclawfirm.com.

Sincerely,

Wynter Lee
Mass Tort Coordinator

WYNTER LEE
(361) 361-3100
WATTS GUERRA CRAFT LLP
2506 N PORT AVE
CORPUS CHRSTI TX 78401

1.0 LBS LTR          1 OF 1

SHIP
TO    APS INTERNATIONAL LTD
      7800 GLENROY ROAD

## MINNEAPOLIS MN 55439



MN 551 9-04

UPS NEXT DAY AIR                    1
TRACKING #: 1Z 2E8 A42 A2 1111 4028



BILLING: P/P
ADULT SIGNATURE REQUIRED-MIN 21

Ship Date: 08/01/11          Bill Nr.: 13176
Reference:                   Reference 2:
                                   PBE 0625 P2 J645 18 5V 07/2011

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

## USDC Eastern District of Louisiana

Kinard Parish, et al.

|  |  |
|---|---|
| Plaintiff | ) |
| v. | ) |
| Morgan Buildings & Spas, Inc. | ) |
| Defendant | ) |

Civil Action No. **10-2276**

**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Morgan Buildings & Spas, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:  Aug 2 2010

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Kinard Parish, et al., et. al., Plaintiff(s)
vs.
Morgan Buildings & Spas, Inc., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  112033-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Morgan Buildings & Spas, Inc., c/o CT Corporation System
Court Case No. 10-2276 SECT. N MAG. 5

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX  78401

State of: _LOUISIANA_ ) ss.
PARISH County of: _EAST BATON ROUGE_ )

**Name of Server:** _TOM CASSISA_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _August_, 20 _11_, at _2:50_ o'clock _P_ M

**Place of Service:** at _5615 Corporate Blvd. Ste. 400B_, in _Baton Rouge, LA 70808_

**Documents Served:** the undersigned served the documents described as:
**Summons In A Civil Action; Amended Complaint For Damages**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Morgan Buildings & Spas, Inc., c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ms. Lynette Bass, Corp. Operations Specialist, CT Corp_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _N/A_
Approx. Age _35 yrs_; Approx. Height _5'6"_; Approx. Weight _125 lbs_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

**APS International, Ltd.**
Lynette Bass
*Corporate Operations Specialist*

Subscribed and sworn to before me this _5TH_ day of _AUGUST_, 20 _11_

_James Galladora_
Notary Public                (Commission Expires) AT DEATH

*James Galladora*
*Notary #312*
*East Baton Rouge Parish, LA*
*My Commission is for Life*

CT Corporation  5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808
225 922 4490 tel
lynette.bass@wolterskluwer.com

2:50 pm
8/5/11

www.ctlegalsolutions.com