UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leshirl Alexander-Cornett v. Jayco, Inc.* | * | |
| Docket No. 10-3567 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Leshirl Alexander-Cornett | * | |
|            Bradley Barrosse | * | |
|            Christina Seeger Bergeron | * | |
|            Steven Bergeron | * | |
|            Sammi D. Darby | * | |
|            Sammi Darby o/b/o B.D. | * | |
|            Sammi Darby o/b/o B.F. | * | |
|            Sammi Darby o/b/o K.F. | * | |
|            Peggy Magnano | * | |
|            Gary R. Migliore | * | |
|            Stacey Migliore | * | |
|            Stacey & Gary Migiliore o/b/o A.M. | * | |
|            Stacey & Gary Migiliore o/b/o G.M. | * | |
|            Earl George Miller | * | |
|            Kathleen Sarah Miller | * | |
|            Timothy Joseph Moody | * | |
|            Randall David Ostarly | * | |
|            Jacquelyn Vitale | * | |

******************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

      **NOW INTO COURT**, through undersigned counsel come, defendants, Jayco, Inc. and

1

Jayco Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Leshirl Alexander-Cornett (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Bradley Barrosse (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Christina Seeger Bergeron (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Steven Bergeron (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Sammi D. Darby (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Sammi Darby o/b/o B.D. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Sammi Darby o/b/o B.F. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Sammi Darby o/b/o K.F. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Peggy Magnano (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Gary R. Migliore (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Stacey Migliore (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Stacey & Gary Migiliore o/b/o A.M. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Stacey & Gary Migiliore o/b/o G.M. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Earl George Miller (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Kathleen Sarah Miller (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Timothy Joseph Moody (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Randall David Ostarly (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

- Jacquelyn Vitale (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By: s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile
-and-

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 11th day of August, 2011.

s/*Thomas L. Cougill*
THOMAS L. COUGILL

## **CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of Sidney D. Torres, III, does not oppose this motion.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL