UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Melissa Campo Arbour v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3557 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Doreen Elizabeth Armstrong | * | |
| (individually and obo C.M.) | * | |
| Jessica Lauren Armstrong | * | |
| Stephanie Lynn Moore | * | |

*************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel come, defendants, Starcraft RV, Inc. ("Starcraft") and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Doreen Elizabeth Armstrong (Plaintiff in *Arbour*, C.A. 10-3557)

- Doreen Armstrong, on behalf of C.M. (Plaintiff in *Arbour*, C.A. 10-3557)

- Jessica Lauren Armstrong (Plaintiff in *Arbour*, C.A. 10-3557)

1

- Stephanie Lynn Moore (Plaintiff in *Arbour*, C.A. 10-3557)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Starcraft RV, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:  s/*Charles R. Penot, Jr.*
   Charles R. Penot, Jr. (La. Bar No. 1530 &
   Tx. Bar No. 24062455)
   717 North Harwood, Suite 2400
   Dallas, Texas 75201
   (214) 220-6334 – Telephone
   (214) 220-6807 – Facsimile

   *-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

*-and-*

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this 11th day of August, 2011.

           s/*Thomas L. Cougill*
           THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of Sidney D. Torres, III, does not oppose this motion.

           s/*Thomas L. Cougill*
           THOMAS L. COUGILL