Law Offices of
## SIDNEY D. TORRES, III
*A Professional Law Corporation*

July 8, 2011

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

www.torres-law.com

Eric B. Berger
Lobman, Carnahan, Batt, Angelle & Nader, APLC
400 Poydras Street
Suite 2300
New Orleans, LA 70130-3425

      Re:   FEMA Trailer Formaldehyde Product Liability Litigation
             MDL No. 07-1873
             *Angelica Alvarez v. Pilgrim, International, Inc, the United States of*
             *America through the Federal Emergency Management Agency, Crum &*
             *Foster Specialty Ins. Co., Sentry Insurance, Shaw Environmental, Inc.,*
             *Flour Enterprises, Inc CH2M Hill Constructors, Inc. (09-4838)*

Dear Eric:

      This will confirm our telephone conference of July 7, 2011, concerning the deficiency letters in the referenced matters. All deficiencies are being processed pursuant to the terms and the deadlines as established in the Court's Pretrial Order No. 88.

      With respect to the clients for whom you advise you have no Plaintiff Fact Sheets (PFS), as discussed we did not retain a copy of the CD's submitted previously to defense counsel, but we have attached to this letter copies of the PFS's for those clients for whom we have the forms as identified hereinbelow:

Anthony Hadley
Joseph Burkhardt
Calvin Kelone
Jack Stogner
Nadine Stogner
John Stogner

      The following clients referenced in your correspondence for whom we have no PFS's are:

Sherry Hadley
Katie Berndt
Catherine Hebert
Chad Ferris
Gerald Hebert




Anthony Croal
Dwayne Daggs
Robin Davis
Adam Cabrera
Jody Diaz
Sophie Dominick
Thomas Dominick
Henri Desrochers
Gerald Diaz
Connie Diaz
Delmas Diaz
Gerald Diaz on behalf of G█████ D███
Gerald Diaz
Julia Patino
Pepito Patino
Louis Mascaro
Debbie Imbraguglio on behalf of P.I.
Peter Imbraguglio
Ruby Keaton
Marjorie Kelone
Pamela Johnson
Lawrence Lohr
K███ L███ 
Kelly Burke
Robert Bryan
Michelle Bryan
Linda Bryan
Arlene Blanchard
Robert Bigner
Jaeda Burke
Angelica Alvarez
Christine Vallelungo
E███ T███ 
Diana Thedy
Gloria Tassin
Joyce Sander
Debra Vincent
Terrance Vallelungo
Natalie Polk on behalf of J███ B███
Donald Ruiz
Carl Steele
Darlene Thedy

Thanking you for your attention to this matter, I remain

Sincerely,

*Roberta L. Burns*

Roberta L. Burns

RLB/pm