**Roslyn West**

---

**From:** Roslyn West
**Sent:** Wednesday, April 27, 2011 4:21 PM
**To:** 'dcj@torres-law.com'
**Cc:** Tom Cougill
**Subject:** RE: FEMA PFS

Mr. Jarrell—

After reviewing the list of plaintiffs who did not submit a PFS that you have provided Tom, I have determined that we are still in need of plaintiff fact sheets from the following plaintiffs:

1. Aaron Bergeron
2. Laurie Bergeron
3. Sammi Darby (obo B.D.)
4. Sammi Darby (obo B.F.)
5. Sammi Darby (obo K.F.)
6. Julie Ann Green
7. Stacey & Gary Migliore (obo A.M.)
8. Stacey & Gary Migliore (obo G.M.)
9. Jacquelyn Vitale
10. Michael Alfonso
11. Olivia Alfonso
12. Sheila Wolfe Baker
13. Clifford Sino
14. Jerry G. Sisk
15. Judith A. Sisk
16. Kathleen E. Jeanfreau
17. Bryan J. Rodi
18. Bobbie Santana
19. Chanlene E. Johnston
20. Stacy Guillotte
21. Felix E. Arceneaux
22. Kerri Encardes
23. Sierra Encardes
24. Raymond Pfiffner
25. Bernard B. Vitrano
26. Kim Caruso
27. Krysta Caruso
28. Valerie Caruso
29. Raymond Deogracias

I realize that your records may indicate that the fact sheets were submitted, but our office has no record of these fact sheets. Please forward the listed fact sheets to my attention at your earliest convenience.

Thank you,
**Roslyn West**

WILLINGHAM,
FULTZ & COUGILL LLP
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

*******************************************************************************

**Privileged Attorney-Client Communication and/or Attorney Work Product:**
**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**

*******************************************************************************

---

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Friday, April 15, 2011 1:11 PM
**To:** Tom Cougill
**Subject:** FEMA PFS

Mr. Cougill,

In response to your letter, I draw the following to your attention. The following list of plaintiffs did not submit a PFS form:
Leshirl Alexander-Cornett
Bradley Barrosse
Christina Seeger Bergeron
Steven Bergeron
Sammi Darby
Peggy Magnano
Gary Migliore
Stacey Migliore
Earl George Miller
Kathleen Sarah Miller
Timothy Joseph Moody
Randall David Ostarly
Corey Bastoe obo JB
" MB
Corey Bastoe
Erica Bastoe
Robin Dennis
Nancy Mills
Bradi Pomes
Abbillee Treadaway
Helen S. James
Huey Paul James
Jennie Lopez
Ann Marie Miller
John Miller
Rusty Ann Miller
Brett Bergeron
Steven Weyland Fincher
Dominick Imbornone

John v. Meyers
Donita Pomes
Evelyn Roussell
Elmenia C. Spera
Louis W. Spera
Manny E. Gallardo
Antoinette Lodriguss
Patrick Lodriguss
Paula Nonenmacher
Elmenia Stera
Lousi Stera
Wanda Cronin
Dora Ann Gregco
Guiseppe Greco
Linda Watson Powell
James Shannon Varnado
Dora Ann Greco
Guiseppe Greco
James Shannon Varnado
Doreen E. Armstrong
Jessica L. Armstrong
Doreen Armstrong obo CM
Stephanie Lynn Moore
Raymond C. Armstrong
Michele Bacques
Benny Stevens
Nicolle Perniciaro obo NP
Charles V. Perniciaro
Nicolle Y Perniciaro

The remaining plaintiffs had submitted PFS forms within the deadlines established by the Court. Please check your discs, or if you would like we can email these to you.

--

David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA 70043
Tel: (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com