UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tiffany Leigh Brodmyer v Starcraft RV, Inc.* | * | |
| Docket No. 10-3670 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Nicolle Y. Perniciaro | * | |
|       (individually and obo N.P.) | * | |
|       Charles Vincent Perniciaro | * | |

******************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc. and Bechtel National, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Nicolle Y. Perniciaro, Nicolle Perniciaro (obo N.P.) and Charles Vincent Perniciaro, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE