UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Steven Weyland Fincher v. Jayco, Inc.* | * | |
| Docket No. 10-3568 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Steven Weyland Fincher | * | |
| Dominick Imbornone | * | |
| John V. Meyers | * | |
| Donita Pomes | * | |
| Evelyn Roussell | * | |
| Diana E. Shanley | * | |
| Elmenia C. Spera | * | |
| Louis W. Spera | * | |

******************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel come, defendants, Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants"), who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Steven Weyland Fincher (Plaintiff in *Fincher*, C.A. 10-3568)

1

- Dominick Imbornone (Plaintiff in *Fincher*, C.A. 10-3568)

- John V. Meyers (Plaintiff in *Fincher*, C.A. 10-3568)

- Donita Pomes (Plaintiff in *Fincher*, C.A. 10-3568)

- Evelyn Roussell (Plaintiff in *Fincher*, C.A. 10-3568)

- Diana E. Shanley (Plaintiff in *Fincher*, C.A. 10-3568)

- Elmenia C. Spera (Plaintiff in *Fincher*, C.A. 10-3568)

- Louis W. Spera (Plaintiff in *Fincher*, C.A. 10-3568)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 11th day of August, 2011.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiff's counsel, The Law Offices of Sidney D. Torres, III, does not oppose this motion.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL