# Roslyn West

**Subject:** FEMA PFS

**From:** David Jarrell [mailto:dcj@torres-law.com]
**Sent:** Friday, April 15, 2011 1:11 PM
**To:** Tom Cougill
**Subject:** FEMA PFS

Mr. Cougill,

In response to your letter, I draw the following to your attention. The following list of plaintiffs did not submit a PFS form:
Leshirl Alexander-Cornett
Bradley Barrosse
Christina Seeger Bergeron
Steven Bergeron
Sammi Darby
Peggy Magnano
Gary Migliore
Stacey Migliore
Earl George Miller
Kathleen Sarah Miller
Timothy Joseph Moody
Randall David Ostarly
Corey Bastoe obo JB
" MB
Corey Bastoe
Erica Bastoe
Robin Dennis
Nancy Mills
Bradi Pomes
Abbillee Treadaway
Helen S. James
Huey Paul James
Jennie Lopez
Ann Marie Miller
John Miller
Rusty Ann Miller
Brett Bergeron
Steven Weyland Fincher
Dominick Imbornone
John v. Meyers
Donita Pomes
Evelyn Roussell
Elmenia C. Spera
Louis W. Spera
Manny E. Gallardo
Antoinette Lodriguss
Patrick Lodriguss
Paula Nonenmacher
Elmenia Stera
Lousi Stera
Wanda Cronin

1



Dora Ann Gregco
Guiseppe Greco
Linda Watson Powell
James Shannon Varnado
Dora Ann Greco
Guiseppe Greco
James Shannon Varnado
Doreen E. Armstrong
Jessica L. Armstrong
Doreen Armstrong obo CM
Stephanie Lynn Moore
Raymond C. Armstrong
Michele Bacques
Benny Stevens
Nicolle Perniciaro obo NP
Charles V. Perniciaro
Nicolle Y Perniciaro

The remaining plaintiffs had submitted PFS forms within the deadlines established by the Court.  Please check your discs, or if you would like we can email these to you.


--
David C. Jarrell
Attorney at Law
8301 W. Judge Perez Dr., Ste 303
Chalmette, LA  70043
Tel:  (504) 271-8421
Fax: (504) 271-1961
E-mail: dcj@torres-law.com

2