UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Manny Ernest Gallardo v. Jayco, Inc.* | * | |
| Docket No. 10-3491 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Manny Ernest Gallardo | * | |
| Antoinette Lodriguss | * | |
| Patrick J. Lodriguss | * | |
| Paula Dalton Nonenmacher | * | |
| Elmenia Stera | * | |
| Louis Stera | * | |

*****************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel come, defendants, Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants"), who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Manny Ernest Gallardo (Plaintiff in *Gallardo*, C.A. 10-3491)

- Antoinette Lodriguss (Plaintiff in *Gallardo*, C.A. 10-3491)

1

- Patrick J. Lodriguss (Plaintiff in *Gallardo*, C.A. 10-3491)

- Paula Dalton Nonenmacher (Plaintiff in *Gallardo*, C.A. 10-3491)

- Elmenia Stera (Plaintiff in *Gallardo*, C.A. 10-3491)

- Louis Stera (Plaintiff in *Gallardo*, C.A. 10-3491)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
 THOMAS L. COUGILL
 Texas State Bar No. 04877300
 Louisiana State Bar No. 31112
 R. MARK WILLINGHAM
 Texas State Bar No. 21641500
 JEFFREY P. FULTZ
 Texas State Bar No. 00790728
 Mississippi Bar No. 101058
 Niels Esperson Building
 808 Travis Street, Suite 1608
 Houston, Texas  77002
 (713) 333-7600 – Telephone
 (713) 333-7601 – Facsimile

 **Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 11th day of August, 2011.

                                                                                     s/*Thomas L. Cougill*
                                                                                     THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of Sidney D. Torres, III, does not oppose this motion.

                                                                                 s/*Thomas L. Cougill*
                                                                                THOMAS L. COUGILL