# ⊛ WILLINGHAM, FULTZ & COUGILL LLP

TEXAS           LOUISIANA           MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                TomC@willingham-law.com

April 13, 2011

Roberta L. Burns                                                          *Via Email and Regular U.S. Mail*
Law Offices of Sidney D. Torres, III
8301 w. Judge Perez Dr., Suite 303
Chalmette, LA 70043
rburns@torres-law.com

Dear Roberta:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Leshirl Alexander-Cornett v. Jayco, Inc., cause no. 10-3567***

1. Leshirl Alexander-Cornett
2. Bradley Barrosse
3. Aaron Bergeron
4. Christina Seeger Bergeron
5. Laurie Bergeron
6. Steven Bergeron
7. Mary Edna Bryant
8. Sammi Darby (obo B.D.)
9. Sammi D. Darby
10. Sammi Darby (obo B.F.)
11. Sammi Darby (obo K.F.)
12. Julie Ann Green
13. Stacey & Gary Migliore (obo A.M.)


EXHIBIT A

*Leshirl Alexander-Cornett v. Jayco, Inc.*, cause no. 10-3567 (cont'd)

14. Stacey & Gary Migliore (obo G.M.)
15. Peggy Magnano
16. Gary R. Migliore
17. Stacey Migliore
18. Earl George Miller
19. Kathleen Sarah Miller
20. Timothy Joseph Moody
21. Randall David Ostarly
22. Jacquelyn Vitale

*Michael Alfonso v. Jayco, Inc.*, cause no. 10-3992

1. Michael Alfonso
2. Olivia Alfonso
3. Corey Bastoe (obo J.B.)
4. Corey Bastoe (obo M.B.)
5. Corey M. Bastoe
6. Erica Bastoe
7. Robin Dennis
8. Nancy Mills
9. Brandi Pomes
10. Abbilee Treadaway

*Sheila Wolfe Baker v. Jayco, Inc.*, cause no. 10-3571

1. Sheila Wolfe Baker
2. Helen S. James
3. Huey Paul James
4. Jennie Lopez
5. Ann Marie Miller
6. John Miller
7. Rusty Ann Miller
8. Clifford Sino
9. Jerry G. Sisk
10. Judith A. Sisk

*Brett Bergeron v. Jayco, Inc.*, cause no. 10-3495

1. Brett Bergeron

*Steven Weyland Fincher v. Jayco, Inc.*, cause no. 10-3568

1. Steven Weyland Fincher
2. Dominick Imbornone
3. Kathleen E. Jeanfreau

*Steven Weyland Fincher v. Jayco, Inc.*, cause no. 10-3568 (cont'd)

4. John V. Meyers
5. Donita Pomes
6. Bryan J. Rodi
7. Evelyn Roussell
8. Diana E. Shanley
9. Elmenia C. Spera
10. Louis W. Spera

*Manny Ernest Gallardo v. Jayco, Inc.*, cause no. 10-3491

1. Manny Ernest Gallardo
2. Antoinette Lodriguss
3. Patrick J. Lodriguss
4. Bryan Keith Moore
5. Paula Dalton Nonenmacher
6. Bobbie L. Santana
7. Elmenia Stera
8. Lousi Stera

*Dora Ann Greco v. Jayco, Inc.*, cause no. 09-6896

1. Wanda C. Cronin
2. Stacy Guillotte (obo E.G.)
3. Dora Ann Greco
4. Giuseppe (Joseph) Greco
5. James Michael Guillotte
6. Stacy Guillotte
7. Chanlene E. Johnston
8. Stacy Guillotte (obo D.O.)
9. Stacy Guillotte (obo R.O.)
10. Linda Watson Powell
11. James Shannon Varnado
12. Harold M. Voss
13. Sylvia Voss

*Dora Ann Greco v. Jayco, Inc.*, cause no. 10-3855

1. Dora Ann Greco
2. Giuseppe (Joseph) Greco
3. Chanlene E. Johnston
4. James Shannon Varnado

*Stacy Guillotte, obo E.G. v. Jayco, Inc.*, cause no. 10-3859

1. Stacy Guillotte (obo E.G.)

*Stacy Guillotte, obo E.G. v. Jayco, Inc.,* cause no. 10-3859 (cont'd)

    2. James Michael Guillotte
    3. Stacy Guillotte (obo R.O.)

*Melissa Campo Arbour v. Starcraft RV, Inc.,* cause no. 10-3557

    1. Felix E. Arceneaux
    2. Doreen Elizabeth Armstrong
    3. Jessica Lauren Armstrong
    4. Misty Encardes (obo K.E.)
    5. Misty Encardes (obo S.E.)
    6. Doreen Armstrong (obo C.M.)
    7. Stephanie Lynn Moore
    8. Raymond Pfiffner
    9. Bernard B. Vitrano

*Raymond Christopher Armstrong v. Starcraft RV, Inc.,* cause no. 10-0766

    1. Raymond Christopher Armstrong
    2. Michele Bacques
    3. Kim G. Caruso
    4. Krysta M. Caruso
    5. Valerie N. Caruso
    6. Benny Stevens

*Tiffany Leigh Brodmyer v. Starcraft RV, Inc.,* cause no. 10-3670

    1. Nicolle Perniciaro (obo N.P.)
    2. Charles Vincent Perniciaro
    3. Nicolle Yvette Perniciaro

*Raymond Deogracias v. Starcraft RV, Inc.,* cause no. 10-3562

    1. Raymond L. Deogracias

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc: Jerry Meunier *(via email)*
Andrew Weinstock *(via email)*
Henry Miller *(via email)*
Gerald Meunier *(via email)*
Justin Woods *(via email)*