### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER              *       MDL NO. 1873
        FORMALDEHYDE PRODUCTS     *
        LIABILITY LITIGATION      *       SECTION "N-4"
                                  *
THIS DOCUMENT RELATES TO:         *       JUDGE ENGELHARDT
*Michael Alfonso v. Jayco, Inc.*  *
Docket No. 10-3992                *       MAG. JUDGE CHASEZ
Plaintiffs:  Olivia Alfonso       *
             Corey Bastoe         *
              (individually and obo J.B. and M.B.)*
             Erica Bastoe         *
             Robin Dennis         *
             Nancy Mills          *
             Brandi Pomes         *
             Abbilee Treadaway    *
**************************************************************************

### ~~PROPOSED ORDER~~

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-

Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco

Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with

Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and

causes of action of plaintiffs, Olivia Alfonso, Corey Bastoe, Corey Bastoe (obo J.B.), Corey Bastoe

1

(obo M.B.), Erica Bastoe, Robin Dennis, Nancy Mills, Brandi Pomes and Abbilee Treadaway, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____11th_____ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE