UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" MAG. 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| Damien Dillon, et al. v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-3557; and | * | MAG. JUDGE CHASEZ |
| Latasha Jones-Dillon on behalf of Miljeanee | * | |
| Crowley, et al., v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-5494 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FOREST RIVER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDER NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order dismissing the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets ("PFS") as more fully set forth in the Memorandum in Support:

Damien Dillon

Sabrina Dillon

Greggionte Jones

Latasha Jones-Dillon

Latasha Jones-Dillon on behalf of Miljanee Cowley[1]

Latasha Jones-Dillon on behalf of Edward Smith

Counsel for the plaintiffs have been contacted and have advised they oppose Forest River's motion.

---

[1] Spelled "Miljeanee" in the complaint and in the PFS.

Forest River, Inc. prays that their Motion to Dismiss with Prejudice be granted, dismissing the claims of the above mentioned plaintiffs, with prejudice, for their failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY:/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
egieger@glllaw.com
JOHN E.W. BAAY II (22928)
jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 12, 2011 via electronic filing.

/s/ Ernest P. Gieger, Jr.