# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.¹,²
KENNETH H. LABORDE¹,²
LAMBERT M. LAPEROUSE¹
ROBERT I. SIEGEL¹,²
ANDREW A. BRAUN¹,²
LEO R. McALOON III¹,²
JOHN E. W. BAAY II¹,²,³
ANDREW M. ADAMS¹,²
MARGARET L. SUNKEL¹
DANIEL G. RAUH¹
RACHEL G. WEBRE¹
BRENDAN P. DOHERTY¹,²

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER²
MICHAEL D. CANGELOSI
TARA E. CLEMENT²
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE²
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON⁵
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE⁴
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS⁴
CHARLOTTE A. FIELDS⁴

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Daniel E. Becnel
Becnel Law Firm, LLC
PO Box H
106 W. Seventh St.
Reserve, LA 70084

RE: **FEMA Trailer Formaldehyde Product Liability Litigation**
MDL No.: 1873, Sec. N(4)
Our File No.: 0200-24-7

Dear Counsel:

Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

**Bosworth, Elizabeth A.: *(Blank in its entirety)***
- III. Case Information (Section C-3)
  - Symptoms
- V. FEMA Trailer or Mobile Home Unit
  - VIN
  - Move In/Move Out date
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)


EXHIBIT A

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Daniel E. Becnel
Becnel Law Firm, LLC
PO Box H
106 W. Seventh St.
Reserve, LA 70084

    RE:   **FEMA Trailer Formaldehyde Product Liability Litigation**
            **MDL No.: 1873, Sec. N(4)**
            **Our File No.: 0200-24-7**

Dear Counsel:

    Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

**Bosworth, Elizabeth A.:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 2 of 9

- o Identify current family and/or primary care physician
- o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
- o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Carr, Cornelius: *(Majority Blank)*
- III. Case Information (Section C-3)
    - o Symptoms
- III. Case Information (Section C-4)
    - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - o Medical Records
    - o Standard Form 95
    - o Test Results
    - o Medical Bills
    - o Questionnaires
    - o Death Certificate
    - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o Identify current family and/or primary care physician
    - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Comeaux, Chrissy: *(Majority Blank)*
- III. Case Information (Section C-3)
    - o Symptoms
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - o Medical Records
    - o Test Results
    - o Medical Bills
    - o Questionnaires
    - o Death Certificate

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 3 of 9

- o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o Identify current family and/or primary care physician
    - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Comeaux, Jr., David: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - o Symptoms
- III. Case Information (Section C-4)
    - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - o Move In/Move Out date
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - o Medical Records
    - o Standard Form 95
    - o Test Results
    - o Medical Bills
    - o Questionnaires
    - o Death Certificate
    - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o Identify current family and/or primary care physician
    - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Cosse, Jr., Shawn G.:
- Signed Privacy Act Release Language

### Cowley, Miljeanee K.: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - o Symptoms

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 4 of 9

- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Crandle, Chelsea: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- V. FEMA Trailer or Mobile Home Unit
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 5 of 9

- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Crandle, Linda: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- V. FEMA Trailer or Mobile Home Unit
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Harris, Monique L.:
- Signed medical, psychological, and employment authorizations

### Leavell, Darlene A.: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- V. FEMA Trailer or Mobile Home Unit
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 6 of 9

- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## Leavell, Stevosha E.: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- V. FEMA Trailer or Mobile Home Unit
    - Move In/Move Out date
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

## O'Brien, Eugene: *(Blank in its entirety)*
- III. Case Information (Section C-3)
    - Symptoms
- III. Case Information (Section C-4)
    - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 7 of 9

- VIII. Documents (Section A-G)
    - Medical Records
    - Standard Form 95
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Robinson, Damon: *(Majority Blank)*
- III. Case Information (Section C-3)
    - Symptoms
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - Medical Records
    - Test Results
    - Medical Bills
    - Questionnaires
    - Death Certificate
    - Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

### Robinson, Leslie: *(Majority Blank)*
- III. Case Information (Section C-3)
    - Symptoms
- VI. Medical Background (Section C-D)
    - Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 8 of 9

- - o Medical Records
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Smith, Edward P.:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o Move In/Move Out date
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Williams, Percy:** *(Majority Blank)*
- III. Case Information (Section C-3)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Becnel Law Firm, LLC
April 6, 2011
Page 9 of 9

- o Symptoms
- VI. Medical Background (Section C-D)
    - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A, C-G)
    - o Medical Records
    - o Test Results
    - o Medical Bills
    - o Questionnaires
    - o Death Certificate
    - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o Identify current family and/or primary care physician
    - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

Sincerely,

Carson Strickland

Carson W. Strickland

CWS/kbd

cc: Andrew Weinstock, Esq.
    Justin Woods, Esq.
    Dave Kurtz, Esq.

## GIEGER, LABORDE & LAPEROUSE, L.L.C.

| | | |
|---|---|---|
| ERNEST P. GIEGER, JR.[1,2]<br>KENNETH H. LABORDE[1,2]<br>LAMBERT M. LAPEROUSE[1]<br>ROBERT I. SIEGEL[1,2]<br>ANDREW A. BRAUN[1,2]<br>LEO R. McALOON III[1,2]<br>JOHN E. W. BAAY II[1,2,3]<br>ANDREW M. ADAMS[1,2]<br>MARGARET L. SUNKEL[1]<br>DANIEL G. RAUH[1]<br>RACHEL G. WEBRE[1]<br>BRENDAN P. DOHERTY[1,2]<br><br>WILLIAM A. BAROUSSE<br>KRYSTENA L. HARPER[2]<br>MICHAEL D. CANGELOSI<br>TARA E. CLEMENT[2]<br>CARSON W. STRICKLAND<br>ELIZABETH A. CHICKERING<br>LAUREN C. CANCIENNE[2]<br>ERIC C. WALTON<br>MARK T. MAHFOUZ | FORTY-EIGHTH FLOOR<br>ONE SHELL SQUARE<br>701 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70139-4800<br>TELEPHONE (504) 561-0400<br>FACSIMILE (504) 561-1011<br>WWW.GLLLAW.COM<br><br>HOUSTON OFFICE:<br>SUITE 750<br>1177 WEST LOOP SOUTH<br>HOUSTON, TEXAS 77027<br>TELEPHONE (832) 255-6000<br>FACSIMILE (832) 255-6001 | MICHAEL E. HILL<br>A. SIMONE MANUEL<br>JAMESON M. TAYLOR<br>SARAH MILLER JOHNSON[5]<br>CHRISTOPHER R. TESKE<br>EMILY E. EAGAN<br>MATTHEW F. MORGAN<br>PATRICK A. SEALE[4]<br>VICTORIA E. EMMERLING<br>GINA S. MONTGOMERY<br>JANET H. ASCHAFFENBURG<br><br>OF COUNSEL<br>ALISTAIR M. WARD<br>CONNIE L. HAWKINS[4]<br>CHARLOTTE A. FIELDS[4]<br><br>[1] LAW CORPORATION<br>[2] ALSO ADMITTED IN TEXAS<br>[3] ALSO ADMITTED IN MISSISSIPPI<br>[4] ONLY ADMITTED IN TEXAS<br>[5] ALSO ADMITTED IN WASHINGTON |

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Hugh P. Lambert, Esq.
Linda J. Nelson, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

      Re:    *FEMA Trailer Formaldehyde Product Liability Litigation*
             USDC, EDLA, MDL № 09-1873
             Our Ref №: 0200-24-7

Dear Counsel:

      Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| 09-4265 | **Boyd, Keisha v. Forest River**<br>Boyd, Darries Sr. | Boyd, Keisha |
| 09-4426 | **Chapman, John v. Forest River**<br>Hargrove, Leonard | |
| 09-6307 | **Coleman, Curtis Jr. v. Forest River**<br>Coleman, Curtis Jr. | |



GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Lambert & Nelson, PLC*
*May 2, 2011*
*Page 2 of 2*

| | | |
|---|---|---|
| **09-3557** | **Dillon, Damien v. Forest River** | |
| | Dillon, Damien | Jones, Greggionte |
| | Dillon, Sabrina | Jones-Dillon, Latasha |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc  Andrew Weinstock
    Justin Woods
    Dave Kurtz