Karen B. Davis

**From:** Mike DiGiglia
**Sent:** Thursday, June 02, 2011 11:29 AM
**To:** Fran Jeblonski; Karen B. Davis
**Subject:** FW: FEMA Formaldehyde - Forest River PFS's and Errata Sheets
**Attachments:** Boyd, Keisha - PFS.pdf; Boyd, Keisha - PFS Errata Sheet.pdf; Boyd, Keisha - PFS Errata Sheet 2.pdf; Boyd, Darries Sr. - PFS.pdf; Boyd, Darries Sr. - PFS Errata Sheet.pdf; Hargrove, Leonard - PFS.pdf; Coleman, Curtis Jr. - PFS.pdf; Coleman, Curtis Jr. 5-18-11.pdf; Dillon, Damien - PFS.pdf; Dillon, Damien - PFS Errata Sheet.pdf; Dillon, Sabrina - PFS.pdf; Dillon, Sabrina - PFS Errata Sheet.pdf; Jones, Greggionte - PFS.pdf; Jones, Greggionte - PFS Errata Sheet.pdf; Jones-Dillon, Latasha - PFS.pdf; Jones-Dillon, Latasha - PFS Errata Sheet.pdf

Here are a batch of PFSs and PFS errata sheets.

M



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**J. Mike DiGiglia**
Of Counsel
Direct Dial: 504-654-1347
Facsimile: 504-561-1011
Email: mdigiglia@glllaw.com
Website: www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Ernie Gieger
**Sent:** Thursday, June 02, 2011 9:23 AM
**To:** Mike DiGiglia
**Subject:** FW: FEMA Formaldehyde - Forest River PFS's and Errata Sheets

Mike,

I am going to send you the e mails that I am getting that are addressed to Carson in re this FEMA issues.

**From:** Jennifer Minden [mailto:jminden@lambertandnelson.com]
**Sent:** Wednesday, June 01, 2011 2:38 PM
**To:** Carson Strickland; ANDREW WEINSTOCK; CARMEN MOTES; Heather McCourtney; Palmer Lambert
**Cc:** Candice Sirmon; Magan Ennis; Jennifer Minden
**Subject:** FEMA Formaldehyde - Forest River PFS's and Errata Sheets

Mr. Strickland:

Per your correspondence dated May 2, 2011, please see the following attached documents:


EXHIBIT
C

1

1. Boyd, Keisha: Plaintiff Fact Sheet originally sent to Defendants on 10/2/2009 with an Errata sheet sent on 10/16/2009 and an additional Errata sheet dated 6/1/2011;
2. Boyd, Darries Sr.: Plaintiff Fact Sheet originally sent to Defendants on 10/2/2009 with an Errata sheet dated 6/1/2011;
3. Hargrove, Leonard: Plaintiff Fact Sheet originally sent to Defendants on 7/2/2009;
4. Coleman, Curtis Jr.: Plaintiff Fact Sheet originally sent to Defendants on 11/21/2008 with an Errata sheet sent on 5/18/2011;
5. Dillon, Damien: Plaintiff Fact Sheet originally sent to Defendants on 7/2/2009 with an Errata sheet sent on 8/21/2009; and
6. Dillon, Sabrina: Plaintiff Fact Sheet originally sent to Defendants on 7/2/2009 with an Errata sheet sent on 8/21/2009.

Please note that Greggionte Jones and Latasha Jones-Dillon were disengaged as clients on March 5, 2010 by Lambert & Nelson, PLC and The Becnel Law Firm. We have no further information as to their Plaintiff Fact Sheets other than the attached Plaintiff Fact Sheets originally sent to Defendants on 7/2/2009 and Errata sheets sent on 8/21/2009.

If you have any questions regarding the foregoing, please contact me.

Thanks,

**Jennifer Reso Minden**
Paralegal/Legal Assistant
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750
(504) 529-2931 fax

LAMBERT & NELSON, PLC
CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
  *Office Administrator*
Susan B. Williams
  *Nurse*

May 5, 2011



Carson W. Strickland
Gieger, Laborde & Laperouse, LLC
Forty-Eighth Floor
One Shell Square
701 Poydras Street
New Orleans, LA 70139

    RE:    **FEMA Trailer Formaldehyde Product Liability Litigation**
              **Forest River, Inc. Plaintiff Fact Sheet Deficiencies**

Dear Mr. Strickland:

    Please find enclosed a disc which contains the following:

Elizabeth Bosworth: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel by our referral counsel, Parker Waichman Alonso LLP.

Blessin Anderson: Clarified Personal Smoking/Tobacco Use History; Standard Form 95 and Signed medical, psychological, and employment authorizations which were sent to Defense liaison counsel on March 23, 2010.

Darlene Leavell: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel on January 15, 2010.

Stevosha Leavell: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel on January 15, 2010.

Monique Harris: Signed medical, psychological, and employment authorizations which were sent to Defense liaison counsel on July 2, 2009.

Shawn Cosse, Jr.: Signed Privacy Act Release.

Miljeanee Cowley and Edward Smith are primarily represented by Lambert & Nelson, and their office handled the Plaintiff Fact Sheets for those clients. Chrissy Comeaux, Damon Robinson, and Leslie Robinson have failed to respond to requests to complete a Plaintiff Fact Sheet, therefore, we have no standing to object to a Motion to Dismiss. Chelsea Crandle and Lanier Crandle have decided to dismiss their claims, and a voluntary dismissal was filed today. Additionally, Cornelius Carr's mother changed his name to Cornelius Perry and did not communicate that to our office. As a result, a suit was filed for both Cornelius Carr and Cornelius Perry. Cornelius Carr's suit (09-8708) will be dismissed while Cornelius Perry's suit will remain active.

Sincerely,

Jennifer L. Crose

# BECNEL LAW FIRM, LLC
ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
Of Counsel:
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado

Please Reply To:
☐ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
 Office Administrator
Susan B. Williams
 Nurse

May 5, 2011


RECEIVED MAY 6 2011

Carson W. Strickland
Gieger, Laborde & Laperouse, LLC
Forty-Eighth Floor
One Shell Square
701 Poydras Street
New Orleans, LA 70139

RE: **FEMA Trailer Formaldehyde Product Liability Litigation
Forest River, Inc. Plaintiff Fact Sheet Deficiencies**

Dear Mr. Strickland:

Please find enclosed a disc which contains the following:

Elizabeth Bosworth: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel by our referral counsel, Parker Waichman Alonso LLP.

Blessin Anderson: Clarified Personal Smoking/Tobacco Use History; Standard Form 95 and Signed medical, psychological, and employment authorizations which were sent to Defense liaison counsel on March 23, 2010.

Darlene Leavell: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel on January 15, 2010.

Stevosha Leavell: Completed Plaintiff Fact Sheet which was sent to Defense liaison counsel on January 15, 2010.

Monique Harris: Signed medical, psychological, and employment authorizations which were sent to Defense liaison counsel on July 2, 2009.

Shawn Cosse, Jr.: Signed Privacy Act Release.

Miljeanee Cowley and Edward Smith are primarily represented by Lambert & Nelson, and their office handled the Plaintiff Fact Sheets for those clients. Chrissy Comeaux, Damon Robinson, and Leslie Robinson have failed to respond to requests to complete a Plaintiff Fact Sheet, therefore, we have no standing to object to a Motion to Dismiss. Chelsea Crandle and Lanier Crandle have decided to dismiss their claims, and a voluntary dismissal was filed today. Additionally, Cornelius Carr's mother changed his name to Cornelius Perry and did not communicate that to our office. As a result, a suit was filed for both Cornelius Carr and Cornelius Perry. Cornelius Carr's suit (09-8708) will be dismissed while Cornelius Perry's suit will remain active.

Sincerely,

Jennifer L. Crose