# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACISIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
   ALISTAIR M. WARD
   CONNIE L. HAWKINS[4]
   CHARLOTTE A. FIELDS[4]
   J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[4]ALSO ADMITTED IN WASHINGTON
[6]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

Re: FEMA Trailer Formaldehyde Product Liability Litigation
    MDL No.: 1873, Sec. N(4)
    Our File No.: 0200-24-7
    Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

EXHIBIT D

Boyd, Jr., Darries L.
Cowley, Miljeanee K.
Dillon, Sabrina
Jones-Dillon, Latasha M.

Boyd, Sr., Darries L.
Dillon, Damien
Jones, Greggionte
Smith, Edward P.

# Lambert & Nelson, PLC

## Boyd, Jr., Darries L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Psychological Treatment  (PFS Sec. III.C.8)
- Prior Medical History  [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Certification Signed by Plaintiff

## Boyd, Sr., Darries L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)
- Certification Signed by Plaintiff

## Cowley, Miljeanee K.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. #  (PFS Sec. V.A.3)
- Names of All Trailer Residents  (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Psychological Treatment  (PFS Sec. III.C.8)
- Prior Medical History  [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)
- Certification Signed by Plaintiff

# Lambert & Nelson, PLC

## Dillon, Damien

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Manufacturer  (PFS Sec. V.A.1)
- FEMA I.D. #  (PFS Sec. V.A.3)
- Names of All Trailer Residents  (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Future Medical Claim  (PFS Sec. III. C. 2)
- Psychological Treatment  (PFS Sec. III.C.8)
- Prior Medical History  [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)
- Certification Signed by Plaintiff

## Dillon, Sabrina

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. #  (PFS Sec. V.A.3)
- Names of All Trailer Residents  (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Future Medical Claim  (PFS Sec. III. C. 2)
- Psychological Treatment  (PFS Sec. III.C.8)
- Prior Medical History  [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)
- Certification Signed by Plaintiff

# Lambert & Nelson, PLC

## Jones, Greggionte

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Manufacturer (PFS Sec. V.A.1)
- FEMA I.D. # (PFS Sec. V.A.3)
- Names of All Trailer Residents (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Future Medical Claim (PFS Sec. III. C. 2)
- Psychological Treatment (PFS Sec. III.C.8)
- Prior Medical History [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)
- Certification Signed by Plaintiff

## Jones-Dillon, Latasha M.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. # (PFS Sec. V.A.3)
- Names of All Trailer Residents (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Future Medical Claim (PFS Sec. III. C. 2)
- Psychological Treatment (PFS Sec. III.C.8)
- Prior Medical History [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)
- Certification Signed by Plaintiff

# Lambert & Nelson, PLC

## Smith, Edward P.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- FEMA I.D. # (PFS Sec. V.A.3)
- Names of All Trailer Residents (PFS Sec. V.E)
- Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)
- Psychological Treatment (PFS Sec. III.C.8)
- Prior Medical History [PFS Sec. VI (F) (1 & 4)]
- Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim (PFS Sec. IV.F.3)
- Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)
- Certification Signed by Plaintiff

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Hugh P. Lambert
June 29, 2011

      If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

                                  Sincerely,

                                  J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz, Esq.
        Henry T. Miller