LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

July 8, 2011

**Via Email Only**

J. Mike DiGiglia, Esq.
mdigiglia@glllaw.com
Geiger, Laborde & Laperouse, LLC
701 Poydras Street
New Orleans, LA 70139-4800

Andrew D. Weinstock, Esq.
andreww@duplass.com
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
Three Lakeway Center, Suite2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Gerald Meunier, Esq.
gmeunier@gainben.com
Justin I. Woods, Esq.
jwoods@gainsben.com
Gainsburgh Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163




RE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL NO. 07-1873
Your file: 1376-42075
Our Client: Damien Dillon

---

Dear Mike:

We are in receipt of your letter dated June 29, 2011, regarding Plaintiff, Damien Dillon's Plaintiff Fact Sheet (PFS) deficiencies.

We have attempted to contact Mr. Dillon on numerous occasions. However, we have been unsuccessful in communicating with Mr. Dillon. Therefore, we have notified Mr. Dillon, at his last known address, of our intent to disengage from representation of him in this matter. We are also in the process of filing a Motion to Withdraw as Counsel of Record.

Mr. Dillon's last known address is 645 Clinebrook Dr., Gretna, LA 70056. His last known telephone number is 504-247-3154.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Jennifer.

EXHIBIT
tabbies
E

With best regards, I am

Very truly yours,

CANDICE C. SIRMON

CCS/jrm

cc: David Kurtz, Esq. at dkurtz@bakerdonelson.com
Charles Leche, Esq. at cleche@dkslaw.com
Henry Miller, Esq. at henry.miller@usdoj.gov

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX (504) 529-2931

July 8, 2011

**Via Email Only**

J. Mike DiGiglia, Esq.
mdigiglia@glllaw.com
Geiger, Laborde & Laperouse, LLC
701 Poydras Street
New Orleans, LA 70139-4800

Gerald Meunier, Esq.
gmeunier@gainben.com
Justin I. Woods, Esq.
jwoods@gainsben.com
Gainsburgh Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

Andrew D. Weinstock, Esq.
andreww@duplass.com
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
Three Lakeway Center, Suite2900
3838 N. Causeway Blvd.
Metairie, LA 70002




RE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL NO. 07-1873
Your file: 1376-42075
Our Client: Sabrina Dillon

---

Dear Mike:

We are in receipt of your letter dated June 29, 2011, regarding Plaintiff, Sabrina Dillon's Plaintiff Fact Sheet (PFS) deficiencies.

We have attempted to contact Ms. Dillon on numerous occasions. However, we have been unsuccessful in communicating with Ms. Dillon. Therefore, we have notified Ms. Dillon, at her last known address, of our intent to disengage from representation of her in this matter. We are also in the process of filing a Motion to Withdraw as Counsel of Record.

Ms. Dillon's last known address is 1345 31st Street, Kenner, LA 70056. Her last known telephone number is 504-346-0906.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Jennifer.

With best regards, I am

Very truly yours,

CANDICE C. SIRMON

CCS/jrm

cc: David Kurtz, Esq. at dkurtz@bakerdonelson.com
Charles Leche, Esq. at cleche@dkslaw.com
Henry Miller, Esq. at henry.miller@usdoj.gov

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

July 8, 2011

**Via Email Only**
J. Mike DiGiglia, Esq.
mdigiglia@glllaw.com
Geiger, Laborde & Laperouse, LLC
701 Poydras Street
New Orleans, LA 70139-4800

Gerald Meunier, Esq.
gmeunier@gainben.com
Justin I. Woods, Esq.
jwoods@gainsben.com
Gainsburgh Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

Andrew D. Weinstock, Esq.
andreww@duplass.com
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center, Suite2900
3838 N. Causeway Blvd.
Metairie, LA 70002




RE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL NO. 07-1873
Your file: 1376-42075
Our Client: Greggionte Jones

---

Dear Mike:

We are in receipt of your letter dated June 29, 2011, regarding Plaintiff, Greggionte Dillon's Plaintiff Fact Sheet (PFS) deficiencies.

We have attempted to contact Ms. Jones on numerous occasions. However, we have been unsuccessful in communicating with Ms. Jones. Therefore, we have notified Ms. Jones, at her last known address, of our intent to disengage from representation of her in this matter. We are also in the process of filing a Motion to Withdraw as Counsel of Record.

Ms. Jones-Dillon's last known address is 5813 Rue Voltaire Dr., Marrero, LA 70072. Her last known telephone number is 504-247-3154.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Jennifer.

With best regards, I am

Very truly yours,

CANDICE C. SIRMON

CCS/jrm

cc: David Kurtz, Esq. at dkurtz@bakerdonelson.com
Charles Leche, Esq. at cleche@dkslaw.com
Henry Miller, Esq. at henry.miller@usdoj.gov

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

July 8, 2011

**Via Email Only**

J. Mike DiGiglia, Esq.
mdigiglia@glllaw.com
Geiger, Laborde & Laperouse, LLC
701 Poydras Street
New Orleans, LA 70139-4800

Gerald Meunier, Esq.
gmeunier@gainben.com
Justin I. Woods, Esq.
jwoods@gainsben.com
Gainsburgh Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163

Andrew D. Weinstock, Esq.
andreww@duplass.com
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center, Suite2900
3838 N. Causeway Blvd.
Metairie, LA 70002




RE: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL NO. 07-1873
Your file: 1376-42075
Our Client: Latasha Jones-Dillon, individually and on behalf of her minor children Miljanee Cowley and Edward Smith

---

Dear Mike:

We are in receipt of your letter dated June 29, 2011, regarding Plaintiffs, Latasha Jones-Dillon, Miljanee Cowley, and Edward Smith's Plaintiff Fact Sheet (PFS) deficiencies.

Miljanee Cowley and Edward Smith are minors represented by their mother, Latasha Jones-Dillon. We have attempted to contact Ms. Jones-Dillon on numerous occasions. However, we have been unsuccessful in communicating with Ms. Jones-Dillon. Therefore, we have notified Ms. Jones-Dillon, at her last known address, of our intent to disengage from representation of her and her minor children, Miljanee Cowley and Edward Smith, in this matter. We are also in the process of filing a Motion to Withdraw as Counsel of Record.

Ms. Jones-Dillon's last known address is 5813 Rue Voltaire Dr., Marrero, LA 70072. Her last known telephone number is 504-247-3154.

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Jennifer.

With best regards, I am

Very truly yours,

CANDICE C. SIRMON

CCS/jrm

cc: David Kurtz, Esq. at dkurtz@bakerdonelson.com
Charles Leche, Esq. at cleche@dkslaw.com
Henry Miller, Esq. at henry.miller@usdoj.gov