UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| THIS DOCUMENT RELATES TO: | * | SECTION "N" (5) |
| *Damien Dillon, et al. v. Forest River, Inc., et al.,* Civil Action No. 09-3557; | * * | JUDGE ENGELHARDT |
| *Latasha Jones-Dillon on behalf of Miljanee Cowley, et al. v. Forest River, Inc., et al.,* Civil Action No. 09-5494; and | * * * | MAGISTRATE CHASEZ |
| *Brion Scieneaux, et al. v. Frontier RV, Inc., et al.,* Civil Action No. 09-4462 | * * | |

*************************************************************

## PLAINTIFFS' COUNSELS' MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN PLAINTIFFS

NOW INTO COURT come the law firms of Lambert & Nelson, PLC, Becnel Law Firm, LLC, Law Offices of Ronnie G. Penton, Law Offices of Robert Becnel/Diane Zink, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, Parker Waichman Alonso, LLP, and Sweet & Associates (hereinafter, collectively known as "Plaintiffs' Counsel"), who request that this Honorable Court allow them to withdraw as counsel for certain plaintiffs listed below and, in support thereof, would show the following:

1.

### DILLON, ET AL. V. FOREST RIVER, INC., ET AL.
(Civil Action No. 09-3557)

On May 15, 2009, Plaintiffs' Counsel filed *Damien Dillon, et al. v. Forest River, Inc. et al.,* (Civil Action No. 09-3557) on behalf of Plaintiffs, Damien Dillon, Sabrina Dillon, Greggionte Jones and Latasha Jones-Dillon, for claims related to the provision of emergency housing units after hurricanes Katrina and Rita. On August 26, 2009, this complaint was

Page 1 of 11


EXHIBIT G

amended to add claims by Latasha Jones-Dillon, individually and on behalf of her minor children, Miljanee Cowley and Edward Smith (Rec. Doc. No. 2849).

Further, on August 11, 2009, Plaintiffs' Counsel filed a separate complaint titled *Latasha Jones-Dillon on behalf of Miljanee Cowley, et al. v. Forest River, Inc., et al.,* (Civil Action No. 09-5494) for Plaintiff Latasha Jones-Dillon on behalf of her minor children, Miljanee Cowley and Edward Smith, for claims related to the provision of emergency housing units following hurricanes Katrina and Rita.

2.

### SCIENEAUX, ET AL. V. FRONTIER RV, INC., ET AL.
(Civil Action No. 09-4462)

On June 10, 2009, Plaintiffs' Counsel filed *Brion Scieneaux, et al. v. Frontier RV, Inc., et al.,* (Civil Action No. 09-4462) on behalf of Plaintiff, Brion Scieneaux, for claims related to the provision of an emergency housing unit following hurricanes Katrina and Rita.

3.

### PLAINTIFFS' CONTACT INFORMATION AND CURRENT COUNSEL

Listed below are the plaintiffs which Plaintiffs' Counsel requests they be permitted to withdraw from representing in this MDL, along with their last known address, telephone number and current counsel.

A.  Plaintiffs:

   1.  Damien Dillon
       P.O. Box 2321
       Marrero, LA 70073
       (504) 247-3154

2. Sabrina Dillon
1345 31st Street
Kenner, LA 70065
(504) 247-3154

3. Greggionte Jones
P.O. Box 2321
Marrero, LA 70073
(504) 247-3154

4. Latasha Jones-Dillon
P.O. Box 2321
Marrero, LA 70073
(504) 247-3154

5. Latasha Jones-Dillon on behalf of Miljanee Cowley
P.O. Box 2321
Marrero, LA 70073
(504) 247-3154

6. Latasha Jones-Dillon on behalf of Edward Smith
P.O. Box 2321
Marrero, LA 70073
(504) 247-3154

7. Brion Scieneaux
4801 Knight Drive
New Orleans, LA 70127
(504) 258-0721

B. Currently Represented by:

1. Becnel Law Firm, LLC
P. O. Drawer H
106 W. 7th Street
Reserve, LA 70084
(985) 536-1186

2. Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427-3827
(985) 732-5681

3. Law Offices of Robert Becnel/Diane Zink
425 W. Airline Hwy, Suite B
Laplace, LA 70068
(985) 651-6101

4. Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130
(504) 581-1750

5. Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 522-2304

6. Parker Waichman Alonso, LLP
111 Great Neck Road
Great Neck, New York 11021-5402
(516) 466-6500

7. Sweet & Associates
158 East Pascagoula Street
Jackson, MS 39201
(601) 965-8700

4.

PLAINTIFF DAMIEN DILLON

Plaintiffs' Counsel have made numerous attempts by telephone, U.S. Mail and Certified Mail, to contact Plaintiff, Damien Dillon, in an effort to obtain information to complete his Plaintiff Fact Sheet and to obtain authorizations. Plaintiffs' Counsel attempted to contact Mr. Dillon by telephone on October 16, 2008, March 4, 2009, March 6, 2009, March 9, 2009, December 17, 2009, January 27, 2010, March 11, 2010 and June 1, 2011. Plaintiffs' Counsel also attempted to contact Mr. Dillon via U.S. Mail on April 17, 2009, July 17, 2009, November 9, 2009, December 17, 2009, January 25, 2010, February 2, 2010,

February 10, 2010, and February 17, 2010, informing him that a complaint was filed on his behalf, that it was urgent that he provide information required for the Plaintiff Fact Sheet, and that his claim was in danger of dismissal if he did not provide this information. Plaintiffs' Counsel made a final attempt to contact Damien Dillon via Certified Mail on June 2, 2011, prior to sending him a letter via Certified Mail on July 22, 2011, notifying him of Plaintiffs' Counsels' intent to withdraw from representing him in this matter. Mr. Dillon has not communicated with Plaintiffs' Counsel since March 5, 2008, despite Counsels' numerous attempts to contact him.

In addition to attempts to contact Mr. Dillon, Plaintiffs' Counsel submitted two matching requests to FEMA with information for Mr. Dillon's EHU Head of Household, Greggionte Jones (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).

5.

PLAINTIFF SABRINA DILLON

Plaintiffs' Counsel have made numerous attempts by telephone, U.S. Mail and Certified Mail, to contact Plaintiff, Sabrina Dillon, in an effort to obtain information to complete her Plaintiff Fact Sheet and obtain authorizations. Plaintiffs' Counsel attempted to contact Ms. Dillon via telephone on March 4, 2009, March 6, 2009, March 9, 2009, October 9, 2009, December 15, 2009, January 27, 2010, March 11, 2010, and June 2, 2011 and via U.S. mail on April 23, 2009, July 17, 2009, November 9, 2009, December 15, 2009, February 10, 2010, and February 17, 2010, and via electronic mail on March 6, 2009 and December 15, 2009, informing her that a complaint was filed on her behalf, that it was urgent that she provide information required for the Plaintiff Fact Sheet, and that her claim

was in danger of dismissal if she did not provide this information. Plaintiffs' Counsel made a final attempt to contact Ms. Dillon via Certified Mail on June 2, 2011, prior to sending her a letter on July 22, 2011, notifying her of Plaintiffs' Counsels' intent to withdraw from representing her in this matter. Ms. Dillon did not communicate with Plaintiffs' Counsel from March 5, 2008 to June 28, 2011, despite Counsels' numerous attempts to contact her. On June 28, 2011, Ms. Dillon contacted Lambert and Nelson, PLC upon receipt of the disengagement letter sent to her on June 2, 2011. However, subsequent attempts to contact Ms. Dillon via the telephone number she provided have been unsuccessful.

In addition to attempts to contact Ms. Dillon, Plaintiffs' Counsel submitted two matching requests to FEMA with information for Ms. Dillon's EHU Head of Household, Greggionte Jones (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).

6.

## PLAINTIFF GREGGIONTE JONES

Plaintiffs' Counsel have made numerous attempts by telephone, U.S. Mail and Certified Mail, to contact Plaintiff, Greggionte Jones, in an effort to obtain information to complete her Plaintiff Fact Sheet and obtain authorizations. Plaintiffs' Counsel attempted to contact Ms. Jones via telephone on March 5, 2009, December 15, 2009, January 27, 2010, January 28, 2010, January 29, 2010, and March 16, 2010 and via U.S. mail on April 17, 2009, July 17, 2009, November 9, 2009, December 15, 2009, January 26, 2010, and via electronic mail on January 26, 2010, informing her that a complaint was filed on her behalf, that it was urgent that she provide information required for the Plaintiff Fact Sheet, and that her claim was in danger of dismissal if she did not provide this information. Plaintiffs' Counsel made

a final attempt to contact Ms. Jones via U.S. Mail on February 10, 2010, prior to sending her a letter via Certified Mail on March 5, 2010 and July 22, 2011, notifying her of Plaintiffs' Counsels' intent to withdraw from representing her in this matter. Ms. Jones has not communicated with Plaintiffs' Counsel since March 5, 2008, despite Counsels' numerous attempts to contact her.

In addition to attempts to contact Ms. Jones, Plaintiffs' Counsel submitted two matching requests to FEMA with Greggionte Jones' EHU Information (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).

7.

### PLAINTIFF LATASHA JONES-DILLON INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, MILJANEE COWLEY AND EDWARD SMITH

Plaintiffs' Counsel have made numerous attempts by telephone, U.S. Mail and Certified Mail, to contact Plaintiff, Latasha Jones-Dillon, in an effort to obtain information to complete her and her children's Plaintiff Fact Sheets and obtain authorizations. Plaintiffs' Counsel attempted to contact Ms. Jones-Dillon via telephone on March 5, 2009, June 3, 2009, June 6, 2009, June 30, 2009, July 1, 2009, July 6, 2009, July 10, 2009, July 17, 2009, October 9, 2009, October 20, 2009, November 9, 2009, December 15, 2009, January 22, 2010, January 27, 2010, January 28, 2010, January 29, 2010 and June 2, 2011 and via U.S. mail on April 17, 2009, June 1, 2009, July 17, 2009, November 9, 2009, December 15, 2009, January 14, 2010, January 26, 2010, February 10, 2010 and March 5, 2010 and via electronic mail on December 15, 2009 and January 26, 2010, informing her that a complaint was filed on behalf of her individually and on behalf of her minor children, that it was urgent that she provide information required for their Plaintiff Fact Sheets, and that

their claims were in danger of dismissal if she did not provide this information. Plaintiffs' Counsel attempted to contact Latasha Jones-Dillon via U.S. Mail on February 10, 2010, prior to sending her a letter via Certified Mail on March 5, 2010 and July 22, 2011, notifying her of Plaintiffs' Counsels' intent to withdraw from representing her and her minor child, Edward Smith in this matter. Plaintiffs' Counsels' final attempt to contact Ms. Jones-Dillon was via Certified Mail on June 2, 2011, prior to sending her a letter on July 22, 2011, notifying her again of Plaintiffs' Counsels' intent to withdraw from representing her minor child, Miljanee Cowley. Ms. Jones-Dillon has not communicated with Plaintiffs' Counsel since March 5, 2008, despite Counsels' numerous attempts to contact her.

In addition to attempts to contact Ms. Jones-Dillon, Plaintiffs' Counsel submitted two matching requests to FEMA with Head of Household named as Latasha Jones-Dillon (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).

8.

PLAINTIFF BRION SCIENEAUX

Plaintiffs' Counsel have made numerous attempts by telephone, U.S. Mail and Certified Mail, to contact Plaintiff, Brion Scieneaux, in an effort to obtain information to complete his Plaintiff Fact Sheet and obtain authorizations. Plaintiffs' Counsel attempted to contact Mr. Scieneaux by telephone on March 6, 2009, May 12, 2009, July 17, 2009, December 21, 2009, January 28, 2010, January 29, 2010 and June 2, 2011. Plaintiffs' Counsel also attempted to contact Brion Scieneaux by mail on April 17, 2009, July 17, 2009, August 6, 2009, August 11, 2009, September 23, 2009, December 21, 2009, January 15, 2010, and February 10, 2010, via Certified Mail on June 2, 2011 and by electronic mail on

December 21, 2009, informing him that a complaint was filed on his behalf, that it was urgent that he provide information required for the Plaintiff Fact Sheet, and that his claim was in danger of dismissal if he did not provide this information. Plaintiffs' Counsel made a final attempt to contact Brion Scieneaux via Certified Mail on June 21, 2011, prior to sending him a letter on July 22, 2011, notifying him of Plaintiffs' Counsels' intent to withdraw from representing him in this matter. Mr. Scieneaux has not communicated with Plaintiffs' Counsel since August 18, 2009, despite Counsels' numerous attempts to contact him.

In addition to attempts to contact Mr. Scieneaux, Plaintiffs' Counsel submitted two matching requests to FEMA with his EHU information (Exhibit K on February 27, 2009, and Exhibit P on March 16, 2009).

9.

On July 21, 2011, Counsel electronically mailed all known counsel representing plaintiffs in the MDL, to inquire if they represented any of the above mentioned plaintiffs and, if so, to advise if they objected to Plaintiffs' Counsels' withdrawal or wish for Plaintiffs' Counsel to take other action.

10.

To date, none of the Counsel for Plaintiffs in this MDL have expressed an objection to Plaintiffs' Counsel withdrawing from representing the Plaintiffs discussed herein in these actions.

11.

Permitting Counsels' withdrawal from representation of these seven (7) plaintiffs in

this case will not delay these proceedings as there are currently no trial dates for these Plaintiffs.

WHEREFORE, Plaintiffs' Counsel listed in paragraph three (3) respectfully request that they be permitted to withdraw from representing Damien Dillon, Sabrina Dillon, Greggionte Jones, Latasha Jones-Dillon, individually and on behalf of her minor children, Miljanee Cowley and Edward Smith, and Brion Scieneaux in this MDL and for such relief to which they are entitled.

                                        Respectfully submitted,

                                        */s/ Hugh P. Lambert*
                                        HUGH P. LAMBERT, ESQ. ( #7933)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, LA 70130
                                        Telephone: (504)581-1750
                                        Facsimile: (504)529-2931
                                        hlambert@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above mentioned clients have been notified by certified mail of all pending deadlines and court appearances and have been provided with copies of their complaints, this motion to withdraw as counsel, and this Honorable Court's Amended Pretrial Order Nos. 2, 32 and 88 this 27th day of July 2011.

I FURTHER CERTIFY that the above and foregoing pleadings were served on all liaison counsel of record and counsel for Forest River, Inc., Frontier RV, Inc., Fluor Enterprises, Inc., CH2M HILL Constructors, Inc., TKTMJ, Inc. and The United States Government via electronic mail and through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of July, 2011.

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (#7933)