## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" MAG. 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| Damien Dillon, et al. v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-3557; and | * | MAG. JUDGE CHASEZ |
| Latasha Jones-Dillon on behalf of Miljeanee | * | |
| Crowley, et al., v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-5494 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on or about August 10, 2011, I corresponded with counsel for the plaintiffs who advised that there is opposition to Forest River, Inc.'s Motion to Dismiss.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
egieger@glllaw.com
JOHN E.W. BAAY II (22928)
jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**