# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N" MAG. 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| Damien Dillon, et al. v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-3557; and | * | MAG. JUDGE CHASEZ |
| Latasha Jones-Dillon on behalf of Miljeanee | * | |
| Crowley, et al., v. Forest River, Inc., et al., | * | |
| Civil Action No. 09-5494 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Forest River, Inc.'s *Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets* will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana, on **September 7, 2011** at **9:30 a.m.**, or as soon thereafter as may be submitted.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY:/s/ Ernest P. Gieger, Jr.
 ERNEST P. GIEGER, JR. (6154)
egieger@glllaw.com
JOHN E.W. BAAY II (22928)
jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 12, 2011 via electronic filing.

                                                /s/ Ernest P. Gieger, Jr.