# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N-4"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Raymond Christopher Armstrong v.* | * | |
| *Starcraft RV, Inc.* | * | **MAG. JUDGE CHASEZ** |
| Docket No. 10-0766 | * | |
| Plaintiffs:  Raymond Christopher Armstrong | * | |
| Michele Bacques | * | |
| Valerie N. Caruso | * | |
| Benny Stevens | * | |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Raymond Christopher Armstrong, Michele Bacques, Valerie N. Caruso and Benny Stevens, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____12th_____ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE