**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                                             JUDGE ENGELHARDT
                                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Roman v. Crum & Forster Specialty Ins. Co., et al., EDLA 10-2383*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Rodney Roman,

herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, hereby gives notice of his voluntary dismissal without prejudice of claims asserted

herein against Crum & Forster Specialty Insurance Company, Sentry Insurance A Mutual

Company, and Shaw Environmental, Inc., as this instant claims are duplicative of those advanced

in *Roman v. Crum & Forster Specialty Ins. Co., et al*, E.D. La. 09-7773. Both cases involve claims of

Mr. Roman with the same substantive allegations.

Accordingly, Rodney Roman seeks to voluntary dismiss these claims in the above-captioned

matter, while reserving all rights and allegations asserted in *Roman v. Crum & Forster Specialty Ins.*

*Co., et al*, E.D. La. 09-7773. This dismissal in no way affects the claims of the plaintiff against the

United States of America.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**


BY:     s/Justin I. Woods
          GERALD E. MEUNIER, #9471

JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods_____
JUSTIN I. WOODS, #24713