UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Manny Ernest Gallardo v. Jayco, Inc.* | * | |
| Docket No. 10-3491 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Manny Ernest Gallardo | * | |
| Antoinette Lodriguss | * | |
| Patrick J. Lodriguss | * | |
| Paula Dalton Nonenmacher | * | |
| Elmenia Stera | * | |
| Louis Stera | * | |

*****************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Manny Ernest Gallardo, Antoinette Lodriguss, Patrick J. Lodriguss, Paula Dalton Nonemacher, Elmenia Stera and Louis Stera, are hereby dismissed with prejudice.

1

2

New Orleans, Louisiana, this ___12th___ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE