UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | 5 |
| LIABILITY LITIGATION | * | SECTION "N-~~4~~" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Melissa Campo Arbour v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3557 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Doreen Elizabeth Armstrong | * | |
| (individually and obo C.M.) | * | |
| Jessica Lauren Armstrong | * | |
| Stephanie Lynn Moore | * | |

*****************************************************************************

## ~~PROPOSED~~ ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Doreen Elizabeth Armstrong, Doreen Armstrong (obo C.M.), Jessica Lauren Armstrong and Stephanie Lynn Moore, are hereby dismissed with prejudice.

New Orleans, Louisiana, this  12th  day of  August , 2011.

_____
UNITED STATES DISTRICT JUDGE