IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. No. 1873 |
| | * | Section: N (5) |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| | * | Magistrate: Chasez |

*Arlene Anna Maria Blanchard, et al v. Crum & Forster Specialty Insurance, et al, 10-3944*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u>:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u> is **GRANTED,** and the claims of Plaintiffs **Arlene Blanchard, Adam Cabrera, Darlene Thedy on behalf of R.T, Darlene Thedy on behalf of E.T., and Diane Lynn Thedy,** in the above-captioned matter are dismissed with prejudice

This __12th__ day of ____August____, 2011,

_____
UNITED STATES DISTRICT JUDGE