UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leshirl Alexander-Cornett v. Jayco, Inc.* | * | |
| Docket No. 10-3567 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Leshirl Alexander-Cornett | * | |
| Bradley Barrosse | * | |
| Christina Seeger Bergeron | * | |
| Steven Bergeron | * | |
| Sammi D. Darby | * | |
| Sammi Darby o/b/o B.D. | * | |
| Sammi Darby o/b/o B.F. | * | |
| Sammi Darby o/b/o K.F. | * | |
| Peggy Magnano | * | |
| Gary R. Migliore | * | |
| Stacey Migliore | * | |
| Stacey & Gary Migiliore o/b/o A.M. | * | |
| Stacey & Gary Migiliore o/b/o G.M. | * | |
| Earl George Miller | * | |
| Kathleen Sarah Miller | * | |
| Timothy Joseph Moody | * | |
| Randall David Ostarly | * | |
| Jacquelyn Vitale | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco

1

Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Leshirl Alexander-Cornett, Bradley Barrosse, Christina Seeger Bergeron, Steven Bergeron, Sammi D. Darby, Sammi Darby o/b/o B.D., Sammi Darby o/b/o B.F., Sammi Darby o/b/o K.F., Peggy Magnano, Gary R. Migliore, Stacey Migliore, Stacey & Gary Migiliore o/b/o A.M., Stacey & Gary Migiliore o/b/o G.M., Earl George Miller, Kathleen Sarah Miller, Timothy Joseph Moody, Randall David Ostarly and Jacquelyn Vitale, are hereby dismissed with prejudice.

New Orleans, Louisiana, this \_\_\_12th\_\_\_ day of \_\_\_August\_\_\_, 2011.

_____
UNITED STATES DISTRICT JUDGE