UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Steven Weyland Fincher v. Jayco, Inc.* | * | |
| Docket No. 10-3568 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Steven Weyland Fincher | * | |
| Dominick Imbornone | * | |
| John V. Meyers | * | |
| Donita Pomes | * | |
| Evelyn Roussell | * | |
| Diana E. Shanley | * | |
| Elmenia C. Spera | * | |
| Louis W. Spera | * | |

******************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Steven Weyland Fincher, Dominick Imbornone, John V. Meyers, Donita Pomes, Evelyn Roussell, Diana E. Shanley, Elmenia C. Spera and Louis W. Spera, are hereby dismissed with prejudice.

1

New Orleans, Louisiana, this  12th   day of    August   , 2011.

_____
UNITED STATES DISTRICT JUDGE