UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sheila Wolfe Baker v. Jayco, Inc.* | * | |
| Docket No. 10-3571 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Helen S. James | * | |
| Huey Paul James | * | |
| Jennie Lopez | * | |
| Ann Marie Miller | * | |
| John Miller | * | |
| Rusty Ann Miller | * | |

*******************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants") and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Helen S. James, Huey Paul James, Jennie Lopez, Ann Marie Miller, John Miller and Rusty Ann Miller, are hereby dismissed with prejudice.

New Orleans, Louisiana, this \_\_\_12th\_\_\_ day of \_\_\_\_August\_\_\_\_, 2011.

_____
UNITED STATES DISTRICT JUDGE