UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | 5 |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tiffany Leigh Brodmyer v Starcraft RV, Inc.* | * | |
| Docket No. 10-3670 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Nicolle Y. Perniciaro | * | |
| (individually and obo N.P.) | * | |
| Charles Vincent Perniciaro | * | |

*************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc. and Bechtel National, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Nicolle Y. Perniciaro, Nicolle Perniciaro (obo N.P.) and Charles Vincent Perniciaro, are hereby dismissed with prejudice.

New Orleans, Louisiana, this  12th  day of  August , 2011.

_____
UNITED STATES DISTRICT JUDGE