IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873<br><br>Section:  N (5)<br><br>Judge: Engelhardt |
| This Document Relates To: | * * | Magistrate: Chasez |

*Dwayne C. Daggs, et al., v. Crum & Forster Specialty Insurance, et al,* No ~~10-3638~~
          10-3698
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u>:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u> is **GRANTED,** the above-captioned matter, *Dwayne C. Daggs, et al., v. Crum & Forster Specialty Insurance, Sentry Insurance, et al,* No. 10-3698 ~~3638~~, is dismissed with prejudice.

This   12th   day of   August  , 2011,

_____
UNITED STATES DISTRICT JUDGE