UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Dora Ann Greco v. Jayco, Inc.* | * | |
| Docket No. 10-3855 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Dora Ann Greco | * | |
| Giuseppe Greco | * | |
| James Shannon Varnado | * | |

*************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Dora Ann Greco, Giuseppe (Joseph) Greco and James Shannon Varnado, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____12th____ day of ____August____, 2011.

_____
UNITED STATES DISTRICT JUDGE