**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N-4"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Jacqueline R. Anderson v. Jayco, Inc.* | * | |
| Docket No. 09-8160 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Leslie Moody | * | |
| Cicely M. Tatum | * | |
| Johnnie M. Tatum | * | |
| Robert Tatum | * | |
| Robert Tatum, Jr. | * | |
| Chevon Thompson | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendant, Jayco, Inc., Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, Leslie Moody, Cicely M. Tatum, Johnnie M. Tatum, Robert Tatum, Robert Tatum, Jr., and Chevon Thompson, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE