**Roslyn West**

---

**Subject:** John Arthur Eaves Jayco & Starcraft clients

**From:** April Conger [mailto:april@eaveslaw.com]
**Sent:** Friday, April 15, 2011 10:27 AM
**To:** Tom Cougill
**Subject:** John Arthur Eaves Jayco & Starcraft clients

Hi Mr. Cougill,

We have previously submitted our PFSs on some of the clients on the list that you sent dated April 13, 2011. I can send you a CD of the PFSs that we have or I can email them. Whichever you prefer. Let me know.

Thank you,
April Conger
Eaves Law Firm
101 N. State Street
Jackson, MS  39201
Phone (601) 355-7961
Fax (601) 355-0530
april@eaveslaw.com

1

