UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *James Cuevas v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8047 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: James Cuevas | * | |
| Melanie Dame | * | |
| Kevin Dame | * | |
| Irene Stapleton | * | |

**************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, James Cuevas, Melanie Dame, Kevin Dame and Irene Stapleton, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE