UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER             *       MDL NO. 1873
        FORMALDEHYDE PRODUCTS    *
        LIABILITY LITIGATION     *       SECTION "N-4"
                                 *
THIS DOCUMENT RELATES TO:        *       JUDGE ENGELHARDT
*Melanie Dame v. Starcraft, RV, Inc.*    *
Docket No. 10-2157               *       MAG. JUDGE CHASEZ
Plaintiff: Melanie Dame          *
*************************************************************************

### PROPOSED ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendant, Starcraft, RV, Inc. ("Starcraft");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, Melanie Dame, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1