# JOHN ARTHUR EAVES
Law Offices

101 NORTH STATE STREET
JACKSON, MISSISSIPPI 39201
Telephone: (601) 355-7961
Fax: (601) 355-0530
Toll Free: (US) (877) 328-3752
E-mail: attorney@eaveslaw.com
http://www.eaveslaw.com



April 18, 2011

Tom L. Cougill                                   **_VIA OVERNIGHT DELIVERY_**
Attorney at Law
Willingham, Fultz & Cougill, LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002

        RE:    Jayco and Starcraft FEMA cases

Dear Mr. Cougill:

      Enclosed please find the cd of the Jayco and Starcraft PDF files for the Plaintiff's Fact Sheets for our clients.

      Please do not hesitate to contact me at (601) 355-7961 if you need any further information.

Sincerely,

April Conger
Paralegal to Shana D. Fondren


