**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | **SECTION "N-4"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Leo P. Garrett, Jr. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Schuntel S. Bowden | * | |
|         Leo P. Garrett, Jr. | * | |
|         Ronnie W. George | * | |

*****************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Schuntel S. Bowden (Plaintiff in *Garrett*, C.A. 10-2174)

- Leo P. Garrett, Jr.  (Plaintiff in *Garrett*, C.A. 10-2174)

- Ronnie W. George (Plaintiff in *Garrett*, C.A. 10-2174)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   _s/Thomas L. Cougill_
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 15th day of August, 2011.

      _s/Thomas L. Cougill_
      THOMAS L. COUGILL

## <u>CERTIFICATE OF CONFERENCE</u>

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

_s/*Thomas L. Cougill*_____

THOMAS L. COUGILL