UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *David Lee Haygood v. Jayco, Inc.* | * | |
| Docket No. 09-8253 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Thomas Ferguson, III | * | |
| (individually and obo T.F.) | * | |
| Thomas Dixon Ferguson, Jr. | * | |
| David Lee Haygood | * | |
| Fikes Henry | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, Thomas Ferguson, III, Thomas Ferguson, III obo T.F., Thomas Dixon Ferguson, Jr., David Lee Haygood and Fikes Henry, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE