UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Rokoyia Roper v. Jayco, Inc.* | * | |
| Docket No. 09-8280 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Marcos Searight | * | |
|                  Carlos Tate | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc., who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Marcos Searight (Plaintiff in *Roper*, C.A. 09-8280)

- Carlos Tate (Plaintiff in *Roper*, C.A. 09-8280)

1

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.  The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

>Respectfully submitted,
>**WILLINGHAM, FULTZ & COUGILL LLP**
>
>By:   s/*Thomas L. Cougill*
>         THOMAS L. COUGILL
>         Texas State Bar No. 04877300
>         Louisiana State Bar No. 31112
>         R. MARK WILLINGHAM
>         Texas State Bar No. 21641500
>         JEFFREY P. FULTZ
>         Texas State Bar No. 00790728
>         Mississippi Bar No. 101058
>         Niels Esperson Building
>         808 Travis Street, Suite 1608
>         Houston, Texas  77002
>         (713) 333-7600 – Telephone
>         (713) 333-7601 – Facsimile
>
>         **Attorneys for Jayco, Inc.**
>
>**FRILOT L.L.C.**
>
>By:   s/*John J. Hainkel*___
>         JOHN J. HAINKEL, III – La. Bar No. 18246
>         A.J. KROUSE – La. Bar No. 14426
>         PETER R. TAFARO – La. Bar No. 28776
>         3600 Energy Centre, 1100 Poydras Street
>         New Orleans, Louisiana 70163
>         Telephone : (504) 599-8000
>         Facsimile: (504) 599-8100
>
>         **Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*
     ROY C. CHEATWOOD (La. Bar No. 4010)
     GERARDO R. BARRIOS (La. Bar No. 21223)
     M. DAVID KURTZ (La. Bar No. 23821)
     KAREN KALER WHITFIELD (La. Bar No. 19350)
     WADE M. BASS (La. Bar No. 29081)
     No. 3 Sanctuary Boulevard, Suite 201
     Mandeville, La 70471
     (985) 819-8400 – Telephone
     (985) 819-8484 – Facsimile
     rcheatwood@bakerdonelson.com
     gbarrios@bakerdonelson.com
     dkurtz@bakerdonelson.com
     kwhitfield@bakerdonelson.com
     wbass@bakerdonelson.com

     **Attorneys for CH2M Hill Constructors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 15th day of August, 2011.

                                                                     s/*Thomas L. Cougill*
                                                                     THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

                                                                     s/*Thomas L. Cougill*
                                                                     THOMAS L. COUGILL