UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|             FORMALDEHYDE PRODUCTS | * | |
|             LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Aaron A. Fagan v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8108 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Aaron A. Fagan | * | |
|                  Charlene Fagan | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Aaron A. Fagan and Charlene Fagan, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1