**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

**************************************************************************

**MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE OF COURT TO FILE
SUPPLEMENTAL AND SUPERSEDING MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Supplemental and Superseding Memorandum.

Mover filed a Motion to Dismiss relating to uncured discovery deficiencies on July 27, 2011, at Record Document Number 22243. On July 28, 2011, Plaintiffs sent to Movers errata sheets attempting to cure the Plaintiff Fact Sheet Deficiencies as to several of the seven plaintiffs to whom Movers' Motion to Dismiss was directed. Mover therefore seeks leave of court to respond to the supplementary information of July 28,

2011 and provide the status of this motion as to each plaintiff with a Superseding memorandum in support of the original motion in light of the attempts to cure the deficiencies. Mover has consulted with counsel for Plaintiffs and Leave to file the Supplemental and Superseding Memorandum is not opposed. The hearing in this matter is set for August 24, 2011.

    WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion for Leave be granted and the Supplemental and Superseding Memorandum filed in the above-captioned matter.

Respectfully submitted:

        /s Eric B. Berger\_\_
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS _15th_ DAY OF _August_, 2011..
    /s Eric B. Berger_____