EXHIBIT X

# ERRATA SHEET

# LARRY MITCHELL (BUZBEE LAW FIRM)

1. TRAILER MANUFACTURER: **PILGRIM**

2. VIN: **5L4TF332X63025675**

3. FEMA ID: **921169974**

4. BARCODE: **1343309**

_____          7-26-11
**Plaintiff or Representative**                              **Date**

EXHIBIT Y

## ERRATA SHEET

**LARRY MITCHELL O/B/O L▆▆▆ M▆▆▆▆ (BUZBEE LAW FIRM)**

1. TRAILER MANUFACTURER: **PILGRIM**

2. VIN: **5L4TF332X63025675**

3. FEMA ID: **921169974**

4. BARCODE: **1343309**

_____                    7-26-11
**Plaintiff or Representative**                    **Date**

EXHIBIT Z

## ERRATA SHEET

**LARRY MITCHELL O/B/O Q L (BUZBEE LAW FIRM)**

1. TRAILER MANUFACTURER: **PILGRIM**

2. VIN: **5L4TF332X63025675**

3. FEMA ID: **921169974**

4. BARCODE: **1343309**

_____                    7-26-11
**Plaintiff or Representative**                                                                    **Date**

EXHIBIT AA

ERRATA SHEET

**BRYAN HEBERT (BUZBEE LAW FIRM)**

1. TRAILER MANUFACTURER: **PILGRIM**

2. VIN: **5L4TP312863010687**

3. BARCODE: **1147097**

4. MOVE-IN DATE: **MAY 2005**

5. MOVE-OUT DATE: **CLIENT IS UNABLE TO RECALL DATE AT THIS TIME.**

6. SYMPTOMS/UNDERSTANDING OF ILLNESS: **BLURRED VISION, COUGHING, HEADACHES, NAUSEA, NOSEBLEEDS.**

7. SMOKING HISTORY: **CLIENT CURRENTLY SMOKES APPROXIMATELY 10 CIGARETTES PER DAY.**

8. NAME OF DOCTOR DIAGNOSING ILLNESS RESULTING FROM TRAILER: **NONE**

9. DATE OF BIRTH: ███████ **1961**

10. DOCTOR WHO PROVIDED PSYCHOLOGICAL TREATMENT/COUNSELING: **PROFESSIONAL COUNSELOR WAS NOT SEEN.**

11. SERVICE/REPAIRS PERFORMED ON TRAILER: **NONE**

12. OTHER RESIDENTS: **NO OTHER RESIDENTS.**

13. CLAIM FOR EMOTIONAL DAMAGES? **NO**

14. CLAIM FOR WAGE LOSS? **NO**

15. CLAIM FOR MEDICAL EXPENSES? **YES**

16. AMOUNT OF MEDICAL EXPENSES: **AMOUNT IS UNKNOWN AT THIS TIME.**

17. LUNG DISEASE? **NO**

18. INFECTIOUS DISEASE? **NO**

19. LONG-TERM STOMACH/BOWEL DISEASE? **NO**

## BRYAN HEBERT (BUZBEE LAW FIRM) (CONT.)

20. SKIN DISEASE: **NO**

21. PHYSICIAN/HOSPITAL/PHARMACY RECORDS: **NOT IN POSSESSION**

22. FORM 95: **NOT IN POSSESSION**

23. TESTING RESULTS: **NOT IN POSSESSION**

24. PHYSICIAN/HOSPITAL/PHARMACY BILLS: **NOT IN POSSESSION**

25. QUESTIONNAIRES: **NO**

26. DEATH CERTIFICATE: **NOT APPLICABLE**

27. REPORT OF AUTOPSY: **NOT APPLICABLE**

28. PRIMARY CARE PHYSICIAN: **NONE**

29. PHARMACIES: **WILL SUPPLEMENT.**

30. CERTIFICATION: **DOCUMENT HAS BEEN SENT TO CLIENT. WE WILL FORWARD TO YOUR OFFICE ONCE RECEIVED.**

31. AUTHORIZATIONS: **DOCUMENTS HAVE BEEN SENT TO CLIENT. WE WILL FORWARD TO YOUR OFFICE ONCE RECEIVED.**

_____      7-26-11
**Plaintiff or Representative**                **Date**