UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leo P. Garrett, Jr. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Schuntel S. Bowden | * | |
|          Leo P. Garrett, Jr. | * | |
|          Ronnie W. George | * | |

*************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendant, Jayco, Inc. ("Jayco");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Schuntel S. Bowden, Leo P. Garrett, Jr. and Ronnie W. George, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____16th____ day of ____August____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1