UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Melanie Dame, obo B.D.  v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8200 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Melanie Dame | * | |
| (obo B.D., H.D., H.D. and M.D.) | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, Melanie Dame on behalf of B.D., H.D., H.D. and M.D., are hereby dismissed with prejudice.

New Orleans, Louisiana, this 16th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

1