UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | 5 |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *David Franklin Scott v. Starcraft, RV, Inc.* | * | |
| Docket No. 10-2139 | * | MAG. JUDGE CHASEZ |
| Plaintiff: David Franklin Scott | * | |

*************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendant, Starcraft RV, Inc. ("Starcraft");

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, David Franklin Scott, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____16th____ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE