# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                         MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION          SECTION "N-5"

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
*Melissa Arnold, et al. v. Crum & Forster Specialty Insurance Co., et al.*
*Civil Action No. 09-8458*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL
## OF ROLAND ARNAUD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Roland Arnaud,

who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

hereby give notice of voluntary dismissal, without prejudice, of his claims asserted against the

Defendants, Crum & Forster Specialty Insurance Company, Sentry Insurance Agency, Inc., and

the United States of America through the Federal Emergency Management Agency in the

Complaint previously filed in these proceedings. These claims are duplicative of claims asserted

by Plaintiff in No. 09-8454. The dismissal of this Plaintiff's claims does not in any way affect

the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

_/s/Frank J. D'Amico, Jr._
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 16, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/Frank J. D'Amico, Jr.*
Frank J. D'Amico, Jr.