## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * SECTION "N" (5) <br> * |
| THIS DOCUMENT RELATES TO: | * JUDGE ENGELHARDT <br> * |
| *Damien Dillon, et al., v. Forest River, Inc., et al.,* C.A. No. 09-3557; and | * MAG. JUDGE CHASEZ <br> * <br> * |
| *Latasha Jones-Dillon on behalf of Miljanee Cowley, et al., v. Forest River, Inc., et al.,* C.A. No.09-5494 | * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FLUOR ENTERPRISES, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN PLAINTIFFS

Fluor Enterprises, Inc. ("FEI"), defendant in the two individual civil actions captioned above, files this memorandum in opposition to "Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs" (Rec. Doc. 22242). For its opposition, FEI joins in and incorporates by this reference the entirety of Forest River, Inc.'s "Memorandum in Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs" (Rec. Doc. 22393).

For the reasons stated in Forest River, Inc.'s opposition memorandum, Fluor opposes the motion to withdraw as counsel of record as to the six plaintiffs in the two individual cases captioned above who are covered by the cited motion to withdraw as counsel of record.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

-and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all court-appointed liaison counsel, who are CM/ECF participants, and that I personally served all counsel in the two cases captioned above with this pleading by email.

                                                 */s/ Charles R. Penot, Jr.*
                                            **CHARLES R. PENOT, JR.**