UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**THIS DOCUMENT RELATES TO:**
*Melissa Arnold, et al. v. Crum & Forster Specialty Insurance Co., et al.*
*Civil Action No. 09-8458*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**MEMORANDUM IN OPPOSITION OF MOTION TO DISMISS**</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Janice Cotton and John Cotton, (collectively hereinafter the "Plaintiffs"), who offer this response to the Motions to Dismiss with prejudice, for Failure to Comply with Pretrial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheet, filed by defendants Pilgrim International, Inc., and Crum & Forster Specialty Insurance Co. (collectively the "Defendants").

Defendants have brought Motions to Dismiss with Prejudice against Janice Cotton and John Cotton in this suit for failure to comply with Pretrial Order Nos. 2 and 32. Plaintiffs counsel asserts that multiple attempts have been made to contact the clients in which to gather and further supply the requested Vehicle Identification Number and trailer Barcode to defendants to no avail. In previous conversations, Plaintiffs asserted that the defendant requested information is available to the defendants and has already been provided to all counsel, although Plaintiffs' counsel is not in possession of same. Plaintiffs also state that they are not currently in possession of the information, nor are they able to get the information from FEMA. Recent

repeated attempts to contact clients and communicate with them regarding this issue has been to no avail.

Because of the undersigned's inability to discuss the claims with the herein-named Plaintiffs, despite repeated attempts to do so, it is undersigned's position that the Plaintiffs will not voluntarily dismiss their claims, and would continue to assert their right to recovery. Further, while Plaintiffs have been unresponsive to this point regarding attempts at responding to counsel and collecting the requested data, Plaintiffs pray that they be given additional time to produce any additional documentation regarding the trailer in which they resided in.

As such, Plaintiffs pray that this Court denies the Defendants' Motions to Dismiss, and allow Plaintiffs additional time to produce the requested Plaintiff Fact Sheets and additional identifying trailer information.

Respectfully submitted,

 /s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

 /s/Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.

2