UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerard Hobden et al vs. Sunnybrook R.V.,* | | * | |
| *Inc., et. al.,* No. 09-7113 and | | * | |
| *Joseph Carrier, et al. vs. SunnyBrook, R.V.,* | | * | |
| *Inc. et al.*, No. 10-1305 | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply[1].

This _____ day of _____, 2011

_____
United States District Judge

---

[1] The full title of Defendant's Reply for which the Court is granting leave to file a Sur Response to is "Reply to to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trail Orders #2 and #32 Relating to Plaintiffs' Fact Sheets" [Rec. Doc. 22352].