**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| LARRY MITCHELL, individually and as next | * | |
| friend of minors L.M. and Q.L., BRYANT | * | |
| HEBERT | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTAIN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT CRUM
& FOSTER SPECIALITY INSURANCE COMPANY'S MOTION TO DISMISS WITH
PREJUDICE FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDER NO. 32**

Plaintiffs Larry Mitchell, individually and as next friend of minors L.M. and Q.L., and

Bryan Hebert respond to Defendant Crum & Foster Specialty Insurance Company's

("Defendant") Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No.

32 (Doc. 22243)[1], and in support would respectfully show the following:

First, as indicated in Defendant's motion and exhibits, Plaintiff Mitchell has submitted

fact sheets, for himself and the two minors, which addresses the 23 key fields set out in Pretrial

Order No. 88. (Doc. 22153).  Also, as set out in Defendant's motion and exhibits, Plaintiff

Hebert has submitted a sheet that addressees the 23 key fields set out in Pretrial Order 88.

Pursuant to Pretrial Order No. 88, Defendant's motion is premature and should be denied.

Second, Defendant has suffered no prejudice for the alleged deficiencies and cannot show

any prejudice.  The claims of the subject Plaintiffs are not set for trial and there is no scheduling

---

[1] Defendant's initial motion sought dismissal of the claims of other plaintiffs Keldrin James, Charlie Givens, and
Melissa James, on behalf of K.S., but Defendant has subsequently filed a superseding memorandum withdrawing its
motion as to these plaintiffs. (Doc. 22424).

order covering their claims.

Third, as Defendant has noted in its briefing and in other motions to dismiss for failure to fully fill out fact sheets in other cases, imposition of death penalty sanctions for failure to comply with discovery is only for the most severe cases.  (Doc. 20748)("The established rule in the 5th Circuit is that dismissal under Rule 41(b) 'is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice.'").  This is not such a case, particularly in light of Pretrial Order No. 88.

## CONCLUSION

 If their claims are dismissed, Plaintiffs Bryan Hebert, Larry Mitchell and the two minors will suffer extreme prejudice.  Defendant will suffer no undue harm or prejudice by a denial of their motion at this time.

Therefore, Plaintiffs respectfully request that the Defendants' Motions to Dismiss be denied.

Respectfully submitted:


By: /s/Anthony G. Buzbee
    Anthony G. Buzbee
    Texas Bar No. 24001820
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-59009

    JOHN MUNOZ (#9830)
    GARNER & MUNOZ
    1010 Common Street, Suite 3000
    New Orleans, LA 70112-2411
    Tel: (504) 581-7070
    Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee<br>
Anthony G. Buzbee