UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Cedric Cushenberry v. Crum & Forster Specialty Ins. Co., et al, No. 09-8381*
LARRY MITCHELL, individually and as next friend of minors L.M. and Q.L., BRYANT HEBERT

## ORDER

IT IS ORDERED that Defendant Crum & Foster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order 32 (Doc. 22243) is DENIED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**