UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Scieneaux, et al. v. Frontier RV, Inc., et al,*<br>Civil Action No. 09-4462 | MAGISTRATE CHASEZ |

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes defendant, TKTMJ, Inc., who files the following memorandum in opposition to Plaintiffs' Counsel's Motion to Withdraw as Counsel of Record for Plaintiff, Brion Scieneaux[1]. TKTMJ adopts all arguments set forth in the Memorandum in Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsel of Record filed by Frontier RV, Inc. as if copied herein, *in extenso.*[2] TKTMJ respectfully avers that Plaintiffs' Counsel's Motion to Withdraw as Counsel for Plaintiff, Brion Scieneaux, should be denied and instead, Scieneaux's claims should be dismissed for the reasons set forth in the Memorandum in Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsel of Record filed by Frontier RV, Inc.

---

[1] Rec. Doc. 22242-1.
[2] Rec. Doc. 22369.

Respectfully Submitted,

　/s/  Jennifer S. Kilpatrick
SIDNEY W. DEGAN, III (#04804)
KEITH A. KORNMAN (#23169)
JENNIFER S. KILPATRICK (#26510)
Degan, Blanchard & Nash
400 Poydras Street, Suite 2600
New Orleans, LA 70130
Telephone:  504-529-3333
Facsimile:  504-529-3337
Attorneys for TKTMJ, Inc.
E-mail: JKilpatrick@Degan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

　/s/ Jennifer S. Kilpatrick