**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

June 2, 2011

**VIA Certified Mail No. 7010 2780 0002 3611 4228**
Mr. Brion J. Scieneaux
4801 Knight Dr.
New Orleans, LA 70127

   Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
     Brion Scieneaux and Dierdre Scieneaux vs. Fronteir RV, Inc. CH2M
     HILL Constructors, Inc. and TKTMJ, Inc.
     (CDC for the Parish of Orleans, 09-5966, E-7)

Dear Mr. Scieneaux:

  We filed a claim on your behalf in the above referenced matter on June 10, 2009. Per the Judge's Orders, all Plaintiffs must complete a Plaintiff Fact Sheet. We do not have a completed Plaintiff Fact Sheet for you and have attempted to contact you numerous times regarding the completion of your Plaintiff Fact Sheet. The Defendants are requesting your Plaintiff Fact Sheet and may move to dismiss your claim if one is not immediately received.

  Please contact me **no later than Friday, June 10, 2011** at (504) 581-1750 to discuss this matter. **We cannot protect your claim unless we hear from you. If you do not contact us, we will no longer be able to represent you in this matter and your claim will be dismissed.**

  With best regards, I remain

          Very Truly Yours,

          CANDICE C. SIRMON, ESQ.

CCS/jrm



**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

June 21, 2011

**VIA CERTIFIED MAIL No. 7010 2780 0002 3611 4518**
Mr. Brion J. Scieneaux
4801 Knight Dr.
New Orleans, LA 70127

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
Brion Scieneaux and Dierdre Scieneaux vs. Frontier RV, Inc., CH2M HILL Constructors, Inc. and TKTMJ, Inc.
(CDC for the Parish of Orleans, 09-5966, E-7)

Dear Mr. Scieneaux:

Lambert & Nelson, PLC has been diligently working on your behalf in connection with the above referenced matter.

We have attempted to reach you numerous times through various ways in order to obtain information about you, your FEMA-provided trailer and your damages so that we could protect your claim. Our attempts to contact you have been unsuccessful. Because of your failure to respond to our communications, we are unable to complete your Plaintiff Fact Sheet and protect your claim against Frontier RV, Inc.

Therefore, due to your continued failure to communicate with us and participate in your case, Lambert & Nelson, PLC and all other firms associated in your matter, including the Plaintiffs' Steering Committee, can no longer represent you in this matter and we will take no further action in this regard on your behalf. If you wish to continue with this claim, you need to seek other representation immediately.

We have enclosed a copy of your complaint filed in the Eastern District of Louisiana on June 10, 2009 and the latest request for information from the Defendants.

Thank you for the opportunity to review your claim. If you have any questions, please do not hesitate to contact me or my paralegal, Jennifer.

Page 1 of 2

With best regards, I remain

Very truly yours,

HUGH P. LAMBERT

HPL/jrm
Enclosures
cc:	Daniel E. Becnel, Esq. (Via Email only)
	Matthew Moreland, Esq. (Via Email only)
	Justin I. Woods, Esq. (Via Email only)
	M. Palmer Lambert, Esq. (Via Email only)
	Ronnie G. Penton, Esq. (Via Email only)
	Robert Becnel, Esq. (Via Email only)
	Dennis C. Sweet, III., Esq. (Via Email only)
	Jerrold S. Parker, Esq. (Via Email only)

**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

July 22, 2011

**Via Certified Mail No. 7010 2780 0002 3611 4556**
Brion Scieneaux
4801 Knight Drive
New Orleans, LA 70127

    RE: FEMA Trailer Formaldehyde
           Products Liability Litigation - MDL No. 1873

Dear Ms. Jones:

    We appreciate the confidence that you have placed in us by asking us to represent you in this matter. However, as stated in our June 21, 2011 letter to you, due to your continued failure to communicate with us and participate in the preparation of your case, the firms listed below can no longer represent you in the above referenced matter and will take no further action in this regard on your behalf. If you wish to continue with this claim, you need to seek other legal representation immediately.

    The following firms will withdraw as counsel representing you in the above referenced matter:

1. Becnel Law Firm, LLC
   P. O. Drawer H
   106 W. 7th Street
   Reserve, LA 70084
   (985) 536-1186

2. Law Offices of Ronnie G. Penton
   209 Hoppen Place
   Bogalusa, LA 70427-3827
   (985) 732-5681

3. Law Offices of Robert Becnel/Diane Zink
   425 W. Airline Hwy, Suite B
   Laplace, LA 70068
   (985) 651-6101

Page 1 of 3

4. Lambert & Nelson, PLC
   701 Magazine St.
   New Orleans, LA 70130
   (504) 581-1750

5. Gainsburgh, Benjamin, David, Meunier, & Warshauer, LLC
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, LA 70163
   (504) 522-2304

6. Parker Waichman Alonso, LLP
   111 Great Neck Road
   Great Neck, New York 11021-5402
   (516) 466-6500

7. Sweet & Associates
   158 East Pascagoula Street
   Jackson, MS 39201
   (601) 965-8700

Please be advised that Counsel knows of no pending court appearances. However, you must **immediately** provide your completed Plaintiff Fact Sheet and Authorizations to counsel for Defendants, Andrew Weinstock, Esq. (andreww@duplass.com), David Kurtz, Esq. (dkurtz@bakerdonelson.com), Charles Leche, Esq. (cleche@dkslaw.com), and Henry Miller, Esq. (henry.miller@usdoj.gov). You must also provide your completed Plaintiff Fact Sheet to Mikal Watts, Esq. (mcwatts@wgclawfirm.com) by **August 1, 2011.**

For your convenience, I have enclosed the following documents to assist you if you decide to seek other representation or to represent yourself:

1. Copy of Counsel's Motion to Withdraw As Counsel with attachments;
2. Copy of the complaint filed on your behalf;
3. Copy of your most up to date Plaintiff Fact Sheet; and
4. Pre-Trial Order Nos. 2 and 32 and Corrected Pre-Trial Order No. 88 containing important deadlines.

Thank you once again for the opportunity to review your claim. If you have any questions, please do not hesitate to contact me or my paralegal, Jennifer Minden.

With best regards, I remain

Very truly yours,

CANDICE C. SIRMON

CCS/jrm
Enclosures

cc:	Daniel E. Becnel, Esq. (Via Email only)	Matthew Moreland, Esq. (Via Email only)
	Ronnie G. Penton, Esq. (Via Email only)	Robert Becnel, Esq. (Via Email only)
	Diane Zink, Esq. (Via Email only)	Gerald Meunier, Esq. (Via Email only)
	Justin I. Woods, Esq. (Via Email only)	Jerrold S. Parker, Esq. (Via Email only)
	Gary P. Falkowitz, Esq. (Via Email only)	Dennis Sweet, Esq. (Via Email only)