Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses
Sent to FEMA on March 16, 2009

| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | DOB | SSN | FEMA ID # | THU Address | City | State | Zip | Attorney | Manufacturer | Model | VIN Number | Installer | Manufacturer | Model | VIN Number | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander, Mary Jan | Alexander | Mary | Jane | 7/24/1949 | 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 | 931109975 | 7811 Good Drive New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2061047144 | Fluor | | | | |
| Aperwhite, Patricia | Aperwhite | Don | Anthony | 5/20/1960 | 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 | 921132338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Jonathan | Thomas | 7/18/1967 | 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 | 921132338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Luke | R. | 10/13/1987 | 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 | 921132338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Aperwhite, Patricia | Aperwhite | Nicholas | Anthony | 11/20/1994 | 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 | 921132338 | 1417 Gardena Drive New Orleans, LA 70112 | New Orleans | LA | 70112 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361023811 | Fluor | Gulfstream | TT - Regular | 1NL1GTR275 1021445 | Fluor |
| Augustine, Jack | Augustine | Lorelei | Maria | 11/19/1978 | 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 | 940758044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS282767001019 | Fluor | | | | |
| Augustine, Jack | Augustine | Savanna | Jade | 10/31/1997 | 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 | 940758044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS282767001019 | Fluor | | | | |
| Augustine, Jack | Augustine, Jr. | Jack | Joseph | 4/20/1975 | 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 | 940753044 | 7930 Mayo Blvd. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | SunRay | TT - Regular | 5L0RS282767001019 | Fluor | | | | |
| Barnes, Harvey | Barnes | Gail | B. | 11/6/1948 | 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 | 939160903 | 3625 N. Claiborne Ave. New Orleans, LA 70117/ 3625 N. Claiborne Ave. New Orleans | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961084113 | Shaw | Thor | TT - Regular | 47C702N286 M425134 | Davis Pro |
| Bass, Lola | Bass | Lola | M. | 7/26/1939 | 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 | 921201152 | 4742 Perelli Dr. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Recreation by Design | TT - Regular | 5CZ200R2361125187 | Fluor | | | | |
| Bell, Minor L | Bell | Minor | L. | 9/26/1942 | 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 | 921141482 | 2745 Metropolitan St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761033564 | Fluor | | | | |
| Bell, Raymond Jr | Bell, Jr. | Raymond | Jr | 1/31/1957 | 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 | 939608305 | 105 Lockeed Dr. Kenner, LA 70062 | Kenner | LA | 70062 | Becnel Law Firm, LLC et al. | Keystone | TT - Regular | 4YDT291266C127108 | Shaw | | | | |
| Vaughn, Michael G | Bowser | Michael | | 8/31/1993 | 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 | 921256482 | 1629 Simon Blvd. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61047037 | Shaw | Lake Side | TT - Regular | LSPH7012948 086A06 | Shaw |
| Brown, Elaine | Brown | Elaine | | 6/26/1960 | 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 | 921238803 | 311 West Pine Street Amite, LA 70422 | Amite | LA | 70422 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2861048077 | Fluor | | | | |
| Brown, Gregory | Brown | Gregory | Rudolph | 1/6/1953 | 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 | 912002646 | 2520 Wall Blvd. Algiers, LA 70114 | Algiers | LA | 70114 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332069020579 | CH2MHILL | | | | |
| Bryant, Earle Vincent III | Bryant, III | Earle | Vincent | 9/26/1974 | 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 | 939756400 | 1924 Pelopidas St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5l4tf332163015178 | Fluor | | | | |
| Buras, Calvin J | Buras | Calvin | P. | 12/23/1925 | 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 | 937561830 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Buras, Calvin J | Buras | Calvin | J. | 9/30/1964 | 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 | 932068806 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Buras, Calvin J | Buras | Jane | R | 8/19/1938 | 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 | 937561830 | 157 Guns Lane, Venice, LA 70091 | Venice | LA | 70091 | Becnel Law Firm, LLC et al. | Superior | TT - Regular | 5SYBB35386P000775 | CH2MHILL | | | | |
| Carson, Vedora L | Carson | Vedora | Lee | 8/2/1949 | 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 | 911926253 | 4 Gary Court, New Orleans, LA 70121 | New Orleans | LA | 70121 | Becnel Law Firm, LLC et al. | | TT - Regular | IEB1F322262491881 | Shaw | | | | |
| Carter, Ruth Rogers | Carter | Ruth | Rogers | 12/29/1929 | 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 | 911974900 | 3819 Louisiana Avenue Pkwy., New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1nl1gtr2261017269 | Shaw | | | | |
| Chapman, John Sr | Chapman | Bertha | | 5/13/1954 | 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 | 911881994 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | SC1TR32206P008740 | Fluor | | | | |
| Chapman, John Jr | Chapman, Jr. | John | L | 9/3/1985 | 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 | 931561879 | 190 Cash Point, Lot 63, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Forest River | TT - Regular | 4X4TCXF266P098499 | Fluor | | | | |
| Charles, Easton | Charles | Gail | Esteen | 7/16/1957 | 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 | 939715121 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Charles, Easton | Charles | Easton | Eli | 8/16/1957 | 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 | 939715121 | 4314 Stephen Girard Ave. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2661084883 | Fluor | | | | |
| Coleman, Curtis, Sr | Coleman | Keith | | 8/4/1962 | 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 | 938468296 | 1703 Garden Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322061506428 | CH2MHILL | Forest River | TT - Regular | 4X4TSMC296 R394642 | CH2MHILL |
| Coleman, Curtis, Sr | Coleman, Sr. | Curtis | | 3/12/1931 | 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 | 938468296 | 639 Flood Street New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322061506428 | CH2MHILL | Forest River | TT - Regular | 4X4TSMC296 R394642 | CH2MHILL |
| Craft, Jeannette | Craft | Dorell | Keith | 4/24/1997 | 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 | 921170032 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 1HP6552 | Unknown |
| Craft, Jeannette | Craft | Jeanette | | 10/8/1985 | 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 | 921170032 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Mentuer Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 1HP6552 | Unknown |
| Clara, Darjean | Darjean | Clara | | 7/11/1941 | 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 | 919909828 | 3749 Virgil Blvd New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2461046398 | Fluor | | | | |
| Davis, Sylvia | Davis | Keiara | Shenika | 9/5/1984 | 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 | 931144138 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |
| Davis, Sylvia | Davis | Sylvia | | 11/22/1954 | 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 | 931144138 | 1630 Simon Bolivar Ave. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61018086 | Shaw | | | | |

FEMA10-001642



EXHIBIT C

Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses
Sent to FEMA on March 16, 2009

| Name | Last | First | Middle | DOB | SSN | THU Barcode | Address | City | State | Zip | Law Firm | Mfr | Unit Type | VIN | Contractor | Mfr2 | Unit Type2 | VIN2 | Contractor2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ferdinand, Cathy | Ferdinand | Cathy | | 3/1/1961 | 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 | 9119740781 | 4845 Read Blvd. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2761060835 | Fluor | | | | |
| Fields, Lionel | Fields | Lionel | | 4/4/1941 | 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 | 9311994111 | 3415 Fern Street New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | | | | | | | | |
| Fuselier, George | Fuselier | George | Gerard | 8/29/1962 | 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 | 9118663207 | 2912 Lakewood Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761036898 | Fluor | | | | |
| Fuselier, George | Fuselier | Melanie | Landry | 7/26/1964 | 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 | 9118663207 | 2912 Lakewood Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761036898 | Fluor | | | | |
| Gonzalez, Lourdes S | Gonzalez | Lourdes | S | 9/24/1963 | 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 | 9407712807 | 835 Hagan Avenue New Orleans, LA 70125 | New Orleans | LA | 70125 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961082121 | Shaw | | | | |
| Green, Chauncey Sr | Green, Jr. | Chauncey | | 11/23/2000 | 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 | 9211932767 | 1328 St. Denis New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2961048122 | MLU | | | | |
| Green, Chauncey Sr | Green, Sr. | Chauncey | | 6/24/1962 | 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 | 9211932767 | 1328 St. Denis New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2961048122 | MLU | | | | |
| Hargrove, Margie A | Hargrove | Leonard | | 9/2/1959 | 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 | 9118906081 | 1240 Estolate Harvey, LA 70058 | Harvey | LA | 70058 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2561045356 | Shaw | | | | |
| Henderson, Dinah White | Henderson | Dinah | White | 5/8/1958 | 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 | 9895280021 | 4405 Old Jefferson Rd. Lot 20 New Iberia, LA 70563 | New Iberia | LA | 70563 | Becnel Law Firm, LLC et al. | Fleetwood | MH - 3BR - Regular | TXFL412A44859 | Fluor | | | | |
| Jeanette Craft | James | India | Marie | 11/22/2002 | 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 | 9211700327 | 2nd Trailer: 1312 Derbigny St. New Orleans LA, 70117 1st Trailer: 6000 Chef Menteur Hwy New Orleans, LA 70119 | New Orleans | LA | 70117; 70119 | Becnel Law Firm, LLC et al. | Hy-line | TT - Regular | 19LBA02P06A063611 | CH2MHILL | Holly Park | MH - 3BR - Regular | 1HP6552 | Unkown |
| Johnson, Chatman, III or Helena Johnson | Johnson | Cierra | Lorraine | 9/20/1998 | 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 | | 1313 Paul Maillard Rd. Luling, LA 70070 | Luling | LA | 70070 | Becnel Law Firm, LLC et al. | | TT - Regular | 1SL200P265C000284 | Fluor | | | | |
| Johnson, Chatman, III or Helena Johnson | Johnson | Helena | M | 11/20/1962 | 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 | | 1313 Paul Maillard Rd. Luling, LA 70070 | Luling | LA | 70070 | Becnel Law Firm, LLC et al. | | TT - Regular | 1SL200P265C000284 | Fluor | | | | |
| Jones-Dillon, Latasha | Jones | Greggionte | Latasha | 8/10/1990 | 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 | 9111871457 | 7537 Stonewood St New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961014675 | Shaw | Forest River | TT - Regular | 4X4TSMH294R392329 | Fluor |
| Jones, KeShuna Reniche | Jones | KeShuna | Reniche | 11/20/1980 | 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 | 9397662471 | 7900 Beaconfield Dr. New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322061506283 | Fluor | | | | |
| Joseph, Lucille L | Joseph | Lucille | J | 6/24/1928 | 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 | 9407805771 | 6517 Millender Dr. Marrero, LA 70072 | Marrero | LA | 70072 | Becnel Law Firm, LLC et al. | Forest River | TT - Regular | 4X4TRLG206D809084 | Shaw | | | | |
| Chapman, Bertha | King | Joshua | M | 12/7/1972 | 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 | 9118819941 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | 5C1TR32206P008740 | Fluor | | | | |
| Chapman, Bertha | King | Kalan | A | 4/26/1990 | 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 | 9118819941 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | 5C1TR32206P008740 | Fluor | | | | |
| Chapman, Bertha | King | Krysten | M | 7/20/1990 | 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 | 9118819941 | 112 Cash Point, Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | Adventure | TT - Regular | 5C1TR32206P008740 | Fluor | | | | |
| Lee, Betty Ann | Lee | Arianna | Shantrell | 3/9/1996 | 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 | | 7630 Means Ave New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961038443 | Fluor | | | | |
| Lee, Betty Ann | Lee | Richard | Arlington | 11/18/1956 | 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 | | 7630 Means Ave New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2961038443 | Fluor | | | | |
| Magee, Donald Alvin | Magee | Donald | Alvin | 11/2/1948 | 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 | | 1914 Louisa St New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2761018031 | Shaw | | | | |
| Martin, Gaynell | Martin | Gaynell | | 3/23/1957 | 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 | 9399654567 | 1209 Desire St. New Orleans, LA 70117 | New Orleans | LA | 70117 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2161084123 | Fluor | | | | |
| Mayeux, Michael Jude | Mayeux | Michael | Jude | 3/6/1947 | 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 | 9212228151 | 2820 Lemon St. Metairie, LA 70006 | Metairie | LA | 70006 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2661016058 | Shaw | | | | |
| Merrill, Charles E | Merrill | Hattie | Mae | 11/18/2026 | 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 | 9311512751 | 190 Cash Point Road Lot 66 Bossier City, LA 71111 | Bossier City | LA | 71111 | Becnel Law Firm, LLC et al. | | TT - Regular | 4YD29F295E318002 | Fluor | | TT - Regular | 5C15B33205P008251 | Fluor |
| Miller, Gail | Miller | Gail | M | 6/16/1951 | 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 | 9119065527 | 6022 Painters St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2561002992 | Fluor | | | | |
| Moser, Ricky | Moser | Ricky | John | 8/4/1965 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | TT - Regular | 1EB1F322862315045 | Fluor | | | | |
| Nicolosi, Tammy Lynne | Nicolosi | Raquel | Lynne | 12/29/1992 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | TT - Regular | 1EB1F322862315045 | Fluor | | | | |
| Nicolosi, Tammy Lynne | Nicolosi | Tammy | Martin | 10/1/1969 | 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 | | 2105 South River Park Dr. Violet, LA 70092 | Violet | LA | 70092 | Becnel Law Firm, LLC et al. | Fleetwood | TT - Regular | 1EB1F322862315045 | Fluor | | | | |
| Parker, Van Lee | Parker | Van | Lee | 8/23/1952 | 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 | 9119166297 | 1312 Roper Dr. Lot #35 Scott, LA 70583 | Scott | LA | 70583 | Becnel Law Firm, LLC et al. | Cavalier | MH - 3BR - Regular | BLO6NC143202 | Fluor | | | | |
| Patterson, Angela Terry | Patterson | Angela | Terry | 4/19/1952 | 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 | 9396241941 | 2700 Lasalle Street New Orleans, LA 70113 ; 2620 Gladilolus Street New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X51020824 | Shaw | | TT - Regular | 47LTDES276520918 | Fluor |
| Price, Brenda | Price | Brenda | Marie | 12/29/1945 | 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 | 9396221861 | 112 Diane Ln. Patterson, LA 70392 | Patterson | LA | 70392 | Becnel Law Firm, LLC et al. | Patriot Homes | MH - 3BR - Regular | HA01763MO | Fluor | | | | |
| Marshall, Sandra Prince | Prince | Hattie | B | 3/9/1940 | 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 | 9311512751 | 4944 Marigny St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | | TT - Regular | 4YD29F295E318002 | Fluor | | TT - Regular | 5C15B33205P008251 | Fluor |
| Marshall, Sandra Prince | Prince, Sr. | Antoine | | 11/4/1937 | 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 | 9311512751 | 4944 Marigny St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | | TT - Regular | 4YD29F295E318002 | Fluor | | TT - Regular | 5C15B33205P008251 | Fluor |

Exhibit P - Becnel Law Firm, LLC et al. Client List with THU Addresses
Sent to FEMA on March 16, 2009

| Name | Last | First | Middle | DOB | SSN | Phone | Address | City | State | Zip | Firm | Mfr | Type | VIN | Mfr2 | Type2 | VIN2 | Mfr3 | Type3 | VIN3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quezergue, Joseph Anthony | Quezergue | Joseph | Anthony | 9/28/1959 | 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 | 911984794 | Lemann 2 Trailer Park, 500 N. Prieur, New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Jayco | TT - Regular | 1UJBJ02P861EP0282 | Unkown | Fleetwood | TT - Regular | 2EB1F322766 503719 | Shaw | | |
| Ranson, Sean Maurice | Ranson | Sean | Maurice | 9/5/1979 | 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 | 939722616 | 1605 Press Dr. New Orleans, LA | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2161044081 | Fluor | | | | | | |
| Rush, Hillary Ann | Rush | Hillery | Ann | 4/28/1976 | 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 | | 5001 Willowtree Rd. Marrero, LA 70072 | Marrero | LA | 70072 | Becnel Law Firm, LLC et al. | Fleetwood Canada | TT - Regular | 4CJ1F322464285009 | Shaw | | | | | | |
| Rush, Hillary Ann | Rush | Hillery | Ann | 4/28/1976 | 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 | | 5001 Willowtree Rd. Marrero, LA 70072 | Marrero | LA | 70072 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2861042399 | Shaw | | | | | | |
| Sanders, Kathy Jean | Sanders | Kathy | Jean | 5/26/1953 | 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 | | 1960 Sugarmill Dr. St. Bernard, LA 70085 | St. Bernard | LA | 70085 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361032833 | Fluor | | | | | | |
| Scieneaux, Brion Joseph | Scieneaux | Brion | Joseph | 11/24/1962 | 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 | 911873076 | 4801 Knight Dr. New Orleans, LA 70127 | New Orleans | LA | 70127 | Becnel Law Firm, LLC et al. | Frontier | TT - UFAS Compliant | 5KDBG35297L004725 | UFAS-TKTMJ | | | | | | |
| Scieneaux, Brion Joseph | Scieneaux | Deirdre | W | 8/1/1954 | 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 | 911873076 | 4801 Knight Dr. New Orleans, LA 70127 | Kenner | LA | 70065 | Becnel Law Firm, LLC et al. | Frontier | TT - UFAS Compliant | 5KDBG35297L004725 | UFAS-TKTMJ | | | | | | |
| Scott, Annie B | Scott | Annie | B | 2/19/1940 | 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 | 939724186 | 116 Rue Esplanade Slidell, LA | Slidell | LA | 70461 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2261041586 | Shaw | | | | | | |
| Shallowhorne, Rayfield | Scott | Nala | | 6/14/1996 | | 931151158 | 640 Prince Dr. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Lake Side | PM - 2BR - New Old Style ADA | LSPH201251509GA06 | UFAS-Razz | | | | | | |
| Seaton, Josephine | Seaton | Josephine | | 3/27/1936 | 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 | 911895633 | 7620 Pine Ridge St. New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2561051349 | Fluor | Coachman | TT - Regular | 1TC2B969963 001995 | Fluor | Coachman TT - Regular | 1TC2P969 963001995 | Fluor |
| Shallowhorne, Rayfield | Shallowhorne | Rebecca | | 5/31/1948 | | 931151158 | 640 Prince Dr. New Orleans, LA 70126 | New Orleans | LA | 70126 | Becnel Law Firm, LLC et al. | Lake Side | PM - 2BR - New Old Style ADA | LSPH201251509GA06 | UFAS-Razz | | | | | | |
| Sutfield, Roxanne Louise | Sutfield | Roxanne | Louise | 4/12/1982 | 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 | 939722616 | 2901 Elisian Fields New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1VTR2161044081 | Fluor | | | | | | |
| Thornton, Frank | Thornton | Frank | | 4/23/1972 | 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 | 939492368 | 4701 St. Anthony New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361028443 | Fluor | | | | | | |
| Vaughn, Michael G | Vaughn | Michael | G | 8/31/1993 | 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 | 921256482 | 1629 Simon Blvd. New Orleans, LA 70113 | New Orleans | LA | 70113 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2X61047037 | Shaw | Lake Side | TT - Regular | LSPH7012948 086A06 | Shaw | | |
| Veal, Danielle | Veal | Bradley | Justin | 7/29/1999 | 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 | 921141971 | 2143 Stephen Girard St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332863016084 | Shaw | | | | | | |
| Veal, Donielle | Veal | Brandon | Jarelle | 12/22/1990 | 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 | 921141971 | 2143 Stephen Girard St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332863016084 | Shaw | | | | | | |
| Veal, Donielle | Veal | Bryan | Jamal | 3/22/1994 | 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 | 921141971 | 2143 Stephen Girard St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332863016084 | Shaw | | | | | | |
| Veal, Donielle | Veal | Donielle | Marie | 11/15/1971 | 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 | 921141971 | 2143 Stephen Girard St. New Orleans, LA 70122 | New Orleans | LA | 70122 | Becnel Law Firm, LLC et al. | Pilgrim | TT - Regular | 5L4TF332863016084 | Shaw | | | | | | |
| Villavasco, Michael Peter | Villavaso | Michael | Peter | 11/6/1954 | 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 | 939098123 | 4809 Chantilly Dr. New Orleans, LA 70126-4161 | New Orleans | LA | 70126-4161 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2061036936 | Fluor | | | | | | |
| Shallowthorne, Rebecca Washington, Jr | Washington | Jeffery | E | 8/12/1991 | | 931151158 | 7620 Pine Ridge St. New Orleans, LA 70128 | New Orleans | LA | 70128 | Becnel Law Firm, LLC et al. | Lake Side | PM - 2BR - New Old Style ADA | LSPH201251509GA06 | UFAS-Razz | | | | | | |
| Williams, Annie Bell | Williams | Annie | Bell | 1/10/1943 | 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 | 921200729 | 8190 Kingview St. St. James, LA 70086 | St. James | LA | 70086 | Becnel Law Firm, LLC et al. | Gulfstream | TT - Regular | 1NL1GTR2361051771 | Fluor | | | | | | |

FEMA10-001644