**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Casey Campbell v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-6191 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Casey Campbell and | * | |
| Mary Campbell | * | |

*****************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants"), Shaw Environmental, Inc., CH2M Hill Constructors, Inc. and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Casey Campbell (Plaintiff in *Campbell*, C.A. 09-6191)

- Mary Campbell (Plaintiff in *Campbell*, C.A. 09-6191)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.  The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that he/she has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
          THOMAS L. COUGILL
          Texas State Bar No. 04877300
          Louisiana State Bar No. 31112
          R. MARK WILLINGHAM
          Texas State Bar No. 21641500
          JEFFREY P. FULTZ
          Texas State Bar No. 00790728
          Mississippi Bar No. 101058
          Niels Esperson Building
          808 Travis Street, Suite 1608
          Houston, Texas  77002
          (713) 333-7600 – Telephone
          (713) 333-7601 – Facsimile

          **Attorneys for Jayco, Inc. and
          Jayco Enterprises, Inc.**


**BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*
          ROY C. CHEATWOOD (La. Bar No. 4010)
          GERARDO R. BARRIOS (La. Bar No. 21223)
          M. DAVID KURTZ (La. Bar No. 23821)
          KAREN KALER WHITFIELD (La. Bar No.
          19350)
          WADE M. BASS (La. Bar No. 29081)
          No. 3 Sanctuary Boulevard, Suite 201
          Mandeville, La 70471
          (985) 819-8400 – Telephone
          (985) 819-8484 – Facsimile
          rcheatwood@bakerdonelson.com
          gbarrios@bakerdonelson.com
          dkurtz@bakerdonelson.com
          kwhitfield@bakerdonelson.com
          wbass@bakerdonelson.com

          **Attorneys for CH2M Hill Constructors, Inc.**

2

**BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC**

By:   _s/M. David Kurtz_____
          M. DAVID KURTZ  (#23821)
          KAREN KALER WHITFIELD (#19350)
          CATHERINE N. THIGPEN (#30001)
          201 St. Charles Avenue, Suite 3600
          (504) 566-5200 – Telephone
          (504) 636-4000 – Facsimile

          **Attorneys for Shaw Environmental, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:   _s/Charles R. Penot, Jr._____
          Charles R. Penot, Jr. (La. Bar No. 1530 &
          Tx. Bar No. 24062455)
          717 North Harwood, Suite 2400
          Dallas, Texas 75201
          (214) 220-6334 – Telephone
          (214) 220-6807 – Facsimile

                   _-and-_

          Dominic J. Gianna, La. Bar No. 6063
          Sarah A. Lowman, La. Bar No. 18311
          201 St. Charles Avenue, Suite 3100
          New Orleans, Louisiana 70170
          (504) 525-7200 – Telephone
          (504) 581-5983 – Facsimile

                   _-and-_

          Richard A. Sherburne., La. Bar No. 2106
          450 Laurel Street, Suite 1101
          Baton Rouge, Louisiana 70801
          (225) 381-7700 – Telephone
          (225) 381-7730 – Facsimile

          **Attorneys for Fluor Enterprises, Inc.**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 17th day of August, 2011.

 s/*Thomas L. Cougill*
THOMAS L. COUGILL

## <u>CERTIFICATE OF CONFERENCE</u>

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, Becnel Law Firm LLC, does not oppose this motion.

 s/*Thomas L. Cougill*
THOMAS L. COUGILL
