# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☐ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
   *Office Administrator*
Susan B. Williams
   *Nurse*

April 25, 2011

Thomas L. Cougill
Willingham, Fultz & Cougill LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002

Re:   FEMA Trailer Formaldehyde Products Liability Litigation
      Jayco, Inc. Plaintiff Fact Sheets

Dear Mr. Cougill:

Please find enclosed Plaintiff Fact Sheets for the following plaintiffs:

Gerald Thompkins
Russel County
Dorian Lewis
Tedrin Lewis
Terian Lewis
Walter Miles
Lois Carrere
Eugenia Soloman
Thera Ledet obo M.G.
Gregory Larkins
Thera Nicole Ledet
Delores Snow
Tyron Miles

We no longer represent Jacque Lazarus, Casey Campbell, and Mary Campbell due to their failure to complete a Plaintiff Fact Sheet. April Schexnaydre's claim against Jayco, Inc. has been dismissed. The following plaintiffs did not complete a Plaintiff Fact Sheet, and we have no grounds to oppose a Motion to Dismiss:

Casey Campbell



RECEIVED

APR 2 7 2011

WILLINGHAM, FU...

EXHIBIT
B

Mary Cambpell
Tia Coleman
Ja Gillard
Lynette Gillard


Sincerely,

Jennifer L. Crose


Enclosure