# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS   LOUISIANA   MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                        *TomC@willingham-law.com*

April 13, 2011

Daniel E. Becnel, Jr.                     ***Via Email and Regular U.S. Mail***
Becnel Law Firm, LLC
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
dbecnel@rtconline.com

Dear Daniel:

   Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

*Latoya Bienemy v. Jayco, Inc.,* **cause no. 09-5391**

1. Marlene Brown
2. Gerald Thompkins

*Paul Blache v. Jayco, Inc.,* **cause no. 09-5388**

1. Russel County
2. Lisa Pea

*Javier Brock v. Jayco, Inc.,* **cause no. 09-5387**

1. Dorian Lewis



EXHIBIT A

*Javier Brock v. Jayco, Inc.*, cause no. 09-5387 (cont'd)

2. Eldrin Lewis
3. Terian Lewis
4. Walter Miles

*Lois Carrere v. Jayco, Inc.*, cause no. 09-7315

1. Lois Carrere
2. Lugenia Soloman

*Casey Campbell v. Jayco, Inc.*, cause no. 09-0596

1. Casey Campbell
2. Mary Campbell

*Tia Coleman v. Jayco, Inc.*, cause no. 09-7314

1. Tia Coleman
2. Ja Gillard
3. Lynette Gillard

*Barbara Faulkner v. Jayco, Inc.*, cause no 09-5398

1. April Schexnaydre

*Thera Nichole Ledet v. Jayco, Inc.*, cause no. 10-2425

1. Thera Ledet (obo M.G.)
2. Gregory Larkins
3. Thera Nichole Ledet
4. Tron Miles

*Jacque Lazarus v. Starcraft RV, Inc.*, cause no. 09-5411

1. Jacque Lazarus

*Delores Snow v. Starcraft RV, Inc.*, cause no. 09-5399

1. Delores Snow

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

> Regards,
> **Willingham, Fultz & Cougill, LLP**
>
> Tom L. Cougill

TLC/rmw

cc: Jerry Meunier *(via email)*
     Andrew Weinstock *(via email)*
     Henry Miller *(via email)*
     Gerald Meunier *(via email)*
     Justin Woods *(via email)*