# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

Please Reply To:
☐ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

April 25, 2011

Thomas L. Cougill
Willingham, Fultz & Cougill LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002

Re:  FEMA Trailer Formaldehyde Products Liability Litigation
     Jayco, Inc. Plaintiff Fact Sheets

Dear Mr. Cougill:

Please find enclosed Plaintiff Fact Sheets for the following plaintiffs:

Gerald Thompkins
~~Russel County~~
Dorian Lewis
~~Eldrin~~ Lewis
Terian Lewis
~~Walter~~ Miles
~~Lois Carrere~~
~~Eugenia Soloman~~
~~Thera Ledet obo M.G.~~
~~Gregory~~ Larkins
~~Thera~~ Nicole Ledet
Delores Snow
Tyron Miles

We no longer represent Jacque Lazarus, Casey Campbell, and Mary Campbell due to their failure to complete a Plaintiff Fact Sheet. April Schexnaydre's claim against Jayco, Inc. has been dimissed. The following plaintiffs did not complete a Plaintiff Fact Sheet, and we have no grounds to oppose a Motion to Dismiss:

Casey Campbell

RECEIVED APR 27 2011 WILLINGHAM, FU[LTZ]

EXHIBIT B

Mary Cambpell
Tia Coleman
Ja Gillard
Lynette Gillard

Sincerely,

Jennifer L. Cruse

Enclosure