# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

Please Reply To:
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
   *Office Administrator*
Susan B. Williams
   *Nurse*

April 25, 2011

Thomas L. Cougill
Willingham, Fultz & Cougill LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002

      Re:    FEMA Trailer Formaldehyde Products Liability Litigation
                Jayco, Inc. Plaintiff Fact Sheets

Dear Mr. Cougill:

Please find enclosed Plaintiff Fact Sheets for the following plaintiffs:

Gerald Thompkins
✓ ~~Russel County~~
✓ Dorian Lewis
✓ ~~Eldrin~~ Lewis
✓ Terian Lewis
✓ ~~Walter~~ Miles
✓ ~~Lois Carrere~~
✓ ~~Eugenia Soloman~~
✓ ~~Thera Ledet obo M.G.~~
✓ ~~Gregory~~ Larkins
✓ Thera Nicole Ledet
✓ Delores Snow
✓ Tyron Miles

      We no longer represent Jacque Lazarus, Casey Campbell, and Mary Campbell due to their failure to complete a Plaintiff Fact Sheet. April Schexnaydre's claim against Jayco, Inc. has been dismissed. The following plaintiffs did not complete a Plaintiff Fact Sheet, and we have no grounds to oppose a Motion to Dismiss:

Casey Campbell

RECEIVED APR 27 2011 WILLINGHAM, FU[LTZ]

EXHIBIT B

Mary Cambpell
Tia Coleman
Ja Gillard
Lynette Gillard

Sincerely,

*Jennifer L. Cruse*

Jennifer L. Cruse

Enclosure