CONSOL, TRAILER

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:09-cv-05411-KDE-ALC

Lazarus v. Starcraft RV, Inc. et al
Assigned to: Judge Kurt D. Engelhardt
Referred to: Magistrate Judge Alma L. Chasez
Lead case: 2:07-md-01873-KDE-ALC
Member case: (View Member Case)
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 08/03/2009
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: U.S. Government Defendant

### Plaintiff

**Jacque Lazarus**  represented by  **Daniel E. Becnel, Jr.**
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Email: dbecnel@rtconline.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B. Moreland**
Matthew B. Moreland, Attorney at Law
4008 Prytania St.
Suite A
New Orleans, LA 70115
504-782-9083
Email: mattmoreland@cox.net
*ATTORNEY TO BE NOTICED*

V.

### Defendant
**Starcraft RV, Inc.**

### Defendant
**United States of America**
*through the Federal Emergency Management Agency (FEMA)*

### Defendant
**Shaw Environmental, Inc**

### Defendant
**CH2M Hill Constructors, Inc.**



https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?476819742426009-L_452_0-1          7/25/2011

**Defendant**

**Fluor Enterprises, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2009 | 1 | COMPLAINT with Jury Demand against all defendants (Filing fee $ 350.) filed by Jacque Lazarus. (Attachments: # 1 Civil Cover Sheet)(ijg, ) (Entered: 08/25/2009) |
| 09/02/2009 | 2 | Summons Issued as to Starcraft RV, Inc., United States of America, Shaw Environmental, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc.. (tbl) (Entered: 09/02/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/25/2011 15:05:54 | | | |
| PACER Login: | bw0758 | Client Code: | 412.00000 |
| Description: | Docket Report | Search Criteria: | 2:09-cv-05411-KDE-ALC |
| Billable Pages: | 2 | Cost: | 0.16 |