# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          *        MDL No. 1873
FORMALDEHYDE                                  *
PRODUCTS LIABILITY LITIGATION                 *        JUDGE ENGELHARDT
                                              *
                                              *        MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:                     *
   *Kelly Ford,, et al., v. Travellers Property Casualty Company of America, TIL., et al..*
   *Civil Action No. 09-8490*
*********************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this _____day of _____, 2011, in New Orleans, Louisiana.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE