UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N" (5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| Damien Dillon, et al. v. Forest River, Inc., et al., | | * | |
| Civil Action No. 09-3557; and | | * | MAG. JUDGE CHASEZ |
| Latasha Jones-Dillon on behalf of Miljeanee | | * | |
| Crowley, et al., v. Forest River, Inc., et al., | | * | |
| Civil Action No. 09-5494 | | * | |

******************************************************************************

## MOTION FOR EXPEDITED HEARING BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Forest River's Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets[1] ("Motion to Dismiss") recently filed in this MDL on August 12, 2011.

The reasons and authority for the instant Motion are more fully set forth in the attached Memorandum, filed contemporaneously herewith. Consequently, after consideration, Forest River respectfully requests that the Court reset the hearing date for its Motion to Dismiss as set forth above.

---
[1] R. Doc. No. 22394

Respectfully Submitted,


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
E-Mail:	egieger@glllaw.com
ANDREW A. BRAUN (3415)
E-Mail:	abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
E-Mail:	mdigilia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:	(504) 561-0400
Facsimile:	(504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 17, 2011via electronic filing.


/s/ Ernest P. Gieger, Jr.