UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: "N" (5) |
| This Document Relates to:<br>Damien Dillon, et al. v. Forest River, Inc., et al.,<br>Civil Action No. 09-3557; and<br>Latasha Jones-Dillon on behalf of Miljeanee<br>Crowley, et al., v. Forest River, Inc., et al.,<br>Civil Action No. 09-5494 | | * * * * * * | JUDGE: ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River"), who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Forest River's Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets[1] ("Motion to Dismiss") recently filed in this MDL on August 12, 2011.

Plaintiffs' Counsels' filed a Motion to Withdraw as Counsel for Certain Plaintiffs[2] for six Forest River Plaintiffs and one Frontier RV, Inc. ("Frontier RV") plaintiff. Both Forest River and Frontier RV opposed Plaintiffs' Counsels' Motion to Withdraw.[3,4] Plaintiffs' Counsels' Motion to Withdraw is set for hearing on August 24, 2011 at 9:30 a.m.[5]

Concurrent with its opposition to Plaintiffs' Counsels' Motion to Withdraw, Frontier RV filed a Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 & 32 Relating to

---

[1] R. Doc. No. 22394
[2] R. Doc. No. 22242
[3] R. Doc. No. 22393
[4] R. Doc. No. 22369
[5] R. Doc. No. 22242-4

Plaintiff Fact Sheets[6] for the same Frontier RV plaintiff identified in Plaintiff's Counsels' Motion to Withdraw, 2011, which is also set for hearing on August 24, 2011 at 9:30 a.m.[7]  Forest River also filed, on August 12, 2011, a Motion to Dismiss for the same six Forest River plaintiffs identified in Plaintiff's Counsels' Motion to Withdraw concurrent with its opposition to Plaintiffs' Counsels' Motion to Withdraw and such Motion to Dismiss is set for hearing on September 7, 2011, at 9:30 a.m.[8]  Thus, while Plaintiffs' Counsels' Motion to Withdraw and Frontier RV's Motion to Dismiss are set for hearing on the same day and time, Forest River's Motion to Dismiss the same plaintiffs for which Plaintiffs' Counsel are attempting to withdraw representation of is not set on the same day and time as Plaintiffs' Counsels' Motion to Withdraw

Thus, Forest River respectfully requests the Court to set the hearing for Forest River's Motion to Dismiss on August 24, 2011 at 9:30 a.m.  An expedited hearing on this issue will promote efficiency in the following manner.  It gives the Court an opportunity to hear the Oppositions to Plaintiffs' Counsels' Motion to Withdraw filed separately by Forest River and Frontier RV and the Motions to Dismiss separately filed by Forest River and Frontier RV on the same day and time and avoids the potential for the dismissal of the six Forest River plaintiffs before the Court has the opportunity to hear the Forest River Motion to Dismiss those same plaintiffs.  Accordingly, Forest River requests that the hearing date for its Motion to Dismiss be expedited as noted above.

---

[6] R. Doc. No. 22370
[7] R. Doc. No. 22242-4
[8] R. Doc. No. 22393

Respectfully Submitted,


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
E-Mail:	egieger@glllaw.com
ANDREW A. BRAUN (3415)
E-Mail:	abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
E-Mail:	mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:	(504) 561-0400
Facsimile:	(504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**


## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 17, 2011via electronic filing.


/s/ Ernest P. Gieger, Jr.

3