UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N" (5) |
| This Document Relates to: Damien Dillon, et al. v. Forest River, Inc., et al., Civil Action No. 09-3557; and Latasha Jones-Dillon on behalf of Miljeanee Crowley, et al., v. Forest River, Inc., et al., Civil Action No. 09-5494 | | * * * * * * | JUDGE: ENGELHARDT MAG. JUDGE CHASEZ |

*****************************************************************************

### CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on or about August 17, 2011, I corresponded with counsel for the plaintiffs who advised that there was opposition to Forest River, Inc.'s Motion to Dismiss.

Respectfully Submitted,

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
E-Mail:     egieger@glllaw.com
ANDREW A. BRAUN (3415)
E-Mail:     abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
E-Mail:     mdigiglia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:     (504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 17, 2011via electronic filing.

                                                           <u>/s/ Ernest P. Gieger, Jr.</u>