UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N" (5) |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| Damien Dillon, et al. v. Forest River, Inc., et al., | | * | |
| Civil Action No. 09-3557; and | | * | **MAG. JUDGE CHASEZ** |
| **Latasha Jones-Dillon on behalf of Miljeanee** | | * | |
| Crowley, et al., v. Forest River, Inc., et al., | | * | |
| Civil Action No. 09-5494 | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Forest River, Inc.'s *Motion for Expedited Hearing* will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana, on **August 24, 2011** at **9:30 a.m.**, or as soon thereafter as may be submitted.

Respectfully Submitted,

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
E-Mail:  egieger@glllaw.com
ANDREW A. BRAUN (3415)
E-Mail:  abraun@glllaw.com
J. MICHAEL DIGIGLIA (24378)
E-Mail:  mdigilia@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
**ATTORNEYS FOR FOREST RIVER, INC.**

## **CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record in accordance with the Federal Rules of Civil Procedure on August 17, 2011via electronic filing.

                                                  /s/ Ernest P. Gieger, Jr.