UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE: CHASEZ |
| *Irma Miller, et al. v. Sun Valley, Inc., et al*<br>*Docket No. 09-5658 (Charles Marshall)* | * | |

**********************************************************************

## SUN VALLEY'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO DEMONSTRATE AN "UNREASONABLY DANGEROUS" PRODUCT UNDER THE LPLA REGARDING CLAIMS OF CHARLES MARSHALL, OR, IN THE ALTERNATIVE TO DISMISS CERTAIN LEGAL THEORIES UNDER THE LPLA

NOW INTO COURT, through undersigned counsel, comes defendant, Sun Valley, Inc. d/b/a Sun Lite ("Sun Valley"), who moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons set forth in the attached Memorandum, and on the grounds that Plaintiff, Charles Marshall, has failed to establish the requisite elements for recovery on his claims against Defendants, Sun Valley, made under the Louisiana Products Liability Act ("LPLA"). Specifically, Sun Valley's product was not "unreasonably dangerous" as is required for recovery pursuant to the four theories of recovery under LPLA.

In the alternative that this Court does not dismiss this lawsuit, then Sun Valley requests that certain legal theories under the LPLA be dismissed for the reasons set forth in the accompanying memorandum.

Sun Valley, attaches the following exhibits:

Exhibit "A"  --  Deposition of Mark Romanetz

Exhibit "B"  --  Deposition of Doreen Staines

Exhibit "C"  --  Deposition of Daniel Morrison

| | | |
|---|---|---|
| Exhibit "D" | -- | Deposition of Charles Marshall |
| Exhibit "E" | -- | Expert Report of Stephen Smulski, Ph.D. |
| Exhibit "F" | -- | Expert Report of Patricia Williams, Ph.D. |
| Exhibit "G" | -- | Expert Report of Lawrence Miller, M.D. |
| Exhibit "H" | -- | Expert Report of Coreen Robbins, Ph.D. |
| Exhibit "I" | -- | Deposition of David Garratt |

Pursuant to the Court's Pre-Trial Order Number 10, counsel for Sun Valley has contacted counsel for Plaintiff, and Plaintiff opposes this motion.

WHEREFORE, defendant, Sun Valley, respectfully submits that it is entitled to summary judgment dismissing Charles Marshall's claims asserted against with prejudice; or in the alternative, that certain legal theories under the LPLA be dismissed.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed on the 18TH day of August, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO