# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Mark Romanetz*

*March 16, 2011*

*Midwest Reporting, Inc.*

*1448 Lincolnway East*

*South Bend, Indiana  46613*

*574-288-4242*

*reporters@midwestreporting.net*

Original File Romanetz Mark.txt

**Min-U-Script® with Word Index**



1

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA

2

3    IN RE: FEMA TRAILER            )
     FORMALDEHYDE PRODUCTS LIABILITY)
4    LITIGATION,                    )
     _____    ) MDL NO. 1873
5                                   ) SECTION N (5)
     THIS DOCUMENT RELATES TO:      ) JUDGE: ENGELHARDT
6    This document applies to all   ) MAGISTRATE JUDGE:
     cases.                         )     CHASEZ
7    _____    )

8

9    The Videotaped Deposition of the Corporate

10      Representative of Sun Valley, Inc., through

11      Mark Romanetz

12          Date:    Wednesday, March 16, 2011

13          Time:    9:00 o'clock a.m.

14          Place:   Baker & Daniels
                     202 South Michigan Street
15                   Suite 1400
                     South Bend, Indiana

16

17          Called as a witness by Sun Valley, Inc.,

18          in accordance with the Federal Rules

19          of Civil Procedure for the United States

20          District Court, Eastern District of

21          Louisiana, pursuant to Notice.

22

     Before Brenda L. Davis, CSR, RPR, RMR, and Notary
23   Public, Porter County, Indiana

24

25

14

```
 1   A.   Tent campers, truck campers, and travel trailers.
 2   Q.   And explain to us, what is a travel trailer?
 3   A.   Travel trailer is a trailer with either two,
 4        three sets of axles that's being pulled by a
 5        pickup truck, SUV, car.
 6   Q.   And so when you were working for Sunlight, were
 7        you familiar with the manufacturing process of
 8        travel trailers?
 9   A.   Yes.  I would say so.  Yes.
10   Q.   What involvement did you have with respect to
11        that?
12   A.   Well, I mean, I groomed with production, so I --
13        you know, I knew every aspect of building the
14        trailers from the ground up.  I was also in --
15        you know, at points was involved with the
16        purchasing end of it also, so...
17   Q.   And then around 1999, the year 2000 Sunlight was
18        acquired and renamed what, Sun Valley?  Is that
19        what happened?
20   A.   Sun Valley, correct.
21   Q.   Tell me about that.
22   A.   Sunlight, Incorporated was foreclosed on by the
23        bank in December of '99 and a group of investors
24        came in and bought the assets from the bank and
25        started Sun Valley in January 2000.
```

1   Q.   At that point what was your position with Sun

2       Valley?

3   A.   They kept me on board as general manager of the

4       Truck Camper Division, and they hired another

5       person, I believe, to run the Travel Trailer

6       Division.

7   Q.   Go ahead and fill me in on your positions with

8       Sun Valley.

9   A.   I was head of the Truck Camper Division for about

10      a year.  They decided that I needed to be put

11      in -- run the whole company, so they put me in

12      charge of everything, travel trailers, truck

13      campers, the whole company.  And that was

14      probably March of 2001, something like that.  So

15      at that point, I became president of Sun Valley

16      and ran it until 2008.

17   Q.   So from approximately March 2001 until 2008 you

18      were president of Sun Valley, Incorporated?

19   A.   Correct.

20   Q.   And that put you over or in charge of also the

21      Travel Trailer Division as well?

22   A.   Everything that Sun Valley built.

23   Q.   What happened in 2008?

24   A.   The economy.

25   Q.   Go ahead and, if you would, elaborate.

16

```
 1  A.    The economy hit us pretty hard.  We had to make a
 2        decision whether to keep it running, put more
 3        money into it.  And we made that determination
 4        that it wasn't worthwhile to do it, so we ended
 5        up closing Sun Valley down in December of 2008.
 6  Q.    What was it that led to the company's, I guess,
 7        closing down in December of 2008?
 8  A.    Fuel pricing, interest rates -- not so much
 9        interest rates, but retail customers not being
10        able to get financed, dealer end of it;
11        everything tightened up, so the dealers were
12        getting foreclosed on by their banks, so there
13        was a lot of buy-backs that ended up hitting us
14        pretty hard that year, so buy-back, buying back
15        inventory that might be two or three years old
16        at full price, buying it back and then having to
17        resell it at a discount, it just hurt our
18        pocketbook, the cash flow.
19  Q.    Explain to us the buy-back, I guess, protocol in
20        y'all's industry.
21  A.    Typically, an RV dealer will buy travel trailers
22        through either a local bank or a lot of national
23        firms, GE is one of them, they would buy that.
24        And to get that credit line they'd have a
25        manufacturer sign that they would buy it back
```

17

```
 1            after a certain period, depending on the bank or

 2            whatever.

 3                 That period depended on what the bank

 4            decided they wanted to do and what we could

 5            negotiate with them.  But if the dealer went into

 6            default for any reason, the manufacturer would

 7            have to buy back that product.

 8                 So, you know, with the economy downturn and

 9            not selling anything and stuff sitting there, a

10            lot of dealers were folding.  So that's what the

11            buy-back is.

12   Q.   And when you were president of Sun Valley, what

13        kind of products did it manufacture?

14   A.   Again, truck campers, travel trailers.  We were

15        building tent campers, but that stopped with

16        Sunlight, we didn't build them with Sun Valley.

17   Q.   And throughout the time that Sun Valley was in

18        existence where was it located?

19   A.   In Elkhart, like 23 miles from South Bend.

20   Q.   Throughout the years has Sun Valley always used

21        the same manufacturing process to develop and --

22        design and develop its travel trailers?

23   A.   Yeah, since '84 we've built the trailers the same

24        way, just different shapes, that's it.

25   Q.   What about in terms of the raw materials?
```

18

1   A.   Raw materials never changed.  I mean, you know,

2        obviously, we changed wood panel color and

3        fabrics.  But, you know, as far as buying

4        specific raw materials that were different, no,

5        it was all the same.

6   Q.   When Sun Valley would sell its trailers, who

7        would it typically sell its trailers to?  And by

8        that I mean was it the general public or

9        wholesalers, distributors?  How would it do its

10       business?

11  A.   Distributors.  Distributors.  We never sold

12       retail.  We sold to distributors and the

13       distributors would sell to the retail.

14  Q.   What, if any, type of inspection process did

15       Sun Valley have with respect to the trailers that

16       it manufactured?

17  A.   We set up an inspection system that started from

18       the beginning of the production line all the way

19       to the end.  So they were checking and making

20       sure that everything was up to code and within

21       specs.

22  Q.   So you had persons designated for that particular

23       purpose --

24  A.   Correct.

25  Q.   -- throughout the line?

21

```
 1              What I want to do now is talk about the
 2         RVIA.  Are you familiar with that?
 3    A.   Recreational Vehicle Association?  Yes.
 4    Q.   Who is the Recreational Vehicle Industry
 5         Association?
 6    A.   It's a government -- governing body that is --
 7         they come in on a regular basis and, if you're a
 8         member, they inspect your trailers, make sure
 9         they're up to code, your electrical, your
10         plumbing, everything that needs to be inspected.
11    Q.   Was this a recreational vehicle industry that
12         promulgated various standards for companies like
13         Sun Valley to comply with --
14    A.   Yes.
15    Q.   -- if it belonged to it?
16    A.   Yes.
17    Q.   Did Sun Valley ever belong to the RVIA?
18    A.   Yes.
19    Q.   Throughout the whole time that you were there,
20         from 2001 through 2008?
21    A.   Correct.
22    Q.   And what would the RVIA do to make sure that its
23         members, such as Sun Valley, were complying with
24         its standards?
25    A.   Well, on a regular basis -- and I would -- I'm
```

22

```
 1        not sure if it's monthly, every other month --
 2        they would come in and inspect our physical
 3        plants, product that's on the production line,
 4        finished goods that are sitting in our waiting-
 5        to-ship area they would inspect to make sure
 6        they're up to code, find any deviations that we
 7        would have, we'd have correct them, send them
 8        back a letter saying what we did to correct them.
 9              But they kept that on a regular basis.  And
10        they also did -- you had schools that you could
11        take your -- send your people to so they could
12        educate -- get educated on all the codes, also.
13  Q.    And so the governing board, or the RVIA or their
14        inspectors, would come by the Sun Valley plant
15        from time to time --
16  A.    Correct.
17  Q.    -- to make sure that the trailers you all were
18        building complied with their industry standards?
19  A.    Correct.
20  Q.    At any time when you were with Sun Valley did the
21        RVIA ever issue any complaints or citations to
22        Sun Valley regarding formaldehyde?
23  A.    No.
24  Q.    Did Sun Valley build its trailers in accordance
25        with the RVIA standards?
```

23

1    A.    Yes.

2    Q.    You've been in this business, it looks like, from

3          around 1984 through at least 2008.  That's about

4          24 years, correct?

5    A.    Correct.

6    Q.    Given that experience, are you familiar with the

7          industry standards, regulations and codes that

8          pertain to the design and manufacture of travel

9          trailers?

10   A.    Yes.

11   Q.    Throughout the time that Sun Valley was producing

12         its travel trailers -- which was from 2001

13         through the end of 2008, correct?

14   A.    Correct.

15   Q.    -- throughout that entire time, were there ever

16         any industry standards, such as the RVIA

17         standards, codes or regulations that limited the

18         amount of formaldehyde that could be emitted

19         within travel trailers?

20   A.    No.

21   Q.    Throughout the period of time when Sun Valley was

22         making its travel trailers, from 2001 through

23         that time period that you talked about when they

24         closed its doors, were there ever any type of

25         codes, standards, guidelines or regulations that

24

```
1        limited the amount of formaldehyde that could be
2        contained within travel trailers' raw materials;
3        such as, wood products?
4   A.   No.
5   Q.   I now want to talk about the Owner's Manual.  As
6        I understand it, Sun Valley had an owner's manual
7        for its travel trailers.
8   A.   Correct.
9   Q.   Explain to me how this Owner's Manual would make
10       its way to the ultimate purchaser or user of the
11       travel trailer.
12  A.   The Owner's Manual is shipped with the travel
13       trailer to our distributor.  The distributor is
14       supposed to then pass it on to the end user and
15       explain it to them.  And that's how the end user
16       got the Owner's Manual.
17  Q.   And these distributors who Sun Valley would sell
18       its trailers to, they were not employees of Sun
19       Valley, were they?
20  A.   No.  No.
21  Q.   The document that I'm going to hand to you, it's
22       marked -- I'm going to mark it as Exhibit Sun
23       Valley 3, it bears Bates label 01-00120 through
24       01-00159.
25            (Sun Valley Deposition Exhibit 3
```

29

1      Manual, I take it there's no mention in here at

2      all about formaldehyde; is that correct?

3  A.  That is correct.

4  Q.  And why is that?

5  A.  Because it's a non-issue.

6  Q.  Explain to me that.

7  A.  It never became an issue.  It never was an issue.

8      And I've used the trailers for years and I've

9      never had an issue.

10 Q.  So from the time that you were involved in the RV

11     business; in particular, the travel trailers,

12     when you were with Sunlight back in '84, all the

13     way through the time that Sun Valley closed its

14     doors in December 2008, was formaldehyde ever an

15     issue within the RV industry?

16 A.  No.

17               MR. MILLER:  Objection.

18          Foundation.

19 BY MR. MAGGIO:

20 Q.  If formaldehyde was an issue in the travel

21     trailer business while you were involved in it

22     with Sunlight or Sun Valley, would you be aware

23     of it?

24 A.  Yes.

25 Q.  Did you ever find it to be an issue with any of

1        the trailers that Sun Valley manufactured?

2   A.   No.

3   Q.   In any of the ones that Sunlight manufactured?

4   A.   No.

5   Q.   And I take it -- do you have personal use or

6        personal experience with travel trailers of your

7        own?

8   A.   Travel trailers, truck campers.  I have used them

9        ever since I've been a kid.  I've used them

10       during Sunlight days.  And I personally own one

11       of the Sun Valley travel trailers.

12  Q.   The Sun Valley travel trailer that you own, when

13       was it manufactured?

14  A.   2008.

15  Q.   Now, I know that you were the president of the

16       company.  Does that mean that you got the special

17       presidential travel trailer?  Or what type of

18       trailer did you have?

19  A.   Same as everybody else's.  Same as -- you could

20       have bought that one.

21  Q.   What size/type of travel trailer did you have?

22       Or do you have?

23  A.   It's a 30-foot travel trailer -- actually,

24       probably about 32 feet, and it's got a slide-out

25       on it.  Very similar to travel trai-- every

45

```
 1   A.   No.

 2   Q.   Had you ever even heard of that back then?

 3   A.   No.

 4   Q.   And you'd been in this business since '84.

 5   A.   Correct.

 6   Q.   Did any of our customers or distributors ever

 7        request that we test the trailers --

 8   A.   No.

 9   Q.   -- for any kind of formaldehyde levels?  You

10        know, when we got finished with the manufacturing

11        process.

12   A.   No.  They just wanted travel trailers.  We needed

13        to get them as quickly as possible.

14   Q.   That's just the way y'all made y'all's trailers.

15   A.   Yep.

16   Q.   And the process never changed over the years.

17   A.   Never changed.

18   Q.   Did Sun Valley ever receive complaints from

19        anybody, whether it was customers, distributors,

20        even employees, about any kind of formaldehyde in

21        the travel trailers?

22   A.   No.

23   Q.   Did Sun Valley at any time manufacture or sell

24        travel trailers to FEMA for use for any of the

25        hurricanes?
```

45

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Had you ever even heard of that back then? |
| 3 | A. | No. |
| 4 | Q. | And you'd been in this business since '84. |
| 5 | A. | Correct. |
| 6 | Q. | Did any of our customers or distributors ever |
| 7 | | request that we test the trailers -- |
| 8 | A. | No. |
| 9 | Q. | -- for any kind of formaldehyde levels?  You |
| 10 | | know, when we got finished with the manufacturing |
| 11 | | process. |
| 12 | A. | No.  They just wanted travel trailers.  We needed |
| 13 | | to get them as quickly as possible. |
| 14 | Q. | That's just the way y'all made y'all's trailers. |
| 15 | A. | Yep. |
| 16 | Q. | And the process never changed over the years. |
| 17 | A. | Never changed. |
| 18 | Q. | Did Sun Valley ever receive complaints from |
| 19 | | anybody, whether it was customers, distributors, |
| 20 | | even employees, about any kind of formaldehyde in |
| 21 | | the travel trailers? |
| 22 | A. | No. |
| 23 | Q. | Did Sun Valley at any time manufacture or sell |
| 24 | | travel trailers to FEMA for use for any of the |
| 25 | | hurricanes? |

50

1                    MR. MILLER:  Hold on.

2              Objection.  Form.  Go ahead.

3    BY MR. MAGGIO:

4    Q.   One of the rea-- explain to me some of the

5         reasons why Sun Valley did not make travel

6         trailers for FEMA's use.

7                    MR. MILLER:  Objection.  Asked

8              and answered.

9                    MR. MAGGIO:  You can answer.

10                   THE WITNESS:  The biggest

11             reason was we didn't have the

12             production capabilities to do it,

13             and we didn't want to build a

14             special travel trailer for FEMA.

15   BY MR. MAGGIO:

16   Q.   Were you aware that some of the Sun Valley travel

17        trailers wound up being used for hurricane relief

18        efforts?

19   A.   Yes.

20   Q.   Did Sun Valley's manufacturing process of its

21        travel trailers ever change for the travel

22        trailers during the post-Hurricane-Katrina time

23        period?

24   A.   No.

25   Q.   I want to direct your attention to some of the

1           specific allegations in one of the lawsuits.

2           This one is Bates labeled Sun Valley 01-00001

3           through 01-00036.

4                Again, I'm not going to go through every one

5           of these allegations, there's a hundred and

6           something allegations.  But I do want to direct

7           your attention to a few of them.

8    A.    Okay.

9    Q.    In particular, if you turn to page five,

10          paragraph 17, it says, "FEMA contracted with the

11          Manufacturing Defendant" -- which in this case is

12          Sun Valley -- "to purchase thousands of the

13          housing units, primarily travel trailers, for

14          provision to the Named Plaintiffs as temporary

15          housing."  Is that true?

16   A.    That's incorrect.  No, we did not.

17   Q.    Did FEMA contract with Sun Valley to purchase any

18          housing units; such as, travel trailers?

19   A.    No, we di-- they did not.

20   Q.    Paragraph 18 says, according to the Plaintiffs'

21          lawsuit, "On information and belief,

22          Manufacturing Defendant" -- which is Sun Valley

23          -- "expedited production of these housing units,

24          and, on information and belief, resorted to using

25          substandard materials and/or employing irregular

52

```
 1            practices during the manufacturing process..."
 2                 Is any of that accurate?
 3   A.    No.  Not at all.  Not at all.
 4   Q.    Did Sun Valley ever expedite the production of
 5         its travel trailers for any of these purposes?
 6   A.    No.
 7   Q.    Did y'all ever use substandard materials?
 8   A.    No.
 9   Q.    Did you ever employ irregular practices?
10   A.    No.
11   Q.    Paragraph -- I'm sorry -- yes, paragraph 24 of
12         the lawsuit, on page seven alleges that,
13         "Pursuant to federal law, the defendants" --
14         which is Sun Valley -- "is required to display a
15         'Health Notice' about exposure to formaldehyde
16         which reads," and then it goes on to talk about
17         an "Important Health Notice" involving
18         formaldehyde.
19              Was that ever required of Sun Valley?
20   A.    No.
21                   MR. MILLER:  Hold on.
22                Objection.  Foundation.  Calls for
23                legal conclusion.
24   BY MR. MAGGIO:
25   Q.    Did any entity, industry standard, code,
```

1          customer, anybody, anyone, ever request or

2          require Sun Valley to put up any kind of health

3          notice about formaldehyde in its travel trailers

4          or its owner manual?

5                         MR. MILLER:  Objection.

6                   Foundation.  Go ahead.

7                         THE WITNESS:  No.

8     BY MR. MAGGIO:

9     Q.    If there were any kind of industry standards in

10          existence that required a health notice

11          involving formaldehyde when Sun Valley was making

12          its travel trailers, would you have known about

13          it?

14    A.    Ye--

15                        MR. MILLER:  Objection.

16                  Foundation.

17                        THE WITNESS:  Yes.

18    BY MR. MAGGIO:

19    Q.    How would you have known about it?

20    A.    Through RVIA.

21    Q.    And through your experience in the business?

22    A.    Sure.

23    Q.    And did anybody ever request of Sun Valley that

24          it display a health notice about formaldehyde in

25          its trailer or its owner manual?

54

1  A.   No.

2  Q.   The last paragraph that I want to direct your

3       attention to is paragraph 101 on page 27.  It

4       says, "Each Named Plaintiff was an intended and

5       foreseeable user of the alleged defective

6       products..."

7            Did you or Sun Valley ever have any

8       knowledge that its trailers, travel trailers,

9       were going to be used for a full-time residential

10      purpose for more than three months?

11 A.   No.

12 Q.   That document is going to be marked Exhibit Sun

13      Valley 6.  That'll be introduced as my next

14      exhibit.

15           (Sun Valley Deposition Exhibit 6

16            marked for identification.)

17              MR. MAGGIO:  And we're going

18           to take a quick break.

19              THE WITNESS:  Okay.

20              VIDEOGRAPHER:  Off the record

21           at 10:10 a.m.

22           (A brief recess was taken.)

23              VIDEOGRAPHER:  We're now back

24           on the record at 10:17 a.m.  Please

25           continue.

1                    MR. MAGGIO:  Mr. Romanetz,

2               again, Brent Maggio.  I have no

3               other questions for you, sir.  Thank

4               you.  I'll tender you to Plaintiffs'

5               counsel for questioning.  Thank you.

6                    THE WITNESS:  Okay.

7                    MS. WRIGHT:  Okay.  Does

8               anybody want to go before me?

9                    MR. MILLER:  No.

10                    MS. WRIGHT:  No?  Okay.

11                    CROSS-EXAMINATION

12   BY MS. WRIGHT:

13   Q.    I'm sorry, is it Romanov?

14   A.    Romanetz.

15   Q.    Romanetz.  Hi.  My name's Shari Wright, and I'm

16         representing the Plaintiffs.

17   A.    Hi, Shari.

18                    MR. MAGGIO:  You kind of faded

19               out just now, Shari.

20   BY MS. WRIGHT:

21   Q.    Let me turn this up and see if that works better.

22          I've just got a few questions, Mr. Romanetz.

23         First of all, you said that you are a member of

24         the RVIA; is that correct?

25   A.    Sun Valley, Incorporated was.

56

1   Q.   Sun Valley, Incorporated was.  But you were the

2         president of Sun Valley for a long period of

3         time, correct?

4   A.   Seven years.  Correct.

5   Q.   Seven years.  Did you ever send any of your

6         employees to the schools or the classes that the

7         RVIA had?

8   A.   I don't know.

9   Q.   Did you ever attend one yourself?

10   A.   No.

11   Q.   So you really don't know if formaldehyde was an

12         issue to them or not; is that correct?

13                MR. PENOT:  Objection.

14                THE WITNESS:  Well, we get

15            updates from RVIA on any issues that

16            are coming up.  We get that on a

17            monthly basis.  Plus, the inspection

18            crew which comes in, like I said, I

19            believe every month or every other

20            month would keep us apprized of

21            those -- any issues that come up.

22   BY MS. WRIGHT:

23   Q.   Was it your job to choose the raw materials that

24         were used in the manufacture of the travel

25         trailers?

79

1        have to jack them up using a properly rated

2        hydraulic jack?

3   A.   You ha-- if you're going to adjust brakes, you

4        would need to at least get the tire off the

5        ground to adjust -- with the star on the back of

6        the hub, adjust it up or down to tighten it or

7        loosen it.  So you will have to get the tire off

8        the ground.  So you will have to jack the trailer

9        up.

10  Q.   Okay.  And that's just an anticipated --

11  A.   It's a standard operating procedure.

12  Q.   And by putting a travel trailer on -- well,

13       strike that.

14            Were you aware of FEMA's contractual

15       requirements with the contractors in this case to

16       haul and install the trailers and how they had to

17       be set up on blocks for the people who were going

18       to be occupying the units?

19  A.   No, I did not.

20            (Sun Valley Deposition Exhibit 7

21             marked for identification.)

22  BY MR. MAGGIO:

23  Q.   I'd like to mark as Exhibit Number 7, a document

24       that's entitled:  "Exhibit 7 Travel Trailer

25       Installation."  This is a part of the contract

1        between FEMA and CH2M Hill.  It's also a part of

2        the contract between FEMA and Fluor and Shaw and

3        Bechtel.

4  A.   Okay.

5  Q.   So I take it you've never seen FEMA's

6        specifications regarding travel trailer

7        installation.

8  A.   No, I have not.

9  Q.   If I could just draw your attention to paragraph

10       2.1.2., "Blocking and Leveling."  And you'll see

11       there it says that -- starting on the second

12       sentence, "Travel trailers shall be set-up on

13       concrete piers and after the weigh of the travel

14       trailer is transferred to the piers, if the unit

15       is not leveled properly the contractor will

16       reinstall the unit at no additional cost to the

17       government.  The travel trailer set-up will also

18       include a minimum of six piers (three on each

19       side) evenly spaced.  The end piers should not be

20       directly on the end of the unit, but

21       approximately six inches off the edge of the

22       unit."

23          It then goes on to explain a base for the

24       pier that's required.  And rather than my reading

25       the rest, if you could just read the next two

1    A.    -- I hate to use the word overkill, but this is

2          overkill.  But yes.

3    Q.    What do you mean by "overkill"?

4    A.    You don't need all that support.

5    Q.    So it's more than you need but it's --

6    A.    Yeah.

7    Q.    -- good support.

8    A.    It's solid.

9    Q.    Did you ever speak to anyone from CH2M Hill about

10         installation of travel trailers for FEMA?

11   A.    Who?

12   Q.    At CH2M Hill.

13   A.    No.

14   Q.    I guess that's your answer.  Or to Fluor?

15   A.    No.

16   Q.    Bechtel?

17   A.    No.

18   Q.    Shaw?

19   A.    Don't even know them.

20   Q.    Okay.  Do you know why FEMA would specify to put

21         trailers on blocks for these relief efforts?

22   A.    No.

23   Q.    Did Sun Valley ever tell FEMA or anybody that

24         jacking or lifting trailers or putting them on

25         concrete blocks was not a good idea and shouldn't

86

1      be done?

2  A.   No.

3  Q.   Because that isn't true; it's not a bad idea and

4      it's a way that it is typically done.

5  A.   Do it every weekend I go camping.

6  Q.   Now, going back to the Owner's Manual, which I

7      think was number --

8              MR. MILLER:  Three.

9  Q.   -- three.  There's nothing in the Sun Valley

10      Owner's Manual or otherwise that prohibits

11      jacking the units on appropriately rated

12      hydraulic jacks and placing them on piers, right?

13  A.   Correct.

14  Q.   There's nothing in the Owner's Manual or

15      otherwise that prohibits placing the travel

16      trailers on concrete blocks, right?

17  A.   No.

18  Q.   And the Owner's Manual doesn't contain or give

19      any instructions for how to hoist or how to lift

20      a Sun Valley travel trailer to a height that

21      brings the wheels off the ground.

22  A.   No.

23  Q.   If I refer you to page 15 of the travel manual,

24      under "General Maintenance."

25  A.   Okay.

1  Q.  It says here, "Reporting Safety Defects."  And it

2      says here, "If you believe that your vehicle has

3      a defect that could cause a crash or could cause

4      injury or death, you should immediately inform

5      the National Highway Traffic Safety

6      Administration (NHTSA) in addition to notifying

7      Sun Valley, Inc."  Is that right?

8  A.  That's correct.

9  Q.  People -- you basically instructed people who

10     purchased these units or occupied these units to

11     contact you if they had any cause of concern

12     about injuries or death that might be caused by

13     your travel trailers.

14  A.  Correct.

15  Q.  Did you ever get any complaints about

16     formaldehyde in the entire history of the

17     company?

18  A.  No.

19  Q.  Any complaints about noxious odors that caused

20     the eyes to tear or respiratory problems?

21  A.  No.

22  Q.  As we sit here today do you believe that the

23     travel trailers -- the seven thousand travel

24     trailers you produced were good, safe products?

25  A.  Yes.  That's why I own one.