```
                                                                    1

              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER                )
FORMALDEHYDE PRODUCTS LIABILITY)
LITIGATION,                        )
                                   ) MDL NO. 1873
_____) SECTION N (5)
THIS DOCUMENT RELATES TO:          ) JUDGE: ENGELHARDT
This document applies to all       ) MAGISTRATE JUDGE:
cases.                             )    CHASEZ
_____)


    The Videotaped Deposition of Doreen Staines

         Date:    Thursday, March 17, 2011

         Time:    3:00 o'clock p.m.

         Place:   Baker & Daniels
                  202 South Michigan Street
                  Suite 1400
                  South Bend, Indiana



         Called as a witness by Sun Valley, Inc.,

         in accordance with the Federal Rules

         of Civil Procedure for the United States

         District Court, Eastern District of

         Louisiana, pursuant to Notice.



Before Brenda L. Davis, CSR, RPR, RMR, and Notary
Public, Porter County, Indiana
```

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242


EXHIBIT B

14

1  the prints that they use to build the coach.
2 Q. And was there also an inspection process while
3    the trailers were being built?
4 A. Yes.
5 Q. Can you explain that to me?
6 A. We had an internal inspection that had inspectors
7    that would inspect it from the time the frame
8    came in to the time it went out the door. They
9    were looking for anything that the employees
10   might have done wrong, as far as scratching, or
11   maybe they didn't put the electrical where it was
12   supposed to.
13       We follow RVIA code. And a lot of their
14   duties was to make sure that the codes were
15   followed underneath, where the people couldn't
16   see things, and then they also inspected the
17   pretties.
18 Q. Okay. And you said this was done internally by
19   Sun Valley employees?
20 A. Yes.
21 Q. And so these Sun Valley employees, they were
22   inspecting the trailers as they came off the
23   production line and during the production line to
24   make sure that the trailers complied with the
25   design prints that you put together?

1  A.  Uh-huh.
2              MR. MILLER:  Objection.
3         Argumentative.
4  BY MR. MAGGIO:
5  Q.  Let me rephrase the question for you.  The Sun
6       Valley employees who inspected the travel
7       trailers as they were being built and coming off
8       the production line, what did they do, if
9       anything, to make sure that those trailers
10      complied with the design drawings and design
11      prints that you put together?
12 A.  They -- we call them "quality inspectors."  And
13      if they found anything they didn't like or didn't
14      look good or was wrong, they have -- we call it
15      "red tape," they have a roll of red tape, and
16      they would mark it and then call whichever
17      department had made that mistake to come and fix
18      it.
19 Q.  And these Sun Valley quality insurance insp--
20      quality assurance inspectors, what, if anything,
21      did they do to make sure that these trailers
22      during the production process complied with the
23      RVIA standards?
24 A.  Most of them have to know the general RVIA codes,
25      which are to make sure that plumbing meets RVIA

16

```
 1            standards, electrical meets RVIA standards.  If
 2            they see something that's wrong, then they would
 3            mark it and they would have to come fix it.
 4      Q.    And did Sun Valley, in fact, belong to the RVIA
 5            when you were an employee there?
 6      A.    Yes.
 7      Q.    What, if anything, did the RVIA do over at Sun
 8            Valley to make sure that it complied with the
 9            RVIA standards?
10      A.    They came in, they would tell you, anywhere
11            between four to six weeks.  They would come and
12            they would do a plant inspection where they would
13            walk around, make sure that all the rules were
14            being followed.  And if they weren't being
15            followed, then they would basically write you up.
16      Q.    And you were involved with this process?
17      A.    Somewhat, yes.
18      Q.    And during the time that they performed these --
19            the RVIA performed these inspections while you
20            were working there at Sun Valley, did the RVIA
21            ever issue any type of citations or complaints
22            involving formaldehyde involving any of the
23            travel trailers?
24      A.    No.
25      Q.    And while you were working there, over at Sun
```

```
                                                                    17
 1         Valley, were there ever any complaints involving
 2         formaldehyde with any of the travel trailers?
 3   A.    No.
 4   Q.    None of the employees ever complained about
 5         formaldehyde?
 6   A.    No.
 7   Q.    I take it that you were even -- would see the
 8         trailers being made.
 9   A.    Uh-huh.
10   Q.    Is that a yes?
11   A.    Yes.
12   Q.    And during the time that you would go over there
13         and observe the trailers being made, did you
14         ever have any problems with formaldehyde odors?
15   A.    No.
16   Q.    Did you ever have any kind of problems with your
17         eyes, ears, nose or throat when you would be
18         involved in observing the production process of
19         the trailers?
20   A.    No.
21   Q.    And throughout the time that you worked for Sun
22         Valley did the manufacturing process of the
23         travel trailers, did it ever change in any way?
24   A.    No.
25                  MR. MAGGIO:  All right,
```