# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Daniel Morrison*
*March 17, 2011*

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana  46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File Morrison Daniel.txt
Min-U-Script® with Word Index



EXHIBIT C

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            )
FORMALDEHYDE PRODUCTS LIABILITY)
LITIGATION,                    )
                               ) MDL NO. 1873
_____) SECTION N (5)
THIS DOCUMENT RELATES TO:      ) JUDGE: ENGELHARDT
This document applies to all   ) MAGISTRATE JUDGE:
cases.                         )    CHASEZ
_____)


The Videotaped Deposition of the Corporate

   Representative of Sun Valley, Inc., through

   Daniel M. Morrison

          Date:   Thursday, March 17, 2011

          Time:   9:00 o'clock a.m.

          Place:  Baker & Daniels
                  202 South Michigan Street
                  Suite 1400
                  South Bend, Indiana


          Called as a witness by Sun Valley, Inc.,

          in accordance with the Federal Rules

          of Civil Procedure for the United States

          District Court, Eastern District of

          Louisiana, pursuant to Notice.


Before Brenda L. Davis, CSR, RPR, RMR, and Notary
Public, Porter County, Indiana

52

1 Q. In this statement there, second paragraph, it
2 says, "All Sun Valley, Inc. recreational vehicles
3 are engineered, manufactured, inspected and
4 tested to meet or exceed all the safety standards
5 enforced by the Recreational Vehicle Industry
6 Association (RVIA) or by the Canadian Standards
7 Association (CSA)." Do you see that?
8 A. I do.
9 Q. That's what you were referring to earlier; is
10 that correct?
11 A. Yes, sir.
12 Q. And did the RVIA come in and do inspections of
13 the units?
14 A. RVIA and CSA, both.
15 Q. And if there were any deficiencies, would you
16 correct those deficiencies?
17 A. Yes.
18 Q. And do you agree that all of the units that you
19 manufactured and sold to dealers met or exceeded
20 all the safety standards issued by RVIA?
21 A. Yes, sir.
22 Q. The next paragraph goes on to say, "Sun Valley
23 builds the best towable recreational vehicles in
24 the marketplace." Do you see that?
25 A. I do.

49

|     |     |                                                                 |
|-----|-----|-----------------------------------------------------------------|
| 1   |     | manufacture a safe product?                                     |
| 2   | A.  | Yes, sir.                                                       |
| 3   | Q.  | And by that it would mean a product where, if                   |
| 4   |     | someone bought it from you, they could be assured               |
| 5   |     | that if they lived in there, spent time in                      |
| 6   |     | there, they wouldn't get sick from just living or               |
| 7   |     | being in there.                                                 |
| 8   | A.  | Yes, sir. Can I add to that --                                  |
| 9   | Q.  | Oh, please.                                                     |
| 10  | A.  | -- as well? The nice thing about our industry,                  |
| 11  |     | we built everything RVIA code, which was -- and                 |
| 12  |     | inspected by a third party. So we felt very                     |
| 13  |     | confident and very comfortable that we were                     |
| 14  |     | building a product just like all the other                      |
| 15  |     | manufacturers, which RVIA stood by, the industry.               |
| 16  | Q.  | And to the extent that the government or FEMA                   |
| 17  |     | purchased any of these units for use in the                     |
| 18  |     | Gulf Coast area, they would have purchased those                |
| 19  |     | from your dealers; is that correct?                             |
| 20  | A.  | Yes, sir.                                                       |
| 21  | Q.  | If they bought new units, they would have had to                |
| 22  |     | buy it from your dealers.                                       |
| 23  | A.  | They would have had to purchase them through our                |
| 24  |     | dealers. Yes, sir.                                              |
| 25  | Q.  | And in so buying those units they would have been               |

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Doreen Staines*
*March 17, 2011*

*Midwest Reporting, Inc.*
1448 Lincolnway East
South Bend, Indiana  46613
574-288-4242
reporters@midwestreporting.net

Original File staines doreen.txt
Min-U-Script® with Word Index