CHARLES MARSHALL
1/5/2011

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER      * MDL NO. 1873
        FORMALDEHYDE      *
        PRODUCTS          * SECTION: N (5)
        LIABILITY         *
        LITIGATION        * JUDGE: ENGELHARDT
                          *
THIS DOCUMENT RELATES     *
TO: (Irma Miller, et al   * MAG. JUDGE CHASEZ
v. Sun Valley, Inc.,      *
et al, Docket No.         *
09-5658)

*********************************************

ORIGINAL


        Video deposition of CHARLES MARSHALL,

taken at the Law Offices of Gainsburgh,

Benjamin, David, Meunier & Warshauer, LLC,

2800 Energy Centre, 1100 Poydras Street, New

Orleans,  Louisiana 70163, on the 5th day of

January 2011.



CHARLES MARSHALL
1/5/2011

Page 178

1    A.        No.  By the summer of '06, no.

2    Q.        How many months after

3    January 2000 -- I'm sorry.  How many months

4    after January 2006 was it when you learned

5    that this is formaldehyde I'm smelling?

6    A.        Closer to maybe the end of the

7    year or the first part of the following year

8    when -- because from 1st of the year, when you

9    talking January of '06, from that time on

10   through the ensuing year, there was a talk of

11   FEMA selling the trailers in the latter part

12   of that year.  That's why I know it was after

13   that.

14   Q.        So you first learned that this

15   offensive smell was formaldehyde around

16   December of 2006 or --

17   A.        Uh-huh (affirmative response).

18   Q.        -- early 2007?

19   A.        Right.

20   Q.        And you said you don't have any

21   photographs of the inside or the outside of

22   your trailer, correct?

23   A.        No.

24   Q.        Did your -- I assume your trailer

25   had an owner's manual in it?

CHARLES MARSHALL
1/5/2011

Page 179

1      A.      No.  My trailer had a card that I
2  remember, which gave me instructions and a
3  number to call for emergency purposes.  I
4  don't remember a manual.
5      Q.      There was a FEMA emergency number
6  if you had a problem?
7      A.      Yes.
8      Q.      So you don't recall ever seeing
9  an owner's manual that went along with the
10 trailer?
11     A.      No.
12     Q.      Did you ever ask anybody, "Hey,
13 where is the owner's manual?"
14     A.      No.
15     Q.      Any particular reason why not?
16     A.      Well, simply because I thought
17 everything in there I basically knew how to
18 use.  You know, it's -- it was simple to turn
19 the air on, simple to use the crank for the
20 TV, and the stove, I mean, on and off,
21 there's -- I didn't see a need, you know.  I
22 mean, maybe that's why they didn't give me
23 one.  I don't know.  I didn't ask.
24     Q.      Had you ever lived in a travel
25 trailer or mobile home or trailer or anything