
# REPORT OF LAWRENCE G. MILLER, M.D.,M.P.H. IN THE MATTER OF CHARLES MARSHALL

I am writing concerning Mr. Charles Marshall. I have been asked to provide an opinion concerning his state of health as it relates to exposure to formaldehyde while residing in a FEMA-provided trailer. My opinion is based on my personal knowledge, education and experience. I am a licensed physician and am Board-certified in Internal Medicine, Pulmonary Disease and Clinical Pharmacology. I received the M.P.H. degree in Environmental Health.

I have reviewed medical records provided concerning Mr. Marshall and the report of Dr. Patricia Williams. I also spoke with Mr. Marshall on the telephone.

Mr. Marshall is a 70 year old African American male with a history of hypertension and other medical problems. He reported that he had a history of allergies and asthma dating back approximately 40 years. At that time, he reported that he had asthma symptoms, primarily wheezing, for 7-8 years. His symptoms resolved when he began to exercise and improved his fitness. He recalled no recurrence until he moved into the FEMA trailer after Katrina in early 2006. Soon after moving in, he reported that he began to experience intermittent wheezing, and was given and albuterol inhaler. He had an episode of pneumonia in 2006. He reported that he continued to have intermittent asthma symptoms, including occasional episodes where he was forced to stop and rest due to wheezing and dyspnea. In early 2008 reported increased wheezing during a medical visit. Since leaving the trailer, his asthma symptoms have persisted, primarily intermittent wheezing, with fewer severe episodes. He has continued to use his albuterol inhaler intermittently. There is no other history of respiratory illness. He has occasional episodes of sneezing, nasal congestion and coryza, non-seasonal, treated with OTC medications. He smoked less than one ppd for about 1 year about 40 years ago. He has not smoked since that time. There is no family history of asthma or respiratory disease.

As noted above, he has a history of hypertension, treated with various medications including calcium channel blockers. He also has a history of peripheral edema and degenerative arthritis, which limits his activity. Other medical problems include erectile dysfunction, treated with several medications.

Medical records indicate no specific triggers for his asthma, and no associated exposures.

He currently works as a chauffeur for a senior citizens recreation center for about 2 years. Prior to that he worked as a bail bondsman for about 25 years. Prior to that, he


EXHIBIT G

sold cars, worked as an insurance agent, and sold clothes. He reported no occupational exposures.

Formaldehyde in housing has been an issue of longstanding concern. Formaldehyde is a common component of hardwood plywood, particle board, composition board, medium density fibreboard, carpeting, glues, resins and other construction materials. Studies summarized in the CDC Report (2008; see below) indicate that formaldehyde emission rates in housing are greater in newer housing compared to older housing, and are relatively constant during the first 8 months post-construction, declining subsequently, although emissions can continue for prolonged periods. Formaldehyde emissions in housing vary with temperature, humidity and ventilation.

As is widely known, in the aftermath of Hurricane Katrina, severe damage to the homes of many families led to the provision of temporary housing by the Federal Emergency Management Agency (FEMA). This temporary housing, collectively referred to as "FEMA trailers", led to the exposure of residents to potentially toxic substances, including formaldehyde. In July 2008, the Federal Centers for Disease Control issued a report describing exposures to formaldehyde in occupied FEMA trailers. This report was based on air sampling of formaldehyde in a random sampling of 519 occupied trailers, involving a 1-hour continuous indoor air sample, and spot measurements of indoor temperature and humidity. These measurements were undertaken during the winter months.

The CDC sampling data indicated a mean (geometric) formaldehyde level of 77 ppb, with a range from 590 ppb, with some variation based on type of trailer. Some trailers of all types had formaldehyde levels greater than 100 ppb. The CDC also surveyed other activities with the potential to alter formaldehyde emissions, including smoking, cooking, use of fragrances, use of construction materials and ventilation.

As the CDC Report discusses, formaldehyde levels measured during this study are likely to underestimate past levels, in part due to higher expected emissions with increased temperature and humidity, in part due to higher expected emissions when the trailers were first placed into use.

In the case of Mr. Marshall, the formaldehyde data indicate the presence of a "completed exposure pathway", that is, a source of contamination, a means by which contamination becomes present in the environment, a source of exposure, routes of exposure and an exposed population.

The health effects of formaldehyde have been widely studied for decades (ATSDR Profile, 1999; Feinman, 1988). Acute exposure to formaldehyde produces irritation in the eyes and upper respiratory tract. Chronic exposure to low concentrations of vapor produces eye and upper respiratory tract irritation, as well as skin rashes and neurobehavioral effects.

The Agency for Toxic Substances and Disease Registry (ATSDR) has established Minimal Risk Levels (MRL) for inhalation of formaldehyde (1999). An MRL is an estimate of the daily human exposure to a toxic substance that is likely to produce no adverse health effects over a specified period of exposure. It should be noted that MRLs are generally based on studies of healthy adults. The MRL derived for intermediate inhalation (15-364 days) is 30 ppb, and for chronic inhalation (greater than 365 days) is 8 ppb.

As noted by Dr. Williams, exposure to formaldehyde can exacerbate asthma by several mechanisms. In view of the recurrence of Mr. Marshall's asthma symptoms while living in the trailer after a long period of quiescence, it is reasonable to conclude that formaldehyde exposure was associated with the recrudescence of asthma symptoms. Mr. Marshall's symptoms of asthma have persisted since he left the trailer. Whether these symptoms will resolve remains uncertain.

I reserve the right to add to this report if additional information becomes available.

Lawrence G. Miller, M.D.,M.P.H.

June 15, 2011

References

Centers for Disease Control and Prevention. Final Report on formaldehyde levels in FEMA-supplied travel trailers, park models and mobile homes, July 2008.

Feinman SE. Formaldehyde sensitivity and toxicity. CRC Press, Boca Raton, FL, 1988, 135.

US Dept. of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Toxicological profile for formaldehyde. July 1999.