```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF LOUISIANA

 3                    NEW ORLEANS DIVISION

 4   In Re:  FEMA Trailer     )

 5   Formaldehyde Products    ) MDL No. 1873

 6   Liability Litigation     )

 7

 8                                    Washington, D.C.

 9                                    Tuesday, July 7, 2009

10   Videotape Deposition of DAVID EDWARD GARRATT, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at 9:07

17   a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22                  ___
```

David Edward Garratt  
Washington, DC  
July 7, 2009

Page 203

```
1              MR. MEUNIER:  Let me mark that as Garratt
2    16.
3              I will tender the witness and reserve the
4    remaining 8 minutes for redirect.
5                        (Garratt Exhibit No. 16
6                         was marked for
7                         identification.)
8              MR. MEUNIER:  Let me -- Garratt 16, by the
9    way, has Bates number at the bottom right-hand corner
10   DHS and T, 4060 through 62.
11
12   EXAMINATION BY COUNSEL FOR GULF STREAM COACH INC.
13             BY MR. SCANDURRO:
14       Q.    Mr. Garratt, my name is Tim Scandurro, and
15   I represent Gulf Stream Coach, one of the commercial
16   manufacturers of these travel trailers.
17             (Discussion off the record.)
18             BY MR. SCANDURRO:
19       Q.    Mr. Garratt, can you confirm that FEMA
20   supplied thousands of travel trailers for natural
21   disasters prior to Hurricane Katrina?
22       A.    Yes.
```

```
                                                           Page 237
 1       Q.    Travel trailers?
 2       A.    Some travel trailers, yes.
 3       Q.    How many?
 4       A.    I don't know.
 5       Q.    Would you agree that after Katrina, there
 6   were more people living for longer periods of time in
 7   travel trailers than in any prior disaster ever in
 8   the history of this country?
 9       A.    To my knowledge --
10       Q.    The answer is yes?
11       A.    -- yes.  (Nodding head.)
12       Q.    And in regard to this question about prior
13   awareness of formaldehyde issues, you're not
14   suggesting that there was not an organizational,
15   institutional awareness in FEMA that the issue of
16   formaldehyde in the -- in the housing industry dated
17   back 30 years.
18             You don't deny that, do you?
19       A.    I don't -- say that again.
20       Q.    You don't deny that the issue of
21   formaldehyde in the housing industry dates back 30
22   years and that there was an organizational awareness
```

David Edward Garratt

July 7, 2009

Washington, DC

Page 238

1    of that fact in FEMA?

2              MR. SCANDURRO:  Object to form.

3              MR. PENOT:  Objection, foundation.

4       A.   No.

5            I do.

6            BY MR. MEUNIER:

7       Q.   Let me show you --

8       A.   Let -- let me rephrase that.

9            I don't deny it, but neither do I confirm

10   it.

11      Q.   Here is a formaldehyde question sheet,

12   frequently asked questions as of July 15, '07.

13           Are you familiar with that document?

14           MR. MILLER:  Do you have a copy,

15   counsel?

16      A.   I do not recall this document.

17           BY MR. MEUNIER:

18      Q.   All right.  Then let me ask you if you

19   recall seeing an email from John Philbin on July 30,

20   2007.

21           (Pause.)

22      A.   Yes, I vaguely recall this.

David Edward Garratt  
Washington, DC  
July 7, 2009

Page 239

```
 1              BY MR. MEUNIER:
 2        Q.    So Philbin was sending you a draft of
 3   something to go out over Administrator Paulison's
 4   name.
 5              You did say his draft needed a lot of
 6   work, and yet in the first paragraph, he states,
 7   Philbin -- this is for Paulison's statement:  FEMA's
 8   response to occupant complaints from prolonged
 9   exposure to elevated levels of formaldehyde could
10   have been better had earlier complaints triggered our
11   organizational awareness of a systemic problem that
12   has been well known in the manufacturing industry for
13   more than 30 years.
14              Do you recall seeing that?
15        A.    I vaguely recall seeing that.
16        Q.    And finally, in -- and I'll mark that as
17   Garratt --
18              MR. MEUNIER:  What's the next one?
19              THE COURT REPORTER:  18.
20              BY MR. MEUNIER:
21        Q.    -- 18.
22                         (Garratt Exhibit No. 18
```