# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Betty Jean Allen v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4217 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Betty Jean Allen | * | |
| Lester Barbazon | * | |
| Eujohn Fortner | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco Enterprises, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc., pertaining to plaintiffs, Betty Jean Allen, Lester Barbazon and Eujohn Fortner, is **Wednesday, September 7, 2011,** before Jude Kurt Engelhardt.

Baton Rouge, Louisiana, this 18th day of August, 2011.

                                Respectfully submitted,
                                **WILLINGHAM, FULTZ & COUGILL LLP**

                                By:   s/*Thomas L. Cougill*
                                      THOMAS L. COUGILL
                                      Texas State Bar No. 04877300
                                      Louisiana State Bar No. 31112
                                      R. MARK WILLINGHAM
                                      Texas State Bar No. 21641500
                                      JEFFREY P. FULTZ
                                      Texas State Bar No. 00790728
                                      Mississippi Bar No. 101058
                                      Niels Esperson Building
                                      808 Travis Street, Suite 1608
                                      Houston, Texas  77002
                                      (713) 333-7600 – Telephone
                                      (713) 333-7601 – Facsimile

                                **Attorneys for Jayco Enterprises, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:  s/*Gerardo R. Barrios*
 ROY C. CHEATWOOD (La. Bar No. 4010)
 GERARDO R. BARRIOS (La. Bar No. 21223)
 M. DAVID KURTZ (La. Bar No. 23821)
 KAREN KALER WHITFIELD (La. Bar No. 19350)
 WADE M. BASS (La. Bar No. 29081)
 No. 3 Sanctuary Boulevard, Suite 201
 Mandeville, La 70471
 (985) 819-8400 – Telephone
 (985) 819-8484 – Facsimile
 rcheatwood@bakerdonelson.com
 gbarrios@bakerdonelson.com
 dkurtz@bakerdonelson.com
 kwhitfield@bakerdonelson.com
 wbass@bakerdonelson.com

 **Attorneys for CH2M Hill Constructors, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:  s/*Charles R. Penot, Jr.*
 Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
 717 North Harwood, Suite 2400
 Dallas, Texas 75201
 (214) 220-6334 – Telephone
 (214) 220-6807 – Facsimile

  *-and-*

 Dominic J. Gianna, La. Bar No. 6063
 Sarah A. Lowman, La. Bar No. 18311
 201 St. Charles Avenue, Suite 3100
 New Orleans, Louisiana 70170
 (504) 525-7200 – Telephone
 (504) 581-5983 – Facsimile

  *-and-*

2

        Richard A. Sherburne., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        (225) 381-7700 – Telephone
        (225) 381-7730 – Facsimile

        **Attorneys for Fluor Enterprises, Inc.**


        **BAKER DONELSON BEARMAN CALDWELL**
        **& BERKOWITZ, PC**


By:  *s/M. David Kurtz*
        M. DAVID KURTZ  (#23821)
        KAREN KALER WHITFIELD (#19350)
        CATHERINE N. THIGPEN (#30001)
        201 St. Charles Avenue, Suite 3600
        (504) 566-5200 – Telephone
        (504) 636-4000 – Facsimile

        **Attorneys for Shaw Environmental, Inc.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 18th day of August, 2011.

        *s/Thomas L. Cougill*
        THOMAS L. COUGILL

3