# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS   LOUISIANA   MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                TomC@willingham-law.com

April 13, 2011

Ronnie Penton                                                 *Via Email and Regular U.S. Mail*
The Penton Law Firm
209 Hoppen Place
Bogalusa, LA 70427
fedcourtmail@rgplaw.com

Dear Ronnie:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Barsantin Alexander v. Jayco, Inc.*, cause no. 09-4778**

1. Barsantin Alexander

***Betty Jean Allen v. Jayco, Inc.*, cause no. 09-4217**

1. Ingrid Albert
2. Betty Jean Allen
3. Lester Barbazon
4. Kashawn Bland
5. Kevin L. Bland
6. Eujohn Fortner
7. Melvin Henderson, Jr.
8. Marie Piccolo
9. Rubin Sparrow



*Betty Jean Allen v. Jayco, Inc.*, cause no. 09-4217 (cont'd)

    10. Jolisa Sparrow
    11. Russell Sparrow, Jr.
    12. Janet Walton
    13. Albert Wells, Jr.

*Patricia Avery v. Jayco, Inc.*, cause no. 09-0751

    1. J'Hue Joseph

*Angie Goar v. Jayco, Inc.*, cause no. 09-0397

    1. Maria Goar

*William Dorsey v. Starcraft RV, Inc.*, cause no. 10-0362

    1. William Dorsey

*Anither Rigsby v. Starcraft RV, Inc.*, cause no. 09-0403

    1. Shanika Middleton (obo A.M.)
    2. Anither Rigsby

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

        Regards,
        **Willingham, Fultz & Cougill, LLP**

        Tom L. Cougill

TLC/rmw

cc:    Jerry Meunier *(via email)*
       Andrew Weinstock *(via email)*
       Henry Miller *(via email)*
       Gerald Meunier *(via email)*
       Justin Woods *(via email)*