UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *William Dorsey v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3132 | * | MAG. JUDGE CHASEZ |
| Plaintiff: William Dorsey | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc., who move this Honorable Court to dismiss the claims of the following plaintiff, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiff is:

- William Dorsey (Plaintiff in *Dorsey,* C.A. 10-3132)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By:   s/*John J. Hainkel*
   JOHN J. HAINKEL, III – La. Bar No. 18246
   A.J. KROUSE – La. Bar No. 14426
   PETER R. TAFARO – La. Bar No. 28776
   3600 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone : (504) 599-8000
   Facsimile: (504) 599-8100

   **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 18th day of August, 2011.

                                                                      s/*Thomas L. Cougill*
                                                                      THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, Law Offices of Ronnie G. Penton, opposes this motion.

                                                                      s/*Thomas L. Cougill*
                                                                      THOMAS L. COUGILL