UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *William Dorsey v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3132 | * | MAG. JUDGE CHASEZ |
| Plaintiff: William Dorsey | * | |

*****************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Starcraft RV, Inc., and Bechtel National, Inc., pertaining to plaintiff, William Dorsey, is **Wednesday, September 7, 2011,** before Jude Kurt Engelhardt.

Baton Rouge, Louisiana, this 18th day of August, 2011.

                              Respectfully submitted,
                              **WILLINGHAM, FULTZ & COUGILL LLP**

                        By:  *s/Thomas L. Cougill*
                              THOMAS L. COUGILL
                              Texas State Bar No. 04877300
                              Louisiana State Bar No. 31112
                              R. MARK WILLINGHAM
                              Texas State Bar No. 21641500
                              JEFFREY P. FULTZ
                              Texas State Bar No. 00790728
                              Mississippi Bar No. 101058
                              Niels Esperson Building
                              808 Travis Street, Suite 1608
                              Houston, Texas  77002
                              (713) 333-7600 – Telephone
                              (713) 333-7601 – Facsimile

                              **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By:   s/*John J. Hainkel*_____
       JOHN J. HAINKEL, III – La. Bar No. 18246
       A.J. KROUSE – La. Bar No. 14426
       PETER R. TAFARO – La. Bar No. 28776
       3600 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone : (504) 599-8000
       Facsimile: (504) 599-8100

**Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 18th day of August, 2011.

       s/*Thomas L. Cougill*_____
      THOMAS L. COUGILL