# ⊛ WILLINGHAM,
# FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                   *TomC@willingham-law.com*

April 13, 2011

Ronnie Penton                              ***Via Email and Regular U.S. Mail***
The Penton Law Firm
209 Hoppen Place
Bogalusa, LA 70427
fedcourtmail@rgplaw.com

Dear Ronnie:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Barsantin Alexander v. Jayco, Inc.***, cause no. 09-4778

   1.  Barsantin Alexander

***Betty Jean Allen v. Jayco, Inc.***, cause no. 09-4217

   1.  Ingrid Albert
   2.  Betty Jean Allen
   3.  Lester Barbazon
   4.  Kashawn Bland
   5.  Kevin L. Bland
   6.  Eujohn Fortner
   7.  Melvin Henderson , Jr.
   8.  Marie Piccolo
   9.  Rubin Sparrow



EXHIBIT
A

*Betty Jean Allen v. Jayco, Inc.,* **cause no. 09-4217 (cont'd)**

   10. Jolisa Sparrow
   11. Russell Sparrow, Jr.
   12. Janet Walton
   13. Albert Wells, Jr.

*Patricia Avery v. Jayco, Inc.,* **cause no. 09-0751**

   1. J'Hue Joseph

*Angie Goar v. Jayco, Inc.,* **cause no. 09-0397**

   1. Maria Goar

*William Dorsey v. Starcraft RV, Inc.,* **cause no. 10-0362**

   1. William Dorsey

*Anither Rigsby v. Starcraft RV, Inc.,* **cause no. 09-0403**

   1. Shanika Middleton (obo A.M.)
   2. Anither Rigsby


   As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.


                                        Regards,
                                        **Willingham, Fultz & Cougill, LLP**



                                        Tom L. Cougill



TLC/rmw

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)
      Gerald Meunier (*via email*)
      Justin Woods (*via email*)

Penton Missing PFS                                      Page 2 of 2