UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Angie Goar v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-5540 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Maria Goar | * | |

*************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco Enterprises, Inc. and Bechtel National, Inc., pertaining to plaintiff, Maria Goar, is **Wednesday, September 7, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 18th day of August, 2011.

                                      Respectfully submitted,
                                      **WILLINGHAM, FULTZ & COUGILL LLP**

                                By:   s/*Thomas L. Cougill*
                                     THOMAS L. COUGILL
                                     Texas State Bar No. 04877300
                                     Louisiana State Bar No. 31112
                                     R. MARK WILLINGHAM
                                     Texas State Bar No. 21641500
                                     JEFFREY P. FULTZ
                                     Texas State Bar No. 00790728
                                     Mississippi Bar No. 101058
                                     Niels Esperson Building
                                     808 Travis Street, Suite 1608
                                     Houston, Texas  77002
                                     (713) 333-7600 – Telephone
                                     (713) 333-7601 – Facsimile

                                     **Attorneys for Jayco Enterprises, Inc.**

FRILOT L.L.C.

By:  s/*John J. Hainkel*
     JOHN J. HAINKEL, III – La. Bar No. 18246
     A.J. KROUSE – La. Bar No. 14426
     PETER R. TAFARO – La. Bar No. 28776
     3600 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone : (504) 599-8000
     Facsimile: (504) 599-8100

**Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 18th day of August, 2011.

     s/*Thomas L. Cougill*
     THOMAS L. COUGILL

2