# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS    LOUISIANA    MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                    *TomC@willingham-law.com*

April 13, 2011

Ronnie Penton                                    **_Via Email and Regular U.S. Mail_**
The Penton Law Firm
209 Hoppen Place
Bogalusa, LA 70427
fedcourtmail@rgplaw.com

Dear Ronnie:

    Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Barsantin Alexander v. Jayco, Inc.*, cause no. 09-4778**

1. Barsantin Alexander

***Betty Jean Allen v. Jayco, Inc.*, cause no. 09-4217**

1. Ingrid Albert
2. Betty Jean Allen
3. Lester Barbazon
4. Kashawn Bland
5. Kevin L. Bland
6. Eujohn Fortner
7. Melvin Henderson, Jr.
8. Marie Piccolo
9. Rubin Sparrow


EXHIBIT A

*Betty Jean Allen v. Jayco, Inc.,* cause no. 09-4217 (cont'd)

   10. Jolisa Sparrow
   11. Russell Sparrow, Jr.
   12. Janet Walton
   13. Albert Wells, Jr.

*Patricia Avery v. Jayco, Inc.,* cause no. 09-0751

   1. J'Hue Joseph

*Angie Goar v. Jayco, Inc.,* cause no. 09-0397

   1. Maria Goar

*William Dorsey v. Starcraft RV, Inc.,* cause no. 10-0362

   1. William Dorsey

*Anither Rigsby v. Starcraft RV, Inc.,* cause no. 09-0403

   1. Shanika Middleton (obo A.M.)
   2. Anither Rigsby

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc:   Jerry Meunier *(via email)*
      Andrew Weinstock *(via email)*
      Henry Miller *(via email)*
      Gerald Meunier *(via email)*
      Justin Woods *(via email)*