Ronnie G. Penton  MaryAnna Penton
Trial Attorney  Trial Attorney
rgp@rgplaw.com  mpenton@rgplaw.com
Licensed in LA, TX  Licensed in LA, MS



THE PENTON LAW FIRM

Trial Lawyers
Since 1981

---

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

May 4, 2011

Mr. Thomas L. Cougill
Willingham, Fultz & Cougill, LLP
808 Travis Street, Suite 1608
Houston, TX  77002

   RE: FEMA Trailer Litigation
      Jayco, StarCraft Plaintiff Fact Sheets

Dear Mr. Cougill:

  In response to your April 13, 2011 correspondence, I enclose a CD of Plaintiff Fact Sheets previously submitted to Mr. Chris Pinedo on March 23, 2011 for all clients we show living in Jayco trailers, and more specifically, the following Jayco claimants requested:

    1. Bland, Kevin
    2. Henderson, Melvin Jr.
    3. Joseph, J'Hue
    4. Piccolo, Marie
    5. Sparrow, Jolisa
    6. Sparrow, Rubin
    7. Sparrow, Russell Jr.
    8. Walton, Janet
    9. Wells, Albert

  In response to your correspondence dated April 6, 2011, I enclose a CD of Plaintiff Fact Sheets for the following clients:

    1. Albert, Ingrid
    2. Alexander, Barsantia
    3. Miller, Ar'Yonna

---

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 877.412.5392

EXHIBIT B

Mr. Thomas Cougill
May 5, 2011
Page -2-

    Please contact me if you wish to discuss this matter, or if we need to do anything further.

                            Sincerely,

                            Jan Harris
                            Assistant to Ronnie G. Penton

Enclosure:    As Stated

cc:    Henry Miller
       Andrew Weinstock