# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Tia Coleman v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-7314 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Tia Coleman | * | |
| Ja Gillard | * | |
| Lynette Gillard | | |

*******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Jayco Enterprises, Inc. (collectively "the Jayco Defendants") and Fluor Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Tia Coleman, Ja Gillard and Lynette Gillard, are hereby dismissed with prejudice.

New Orleans, Louisiana, this __18th__ day of __August__, 2011.

_____
UNITED STATES DISTRICT JUDGE