UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member cases 09-3557 and 09-5494

## ORDER

**IT IS ORDERED** that the **"Motion for Expedited Hearing by Defendant Forest River, Inc." (Rec. Doc. 22459)** is **GRANTED**. Accordingly, any opposition to "Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 22394) shall be filed **on or before Monday, August 22, 2011, at noon**. This motion will be taken under advisement on **Wednesday, August 24, 2011, without oral argument.**

New Orleans, Louisiana, this 18th day of August, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**