# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 16, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 1 6 2011
LORETTA G. WHYTE
CLERK

   No. 10-30451, In Re: FEMA Trailer
   USDC No. 2:07-MD-1873
   USDC No. 2:09-CV-2892   N

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

The electronic copy of the record [illegible]

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: Sabrina Hains
                                    Sabrina M. Hains, Deputy Clerk
                                    504-310-7695

cc: (letter only)
    Mr. John Adam Bain
    Mr. Adam Michael Dinnell
    Honorable Kurt D. Engelhardt
    Mr. Gerald Edward Meunier
    Mr. Dennis Craig Reich
    Mr. Justin I Woods

P.S. to Judge Engelhardt: A copy of the opinion was sent to your office via email the day it was filed.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____