# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Penny Alexander, et al., v. Stewart Park Homes, Inc.,* Civil Action No. 09-8592 | * * | MAGISTRATE CHASEZ |

**************************************************************************

## **ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

						_____
						KURT D. ENGELHARDT
						UNITED STATES DISTRICT JUDGE