### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 07-1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | **MAGISTRATE CHASEZ** |
| **No. 09-4462, *Brian Scieneaux and Dierdre Scieneaux v. Frontier RV, Inc., CH2M HILL Constructors, Inc., and TKTMJ, Inc.*;** | |

### CH2M HILL CONSTRUCTORS, INC'S JOINDER IN
### <u>OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), and, with a full reservation of rights, hereby joins in the Memorandum in Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsel of Record filed herein by Frontier RV, Inc. ("Frontier") (Rec. Doc. 22369). For reasons stated therein, CH2M HILL respectfully requests that Plaintiff's Motion to Withdraw as Counsel of Record be denied.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


/s/ Wade M. Bass
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
Betty Q. Richmond (Bar No. 33336)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com
brichmond@bakerdonelson.com

**ATTORNEYS FOR CH2M HILL, INC. AND
CH2M HILL CONSTRUCTORS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of August, 2011, a copy of the foregoing pleading was this date served upon all counsel of record via CM/ECF and/or placing a copy of the same in the United States Mail, with first class postage prepaid.

/s/Wade M. Bass_____