UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION N MAG. 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Brown, et al. v. Forest River, Inc., et al. | * | |
| Civil Action No. 09-5383 | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR RECONSIDERATION

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") respectfully moves this Honorable Court for reconsideration, pursuant to Rule 59 of the Federal Rules of Civil Procedure. Specifically, Forest River seeks reconsideration of the Court's August 9, 201Order[1] ("Order") granting Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages[2] ("Plaintiffs' Motion"), and urges this Honorable Court to vacate its prior Order and deny Plaintiffs' Motion to add plaintiff Corey Carter.

As more fully described in the accompanying Memorandum in Support of Motion for Reconsideration, the plaintiffs failed to comply with Pre-Trial Order No. 10 because counsel for Forest River was not contacted to determine whether the motion would actually be opposed and no certificate of conference was filed with such Motion for Leave to File First Supplemental and Amending Complaint for Damages. Further, Forest River would have opposed such motion of plaintiffs.

---

[1] R. Doc. No. 22359.

Forest River noticed that the Order did not contain the following language and was not certain whether such language was inadvertently omitted:

> "A motion for reconsideration of this Order, if any, must be filed within ten days of the date of this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion."

In the even that the Court inadvertently omitted such language, Forest River has also included an accompanying Memorandum in Opposition of Plaintiffs' Motion for Leave to File First Supplement and Amending Complaint for Damages.

Consequently, after consideration, Forest River respectfully requests that the Court vacate its prior Order and deny Plaintiffs' Motion to add plaintiff Corey Carter.

    Respectfully Submitted,

    **GIEGER, LABORDE & LAPEROUSE, LLC**

    BY: /s/ Ernest P. Gieger, Jr.
    ERNEST P. GIEGER, JR. (6154)
    ANDREW A. BRAUN (#3415)
    J. MICHAEL DIGIGLIA (24378)
    GIEGER, LABORDE & LAPEROUSE, L.L.C.
    One Shell Square
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana  70139-4800
    Telephone:  (504) 561-0400
    Facsimile:  (504) 561-1011
    egieger@glllaw.com
    abraun@glllaw.com
    mdigiglia@glllaw.com
    **ATTORNEYS FOR FOREST RIVER, INC.**

---

[2] Rec. Doc. No. 22336.

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 19, 2011 via electronic filing.

                                        /s/ Ernest P. Gieger, Jr.