# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION  N MAG. 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Brown, et al. v. Forest River, Inc., et al. | * | |
| Civil Action No. 09-5383 | * | MAG. JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10 and pursuant to Local Rule 7.6, I hereby certify that on or about August 18, 2011, I corresponded with counsel for plaintiffs via email requesting they advise whether they had any objection to the filing of Forest River's Motion for Reconsideration.  The email contained a deadline for a response set for the following afternoon.

We received a response through MS Outlook indicating that the email sent to counsel for plaintiffs had been opened the same day.  However, no response was received from plaintiffs' counsel indicating whether or not they had any objection to the filing of Forest River's Motion for Reconsideration.  Consequently, in order to err on the side of caution, Forest River assumes that plaintiffs' counsel objects to the filing of Forest River's Motion for Reconsideration.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 19, 2011via electronic filing.

/s/ Ernest P. Gieger, Jr.