UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | * | |
| Damien Dillon, et al. vs. Forest River, Inc., et al. | * | JUDGE ENGELHARDT |
| Civil Action No. 09-3557 | * | |
| *Relates to Plaintiffs, Damien Dillon, Sabrina Dillon,* | * | MAGISTRATE CHASEZ |
| *Greggionte Jones, and Latasha Jones-Dillon* | * | |
| | * | |
| **Latasha Jones-Dillon on behalf of Miljanee** | * | |
| **Crowley, et al. vs. Forest River, Inc., et al.** | * | |
| **Civil Action No. 09-5494** | * | |
| *Relates to Plaintiffs, Latasha Jones-Dillon on behalf* | * | |
| *of Miljanee Crowley and Latasha Jones-Dillon on* | * | |
| **behalf of Edward Smith** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN OPPOSITION TO DEFENDANT, FOREST RIVER, INC.'S
MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER
NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Damien Dillon, Sabrina Dillon, Greggionte Jones and Latasha Jones-Dillon individually, and on behalf of her minor children Miljanee Crowley and Edward Smith (hereinafter "Plaintiffs"), who offer the following memorandum in opposition to Defendant, Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets (Rec. Doc. 22394):

**I. INTRODUCTION**

Defendant alleges that Plaintiffs have failed to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets (PFS) and dismissal of Plaintiffs' claims is the proper remedy. Plaintiffs assert that dismissal of their

claims is not the proper remedy at this juncture.

## II. FACTUAL BACKGROUND

Plaintiffs' PFSs were originally submitted to Defendants' Liaison Counsel by the PSC's Formaldehyde Claims Office in 2009. On May 2, 2011, Plaintiffs' Counsel was notified by Defendant of PFS deficiencies for Plaintiffs, Damien Dillon, Sabrina Dillon, Greggionte Jones, and Latasha Jones-Dillon. On June 29, 2011, Plaintiffs' Counsel was notified by Defendant of PFS deficiencies for Plaintiffs. Prior to these notices of deficiencies, a letter was sent to the Becnel Law Firm on April 6, 2011, noticing PFS deficiencies for Plaintiffs, Miljanee Cowely and Edward Smith.

After unsuccessful attempts to contact the Plaintiffs and cure these deficiencies (*See,* Rec. Doc. 22242-1, attached hereto as Exhibit A), Plaintiffs' Counsel notified Plaintiffs of the potential dismissal of their claims and Counsels' intent to withdraw from representation. On July 8, 2011, Defendant was notified of Plaintiffs' Counsel intent to withdraw. Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs (Rec. Doc. 22242) was filed on July 27, 2011. On August 12, 2011, Defendant filed a Memorandum in Opposition to Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs and concurrently filed a Motion to Dismiss Plaintiffs' claims. Defendant's Motion to Dismiss was set for hearing on September 7, 2011. On August 18, 2011, Defendant's Motion for Expedited Hearing was granted. Thus, Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs and Defendant's Motion to Dismiss are scheduled for hearing on the same day, August 24, 2011.

### III. LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However, dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice." *Wren v. American Cast Iron Pipe*, 575 F.2d 544, 546 (5th Cir. 1992). In the instant case, there is no clear record of delay or contumacious conduct. Plaintiffs', Damien Dillon, Sabrina Dillon, Greggionte Jones and Latasha Jones-Dillon, PFSs were originally sent to Defendants' Liaison Counsel on July 2, 2009, by the PSC's Formaldehyde Claims Office. Plaintiffs, Miljanee Cowley and Edward Smith's PFSs were originally sent to Defendants' Liaison Counsel on December 30, 2009, by the PSC's Formaldehyde Claims Office. Additionally, Plaintiff's Counsel has made numerous attempts to contact Plaintiffs to obtain additional information. *See,* Rec. Doc. 22242-1, attached hereto as Exhibit A.

There has been no contumacious conduct but a dutiful attempt by Plaintiffs' Counsel to submit Plaintiffs' PFSs and to secure additional information. Plaintiffs' claims have not been set for trial and there is no scheduling order governing their claims. Defendant has suffered no prejudice and cannot show any prejudice. Plaintiffs' Counsel cannot contend that Plaintiffs' PFSs are not deficient in the 23 fields. However, Plaintiffs' Counsel asserts that because Plaintiffs have been notified by mail of Plaintiffs' Counsels' intent to withdraw, it would be unjust to dismiss Plaintiffs' claims without first ruling on Plaintiffs' Counsels' Motion to Withdraw, which was filed prior to Defendant's Motion to Dismiss, and allowing Plaintiffs time to obtain new counsel or represent themselves *pro se*.

## IV.  CONCLUSION

If Plaintiffs' claims are dismissed, Plaintiffs will suffer extreme prejudice.  Defendant will suffer no undue harm or prejudice by a denial of their motion at this time.

Therefore, Plaintiffs respectfully request that Defendant's Motion to Dismiss be denied pending this Honorable Court's determination regarding Plaintiffs' Counsels' Motion to Withdraw as Counsel for Certain Plaintiffs.

                Respectfully submitted,

                */s/ Hugh P. Lambert*
                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                LAMBERT & NELSON, PLC
                701 Magazine Street
                New Orleans, LA 70130
                Telephone: (504)581-1750
                Facsimile: (504)529-2931
                hlambert@lambertandnelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                */s/Hugh P. Lambert*
                HUGH P. LAMBERT, ESQ. (LA Bar #7933)