# Declaration

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

In order to comply with the requirements set forth in the Settlement Notice Plan re: FEMA Trailer Formaldehyde Product Liability Litigation (Non-Lit case), the Special Master Daniel J. Balhoff has asked Postlethwaite & Netterville APAC ("P&N") to assist with the following procedures. The following has been performed:

1. P&N mailed via first class mail a copy of the Long Form Notice or Class Notice Package, including Claim Form, to all thirty attorneys representing the 11,061 persons listed on the List of Potential Class Members submitted to P&N by the PSC. An Affidavit of Mailing is attached as documentation of this process.

2. P&N delivered via electronic mail a copy of the Long Form Notice or Class Notice Package, including Claim Form to all thirty attorneys representing the 11,061 persons listed on the List of Potential Class Members submitted to P&N by the PSC. Attached are confirmations of electronic mail submissions to those thirty attorneys and/or law firms as documentation of this process.

3. A website was established by the Plaintiff Steering Committee to inform the public of the Settlement.   The site "www.femaformaldehydelitigation.com" contained the following information:

   Frequently Asked Questions (FAQ):

   - Who is the proposed settlement with?

   - How much is the proposed settlement?

   - How much will each class member be paid?

   - Am I obligated to accept?

   - What happens if I don't accept?

   - Why this amount?

   - How does this affect claims against FEMA?

   - I lived in a travel trailer. Does it affect my claim?

   - How will attorneys be paid?

1


EXHIBIT A

- When will the settlement be finalized and when will I receive my share?

- What if I have other questions?

<u>Legal contact information:</u>

A complete list of all attorneys who are representing claimants in this case is provided. The list includes contact names, the name of the law firm they are associated with, the law firm's address, telephone number and website.

<u>General Background on the MDL:</u>

Provides a detailed history of the origins of the case.

<u>Mobile Home Settlement Documents:</u>

- Claim form

- Class Notice Package

- Stipulation of Settlement

- Various court orders, judgments and declarations filed in court as part of the proposed settlement

4. P&N submitted and verified publication of the Short Form Notice or Publication Notice in all eight newspapers (listed below) indicated within the Settlement Notice Plan. Affidavits for each approved publication are attached as documentation of this process.   These Notices were published on April 19 and May 1, 2011.

- Galveston County Daily News, Galveston, TX;

- Houston Chronicle, Houston, TX;

- The Advocate, Baton Rouge, LA;

- Times-Picayune, New Orleans, LA;

- Daily Advertiser, Lafayette, LA;

- American Press, Lake Charles, LA;

- The Sun Herald, Gulfport, MS;

- Press-Register, Mobile, AL

5. P&N submitted and verified broadcast of the Public Service Announcement in affected areas (listed below) as described within the Settlement Notice Plan. Invoice and approved quotes are attached as documentation of this process.

- Baton Rouge, LA        66 spots

- Beaumont, TX          68 spots

- Biloxi, MS              51 spots

- Mobile, AL            51 spots

- New Orleans, LA      76 spots

6.  P&N has received no returned mail in connection with any of the mailings performed in this settlement.   All outgoing mail initiated by P&N has been sent to attorneys/law firms (see item 1 above) or provided directly to claimants from call center requests. As of August 16, 2011, P&N has issued 301 claim forms per claimant requests via the call center. As of August 16, 2011, P&N has received a total of 1,220 physical claim forms.

7.  P&N operates a call center for this case in which all calls are documented through both voice recording of incoming messages as well as written record of the claimant's provided information and questions. As of August 16, 2011, P&N has received and addressed 422 calls in this matter.

8.  P&N has served as Court Appointed Disbursing Agent (CADA) for many class actions and is therefore very familiar with notices to putative class members.   These include:

- Myrtle Grove Trailer Park

- Honeywell July 2003 Release

- Vulcan April 2001 Release

- FEMA Trailer Formaldehyde Product Liability Litigation

- Allied Signal Southworks Release

- Allemania Settlement (Jerry Oldham et al)

- Alice Davis et al vs PCS Nitrogen Geismar Release

- Brusly Barge Release

- Zen-Noh Grain Release

- DSI Chippewa Street Spill

- DSI I-110 Spill

- Reddy Ice Settlement

9.  Based upon my experience as Manager of the above Settlements and P&N's experience in the above-referenced cases, it is my opinion that the notification process in this matter was reasonably designed and implemented to provide the best notice practicable under the

3

circumstances.

10. I can attest to the above-stated facts either through my own personal knowledge or through

facts derived from my supervision of P&N staff assigned to this matter.


_Wayne J. Henderson_
Wayne J. Henderson, Consulting Manager
Postlethwaite & Netterville APAC

Date: _Aug. 16, 2011_

_Margaret M. Ridgeway_
Notary Public


Margaret M. Ridgeway, Notary Public
Notary ID No.: 10251
My Commission Expires: At Death

4

Affidavit of Mailing
FEMA Formaldehyde Non-Lit Case

I, Christy Barrett, do hereby confirm that I personally mailed (via First Class postage) the attached copy of email, 9 page Notice, 2 page Claim Form and a listing of each attorney's respective clients to those attorneys listed on the enclosed list on April 11 or April 12, 2011.

_____          Date 4/14/11

Christy Barrett
Administrative Assistant
Settlement Funds

| Shortname | Attorney | Street Address | City, State | Zipcode | Phone Number |
|---|---|---|---|---|---|
| Becnel | Daniel E. Becnel / Becnel Law Firm, LLC | 425 W Airline Hwy | La Place, LA | 70068 | 985-536-1186 |
| Bencomo | Raul Bencomo / Bencomo & Associates | 639 Loyola Ave | New Orleans, LA | 70113 | 504-529-2929 |
| Bruno | Joseph M. Bruno / Bruno & Bruno | 855 Baronne St | New Orleans, LA | 70113 | 800-966-1335 |
| Buzbee | The Buzbee Law Firm | 600 Travis, Suite 7300 | Houston, TX | 77002 | 713-223-5393 |
| Damico | Frank D'Amico / Frank J. D'Amico Jr APLC | 4731 Canal Street | New Orleans, LA | 70119 | 504-525-7272 |
| Gainsburgh | Gerald Meunier / Gainsburgh, Benjamin, David Meunier & Warshauer | 2800 Energy Centre, 1100 Poydras St | New Orleans, LA | 70163 | 504-522-2304 |
| Gill | Gill, Ladner & Priest, PLLC | 403 South State Street | Jackson, MS | 39201 | 877-314-2217 |
| Hall | Jim Hall | 800 N Causeway Blvd | Metairie, LA | 70001 | 504-832-3000 |
| Harang | Jack W. Harang, APLC | 228 St Charles Ave; Suite 501 | New Orleans, LA | 70130 | 251-445-6901 |
| Hurricane | Lawrence J. Centola / Hurricane Legal Center, LLC | 600 Carondelet St, Suite 602 | New Orleans, LA | 70130 | 504-587-0900 |
| Jacobs | Catherine H. Jacobs | 1161 Robinson St | Ocean Springs, MS | 39564 | 228-872-7004 |
| Lambert | Hugh Lambert, Linda Nelson / Lambert & Nelson, PLC | 701 Magazine St | New Orleans, LA | 70130 | 504-581-1750 |
| Penton | Law Office of Ronnie G. Penton | 209 Hoppen Place | Bogalusa, LA | 70427 | 985-732-5651 |
| PSC | Plaintiff's Steering Committee | 2800 Energy Centre, 1100 Poydras St | New Orleans, LA | 70163 | 504-522-2304 |
| Reich | FJB / Reich | 4731 Canal Street | New Orleans, LA | 70119 | 504-525-7272 |
| Schmidt | Douglas M. Schmidt APLC | 334 City Park Ave | New Orleans, LA | 70119 | 504-482-0159 |
| Torres | Law Offices of Sidney D. Torres, III | 8301 W. Judge Perez Drive, Suite 303 | Chalmette, LA | 70043 | 800-838-8421 |
| Waltzer | Robert Wiygul / Waltzer & Associates | 1025 Division St, Suite C | Biloxi, MS | 39530 | 877-352-6300 |
| Watson | Michael C. Watson / Woodfill & Pressler, LLP | 909 Fannin, Suite 1470 | Houston, TX | 77010 | 713-751-3080 |
| Watts | Watts Hilliard, LLC | 2506 N. Port Ave | Corpus Christi, TX | 78401 | 361-693-3100 |
| Husain | Young & Husain | 2700 Post Oak Blvd, Suite 1220 | Houston, TX | 77056 | 713-621-8900 |
| Irpino | Irpino Law Firm | 2216 Magazine Street | New Orleans, LA | 70130 | 504-525-1500 |
| Hawkins | Hawkins, Stracener & Gibson, PLLC | 153 Main Street | Bay St. Louis, MS | 39520 | 228-469-0785 |
| Eaves | John A. Eaves | 101 North State St. | Jackson, MS | 39201 | 601-3557961 |
| Macaluso | Richard Macaluso, Esq. | PO Box 605 | Hammond, LA | 70404 | (985) 345-5837 |
| Pruet | Nexsen Pruet | 205 King Street, Suite 400 | Charleston, SC | 29401 | 843-720-1733 |
| Sweet | Sweet & Associates, PLLC | 158 East Pascagoula Street | Jackson, MS | 39201 | 601-965-8700 |
| Reyna | Ezequiel Reyna | 702 West Expressway 83 | Weslaco, TX | 78596 | 1-877-739-6252 |
| Williams | Jermaine D. Williams | 108 W Congress Street | Lafayette, Louisiana | 70501 | 337-235-3989 |
| Andry | Jonathan Andry / The Andry Law Firm, LLC | 610 Baronne Street | New Orleans, LA 70113 | | 70113 (504) 586-8899 |

**Dustin Mire**

Subject:       FW: FEMA Litigation - Manufactured Housing (Non-Lit) Proposed Class Settlement
Attachments:   Preliminary Approval Order for Manufactured Housing (00145838).PDF

Dear Plaintiffs' Counsel:

Judge Engelhardt yesterday (April 5, 2011) signed an Order which preliminarily approves a proposed class settlement of the claims pending against the Manufactured Housing Defendants (The Preliminary Approval Order, Rec. Doc. No. 20669 is attached).  The Order adopts a class notice protocol by which represent class members receive notice through counsel.

Shortly, therefore you will receive via email from the claims processing agent (Postlethwaite & Netterville) the Class Notice, Class Claim Form and a list of individuals who appear to be represented by you.  **The email will be delivered via a secure email service called *Tumbleweed*.  Please be on the alert for its arrival.**  It will be your responsibility to forward the Class Notice to each of your clients and inform them of their rights and obligations in connection with the proposed settlement.

Any putative Class Member wishing to opt-out of the settlement must do so, in writing, by filing the opt-out decision with the Clerk of Court no later than **June 2, 2011.**  Any Class Member who does not file a timely opt-out and wishes to object to the settlement must file the objection with the Clerk of Court, as well as mail a copy of the objection to Manufactured Housing Liaison Counsel (Thomas Thagard) and Plaintiff's Liaison Counsel, no later than midnight on **July 13, 2011**.

Anyone wishing to participate in the settlement must complete a claim form no later than **August 26, 2011.**  For anyone who previously produced a Plaintiff's Fact Sheet in this case, that Plaintiff's Fact Sheet will be accepted as that Plaintiff's Claim Form, provided that (1) such PFS includes his or her full name, address, gender, date of birth, and social security number, or such information is given to the Special Master within thirty (30) days after the Claim Form Deadline, and that (2) such Plaintiff provides the Special Master with proof within ninety (90) days after the Claim Form Deadline that he or she Resided in an EHU Manufactured by a Defendant.

The Fairness Hearing to determine whether the settlement class should be certified and whether the settlement is fair, reasonable and adequate, will begin on **August 22, 2011.**

Sincerely,

Jerry Meunier
Justin Woods

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and

**Dustin Mire**

Subject:          FEMA Non-Lit Proposed Class Settlement

On behalf of the Special Master, please see attached for the following *re: FEMA Trailer Formaldehyde Product Liability Litigation ("Non-Lit"/Manufactured Housing Defendants) settlement*:

- A list of clients who plan to participate in the manufactured housing settlement that have indicated your firm (or you individually) as their representing attorney in this matter;

- A copy of the class notice package to be distributed to each client; and

- Copies of the class claim form (in both Microsoft Word and Adobe PDF fillable format) to be completed by each client who does not have a completed Plaintiff Fact Sheet with the required information (see below).

Regarding the submission of Plaintiff Fact Sheets in lieu of Proof of Claim (POC) forms, please refer to information below provided by the Plaintiff Steering Committee (PSC):

> *Anyone wishing to participate in the settlement must complete a claim form no later than **August 26, 2011.**  For anyone who previously produced a Plaintiff's Fact Sheet in this case, that Plaintiff's Fact Sheet will be accepted as that Plaintiff's Claim Form, provided that (1) such PFS includes his or her full name, address, gender, date of birth, and social security number, or such information is given to the Special Master within thirty (30) days after the Claim Form Deadline, and that (2) such Plaintiff provides the Special Master with proof within ninety (90) days after the Claim Form Deadline that he or she Resided in an EHU Manufactured by a Defendant.*

**\*Additionally, the Special Master has indicated that submitted plaintiff fact sheets should also include both (a) the name of the trailer manufacturer and (b) the Vehicle Identification Number ("VIN") or Serial Number of the Manufactured Home provided by FEMA as called for within the attached proof of claim form.**

Feel free to contact us should you have any questions or need assistance accessing this information.

Sincerely,

## Dustin Mire

**P&N** Postlethwaite
         & Netterville
8550 United Plaza Blvd., Suite 1001
Baton Rouge, LA  70809
Direct Dial:  225.663.1209
Email: dmire@pncpa.com

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*



Manufactured Home

Included in the Settlement



- A settlement has been proposed in a class action lawsuit seeking damages for exposure to or injuries from formaldehyde in the Manufactured Homes.

- The settlement will pay money to those who Resided in such homes and who submit valid claim forms.

- Your legal rights are affected whether you act, or don't act. Read this notice carefully.



Travel Trailer

If you resided in a travel trailer similar to this, you are not included in the Settlement.

| Your Legal Rights and Options in this Settlement: | |
|---|---|
| Submit a Claim Form | The only way to ask for a payment. |
| Ask to be Excluded | Get no payment. The only option that allows you to sue the Defendants over the claims resolved by this settlement. |
| Object | Write to the Court about why you don't like the settlement. You still need to submit a Claim Form to ask for a payment. |
| Go to a Hearing | Ask to speak in Court about the fairness of the settlement. You still need to submit a Claim Form to ask for a payment. |
| Do Nothing | Get no payment. Give up rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

**QUESTIONS? CALL 1-855-483-8956 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM**

- The Court in charge of this case still has to decide whether to approve the settlement. Money will be distributed if the Court does so, and after any appeals are resolved. Please be patient.

## WHAT THIS NOTICE CONTAINS

**Basic Information** ................................................................. **Page 3**
1. Why was this notice issued?
2. Which companies are part of the settlement?
3. What is this lawsuit about?
4. What is formaldehyde?
5. Why is this a class action?
6. Why is there a settlement?

**Who is in the Settlement** ....................................................... **Page 4**
7. How do I know if I am part of the settlement?
8. I'm still not sure I'm included.

**The Settlement Benefits—What You Get** ................................. **Page 4**
9. What does the settlement provide?
10. How much will my payment be?

**How to Get a Payment—Submitting A Claim Form** ................ **Page 5**
11. How can I get a payment?
12. When will I get my payment?
13. What am I giving up to get a payment or stay in the Class?

**Excluding Yourself From the Settlement** ............................... **Page 5**
14. How do I get out of the settlement?
15. If I don't exclude myself, can I sue the Defendants for the same thing later?
16. If I exclude myself, can I get a payment from this settlement?

**The Lawyers Representing You** .............................................. **Page 6**
17. Do I have a lawyer in this case?

**Objecting to the Settlement** .................................................. **Page 6**
18. How do I tell the Court if I don't like the settlement?
19. What's the difference between objecting and asking to be excluded?
20. Do I need to make an appearance to talk about my objections?

**The Court's Fairness Hearing** ............................................... **Page 7**
21. When and where will the Court decide whether to approve the settlement?
22. Do I have to come to the hearing?
23. May I speak at the hearing?

**If You Do Nothing** ............................................................... **Page 8**
24. What happens if I do nothing?

QUESTIONS? CALL 1-855-483-8956 TOLL FREE, OR VISIT
WWW.FEMAFORMALDEHYDELITIGATION.COM

Getting More Information ........................................................................Page 8
    25.   How do I get more information about the settlement?

# Basic Information

## 1.   Why was this notice issued?

A Court authorized this notice because you have a right to know about a proposed settlement of this class action, including the right to claim money, and about all of your options, before the Court decides whether to give "final approval" to the settlement. If the Court approves the settlement, and after any appeals are resolved, payments will be made to everyone who submitted a timely and valid Claim. This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge Kurt Engelhardt in the United States District Court for the Eastern District of Louisiana, is overseeing this class action. The case is known as *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 2:07-MD-1873, Section "N" (5). The people who sued are called the "Plaintiffs," and the companies they sued are called the "Defendants." This case is known as an MDL, which means that it groups together a number of cases that were originally filed in state and federal court in Alabama, Mississippi, Louisiana, and Texas. This Settlement will resolve all of those cases together against certain Defendants.

## 2.   Which companies are part of the settlement?

The settlement includes the following companies, as defendants:  CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, LLC. The participation of Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.) and Champion Home Builders, Co., Champion Enterprises, Inc., and Homes of Merit, Inc. is contingent upon the approval of the United States Bankruptcy Court for the District of Delaware. Should the Bankruptcy court not approve the participation of those Defendants in this Settlement, those Defendants, and their contribution to the Settlement, will be considered withdrawn from the Settlement. The participation of Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC, is contingent upon the approval of the United States Bankruptcy Court for the District of Delaware. Should the bankruptcy court not approve the participation of those Defendants in this Settlement, those Defendants, and their contribution to the settlement, will be considered withdrawn from the Settlement.

## 3.   What is this lawsuit about?

This case came about after Hurricanes Katrina and Rita.  Those hurricanes left people homeless in Alabama, Mississippi, Louisiana and Texas.  The federal government provided housing, called Emergency Housing Units ("EHUs"), for people.  The Defendants in this case Manufactured some of the EHUs provided.  The Plaintiffs in this case allege that they were exposed to hazardous levels of formaldehyde while residing in the EHUs.  Defendants deny these claims.  This case applies only to those persons who Resided in a Manufactured Home provided by FEMA.  If you Resided in a travel trailer provided by FEMA, you are not included in this Class.

## 4. What is Formaldehyde?

Formaldehyde is a chemical found both indoors and outdoors. Even the human body creates formaldehyde. Some of the building materials used in an EHU release formaldehyde. Formaldehyde is a chemical that is sometimes used as an adhesive in the assembly of certain parts of Manufactured Homes.

## 5. Why is this a class action?

In a class action, one or more people called "Class Representatives" sue on behalf of people who have similar claims, who are the "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

## 6. Why is there a settlement?

The Court did not decide in favor of the Plaintiffs or Defendants. Instead, both sides agreed to settle. That way, they avoid the costs and risks of a trial, and the people affected will get compensation. The Class Representatives and their attorneys think the settlement is best for all Class Members. The settlement does not mean that the Defendants did anything wrong.

# Who is in the Settlement?

To see if you can get benefits from this settlement, you first have to determine if you are a Class Member

## 7. How do I know if I am part of the settlement?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. To be a Class Member, you must have Resided in a Manufactured Home, not a travel trailer.

## 8. I'm still not sure I'm included.

If you are not sure whether you are included in the Class, you may call the toll free number 1-855-483-8956 with questions. Also, even if you are not sure if you are included in the Class, you should submit a timely Claim Form if you do not wish to be excluded from the Class.

# The Settlement Benefits—What You Get

## 9.  What does the settlement provide?

This settlement will provide money to Class Members who submit timely and valid Claim Forms.  A Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, describes all of the details about the proposed settlement.

## 10.  How much will my payment be?

The money from the settlement will be distributed according to a Class Benefit Formula approved by the Court.  **If you received any Medicare/Medicaid/TRICARE/Veteran's Administration/Indiana Health Services benefits, some or all of these amounts may be deducted from your settlement.**

# How to Get a Payment—Submitting A Claim Form

## 11. How can I get a payment?

To ask for a payment, you must complete and submit a Claim Form.  A Claim Form is included with this Notice.  You can also get a Claim Form at www.femaformaldehydelitigation.com or by calling 1-855-483-8956.  Please read the instructions carefully, fill out the Claim Form and mail it, **postmarked by August 26, 2011,** to:

FEMA Trailer Non-Lit Settlement
PO Box 82565
Baton Rouge, Louisiana  70884

## 12. When will I get my payment?

The payments will be mailed to Class Members who send in timely and valid Claim Forms, after the Court grants "final approval" of the settlement, and any appeals are resolved.  If Judge Engelhardt approves the settlement after an upcoming hearing (*see* the section "The Court's Fairness Hearing" below), there may be appeals.  If there are any appeals, resolving them can take time.  Please be patient.

## 13. What am I giving up to get a payment or stay in the Class?

If the settlement becomes final, you will be releasing the Defendants who settled, for all the claims identified in Section IX of the Settlement Agreement.  These are called "Released Claims."  The Settlement Agreement is available at www.femaformaldehydelitigation.com.  The Settlement Agreement describes the Released Claims with specific descriptions, in necessarily accurate legal terminology, so read it carefully.  Talk to your attorneys (*see* the section on "The Lawyers Representing You" below) or your own lawyer if you have questions about the Released Claims or what they mean.

# Excluding Yourself From the Settlement

If you don't want a payment from this settlement, but you want to keep the right to sue the Defendants about the issues in this case, then you must take steps to get out. This is called excluding yourself from—or is sometimes referred to as "opting out" of—the settlement Class.

## 14. How do I get out of the settlement?

To exclude yourself from the settlement, you must send a letter by mail saying that you want to be excluded from *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*. You must include the case number (No. 2:07-MD-1873, Section "N" (5)), your full name, address, and telephone number, identify which defendant(s) you have claims against (the manufacturer of your EHU), and sign the request. Your exclusion request will not be valid, and you will be bound by the settlement, if you do not include this information in your exclusion request. You must mail your request for exclusion so that it is received by **June 2, 2011**, to:

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

You can't exclude yourself on the phone or at the website.

## 15. If I don't exclude myself, can I sue the Defendants for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendants for the claims that this settlement resolves. You must exclude yourself from this Class to start your own lawsuit. Remember, any exclusion requests must be received by **June 2, 2011**.

## 16. If I exclude myself, can I get a payment from this settlement?

No. If you exclude yourself, do not submit a Claim Form to ask for a payment.

# The Lawyers Representing You

## 17. Do I have a lawyer in this case?

**If you have hired a lawyer to represent you for claims in this litigation, please contact your lawyer for further information.**

The Court appointed certain attorneys, known as the Plaintiffs' Steering Committee or "PSC," to represent you and other Class Members. You do not have to pay them. They will be paid out of the Total Settlement Fund. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

6

# Objecting To The Settlement

You can tell the Court if you don't agree with the settlement or some part of it.

## 18. How do I tell the Court if I don't like the settlement?

You can object to the settlement if you don't like some part of it. The Court will consider your views. To do so, you must send in a written objection in the case, *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MD-1873, Section "N" (5). You must include your full name, address, telephone number, and your signature. You must also include the specific reasons why you object to the settlement, any legal support or evidence to support your objection, and whether you or your attorney, or any other witness, will be attending the hearing, along with a description of any witness's testimony, and a list of any exhibits you may offer at the hearing along with copies of those exhibits. (*See* "The Court's Fairness Hearing" below). You must mail your objection so that it is received by **July 13, 2011**, to the three addresses listed below:

| Court | PSC | Defense Counsel |
|---|---|---|
| Clerk of Court<br>Eastern District of Louisiana,<br>North Division<br>Hale Boggs Federal Building<br>United States Courthouse<br>500 Poydras Street, Room C-151<br>New Orleans, LA 70130 | Gerald E. Meunier<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer, LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | Thomas W. Thagard, III<br>Maynard Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, AL 35203 |

The Court may overrule your objection. If you want money from the settlement, even if you object to it, you must file a timely Claim Form.

## 19. What's the difference between objecting and asking to be excluded?

Objecting is telling the Court that you oppose approval of the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you don't want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## 20. Do I need to make an appearance to talk about my objection?

Once you file a timely and valid objection, the Special Master, who is someone the Court appointed to help with the settlement, will schedule a hearing to try to resolve your objection. You will receive a notice of the date, time and place of the hearing. You must attend this Special Master hearing for your objection to be heard at the Fairness Hearing.

# The Court's Fairness Hearing

The Court will hold a hearing to decide whether to approve the settlement. You may attend and you may ask to speak, but you don't have to.

## 21. When and where will the Court decide whether to approval the settlement?

The Court has scheduled a Fairness Hearing at 9:00 AM on August 22, 2011, at the Courthouse for the Eastern District of Louisiana, Northern Division, Hale Boggs Federal Building, United States Courthouse, 500 Poydras Street, Room C-351, New Orleans, LA 70130. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Engelhardt will listen to people who have asked to speak about an objection according to Question 18 above. The Court may also decide how much to award the PSC as fees for representing the Class. At or after the hearing, the Court will decide whether to approve the settlement. We do not know how long this decision will take. The hearing may be moved to a different date without additional notice, so it is a good idea to check www.femaformaldehydelitigation.com for updated information.

## 22. Do I have to come to the hearing?

No. You do not have to attend the Fairness Hearing. The PSC will answer questions that Judge Engelhardt may have. But, you are welcome to come at your own expense. If you send an objection, you don't have to come to the Fairness Hearing to talk about it. As long as you filed and mailed your written objection on time, and as long as you attended the Special Master hearing according to Question 20 above, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 23. May I speak at the hearing?

If you submitted an objection to the settlement (*see* Question 18), you may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter saying that it is your "Notice of Intention to Appear in *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*." Your Notice of Intention to Appear must be received no later than **July 13, 2011,** and must be sent to the addresses listed in question 18 along with the following information:

- name of the case (*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MD-1873, Section "N" (5);

- your full name, address, telephone number, and signature;

- detailed statement of the specific legal and factual basis for each objection;

- list of any witnesses you intend to call at the Fairness Hearing, and a description of the testimony to be offered; and

- list of exhibits and copies of all exhibits you intend to introduce at the Fairness Hearing.

# If You Do Nothing

## 24. What happens if I do nothing at all?

If you do nothing, you'll get no payment from this settlement. And, unless you exclude yourself, you won't be able to sue the Defendants for the claims resolved in this case.

# Getting More Information

**25. How do I get more information about the settlement?**

This notice summarizes the proposed settlement. More details are in a Settlement Agreement, which is available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956. If you have questions, visit the website, or call 1-855-483-8956 toll free.

CLAIM FORM
IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION
CLASS ACTION SETTLEMENT

| CLASS MEMBER OR CLAIMANT INFORMATION |
|---|
| Write any name and address corrections below or if there is no pre-printed data to the left, you must provide your name and address here: |
| Mailing Address |
| City                         State          Zip |

You may be entitled to Class Benefits if you are someone who made a permanent or temporary shelter out of a Manufactured Home that (1) was located in Louisiana, Mississippi, Alabama or Texas at the time; (2) was Manufactured by any Defendant; and (3) was provided by FEMA to persons displaced by Hurricanes Katrina and/or Rita.

You may be a member of the Class to which this settlement applies. A lawsuit pending in the United States District Court, Eastern District of Louisiana, groups together numerous actions that had been filed in courts in Alabama, Mississippi, Louisiana, and Texas. The Plaintiffs and certain Defendants have reached a proposed class action settlement. This package of materials (the "Class Notice Package") describes the proposed settlement of this class action lawsuit and has been sent to you by order of the Court because you may be a member of the Class and must make a decision about whether to remain in the Class. If you remain in the Class, you will be entitled to make a claim for the Class Relief afforded by this settlement, which is a cash award.

This settlement only applies to those who resided in a Manufactured Home. It does not apply to those who resided in travel trailers. If you have hired a lawyer to represent you for your claims in this litigation, please contact your lawyer for more information. If you have any questions, please call 1-855-483-8956.

To be fully informed about the benefits and implications of the proposed settlement you may read all the documents included in this Class Notice Package and you may also review the full settlement materials at www.femaformaldehydelitigation.com, including the Settlement Agreement.

CLAIM FORM

**You need to submit this Claim Form, postmarked by  August 26, 2011, to receive Class Benefits under this settlement.**  If you are a Class Member and you do not timely submit a Claim Form, you will not be eligible for any benefits under this settlement. Unless you timely exclude yourself from the Class by June 2, 2011, you cannot sue the Defendants over the claims settled in this case, even if you do not receive Class Benefits because your Claim Form was untimely.

This Claim Form asks specific questions about you, the Class Member. Please complete the Claim Form to the best of your ability. **Note: You must provide your full name, your social security number, your gender, your date of birth, and your address to receive Class Benefits.** If you do not provide these items and you do not opt-out of the settlement, you will still be bound by the Settlement Agreement and its release even though you will not be eligible to receive any money from the settlement. If you do not have or know certain information that is asked for, other than your full name, gender, date of birth, social security number and address, you may leave parts of this Claim Form blank and submit this Claim Form anyway. The Special Master will make a good faith attempt to process the Claim Form by seeking additional information from you. Obviously, the more information you can provide, the more likely your claim can be effectively processed.

Please supply the following information, along with the Class Member or Claimant Information above:

| | |
|---|---|
| Full Name of Class Member: | |
| Social Security Number of Class Member : | |
| Gender of Class Member: | |
| Date of Death of Class Member, if applicable: | |
| Telephone Number of Class Member: | |
| Date of Birth of Class Member: | |
| Address of Class Member: | |
| Manufacturer of the Manufactured Home provided by FEMA to you and/or in which you made a permanent or temporary shelter for yourself.   (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | |
| Vehicle Identification Number ("VIN") or Serial Number of the Manufactured Home provided by FEMA to you and/or in which you made a permanent or temporary shelter for yourself. (If you know it. Otherwise leave it blank and submit this Claim Form anyway). | |
| Description of any injuries you claim you suffered from or are related to formaldehyde exposure in the emergency housing unit.  (If you claim injury from or | |

| | |
|---|---|
| related to formaldehyde exposure in the Manufactured Home. Otherwise, write "not applicable" and submit this Claim Form anyway). | |
| Name of Attorney or Law Firm representing Class Member: | |

\* Capitalized terms used in this Claim Form are defined in the Settlement Agreement, which can be found on www.femaformaldehydelitigation.com.

**DOCUMENTS:**     Please attach the following documents to your Claim Form, if you have them: (1) documents reflecting that you made a permanent or temporary shelter out of a Manufactured Home provided by FEMA; (2) documents reflecting that such Manufactured Home was manufactured by a Defendant; and (3) documents reflecting the VIN or serial number of the Manufactured Home, if you have any.

**Even if you don't have these documents you may still qualify and you can submit the Claim Form anyway.**  Anything related that you do have may help the Special Master see if you qualify for Class Benefits.  Please don't include any correspondence between you and your attorney.

### CLASS MEMBER DECLARATION FORM

I certify that I have read this Claim Form; I believe I am a member of the Class, that I am eligible for Class Benefits; all of the information on this Claim Form is true and correct to the best of my knowledge; I have attached to, or enclosed with this Claim Form all documents that I have been able to locate; I have not assigned any of my rights in this Action or any Pending Action to anyone else.

_____
Signature of Class Member

If you are a representative filing this Claim Form on behalf of a Class Member, please have that Class Member sign the "Signature of Class Member" line, and in addition, please fill out the following information:

| | |
|---|---|
| Claimant/Representative: | _____ |
| Address: | _____ |
| Phone Number: | _____ |
| Social Security No. | _____ |
| Date of Birth: | _____ |
| Relationship to Class Member: | _____ |

Claim Forms and supporting documents must be postmarked by **August 26, 2011**.  Please mail to:

FEMA Trailer Non-Lit Settlement
PO Box 82565
Baton Rouge, Louisiana 70884

Questions? Call 1-855-483-8956 TOLL FREE, OR VISIT www.femaformaldehydelitigation.com

FOLD INTO THIRDS AND RETURN

FEMA Litigation - Manufactured Housing (Non-HUD) Proposed Final Settlement
Named Defendants/Claimants

| Name of Claimant (Last, First, Initial) | Name of Representative (Last, First, Initial) | Address | Last Four Digits of SSN | Date of Birth | Manufacturer | VIN/Serial Number | Name of Case (if filed w/ this claim) | EDIA or other Cause of Action Number if Filed | Alleged Representative | Address 1 | Address 2 | Address 3 | Address 4 | TOTAL (if) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prasser, Patricia W. | Prasser, Patricia | 211 Venus Place, Violet, Louisiana 70092 | 7958 | 12/1/1977 | CMH Manufacturing, Inc. | KENT50196907 | Lyndi Green, Individually as Child Manufacturing, Inc., et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Patricia W. | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 7958 | 4/3/1994 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Patricia | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 9177 | 4/3/1994 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Crysti | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 7257 | 7/23/1996 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Crysti | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 6069 | 6/9/1980 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Patricia | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 8994 | 4/3/1994 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Patricia | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 6059 | 4/3/1994 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Prasser, Tanner | Prasser, Patricia | P.O. Box 14160, New Orleans, Louisiana 70163 | 6457 | 4/3/1994 | Southern Energy Homes, Inc | SSE5E09110 | C.C. Allen, et al v. American Camper Manufacturer, et al | 2009-4798 | Jay W. Harang | | | | | |
| Sides, Ashley | | 16697 Zippo Lloyd Road Unit 27, Ponchatoula, Louisiana 70454 | 7511 | 1/7/1991 | Fern Harbor Homes, Inc. | LAFS11170 | Steve Bates, Individually & Parrish Legal Service, Inc., et al | 2009-4796 | Jay W. Harang | | | | | |
| Green, Lionel | | 211 Venus Place, Violet, Louisiana 70092 | 7930 | 15/05/1977 | CMH Manufacturing | RONT15A1010C | Lyndi Green, Individually & Child Manufacturing, et al | 2009-4798 | Jay W. Harang | | | | | |
| Anderson, Crystal | | 704 Fig Rock Road, Carriere, Mississippi 39426 | 4521 | 6/10/1978 | Crossroads Homes Builders | 03000FMH0551721 | Christal Anderson, et al v. Crossroads Homes Builders, LLC, et al | 2009-1401 | Jay W. Harang | | | | | |
| Wright, Marlene | | 714 Feodora Lane, Slidell, Mississippi 39553 | 8293 | 03/31/1944 | Crossroads Homes Builders | CA7045660011978 | Christal Anderson, et al v. Crossroads Homes Builders, LLC, et al | 2009-1401 | Jay W. Harang | | | | | |
| Ford, Pauline | | 714 Woodview Court, Ave A 117, Slidell, MS 39553 | 5465 | 05/25/1948 | Crossroads Homes Builders | CA7045660011978 | Christal Anderson, et al v. Crossroads Homes Builders, LLC, et al | 2009-1401 | Jay W. Harang | | | | | |
| Stallings, Jacquelyn | | 120 PCT Old Highway 27, Lot 61, Biloxi, MS 39532 | 3564 | 06/21/1954 | Giles Industries | 1EFL14651021941 | Giles Industries, et al | 2009-5530 | Jay W. Harang | | | | | |
| Stallings, Demetria | | P.O. Box 61, Mount Vernon, AL 36560 | 4779 | 04/21/1974 | Giles Industries | 1TDS7P | Giles Industries, et al | 2009-1378 | Jay W. Harang | | | | | |
| Dukes, Renee | | 10101 Highway 603, Kiln, Louisiana, LA 70520 | 2413 | 01/07/1953 | Pana National Homes, Inc | | Pana National Homes, Individually v. Pana National Homes, et al | 2009-1373 | Jay W. Harang | | | | | |

# FEMA Trailer Formaldehyde Product Liability Litigation

Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: jandry@andrylawgroup.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Jonathan Andry.xlsx
SENT: 04/12/2011 12:19:47 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: mmoreland@becnellaw.com,
jcrose@becnellaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Becnel.xlsx
SENT: 04/11/2011 17:51:31 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: yjohnson@bencomolaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Bencomo.xlsx
SENT: 04/11/2011 18:03:46 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: stephaniea@brunobrunolaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Joseph M. Bruno.xlsx
SENT: 04/11/2011 18:39:49 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation
## Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: dcarr@txattorneys.com,
ptaaffe@txattorneys.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_The Buzbee Law Firm.xlsx
SENT: 04/12/2011 09:57:29 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: rbowman@damicolaw.net
CC: thargrove@damicolaw.net,
kmoorman@damicolaw.net
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_D'Amico.xlsx, FEMA_non-lit settlement_D'Amico_Irpino.xlsx, FEMA_non-lit
settlement_D'Amico_Reich.xlsx
SENT: 04/12/2011 12:11:46 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: shana@eaveslaw.com
CC:
BCC:
SUBJECT: RE: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, FEMA_non-lit settlement_John A. Eaves Jr.xls
SENT: 04/12/2011 14:01:26 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: shana@eaveslaw.com,
april@eaveslaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_John A. Eaves Jr.xlsx
SENT: 04/11/2011 18:32:34 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation

### Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: jwoods@gainsben.com,
gmiranda@yhlawfirm.com
CC: dmartin@gainsben.com
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Husain_GBDMW.xlsx
SENT: 04/12/2011 12:17:03 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: jwoods@gainsben.com,
gmiranda@yhlawfirm.com
CC: dmartin@gainsben.com
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Husain_GBDMW.xlsx
SENT: 04/12/2011 12:17:02 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: jwoods@gainsben.com,
CC: dmartin@gainsben.com,
hmccourtney@gainsben.com,
plambert@gainsben.com
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_GBDMW.xlsx
SENT: 04/11/2011 18:20:48 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: kgladner@bellsouth.net
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Gill Ladner Priest PLLC.xlsx
SENT: 04/11/2011 18:23:48 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation

## Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: tricks@jharang.com,
ronw@jharang.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Jack W Harang.xlsx
SENT: 04/11/2011 18:27:48 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: egibson@hsglawfirm.net,
Chante@hsglawfirm.net
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Hawkins Stracener Gibson PLLC.XLSX
SENT: 04/12/2011 10:10:28 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: jedm602@gmail.com,
dvega@hurricanelegal.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Hurricane Legal Center.xlsx
SENT: 04/11/2011 18:25:33 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: jedm602@gmail.com,
dvega@hurricanelegal.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Hurricane Legal Center.xlsx
SENT: 04/11/2011 18:25:33 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation
### Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: gmiranda@vhlawfirm.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Nomaan Husain.xlsx
SENT: 04/11/2011 19:09:52 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: airpino@irpinolaw.com,
gfitzmorris@irpinolaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_D'Amico_Irpino.xlsx
SENT: 04/12/2011 12:12:31 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: ftlacj@gmail.com,
steveftla@gmail.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Catherine H Jacobs.xlsx
SENT: 04/11/2011 18:15:47 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: jermaine@jdwilliamslaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Jermaine Williams.xlsx
SENT: 04/12/2011 12:58:06 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation

## Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: wanda@jimshall.com,
jodi@jimshall.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_RGP_Jim Hall.xlsx
SENT: 04/12/2011 12:40:20 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: wanda@jimshall.com,
jodi@jimshall.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Jim S. Hall Associates.xlsx
SENT: 04/11/2011 18:30:18 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: candices@lambertandnelson.com,
magan@lambertandnelson.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Lambert Nelson, PLC.xlsx
SENT: 04/11/2011 18:46:06 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: richardmacaluso@yahoo.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Macaluso.xlsx
SENT: 04/12/2011 10:16:13 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

# FEMA Trailer Formaldehyde Product Liability Litigation
### Confirmation of Electronic Mail Notification Submissions

```
--------- MESSAGE DETAILS ---------
TO: MTrevino@nexsenpruet.com,
PDominick@nexsenpruet.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Nexsen Pruet.xlsx
SENT: 04/11/2011 18:59:52 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: dischilling@rgplaw.com,
jharris@rgplaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_RGP_Dennis Sweet.xlsx, FEMA_non-lit settlement_RGP_Ezequiel Reyna.xlsx, FEMA_non-lit
settlement_RGP_Jim Hall.xlsx
SENT: 04/12/2011 12:28:33 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: jwoods@gainsben.com,
CC: dmartin@gainsben.com,
hmccourtney@gainsben.com,
plambert@gainsben.com
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_PSC.xlsx
SENT: 04/11/2011 19:17:22 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: DReich@reichandbinstock.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_D'Amico_Reich.xlsx
SENT: 04/13/2011 11:35:55 CDT

Note: Tracking information for this message will be available until 06/12/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

-----------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

# FEMA Trailer Formaldehyde Product Liability Litigation
### Confirmation of Electronic Mail Notification Submissions

```
--------- MESSAGE DETAILS ---------
TO: eespinoza@zreynalaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_RGP_Ezequiel Reyna.xlsx
SENT: 04/12/2011 12:35:47 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: dglsschmdt@yahoo.com,
cheletallon@gmail.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Schmidt.xlsx
SENT: 04/11/2011 19:24:39 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: rick@pattlawfirm.net
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_RGP_Dennis Sweet.xlsx
SENT: 04/12/2011 12:44:50 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

```
--------- MESSAGE DETAILS ---------
TO: dcj@torres-law.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim
Form.pdf, FEMA_non-lit settlement_Sidney Torres.xlsx
SENT: 04/13/2011 10:50:47 CDT

Note: Tracking information for this message will be available until 06/12/2011 in the Sent Messages folder of your Secure
Mailbox (located at: https://mailgate.pncpa.com/messenger ).

----------------------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.
```

# FEMA Trailer Formaldehyde Product Liability Litigation

Confirmation of Electronic Mail Notification Submissions

--------- MESSAGE DETAILS ---------
TO: jbastoe@torres-law.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Sidney Torres.xlsx
SENT: 04/12/2011 09:53:44 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

--------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: clay@waltzerlaw.com,
samantha@waltzerlaw.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Waltzer Wiygul, LLP Clay Garside.xlsx
SENT: 04/12/2011 10:02:19 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

--------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: mwatson@woodfill-pressler.com,
wcaldwell@woodfill-pressler.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Michael C. Watson.xlsx
SENT: 04/11/2011 18:53:20 CDT

Note: Tracking information for this message will be available until 06/10/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

--------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.

--------- MESSAGE DETAILS ---------
TO: ksaxvik@wgclawfirm.com
CC:
BCC:
SUBJECT: FEMA Non-Lit Proposed Class Settlement
ATTACHMENTS: image001.gif, Class Notice Package.pdf, FEMA Trailer Formaldehyde_Claim Form.doc, FEMA Trailer Formaldehyde_Claim Form.pdf, FEMA_non-lit settlement_Watts Hilliard, LLC.xlsx
SENT: 04/12/2011 10:05:01 CDT

Note: Tracking information for this message will be available until 06/11/2011 in the Sent Messages folder of your Secure Mailbox (located at: https://mailgate.pncpa.com/messenger ).

--------------------------------------------------------------------------
Delivered with Secure Messenger (TM)
http://www.tumbleweed.com
Secure Messenger is a trademark of Tumbleweed Communications Corp.