# LEGAL NOTICE

## Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

### A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.


Manufactured Home

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation, Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Home, Inc., Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, me.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendant. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fee from the Total Settlement Amount. If you have hired a lawyer to represent your for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post marked by August 26, 2011 to the address on the form.


Travel Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to legally bound by it, you must exclude yourself by June 2, 2011 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you umay object to it by July 13, 2011. The detailed written notice available on the website below, or by calling the number below, explains how to exclude ourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No.2:07-MDL-1873, Section "N"(5), on August 22, 2011 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund, if the settlement is approved, the Defendants will be released liom all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

Apr 19, May 1
00675818
2t

**www.femaformaldehydelitigation.com**     **1-855-483-8956**

# Affidavit of Publication

**STATE OF LOUISIANA**
**Parish of Calcasieu**

Before me the undersigned authority, personally came and appeared

*[signature: Dnna McCain]*

who being duly sworn, deposes and says:

He/She is a duly authorized agent of
**LAKE CHARLES AMERICAN PRESS**
a newspaper published daily at 4900 Highway 90 East,
Lake Charles, Louisiana, 70615. (Mail address: P.O. Box 2893
Lake Charles, LA 70602)

The attached Notice was published in said newspaper in its issue(s) dated:

00675818 - $1646.82
April 19, 2011
May 1, 2011

                    00085926
                    P & N
                    MEGAN STEVENSON
                    8550 UNITED PLAZA BLVD., SUITE 1001
                    BATON ROUGE, LA 70809

*[signature: Dnna McCain]*
Duly Authorized Agent

Subscribed and sworn to before me on this 2nd day of May, 2011 at Lake Charles, LA

*[signature: Robin D. Hebert]*

00085926
P & N

Daily Advertiser

**Public Notice** | **Public Notice** | **Public Notice** | **Public Notice** | **Public Notice**

1405774

LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.


Manufactured Home

**WHO IS SUED?**

The Settlement includes the following manufacturers of the homes: CMH Manufacturing, Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it postmarked by August 26, 2011, to the address on the form.


Travel Trailer

**YOUR OTHER OPTIONS**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by June 2, 2011 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by July 13, 2011. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on August 22, 2011 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com          1-855-483-8956

Public Notice | Public Notice | Public Notice | Public Notice | Public Notice

1405774

## LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

### A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.


Manufactured Home

**WHO IS SUED?**

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by August 26, 2011, to the address on the form.


Travel Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by June 2, 2011 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by July 13, 2011. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on August 22, 2011 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com          1-855-483-8956

Acadiana's Daily Newspaper

# THE ADVERTISER

1100 Bertrand Drive
LAFAYETTE, LA 70506

PHONE: (337) 289-6300
FAX:   (337) 289-6466

## AFFIDAVIT OF PUBLICATION

**P&N Consulting**
**Megan Stevenson, CFE, CFI**
**8550 United Plaza Blvd., Suite 1001**
**Baton Rouge, LA  70809**

Account No.:   2254084492
Ad Number:     1405774
Ad Total:      $1,203.00
No. of Lines:  5 columns x 7.5 inches
Reference No.:

**To insure proper credit please refer to your **account number** and/or **ad number** when making payment. Remittance address: P.O. Box 3268, Lafayette, LA  70502-3268

I, Rose Penfold, do solemnly swear that I am the LEGAL CLERK of THE ADVERTISER, a newspaper printed and published at Lafayette, in the Parish of Lafayette, State of Louisiana, and that from my personal knowledge and reference to the files of said publication, the advertisement of

**LEGAL NOTICE**
**Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita**

was published in THE ADVERTISER on the following dates:

***Tuesday, April 19, 2011**
***Sunday, May 1, 2011**

*Rose Penfold*
**ROSE PENFOLD**
LEGAL CLERK

Sworn to and subscribed before me this 2nd day of May, 2011.

Notary Public - Christie Veazey  ID# 058555

006

## LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.



Manufactured Home

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it postmarked by **August 26, 2011**, to the address on the form.



Travel Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehyde... 483-8956

# A F F I D A V I T

Attachment

County of Galveston  §
§
State of Texas  §

Before me, the undersigned authority, on this day personally came and appeared **Lois Colvin**, to me well known (or proved to me on the basis of satisfactory evidence), and who after being duly sworn (affirmed) did depose and say that she is an **AGENT** for **THE GALVESTON COUNTY DAILY NEWS**, a newspaper of general circulation, which has been continuously and regularly published for a period of not less than one year, in the County of Galveston, and that the **NOTICE**, a copy of which is hereto attached was published in said newspaper on the following days, to wit:

_April 19_, 2011

_[signature]_
Agent Signature

Sworn and subscribed before me
On this the _____ day of _April_, 2011

_[signature]_
Notary for the State of Texas

LYNETTE TISDALE
Notary Public, State of Texas
My Commission Expires
2-11-2012

# Advertising Invoice

**Galveston County Daily News**
P.O. Box 628
Galveston, TX 77553-0628

Phone: (409) 683-5300
Fax: (409) 938-8409
URL: www.galvnews.com

33

P & N Consulting
Megan Stevenson
8550 United Plaza Blvd., Ste. 1001
BATON ROUGE , LA 70809

**Cust #:** 18119216
**Phone** (225)408-4492
**Date:** 04/19/2011
**Due Date:** 05/27/2011
**Invoice #:** 707262

**Classification** 006 Legal Notices   **Acct Type:** cr   **Salesperson:** 021   **Ad Taker:** 021

| Ad# | Text | Start | Stop | Amount | Prepaid | Due |
|---|---|---|---|---|---|---|
| 00267481 | P&N Consulting #558080 4x9 Man | 04/19/2011 | 04/19/2011 | 929.47 | -929.47 | 0.00 |

Please return a copy with payment    **Total Due**   0.00

# A F F I D A V I T

Attachment

County of Galveston §
§
State of Texas §

Before me, the undersigned authority, on this day personally came and appeared **Lois Colvin**, to me well known (or proved to me on the basis of satisfactory evidence), and who after being duly sworn (affirmed) did depose and say that she is an **AGENT** for **THE GALVESTON COUNTY DAILY NEWS**, a newspaper of general circulation, which has been continuously and regularly published for a period of not less than one year, in the County of Galveston, and that the **NOTICE**, a copy of which is hereto attached was published in said newspaper on the following days, to wit:

_May 1_____, 2011

_____
Agent Signature

Sworn and subscribed before me

On this the _1st_ day of _May_, 2011

_____
Notary for the State of Texas

LYNETTE TISDALE
Notary Public, State of Texas
My Commission Expires
2-11-2012

# Advertising Invoice

**Galveston County Daily News**  42
P.O. Box 628
Galveston, TX  77553-0628

Phone:  (409) 683-5300
Fax:  (409) 938-8409
URL:  www.galvnews.com

---

P & N Consulting
Megan  Stevenson
8550 United Plaza Blvd., Ste. 1001
BATON ROUGE , LA 70809

**Cust #:** 18119216
**Phone** (225)408-4492
**Date:** 05/01/2011
**Due Date:** 06/27/2011
**Invoice #:** 711028

**Classification** 006 Legal Notices  **Acct Type:** cr  **Salesperson:** 021  **Ad Taker:** 021

| Ad# | Text | Start | Stop | Amount | Prepaid | Due |
|---|---|---|---|---|---|---|
| 00267950 | P&N Consulting #558080 4x9 Man | 05/01/2011 | 05/01/2011 | 924.47 | -924.47 | 0.00 |



Megan

---

Please return a copy with payment          **Total Due**          0.00

## LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.



Manufactured Home

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TowaHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it postmarked by **August 26, 2011**, to the address on the form.



Travel Trailer

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the Newspaper Representative at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and generally circulated in the Counties of: HARRIS, TRINTY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to-wit:

P&N CONSULTING    24839573    15067220
RAN A LEGAL NOTICE
SIZE BEING: 5 X 5.0 I (25.0I)
```
        product   date           class      page
        hc        Apr 19 2011    1245.0     B_tuelg_11
        hc        May  1 2011    1245.0     D_sunlg_5
```

*Pat Hackett*
NEWSPAPER REPRESENTATIVE

Sworn and subscribed to before me, this the 1st Day of May A.D. 2011

[Notary Seal: VERONICA M TYRONE, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES FEB 10, 2012]

*Veronica M Tyrone*
Notary Public in and for the State of Texas

Houston Chronicle

## LEGAL NOTICE
### Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

A court authorized this notice. This is not a solicitation from a lawyer

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the Web site below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.


Manufactured Home

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?


Travel Trailer

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **August 26, 2011**, to the address on the form.

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the Web site below.

**www.femaformaldehydelitigation.com**     **1-855-483-8956**