

# Legal Notices

To place legal notices email [illegible] or call 713.224.6868.

## ADOPTIONS

ADOPT: Hugs & Kisses, Dreams & Wishes await your precious baby! Expenses paid Frank&Keri 800-816-8424. *It is illegal to be paid for anything beyond legal & medical expenses.*

## BIDS & PROPOSALS

**GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT INVITATION TO PROPOSERS 2010 FCA CRITICAL DEFICIENCIES PROJECTS CSP# [illegible]**

Goose Creek CISD invites Competitive Sealed Proposals from potential contractors for the following project:

**PROJECT: 2010 FCA CRITICAL DEFICIENCIES PROJECTS**
**PROPOSAL DATE AND TIME: April 26, 2011 until 2:00 PM**
**ESTIMATED BUDGET: $2,008,549**
**ARCHITECT: VLK Architects 7915 FM 1960 West, Suite 214 Houston, Texas 77070 (281) 671-2300**

The Work in this Project includes, but is not limited to, concrete repairs at a 16,500 seat stadium, sanitary sewer piping replacement at multiple campuses, and the replacement of lift stations at multiple campuses. Bids will be submitted as separate packages as indicated within the Project Manual.

Competitive Sealed Proposals for the above referenced project will be received by Trudy Masters, Director of Purchasing, Goose Creek Consolidated Independent School District, 4544 I-10 East, Baytown, Texas

## NOTICE TO CREDITORS

**Notice To Creditors Ad**

**$69.00***

Call Cynthia
713-362-6435

*$69.00 includes first 36 lines
*$1.92 per line over 36 lines

## BIDS & PROPOSALS

**NOTICE TO CONTRACTORS**

Sealed bids, in duplicate, addressed to StoneArch Builder, LLC on behalf of Harris County Municipal Utility District No. 61(hereinafter referred to as Owner) and delivered to the office of the Engineer, A & S ENGINEERS, INC., 10377 Stella Link Road, Houston, TX 77025, Telephone, 713-942-2700, will be received until 10:00 A.M. on May 3, 2011 for:

**MASON ROAD AND FRANZ ROAD WATER, STORM SEWER, AND TEMPORARY PRIVATE LIFT STATION**

## BIDS & PROPOSALS

**NOTICE TO CONTRACTORS OF PROPOSED TEXAS DEPARTMENT OF TRANSPORTATION (TxDOT) CONTRACTS**

Sealed proposals for contracts listed below will be received by TxDOT until the date(s) shown below, and then publicly read.

**CONSTRUCTION/ MAINTENANCE/BUILDING FACILITIES CONTRACT(S)**

**Dist/Div: Beaumont Contract 0932-02-[illegible] for HAZZARD ELIMINATION IN JEFFERSON County will be** opened on May 03, 2011 [illegible]

## LEGAL NOTICES

**LEGAL NOTICE**

**Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?**

**A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.**

**A court authorized this notice. This is not a solicitation from a lawyer.**

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the Web site below.

**WHO'S INCLUDED?**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

Travel Trailer

**WHO IS SUED?**

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, L.L.C.; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc./dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-855-483-8956 [illegible] postmarked by August [illegible], 2011, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself [illegible] 2011. [illegible] ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by July 13, 2011. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Products Liability Litigation, MDL-1873, Section [illegible] to approve the settlement and [illegible] costs and expenses. [illegible] the Class, they will be paid [illegible] settlement is approved, the Defendants [illegible] liability for the Claims. The Settlement Agreement explains the [illegible] fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more [illegible] or visit the Web site below.

[illegible]

**PUBLIC NOTICE OF A PROPOSED HAZARDOUS WASTE EXEMPTION REISSUANCE**

**U.S. ENVIRONMENTAL PROTECTION AGENCY, REGION 6 FOUNTAIN PLACE 1445 ROSS AVENUE DALLAS, TEXAS [illegible]**

The U.S. Environmental Protection Agency (EPA), Region 6, proposes to reissue an exemption to the land disposal restrictions of the Hazardous and Solid Waste Amendments of 1984 (HSWA) to the Resource Conservation and Recovery Act (42 U.S.C. [illegible], et seq) for the following facility:

Applicant: The Exxon Mobil Corporation
1545 Rt 22 East,
Room CC302
Annandale,
New Jersey 08801

Facility Location:
2001 Jackson Road
Harris County
Pasadena, Texas

Injection Well Permit Number: WDW-397
WDW-398 (Addition)

Development of the proposed decision was based on a detailed technical review of the submitted reissuance request with support documents.

The land disposal restrictions of HSWA prohibit the injection of restricted hazardous waste. However, these amendments provide that an exemption to these restrictions may be granted if the Administrator determines that the method of land disposal (i.e., injection well) is protective of human health and the envi-

**CAUSE NUMBER 2010-67038 IN THE 80TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS Plaintiff: Wells Fargo Bank N.A. Vs. Defendant: Patricia Harris, Octavia Ray-Dyson, Tammie Martin, Latoya Crawford, Unknown Heirs at Law of Eddie Crawford, Jr. and Unknown Heirs at Law of Mary L. Moore CITATION BY PUBLICATION THE STATE OF TEXAS County of Harris To: Unknown Heirs at Law of Mary L. Moore Unknown Heirs at Law of Eddie Vance Crawford, Jr.**

**YOU ARE HEREBY COMMANDED** to be and appear before the 80th Judicial District Court of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, the 16th day of May, 2011, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the Original Petition, filed in said Court on the 12th day of October 2010, in a suit numbered 201067038 the docket of said court, wherein Wells Fargo Bank N.A. is the Plaintiff and Patricia Harris, Octavia Ray-Dyson, Tammie Martin, Latoya Crawford, Unknown Heirs at Law of Eddie Crawford, Jr., and Unknown Heirs at Law of Mary L. Moore is the Defendant(s), the nature of plaintiff's demand, and the said petition alleging: Foreclosure

**ALL THAT CERTAIN TRACT OF LAND KNOWN AS LOT 16, IN BLOCK 6, OF ALDINE VILLAGE, SECTION 1, AN**

Sunday, May 1, 2011 BUSINESS HOUSTON CHRONICLE D5

# OTC: Giant hardware still show's highlight

KAREN WARREN PHOTOS : CHRONICLE

**READY AT RELIANT:** FMC Technologies employees set up their displays Friday as they prepare for the start of the Offshore Technology Conference, at Reliant Park. The 2011 OTC starts Monday.

CONTINUED FROM PAGE D1

once again be in Houston to

# Legal Notices

To place legal notices email legals@chron.com or call 713.224.6868.

LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES

**LEGAL NOTICE**

**Did you reside in a Manufactured Home provided by the United States Government following Hurricane [illegible]**

**A legal settlement [illegible] to [illegible] for [illegible]**

**A court [illegible] This is not [illegible] from a lawyer**

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms [illegible] exclude themselves from the settlement, object to the settlement or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the Web site below.

**WHO'S INCLUDED?**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

Travel Trailer

**WHO IS SUED?**

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana [illegible], LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor [illegible], Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit [illegible] by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by August 26, 2011, to the address on the form.

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by June 2, 2011, or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by July 13, 2011. The detailed written notice available on the Web site below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called In Re: FEMA Trailer Formaldehyde Product Liability Litigation, No. 2:07-MDL-1873, Section "N" (5), on August 22, 2011 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the Web site below.

Alabama's Oldest Newspaper

# THE MOBILE REGISTER

## Proof of Publication

Press-Register

AD RAN IN ACCT. NAME:

P&N CONSULTING
8550 UNITED PLAZA BLVD, SUITE 1001
BATON ROUGE, LA 70809

BILLED TO ACCT # 1135021

| REFERENCE NUMBER | DESCRIPTION OR TAGLINE | CHARGES |
|---|---|---|
| 1744191 | LEGAL NOTICE DID YOU RESIDE IN A MANUFACT | $2,785.02 |
| | | **$2,785.02** |

Grace Lusk, being sworn, says that she is bookkeeper of the MOBILE REGISTER, INC. which publishes a daily newspaper in the City and County of Mobile, State of Alabama; and the attached notice appeared in the issue of THE PRESS-REGISTER, INC.

APRIL 19 & MAY 1, 2011

[signature]

Sworn to and subscribed before me this 10TH day of MAY 2011

[signature]

Notary Public

LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **August 26, 2011**, to the address on the form.

Travel Trailer

YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

347 other legals

Sunday, April 24, 2011. The photos will be viewable on al.com/mobile/2011pickapet after Monday, April 25th. Readers will be asked to vote for their favorite photographs. Ballots will be printed in the Press-Register and The Mississippi Press or available (one copy per day per person) at the Press-Register and The Mississippi Press office locations. Ballots must be completed by person casting vote. Must be at least 18 years of age to vote. Readers may submit their votes by mail or by dropping off a ballot at one of Sponsor's office locations. Readers must fully complete an original ballot by hand. Mechanically reproduced ballots will not be accepted. One free vote per person/ballot/per day up to a maximum of 5. Additional votes will be accepted with a $0.25 donation per vote. Mail complete ballots to: "2011 Pick-a-Pet" Contest, Circulation Department, PO Box 2488, Mobile, AL 36652. To drop off ballots, go to one of Sponsor's office locations: Mobile - 401 N. Water St. Mobile, AL 36602, Bay Minette - 208 E. 2nd Street Bay Minette, AL 36507, Daphne - 9102 Independence Ave. Daphne, AL 36526 and Pascagoula - 906 Convent Ave. Pascagoula, MS 39567 during regular business hours. Donations accompanying additional votes may be made via check, credit card or money order and payable to the "Press-Register or The Mississippi Press." All votes must be submitted by 5:00 p.m. CT on Friday, June 24, 2011. The one entry with the

347 other legals

exclusively by a state or federal court located in Mobile, Alabama. Should there be a conflict between the laws of the State of Alabama and any other laws, the conflict will be resolved in favor of the laws of the State of Alabama. All judgments or awards shall be limited to actual out-of-pocket damages (excluding attorneys' fees) associated with participation in this Promotion and shall not include any indirect, punitive, incidental and/or consequential damages.

12. WINNER LIST. For a list containing the names of the winners, send a self-addressed stamped envelope, within six (6) months of the Judging Date, to: Winner List, "2011 Pick-a Pet Contest", 401 North Water Street, Mobile, AL 36602.

13. SPONSORSHIP. This Promotion is sponsored by the Press-Register, 401 North Water Street, Mobile, AL 36602 and The Mississippi Press, 906 Convent Ave. Pascagoula, MS 39567 (individually and collectively, the "Sponsor").

PRESS REGISTER
MARCH 13 - JUNE 24, 2011

announcements

413 drivers & trucking

NEW
ATTENTION
OTR VAN DRIVERS
2 years OTR & CDL Required
Health, Dental, Vision and 401K
WRIGHT TRANSPORTATION
251-300-2920
www.wrighttrans.com

CDL CLASS A LOWBOY DRIVER
Excellent pay, experience and reference required. Truck based out of Mobile AL.
Home most nights
Perdido Trucking Service LLC
3164 Midtown Park South
Mobile AL 36606
(251)470-0355 OFFICE
email - jsmith@perdidotrucking.com

A-Class CDL TRUCK
DRIVER TRAINING EXCELLENCE IN MOBILE
DRIVER TRAINEES NEEDED
WE HELP YOU FIND JOBS
Refresher Courses.
VA Approved
Gov't Paid Training Possible for AL/MS Laid Off Workers

LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice. This is not a solicitation from a lawyer.***

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

**WHO'S INCLUDED?**

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

**WHO IS SUED?**

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; SootBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

**WHAT DO THE SETTLEMENTS PROVIDE?**

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

**HOW DO YOU ASK FOR A PAYMENT?**

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **August 26, 2011**, to the address on the form.

Travel Trailer

**YOUR OTHER OPTIONS.**

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

**www.femaformaldehydelitigation.com 1-855-483-8956**

**344 notice of bid**

guarantee period from the opening of proposals. That of the successful bidder will be returned when formal contract and bonds are accepted and approved.

Bids must be submitted on proposal forms furnished by the Architect or copies thereof. All bidders bidding in amounts exceeding that established by the State Licensing Board for General Contractors must be licensed under the provisions of Title 34, Chapter 8, Code of Alabama, 1975, and must show evidence of license before bidding or bid will not be received or considered by the Architect; the bidder shall show such evidence by clearly displaying his or her current license number on the outside of the sealed envelope in which the proposal is delivered. The Owner reserves the right to reject any or all proposals and to waive technical errors if, in the Owner's judgement, the best interests of the Owner will thereby be promoted.

All Bidders are invited to attend a pre-bid conference to be held in the Tuscaloosa County Board of Education Board Room, May 10, 2011 at 10:00 a.m. The bidder's company employee attending the pre-bid conference shall have qualifications and experience with the construction to be performed within this project. Any questions concerning the pre-bid conference shall be directed to the Construction Manager.

**344 notice of bid**

MAY 1, 8, 15, 2011

INVITATION FOR BIDS

Sealed bids, subject to the conditions contained herein, will be received by The Board of Water and Sewer Commissioners of the City of Mobile, Alabama, at their 207 North Catherine Street offices until 1:15 p.m. Local Time, May 9, 2011 and then publicly opened and read for furnishing all labor and materials and performing all work for constructing, Contract No. M5712-2364, Dauphin Island Parkway Sewer Replacement. The Work consists of the following:

Repairing approximately 504 linear feet of existing 8" sewer pipe and replacing approximately 520 linear feet of 8" sewer line.

Plans and specifications may be inspected at the office of The Board of Water and Sewer Commissioners of the City of Mobile, 207 North Catherine Street, Mobile, Alabama, or at the office of McCrory & Williams, Inc., 3207 International Drive, Suite G, Mobile, Alabama 36606, or at the ABC / Dodge Plan Room, 755-C McRae Avenue, Mobile, Alabama 36606.

Copies of the plans and specifications may be obtained from McCrory & Williams, Inc., 3207

**344 notice of bid**

A Mandatory Pre-Bid Meeting will be held Thursday, May 12, 2011 @ 10:00 a.m. at the Department of Public Works, located at 703 Green Road, Atmore, Alabama 36502.

Bidders will be required to provide Bid security in the form of a Bid Bond or cashier's check in the amount of a sum no less than five (5) percent of the Bid Price but not more than $10,000.00.

Refer to other bidding requirements described in Document 00200 - Instructions to Bidders.

Submit your Bid on the Bid Form provided. Bidders are required to complete Bid Form 00412. Bidders may supplement this form as appropriate.

Your Bid will be required to be submitted under a condition of irrevocability for a period of 60 days after submission.

Indian Preference Shall Be Offered to Certified Businesses In Accordance with the Tribe's Tribal Employment Rights Ordinance.

The attention of bidders is called to the provisions of State Law Governing General Contractors, as set forth in Sections 34-8-1 to 43-8-24,

# PROOF OF PUBLICATION

Sun Herald

Ad on Back

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared CRISTA LAUX who, being by me first duly sworn, did depose and say that she is a clerk of The Sun Herald, a newspaper published in the city Gulfport, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper 1 times in the following numbers and on the following dates of such paper, viz:

Vol. 127 No., 198 dated 19 day of April, 20 11

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Vol. ______ No., ______ dated ______ day of ______, 20 ______

Affiant further states on oath that said newspaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

Crista Laux
Clerk

Sworn to and subscribed before me this 8 day of June, A.D., 20 11

[signature]
Notary Public

STATE OF MISSISSIPPI ★ HARRISON COUNTY ★ KANDI A BERKLEY NOTARY PUBLIC ID No. 80799 Comm. Expires April 05, 2014

LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

***A court authorized this notice. This is not a solicitation from a lawyer.***

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

### WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

Travel Trailer

### WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, L.L.C.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP; and Palm Harbor Albemarle, Inc.

### WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

### HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by **August 26, 2011**, to the address on the form.

### YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by **July 13, 2011**. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on **August 22, 2011** to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-855-483-8956

# PROOF OF PUBLICATION

PAGE 1 OF 2

STATE OF MISSISSIPPI
COUNTY OF HARRISON

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared Michelle Gelet who, being by me first duly sworn, did depose and say that she is a clerk of The Sun Herald, a newspaper published in the city Gulfport, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper 1 times in the following numbers and on the following dates of such paper, viz:

Vol. 127 No., 210 dated 1 day of May , 2011

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Vol. ____ No., ____ dated ____ day of ________ , 20 ____

Affiant further states on oath that said newspaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

Michelle Gelet
Clerk

Sworn to and subscribed before me this 11 day of May, A.D., 2011

STATE OF MISSISSIPPI HARRISON COUNTY
KANDI A BERKLEY NOTARY PUBLIC ID No. 80799 Comm. Expires April 05, 2014

Kandi Berkley
Notary Public

LEGAL NOTICE

# D[illegible] you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to p[illegible] for [illegible]posure to and/or injuries from formal[illegible]hyde.

*A court authorized this notice. This is not a solicitatio[illegible] [illegible]wyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll-free the number below, or by visiting the website below.

WHO IS INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

Travel Trailer

WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH [illegible] Homes, Inc.; [illegible] Homes, [illegible] Giles Family Homes, Inc.; Giles Indus[illegible] [illegible] of Tazewell, Incorporated; Giles Acquisition [illegible] Homes, LLC; [illegible] River Creek Homes, Inc.; Redman Homes, Inc.; Dutch Homes, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; SouthHill Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, LLC; Champion Home Builders Co.; Champion Enterprises, Inc.; [illegible] Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC [illegible] Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, Inc.

WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956, has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it and mail it post-marked by August 26, 2011, to the address on the form.

YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by **June 2, 2011** or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from the settlement. If you stay in the settlement, [illegible] **July 13, 2011**. The detailed written [illegible] available on [illegible] below, or by calling the number below, explains how to [illegible] yourself or object.

The Court will hold a [illegible] *FEMA Trailer Formaldehyde* [illegible] 2:07-MDL-1873, Section "N"(5), on August 2[illegible], 2011 to [illegible] whether to approve the settlement and [illegible] fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-855-483-8956


## AFFIDAVIT

**ACCOUNT NAME: Postlehwaite & Netterville**

**ACCOUNT # POST076392**

**RUN DATE: April 19, 2011**
**May 1, 2011**

**AD SIZE: 3 x 7.5**

**Affidavit complete:**

**By:** Janice Hebert **Title: Sales Manager**
**(signature)**
**Janice Hebert**

**Notary Information:**
**Affirmed before me, this** 11th **day of** May **A.D. 2011**
M. Monic McChristian **Commission Expires: Indefinite**
**(signature)**
**M. Monic McChristian**

**M. MONIC McCHRISTIAN**
**NOTARY PUBLIC ID #88293**
**STATE OF LOUISIANA**
**MY COMMISION IS FOR LIFE**

# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097 TELEPHONE (504) 826-3201

Exhibit A
Attached

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICE

Re: Did you reside in a Manufactured Home provided by the United States Government following Hurricanes

Advertisement of P & N Consulting

8550 United Plaza Blvd, Ste 1001
Baton Rouge, LA 70809

Was published in The Times Picayune

3800 Howard Ave
New Orleans, LA 70125

On the following dates April 19, May 1, 2011

Elizabeth C Darcey

Sworn to and subscribed before me this

3rd Day of May, 2011

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

## Rentals Unfurnished

**8108 Slidell**

$200 MOVE IN MONTH + DEP. Furn & unfurn 1 br apts w elec + cab. Discs offered. 985 649 5555.

Mins from Slidell, Waveland. Great Deal! 1, 2 & 3 BD 2 mi from beach. $450 up. 228-467-7772

2BR Starting @ $625/Mo Stevens Rlty Group 504-450-6829

**8110 River Parishes East Bank**

★ DESTREHAN SCHOOLS ★ Ormond Subdv: 3BR, 1½BA, Frml, w/d hkups, lg yd. No Sec 8. $850 90 CARRIAGE LN ★ 504-812-6566

177 CHURCH ST. - GARYVILLE 4 br, 2.5 ba house, wd flrs & tile, laundry room with W/D, gas stove, dishwashr. $900/mo. Dep neg. 985-651-4421, 504-401-3207

1808 English Colony Dr., Laplace 3 br, 2 ba, den w/frpl, master has Jacuzzi tub w/walk-in shower & walk-in closets, kit. has d/w & stov large backyd $1450. 504.606.4287

225 MEADOWS ★ DESTREHAN 2 br + bonus rm, 1.5 ba, townhouse, w/d hkups, fireplace, front parking, fenced yard, no pets, clean, $775/mo. (985) 764-6418

501 Indigo Pkwy Unit21, Laplace Townhouse, 2br, 2.5 bath, Stainless steel appl. $1200/mo. Open Floorplan, W/D connection, Huge closets, Storage. 985-248-9061

$600/MO + ½ OFF DEPOSIT CAMBRIDGE - 312 REVERE DR. LaPlace 2br, 1.5ba Townhs., w/d hkups, carpet, LR/DR. No pets. 504-908-4580

DESTREHAN - Ormond 63 Dunleith 3br/2ba home. Appl incl'd, fenc back yard $1500/mo. 504-957-1462/504-957-2551 Great St Charles Parish Schools

**8112 River Parishes West Bank**

3218 MALLARD DR, 3 BR, 2 BA, granite countertops, ceramic throughout, dble. car gar. Quiet neighborhood. $1500/mo., $1500 dep. Call 504-265-0319

**8114 Tangipahoa Parish**

★ 612 Rue St. Martin, Hammond 2BR/1.5BA Condo - $550/month located at , LA. If interested, 504-577-2000 or 504-893-1690

42731 WALKER LN, HAMMOND 2 bedrooms, 1 bath, furn. kitchen, cen a/h, w/d hkups, $650/mo, garbage & wtr pd, NO PETS, 225-209-3169

**8116 Gulf Coast**

112 Chateau St. Louis on Carre Ct. 2BR 1.5BA CONDO 1 blk to beach in Old Town Bay St. Louis Gorgeous view from 2nd flr balcony $800mo 228-332-2289

**8118 Country**

15131 E. THOMAS RD. BOGALUSA 4bdrm, 2bath house in rural Washington Parish, $650 mo. $500 dep. 985-886-1072

**8120 Residence**

3 Lg. bd, 2 full ba. Lg. Lvrm, kit. & den. Closed garage, w/ Lg. fenced in yd. Free grass cutting. $1100/mo. 1043 N. Airline Ave. Gramercy, La., 504-621-2207

## AUTOMOTIVE 8505 - 8970

| | |
|---|---|
| Acura | 8505 |
| AMC | 8510 |
| Alfa Romeo | 8520 |
| Audi | 8530 |
| Bently | 8535 |
| BMW | 8540 |
| Buick | 8550 |
| Cadillac | 8560 |
| Chevrolet | 8570 |
| Chrysler | 8580 |
| Daewoo | 8582 |
| Daihatsu | 8585 |
| Datsun | 8590 |
| Dodge | 8590 |
| Eagle | 8605 |
| Ferrari | 8610 |
| Fiat | 8615 |
| Ford | 8620 |
| Geo | 8625 |
| Honda | 8630 |
| Hummer | 8632 |
| Hyundai | 8635 |
| Infiniti | 8638 |
| Isuzu | 8640 |
| Jaguar | 8650 |
| Jeep | 8660 |
| Kia | 8663 |
| Land rover | 8664 |
| Lexus | 8665 |
| Lincoln | 8670 |
| Lotus | 8680 |
| Mazda | 8690 |
| Maserati | 8700 |
| Mercedes-Benz | 8710 |
| Mercury | 8720 |
| Merkur | 8730 |
| Mini Coopers | 8731 |
| Mitsubishi | 8732 |
| MG | 8735 |
| Nissan | 8740 |
| Oldsmobile | 8750 |
| Peugeot | 8760 |
| Plymouth | 8770 |
| Pontiac | 8780 |
| Porsche | 8790 |
| Range rover | 8795 |
| Renault | 8800 |
| Rolls Royce | 8810 |
| Saab | 8820 |
| Saturn | 8823 |
| Scion | 8824 |
| Sterling | 8825 |
| Subaru | 8830 |
| Suzuki | 8835 |
| Toyota | 8840 |
| Triumph | 8845 |
| Volkswagen | 8850 |
| Volvo | 8860 |
| Yugo | 8865 |
| Under $2000 | 8870 |
| $2000 - $5000 | 8872 |
| $5001 - $10,000 | 8874 |
| Miscellaneous | 8880 |
| Lease | 8890 |
| Antique/Classic | 8900 |
| Special Interest | 8910 |
| Pick Up Trucks | 8915 |
| Sport Utility Vehicles | 8920 |
| Vans | 8925 |
| Heavy Trucks, Trailers | 8930 |
| Electronics & Access. | 8935 |
| Parts & Accessories | 8940 |
| Repair | 8950 |
| Financing | 8955 |
| Insurance | 8960 |
| Misc. Services | 8965 |
| Wanted To Purchase | 8970 |

[illegible]

## NOTICES 9905 - 9945

**Important Information**

The Publisher shall be under no liability for its failure for any cause to insert an advertisement. The Publisher will not be responsible for errors after the first insertion. Material errors not the fault of the advertiser will be adjusted by not more than one gratis insertion. Advertiser agrees to obtain clippings and tear sheets when the local rates are in effect. Advertiser agrees to protect and indemnify the Times-Picayune Publishing Corporation, its agents and employees, against any and all liability loss and expenses arising from the publication of the Advertiser's advertising because of claims for (1) alleged misrepresentation or misstament; (2) alleged infringement of trademark, trade names, patents or copyrights; (3) alleged violations of fair trade laws; (4) libel and invasion of rights of privacy and (5) other violation of the rights of 3rd party's or of government rules.

The Publisher reserves the right to censor, reclassify, revise, edit or reject any classified advertisement not meeting the standards of acceptance of The Times-Picayune. All ads accepted are subject to credit approval unless paid for prior to publication.

**On-line information**

All advertising materials published in The Times-Picayune may also be used on-line and in any and all media by The Times-Picayune and those authorized by The Times-Picayune. All advertising is subject to the terms of newspaper's rate card.

| | |
|---|---|
| Bids & Proposals | 9905 |
| Dividend Notices | 9910 |
| Special Notices | 9915 |
| Auctions | 9920 |
| Bankruptcy Proceedings | 9925 |
| Legal Notices | 9930 |
| Oil/Mineral | 9935 |
| Sale By U.S. Marshall | 9940 |
| Successions | 9945 |

**9905 Bids & Proposals**

PUBLIC NOTICE

LAFOURCHE PARISH GOVERNMENT

Request for Statements of Qualifications and Cost Proposals for Administrative Consulting Services

Louisiana Community Development Block Grant (LCDBG) Program FY 2012 - FY 2013

Lafourche Parish Government is interested in procuring the services of an administrative consulting firm to assist with the Louisiana Community Development Block Grant (LCDBG) FY 2012 - FY 2013 program, through the State of Louisiana, Office of Community Development, which shall include but not be limited to the preparation of application packages and to administer and implement the projects, in accordance with state and federal CDBG Program guidelines and regulations.

The procedures for the selection of this firm will be in accordance with the procurement requirements of the CDBG Program and the procedures set forth in the statement of qualifications packet. All responses received will be evaluated in accordance with the selection criteria identified in the request for statements of qualifications packet. That packet also identifies the preliminary scope of services to be performed by the selected firm.

Lafourche Parish Government will begin contract negotiations immediately following selection of the successful respondent.

Interested parties are invited to secure a proposal package from Lafourche Parish Government, Gretchen Caillouet, Grants & Economic Development Director, 402 Green Street, Thibodaux, Louisiana, 70301, (985) 446-8427 or on the Lafourche Parish Government website at www.lafourchegov.org. Beginning January 1, 2009 Lafourche Parish Government bid documents are posted on www.centralbidding.com. To view these, download, and receive bid notices by e-mail, you will have to register with Central Auction House (CAH). Vendors/Contractors will have the option to submit their bids & bid bonds electronically or by paper copy. Any questions about this process should be directed to Ted Fleming with Central Auction House at 1-866-570-9620. Statement of Qualifications packets may also be obtained by emailing a request to Gretchen Caillouet at grants@lafourchegov.org. Responses to this request must be hand-delivered or mailed to the above named person at the above named address in such a manner that it is received no later than 10:00 o'clock a.m. on Thursday,

## Notices

**9905 Bids & Proposals**

May 5, 2011.

Lafourche Parish Government is an Equal Opportunity Employer. Persons requiring reasonable accommodation to respond to this solicitation are requested to contact Gretchen Caillouet at (985) 446-8427 to discuss their particular needs. The Parish reserves the right to reject any and all proposals and/or to award the contract for services in the best interest of Lafourche Parish Government.

PUBLICATION DATES: Tuesday, April 19, 2011

ADVERTISEMENT FOR BID

Sealed Bids will be received by the Purchasing Office, University of New Orleans, Math Building, Room 351, 2000 Lakeshore Dr., New Orleans, LA 70148

for: ADMIN. ANNEX AIR HANDLING UNIT PUMP REPLACEMENT Sealed Bid No. BTB2103,2104,2105

until: MAY 10, 2011 @ 2:00 PM

at which time and place the Bids will be opened and read.

There will be a Mandatory Pre-Bid Conference held on APRIL 27, 2011 at the University of New Orleans, Human Performance Center, Room 207 at 2:00PM P.M.

CONTRACTORS MUST BE LICENSED BY THE LOUISIANA STATE LICENSING BOARD FOR CONTRACTORS UNDER CATEGORY VI Mechanical Work.

Evidence of authority to submit the bid shall be required in accordance with R.S. 38:2212a(1)(c)(i). The right is reserved to reject any or all bids and to waive informalities. UNO is an equal opportunity/affirmative action employer.

Specifications may be obtained from the Purchasing Office by calling (504) 280-6172 or email at tabacno@uno.edu.

By: Troy A. Bacino, Asst. Director for Facility Services Procurement, University of New Orleans

**9920 Auctions**

In accordance with the provisions of State law, there being due and unpaid charges for which the undersigned is entitled to satisfy an owner and/or manager's lien of the goods hereinafter described and stored at the Uncle Bob's Self Storage locations(s) listed below.

And, due notice having been given, to the owner of said property and all parties known to claim an interest therein, and the time specified in such notice for payment of such having expired, the goods will be sold at public auction at the below stated location(s) to the highest bidder or otherwise disposed of on Friday, April 29, 2011, 10:00 AM, 3200 Gen DeGaulle Dr., NO, LA 70014, 504-366-5590.

These are the spaces to be auctioned on Friday, April 29, 2011 at 10:00am, at 3200 Gen. DeGaulle Drive, New Orleans, LA 70114, 504-366-5590

These Auctions will be conducted by Harlan's Auctions, LA lic # 106

SP 205 Gernie Dalton Hshld gds, Furn Boxes TV/Stereo Equip, SP 322 Kristin Benoit Hshld gds Boxes Applnces TV/Stereo Equip Childs toys/clothes, SP 355 Regina Sam Hshld gds Furn Boxes Applnces TV/Stereo Equip, SP 357 Kenywatta Herbert Hshld gds Furn Boxes, SP 451 Michael Boudreaux Hshld gds Tools, SP 632 Chavis Brissette Hshld gds, SP 708 Roderick Ricks Furn Applnces, SP 976 Annelique Alexander Boxes Off Furn., SP 1003 Patricia Kampa Hshld gds Boxes, SP 1011 Barbara Brown Hshld gds Furn Boxes, SP 1021 Katrina Griffin Furn Boxes Applnces

Budget Storage 3701 Division, Metairie, will sell at auction, Tues. May 3rd @ 9am

342 Luurtsema R HHG. boxes
622 Henry, F misc items
743 McElveen, A misc items
215 Parker, B papers

HENDERSON AUCTIONS Livingston, La. 225-686-2252 Marvin A. Henderson, Auctioneer #136-2000

**9930 Legal Notices**

Louisiana Highway Safety Commission announces availability of grants

Grants are being offered to local parish and state agencies; nonprofit organizations; universities or other institutions of higher learning; local school boards or schools; corporations; hospitals; highway safety advocacy groups; individuals.

Projects eligible for funding must be directly related to highway safety and support at least one of the LHSC goals. Possible project proposals could include, but are not limited to, education, outreach, prevention and enforcement.

Detailed information on problem identification, submission requirements and the application is available at http://www.lahighwaysafety.org/grant.html

Proposals will be accepted through May 6, 2011 and must be submitted electronically.

Office of Disciplinary Counsel 4000 S Sherwood Fst #607 BR LA

**9930 Legal Notices**

LEGAL NOTICE

# Did you reside in a Manufactured Home provided by the United States Government following Hurricanes Katrina or Rita?

## A legal settlement provides payments to people for exposure to and/or injuries from formaldehyde.

*A court authorized this notice. This is not a solicitation from a lawyer.*

Settlements have been proposed in a class action lawsuit about temporary homes provided to people in Alabama, Mississippi, Louisiana, and Texas following Hurricanes Katrina and/or Rita. The settlements will pay money to those who resided in such homes.

The United States District Court for the Eastern District of Louisiana, will have a hearing to decide whether to give final approval to the settlement so that payments can be made. The people included may submit Claim Forms to request a payment, exclude themselves from the settlement, object to the settlement, or ask to speak at the hearing. Get a detailed notice by calling toll free the number below, or by visiting the website below.

WHO'S INCLUDED?

If you resided in a Manufactured Home located in Alabama, Mississippi, Louisiana or Texas, and provided by the federal government following Hurricanes Katrina and/or Rita, you may be a Class Member. To be a Class Member, the Manufactured Home in which you resided must have been Manufactured by a Defendant in this case. The paperwork you received from the federal government should include either the manufacturer of the Manufactured Home, or the vehicle identification or serial number, which will identify the manufacturer. If you Resided in a travel trailer, and not a Manufactured Home, you are not included in the Settlement.

Manufactured Home

WHO IS SUED?

The Settlement includes the following manufacturers of the homes: CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Athens Park Homes, LLC; Horton Homes, Inc.; Silver Creek Homes, Inc.; Redman Homes, Inc.; Dutch Housing, Inc.; Liberty Homes, Inc.; Waverlee Homes, Inc.; Scotbilt Homes, Inc.; Alliance Homes, Inc., dba Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, LP.; Cavalier Home Builders, LLC; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes, Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; Indiana Building Systems, LLC d/b/a Holly Park Homes; Palm Harbor Homes, Inc.; Palm Harbor Manufacturing, LP. and Palm Harbor Albemarle, Inc.

WHAT DO THE SETTLEMENTS PROVIDE?

The settlements provide money to people who Resided in the Manufactured Homes manufactured by the Defendants. The amount of money will be determined by a Class Benefit Formula approved by the Court, after the deduction of fees from the Total Settlement Amount. If you have hired a lawyer to represent you for claims in this litigation, please contact them for further information. The Settlement Agreement, available at www.femaformaldehydelitigation.com or by calling 1-855-483-8956 has the details about the proposed settlement. If you received any Medicare or other government health benefits, some or all of these amounts may be deducted from your settlement.

HOW DO YOU ASK FOR A PAYMENT?

Call 1-855-483-8956 or go to www.femaformaldehydelitigation.com for a Claim Form, then fill it out, sign it, and mail it post-marked by August 26, 2011, to the address on the form.

Travel Trailer

YOUR OTHER OPTIONS.

If you don't want a payment from this settlement, and you don't want to be legally bound by it, you must exclude yourself by June 2, 2011 or you won't be able to sue, or continue to sue, the Defendants about the claims in this case. If you ask to be excluded, you can't get a payment from this settlement. If you stay in the settlement, you may object to it by July 13, 2011. The detailed written notice available on the website below, or by calling the number below, explains how to exclude yourself or object.

The Court will hold a hearing in this case, called *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, No. 2:07-MDL-1873, Section "N"(5), on August 22, 2011 to consider whether to approve the settlement and a request by the lawyers for fees, costs and expenses. You will not pay the lawyers representing the Class; they will be paid from the Total Settlement Fund. If the settlement is approved, the Defendants will be released from all liability for the claims. The Settlement Agreement explains this fully. You or your own lawyer may ask to appear and speak at the hearing, at your own cost, but you don't have to. For more information call toll free or visit the website below.

www.femaformaldehydelitigation.com 1-855-483-8956