# Declaration

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

In order to comply with the requirements set forth in the Settlement Notice Plan re: FEMA Trailer Formaldehyde Product Liability Litigation (Non-Lit case), Special Master Daniel J. Balhoff, being of sound mind and lawful age, and subject to the penalties of perjury, deposes and states the following:

1. On April 5, 2011, the Court appointed the undersigned as the Special Master for the Non-Lit settlement.

2. The Special Master has coordinated with the CADA (Postlethwaite & Netterville), the PSC and the attorneys for the defendants.

3. The Special Master drew upon his experience in other class actions to develop and implement the notice plan in accordance with the requirements of this Court's order and the Stipulation of Settlement.

4. The Special Master is satisfied that the notice plan as formulated and implemented satisfies the requirements of Rule 23, i.e., it was the best notice practicable under the circumstances, including individual notice to all members who could be identified through reasonable effort. The notice, in the experience of the Special Master, was fair, adequate, and reasonable.

EXHIBIT B

5. The Special Master is convinced that virtually all of the claims (as indicated by the claim forms and the plaintiff fact sheets) represent claims for respiratory ailments and/or fear of cancer, etc. The allegations in the claim forms and plaintiff fact sheets (including those of the class representatives) appear to satisfy the requirements of commonality, predominance, and typicality.

6. I have personal knowledge of the matters declared herein.

_____
Daniel J. Balhoff
Date: 8/18/11

_____
Notary Public    John W. Perry, III (# 33312)