# CLASS REPRESENTATIVE AFFIDAVITS


# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF LOUISIANA

PARISH OF ST-BERNARD

BEFORE ME, the undersigned authority, personally came and appeared:

**SHARON FLORANE**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Athens Park Homes, LLC settlement

class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
**Sharon Florane**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this ____ day of

_____, 2011.

_____
NOTARY PUBLIC:_____
LOUISIANA BAR ROLL NO. _____
MY COMMISSION EXPIRES:_____

LINDA M. SUKMAN
NOTARY #58658, St. Bernard Parish
My commission expires at my death.

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _St. Bernard_

BEFORE ME, the undersigned authority, personally came and appeared:

**DOLORES BAILEY**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Cavalier Home Builders, LLC and

Cavalier Homes, Inc. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Dolores Bailey_
**Dolores Bailey**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _9th_ day of

_August_ , 2011.

NOTARY PUBLIC: _91045_
LOUISIANA BAR ROLL NO. _33228_
MY COMMISSION EXPIRES: _with life_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Louis Steven Copeland**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for Champion/Homes of Merit, Inc. settlement

class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Louis Steven Copeland**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __11__ day of

__August__, 2011.

NOTARY PUBLIC: _____

~~MISSISSIPPI BAR ROLL NO.~~

MY COMMISSION EXPIRES: _10/5/2014_

-3-

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track Scotbuilt Homes, Inc. Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF KENNYETTA WALKER

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

BEFORE ME, the undersigned authority, personally came and appeared:

### Kennyetta Walker

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Scotbuilt Homes, Inc., settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
Kennyetta Walker

Sworn and subscribed before me this the 18th day of August, 2011,

_____
Notary Public
My commission expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83934
TAMMIE L. WISE
Commission Expires
Jan. 23, 2015
HANCOCK COUNTY

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared:

**Linda Davis-Lutcher**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the CMH Manufacturing, Inc. settlement

class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

10.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

11.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Linda Davis-Lutcher_
**Linda Davis-Lutcher**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _12th_ day of

_August_ , 2011.

_Grace Thellen_
NOTARY PUBLIC: _GRACE THELLEN_
LOUISIANA BAR ROLL NO. _68631_
MY COMMISSION EXPIRES: _with life_

GRACE THELLEN, NOTARY
Calcasieu Parish Louisiana
Commission for Life #63637

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**Donovan Delone**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the < Lexington Homes, Inc. > settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

10.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

11.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _8TH_ DAY OF _AUGUST 2011_

NOTARY PUBLIC EAST BATON ROUGE LOUISIANA
MY COMMISSION IS FOR LIFE
A. ELAINE WILLIAMS
NOTARY ID 23462

-2-

DONOVAN DELONE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF BOSSIER

        BEFORE ME, the undersigned authority, personally came and appeared:

                          **Paul Jay Warrington**

who, upon being duly sworn, did depose and state as follows:

                                  1.

        Affiant is a class member in this litigation.

                                  2.

        Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

                                  3.

        Affiant is a proposed Class Representative for Patriot Homes, Inc. settlement class in the

proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Paul Jay Warrington**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __11__ day of

__August_____, 2011.

NOTARY PUBLIC: _____

~~MISSISSIPPI BAR ROLL NO.~~ _____

MY COMMISSION EXPIRES: _10/5/2014_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Sharlotte Thacker**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Oak Creek Homes, Inc, Oak Creek

Homes, LP settlement class in the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Sharlotte Thacker**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _11_ day of _August_ 2011.

NOTARY PUBLIC: _____
~~MISSISSIPPI BAR ROLL NO~~:
MY COMMISSION EXPIRES: _10/5/2014_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**AFFIDAVIT OF CLASS REPRESENTATIVE**</u>

STATE OF MISSISSIPPI

PARISH OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Catherine Ann Keyes**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for Destiny Industries, LLC settlement class in

the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of
proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this
information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and
therefore endorses the settlement and recommends that the Court approve same.


**Catherine Ann Keyes**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this ___11___ day of
_August_____, 2011.


NOTARY PUBLIC: _____
~~MISSISSIPPI BAR ROLL NO.~~ _____
MY COMMISSION EXPIRES: _10/5/2014_

STATE OF MISSISSIPPI
Darryl A Dukes
ID No 97208
Comm Expires
October 05,2014
NOTARY PUBLIC
STONE COUNTY

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Undina Fairley**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for Champion/Redman Homes, Inc./Dutch

Housing. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Undina Fairley_
**Undina Fairley**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __11__ day of ___August___, 2011.

NOTARY PUBLIC: _____
MISSISSIPPI BAR ROLL NO. _____
MY COMMISSION EXPIRES: __10/5/2014__

Darryl A Dukes
ID No 97208
Comm Expires
October 05,2014
STATE OF MISSISSIPPI
NOTARY PUBLIC
STONE COUNTY

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Linda Reyes**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the TownHomes, LLC settlement class in

the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Linda Reyes_

**Linda Reyes**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __11__ day of

__August_____, 2011.

_____
NOTARY PUBLIC:
MISSISSIPPI BAR ROLL NO. _____
MY COMMISSION EXPIRES: _10/5/2014_

Darryl A Dukes
ID No 97208
Comm Expires
October 05,2014
STATE OF MISSISSIPPI
NOTARY PUBLIC
STONE COUNTY

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


## AFFIDAVIT OF CLASS REPRESENTATIVE


STATE OF MISSISSIPPI

COUNTY OF Jackson

    BEFORE ME, the undersigned authority, personally came and appeared:

### PERCY EVANS

who, upon being duly sworn, did depose and state as follows:

1.

    Affiant is a class member in this litigation.

2.

    Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

    Affiant is a proposed Class Representative for the Liberty Homes, Inc. settlement class in

the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_Percy. S. Evans_
**Percy Evans**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _5_ day of _August_ 2011.


NOTARY PUBLIC: _Breana N Martin_
MISSISSIPPI BAR ROLL NO. _____
MY COMMISSION EXPIRES: _Oct. 28, 2014_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF Jefferson

BEFORE ME, the undersigned authority, personally came and appeared:

### WILLIAM ISAIAH FRAZIER

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Fairmont Homes, Inc. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

*William Isaiah Frazier*

**William Isaiah Frazier**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _15th_ day of _August_____, 2011.

NOTARY PUBLIC: _____
LOUISIANA BAR ROLL NO. _21644_
MY COMMISSION EXPIRES: _AT DEATH_

JIM S. HALL
ATTORNEY & NOTARY
BAR # 21644

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF BOSSIER

      BEFORE ME, the undersigned authority, personally came and appeared:

**Amy Lowrey**

who, upon being duly sworn, did depose and state as follows:

1.

      Affiant is a class member in this litigation.

2.

      Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

      Affiant is a proposed Class Representative for the Silver Creek Homes, Inc. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
**Amy Lowrey**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _11_ day of _____Aug._____, 2011.

INSTRUMENT NOT PREPARED BY
SIGNING NOTARY PUBLIC, NOTARY
ATTESTING TO SIGNATURE ONLY

LISA BESHEA, _____, NOTARY PUBLIC
_____
NOTARY PUBLIC:
LOUISIANA BAR ROLL NO.     LISA BESHEA, # 53264
MY COMMISSION EXPIRES:     Notary Public, Bossier Parish, La.
                           My Commission is for Life

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF IBRIVILLE

BEFORE ME, the undersigned authority, personally came and appeared:

**Terrie Ann Miller-Davis**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for River Birch Homes, Inc. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
**Terrie Ann Miller-Davis**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _12_ day of

_August_____, 2011.

NOTARY PUBLIC: _____

~~MISSISSIPPI BAR ROLL NO.~~ _____

MY COMMISSION EXPIRES: _10/5/2014_

STATE OF MISSISSIPPI
Darryl A Dukes
ID No 97208
Comm Expires
October 05, 2014
NOTARY PUBLIC
STONE COUNTY

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF MISSISSIPPI

COUNTY OF HARRISON

BEFORE ME, the undersigned authority, personally came and appeared:

**Angela R. Ellis**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

.

Affiant is a proposed Class Representative for the Palm Harbor Homes, Inc, Palm Harbor Albermarle, LLC, Palm Harbor Manufacturing, LP settlement class in the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Angela R. Ellis**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _12_ day of _____, 2011.

NOTARY PUBLIC: _____
~~MISSISSIPPI BAR ROLL NO.~~
MY COMMISSION EXPIRES: _10/5/2014_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>

STATE OF LOUISIANA

PARISH OF _ORLEANS_

BEFORE ME, the undersigned authority, personally came and appeared:

**DIONNE BOONE**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Waverlee Homes, Inc. settlement class

in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Dionne Boone**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _11th_ day of _August_ , 2011.

NOTARY PUBLIC: _91045_
LOUISIANA BAR ROLL NO. _33225_
MY COMMISSION EXPIRES: _with life_

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF _Orleans_

BEFORE ME, the undersigned authority, personally came and appeared:

**Dorothy Tuesno**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Holly Park settlement class in the

proposed manufactured housing settlement class.

-1-

D. T

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-



11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**Dorothy Tuesno**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this ___4___ day of

_____August_____, 2011.

NOTARY PUBLIC: _Denis E. Vega_
LOUISIANA BAR ROLL NO. _26740_
MY COMMISSION EXPIRES: _at death_

DENIS E. VEGA, N.P.
NOTARY PUBLIC # 61302
STATE OF LOUISIANA
PARISH OF JEFFERSON
MY COMMISSION EXPIRES AT LIFE

-3-

08/18/2011  23:43    2253027683              QUICK CASH                      PAGE  05

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**Barbara Washington**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Patriot Homes of Texas, LP settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation arc for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

-2-

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.


**Barbara Washington**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this _19_ day of _August_, 2011.


NOTARY PUBLIC: **ERIKA L. STRAWBRIDGE #85413**
LOUISIANA BAR ROLL NO. _____
MY COMMISSION EXPIRES: _____

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

**Elia Blocker**

who, upon being duly sworn, did declare as follows:

1.

Declarant is a class member in this litigation.

2.

Declarant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

3.

Declarant is a proposed Class Representative for the Horton Homes, Inc. settlement class

in the proposed manufactured housing settlement class.

-1-

4.

Declarant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Declarant states that her interests are not antagonistic to the interests of the Class.

6.

Declarant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Declarant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Declarant declares there has been no collusion affecting the agreement.

9.

Declarant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Declarant further declares that, in her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Declarant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Declarant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Declarant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Elia Blocker**

**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


<u>AFFIDAVIT OF CLASS REPRESENTATIVE</u>


STATE OF LOUISIANA

PARISH OF ORLEANS

        BEFORE ME, the undersigned authority, personally came and appeared:

                          **FLORENCE ANDERSON**

who, upon being duly sworn. did depose and state as follows:

                                  1.

        Affiant is a class member in this litigation.

                                  2.

        Affiant is familiar with and knowledgeable of the status of this litigation, all significant

developments that have occurred, and the key legal issues.

                                  3.

        Affiant is a proposed Class Representative for the Patriot Manufacturing, Inc. settlement

class in the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**FLORENCE ANDERSON**

SWORN TO AND SUBSCRIBED before me, Notary Public, on this *19TH* day of August, 2011.

NOTARY PUBLIC:_____

LOUISIANA BAR ROLL NO. *24713*

MY COMMISSION EXPIRES: *AT MY DEATH*