UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-------------------------------------------------------------------------------------------------------------------

### SECOND DECLARATION OF THOMAS WERTH THAGARD III

COMES NOW Thomas Werth Thagard III, being of sound mind and lawful age, and subject to the penalties for perjury deposes and states as follows:

1.      My name is Thomas Thagard. I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of the matters declared herein.

2.      I have been appointed as Liaison Counsel for the Manufactured Housing Defendants as part of this MDL proceeding.

3.      On behalf of all of the Manufactured Housing Defendants, I mailed by certified mail the notice required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), to the following governmental entities, on August 11, 2011:

- United States Attorney General

- Alabama Manufactured Housing Commission

- Louisiana Manufactured Housing Commission

- Mississippi Manufactured Housing Division

- Texas Manufactured Housing Division


EXHIBIT F

02209168.1

1

- Louisiana State Fire Marshall

4.    Attached hereto as Exhibit "A" are true and correct copies of the cover letters sent to those governmental authorities.  Also attached as Exhibit "B" are true and correct copies of the certified mail receipts reflecting the Notices were sent by certified mail.

5.    Attached as Exhibit C is a true and correct printout from the United States Postal Service website confirming delivery of the Notices on the following dates:

- United States Attorney General – August 16, 2011
- Alabama Manufactured Housing Commission – August 12, 2011
- Louisiana Manufactured Housing Commission – August 15, 2011
- Mississippi Manufactured Housing Division – August 15, 2011
- Texas Manufactured Housing Division – August 15, 2011
- Louisiana State Fire Marshall – August 15, 2011.

6.    The filing of the Joint Unopposed Motion for Preliminary Approval of Proposed Class Settlement generated at least two Associated Press articles authored by Michael Kunzelman. The articles, which discussed the settlement terms in detail, the total settlement fund, the settlement's limitations on fees and expenses and public interest groups' reaction to the settlement, were reprinted by many, many news and internet outlets nationwide between January 20, 2011 and January 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of August, 2011.

Thomas Werth Thagard III

02209168.1

2

# EXHIBIT   A



MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

**Lorrie L. Hargrove**
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

Jim Sloan, Administrator
Alabama Manufactured Housing Commission
350 South Decatur Street
Montgomery, AL 36104-4306

      Re:    **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants**
            *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873,**
            **in the United States District Court for the Eastern District of Louisiana, New**
            **Orleans Division**

Dear Mr. Sloan:

      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each Manufactured Housing Defendant (collectively, "Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide notice of a proposed class action settlement of the above-captioned matter. In accordance with CAFA, Defendants are enclosing the following documents:

1.      The Stipulation of Settlement.

2.      The Preliminary Approval Order providing the date of the Fairness Hearing.

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

August 11, 2011
Page 2

    4.     A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B). This disc is provided in response to that requirement.

    5.     The proposed final order and judgment.

In addition, Defendants refer you to the following documents: Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at https://ecf.laed.uscourts.gov/cgi-bin/login.pl. These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice. Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so. If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas Thagard

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures


MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

02204285.1



MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

**Lorrie L. Hargrove**
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

Ricky Davis, Chief Deputy Marshal
Manufactured Housing Division
State Fire Marshal's Office
Woolfolk State Office Building
501 North West St., 10ᵗʰ Fl., #1001
Jackson, MS 39201

> Re:   **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants**
> *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873,**
> **in the United States District Court for the Eastern District of Louisiana, New**
> **Orleans Division**

Dear Mr. Davis:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each Manufactured Housing Defendant (collectively, "Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide notice of a proposed class action settlement of the above-captioned matter. In accordance with CAFA, Defendants are enclosing the following documents:

1.      The Stipulation of Settlement.

2.      The Preliminary Approval Order providing the date of the Fairness Hearing.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

August 11, 2011
Page 2

3.  The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.  A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B). This disc is provided in response to that requirement.

5.  The proposed final order and judgment.

In addition, Defendants refer you to the following documents: Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at https://ecf.laed.uscourts.gov/cgi-bin/login.pl. These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice. Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so. If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures





MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

Lorrie L. Hargrove
DIRECT 205.254.1054
EMAIL  lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

Joe Garcia, Executive Director
Manufactured Housing Division
TX Department of Housing and Community Affairs
Twin Towers Office Center
1106 Clayton Lane, Suite 270W
Austin, TX 78723

Re:     **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants**
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873,**
**in the United States District Court for the Eastern District of Louisiana, New**
**Orleans Division**

Dear Mr. Garcia:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each Manufactured Housing Defendant (collectively, "Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide notice of a proposed class action settlement of the above-captioned matter. In accordance with CAFA, Defendants are enclosing the following documents:

1.      The Stipulation of Settlement.

2.      The Preliminary Approval Order providing the date of the Fairness Hearing.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

August 11, 2011
Page 2

3.      The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

4.      A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes.  CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement."   See 28 U.S.C. § 1715(b)(7)(A)-(B).  This disc is provided in response to that requirement.

5.      The proposed final order and judgment.

In addition, Defendants refer you to the following documents:  Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at   https://ecf.laed.uscourts.gov/cgi-bin/login.pl.  These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice.  Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so.  If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures



ATTORNEYS AT LAW



MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

Lorrie L. Hargrove
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

Sammy J. Hoover, Administrator
State Fire Marshals Office
Manufactured Housing Division
8181 Independence Blvd.
Baton Rouge, LA 70809

      Re:    **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants** *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873, in the United States District Court for the Eastern District of Louisiana, New Orleans Division**

Dear Mr. Hoover:

      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq*. ("CAFA"), this notice is being sent on behalf of each Manufactured Housing Defendant (collectively, "Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide notice of a proposed class action settlement of the above-captioned matter. In accordance with CAFA, Defendants are enclosing the following documents:

    1.    The Stipulation of Settlement.

    2.    The Preliminary Approval Order providing the date of the Fairness Hearing.

    3.    The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

August 11, 2011
Page 2

4.    A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B). This disc is provided in response to that requirement.

5.    The proposed final order and judgment.

In addition, Defendants refer you to the following documents: Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at https://ecf.laed.uscourts.gov/cgi-bin/login.pl. These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice. Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so. If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures



02204272.1



MAYNARD COOPER
& GALE PC
ATTORNEYS AT LAW

**Lorrie L. Hargrove**
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

The United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

> **Re:** **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants**
> ***In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL 07-1873,**
> **in the United States District Court for the Eastern District of Louisiana, New**
> **Orleans Division**

Dear Sir:

Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"), this notice is being sent on behalf of each Manufactured Housing Defendant (collectively, "Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide notice of a proposed class action settlement of the above-captioned matter. In accordance with CAFA, Defendants are enclosing the following documents:

1. The Stipulation of Settlement.

2. The Preliminary Approval Order providing the date of the Fairness Hearing.

3. The forms of notification to class members of the proposed class action settlement and their rights to request exclusion from the class action.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes, Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders, L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes, Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries, LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

August 11, 2011
Page 2

4.  A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B). This disc is provided in response to that requirement.

5.  The proposed final order and judgment.

In addition, Defendants refer you to the following documents: Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at https://ecf.laed.uscourts.gov/cgi-bin/login.pl. These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice. Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so. If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures





MAYNARD COOPER
& GALE PC

ATTORNEYS AT LAW

**Lorrie L. Hargrove**
DIRECT 205.254.1054
EMAIL lhargrove@maynardcooper.com

August 11, 2011

**BY CERTIFIED MAIL**

Sammy Hoover
Louisiana Manufactured Housing Commission
8181 Independence Blvd.
Baton Rouge, LA 70806

      **Re:**    **CAFA Notice of Proposed Settlement of Manufactured Housing Defendants**
*In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, **MDL 07-1873,
in the United States District Court for the Eastern District of Louisiana, New
Orleans Division**

Dear Mr. Hoover:

      Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C § 1711 *et seq.* ("CAFA"),
this notice is being sent on behalf of each Manufactured Housing Defendant (collectively,
"Manufactured Housing Defendants" or "Defendants")[1] in the above-captioned case, to provide
notice of a proposed class action settlement of the above-captioned matter. In accordance with
CAFA, Defendants are enclosing the following documents:

    1.      The Stipulation of Settlement.

    2.      The Preliminary Approval Order providing the date of the Fairness Hearing.

    3.      The forms of notification to class members of the proposed class action settlement
and their rights to request exclusion from the class action.

---

[1] CMH Manufacturing Inc.; Southern Energy Homes, Inc.; Giles Family Holdings, Inc.; Giles Industries,
Inc.; Giles Industries of Tazewell, Incorporated; Giles Acquisition Corp.; Horton Homes, Inc.; Athens
Park Homes, LLC; Silver Creek Homes, Inc.; Redman Homes, Inc. (for itself and in its capacity as the
acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.); Liberty Homes,
Inc.; Waverlee Homes, Inc.; ScotBilt Homes, Inc.; Alliance Homes, Inc. d/b/a Adrian Homes; American
Homestar Corporation; Oak Creek Homes, Inc.; Oak Creek Homes, L.P.; Cavalier Home Builders,
L.L.C.; Cavalier Homes, Inc.; Champion Home Builders Co.; Champion Enterprises, Inc.; Patriot Homes,
Inc.; Patriot Manufacturing, Inc.; and Patriot Homes of Texas, L.P.; Fairmont Homes, Inc.; Homes of
Merit, Inc.; River Birch Homes., Inc.; TownHomes, LLC; Lexington Homes, Inc.; Destiny Industries,
LLC; and Indiana Building Systems, LLC d/b/a Holly Park Homes, Palm Harbor Homes, Inc., Palm
Harbor Manufacturing, LP, and Palm Harbor Albemarle, LLC.

1901 SIXTH AVENUE NORTH   2400 REGIONS HARBERT PLAZA   BIRMINGHAM, ALABAMA 35203-2618   205.254.1000   FAX 205.254.1999

02204292.1
WWW.MAYNARDCOOPER.COM

August 11, 2011
Page 2

4.   A disc encompassing the List of Potential Class Members developed by the Plaintiffs' Steering Committee for class notice purposes. CAFA requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement," or if that is not feasible, to provide a "reasonable estimate of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement." See 28 U.S.C. § 1715(b)(7)(A)-(B). This disc is provided in response to that requirement.

5.   The proposed final order and judgment.

In addition, Defendants refer you to the following documents: Pacer Nos. 109, 379, 722, 4486, and 7688, located on the district court website at https://ecf.laed.uscourts.gov/cgi-bin/login.pl. These are the complaint and the amended complaints relevant to the Manufactured Housing Defendants in the above-captioned case.

Please be advised that the parties will apply to the Court to specifically find that this notice fully complies with CAFA and there will be no supplement to this notice. Defendants are also asking the Court to delay entry of any final order and judgment in this case until ninety (90) days after this CAFA notice is served, to allow you an opportunity to object to the settlement if you choose to do so. If you wish to appear at the August 22, 2010 Fairness Hearing, please contact me.

If you have questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Yours truly,

Thomas W. Thagard
Liaison Counsel
Manufactured Housing Defendants

TWT/msn
Enclosures



02204292.1

# EXHIBIT   B



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT.**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage $ | 4.97 |
| Certified Fee | $ 2.85 |
| Return Receipt Fee (Endorsement Required) | $ 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.12 |

Postmark Here
AUG 11 2011
BIRMINGHAM AL MONTGOMERY

Sent To: Jim Sloan, Administrator
Alabama Manufactured Housing Commission
Street, A or PO Box: 350 South Decatur Street
City, Stat: Montgomery, AL 36104-4306

PS Form                                    se for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage | $
Certified Fee |
Return Receipt Fee (Endorsement Required) |
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 10.23

*Postmark Here*

Sent
Street or PC
City

Ricky Davis, Chief Deputy Marshal
Manufactured Housing Division
State Fire Marshal's Office
Woolfolk State Office Building
501 North West St., 10th Fl., #1001
Jackson, MS 39201

Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.15 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.30 |

Postmark Here

BIRMINGHAM AL
AUG 11 2011
MOWU

7002 1000 0004 7921 3325

Sent To: Joe Garcia, Executive Director
Street, Manufactured Housing Division
TX Department of Housing and Community
Affairs
Twin Towers Office Center
1106 Clayton Lane, Suite 270W
Austin, TX 78723

3352-93

for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.73 |

7002 1000 0004 7921 3356

Sent To Sammy J. Hoover, Administrator
Street, Apt. No.
or PO Box No. State Fire Marshals Office
Manufactured Housing Division
City, State, ZIP+4 8181 Independence Blvd.
Baton Rouge, LA 70809

PS Form 3800, April 2002          See Reverse for Instructions



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| Postage | $ | 7.15 |
| Certified Fee | | $2 85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 12.30 |

Ser   The United States Attorney General
Str   U.S. Department of Justice
or 
Cit   950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

PS Form 3800, April 2002                    See Reverse for Instructions

7002 1000 0004 7921 3349



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.58 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.73 |

Postmark Here — BIRMINGHAM AL — 11 2011

Sammy Hoover
Louisiana Manufactured Housing
Commission
8181 Independence Blvd.
Baton Rouge, LA 70806

# EXHIBIT   C



Quick Tools        Ship a Package      Send Mail      Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70021000000479213301 | | Delivered | August 12, 2011, 9:41 am | MONTGOMERY, AL 36130 | Certified Mail™ |
| **Show Details** | | | | | |
| 70021000000479213332 | | Delivered | August 15, 2011, 9:43 am | JACKSON, MS 39216 | Certified Mail™ |
| 70021000000479213325 | | Delivered | August 15, 2011, 12:28 pm | AUSTIN, TX 78723 | Certified Mail™ |
| **Show Details** | | | | | |
| 70021000000479213356 | | Delivered | August 15, 2011, 11:08 am | BATON ROUGE, LA 70806 | Certified Mail™ |
| **Show Details** | | | | | |
| 70021000000479213349 | | Delivered | August 16, 2011, 10:51 am | WASHINGTON, DC 20530 | Certified Mail™ |
| **Show Details** | | | | | |
| 70021000000479213318 | | Delivered | August 15, 2011, 11:08 am | BATON ROUGE, LA 70806 | Certified Mail™ |
| **Show Details** | | | | | |

GET EMAIL UPDATES    PRINT DETAILS

### Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2011 USPS. All Rights Reserved.