UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*William Clark, et al., v. Dutchman Manufacturing, Inc., et al.*
*Civil Action No. 09-8573*
**************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable

Court for leave to supplement and amend their Complaint for Damages in the underlying action,

Case No. 2:09-cv-8573 to include the following named Plaintiffs:

Randy Audibert

Juanita Bridges

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend

their Complaint in the interest of justice and to comply with the Court's goal of ending the

matching process and moving toward an accurate count of the exact number of claimants

involved in the litigation.  Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction

and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs were originally placed in place-holder suits, *James H. Aldridge, et al., v. Gulf*

*Stream Coach, Inc., et al.*Case No. 2:07-cv-9228 (Randy Audibert); and *Stephanie Pujol, et al.,*

*v. The United States of America, et al.,* Case No. 2:08-cv-3217 (Juanita Bridges) based upon the

information provided at the time of filing.  A review of documents and materials available to

Plaintiffs now show that Plaintiffs were erroneously placed in the above-referenced suits and are

now able to be matched to Dutchman Manufacturing, Inc.  This motion is solely intended to

place the above-named Plaintiffs in the correct matched suit and is not intended to constitute

either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, these Plaintiffs resided in the same type of FEMA supplied

emergency housing unit manufactured by Dutchman Manufacturing, Inc., as the existing

Plaintiffs named in the Complaint for Damages.  Further, no undue prejudice will result in

allowing the First Supplemental and Amending Complaint for Damages to be filed since the

defendants have not yet answered this Complaint and defendant's trial date has not yet been

scheduled.  To prevent the injustice of barring the above stated Plaintiffs from making their

proper claim against the proper defendant, Plaintiffs seek to add the above-named Plaintiffs to an

existing complaint and remove their names from the erroneous Complaint.  Allowing this request

would not only prevent an injustice, but would also meet the Court's underlying goal of

assembling a complete list of matched Plaintiffs.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)