Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:   FEMA TRAILER      * MDL NO. 1873
              FORMALDEHYDE      *
 5            PRODUCTS          * SECTION: N (5)
              LIABILITY         *
 6            LITIGATION        * JUDGE: ENGELHARDT
                                *
 7   THIS DOCUMENT RELATES      *
     TO: (Irma Miller, et al    * MAG. JUDGE CHASEZ
 8   v. Sun Valley, Inc.,       *
     et al, Docket No.          *
 9   09-5658)
10
11   *******************************************
12
13
14
15         Video deposition of CHARLES MARSHALL,
16   taken at the Law Offices of Gainsburgh,
17   Benjamin, David, Meunier & Warshauer, LLC,
18   2800 Energy Centre, 1100 Poydras Street, New
19   Orleans, Louisiana 70163, on the 5th day of
20   January 2011.
21
22
23                                         EXHIBIT
24                                            A
25
```

```
 1                    APPEARANCES
 2   REPRESENTING THE DEFENDANT, SUN VALLEY, INC.
     d/b/a SUN LITE:
 3
             ALLEN & GOOCH
 4           (BY:  BRENT M. MAGGIO, ESQUIRE)
             (BY:  LORI DAIGLE, ESQUIRE)
 5           1450 One Lakeway Center
             3900 North Causeway Boulevard
 6           Metairie, Louisiana 70002
 7
 8   REPRESENTING THE DEFENDANT, CH2M Hill
     CONSTRUCTORS, INC.:
 9
             LAW OFFICES OF BAKER, DONELSON,
10              BEARMAN, CALDWELL & BERKOWITZ, PC
             (BY:  GERARDO R. BARRIOS, ESQUIRE)
11           3 Sanctuary Boulevard
             Suite 201
12           Mandeville, Louisiana 70471
13
14   REPRESENTING THE DEFENDANT, WESTCHESTER SPECIALITY
     LINES INSURANCE COMPANY:
15
             LARZELERE, PICOU, WELLS, SIMPSON &
16              LONERO, LLC
             (BY:  G. BENJAMIN WARD, ESQUIRE)
17           Suite 1100
             3850 North Causeway Boulevard
18           Metairie, Louisiana 70002
19
20   REPRESENTING THE DEFENDANT, FLUOR ENTERPRISES,
     INC.:
21
             MIDDLEBERG, RIDDLE & GIANNA
22           (BY:  CHARLES R. PENOT, JR. ESQUIRE)
             717 North Harwood
23           Suite 2400
             Dallas, Texas 75201
24
25
```

```
 1        A.      Sure.
 2        Q.      You said -- you've itemized the
 3   following as the problems that you've had from
 4   the -- that formaldehyde smell:  Eyes burning,
 5   itchy, runny nose, nausea, vomiting, coughing,
 6   and an aggravation of early childhood
 7   asthma --
 8        A.      Uh-huh (affirmative response).
 9   Yes.
10        Q.      -- which you said was, like, a
11   wheezing and shortness of breath.
12        A.      Right.
13        Q.      Anything else?
14        A.      I can't think of anything.
15        Q.      I have a document here that's
16   called a "Plaintiff Fact Sheet."  Have you
17   ever seen this document before?
18                MR. REICH:
19                    I have a copy.  I'll take
20   one.
21   BY MR. MAGGIO:
22        Q.      I mean, if you haven't, that's
23   fine.  I just --
24        A.      I don't know if I have.
25        Q.      I see you have reading glasses.
```

```
 1   door closed?
 2        A.    There were times I opened the
 3   door when I was in the trailer.
 4        Q.    And when would you -- why would
 5   you do that?
 6        A.    To get rid of the formaldehyde
 7   smell, the smell that I now identify as
 8   formaldehyde.
 9        Q.    I take it when you would sleep in
10   the trailer between 11p and 7a, you would have
11   everything closed, including the door?
12        A.    Oh, yeah.  Oh, yeah, I had
13   everything closed.  You don't live in that
14   kind of neighborhood.
15        Q.    The -- you stayed in the trailer
16   for, you know, a couple of years it looks
17   like.
18        A.    Uh-huh (affirmative response).
19        Q.    So let me take you through some
20   of the seasons.  In the summertime, what would
21   you typically keep the temperature at?
22        A.    Summertime, 68; 65 to 68; Cool.
23        Q.    So you like it kind of chilly in
24   the house?
25        A.    Yes, I do.
```

```
 1      Q.     And that's pretty much throughout
 2   the whole day during the summer?
 3      A.     Oh, yes.
 4      Q.     Even at night when you're
 5   sleeping?
 6      A.     Oh, yeah, at night, too, yeah,
 7   for sure.
 8      Q.     Now, the non-summer months over
 9   here --
10      A.     Uh-huh (affirmative response).
11      Q.     -- what temperature would you
12   keep the -- typically keep it at?
13      A.     72 -- 72.  Now, keep in mind, I'm
14   guesstimating, okay, because there's no --
15   there are no gauges that I know of in the --
16      Q.     There was not a thermostat?
17      A.     No.
18      Q.     If you look at Interrogatory
19   No. 10, I asked for all of the injuries and
20   medical conditions that you claim that you
21   have sustained --
22      A.     Uh-huh (affirmative response).
23      Q.     -- for which my client is
24   responsible, that is, related to the
25   formaldehyde.
```

```
 1   like that before?
 2        A.      No.
 3        Q.      That is all the questions I have
 4   for you on that document.
 5                Pat's mother, what is her name?
 6        A.      Joyce Romeaus, R-o-m-e-a-u-s.
 7        Q.      E --
 8        A.      -- a-u-s.
 9        Q.      The -- your house, do you use --
10   in particular, when it had the mold and the
11   mildew and all in it, did you use any kind of
12   sanitizers to get rid of that smell?
13        A.      Well, basically, I did, you know,
14   some of the bleach, because they were --
15   everybody was talking about using a little
16   bleach in water to wipe things down.  That's
17   more or less what I used.
18        Q.      Okay.  But no kind of
19   deodorant-type spray?
20        A.      Well, aerosol.  I mean, I had
21   that in the house and the trailer.
22        Q.      Tell me -- let me go over some of
23   your medical history.
24        A.      Uh-huh (affirmative response).
25        Q.      It's my understanding that you've
```

```
 1   had some type of bumps or something, lumps on
 2   your back?
 3        A.      Yes.
 4        Q.      On your skin?
 5        A.      Yes.
 6        Q.      Tell me about that.
 7        A.      It was a -- a bump, more like a
 8   big cyst or something, left lower shoulder
 9   area, and I went to the dermatologist to
10   see -- in fact, he operated, took it off, and
11   then sent it off to see if it was malignant or
12   anything.
13        Q.      What was the result?
14        A.      It was benign.
15        Q.      Was there a point in time when
16   you weren't sure whether it was malignant
17   cancer or not?
18        A.      Yes, it was.  The time that --
19   once it was operated on and taken off and sent
20   away, I wasn't sure as to which way it was
21   going to -- you know, what was going to be the
22   results, so --
23        Q.      Did that bother you?
24        A.      Of course.
25        Q.      How long do you think it went by
```

1    when you had this scare about this cyst, back
2    cancer, skin cancer on your back?
3         A.        It may have taken three to four
4    weeks or so before I knew what the results
5    were.
6         Q.        Was that before or after Katrina?
7         A.        I think that was -- may have been
8    before Katrina.
9         Q.        It's my understanding that you've
10   also had some type of mass on your kidney?
11        A.        Yeah.  Well, it was thought that
12   I -- I may have had a cyst on the kidney, and
13   that's when I had the laparoscopic operation
14   done, because the idea was if it was to take
15   the kidney out, but it turned out to be no
16   problems.  It was like fluid.
17        Q.        Was there a concern then about
18   maybe you had cancer of some type on your
19   kidney?
20        A.        Yes, there was concern.
21        Q.        How long was this concern about
22   maybe you were going to lose a kidney or had
23   cancer in your kidney?
24        A.        That was a couple of months, two
25   months or so.

```
 1      Q.      And was that before or after
 2   Katrina?
 3      A.      This -- oh, man.  That may have
 4   been before.  That, I think, was before
 5   Katrina.
 6      Q.      Have you had reoccurring problems
 7   since then with your kidney or that skin
 8   lesion on your back?
 9      A.      Funny you should ask.  I've had a
10   little problem since the use of the trailer.
11   This thing here kind of acts up.  It's kind of
12   like -- it flares up from time to time, like a
13   toothache.
14      Q.      Has anybody said it's from living
15   in the trailer?
16      A.      No.
17      Q.      You don't think it's related to
18   the trailer, do you?
19      A.      I can't -- frankly speaking, I
20   can't attribute it to anything else.
21      Q.      Well, you had it before you lived
22   in the trailer, right?
23      A.      Yeah, I did.
24      Q.      Did anybody tell you how you got
25   it?
```

```
 1   with.  You take half the money, take this
 2   other piece of property, and I take half and
 3   the house," and so knowing that now I don't
 4   have enough money to actually go in, get my
 5   house fixed all at once -- because I did have
 6   maybe enough money to do that.
 7        Q.    Okay.  Let me ask you:  Why did
 8   you wait three years to get divorced?
 9        A.    Well, actually, the process
10   started maybe before Katrina, and then my
11   wife decided -- my ex-wife decided that that's
12   not what she really wanted to do, because she
13   served me the papers, so we put it on hold.
14   We didn't go back together, but we were
15   thinking about it.  That's why.
16        Q.    After Hurricane Katrina, did you
17   and your ex-wife ever live together again
18   under the same household?
19        A.    No.
20        Q.    You -- are you making a claim of
21   fear of cancer for being exposed to the
22   formaldehyde?
23        A.    I definitely have that fear, yes.
24        Q.    What makes you think that you may
25   develop cancer?
```

```
 1      A.      Well, I know -- and I've heard of
 2  that and read about formaldehyde, and I've
 3  been living in the trailer, and the contents
 4  of the trailer that can produce cancer. The
 5  trailer is made up of formaldehyde, which is a
 6  carcinogen that can produce cancer, so that's
 7  why.
 8      Q.      Are you aware that there's other
 9  products that have formaldehyde in it?
10      A.      I'm not aware of all of the
11  products. Not a lot. But I know about the
12  formaldehyde in the trailer.
13      Q.      What is your understanding as to
14  the type of cancer you can develop from being
15  exposed to formaldehyde?
16      A.      Lung cancer or -- I mean, cancer
17  is cancer. I guess pancreatic cancer.
18  Just -- that's as far as I know.
19      Q.      And you have this understanding
20  from reading?
21      A.      From reading, yes.
22      Q.      And so we're clear, it's your
23  understanding that being exposed to
24  formaldehyde can lead to cancer in the lungs
25  or in the pancreas?
```

```
 1      A.      Yes.
 2      Q.      Have you talked with any doctors
 3   about this?
 4      A.      No.
 5      Q.      Have you talked to any kind of
 6   expert about this?
 7      A.      No.
 8      Q.      Have you asked any health care
 9   provider to have you evaluated for any of
10   these types of cancers or formaldehyde
11   exposure-related cancer?
12      A.      No, I haven't.
13      Q.      Any particular reason why not?
14      A.      Maybe it's the fear of knowing.
15   I think that keeps me away from trying to find
16   out if I have it or not.
17      Q.      Your medical bills are covered by
18   Medicare?
19      A.      Yes.
20      Q.      So like, when you go to Tulane
21   and see all these different doctors for all of
22   these problems, you don't -- no money comes
23   out of your pocket?
24      A.      Oh, yeah, I have to pay, what do
25   you call it -- and it's gone up.  The fees
```

```
 1   inside of them?
 2       A.      Well, it's a lot less than it
 3   used to be.  I know that.
 4       Q.      How about when you went to Vegas
 5   that time, was it a lot back then?
 6       A.      When I went to Vegas, yeah, there
 7   was a lot of smoke.
 8       Q.      Does it, you know -- being
 9   exposed to that, you know, you -- does that
10   cause you any concern about secondhand smoke?
11       A.      Very much so.
12       Q.      What's your concern about it?
13       A.      Well, I know several people that
14   have -- that have passed away because of
15   secondhand smoke.
16       Q.      Like what?  I mean, what can you
17   get from secondhand smoke?
18       A.      Well, I know -- in fact, Pat --
19   Pat has an aunt who never smoked in her life,
20   but her husband did, and she died before he
21   did.
22       Q.      Of what?
23       A.      Secondhand smoke.
24       Q.      I know, but I mean, lung cancer
25   or something like that?
```

```
 1      A.      Lung -- yeah, she had respiratory
 2   problems when she passed away, because
 3   everywhere she went -- he went, she was with
 4   him, and he drove a truck.  So every time he
 5   smoked, she smoked.
 6      Q.      Let's say in the past year -- we
 7   can use 2010 as an example -- how many times
 8   do you think you've been inside the casino?
 9      A.      2010, I may have been inside the
10   casino -- well, let's see -- once a month for
11   the job.  That's about --
12      Q.      Twelve?
13      A.      Well, maybe we skipped a month,
14   so it might have been ten times --
15      Q.      All right.
16      A.      -- with them, and at Harrah's,
17   maybe once every other month, sometimes --
18   I -- maybe an average of about 20 times.
19      Q.      A year?
20      A.      Yes.
21      Q.      Do you think that's about how
22   many times you went in '09, as well?
23      A.      Probably, yes.
24      Q.      How about in '08?
25      A.      Maybe the same time.
```

```
 1            MR. MAGGIO:
 2                 I have a few questions to
 3   ask him.
 4            THE VIDEOGRAPHER:
 5                 Excuse me, Counsel.  I have
 6   about four minutes left.
 7            MR. MAGGIO:
 8                 On that tape?  You want to
 9   just stop and change it?
10            THE VIDEOGRAPHER:
11                 Off the record.  It's 6:04.
12            (A brief recess.)
13            THE VIDEOGRAPHER:
14                 Returning to the record.
15   It's 6:05.  Start of Tape 8.
16   EXAMINATION BY MR. MAGGIO:
17      Q.     Sir, you said that you're --
18   you've been a non-smoker for 50 years.  Tell
19   me, when you did smoke, for how long did you
20   smoke?
21      A.     Year and a half, maybe.
22      Q.     What did you smoke?
23      A.     Oh, Jesus, I don't remember the
24   name of it.  Menthol.  Montclair I think was
25   the name of the cigarettes.
```