## Maggio, Brent

| | |
|---|---|
| **From:** | Shari Wright [SWright@reichandbinstock.com] |
| **Sent:** | Thursday, June 16, 2011 5:04 PM |
| **To:** | Maggio, Brent |
| **Subject:** | FEMA - Sun Valley |
| **Attachments:** | Smulski, Stephen.pdf; Williams, Patricia - Final Report.pdf |

Ask and you shall receive.

*Shari Wright*
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone 713-622-7271
Fax 713-623-8724
http://www.reichandbinstock.com

--

The information contained in this electronic mail transmission is intended by Reich and Binstock, LLP for receipt by the named individual or entity to which it is directed. This electronic mail transmission may contain information that is privileged or otherwise confidential. It is not intended for transmission to or receipt by anyone other than the named addressee (or person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling the law offices of Reich and Binstock, LLP at 713-622-7271, so that our address record can be corrected. Thank you.



EXHIBIT B