

# Reich & Binstock, LLP
A Partnership Including Professional Corporations

Toll Free:
1-800-622-7271

www.reichandbinstock.com

**Attorneys & Counselors at Law**

4265 San Felipe, Suite #1000
Houston, TX 77027
Phone: 713-622-7271
Fax: 713-623-8724

Dennis C. Reich *+π
Robert J. Binstock *#

Shari A. Wright
Charles C. Hunter
Debra Brewer Hayes
(Of Counsel)

\* Board Certified Personal Injury Trial Law
   Texas Board of Legal Specialization
\+ Admitted State Bar of California
π Admitted State Bar of New York
\# Board Certified Civil Trial Advocacy
   National Board of Trial Advocacy

May 25, 2011

Brent Maggio                                               Via email
Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002

        Re:        In re: FEMA Trailer Formaldehyde Products Liability Litigation,
                    MDL No. 07-md-01873-KDE-ALC, Sec. N (4) (E.D. La.)
                    Sun Valley Trial

Dear Brent:

      Although we have designated three expert witnesses, we will be submitting only one supplemental report – that being from Dr. Miller. As I read Pretrial Order No. 36, you therefore are entitled only to his deposition.

      Additionally, unless you plan to submit supplemental reports from your experts, we will rely on their previous MDL depositions. Let us know which of your experts will be submitting reports, and we can then discuss scheduling of their depositions. Of course, we would require the supplemental reports prior to the depos actually going forward.

                                      Sincerely,

                                      *Shari Wright*

                                      Shari Wright



EXHIBIT F