# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Lawrence Miller, M.D.*
*July 13, 2011*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN &amp; LEVINE
Court Reporting Services
*Making Your Case*

Original File Lawrence Miller_M.D 7-13-11.txt
Min-U-Script® with Word Index



EXHIBIT
6

```
 1                 UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

 4     ------------------------------------x

 5     IN RE: FEMA TRAILER FORMALDEHYDE        MDL NO. 1873
                 PRODUCTS LIABILITY LITIGATION
 6                                             SECTION: N(5)
       THIS DOCUMENT RELATES TO:
 7     Irma Miller, et al v. Sun Valley,       JUDGE: ENGLEHARDT
       Inc., et al
 8     Docket No. 09-5658 (Charles Marshall)   MAG. JUDGE CHASEZ

 9     ------------------------------------x

10

11

12                 DEPOSITION OF LAWRENCE MILLER, M.D.,

13          M.P.H., a witness called by the Defendant, Sun

14          Valley, Inc. d/b/a Sun Lite, taken pursuant to

15          the applicable provisions of the Federal Rules

16          of Civil Procedure, before James A. Scally,

17          RMR, CRR, a Notary Public in and for the

18          Commonwealth of Massachusetts, at the offices

19          of O'Brien & Levine Court Reporting Services,

20          195 State Street, Boston, Massachusetts, on

21          Wednesday, July 13, 2011, commencing at 10:06

22          a.m.

23

24
```

```
 1   related strictly to his asthma?
 2       A.    That's correct.
 3       Q.    Do you know whether or not Mr. Marshall has ever
 4   been diagnosed by a health care professional with asthma?
 5       A.    Let's see.  On -- in the records, I believe it was
 6   the North Side, there is a brief mention to probably two
 7   instances of asthma, of the term "asthma."  But, again,
 8   it's brief.
 9       Q.    Did any doctor actually diagnose him with asthma
10   in those medical records?
11       A.    I don't believe so, no.
12       Q.    So has any health care professional ever diagnosed
13   Charles Marshall with asthma, to your knowledge?
14       A.    Not to my knowledge.  I have the Tulane records
15   here.
16       Q.    And if you could tell me what is the beginning and
17   ending Bates label page of the Tulane records that you
18   have?
19       A.    00001, four zeroes and 1.  And the last page is
20   00137.
21       Q.    I'm sorry, say that again?
22       A.    00137 is the last page I have.
23       Q.    Are you sure about that?
24       A.    You're welcome to look at it.
```

1     Q.    I trust you.  I just want to make sure that's

2   everything.

3     A.    I think I'm reading right.

4     Q.    And on page 137, which is the last page that you

5   have, what is the date of that medical record?

6     A.    I'll check.  Let's see.  It appears to be December

7   5th, 2007.

8     Q.    Okay.  That's all the questions that I have for

9   you regarding those reliance file materials.

10    A.    All right.

11    Q.    So you have not been provided with any information

12  where a medical doctor has diagnosed Charles Marshall with

13  asthma even in his, I guess, early years or prior to moving

14  into the trailer?

15    A.    I don't believe I've seen those materials, no.

16    Q.    Did Charles Marshall tell you that he had been

17  diagnosed with asthma at some time in his life?

18    A.    He told me he had asthma.  He did not tell me that

19  he had been diagnosed by a physician with asthma.

20    Q.    Did you interrogate him any further to try to make

21  a determination whether or not he ever had actually had

22  asthma prior to moving into the trailer?

23    A.    Well, we discussed his symptoms and why he called

24  it asthma.  So that was part of the discussion, yes.

```
 1   not completely understood about asthma, like why patients
 2   have episodes.  Sometimes it's a definite trigger;
 3   sometimes upper respiratory infection will do it,
 4   atmospheric irritants will do it.  Often, maybe not most
 5   times, but at least very often, you don't know why a
 6   patient had an episode of asthma.  It happens.  So I have
 7   to plead medical ignorance on that.  The reason for asthma
 8   episodes is not fully understood.
 9       Q.   Would you agree that whatever caused him to have,
10   as he said, asthma many years ago could have caused
11   permanent damage to his lung tissue?
12       A.   I can't say never to that, but it would be very
13   unusual to have a patient have a few years of asthmatic
14   symptoms, as he did in his twenties, and then get
15   substantial what we call remodelling of his lung tissue.
16   It's not impossible, but it would be unusual.
17       Q.   And when you say that -- let me strike that.
18            Are you giving an opinion today that his exposure
19   to formaldehyde in the trailer caused permanent damage to
20   the lung tissue?
21       A.   We can't say that with certainty.  We haven't seen
22   his lung tissue, but that's certainly one of the known
23   effects of formaldehyde is to alter the tissue in the upper
24   respiratory system.
```

1      Q.   And in what particular parts of the lung and

2  tissue are you referring to?

3      A.   Well, again, I'm focusing on the upper respiratory

4  symptoms, since we're speaking about asthma, as opposed to

5  the lower -- the farther-out parts of the lung.

6      Q.   What part of the lung are you referring to,

7  though, in the upper lobes?

8      A.   It's not so much lobes.  It's primarily the --

9  what we call the airways, the tubes that take the air into

10  the lung.

11      Q.   And is it -- have you formed an opinion as to

12  whether or not that is permanent or reversible damage?

13      A.   I don't think I can -- I couldn't give you an

14  opinion one way or the other.  There simply isn't enough

15  information.

16      Q.   You would have to do various tests; correct?

17      A.   Even then, even if you had a biopsy specimen, I'm

18  not sure you could know whether what you saw was permanent

19  or could resolve.

20      Q.   Are there other, I guess, exposures or factors

21  that can cause permanent damage to the lung tissue, in

22  particular the upper lung tissue?

23      A.   There are certainly other environmental exposures

24  that can cause -- we often use the term "remodelling,"

```
 1   you used, damage to the lung tissue; right?
 2        A.    The point I want to make, and it's an educational
 3   point, is that my conclusions aren't that formaldehyde,
 4   it's the only thing that could be -- that could exacerbate
 5   his asthma.  There are certainly other possibilities,
 6   possibilities we don't know about.  He's exposed to mold in
 7   the trailer.  Mold can sometimes trigger episodes of
 8   asthma, and you can't tell the difference.  You can't -- I
 9   can't point to and say this one was mold and this was
10   formaldehyde and this was something else.  We don't have --
11   we don't know enough about asthma to be able to do that.
12        Q.    I'm confused by a statement you just made.  You
13   said he was exposed to mold in the trailer?
14        A.    I said "trailer," I'm sorry.  In his house.
15        Q.    Okay.
16        A.    I forgot.
17        Q.    So that we're clear, he has never told you and you
18   have never seen any record to suggest that he was exposed
19   to mold in his trailer?
20        A.    You're correct.  I meant his house.
21        Q.    Okay.  And what is the significance of him being
22   exposed to mold in his house?
23        A.    For some people who have asthma, mold can also
24   trigger episodes of asthma.
```

```
 1        A.    Overall in one inhaler?
 2        Q.    Yes.  Total.  What is the max he can get out of
 3   that inhaler?
 4        A.    Depends which one he has.
 5        Q.    He wasn't sure which kind he had?
 6        A.    Which brand he has and so forth.
 7        Q.    Okay.
 8        A.    "Albuterol" is just a generic term.
 9              Usually several hundred.
10        Q.    Several hundred puffs?
11        A.    Correct.
12        Q.    How many puffs do you typically take at one time?
13        A.    One to two.
14        Q.    Did he tell you whether or not this is the one and
15   only inhaler that he's had?
16        A.    I don't recall if we discussed that.
17        Q.    And he could not tell you where he got it from?
18        A.    He didn't recall as we spoke.
19        Q.    You then state there is no other history of
20   respiratory illness; is that correct?
21        A.    Beyond the pneumonia we've talked about and that I
22   reference in the paragraph -- in the sentence above, that's
23   correct.
24        Q.    And you reviewed the medical records that you
```

1    identified earlier, in particular those from Northside,

2    West Jefferson, LSU, Dr. Koppell, and Tulane; correct?

3        A.   That's correct.

4        Q.   And when you reviewed those records, you did not

5    see any other history of respiratory illness; is that

6    correct?

7        A.   That's correct.

8        Q.   Other than the pneumonia in February 2006?

9        A.   Correct.  And you can see later in that paragraph

10   I talk about upper respiratory infections and sneezing and

11   so forth, but I would not call those a significant

12   respiratory illness.

13       Q.   You said no other history of respiratory illness;

14   correct?

15       A.   Correct.

16       Q.   Is sinus infections a respiratory illness?

17       A.   It depends who you ask.  I would not -- if it was

18   purely, say, recurrent or chronic sinusitis, I would not

19   put it in that category.

20       Q.   Is hay fever a respiratory illness?

21       A.   It depends on the symptoms.  Most patients with

22   hay fever just have nasal symptoms.  There are some that do

23   get -- get symptoms in the upper respiratory tract.  But

24   that's unusual.

1    Q.   And that was it; correct?

2    A.   Yes, that's all I recall.

3    Q.   And, again, from reviewing the medical records,

4  you never saw where he ever made any of these complaints to

5  his doctors, wheezing, shortness of breath, coughing, eye

6  problem, nausea, vomiting; correct?

7    A.   I don't believe so, that's correct.

8    Q.   Did you attempt to make a differential diagnosis

9  for these complaints of wheezing, shortness of breath,

10  coughing, eye problem, and nausea and vomiting?

11    A.   I focussed especially on the respiratory symptoms

12  in terms of a differential diagnosis, yes.

13    Q.   Did you attempt to rule out any causes for the

14  vomiting?

15    A.   I did not.

16    Q.   You would agree that there could be many different

17  causes for that other than formaldehyde exposure?

18    A.   Nausea and vomiting are pretty common, yes.

19    Q.   With respect to the eye complaints, what in

20  particular did he tell you was causing it?  I'm sorry.  Let

21  me rephrase it.

22         What in particular was the problem with the eyes?

23    A.   He talked to me about irritation in the eyes,

24  sometimes watering, feeling -- feeling irritation in his

1    eyes.

2        Q.   Did you attempt to make a differential diagnosis

3    for that complaint?

4        A.   I did not.

5        Q.   But you did attempt to make a differential

6    diagnosis for the wheezing, shortness of breath, and

7    coughing?

8        A.   I did.

9        Q.   And how did you go about doing that?

10       A.   Typical the way physicians make a differential

11   diagnosis, think about other potential causes, other

12   illnesses that might manifest themselves in those symptoms,

13   with those symptoms, and see if there is reason to include

14   or exclude those.

15       Q.   What did you do?

16       A.   You just literally look at facts that you have in

17   the medical records, the deposition facts, the known facts

18   about formaldehyde exposure, and march down the list.

19       Q.   And did you in fact do that?

20       A.   I did.

21       Q.   And what did you come up with?

22       A.   Again, this was likely -- and, first of all, this

23   was likely an exacerbation of asthma, given his history,

24   but there are a number of, obviously, exposures he had that

1    could exacerbate asthma, and as we've discussed earlier,

2    asthma can also recur without a clear trigger that we know

3    about.

4          I mentioned earlier, for example, that he was

5    exposed to mold in his house.  In some patients that can

6    trigger asthma.  He was -- during his house renovation, he

7    was exposed to dust.  That can be a trigger.  He didn't

8    appear to have much -- he did work a little bit with paints

9    and a little bit with paint thinner, but what he described

10   and what was described in the deposition were very low

11   levels, unlikely to be an important factor here.

12         There are psychological factors that in some

13   patients can trigger asthma.  Stress can trigger asthma in

14   some patients; many others, it does not.  You literally go

15   through the other possibilities.

16         As I mentioned earlier, I'm not trying to say that

17   formaldehyde was the only potential factor to trigger his

18   asthma, but it was one of them.

19   Q.   So you would agree that the exposure to the mold

20   and dust in his house could be an explanation for

21   triggering his asthma attack?

22   A.   They could be a contributor.  All these things can

23   also function together.  It's a mistake to think each one

24   operates independently.  It's more common that things join

```
 1   together.
 2        Q.    Other than the mold, the dust, and I guess you're
 3   also saying stress, were there any other factors that you
 4   believe contributed to his asthmatic episodes?
 5        A.    I didn't think any significant ones.  We're all
 6   exposed -- we're all subject to exposures in our
 7   environments that can trigger asthma in certain susceptible
 8   people.  But none of them strike me as significant in his
 9   case.
10        Q.    So these were the only three that you thought were
11   significant?
12        A.    They were the major ones, yes.
13        Q.    What was it about the stress that you feel was a
14   contributing factor for his asthmatic episode?
15        A.    I didn't say was.  I said could be.
16        Q.    Okay.
17        A.    Let me be clear there.  Certainly as he described
18   his travels to me after Katrina, and then difficulties in
19   the trailer, difficulties with his house, I would describe
20   that as a highly stressful situation.
21        Q.    Did you read anything in his deposition or in
22   communicating with him about the problems that he was going
23   through with his wife, now ex-wife, in terms of property
24   settlement?
```

```
 1      A.    He and I didn't discuss it.  I did see it
 2  mentioned in the deposition.
 3      Q.    And from reading the deposition, did it appear to
 4  you that he thought that that process of losing a good bit
 5  of his financial -- finances to his wife, now ex-wife, was
 6  stressful for him?
 7      A.    I don't think he used that term, but that seemed
 8  to be the case, yes.
 9      Q.    And is that a known trigger for -- let me rephrase
10  the question.
11            Is stress a known trigger for asthma?
12      A.    In some patients, yes.
13      Q.    The wheezing, explain to me what wheezing is.
14      A.    Wheezing is something you hear.  Three things
15  wheezing is.  We all hear wheezing sometimes when we
16  breathe, or many of us do.  It's something a patient hears.
17  It's something a physician hears when -- when examining the
18  lungs; you can hear a characteristic sound that we call
19  wheezing.  And the physiologic manifestation of that is
20  usually narrowing of the airways in the lung that cause
21  that sound to occur.
22      Q.    So in order to determine whether or not there's
23  been narrowing in the lungs, you have to do some type of
24  diagnostic study like a chest x-ray?
```

1      A.    No, you wouldn't see it.  The chest x-ray would be

2  normal.  A pulmonary function test is a much better way to

3  indicate that there is airway narrowing.

4      Q.    So you would definitely need some type of study?

5      A.    You can hear wheezing, but if you're trying to

6  understand causes of wheezing, yes.

7      Q.    With respect to, you said the doctor can hear it

8  when he examines the lungs; that's with a stethoscope?

9      A.    Correct.

10     Q.    And you don't know whether or not he's actually

11 ever actually had wheezing because you never even met him?

12     A.    Again, I described -- that's what I described.

13 Wheezing means different things -- different meanings.

14 There's wheezing from a patient point of view.  Patients --

15 we all can hear wheezing when it happens.  And then there's

16 wheezing that you hear when you do an exam.

17     Q.    Do you agree that formaldehyde exposure does not

18 cause pneumonia?

19     A.    I'm not aware of evidence that it does.

20     Q.    Would you agree that someone who develops

21 pneumonia and has preexisting asthma, that this pneumonia

22 can trigger an asthmatic event?

23     A.    Yes, it can.

24     Q.    Can you explain that to me, how that works

1    physiologically?

2        A.    Again, when you have pneumonia, you've got an

3    infection in the airways, in the lungs.  You've got

4    bacteria; you've got lots of secretions building up.  In

5    people whose airways are a little, "reactive" is the term

6    we use, that's enough to make them more reactive.

7        Q.    And after reviewing the medical records, you did

8    not see any record that suggested that his asthmatic

9    conditions ever surfaced after Katrina struck in August of

10   '05 but before he moved into his trailer?

11       A.    I didn't see records to that effect, no.

12                   (Recess:  11:48 a.m. to 12:01 p.m.)

13   BY MR. MAGGIO:

14       Q.    Dr. Miller, from reading your report, it looks

15   like you are of the opinion that the formaldehyde off-

16   gassing or smell in a trailer is higher or worse, if you

17   will, shortly after the trailer is made and moved into as

18   opposed to further down the road in time.

19       A.    That's correct.

20       Q.    So how soon after Mr. Marshall moved into the

21   trailer would it be before he first began experiencing

22   symptoms that you would attribute to formaldehyde in his

23   trailer?

24       A.    He and I discussed this, and he wasn't completely

1  clear on the timing.  He thought he -- he thought he could

2  smell the, what he -- "a pungent odor" is the term he used,

3  I believe, very soon after moving in.  He thought he began

4  to have some eye problems within weeks, but he couldn't be

5  more precise whether it was one week or three or four

6  weeks, when we talked.  And then as we've talked about,

7  his -- his asthma symptoms occurring one to two months

8  after he moved in.

9       Q.   And I understand what he told you, but I'm asking

10  you a different question.

11            From a physiological standpoint, if his exposure

12  to formaldehyde in the trailer is responsible for his

13  complaints, how soon after moving into the trailer would

14  you have expected those complaints to first surface?

15       A.   I don't think you can be precise about that.

16  There's enough variation in individuals that some people

17  will have the effects sooner, some later.  I would

18  certainly in general expect symptoms to occur in weeks to a

19  few months as opposed to a year later would be unusual.

20       Q.   Am I correct that you have not seen any record

21  where a doctor has said that Mr. Marshall had an asthmatic

22  episode that was triggered by his exposure to formaldehyde?

23       A.   You're correct.

24       Q.   Am I also correct that you have not seen any

1   record where a doctor has said that Mr. Marshall has had an

2   asthmatic episode that was triggered by him living inside

3   the trailer?

4       A.   You're correct.

5       Q.   And am I correct that you have not seen any record

6   where a doctor has said that he has had an asthmatic

7   episode that was triggered by an environmental exposure of

8   any type?

9       A.   That's correct.

10      Q.   I now want to ask you about some different, I

11  guess, diseases or exposures, all right?

12           First of all, can the snorting of cocaine cause an

13  asthmatic episode in somebody that has preexisting asthma?

14      A.   You know, there's very little in the literature on

15  this.  I'm probably a few months out of date, but not much.

16  There are a few isolated case reports.  So it's hard to

17  know what that means.  I suppose you could say it's

18  possible, but I would say at this point highly unlikely.

19      Q.   Can cocaine cause permanent damage to the lung

20  tissue?

21      A.   You know, in general, cocaine is absorbed in the

22  nasal mucosa and occasionally in the upper airway, not

23  commonly down into the lung.  But I don't know the answer

24  with certainty.  There may be some evidence to that effect

1  that I haven't seen.

2      Q.  Can the use of cocaine cause one's eyes to water?

3      A.  It's certainly possible, yes.

4      Q.  Can it cause the nose to burn?

5      A.  Yes.

6      Q.  Nausea or vomiting?

7      A.  Yes.

8      Q.  Wheezing?

9      A.  I'm not -- that I'm not sure about.  I don't

10  recall seeing that, but I'd have to look specifically back

11  to see the reports.

12      Q.  How about coughing?

13      A.  Yes.

14      Q.  Can the use of marijuana cause an asthmatic

15  episode in somebody that has preexisting asthma?

16      A.  There are case reports of marijuana triggering

17  asthma.  It's not common, but it's certainly been reported.

18      Q.  And when I say "use of marijuana," I'm talking

19  about smoking it with like -- like rolled up in a joint as

20  opposed to maybe, I don't know, some other way.

21      A.  As opposed to eating it.

22      Q.  Eating it in a cookie.

23      A.  Right.  I understand that.

24      Q.  Okay.  Can it cause permanent lung tissue damage?

```
 1      A.    It's an interesting question.  There is some
 2  evidence in massive marijuana smokers that you can get lung
 3  remodelling.  But it seems to be isolated to people who
 4  smoke very heavily.
 5      Q.    Can marijuana use cause watery eyes?
 6      A.    I believe so, yes.
 7      Q.    Nose burning?
 8      A.    Yes.
 9      Q.    Nausea and vomiting?
10      A.    Yes.
11      Q.    Wheezing?
12      A.    Again, unusual but possible.
13      Q.    Coughing?
14      A.    Also unusual but possible.  Well, just a simple
15  cough -- when you say "cough," I'm talking about a chronic
16  cough.  If you're talking about a simple cough --
17      Q.    Not sort of like the Cheech and Chong movies where
18  they take a big smoke and start coughing because they've
19  inhaled too much.
20      A.    Correct.  I'm thinking of a chronic cough.
21      Q.    Now, stress like from the issues that he was
22  having with his ex-wife, you said that can cause him to
23  have an asthmatic episode; correct?
24      A.    Yes.
```

1    Q.   You are aware he has erectile dysfunction for

2  which he takes medications; correct?

3    A.   It's mentioned in my report, yes.

4    Q.   Do you know whether or not the fact that he has

5  erectile dysfunction that requires medication, has that

6  caused him to have stress?

7    A.   I don't know the answer to that question.

8    Q.   Have you seen the medical records where he's told

9  his doctor that even the use of this medication, such as

10  Viagra, has not helped with his erectile dysfunction?

11    A.   I have, yes.

12    Q.   Do you know whether or not that's something that

13  would have caused him stress?

14    A.   I didn't discuss it with him, so I don't know.

15    Q.   Would you agree that it's possibly plausible that

16  the fact that this man has a girlfriend, has erectile

17  dysfunction, is taking medication for it, that it's not

18  successful, that's probably a stressor in his life?

19    A.   It certainly could be.

20    Q.   Can -- now, with respect to pneumonia, is there

21  viral and bacterial pneumonia?  Are those two different

22  things?

23    A.   Pneumonia is pneumonia.  There are different

24  causes.  It can be a virus causing it, a bacteria causing

1    it.  What happens in the lung is still pneumonia.

2        Q.    Okay.  So with respect to pneumonia, you've told

3    me that that can cause an asthmatic episode in somebody

4    that has preexisting asthma?

5        A.    Correct.

6        Q.    Can that also permanently damage the lung tissue?

7        A.    Well, pneumonia itself can cause inflammation and

8    can cause scarring, yes.

9        Q.    Can pneumonia cause watery eyes?

10       A.    I suppose so.  It wouldn't be a common ...

11       Q.    How about nose burning?

12       A.    Same thing, it's possible, but doesn't strike me

13   as a common manifestation.

14       Q.    Nausea and vomiting?

15       A.    Yes.

16       Q.    Wheezing?

17       A.    Just as we mentioned earlier, in patients who have

18   a tendency to asthma, yes.

19       Q.    And coughing?

20       A.    Coughing almost always with pneumonia.

21       Q.    Now, with respect to Sheetrock dust, you know what

22   that is?

23       A.    I do.

24       Q.    Are you aware from reading his deposition that he

```
 1   was exposed to Sheetrock dust while being inside of his
 2   house that was being refurbished after Hurricane Katrina?
 3       A.   Yes.
 4       Q.   And pay attention, I'm saying house, not trailer;
 5   correct?
 6       A.   Yes.
 7       Q.   Now, will exposure to Sheetrock dust trigger or
 8   can it trigger an asthmatic episode in somebody who has
 9   preexisting asthma?
10       A.   In some people, yes.
11       Q.   Can it cause permanent lung tissue damage?
12       A.   I haven't looked into that literature recently.
13       Q.   With respect to Sheetrock dust exposure, can it
14   cause watery eyes?
15       A.   I would think so, yes.
16       Q.   Nose burning?
17       A.   Yes.
18       Q.   Nausea and vomiting?
19       A.   That I'm not aware of.
20       Q.   Wheezing?
21       A.   Again, only to the extent that someone has asthma,
22   as we discussed earlier.
23       Q.   And coughing?
24       A.   Yes.
```

1      Q.   Now, you read his deposition where he said that he

2    was inside his house when portions of it were being

3    painted.  Do you recall that?

4      A.   I do.

5      Q.   Do you think that had any effect on his asthma?

6      A.   I don't think so.  He and I talked about that for

7    a while.  It didn't -- from what he described to me, he

8    didn't spend a lot of time in the house during this period.

9      Q.   What about, do you remember all the questions I

10   asked him about actually painting pictures and stuff like

11   that?

12     A.   I do.

13     Q.   Is that significant to you?

14     A.   From what was discussed and mentioned at the

15   deposition -- he and I only discussed this very, very

16   briefly -- it didn't appear to be significant exposures.

17     Q.   What about his use of turpentine?

18     A.   I think what he described was a very limited use.

19     Q.   And, of course, you are aware of him being exposed

20   to just dust in his house; correct?

21     A.   Yes.

22     Q.   Did you ever see any medical record where he went

23   to the doctor or the hospital for respiratory type

24   complaints or asthmatic type complaints because he had been

1     exposed to dust in his house?

2         A.    I don't recall seeing that, no.

3         Q.    And you would agree that exposure to dust could

4     trigger an asthmatic attack?

5         A.    In some patients it can.

6         Q.    And cause watery eyes?

7         A.    Yes.

8         Q.    Nose burning?

9         A.    Yes.

10        Q.    Wheezing?

11        A.    Again, only to the extent asthma's present, yes.

12        Q.    Nausea and vomiting?

13        A.    That doesn't seem likely to me.

14        Q.    Coughing?

15        A.    Yes.

16        Q.    Now, a sinus infection, did you see episodes where

17    he had to go to the doctor or to the hospital for sinus

18    infections?

19        A.    He talks about it in the deposition.  I don't

20    recall whether there was a physician visit or not.

21        Q.    So you are aware that he has had on occasion sinus

22    infections?

23        A.    Yes.

24        Q.    And can that trigger an asthmatic episode?

1    A.    It can.   It's not common, but it can.

2    Q.    And would that trigger watery eyes?

3    A.    Yes.

4    Q.    Nose burning?

5    A.    Yes.

6    Q.    Nausea and vomiting?

7    A.    Unlikely.

8    Q.    Wheezing?

9    A.    Again, only to the extent asthma's present.

10   Q.    Coughing?

11   A.    Yes.

12   Q.    Same question with respect to hay fever:  Can it

13   trigger an asthmatic episode?

14   A.    It can.   It's uncommon.

15   Q.    And with respect to those other complaints, would

16   you say the same thing as for sinus infection?

17   A.    Yes.

18   Q.    Now, knowing about Mr. Marshall's, as you said,

19   his preexisting asthma, if he's exposed to secondhand

20   tobacco smoke, can that trigger an asthmatic episode?

21   A.    It really depends on -- it's a volume phenomenon,

22   how much smoke.

23   Q.    If it is -- if Mr. Marshall is exposed to

24   secondhand smoke inside a building such that it causes his

 1   eyes to water and it affects his nose, would that be enough

 2   to trigger an asthmatic attack?

 3       A.   I'd say it's unlikely but not impossible.

 4       Q.   Do you know whether or not he's been exposed to

 5   secondhand tobacco smoke?

 6       A.   He and I discussed it briefly, and he thought --

 7   he thought he had been occasionally, but he minimized it

 8   when we talked about it.

 9       Q.   Did he mention being exposed to secondhand tobacco

10   smoke in his deposition?

11       A.   I don't recall.

12       Q.   Exposure to some -- to secondhand tobacco smoke,

13   can that cause watery eyes?

14       A.   In some people, yes.

15       Q.   Nose burning?

16       A.   Possible.

17       Q.   Nausea and vomiting?

18       A.   Again, doesn't seem likely to me.

19       Q.   Wheezing?

20       A.   Again, people who have asthma, it's possible.

21       Q.   Coughing?

22       A.   Yes.

23       Q.   Given that he, as you said, has preexisting

24   asthma, would you as a medical doctor recommend that he

1    avoid exposure to secondhand smoke?

2        A.   To the extent he can, yes.  It's not always easy.

3        Q.   Assuming that that's a choice that he can make,

4    that he can avoid it, would you recommend that he do that?

5        A.   It depends on how much it bothers him.  Some

6    patients with asthma, exposure to secondhand smoke doesn't

7    seem to bother them at all, or very little, and others it

8    bothers a lot.  So it depends on the individual.

9        Q.   Can exposure to secondhand smoke cause any kind of

10   diseases?

11       A.   Certainly.  It's like any exposure to tobacco

12   smoke.  It does confer increased risks.

13       Q.   Can exposure to secondhand smoke cause different

14   types of cancer?

15       A.   It can, for example.

16       Q.   And so as a medical doctor, would you recommend

17   that he avoid secondhand smoke if possible?

18       A.   I recommend that all patients avoid secondhand

19   smoke.  So it's not specific to Mr. Marshall.

20       Q.   And the reason why you do it is because there's

21   adverse health effects?

22       A.   Yes.

23       Q.   Would you also recommend that he avoid secondhand

24   smoke exposure just given the fact that he has preexisting

```
 1   asthma?
 2       A.   Yes, I'd probably make that point to him.  But,
 3   again, it's a point you make to all patients.
 4       Q.   And you told me earlier that tobacco use can cause
 5   permanent damage to the lung tissue.  Can exposure to
 6   secondhand smoke do that?
 7       A.   Yes.
 8       Q.   You've read the medical records.  Do you see --
 9   did you see where he has uncontrolled hypertension?
10       A.   Sometimes uncontrolled; sometimes controlled.  It
11   goes back and forth.
12       Q.   You're aware that there's been times when he quit
13   taking his hypertension medication?
14       A.   Yes.
15       Q.   And can uncontrolled hypertension trigger an
16   asthmatic episode?
17       A.   Not that I'm aware.  I suppose I couldn't say it's
18   impossible, but it certainly wouldn't be a common --
19       Q.   Well, when the hypertension is uncontrolled, the
20   blood pressure increases, and would you agree that the
21   heart rate increases, it has to pump harder and faster, or
22   it does pump harder and faster?
23       A.   To some extent, yes, but it's variable.
24       Q.   And if it is uncontrolled hypertension, that does
```

80

1    not place a heavier burden on the lungs?

2        A.   Not particularly.  It's purely a matter of just a

3    higher pressure for the heart to deal with, as you point

4    out.

5        Q.   So someone that has uncontrolled hypertension does

6    not have trouble breathing?

7        A.   No, I wouldn't expect it.

8        Q.   Can gastro -- I'm going to mispronounce this --

9    gastro --

10       A.   Esophageal.

11       Q.   -- esophageal reflux disease, also known as GERD,

12   can that trigger an asthmatic episode in somebody that has

13   preexisting asthma?

14       A.   It can.

15       Q.   Do you know whether or not he has GERD?

16       A.   Not that he described to me.  You know, he talked

17   about occasional heartburn, which most of us have, but the

18   level of symptoms he described to me would not be

19   sufficient to be called GERD.

20       Q.   Did you ever see any medical record where he was

21   diagnosed with GERD?

22       A.   I don't recall seeing GERD per se.  I do remember

23   occasionally his upper -- his stomach problems are

24   mentioned, but I don't recall seeing a diagnosis of GERD.

1    Q.   Are you familiar with MRSA?

2    A.   I am.

3    Q.   What is that?

4    A.   It stands for methicillin-resistant Staphylococcus

5    aureus.

6    Q.   I understand that's what it stands for.  But what

7    is it?

8    A.   It's a type of bacteria.

9    Q.   So it's a bacterial infection?

10   A.   It's a type of bacteria that can cause an

11   infection.

12   Q.   Someone that develops MRSA, which develops into an

13   infection, can that trigger an asthmatic episode in someone

14   that has preexisting asthma?

15   A.   It depends where the infection is.  If it's a skin

16   infection, it wouldn't.  If it's a lung infection, it

17   could.

18   Q.   Can a urinary tract infection trigger an asthmatic

19   episode?

20   A.   You asked me that earlier.  I can't think of a way

21   it could do it at this point.

22   Q.   Can an upper respiratory infection trigger an

23   asthmatic episode?

24   A.   Yes.

1        Q.    Can exposure to mold trigger an asthmatic episode?

2        A.    Yes.

3        Q.    Can exposure to mildew trigger an asthmatic

4    episode?

5        A.    Mildew is a form of mold, yes.

6        Q.    And can mold and mildew exposure cause watery

7    eyes?

8        A.    It can.

9        Q.    Nose burning?

10       A.    Yes.

11       Q.    Wheezing?

12       A.    Again, to the extent asthma's present, yes.

13       Q.    Coughing?

14       A.    Yes.

15       Q.    Nausea and vomiting?

16       A.    I believe so.  I'm not certain about that.

17       Q.    Are you aware that he's had respiratory allergies?

18       A.    Well, he describes allergies, but not in detail.

19       Q.    Can allergies trigger an asthmatic episode?

20       A.    Occasionally, yes.

21       Q.    When he described the allergies to you, were you

22    able to determine what it was that was triggering these

23    allergies?

24       A.    I couldn't, because it wasn't clearly seasonal.

```
 1    When you ask about allergies, is this seasonal, like hay
 2    fever, that occurs certain times of the year, or this
 3    happens through the year.  And it wasn't clear, talking to
 4    him.
 5        Q.   So have you seen the -- any medical records that
 6    suggest that he also has allergies?
 7        A.   I'd have to look back.  I don't recall as we sit
 8    here.
 9        Q.   So in talking to him, when he said that he
10    has allergies, you couldn't determine what is the root
11    cause of these allergies?
12        A.   That's correct.
13        Q.   Can allergies cause watery eyes?
14        A.   Yes.
15        Q.   Nose burning?
16        A.   Yes.
17        Q.   Nausea and vomiting?
18        A.   That would be unlikely.
19        Q.   Wheezing?
20        A.   Again, in patients who have asthma.
21        Q.   Coughing?
22        A.   Yes.
23        Q.   Now, he's about 70 years old; right?
24        A.   Yes.
```

1        Q.    And it looks like he told you that he had had

2    asthma many years ago, but that through exercise and I

3    guess getting in better shape, his asthma went away?

4        A.    Or for whatever reason.  He attributed it to

5    exercise.  That may be part of it.

6        Q.    Well, if that's the case, assuming he's right,

7    that by exercising and getting in shape, he was able to get

8    rid of his asthma, and assuming that he is now classified

9    as obese due to his body mass index, could that be a

10   trigger of his asthma attack?

11       A.    Well, two points.  First, the fact that he

12   believes exercise made his asthma get better may or may not

13   have anything to do with it.  So I can't -- that's not

14   something that one wants to accept medically.

15              Secondly, can obesity cause asthma?  Massive

16   obesity, which I don't believe, at least from what I've

17   read, he doesn't have, can.  Milder obesity, as he does,

18   would be unlikely.

19       Q.    Let me make sure that we're on the same page.  Can

20   obesity as classified by the body mass index classification

21   trigger an asthmatic episode in somebody that has

22   preexisting asthma?

23       A.    Again, if it's massive obesity.  Very high BMI,

24   yes.

1      Q.    What BMI would you cut off for that?

2      A.    I don't know.  I'm not sure I could make a

3  specific cutoff.  But it would have to be somebody we call

4  morbidly obese, which is a different category.

5      Q.    Somebody that has preexisting asthma that is obese

6  under the BMI classification and then begins -- begins

7  undertaking strenuous activity, can that trigger an

8  asthmatic episode in that individual?

9      A.    No more likely than -- maybe a better way to put

10 it is the obesity wouldn't be relevant there.

11     Q.    The fact that the -- let's assume, then, that the

12 person's not obese.  Somebody that has preexisting asthma

13 and then begins participating in some type of strenuous

14 activity, can that trigger an asthmatic episode?

15     A.    It could, yes.

16     Q.    Isn't there such a thing called exercise-induced

17 asthma?

18     A.    There are several types of asthma.  That's a

19 separate kind of asthma in general, generally thought to

20 be.  So those people get asthma when they do exert

21 themselves.  Most people don't have that kind of asthma.

22     Q.    Exposure to bleach, can that trigger an asthmatic

23 episode?

24     A.    I don't recall seeing evidence to that effect.  It

1    may be possible.

2        Q.    When you say you don't recall seeing evidence to

3    that, are you talking about with respect to Mr. Marshall?

4        A.    No.   In the medical literature.

5        Q.    Okay.   You'd have to look at, I guess, what, the

6    MSDS sheet to see what's in it?

7        A.    To see if there are reports of various bleaching

8    agents.   What we call bleach can be different chemicals.

9        Q.    Does exposure to mold, can that cause permanent

10   lung tissue damage?

11       A.    I think we talked about this briefly earlier.   I

12   don't think the evidence is clear at this point.

13       Q.    Let's go back to your report on page 2.   In

14   paragraph 1, you state, "Studies summarized in the CDC

15   report (2008; see below) indicate that formaldehyde

16   emission rates in housing are greater in newer housing

17   compared to older housing."

18            My first question to you is:   Are you referring to

19   or do you know whether or not the CDC is referring to stick

20   houses, travel trailers, or some other type of houses?

21       A.    I don't recall as I sit here.   I'd have to go back

22   to the report.

23       Q.    Do you know how much greater are the rates in the

24   newer houses than the older houses?

1    to the level of formaldehyde that Mr. Marshall was exposed

2    to while living in the trailer?

3        A.    Well, we can use the CDC report to talk about

4    levels in general, but his particular trailer, I do not

5    know.

6        Q.    So you do not have an opinion from a more-

7    probable-than-not standpoint as to what level of

8    formaldehyde Mr. Marshall was exposed to while living in

9    the travel trailer?

10       A.    No, I don't agree with that statement.  I mean I

11   believe there was indeed -- I think we have evidence,

12   sufficient evidence, to conclude there was what we could

13   call a completed exposure pathway, based on evidence from

14   the CDC study.  But, again, I can't point to Mr. Marshall's

15   trailer specifically and say that's what it was in that

16   trailer.  I don't have information one way or the other.

17       Q.    Okay.  So we're clear, you're telling me that it's

18   your opinion he was exposed to formaldehyde while living in

19   the travel trailer?

20       A.    That's correct.

21       Q.    All right.  But am I correct that you do not have

22   an opinion as to the actual level of the formaldehyde that

23   he was exposed to while living in the travel trailer?

24       A.    Maybe I didn't put this clearly enough.  We can

1      A.    There are other potential components, and I can't

2    say which one is which, but there are a number of others.

3      Q.    Other potential components.  I'm going to go

4    through them, and as I do, can you say yes or no?

5      A.    Well, I may have to qualify it, but I'll try.

6      Q.    You can say "yes," "no," or "I don't know" and

7    qualify it however you want.

8      A.    All right.

9      Q.    So we're going to go through it.  Are the

10   following potential contributing factors --

11     A.    That would be fine.

12     Q.    -- to his present asthmatic symptoms now that he

13   has left the trailer over two years ago?  Mold in his

14   house.

15     A.    It depends whether he's continuing to be exposed

16   to mold.  From the deposition, it sounded like he may be,

17   but I wasn't completely clear from it.

18     Q.    Dust in the house?

19     A.    I don't know the answer to whether he's continued

20   to be exposed to dust.

21     Q.    If he's still using marijuana?

22     A.    That could be possible.

23     Q.    Secondhand smoke exposure?

24     A.    Possible.

1      Q.    Stress?

2      A.    Possible.

3      Q.    Did I ask you about Sheetrock dust?

4      A.    Again, we talked about that earlier.  I don't know

5  if he's continuously exposed to that.

6      Q.    Sinus infections?

7      A.    If they occur, yes.

8      Q.    Hay fever?

9      A.    Again, less likely, but possible.

10      Q.    GERD?

11      A.    To the extent that's occurred.

12      Q.    Upper respiratory infections?

13      A.    That would be isolated to the times he has those

14  infections.

15      Q.    Allergies?

16      A.    Isolated to the times he has the allergies.

17      Q.    Strenuous activities?

18      A.    It doesn't -- his description of his symptoms

19  doesn't sound like it's exercise-induced asthma.  I think

20  that's not impossible but less likely.

21      Q.    If he has an EKG that's positive for sinus

22  tachycardia along with a left atrial enlargement, can that

23  trigger an asthmatic episode in him?

24      A.    No.  Those are unrelated findings.