# In The Matter Of:

## *FEMA Trailer Formaldehyde Products Liability Litigation*

*Tommie Sanford*
*March 17, 2011*

*Midwest Reporting, Inc.*
1448 Lincolnway East
South Bend, Indiana 46613
574-288-4242
*reporters@midwestreporting.net*

Original File sanford tommie.txt
Min-U-Script® with Word Index



EXHIBIT H

```
                                                              1

 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: FEMA TRAILER              )
     FORMALDEHYDE PRODUCTS LIABILITY)
 4   LITIGATION,                      )
                                      )   MDL NO. 1873
 5                                    )   SECTION N (5)
     THIS DOCUMENT RELATES TO:        )   JUDGE: ENGELHARDT
 6   This document applies to all     )   MAGISTRATE JUDGE:
     cases.                           )       CHASEZ
 7                                    )

 8

 9   The Videotaped Deposition of Tommie E. Sanford

10           Date:   Thursday, March 17, 2011

11           Time:   10:35 o'clock a.m.

12           Place:  Baker & Daniels
                     202 South Michigan Street
13                   Suite 1400
                     South Bend, Indiana
14

15

16           Called as a witness by Sun Valley, Inc.,

17           in accordance with the Federal Rules

18           of Civil Procedure for the United States

19           District Court, Eastern District of

20           Louisiana, pursuant to Notice.

21

22

23   Before Brenda L. Davis, CSR, RPR, RMR, and Notary
     Public, Porter County, Indiana
24

25
```

MIDWEST REPORTING, INC.
SOUTH BEND, INDIANA
(574) 288-4242

```
                                                               15
```

| | | |
|---|---|---|
| 1 | | from Mark Romanetz to Mark Dunithan and Tom |
| 2 | | Sanford, dated Tuesday, June 5, 2007.  Do you see |
| 3 | | that? |
| 4 | A. | Uh-huh.  Yes.  Yes.  Excuse me. |
| 5 | Q. | And Mark Romanetz is telling you and |
| 6 | | Mr. Dunithan, "I think we should address this |
| 7 | | with our suppliers."  Do you see that? |
| 8 | A. | Yes, I do. |
| 9 | Q. | And it appears to be in response to some breaking |
| 10 | | news that was issued on June 5, 2007 regarding |
| 11 | | formaldehyde.  Do you see that? |
| 12 | A. | Yes, I do. |
| 13 | Q. | Do you recall receiving this e-mail from |
| 14 | | Mr. Romanetz -- |
| 15 | A. | I don't remember -- |
| 16 | Q. | Wait, wait, wait. |
| 17 | | -- around June 5, 2007? |
| 18 | A. | I actually don't remember this particular e-mail, |
| 19 | | but I do remember the incident. |
| 20 | Q. | Okay.  Explain it to us. |
| 21 | A. | When this was brought up, the formaldehyde thing, |
| 22 | | we contacted Robert Weed Plywood and asked them |
| 23 | | about, you know, their product, what they was |
| 24 | | selling us, and what they had to say about this. |
| 25 | | And at that time they brought out a letter |

16

1       to us claiming that their product that they was
2       selling to us during the time that Katrina, or
3       the 2005 period, was a low-emission luan. And
4       the low-emission luan is a requirement of HUD,
5       which is -- HUD does manufactured houses, and
6       their requirements are a little more strict than
7       the RV side of it.
8           And their reasoning behind that was they buy
9       their luans overseas and there's like a six-month
10      lead time on it, and to try to have two boards in
11      their house to laminate on, they -- as a company
12      they chose to just purchase the low-emission, and
13      then that board would cover both their RV
14      customers and their manufactured housing
15      customers.
16           And, basically, their letter that they
17      brought to us said that.
18 Q.  And you actually saw that letter?
19 A.  Oh, yeah. Yeah.
20 Q.  The HUD requirements, did that apply to travel
21      trailers that --
22 A.  No.
23 Q.  And Sun Valley did not make manufactured housing,
24      did they?
25 A.  No, we did not.