- 1 -

FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

Irma Miller, et al. v. Sun Valley, Inc., et al

Docket No. 09-5658 (Charles Marshall)

Report of

Philip Cole, MD, DrPH

July 5, 2011

| Section | Page |
|---|---|
| I. Qualifications | 2 |
| II. Formaldehyde | 3 |
| III. Formaldehyde in FEMA-supplied Temporary Housing Units | 3 |
| IV. Formaldehyde and Cancer: The Position of Review Bodies | 4 |
| V. Formaldehyde and Cancer Epidemiology: Overview | 7 |
| VI. Formaldehyde and Cancer of the Upper Airways | 10 |
| VII. Formaldehyde and Leukemia | 13 |
| VIII. Meta-Analyses | 15 |
| IX. Fear of Cancer | 15 |
| X. Opinions of Plaintiff's Experts | 17 |
| XI. Mr. Charles Marshall | 17 |
| XII. Summary and Opinions | 20 |
| XIII. Appendices | 20 |
| XIV. References | 22 |
| XV. Attachments | 24 |

1. Curriculum vitae of June 1, 2011.

2. Testimony provided since October, 2005.



Cole-CM00829

- 2 -

I. Qualifications

I am a physician licensed to practice medicine in Alabama and am Board Certified in Preventive Medicine. I have committed my professional career to research and teaching in cancer epidemiology, the study of the causes of cancer in human beings.

I received my medical degree from the University of Vermont. I obtained the Master of Public Health and the Doctor of Public Health degrees in Epidemiology from Harvard University. I then joined the Department of Epidemiology of the Harvard School of Public Health and became a full Professor in 1978. In 1979 I became Professor and Chairman of the Department of Epidemiology at the School of Public Health, and Associate Director for Epidemiology at the Comprehensive Cancer Center, at the University of Alabama at Birmingham (UAB). I am now a professor *emeritus* at UAB.

I have authored or co-authored more than 200 papers, most of which are published in the peer-reviewed literature and relate to cancer epidemiology. These papers include, for example, the first report demonstrating the decline of cancer mortality in the United States (1). Another of my publications describes the use of epidemiology for evaluating both general and specific causation in diseases such as cancer (2). One of my papers, published in 2010, reviews recent studies relating to formaldehyde and cancer (3). My publications are listed in the bibliography that is part of the curriculum vitae attached to this Report.

Through more than 40 years of epidemiologic research, teaching and consulting I have become very familiar with all forms of epidemiologic research and with the scientifically accepted methods for reaching conclusions regarding disease causation.

*Attachments* – Section XV of this Report provides materials requested in connection with my work as a possible testifying expert in this case. These

- 3 -

are:  1. My current curriculum vitae, dated June 1, 2011.  2. A list of cases
in which I have provided testimony since October, 2005.

My fee for work in this case is $650 per hour.


II. Formaldehyde

Formaldehyde is a single-carbon, organic molecule that is a natural
constituent of the cells of most life forms, including human beings.  It was
first synthesized in the late nineteenth century and today is one of the most
widely-used commercial agents in the world.  It is a common chemical feedstock
with many applications in dozens of industries.  In 2000, there were more than
21 million metric tons of formalin (an aqueous solution of formaldehyde)
produced, with the USA by far the largest producer.

No recent enumeration of the total number of persons who have had
occupational exposure to formaldehyde is available.  However, the number is
enormous.  In the late 1980s the U.S. Occupational Safety and Health
Administration estimated that over two million U.S. workers were exposed to
formaldehyde (4).


III. Formaldehyde in FEMA-supplied Temporary Housing Units

In late 2005, the U.S. Federal Emergency Management Agency (FEMA) began
to supply temporary housing to persons made homeless by hurricanes Katrina and
Rita.  FEMA supplied mobile homes, trailers and park homes, collectively
referred to as "temporary housing units" (THUs).  About 300,000 persons have
occupied these THUs.

In 2008 the U.S. Centers for Disease Control and Prevention (CDC, a part
of the U.S. Public Health Service) conducted an evaluation of formaldehyde
levels in FEMA-supplied THUs.  The CDC reported that the geometric mean level
of formaldehyde in the air inside THUs was 77 parts-per-billion (ppb)

Cole-CM00831

- 4 -

(5). For comparison, the average level of formaldehyde in American homes is about 10-20 ppb. In fact, Lemus et al. reported the average level of formaldehyde in conventional, site-built, housing in Louisiana to be 370 ppb (6).

The average levels of formaldehyde in four occupational settings where recent epidemiologic studies (described below) were conducted ranged from about 150 to more than 2000 ppb. This is up to 25 times higher than average levels in FEMA-supplied THUs. In the study (7) with the highest formaldehyde levels, about 35% (my estimate) of the subjects were exposed at levels greater than 2000 ppb. Further, the occupational personnel studied had durations of exposure that averaged about 10 work-years (my estimate). This is three to five times longer than the occupant's average duration of residence in FEMA-supplied THUs. (An explanation of these estimates is given in Appendix A, in Section XIII of this Report.)


IV. Formaldehyde and Cancer: The Position of Review Bodies

There are four organizations that have reviewed the question of formaldehyde and cancer in human beings during the last several years. They are:

> i) The International Agency for Research on Cancer (IARC), the cancer research arm of the World Health Organization (8).
>
> ii) The National Toxicology Program (NTP), a part of the U.S. Public Health Service (9).
>
> iii) The U.S. Environmental Protection Agency (EPA), an independent agency of the U.S. Government (10).
>
> iv) The U.S. National Academies of Science (NAS), a private

Cole-CM00832

organization with a Congressional mandate to advise the federal government on scientific and technical matters (11).

The four agencies vary in the extent to which the basis for their evaluations is restricted to scientific information. The NAS may be considered the most strictly scientific. In contrast, the EPA may be considered the least as its principal goal is protecting the public health. Such a goal permits, perhaps even requires, the EPA to rely heavily on public policy issues as well as on science.

The agencies also differ in the extent to which the authority for making judgments as to the likelihood that a chemical is carcinogenic for human beings, lies with external experts as opposed to internal staff. The NAS relies solely upon external experts for this purpose. At the other extreme are both the EPA and the NTP. Although these agencies use external experts, their authority is limited. IARC's judgments are said to be made by outside experts.

*Nasopharyngeal cancer* – All four of the agencies consider that formaldehyde is a cause of NPC. However, all of them rely heavily upon the 2004 report (12) from the U.S. National Cancer Institute, a flawed study. The positive findings for NPC in this study are of dubious validity. This opinion is based on the six considerations presented in detail in Section VI of this Report.

*Leukemia* – IARC considers that formaldehyde is known to cause leukemia, particularly acute myeloid leukemia, in human beings. The EPA suggested the same in its draft Integrated Risk Information System (IRIS) report on formaldehyde (10). These positions are based primarily upon two recent reports from the U.S. National Cancer Institute – the updated industrial workers study (13) and the study of embalmers (14). I consider both of these studies unreliable for reasons given in Section VII of this Report. Those reasons, and others, are presented in detail in a recent publication (3) by me and my

Cole-CM00833

- 6 -

colleagues. Further, both IARC and the EPA did not consider the recent work of Lu et al (15) to the effect that inhaled formaldehyde almost certainly does not reach the bone marrow – the principal location where leukemia originates. This paper was immediately endorsed by an editorial that accompanied it (16). A recently published extensive review (17) also has endorsed the position that formaldehyde is unlikely to reach the bone marrow and supports my view that formaldehyde is unlikely to be a cause of NPC or of leukemia.

The NTP's long overdue *Report on Carcinogens,* 12th Edition (9), was released on June 10, 2011. It states that formaldehyde is causally associated with NPC and with lymphopoietic cancer particularly myeloid leukemia. The discussion underlying this issue appears as limited as that of the EPA, described in the following paragraph.

The positions of IARC, the EPA and the NTP regarding leukemia should be considered in light of the NAS's review (11) of the EPA's IRIS Report (10). The NAS considers that the evidence linking formaldehyde to leukemia is not sufficient to establish causation. Equally important, the NAS was highly critical of the methodology and conclusions EPA's draft report on formaldehyde. Further, the NAS does not even cite the NCI study of embalmers (14), a paper of dubious validity that was relied upon by IARC and the NTP as well as by the EPA. As a result of the NAS review, the position of the EPA that formaldehyde is a cause of leukemia in human beings should be considered as subject to revision.

The critical NAS assessment of the EPA's position also detracts considerably from the credibility of IARC's and the NTP's positions on formaldehyde and leukemia.

Cole-CM00834

- 7 -

V. Formaldehyde and Cancer Epidemiology: Overview

The epidemiologic study of formaldehyde and cancer in human beings began more than 30 years ago and now consists of about 45 papers. This literature has focused on industrial and other occupational settings in which the exposures to formaldehyde were much higher than the levels in manufactured housing. There is no persuasive epidemiologic evidence that any residential exposure to formaldehyde produces cancer in human beings.

The earliest studies of occupational groups suggested that persons with very high exposure to formaldehyde had an increased risk of cancer of the central nervous system (CNS, primarily the brain). These groups included mortuary workers, anatomists, pathologists and some laboratory technicians, among others. The limitations of these studies have been recognized and the current editions of the two standard textbooks of cancer epidemiology, published in 2006 (18) and 2008 (19), do not mention formaldehyde in connection with CNS cancer. Further, the International Agency for Research on Cancer (IARC, the cancer research arm of the World Health Organization) stated in 2006 that there was no convincing evidence of a causal link between formaldehyde and CNS cancer (8).

More recent suggestions have been made of a causal relationship between formaldehyde and cancers of the upper airways including the nasopharynx and sinonasal passages. The leukemias also have been of interest over the past decade or so. IARC's current position is that there is sufficient evidence of a causal relationship for nasopharyngeal cancer (NPC) and for leukemia in human beings (20). A

Cole-CM00835

- 8 -

similar position has just been put forward by the National Toxicology Program (NTP, a part of the U.S. Public Health Service (9)).  NPC and the leukemias will be reviewed in detail in the following section of this Report.

The table on the next page provides an overview of findings on cancer from five reports of groups with industrial or other occupational exposure to formaldehyde (7,12,13,14,21).  Note that references (12) and (13) are two papers from one study done at the U.S. National Cancer Institute (NCI).  The two papers relate to different groups of cancers.  Also note that the study listed last (Hauptmann, 2009) is a case-control investigation, a form of research that is entirely different from the others, which are follow-up (cohort) studies.  The proportional mortality ratios (PMRs) described for this case-control study were presented in a recent publication (3) by my colleagues and me and are analogous to SMRs in their interpretation. However, the nature of the data in a case-control study is more limited than that in a cohort study.  (For an explanation of the SMR and PMR, see Appendix B in Section XIII of this Report.)

Cole-CM00836

Reports from Recent Studies of Mortality among
Occupational Groups with Exposure to Formaldehyde.

| Author | Coggon | Several | Pinkerton | Hauptmann |
|---|---|---|---|---|
| Affiliation[a] | MRC | NCI | NIOSH | NCI |
| Year Published | 2003 | 2004, 2009 | 2004 | 2009 |
| Location | U.K. | U.S.A. | U.S.A. | U.S.A. |
| No. of Facilities | 6 | 10 | 3 | N/A |
| No. of Subjects | 14,014 | 25,619 | 11,098 | 433 |
| Processes | Produce/Use | Produce/Use | Garments | Embalming |
| Avg. follow-up (yrs) | >40 | 40 | 31 | N/A |
| Avg. Exposure (ppb) | >2000 | 450 | 150 | 1400 |
| SMRs[b] | | | | |
| All causes | 104[c] | 102 | 92[c] | – |
| All cancer | 110[c] | 107[c] | 89[c] | – |
| CNS cancer | 85 | 92 | 109 | 120 |
| All leukemia/ML | 91/ND | 102/90 | 109/134 | ND/108 |
| Ca of nose, nasal sinuses | 89 | 119 | – | – |
| NPC | 50 | 210[d] | 0 | 128 |
| Reference number | 7 | 12,13 | 21 | 14 |

[a] Medical Research Council, University of Southampton.
   U.S. National Cancer Institute.
   U.S. National Institute of Occupational Safety and Health.
[b] For Hauptmann, 2009, the figures are not SMRs but PMRs described in reference 3.
[c] Statistically significantly different from an SMR of 100 at the 95% level of confidence.
[d] This SMR is represented as statistically significant in Table 2 of reference (12) but as not
   significant in a footnote to the same table. It is not statistically significant by my
   calculation.

   *Overall Mortality* – The table shows that formaldehyde-exposed workers
have a favorable overall mortality experience with SMRs for "all causes" of
death and for "all cancer" deaths near 100. Values for these inclusive cause-
of-death categories range only from 92 to 110. Though most of these values are
statistically significant, that reflects the large size of the studies and does
not imply a causal, or protective, relationship between formaldehyde and
cancer.

Cole-CM00837

- 10 -

*CNS Cancer* - This disease is mentioned here because of historical representations that it was related to formaldehyde.  The table indicates that none of the major studies reported any meaningful increase of CNS cancer.  In fact, there were moderate deficits of CNS cancer in the recent studies that evaluated this disease (7,12,21).  The early history of formaldehyde and CNS cancer is, then, an example of how epidemiology can produce false-positive findings.

The cancers of interest with respect to formaldehyde are discussed in detail in the next three sections of this Report.

## VI. Formaldehyde and Cancer of the Upper Airways

*Nasopharyngeal Cancer* - NPC has received the most attention in connection with formaldehyde.  The following background information on this disease may be useful:

NPC is an uncommon cancer in the U.S. and in most of the western world. Estimates are imprecise, but about 1800 new cases are diagnosed each year in the United States.  (For context: The American Cancer Society estimates that there were about 1.6 million new cases of cancer, all types, diagnosed in 2010 in this country (22)).

For the U.S. population as a whole, the average incidence rate of NPC is 0.5 cases per 100,000 people per year (23).  In the U.S., the probability of developing NPC is only about 40 cases per 100,000 people, ***over their entire lifetime.***  The incidence rate of NPC is about twice as high among African-Americans as it is among Whites.

One recognized cause of NPC in the western world is the Epstein-Barr virus (EBV) (23), an agent that commonly infects Americans.  The EBV may account for about one-fourth of cases of NPC in the U.S.  The EBV also causes infectious mononucleosis and some forms of Hodgkin lymphoma.  Cigarette smoking also causes NPC and smokers have a risk that is about twice as high as that of

Cole-CM00838

non-smokers. Alcohol consumption is suspect but not established as a cause of NPC. There is some evidence that a diet that includes a large amount of fresh fruits and vegetables offers some protection against NPC (23,24).

NPC is common in some parts of Africa and in China and other parts of Asia. It is considered that the frequent consumption of smoked fish and cooking patterns are the causes of the high rates of NPC in these regions (24).

The table indicates that only the NCI follow-up study (12) reported an increase of NPC with an SMR of 210. Primarily on the basis of this finding, IARC classified formaldehyde as an agent for which there is "sufficient evidence" of human carcinogenicity (5). However, six considerations call into question the findings of the NCI study and IARC's position:

1. Statistical significance. Among the subjects exposed to formaldehyde, 8 deaths were attributed to NPC with 3.8 such deaths expected. These results equate to an SMR of 210, a finding whose statistical significance is problematic. That is so because, in the body of the table where these findings appear, statistical significance is implied by the SMR's 95% confidence interval of 105-421. However, a footnote to that table shows a confidence interval of 91-414, indicating the absence of statistical significance. (See footnote "d" to the table on page 6 of this Report.)

2. Since 2005 Marsh and his colleagues have reported a series of investigations (25-27) into the findings of the NCI study. This research evaluated the plant-specific origins of the NPC cases and several statistical features of the data, especially their inherent variability. The likely explanation for any possible excess of NPC also was explored by Marsh et al who concluded that: i) all excess cases of NPC had worked at just one of the 10 plants in the study, ii) the seeming excess of cases at the one plant may have arisen by chance but, if not, formaldehyde was unlikely to have caused it, and iii) the cause of the excess cases at the one plant may have been the workers' prior employment in metal industries in the vicinity of the plant.

Cole-CM00839

- 12 -

3. Formaldehyde levels were more than four times higher among subjects in the MRC study (>2000 ppb) than among subjects in the NCI study (450 ppb). Yet, the MRC investigators found a slight *deficit* of deaths due to NPC: one death was observed while 2.0 were expected. The MRC study subjects also had a longer formaldehyde exposure than did the NCI study group. (This position has been contested, though not convincingly, in the most recent report from the NCI follow-up study (13)). The results of the NCI and the MRC studies relating to NPC are not consistent with one another. For the MRC study to replicate the NPC findings of the NCI study, it would have to have reported 16 of more NPC deaths, but in fact only one was reported. This supports the opinion of Marsh and his colleagues that the excess of NPC at one of the 10 plants studied by the NCI was not due to formaldehyde.

4. The NIOSH study of garment workers (21) found no deaths from NPC (my estimate: about 1.2 expected). Formaldehyde levels were relatively low (150ppb). Even so, they were 10 times higher than formaldehyde levels in the average American home and twice as high as levels in the FEMA-supplied THUs.

5. Hauptmann (14) provided limited data for NPC among embalmers and did not analyze it. However, my colleagues and I have done so (3): There were four deaths from this disease among a total of 6808 deceased embalmers. The expected number is 3.1 indicating a PMR of 128. This low PMR is not close to statistical significance.

6. None of the studies in the table on page 9 reported a statistically significant excess of any other form of cancer of the mouth and upper airways. This is difficult to reconcile with the primary mechanism proposed for formaldehyde carcinogenesis.

*Cancer of the Nose and Nasal Sinuses* – None of the studies in the table reported a meaningful elevation in the SMR for these cancers. Data were sparse with only 2 such deaths observed in the MRC study and 3 in the NCI follow-up study. Data were not provided for these forms of cancer in the NIOSH study.

Cole-CM00840

- 13 -

*Other Upper Airway Cancer* - (Data not shown because the studies included differing cancers in this category.)  The NCI and the NIOSH study showed no excesses for these cancers (tongue, oral cavity and pharynx, other than nasopharynx).  The MRC study showed a minimal, non-significantly elevated SMR of 202 for cancer of the pharynx (but not for NPC).


VII.  Formaldehyde and Leukemia

The suggestion of a possible formaldehyde-leukemia link was reviewed in a series of papers appearing in volume 40 (2004) of Regulatory Toxicology and Pharmacology.  It was considered that the available epidemiologic data, the animal data and information on formaldehyde metabolism did not support a causal relationship between formaldehyde and leukemia, including myelogenous leukemia (ML).  More recent reviews, meta-analyses and a study of possible mechanisms of formaldehyde carcinogenesis reinforce this view (these studies are described below).

The table shows that none of the major studies reported a significant excess of deaths for all forms of leukemia combined or for ML.  However, I have estimated elsewhere (28) that the MRC study probably had a modest deficit of deaths from ML.

The 2009 follow-up study (Beane Freeman, et al (13)) from the U.S. National Cancer Institute (NCI) provides the most recent update of findings from the largest study available.  Its supplemental (online) tables also provide corrections of earlier findings (29) published in 2003 by the same research group.  This 2009 update by Beane Freeman includes 319 deaths from lymphatohematopoietic cancer (LHC).  Of these, 116 were due to leukemia.  This paper does not alter the findings or interpretations of the total body of research available.  For example, among formaldehyde-exposed workers the SMR for all LHC is 94.  For myeloid leukemia, the SMR is 90 and for Hodgkin

Cole-CM00841

- 14 -

lymphoma it is 142. All three of these SMRs are based on small numbers of deaths and none is statistically significantly different from 100.

The 2009 report from the National Cancer Institute also includes a series of "internal" analyses. In such analyses leukemia risks are compared among sub-groups of workers rather than with the general population of the US. An earlier suggestion (29) of a relationship between exposure to high peak levels of formaldehyde and myeloid leukemia is not supported by the 2009 data. In fact, this recent paper does not include even one statistically significant association among its findings.

My colleagues and I recently published a detailed review and critique (3) of the recent NCI paper. Briefly, with respect to leukemia, we indicated that the exposure information on formaldehyde that was used was unreliable. We emphasized that any possible positive interpretation of the paper rested on the dubious and non-significant report of an induction-period effect.

Another recent paper (14) also comes from the NCI and describes a case-control study among deceased embalmers. This study presented no absolute measures of risk but my colleagues and I have calculated several (3). We reported that the PMR for ML was 108, a small and non-significant elevation. This "embalmers" study reports six evaluations of a possible formaldehyde-ML association. These analyses were done twice - one with less reliable and once with more reliable data. The authors, and I, agree that the more reliable data should be emphasized. These data indicate a possible association between duration of employment as an embalmer and ML. However, the specific associations presented in the paper were not tested for statistical significance and may not reflect causality. Detailed critiques of the embalmers study appear in an exchange of correspondence between my colleagues and me (30) and the authors of the study (31). Detailed comments are also available in an unpublished report (Cole P, et al: Mortality from lymphohematopoietic cancer (LHC) among embalmers: Response to a letter by

Cole-CM00842

- 15 -

Hauptman, et al. October 15, 2010). The essence of these comments is that the embalmers study rests upon exposure information that is entirely unreliable and that there is an incongruence between the findings presented and the related tests of statistical significance. We also noted that the results of the embalmers study were not consistent with those of the industrial cohort study.

Finally, Lu and his colleagues have shown (15) that inhaled formaldehyde has a cytotoxic and possibly genotoxic effect on cells of the nose. These findings were endorsed in an editorial (16) that accompanied Lu's paper and, more recently, by a comprehensive review of the issue (17).


VIII. Meta-Analyses

A meta-analysis is a "study of studies". It assembles a large amount of research – in this instance epidemiologic research on formaldehyde and cancer – and combines the many findings. The result is a single, overall and more precise estimate of the relationship, if any, between formaldehyde and each of several different forms of cancer. Since 2004, five groups (32-36) in addition to Marsh and Youk (37) have reviewed or done a meta-analysis of the formaldehyde-leukemia relationship. The studies included, and the modes of analysis used, differ among these reviewers. Three of the five reports found little or no evidence to support a formaldehyde-leukemia association, while one (34) supported an association both with all forms of leukemia and with the MLs. This positive report relied heavily on the data in the embalmers study (14) described above. The other positive report (36) also relied heavily on selected findings from the NCI cohort study (13) as well as the unreliable findings from the embalmers study (14).


IX. Fear of Cancer

A fear of developing cancer is almost universal among adults in the industrialized world. The major reason for this is that the mass media, and

Cole-CM00843

other sources of information long have exaggerated and dramatized the significance of cancer as a public health problem. For example, since the mid-twentieth century it has been commonplace for the media to represent that cancer is increasing. Usually it also was implied that this increase was due to environmental contamination. Actually, any real increase was due to a rise in lung cancer and in other smoking-related cancers (1). There was a reduction, though not an end to these media messages in 1996. In that year the first report appeared in the scientific literature showing that cancer mortality actually was declining in the USA (1). In fact, it has been declining since 1990 and, excluding lung cancer, it has been declining since 1950 (38).

The reports of a decline in cancer mortality brought only a temporary reduction in the sensationalism surrounding cancer in the mass media. For example, by 2008 **TIME** reported, "*Although it is uplifting to talk about living with cancer, dying with cancer is the more honest reality.*" Is it? As described below at least 65% of American cancer patients will survive their disease. **TIME** also stated, "*Cancer is overtaking heart disease as the No. 1 killer in the U.S. ...*" The statement is literally correct but entirely misleading. The reality is that both cancer and heart disease mortality rates long have been declining — but the heart disease rate has been declining more sharply than the cancer rate.

A second reason for a generalized fear of cancer relates to a widespread perception among the layman that cancer is a particularly mysterious disease whose causes are unknown. Again, there is an inconsistency between perceptions and reality: IARC lists more than 100 known causes of cancer in humans (20). In addition, from 1980 to 2000 the probability that a newly-diagnosed cancer patient would survive the disease increased from about 50% to 65% (39). Note that this is a 30%, not a 15%, reduction in the case-fatality over a 20 year time period. Together, the combination of the declining incidence of cancer in

Cole-CM00844

the population and the increasing survival of cancer patients has produced a major reduction in the overall cancer mortality rate. In 1990, that rate was 216 deaths per 100,000 persons. By 2006, the annual rate had declined 18% to 181 (40). This was just as had been predicted (1,41).

It is commonplace and regrettable that the media give scant attention, usually none, to the continuing declines in cancer incidence and mortality. Unfortunately most Americans believe that cancer is still increasing in this country and they continue to have an excessive fear of the disease.


X. Opinions of Plaintiff's Experts

I have read the Affidavits of the following plaintiff's experts in this Case:

1. Dr. Patricia Williams

2. Dr. Lawrence Miller

3. Dr. Stephen Smulski

It is not practical to comment here on the opinions of these experts with which I disagree. I can state that:

1. To the extent that any one of these experts represents that formaldehyde should be considered a human carcinogen, I disagree with that opinion.

2. To the extent that an expert represents that his, or her, basis for the above opinion is the IARC or NTP classification, I disagree with the basis for that opinion. I have stated my reasons for this disagreement in Sections V, VI and VII of this Report.


XI. Mr. Charles Marshall

Materials Reviewed

1. Materials provided by the Allen & Gooch Law Firm and listed in letters to me dated May 9 and 24, 2011. These materials consisted primarily

Cole-CM00845

of medical records, depositions and forms filled out by, or on behalf

of, Mr. Marshall.  Twenty photographs also were included.

2. The reference materials cited in Section XIV of this Report or

incorporated into the body of this Report.

Mr. Charles Marshall is an African-American man who was born on November

2, 1940.  He was 64 years old when the Gulf coast was impacted by hurricane

Katrina in August, 2005 and is now 70 years old.

The day before Katrina struck, Mr. Marshall evacuated his home in New

Orleans with a friend and several members of her family.  For about a year

thereafter he had a somewhat unsettled life, moving between Memphis, Baton

Rouge and New Orleans.  He was unable to live in his home for an extended

period due to damage it sustained from the storm.

Sometime in December, 2005 or January, 2006 a FEMA trailer (hereafter,

temporary housing unit "THU") was placed on the lot where Mr. Marshall's house

is located.  Mr. Marshall began living in the THU in January, 2006.  His

residence there was intermittent as he continued to spend time in Baton Rouge

and at a friend's home in New Orleans.  He also was rehabilitating his house

and, eventually would spend some time there.  Mr. Marshall's THU was removed in

October, 2008.  Mr. Marshall's occasional residence in the THU may have been

for as few as 22 or for as many as 30 months.

Mr. Marshall states that there was an odor of formaldehyde in his THU.

This was strongest when the unit had been closed for several hours or longer.

When the unit was opened and ventilated the formaldehyde odor was reduced.

Mr. Marshall states that the formaldehyde in his THU caused him to

experience itchy eyes, a runny nose, nausea and cough.  He also states that he

has developed a fear of cancer.  This fear was engendered by warnings he saw in

the mass media.  Mr. Marshall now believes that formaldehyde is known to cause

lung cancer and pancreas cancer.  This belief is incorrect.  Formaldehyde has

never been even suspect as a cause of either of these forms of cancer.

Cole-CM00846

- 19 -

Mr. Marshall has had a number of different jobs. His current employment is as a chauffeur at an assisted living facility and, part-time, as a bail bondsman.

Mr. Marshall has been a non-smoker for about 50 years. However, while employed as a chauffeur he spent considerable time, along with his passengers, in gambling casinos where levels of second-hand smoke are high. Mr. Marshall also has been a user of marijuana. Some reports suggest he stopped using it long ago but others suggest continued recent use.

Mr. Marshall has a somewhat unclear history of asthma. His deposition in this case indicates that he had a history of the disease as a young man (about ages 25 - 28) and then it became quiescent. However, when seen at Northside Hospital in Atlanta on February 24, 2006 he stated that he had had an asthmatic episode in September 2005 (Deposition of Dr. Pearson, pp. 11,12). He also appears to have indicated that this recent episode was the first asthma attack in his life.

Mr. Marshall is five feet, eleven inches tall and his weight has varied from about 235 to 250 pounds. At an average weight of 242 pounds, Mr. Marshall's body mass index (BMI) is 33.7. The U.S. Centers for Disease Control considers a BMI of 33.7 as "obese" (42). Men with a BMI greater than 30 have about a 70% increased risk of all forms of cancer (excluding prostate cancer and non-Hodgkin lymphoma) compared to men with a normal BMI of less than 25 (43,44).

IARC, the NTP and the U.S. EPA consider formaldehyde to be a human carcinogen. However, this evaluation is questionable as I have explained in Sections V, VI and VII of this Report. Further, these evaluations are based on heavily-exposed industrial workers. The levels of formaldehyde in THUs were probably low. No measurements are available for Mr. Marshall's THU but similar units, on average, had levels of about 77 parts-per-billion. This is about 17% of the levels experienced by the industrial workers.

Cole-CM00847

- 20 -

There is no scientific evidence that residential exposure to formaldehyde has caused any form of cancer in human beings. There is no scientific basis for Mr. Marshall to fear that cancer will someday result from exposure to formaldehyde in his THU.

XII. Summary and Opinions

Nasopharyngeal cancer in human beings is considered by IARC and the NTP to be caused by formaldehyde. This position has been challenged because it is based largely on the findings from one occupational study and, possibly, on the findings of just one of several plants in that study.

Leukemia in human beings also is considered by IARC and by the NTP to be caused by formaldehyde. This position has been questioned by the National Academy of Sciences and by several reviewers. It is based on studies of dubious validity.

Persons who have lived in FEMA-supplied THUs may have been exposed to levels of formaldehyde that are far lower than the levels in occupational studies. There is no epidemiologic study that shows an increase in cancer as a result of residential exposure to formaldehyde.

It is my opinion that a fear of cancer, based on exposure to formaldehyde while living in a THU, is not justified by scientific evidence. It is also my opinion that Mr. Marshall's fear of cancer resulting from his occupancy of a THU is not justified by scientific evidence. I hold both of these opinions to a reasonable degree of scientific certainty.

XIII. Appendices

A. Estimating the duration of formaldehyde exposure in FEMA-supplied THUs.

There are (365 days x 24 hrs/day) 8760 hours in a calendar year. A work year is considered to consist of (250 days x 8 hrs/day) 2000 hours in a calendar year.

Cole-CM00848

- 21 -

There is no uniform definition of a "residence year" – the number of hours the average American spends in his or her home.  It appears generally accepted that a residence year would range from 50% to 60% of a calendar year. I use the midpoint of this range and consider that a residence year is (0.55 x 8760 hours) 4818 hours.

Thus, a residence year is (4818/2000) 2.4 times as long as a work year.

Note that it is unlikely that occupants of FEMA-supplied THUs actually spent 4800 hours per year in their THUs.  That is because as soon as some began to complain about the air in the THUs, they were advised to spend as much time as possible out of doors or in other housing.

Finally, the average duration of occupancy of the THUs is unknown but 18-24 months seems likely.

B. Standardized Mortality Ratio (SMR) and Proportional Mortality Ratio (PMR)

The SMR is an epidemiologic measure that describes the mortality rate in a group of interest (workers exposed to formaldehyde) relative to the rate that they would normally experience.  For example, an SMR of 100 means that the group has an entirely normal rate.  An SMR of 120 means that the group has a rate 20% higher than expected.  The SMR accommodates the specific age-gender-race composition of the group of interest.

The PMR is quite different from an SMR in its calculation and the type of data on which it is based.  However, the interpretation of a PMR is virtually identical to that of an SMR with the same value.

Philip Cole, MD     July 5, 2011
Philip Cole, MD, DrPH          Date

Cole-CM00849

## XIV. References

1. Cole P, Rodu B: Declining cancer mortality in the United States. *Cancer.* 78:2045–2048, 1996.

2. Cole P: Causality in epidemiology, health policy and law. *Environmental Law Reporter.* 26:10279-10285, 1997.

3. Cole P *et al*: Formaldehyde and lymphohematopoietic cancers: A review of two recent studies. *Regul Toxicol and Pharm.* 58:161-166, 2010.

4. USDL. 2009. Occupational Exposure to Formaldehyde. OSHA Fact Sheet no.92-27. U.S. Department of Labor. http://ehs.okstate.edu/training/OSHAFHYD.HTM.

5. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes. Centers for Disease Control and Prevention, 2008.

6. Lemus R, *et al*: Potential health risks from exposure to indoor formaldehyde. *Rev Environ Health.* 13:91-98, 1998.

7. Coggon D, *et al*: Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. *J Natl Cancer Inst.* 95:1608-1615, 2003.

8. Formaldehyde, 2-Butoxyethanol and 1-tert-butoxypropan-2-ol. *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans,* Vol. 88, 2006.

9. National Toxicology Program: *12th Report on Carcinogens,* U.S. Dept. of Health and Human Services, 2011.

10. EPA (U.S. Environmental Protection Agency). 2010. *IRIS Toxicological Review of Formaldehyde-Inhalation Assessment* (External Review Draft). Available at http://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=223614.

11. NRC (National Research Council). 2011. *Review of the Environmental Protection Agency's Draft Assessment of Formaldehyde.* Committee to Review EPA's Draft IRIS Assessment of Formaldehyde. Board of Environmental Studies and Toxicology. Division of Earth and Life Sciences. Available at http://www.nap.edu/catalog.php?record_id=13142.

12. Hauptmann M, *et al*: Mortality from solid cancers among workers in formaldehyde industries. *Am J Epid.* 159:1117-1130, 2004.

13. Beane Freeman, L, *et al*: Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries: The National Cancer Institute Cohort. *J Nat Cancer Inst.* 101:751-761, 2009.

14. Hauptmann M, Stewart P, Lubin J, *et al*. Mortality from lymphatohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *J Natl Cancer Inst.* 101:1696-1708, 2009.

15. Lu K *et al*: Distribution of DNA adducts caused by inhaled formaldehyde is consistent with induction of nasal carcinoma but not leukemia. *Toxicol Sci.* 116:441-451, 2010.

16. Lehman-McKeeman L: Paracelsus and formaldehyde 2010: The dose to the target organ makes the poison. *Toxicol Sci.* Advance access, June 28, 2010.

17. Rhomberg L, *et al*: Is exposure to formaldehyde in air causally associated with leukemia?-A hypothesis-based weight-of-evidence analysis. *Crit Rev in Toxicol.* Early Online, 1-67, 2011.

18. Schottenfeld D, Fraumeni J (eds.): *Cancer Epidemiology and Prevention*, third ed., Oxford University Press, New York: 2006.

- 23 -

19. Adami H-O, *et al* (eds.): ***Textbook of Cancer Epidemiology,*** second ed., Oxford University Press, New York: 2008.

20. International Agency for Research on Cancer Website: www.iarc.fr

21. Pinkerton L, *et al*: Mortality among a cohort of garment workers exposed to formaldehyde: An update. ***Occup Environ Med.*** 61:193-200, 2004.

22. American Cancer Society. ***Cancer Facts & Figures 2011.*** American Cancer Society Website: www.cancer.org

23. Yu M, Yuan J-M: Nasopharyngeal Cancer, Chapter 31 in: ***Cancer Epidemiology and Prevention.*** Schottenfeld D, Fraumeni J (eds.), third ed., Oxford University Press, New York: 2006.

24. Chang E, Adami H-O: Nasopharyngeal Carcinoma, Chapter 8 in: ***Textbook of Cancer Epidemiology.*** Adami H-O, *et al* (eds.), second ed., Oxford University Press, New York: 2008.

25. Marsh G, Youk A: Re-evaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. ***Regul Toxicol Pharmacol.*** 42:275-283, 2005.

26. Marsh G, *et al*: Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute formaldehyde worker cohort study. ***Regul Toxicol Pharmacol.*** 47:59-67, 2007a.

27. Marsh G, *et al*: Work in the metal industry and nasopharyngeal cancer mortality among formaldehyde-exposed workers. ***Regul Toxicol Pharmacol.*** 48:308-319, 2007b.

28. Cole P, Axten C: Formaldehyde and leukemia: An improbable causal relationship. ***Regul Toxicol Pharmacol.*** 40:107-112, 2004.

29. Hauptmann M, *et al*. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. ***J Natl Cancer Inst.*** 95:1615-1623, 2003.

30. Cole P *et al*: Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. ***J Natl Cancer Inst.*** Advance access, September 7, 2010.

31. Hauptmann M *et al*: Response. Re: Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. ***J Natl Cancer Inst.*** Advance access, September 7, 2010.

32. Collins J, Lineker G. A review and meta-analysis of formaldehyde exposure and leukemia. ***Regul Toxicol Pharmacol.*** 2004; 40:81-91.

33. Bosetti C, *et al*: Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006. ***Ann Oncol.*** 19:29-43, 2008.

34. Zhang L, *et al*: Formaldehyde exposure and leukemia: A new meta-analysis and potential mechanisms. ***Mutat Res.*** 681:150-168, 2009.

35. Bachand A *et al*: Epidemiological studies of formaldehyde-exposure and risk of leukemia and nasopharyngeal cancer: A meta-analysis. ***Crit Reviews Toxicol.*** 40:85-100, 2010.

36. Schwilk E: Formaldehyde and leukemia: An updated meta-analysis and evaluation of bias. ***J Occup Environ Med.*** 52:878-886, 2010.

37. Marsh G, Youk A. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. ***Regul Toxicol Pharmacol.*** 40:113-124, 2004.

Cole-CM00851

- 24 -

38. Rodu B, Cole P: The fifty-year decline of cancer in America. *J Clin Oncol.* 19:239-241, 2001.

39. National Cancer Institute: *Surveillance, Epidemiology and End Results: Cancer Incidence Limited-Use Database*, 1973-2005.

40. Heron M, *et al*: Deaths: Final Data for 2006. National vital statistics reports; 57: no 14. *National Center for Health Statistics*. April, 2009.

41. Cole P, Sateren W: The evolving picture of cancer in America. *J Natl Cancer Inst.* 87:159-160, 1995.

42. Centers for Disease Control and Prevention Website: www.cdc.gov

43. Calle E, *et al*: Overweight, obesity and mortality from cancer in a prospectively studied cohort of U.S. adults. *New Engl J Med.* 348:1625-1638, 2003.

44. Calle E, Thun M: Obesity and cancer. *Oncogene.* 23:6365-6378, 2004.

XV. Attachments
    1. My curriculum vitae, dated June 1, 2011.
    2. A list of testimony that I have provided since October, 2005.  It is
       current as of the date of this Report.

Cole-CM00852

CURRICULUM VITAE

| Name: | Philip Cole<br>509 Carnoustie Drive, Box 30<br>Shoal Creek, Alabama 35242<br>Tel: 205-408-9355<br>Fax: 205-408-9850<br>E-mail: pcole@uab.edu | | |

Academic
Appointment:   Professor *Emeritus*
Department of Epidemiology
School of Public Health
Univ. of Alabama at Birmingham

| Education: | Michigan State University | B.A. | 1960 |
| | University of Vermont | M.D. | 1965 |
| | Harvard University | M.P.H. | 1967 |
| | Harvard University | Dr.P.H. | 1970 |

Previous positions:

Professor
(Chairman, 1981-94)
(Emeritus, 1999)
Department of Epidemiology
School of Public Health
University of Alabama at Birmingham

| Senior Scientist | 1979-99 |
| Associate Director for Epidemiology | 1979-93 |
| Comprehensive Cancer Center | |
| University of Alabama at Birmingham | |

| Assistant and Associate Professor | 1969-78 |
| Professor | 1978-79 |
| Department of Epidemiology | |
| Harvard School of Public Health | |

| Consultant in Epidemiology and Biostatistics | |
| International Agency for Research on Cancer | 1977-78 |

| Surgical Intern, Royal Victoria Hospital | |
| Montreal | 1965-66 |

Certification and Professional Societies:

| Licensed, Alabama Medical Licensure Commission | 1981-2011 |
| Licensed, Board of Registration in Medicine,<br>Commonwealth of Massachusetts | 1966-80 |
| Diplomate, National Board of Medical Examiners | 1966 |
| Certified, American Board of Preventive Medicine | 1971 |
| Member, American Epidemiologic Society | 1973-79 |
| Honorary Fellow, American College of Epidemiology | 1997 |

Prepared:     March 12, 2011

Cole-CM00853

-2-

| Honors: | | |
|---|---|---|
| | American Cancer Society, Faculty Research Award | 1973-78 |
| | Visiting Lecturer on Epidemiology<br>Harvard School of Public Health | 1979-99 |
| | Gordon Richards Memorial Lecturer<br>Ontario Cancer Treatment and Research Foundation | 1979 |
| | John Whittick Memorial Lecturer<br>Canadian Cancer Society | 1980 |
| | Kammer Merit in Authorship Award<br>American Occupational Medical Association | 1982 |
| | John Rankin Visiting Professor<br>of Occupational and Preventive Medicine<br>University of Wisconsin, Madison | 1983 |
| | Eleanor Leader Memorial Lecturer<br>University of Toronto, Toronto | 1985 |
| | Grand Prix Lacassagne du La Ligue<br>Nationale Francaise contre le Cancer,<br>(with B. MacMahon, J. Brown and D. Trichopoulos) | 1986 |
| | First Annual President's Award<br>Outstanding Teacher<br>School of Public Health, UAB | 1991 |
| | Cutter Lecturer<br>Harvard School of Public Health | 1996 |
| | Myrick Lecturer<br>Injury Control Research Center, UAB | 1996 |
| | Lecturer<br>Delta Omega Society, UAB | 1997 |
| | First Recipient<br>Distinguished Faculty Investigator Award<br>School of Public Health, UAB | 1998 |
| | Distinguished Academic Achievement Award<br>College of Medicine, University of Vermont | 2000 |
| Major Committees: | | |
| | Scientific Advisory Committee<br>Division of Cancer Cause and Prevention<br>National Cancer Institute | 1978-80 |
| | General Motors-United Auto Workers<br>Occupational Health Advisory Board | 1982-87 |
| | Prevention, Cancer Control (Chairman)<br>Steering Committee, National Planning Effort<br>National Cancer Institute | 1984-85 |
| | Mott Prize Selection Committee<br>General Motors Cancer Research Foundation | 1985 |
| | Board of Scientific Counselors<br>Division of Cancer Prevention and Control<br>National Cancer Institute | 1986-90 |
| Major Committees continued: | | |
| | Advisory Council on Epidemiology | |

Cole-CM00854

-3-

| | |
|---|---|
| Electric Power Research Institute | 1986-90 |
| Program Project Review Committee<br>National Cancer Institute of Canada | 1993 |
| Research Professor Selection Committee<br>American Cancer Society | 1994 |
| EPA-Dow Elanco Review Committee<br>Health Effects of Chlorpyrifos | 1997 |
| American Council on Science and Health<br>Committee on Phthalates | 1999 |

Teaching:

| | |
|---|---|
| Harvard School of Public Health | |
| The epidemiology of chronic diseases | 1969-72 |
| The epidemiology of neoplastic diseases | 1973-77 |
| Epidemiologic methods | 1976 |
| Principles of epidemiology | 1978-79 |
| University of Minnesota-Graduate Summer Session | |
| The epidemiology of cancer | 1971-80 |
| Principles of epidemiologic research | 1985 |
| Fundamentals of epidemiology | 1986-91 |
| International Agency for Research on Cancer | |
| Cancer epidemiology | 1974-80 |
| University of Massachusetts-Graduate Summer Session | |
| Principles of epidemiology | 1981-85 |
| Cancer epidemiology | 1982 |
| Tufts University-Graduate Summer Session | |
| Epidemiologic bases of public health policy and law | 1986,87 |
| Principles of epidemiology | 1994-96 |
| University of Alabama at Birmingham | |
| Epidemiology of cancer | 1980 |
| Principles of epidemiologic research | 1980-95 |
| Advanced epidemiologic methods | 1981 |
| Doctoral seminar | 1981-91,99,02 |
| Introduction to epidemiology | 1996,97,00 |
| Mediterranean School of Epidemiology and Biostatistics<br>National Research Council of Italy, Siracusa, Sicily | |
| Introduction to Epidemiology | 2003 |

Research Interests:
  Causality in epidemiology, health policy and law
  Innovative approaches to smoking cessation
  Occupational and chemical carcinogenesis
  Health effects of electromagnetic fields

| | |
|---|---|
| Other:   Chairman of the Faculty, School of Public Health, UAB | 1991-95 |

Cole-CM00855

-4-

## Publications

1. Cole P, MacMahon B, Aisenberg A: Mortality from Hodgkin's disease in the United States: Evidence for the multiple-aetiology hypothesis. *Lancet* 2:1371-1376, 1968.

2. Cole P, Gutelius J: Paraplegia resulting from the use of the subclavian artery as a shunt source during resection of the descending thoracic aorta. *Ann Surg* 169:293-294, 1969.

3. Rapoport A, Cole P, Mason J: Correlates of survival after initiation of chemotherapy in 142 cases of Hodgkin's disease. *Cancer* 24:377-381, 1969.

4. Cole P, MacMahon B: OEstrogen fractions during early reproductive life in the aetiology of breast cancer. *Lancet* 1:604-606, 1969.

5. MacMahon B, Cole P: Endocrinology and epidemiology of breast cancer. *Cancer* 24:1146-1150, 1969.

6. Cole P, Gutelius J: Neurologic complications of surgery on the descending thoracic aorta. *Can J Surg* 12:435-443, 1969.

7. Kaplan S, Cole P: Factors affecting response to postal questionnaires. *Br J Prev Soc Med* 24:245-247, 1970.

8. MacMahon B, Cole P, Lin T, et al: Age at first birth and breast cancer risk. *Bull WHO* 43:209-221, 1970.

9. Cole P, Monson R, Haning H, Friedell G: Smoking and cancer of the lower urinary tract. *N Engl J Med* 284:129-134, 1971.

10. Mirra A, Cole P, MacMahon B: Breast cancer in an area of high parity: Sao Paulo, Brazil. *Cancer Res* 31:77-83, 1971. Reprinted in Portuguese in *Rev Assoc Med Bras* 18:357-364, 1972.

11. Cole P: Coffee-drinking and cancer of the lower urinary tract. *Lancet* 1:1335-1337, 1971.

12. MacMahon B, Cole P, Brown J, et al: OEstrogen profiles of Asian and North American women. *Lancet* 2:900-902, 1971.

13. Hoover R, Cole P: Population trends in cigarette smoking and bladder cancer. *Am J Epidemiol* 94:409-418, 1971.

14. Cole P, MacMahon B: Attributable risk percent in case-control studies. *Br J Prev Soc Med* 25:242-244, 1971.

15. Allen D, Cole P: Viruses and human cancer. *N Engl J Med* 286:70-82, 1972. Reprinted in Ca - *Cancer Journal for Clinicians* 23:127-136, 1973 and in *Diagnostic* 4:189-194, 1973.

16. Trichopoulos D, MacMahon B, Cole P: Menopause and breast cancer risk. *J Natl Cancer Inst* 48:605-613, 1972.

17. Cole P, Hoover R, Friedell G: Occupation and cancer of the lower urinary tract. *Cancer* 29:1250-1260, 1972.

18. MacMahon B, Cole P: The ovarian etiology of human breast cancer. *Current Problems in the Epidemiology of Cancer, Lymphomas and Leukemias. Recent Results Cancer Res* 39:185-192, 1972.

9. Cole P: Epidemiology of Hodgkin's disease. *JAMA* 222:1636-1639, 1972.

20. MacMahon B, Cole P, Brown J: Etiology of human breast cancer: A review. *J Natl Cancer Inst* 50:21-42, 1973.

Cole-CM00856

-5-

21. Hoover R, Cole P: Temporal aspects of occupational bladder carcinogenesis. *N Engl J Med* 288:1040-1043, 1973.

22. Cole P: Epidemiologic studies and surveillance of human cancers among personnel of virus laboratories. In Hellman A, Oxman MN, Pollack R (eds), *Biohazards in Biological Research*. Cold Spring Harbor Laboratory, New York 1973.

23. Cole P: Hypotheses regarding the etiology of breast cancer. *Seventh National Cancer Conference Proceedings*. JB Lippincott Company, Philadelphia, 1973.

24. Cole P: A population-based study of bladder cancer. In Doll R, Vodopija I (eds), *Host Environment Interactions in the Etiology of Cancer in Man*. International Agency for Research on Cancer, Lyon, France, pp 83-87, 1973.

25. Schmauz R, Cole P: Epidemiology of cancer of the renal pelvis and ureter. *J Natl Cancer Inst* 52:1431-1434, 1974.

26. Cole P: Epidemiology of human breast cancer. *J Invest Dermatol* 63:133-137, 1974.

27. MacMahon B, Cole P, Brown JB, et al: Urine oestrogen profiles of Asian and North American women. *Int J Cancer* 14:161-167, 1974.

28. Cole P: Epidemiologic aspects of mammary tumours. Proceedings of the Fifth International Symposium on the Biological Characterization of Human Tumours. *Excerpta Medica*, Amsterdam, 1974.

29. Dickinson L, MacMahon B, Cole P, Brown JB: Estrogen profiles of Oriental and Caucasian women in Hawaii. *N Engl J Med* 291:1211-1213, 1974.

30. Cole P: Morbidity in the United States. Chapter four in Erhardt CL, Berlin JE (eds), *A Review of Mortality and Morbidity in the United States*. American Public Health Association Monograph, Harvard University Press, 1974.

31. Cole P: Primary prevention of cancer. *Bull NY Acad Med* 51:75-79, 1975.

32. Cole P: Cancer of the lower urinary tract. In Schottenfeld D (ed), *Cancer Epidemiology and Prevention: Current Concepts*. Charles C. Thomas, Springfield, Illinois, 1975.

33. Gutensohn N, Li F, Johnson R, Cole P: Hodgkin's disease, tonsillectomy and family size. *N Engl J Med* 292:22-25, 1975.

34. Simon D, Yen S, Cole P: Coffee drinking and cancer of the lower urinary tract. *J Natl Cancer Inst* 54:587-591, 1975.

35. Cole P: Environmental factors in breast cancer: The epidemiologic evidence. Proceedings of the XIth International Cancer Congress. *Excerpta Medica*, 1975.

36. Cole P, Goldman M: Occupation. Chapter 11 in Fraumeni JF (ed), *Persons at High Risk of Cancer: An Approach to Cancer Etiology and Control*. Academic Press, New York, 1975.

37. Ory H, Cole P, MacMahon B, Hoover R: Oral contraceptives and reduced risk of benign breast diseases. *N Engl J Med* 294:419-422, 1976.

38. Cole P: What should the physician ask? *Cancer* 37:434-436, 1976.

39. Morrison A, Cole P: Epidemiology of bladder cancer. In Prout GR (ed), *Urologic Clinics of North America*, Vol 3, No 1. WB Saunders, Philadelphia, February 1976.

40. Bunker J, Donahue V, Cole P, Notman M: Elective hysterectomy: Pro and con. *N Engl J Med* 295:264-268, 1976.

-6-

41. Hoover R, Gray L Sr, Cole P, MacMahon B: Menopausal estrogens and breast cancer. *N Engl J Med* 295:401-405, 1976.

42. Cole P, MacMahon B, Brown J: OEstrogen profiles of parous and nulliparous women. *Lancet* 2:596-599, 1976.

43. Grufferman S, Duong T, Cole P: Occupation and Hodgkin's disease. *J Natl Cancer Inst* 57:1193-1195, 1976.

44. Herbst A, Cole P, Colton T, et al: Age-incidence and risk of DES-related clear cell adenocarcinoma of the vagina and cervix. *Am J Obstet Gynecol* 128:43-50, 1977.

45. Grufferman S, Cole P, Smith P, Lukes R: Hodgkin's disease in siblings. *N Engl J Med* 296:248-250, 1977.

46. Cole P: Cancer and occupation: Status and needs of epidemiologic research. *Cancer* 39:1788-1791, 1977.

47. Cole P: Oral contraceptives and breast neoplasia. *Cancer* 39:1906-1908, 1977.

48. Gutensohn N, Cole P: Epidemiology of Hodgkin's disease in the young. *Int J Cancer* 19:595-604, 1977.

49. Sloan G, Cole P, Wilson R: Risk indicators of de novo malignancy in renal transplant recipients. *Transplant Proc* 9:1129-1132, 1977.

50. Isselbacher K, Cole P: Saccharin - the bitter sweet (editorial), *N Engl J Med* 296:1348-1350, 1977.

51. Cole P, Cramer D: Diet and cancer of endocrine target organs. *Cancer* 40:434-437, 1977.

52. Cole P, Berlin J: Elective hysterectomy. *Am J Obstet Gynecol* 129:117-123, 1977.

53. Elwood J, Cole P, Rothman K, Kaplan S: Epidemiology of endometrial cancer. *J Natl Cancer Inst* 59:1055-1060, 1977.

54. Peyster R, Kalisher L, Cole P: Mammographic parenchymal patterns and prevalence of breast cancer. *Radiology* 125:387-391, 1977.

55. Herbst A, Scully R, Robboy S, et al: Abnormal development of the human genital tract following prenatal exposure to diethylstilbestrol. In Hiatt H, Watson J, Winsten I (eds), *Origins of Human Cancer*. Cold Spring Harbor Laboratory, pp 399-412, 1977.

56. Herbst A, Cole P: Epidemiologic and clinical aspects of clear cell adenocarcinoma in young women. In Herbst AL (ed), *Intrauterine Exposure to Diethylstilbestrol in the Human. Proceedings of "Symposium on DES,"* 1977. The American College of Obstetricians and Gynecologists, February 1978.

57. Cole P, Elwood J, Kaplan S: Incidence rates and risk factors of benign breast neoplasms. *Am J Epidemiol* 108:112-120, 1978.

58. Hoover R, Bain C, Cole P, MacMahon B: Oral contraceptive use: Association with frequency of hospitalization and chronic disease risk indicators. *Am J Public Health* 68:335-341, 1978.

59. Cole P, Cramer D, Yen S, et al: Estrogen profiles of premenopausal women with breast cancer. *Cancer Res* 38:745-748, 1978.

60. Cole, P: Epidemiology. In Gusberg SB, Frick HC (eds), *Gynecologic Oncology*. The Williams and Wilkins Company, Baltimore, 1978.

Cole-CM00858

-7-

61. Cole P, Morrison A:  Basic issues in cancer screening.  In Miller AB (ed), *Screening in Cancer*.  UICC Technical Report Series, Vol 40, Union Internationale Contre le Cancer, Geneva, 1978.

62. Cooper J, Saracci R, Cole P:  Describing the validity of carcinogen screening tests.  *Brit J Cancer* 39:87-89, 1979.

63. Cole P: Screening - An epidemiologic approach. In Fair R (ed.), *Selected Proceedings from the Symposium on Ocular and Systemic Disorders*. American Optometric Association, St. Louis, Missouri, 1978.

64. Cole P:  The evolving case-control study.  *J Chronic Dis* 32:15-27, 1979.

65. Grufferman S, Cole P, Levitan T:  Evidence against transmission of Hodgkin's disease in high schools.  *N Engl J Med* 300:1006-1011, 1979.

66. Johnson L, Driscoll S, Hertig A, et al:  Vaginal adenosis in stillborns and neonates exposed to diethylstilbestrol and steroidal estrogens and progestins.  *Obstet and Gynecol* 53:671-679, 1979.

67. Morrison A, Cole P:  Epidemiology of urologic cancers.  In Javadpour N (ed), *Principles and Management of Urologic Cancer*. The Williams and Wilkins Company, Baltimore, 1979.

68. Austin H, Wynder E, Cole P:  Breast cancer among Black American women. *Int J Cancer* 24:541-544, 1979.

69. Herbst A, Cole P, Norusis M, et al:  An analysis of 384 registry cases of clear cell adenocarcinoma.  *Am J Obstet Gynecol* 135:876-883, 1979.

70. Cole P:  Some epidemiological aspects of cancer prevention (1979 Gordon Richards Memorial Lecture).  *Cancer in Ontario*, 1979.  Report of the Ontario Cancer Treatment and Research Foundation.

71. Herbst A, Scully R, Robboy S, et al:  Diethylstilbestrol in pregnancy. *Proceedings of the Eppley Institute for Cancer Research* 1979:5-14.  Omaha, Nebraska.

72. Cole P:  Oral contraceptives and endometrial cancer (editorial).  *N Engl J Med* 302:575-576, 1980.

73. Cole P, Morrison A:  Basic issues in population screening for cancer.  *J Natl Cancer Inst* 64:1263-1272, 1980.

74. Cole P, Merletti F:  Chemical agents and occupational cancer.  *J of Environ Path and Toxicol* 3:399-417, 1980.

75. Gutensohn N, Cole P: The epidemiology of Hodgkin's disease. *Sem Oncol* 7:92-102, 1980.

76. Trichopoulos D, Cole P, Brown J, et al:  OEstrogen profiles of primiparous and nulliparous women in Athens.  *J Natl Cancer Inst* 65:43-46, 1980.

77. Cole P: Major aspects of the epidemiology of breast cancer. *Cancer* 46:865-867, 1980.

78. Cole P:  Introduction.  Chapter one in Breslow N, Day N (eds), *Statistical Methods in Cancer Research, Volume 1 - The Analysis of Case-Control Studies*.  IARC Scientific Publications No. 32, Lyon, France, 1980.

79. Hoar S, Morrison A, Cole P, et al:  An occupation and exposure linkage system for the study of occupational carcinogenesis.  *J Occ Med* 22:722-726, 1980.

80. MacMahon B, Andersen A, Brown J, et al:  Urine estrogen profiles in European countries with high or low breast cancer rates.  *European Journal of Cancer* 16:1627-1632, 1980.

81. Cole P: Analytic epidemiology. In *Proceedings of the 1980 International Symposium on Cancer*, pp. 25-34, Grune and Stratton, New York, New York, 1980.

82. Gutensohn N, Cole P: Epidemiology of Hodgkin's Disease. In Coltman C, Golomb H (eds) *Hodgkin's and Non-Hodgkin's Lymphomas*, Grune and Stratton, New York, New York, 1980.

83. Gutensohn N, Cole P: Childhood social environment and Hodgkin's disease. *N Engl J Med* 304:135-140, 1981.

84. Cole P: Estrogens and progesterone in human breast cancer. *Banbury Report 8: Hormones and Breast Cancer*, pp. 109-113, Cold Spring Harbor, New York, 1981.

85. Cole P, Austin H: Breast self-examination: An adjuvant to early cancer detection (editorial). *Am J Pub Health* 71:572-574, 1981.

86. Brisson J, Merletti F, Sadowsky N, et al: Mammographic features of the breast and breast cancer risk. *Am J Epidemiol* 115:428-437, 1982.

87. Brisson J, Sadowsky N, Twaddle J, et al: The relation of mammographic features of the breast to breast cancer risk factors. *Am J Epidemiol* 115:438-443, 1982.

88. Morrison A, Cole P: Urinary tract. Chapter 54 in Schottenfeld D, Fraumeni JF (eds), *Cancer Epidemiology and Prevention*, W. B. Saunders Company, Philadelphia, PA, 1982.

89. MacMahon B, Trichopoulos D, Brown J, et al: Age at menarche, probability of ovulation and breast cancer risk. *Int J Cancer* 30:427-431, 1982.

90. MacMahon B, Trichopoulos D, Cole P, et al: Cigarette smoking and urinary estrogens. *N Engl J Med* 307:1062-1065, 1982.

91. Cole P: Epidemiologic clues to host factors in human carcinogenesis. In Armstrong B, Bartsch H (eds), *Host Factors in Human Carcinogenesis*. IARC Scientific Publication No. 39, Lyon, France, 1982.

92. MacMahon B, Cole P, Brown J, et al: Urine estrogens, frequency of ovulation and breast cancer risks: A case-control study in premenopausal women. *J Natl Cancer Inst* 70:247-250, 1983.

93. Greenberg R, Grufferman S, Cole P: An evaluation of space-time clustering in Hodgkin's disease. *J Chron Dis* 36:257-262, 1983.

94. Simard, A, Vauclair R, Cole P, et al: Pulmonary cytology in foundry workers. *J Chron Dis* 36:617-623, 1983.

95. Cole P, Austin H: The Role of the Epidemiologist. In Newell G (ed), *The Practice of Cancer Prevention in Clinical Medicine*, pp. 5-17, The Raven Press, New York, New York, 1983.

96. Morrison A, Cole P, Maclure K: Epidemiology of urologic cancers. Chapter two in Javadpour N (ed), *Principles and Management of Urologic Cancer*, Second Edition, Williams and Wilkins, Baltimore, Maryland, 1983.

97. Cole P, Merletti, F: Occupational Cancer. Chapter 15 in Bourke GJ (ed), *The Epidemiology of Cancer*. Croome Helm, Ltd., Kent, England, 1983.

98. Trichopoulos D, Yen S, Brown J. et al: The effect of westernization on urine estrogens, frequency of ovulation and breast cancer risks: A study of ethnic Chinese women in the Orient and the U.S.A. *Cancer* 53:187-192, 1984.

99. Brisson J, Morrison A, Kopans D, et al: Height and weight, mammographic features of breast tissue, and breast cancer risk. *Am J Epidemiol* 119:371-381, 1984.

Cole-CM00860

100. Scherr P, Gutensohn N, Cole P:  School contact among persons with Hodgkin's disease.  *Am J Epidemiol* 120:29-38, 1984.

101. Hochberg F, Toniolo P, Cole P:  Head trauma and seizures as risk factors of glioblastoma.  *Neurology* 34:1511-1514, 1984.

102. McCraw D, Joyner R, Cole P:  Leukemia excess in a refinery population.  *J Occ Med* 27:220-222, 1985.

103. Sohier R, Cole P, Montesano R:  *Report on the IARC Research Training Fellowships Programme (1966-1984)*.  IARC Internal Technical Report No. 86/002, WHO.  Lyon, April 1986.

104. Austin H, Delzell E, Grufferman S, et al:  A case-control study of hepatocellular carcinoma and the hepatitis B virus, cigarette smoking, and alcohol consumption.  *Cancer Research* 46:962-966, 1986.

105. Austin H, Cole P:  Cigarette smoking and leukemia.  *J Chron Dis* 39:417-421, 1986.

106. Austin H, Cole P, McCraw D:  A case-control study of leukemia in an oil refinery.  *J Occ Med* 28:1169-1173, 1986.

107. Mueller N, Swanson G, Hsieh C, et al:  Tonsillectomy and Hodgkin's disease:  Results from companion population-based studies.  *J Natl Cancer Inst* 78:1-5, 1987.

108. Melnick S, Cole P, Anderson D, Herbst A:  Rates and risks of diethylstilbestrol-related clear-cell adenocarcinoma of the vagina and cervix.  An update.  *N Engl J Med* 316:514-516, 1987.

109. Carpenter A, Flanders W, Frome E, et al: Brain cancer and nonoccupational risk factors: A case-control study among workers at two nuclear facilities.  *Am J Public Health* 77:1180-1182, 1987.

110. Austin H, Delzell E, Grufferman S, et al:  Case-control study of hepatocellular carcinoma, occupation, and chemical exposures.  *J Occup Med* 29:665-669, 1987.

111. Austin H, Delzell E, Cole P:  Benzene and leukemia:  A review of the literature and a risk assessment.  *Am J Epidemiol* 127:419-439, 1988.

112. Cole P:  Saccharin and Bladder Cancer.  Chapter nineteen in Gordis L (ed), *Epidemiology and Health Risk Assessment*.  Oxford University Press, New York, New York, 1988.

113. Butterworth C, Hatch K, Cole P, et al:  Zinc concentration in plasma and erythrocytes of subjects receiving folic acid supplementation.  *Am J Clin Nutr* 47:484-486, 1988.

114. Waterbor J, Cole P, Delzell E, et al:  The mortality experience of major-league baseball players.  *N Engl J Med* 318:1278-1280, 1988.

115. Cole P: Cancer: Risk factors and mortality trends.  In Maulitz RC and Lear AC (eds), *Unnatural causes*.  Philadelphia College of Physicians.  Philadelphia, PA, 1988.

116. Delzell E, Austin H, Cole P:  Epidemiologic studies of the petroleum industry.  In Weaver NK (ed), *Occupational Medicine:  State of the Art Reviews*, Volume 3. Hanley and Belfus, Inc., Philadelphia, Pennsylvania, 1988.

117. Austin H, Keil J, Cole P:  A prospective study of cancer mortality in relation to serum DDT levels.  *Am J Public Health* 79:43-46, 1989.

118. Delzell E, Macaluso M, Cole P:  A follow-up study of workers at a dye and resin manufacturing plant.  *J Occ Med* 31:273-278, 1989.

119. Wongsrichanalai C, Delzell E, Cole P:  Mortality from leukemia and other diseases among workers at a petroleum refinery.  *J Occ Med* 31:106-111, 1989.

Cole-CM00861

-10-

120. Tamura T, Soong S, Sauberlich H, et al:  Evaluation of the deoxyuridine suppression test using whole blood samples from folic acid-supplemented subjects.  *Am J Clin Nutr* 51:80-86, 1990.

121. Hochberg F, Toniolo P, Cole P:  Nonoccupational risk indicators of glioblastoma in adults.  *Journal of Neuro-Oncology* 8:55-60, 1990.

122. Sharp G, Cole P:  Vaginal bleeding and diethylstilbestrol exposure during pregnancy:  Relationship to genital tract clear-cell adenocarcinoma and vaginal adenosis in daughters. *Am J Obstet Gynecol* 162:994-1001, 1990.

123. Sharp G, Cole P, Anderson D, et al:  Clear cell adenocarcinoma of the lower genital tract.  Correlation of mother's recall of diethylstilbestrol history with obstetrical records.  *Cancer* 66:2215-2220, 1990.

124. Ibrahim M, Bond G, Burke T, et al:  The weight of the evidence on the human carcinogenicity of 2,4-D.  Harvard School of Public Health, Program on Risk Analysis and Environmental Health.  Final report, January 1990.

125. Cole P:  The epidemiologist as an expert witness.  *J Clin Epid* 44, Suppl. I, 35S-39S, 1991.

126. Macaluso M, Delzell E, Cole P, Cowles S:  An evaluation of a corporate health surveillance system.  *J Occ Med* 33:1180-1186, 1991.

127. Cole P:  The value of an indirect index to select groups for a health education message (editorial).  *Epidemiology* 2:401-402, 1991.

128. Cole P, Hovinga M:  Hormone residues in meat products. *Cancer Prevention* May 1991, pp. 1-7.

129. Sharp G, Cole P:  Identification of risk factors for diethylstilbestrol-associated clear cell adenocarcinoma of the vagina:  Similarities to endometrial cancer. *Am J Epidemiol* 134:1316-1324, 1991.

130. Butterworth C, Hatch K, Macaluso M, et al: Folate deficiency and cervical dysplasia. *JAMA* 267:528-533, 1992.

131. Butterworth C, Hatch K, Soong S, et al: Oral folic acid supplementation for cervical dysplasia:  A clinical intervention trial. *Am J Obstet Gynecol* 166:803-809, 1992.

132. Sathiakumar N, Delzell E, Cole P, Austin H:  A follow-up study of agricultural chemical production workers.  *Am J Ind Med* 21:321-330, 1992.

133. Chen F, Cole P, Mi Z, Xing L:  Dietary trace elements and esophageal cancer mortality in Shanxi, China.  *Epidemiology* 3:402-406, 1992.

134. Funkhouser E, Cole P:  Declining mortality rates for cancer of the rectum in the United States:  1940-1985.  *Cancer* 70:2597-2601, 1992.

135. Liu T, Wilson N, Craig C, et al:  Evaluation of three nutritional assessment methods in a group of women. *Epidemiology* 3:496-502, 1992.

136. Barbone F, Delzell E, Austin H, Cole P:  A case-control study of lung cancer at a dye and resin manufacturing plant.  *Am J Ind Med* 22:835-849, 1992.

137. Carlo GL, Cole P, Miller AB, et al:  Review of a study reporting an association between 2,4-dichlorophenoxyacetic acid and canine malignant lymphoma:  Report of an expert panel.  *Regul Toxicol Pharmacol* 16:245-252, 1992.

138. Cole P, Delzell E, Acquavella J:  Exposure to butadiene and lymphatic and hematopoietic cancer.  *Epidemiology* 4:96-103, 1993.

Cole-CM00862

-11-

139. Funkhouser E, Waterbor J, Cole P, Rubin E: Mammographic patterns and breast cancer risk factors among women having elective screening. *South Med J* 86:177-180, 1993.

`40. Hayes R, Friedell G, Zahm S, Cole P: Are the known bladder cancer risk-factors associated with more advanced bladder cancer? *Cancer Causes & Control* 4:157-162, 1993.

141. Chen F, Cole P, Mi Z, Xing L: Corn and wheat flour consumption and mortality from esophageal cancer in Shanxi, China. *Int J Cancer* 53:902-906, 1993.

142. Cole P: The hypothesis generating machine. Epidemiology 4:271-273, 1993.

143. Jones T, Shih C, Thurston D, et al: Residential wire code associations and implications for case-control study bias. In Blank M (ed), *Electricity and Magnetism in Biology and Medicine.* San Francisco Press, Inc., San Francisco 1993.

144. Jones T, Shih C, Thurston D, et al: Selection bias from differential residential mobility as an explanation for associations of wire codes with childhood cancer. *J Clin Epidemiol* 46:545-548, 1993.

145. Liu T, Soong S-J, Wilson N, et al: A case control study of nutritional factors and cervical dysplasia. *Cancer Epidemiol Biomarkers Prev* 2:525-530, 1993.

146. Cole P, Amoateng-Adjepong Y: Cancer prevention: Accomplishments and prospects. *Am J Public Health* 84:8-10, 1994.

147. Chen F, Cole P, Wen L, et al: Eight trace elements in Chinese farmers' household food supply, Shanxi Province, China. *J Nutr* 124:196-201, 1994.

148. Rodu B, Cole P: Tobacco-related mortality. *Nature* 370:184, 1994.

149. Funkhouser E, Waterbor J, Cole P: Mammographic patterns and breast cancer risk. A meta-analysis. *Breast Dis* 6:277-284, 1994.

150. Barbone F, Delzell E, Austin H, Cole P: Exposure to epichlorohydrin and central nervous system neoplasms at a resin and dye manufacturing plant. Arch Env Hlth 49:355-358, 1994.

151. Cole P: The moral bases for public health interventions. *Epidemiology* 6:78-83, 1995.

152. Cole P, Sateren W: The evolving picture of cancer in America. *J Natl Cancer Inst* 87:159-160, 1995.

153. Honda Y, Delzell E, Cole P: An updated study of mortality among workers at a petroleum manufacturing plant. *JOEM* 37:194-200, 1995.

154. Amoateng-Adjepong Y, Sathiakumar N, Delzell E, Cole P: Mortality among workers at a pesticide manufacturing plant. *JOEM* 37:471-478, 1995.

155. Cole P, Sateren W, Delzell E: Epidemiologic perspectives on myelodysplastic syndromes and leukemia. *Leuk Res* 19:361-365, 1995.

156. Vigneswaran N, Dent M, Tilashalski K, et al.: Tobacco use and cancer - A reappraisal. *Oral Surg Oral Med Oral Pathol* 80:178-182, 1995.

157. Sathiakumar N, Delzell E, Cole P, et al.: A case-control study of leukemia among petroleum workers. *JOEM* 37:1269-1277, 1995.

158. Beall C, Delzell E, Cole P, Brill I: Brain tumors among electronics industry workers. *Epidemiology* 7:125-130, 1996.

59. Sathiakumar N, Delzell E, Cole P: Mortality among workers at two triazine herbicide manufacturing plants. *Am J Ind Med* 29:143-151, 1996.

Cole-CM00863

-12-

160. Cole P, Rodu B: Declining cancer mortality in the United States. *Cancer* 78:2045-2048, 1996.

161. Cole P: Cancer screening strategies for the twenty-first century. In Brown H, Seffrin J (eds), *Horizons 2013* American Cancer Society, 1996.

162. Pinkston J, Cole P: Cigarette smoking and Warthin's tumor. *Amer J Epidemiol* 144:183-187, 1996.

163. Delzell E, Sathiakumar N, Hovinga M, et al: A follow-up study of synthetic rubber workers. *Toxicology* 113:182-189, 1996.

164. Macaluso M, Larson R, Delzell E, et al: Leukemia and cumulative exposure to butadiene, styrene and benzene among workers in the synthetic rubber industry. *Toxicology* 113:190-202, 1996.

165. Pinkston J, Cole P: ABO blood groups and salivary gland tumors. *Cancer Causes & Control* 7:572-574, 1996.

166. Cole P: Causality in epidemiology, health policy and law. *Environmental Law Reporter* 26(6):10279-10285, 1997.

167. Sathiakumar N, Delzell E, Amoateng-Adjepong Y, et al: Epidemiologic evidence on the relationship between mists containing sulfuric acid and respiratory tract cancer. *Crit Rev Toxicol* 27(3):233-251, 1997.

168. Acquavella J, Olsen G, Cole P, et al: Cancer among farmers: A meta-analysis. *Ann Epidemiol* 8:64-74, 1998.

169. Cole P: The only paper I ever wrote. *Cancer Causes & Control* 9:229-231, 1998.

170. Tilashalski K, Rodu B, Cole P: A trial of smokeless tobacco acceptance. *Amer J Med* 104:456-458, 1998.

171. Coggon D, Cole P: Acrylonitrile and human cancer - an overview. *Scan J Work Environ Health* 24 suppl 2:81-82, 1998.

172. Sathiakumar N, Delzell E, Hovinga M, et al: Mortality from cancer and other causes of death among synthetic rubber workers. *Occ & Env Med* 5:230-235, 1998.

173. Rodu B, Cole P: Nicotine maintenance for inveterate smokers. *Technology* 6:17-21, 1999.

174. Pinkston J, Cole P: Incidence rates of salivary gland tumors. Results from a population-based study. *Otolaryngol - Head and Neck Surg* 120:834-840, 1999.

175. Delzell E, Beall C, Rodu B, et al: Case-series investigation of intracranial neoplasms at a petrochemical research facility. *Am J Ind Med* 36:450-458, 1999.

176. Cole P, Green L, Lash T: Lifestyle determinants of cancer among Danish mastic asphalt workers. *Reg Toxicol & Pharm* 30:1-8, 1999.

177. Albers J, Cole P, Greenberg R, et al: Analysis of chlorpyrifos exposure and human health: Expert panel report. *J Toxicol Environ Hlth* 2:301-324, 1999.

178. Sathiakumar N, Delzell E, Cole P, Larson R: Mortality among workers at a plastics manufacturing plant. *J Environ Med* 1:241-248, 1999.

179. Cole P, Rodu B, Delzell E: Moneychangers in the temple. *Epidemiology* 11:84-90, 2000.

180. Rodu B, Cole P: The fifty-year decline of cancer in America. *J Clin Oncol* 19:239-241, 2001.

Cole-CM00864

-13-

181. Cole P, Rodu B: Descriptive Epidemiology: Cancer Statistics.  Chapter 14, Section 2. In: DeVita V, Hellman S, Rosenberg S (eds.), *Cancer: Principles & Practice of Oncology*. 6th edition.  New York: Lippincott-Raven, 2001.

182. Cole P, Rodu B: Analytic Epidemiology: Cancer Causes.  Chapter 14, Section 3.  In: DeVita V, Hellman S, Rosenberg S (eds.), *Cancer: Principles & Practice of Oncology*. 6th edition.  New York: Lippincott-Raven, 2001.

183. Rodu B, Cole P: The impact of the anti-smoking campaign on lung cancer mortality. *Int J Cancer* 97:804-806, 2002.

184. Rodu B, Cole P: Smokeless tobacco use and cancer of the upper respiratory tract. *Oral Surg, Oral Med, Oral Path and Endo* 93:511-515, 2002.

185. Lane C, Cole P: Dangers of unevaluated reversing alarms on construction equipment. *Construction Site News*, November 2002, pp. 10-11.

186. Rodu B, Stegmayr B, Nasic S, et al:  Evolving patterns of tobacco use in northern Sweden.  *J Int Med* 253:660-665, 2003.

187. Cole P, Rodu B, Mathisen A: Alcohol-containing mouthwash and oropharyngeal cancer: A review of the epidemiology.  *J Amer Dental Assoc* 134:1079-1088, 2003.

188. Cole P, Trichopoulos D, Pastides H, et al: Dioxin and cancer: A critical review. *Regul Toxicol Pharmacol* 38:378-88, 2003.

189. Rodu B, Stegmayr B, Nasic S, et al:  The influence of smoking and smokeless tobacco use on weight among men.  *J of Int Med* 255:102-107, 2004.

190. Cole P, Axten C: Formaldehyde and leukemia: An improbable causal relationship. *Regul Toxicol Pharmacol* 40:107-112, 2004.

191. Rodu B, Cole P: The burden of mortality from smoking: Comparing Sweden with other countries in the European Union. *Eur J Epidemiol* 19:129-131, 2004.

192. Tilashalski K, Rodu B, Cole P: Seven year follow-up of smoking cessation with tobacco  *J Psych Drugs* 37:105-108, 2005.

193. Cole P, Rodu B: Chrome and cancer mortality: A series of meta-analyses. *Regul Toxicol Pharmacol* 43:225-231, 2005.

194. Rodu B, Nasic S, Cole P: Tobacco use among Swedish schoolchildren. *Tobacco Control* 14:405-408, 2005.

195. Alexander D, Mink P, Adami H-O, et al: The non-Hodgkin lymphomas: A review of the epidemiologic literature. *Int J Cancer* 120:1-39, 2007.

196. Alexander D, Mink P, Adami H-O, et al: Multiple myeloma: A review of the epidemiologic literature. *Int J Cancer* 120:40-61, 2007.

197. Chen F, Bina W, Cole P: Declining incidence rate of lung adenocarcinoma in the United States. *Chest* 131:1000-5, 2007.

198. Rodu B, Cole P: Declining mortality from smoking in the United States.  *Nico Tobacco Res* 9:781-784, 2007.

199. Rodu B, Cole P: Oral cavity and pharynx-throat cancer in the United States, 1973-2003. *Oral Pathol Oral Radiol Endod* 104:653-658, 2007.

200. Chen F, Cole P, Bina W: Time trend and geographic patterns of lung adenocarcinoma in the United States, 1973-2002. *Cancer Epidemiol Biomarkers Prev* 16:2724-29, 2007.

201. MacMahon B, Cole P: Is the incidence of breast cancer declining? *Epidemiol* 19:268-269, 2008.

Cole-CM00865

-14-

202. Cole P, Mandel J, Collins J: Acrylonitrile and cancer: A review of the epidemiology. *Regul Toxicol Pharmacol* 52:342-351, 2008.

203. Rodu B, Cole P: Lung cancer mortality: Comparing Sweden with other countries in the European Union. *Scand J Pub Hlth* 37:481-86, 2009.

204. Boffetta P, Adami H-O, Cole P, et al: Epidemiologic studies of styrene and cancer: A review of the literature. *JOEM* 51:1275-1287, 2009.

205. Rodu B, Cole P: Smoking prevalence: A comparison of two American surveys. *Public Health* 123:598-601, 2009.

206. Rodu B, Cole P: Smokeless tobacco use among men in the United States, 2000 and 2005. *J Oral Path Med* 38:545-550, 2009.

207. Cole P, Adami H-O, Trichopoulos D, Mandel J: Formaldehyde and lymphohematopoietic cancers: A review of two recent studies. *Regul Toxicol Pharmacol* 58:161-166, 2010.

208. Boffetta P, Mundt K, Adami H-O, Cole P, Mandel J: TCDD and cancer: A critical review of epidemiologic studies. *Crit Reviews in Toxicol*. In press.

209. Wirdefeldt K, Adami H-O, Cole P, et al: Epidemiology and etiology of Parkinson's disease: a review of the evidence. Submitted.

Letters and Miscellany

1. Cole P: Cohorts and conclusions. *N Engl J Med* 278:1126-1127, 1968.

2. Cole P, MacMahon B: Urinary oestrogen profiles and aetiology of breast cancer. *Lancet* 2:153, 1970.

3. MacMahon B, Cole P, Newell G: Hodgkin's disease: One entity or two? *Lancet* 1:240-241, 1971.

4. Cole P, Hoover R: Letters to the editor. *J Natl Cancer Inst* 46:1111-1113, 1971.

5. Cole P, et al: Tonsillectomy and Hodgkin's disease. *N Engl J Med* 288:634, 1973.

6. MacMahon B, Cole P, Brown J: Estrogen profiles and breast cancer. *Engl J Med* 292:974-975, 1975.

7. Gutensohn N, Cole P, Li F: Hodgkin's disease and sibship size. *N Engl J Med* 292:1025-1038, 1975.

8. Cole P: Costs and benefits of hysterectomy. *N Engl J Med* 295:1086, 1976.

9. Grufferman S, Cole P, Smith P, Lukes R: Reasons for familial aggregation in Hodgkin's disease. *N Engl J Med* 296:940-941, 1977.

10. Gutensohn N, Cole P: Response to Vianna et al. *Int J Cancer* 20:633-634, 1977.

11. Gutensohn N, Cole P: Immunity in Hodgkin's disease. *Ann Intern Med* 91:316-317, 1979.

12. Gutensohn N, Cole P: Letter to the editor. *N Engl J Med* 304:1171, 1981.

13. Merletti F, Cole P: Detection bias and endometrial cancer. *Lancet* ii:579-580, 1981.

14. Cole P, Austin H: Reply to letter on breast self-examination. *Am J Pub Health* 71:1277, 1981.

15. Cole P, Austin H: Reply to letter on breast self-examination. *Am J Pub Health* 72:499-500, 1982.

Cole-CM00866

-15-

16. MacMahon B, Trichopoulos D, Cole P and Brown J: Smoking and urinary estrogens. Letter to the Editor. *N Engl J Med* 308:591, 1983.

17. Austin H, Cole P: *Early Detection of Testicular Cancer.* (Book Review) *Chemother* 28:311, 1982.

18. Merletti F, Cole P: UICC Technical Report Series, Vol. 41, *Cancer Risks by Site.* (Book Review). *Chemother* 28(4):312, 1982.

19. Grufferman S, Cole P: Interaction between sex and HLA type and Hodgkin's Disease. *Arch Neurol* 41:816, 1984.

20. Austin H, Delzell E, Cole P, et al: Reply to a letter regarding a case-control study of hepatocellular carcinoma. *Cancer Res* 48:654-655, 1987.

21. Austin H, Delzell E, Cole P: Benzene and leukemia. Letter to the editor. *N Engl J Med* 317:1027-28, 1987.

22. Cole P, Carpenter D, Ahlbom A: Comments on electromagnetic fields and cancer in human beings, especially children. Letter to the editor (by invitation). *Forum for Applied Research and Public Policy* 1989.

23. Austin H, Cole P: Reply to letter regarding cigarette smoking and leukemia. *J Clin Epidemiol* 42:1027-1028, 1989.

24. Cole P: Comment on a book review. *The Epid Monitor* 14(4):9, 1993.

25. MacMahon B, Cole P, Rothman K: Tribute to Alan S. Morrison. *Epidemiol Rev* 15:3-6, 1993.

26. Cole P, Delzell E, Acquavella J: Butadiene and cancer. Response to letter by Park. *Epidemiology* 4:560-561, 1993.

27. Acquavella J, Delzell E, Cole P: Butadiene and cancer. Response to letter by Matanoski and Santos-Burgoa. *Epidemiology* 4(2):96-103, 1993.

28. Jones, T, Shih, C, Thurston, D et al: Response to a letter on Bias in studies on electromagnetic fields by Wertheimer N and Leeper E. *J Clin Epidemiol* 47:1083, 1994.

29. Rodu, B, Cole P: Absence of effect of smokeless tobacco use on mortality. *Am J Pub Health* 85:118, 1995.

30. Cole, P: The real conflict of interest. *Am J Ind Med* 28:615-616, 1995.

31. Rodu B, Cole P: Would a switch from cigarettes to smokeless tobacco benefit public health? Yes. Point/Counterpoint. *Priorities* 7:24-30, 1995.

32. Rodu B, Cole P: The rewards of smoking cessation. *Epidemiology* 7:111-112, 1996.

33. Cole P: What the doctor orders. Commentary. *Priorities* 8:27-28, 1996.

34. Cole P, Rodu B: Winning the war on cancer. *N Engl J Med* 337:936, 1997.

35. Acquavella J, Olsen G, Cole P, et al: Farming and Cancer: The Authors Respond. *Ann Epidemiol* 9(1):72, 1999.

36. Rodu B, Cole P: Advice and consent. *The Atlantic Monthly* 284:14, 1999.

37. Cole P, Delzell E, Rodu B: Moneychangers in the temple, The author's reply. *Epidemiology* 11:477-478, 2000.

Cole-CM00867

-16-

38. Rodu B, Cole P: Response to Letters to the Editor. *Oral Surgery Oral Medicine Oral Pathology* 95:638-641.

39. Rodu B, Cole P: Smokeless Tobacco and Periodontal Disease. Letters to the Editor. *J Dent Res* 84:1086-1088, 2005.

40. Hutchison G, Rothman K, Cole P, Mack T, et al: Brian MacMahon, 1923-2007. *Epidemiol* 19:357, 2008.

41. Cole P, Adami H-O, Trichopoulos D, Mandel J: Mortality from lymphohematopoietic malignancies and brain cancer among embalmers. *JNCI* Advance Access 10.1093/jnci/djq332.

- END -

Cole-CM00868

CASES IN WHICH TESTIMONY
HAS BEEN PROVIDED BY
Philip Cole, MD, DrPH

January 28, 2010

1.  a)  Josephat Henry *et al* v. St. Croix Alumina *et al*
    b)  Chrome and lung cancer, lung cancer screening
    c)  Deposition – April 14, 2005
    d)  Rene Tatro
        Los Angeles CA
    e)  Laura Baughman
        Dallas TX

2.  a)  Dampier v. Norfolk Southern Railway
    b)  Diesel exhaust and lung cancer
    c)  Deposition – May 12, 2005
    d)  Susan Armstrong
        Richmond VA
    e)  Robert Shields
        Atlanta GA

3.  a)  L. O'Connor, *et al* vs. Boeing North America
    b)  Chrome and fear of cancer
    c)  Deposition – June 17, 2005
    d)  Peter Meier
        San Francisco CA
    e)  Troy Thielemann
        Santa Barbara CA

4.  a)  F. Beck, *et al* vs. Koppers, Inc. *et al*
    b)  Treated wood/creosote and cancer
    c)  Deposition – July 25, 2005
    d)  Anthony Hopp
        Chicago IL
    e)  Catherine Cramer
        Lake Charles LA

5.  a)  Pacific Gas and Electric Company
        vs Wilmington Trust FSB, et al.
    b)  Electromagnetic fields and cancer
    c)  Deposition – September 13, 2005
    d)  Amber Rye
        San Francisco CA
    e)  Antin Shaverdian
        Glendale CA

6.  a)  Naomi Ladner et al., v. E.I. Dupont de Nemours, *et al*.
    b)  Several chemicals and hepatoblastoma
    c)  Deposition – October 21, 2005
    d)  Bruce Evanick
        New Orleans LA
    e)  Scott Freiling
        Dallas TX

Cole-CM00869

– 2 –

(6. continued) Ladner et al., v. Dupont, et al

    f)   Deposition – January 17, 2006
    g)   Charles Abbott
         New Orleans LA
    h)   John Romano
         West Palm Beach FL
    i)   Deposition – March 8, 2007
    j)   Bruce Evanick
         New Orleans LA
    k)   Laura Baughman
         Dallas TX
    l)   Trial – June 1, 2007
    m)   Deborah Kuchler
         New Orleans LA
    n)   Allen Stewart
         Dallas TX

7.   a)   Regulo Rios v. ABCO Industries
    b)   Formaldehyde and cancer of the larynx
    c)   Deposition – December 6, 2005
    d)   Paul Zoeller
         Houston TX
    e)   Ross Stomel
         Dallas TX

8.   a)   Ronald Morgan et al. v Powe Timber et al.
    b)   Dioxins and cancer of the head and neck
    c)   Deposition – December 13, 2006
    d)   Chan McLeod
         Jackson MS
    e)   Collen Clark
         Dallas TX

9.   a)   Cases involving bladder cancer
    b)   Ortho-toluidine and bladder cancer
    c)   Deposition – January 23, 2007
    d)   Lucy Bettis
         San Francisco CA
    e)   Steven Wodka
         Little Silver NJ

10.  a)   Mary Jane Dominy vs CSX Transportation
    b)   Diesel exhaust/benzene and acute myelogenous leukemia
    c)   Deposition – March 27, 2007
    d)   Kendra Smith
         Pittsburgh PA
    e)   James Duckworth
         Philadelphia PA

11.  a)   Glenn Strong vs E.I. Dupont de Nemours, et al.
    b)   Several chemicals and multiple myeloma
    c)   Trial – June 5, 2008
    d)   Deborah Kuchler
         New Orleans LA
    e)   Scott Freiling
         Dallas TX

- 3 -

12.    a) In Re: FEMA Trailer Litigation
     b) Formaldehyde and cancer
     c) Deposition - July 14, 2009
     d) Richard Hines
        Atlanta GA
     e) Dennis Reich
        Houston TX
     f) Trial - September 23, 2009
     g) Andrew Weinstock
        New Orleans LA
     h) Mikal Watts
        San Antonio TX

13.    a) Philip Ghysels vs CSX Transportation
     b) Diesel exhaust, solvents and cancer of the central nervous system
     c) Deposition - September 10, 2009
     d) Kendra Smith
        Cannonsburg PA
     e) William Gavin
        Belleville IL

14.    a) Nicastro vs. DuPont, et al.
     b) Ortho-toluidine and bladder cancer
     c) Deposition - October 23, 2009
     d) Roy Alan Cohen
        Morristown NJ
     e) Steven Wodka
        Little Silver NJ

15.    a) FEMA Trailer Formaldehyde Products Liability Litigation
     b) Formaldehyde and cancer
     c) Deposition - October 27, 2009
     d) Richard Hines
        Atlanta GA
     e) T. Christopher Pinedo
        Corpus Christi TX

16.    a) FEMA Trailer Formaldehyde Products Liability Litigation
     b) Formaldehyde and cancer: Mrs. E. Castanel
     c) Deposition - January 27, 2010
     d) Ernest P. Gieger, Jr.
        New Orleans LA
     e) T. Christopher Pinedo
        Corpus Christi TX