UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Irma Miller, et al v. Sun Valley, Inc., et al* | * | MAG. JUDGE: CHASEZ |
| Docket No. 09-5658 (Charles Marshall) | * | |

*********************************************************************

# STATEMENT OF UNCONTESTED MATERIAL FACTS FOR SUN VALLEY, INC., d/b/a SUN-LITE'S MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION REGARDING CHARLES MARSHALL

**MAY IT PLEASE THE COURT:**

Defendant, **SUN VALLEY, INC., d/b/a SUN-LITE**, respectfully submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Medical Causation:

1. Plaintiff, Charles Marshall, resided in a travel trailer, VIN 1S4BT302563014399, after Hurricane Katrina.

2. The unit, VIN 1S4BT302563014399, was manufactured by defendant Sun Valley.

3. The experts designated by Plaintiff are Lawrence Miller, M.D., Patricia Williams, Ph.D. and Stephen Smulski, Ph.D. (Rec. doc. 21201)

4. Plaintiff designated Lawrence Miller as his Toxicologist/Pulmonologist as his specific causation expert; Patricia Williams as his general medical causation expert; and Stephen Smulski as his wood sciences expert. (Rec. doc. 21201)

5. Dr. Patricia Williams' expert report was previously prepared and produced in the *Alexander* bellwether trial; and, it contains no references to Charles Marshall or his medical issues, if any. (Exhibits B, C, E andF)

6. Dr. Stephen Smulski's expert report was previously prepared and produced in the *Class Certification* hearing of this Multi-district litigation; and, it contains no references to Charles Marshall, his medical issues, or Sun Valley trailers. (Exhibits B, D, E and F)

7. Dr. Lawrence Miller is the only plaintiff expert who issued a report specific to this bellwether case and Charles Marshall. (Exhibits B, E and F)

8. No expert has opined that Marshall faces a specific increased risk of cancer due to his particular levels of exposure to formaldehyde in the Sun Valley trailer. (Exhibits B, C and E)

9. No expert has provided a specific causation opinion related to Marshall's claims for burning eyes, itchy and runny nose, nausea, and vomiting. (Exhibits B, C and E)

10. Dr. Miller testified that he did not attempt to make a differential diagnosis for burning eyes, itchy and runny nose, nausea, and vomiting. (Exhibit G pages 60-61)

11. Dr. Miller testified that he is unable to isolate formaldehyde as the cause of the asthma/coughing symptoms allegedly experienced by Marshall. (Exhibit G Pages 42, 62-86 and 106-107)

12. Dr. Miller testified that several other sources such as mold, dust, stress, pneumonia, sheetrock dust, sinus infections, and second hand smoke are all possible causes of Marshall's symptoms. (Exhibit G Pages 42, 62-86 and 106-107)

13. Dr. Miller testified that he is unaware of Dr. Miller ever being diagnosed by a medical professional with asthma. (Exhibit G pages 26-27)

14. Dr. Miller testified that he was unable to find any evidence in Marshall's medical

records of any respiratory illness consistent with formaldehyde exposure. (Exhibit G pages 46-47)

15. No expert has opined on the specific levels of formaldehyde Marshall was allegedly exposed to in his FEMA trailer. (Exhibits C, and D and Exhibit G page 93)

16. Dr. James Wedner, defendant's expert pulmonologist, opined that a) Marshall does not have a history consistent with formaldehyde exposure and b) Marshall did not suffer an adverse health effect as a result of living in the FEMA trailer. (Exhibit I page Wedne- CM00831)

17. Dr. Philip Cole, defendant's expert cancer epidemiologist opined that 1) Marshall's fear of cancer, based on exposure to formaldehyde while living in a THU, is not justified by scientific evidence; 2) Marshall's fear of cancer resulting from his occupancy of a THU is not justified by scientific evidence. (Exhibit J page Cole-CM00847)

Respectfully submitted,
**ALLEN & GOOCH**

/s/ Brent M. Maggio
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, # 33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
***Attorneys for Sun Valley, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 22nd day of August, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

*/s/ Brent M. Maggio*
BRENT M. MAGGIO