UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Irma Miller, et al v. Sun Valley, Inc., et al* *Docket No. 09-5658 (Charles Marshall)* | * * * | MAG. JUDGE: CHASEZ |

*********************************************************************

## NOTICE OF HEARING ON SUN VALLEY, INC., d/b/a SUN-LITE'S MOTION FOR SUMMARY JUDGMENT ON MEDICAL CAUSATION REGARDING CHARLES MARSHALL

**PLEASE TAKE NOTICE,** that Defendant, SUN VALLEY, INC. d/b/a SUN-LITE, ("SUN VALLEY"), through undersigned counsel, will bring its Motion for Summary Judgment as to Medical Causation regarding Charles Marshall for hearing before this Honorable Court on this **7th day of September, 2011, at 9:30 am**, or as soon thereafter as this matter may be heard.

Respectfully submitted,
**ALLEN & GOOCH**

*/s/ Brent M. Maggio*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #26013
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
*Attorneys for Sun Valley, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed on the 22nd day of August, 2011, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and, it will be emailed to all Liaison Counsel, Government Counsel, and counsel for the above-captioned plaintiff.

/s/ Brent M. Maggio
BRENT M. MAGGIO