## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Lisa Davis, et al., v. Liberty Mutual Insurance Corp., Civil Action No. 09-8464* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this ___22nd___ day of _____August_____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE