UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>* | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO:<br>*Steven Bell, et al., v. Jayco Enterprises, Inc., et al.*<br>*Civil Action No. 09-8617* | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

DATED this \_\_22nd\_\_ day of _____August_____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE