UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the hearing on the **"Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with This Court's Continuing Jurisdiction Over This Litigation"** (**Rec. Doc. 20861**), currently set for Wednesday, May 4, 2011, is **CONTINUED** to **Wednesday, November 2, 2011**, without oral argument.

New Orleans, Louisiana, this 22nd day of August, 2011.

                                   **KURT D. ENGELHARDT**
                                   **UNITED STATES DISTRICT JUDGE**