UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N"(5) |
| This Document Relates to: *Gerard Hobden, et al versus SunnyBrook RV, Inc., et al* E.D. La. Suit No. 09-7113 and *Joseph Carrier, et al. versus SunnyBrook R.V., Inc., et al.* E.D. La. Suit No. 10-1035 | | * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

*********************************************************************

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY TO PLAINTIFFS' SUR-REPLY TO DEFENDANT SUNNYBROOK RV'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT,** through undersigned counsel, comes defendant, SunnyBrook RV, Inc. ("SunnyBrook"), who moves the Court for permission to file a Supplemental Reply to Plaintiffs' Sur-Reply (Rec. Doc. #22457) to Defendant SunnyBrook's Reply (Rec. Doc. #22331-2) to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 (Rec. Doc. #22291) filed on behalf of plaintiffs, Hannah Pryon, the six-year old daughter of plaintiff and next friend, Chanda Meadows, Chanda Meadows and Donna Meadows, on the grounds that plaintiffs' Amended Fact Sheets have failed to cure the noted deficiencies noted and

therefore, plaintiffs have failed to comply with Pre-Trial Orders #2 and #32, as more fully set out in the accompanying Supplemental Reply.

**ACCORDINGLY**, defendant, SunnyBrook RV, Inc., moves for dismissal with prejudice of the claims of plaintiffs, Chanda Meadows, Donna Meadows and Chanda Meadows, as next friend of Hannah Pryon, in accordance with Pre-Trial Orders #2 and #32 and Federal Rules of Civil Procedure Nos. 37(b)(2)(VI) and 41(b) for failure to comply with Pre-Trial Orders #2 and #32.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**

By: /s/ Cynthia J. Thomas
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant, SunnyBrook RV, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22nd day of August, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery ( ) Facsimile
( ) Prepaid U.S. Mail ( ) UPS/Federal Express
( X ) Electronic Mail ( ) Certified Mail, Return Receipt Requested

/s/ Cynthia J. Thomas
**CYNTHIA J. THOMAS**

2