SAM KIMBROUGH                                    21ST JUDICIAL DISTRICT COURT

VERSUS                                           DOCKET NO.: 118522-F

PLAYCRAFT BOATS, ET AL                           LIVINGSTON PARISH, LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

A hearing was scheduled for 9:00 a.m. on Monday, July 18, 2011 in the captioned proceeding.

Anthony M. Fazzio and Blayne Honeycutt appeared on behalf of plaintiff, Sam Kimbrough.

Patrick X. Fowler and F. Sherman Boughton appeared on behalf of the defendants, Playcraft Boats, Inc., Dorco Incorporated, All Family Craft, Inc., Charger Deck Boat, Inc., Charger, Inc., C.B.L., Inc., Richland Diversified Industries, Inc. and/or Richland Diversified Play Craft Pontoon Company, Inc., D/B/A Playcraft Pontoon Company and Jim Dorris.

The parties entered into the following consent judgment:

IT IS ORDERED, ADJUDGED AND DECREED that the deposition of plaintiff's expert witness, Edward Geoff Webster, shall be taken at 9:00 a.m. on Wednesday August 24, 2011, at the office of F. Sherman Boughton, 12th Floor, 601 Poydras Street, New Orleans, LA 70130, and Edward Geoff Webster shall produce his entire file at the deposition.

IT IS ORDERED, ADJUDGED AND DECREED that the deposition of defendants' expert witness, Robert K. Taylor, shall be taken at 9:00 a.m. on Thursday August 25, 2011, at the office of F. Sherman Boughton, 12th Floor, 601 Poydras Street, New Orleans, LA 70130, and Robert K. Taylor shall produce his entire file at the deposition.

IT IS ORDERED, ADJUDGED AND DECREED that, to the extent necessary, Friday August 26, 2011 shall remain available to complete the depositions of Edward Geoff Webster and Robert Taylor.

IT IS ORDERED, ADJUDGED AND DECREED that Playcraft Boats, Inc., Dorco Incorporated, All Family Craft, Inc., Charger Deck Boat, Inc., Charger, Inc., C.B.L., Inc., Richland Diversified Industries, Inc. and/or Richland Diversified Play Craft Pontoon Company, Inc., D/B/A Playcraft Pontoon Company and Jim Dorris shall make available for all parties copies of all documents previously produced by them in response to discovery.

IT IS ORDERED, ADJUDGED AND DECREED that cost in the matter be and the same are differed to the merits.

Livingston, Louisiana this _____ day of _____, 2011.

_____
DISTRICT JUDGE

Respectfully Submitted,

By: _____
ANTHONY M. FAZZIO (#5492)
Cordoba Square - Building J
4906 Ambassador Caffery, Suite 1000
Lafayette, LA 70508
(337) 406-1122 (phone)
(337) 406-1120 (fax)

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of ___ 20___ served a copy of the foregoing pleading on counsel for all parties to this proceeding, by hand delivering and/or faxing and/or mailing the same by United States mail, property addressed, and first class postage prepaid.

_____
Anthony M. Fazzio

RECEIVED
AUG 22 2011