Meadows, Chanda Nachole - WGC#230057

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:  Meadows, Chanda Nachole**

**Claimant's Attorney:  Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:     940779703

Defendants Named:    Champion Home Builders Co.
                     Sunnybrook R.V., Inc.

## GOVERNMENT PROVIDED INFORMATION

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:        1201945
Unit:           MOBILE HOME
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  4UBAS0R2X61071914
Barcode:        1252028
Unit:           MOBILE HOME
Contractor:    CH2MHILL

EXHIBIT
tabbies
"2"