**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:  Pyron, Hannah Bradnelle**

**Claimant's Attorney:  Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    940779703

Defendants Named:    Champion Home Builders Co.
                     Sunnybrook R.V., Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:      1201945
Unit:         MOBILE HOME
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  4UBAS0R2X61071914
Barcode:      1252028
Unit:         MOBILE HOME
Contractor:    CH2MHILL



EXHIBIT

"4"