# Cynthia Thomas

| | |
|---|---|
| From: | Nicole Porter [nporter@wgclawfirm.com] |
| Sent: | Tuesday, August 16, 2011 4:48 PM |
| To: | Cynthia Thomas |
| Cc: | Katrina FEMA Lit. (FEMA); Ellen Torres |
| Subject: | Watts Hilliard - FEMA PFS Amendment sheets |
| Attachments: | Meadows, Chanda.pdf; Meadows, Donna Charlotte.pdf; Pyron, Hannah.pdf; ATT00001.txt |


Meadows,
Chanda.pdf (100 KB)


Meadows, Donna
Charlotte.pdf (...


Pyron, Hannah.pdf
(100 KB)


ATT00001.txt (80
B)

Cynthia,

Please review the attached PFS amendment sheets that were previously submitted to the Defense Counsel Liaison, Carmen Motes, per PTO 2 and 32. Please note that this is for the following clients:

Donna Meadows
Chanda Meadows
Chanda Meadows on behalf of Hannah Pyron

Please feel free to contact me should you have any questions.

Thanks,

Nicole Porter
Project Coordinator
Mass Tort Division
Watts | Guerra | Craft LLP
361-693-3100 ext. 1417

EXHIBIT "1"