## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Meadows, Chanda Nachole

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID: 940779703

Defendants Named: Champion Home Builders Co.
Sunnybrook R.V., Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor: CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor: CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor: CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode: 1201945
Unit: MOBILE HOME
Contractor: CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 4UBAS0R2X61071914
Barcode: 1252028
Unit: MOBILE HOME
Contractor: CH2MHILL

EXHIBIT "2"