## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Pyron, Hannah Bradnelle

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:   940779703

Defendants Named:   Champion Home Builders Co.
Sunnybrook R.V., Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor:   CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor:   CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:
Unit:
Contractor:   CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 023010927A000H
Barcode:   1201945
Unit:   MOBILE HOME
Contractor:   CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #: 4UBAS0R2X61071914
Barcode:   1252028
Unit:   MOBILE HOME
Contractor:   CH2MHILL



EXHIBIT "4"