UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brion Scieneaux, et al v. Frontier RV, Inc., et al* | * | |
| Civil Action No. 09-4462 | * | MAGISTRATE CHASEZ |

**************************************************************************

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF FRONTIER RV, INC.'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF,
BRION SCIENEAUX, FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS 2
AND 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Frontier RV, Inc. ("Frontier"), and moves the Court for leave to file a reply memorandum in support of its Motion to Dismiss the Claims of Plaintiff, Brion Scieneaux, for Failure to Comply with Pre-Trial Orders 2 and 32 Relating to Plaintiff Fact Sheets. Frontier would like to address certain arguments raised by plaintiff in his opposition memorandum.

Respectfully submitted,

*/s/ Kelly M. Morton*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Frontier RV, Inc.
Email: kmorton@garrisonyount.com

Case 2:07-md-01873-KDE-MBN   Document 22522   Filed 08/22/11   Page 2 of 2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                 */s/ Kelly M. Morton*_____
                 KELLY M. MORTON, Bar No. 30645