UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brion Scieneaux, et al v. Frontier RV, Inc., et al* | * | |
| Civil Action No. 09-4462 | * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FRONTIER RV, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION
TO DISMISS THE CLAIMS OF PLAINTIFF, BRION SCIENEAUX, FOR FAILURE TO
COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF
FACT SHEETS**

Defendant, Frontier RV, Inc. ("Frontier") submits the following memorandum in response to Plaintiff's Opposition to its Motion to Dismiss the claims of Plaintiff, Brion Scieneaux, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets ("PFS").

Plaintiff's Counsels argue in the Opposition to Frontier's Motion to Dismiss the Claims of plaintiff, Brion Scieneaux ("Scieneaux"), that dismissal of Scieneaux's claims is not the proper remedy because there has not been a clear record of delay or contumacious conduct on behalf of Scieneaux in not producing a completed Plaintiff Fact Sheet ("PFS") as required by Pre-Trial Order Nos. 2 and 32.[1]  The basis of Counsels' argument is the unsupported assertion that Scieneaux's PFS was originally sent to Defendants' Liaison Counsel on August 7, 2009, by the PSC's Formaldehyde Claims Office.[2]

---

[1] *See* Memorandum in Opposition to Defendant, Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets, at R. Doc. 22446, pg. 2.
[2] *Id.*

1

**I.     Brion Scieneaux did not submit a Completed Plaintiff Fact within the Time Delays Provided for in Pre-Trial Order Nos. 2 and 32**

Plaintiff's Counsels admit in the opposition memorandum that they are not in possession of a copy of Scieneaux's PFS and that numerous attempts to locate Scieneaux to obtain the information to complete a PFS have been unsuccessful.[3] Frontier submits to the Court that Scieneaux's failure to timely submit a PFS as directed by this Court in Pre-Trial Orders Nos. 2 and 32 evidences a clear delay on behalf of the Scieneaux in complying with this Court's Orders and in advancing his claims. Moreover, Scieneaux's failure to communicate with his Counsels of Record to provide the information required to complete his PFS is exactly why his claims should be dismissed at this time.

As evidenced above, neither Plaintiff's Counsels nor Counsel for Frontier is in possession of a PFS for plaintiff Scieneaux. Therefore, as the deadline for Scieneaux to submit his PFS is long past, and he has failed to submit a timely PFS, dismissal of his claims is the appropriate remedy.

**Conclusion**

Plaintiff, Brion Scieneaux, has not submitted a completed PFS as directed by PTO Nos. 2 and 32. Therefore, based on the foregoing arguments, the arguments contained in Frontier RV, Inc.'s Original Memorandum in Support of its Motion to Dismiss the Claims of Plaintiff, Brion Scieneaux, and in accordance with PTO Nos. 2 and 32, and Federal Rule of Civil Procedure Nos. 37(b)(2)VI and 41(b), the Motion to Dismiss filed by Frontier RV, Inc. should be granted, dismissing the claims of the plaintiff, Brion Scieneaux, with prejudice.

---

[3] *Id.*

Respectfully submitted,

*/s/ Kelly M. Morton*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Frontier RV, Inc.
Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Kelly M. Morton*
KELLY M. MORTON, Bar No. 30645