UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Brion Scieneaux, et al v. Frontier RV, Inc., et al* | * | |
| **Civil Action No. 09-4462** | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that Defendant, Frontier RV, Inc., is granted leave to file its Reply Memorandum in Support of Motion to Dismiss the Claims of Plaintiff, Brion Scieneaux, for Failure to Comply with Pre-Trial Orders 2 and 32 Relating to Plaintiff Fact Sheets.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
**JUDGE ENGELHARDT**