IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

*************************************************************************

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE OF COURT TO FILE
REPLY TO CERTAIN PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Response to Certain Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss with Prejudice.

Mover filed a Motion to Dismiss relating to uncured discovery deficiencies on July 27, 2011, at Record Document Number 22243. On July 28, 2011, Plaintiffs sent to Movers errata sheets attempting to cure the Plaintiff Fact Sheet Deficiencies as to several

of the seven plaintiffs to whom Movers' Motion to Dismiss was directed. Mover filed a Supplemental Memorandum to take these errata into effect [Rec. No. 22455].

Plaintiffs filed their Memorandum in Opposition to Defendant's Motion to Dismiss on August 16, 2011 [Rec. Doc. No. 22444]. Mover now seeks leave of court to file a Reply to plaintiff's Memorandum in Opposition. Counsel for Plaintiff was consulted and does not oppose this request for leave. The submission date for this motion is August 24, 2011.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion for Leave be granted and the Reply Memorandum be filed in the above-captioned matter.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  22th  DAY OF   August  , 2011.
     /s Eric B. Berger

____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290