**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

*************************************************************************

**<u>ORDER</u>**

Considering the above and foregoing **<u>MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE MEMORANDUM IN REPLY TO CERTAIN PLAINTIFFS' MEMORANDUM IN OPPOSITION,</u>**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY MEMORANDUM.

This ____ day of _____, 2011,

_____

United States District Judge