# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8381* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

MAY IT PLEASE THE COURT:

The defendant, Crum & Forster Specialty Insurance Company, through undersigned counsel, respectfully submits this Response to Certain Plaintiffs' Memorandum in Opposition[1] to Defendant Crum & Forster Specialty Insurance Company's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32.[2]

### I.  Factual Background

Mover file the Present Motion to Dismiss on July 27, 2011, relating to deficient

---

[1] See Rec. Doc. 22444.

[2] See Rec. Doc. 22243, supplemented by 22455.

plaintiff fact sheets for seven plaintiffs.[3] The plaintiffs provided amendments to their Plaintiff Fact Sheets on July 28, 2011. Mover filed a Supplemental and Superseding Memorandum[4] to restate the relief sought in accordance with the amendments to Plaintiff Fact Sheets provided by Plaintiffs. Mover still seeks the dismissal of four plaintiffs, Bryan Hebert, and Larry Mitchell, individually and on behalf os the minors Q.L. and L.M. Mover deleted its prayer for the dismissal of the claims of Charles Givens, Keldrin James, and Melissa James on behalf of the minor, K.S.

Plaintiff then filed an Opposition on August 16, 2011.[5]

## II. Law and Argument

Plaintiffs, Larry Mitchell, individually and on behalf of his two minors, and Bryan Hebert, state in their Memorandum in Opposition to Crum & Forster's Motion to Dismiss that they have "submitted plaintiff fact sheets addressing the 23 key fields set out in Pre-Trial Order No. 88." Even after the amendments are considered,[6] plaintiffs, however, have still not responded to each of the 23 key key fields as they are required to do by Pre-Trial Order No. 88.

1. Plaintiff Larry Mitchell fails to provide his understanding of the illness or disease he claims to have developed, or may in the future develop, from living in a FEMA trailer or mobile home [Field III.C.2].[7] He does not indicate any conditions that

---

[3] See Rec. Doc. 22243.

[4] See Rec. Doc. No. 22455.

[5] See Rec. Doc. No. 22444.

[6] These amendments to the Plaintiff Fact Sheets were attached as Exhibits X, Y, Z and AA to Rec. Doc. No. 22455.

[7] See Exhibits A and C  [Rec. Doc. No. 22243-3] and X.

were diagnosed by a physician [Field III.C.3].[8]  He does not state whether he is making a claim for lost wages [IV.F. 3] or the amount of his claim for medical expenses [III.C.9].[9]  Plaintiff fails to state the average number of hours per day spent in the FEMA trailer [V.13].[10]  He does not answer whether he has ever suffered lung or other respiratory disease or skin disease [IV.F.1 and .4].

2. The minor L.M. still has not identified any symptoms he suffered [Field III.C].[11]  Both minors failed to provide their dates of birth [Field IV.C].[12]  They failed to answer whether they have ever suffered from lung or other respiratory disease or skin disease [IV.F.1 and .4].  Neither of them state what their understanding of the illness or disease they claim to have developed, or may in the future develop, from living in a FEMA trailer or mobile home [Field III.C.2].[13]

3. Plaintiff Bryan Hebert has failed to answer, or provide complete information to several "key" fields as well.  Plaintiff provided a move-in date – in May, 2005, before Hurricane Katrina. [Field V.A.6.].  Mover still regards this as deficient.  Hebert provided no move-out date Field V.A.7].[14]   He fails to state the number of hours he spent in the trailer each day [V.13].[15]  Hebert further does not state whether he has been diagnosed

---

[8] See Exhibits A and C  [Rec. Doc. No. 22243-3] and X.

[9] See Exhibits A and C  [Rec. Doc. No. 22243-3] and X.

[10] See Exhibits A and C  [Rec. Doc. No. 22243-3] and X.

[11] See Exhibit M and O [Rec. Doc. No. 22243-6] and Y.

[12] See Exhibits M, N, O and P. [Rec. Doc. No. 22243-6]

[13] See Exhibits M, N, O and P. [Rec. Doc. No. 22243-6]

[14] See Exhibit AA.

[15] See Exhibits Q, S, [Rec. Doc. No. 22243-6], and AA.

with cancer since moving into the FEMA trailer.[16]

Plaintiffs also failed to provide answers to numerous other fields, which, although not listed in Pre-Trial Order 88, Mover still considers important, and they are further indications of the deficiency of these Plaintiff Fact Sheets.  These particular additional deficiencies are listed in Mover's Supplemental Memorandum in Support [Rec. Doc. 22455] and are not repeated here.

For these reasons and the reasons stated in the Supplemental Memorandum [Rec. Doc No. 22455], these Plaintiff Fact Sheets are still deficient and the Motion must be granted, dismissing the claims of plaintiffs, *Larry Mitchell,  Larry Mitchell on behalf of L.M., Larry Mitchell on behalf of Q.L.,* and *Bryan Hebert,* with prejudice for failure to cooperate in the discovery process.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  22th   DAY OF   August  , 2011.
       /s Eric B. Berger

_____/s Eric B. Berger__
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290

---

[16] See Exhibits Q, S, [Rec. Doc. No. 22243-6], and AA.