UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Earnest, et al v. Jayco Enterprises, Inc., et al* | * | |
| C.A. No. 2:11-CV-00222 | * | |
| Justin Smith and Hattie Bailey, individually and | * | |
| on behalf of William Bailey only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS JUSTIN SMITH AND HATTIE BAILEY, INDIVIDUALLY AND ON BEHALF OF WILLIAM BAILEY'S, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Justin Smith and Hattie Bailey, individually and on behalf of William Bailey (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), hereby give notice of their dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiffs in this lawsuit, or any claims made by Plaintiffs Justin Smith and Hattie Bailey, individually and on behalf of William Bailey in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-5909

JOHN MUNOZ (#9830)  
GARNER & MUNOZ  
1010 Common Street, Suite 3000  
New Orleans, LA 70112-2411  
Tel: (504) 581-7070  
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee  
Anthony G. Buzbee