UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al,* No. 09-8381 | * | |
| Plaintiff DORIS ROBINSON only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF DORIS ROBINSON'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Doris Robinson, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), hereby gives notice of her dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Plaintiff Doris Robinson in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee<br>
Anthony G. Buzbee