UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Earnest, et al v. Jayco Enterprises, Inc., et al* | * | |
| C.A. No. 2:11-CV-00222 | * | |
| BARBARA FROST, INDIVIDUALLY, ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF BARBARA FROST'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In this suit, Plaintiff Barbara Frost brings claims on behalf of herself and on behalf of the estate of Lillian Morton.  Plaintiff Barbara Frost wishes to dismiss her individual claims only, but not the claims she brings on behalf of the estate of Lillian Morton.  Thus, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), Plaintiff Barbara Frost hereby gives notice of her dismissal of all of her individual claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiffs in this lawsuit, or any claims made by Plaintiff Barbara Frost on behalf of the estate of Lillian Morton, in this complaint.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
　　Anthony G. Buzbee
　　Texas Bar No. 24001820
　　THE BUZBEE LAW FIRM
　　600 Travis, Suite 7300
　　Houston, Texas 77002
　　Tel.:  (713) 223-5393
　　Fax:  (713) 223-5909

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee
Anthony G. Buzbee