# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Allen, et al v. Jayco Enterprises, Inc., et al* | * | |
| C.A. No. 10-2334 | * | |
| Albert Allen and Gwendolyn Allen, individually | * | |
| And on behalf of Granson Owney, only | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS ALBERT ALLEN AND GWENDOLYN ALLEN, INDIVIDUALLY AND ON BEHALF OF GRANSON OWNEY'S, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Albert Allen and Gwendolyn Allen, individually and on behalf of Granson Owney (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1), hereby give notice of their dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiffs in this lawsuit, or any claims made by Plaintiffs Albert Allen and Gwendolyn Allen, individually and on behalf of Granson Owney in any other complaints in this MDL.

Respectfully submitted:

By: */s/Anthony G. Buzbee*
Anthony G. Buzbee
Texas Bar No. 24001820
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-5909

JOHN MUNOZ (#9830)<br>
GARNER & MUNOZ<br>
1010 Common Street, Suite 3000<br>
New Orleans, LA 70112-2411<br>
Tel: (504) 581-7070<br>
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Anthony G. Buzbee<br>
Anthony G. Buzbee