UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8644; | * | |
| Plaintiffs:  Michael Bartholomew, | * | |
| Gilbert L. Collins, Veronica Curry-Farve, | * | |
| Pearline R. Davis, Linda Dickerson-Cain, | * | |
| James E. Dogans, Tashay V. Evans and | * | |
| Tanisha Ferdinand | * | |
| | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8698 | * | |
| Plaintiffs: Dondi Banks, Rhonda T. Beasley, | * | |
| Tyrone J. Beverly, Vincent J. Beverly, | * | |
| Perry J. Boyd, Miguel Brown, Rickey Crump, | * | |
| Terry T. Crump, Darnell Causey, | * | |
| Denson Chancellor, Bruce T. Davis, Hester Davis, | * | |
| Shelia A. Davis, Ardis N. Dunbar, | * | |
| Larry D. Dunbar and Paula M. Dunbar | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Connie L. Alexander o/b/o Troyasia J. | * | |
| Banks, Maya T. Barnes, Michael S. Bartholomew, | * | |
| Vincent J. Beverly, Glenn D. Bourgeois, Tammy L. | * | |
| Bourgeois, Gerald J. Brady, Tyrone Brown, | * | |
| Gilbert L. Collins, Lynn Burton, Veronica | * | |
| Curry-Farve, Pearline R. Davis, Shelia Davis, | * | |
| Linda Dickerson-Cain, James E. Dogans, Tashay | * | |
| V. Evans, Tanisha Ferdinand and Bruce H. | * | |
| Edwards | * | |
| | * | |
| *Bechemin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8701 | * | |
| Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes, | * | |
| Maya T. Barnes o/b/o Lynell Barnes, Michael S. | * | |
| Bartholomew, Tanya W. Bean o/b/o Ta'Shania | * | |
| C. Bean, Tyrone Brown, Lynn Burton, | * | |
| Harold Thomas o/b/o Dominic L. Calloway, | * | |
| Philip Calloway o/b/o Ronald Calloway, | * | |
| Janice Collins o/b/o Tylene Collins, Margaret | * | |
| Dunn, Keir Firmin, Alanna Evans and Alanna | * | |

00225853-1

| | |
|---|---|
| Evans o/b/o Zydia S. Brister | * |
| | * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*; | * |
| Docket No. 09-8645 | * |
| Plaintiffs:  Ellis J. Banks, Maya T. Barnes o/b/o | * |
| Jada Barnes, Maya T. Barnes o/b/o Lynell Barnes, | * |
| Maya T. Barnes, Tanya W. Bean, Tammy M. Bell, | * |
| Gerald J. Brady and Nancy M. Duncan | * |
| | * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8646 | * |
| Plaintiffs:  Ellis J. Banks, Maya T. Barnes, | * |
| Michael S. Bartholomew, Tammy M. Bell, | * |
| Vincent J. Beverly, Glenn D. Bourgeois, Tammy | * |
| L. Bourgeois, Gerald J. Brady, Tyrone Brown, | * |
| Lynn Burton, Alvin Caliste, Deborah A. Dixon, | * |
| Nancy M. Duncan and Keir Firmin | * |
| | * |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8700 | * |
| Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes and | * |
| Maya T. Barnes o/b/o Lynell Barnes | * |
| | * |
| *Beaver, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8668 | * |
| Plaintiffs:  Tammy M. Bell, Deborah A. Dixon, | * |
| Nancy M. Duncan and Keir Firmin | * |
| | * |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 09-8469 | * |
| Plaintiffs:  Tyrone Beverly and Vincent Beverly | * |
| | * |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket no. 09-8667 | * |
| Plaintiffs:  Tyrone Brown, Philip L. Calloway, | * |
| David B. Comeaux, Sr., Joycelyn Curtis, Jahn T. | * |
| Cordier, James P. Cordier, IV, Claude Cosse, | * |
| Brittany Carroll, Andree Charvet, Kenneth R. | * |
| Davis, Latanya M. Davis, Tameca Davis, Jeanette | * |
| Dyson, Alanna V. Evans, Cheryl R. Ferdinand and | * |
| Delfeayo J. Ferdinand, III | * |
| | * |

*Aitkins, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 09-8479                              \*
Plaintiff: Janice Collins                       \*
**************************************************************************

# UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

1.) Dondi Banks
2.) Ellis Banks
3.) Troyasia Banks
4.) Jada Barnes
5.) Lynell Barnes
6.) Maya Barnes
7.) Michael Bartholomew
8.) Tayna Bean
9.) Ta'Shania Bean
10.) Windell Bean

00225853-1

11.) Rhonda Beasley
12.) Tammy Bell
13.) Tryone Beverly
14.) Vincent Beverly
15.) Glenn Bourgeois
16.) Tammy Bourgeois
17.) Perry Boyd
18.) Gerald Brady
19.) Zydia Brister
20.) Miguel Brown
21.) Tryone Brown
22.) Lynn Burton
23.) Alvin Caliste
24.) Dominic Calloway
25.) Phillip Calloway
26.) Ronald Calloway
27.) Gilbert Collins
28.) Janice Collins
29.) Tylene Collins
30.) David Comeaux
31.) Rickey Crump
32.) Terry Crump
33.) Veronica Curry-Farve
34.) Joycelyn Curtis
35.) Jahn Cordier
36.) James Cordier
37.) Claude Cosse
38.) Brittany Carroll
39.) Darnell Causey
40.) Denson Chancellor
41.) Andree Charvet
42.) Bruce Davis
43.) Hester Davis
44.) Kenneth Davis
45.) Latanya Davis
46.) Pearline Davis
47.) Shelia Davis
48.) Tameca Davis
49.) Linda Dickerson-Cain
50.) Deborah Dixon
51.) James Dogans

00225853-1

52.) Ardis Dunbar
53.) Larry Dunbar
54.) Paula Dunbar
55.) Nancy Duncan
56.) Margaret Dunn
57.) Jeanette Dyson
58.) Keir Firmin
59.) Alanna Evans
60.) Ta'Shay Evans
61.) Cheryl Ferdinand
62.) Delfeayo Ferdinand
63.) Tanisha Ferdinand
64.) Bruce Edwards

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

00225853-1

       and

       **SCANDURRO & LAYRISSON**
       **Timothy D. Scandurro #18424**
       **Dewey M. Scandurro #23291**
       607 St. Charles Avenue
       New Orleans, LA 70130
       (504) 522-7100
       (504) 529-6199 (FAX)
       tim@scanlayr.com
       dewey@scanlayr.com
       **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 23rd day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

       *s/ Andrew D. Weinstock*
       _____
       **ANDREW D. WEINSTOCK**