UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8644; | * | |
| Plaintiffs:  Michael Bartholomew, | * | |
| Gilbert L. Collins, Veronica Curry-Farve, | * | |
| Pearline R. Davis, Linda Dickerson-Cain, | * | |
| James E. Dogans, Tashay V. Evans and | * | |
| Tanisha Ferdinand | * | |
| | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8698 | * | |
| Plaintiffs: Dondi Banks, Rhonda T. Beasley, | * | |
| Tyrone J. Beverly, Vincent J. Beverly, | * | |
| Perry J. Boyd, Miguel Brown, Rickey Crump, | * | |
| Terry T. Crump, Darnell Causey, | * | |
| Denson Chancellor, Bruce T. Davis, Hester Davis, | * | |
| Shelia A. Davis, Ardis N. Dunbar, | * | |
| Larry D. Dunbar and Paula M. Dunbar | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Connie L. Alexander o/b/o Troyasia J. | * | |
| Banks, Maya T. Barnes, Michael S. Bartholomew, | * | |
| Vincent J. Beverly, Glenn D. Bourgeois, Tammy L. | * | |
| Bourgeois, Gerald J. Brady, Tyrone Brown, | * | |
| Gilbert L. Collins, Lynn Burton, Veronica | * | |
| Curry-Farve, Pearline R. Davis, Shelia Davis, | * | |
| Linda Dickerson-Cain, James E. Dogans, Tashay | * | |
| V. Evans, Tanisha Ferdinand and Bruce H. | * | |
| Edwards | * | |
| | * | |
| *Bechemin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8701 | * | |
| Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes, | * | |
| Maya T. Barnes o/b/o Lynell Barnes, Michael S. | * | |
| Bartholomew, Tanya W. Bean o/b/o Ta'Shania | * | |
| C. Bean, Tyrone Brown, Lynn Burton, | * | |
| Harold Thomas o/b/o Dominic L. Calloway, | * | |

Philip Calloway o/b/o Ronald Calloway,                    *
Janice Collins o/b/o Tylene Collins, Margaret             *
Dunn, Keir Firmin, Alanna Evans and Alanna                *
Evans o/b/o Zydia S. Brister                              *
                                                          *
*Allen, et al v. Gulf Stream Coach, Inc., et al*;         *
Docket No. 09-8645                                        *
Plaintiffs:  Ellis J. Banks, Maya T. Barnes o/b/o         *
Jada Barnes, Maya T. Barnes o/b/o Lynell Barnes,          *
Maya T. Barnes, Tanya W. Bean, Tammy M. Bell,             *
Gerald J. Brady and Nancy M. Duncan                       *
                                                          *
*Alexander, et al v. Gulf Stream Coach, Inc., et al*      *
Docket No. 09-8646                                        *
Plaintiffs:  Ellis J. Banks, Maya T. Barnes,              *
Michael S. Bartholomew, Tammy M. Bell,                    *
Vincent J. Beverly, Glenn D. Bourgeois, Tammy             *
L. Bourgeois, Gerald J. Brady, Tyrone Brown,              *
Lynn Burton, Alvin Caliste, Deborah A. Dixon,             *
Nancy M. Duncan and Keir Firmin                           *
                                                          *
*Jones, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8700                                        *
Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes and         *
Maya T. Barnes o/b/o Lynell Barnes                        *
                                                          *
*Beaver, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8668                                        *
Plaintiffs:  Tammy M. Bell, Deborah A. Dixon,             *
Nancy M. Duncan and Keir Firmin                           *
                                                          *
*Ashley, et al v. Gulf Stream Coach, Inc., et al*         *
Docket No. 09-8469                                        *
Plaintiffs:  Tyrone Beverly and Vincent Beverly           *
                                                          *
*Blanchard, et al v. Gulf Stream Coach, Inc., et al*      *
Docket no. 09-8667                                        *
Plaintiffs:  Tyrone Brown, Philip L. Calloway,            *
David B. Comeaux, Sr., Joycelyn Curtis, Jahn T.           *
Cordier, James P. Cordier, IV, Claude Cosse,              *
Brittany Carroll, Andree Charvet, Kenneth R.              *
Davis, Latanya M. Davis, Tameca Davis, Jeanette           *
Dyson, Alanna V. Evans, Cheryl R. Ferdinand and           *
Delfeayo J. Ferdinand, III                                *
                                                          *

*Aitkins, et al v. Gulf Stream Coach, Inc., et al*          *
Docket No. 09-8479          *
Plaintiff:  Janice Collins          *
**********************************************************************************

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the plaintiffs listed in the above caption.

_____
UNITED STATES DISTRICT JUDGE

00225868-1                    3