

| FRANK S. BRUNO | JOSEPH BRUNO, JR. |
| JOSEPH M. BRUNO° | CHRISTOPHER M. HATCHER |
| STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

°Also Licensed To Practice In Texas

August 10, 2011

**VIA HAND DELIVERY**
Andrew D. Weinstock
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, Louisiana 70002

      Re:    *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
              United States District Court, Eastern District of Louisiana
              MDL No. 1873

Dear Mr. Weinstock:

     Per your multiple correspondences regarding missing Plaintiff Fact Sheets (copies of which are attached), please find enclosed Plaintiff Fact Sheets for the following clients:

1.) Chantelle Adams
2.) Delinda Adams
3.) James Alexander
4.) James Allmon, Jr.
5.) James Allmon, Sr.
6.) Danielle Armstrong
7.) Dana Augillard
8.) Jeffery Augillard
9.) Dale Baham
10.) Marshall Baquet
11.) Percy Barard
12.) Marshall Baquet
13.) Percy Barard
14.) Victoria Barnes
15.) Debbie Barquet
16.) Tryone Barrow
17.) Dennis Belcher
18.) Frank Berndt



855 BARONNE ST., NEW ORLEANS, LA 70113 • WWW.BRUNOBRUNOLAW.COM • TEL 504-525-1335 • TOLL FREE 1-800-966-1335 • FAX 504-581-1493

19.) Larry Berzat
20.) Calvin Bickham
21.) Dianne Brown
22.) Herbert Brown
23.) Ireane Brown
24.) Jawanda Brown
25.) Elton Connick (should be Elton Carney)
26.) Marvin Cornelius
27.) Monica Cornelius
28.) David Carriere
29.) Augusta Carter
30.) Elizabeth Clark
31.) Ronnisha Davis
32.) Irma Dean
33.) Carolyn Doucette
34.) Glenn Doucette
35.) Maya Flemings
36.) Marilyn Edwards
37.) Michelle Enriques

We have <u>not</u> been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals; as such we have no opposition to a Motion to Dismiss:

1.) Beverly Adams
2.) Judy Addison
3.) Connie Alexander
4.) Wesley Alexander
5.) Vernon Allen
6.) Gladys Ambrose
7.) Lucinda Anderson
8.) Mandel Armour
9.) Dondi Banks
10.) Ellis Banks
11.) Troyasia Banks
12.) Jada Barnes
13.) Lynell Barnes
14.) Maya Barnes
15.) Michael Bartholomew
16.) Tayna Bean
17.) Ta'Shania Bean
18.) Windell Bean

19.) Rhonda Beasley
20.) Tammy Bell
21.) Tryone Beverly
22.) Vincent Beverly
23.) Glenn Bourgeois
24.) Tammy Bourgeois
25.) Perry Boyd
26.) Gerald Brady
27.) Zydia Brister
28.) Miguel Brown
29.) Tryone Brown
30.) Lynn Burton
31.) Alvin Caliste
32.) Dominic Calloway
33.) Phillip Calloway
34.) Ronald Calloway
35.) Gilbert Collins
36.) Janice Collins
37.) Tylene Collins
38.) David Comeaux
39.) Rickey Crump
40.) Terry Crump
41.) Veronica Curry-Farve
42.) Joycelyn Curtis
43.) Jahn Cordier
44.) James Cordier
45.) Claude Cosse
46.) Brittany Carroll
47.) Darnell Causey
48.) Denson Chancellor
49.) Andree Charvet
50.) Bruce Davis
51.) Hester Davis
52.) Kenneth Davis
53.) Latanya Davis
54.) Pearline Davis
55.) Shelia Davis
56.) Tameca Davis
57.) Linda Dickerson-Cain
58.) Deborah Dixon
59.) James Dogans

60.) Ardis Dunbar
61.) Larry Dunbar
62.) Paula Dunbar
63.) Nancy Duncan
64.) Margaret Dunn
65.) Jeanette Dyson
66.) Keir Firmin
67.) Alanna Evans
68.) Ta'Shay Evans
69.) Cheryl Ferdinand
70.) Delfeayo Ferdinand
71.) Tanisha Ferdinand
72.) Bruce Edwards

Should you have any further requests/concerns, please feel free to contact me directly at (504) 304-2640

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno