MINUTE ENTRY
ENGELHARDT, J.
August 22, 2011

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Monday, August 22, 2011, at 8:15 a.m. Participating were Justin I. Woods, Gerald E. Meunier, Thomas W. Thagard, Lamont P. Domingue, Randi S. Ellis, Daniel J. Balhoff and Laurie Hargrove.

JS10(0:45)