MINUTE ENTRY
ENGELHARDT, J.
August 22, 2011

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　　A status conference was conducted on Monday, August 22, 2011, at 10:15 a.m. Participating were Justin I. Woods, Gerald E. Meunier, Lamont P. Domingue, Randi S. Ellis, Daniel J. Balhoff and James Sutterfield.

JS10(0:60)