MINUTE ENTRY
ENGELHARDT, J.
AUGUST 22, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL 1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL                  SECTION "N"
CASES

JUDGE KURT D. ENGELHARDT PRESIDING

MONDAY, AUGUST 22, 2011 AT 9:00 A.M.

COURTROOM DEPUTY: Pam Radosta          COURT REPORTER: Cathy Pepepr

APPEARANCES: Gerald Meunier, Justin Woods, Plaintiffs' Co-Liaison Counsel
             Thomas Thagard, Defendant Manufactures' Liaison Counsel
             Daniel Balhoff, Special Master

**1) JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT:
(Rec. Doc. No. 22487)**

Joint Exhibits A - 2F - ADMITTED and offers the Preliminary Approval Order which is Doc. No. 20669 filed in the record.

Argument.

No objections have been timely filed and no one present today in court to voice an objection to the proposed settlement.

**ORDERED MOTION SUBMITTED.**

**2) MOTION OF PLAINTIFFS' STEERING COMMITTEE (PSC) TO APPROVE DEDUCTION OF COMMON BENEFIT EXPENSES FROM MANUFACTURED HOUSING CLASS SETTLEMENT FUND: (Rec. Doc. No. 22283)**

Exhibit attached to Rec. Doc. NO. 22283 filed in the record.

Argument - ORDERED SUBMITTED.

JS-10: 1:07