AO 187(Rev. 4/82)          EXHIBIT AND WITNESS LIST

| | | | | | DISTRICT COURT |
|---|---|---|---|---|---|
| IN RE: FEMA TRAILERS   VS. | | | | | Eastern District of Louisiana |
| PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | | DOCKET NUMBER<br>MDL 1873 "N" |
| | | | | | Motion<br>August 22, 2011 |
| PRESIDING JUDGE<br>Kurt D. Engelhardt | | | COURT REPORTER<br>Cathy Pepper | | COURTROOM DEPUTY<br>P.Radosta |
| | | DATE OFFERED | MKD | ADM | DESCRIPTION OF EXHIBITS |
| A | | 8/22/11 | x | x | Declaration of Wayne Henderson |
| B | | " | x | x | Declaration of Daniel Balhoff |
| C | | " | x | x | Second Declaration of Gerald E. Meunier |
| D | | " | x | x | Declaration of Justin I. Woods |
| E | | " | x | x | Affidavit of Class Representatives |
| 2F | | " | x | x | Second Declaration of Thomas Werth Thagard, III |

*Exhibits filed in separate envelope*