UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: "N"(5) |
| | LITIGATION | * | |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Gerard Hobden, et al versus* | | * | |
| *SunnyBrook RV, Inc., et al* | | * | MAG: CHASEZ |
| *E.D. La. Suit No. 09-7113* | | * | |
| *and Joseph Carrier, et al. versus* | | * | |
| *SunnyBrook R.V., Inc., et al.* | | * | |
| *E.D. La. Suit No.* ~~10-1035~~ 10-1305 | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that defendant, SunnyBrook RV, Inc., is granted leave to file its Supplemental Reply to Plaintiffs' Sur-Reply to Defendant's Reply to Plaintiffs' Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 relating to Plaintiffs' Fact Sheets.

NEW ORLEANS, LOUISIANA, this  23rd  day of         August         , 2011.

_____
UNITED STATES DISTRICT COURT JUDGE