**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** Meadows, Donna Charlette

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:    940779703

Defendants Named:    Champion Home Builders Co.
Sunnybrook R.V., Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:       1201945
Unit:          MOBILE HOME
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  4UBAS0R2X61071914
Barcode:       1252028
Unit:          MOBILE HOME
Contractor:    CH2MHILL



EXHIBIT "3"