## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Pyron, Hannah Bradnelle

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:       940779703

Defendants Named:   Champion Home Builders Co.
                    Sunnybrook R.V., Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:
Unit:
Contractor:    CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  023010927A000H
Barcode:        1201945
Unit:           MOBILE HOME
Contractor:     CH2MHILL

Manufacturer: CHAMPION
VIN/Serial #:  4UBAS0R2X61071914
Barcode:        1252028
Unit:           MOBILE HOME
Contractor:     CH2MHILL



EXHIBIT "4"