UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Ernest Anthony v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4586 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Annie Clausell | * | |
| William Clausell | * | |
| Rhonda Kay | * | |
| Charlet Roberts | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco Enterprises, Inc., CH2M Hill Constructors, Inc., Shaw Environmental, Inc. and Fluor Enterprises, Inc., pertaining to plaintiffs, Annie Clausell, William Clausell, Rhonda Kay, and Charlet Roberts, is **Wednesday, September 14, 2011,** before Judge Kurt Engelhardt.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

    **Attorneys for Jayco Enterprises, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*
    ROY C. CHEATWOOD (La. Bar No. 4010)
    GERARDO R. BARRIOS (La. Bar No. 21223)
    M. DAVID KURTZ (La. Bar No. 23821)
    KAREN KALER WHITFIELD (La. Bar No. 19350)
    WADE M. BASS (La. Bar No. 29081)
    No. 3 Sanctuary Boulevard, Suite 201
    Mandeville, La 70471
    (985) 819-8400 – Telephone
    (985) 819-8484 – Facsimile
    rcheatwood@bakerdonelson.com
    gbarrios@bakerdonelson.com
    dkurtz@bakerdonelson.com
    kwhitfield@bakerdonelson.com
    wbass@bakerdonelson.com

    **Attorneys for CH2M Hill Constructors, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*M. David Kurtz*
     M. DAVID KURTZ (#23821)
     KAREN KALER WHITFIELD (#19350)
     CATHERINE N. THIGPEN (#30001)
     201 St. Charles Avenue, Suite 3600
     (504) 566-5200 – Telephone
     (504) 636-4000 – Facsimile

     **Attorneys for Shaw Environmental, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:   s/*Charles R. Penot, Jr.*
     Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
     717 North Harwood, Suite 2400
     Dallas, Texas 75201
     (214) 220-6334 – Telephone
     (214) 220-6807 – Facsimile

       -and-

     Dominic J. Gianna, La. Bar No. 6063
     Sarah A. Lowman, La. Bar No. 18311
     201 St. Charles Avenue, Suite 3100
     New Orleans, Louisiana 70170
     (504) 525-7200 – Telephone
     (504) 581-5983 – Facsimile

       -and-

     Richard A. Sherburne., La. Bar No. 2106
     450 Laurel Street, Suite 1101
     Baton Rouge, Louisiana 70801
     (225) 381-7700 – Telephone
     (225) 381-7730 – Facsimile

     **Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 23rd day of August, 2011.

                                                        s/*Thomas L. Cougill*
                                                     THOMAS L. COUGILL