UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE PRODUCTS  
LIABILITY LITIGATION

MDL NO. 1873  
SECTION N MAG. 5

JUDGE ENGELHARDT  
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Greening, et al v. Morgan Buildings and Spas, Inc., et al,*  
*No. 10-255*

JURY DEMANDED

*********************************************************************

### PLAINTIFFS', DONNEVEN MATTHEWS, ALAISHA NORA, AND CHESTER NORA, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs, Donneven Matthews, Alaisha Nora, and Chester Nora, who, pursuant to the provisions of Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants, United States of America through the Federal Emergency Management Agency, Morgan Buildings Systems, Inc., Morgan Buildings and Spas, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and Shaw Environmental, Inc.

By:  /s/Matthew B. Moreland  
Daniel E. Becnel, Jr. (La. Bar #2926)  
Matthew B. Moreland (La. Bar #24567)  
**BECNEL LAW FIRM, LLC**  
106 W. Seventh Street  
P.O. Drawer H  
Reserve, LA 70084  
Telephone: (985) 536-1186  
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2011 a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

<u>/s/Matthew B. Moreland</u>
Matthew B. Moreland