UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Yvonne Blue v. Jayco Enterprises, Inc.* | * | |
| Docket No. ~~09-4327~~   09-4554 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Shantelle Hue | * | |
| Jovan Melrose | * | |
| Elmire Young | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants Jayco Enterprises, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, Shantelle Hue, Jovan Melrose and Elmire Young, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE