# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS    LOUISIANA    MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                     *TomC@willingham-law.com*

April 12, 2011

Jim S. Hall                                                           ***Via Email and Regular U.S. Mail***
Jim S. Hall & Associates
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
jim@jimshall.com

Dear Jim:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Destiny Anthony v. Jayco, Inc.*, cause no. 09-4877**

1. Clayton Clark
2. Catherine Hue
3. Leslie Newman

***Ernest Anthony v. Jayco, Inc.*, cause no. 09-4586**

1. Annie Clausell
2. William Clausell
3. Bobby Harris
4. Bernadine Jenkins
5. Rhonda Kay
6. Charley Roberts


EXHIBIT A

*Ernest Anthony v. Jayco, Inc.,* cause no. 09-4586 (cont'd)

7. Glen Roberts
8. Casey Rooney
9. Betty Vanderpool

*Yvonne Blue v. Jayco, Inc.,* cause no. 09-4554

1. Catherine Hue
2. Shantelle Hue
3. Jovan Melrose
4. Elmire Young

*Charles Causey v. Jayco, Inc.,* cause no. 09-0581

1. Alec Causey, Jr.
2. Dianna Causey

*Alec Causey, Jr. v. Jayco, Inc.,* cause no. 09-4596

1. Alec Causey, Jr.

*Patricia Smith v. Jayco, Inc.,* cause no. 09-4549

1. Courtlen Rooney
2. Joanne Jeanmarie Smith
3. Tyronne A. Smith
4. Edgar Williams
5. Janice Williams
6. Mary Williams
7. Rose Williams

*Derrick Eddington v. Starcraft RV, Inc.,* cause no. 09-4552

1. Kayla Frederick
2. Beradine Luke
3. Steven Luke
4. Jay H. Riley, Jr.

*Kerry Hardy v. Starcraft RV, Inc.,* cause no. 09-4593

1. Marion Broussard

*Kerry Hardy v. Starcraft RV, Inc.,* **cause no. 09-4593 (cont'd)**

    2. Kerry Hardy

*Brenda McCary v. Starcraft RV, Inc.,* **cause no. 09-4597**

    1. Brenda McCary

*Brandi Williams v. Starcraft RV, Inc.,* **cause no. 09-4564**

    1. Brandon Williams

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,

**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc: Jerry Meunier *(via email)*
    Andrew Weinstock *(via email)*
    Henry Miller *(via email)*
    Gerald Meunier *(via email)*
    Justin Woods *(via email)*