UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Patricia Smith v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4549 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Courtlen Rooney | * | |
| Joanne Jeanmarie Smith | * | |
| Tyronne A. Smith | * | |
| Edgar Williams | * | |
| Mary Williams | * | |
| Rose Williams | * | |

*****************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants Jayco Enterprises, Inc., and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiffs, Courtlen Rooney, Joanne Jeanmarie Smith, Tyronne A. Smith, Edgar Williams, Mary Williams and Rose Williams, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE