**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Derrick Eddington v. Starcraft RV, Inc.* | * | |
| Docket No. 09-4552 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Kayla Frederick | * | |
| Bernadine Luke | * | |
| Steven Luke | * | |
| Jay H. Riley, Jr. | * | |

*********************************************************************************

<u>**NOTICE OF SUBMISSION**</u>

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to
Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants,
Starcraft RV, Inc., and Fluor Enterprises, Inc., pertaining to plaintiffs, Kayla Frederick, Bernadine
Luke, Steven Luke and Jay H. Riley, Jr., is **Wednesday, September 14, 2011,** before Judge Kurt
Engelhardt.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Starcraft RV, Inc.**


**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      (214) 220-6334 – Telephone
      (214) 220-6807 – Facsimile

        *-and-*

      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      (504) 525-7200 – Telephone
      (504) 581-5983 – Facsimile

        *-and-*

      Richard A. Sherburne., La. Bar No. 2106
      450 Laurel Street, Suite 1101

2

Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**


<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 23rd day of August, 2011.


                    s/*Thomas L. Cougill*