UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brion Scieneaux, et al v. Frontier RV, Inc., et al* | * | |
| Civil Action No. 09-4462 | * | MAGISTRATE CHASEZ |

**************************************************************************

ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Defendant, Frontier RV, Inc., is granted leave to file its Reply

Memorandum in Support of Motion to Dismiss the Claims of Plaintiff, Brion Scieneaux, for

Failure to Comply with Pre-Trial Orders 2 and 32 Relating to Plaintiff Fact Sheets.

New Orleans, Louisiana, this _____23rd_____ day of August, 2011.

_____
JUDGE ENGELHARDT