IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873 Section: N (5) Judge: Engelhardt |
| This Document Relates To: *Cedric Cushenberry v. Crum & Forster Specialty Ins. Co., et al* No: 09-8381 | * * * * | Magistrate: Chasez |

*************************************************************************

## ORDER

Considering the above and foregoing **MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE MEMORANDUM IN REPLY TO CERTAIN PLAINTIFFS' MEMORANDUM IN OPPOSITION,**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached REPLY MEMORANDUM.

This 23rd day of August, 2011,

_____
United States District Judge