Ronnie G. Penton  
Trial Attorney  
rgp@rgplaw.com  
Licensed in LA, TX

MaryAnna Penton  
Associate Trial Attorney  
mpenton@rgplaw.com  
Licensed in MS





REPRESENTING PEOPLE WORLDWIDE SINCE 1981

August 12, 2011

Mr. Andrew D. Weinstock  
Duplass, Zwain Law Firm  
Three Lakeway Center  
3838 N. Causeway Blvd., Suite 2900  
Metairie, LA 70002

    RE:    Plaintiff Fact Sheets

Dear Mr. Weinstock:

    In response to your correspondence dated July 13, 2011, I offer the following information:

1. Vivian Allison- After several attempts plaintiff failed to provide a fact sheet.
3. Derion Anderson- Provided on CD titled "SDMS; GulfStream; E. Reyna LLC; 10/12/09.
4. Earl Anderson- Provided on CD titled "SDMS; GulfStream; E. Reyna LLC; 10/12/09.
5. Iradell Armstrong- PFS provided on a CD titled "SDAL; Bar Code Only; James Priest; 12/31/09.

    If I can be of further assistance, please do not hesitate to call.

                                Sincerely,

                                Jan Harris  
                                Assistant to Ronnie G. Penton

cc:    Henry Miller  
       Mikal Watts  
       Justin Woods