UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Patricia Bindom, et al. v.*
*Arch Specialty Insurance Company, et al.*,
EDLA No. 10-3584
**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add additional named plaintiff(s) who, on information and belief, resided in the same type of emergency housing unit manufactured by R-Vision, Inc., because the denial of inclusion would be unjust and prevent the aggrieved plaintiff(s) from having their claims heard.

**WHEREFORE,** the plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Patricia Bindom, et al. v. Arch Specialty Insurance Company, et al.*, **EDLA No. 10-3584**, filed October 13, 2010, in the Eastern District of Louisiana.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        By:      s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        ***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

         s/ Roberta L. Burns
        ROBERTA L. BURNS