## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Raymond L. Deogracias, et al. v.*
*Starcraft RV, Inc., et al.*,
EDLA No. 10-3562
*********************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

   **NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned

matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully

represent that it is both necessary and appropriate to supplement and amend their underlying

Complaint for Damages to add additional named plaintiff(s) who, on information and belief, resided

in the same type of emergency housing unit manufactured by **Starcraft RV, Inc.**, because the denial

of inclusion would be unjust and prevent the aggrieved plaintiff(s) from having their claims heard.

   **WHEREFORE,** the plaintiffs herein respectfully move this Honorable Court to grant

Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for

Damages as it relates to the underlying suit of ***Raymond L. Deogracias, et al. v. Starcraft RV, Inc.,***

***et al.***, **EDLA No. 10-3562**, filed October 13, 2010, in the Eastern District of Louisiana.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By: _____ s/ Roberta L. Burns _____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on   the 23rd day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns _____
ROBERTA L. BURNS