UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                             SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Raymond L. Deogracias, et al. v.*
*Starcraft RV, Inc., et al.*,
**EDLA No. 10-3562**
**********************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2011.

                                                                                     _____
                                                                                        **KURT D. ENGELHARDT**
                                                                **UNITED STATES DISTRICT JUDGE**