UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Acosta, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3679; | * | |
| Plaintiffs:  Angela Chimento Bauer, Angela | * | |
| Chimento Bauer o/b/o N.B., Stephen Philip Bauer , | * | |
| Michael Joseph Benfatti, Vernon Dugual Besse, | * | |
| Tyson M. Bienemy | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3681 | * | |
| Plaintiffs:  Angela Chimento Bauer, Angela | * | |
| Chimento Bauer o/b/o N.B., Stephen Philip | * | |
| Bauer, Michael Joseph Benfatti, Dorene Garcia | * | |
| Besse, Vantrel Bienemy | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et at* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs: Nicole Bennett o/b/o J.B. | * | |
| | * | |
| *Alkurd, et al v.  Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3553 | * | |
| Plaintiff: Nicole Bennett | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiff:  Eric Bernard | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4662 | * | |
| Plaintiff:  Dorene Besse | * | |

*************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

00230056-1

following Plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The Plaintiffs are:

1. Angela Chimento Bauer
2. Angela Chimento Bauer o/b/o N.B.
3. Stephen Philip Bauer
4. Michael Joseph Benfatti
5. Nicole Bennett
6. Nicole Bennett o/b/o J.B.
7. Eric Bernard
8. Dorene Besse
9. Vernon Dugual Besse
10. Tyson M. Bienemy
11. Vantrel Bienemy

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**