Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

**August 9, 2011**

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
                MDL No. 07-1873
                *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

Pursuant to your letter dated July 19, 2011, concerning missing PFS, after researching our files we are unable to locate a PFS for Angela Bauer, Nicky Bauer, Stephen Bauer, Michael Benfatti, Jakob Bennett, Nicole Bennett, Eric Bernard, Dorene Besse, Vernon Besse, Jr., Derrick Bienemy, Tyson Bienemy, and Vantrell Bienemy.

Thanking you for your attention to this matter, I remain

                Sincerely,

                s/Roberta L. Burns

                Roberta L. Burns



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 5, 2011
Page 2

    RLB/jb

    cc:    **Defense Liaison:**
            **U.S. Government Liaison**:
            Henry T. Miller
            U.S. Department of Justice
            Senior Trial Counsel
            U. S. Department of Justice
            Civil Division, Environmental Torts Section
            1331 Penn Avenue, NW
            Room 8220-N
            Washington, DC  20004
            email:  henry.miller@usdoj.gov

            **PSC Liaison:**
            Mikal C. Watts
            Watts Guerra Craft LLP
            Four Dominion Drive
            Building Three
            Suite 100
            San Antonio, Texas  78257
            email:  mcwatts@wgclawfirm.comWatts