UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Acosta, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3679; | * | |
| Plaintiffs:  Angela Chimento Bauer, Angela | * | |
| Chimento Bauer o/b/o N.B., Stephen Philip Bauer, | * | |
| Michael Joseph Benfatti, Vernon Dugual Besse, | * | |
| Tyson M. Bienemy | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3681 | * | |
| Plaintiffs:  Angela Chimento Bauer, Angela | * | |
| Chimento Bauer o/b/o N.B., Stephen Philip | * | |
| Bauer, Michael Joseph Benfatti, Dorene Garcia | * | |
| Besse, Vantrel Bienemy | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et at* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs: Nicole Bennett o/b/o J.B. | * | |
| | * | |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3553 | * | |
| Plaintiff: Nicole Bennett | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiff:  Eric Bernard | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4662 | * | |
| Plaintiff:  Dorene Besse | * | |

******************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

00230060-1

2

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Angela Chimento Bauer
2. Angela Chimento Bauer o/b/o N.B.
3. Stephen Philip Bauer
4. Michael Joseph Benfatti
5. Nicole Bennett
6. Nicole Bennett o/b/o J.B.
7. Eric Bernard
8. Dorene Besse
9. Vernon Dugual Besse
10. Tyson M. Bienemy
11. Vantrel Bienemy

_____
UNITED STATES DISTRICT JUDGE