# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs: Saif Abdellatif, Somaya Bader, | * | |
| Selina Dison Banks, Louis Bernard Ceaser | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc, et al* | * | |
| Docket No. 10-3663 | * | |
| Plaintiffs:  Saif Abdellatif, Somaya Bader, | * | |
| Joseph Feraci, Azilda Duplechin Hotard | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiff:  Jay Gerard Bertheaud | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs:  Tina Louise Dewint, Tina Louise | * | |
| Dewint o/b/o S.D., Henry Doherty, Melvin Eugene | * | |
| | * | |
| *Fetter, et al v. Gulf Stream Coach, Inc, et al* | * | |
| Docket No. 10-3664 | * | |
| Plaintiff:  Jeffrey Michel Graves | * | |
| | * | |
| *Deano, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3942 | * | |
| Plaintiff:  Jeffrey Michel Graves | * | |
| | * | |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6894 & 10-3943 | * | |
| Plaintiff: Jeffrey Michel Graves | * | |
| | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3550 | * | |
| Plaintiffs:  Amanda Michelle Johnson, Lanney | * | |
| Steger Jones | * | |
| | * | |
| *LaFuentes, et al v. Gulf Stream Coach, Inc., et al* | * | |

00230073-1

| | |
|---|---|
| Docket No. 10-3544 | * |
| Plaintiff:  Wendy Loveless | * |
| | * |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3704 | * |
| Plaintiff:  Joseph Montana | * |
| | * |
| *Mackles, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3734 | * |
| Plaintiffs:  David S. Nuccio, David S. Nuccio | * |
| o/b/o S.N. | * |
| | * |
| *Chilton, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3714 | * |
| Plaintiffs:  Leslie A. Saubat, Kevin Sloan | * |
| | * |
| *Scott, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3709 | * |
| Plaintiff:  Derrick Scott | * |
| | * |
| *Vaccarella, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3824 | * |
| Plaintiffs:  Althila Latoya Watson, Sidney Weaver, | * |
| Ursula Weaver | * |
| | * |
| *Macalusa, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3510 | * |
| Plaintiffs:  Nicholas A. Manno, Paul Mayeux, | * |
| David S. Nuccio, David S. Nuccio o/b/o S.N., | * |
| Nancy Nuccio, Arthur L. Olivieri, Frances Reilly | * |
| | * |
| *Macaluso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3737 | * |
| Plaintiff:  David S. Nuccio | * |

**************************************************************************

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS
NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of

the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs include:

1. Saif Abdellatif
2. Somaya Bader
3. Selina Dison Banks
4. Louis Bernard Ceaser
5. Joseph Feraci
6. Azilda Duplechin Hotard
7. Jay Gerard Bertheaud
8. Tina Louise Dewint
9. Tina Louise Dewint o/b/o S.D.
10. Henry Doherty
11. Melvin Eugene
12. Jeffrey Michel Graves
13. Amanda Michelle Johnson
14. Lanney Steger Jones
15. Wendy Loveless
16. Joseph Montana
17. David S. Nuccio
18. David S. Nuccio o/b/o S.N.
19. Leslie A. Saubat
20. Kevin Sloan
21. Derrick Scott
22. Althila Latoya Watson
23. Sidney Weaver
24. Ursula Weaver
25. Nicholas A. Manno
26. Paul Mayeux
27. Nancy Nuccio
28. Arthur L. Olivieri
29. Frances Reilly

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing

counsel has stated that they have no objection to the dismissal of these plaintiffs.

    Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
**Attorney for Gulf Stream Coach, Inc.**

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of July, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**