Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

August 11, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, LA 70002

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            *Gulf Stream Coach, Inc.; Plaintiff Fact Sheet Deficiencies*

Dear Counsel:

    Pursuant to and in satisfaction of the Court's PTO No. 88, enclosed is a CD with your copy of the updated, amended PFS's correcting asserted deficiencies in response to your deficiency letter involving clients named in the above referenced matter.

1. Alford, Edith
2. Alkurd, Ahmad
3. Alkurd, Alaa
4. Alkurd, Mohammad
5. Alkurd, Noraldeen
6. Alkurd, Rafat
7. Alkurd, Razan
8. Alkurd, Staf
9. Alphonso, Johnathan
10. Alphonso, Linda
11. Alveris, Derrick
12. Alveris, Geraldine
13. Alveris, Roland Sr.
14. Ancar, Leondes
15. Ansardi, Christopher
16. Ansardi, Clarence
17. Ansardi, Stephanie
18. Ansardi, Wallace
19. Applegate, Josanna



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 2

20. Arias, Jose
21. Asevado, Tammy
22. Aucoin, Gina
23. Bailey, Lorrie
24. Bailey, Sierra
25. Banks, Oliver
26. Banks, Reginald
27. Batiste, Donavon
28. Bertacci, Clara
29. Bertheaud, Lindsi
30. Bird, Linda
31. Bird, Melanie
32. Bird, Michelle
33. Boismenn, Betty
34. Boudousquie, Barbara
35. Bourg, Charmaine
36. Bourg, Zachary
37. Bowers, Cathleen
38. Breaux, Emile Jr.
39. Breaux, Hayley
40. Breaux, Logan
41. Breaux, Melanie
42. Broendel, Corey
43. Buras, Dale Sr.
44. Bush, Earl
45. Bush, Susan
46. Campbell, Kim
47. Campbell, Leo
48. Campo, Brittney
49. Campo, Lisa
50. Campo, Patrick
51. Canale, George
52. Canale, Shirley
53. Cancienne, Jesse
54. Cancienne, Melissa
55. Candebat, Brad
56. Cangelosi, Salvador Jr.
57. Cargo, Bernard Jr.
58. Carias, Albina

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 3

| | | |
|---|---|---|
| | 59. | Castillion, Alexis |
| | 60. | Catanese, Claudia |
| | 61. | Cheatham, Ameshia |
| | 62. | Chilton, Belinda |
| | 63. | Colon, David |
| | 64. | Creel, Ashley |
| | 65. | Creel, Charles |
| | 66. | Creel, Joseph |
| | 67. | Creel, Karen |
| | 68. | Creighton, Donald Sr. |
| | 69. | Cutrer, Colton |
| | 70. | Dauterive, Scott |
| | 71. | Dean, Alyssa |
| | 72. | Dean, Maris |
| | 73. | Dean, Vanessa |
| | 74. | Denoux, Theresa |
| | 75. | Deshotel, Carol |
| | 76. | Deshotel, Carol |
| | 77. | Deshotel, Melvin |
| | 78. | Deslatte, Joseph III |
| | 79. | Deslatte, Joseph Jr. |
| | 80. | Desselle, Danielle |
| | 81. | Desselle, Kenneth |
| | 82. | Desselle, Kenneth |
| | 83. | Desselle, Nina |
| | 84. | Dewint, Charles |
| | 85. | Dewint, Dillian |
| | 86. | Dimaggio, Crystal |
| | 87. | Dimaggio, Joseph Jr. |
| | 88. | Dimaggio, Joseph Sr. |
| | 89. | Dimaggio, Macy |
| | 90. | Dixon, Bruce Jr. |
| | 91. | Dixon, Geneen |
| | 92. | Domingo, Ashton |
| | 93. | Drewes, Ida |
| | 94. | Duke, Dana |
| | 95. | Duke, Richard |
| | 96. | Dummett, Lyndell |
| | 97. | Duplessis, Anna |

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 4

| | | |
|---|---|---|
| 98. | Duplessis, Felton |
| 99. | Dusang, Marilyn |
| 100. | Dusaules, Ashlynne |
| 101. | Dwyer, Beverly |
| 102. | Elzey, Patricia |
| 103. | Emmons, Desiree |
| 104. | Emmons, Trinity |
| 105. | Emmons, Troy |
| 106. | Encalade, Clarence |
| 107. | Encalade, Eunice |
| 108. | Encalade, Lacondra |
| 109. | Eugene, Anthony |
| 110. | Eugene, Darlene |
| 111. | Evans, Aylmer IV |
| 112. | Faust, Nicholas Jr. |
| 113. | Faye, Harris |
| 114. | Faye, Joan |
| 115. | Fazzio, Joseph |
| 116. | Fazzio, Thomas |
| 117. | Fernandez, Collins |
| 118. | Fernandez, Linda |
| 119. | Ferry, Matthew |
| 120. | Ferry, Wayne |
| 121. | Forsythe, Blaise |
| 122. | Forsythe, Ivory |
| 123. | Forsythe, Patricia |
| 124. | Francis, Jesse |
| 125. | Fraychineaud, David Jr. |
| 126. | Fraychineaud, David Sr. |
| 127. | Fraychineaud, Deven |
| 128. | Fraychineaud, Trudy |
| 129. | Froeba, Jaden |
| 130. | Gabriel, Warren |
| 131. | Gagliano, Michelle |
| 132. | Gallo, Peggy |
| 133. | Garrett, Dorothy |
| 134. | Genness, Fred III |
| 135. | Gervais, Bobbie |
| 136. | Gervais, George |

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 5

137. Gervais, Misty
138. Getty, Edward
139. Getty, Patricia
140. Getty, Tammy
141. Giardina, Angelo Jr.
142. Giardina, Angelo Sr.
143. Giardina, Christopher
144. Giardina, Dominick
145. Gonzales, Vincent
146. Graci, Guy
147. Graci, Joseph
148. Graves, Alfred Jr.
149. Green, Shirley
150. Guerra, Maria
151. Guillen, Mary
152. Haase, Wanda
153. Hammer, Anthony
154. Hammer, Diana
155. Hammer, Madison
156. Hammer, Royce Jr.
157. Hammer, Royce Sr.
158. Hammer, Stephanie
159. Haralampopoulas, John
160. Harvey, Elizabeth
161. Harvey, Jimmy
162. Heaney, Chasity
163. Held, Edward III
164. Henderson, Joshua
165. Hernandez, Arnel
166. Hernandez, Henry
167. Hill, Cody
168. Hoey, Allen
169. Huy, Anthony
170. Holmes, Jimmie
171. Honore, Juliet
172. Hopkins, Vanessa
173. Hotard, Neal
174. Houpy, Charles Sr.
175. Hovis, James

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 6
176. Howard, Dawn
177. Howard, Rasheeda
178. Howard, Zulema
179. Ignatik, Keith
180. Jackson, John
181. Jackson, Maria
182. Johnson, George
183. Jones, Sallie
184. Joseph, Mary
185. Jourdan, Elaine
186. Junius, Myah
187. Junius, Rashad
188. Junius, Sumitra
189. Kaupp, Darleen
190. Keaney, Shirley
191. Kellum, Eugene
192. Kelly, Brendan
193. Kelly, Eric
194. Kelly, Kim
195. Kelly, Nicole
196. Kerschner, Vera
197. King, Polly
198. Kramer, Henry III
199. Kramer, Sandra
200. Kramer, Tanya
201. Kramer, Trista
202. Kuehl, Erin
203. Labrano, Shirley
204. Lackey, Ethel
205. Lacour, Anna
206. Lacour, Roderick
207. Lalumia, Brett
208. Lalumia, Kim
209. Lamanette, Roland
210. Lance, Mark
211. Landry, Adele
212. Leal, Gaynell
213. Leal, Leonard
214. Leblanc, Odile

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 7

215. Ledbetter, Craig
216. Ledbetter, Suzanne
217. Dean, William
218. Lee, George
219. Lee, Johnnie Sr.
220. Lee, Lamont
221. Lejune, Bonnie
222. Leonard, Juanita
223. Lerouge, Edward
224. Lerouge, Sarah Lynn
225. Lewis, Darlene
226. Lewis, Gloria
227. Lewis, Melvin Sr.
228. Long, Andon
229. Long, Chad
230. Long, Tina
231. Lower, Mari
232. Lower, Micheal
233. Lyell, Bryan
234. Lyell, Coulton Sr.
235. Lyell, Suzanne
236. Lynam, Shirley
237. Macalusa, Sandra
238. Macalusa, Todd
239. Mack, Wendell Sr.
240. Maher, Shirley
241. Mammelli, Charles
242. Mammelli, Rosemary
243. Mankin, Austin
244. Mascaro, Louis
245. Matheny, Charlene
246. Mcall, Larry
247. McDonald, Ann
248. McDonald, Arthur III
249. McDuffie, Dunwoodie
250. Mckenzie, James
251. McMillian, Avory
252. McMillian, Consuella
253. McMillian, Furnell Jr.

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 8

    254.    Mcmillian, Furnell Sr.
    255.    Menesses, Marie
    256.    Meyer, Suzette
    257.    Miller, Dorothy
    258.    Miller, George
    259.    Miller, Jacquetta
    260.    Miller, Raymond
    261.    Miller, Thomas Jr.
    262.    Miller, Yukimi
    263.    Mitchell, Blake
    264.    Mitchell, Charles
    265.    Moreau, Cayla
    266.    Moreau, Chaz
    267.    Morehead, Loretta
    268.    Mosteiro, Michael
    269.    Mullett, Judith
    270.    Mullins, Sabrina
    271.    Murla, Meagan
    272.    Murrell, Rene Jr.
    273.    Murrell, Treasure
    274.    Najolia, Hulda
    275.    Najolia, Robert
    276.    Nehlig, Charlotte
    277.    Nicolay, Jeanette
    278.    Noel, Marjorie
    279.    Nunez, Porfirio
    280.    Nunez, Theresa
    281.    Nunez, Vera
    282.    Ocman, Clayton
    283.    Ocman, Jean V
    284.    Oldstein, Arthur
    285.    Olson, Wanda
    286.    Onidas, Melinda
    287.    Oster, Graciella
    288.    Palmer, Deborah
    289.    Palmer, Michael
    290.    Payne, Larson
    291.    Payne, Talia
    292.    Pepperman, Sherry

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 9

| | | |
|---|---|---|
| 293. | Peters, Fredonia |
| 294. | Peterson, Brayden |
| 295. | Pichon, Barbara |
| 296. | Polk, William |
| 297. | Punch, Israel |
| 298. | Punch, Jade |
| 299. | Punch, Jordan |
| 300. | Quinta, Joshua |
| 301. | Randall, Betty |
| 302. | Ray, Louis |
| 303. | Reilly, Frances C. |
| 304. | Reynaud, Roland |
| 305. | Reynolds, Karen |
| 306. | Rhodes, Anthony Jr. |
| 307. | Rhodes, Anthony Sr. |
| 308. | Rhodes, Keyondriel |
| 309. | Rhodes, Kierell |
| 310. | Rhodes, Pomla |
| 311. | Rhodes, Treymane |
| 312. | Richard, Zelma |
| 313. | Richards, Michael |
| 314. | Richardson, Maryann |
| 315. | Rickli, Elizabeth |
| 316. | Riley, Barbara |
| 317. | Rivierie, Drey |
| 318. | Robin, Jonathan |
| 319. | Robin, Terry |
| 320. | Rome, Roxanne |
| 321. | Ross, John |
| 322. | Ruiz, Elizabeth |
| 323. | Sakobie, James |
| 324. | Saladino, Angelo Sr. |
| 325. | Salande, Teresa |
| 326. | Salez, Carolyn |
| 327. | Salez, Edward |
| 328. | Salez, Justin |
| 329. | Sallean, Aaron |
| 330. | Sallean, Chantell |
| 331. | Sallean, Khiley |

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 10

| | | |
|---|---|---|
| 332. | Sampson, Benjamin |
| 333. | Sampson, Diana |
| 334. | Sampson, Paul |
| 335. | Sampson, Paulina |
| 336. | Sanchez-Terminie, Jane |
| 337. | Santiago, Bernard Sr. |
| 338. | Santiago, Clarence |
| 339. | Saubat, Gayle |
| 340. | Saubat, Louis III |
| 341. | Saubat, Louis Jr |
| 342. | Saucier, Carolyn |
| 343. | Saucier, Glenn |
| 344. | Schallenberg, Jeffrey |
| 345. | Schultz, Donna |
| 346. | Scott, Audie Jr. |
| 347. | Scott, Brenda |
| 348. | Serignet, Estelle |
| 349. | Serignet, Maria |
| 350. | Serignet, Warren |
| 351. | Shelvin, Gerald |
| 352. | Shelvin, Keycia |
| 353. | Shelvin, Mikel |
| 354. | Shield, Mandy |
| 355. | Shields, Brian |
| 356. | Shields, Cameron |
| 357. | Sino, Troy Jr |
| 358. | Slayton, Cecelia |
| 359. | Slayton, Christian |
| 360. | Smith, Dana |
| 361. | Smith, David III |
| 362. | Smith, Gerald |
| 363. | Smith, Ladonna |
| 364. | Smith, Sharon |
| 365. | Smith, Stacie |
| 366. | Songy, Rebecca |
| 367. | Stanich, Angelo III |
| 368. | Stanich, Susan |
| 369. | Stogner, John Jr |
| 370. | Stogner, John Sr |

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 11

371. Stogner, Nadine
372. Stroemple, William
373. Szali, Imre
374. Taylor, Chevis
375. Taylor, Harleigh
376. Taylor, Hunter
377. Taylor, John
378. Teouler, Paul
379. Teoulet, Joseph Jr
380. Thomas, Melissa
381. Thornton, Catherine
382. Tremblay, Kobie
383. Tremblay, Ronald III
384. Tufaro, Brock
385. Tufaro, Rock
386. Unbehahen, Emmett Jr
387. Unbehagen, Emmett Sr
388. Umbehagen, Lisa
389. Vigreaux, Paul
390. Villavaso, William Jr
391. Vodanovich, George
392. Vodanovich, Suzanne
393. Wahl, Michael Sr
394. Walgamotte, Dalise
395. Walgamotte, James
396. Walgamotte, Micaela
397. Walgamotte, Sheryl
398. Walgamotte, Tracey
399. Walker, Bridgette
400. Walker, Lauren
401. Walker, Lawrence
402. Walker, Lawrence II
403. Wallace, Theresa
404. Waller, Mary
405. Webb, Tina
406. Wetherbee, Jessica
407. White, Marie
408. Wilkinson, Gretchen
409. Williams, Natasha

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 12

      410. Williams, Ruth
      411. Wilson, April
      412. Wilson, Jaden
      413. Wilson, Warren
      414. Wood, Beth
      415. Woods, Allison
      416. Woods, Darionne
      417. Woods, Donald Jr
      418. Woods, Hollie
      419. Woods, Joyce
      420. Woods, Penelope
      421. Wust, Peggy
      422. Zilucca, Joyanna

Additionally, the following clients did not correct deficiencies in response to your deficiency letter.

      1. Abdellatif, Farah
      2. Abdellatif, Saif
      3. Arbour, Brandi
      4. Arbour, Justin
      5. Bader, Samayer
      6. Bailey, Darren
      7. Baker, Karen
      8. Banks, Selina
      9. Bertheaud, Jay Jr.
      10. Diecidue, Halli
      11. Ceaser, Louis Jr.
      12. Coble, Annemarie
      13. Damond, Lena
      14. Dewint, Savanna
      15. Dewint, Tina
      16. Diecedue, Janet
      17. Doherty, Henry Jr.
      18. Eugene, Melvin
      19. Feraci, Joseph
      20. Graves, Jeffrey
      21. Hotard, Azilda

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 13

22. Johnson, Amanda
23. Jones, Lanny Sr.
24. Langlois, Eddie
25. Lemoine, John
26. Loveless, Wendy
27. Manno, Nicholas III
28. Mayeux, Paul IV
29. Montana, Joseph
30. Nuccio, David
31. Nuccio, Nancy
32. Nuccio, Shawn
33. Olivieri, Arthur
34. Pilet, Lester III
35. Pilet, Petrus
36. Reilly, Frances IV
37. Rodriguez, Susan
38. Sampson, Dana
39. Sampson, Joseph
40. Sarmiento, Charles
41. Saubat, Leslie
42. Scott, Derrick
43. Sloan, Kevin
44. Spisak, Mistie
45. Stanich, Sarah
46. Stogner, Jack
47. Walgamotte, Deborah
48. Watson, Althilia
49. Weaver, Sidney
50. Weaver, Ursula
51. Williams, Bobbie

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
August 11, 2011
Page 14

    RLB/jb
    Encls.

    cc:

    **U.S. Government Liaison**:
    Henry T. Miller
    U.S. Department of Justice
    Senior Trial Counsel
    U. S. Department of Justice
    Civil Division, Environmental Torts Section
    1331 Penn Avenue, NW
    Room 8220-N
    Washington, DC  20004
    email:  henry.miller@usdoj.gov

    **PSC Liaison:**
    Mikal C. Watts
    Watts Guerra Craft LLP
    Four Dominion Drive
    Building Three
    Suite 100
    San Antonio, Texas  78257
    email:  mcwatts@wgclawfirm.comWatts

    w/encls.