## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs: Saif Abdellatif, Somaya Bader, | * | |
| Selina Dison Banks, Louis Bernard Ceaser | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc, et al* | * | |
| Docket No. 10-3663 | * | |
| Plaintiffs: Saif Abdellatif, Somaya Bader, | * | |
| Joseph Feraci, Azilda Duplechin Hotard | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiff: Jay Gerard Bertheaud | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs: Tina Louise Dewint, Tina Louise | * | |
| Dewint o/b/o S.D., Henry Doherty, Melvin Eugene | * | |
| | * | |
| *Fetter, et al v. Gulf Stream Coach, Inc, et al* | * | |
| Docket No. 10-3664 | * | |
| Plaintiff: Jeffrey Michel Graves | * | |
| | * | |
| *Deano, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3942 | * | |
| Plaintiff: Jeffrey Michel Graves | * | |
| | * | |
| *Andrews, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6894 & 10-3943 | * | |
| Plaintiff: Jeffrey Michel Graves | * | |
| | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3550 | * | |
| Plaintiffs: Amanda Michelle Johnson, Lanney | * | |
| Steger Jones | * | |
| | * | |
| *LaFuentes, et al v. Gulf Stream Coach, Inc., et al* | * | |

| | |
|---|---|
| Docket No. 10-3544 | * |
| Plaintiff:  Wendy Loveless | * |
| | * |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3704 | * |
| Plaintiff:  Joseph Montana | * |
| | * |
| *Mackles, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3734 | * |
| Plaintiffs:  David S. Nuccio, David S. Nuccio | * |
| o/b/o S.N. | * |
| | * |
| *Chilton, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3714 | * |
| Plaintiffs:  Leslie A. Saubat, Kevin Sloan | * |
| | * |
| *Scott, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3709 | * |
| Plaintiff:  Derrick Scott | * |
| | * |
| *Vaccarella, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3824 | * |
| Plaintiffs:  Althila Latoya Watson, Sidney Weaver, | * |
| Ursula Weaver | * |
| | * |
| *Macalusa, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3510 | * |
| Plaintiffs:  Nicholas A. Manno, Paul Mayeux, | * |
| David S. Nuccio, David S. Nuccio o/b/o S.N., | * |
| Nancy Nuccio, Arthur L. Olivieri, Frances Reilly | * |
| | * |
| *Macaluso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3737 | * |
| Plaintiff:  David S. Nuccio | * |

**************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

3

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Saif Abdellatif
2. Somaya Bader
3. Selina Dison Banks
4. Louis Bernard Ceaser
5. Joseph Feraci
6. Azilda Duplechin Hotard
7. Jay Gerard Bertheaud
8. Tina Louise Dewint
9. Tina Louise Dewint o/b/o S.D.
10. Henry Doherty
11. Melvin Eugene
12. Jeffrey Michel Graves
13. Amanda Michelle Johnson
14. Lanney Steger Jones
15. Wendy Loveless
16. Joseph Montana
17. David S. Nuccio
18. David S. Nuccio o/b/o S.N.
19. Leslie A. Saubat
20. Kevin Sloan
21. Derrick Scott
22. Althila Latoya Watson
23. Sidney Weaver
24. Ursula Weaver
25. Nicholas A. Manno
26. Paul Mayeux
27. Nancy Nuccio
28. Arthur L. Olivieri
29. Frances Reilly

_____
UNITED STATES DISTRICT JUDGE