# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Ernest Anthony v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4586 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Annie Clausell | * | |
| William Clausell | * | |
| Rhonda Kay | * | |
| Charlet Roberts | * | |

*************************************************************************

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco Enterprises, Inc. (Jayco), CH2M Hill Constructors, Inc., Shaw Environmental, Inc. and Fluor Enterprises, Inc. who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Annie Clausell (Plaintiff in *Anthony*, C.A. 09-4586)

- William Clausell (Plaintiff in *Anthony*, C.A. 09-4586)

- Rhonda Kay (Plaintiff in *Anthony*, C.A. 09-4586)

- Charlet Roberts (Plaintiff in *Anthony*, C.A. 09-4586)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

     **Attorneys for Jayco Enterprises, Inc.**


**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


By:   s/*Gerardo R. Barrios*
     ROY C. CHEATWOOD (La. Bar No. 4010)
     GERARDO R. BARRIOS (La. Bar No. 21223)
     M. DAVID KURTZ (La. Bar No. 23821)
     KAREN KALER WHITFIELD (La. Bar No. 19350)
     WADE M. BASS (La. Bar No. 29081)
     No. 3 Sanctuary Boulevard, Suite 201
     Mandeville, La 70471
     (985) 819-8400 – Telephone
     (985) 819-8484 – Facsimile
     rcheatwood@bakerdonelson.com
     gbarrios@bakerdonelson.com
     dkurtz@bakerdonelson.com
     kwhitfield@bakerdonelson.com
     wbass@bakerdonelson.com


     **Attorneys for CH2M Hill Constructors, Inc.**
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*M. David Kurtz*_____
       M. DAVID KURTZ  (#23821)
       KAREN KALER WHITFIELD (#19350)
       CATHERINE N. THIGPEN (#30001)
       201 St. Charles Avenue, Suite 3600
       (504) 566-5200 – Telephone
       (504) 636-4000 – Facsimile

       **Attorneys for Shaw Environmental, Inc.**


**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*_____
       Charles R. Penot, Jr. (La. Bar No. 1530 &
       Tx. Bar No. 24062455)
       717 North Harwood, Suite 2400
       Dallas, Texas 75201
       (214) 220-6334 – Telephone
       (214) 220-6807 – Facsimile

         *-and-*

       Dominic J. Gianna, La. Bar No. 6063
       Sarah A. Lowman, La. Bar No. 18311
       201 St. Charles Avenue, Suite 3100
       New Orleans, Louisiana 70170
       (504) 525-7200 – Telephone
       (504) 581-5983 – Facsimile

         *-and-*

       Richard A. Sherburne., La. Bar No. 2106
       450 Laurel Street, Suite 1101
       Baton Rouge, Louisiana 70801
       (225) 381-7700 – Telephone
       (225) 381-7730 – Facsimile

       **Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 24th day of August, 2011.


   s/*Thomas L. Cougill*
THOMAS L. COUGILL


**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, Jim S. Hall & Associates, LLC, opposes this motion.


   s/*Thomas L. Cougill*
THOMAS L. COUGILL