UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Abdul Q. Kahn, et al. v.*
*Superior Homes, LLC, et al.*,
EDLA No. 10-3717
*****************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, *Abdul Q. Kahn, et al. v. Superior Homes, LLC, et al.*, **EDLA No. 10-3717**, filed October 15, 2010, in the Eastern District of Louisiana, to include the following named plaintiff(s):

• Jennifer Keiff

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff(s) was/were originally named plaintiff(s) in, *Helen Albarado, et al. v. Morgan Buildings and Spas, Inc., et al.*, **EDLA No. 10-3702**, filed October 15, 2010, and subsequently

amended, in the Eastern District of Louisiana, based upon the information provided at the time of filing.

A review of documents and materials available to plaintiffs now show that plaintiff(s) was/were erroneously placed in the above-referenced suit(s) and are now able to be matched to **MITCHELL COUNTY INDUSTRIES f/k/a/ SUPERIOR PARK MODEL HOMES**. This motion is solely intended to place the above-named plaintiff(s) in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new plaintiff(s).

Upon information and belief, this/these plaintiff(s) resided in the same type of FEMA supplied emergency housing unit manufactured by **MITCHELL COUNTY INDUSTRIES f/k/a/ SUPERIOR PARK MODEL HOMES**, as the existing plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the Second Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated plaintiff(s) from making their proper claim against the proper defendant, plaintiff(s) seeks/seek to add the above-named plaintiff(s) to an existing complaint and remove their names from the erroneous Complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched plaintiffs.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        8301 West Judge Perez Drive, Suite 303

Chalmette, LA 70043  
Telephone: (504) 271-8421  
Facsimile: (504) 271-1961  
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns  
**ROBERTA L. BURNS**