**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Tuesday, August 23, 2011 1:06 PM
**To:** CARMEN MOTES
**Subject:** RE: Missing PFS letter dated August 8, 2011 - Jamie Foster

Did and now not.

---

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Tuesday, August 23, 2011 9:00 AM
**To:** wanda@jimshall.com
**Subject:** RE: Missing PFS letter dated August 8, 2011 - Jamie Foster

Did you all ever represent her and are withdrawing or you never represented her?

---

**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Tuesday, August 23, 2011 8:51 AM
**To:** CARMEN MOTES
**Subject:** Missing PFS letter dated August 8, 2011 - Jamie Foster

Carmen,

We no longer represent Jamie Foster for any claims she may have due to living in a FEMA trailer.

Thanks,
Wanda

1