UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| *Abdul Q. Kahn, et al. v.* | |
| *Superior Homes, LLC, et al.*, | |
| EDLA No. 10-3717 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add additional named plaintiff(s) who, on information and belief, resided in the same type of emergency housing unit manufactured by **MITCHELL COUNTY INDUSTRIES f/k/a/ SUPERIOR PARK MODEL HOMES** because the denial of inclusion would be unjust and prevent the aggrieved plaintiff(s) from having their claims heard.

**WHEREFORE,** the plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Second Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Abdul Q. Kahn, et al. v. Superior Homes, LLC, et al.*, **EDLA No. 10-3717**, filed October 15, 2010, and the First Amended Supplemental Complaint filed on March 25, 2011, in the Eastern District of Louisiana.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:       s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/ Roberta L. Burns
                **ROBERTA L. BURNS**