UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                            SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Abdul Q. Kahn, et al. v.*
*Superior Homes, LLC, et al.*,
**EDLA No. 10-3717**
*************************************************************************

# O R D E R

Considering the foregoing Motion for Leave to File Second Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**