# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Frank Duplessis, Jr. v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8686 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Charles Brown, Sr. | * | |
| Frank Duplessis, Jr. | * | |
| Edward V. Johnson | * | |
| Brenda A. Smith | * | |
| Dorothy Vidacovich | * | |
| Brittany O. Williams | * | |
| Clarence Williams | * | |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel come, defendants, Starcraft RV, Inc. ("Starcraft"), Fluor Enterprises, Inc. and Shaw Environmental, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Charles Brown, Sr. (Plaintiff in *Duplessis*, C.A. 09-8686)
- Frank Duplessis, Jr. (Plaintiff in *Duplessis*, C.A. 09-8686)
- Edward V. Johnson (Plaintiff in *Duplessis*, C.A. 09-8686)
- Brenda A. Smith (Plaintiff in *Duplessis*, C.A. 09-8686)
- Dorothy Vidacovich (Plaintiff in *Duplessis*, C.A. 09-8686)

1

- Brittany O. Williams (Plaintiff in *Duplessis*, C.A. 09-8686)
- Clarence Williams (Plaintiff in *Duplessis*, C.A. 09-8686)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By: s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

*-and-*

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**


**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


By: _s/*M. David Kurtz*_____
M. DAVID KURTZ  (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
(504) 566-5200 – Telephone
(504) 636-4000 – Facsimile

**Attorneys for Shaw Environmental, Inc.**

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 24th day of August, 2011.

                                                 s/*Thomas L. Cougill*
                                                 THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, Bruno & Bruno, LLP, does not oppose this motion.

                                                 s/*Thomas L. Cougill*
                                                 THOMAS L. COUGILL