# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS   LOUISIANA   MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                   TomC@willingham-law.com

April 13, 2011

Joseph M. Bruno                                                         *Via Email and Regular U.S. Mail*
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
jbruno@brunobrunolaw.com

Dear Joseph Bruno:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Leo Quezergue v. Jayco, Inc.*, cause no. 09-8640**

1. Michael A. Adams
2. Judy G. Addison
3. Robert Anderson, Jr.
4. Michelle Augustine
5. Denise Bienemy
6. Janay M. Bolton
7. Jarvis M. Bolton
8. Jennifer M. Bolton
9. Rickey S. Bolton
10. Carol M. Brown
11. George Brown
12. Eric A. Charles
13. Loretta M. Cyrus



*Leo Quezergue v. Jayco, Inc.,* cause no. 09-8640 (cont'd)

14. Sandra V. Davis
15. Cynthia Domino
16. Henry Elzie
17. Wiletta Ferdinand
18. Armand J. Ferrouillet, Jr.
19. Kandace A. Ferrouillet
20. Peggy J. Ferrouillet
21. Jason Freeman
22. Joyce L. Garrison
23. Ganea J. Griffin
24. Lyndon Guidry
25. Lyndon Guidry, Jr.
26. Thomas J. Harrington
27. Mayana Hockett
28. Raynard A. Hockett
29. Michele Jackson
30. Ura D. Jackson
31. Cornelia E. Johnson
32. Edward F. Johnson
33. Edward V. Johnson
34. Elizabeth W. Johnson
35. Darlene A. Jones
36. Joseph L. Jones
37. Michael Jones
38. Myra B. Lewis
39. Raymond D. Lewis, Jr.
40. Kathleen A. Manske
41. Andre J. Markey
42. Gaylard Markey
43. Ann M. Mayeaux
44. Kyiana M. Mayeaux
45. Beverly A. Moore
46. Rowland A. Moore
47. Alex T. Partlan
48. Patricia K. Partlan
49. Rochelle Partlan
50. Gilda H. Price
51. James M. Price
52. Leo J. Quezergue
53. Norwood M. Richard
54. Rosalind Riley
55. Claudia A. Robertson
56. Lawrence Robertson, Sr.
57. Rosetta D. Santiago
58. Tramayne W. Santiago
59. Mary Scott

*Leo Quezergue v. Jayco, Inc.,* **cause no. 09-8640 (cont'd)**

60. Edna J. Shields
61. Jeremiah Shields
62. John F. Smith
63. Juan Solano
64. Terri L. St. Cyr
65. James A. Taylor
66. Barbara B. Tervalon
67. Antoinette M. Theriot
68. John A. Thomas
69. Hilda Venson-Markey
70. James T. White
71. Clarence Williams
72. Jasmine M. Williams
73. John H. Williams, Sr.
74. Juan Williams
75. Sandra A. Williams

*Frank Duplessis, Jr. v. Starcraft RV, Inc.,* **cause no. 09-8686**

1. Charles Brown, Sr.
2. Frank Duplessis, Jr.
3. Edward V. Johnson
4. Joseph G. Perkins
5. Brenda A. Smith
6. Delores C. Smith
7. Dorothy Vidacovich
8. Brittany O. Williams
9. Clarence Williams

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Warmest regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc: Jerry Meunier *(via email)*
Andrew Weinstock *(via email)*
Henry Miller *(via email)*
Gerald Meunier *(via email)*
Justin Woods *(via email)*