UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leo Quezergue v. Jayco, Inc.* | * | |
| Docket No. 09-8640 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Michael A. Adams | * | |
| Judy G. Addison | * | |
| Robert Anderson, Jr. | * | |
| Michelle Augustine | * | |
| Denise Bienemy | * | |
| Eric A. Charles | * | |
| Sandra V. Davis | * | |
| Wiletta Ferdinand | * | |
| Armand J. Ferrouillet, Jr. | * | |
| Kandace A. Ferrouillet | * | |
| Peggy J. Ferrouillet | * | |
| Joyce L. Garrison | * | |
| Lyndon Guidry | * | |
| Lyndon Guidry, Jr. | * | |
| Thomas J. Harrington | * | |
| Edward F. Johnson | * | |
| Edward V. Johnson | * | |
| Elizabeth W. Johnson | * | |
| Darlene A. Jones | * | |
| Joseph L. Jones | * | |
| Michael Jones | * | |
| Myra B. Lewis | * | |
| Raymond D. Lewis, Jr. | * | |
| Kathleen A. Manske | * | |
| Andre J. Markey | * | |
| Gaylard Markey | * | |
| Ann M. Mayeaux | * | |
| Kyiana M. Mayeayx | * | |
| Beverly A. Moore | * | |
| Rowland A. Moore | * | |
| Alex T. Partlan | * | |

1

|  |  |
|---|---|
| Patricia K. Partlan | * |
| Rochelle Partlan | * |
| Leo J. Quezergue | * |
| Claudia A. Robertson | * |
| Lawrence Robertson, Sr. | * |
| Mary Scott | * |
| Jeremiah Shields | * |
| John F. Smith | * |
| Juan Solano | * |
| Terri L. St. Cyr | * |
| James A. Taylor | * |
| Barbara B. Tervalon | * |
| Antoinette M. Theriot | * |
| Merial Hall, obo John A. Thomas | * |
| Hilda Venson-Markey | * |
| James T. White | * |
| Clarence Williams | * |
| Jasmine M. Williams | * |
| John H. Williams, Sr. | * |
| Juan Williams | * |
| Sandra A. Williams | * |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel come, defendants, Jayco, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Michael A. Adams (Plaintiff in *Quezergue*, C.A. 09-8640)

- Judy G. Addison (Plaintiff in *Quezergue*, C.A. 09-8640)

- Robert Anderson, Jr. (Plaintiff in Quezergue, C.A. 09-8640)

2

- Michelle Augustine (Plaintiff in Quezergue, C.A. 09-8640)

- Denise Bienemy (Plaintiff in *Quezergue*, C.A. 09-8640)

- Eric A. Charles (Plaintiff in *Quezergue*, C.A. 09-8640)

- Sandra V. Davis (Plaintiff in Quezergue, C.A. 09-8640)

- Wiletta Ferdinand (Plaintiff in Quezergue, C.A. 09-8640)

- Armand J. Ferrouillet, Jr. (Plaintiff in Quezergue, C.A. 09-8640)

- Kandace A. Ferrouillet (Plaintiff in Quezergue, C.A. 09-8640)

- Peggy J. Ferrouillet (Plaintiff in Quezergue, C.A. 09-8640)

- Joyce L. Garrison (Plaintiff in *Quezergue*, C.A. 09-8640)

- Lyndon Guidry (Plaintiff in *Quezergue*, C.A. 09-8640)

- Lyndon Guidry, Jr. (Plaintiff in *Quezergue*, C.A. 09-8640)

- Thomas J. Harrington (Plaintiff in *Quezergue*, C.A. 09-8640)

- Edward F. Johnson (Plaintiff in Quezergue, C.A. 09-8640)

- Edward V. Johnson (Plaintiff in *Quezergue*, C.A. 09-8640)

- Elizabeth W. Johnson (Plaintiff in Quezergue, C.A. 09-8640)

- Darlene A. Jones (Plaintiff in *Quezergue*, C.A. 09-8640)

- Joseph L. Jones (Plaintiff in Quezergue, C.A. 09-8640)

- Michael Jones (Plaintiff in *Quezergue*, C.A. 09-8640)

- Myra B. Lewis (Plaintiff in Quezergue, C.A. 09-8640)

- Raymond D. Lewis, Jr. (Plaintiff in Quezergue, C.A. 09-8640)

- Kathleen A. Manske (Plaintiff in Quezergue, C.A. 09-8640)

- Andre J. Markey (Plaintiff in *Quezergue*, C.A. 09-8640)

- Gaylard Markey (Plaintiff in *Quezergue*, C.A. 09-8640)

- Ann M. Mayeaux (Plaintiff in Quezergue, C.A. 09-8640)

- Kyiana M. Mayeaux (Plaintiff in Quezergue, C.A. 09-8640)

- Beverly A. Moore (Plaintiff in Quezergue, C.A. 09-8640)

- Rowland A. Moore (Plaintiff in Quezergue, C.A. 09-8640)

- Alex T. Partlan (Plaintiff in Quezergue, C.A. 09-8640)

- Patricia K. Partlan (Plaintiff in Quezergue, C.A. 09-8640)

- Rochelle Partlan (Plaintiff in Quezergue, C.A. 09-8640)

- Leo J. Quezergue (Plaintiff in *Quezergue*, C.A. 09-8640)

- Claudia A. Robertson (Plaintiff in *Quezergue*, C.A. 09-8640)

- Lawrence Robertson, Sr. (Plaintiff in *Quezergue*, C.A. 09-8640)

- Mary Scott (Plaintiff in *Quezergue*, C.A. 09-8640)

- Jeremiah Shields (Plaintiff in *Quezergue*, C.A. 09-8640)

- John F. Smith (Plaintiff in *Quezergue*, C.A. 09-8640)

- Juan Solano (Plaintiff in *Quezergue*, C.A. 09-8640)

- Terri St. Cyr (Plaintiff in Quezergue, C.A. 09-8640)

- James A. Taylor (Plaintiff in Quezergue, C.A. 09-8640)

- Barbara B. Tervalon (Plaintiff in Quezergue, C.A. 09-8640)

- Antoinette M. Theriot (Plaintiff in Quezergue, C.A. 09-8640)

- Merial Hall, on behalf of John A. Thomas (Plaintiff in Quezergue, C.A. 09-8640)

- Hilda Venson-Markey (Plaintiff in Quezergue, C.A. 09-8640)

- James T. White (Plaintiff in Quezergue, C.A. 09-8640)

- Clarence Williams (Plaintiff in *Quezergue*, C.A. 09-8640)

- Jasmine M. Williams (Plaintiff in Quezergue, C.A. 09-8640)

- John H. Williams, Sr. (Plaintiff in Quezergue, C.A. 09-8640)

- Juan Williams (Plaintiff in *Quezergue*, C.A. 09-8640)

- Sandra A. Williams (Plaintiff in Quezergue, C.A. 09-8640)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

    **Attorneys for Jayco, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By: s/*Charles R. Penot, Jr.*
    Charles R. Penot, Jr. (La. Bar No. 1530 &
    Tx. Bar No. 24062455)
    717 North Harwood, Suite 2400
    Dallas, Texas 75201
    (214) 220-6334 – Telephone
    (214) 220-6807 – Facsimile

    *-and-*

    Dominic J. Gianna, La. Bar No. 6063
    Sarah A. Lowman, La. Bar No. 18311
    201 St. Charles Avenue, Suite 3100
    New Orleans, Louisiana 70170
    (504) 525-7200 – Telephone
    (504) 581-5983 – Facsimile

    *-and-*

        Richard A. Sherburne., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        (225) 381-7700 – Telephone
        (225) 381-7730 – Facsimile

        **Attorneys for Fluor Enterprises, Inc.**


**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


By:   s/*M. David Kurtz*
      M. DAVID KURTZ  (#23821)
      KAREN KALER WHITFIELD (#19350)
      CATHERINE N. THIGPEN (#30001)
      201 St. Charles Avenue, Suite 3600
      (504) 566-5200 – Telephone
      (504) 636-4000 – Facsimile

      **Attorneys for Shaw Environmental, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 24th day of August, 2011.

                s/*Thomas L. Cougill*
                THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, Bruno & Bruno, LLP, does not oppose this motion.

                s/*Thomas L. Cougill*
                THOMAS L. COUGILL