UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leo Quezergue v. Jayco, Inc.* | * | |
| Docket No. 09-8640 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Michael A. Adams | * | |
| Judy G. Addison | * | |
| Robert Anderson, Jr. | * | |
| Michelle Augustine | * | |
| Denise Bienemy | * | |
| Eric A. Charles | * | |
| Sandra V. Davis | * | |
| Wiletta Ferdinand | * | |
| Armand J. Ferrouillet, Jr. | * | |
| Kandace A. Ferrouillet | * | |
| Peggy J. Ferrouillet | * | |
| Joyce L. Garrison | * | |
| Lyndon Guidry | * | |
| Lyndon Guidry, Jr. | * | |
| Thomas J. Harrington | * | |
| Edward F. Johnson | * | |
| Edward V. Johnson | * | |
| Elizabeth W. Johnson | * | |
| Darlene A. Jones | * | |
| Joseph L. Jones | * | |
| Michael Jones | * | |
| Myra B. Lewis | * | |
| Raymond D. Lewis, Jr. | * | |
| Kathleen A. Manske | * | |
| Andre J. Markey | * | |
| Gaylard Markey | * | |
| Ann M. Mayeaux | * | |
| Kyiana M. Mayeayx | * | |
| Beverly A. Moore | * | |
| Rowland A. Moore | * | |
| Alex T. Partlan | * | |

1

| | |
|---|---|
| Patricia K. Partlan | * |
| Rochelle Partlan | * |
| Leo J. Quezergue | * |
| Claudia A. Robertson | * |
| Lawrence Robertson, Sr. | * |
| Mary Scott | * |
| Jeremiah Shields | * |
| John F. Smith | * |
| Juan Solano | * |
| Terri L. St. Cyr | * |
| James A. Taylor | * |
| Barbara B. Tervalon | * |
| Antoinette M. Theriot | * |
| Merial Hall, obo John A. Thomas | * |
| Hilda Venson-Markey | * |
| James T. White | * |
| Clarence Williams | * |
| Jasmine M. Williams | * |
| John H. Williams, Sr. | * |
| Juan Williams | * |
| Sandra A. Williams | * |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Michael A. Adams, Judy G. Addison, Robert Anderson, Jr., Michelle Augustine, Denise Bienemy, Eric A. Charles, Sandra V. Davis, Wiletta Ferdinand, Armand J. Ferrouillet, Jr., Kandace A. Ferrouillet, Peggy J. Ferrouillet, Joyce L. Garrison, Lyndon Guidry, Lyndon Guidry, Jr., Thomas J. Harrington, Edward F. Johnson, Edward V. Johnson, Elizabeth W. Johnson, Darlene A. Jones, Joseph L. Jones, Michael Jones, Myra B. Lewis, Raymond D. Lewis, Jr.,

Kathleen A. Manske, Andre J. Markey, Gaylard Markey, Ann M. Mayeaux, Kyiana M. Mayeaux, Beverly A. Moore, Rowland A. Moore, Alex T. Pertlan, Patricia K. Partlan, Rochelle Partlan, Leo J. Quezergue, Claudia A. Robertson, Lawrence Robertson, Sr., Mary Scott, Jeremiah Shields, John F. Smith, Juan Solano, Terri L. St. Cyr, James A. Taylor, Barbara B. Tervalon, Antoinette M. Theriot, Merial Hall, on behalf of John A. Thomas, Hilda Venson-Markey, James T. White, Clarence Williams, Jasmine M. Williams, John H. Williams, Sr., Juan Williams and Sandra A. Williams, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE