# BRUNO & BRUNO LLP
& YOU, SINCE 1950 — TRIAL LAWYERS

FRANK S. BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO

DAVID S. SCALIA
JOSEPH BRUNO, JR.
CHRISTOPHER M. HATCH
STEPHANIE MAY BRUNO

April 19, 2011

**VIA FEDERAL EXPRESS**
Tom L. Cougill
WILLINGHAM, FULTZ & COUGILL, LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002

    Re:    *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
           United States District Court, Eastern District of Louisiana
           MDL No. 1873

Dear Mr. Cougill:

    I am in receipt of and thank you for your correspondence dated April 13, 2011. As per your request please find enclosed Plaintiff Fact Sheets for the following individuals:

*Leo Quezergue v. Jayco, Inc.; Civil Action No. 09-8640*

1.) Bernice Martinez
2.) Carol M. Brown
3.) Cornelia F. Johnson
4.) Cynthia M. Domino
5.) Edna Shields
6.) Ganea Griffin
7.) George Brown
8.) Gilda Price
9.) Henry Elzie
10.) James Price
11.) Janay M. Bolton
12.) Jarvis M. Bolton
13.) Jason C. Freeman
14.) Jennifer Bolton
15.) Loretta M. Cyrus
16.) Michele Jackson
17.) Mayana Hockett
18.) Norwood M. Richard
19.) Raynard A. Hockett
20.) Rickey Bolton, Jr.
21.) Rickey Bolton, Sr.
22.) Rosalind Riley



RECEIVED APR 21 2011 WILLINGHAM, FUL[TZ]

EXHIBIT B

23.) Rosetta Santiago
24.) Tramayne Santiago
25.) Ura Jackson

### *Frank Duplessis, Jr. v. Starcraft RV, Inc.; Civil Action No. 09-8686*

1.) Joseph G. Perkins

We have not been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

### *Leo Quezergue v. Jayco, Inc.; Civil Action No. 09-8640*

1.) Michael A. Adams
2.) Judy G. Addison
3.) Robert Anderson, Jr.
4.) Michelle Augustine
5.) Denise Bienemy
6.) Eric A. Charles
7.) Sandra V. Davis
8.) Wiletta Ferdinand
9.) Armand J. Ferrouillet, Jr.
10.) Kandace A. Ferrouillet
11.) Peggy J. Ferrouillet
12.) Joyce L. Garrison
13.) Lyndon Guidry
14.) Lyndon Guidry, Jr.
15.) Thomas J. Harrington
16.) Edward F. Johnson
17.) Edward V. Johnson
18.) Darlene A. Jones
19.) Joseph L. Jones
20.) Michael Jones
21.) Myra B. Lewis
22.) Raymond D. Lewis, Jr.
23.) Kathleen A. Manske
24.) Andre J. Markey
25.) Gaylard Markey
26.) Ann M. Mayeaux
27.) Kyiana M. Mayeaux
28.) Beverly A. Moore
29.) Rowland A. Moore
30.) Alex T. Parlan

31.) Patricia K. Partlan
32.) Rochelle Parlan
33.) Leo J. Quezergue
34.) Claudia A. Robertson
35.) Lawrence Robertson, Sr.
36.) Mary Scott
37.) Jeremiah Shields
38.) John F. Smith
39.) Juan Solano
40.) Terri L. St. Cyr
41.) James A. Taylor
42.) Barbara B. Tervalon
43.) Antoinette M. Theriot
44.) John A. Thomas
45.) Hilda Venson-Markey
46.) James T. White
47.) Clarence Williams
48.) Jasmine M. Williams
49.) John H. Williams, Sr.
50.) Juan Williams
51.) Sandra A. Williams

### *Frank Duplessis, Jr. v. Starcraft RV, Inc.; Civil Action No. 09-8686*

1.) Charles Brown, Sr.
2.) Frank Duplessis, Jr.
3.) Edward V. Johnson
4.) Brenda A. Smith
5.) Delores C. Smith
6.) Dorothy Vidacovich
7.) Brittany O. Williams
8.) Clarence Williams.

If you have any questions, please feel free to contact me directly at (504) 304-2640.

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie* (signature)

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno