UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Norma Biggs, Robin Diaz Goutierez | * | |
| o/b/o Corey Boblinger, Patricia Kay Borja, | * | |
| Amanda R. Bourquard, Vanessa Hopkins o/b/o | * | |
| Tyreal Bowens, Corey Carroll Braendal, Brittany | * | |
| Brightman, Dolhman Brown | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs:  Stacey Padilla o/b/o Blake Bihm, | * | |
| Donald R. Bihm | * | |
| | * | |
| *Booze, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-4028 | * | |
| Plaintiffs:  Lawrence Booze, Robin Booze, | * | |
| Yenan Booze | * | |
| | * | |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3553 | * | |
| Plaintiff:  Brittany Brightman | * | |

*********************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

1. Norma Biggs
2. Stacey Padilla o/b/o Blake Bihm

00230401-1

3. Donald R. Bihm
4. Robin Diaz Goutierez o/b/o Corey Boblinger
5. Lawrence Booze
6. Robin Booze
7. Yenan Booze
8. Patricia Kay Borja
9. Amanda R. Bourquard
10. Vanessa Hopkins o/b/o Tyreal Bowens
11. Corey Carroll Braendal
12. Brittany Brightman
13. Dolhman Brown

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

00230401-1                            2

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this 25th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**