Law Offices of
## SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

August 20, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 07-1873
*Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following:

1. Bigting, Dexter
2. Bigting, Joshua
3. Bigting, Justin
4. Bonura, Kal
5. Boudreaux, Brian
6. Bradley, Loretta
7. Bradley, Wilmont
8. Brown, Archange

Additionally, after researching our files, we are unable to locate a PFS for the following client:

1. Biggs, Norma
2. Bihm, Blake
3. Bihm, Donald Jr
4. Boblinger, Corey
5. Booze, Lawrence
6. Booze, Robin
7. Booze, Yenan
8. Borja, Patrica
9. Bourquard, Amanda



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 20, 2011
Page 2

    10.    Bowens, Tyreal
    11.    Braendel, Corey
    12.    Brightman, Brittany
    13.    Brown, Dolham

    Thanking you for your attention to this matter, I remain

    Sincerely,

    s/Roberta L. Burns

    Roberta L. Burns

RLB/jb
Encls.
cc:

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.