**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Norma Biggs, Robin Diaz Goutierez | * | |
| o/b/o Corey Boblinger, Patricia Kay Borja, | * | |
| Amanda R. Bourquard, Vanessa Hopkins o/b/o | * | |
| Tyreal Bowens, Corey Carroll Braendal, Brittany | * | |
| Brightman, Dolhman Brown | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs:  Stacey Padilla o/b/o Blake Bihm, | * | |
| Donald R. Bihm | * | |
| | * | |
| *Booze, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-4028 | * | |
| Plaintiffs:  Lawrence Booze, Robin Booze, | * | |
| Yenan Booze | * | |
| | * | |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3553 | * | |
| Plaintiff:  Brittany Brightman | * | |

**************************************************************************

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

    1.    Norma Biggs
    2.    Stacey Padilla o/b/o Blake Bihm

3.      Donald R. Bihm
4.      Robin Diaz Goutierez o/b/o Corey Boblinger
5.      Lawrence Booze
6.      Robin Booze
7.      Yenan Booze
8.      Patricia Kay Borja
9.      Amanda R. Bourquard
10.     Vanessa Hopkins o/b/o Tyreal Bowens
11.     Corey Carroll Braendal
12.     Brittany Brightman
13.     Dolhman Brown


_____
UNITED STATES DISTRICT JUDGE