# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Mindy Alexis, Jorge Alvarado, | * | |
| Susie Alvarado, Christopher Michael Atkinson | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs:  Ashley Allen, Stacey Anderson | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3940 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Mindy Alexis | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Vernon E. Alfonso, Lloyd A. | * | |
| Appel | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3951 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiffs:  Dorothy Acosta, Russ Acosta, | * | |
| Christopher Michael Atkinson | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3987 | * | |
| Plaintiffs:  Dorothy Acosta, Russ Acosta | * | |
| | * | |
| *Alexis, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket Nos. 10-3708 & 10-3939 | * | |

| | |
|---|---|
| Plaintiff: Mindy Alexis | * |
| | * |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3704 | * |
| Plaintiff: Vernon E. Alfonso | * |
| | * |
| *Ancalade, et al v. Gulf Stream Coach, Inc., et al* | * |
| Docket No. 10-3555 | * |
| Plaintiff: Carrolyn Ancalade | * |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

1. Dorothy Acosta
2. Russ Acosta
3. Helen Albarado
4. Raymond Albarado
5. Mindy Alexis
6. Vernon E. Alfonso
7. Ashley Allen
8. Jorge Alvarado
9. Susie Alvarado
10. Carrolyn Ancalade
11. Stacey Anderson
12. Lloyd A. Appel
13. Christopher Michael Atkinson

The reasons for the Motion are more fully set forth in the attached Memorandum in

00230631-1                                        2

Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

                          Respectfully Submitted,

                          **DUPLASS, ZWAIN, BOURGEOIS,**
                          **PFISTER & WEINSTOCK**

                          s/Andrew D. Weinstock
                          _____
                          **ANDREW D. WEINSTOCK #18495**
                          **JOSEPH G. GLASS #25397**
                          3838 N. Causeway Boulevard, Suite 2900
                          Metairie, Louisiana  70002
                          Telephone: (504) 832-3700
                          Facsimile: (504) 837-3119
                          andreww@duplass.com
                          jglass@duplass.com

                          and

                          **SCANDURRO & LAYRISSON**
                          **Timothy D. Scandurro #18424**
                          **Dewey M. Scandurro #23291**
                          607 St. Charles Avenue
                          New Orleans, LA 70130
                          (504) 522-7100
                          (504) 529-6199 (FAX)
                          tim@scanlayr.com
                          dewey@scanlayr.com
                          **Counsel for Defendant, Gulf Stream Coach, Inc.**

### CERTIFICATE OF SERVICE

     **I DO HEREBY CERTIFY** that on this 25th day of August, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                          *s/ Andrew D. Weinstock*
                          _____
                          **ANDREW D. WEINSTOCK**