Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

August 1, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            Gulf Stream Coach, Inc; Missing PFS

Dear Counsel:

    Pursuant to your letter dated July 13, 2011 concerning those individuals for whom you had no PFS; please find the PFS we were able to locate for Ahmad Abdellatif, Regina Amato, Christopher Ansardi, and Charles Arbour. Mr. Ahmad Abdellatif and Regina Amato's deficiencies are being processed at this time pursuant to the terms and the deadlines established in the Court's Pretrial Order No. 88. Please be advised that Helen and Raymond Albarado have sent us a letter stating that they do not wish to pursue a FEMA claim.

    Additionally, after researching our files, we were unable to locate a PFS for Dorothy Acosta, Russ Acosta, Helen Albarado, Raymond Albarado, Devin Alexis, Hayven Alexis, Mindy Alexis, Vernon Alphonso, Sr., Ashley Allen, Kimberly Alphonso, Jorge Alvarado, Susie Alvarado, Natasha Ambo, Carrolyn Ancalade, Stacey Anderson, Lloyd Appel, Jr., and Christopher Atkinson.

    Thanking you for your attention to this matter, I remain

        Sincerely,

        s/Roberta L. Burns

        Roberta L. Burns



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 1, 2011
Page 2

RLB/jb
Encls.
cc:
**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.