# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Mindy Alexis, Jorge Alvarado, | * | |
| Susie Alvarado, Christopher Michael Atkinson | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs:  Ashley Allen, Stacey Anderson | * | |
| | * | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3940 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Mindy Alexis | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta, Vernon E. Alfonso, Lloyd A. | * | |
| Appel | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3951 | * | |
| Plaintiffs:  Helen Albarado, Raymond Albarado, | * | |
| Dorothy Acosta | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiffs:  Dorothy Acosta, Russ Acosta, | * | |
| Christopher Michael Atkinson | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3987 | * | |
| Plaintiffs:  Dorothy Acosta, Russ Acosta | * | |
| | * | |

*Alexis, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket Nos. 10-3708 & 10-3939   \*
Plaintiff:  Mindy Alexis   \*
\*
*Alfonso, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 10-3704   \*
Plaintiff:  Vernon E. Alfonso   \*
\*
*Ancalade, et al v. Gulf Stream Coach, Inc., et al*   \*
Docket No. 10-3555   \*
Plaintiff:  Carrolyn Ancalade   \*
**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Dorothy Acosta
2. Russ Acosta
3. Helen Albarado
4. Raymond Albarado
5. Mindy Alexis
6. Vernon E. Alfonso
7. Ashley Allen
8. Jorge Alvarado
9. Susie Alvarado
10. Carrolyn Ancalade
11. Stacey Anderson
12. Lloyd A. Appel
13. Christopher Michael Atkinson

_____
UNITED STATES DISTRICT JUDGE

00230647-1                                    2