# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Linda Audibert, Carol Bachemin, | * | |
| David Bachemin, Jr., David Bachemin, Sr., Ashley | * | |
| M. Bailey, Beatrice M. Bailey o/b/o Audrey | * | |
| Bailey, Beatrice M. Bailey, Beverly Bailey, | * | |
| Louis Bailey, Schaffer Barclay, Daniel Bastoe, | * | |
| Scott Bastoe, Ellen Barclay | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiffs:  Linda Audibert, David Bachemin, Jr., | * | |
| David Bachemin, Sr., | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs:  Leo Barnes, Peter Barrios | * | |
| | * | |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3704 | * | |
| Plaintiff:  Beatrice M. Bailey, David Bachemin, Jr., | * | |
| David Bachemin, Sr. | * | |
| | * | |
| *Alford, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3757 | * | |
| Plaintiff:  Monique L. Baker | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs: Alyssa Bastoe, Andrew Basote, | * | |
| Regina Bastoe | * | |

******************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

00230673-1

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

1. Linda Audibert
2. Carol Bachemin
3. David Bachemin, Jr.
4. David Bachemin, Sr.
5. Ashley M. Bailey
6. Beatrice M. Bailey o/b/o Audrey Bailey
7. Beatrice M. Bailey
8. Beverly Bailey
9. Louis Bailey
10. Monique L. Baker
11. Schaffer Barclay
12. Leo Barnes
13. Peter Barrios
14. Alyssa Bastoe
15. Andrew Bastoe
16. Danielle Bastoe
17. Regina Bastoe
18. Scott Bastoe
19. Ellen Barclay

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

          Respectfully Submitted,

          **DUPLASS, ZWAIN, BOURGEOIS,**
          **PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK #18495**
          **JOSEPH G. GLASS #25397**
          3838 N. Causeway Boulevard, Suite 2900
          Metairie, Louisiana 70002
          Telephone: (504) 832-3700

        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

### CERTIFICATE OF SERVICE

   **I DO HEREBY CERTIFY** that on this 25th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        *s/ Andrew D. Weinstock*
        _____
        **ANDREW D. WEINSTOCK**