Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

August 17, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

  Re: FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No. 07-1873
     *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

  Pursuant to your letter dated July 18, 2011, after researching our files we are able to locate a PFS for the following:

1. Aucoin, Leonard Jr
2. Augustine, Thais
3. Bailey, June
4. Banks, Latoya
5. Banks, Ulysses III
6. Barras, Justin
7. Barrett, Therese

  Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Audibet, Linda
2. Bachemin, Carol
3. Bachemin, David Jr.
4. Bachemin, David Sr.
5. Bailey, Ashley
6. Bailey, Audrey
7. Bailey, Beatrice
8. Bailey, Beverly



8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422  FAX: (504) 271-1961

9.   Bailey, Louis
10.  Baker, Monique
11.  Barclay, Schaffer
12.  Barnes, Leo Jr
13.  Barrios, Peter
14.  Bastoe, Alyssa
15.  Bastoe, Andrew
16.  Bastoe, Danielle
17.  Bastoe, Regina
18.  Bastoe, Scott
19.  Barclay, Ellen

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.

cc: **Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email:   andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email:   henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email:   mcwatts@wgclawfirm.comWatts

w/encls.