UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs:  Linda Audibert, Carol Bachemin, | * | |
| David Bachemin, Jr., David Bachemin, Sr., Ashley | * | |
| M. Bailey, Beatrice M. Bailey o/b/o Audrey | * | |
| Bailey, Beatrice M. Bailey, Beverly Bailey, | * | |
| Louis Bailey, Schaffer Barclay, Daniel Bastoe, | * | |
| Scott Bastoe, Ellen Barclay | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3679 | * | |
| Plaintiffs:  Linda Audibert, David Bachemin, Jr., | * | |
| David Bachemin, Sr., | * | |
| | * | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3551 | * | |
| Plaintiffs:  Leo Barnes, Peter Barrios | * | |
| | * | |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3704 | * | |
| Plaintiff:  Beatrice M. Bailey, David Bachemin, Jr., | * | |
| David Bachemin, Sr. | * | |
| | * | |
| *Alford, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3757 | * | |
| Plaintiff:  Monique L. Baker | * | |
| | * | |

*Allen, et al v. Gulf Stream Coach, Inc., et al*     \*
Docket No. 10-742     \*
Plaintiffs: Alyssa Bastoe, Andrew Basote,     \*
Regina Bastoe     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Linda Audibert
2. Carol Bachemin
3. David Bachemin, Jr.
4. David Bachemin, Sr.
5. Ashley M. Bailey
6. Beatrice M. Bailey o/b/o Audrey Bailey
7. Beatrice M. Bailey
8. Beverly Bailey
9. Louis Bailey
10. Monique L. Baker
11. Schaffer Barclay
12. Leo Barnes
13. Peter Barrios
14. Alyssa Bastoe
15. Andrew Bastoe
16. Danielle Bastoe
17. Regina Bastoe
18. Scott Bastoe
19. Ellen Barclay

_____
UNITED STATES DISTRICT JUDGE