## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Patricia Bindom, et al. v.*
*Arch Specialty Insurance Company, et al.*,
EDLA No. 10-3584
*************************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA,** this ____24th____ day of ____August____, 2011.

                                               _____
                                                  KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE