## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                             SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Raymond L. Deogracias, et al. v.*
*Starcraft RV, Inc., et al.*,
**EDLA No. 10-3562**
*************************************************************************

## O R D E R

      Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

      IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

      **NEW ORLEANS, LOUISIANA**, this \_\_\_24th\_\_\_ day of \_\_\_\_August\_\_\_\_, 2011.

                                         _____
                                                 **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**