UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                 SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*David M. Binder, et al. v.*
*Forest River, Inc., et al.*,
EDLA No. 10-3687
*************************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**,  24th  day of  August , 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**