## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Adams, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8644; | * | |
| Plaintiffs:  Michael Bartholomew, | * | |
| Gilbert L. Collins, Veronica Curry-Farve, | * | |
| Pearline R. Davis, Linda Dickerson-Cain, | * | |
| James E. Dogans, Tashay V. Evans and | * | |
| Tanisha Ferdinand | * | |
| | * | |
| *Addison, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8698 | * | |
| Plaintiffs: Dondi Banks, Rhonda T. Beasley, | * | |
| Tyrone J. Beverly, Vincent J. Beverly, | * | |
| Perry J. Boyd, Miguel Brown, Rickey Crump, | * | |
| Terry T. Crump, Darnell Causey, | * | |
| Denson Chancellor, Bruce T. Davis, Hester Davis, | * | |
| Shelia A. Davis, Ardis N. Dunbar, | * | |
| Larry D. Dunbar and Paula M. Dunbar | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Connie L. Alexander o/b/o Troyasia J. | * | |
| Banks, Maya T. Barnes, Michael S. Bartholomew, | * | |
| Vincent J. Beverly, Glenn D. Bourgeois, Tammy L. | * | |
| Bourgeois, Gerald J. Brady, Tyrone Brown, | * | |
| Gilbert L. Collins, Lynn Burton, Veronica | * | |
| Curry-Farve, Pearline R. Davis, Shelia Davis, | * | |
| Linda Dickerson-Cain, James E. Dogans, Tashay | * | |
| V. Evans, Tanisha Ferdinand and Bruce H. | * | |
| Edwards | * | |
| | * | |
| *Bechemin, et al v. Gulf Stream Coach, Inc., et al*; | * | |
| Docket No. 09-8701 | * | |
| Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes, | * | |
| Maya T. Barnes o/b/o Lynell Barnes, Michael S. | * | |
| Bartholomew, Tanya W. Bean o/b/o Ta'Shania | * | |
| C. Bean, Tyrone Brown, Lynn Burton, | * | |
| Harold Thomas o/b/o Dominic L. Calloway, | * | |

| | |
|---|---|
| Philip Calloway o/b/o Ronald Calloway, Janice Collins o/b/o Tylene Collins, Margaret Dunn, Keir Firmin, Alanna Evans and Alanna Evans o/b/o Zydia S. Brister | * * * * * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8645 Plaintiffs:  Ellis J. Banks, Maya T. Barnes o/b/o Jada Barnes, Maya T. Barnes o/b/o Lynell Barnes, Maya T. Barnes, Tanya W. Bean, Tammy M. Bell, Gerald J. Brady and Nancy M. Duncan | * * * * * * * |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8646 Plaintiffs:  Ellis J. Banks, Maya T. Barnes, Michael S. Bartholomew, Tammy M. Bell, Vincent J. Beverly, Glenn D. Bourgeois, Tammy L. Bourgeois, Gerald J. Brady, Tyrone Brown, Lynn Burton, Alvin Caliste, Deborah A. Dixon, Nancy M. Duncan and Keir Firmin | * * * * * * * * * |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8700 Plaintiffs:  Maya T. Barnes o/b/o Jada Barnes and Maya T. Barnes o/b/o Lynell Barnes | * * * * * |
| *Beaver, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8668 Plaintiffs:  Tammy M. Bell, Deborah A. Dixon, Nancy M. Duncan and Keir Firmin | * * * * * |
| *Ashley, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8469 Plaintiffs:  Tyrone Beverly and Vincent Beverly | * * * * |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* Docket no. 09-8667 Plaintiffs:  Tyrone Brown, Philip L. Calloway, David B. Comeaux, Sr., Joycelyn Curtis, Jahn T. Cordier, James P. Cordier, IV, Claude Cosse, Brittany Carroll, Andree Charvet, Kenneth R. Davis, Latanya M. Davis, Tameca Davis, Jeanette Dyson, Alanna V. Evans, Cheryl R. Ferdinand and Delfeayo J. Ferdinand, III | * * * * * * * * * * * |

*Aitkins, et al v. Gulf Stream Coach, Inc., et al*  *
Docket No. 09-8479  *
Plaintiff: Janice Collins  *
**************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the plaintiffs listed in the above caption.

New Orleans, Louisiana  8/24/11

_____
UNITED STATES DISTRICT JUDGE

00225868-1                           3