UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case Nos. Referenced in caption
to rec. Doc. 22340 and 22337

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the motions to dismiss at Rec. Docs. 22337 and 22340, both set for submission on August 24, 2011, were filed.  Further, it appears to the Court that these motions have merit.  Accordingly,

**IT IS ORDERED** that the motions at Rec. Docs. 22337 and 22340 are hereby **GRANTED**, dismissing the claims of the plaintiffs listed therein with prejudice.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within ten days of the

date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 24th day of August 2011.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**