## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER          * | | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS  * | | |
|        LIABILITY LITIGATION   * | | SECTION "N" (5) |
|   * | | |
|   * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:**  * | | |
| *Alexander, et al v. Gulf Stream Coach,*  * | | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8646;  * | | |
| Plaintiffs:  Lakisha Foster, Natasha I. Fulton, Gary  * | | |
| Ganier  * | | |
|   * | | |
| *Beaver, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 09-8668  * | | |
| Plaintiffs:  Lakisha Foster, Natasha I. Fulton  * | | |
|   * | | |
| *Franklin, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 09-8665  * | | |
| Plaintiffs:  David Scott o/b/o Clayshelle Franklin,  * | | |
| Keisa M. Franklin  * | | |
|   * | | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 09-8644  * | | |
| Plaintiff:  Keisa M. Franklin, Shirley M. Fredrick,  * | | |
| Burnedette Gaines, Gary Ganier, Frankie M.  * | | |
| Gibson, McKinley Gibson, Percy Gibson,  * | | |
| Helen Green, Hilda Guidry, Deborah Hadjes,  * | | |
| Janet L. Harris, Nathaniel J. Hartford, Jr.,  * | | |
| Rickey Hammler  * | | |
|   * | | |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 09-8667  * | | |
| Plaintiff:  Sherry Franklin, Tekana Ganier,  * | | |
| Byreion Green, Freddie D. Green, Carolyn A. Hart,  * | | |
| Martinez Hart, Permelia Hart, Phillis M. Hartford,  * | | |
| Bonnie Hartzog  * | | |
|   * | | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 09-8700  * | | |
| Plaintiffs: Sherry Franklin, Gary Ganier  * | | |
|   * | | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al*  * | | |
| Docket No. 08-8665  * | | |
| Plaintiffs: Terry Frazier, Shirley M. Fredrick,  * | | |

00230723-1

| | |
|---|---|
| Burnedett Gaines, Gary Ganier, Frankie M. Gibson, Percy L. Gibson, Helen Green, Hilda Guidry, Deborah Hadjes, Janet Harris, Shelia Davis o/b/o Sidney D. Harris, Jr., Nathaniel J. Hartford, Jr., Alice Hammler, Rickey Hammler | * * * * * * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8645 <br> Plaintiffs: Natasha I. Fulton, Frankie M. Gibson, Jeanette Harrell, Joseph Harrell, Nathaniel J. Hartford, Jr., Rickey Hammler | * * * * * * |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8701 <br> Plaintiffs: Gary Ganier, Percy L. Gibson, Helen Green, Janet L. Harris, Rickey Hammler | * * * * * |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-4228 <br> Plaintiff: Carolyn A. Gibbs | * * * * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* <br> Docket No. 09-8698 <br> Plaintiffs: Carolyn A. Gibbs, Nathaniel J. Hartford, Jr., Patrick E. Hammler | * * * * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, as captioned above, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

1. Lakisha Foster
2. David Scott o/b/o Clayshelle Franklin
3. Keisa M. Franklin
4. Sherry Franklin
5. Terry Frazier
6. Shirley M. Fredrick
7. Natasha I. Fulton
8. Tekana Ganier

00230723-1

2

9. Burnedett Gaines
10. Gary Ganier
11. Carolyn A. Gibbs
12. Frankie M. Gibson
13. McKinley Gibson
14. Percy L. Gibson
15. Byreion Green
16. Freddie D. Green
17. Helen Green
18. Hilda Guidry
19. Deborah Hadjes
20. Jeanette Harrell
21. Joseph Harrell
22. Janet L. Harris
23. Shelia Davis o/b/o Sidney D. Harris, Jr.
24. Carolyn A. Hart
25. Martinez Hart
26. Permelia Hart
27. Nathaniel J. Hartford, Jr.
28. Phillis M. Hartford
29. Bonnie Hartzog
30. Alice Hammler
31. Patricia E. Hammler
32. Rickey Hammler

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 25th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**