

| FRANK S. BRUNO | JOSEPH BRUNO, JR. |
| JOSEPH M. BRUNO° | CHRISTOPHER M. HATCHER |
| STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

°Also Licensed To Practice In Texas

August 15, 2011

**VIA HAND DELIVERY**
Andrew D. Weinstock
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, Louisiana 70002

      Re:   *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
             United States District Court, Eastern District of Louisiana
             MDL No. 1873

Dear Mr. Weinstock:

Per your multiple correspondences regarding missing Plaintiff Fact Sheets, please find enclosed Plaintiff Fact Sheets for the following clients:

1.) Eula Fulton
2.) Jessie Fulton
3.) Ian Gammage
4.) Denise Garibaldi
5.) Barry Gonzales
6.) Terrol-Lynn Gray
7.) Walter Hasty

We have **not** been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals; as such we have no opposition to a Motion to Dismiss:

1.) Sheila Ford
2.) Lakisha Foster
3.) Clayshelle Franklin
4.) Keisa Franklin
5.) Sherry Franklin
6.) Terry Frazier
7.) Shirley Fredrick

8.) Natasha Fulton
9.) Tekana Ganier
10.) Burnedett Gaines
11.) Gary Ganier
12.) Carolyn Gibbs
13.) Frankie Gibson
14.) Mckinley Gibson
15.) Percy Gibson
16.) Byreion Green
17.) Freddie Green
18.) Helen Green
19.) Hilda Guidry
20.) Deborah Hadjes
21.) Jeanette Harrell
22.) Joseph Harrell
23.) Janet Harris
24.) Sidney Harris
25.) Carolyn Hart
26.) Martinez Hart
27.) Permelia Hart
28.) Nathaniel Hartford
29.) Phyllis Hartford
30.) Bonnie Hartzog
31.) Alice Hammler
32.) Patrick Hammler
33.) Rickey Hammler

Should you have any further requests/concerns, please feel free to contact me directly at (504) 304-2640

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie*

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno