# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| Civil Action No. 10-1268 | § | |
| *Wendy January, et al. v.* | § | |
| *Keystone RV Company, et al.* | § | |

## ORDER ON PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

**IT IS FURTHER ORDERED** that the claims of the Plaintiffs, as listed on **Exhibit "A"** attached hereto, are hereby dismissed without prejudice.  This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
HONORABLE KURT ENGELHARDT

Exhibit "A"

Civil Action No. 10-1268

| WH File Number | WH Case Name | Name of Plaintiff as Filed |
| --- | --- | --- |
| 205114 | Acker, Augusta | Augusta Acker |
| 209471 | Acker, Brent | Brent Acker |
| 200199 | Adam, Larry Paul | Larry Adam |
| 200204 | Adams, III, Samuel | Rosie Blackmon, as Next Friend of Samuel Adams, a minor |
| 211924 | Amey, Paul | Connie Bosarge, as Next Friend of Paul Amey, a minor |
| 216281 | Arnold, Sr., Jack | Lillian Arnold, as Representative of the Estate of Jack Arnold, deceased |
| 200012 | Bass, Laqueenasavakia Nicole | LaQueenasavakia Bass |
| 200059 | Blackmon, Rosie L. | Rosie Blackmon |
| 211865 | Bosarge, Charles | Charles Bosarge |
| 211866 | Bosarge, Connie | Connie Bosarge |
| 199902 | Bosarge, Lamar Glennon | Lamar Bosarge |
| 209984 | Bourgeois, Colin | Colin Bourgeois |
| 209985 | Bourgeois, Karen | Karen Bourgeois |
| 209986 | Bourgeois, Margaret | Margaret Bourgeois |
| 209988 | Bourgeois, Owen | Owen Bourgeois |
| 209989 | Bourgeois, Taylor | Karen Bourgeois, as Next Friend of Taylor Bourgeois, a minor |
| 206906 | Breland, Cynthia | Cynthia Breland |
| 207720 | Brow, Joey | Joey Brou |
| 207721 | Brow, Kiasha | Kiasha Brou |
| 206912 | Brown, Larry | Larry Brown |
| 206913 | Brown, Mary | Mary Brown |
| 215479 | Burkett, Mahala | Mahala Burkett |
| 209901 | Burton, Jasmine | Jasmine Burton |
| 202926 | CLIFFORD, DORIS | DORIS CLIFFORD |
| 220082 | Cook, Jakyious | Sequina Cook, as Next Friend of Jakyious Cook, a minor |
| 220083 | Cook, Sequina | Sequina Cook |
| 211759 | Crear, Shauntrice | Patricia Riley, as Next Friend of Shauntrice Crear, a minor |
| 207799 | Cuevas, Brendia | Brendia Cuevas |
| 207798 | Cuevas, Elvin | Elvin Cuevas |
| 220097 | Davis, Donald | Donald Davis |
| 220099 | Davis, Mary | Mary Davis |
| 214615 | Denning, Debra | Debra Denning |
| 210692 | DiBenedetto, Brian | Brian DiBenedetto |
| 211392 | DiBenedetto, Margie | Margie DiBenedetto |
| 220103 | Dillon, Girlean | Girlean Dillon |
| 220104 | Dillon, James | James Dillon |
| 220105 | Dillon, Santana | Santana Dillon |
| 201879 | Ellis, Anthony | Anthony Ellis |
| 209005 | Erwin, Dallas | Dallas Erwin |
| 209118 | Erwin, James | James Erwin |
| 209369 | Erwin, Shirley | Shirley Erwin |
| 210648 | Franklin, Paula | Paula Franklin |
| 201796 | Frazier, Jennifer | Jennifer Frazier |
| 212885 | Godfrey, Alfred | Alfred Godfrey |
| 208995 | Grayam, Amy | Amy Grayam |
| 205320 | Green, Patrick | Patrick Green |
| 201747 | Gwin, Jr., Willie A. | Willie Gwin |
| 220193 | Hamada, Dustin | Dustin Hamada |
| 220194 | Hamada, Lisa | Lisa Hamada |
| 220195 | Hamada, Megan | Megan Hamada |
| 201769 | Hamilton, Randy | Randy Hamilton |
| 201596 | Hamilton, Sarah | Sarah Hamilton |
| 201597 | Hamilton, Sharonda | Sharonda Hamilton |
| 205332 | Harper, Alycia | Alycia Harper |
| 205333 | Harper, Amber | Alycia Harper, as Next Friend of Amber Harper, a minor |
| 205334 | Harper, Jasmine | Alycia Harper, as Next Friend of Jasmine Harper, a minor |
| 205989 | Harper, Matthew | Matthew Harper |
| 215660 | Henry, Elizabeth | Elizabeth Henry |
| 201673 | Herrera, Darrell | Kimberly Herrera, as Next Friend of Darrell  Herrera, a minor |
| 201674 | Herrera, Kimberly S. | Kimberly Herrera |
| 201675 | Herrera, Maria | Kimberly Herrera, as Next Friend of Maria  Herrera, a minor |
| 201676 | Herrera, Susana | Kimberly Herrera, as Next Friend of Susana  Herrera, a minor |
| 212463 | Hill, Alex | Alex Hill |
| 212479 | Hunt, Hamp | Hamp Hunt |
| 212480 | Hunt, Lydia | Lydia Hunt |
| 207824 | Jacob, Ethan | Carolyn Ladner, as Next Friend of Ethan Jacob, a minor |
| 212582 | Johnson, Jessica | Jessica Johnson |

Exhibit "A"

| WH File Number | WH Case Name | Name of Plaintiff as Filed |
|---|---|---|
| 214334 | Kirkland, Jeremy | Jeremy Kirkland |
| 207846 | Kring, Andrew | Davis Kring, as Next Friend of Andrew Kring, a minor |
| 207847 | Kring, Cheryl | Cheryl Kring |
| 207844 | Kring, Davis | Davis Kring |
| 207845 | Kring, Peter | Davis Kring, as Next Friend of Peter Kring, a minor |
| 207083 | Ladner, Ashley | Ashley Ladner |
| 208081 | Ladner, Carlos | Carlos Ladner |
| 207823 | Ladner, Carolyn | Carolyn Ladner |
| 201258 | Ladnier, Gernes G. | Gernes Ladnier |
| 201259 | Ladnier, Kenneth B. | Gernes Ladnier, as Representative of the Estate of Kenneth Ladnier, deceased |
| 201262 | Ladnier, Petey Oshea | Petey Ladnier |
| 201264 | Ladnier, Sheodain | Kimberly Herrera, as Next Friend of Sheadain Ladnier, a minor |
| 201287 | Lassiter, Charles Stephan | Charles Lassiter |
| 201289 | Lassiter, Zachary | Charles Lassiter, as Next Friend of Zachary Lassiter, a minor |
| 215741 | Lawler, Melissa | Melissa Lawler |
| 206813 | Lee, Brittany | Brittany Lee |
| 214268 | Lett, Antoinette | Jennifer Lett, as Next Friend of Antoinette Lett, a minor |
| 214269 | Lett, Jennifer | Jennifer Lett |
| 214270 | Lett, Jontavious | Jennifer Lett, as Next Friend of Jontavious Lett, a minor |
| 209646 | Lewis, Kenneth | Kenneth Lewis |
| 209538 | Lewis, Whitney | Whitney Lewis |
| 205264 | Light, Jr., Louis | Louis Light |
| 201167 | Lockhart, Breyer | Dawn Parker-Lockhart, as Next Friend of Breyer Lockhart, a minor |
| 201168 | Lockhart, Edward | Edward Lockhart |
| 205765 | Malone, Alicia | Alicia Malone |
| 209550 | Marshall, Orealia | Orealia Marshall |
| 201081 | Martin, Patricia D. | Patricia Martin |
| 200989 | McDonald, Sonia | Sonia McDonald |
| 205971 | Michel, Emily | Emily Michel |
| 201042 | Milton, Ray | Ray Melton |
| 212310 | Mistich, Rosa | Rosa Mistich |
| 207718 | Mitchell, Darlene | Darlene Mitchell |
| 214172 | Moore, Terri | Terri Moore |
| 214173 | Moore, Timothy | Timothy Moore |
| 212324 | Moran, Sherri | Sherri Moran |
| 200917 | Morvant, Lillian I. | Lillian Morvant |
| 205155 | Necaise, Danna | Danna Necaise |
| 215838 | Necaise, Jimmy | Jimmy Necaise |
| 205158 | Necaise, Lashea | Danna Necaise, as Next Friend of Lashea Necaise, a minor |
| 208868 | Nicholson, James | James Nicholson |
| 215863 | Nixon, Malcolm | Malcolm Nixon |
| 200825 | Parker-Lockhart, Dawn R. | Dawn Parker-Lockhart |
| 203223 | Paschall, Destiny | Destiny Paschall |
| 205181 | Peters, Jr., Christopher | Christopher Peters |
| 220389 | Pittman, DeAngelo | Ethelean Pittman, as Next Friend of DeAngelo Pittman, a minor |
| 220390 | Pittman, Ethelean | Ethelean Pittman |
| 220391 | Pittman, Ricky | Ricky Pittman |
| 200767 | Pruitt, Bobby | Dawn Parker-Lockhart, as Next Friend of Bobby Pruitt, a minor |
| 212647 | Pullman, Donald | Donald Pullman |
| 200777 | Radich, Delores | Delores Radich |
| 200778 | Radich, John | John Radich |
| 200779 | Radich, Marc V. | Marc Radich |
| 215921 | Rayford, Marcus | Marcus Rayford |
| 213146 | Raymond, Nicole | Nicole Raymond |
| 200650 | Rice, Seth | Lillian Morvant, as Next Friend of Seth Rice, a minor |
| 212583 | Ridgeway, Jaeden | Jessica Gilbert, as Next Friend of Jaeden Ridgeway, a minor |
| 212212 | Riley, Jr., Ollie | Ollie Riley |
| 212210 | Riley, Patricia | Patricia Riley |
| 208870 | Sams, Brittany | Brittany Sams |
| 203600 | Saucier, Ann | Ann Saucier |
| 205436 | Saucier, Lynn | Alycia Harper, as Next Friend of Lynn Saucier, a minor |
| 215027 | Schoenecker, Cleyton | Cleyton Schoenecker |
| 209149 | Singleton, Marcel | Marcel Singleton |
| 220440 | Smith, Corrine | Kathlean Smith, as Next Friend of Corrine Smith, a minor |
| 220443 | Smith, Kathlean | Kathlean Smith |
| 220448 | Smith, Michael | Michael Smith |
| 210967 | Spurlock, Jr., James | James Spurlock |

Exhibit "A"

| WH File Number | WH Case Name | Name of Plaintiff as Filed |
|---|---|---|
| 208996 | Straub, Michelle | Michelle Straub |
| 200272 | Stuart, Orville E. | Orville Stuart |
| 200273 | Stuart, Victoria L. | Victoria Stuart |
| 211438 | Taylor, Robert | Robert Taylor |
| 211439 | Taylor, Sandra | Sandra Taylor |
| 205458 | Thigpen, Calvin | Calvin Thigpen |
| 205459 | Thigpen, Rhonda | Calvin Thigpen, as Representative of the Estate of Rhonda Thigpen, deceased |
| 216033 | Thompson, Vernelious | Vernelious Thompson |
| 202340 | Tims, Douglas | Douglas Tims |
| 211895 | Travis, Joshua | Salisa Travis, as Next Friend of Joshua Travis, a minor |
| 211151 | Travis, Salisa | Salisa Travis |
| 215238 | Warf, Cathy | Cathy Warf |
| 202462 | Waters, Jr., Clarence Leroy | Clarence Waters |
| 206622 | Wiley, Brendan | Brittany Lee, as Next Friend of Brendan Wiley, a minor |
| 211906 | Willis, John | John Willis |
| 205508 | Wilson, Thonmas | Danna Necaise, as Next Friend of Thomas Wilson, a minor |