Civil Action No. 10-1275

Exhibit "A"

| WH File Number | WH Case Name | Name of Plaintiff as Filed |
|---|---|---|
| 250680 | Berard, Doretha | Doretha Berard |
| 250690 | Blake, JoAnn | JoAnn Blake |
| 250778 | Collins, Darnell | Darnell Collins |
| 250842 | Francis, Carol F. | Carol Francis |
| 250226 | Francis, Robert Brandon | Robert Francis |
| 250234 | Freeman, Ronnie Shanel | Cassandra Guy, as Next Friend of Ronnie Freeman, a minor |
| 250854 | Gauthier, Caston Dejuan | Rachel Guy, as Next Friend of Caston Gauthier, a minor |
| 250875 | Guillory, Anthony | Anthony Guillory |
| 250882 | Guy, N'Kea La'Shae | Rahcel Guy, as Next Friend of N'Kea Guy, a minor |
| 250883 | Guy, Rachel L | Rachel Guy |
| 250928 | Jackson, Jonathan | Jonathan Jackson |
| 250939 | Jean, Elizebeth Dianne | Elizebeth Jean |
| 250940 | Jefferson, Elmer | Elmer Jefferson |
| 250948 | Johnson, Jr., Kevin D. | LaShawna Johnson, as Next Friend of Kevin Johnson, a minor |
| 250993 | Lavan, Courtney Celeste | Cynthia Phillips-Lavan, as Next Friend of Courtney Lavan, a minor |
| 250994 | Lavan, Jr., Rodrick Wayne | Cynthia Phillips-Lavan, as Next Friend of Rodrick Lavan, a minor |
| 250995 | Lavan, Rodrick | Rodrick Lavan |
| 251015 | Lewis, Michael | Michael Lewis |
| 251135 | Phillips-Lavan, Cynthia Shannon | Cynthia Phillips-Lavan |
| 251136 | Phillips, Christopher Sean | Cynthia Phillips-Lavan, as Next Friend of Christopher Phillips, a minor |
| 251138 | Pierre, Mary A. | Mary Pierre |
| 251257 | Sterling, Charlet L. | Charlet Sterling |
| 251339 | White, Lawrence D. | Lawrence White |