

**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

www.yourlawyer.com
800.LAW.INFO (529.4636)

Via Electronic Mail

August 25, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:     Gulf Stream Coach, Inc. Deficiencies in Production of PFS

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Jade Cappie
2. Janet Cappie

We received your letter dated July 26, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Please be advised that, to date, Jade and Janet Cappie have not returned Plaintiff Fact Sheets to our office.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP