UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 09-4797 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on August 19, 2011, we corresponded with counsel for the plaintiff via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to Dismiss, see "Exhibit B" attached. Plaintiff's counsel advised that Plaintiff Fact Sheets would be provided by close of business that day, see "Exhibit C" attached. Upon review of Plaintiff Fact Sheets, plaintiff's counsel advised that Reginald Jackson resided in a Gulfstream unit, not one manufacturer by Forest River, and, accordingly, they would not oppose the Motion to Dismiss, see "Exhibit D."

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## **CERTIFICATE OF SERVICE**

     I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 25, 2011 via electronic filing.

                                                    /s/ Ernest P. Gieger, Jr.