# Fran Jeblonski

| | |
|---|---|
| **From:** | Tina Ricks [tricks@jharang.com] |
| **Sent:** | Friday, August 19, 2011 4:14 PM |
| **To:** | Fran Jeblonski; jack@jharang.com |
| **Cc:** | Ernie Gieger; Mike DiGiglia |
| **Subject:** | RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi! I am in receipt of your email and will have the documents to you by Wednesday, COB.

Thanks!

*Tina Ricks*
*Legal Assistant*
*Jack W. Harang, APLC*
*228 St. Charles Avenue, Suite 501*
*New Orleans, Louisiana 70130*
*251.445.6901-direct dial*
*504.581.7050-office*
*1.866.441.6281-facsimile*
*email: tricks@jharang.com*

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (251.445.6901) or by electronic mail (tricks@jharang.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Friday, August 19, 2011 4:03 PM
**To:** jack@jharang.com
**Cc:** Ernie Gieger; Mike DiGiglia
**Subject:** FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Please refer to the attached draft Motion to Dismiss and Memorandum in Support which we plan to file next week. Should you have any objection to the filing of the attached, please advise no later than close of business Wednesday, August 24, 2011. If we have not heard from you by that time, we will assume you have no opposition and will advise the Court accordingly.

Should you have any questions, please do not hesitate to contact us.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com



EXHIBIT
C

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3844 - Release Date: 08/19/11