# Fran Jeblonski

**From:** Tina Ricks [tricks@jharang.com]
**Sent:** Thursday, August 25, 2011 10:35 AM
**To:** Fran Jeblonski
**Cc:** Mike DiGiglia; Ernie Gieger
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Yes, Reginald Jackson. You are correct.

*Tina Ricks*
*Legal Assistant*
*Jack W. Harang, APLC*
*228 St. Charles Avenue, Suite 501*
*New Orleans, Louisiana 70130*
*251.445.6901-direct dial*
*504.581.7050-office*
*1.866.441.6281-facsimile*
*email: tricks@jharang.com*

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (251.445.6901) or by electronic mail (tricks@jharang.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Thursday, August 25, 2011 10:22 AM
**To:** Tina Ricks
**Cc:** Mike DiGiglia; Ernie Gieger
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Thank you, Tina. I have him listed as Reginald Jackson (not Johnson) on the Complaint and the Motion to Dismiss. Is there only one Reginald and his last name is Jackson?

**From:** Tina Ricks [mailto:tricks@jharang.com]
**Sent:** Thursday, August 25, 2011 10:16 AM
**To:** Fran Jeblonski
**Cc:** Ernie Gieger; Mike DiGiglia; 'Ron'
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Fran:

We have no objection to the filing of the motion to dismiss as to Reginald Johnson as his manufacturer is Gulfstream, not Forest River.

Thanks Fran!

*Tina Ricks*
*Legal Assistant*
*Jack W. Harang, APLC*
*228 St. Charles Avenue, Suite 501*



EXHIBIT
D

New Orleans, Louisiana 70130
251.445.6901-direct dial
504.581.7050-office
1.866.441.6281-facsimile
email: tricks@jharang.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (251.445.6901) or by electronic mail (tricks@jharang.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Thursday, August 25, 2011 9:48 AM
**To:** Tina Ricks
**Cc:** Ernie Gieger; Mike DiGiglia
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Ms. Ricks,

Mr. Gieger asked that I contact you with regard to Reginald Johnson who you have identified as a Gulfstream plaintiff. Does this mean that Mr. Harang will not oppose the Motion to Dismiss as it pertains to Mr. Johnson? Please advise us of his position on this matter no later than noon tomorrow. If we have not heard from you by that time, we will file the Motion to Dismiss as unopposed as it pertains to Reginald Johnson.

Thank you for your assistance.


GIEGER, LABORDE & LAPEROUSE, L.L.C.
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax  504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

---

**From:** Tina Ricks [mailto:tricks@jharang.com]
**Sent:** Wednesday, August 24, 2011 4:21 PM
**To:** Fran Jeblonski
**Cc:** Ernie Gieger; Mike DiGiglia
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

2

Mr. Geiger, Mr. DiGiglia and Ms. Jeblonski:

Please see the attached Plaintiff Fact Sheets for the clients named in your Motion to Dismiss with the exception of Reginald Johnson. It has been determined that Mr. Johnson is a Gulfstream client.

I will also follow this email with a fax containing the same information.

Please feel free to call or email should you need anything further from this office.

*Tina Ricks*
*Legal Assistant*
*Jack W. Harang, APLC*
*228 St. Charles Avenue, Suite 501*
*New Orleans, Louisiana 70130*
*251.445.6901-direct dial*
*504.581.7050-office*
*1.866.441.6281-facsimile*
*email: tricks@jharang.com*

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (251.445.6901), or by electronic mail (tricks@jharang.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Friday, August 19, 2011 4:03 PM
**To:** jack@jharang.com
**Cc:** Ernie Gieger; Mike DiGiglia
**Subject:** FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached

Please refer to the attached draft Motion to Dismiss and Memorandum in Support which we plan to file next week. Should you have any objection to the filing of the attached, please advise no later than close of business Wednesday, August 24, 2011. If we have not heard from you by that time, we will assume you have no opposition and will advise the Court accordingly.

Should you have any questions, please do not hesitate to contact us.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax  504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone 832-255-6000   Fax  832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3844 - Release Date: 08/19/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3856 - Release Date: 08/25/11

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1392 / Virus Database: 1520/3856 - Release Date: 08/25/11