UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   09-4426 | * | |
| John Chapman, Jr., et al. vs. Forest River, Inc., et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Leonard Hargrove* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Leonard Hargrove, who respectfully requests that this Honorable Court grant his Motion To Dismiss with Prejudice his claims against Forest River, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) in *John Chapman, Jr., et al. vs. Forest River, Inc., et al.,* Civil Action No. 09-4426.

Respectfully submitted,

　　/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed  the foregoing document and the notice of electronic filing to all liaison counsel of record.

       /s/ Hugh P. Lambert
       HUGH P. LAMBERT, ESQ. (LA Bar #7933)