UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 09-4426 | | * | |
| John Chapman, Jr., et al. vs. Forest River, Inc., et al. | | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Leonard Hargrove* | | * | |
| | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

**MAY IT PLEASE THE COURT**, through undersigned counsel, comes Plaintiff, Leonard Hargrove, who provides the following facts in support of his Motion To Dismiss with Prejudice in *John Chapman, Jr., et al. vs. Forest River, Inc., et al.,* Civil Action No. 09-4426.

On May 13, 2009, Plaintiff filed a Complaint for Damages before the United States District Court for the Western District of Louisiana, *John Chapman, Jr. and Leonard Hargrove vs. Forest River, Inc., and Fluor Enterprises, Inc.*, Civil Action No. 09-782. On July 16, 2009, Plaintiff's Complaint for Damages was consolidated into the multi-district litigation before the United States District Court for the Eastern District of Louisiana, Civil Action No. 09-4426. Plaintiff then amended his original Complaint for Damages on October 20, 2010, in order to add Defendant, The United States of America through the Federal Emergency Management Agency (FEMA).

On June 8, 2009, Plaintiff filed a Petition for Damages before the 24th Judicial District Court for the Parish of Jefferson, *Leonard Hargrove and Hillery Rush vs. Gulf Stream Coach,*

*Inc. and Shaw Environmental, Inc.,* Civil Action No. 674087, which was later consolidated into the multi-district litigation before the United States District Court for the Eastern District of Louisiana, Civil Action No. 09-4448.

Based upon matching information that indicated that Plaintiff resided in two (2) emergency housing units (EHUs), Plaintiff was named in two (2) Complaints for Damages. However, it has been brought to Plaintiff's Counsel's attention that Plaintiff did not reside in an EHU manufactured by Forest River, Inc. and installed by Fluor Enterprises, Inc. Plaintiff resided in only one (1) EHU manufactured by Gulf Stream Coach, Inc. and installed by Shaw Environmental, Inc.

Therefore, Plaintiff moves this Honorable Court to grant his Motion to Dismiss with Prejudice his claims in Civil Action No. 09-4426.

    Respectfully submitted,

    */s/ Hugh P. Lambert*
    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
    CANDICE C. SIRMON, ESQ. (LA Bar #30728)
    CAYCE C. PETERSON, ESQ. (LA Bar #32217)
    LAMBERT & NELSON, PLC
    701 Magazine Street
    New Orleans, LA 70130
    Telephone: (504)581-1750
    Facsimile: (504)529-2931
    hlambert@lamnel.com
    candices@lamnel.com
    cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all liaison counsel of record.

            */s/ Hugh P. Lambert*
            HUGH P. LAMBERT, ESQ. (LA Bar #7933)