UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
|             **PRODUCT LIABILITY LITIGATION** | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:**    09-4426 | * | |
| John Chapman, Jr., et al. vs. Forest River, Inc., et al. | * | **MAG. JUDGE CHASEZ** |
| *Relates to Plaintiff, Leonard Hargrove* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff, Leonard Hargrove, certifies that opposing counsel of record for Forest River, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) have been contacted and do not oppose Plaintiff's Motion to Dismiss with Prejudice.

                                         Respectfully submitted,

                                         */s/ Hugh P. Lambert*
                                         HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                         CANDICE C. SIRMON, ESQ. (LA Bar #30728)
                                         CAYCE C. PETERSON, ESQ. (LA Bar #32217)
                                         LAMBERT & NELSON, PLC
                                         701 Magazine Street
                                         New Orleans, LA 70130
                                         Telephone: (504)581-1750
                                         Facsimile: (504)529-2931
                                         hlambert@lamnel.com
                                         candices@lamnel.com
                                         cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2010, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed  the foregoing document and the notice of electronic filing to all liaison counsel of record.

                 /s/ Hugh P. Lambert
                HUGH P. LAMBERT, ESQ. (LA Bar #7933)