UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER           * | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS * | | |
| LIABILITY LITIGATION        * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** * | | |
| *Acosta, et al v. Gulf Stream Coach,*  * | | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3679;  * | | |
| Plaintiffs:  Angela Chimento Bauer, Angela  * | | |
| Chimento Bauer o/b/o N.B., Stephen Philip Bauer , * | | |
| Michael Joseph Benfatti, Vernon Dugual Besse, * | | |
| Tyson M. Bienemy * | | |
| * | | |
| *Bader, et al v. Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 10-3681 * | | |
| Plaintiffs:  Angela Chimento Bauer, Angela * | | |
| Chimento Bauer o/b/o N.B., Stephen Philip * | | |
| Bauer, Michael Joseph Benfatti, Dorene Garcia * | | |
| Besse, Vantrel Bienemy * | | |
| * | | |
| *Acosta, et al v. Gulf Stream Coach, Inc., et at* * | | |
| Docket No. 10-3551 * | | |
| Plaintiffs: Nicole Bennett o/b/o J.B. * | | |
| * | | |
| *Alkurd, et al v.  Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 10-3553 * | | |
| Plaintiff: Nicole Bennett * | | |
| * | | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 10-742 * | | |
| Plaintiff:  Eric Bernard * | | |
| * | | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 09-4662 * | | |
| Plaintiff:  Dorene Besse * | | |

*************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

00230060-1

2

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Angela Chimento Bauer
2. Angela Chimento Bauer o/b/o N.B.
3. Stephen Philip Bauer
4. Michael Joseph Benfatti
5. Nicole Bennett
6. Nicole Bennett o/b/o J.B.
7. Eric Bernard
8. Dorene Besse
9. Vernon Dugual Besse
10. Tyson M. Bienemy
11. Vantrel Bienemy

New Orleans, Louisiana  8/25/11

_____
United States District Judge