| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

BY FACSIMILE: 271-1961
David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Jarrell:

Our records reflect that several claimants in the case captioned *Damien Aguilar et al. v. Arch Specialty Ins. Co., et al.*, No. 10-3585, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. April Ducote obo Chad Ducote
2. April Ducote obo Eddie Meyers
3. April Ducote obo Henning Meyers
4. April Ducote obo London Meyers
5. April Renee Ducote
6. Belinda Salande Chilton obo Treasure Bet
7. Charles D. Gosnell
8. Charles Ruppert
9. Darlene A. Chustz
10. Darlene Chustz obo Gabrielle Murphy
11. Darlene Chustz obo Xarrell Murphy
12. Dennis C. Armitage
13. Haralyn Malasovich
14. Johnny Rodi
15. Judy Lynn Biddie
16. Lelia W. Breaux
17. Michael Chustz
18. Rickie C. Malasovich
19. Steve V. Barcelona

959167_1


EXHIBIT A

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher M. Redmann/aeb*

Kristopher M. Redmann

KMR/aeb

959167_1