Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

August 16, 2011

**Via Email**
Kristopher Redmann
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Re:   *In re FEMA Trailers Formaldehyde Litigation*

Dear Counsel:

Pursuant to your email dated August 12, 2011, please find the enclosed PFS for Hope Held and Damien Aguilar. Ms. Hope Held's deficiencies are being processed at this time pursuant to the terms and the deadlines established in the Court's Pretrial Order No.88. Please remove Hope Held and Damien Aguilar from your proposed motion to dismiss and kindly resend the revised motion to dismiss for review via email.

Additionally, after researching our files, we are unable to locate a PFS for Mady Bolton, Sandra Pierre obo D.B., William Buckel, and Joan Decourcy

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.



8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422  FAX: (504) 271-1961

Kristopher Redmann
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
August 16, 2011
Page 2

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.