## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                     SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Mohammad R. Alkurd, et al. v.*
*Cavalier Home Builders, LLC., et al.*,
EDLA No. 10-3694

*******************************************************************************

## O R D E R

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, this  25th  day of  August , 2011.

                                                     _____
                                                     **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**