UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                     SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Taneka Hill, et al. v.*
*Silver Creek Homes, Inc., et al.*,
EDLA No. 10-3484

*******************************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, this __25th__ day of _____August_____, 2011.

                                                  _____
                                                    **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**