UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N |
| This document relates to: *Damien Aguilar v. Arch Specialty Ins. Co.* No. 10-3585 | * * * * | |

* * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of plaintiffs:

1. April Ducote obo Chad Ducote
2. April Ducote obo Eddie Meyers
3. April Ducote obo Henning Meyers
4. April Ducote obo London Meyers
5. April Renee Ducote
6. Belinda Salande Chilton obo Treasure Bet
7. Charles Ruppert
8. Darlene A. Chustz
9. Darlene Chustz obo Gabrielle Murphy
10. Darlene Chustz obo Xarrell Murphy
11. Dennis C. Armitage
12. Haralyn Malasovich
13. Johnny Rodi
14. Judy Lynn Biddle
15. Lelia W. Breaux
16. Michael Chustz
17. Rickie C. Malasovich

(collectively, the "*Aguilar* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provisions of Plaintiff Fact Sheets. The

reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of the *Aguilar* Plaintiffs.

Respectfully submitted,

s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397