UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N |
| This document relates to:<br>   *Damien Aguilar v. Arch Specialty Ins. Co.*<br>   No. 10-3585 | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

Considering Liberty Mutual Insurance Company's Motion to Dismiss ("Motion");

PLEASE TAKE NOTICE that Liberty Mutual's Motion is set for hearing on September 21, 2011 at 9:30 a.m. before the Honorable Kurt L. Engelhardt, United States District Court for the Eastern District of Louisiana.

                                      Respectfully submitted,

                                      _____s/ Kristopher M. Redmann_____
                                      **KRISTOPHER T. WILSON, La. Bar #23978**
                                      **KRISTOPHER M. REDMANN, La. Bar #18397**
                                      **ANNE E. BRIARD, La. Bar #29102**
                                      **LUGENBUHL, WHEATON, PECK, RANKIN &**
                                          **HUBBARD**
                                      601 Poydras Street, Suite 2775
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 568-1990
                                      **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                        _s/Kristopher M. Redmann_

                                             Kristopher M. Redmann, La. Bar No. 18397