UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | 5 |
| LIABILITY LITIGATION | * | SECTION "N-~~4~~" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Frank Duplessis, Jr. v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8686 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs:  Charles Brown, Sr. | * | |
| Frank Duplessis, Jr. | * | |
| Edward V. Johnson | * | |
| Brenda A. Smith | * | |
| Dorothy Vidacovich | * | |
| Brittany O. Williams | * | |
| Clarence Williams | * | |

*******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Charles Brown, Sr., Frank Duplessis, Jr., Edward V. Johnson, Brenda A. Smith, Brittany O. Williams, Clarence Williams and Dorothy Vidacovich, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___25th___ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE