UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| *Manny Earnest Gallardo, et al. v. Jayco, Inc., et al.*, | |
| EDLA No. 10-3491 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, this 25th day of August, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**