| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 668-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

**BY FACSIMILE: 271-1961**
David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

    Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
           United States District Court, Eastern District of Louisiana
           MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
           Our File No. 14257-09563

Dear Mr. Jarrell:

    Our records reflect that several claimants in the case captioned *Sandra Pierre et al. v. Arch Specialty Ins. Co., et al.*, No. 10-3699, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Patricia A. Diaz
2. Sandra Pierre obo D.B.
3. Sandra Pierre obo Daria Gusman
4. Sandra Pierre, obo Devonte Brown

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

                                        Sincerely,

                                        Kristopher M. Redmann

KMR/aeb

960733_1


EXHIBIT A