# Tina Hebert

| | |
|---|---|
| **From:** | Roberta Burns [rburns@torres-law.com] |
| **Sent:** | Tuesday, August 23, 2011 4:31 PM |
| **To:** | Anne Briard |
| **Cc:** | Jessica Bastoe; Roberta Burns |
| **Subject:** | RE: In re FEMA Trailer Formaldehyde Litigation |

No opposition

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


**From:** Anne Briard [mailto:abriard@lawla.com]
**Sent:** Monday, August 22, 2011 6:17 PM
**To:** Roberta Burns
**Cc:** Kristopher Redmann; Tina Hebert; Jessica Bastoe; Phyllis Michon
**Subject:** RE: In re FEMA Trailer Formaldehyde Litigation

Roberta- Here are the revised Pierre, Aguilar and Buckel motions to dismiss. Please let me know if we can file these as unopposed.

Thanks, Anne


**From:** Roberta Burns [mailto:rburns@torres-law.com]
**Sent:** Thursday, August 18, 2011 10:30 AM
**To:** Anne Briard
**Cc:** Kristopher Redmann; Tina Hebert; Jessica Bastoe; Phyllis Michon; Roberta Burns
**Subject:** RE: In re FEMA Trailer Formaldehyde Litigation

Dear Anne:
Motions for Bolton and Decourcey, no opposition.
We have responded to the proposed Pierre, Aguilar, and Buckel motions by email, attaching PFS's for certain clients and requesting these motions be revised accordingly and resubmitted for review.
Thank you,
Roberta


EXHIBIT D

1

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


**From:** Anne Briard [mailto:abriard@lawla.com]
**Sent:** Tuesday, August 16, 2011 1:55 PM
**To:** Roberta Burns; Jessica Bastoe
**Cc:** Kristopher Redmann; Tina Hebert
**Subject:** RE: In re FEMA Trailer Formaldehyde Litigation

Ms. Burns and Ms. Bastoe: In response to your August 16 letter, attached are email copies of Liberty Mutual's proposed motions. Please note that while we have prepared a motion regarding several plaintiffs in the Damien Aguilar matter, we are not planning to file a motion for Damien Aguilar at this time.

Please let Kris Redmann or me know if you will agree to file these as unopposed. Also, please let us know if you have any questions.

Thanks, Anne


**From:** Tina Hebert
**Sent:** Tuesday, August 16, 2011 12:16 PM
**To:** Kristopher Redmann; Anne Briard
**Subject:** FW: In re FEMA Trailer Formaldehyde Litigation
**Importance:** High

I have printed this and saved in interwoven.


**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Tuesday, August 16, 2011 11:10 AM
**To:** Tina Hebert
**Cc:** Roberta Burns; Phyllis Michon; andreww@duplass.com; mcwatts@wgclawfirm.com; henry.miller@usdoj.gov
**Subject:** FW: In re FEMA Trailer Formaldehyde Litigation
**Importance:** High

Please see attached

Thank you

2

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

Begin forwarded message:

> **From:** "Tina Hebert" <thebert@lawla.com>
> **To:** "Roberta Burns" <rburns@torres-law.com>
> **Cc:** "'jwoods@gainsben.com'" <jwoods@gainsben.com>, "'cleche@dkslaw.com'" <cleche@dkslaw.com>, "'andreww@duplass.com'" <andreww@duplass.com>, "'adam.dinnell@usdoj.gov'" <adam.dinnell@usdoj.gov>, "'frank@damicolaw.net'" <frank@damicolaw.net>, "'gmeunier@gainsben.com'" <gmeunier@gainsben.com>, "'Henry.Miller@usdoj.gov'" <Henry.Miller@usdoj.gov>, "'adam.bain@usdoj.gov'" <adam.bain@usdoj.gov>, "'jonathan.waldron@usdoj.gov'" <jonathan.waldron@usdoj.gov>, "Kurtz, David" <dkurtz@bakerdonelson.com>, "Ralph Hubbard" <rhubbard@lawla.com>, "Kristopher Redmann" <kredmann@lawla.com>, "Anne Briard" <abriard@lawla.com>
> **Subject: In re FEMA Trailer Formaldehyde Litigation**
>
> Please see the attached sent on behalf of Kristopher Redmann.
>
> Tina Hebert
> Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
> 601 Poydras St., Suite 2775
> New Orleans, LA 70130
> Tel. 504.568.1990
> Legal Assistant to Stanley J. Cohn, Kristopher M. Redmann
>   and Miles C. Thomas
>
> ---
>
> This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.