UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Sandra Pierre v. Arch Specialty Ins. Co.*<br>   No. 10-3699 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Considering Liberty Mutual Insurance Company's Motion to Dismiss ("Motion");

PLEASE TAKE NOTICE that Liberty Mutual's Motion is set for hearing on September 21, 2011 at 9:30 a.m. before the Honorable Kurt L. Engelhardt, United States District Court for the Eastern District of Louisiana.

                                                  Respectfully submitted,

                                                          _____s/ Kristopher M. Redmann_____
                                                 KRISTOPHER T. WILSON, La. Bar #23978
                                                 KRISTOPHER M. REDMANN, La. Bar #18397
                                                 ANNE E. BRIARD, La. Bar #29102
                                                 LUGENBUHL, WHEATON, PECK, RANKIN &
                                                        HUBBARD
                                                 601 Poydras Street, Suite 2775
                                                 New Orleans, Louisiana 70130
                                                 Telephone: (504) 568-1990
                                                 **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                           s/Kristopher M. Redmann

                                         Kristopher M. Redmann, La. Bar No. 18397