UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leo Quezergue v. Jayco, Inc.* | * | |
| Docket No. 09-8640 | * | MAG. JUDGE CHASEZ |

Plaintiffs: Michael A. Adams
          Judy G. Addison
          Robert Anderson, Jr.
          Michelle Augustine
          Denise Bienemy
          Eric A. Charles
          Sandra V. Davis
          Wiletta Ferdinand
          Armand J. Ferrouillet, Jr.
          Kandace A. Ferrouillet
          Peggy J. Ferrouillet
          Joyce L. Garrison
          Lyndon Guidry
          Lyndon Guidry, Jr.
          Thomas J. Harrington
          Edward F. Johnson
          Edward V. Johnson
          Elizabeth W. Johnson
          Darlene A. Jones
          Joseph L. Jones
          Michael Jones
          Myra B. Lewis
          Raymond D. Lewis, Jr.
          Kathleen A. Manske
          Andre J. Markey
          Gaylard Markey
          Ann M. Mayeaux
          Kyiana M. Mayeayx
          Beverly A. Moore
          Rowland A. Moore
          Alex T. Partlan

|  |  |
|---|---|
| Patricia K. Partlan | * |
| Rochelle Partlan | * |
| Leo J. Quezergue | * |
| Claudia A. Robertson | * |
| Lawrence Robertson, Sr. | * |
| Mary Scott | * |
| Jeremiah Shields | * |
| John F. Smith | * |
| Juan Solano | * |
| Terri L. St. Cyr | * |
| James A. Taylor | * |
| Barbara B. Tervalon | * |
| Antoinette M. Theriot | * |
| Merial Hall, obo John A. Thomas | * |
| Hilda Venson-Markey | * |
| James T. White | * |
| Clarence Williams | * |
| Jasmine M. Williams | * |
| John H. Williams, Sr. | * |
| Juan Williams | * |
| Sandra A. Williams | * |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Michael A. Adams, Judy G. Addison, Robert Anderson, Jr., Michelle Augustine, Denise Bienemy, Eric A. Charles, Sandra V. Davis, Wiletta Ferdinand, Armand J. Ferrouillet, Jr., Kandace A. Ferrouillet, Peggy J. Ferrouillet, Joyce L. Garrison, Lyndon Guidry, Lyndon Guidry, Jr., Thomas J. Harrington, Edward F. Johnson, Edward V. Johnson, Elizabeth W. Johnson, Darlene A. Jones, Joseph L. Jones, Michael Jones, Myra B. Lewis, Raymond D. Lewis, Jr.,

Kathleen A. Manske, Andre J. Markey, Gaylard Markey, Ann M. Mayeaux, Kyiana M. Mayeaux, Beverly A. Moore, Rowland A. Moore, Alex T. Pertlan, Patricia K. Partlan, Rochelle Partlan, Leo J. Quezergue, Claudia A. Robertson, Lawrence Robertson, Sr., Mary Scott, Jeremiah Shields, John F. Smith, Juan Solano, Terri L. St. Cyr, James A. Taylor, Barbara B. Tervalon, Antoinette M. Theriot, Merial Hall, on behalf of John A. Thomas, Hilda Venson-Markey, James T. White, Clarence Williams, Jasmine M. Williams, John H. Williams, Sr., Juan Williams and Sandra A. Williams, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___25th___ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE