UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N |
| This document relates to:<br>   *William Buckel v. Arch Specialty Ins. Co.*<br>   No. 10-750 | *<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Considering Liberty Mutual Insurance Company's Motion to Dismiss ("Motion");

PLEASE TAKE NOTICE that Liberty Mutual's Motion is set for hearing on September 21, 2011 at 9:30 a.m. before the Honorable Kurt L. Engelhardt, United States District Court for the Eastern District of Louisiana.

                                  Respectfully submitted,

                                  **   s/ Kristopher M. Redmann**
                                  **KRISTOPHER T. WILSON, La. Bar #23978**
                                  **KRISTOPHER M. REDMANN, La. Bar #18397**
                                  **ANNE E. BRIARD, La. Bar #29102**
                                  **LUGENBUHL, WHEATON, PECK, RANKIN &**
                                        **HUBBARD**
                                  601 Poydras Street, Suite 2775
                                  New Orleans, Louisiana 70130
                                  Telephone: (504) 568-1990
                                  **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 26, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                              s/Kristopher M. Redmann

                                          Kristopher M. Redmann, La. Bar No. 18397