LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
kredmann@lawla.com

August 12, 2011

**VIA EMAIL ONLY**
Roberta Burns
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

Re:   *In re FEMA Trailers Formaldehyde Litigation*
       United States District Court for the Eastern District of Louisiana
       No. 07-MD-1873, Section N, Mag. 5
       Our File No. 14257-09495

Dear Ms. Burns:

Attached are proposed motions to dismiss for the following plaintiffs in the above-referenced matter. Let me know if you have any objection to filing these as unopposed. We sent a deficiency letter on May 20 but received no response.

1) Mady Bolton;
2) Sandra Pierre;
3) Damien Aguilar;
4) William Buckel;
5) Joan Decourcy; and
6) Hope Held.

Please feel free to contact me should you have any questions regarding this matter.

Sincerely,

*Kristopher M. Redmann/ACB*

Kristopher M. Redmann

KMR/tmh
Enclosures

649030_1

EXHIBIT B