UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER <br> FORMALDEHYDE PRODUCTS <br> LIABILITY LITIGATION <br><br> This document relates to: <br>    *Joan Decourcy v. Arch Specialty Ins. Co.* <br>    No. 09-504 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION: N |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

Considering Liberty Mutual Insurance Company's Motion to Dismiss ("Motion");

PLEASE TAKE NOTICE that Liberty Mutual's Motion is set for hearing on September 21, 2011 at 9:30 a.m. before the Honorable Kurt L. Engelhardt, United States District Court for the Eastern District of Louisiana.

                                                Respectfully submitted,

                                                   *s/ Kristopher M. Redmann*
                                              KRISTOPHER T. WILSON, La. Bar #23978
                                              KRISTOPHER M. REDMANN, La. Bar #18397
                                              ANNE E. BRIARD, La. Bar #29102
                                              LUGENBUHL, WHEATON, PECK, RANKIN &
                                                      HUBBARD
                                              601 Poydras Street, Suite 2775
                                              New Orleans, Louisiana 70130
                                              Telephone: (504) 568-1990
                                              **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                                           s/Kristopher M. Redmann

                                             Kristopher M. Redmann, La. Bar No. 18397