UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO** | * | |
| *Dantoni et al  v. Jayco, Inc.,  et al* | * | |
| *Case No. 09-3910* | * | **MAGISTRATE CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs **Tamia Conrad**, **Tichawana Conrad, Esmy LaFrance** and **Julia LaFrance**, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their claims against Jayco, Inc. in the above captioned matter.  This dismissal leaves intact Plaintiffs' claims against the contractor defendant, Fluor Enterprises, Inc. This dismissal applies to the named Plaintiffs only and does not affect the claims of the remaining Plaintiffs in this matter.

This dismissal is without prejudice and Plaintiffs reserve all rights and allegations in  *Jamal Adams, et al. v. Jayco Enterprises Inc., Jayco, Inc. aka Bottom Line RV, Flour Enterprises, Inc., CH2M Hill Constructors, Inc. and the United States of America through the Federal Emergency Management Agency*, Case No. 2:09-cv-8407 (E.D. La 2009)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:     */s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

*s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.