UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gerard Hobden et al vs. Sunnybrook R.V., Inc., et. al.,* No. 09-7113 and *Joseph Carrier, et al. vs. SunnyBrook, R.V., Inc. et al.*, No. 10-1305 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION SEEKING LEAVE TO FILE**
**AMENDED PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY**

COME NOW Chanda Meadows, Donna Meadows and Hannah Pyron (hereinafter "Plaintiffs") and file this Motion seeking leave to file an Amended Plaintiffs' Sur-Response to Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss (Rec. Doc. 22352). Plaintiff's Sur-Response was filed as Court Doc. 22457.

Plaintiff's counsel has contacted Defense counsel and they have no opposition this Motion.

Wherefore, Plaintiffs pray that this Honorable Court issue an Order granting them leave to file this Amended Plaintiffs' Sur-Response to Defendant's Reply to Plaintiffs' Opposition to Motion to Defendant's Motion to Dismiss.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of August, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**