UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gerard Hobden et al vs. Sunnybrook R.V., Inc., et. al.,* No. 09-7113 and *Joseph Carrier, et al. vs. SunnyBrook, R.V., Inc. et al.*, No. 10-1305 | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Amended Plaintiffs' Sur-Response to Defendant's Reply,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs are granted leave to file Amended Plaintiffs' Sur-Response to Defendant's Reply[1] and this Amended Plaintiffs' Sur-Response to Defendant's Reply will replace the Sur-Response that was filed as Rec. Doc. 22457.

This _____ day of _____, 2011

_____
United States District Judge

---

[1] The full title of Defendant's Reply for which the Court is granting leave to file Amended Plaintiffs' Sur-Response to is "Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trail Orders #2 and #32 Relating to Plaintiffs' Fact Sheets" [Rec. Doc. 22352].