# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Anthony G. Buzbee, Esq.
The Buzbee Law Firm
600 Travis Street, Suite 7300
Houston, Texas 77002

Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**10-2336**  **Albert, Brenda v. Forest River**

| | |
|---|---|
| Barnes, Eugene | Casnaw, Irma |
| Burnett, Kelvin | Clayton, Brian |
| Butler, Anthony | Dennis, Julien |
| Butler, Mary | Fontenot, Shontay |
| Captain, Kayla | Hailey Fontenot |
| Kaleb Fontenot | Johnathan Fontenot, Jr. |
| Randy Fontenot | Justin Fontenot |
| Corsey, Benjamin Sr. | Nyriel Davis |
| Dillon, Damien | Shannon D'Bell Jr. |
| Duhe, Gwendolyn | Jetson, Gilda |


EXHIBIT 4

        Dupree, Annie         Johnson, Ashley
Hebert, Laura — Johnson, Keoka
Jones, Emma — Jones, Beatrice
Jones-Dillon, Latasha — Jones, Zavion
o/b/o Greggionte Jones — Lawrence, Arthur
Landry, Betty — Myles, Christine
Lauren Landry — Diamond Davenport
McCall, Gloria — Parker, Arthur
Meador, Tracey — Richard, Gary Sr.
Potts, David — Robesten-Chase, Linda
Reeves, Bridgette — Russell, Earnest
Thompson, Quintrell — Thompson, Sabrina
Wilson, Anthony — Jasmine Thompson
Battie, Helen — Quintrice Thompson
Bibbins, Eugene — Tia Thompson
David Calloway — Thornton, Dianne
Bradley, Gregory — Washington, James
Brown, Latoya

**09-2961**  **Baquet, Andrea v. Forest River**
Davis, John A.

**10-2304**  **Celestine, Betty v. Vanguard**
Celestine, Betty — Slan, George III
Jones, Cornelius — Slan, George III o/b/o Cedric Roger
Jones, Cornelius o/b/o Cornelius Jones, Jr.

**10-4663**  **Hill, Darrius v. Forest River**
McGrew, Larries — McGrew, Larries o/b/o D'Morris Hill

**10-631**  **Jones, Hoover v. Forest River**
Boyd, Keisha — Jones, Hoover

**09-8375**  **Lazard, Yvonne v. Vanguard**
Baham, Sarah — Kirk, Bobbie o/b/o Carrie Kirk
Basquine, Arnold o/b/o Arnold Greene — Kirk, Bobbie o/b/o Joshua Smith
Basquine, Arnold o/b/o Roy Lee — Lazard, Yvonne A.
Battie, Duran Michael Sr. — Leonard, Timothy Ray
Battie, Duran Sr. o/b/o Diamond Battie — Lewis, Carrie Watson
Battie, Duran Sr. obo Duran Michael Battie Jr. — London, LaTonya
Battie, Duran Sr. o/b/o Duronte Battie — London, LaTonya o/b/o Darrell Madison
Battie, Jezmine M. — London, LaTonya o/b/o Darren Madison
Battie, Tranace Alicia — London, LaTonya o/b/o Derrell Madison

*The Buzbee Law Firm*
*May 2, 2011*
*Page 3 of 3*

| | |
|---|---|
| Battie, Tranace o/b/o Morrow Battie | London, LaTonya o/b/o Edbony London |
| Blakes, Lionel | London, LaTonya o/b/o Mary London |
| Brown, Donna o/b/o Donna Lin Richardson | London-Thomas, Deborah Christine |
| Brown, Gladys | London-Thomas, Deborah o/b/o Keyanna London |
| Chester, Betty o/b/o Lian Chester | London-Thomas, Deborah o/b/o Rasheka London |
| Chester, Betty o/b/o Lion Chester | Payne, Avis |
| Clarkston, Jazzie | Payne, Miranda |
| Edward, Paulette S. | Picot, Charles J. III |
| Fontenot, Shontay Laray | Rile, Nicole o/b/o Isis Simone Speights |
| Gardiner, Karen R. | Riley, Nicole Denise |
| Gilbert, Sheryl Diane | Riley, Nicole o/b/o Nakia C.K. Picot |
| Goodman, Sandra Marie | Riley, Nicole obo Shikerian Demetrius Mason |
| Goodman, Sandra obo Chaundell Goodman | Smith, Edison |
| Goodman, Sandra o/b/o Dennis Goodman | Thomas, Johnny Alvin |
| Goodman, Sandra obo Dennisha Goodman | Walker, Loretta G. |
| Harris, Edmon | Waller, Christopher R. |
| Haynes, Cynthia obo LeRoy Richardson III | Waller, James C. |
| Henry, Jerron Jozy | Waller, Jeanne F. |
| Hilton, Laura Ann | Washington, Cheryl A. |
| Hilton, Laura o/b/o George Hilton | Washington, Cheryl o/b/o Arthur Washington |
| Hilton, Laura o/b/o Roy Hilton | Washington, Cheryl o/b/o Isaiah Washington |
| Jones, Naomi M. | West, Paulette S. |
| Jordan, Constance | Williams, Warneshia |
| Jordan, Constance o/b/o Bruce Lee Jordan | Williams, Warneshia o/b/o Bryant Williams |
| Jordan, Consuella | Winston, Charles |
| Kirk, Bobbie | |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz