# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Monday, August 22, 2011 4:21 PM |
| **To:** | Anthony Buzbee; Buzbee Law Firm |
| **Cc:** | Mike DiGiglia; Ernie Gieger |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached. |
| **Attachments:** | Buzbee Motion to Dismiss.pdf; Buzbee Memo in Support.pdf |

Please refer to the attached draft Motion to Dismiss and Memorandum in Support which we plan to file at the end of the week. Should you have any objection to the filing of the attached, please advise no later than close of business Thursday, August 25, 2011. If we have not heard from you by that time, we will assume you have no opposition and will advise the Court accordingly.

Should you have any questions, please do not hesitate to contact us.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT B

1

## Fran Jeblonski

**From:** Anthony Buzbee [Tbuzbee@txattorneys.com]
**To:** Fran Jeblonski
**Sent:** Monday, August 22, 2011 4:42 PM
**Subject:** Read: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached.

Your message was read on Monday, August 22, 2011 9:41:56 PM UTC.