UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos. 09-4713, 09-6504, 09-7070, | * | JUDGE ENGELHARDT |
| 09-7072, 09-7834, 09-7855, 09-7889, | * | |
| and 10-2190 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on August 22, 2011, we corresponded with counsel for the plaintiffs via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to Dismiss, see "Exhibit B" attached. We have not received a response from plaintiffs' counsel and, as such, we assume they do oppose the filing of the instant Motion.

                          Respectfully Submitted,

                          **GIEGER, LABORDE & LAPEROUSE, LLC**

                          BY: /s/ Ernest P. Gieger, Jr.
                          ERNEST P. GIEGER, JR. (6154)
                          ANDREW A. BRAUN (#3415)
                          J. MICHAEL DIGIGLIA (24378)
                          GIEGER, LABORDE & LAPEROUSE, L.L.C.
                          One Shell Square
                          701 Poydras Street, Suite 4800
                          New Orleans, Louisiana 70139-4800
                          Telephone: (504) 561-0400
                          Facsimile: (504) 561-1011
                          egieger@glllaw.com
                          abraun@glllaw.com
                          mdigiglia@glllaw.com
                          **ATTORNEYS FOR FOREST RIVER, INC.**

## **CERTIFICATE OF SERVICE**

     I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 26, 2011 via electronic filing.

                                /s/ Ernest P. Gieger, Jr.