# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.,[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas  78401

  Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
    USDC, EDLA, MDL № 09-1873
    Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| 09-7857 | **Acker, Chiquita v. Forest River** | |
| --- | --- | --- |
| | Brown, Leonard | Jeremiah Martin |
| | Jabralyn Martin | Keener, Charlotte |
| 09-7889 | **Alexander, Rikita v. Forest River** | |
| | Chad Oubre | Moore, Keisha |
| | Dearek Fairley | Nguyen, Tran |
| | Excell Dorsette | Octavia Nunn |
| | Draughon, Darrell | Riley, Ronald |
| | Darrell Draughon | Franklin Wells |
| | Lynnard, Paul | |

EXHIBIT A

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 2 of 16*

| | |
|---|---|
| **09-6496** | **Baker, Susan v. Forest River** |
| | Baker, Susan |
| | Collier, Sandy |
| | Covington, Kathleen |

Demoll, Terry
Lyons, Becky
Walker, Edward

**08-5031**    **Bauer, Belinda v. Liberty Homes**
Giavotella, Michele o/b/o L.G

**10-2324**    **Boutachanthavong, Pear v. Forest River**
Boutachanthavong, Kham Phong
Boutachanthavong, Pear
Boutachanthavong, Phimphone o/b/o A.B.

Boutachanthavong, Phimphone o/b/o A.B.
Boutachanthavong, Phimphone o/b/o A.K.
Khamphiphone, Isreth

**09-6504**    **Bradley, Latoya v. Forest River**

Adams, Heather
Alford, Joseph
Alfred, Janice
Arceneaux, Courtney o/b/o Briana Garcia
Arceneaux, Courtney o/b/o Caitlin Garcia
Arceneaux, Courtney o/b/o Megan Garcia
Arceneaux, Courtney o/b/o Veronica Garcia
Bardwell, David
Bishop, Charles
Bishop, Sandra
Bishop, Sandra o/b/o Sydney Bishop
Bishop, Sandra o/b/o Taylor Bishop
Blank, Gail
Bosarge, Pamela o/b/o Gregory Bosarge
Boyd, Mark o/b/o Alexis Boyd
Boyd, Mark o/b/o Demarcus Boyd
Bradicich, Dennis
Branger, Peggy
Brown, Edgar
Cannette, Claire
Carver, Evelyn o/b/o Johnie Carver
Courteaux, Jody o/b/o Austin Courteaux
Davenport, Myron
Dillard, William
Esquivel, Beverly o/b/o Christina Esquivel
Fricke, Lance

Keel, Kelly o/b/o Zack Keel
Ladner, Leah o/b/o Lane Ladner
Ladner, Leah o/b/o Nathan Ladner
Ladner, Leah o/b/o Shelby Sharlley
Ladner, Lyonie
Ledma, Lulu o/b/o Chelsea Cuevas
Marek, Ruth o/b/o Abbygayle Lemmon
Marek, Ruth o/b/o Dennis Lemmon
McKay, Theresa o/b/o Tianna Lang
Necaise, Kay
Osterholm, Tammy o/b/o Anna Fields
Page, James
Patterson, Rita o/b/o Kaitlyn Patterson
Poillion, Ashley
Rager, Harry
Robertson, Danielle
Rothwell, Dorothy
Rothwell, Fredrick
Ruffin, Breana
Ruffin, Robert
Ruffin, Robert
Schwartz, Tracy
Schwartz, Tracy o/b/o Arielle Schwartz
Smith, Donna
Spiers, Regina o/b/o Douglas Spiers
Swicegood, Rick

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 3 of 16*

| | |
|---|---|
| Green, Ashley | Trawick, Trawick |
| Green, George | Trotter-Dedeaux, Kathryn obo Chris Burton |
| Green, Mary | Walters, Ruby |
| Green, Patricia | Walton, Barbara obo Jeremiah McDowell |
| Honea, William | Wilson, Cassey |
| Impson, Jon | Wittmann, Michael |
| Jones, Korridon o/b/o Lucas Jones | Wittmann, Phillip |

**09-7072    Burks, Aarien v. Forest River**

| | |
|---|---|
| Adams, Heather o/b/o Gavin Poillion | Leshore, Avery |
| Adams, Sheronda o/b/o Mahahia Fairley | Leshore, Torie |
| Albert, Reyon o/b/o Caydel Albert | Leshore, Torie o/b/o Tamerra Leshore |
| Amacker, Challice o/b/o Jordan Jarrell | Leshore, Torie o/b/o Teara Leshore |
| Anderson, Jan | Loper, Sarah |
| Arceneaux, Billy | Loper, Sarah o/b/o Sharmaine Loper |
| Bailey, Roxanne | Lucas, Clarence |
| Bailey, Roxannie o/b/o Amara Bailey | Luton, Aaron |
| Baptiste, Tiffany | Mallini, Anthony o/b/o Anthony Mallini |
| Baptiste, Tiffany o/b/o Racquel Baptiste | Mallini, Anthony o/b/o Ashley Mallini |
| Baptiste, Tiffany o/b/o Rashad Baptiste | Mallini, Anthony o/b/o Katherine Mallini |
| Baptiste, Tiffany o/b/o Raven Baptiste | McNair, Kimberly o/b/o Cameron McNair |
| Baptiste, Tiffany o/b/o Rayion Scott | Mistretta, Jessica |
| Barns, Peggy | Mistretta, Jessica o/b/o Jayde Halia |
| Batiste, Arian | Mistretta, Jessica o/b/o Jolee Williams |
| Bermond, Annette | Mitchell, Ethel |
| Bermond, Christopher | Mitchell, Yvonne |
| Bermond, Chris o/b/o Estate of Dalton | Moody, Johnna |
| Biggs, Raven | Moody, Johnna o/b/o Tristan Tyner |
| Biggs, Raven o/b/o Deljay Bailey | Moore, Brenda |
| Bolden, Donnell | Moore, Charles |
| Bolden, Elizabeth | Moore, Charod |
| Bolden, Elizabeth o/b/o Donnell Bolden | Moore, Daniel |
| Bolden, Kevin | Moore, Derrick |
| Bright, Juanita | Moore, Derrick o/b/o DeAysia Moore |
| Brimage, Charity | Moore, Emma |
| Brimage, Dajanae | Moore, Eric |
| Brimage, Deonshae | Moore, Lakeshia |
| Brimage, Valecia | Moore, Sammie |
| Brimage, Valecia o/b/o Keivon Brimage | Nguyen, May o/b/o Bobby Vo |
| Brooks, Charmaine o/b/o Natoreon Wolfe | Nguyen, May o/b/o Brian Vo |
| Brown, Sherman o/b/o Sherman Major | Nunn, Shana |
| Burks, Aarien o/b/o Aairen Burks | Ordone, Terrence o/b/o Grace Ordone |

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 4 of 16

| | |
|---|---|
| Burks, Aarien o/b/o Adrianna Burks | Ordoyne, Skyler |
| Burks, Aarien o/b/o D'Asia Burks | Passaro, Cheryl |
| Burton, Antonio | Passaro, Cheryl o/b/o Brittany Dunn |
| Byrd, Jennifer | Passaro, Cheryl o/b/o John Passaro |
| Carbo, Danielle | Passaro, Cheryl o/b/o Samantha Martin |
| Cuevas, Jearlene | Pearson, Yvetta |
| Cuevas, Theofield | Pearson, Yvetta o/b/o Erion Moore |
| Dallas, Christine | Pearson, Yvetta o/b/o Nigel Moore |
| Dedeaux, Marietta | Peters, Myra |
| Dedeaux, Marietta o/b/o Joshua Dedeaux | Pohlmann, Corey |
| Dedeaux, Marietta o/b/o Paul Cunningham | Pohlmann, Jeffery |
| Dedeaux, Tenia | Pohlmann, Keely |
| Drake, Wilfred | Pohlmann, Keely o/b/o Amara Pohlmann |
| Draughon, Nora | Pohlmann, Keely o/b/o Austin Pohlmann |
| Dugas, Delrick | Pohlmann, Laura |
| Durby, Victoria | Porter, Natasha o/b/o Nykia Porter |
| Echoles, Angie o/b/o Joshua Echoles | Potter, Marybelle |
| Enterkin, Arnold | Ragins, Oki |
| Evans, Sheila o/b/o Derek Evans | Ragins, Oki o/b/o Kasie Clayton |
| Evans, Sheila o/b/o Shelby Evans | Ratliff, Ernest |
| Evans, Sheila o/b/o William Evans | Ratliff, Joan |
| Ewing, William | Ray, Donovan |
| Formica, Anthony | Ray, Jeanne |
| Fowler, Lucy | Ray, Patricia |
| Gaines, Sheila | Ray, Patricia o/b/o Cam'rom Ray |
| Gaines, Sheila o/b/o Anthony Smith | Raymond, Lisa |
| Gaines, Sheila o/b/o Antjuan Smith | Riley, Robert |
| Gaines, Sheila o/b/o Raven Gaines | Robbins, Barbara |
| Gallimore, Candy | Roberson, Andrea |
| Gardina, Michelle | Robinson, Leslie o/b/o Ivan Robinson |
| Giardina, Danny | Ruffin, Breana o/b/o Ashanti Ruffin |
| Giardina, Loren | Ruffin, Breana o/b/o Deundre Ruffin |
| Giardina, Mary | Ruffin, Breana o/b/o Tyrek Ruffin |
| Giardina, Ross | Rusfin, Andre |
| Goleman, Rebecca | Rusfin, Leqaya |
| Griffin, Linda o/b/o Ronnie Griffin | Ryan, Verna o/b/o Dominic Hall |
| Hanshaw, Willie | Schwartz, Tracy o/b/o David Hill |
| Harbin, Bridgette o/b/o Clara Harbin | Seaman, Deborah |
| Harris, Charles | Simon, Carlee |
| Hatampa, Esther o/b/o Ethan Hainsworth | Singley, Melissa |
| Havard, Linda | Smith, Bertrand |
| Haynes, Lionel | Smith, Donna |

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 5 of 16*

|  |  |
|---|---|
| Henderson, David obo Zackary Henderson | Smith, Douglas & Havalyn obo Aimme Smith |
| Hoda, Carolyn | Smith, Douglas o/b/o Katelynne Smith |
| Holifield, Danny | Sprouse, Andy o/b/o Konner Sprouse |
| Holifield, Darla | Steddum, Nichole |
| Horn, Deborah | Stephens, Brenda |
| House, Norman | Stork, Christopher o/b/o Adrienne Stork |
| Huyah, Ky | Taylor, April o/b/o B.T. |
| Ingram, Keiosha o/b/o Kalyn Joseph | Thompson, Carolyn |
| Ingram, Keisoha o/b/o Jenae' Ingram | Tran, Uyen |
| Jackson, John | Twilbeck, Gloria |
| James, Alberta | Walker, Erica |
| James, Early Larry | Walker, Erica o/b/o Kaitlyn Goff |
| James, Katona | Walker, Kelly |
| James, Keith | Ware, Vanessa |
| Johnson, Theresa | Washington, Elizabeth |
| Johnson, Theresa o/b/o Ariel Johnson | Wehmeyer, Susan |
| Johnson, Theresa o/b/o Tianna Lane | Wells, Iris |
| Ladner, Billy | Wescovich, Eli |
| Larkin, Carlos | Wescovich, Linda |
| Larkin, Deborah | Widle, Stacy |
| Leonard, Dezmeon | Wilkerson, Albert |
| McCann, Kimberly | Willard, Kimberly o/b/o Alec Willard |
| McClantoc, Sheila | Willard, Kimberly o/b/o Logan Gallimore |
| McConnell, Terry | Williams, Albert |
| McCord, Cindy o/b/o Joseph McCord | Williams, Maxie |
| McCord, Cindy o/b/o Patrick McCord | Williams, Ralph |
| McDaniel, Linda | Williams, Stanford |
| McDaniel, Peggy | Williams, Tomeika |
| McDaniel, Peggy o/b/o Thomas Formica | Wilson, Ronnie |
| McDaniel, Richard | Woods, Bonnie |
| McDevitt, Colleen | Wright, Eileen |
| McInis, Darryl | Young, Brandon |
| McNair, Kimberly |  |

**09-7892    Byron, Gerald v. Forest River**

| | |
|---|---|
| Dawson, Felissia o/b/o Sherman Buckley | Jones, Torrey |
| Decoux, Karen | |

**10-2184    Clements, Bernell v. Forest River**

| | |
|---|---|
| Allen, Elica o/b/o I.A. | Earl, Yvette o/b/o B.E. |
| Anderson, Harold | Earl, Yvette o/b/o M.E. |
| Antoine, Gerald o/b/o Z.A. | Gary, Valarie o/b/o J.G. |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Case 2:07-md-01873-KDE-MBN   Document 22608-4   Filed 08/26/11   Page 6 of 16

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 6 of 16

| | |
|---|---|
| Antoine, Robert | Goodwin, Shirley |
| Bailey, Heidi | Haynes, Mayola |
| Bailey, Heidi o/b/o A.B. | Haynes, Mayola o/b/o L.H. |
| Bailey, Heidi o/b/o R.L | Malone, Troy |
| Bardwell, Heather | McGowan, Audroy o/b/o J.M. |
| Bardwell, Laura | McGowan, Audroy o/b/o S.R. |
| Bardwell, Laura o/b/o B.B. | Mitchell, Amanda |
| Bardwell, Monica | Moore, Michelle |
| Barnes, Alexandria o/b/o A.B. | Morel, Harry |
| Barnes, Alexandria o/b/o B.B. | Murphy, Kellie |
| Barnes, Alexandria o/b/o K.B. | Murphy, Kellie o/b/o Estate of Terry Smith |
| Bradburry, Linda o/b/o D.S. | Murphy, Kellie o/b/o J.S. |
| Bradburry, Linda o/b/o L.A. | Nolan, Ballard |
| Brooks, Jennifer | Nolan, Robert |
| Brooks, Jennifer o/b/o J.B. | Nolan, Robert |
| Brumfield, LaBaron | Santiago, Bernard |
| Carter, McKinley | Santiago, Tamika |
| Clements, Bernell | Santiago, Tamika o/b/o E.H. |
| Cole, LaQuetta | Smith, Hubert |
| Cole, Laquetta o/b/o B.S. | Smith, Joseph |
| Davis, Leonisa | Swanson, Linda o/b/o D.E. |
| Davis, Leonisa o/b/o J.B. | Tran, Lien |
| Davis, Wade | Tran, Linh |
| Dicks, Christopher | Twilbeck, Clarence |
| Dupuy, Greg | Williams, Rudolph |
| Durbin, Glenda | Wilson, Andrew |
| Earl, Joseph | Wilson, Don |
| Earl, Yvette | Wilson, Don o/b/o D.W. |

**09-7117   Frierson, Shelly v. Vanguard**

| | |
|---|---|
| Bilbo, Jacqueline o/b/o Kaleb Loper | Hawkins, Leroy |
| Bilbo, Jacqueline o/b/o Miah Green | Hawkins, Shenea |
| Frierson, Shelly o/b/o Courtney Barton | Hawkins, Shenea o/b/o Jarryd Jacobs |
| Frierson, Shelly o/b/o Jessica Barton | Hawkins, Shenea o/b/o Justyn Jacobs |
| Frierson, Shelly o/b/o Lindsey Barton | Seaman, Julie |

**10-1296   Ratliff, Jasmine v. Vanguard, LLC**

| | |
|---|---|
| Bilbo, Jacqueline | Ratliff, Joseph |
| Lacy, Elaine | Trahan, June |
| Moore, Paulette | Williams, Michelle |
| Paquet, Lori | Williams, Michelle o/b/o Michael Williams |
| Ratliff, Andrea | Williams, Michelle o/b/o Richard Williams |

|  |  |  |
|---|---|---|
|  | Ratliff, Andrea o/b/o Jordin Ratliff<br>Ratliff, Jasmine | Williams, Michelle o/b/o Richelle Williams<br>Williams, Richard |
| 10-1265 | **Rogers, Cherlyn v. Forest River**<br>Flores, Rachael o/b/o Timothy Williams<br>Goodley, Bernilla | Oliver, Herbert<br>Webb, Elizabety |
| 09-7834 | **Seaman, Julie v. Vanguard, LLC**<br>McDaniel, Jack |  |
| 10-2190 | **Stallworth, Lemuel v. Forest River** |  |

Babineaux, Phillip
Bermond, Christopher
Bolden, Charles
Bouie, Leta
Bradbury, Linda
Brooks, Jessica
Burrage, Zanbernia
Carter, Berry
Chan, Quang
Coleman, Pauline
Coleman, Wanda
Coleman, Wanda o/b/o L.C.
Coleman, Wanda o/b/o T.C.
Cu, Karen
Cuevas, Amber
Cuevas, Amber o/b/o C
Cuevas, Amber o/b/o J.C.
Cuevas, Meghan
Daniels, Jerry
Dauphin, Lucille
DeLeon, Oscar
DeLeon, Sophia
DeLeon, Sophia o/b/o A.D.
DeLeon, Sophia o/b/o O.D.
DeLeon, Sophia o/b/o R.D.
Epps, Deborah
Epps, Mark
Epps, Meagan
Epps, Travis
Fairley, Jocelyn
Fells, Johnny

Lee, Shondreka
Lewis, Kimberly o/b/o R.S.
Lewis, Kimberly o/b/o S.S
Manuel, Tammy o/b/o J.M.
Minor, Tammy o/b/o T.M.
Minor, Tammy o/b/o T.M.
Moore, Ruby
Percle, August
Perrin, Judy
Perrin, Watson
Powell, Carleta
Powell, Carleta o/b/o D.R.
Powell, Carleta o/b/o L.P.
Price, Betty
Raine, Emma
Raine, James
Raine, James o/b/o J.R.
Rancifer, Lamonty
Ratliff, Felisha
Ratliff, Felisha o/b/o A.B.
Ratliff, Felisha o/b/o M.R.
Ratliff, Lucious
Rayburn, Travis
Reed, Andrea
Reed, Andrea o/b/o D.R.
Reynolds, Jamie
Scogin, Amanda
Scogin, Rebecca
Scogin, Rebecca o/b/o J.H.
Scogin, Rebecca o/b/o J.H.
Sellers, Anthony

| | |
|---|---|
| Galmore, Essie | Simmons, Renada |
| Galmore, Essie o/b/o A.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simoneaux, Tracy |
| Galmore, Essie o/b/o C.G. | Smith, Ben |
| Galmore, Essie o/b/o J.R. | Somphouk, Bun |
| Galmore, Essie o/b/o S.G. | Somphouk, Bun o/b/o J.P. |
| Galmore, Kenny | Stagg, Sylvia |
| Galmore, Larry | Stallworth, Lemuel |
| Galmore, Shelia | Stallworth, Maxine |
| Godwin, Dwight | Stallworth, Seth |
| Gowland, Kirby | Sterling, Monique |
| Guyton, Sharon | Sterling, Monique o/b/o S.S. |
| Guyton, Sharon o/b/o B.G. | Sterling, Monique o/b/o S.S. |
| Guyton, Tyrell | Sterling, Monique o/b/o S.S. |
| Guyton, Wesley | Sterling, Sean |
| Hahn, Holley | Stewart, Marvell |
| Hart, Jeanette | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie o/b/o B.R. | Taylor, Dorothy |
| Hecker, Cle'lie o/b/o J.H. | Taylor, Dorothy o/b/o C.T. |
| Hinton, Tommy | Taylor, Dorothy o/b/o D.T. |
| Hockett, Shirley | Taylor, Dorothy o/b/o R.T. |
| Howell, Pamela o/b/o K.J. | Tran, Linh o/b/o V.C. |
| Hughes, Rusty | Tran, Linh o/b/o V.C. |
| Johnson, Herman | Tran, Linh o/b/o V.T. |
| Johnson, Jesse | Tran, Linh o/b/o V.T. |
| Johnson, Joshuary | Tran, Trang |
| Jones, Ozell o/b/o Z.B. | Tran, Trang o/b/o K.T. |
| Laneaux, Keoki | Tuberville, Caffie |
| Lasy, Sanh | Ulrich, Ann |
| Lasy, Sanh o/b/o J.L. | Ulrich, John |
| Lasy, Sanh o/b/o V.L. | Vanderbilty, Eugene |
| Lasy, Soumaly | Villareal, Jessica |
| Lasy, Soumaly | Vince, Nolan |
| Lasy, Soumaly o/b/o D.L. | Walker, Candice |
| Lasy, Soumaly o/b/o J.L. | Washington, Bernita |
| Lasy, Vixay | Washington, Bernita |
| Lee, Don | Washington, Joshua |
| Lee, Don | Washington, Joshua o/b/o J.G. |
| Lee, Pamela | Washington, Kevin |
| McGowan, Audroy o/b/o S.S. | Washington, Kevin |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Case 2:07-md-01873-KDE-MBN   Document 22608-4   Filed 08/26/11   Page 9 of 16

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 9 of 16

|  |  |  |
|---|---|---|
|  | Minor, Bobby | Watson, Diedre |
|  | Minor, Maggie | Williams, Yvonne |
|  | Minor, Tammy | Young, Theresa |

09-4713 **Strickland, Ruth v. Forest River**
- Alexander, Augustine
- Marshall, Della
- Pierre
- Salter, Clifford
- Salter, Inoka
- Salter, Inoka o/b/o Makayla Salter
- Salter, Jeanette
- Spiehler, Anthony
- Spiehler, Pamela

09-7855 **Vallare, Jemalla v. Forest River**
- Galvan, Emma
- Galvan, Emma o/b/o Emma Galvan
- Wilmore, Yvonne

09-6503 **Walton, Barbara v. Forest River**
- Adams, Heather
- Arceneaux, Courtney o/b/o Briana Garcia
- Arceneaux, Courtney o/b/o Caitlin Garcia
- Arceneaux, Courtney o/b/o Megan Garcia
- Arceneaux, Courtney o/b/o Veronica Garcia
- Bardwell, David
- Bishop, Charles
- Bishop, Sandra
- Bishop, Sandra o/b/o Sydney Bishop
- Bishop, Sandra o/b/o Taylor Bishop
- Blank, Gail
- Bosarge, Pamela o/b/o Gregory Bosarge
- Boyd, Mark o/b/o Alexis Boyd
- Boyd, Mark o/b/o Demarcus Boyd
- Bradicich, Dennis
- Branger, Peggy
- Cannette, Claire
- Carver, Evelyn o/b/o Johnie Carver
- Courteaux, Jody o/b/o Austin, Courteaux
- Davenport, Myron
- Dillard, William
- Esquivel, Beverly o/b/o Cristina Esquivel
- Fricke, Lance
- Green, Ashley
- Green, George
- Green, Mary
- Impson, Jon
- Jones, Korridon o/b/o Lucas Jones
- Keel, Kelly o/b/o Zack Keel
- Ladner, Leah o/b/o Lane Ladner
- Ladner, Leah o/b/o Nathan Ladner
- Ladner, Leah o/b/o Shelby Sharlley
- Ledma, Lulu o/b/o Chelsea Cuevas
- Marek, Ruth o/b/o Abbygayle Lemmon
- Marek, Ruth o/b/o Dennis Lemmon
- McKay, Theresa o/b/o Tianna Lang
- Osterholm, Tammy o/b/o Anna Fields
- Page, James
- Patterson, Rita o/b/o Kaitlyn Patterson
- Poillion, Ashley
- Rager, Harry
- Rothwell, Dorothy
- Rothwell, Fredrick
- Ruffin, Breana
- Ruffin, Robert
- Ruffin, Robert
- Schwartz, Tracy
- Schwartz, Tracy o/b/o Arielle Schwartz
- Smith, Donna
- Spiers, Regina o/b/o Douglas Spiers
- Trotter-Dedeaux, Kathryn obo Chris Burton
- Walters, Ruby
- Walton, Barbara o/b/o Jeremiah McDowell

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Case 2:07-md-01873-KDE-MBN   Document 22608-4   Filed 08/26/11   Page 10 of 16

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 10 of 16

|  |  |  |
|---|---|---|
|  | Green, Patricia<br>Honea, William | Wilson, Casey |
| 09-6505 | **Wells-Thompson, Najee v. Forest River**<br>Gasaway, Robert<br>Ladner, Thomas<br>Moore, Anna o/b/o M.M. | Reed, Marry<br>Wells-Thompson, Najee |
| 09-7855 | **Wilkerson, Mary v. Forest River**<br>Wilkerson, Mary<br>Woods, Celestine<br>Woods, Maurice | Woulard, Tammy<br>Young, Linda |
| 09-7070 | **Williams, Albert v. Forest River**<br>Acker, Rene o/b/o Jayden Acker<br>Acker, Rene o/b/o Maleygh Acker<br>Adams, Heather o/b/o Gavin Poillion<br>Adams, Heather o/b/o Kylee Adams<br>Adams, Sheronda o/b/o Mahahia Fairley<br>Alexander, Rikita o/b/o Marvin Taylor<br>Alford, Karen o/b/o Noah Bailey<br>Alford, Karen o/b/o Sydni Bailey<br>Alford, Karen o/b/o Tristin Bailey<br>Almacker, Derwood<br>Amacker, Challice<br>Ambrose, Yashenma o/b/o Aniyah Price<br>Ambrose, Yashenma o/b/o Ellic Laneaux<br>Andrews, Mark<br>Barbazon, Margie o/b/o Andre Barbazon<br>Bardwell, David<br>Barnes, Edgar<br>Barrington, Ross<br>Beamon, Wilson<br>Bennett, Carrie o/b/o Kadence Maurigi<br>Bennett, Pamela o/b/o Courtney Bennett<br>Bermond, Annette<br>Bermond, Christopher<br>Bermond, Christopher o/b/o Estate of Dalton<br>Biehl, Jacqueline o/b/o Dylan Biehl<br>Bilbo, Tally<br>Brennan, Merle<br>Bridges, Carvin | Ly, Sony<br>Ly, Yen<br>Maillet, Aaron o/b/o Allissa Maillet<br>Mallini, Anthony o/b/o Anthony Mallini<br>Mallini, Anthony o/b/o Ashley Mallini<br>Mallini, Anthony obo Katherine Mallini<br>Martin, Luz<br>Martin, Percy<br>McCord, Anastasia<br>McCord, Cindy<br>McDevitt, Colleen<br>McDuffie, Robert<br>Melton, Michelle o/b/o Sarah Melton<br>Mitchell, Darlene obo Braleigh Delaney<br>Mitchell, Katrise<br>Mitchell, Obadiah<br>Mitchell, Steven<br>Moran, Tina o/b/o Kyle Moran<br>Myers, Terriea o/b/o Shakayla Mason<br>Nash, Edan<br>Nguyen, An<br>Nguyen, An o/b/o Amy Nguyen<br>Nguyen, An o/b/o Andy Nguyen<br>Nguyen, An o/b/o Tiffany Nguyen<br>Nguyen, Hong o/b/o Sarah Nguyen<br>Nguyen, Men<br>Nguyen, Tina<br>Odom, Sylvia o/b/o Ja'Marion Odom |

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 11 of 16*

| | |
|---|---|
| Brothern, Valerie | Odom, Sylvia o/b/o Ja'Markus Odom |
| Brothern, Valerie o/b/o Trevor Brothern | Pace, Rhonda |
| Brown, Frances | Page, Nicole |
| Brown, Frances o/b/o Nicholas Beard | Page, Nicole o/b/o Maricia Page |
| Brown, Janie | Page, Nicole o/b/o Xavion Page |
| Brown, Sherman | Patton, Dwanna |
| Brown, Sonya | Patton, T'Chete |
| Brown, Sonya o/b/o Charles Crockett | Patton, T'Chete o/b/o Jonathon Patton |
| Brown, Sonya o/b/o Corbin Crockett | Peterson, Laura |
| Brown, Stacy | Peterson, Laura o/b/o Clint Peterson |
| Brown, Vincent | Peterson, Laura o/b/o Danielle Peterson |
| Bui, Tong | Peterson, Laura o/b/o Tyler Peterson |
| Burks, Aarien | Peterson, Steve |
| Burrage, Willie | Pizzo, Steven |
| Burton, Bobbie | Poindexter, Ingrid |
| Byrd, Jennifer | Poindexter, Keith |
| Cadwell, Frances | Poindexter, Keith obo Keeman Poindexter |
| Carbo, Nathan | Poindexter, Keith o/b/o Kennedy Poindexter |
| Collins, Bryant | Prentiss, Cuevas |
| Collins, Bryant Sr. o/b/o Bryant Collins | Price, Sonja |
| Conerly, Bernette o/b/o Jaden Dillon | Price, Sonja o/b/o Nyesha Laneaux |
| Cox, Regena | Rainey, Alice o/b/o Carl Rainey |
| Crockett, Grace | Rainey, Alice o/b/o Isaiah Rainey |
| Crockett, Roosevelt | Rainey, Carl |
| Cuevas, Chassidy | Rasco, Maggie o/b/o Khadijah Barber |
| Cuevas, Chassidy o/b/o Kade Cuevas | Reaux, Page |
| Cuevas, Chassidy o/b/o Kaleigh Cuevas | Reaux, Ryan |
| Cuevas, Damein | Reddix, John |
| Cuevas, Jearlene | Reddix, Pennie |
| Cuevas, Pansy o/b/o Bryson Cuevas | Rieux, Herman |
| Cuevas, Prentiss | Riley, Kimeta o/b/o Kearston Riley |
| Cuevas, Theofield | Roberson, Carolyn |
| Curtis, James o/b/o Ceyan Curtis | Ruffin, Breana o/b/o Ashanti Ruffin |
| Davis, Carl | Ruffin, Breana o/b/o Deundre Ruffin |
| DeAngelo, Courtney | Ruffin, Breana o/b/o Tyrek Ruffin |
| DeAngelo, Theresa | Rusfin, Andre |
| Dedeaux, Melissa o/b/o Ricardo Dedeaux | Rusfin, Leqaya |
| Delaney, Fara | Salter, Ricky |
| Duplessis, Antoine | Salter, Steven |
| Duplessis, Miranda | Saucier, Sharon |
| Duplessis, Yolanda | Saunders, Helen |
| Durby, Victoria | Saunders, Helen o/b/o Noah Saunders |

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 12 of 16*

| | |
|---|---|
| Evans, Sean | Saurage, Robert o/b/o Aarin Saurage |
| Ezell, Danial | Saurage, Robert o/b/o Gail Abadie |
| Farrior, Sandra | Saurage, Robert o/b/o Richard Abadie |
| Fleming, Gerald o/b/o Mason Fleming | Scherick, Brandy o/b/o Lilly Thornton |
| Fricke, Cynthia | Schlickbernd, Kathy |
| Gaines, Kenneth | Schlickbernd, Vincent |
| Gaines, Sheba | Schroeder, Henry |
| Garcia, Oscar | Schwartz, Tracy o/b/o David Hill |
| Garcia, Theresa | Scott, Garval o/b/o Jarrell Arline |
| Garcia, Theresa o/b/o Anita Grisham | Singleton, Danelle o/b/o Alysia Dunklin |
| Gardina, Michelle | Singleton, Danelle o/b/o Armando Singleton |
| Garriga, Evelyn | Singley, Summer o/b/o Mackenzie Spaur |
| Gibson, Gayle o/b/o Darryl Gibson | Smith, Doug & Havalyn obo Aimme Smith |
| Green, James | Smith, Douglas o/b/o Katelynne Smith |
| Grego, Lynn | Smith, Jasmine |
| Grego, Lynn o/b/o Joshua Grego | Smith, Jasmine o/b/o Jeanchristopher Smith |
| Grego, Lynn o/b/o Paul Grego | Smith, Nyasha o/b/o Robert Smith |
| Grego, Paul | Spell, Jerry |
| Griffin, Tranett o/b/o Ronnie Druce | Stephens, Brenda |
| Hanshaw, Kim o/b/o Taylor Hanshaw | Stevison, Jannie |
| Harbin, Bridgette o/b/o Clara Harbin | Stevison, Jannie o/b/o Gage Stevison |
| Hatampa, Esther o/b/o Lauren Evans | Stockman, Johnny |
| Haynes, Yolunda o/b/o Darius Haynes | Stockman, Walter |
| Hearndon, Randel | Strickland, Lionel |
| Henderson, David o/b/o Zackary Henderson | Stucke, Clinton |
| Hill, Brandy o/b/o Alexis Hill | Stucke, Jeannette |
| Hill, Brandy o/b/o Xavier Hill | Stucke, Jeannette o/b/o Joshua Delaughter |
| Hillhouse, Brenda | Sutton, Jamie o/b/o Richard Sutton |
| Hillhouse, Eric | Taylor, Marthina o/b/o Recardo Sayja |
| Horn, Deborah | Thomas-Burton, Corinn o/b/o Keely Jones |
| Hughes, Geraldine | Tillison, Georgia |
| Hughes, Richard | Tillison, Georgia o/b/o Gari Tillison |
| Huynh, My | Tillison, Georgia o/b/o Inna Tillison |
| Huynh, Phuoc | Tillison, Larry |
| Isabel, Paula o/b/o Keishaad Womble | Tran, Chin |
| Isabell, James | Tran, Chin o/b/o Candice Tran |
| Isabell, Jason | Tran, Chin o/b/o Christina Tran |
| Isabell, Jeff o/b/o Jarvis Isabell | Tran, Chin o/b/o Nikki Tran |
| Isabell, Jeffery | Tran, Nga |
| Isabell, Kimberly | Tran, Tuan |
| Isabell, Paula | Truong, Em |
| Johnson, Abigail | Verzal, Jerri o/b/o Breana Verzal |

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 13 of 16*

Johnson, Charles
Johnson, Deborah
Johnson, Hannah
Johnson, Mia o/b/o Johnnisha Johnson
Johnson, Peggy
Johnson, Peggy o/b/o Mark Johnson
Johnson, Peggy o/b/o Paul Johnson
Johnson, Peggy o/b/o Seth Johnson
Johnson, Renee
Johnson, Renee o/b/o Renard Elliot
Johnson, Renee o/b/o Renee Johnson
Johnson, Theresa
Johnson, Theresa o/b/o Ariel Johnson
Johnson, Theresa o/b/o Tianna Lane
Jones, Bobbie
Jones, Phillip
Jordan, Henry o/b/o Henry Jordan
Kitchens, Brenda
Ladner, Lisa o/b/o Ethan Smith
Lam, Hen
Loper, Sarah
Loper, Sarah o/b/o Sharmaine Loper
Ly, Chen
Ly, Chen o/b/o Brittney Chau
Ly, Chen o/b/o Christopher Chau
Ly, Chen o/b/o Timmy Chau

Verzal, Jerri o/b/o Savannah Verzal
Walker, Erica o/b/o Kaitlyn Goff
Walkes, Nichole o/b/o Courtney Walkes
Walkes, Nichole o/b/o McKaiya Walkes
Watson, Mary o/b/o Adam Sullivan
Wescovich, Eli
Weston, Danneil o/b/o D'Shayla Weston
Williams, Albert
Williams, Carzell o/b/o Devin Williams
Williams, Debra
Williams, Debra o/b/o Dontrite Walters
Williams, Gabriel
Williams, Jucinta
Williams, Jucinta o/b/o Takiyah Williams
Williams, Matilde
Williams, Raven o/b/o Ny'Dria Williams
Williams, Unetra
Wills, David
Wilson, Robert
Woulard, Tammy o/b/o Jimmy Amos
Young, Cynthia
Ziegler, Farrell
Zollicoffer, Lakita
Zollicoffer, Lakita o/b/o Kayla Robinson
Zollicoffer, Lakita o/b/o Raven Goins

**09-6502     Young, Rufus v. Forest River**

Alexander, Tonya o/b/o A.V.
Alexander, Tonya o/b/o D.A.
Arceneaux, Andrew o/b/o B.A.
Arceneaux, Andrew o/b/o L.A.
Ashley, Bryan
Baker, Niny o/b/o Z.B.
Ballard, Christopher o/b/o L.B.
Ballard, Seketha o/b/o C.B.
Bello-Pike, Daphane o/b/o C.B.
Bennett, Elizabeth o/b/o E.B.
Bennett, Pamela o/b/o J.B.
Biehl, Jacqueline o/b/o B.B.
Biehl, Jacqueline o/b/o M.B.
Blackston, Clarrisa o/b/o D.B.

Neese, Jessica o/b/o A.N.
Neese, Jessica o/b/o L.N.
Neese, Jessica o/b/o M.N.
Neese, Jessica o/b/o W.N.
Nguyen, Ann o/b/o P.N.
Nguyen, Bich o/b/o A.N.
Nguyen, Bich o/b/o D.N.
Nguyen, Bich o/b/o J.N.
Nguyen, Bich o/b/o S.N.
Nguyen, Dung
Nguyen, Gong o/b/o L.N.
Nguyen, Gong o/b/o S.N.
Nguyen, Hong o/b/o L.N.
Nguyen, Hong o/b/o L.N.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 14 of 16*

| | |
|---|---|
| Blackston, Clarrisa o/b/o L.B. | Nguyen, John o/b/o T.N. |
| Bonnett, Elizabeth o/b/o T.B. | Nguyen, Lina o/b/o A.D. |
| Booker, Orlanda o/b/o S.B. | Nguyen, Lina o/b/o D.N. |
| Bourg, Tricia o/b/o B.B. | Nguyen, Long o/b/o S.N. |
| Bourgeois, April o/b/o J.D. | Nguyen, Nhan o/b/o V.N. |
| Bourgeois, April o/b/o J.F. | Odom, Krista o/b/o K.W. |
| Bourgeois, April o/b/o L.B. | Owenby, Valerie o/b/o D.M. |
| Bourgeois, April o/b/o P.B. | Pace, Tonya o/b/o J.M. |
| Branom, Teresa o/b/o H.B. | Pace, Tonya o/b/o T.P. |
| Broussard, Clifton o/b/o J.B. | Parkinson, Lora o/b/o G.P. |
| Bui, Bich o/b/o M.N. | Parkinson, Lora o/b/o M.P. |
| Caraviello, Dorena o/b/o K.C. | Parkinson, Lora o/b/o S.P. |
| Catalanotto, Lisa o/b/o D.W. | Patrick, Jeremy o/b/o J.P. |
| Cochran, Amy o/b/o A.C. | Perks, David o/b/o E.S. |
| Danley, Kristie o/b/o J.D. | Perks, David o/b/o K.P. |
| Danley, Kristie o/b/o K.D. | Peterson, Carolyern |
| Davis, Willie o/b/o J.D. | Peterson, Christopher o/b/o B.P. |
| Davis, Willie o/b/o M.D. | Phillips, Samantha o/b/o A.P. |
| Dillard, Carleaner o/b/o S.B. | Piot, Pamela o/b/o C.K. |
| Doan, Dan o/b/o C.N. | Piot, Pamela o/b/o C.K. |
| Doan, Dan o/b/o I.N. | Piot, Pamela o/b/o D.T. |
| Duong, Lieu o/b/o A.P. | Preston, Lucy o/b/o D.C. |
| Feigel, Kimberly o/b/o K.P. | Preston, Lucy o/b/o K.C. |
| Feigel, Kimberly o/b/o M.B. | Preston, Lucy o/b/o K.M. |
| Feigel, Kimberly o/b/o T.D. | Preston, Lucy o/b/o L.D. |
| Fleming, Gerald o/b/o Z.F. | Preston, Lucy o/b/o T.S. |
| Foster, Rondeshia o/b/o A.F. | Preston, Lucy o/b/o Z.M. |
| Galloway, Jennifer o/b/o K.G. | Pullman, Kayla o/b/o M.M. |
| Garcia, Kevin o/b/o K.G. | Rainey, Alice |
| Garry, Kanita o/b/o K.M. | Rasco, Maggie o/b/o C.W. |
| Giavotella, Michele o/b/o L.G. | Rasco, Maggie o/b/o K.W. |
| Goff, Frank o/b/o S.B. | Rasco, Maggie o/b/o K.W. |
| Goff, Luctrecia o/b/o K.G. | Rasco, Maggie o/b/o Z.W. |
| Guy, Jennifer o/b/o W.G. | Rasmussen, Tina o/b/o J.R. |
| Harbin, Bridgette o/b/o A.H. | Ray, Dori o/b/o S.R. |
| Henderson, Stuart o/b/o R.H. | Richardson, Amanda o/b/o K.R. |
| Hoda, Miranda o/b/o A.H. | Richardson, Amanda o/b/o P.R. |
| Hoda, Miranda o/b/o A.P. | Robbins, Richie o/b/o Z.Q. |
| Hoda, Miranda o/b/o B.H. | Robinson, Angela o/b/o D.R. |
| Hoda, Miranda o/b/o B.P. | Robinson, Angela o/b/o T.R. |
| Hoda, Miranda o/b/o C.P. | Rogers, Cecil o/b/o E.R. |
| Hood, Harvey o/b/o R.H. | Rowell, Amber o/b/o Z.F. |

| | |
|---|---|
| Hutto, Tammy o/b/o J.M. | Rowell, Noel o/b/o J.R. |
| Jackson, Arlene o/b/o Z.T. | Saunders, Sharice o/b/o C.W. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o J.P. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Evette o/b/o K.T. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Rose o/b/o A.J. | Shipman, Shirley o/b/o K.S. |
| Jenkins, Rose o/b/o C.J. | Shipman, Shirley o/b/o K.S. |
| Johnson, Brenda o/b/o S.S. | Smith, Jasmine o/b/o D.S. |
| Jones, Shawn o/b/o S.J. | Smith, Jasmine o/b/o N.S. |
| Kendrick, Shoneen o/b/o H.A. | Smith, Kiona o/b/o T.S. |
| Kendrick, Shoneen o/b/o N.A. | Smith, Mary o/b/o K.S. |
| Keppard, Kathy o/b/o K.V. | Smith, Mary o/b/o S.S |
| Keppard, Kathy o/b/o K.V. | Sonnier, Patricia o/b/o M.S. |
| Knight, Erika o/b/o J.L. | Speir, Stephanie o/b/o L.S. |
| Ladner, Yolaine | Speir, Stephanie o/b/o M.S. |
| Ladner, Yolaine o/b/o C.L. | Spiers, Michael o/b/o M.B. |
| Ladner, Yolaine o/b/o M.L. | Spiers, Regina o/b/o M.S. |
| Lafontaine, Kermit o/b/o D.L. | Swicegood, Dick o/b/o C.S. |
| Lafontaine, Kermit o/b/o K.L. | Thomas, Melanie o/b/o K.V. |
| Lafontaine, Kermit o/b/o Z.L. | Thomas, Pernice o/b/o C.T. |
| Lafontaine, Steven o/b/o J.L. | Thomas, Pernice o/b/o M.M. |
| Lafontaine, Steven o/b/o S.L. | Thompson, Gatric o/b/o L.M. |
| Laneaux, Mary | Thompson, Gatrick o/b/o C.S. |
| Lawrence, Mary o/b/o L.L. | Thompson, Gatrick o/b/o S.T. |
| Lawrence, Mary o/b/o V.B. | Tyler, Debra o/b/o K.T. |
| Le, Kim o/b/o K.L. | Varnado, Teressa o/b/o K.N. |
| Martin, Chrystal o/b/o E.M. | Varnado, Teressa o/b/o T.N. |
| Martin, Chrystal o/b/o M. | Vaughen, Kerry o/b/o K.V. |
| Martin, Glinda o/b/o V.M. | Vaughen, Kerry o/b/o K.V. |
| Mason, Shauna o/b/o A.B. | Vaughen, Kerry o/b/o T.R. |
| Mauffray, Lora | Vu, Hue o/b/o V.N. |
| Mauffray, Lora o/b/o A.M. | Walks, Marvin |
| Mauffray, Lora o/b/o J.M. | Walks, Nichole |
| McDaniel, Ethel | Watson, Ivy o/b/o A.W. |
| McDaniel, Ethel o/b/o L.A. | Watson, Ivy o/b/o L.W. |
| McDaniel, Ethel o/b/o L.M. | Welch, Aimee o/b/o G.W. |
| McDaniel, Tracy o/b/o M.M. | Welch, Aimee o/b/o T.F. |
| McDaniel, Tracy o/b/o P.M. | Wells, Tess o/b/o H.W. |
| Mclain, Walter o/b/o W.M. | White, Nikita o/b/o N.W. |
| Moffet, Brenna o/b/o A.S. | Williams, Raven o/b/o D.W. |
| Moffett, Brenna o/b/o H.M. | Williams, Robert o/b/o R.W. |
| Moran, Brandy o/b/o E.M. | Williams, Robert o/b/o T.W. |

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 16 of 16

| | |
|---|---|
| Moran, Brandy o/b/o J.M. | Willis, Heather o/b/o J.D. |
| Moran, Marisa o/b/o K.S. | Willis, Heather o/b/o V.D. |
| Moran, Marisa o/b/o M.M. | Yarborough, Sherry o/b/o K.R. |
| Moran, Melissa o/b/o A.B. | Young, Katrina o/b/o J.W. |
| Moran, Tina o/b/o K.M. | Young, Katrina o/b/o J.W. |
| Morgan, Angel o/b/o N.M. | Young, Katrina o/b/o J.W. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Deborah o/b/o M.Z. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Katie o/b/o M.G. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

Carson Strickland

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz