# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130

    Re:    *FEMA Trailer Formaldehyde Product Liability Litigation*
           USDC, EDLA, MDL № 09-1873
           Our Ref №: 0200-24-7

Dear Counsel:

    Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**09-5637**  **Aguilar, Silvio v. Forest River**

| | |
|---|---|
| Aguilar, Cassandra | Cheramie, Ojess |
| Aguilar, Gema | Goldman, Linda |
| Aguilar, Juana | Hall, Ivey |
| Aguilar, Silvio | Hall, Lawrence |
| Nubia Aguilar | Harris, Darlene |
| Javante Bailey | Harris, Devis |
| Bovia, Kishon | La'Dora Harris |
| Bovia, Linda | Harris, Marquis |
| Cheramie, Joshua | Thomas, Joyce R. |
| Cheramie, Julia | Walker, Bertlar |
| Cheramie, Kelsey | White, Pamela |


EXHIBIT A

|  | | |
|---|---|---|
|  | **Belcher, Phillip v. Vanguard** | |
|  | Belcher, Patty | Enclarde, Mary |
|  | Belcher, Phillip | |
| 09-7581 | **Broussard, Joey v. Vanguard** | |
|  | Broussard, Joey | Dunklin, Bernard |
| 09-7357 | **Carpenter, Glenn v. Forest River** | |
|  | Carpenter, Glenn | Carpenter, Karen |
|  | Carpenter, Glenn o/b/o Isaiah Carpenter | |
| 10-709 | **Cuneo, Lionel v. Forest River** | |
|  | Cuneo, Lionel Sr. | |
| 09-4009 | **Duplessis, Irma v. Forest River** | |
|  | Duplessis, Irma | Miller, Irma |
|  | Miller, Ebony | Miller, Irma o/b/o Danzell Miller |
| 09-4001 | **Gaines, Joseph v. Forest River** | |
|  | Etienee, Brian o/b/o Brian Etienne, Jr. | Gaines, Joseph |
|  | Etienne, Brian o/b/o Tai Etienne | Grant, Anitra |
|  | Etienne, Brian Sr. | Grant, Bonnie |
|  | Etienne, Tori | Grant, Terry |
|  | Gaines, Douglas | Thompson, Denise |
|  | Gaines, Douglas | |
| 09-5656 | **Griffin, Leanna v. Forest River** | |
|  | Griffin, Leanna | Turner, Evelyn |
|  | Griffin, Leanna SUC James Griffin, Sr. | |
| 09-7354 | **Hawkins, Edward v. Forest River** | |
|  | Hawkins, Edward | Hawkins, Martrenia |
|  | Hawkins, Edward obo Tyffani Hawkins | |
| 09-4017 | **Hughes, Bessie v. Vanguard** | |
|  | Hughes, Bessie | |
| 09-4000 | **Heintz, Justin Sr. v. Forest River** | |
|  | Griffin, Glenda | Stevens, Catherine |
|  | Griffin, Robert | Griffin, Robert obo GG |
|  | Heintz, Justin Sr. | Heintz, Jesse |
|  | Sandifer, Booker | Heintz, Tammy |

*Hurricane Legal Center*
*May 2, 2011*
*Page 3 of 6*

| | | |
|---|---|---|
| **09-4044** | **Jones, Claudia v. Forest River** | |
| | Green, Darcell | Stevenson, Denise obo Jeremy Coubarous |
| | Green, Troy Jr. | Stevenson, Denise obo Troynika Conrad |
| | Jones, Claudia | Stevenson, Doreyan |
| | McDonald, Jennifer | Turner, Orazella |
| | Parquet, Leonard | Turner, Randee |
| | Scott, Arthur | Turner, Robert |
| | Stevenson, Anderson | Washington, Danielle |
| | Stevenson, Denise | Washington, Irma |
| | Stevenson, Denise obo Denyze Stevenson | Williams, Laronda |
| **09-4921** | **Jones, Janice v. Forest River** | |
| | Amison, April | Bell, Donald |
| | Amison, Raychelle | Bell, Pauline P. |
| | Amison, Raymond | Bell-Matthews, Tonya obo Joshua Matthews |
| | Anthony, Colson | Henry, Dominique |
| **09-7355** | **Jones, Lynette v. Forest River** | |
| | Jones, Lynette | Jones, Ronald |
| | Jones, Rashaad | |
| **09-8313** | **Kieff, Lorey v. Forest River** | |
| | Kieff, Lorey | Kieff, Melanie o/b/o C.K. |
| | Kieff, Lorey o/b/o C.K. | Lucas, Romona |
| | Kieff, Melanie | |
| **09-4071** | **Knight, Dorothy v. Forest River** | |
| | Edwards, James | Washington, Kimberly |
| | Hodge, Karen | Washington, Randy |
| | Torregano, Timothy | Washington, Randy o/b/o Taylor Jofenille |
| **09-7153** | **LaHoste, Ronald Jr. v. Forest River** | |
| | LaHoste, Ronald Jr. | LaHoste, Ronald o/b/o Amanda LaHoste |
| | LaHoste, Ronald o/b/o Alexis LaHoste | |
| **09-5692** | **Long, Tyrone v. Forest River** | |
| | Couvillion, Laurene P. | Stamps, Michael |
| | Gelpi, Rita | Sylvester, Gary o/b/o Trenaisha Sylvester |
| | Griffin, Leanna | Sylvester, Gary Sr. |
| | Lewis, Kennard | Sylvester, Gary Sr. obo Gary Sylvester, Jr. |
| | Nuccio, Kelley | Sylvester, Trinese |

| | | |
|---|---|---|
| **09-3977** | **Martin, Robert v. Forest River** | |
| | Courtney, Kynomi o/b/o K'Lyn Courtney | Porter, Dolores |
| | Gaines, Glenn | Scott, Tammy M. |
| | Grady, Jennifer o/b/o D.C. | Williams, Aldai |
| | Martin, Cynthia | Williams, Drenaner |
| | Martin, Robert | |
| **09-8334** | **Martinez, Debra v. Forest River** | |
| | Martinez, Debra | Martinez, Kenneth Sr. |
| | Martinez, Kenneth Jr. | Martinez, Sommer |
| **09-6567** | **Morgan, Carolyn v. Forest River** | |
| | Morgan, Donald Sr. | Morgan, Donald Sr. obo Donald Morgan, Jr. |
| **09-5698** | **Northern, Betty v. Forest River** | |
| | Armstead, Chinette | Rodriguez, Lazaro |
| | Battiste, Kenneth | Rodriguez, Narey Lidia |
| | Martinez, Keisha | Rodriguez, Narey o/b/o Israel Rodriguez |
| | Martinez, Keisha o/b/o Bria Martinez | Rodriguez, Roberto |
| | Northern, Betty | |
| **09-6565** | **Norwood, Patrick v. Forest River** | |
| | Norwood, Patrick | Turner, Christine |
| | Turner, Arriane | Turner, Yolanda |
| **09-5690** | **Page, Lucille v. Forest River** | |
| | Barnes, Levy O. | Marie, Mertis |
| | Boyd, Keisha Paige | Morgan, Josephine |
| | Carter, Bobby | Nicholson, Olivia |
| | Carter, Sheryl | Paul, Derrick Sr. |
| | Chartian, Donyel | Paul, Derrick Sr. o/b/o Kierra Paul |
| | Chartian, Francois | Paul, Derrick Sr. o/b/o of Derrick Paul, Jr. |
| | Chartian, Sylvia | Paul, Derrick Sr. o/b/o of Sanaa Paul |
| | Collins, Derrick | Paul, Derrick Sr. o/b/of Kayla Paul |
| | Coney, Jimmie L. | Paul, Senora |
| | Dauphine, Lucille | Pritchett, Benny |
| | Garibaldi, Augustin | Pritchett, Benny o/b/o Keilon Pritchett |
| | Garibaldi, Terry | Richardson, Joyce |
| | Garman, George Jr. | Roles, Cynthia |
| | Hart, Melvin | Roles, John |
| | Jarvis, Maria | Roles, John o/b/o John A. M. Roles |
| | Jarvis, Maria o/b/o Dereas Jarvis | Saderman, Christa |
| | Johnson, Hiram | Scramuzza, Albert |

*Hurricane Legal Center*
*May 2, 2011*
*Page 5 of 6*

|  |  |
|---|---|
| | Jolly, Christopher |
| | Landry-Sanchez, Vanessa |

Jolly, Christopher — Scramuzza, Darlene
Landry-Sanchez, Vanessa — Scramuzza, Sarah
Lee, Marilou — Smith, Lloyd
Lee, Randy Jr. — Soderman, James Jr.
Lee, Randy o/b/o Alvin Lee — Thornton, Lorraine
Lee, Randy o/b/o Niko Lee — Thornton, Lorraine o/b/o Scotty Thornton
Lee, Randy Sr. — Tilton, Edgar Jr.
London, Gaynell — Tilton, Edgar Sr.
London, Gaynell o/b/o Dianeff London — Tilton, Lola

**09-4072   Pecot, Richard v. Forest River**

Breland, Claudia — Powell, Lisa o/b/o D'Angelo Powell
Brooks, Frank Jr. — Powell, Lisa o/b/o Melinda Powell
Brooks, James — Powell, Lisa o/b/o Melvin Powell
Brown, Frances — Ray, Alvin
Brown, Frances o/b/o Nicholas Beard — Ray, Patricia Thomas
Brown, Katherline — Richardson, John III
Bryson, Leonard — Thompson, Lillie
DiGangi, Shereen — Thompson, Peter
Goffner, Ethel — Thornton, Elvera
Goffner, Vernon — Thornton, Trenese
Lewis, Karen — Trotter, Johnny
Livaudais, Eileen Yolanda — Tyler, Harrison
McCants, Patsy — Tyler, Marcus
Montegue, Latonya — Tyler, Melinda
Montegue, Rogest — Wilkerson, Gwendolyn
Montegue, Rogest o/b/o Rogest Montegue — Williams, Jacqueline
Payne, Corey — Williams, Jacqueline o/b/o Jacquelle Williams
Pecot, Brenda — Williams, Jacqueline o/b/o Mariah Williams
Philip, Gladys — Young, Kendrick
Powell, Lisa — Young, Steven
Powell, Lisa o/b/o Calvin Powell — Young, Steven Jr.
Powell, Lisa o/b/o Meldra Powell — Young, Steven Sr.

**09-4892   Petite, Trineil v. Forest River**

Brown, Sherman — Petite, Trineil o/b/o Tony Petite
Etienne, Brian admin. of Tai Etienne — Petite, Trineil o/b/o Troy Petite
Petite, Trineil — Saavedra, Ruben

**09-3899   Schmitz, Helen v. Forest River**

Schmitz, Helen

*Hurricane Legal Center*
*May 2, 2011*
*Page 6 of 6*

| | | |
|---|---|---|
| **09-5527** | **Tate, Leona v. Forest River** | |
| | Tate, Leona | |
| **09-5672** | **Williams, Kendrick v. Vanguard** | |
| | Leblanc, Gretel | Leblanc, Joseph |
| **09-4011** | **Williams, Marsha v. Forest River** | |
| | Loria, Stephen | Williams, Aaron |
| | Myles, Ida | Williams, Marsha |
| | Perkins, Priscilla Ann | Williams, Rashad |
| | Thomas, Wilma W. | |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc  Andrew Weinstock
    Justin Woods
    Dave Kurtz