# GIEGER, LABORDE & LAPEROUSE, L.L.C.

| | | |
|---|---|---|
| ERNEST P. GIEGER, JR.[1,2]<br>KENNETH H. LABORDE[1,2]<br>LAMBERT M. LAPEROUSE[1]<br>ROBERT I. SIEGEL[1,2]<br>ANDREW A. BRAUN[1,2]<br>LEO R. McALOON III[1,2]<br>JOHN E. W. BAAY II[1,2,3]<br>ANDREW M. ADAMS[1,2]<br>MARGARET L. SUNKEL[1]<br>DANIEL G. RAUH[1]<br>RACHEL G. WEBRE[1]<br>BRENDAN P. DOHERTY[1,2]<br><br>WILLIAM A. BAROUSSE<br>KRYSTENA L. HARPER[2]<br>MICHAEL D. CANGELOSI<br>TARA E. CLEMENT[2]<br>CARSON W. STRICKLAND<br>ELIZABETH A. CHICKERING<br>LAUREN C. CANCIENNE[2]<br>ERIC C. WALTON<br>MARK T. MAHFOUZ | FORTY-EIGHTH FLOOR<br>ONE SHELL SQUARE<br>701 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70139-4800<br>TELEPHONE (504) 561-0400<br>FACSIMILE (504) 561-1011<br>WWW.GLLLAW.COM<br><br>HOUSTON OFFICE:<br>SUITE 750<br>1177 WEST LOOP SOUTH<br>HOUSTON, TEXAS 77027<br>TELEPHONE (832) 255-6000<br>FACSIMILE (832) 255-6001 | MICHAEL E. HILL<br>A. SIMONE MANUEL<br>JAMESON M. TAYLOR<br>SARAH MILLER JOHNSON[5]<br>CHRISTOPHER R. TESKE<br>EMILY E. EAGAN<br>MATTHEW F. MORGAN<br>PATRICK A. SEALE[4]<br>VICTORIA E. EMMERLING<br>GINA S. MONTGOMERY<br>JANET H. ASCHAFFENBURG<br><br>OF COUNSEL<br>ALISTAIR M. WARD<br>CONNIE L. HAWKINS[4]<br>CHARLOTTE A. FIELDS[4]<br><br>[1] LAW CORPORATION<br>[2] ALSO ADMITTED IN TEXAS<br>[3] ALSO ADMITTED IN MISSISSIPPI<br>[4] ONLY ADMITTED IN TEXAS<br>[5] ALSO ADMITTED IN WASHINGTON |

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

J. Michael Veron, Esq.
J. Rock Palermo, Esq.
Veron, Bice, Palermo & Wilson, LLC
Post Office Box 2125
Lake Charles, Louisiana 70602

  Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
    USDC, EDLA, MDL № 09-1873
    Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| 09-7681 | **Favorite, Melkile v. Vanguard**<br>Favorite, Marlon<br>Favorite, Mary | Favorite, Melkile |
| 09-6429 | **Gable, Kenneth & Marlene v. Forest River**<br>Gable, Kenneth | Gable, Marlene |
| 10-486 | **Markham, Jerry v. Forest River**<br>Markham, Jerry | |



*Veron, Bice, Palermo & Wilson, LLC*
*May 2, 2011*
*Page 2 of 2*

**09-6782**  **Snyder, Joann v. Forest River**

| | |
|---|---|
| Clay, Keyanta | Snyder, Anjell |
| Clay, Keyanta o/b/o D. Clay | Snyder, Joann |
| Dixon, Marie | |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*[signature]*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz