UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| 09-6429; 09-6782; 09-7681; 09-8176 | * | |
| and 10-0486 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW FOREST RIVER, INC. AND VANGUARD, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

On Friday, August 26, 2011, Defendants Forest River, Inc. ("Forest River") and Vanguard, LLC ("Vanguard") moved this Court to dismiss the claims of the following plaintiffs against Forest River on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22612].

On Monday, August 29, 2011, counsel for the below listed plaintiffs emailed documentation that the plaintiffs had either amended Forest River out of their compliant and substituted another manufacturing defendant in its place or that the missing PFSs had been transmitted on May 31, 2011 in response to Forest River's deficiency letter stating that no PFSs had been received from certain of the plaintiffs.

The plaintiffs for whom PFSs were timely transmitted on May 31, 2001 in response to Forest River and Vanguard's deficiency letter are:

Gable, Kenneth [1]
Gable, Marlene [1]

        Favorite, Marlon [2]
        Favorite, Mary [2]
        Favorite, Melkile [2]
        Markham, Jerry [3,4]

The plaintiffs who amended Forest River out of their complaint and substituted Frontier RV, Inc. in its place are:

        Clay, Keyanta [5]
        Clay, Keyanta o/b/o D. Clay [5]
        Dixon, Marie [5]
        Snyder, Anjell [5]
        Snyder, Joann [5]

Accordingly, since Forest River's Motion to Dismiss was predicated upon a failure to timely produce PFSs pursuant to PTO No. 2 and 32 and plaintiffs have demonstrated that such PFSs were transmitted timely, Forest River and Vanguard respectfully moves the Court to withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

        Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (#3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139-4800
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC. AND VANGUARD, LLC**

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on August 30, 2011 via electronic filing.

                /s/  Ernest P. Gieger, Jr.

_____

[1] 09-6429
[2] 09-7681
[3] 09-8176
[4] 10-0486
[5] 09-6782