UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| Civil Action No. 10-1275<br>*Huey Phan, et al. v.*<br>*Keystone RV Company, Inc., et al.* | § § § | |

## ORDER ON PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

**IT IS FURTHER ORDERED** that the claims of the Plaintiffs, as listed on **Exhibit "A"** attached hereto, are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this 29th day of August, 2011.

_____
HONORABLE KURT ENGELHARDT

Civil Action No. 10-1275

Exhibit "A"

| WH File Number | WH Case Name | Name of Plaintiff as Filed |
|---|---|---|
| 250680 | Berard, Doretha | Doretha Berard |
| 250690 | Blake, JoAnn | JoAnn Blake |
| 250778 | Collins, Darnell | Darnell Collins |
| 250842 | Francis, Carol F. | Carol Francis |
| 250226 | Francis, Robert Brandon | Robert Francis |
| 250234 | Freeman, Ronnie Shanel | Cassandra Guy, as Next Friend of Ronnie Freeman, a minor |
| 250854 | Gauthier, Caston Dejuan | Rachel Guy, as Next Friend of Caston Gauthier, a minor |
| 250875 | Guillory, Anthony | Anthony Guillory |
| 250882 | Guy, N'Kea La'Shae | Rahcel Guy, as Next Friend of N'Kea Guy, a minor |
| 250883 | Guy, Rachel L | Rachel Guy |
| 250928 | Jackson, Jonathan | Jonathan Jackson |
| 250939 | Jean, Elizebeth Dianne | Elizebeth Jean |
| 250940 | Jefferson, Elmer | Elmer Jefferson |
| 250948 | Johnson, Jr., Kevin D. | LaShawna Johnson, as Next Friend of Kevin Johnson, a minor |
| 250993 | Lavan, Courtney Celeste | Cynthia Phillips-Lavan, as Next Friend of Courtney Lavan, a minor |
| 250994 | Lavan, Jr., Rodrick Wayne | Cynthia Phillips-Lavan, as Next Friend of Rodrick Lavan, a minor |
| 250995 | Lavan, Rodrick | Rodrick Lavan |
| 251015 | Lewis, Michael | Michael Lewis |
| 251135 | Phillips-Lavan, Cynthia Shannon | Cynthia Phillips-Lavan |
| 251136 | Phillips, Christopher Sean | Cynthia Phillips-Lavan, as Next Friend of Christopher Phillips, a minor |
| 251138 | Pierre, Mary A. | Mary Pierre |
| 251257 | Sterling, Charlet L. | Charlet Sterling |
| 251339 | White, Lawrence D. | Lawrence White |