# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bader, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681; | * | |
| Plaintiffs: Norma Biggs, Robin Diaz Goutierez | * | |
| o/b/o Corey Boblinger, Patricia Kay Borja, | * | |
| Amanda R. Bourquard, Vanessa Hopkins o/b/o | * | |
| Tyreal Bowens, Corey Carroll Braendal, Brittany | * | |
| Brightman, Dolhman Brown | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-742 | * | |
| Plaintiffs: Stacey Padilla o/b/o Blake Bihm, | * | |
| Donald R. Bihm | * | |
| | * | |
| *Booze, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-4028 | * | |
| Plaintiffs: Lawrence Booze, Robin Booze, | * | |
| Yenan Booze | * | |
| | * | |
| *Alkurd, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3553 | * | |
| Plaintiff: Brittany Brightman | * | |

**********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Norma Biggs
2. Stacey Padilla o/b/o Blake Bihm

00230416-1

2

      3.    Donald R. Bihm
      4.    Robin Diaz Goutierez o/b/o Corey Boblinger
      5.    Lawrence Booze
      6.    Robin Booze
      7.    Yenan Booze
      8.    Patricia Kay Borja
      9.    Amanda R. Bourquard
     10.    Vanessa Hopkins o/b/o Tyreal Bowens
     11.    Corey Carroll Braendal
     12.    Brittany Brightman
     13.    Dolhman Brown

New Orleans, Louisiana this 29th day of August, 2011.

                                                                       _____
                                                                       United States District Judge