## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Alexander, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8646; | * | |
| Plaintiffs:  Lakisha Foster, Natasha I. Fulton, Gary Ganier | * | |
| | * | |
| *Beaver, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8668 | * | |
| Plaintiffs:  Lakisha Foster, Natasha I. Fulton | * | |
| | * | |
| *Franklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  David Scott o/b/o Clayshelle Franklin, Keisa M. Franklin | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| Plaintiff:  Keisa M. Franklin, Shirley M. Fredrick, Burnedette Gaines, Gary Ganier, Frankie M. Gibson, McKinley Gibson, Percy Gibson, Helen Green, Hilda Guidry, Deborah Hadjes, Janet L. Harris, Nathaniel J. Hartford, Jr., Rickey Hammler | * | |
| | * | |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8667 | * | |
| Plaintiff:  Sherry Franklin, Tekana Ganier, Byreion Green, Freddie D. Green, Carolyn A. Hart, Martinez Hart, Permelia Hart, Phillis M. Hartford, Bonnie Hartzog | * | |
| | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8700 | * | |
| Plaintiffs: Sherry Franklin, Gary Ganier | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 08-8665 | * | |
| Plaintiffs: Terry Frazier, Shirley M. Fredrick, | * | |

| | |
|---|---|
| Burnedett Gaines, Gary Ganier, Frankie M. Gibson, Percy L. Gibson, Helen Green, Hilda Guidry, Deborah Hadjes, Janet Harris, Shelia Davis o/b/o Sidney D. Harris, Jr., Nathaniel J. Hartford, Jr., Alice Hammler, Rickey Hammler | * * * * * * |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8645 Plaintiffs: Natasha I. Fulton, Frankie M. Gibson, Jeanette Harrell, Joseph Harrell, Nathaniel J. Hartford, Jr., Rickey Hammler | * * * * * * |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8701 Plaintiffs: Gary Ganier, Percy L. Gibson, Helen Green, Janet L. Harris, Rickey Hammler | * * * * * |
| *Bernice, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-4228 Plaintiff: Carolyn A. Gibbs | * * * * |
| *Addison, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8698 Plaintiffs: Carolyn A. Gibbs, Nathaniel J. Hartford, Jr., Patrick E. Hammler | * * * * |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Lakisha Foster
2. David Scott o/b/o Clayshelle Franklin
3. Keisa M. Franklin
4. Sherry Franklin
5. Terry Frazier
6. Shirley M. Fredrick
7. Natasha I. Fulton

8. Tekana Ganier
9. Burnedett Gaines
10. Gary Ganier
11. Carolyn A. Gibbs
12. Frankie M. Gibson
13. McKinley Gibson
14. Percy L. Gibson
15. Byreion Green
16. Freddie D. Green
17. Helen Green
18. Hilda Guidry
19. Deborah Hadjes
20. Jeanette Harrell
21. Joseph Harrell
22. Janet L. Harris
23. Shelia Davis o/b/o Sidney D. Harris, Jr.
24. Carolyn A. Hart
25. Martinez Hart
26. Permelia Hart
27. Nathaniel J. Hartford, Jr.
28. Phillis M. Hartford
29. Bonnie Hartzog
30. Alice Hammler
31. Patricia E. Hammler
32. Rickey Hammler

New Orleans, Louisiana this 29th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE