UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Leo P. Garrett, Jr., et al. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Jacqueline Anderson | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Jacqueline R. Anderson filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Jacqueline R. Anderson is **GRANTED** and the claims and causes of action of plaintiff, Jacqueline R. Anderson, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Jacqueline R. Anderson as filed in the case styled *Jacqueline R. Anderson, et al. v. Jayco, et al.*, Cause No. 09-8160.

New Orleans, Louisiana, this \_\_\_29th\_\_\_ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE