UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Gyins, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-6947 | * | |
| Plaintiff: Janet Cappie o/b/o Jade Cappie | * | |
| | * | |
| *Bullock, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6949 | * | |
| Plaintiff: Janet Cappie | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Janet Cappie
2. Janet Cappie o/b/o Jade Cappie

New Orleans, Louisiana this 29th day of August, 2011.

                                                UNITED STATES DISTRICT JUDGE

00231384-1