UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 09-4797 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted as it pertains to plaintiff, Reginald Jackson.

NEW ORLEANS, Louisiana, this 29th day of August, 2011.

_____
HONORABLE KURT D. ENGELHARDT