UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N |
| This document relates to:<br>    *Damien Aguilar v. Arch Specialty Ins. Co.*<br>    No. 10-3585 | * * * * | |

* * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. April Ducote obo Chad Ducote
2. April Ducote obo Eddie Meyers
3. April Ducote obo Henning Meyers
4. April Ducote obo London Meyers
5. April Renee Ducote
6. Belinda Salande Chilton obo Treasure Bet
7. Charles Ruppert
8. Darlene A. Chustz
9. Darlene Chustz obo Gabrielle Murphy
10. Darlene Chustz obo Xarrell Murphy
11. Dennis C. Armitage
12. Haralyn Malasovich
13. Johnny Rodi
14. Judy Lynn Biddle
15. Lelia W. Breaux
16. Michael Chustz
17. Rickie C. Malasovich

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this **29th** day of _____**August**_____, 2011.

_____
United States District Judge