UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Gerard Hobden et al vs. Sunnybrook R.V., Inc., et. al.,* No. 09-7113 and | * | |
| *Joseph Carrier, et al. vs. SunnyBrook, R.V., Inc. et al.*, No. 10-1305 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Amended Plaintiffs' Sur-Response to Defendant's Reply,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs are granted leave to file Amended Plaintiffs' Sur-Response to Defendant's Reply[1] and this Amended Plaintiffs' Sur-Response to Defendant's Reply will replace the Sur-Response that was filed as Rec. Doc. 22457.

This ___29th___ day of _____August_____, 2011

_____
United States District Judge

---

[1] The full title of Defendant's Reply for which the Court is granting leave to file Amended Plaintiffs' Sur-Response to is "Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trail Orders #2 and #32 Relating to Plaintiffs' Fact Sheets" [Rec. Doc. 22352].