**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER<br>          FORMALDEHYDE PRODUCTS<br>          SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Gerard Hobden et al vs. Sunnybrook R.V.,*<br>*Inc., et. al.,* No. 09-7113 and | *<br>* | |
| *Joseph Carrier, et al. vs. SunnyBrook, R.V.,*<br>*Inc. et al.*, No. 10-1305 | *<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY**

COME NOW Chanda Meadows, Donna Meadows and Hannah Pyron (hereinafter "Plaintiffs") and file this Amended Plaintiffs' Sur-Response to Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss (Rec. Doc. 22352)[1].

I.    Introduction

Plaintiff would note there are several inaccuracies or misunderstandings in Defendant's Pleading. Plaintiff will address them one by one with regard to each Plaintiff.

A.    Chanda Meadows

Despite representations from the Defendant that they did not receive the Plaintiff Fact Sheets, Plaintiff has submitted them including an Amended Fact Sheet indicating

---

[1] The full title of Defendant's Reply is "Reply to to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trail Orders #2 and #32 Relating to Plaintiffs' Fact Sheets".

that Plaintiff lived in a Sunnybrook trailer.  Plaintiff has also sent additional copies to Defendant of these Fact Sheets and Amended Fact Sheets.

Plaintiff lived in a Sunnybrook trailer but she also lived in another trailer.  However she could not remember the dates of each move in and move out.  Plaintiff's counsel has attempted to reach Chanda Meadows since the filing of Defendant's Motion to Dismiss to ask again about move-in and move-out dates for each trailer, but has been unsuccessful in reaching her. Records show a move in date of February 1, 2006, and a move out date of January 1, 2008. Plaintiff is unclear of specific move-in, move-out dates and of the sequence of the two trailers in which she lived.

### B.    Donna Meadows

Despite representations from the Defendant that they did not receive the Plaintiff Fact Sheets, Plaintiff has submitted them including an Amended Fact Sheet indicating that Plaintiff lived in a Sunnybrook trailer.  Plaintiff has also sent additional copies to Defendant of these Fact Sheets and Amended Fact Sheets.

Plaintiff lived in a Sunnybrook trailer but she also lived in another trailer.  However she could not remember the dates of each move in and move out.  Plaintiff's counsel has attempted to reach Donna Meadows since the filing of Defendant's Motion to Dismiss to ask again about move-in and move-out dates for each trailer, but has been unsuccessful in reaching her. Records show a move in date of June 1, 2006, and a move out date of July 1, 2007. Plaintiff is unclear of specific move-in, move-out dates and of the sequence of the two trailers in which she lived.

### C.    Hannah Pyron

Plaintiff lived in a Sunnybrook trailer but she also lived in another trailer. However she could not remember the dates of each move in and move out. Plaintiff's counsel has attempted to reach Hannah Pyron since the filing of Defendant's Motion to Dismiss to ask again about move-in and move-out dates for each trailer, but has been unsuccessful in reaching her. Records show a move in date of February 1, 2006, and a move out date of January 1, 2008. Plaintiff is unclear of specific move-in, move-out dates and of the sequence of the two trailers in which she lived.

## II.    Conclusion

For the reasons set forth above, Plaintiffs Chanda Meadows, Donna Meadows and Hannah Pyron pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trail Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied. Plaintiffs have materially complied with Pre-Trial Orders #2 and #32 and there is no pattern of contumacious delay that would justify dismissal. A lack of memory is not sufficient grounds to justify dismissal.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of August, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

4