UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *William Dorsey v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3132 | * | MAG. JUDGE CHASEZ |
| Plaintiff: William Dorsey | * | |

*******************************************************************************

## UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Starcraft RV, Inc. and Bechtel National, Inc. ("Defendants"), who move this Honorable Court to withdraw an earlier-filed Motion to Dismiss (Rec. Doc. No. 22462) in the above-captioned matter. Defendants sought dismissal as to the claims of ***William Dorsey***, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of a Plaintiff Fact Sheet. Plaintiff produced a Plaintiff Fact Sheet on August 29, 2011, therefore, Defendants have agreed to withdraw said Motion to Dismiss. Counsel for Plaintiff consents to the withdrawal of the Motion to Dismiss.

WHEREFORE, Defendants, Starcraft RV, Inc. and Bechtel National, Inc. pray that their Motion to Withdraw be granted, removing the Motion to Dismiss (Rec. Doc. No. 22462) from the Court's August 18, 2011 docket.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Starcraft RV, Inc.**


**FRILOT L.L.C.**

By:  s/*John J. Hainkel*
   JOHN J. HAINKEL, III – La. Bar No. 18246
   A.J. KROUSE – La. Bar No. 14426
   PETER R. TAFARO – La. Bar No. 28776
   3600 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone : (504) 599-8000
   Facsimile: (504) 599-8100

   **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 30th day of August, 2011.

        s/*Thomas L. Cougill*
        THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, the Law Offices of Ronnie G. Penton, do not oppose this motion.

        s/*Thomas L. Cougill*
        THOMAS L. COUGILL