# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Gyins, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-6947 | * | |
| Plaintiff: Janet Cappie o/b/o Jade Cappie | * | |
| | * | |
| *Bullock, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6949 | * | |
| Plaintiff: Janet Cappie | * | |

**********************************************************************

## MOTION TO VACATE
## THIS COURT'S ORDER OF AUGUST 29, 2011 (REC. DOC. 22622)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., who files this Motion requesting that the Court vacate its Order of August 29, 2011, granting Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets. Undersigned counsel has contacted opposing counsel and he has no objection to the filing of this Motion.

                                                Respectfully Submitted,

                                                **DUPLASS, ZWAIN, BOURGEOIS,**
                                                **PFISTER & WEINSTOCK**

                                                s/Andrew D. Weinstock
                                                _____
                                                **ANDREW D. WEINSTOCK #18495**
                                                **JOSEPH G. GLASS #25397**
                                                3838 N. Causeway Boulevard, Suite 2900
                                                Metairie, Louisiana  70002
                                                Telephone: (504) 832-3700
                                                Facsimile: (504) 837-3119
                                                andreww@duplass.com

jglass@duplass.com
and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 30th day of August, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*s/ Andrew D. Weinstock*
_____
**ANDREW D. WEINSTOCK**