UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Gyins, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-6947 | * | |
| Plaintiff:  Janet Cappie o/b/o Jade Cappie | * | |
| | * | |
| *Bullock, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-6949 | * | |
| Plaintiff: Janet Cappie | * | |

**************************************************************************

## ORDER

Considering the Motion to Vacate This Court's Order of August 29, 2011 (Rec. Doc. 22622);

**IT IS HEREBY ORDERED** that the Motion is granted, and that this Honorable Court issue an order vacating its Order dated August 29, 2011 (Rec. Doc. 22622).

**DONE AND SIGNED** this _____ day of _____, 2011.

_____
**HONORABLE KURT D. ENGELHARDT**

00234199-1