# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Leo P. Garrett, et al. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | |
| Plaintiffs: Chrishawn Black | * | JUDGE ENGELHARDT |
| Jonathan Black | * | |
| Bobbie Black on behalf of | * | |
| A.B., K.B., K.B., and K.B. | * | MAG. JUDGE CHASEZ |

*************************************************************************

## UNOPPOSED MOTION TO DISMISS DUPLICATIVE CLAIMS

**NOW INTO COURT**, through undersigned counsel comes, defendant Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are named plaintiffs in another lawsuit. The plaintiffs at issue are:

- Chrishawn Black (Plaintiff in *Garrett*, C.A. 10-2174)
- Jonathan Black (Plaintiff in *Garrett*, C.A. 10-2174)
- Bobbie Black on behalf of A.B. (Plaintiff in *Garrett*, C.A. 10-2174)
- Bobbie Black on behalf of K.B. (Plaintiff in *Garrett*, C.A. 10-2174)
- Bobbie Black on behalf of K.B. (Plaintiff in *Garrett*, C.A. 10-2174)
- Bobbie Black on behalf of K.B. (Plaintiff in *Garrett*, C.A. 10-2174)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs in this case.

1

                                                                                     Respectfully submitted,
                                                                                      **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas 77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile
        **Attorneys for Jayco, Inc**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 30th day of August, 2011.

                                                                        s/*Thomas L. Cougill*
                                                                        THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

                                                     s/*Thomas L. Cougill*
                                                    THOMAS L. COUGILL