UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
|     FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|     LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Leo P. Garrett, et al. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | |
| Plaintiffs: Chrishawn Black | * | JUDGE ENGELHARDT |
|     Jonathan Black | * | |
|     Bobbie Black on behalf of | * | |
|       A.B., K.B., K.B., and K.B. | * | MAG. JUDGE CHASEZ |

****************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION TO DISMISS DUPLICATIVE CLAIMS**

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs, Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B., and in support they would respectfully show the court as follows:

    I.    On or about August 28, 2009, Plaintiffs, Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B., were named as plaintiffs in a case styled *Lucille McClain, et al. v. Jayco, Inc.*, Cause No. 09-6032. Subsequently, on or about July 30, 2010, Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. were named as plaintiffs in a case styled *Leo P. Garrett, et al. v. Jayco, Inc.*, Cause No. 10-2174. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

    II.    In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed

by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. as filed in the case styled *Lucille McClain, et al. v. Jayco, Inc.*, Cause No. 09-6032.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

2

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile
      **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 30th day of August, 2011.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL