UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
|     FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|     LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Leo P. Garrett, et al. v. Jayco, Inc.* | * | |
| Docket No. 10-2174 | * | |
| Plaintiffs: Chrishawn Black | * | JUDGE ENGELHARDT |
|     Jonathan Black | * | |
|     Bobbie Black on behalf of | * | |
|       A.B., K.B., K.B., and K.B. | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. is **GRANTED** and the claims and causes of action of plaintiffs, Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B., in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Chrishawn Black, Jonathan Black, and Bobbie Black on behalf of A.B., K.B., K.B. and K.B. as filed in the case styled *Lucille McClain, et al. v. Jayco, Inc.*, Cause No. 09-6032.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE