UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION    SECTION "N-5"

                                JUDGE ENGELHARDT
                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Sherman v. Keystone RV Company, et al.,* **EDLA 09-5993**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Leo Sherman, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal without prejudice of **claims asserted against Jayco Enterprises, Inc. ("Jayco") only**, as the instant claims are duplicative of those advanced in *Adams v. Jayco Enterprises, Inc., et al*, E.D. La. 09-8407. Both cases involve Mr. Sherman's claims against Jayco with the same substantive allegations.

Accordingly, plaintiff seeks to voluntarily dismiss Jayco in the above-captioned matter, while reserving all rights and allegations against Jayco asserted in *Adams v. Jayco Enterprises, Inc., et al*, E.D. La. 09-8407. This dismissal in no way affects the claims of plaintiff against other defendants in the above-captioned matter.

                          Respectfully submitted:

                          **GAINSBURGH, BENJAMIN, DAVID,**
                          **MEUNIER & WARSHAUER, L.L.C.**

                BY:    s/Justin I. Woods
                            GERALD E. MEUNIER, #9471
                            JUSTIN I. WOODS, #24713

Gainsburgh, Benjamin, David,<br>
Meunier & Warshauer, L.L.C.<br>
2800 Energy Centre<br>
1100 Poydras Street<br>
New Orleans, Louisiana  70163<br>
Telephone:    504/522-2304<br>
Facsimile:    504/528-9973<br>
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713