UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fortenberry v. Jayco Enterprises, Inc., et al., EDLA 10-2390*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL OF DARRELL FORTENBERRY, JALISA FORTENBERRY, OTIS KELLY AND CYNTHIA KELLY

NOW INTO COURT, through undersigned counsel, comes certain Plaintiffs, Darrell Fortenberry, Jalisa Fortneberry, Otis Kelly and Cynthia Kelly, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal without prejudice of claims asserted herein, as the instant claims are duplicative of those advanced in *Kelly v. Jayco Enterprises, Inc., et al*, E.D. La. 10-0418. Both cases involve claims with the same substantive allegations.

Accordingly, Darrell Fortenberry, Jalisa Fortenberry, Otis Kelly and Cynthia Kelly seek to voluntarily dismiss their claims in the above-captioned matter, while reserving all rights and allegations asserted in *Kelly v. Jayco Enterprises, Inc., et al*, E.D. La. 10-0418. This dismissal in no way affects the claims of other plaintiffs in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　**GAINSBURGH, BENJAMIN, DAVID,
　　　　　　　　　　　　　　　　　　　MEUNIER & WARSHAUER, L.L.C.**

　　　　　　　　　　　　　　　　　　　BY:   s/Justin I. Woods
　　　　　　　　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　　　　　　　　JUSTIN I. WOODS, #24713

2

Gainsburgh, Benjamin, David,<br>
Meunier & Warshauer, L.L.C.<br>
2800 Energy Centre<br>
1100 Poydras Street<br>
New Orleans, Louisiana  70163<br>
Telephone:     504/522-2304<br>
Facsimile:     504/528-9973<br>
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713