UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Melanie Dame o/b/o B.D., et al. v.* | * | |
| *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8200 | * | |
| Plaintiffs: Alberta Floyd | * | |
| Dessie Oselen | * | JUDGE ENGELHARDT |
| | * | |
| *Alberta Floyd and Dessie Oselen v.* | * | |
| *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8226 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Alberta Floyd | * | |
| Dessie Oselen | * | |

*****************************************************************************

## UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE
## CLAIMS OF PLAINTIFFS ALBERTA FLOYD AND DESSIE OSELEN

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are named plaintiffs in multiple lawsuits. The plaintiffs at issue are:

- Alberta Floyd (Plaintiff in *Dame o/b/o B.D.*, C.A. 09-8200, and *Floyd*, C.A. 09-8226)

- Oselen Dessie (Plaintiff in *Dame o/b/o B.D.*, C.A. 09-8200, and *Floyd*, C.A. 09-8226)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in these cases.

1

                                        Respectfully submitted,
                                      **WILLINGHAM, FULTZ & COUGILL LLP**

                                 By:   *s/Thomas L. Cougill*
                                        THOMAS L. COUGILL
                                        Texas State Bar No. 04877300
                                        Louisiana State Bar No. 31112
                                        R. MARK WILLINGHAM
                                        Texas State Bar No. 21641500
                                        JEFFREY P. FULTZ
                                        Texas State Bar No. 00790728
                                        Mississippi Bar No. 101058
                                        Niels Esperson Building
                                        808 Travis Street, Suite 1608
                                        Houston, Texas  77002
                                        (713) 333-7600 – Telephone
                                        (713) 333-7601 – Facsimile
                                        **Attorneys for Starcraft RV, Inc**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of August, 2011.

                                                *s/Thomas L. Cougill*
                                                THOMAS L. COUGIL

## **CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

                                                *s/Thomas L. Cougill*
                                              THOMAS L. COUGILL