**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Melanie Dame o/b/o B.D., et al. v.* | * | |
| *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8200 | * | |
| Plaintiffs: Alberta Floyd | * | |
| Dessie Oselen | * | JUDGE ENGELHARDT |
| | * | |
| *Alberta Floyd and Dessie Oselen v.* | * | |
| *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8226 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Alberta Floyd | * | |
| Dessie Oselen | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE**
**DUPLICATIVE CLAIMS OF PLAINTIFFS ALBERTA FLOYD AND DESSIE OSELEN**

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the

Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs, Alberta Floyd and Dessie

Oselen, and in support they would respectfully show the court as follows:

I.      On or about December 24, 2009, Plaintiffs, Alberta Floyd and Dessie Oselen, filed a

case styled *Alberta Floyd and Dessie Oselen v. Starcraft RV, Inc., et al.*, Cause No.

09-8226. Subsequently, on or about December 24, 2009, Alberta Floyd and Dessie

Oselen were named as plaintiffs in a case styled *Melanie Dame o/b/o B.D., et al. v.*

*Starcraft RV, Inc., et al.*, Cause No. 09-8200. Lastly, on or about March 3, 2010,

Alberta Floyd and Dessie Oselen were named as plaintiffs in a case styled *Stephanie*

*Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084. Defendant would

show that these are the same plaintiffs, alleging the same claims and causes of action

against the same defendant.

II.     In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Alberta Floyd and Dessie Oselen appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in these cases should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff from these cases. Defendant would further show that this motion has no effect on the claims of Alberta Floyd and Dessie Oselen as filed in the case styled *Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Alberta Floyd and Dessie Oselen in these lawsuits as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Starcraft RV, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of August, 2011.

  s/*Thomas L. Cougill*
THOMAS L. COUGILL