UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | SECTION "N-5" |
| *Melanie Dame o/b/o B.D., et al. v.* | * | |
|  *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8200 | * | |
| Plaintiffs: Alberta Floyd | * | |
|         Dessie Oselen | * | **JUDGE ENGELHARDT** |
| | * | |
| *Alberta Floyd and Dessie Oselen v.* | * | |
| *Starcraft RV, Inc., et al.* | * | |
| Docket No. 09-8226 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Alberta Floyd | * | |
|         Dessie Oselen | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Alberta Floyd and Dessie Oselen filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Alberta Floyd and Dessie Oselen is **GRANTED** and the claims and causes of action of plaintiffs, Alberta Floyd and Dessie Oselen, in the above entitled and numbered causes, are hereby dismissed without prejudice. This order has no effect on the claims of Alberta Floyd and Dessie Oselen as filed in the case styled *Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE