UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|       FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|       LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Dessie Oslele o/b/o D.S. v. Starcraft RV,* | * | JUDGE ENGELHARDT |
| *Inc., et al.* | * | |
| Docket No. 09-8282 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Dessie Oselen on behalf of D.S. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF DESSIE OSELEN ON BEHALF OF D.S.

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Dessie Oselen on behalf of D.S., and in support they would respectfully show the court as follows:

I.      On or about December 24, 2009, Plaintiff, Dessie Oselen on behalf of D.S., filed a case styled *Dessie Oslele on behalf of D.S. v. Starcraft RV, Inc., et al.*, Cause No. 09-8282. Subsequently, on or about March 3, 2010, Dessie Oselen on behalf of D.S. was named as a plaintiff in a case styled *Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II.     In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Dessie Oselen on behalf of D.S. appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without

prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would further show that this motion has no effect on the claims of Dessie Oselen on behalf of D.S. as filed in the case styled *Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of Dessie Oselen on behalf of D.S. in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Starcraft RV, Inc**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of August, 2011.

  s/*Thomas L. Cougill*
THOMAS L. COUGILL
