UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Dessie Oslele o/b/o D.S. v. Starcraft RV,* | * | JUDGE ENGELHARDT |
| *Inc., et al.* | * | |
| Docket No. 09-8282 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Dessie Oselen on behalf of D.S. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Dessie Oselen on behalf of D.S. filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Dessie Oselen on behalf of D.S. is **GRANTED** and the claims and causes of action of plaintiff, Dessie Oselen on behalf of D.S., in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Dessie Oselen on behalf of D.S. as filed in the case styled *Stephanie Armstrong, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-0084.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE