UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                          SECTION "N-5"

                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Robinson, et al v. Jayco Enterprises, Inc., et al., EDLA 10-2379*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs herein who, pursuant

to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give

notice of her voluntary dismissal without prejudice of claims asserted herein against all

defendants, as this instant claims are duplicative of those advanced in *Price, et al v. Jayco*

*Enterprises, Inc., et al*, E.D. La. 09-5010. Both cases involve claims with the same substantive

allegations.

Accordingly, Plaintiffs seek to voluntary dismiss their claims in the above-captioned matter,

while reserving all rights and allegations asserted in *Price, et al v. Jayco Enterprises, Inc., et al*, E.D.

La. 09-5010.


                              Respectfully submitted:

                              FORMALDEHYDE TRAILER FORMALDEHYDE
                              PRODUCT LIABILITY LITIGATION

                       BY:    */s/Justin I. Woods*
                              GERALD E. MEUNIER, #9471
                              JUSTIN I. WOODS, #24713
                              PLAINTIFFS' CO-LIAISON COUNSEL
                              Gainsburgh, Benjamin, David, Meunier &
                              Warshauer, L.L.C.
                              2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820


## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2