EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 1873 |
| _____ | )<br>) | SECTION: N(4) |
| | )<br>) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | )<br>) | MAG: ROBY |
| Plaintiff: Brown, Celeste | )<br>)<br>) | |
| _____ | ) | |

### PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Celeste Brown

B.   Maiden or other names used or by which you have been known:_____

C.   Current Street Address: P.O. Box 4105
Slidell, LA 70459

D.   Home Telephone No.:_____
Cell Phone No.:_____
Work Telephone No:_____
Other Telephone Nos.:_____

E.   Email address:  dafamily_08@yahoo.com

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:
_____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:
_____

3   Address (or last known address if deceased):_____
_____

4.   Home Telephone No.:_____
Cell Phone No.:_____
Work Telephone No:_____
Other Telephone Nos.:_____

5.   E-mail address:_____

6.   If you were appointed as a representative by a court, state the:

Court: _____

Date of Appointment: _____

7.    What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.    If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.    Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
_____
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
_____
City, State and Zip Code

C.    Please state the following: (If you are a representative, please state this information for each such person being represented):

1.    Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒          No ☐

2.    What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.    During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| Headaches |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition: Headaches | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?


5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.


6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above


7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above


    If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.

8.   **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐        No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

|  |
|  |
|  |

To your understanding, describe the condition for which treated:

|  |
|  |
|  |

State when you were treated for this psychological, psychiatric or emotional problem

|  |
|  |
|  |

List the medications prescribed or recommended by the physician or counselor

|  |
|  |
|  |

9.   Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐        No ☐

*If "Yes,"* state the amount of your claim: _____

Brown, Celeste - WGC#214810

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| P.O. Box 4105<br>Slidell, LA 70459 | |
| | |
| | |
| | |
| | |

B.   State Driver's License Number and State Issuing License: _____
LA/009340534

C.   Date and Place of Birth: ▆▆▆▆1982

D.   Sex:  Male ☐       Female ☒

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| GED | | | |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Address | | | |

2.   List the following for each employer you have had in the last ten (10) years:

Brown, Celeste - WGC#214810

| Employer Name<br><br>Address | Dates | Job Title | Job Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
    Yes ☐          No ☐

    *If "Yes,"* state the following:

    a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

    | Year | Income |
    |------|--------|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

    b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

    _____
    _____

G.  Previous Claims Information

    1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
        Yes ☐          No ☐      Don't recall ☐

        *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

        _____
        _____
        _____
        _____
        _____
        _____
        _____

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐         No ☐          Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐         No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: ORGANIC
VIN/Serial #:  5L4TF332463021539
Barcode:        1248618
Unit:              TT

Defendants Named:    Pilgrim International, Inc.

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 9211594341603_____

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**                    Brown, Celeste - WGC#214810

Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes____

Move-in Date: 2006_____

Move-out Date: 2007_____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 38120 Tammany Street _____

City: Slidell_____   State: LA____   Zip: 70458_____

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

_____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

Brown, Celeste - WGC#214810

E.   Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---------|------|-------------|--------------------------------------|-----------------------------------------------|-------------------------------|------------------------------------------------------|
|         |      |             |                                      |                                               |                               |                                                      |
|         |      |             |                                      |                                               |                               |                                                      |
|         |      |             |                                      |                                               |                               |                                                      |
|         |      |             |                                      |                                               |                               |                                                      |
|         |      |             |                                      |                                               |                               |                                                      |

## VI.   MEDICAL BACKGROUND

A.   Height: _____

B.   Current Weight: _____

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History:   *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    1.     Date on which smoking/tobacco use ended:_____

    2.     Amount smoked or used on average:
              _____ per day for _____ years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.     Amount currently smoked or used on average:
              _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

    If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.     Amount smoked or used on average, if you know:
              _____ per day for _____ years.

    2.     Relationship to you: _____

    3.     Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
    Yes ☐     No ☐

    *If "Yes,"* what was the date of birth:_____.

    Did your pregnancy terminate in a miscarriage or a stillborn child?
    Yes ☐     No ☐

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.     Lung or other respiratory disease
          Yes ☐     No ☐

          *If "Yes,"* please indicate the following:

          Name and description of each illness, disease, or abnormal condition:

          _____
          _____

          The date of illness:

          _____
          _____

    2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
          Yes ☐     No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.   Long-term stomach or bowel disease

Yes ☐        No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

4.   Skin disease

Yes ☐        No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

G.   Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.   To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

Yes ☐        No ☐        Don't Recall ☐

*If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.   MEDICAL DIAGNOSIS

A.    Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.    Doctor's Name:_____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

**Please refer to Section III. Part C Question 3**

C.    If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.    Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?

Yes ☐          No ☐

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐        No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒        No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐        No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐        No ☒

G.  Report of autopsy of decedent, if applicable.
Yes ☐        No ☒

## IX.    LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:
**Do Not Recall** ☐    **N/A** ☐

|  |
|--|
|  |

B.    Identify your primary care physicians for the last seven (7) years.
**Do Not Recall** ☐    **N/A** ☐

| Name<br>Address | | Dates | | |
| --- | --- | --- | --- | --- |
| | City | | ST | Zip |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

C.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
**Do Not Recall** ☐    **N/A** ☐

| Name<br>Address<br>Reason For Admission | | Admission Dates | | |
| --- | --- | --- | --- | --- |
| | City | | ST | Zip |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

| Name | | | Admission Dates | | |
|------|------|------|------|------|------|
| Address | | City | | ST | Zip |
| Reason For Admission | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| Name | | | Dates | | |
|------|------|------|------|------|------|
| Address | | City | | ST | Zip |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.
     **Do Not Recall** ☐   **N/A** ☐

| Name Address | City | ST | Zip |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Brown, Celeste - WGC#214810

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Celeste Brown**<br>**Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name: Brown, Celeste

Date of Birth: ▇/1982

Last Four Numbers of SSN:

     I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____**and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

     This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

     This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.


_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name: Brown, Celeste

Date of Birth: ____ / 1982

Last Four Numbers of SSN: _____

I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

Brown, Celeste - WGC#214810

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)**

Name: Brown, Celeste

Date of Birth: ███ / 1982

Last Four Numbers of SSN:

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Brown, Celeste

Date of Birth: ███ / 1982

Last Four Numbers of SSN:

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

NAME OF FACILITY: _____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.,* 40:1299.96 *et seq.,* 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Brown, Celeste | ▓▓/1982 | |

| Address: P.O. Box 4105 | | Telephone No.: |
|---|---|---|
| City: Slidell | State: LA | Zip Code: 70459 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name. .* _____

*Title. .* _____

*Address.* _____

Purpose: To Protect My Legal Rights _____

For Treatment Date(s): All Available

| Type of Access | | | | | |
|---|---|---|---|---|---|
| | q Abstract/pertinent | q Lab | | q Progress Notes | |
| | q Emergency Room | q Imaging/Radiology | | q Physician's Orders | |
| Requested: | q H&P | q Cardiac Studies | | q Entire Record | |
| | q Consult Report | q Face Sheet | | ❑ Other_____ | |
| | q Operative Report | q Nursing Notes | | | |
| q Copies of the records & | q Rehab Services | q Medication Record | | | |
| q Inspection of the record | | | | | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____     _____
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____

Brown, Celeste - WGC#214810

## PRIVACY ACT RELEASE LANGUAGE

I, **Celeste Brown** _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.LC. _____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated:_____

Name: **Celeste Brown**_____

Signature:_____

EXHIBIT B

# LOBMAN, CARNAHAN, BATT, ANGELLE & NADER
## A PROFESSIONAL CORPORATION

### ATTORNEYS AT LAW

**400 POYDRAS STREET**
**SUITE 2300**
**NEW ORLEANS, LOUISIANA 70130-3425**

TELEPHONE (504) 586-9292
FACSIMILE (504) 586-1290

**WWW.LCBA-LAW.COM**

DAVID V. BATT
SIDNEY J. ANGELLE
JAMES P. NADER †
JOSEPH M. MESSINA
BRANT J. CACAMO
PAMELA K. RICHARD
ERIC B. BERGER †
JAMES J. YOUNG, IV

†ALSO ADMITTED IN TEXAS

EDWARD P. LOBMAN (1941-2004)
BURT K. CARNAHAN (RETIRED)

CHARLES R. RUMBLEY
ANGELA G. BECNEL
DANIEL M. REDMANN
PEYTON C. LAMBERT
BRADLEY S. GROCE

WRITER'S E-MAIL ADDRESS:
SJA@LCBA-LAW.COM

March 31, 2011

Gerald E. Meunier
Justin I. Woods
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Re:  ***Swanica Nero v. Pilgrim International, Inc. (No. 09-4730)***
      *(In re: FEMA Trailer Formaldehyde Products Liability Litigation)*
      Our File No. :     2.09-9854

**REGARDING PLAINTIFF: Celeste Brown**

Dear Counsel:

We received a Plaintiff Fact Sheet on behalf of your client identified above. However, the Plaintiff Fact Sheet is incomplete.

Per the Court's Pretrial Order No. 32, completed and verified Plaintiff Fact Sheets are treated as answers to interrogatories under Fed. R. Civ. P. 33 and requests for production of documents under Fed. R. Civ. P. 34 and submitted to Defense Liaison Counsel within thirty days, or in no case longer than 60 days, after suit is filed or transferred into the MDL. The following information or documentation omitted from your client's Plaintiff Fact Sheet is marked by a "☒". Please supplement your Plaintiff Fact Sheet to provide the missing information and/or documentation. Also please include the enclosed medical authorization completed by your client.

1) Name (person completing form): ☐
2) Maiden or other names used or by which you have been known: ☐
3) Current Street Address: ☐
4) Home Telephone No.: ☐
5) Cell Phone No.: ☐
6) Work Telephone No: ☐
7) Other Telephone Nos.: ☐
8) Email address: ☐
9) State which individual or estate you are representing: ☐
10) Maiden Or Other Names Used or By Which Such Person Has Been Known: ☐
11) Address (or last known address if deceased): ☐
12) Home Telephone No.: ☐
13) Cell Phone No.: ☐
14) Work Telephone No: ☐
15) Date and court appointed by if representative of another: ☐
16) What is your relationship to the deceased or represented person or person claimed to be injured? ☐
17) If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died ☐
18) Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home? ☐
19) What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? ☐
20) Did you experience any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced. ☐
21) Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? ☐
22) If yes, which kind of cancer? ☐
23) When do you claim this injury or disease first occurred? ☐
24) Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? ☐
25) If "Yes," when and who diagnosed the condition at that time? ☐
26) Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? ☐
27) If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any ☐
28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? ◙
29) If "Yes," for each provider; Contact Information, description of condition, medications:
30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? ◙
31) If "Yes," state the amount of your claim: ◙
32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one ◙
33) State Driver's License Number and State Issuing License ☐

34) Date and Place of Birth:

35) Sex: Male or Female

36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded

37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties:

38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties:

39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home

40) *If "Yes,"* state your income from employment for 2008, 2007, 2006, 2005, 2004:

41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost

42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

43) *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease

44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

45) *If "Yes,"* provide for each: Name, relationship current age or age at death, medical condition, cause of death.

46) Are you are claiming the wrongful death of a family member related to formaldehyde?

47) *If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

48) Manufacturer of trailer or mobile home:

49) VIN:

50) FEMA Identification No.:

51) Bar Code Number on FEMA housing unit:

52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?

53) Move-in Date:

54) Move-out Date

55) Please state the mailing address and physical location for the FEMA trailer or mobile home unit.

56) Was the FEMA trailer or mobile home located in a trailer park or on private property?

57) State the reason you stopped living in the FEMA trailer or mobile home:

58) Please state the approximate square footage of the FEMA housing unit:

59) State the approximate length and width of the FEMA housing unit

60) Average number of hours spent in the FEMA trailer of mobile home each

61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?

62) Is/was the FEMA housing unit hooked up to a sewer line?

63) Is/was the FEMA housing unit hooked up to an electrical line?

64) Is/was the FEMA housing unit hooked up to natural gas line?

65) Is/was propane gas used in the FEMA housing unit?

66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?

67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

68) Where did you temporarily live?

69) For what period of time did you temporarily live in another location?

70) Have any air quality tests ever been performed on your FEMA trailer or mobile home?

71) If "Yes," please state when the test was performed and who prepared this testing:

72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

73) Date and reason for fumigation:

74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

75) If "Yes," please state the date and reason for repair, service or maintenance:

76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury.

77) Height:

78) Current Weight:

79) Weight prior to living in a FEMA trailer or mobile home:

80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

82) Date on which smoking/tobacco use ended:

83) Amount smoked or used on average, per day, number of years:

84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

85) Amount currently smoked or used on average, per day, number of years:

86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

87) Amount smoked or used on average, if you know, per day and number of years.

88) Smoker's relationship to you:

89) Whether the smoking occurred inside, outside or both.

90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?

91) If yes, what was the date of birth?

92) Did your pregnancy terminate in a miscarriage or a stillborn child?

93) Have you ever suffered from lung or other respiratory disease?

94) If yes, provide name, date and description of each illness, disease or abnormal condition

95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)

96) If yes, provide name, date and description of each illness, disease or abnormal condition

97) Have you ever suffered from long-term stomach or bowel disease?

98) If yes, provide name, date and description of each illness, disease or abnormal condition

99) Have you ever suffered from skin disease?

100) If yes, provide name, date and description of each illness, disease or abnormal condition

101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI?

102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken

4

103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty ◉

104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization **[if original authorizations have expired, you must complete new authorizations].** ◉

105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? ◉

106) If "yes," please provide the name and address of the health care professional. ◉

107) Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers and if yes, attach a copy of the documents and things to your responses ☐

108) Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this plaintiff fact sheet. ☐

109) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. ☐

110) Any test results from any testing done on your FEMA trailer or mobile home. ☐

111) All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses. ☐

112) Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home. ☐

113) Decedent's death certificate, if applicable. ☐

114) Report of autopsy of decedent, if applicable. ☐

115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form **[if original authorizations have expired, you must complete new authorizations].** ◉

116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. **[if original authorizations have expired, you must complete new authorizations].** ◉

117) Identify your current family and/or primary care physician, including address and telephone number. ◉

118) Identify your primary care physicians for the last seven (7) years, including address and telephone number. ◉

119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years ◉

120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. ◉

121) Each pharmacy, including address that has dispensed medication to you during the last seven (7) years. ◉

122) Sign and date the Certification. ◉

In order to move this matter along and in order to satisfy Pretrial Orders No. 2 and No. 32, I ask that you contact Eric Berger or Heather Cheesbro on the 2nd day of May, 2011, at 4:30 p.m. to hold our Rule 37.1 Conference. In the event I do not hear from you at that time, I will presume that a Motion to Compel is in order and proceed accordingly.

Thank you for your cooperation and assistance, I remain,

Sincerely,

SIDNEY J. ANGELLE
ERIC B. BERGER

SJA/EBB/jmy

Cc: Watts Hilliard

6

EXHIBIT C

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Case Name** Brown, Celeste

**DOB** ▮/1982    **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 1 | 28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 2 | 29) If "Yes,"for each provider; Contact Information, description of condition, medications: Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall.  If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 3 | 31) If "Yes,"state the amount of your claim: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall providing the amount of my claim. Please call, I will supplement.

| Question # | Question |
|---|---|
| 4 | 32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Cause No.** 09-4730

**Case Name** Brown, Celeste

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ███/1982   **SSN**

| | |
|---|---|
| **Answer** | I do not recall providing the dates, started and stopped, of residency of for the last 5 years. However, I have provided the address:<br><br>P.O. Box 4105<br>Slidell, LA 70459 |

| Question # | Question |
|---|---|
| 5 | 34) Date and Place of Birth: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

| | |
|---|---|
| **Answer** | I do not recall providing my place of birth however my DOB is ███ 1982. |

| Question # | Question |
|---|---|
| 6 | 36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

| | |
|---|---|
| **Answer** | I do not recall providing the information on my education:<br><br>Institution:<br>Dates Attended:<br>Course of study:<br>Diplomas or Degrees: |

| Question # | Question |
|---|---|
| 7 | 37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

| | |
|---|---|
| **Answer** | I do not recall my current employer. |

| Question # | Question |
|---|---|
| | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                                **Cause No.** 09-4730

**Case Name** Brown, Celeste              **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▉▉▉ 1982     **SSN**

| 8 | 38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |
|---|---|

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| I do not recall each employer that I have had in the last ten years. |

| **Question #** | **Question** |
|---|---|
| 9 | 39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your 0 exposure to formaldehyde while residing in a FEMA trailer or mobile home |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| I do not recall if I made a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home. |

| **Question #** | **Question** |
|---|---|
| 10 | 40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004: |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| I do not recall if I made a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home. |

| **Question #** | **Question** |
|---|---|
| 11 | 41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                          **Cause No.** 09-4730
**Case Name** Brown, Celeste            **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▮/1982   **SSN**

| | |
|---|---|
| | I do not recall the amount of time I have lost from work as a result of any and all conditions related to residing in a FEMA trailer. |

| Question # | Question |
|---|---|
| 12 | 42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if I have filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents. |

| Question # | Question |
|---|---|
| 13 | 43) If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if I have filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents. |

| Question # | Question |
|---|---|
| 14 | 44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any child, parent, sibling, or grandparent of mine have suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |

| Question # | Question |
|---|---|
| 15 | 45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810           **Cause No.** 09-4730

**Case Name** Brown, Celeste       **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ███1982     **SSN**

---

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall if any child, parent, sibling, or grandparent of mine have suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. |
|---|

---

| **Question #** | **Question** |
|---|---|
| 16 | 46) Are you are claiming the wrongful death of a family member related to formaldehyde? |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall if I am claiming the wrongful death of a family member related to formaldehyde. |
|---|

---

| **Question #** | **Question** |
|---|---|
| 17 | 47) If "Yes," state the name of the deceased and fill out a separate form for the deceased |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| I do not recall if I am claiming the wrongful death of a family member related to formaldehyde. |
|---|

---

| **Question #** | **Question** |
|---|---|
| 18 | 48) Manufacturer of trailer or mobile home: |

**Pet ID**

| 920 |
|---|

**Def ID**

| 42 |
|---|

**Notice #**

| Def 1 |
|---|

**Answer**

| The manufacturer of my trailer or mobile home is Organic |
|---|

---

| **Question #** | **Question** |
|---|---|
| 19 | 49) VIN: |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                              **Cause No.** 09-4730
**Case Name** Brown, Celeste                 **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▮▮▮▮ 1982    **SSN**

| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| The VIN for my trailer is 5L4TF332463021539. |

| **Question #** | **Question** |
| --- | --- |
| 20 | 50) FEMA Identification No.: |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| The FEMA Identification number for my trailer is 921159434. |

| **Question #** | **Question** |
| --- | --- |
| 21 | 51) Bar Code Number on FEMA housing unit: |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| The barcode for my trailer is 1248618. |

| **Question #** | **Question** |
| --- | --- |
| 22 | 52) Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile E home? |

**Pet ID**
| 920 |

**Def ID**
| 42 |

**Notice #**
| Def 1 |

**Answer**
| Per FEMA the temporary housing unit I was provided was a travel trailer. |

| **Question #** | **Question** |
| --- | --- |
| 23 | 53) Move-in Date: |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                                    **Cause No.** 09-4730

**Case Name** Brown, Celeste                       **Case Style** Swanica Nero, Et. al. vs. Pilgrim International,

**DOB** ▌1982    **SSN**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| The date I moved in was          2006. |

| **Question #** | **Question** |
|---|---|
| 24 | 54) Move-out Date |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| The date I moved out was          2007. |

| **Question #** | **Question** |
|---|---|
| 25 | 56) Was the FEMA trailer or mobile home located in a trailer park or on private pro |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall if the FEMA trailer I was residing in was located in a trailer park or private property. |

| **Question #** | **Question** |
|---|---|
| 26 | 57) State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall the reason why I stopped living in the FEMA trailer. |

| **Question #** | **Question** |
|---|---|
| 27 | 58) Please state the approximate square footage of the FEMA housing unit: |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                                **Cause No.** 09-4730

**Case Name** Brown, Celeste             **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮▮982   **SSN**

---

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall the approximate square footage of the FEMA Housing unit. |

---

| **Question #** | **Question** |
| 28 | 59) State the approximate length and width of the FEMA housing unit |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall the approximate length and width of the FEMA housing unit. |

---

| **Question #** | **Question** |
| 29 | 60) Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall the number of hours spent in the FEMA trailer. |

---

| **Question #** | **Question** |
| 30 | 61) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID**

| 920 |

**Def ID**

| 42 |

**Notice #**

| Def 1 |

**Answer**

| I do not recall if the FEMA housing unit was "jacked-up" on blocks. |

---

| **Question #** | **Question** |
| 31 | 62) Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810      **Cause No.** 09-4730

**Case Name** Brown, Celeste      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ███/1982     **SSN**

---

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if my FEMA housing unit was hooked up to a sewer line. |
|---|

| **Question #** | **Question** |
|---|---|
| 32 | 63) Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if the FEMA housing unit was hooked up to an electrical line. |
|---|

| **Question #** | **Question** |
|---|---|
| 33 | 64) Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if the FEMA housing unit was hooked up to natural gas line. |
|---|

| **Question #** | **Question** |
|---|---|
| 34 | 65) Is/was propane gas used in the FEMA housing unit? |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if propane gas was used in the FEMA housing unit. |
|---|

| **Question #** | **Question** |
|---|---|
| 35 | 66) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810      **Cause No.** 09-4730

**Case Name** Brown, Celeste      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▆▆/1982    **SSN**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall how many days per week I worked outside of my FEMA home. |
|---|

| **Question #** | **Question** |
|---|---|
| 36 | 67) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if I temporarily lived in another location during the time I resided in the FEMA trailer or mobile home. |
|---|

| **Question #** | **Question** |
|---|---|
| 37 | 9) Where did you temporarily live? |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if I temporarily lived in another location during the time I resided in the FEMA trailer or mobile home. |
|---|

| **Question #** | **Question** |
|---|---|
| 38 | 69) For what period of time did you temporarily live in another location? |

**Pet ID**

| 920 |
|-----|

**Def ID**

| 42 |
|----|

**Notice #**

| Def 1 |
|-------|

**Answer**

| I do not recall if I temporarily lived in another location during the time I resided in the FEMA trailer or mobile home. |
|---|

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810            **Cause No.** 09-4730

**Case Name** Brown, Celeste      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮982    **SSN**

| Question # | Question |
|---|---|
| 39 | 70) Have any air quality tests ever been performed on your FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any air quality tests were ever performed on my FEMA trailer or mobile home. |

| Question # | Question |
|---|---|
| 40 | 71) If "Yes," please state when the test was performed and who prepared this testing: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any air quality tests were ever performed on my FEMA trailer or mobile home. |

| Question # | Question |
|---|---|
| 41 | 72) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if my FEMA trailer was ever fumigated for insects. |

| Question # | Question |
|---|---|
| 42 | 73) Date and reason for fumigation: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if my FEMA trailer was ever fumigated for insects. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                                    **Cause No.** 09-4730
**Case Name** Brown, Celeste                       **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ▓1982    **SSN**

| Question # | Question |
|---|---|
| 43 | 74) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any repairs, service, or maintenance was ever performed on my FEMA trailer. |

| Question # | Question |
|---|---|
| 44 | 75) If "Yes," please state the date and reason for repair, service or maintenance: c3 |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any repairs, service, or maintenance was ever performed on my FEMA trailer. |

| Question # | Question |
|---|---|
| 45 | 76) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I don not recall the name and present address and telephone number of every person who resided in my FEMA trailer. |

| Question # | Question |
|---|---|
| 46 | 77) Height: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810
**Case Name** Brown, Celeste
**DOB** ▇/1982   **SSN**

**Cause No.** 09-4730
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | I do not recall my Height. |

| Question # | Question |
|---|---|
| 47 | 78) Current Weight: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall my current weight.

| Question # | Question |
|---|---|
| 48 | 79) Weight prior to living in a FEMA trailer or mobile home: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall my weight prior to living in my FEMA trailer.

| Question # | Question |
|---|---|
| 49 | 80) Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 50 | 81) Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Case Name** Brown, Celeste

**DOB** ▇/1982    **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

| Question # | Question |
|---|---|
| 51 | 82) Date on which smoking/tobacco use ended: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 52 | 83) Amount smoked or used on average, per day, number of years: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 53 | 84) Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 54 | 85) Amount currently smoked or used on average, per day, number of years: |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Case Name** Brown, Celeste

**DOB** ██/1982    **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 55 | 86) If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if anybody who resided with me smoked in my FEMA unit. |

| Question # | Question |
|---|---|
| 56 | 87) Amount smoked or used on average, if you know, per day and number of years. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if anybody who resided with me smoked in my FEMA unit. |

| Question # | Question |
|---|---|
| 57 | 88) Smoker's relationship to you: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if anybody who resided with me smoked in my FEMA unit. |

| Question # | Question |
|---|---|
| 58 | 89) Whether the smoking occurred inside, outside or both |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Case Name** Brown, Celeste

**DOB** ███/1982   **SSN**

**Cause No.** 09-4730

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

I do not recall if anybody who resided with me smoked in my FEMA unit.

| Question # | Question |
|---|---|
| 59 | 90) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I was pregnant during the time in which I resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 60 | 91) If yes, what was the date of birth? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I was pregnant during the time in which I resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 61 | 92) Did your pregnancy terminate in a miscarriage or a stillborn child? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I was pregnant during the time in which I resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 62 | 93) Have you ever suffered from lung or other respiratory disease? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810

**Cause No.** 09-4730

**Case Name** Brown, Celeste

**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮▮1982   **SSN**

| | |
|---|---|
| I do not recall if I have suffered from lung or respiratory disease. | |

| **Question #** | **Question** |
|---|---|
| 63 | 94) If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have suffered from lung or respiratory disease.

| **Question #** | **Question** |
|---|---|
| 64 | 95) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have suffered from infectious disease.

| **Question #** | **Question** |
|---|---|
| 65 | 96) If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have suffered from infectious disease.

| **Question #** | **Question** |
|---|---|
| 66 | 97) Have you ever suffered from long-term stomach or bowel disease? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                          **Cause No.** 09-4730
**Case Name** Brown, Celeste              **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ███ 1982     **SSN**

| | |
|---|---|
| I do not recall if I have ever suffered from long- term stomach or bowel disease. | |

| Question # | Question |
|---|---|
| 67 | 98) If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have ever suffered from long- term stomach or bowel disease.

| Question # | Question |
|---|---|
| 68 | 99) Have you ever suffered from skin disease? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 69 | 100) If yes, provide name, date and description of each illness, disease or abnormal condition. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**
I do not recall if I have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 70 | 101) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810      **Cause No.** 09-4730

**Case Name** Brown, Celeste      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▇1982    **SSN**

I do not recall if I have ever had any of the following tests performed: chest x-ray, CT scan or MRI.

| Question # | Question |
| --- | --- |
| 71 | 102) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if I have ever had any of the following tests performed: chest x-ray, CT scan or MRI. |

| Question # | Question |
| --- | --- |
| 72 | 103) Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if any doctor or health care provider has treated me for any diseases. |

| Question # | Question |
| --- | --- |
| 73 | 104) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall if I am alleging psychological or emotional problems as a result of living in a FEMA trailer. |

| Question # | Question |
| --- | --- |
| 74 | 105) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810
**Cause No.** 09-4730
**Case Name** Brown, Celeste
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** [ ]/1982   **SSN**

| **Answer** |
|---|
| I do not recall if any health care professional has told me that my alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home. |

| **Question #** | **Question** |
|---|---|
| 75 | 106) If "yes," please provide the name and address of the health care professional. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| **Answer** |
|---|
| I do not recall if any health care professional has told me that my alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home. |

| **Question #** | **Question** |
|---|---|
| 76 | 115) For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| **Answer** |
|---|
| I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, supplemental information will be provided. |

| **Question #** | **Question** |
|---|---|
| 77 | 116) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

| **Answer** |
|---|
| I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, supplemental information will be provided. |

| **Question #** | **Question** |
|---|---|

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810
**Cause No.** 09-4730
**Case Name** Brown, Celeste
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** ████/1982   **SSN**

| | |
|---|---|
| 78 | 117) Identify your current family and/or primary care physician, including address and telephone number. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I can not provide my current pcp, address or telephone number.

| **Question #** | **Question** |
|---|---|
| 79 | 118) Identify your primary care physicians for the last seven (7) years, including address and telephone number. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall my primary care physician for the last seven years.

| **Question #** | **Question** |
|---|---|
| 80 | 119) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I do not recall each hospital, clinic, or healthcare facility where I have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| **Question #** | **Question** |
|---|---|
| 81 | 120) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214810                                      **Cause No.** 09-4730

**Case Name** Brown, Celeste          **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** ▮1982     **SSN**

| | |
|---|---|
| | I do not recall each hospital, clinic, or healthcare facility where I have received outpatient treatment or been admitted as a patient during the last seven (7) years. |

| Question # | Question |
|---|---|
| 82 | 121) Each pharmacy, including address that has dispensed medication to you during the last seven (7) years. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not recall each pharmacy including address that has dispensed medication to you during the last seven (7) years.

| Question # | Question |
|---|---|
| 83 | 122) Sign and date the Certification. |

**Pet ID**
920

**Def ID**
42

**Notice #**
Def 1

**Answer**

I do not have these documents in my possession.  If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, supplemental information will be provided.

_____          5/25/2011
Plaintiff or Representative                          Date