| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

BY FACSIMILE: 525-1279
Mr. Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70163

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Centola:

Our records reflect that one or more claimants in the case captioned *Chantelle Hunter v. Liberty Mutual Insurance Corporation, et al.*, No. 09-5714, has not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimant:

   1. Chantelle Hunter

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

                                            Sincerely,

                                            *Kristopher M. Redmann/AEB*

                                            Kristopher M. Redmann

KMR/aeb

959636_1

