## Tina Hebert

| | |
|---|---|
| **From:** | Kristopher Redmann |
| **Sent:** | Friday, August 26, 2011 2:35 PM |
| **To:** | Anne Briard; Tina Hebert; Lam Nguyen |
| **Subject:** | FW: HLC Response to Proposed Motion to Dismiss Chantelle Hunter |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Friday, August 26, 2011 2:15 PM
**To:** Kristopher Redmann
**Cc:** Denis Vega
**Subject:** HLC Response to Proposed Motion to Dismiss Chantelle Hunter

REGARDING: Case No. 2:09-cv-5714   *Chantelle Hunter v. Liberty Mutual Ins. et al*

We do not oppose your motion to dismiss **Chantelle Hunter**

---

Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.


EXHIBIT
C

1