**Tina Hebert**

| | |
|---|---|
| **From:** | Kristopher Redmann |
| **Sent:** | Friday, August 26, 2011 11:46 AM |
| **To:** | Anne Briard; Lam Nguyen; Tina Hebert |
| **Subject:** | FW: HLC Response to Proposed Motion to Dismiss in the Bailey matter |
| **Attachments:** | Carriere, Brelane OBO Sengua Jackson JAY1 VIS1.pdf; Carriere, Olivia JAY1 VIS1.pdf; Carriere, Sherineicia JAY1 VIS1.pdf; Jackson, Senqua'sia' - Provisional Custody by Mandate.pdf; Jackson, Steven JAY1 VIS1.pdf; Thompson, Greta OBO Delotte, Darrien GFS1 VIS1.pdf; Thompson, Greta GFS1 VIS1.pdf; Minnix, Susan VIS1.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

FYI

**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Friday, August 26, 2011 11:44 AM
**To:** Kristopher Redmann
**Cc:** Denis Vega
**Subject:** HLC Response to Proposed Motion to Dismiss in the Bailey matter

REGARDING: Case No. 2:09-cv-5736 *John Bailey, et al v. Liberty Mutual Ins. et al*

We oppose your motion to dismiss the following plaintiffs:

Brelane Carriere obo Sengua Jackson (aka Senqua'sia Jackson) (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011)
Darrien Delotte (Greta Thompson obo Darrien Delotte) (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011 )
Greta Thompson (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011 )
Olivia Carriere (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011)
Shereineicia Carriere (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011 )
Steven Jackson (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011 )
Susan Minnix (Completed PFS submitted via email June 20,2011 in response to Def. letter dated May 20, 2011 )

We do not oppose your motion to dismiss:

Brenda C. Jones
Dedra Bailey
Raymond Anderson
Mary Anderson Colby


--
Jacqueline Edmundson
Legal Assistant

1



Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.