# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. PIAAZA
Of Counsel
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)
*Also Admitted in Colorado

Please Reply To:
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
 Office Administrator
Susan B. Williams
 Nurse

April 19, 2011

Kelly M. Morton
kmorton@garrisonyount.com
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Re:   FEMA Trailer Formaldehyde Products Liability Litigation
      Cassandra Guidry, Pauline Johnson, De'Era Johnson, and Debra Johnson

Dear Ms. Morton:

Our office has contacted Cassandra Guidry, ████████████, and ████████████ several times to complete their Plaintiff Fact Sheets, however, they have not responded to any of our communications. Accordingly, we have no grounds to object to a Motion to Dismiss for these plaintiffs. As for Debra Johnson, our records show her Fact Sheet was sent to Defense on January 15, 2010. It appears it was sent on a CD labeled Timberlodge as Ms. Johnson believed this was her trailer manufacturer at the time.

Sincerely,

Jennifer L. Crose

**EXHIBIT B**