## Kelly Morton

| | |
|---|---|
| **From:** | Kelly Morton |
| **Sent:** | Tuesday, August 02, 2011 3:23 PM |
| **To:** | Gerald E. Meunier; 'Justin Woods'; 'ANDREW WEINSTOCK'; 'dbecnel@becnellaw.com'; 'mattmoreland@cox.net'; 'Jennifer Crose' |
| **Cc:** | 'CARMEN MOTES'; Randy Mulcahy; Jill Marie Kenyon; 'cleche@dkslaw.com'; 'Miller, Henry (CIV)'; 'Kurtz, David'; Whitfield, Karen |
| **Subject:** | In Re: FEMA - Motion to Dismiss |
| **Attachments:** | Guidry v. Cruiser.pdf |

**From:** Kelly Morton
**Sent:** Tuesday, August 02, 2011 3:14 PM
**To:** Kim Marshall
**Subject:** FEMA - Motion to Dismiss

Counsel,

Attached please find a copy of a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding plaintiff, Cassandra Guidry.

Please let me know by 5:00 p.m. on Wednesday, August 3, 2011, if you will oppose this motion. If I have not heard from you by then, we will file this motion as unopposed.

Please let me know if you have any questions.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com

**EXHIBIT**
**C**

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please