# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL. NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **This Document Relates To:** | * | **JUDGE: ENGELHARDT** |
| *Zerita Wilson v. TL Industries, Inc., et al,* | * | |
| *10-2156* | * | **MAGISTRATE: CHASEZ** |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss the claims of plaintiff, Zerita Wilson, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED** and dismissing this matter in its entirety.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
JUDGE KIRK ENGELHARDT

1