**Kelly Morton**

**From:** April Conger [april@eaveslaw.com]
**Sent:** Monday, April 18, 2011 9:31 AM
**To:** Kelly Morton
**Subject:** John Arthur Eaves TL Industries
**Attachments:**

Kelly,

We do not have plaintiff fact sheets for the following clients: Zerita Wilson No 10-2156 so these cases can be dismissed.

Thank you,
April Conger
Eaves Law Firm
101 N. State Street
Jackson, MS  39201
Phone (601) 355-7961
Fax (601) 355-0530
april@eaveslaw.com



EXHIBIT
B