UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Pauline Johnson, et al v. TL* | * | MAGISTRATE:  CHASEZ |
| *Industries, Inc., et al 09-5359* | * | |
| | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss the claims of plaintiffs, Pauline Johnson and Pauline Johnson on behalf of De'Era Johnson, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
JUDGE KIRK ENGELHARDT