# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

Please Reply To:
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

April 19, 2011

Kelly M. Morton
kmorton@garrisonyount.com
Garrison, Yount, Forte & Mulcahy, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112

Re:   FEMA Trailer Formaldehyde Products Liability Litigation
      Cassandra Guidry, Pauline Johnson, De'Era Johnson, and Debra Johnson

Dear Ms. Morton:

Our office has contacted ▉▉▉▉▉▉▉▉▉ Pauline Johnson, and De'Era Johnson several times to complete their Plaintiff Fact Sheets, however, they have not responded to any of our communications. Accordingly, we have no grounds to object to a Motion to Dismiss for these plaintiffs.

Sincerely,

Jennifer L. Crose

**EXHIBIT B**