**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL. NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **This Document Relates To:** | * | |
| *Edna Alverez, et al v. Recreation by* | * | **MAGISTRATE:  CHASEZ** |
| *Design, LLC, et al,* 10-2305 | * | |
| | * | |
| | * | |
| | * | |

**********************************************************************************

**UNOPPOSED MOTION FOR PARTIAL DISMISSAL FOR FAILURE TO COMPLY
WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT
SHEETS**

**NOW INTO COURT,** through undersigned counsel comes defendant, Recreation by

Design, LLC ("RBD"), who moves this Honorable Court to dismiss the claims of plaintiff,

Kendra Vason on behalf of Tyriel Battle as to RBD only, with prejudice, for failure to comply

with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provisions of Plaintiff

Fact Sheets.

The reasons for the Motion are more fully set forth in the attached Memorandum in

Support.  Further, the undersigned has contacted opposing counsel regarding this Motion, and

opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully submitted,


 /s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: kmorton@garrisonyount.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.



 /s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645