# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW
909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

KELLY M. MORTON
ADMITTED IN LOUISIANA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 14, 2011

*Via E-mail:*

Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Anthony G. Buzbee
tbuzbee@txattorneys.com
Peter K. Taaffe
ptaaffe@txattorneys.com
The Buzbee Law Firm
J. P. Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

  Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
     USDC-EDLA, MDL No. 07-1873
     Our file: 1376-41971

Dear Counsel:

  Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.



EXHIBIT A

April 13, 2011
Page -2-

~~[redacted case caption]~~

~~1. Michael Harris~~
~~2. James Pettigrew~~

*Edna Alverez, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 10-2305:*

~~1. Patricia Barnes~~
~~2. Patricia Barnes on behalf of Ciera Barnes~~
~~3. Patricia Barnes on behalf of Danielle Barnes~~
~~4. Patricia Barnes on behalf of Shaquille Barnes~~
~~5. Latonya Jones~~
~~6. Latonya Jones on behalf of [redacted]~~
~~7. Latonya Jones on behalf of [redacted] Franklin~~
~~8. Latonya Jones on behalf of Derry Jones, Jr.~~
~~9. Paul Marion~~
~~10. [redacted]~~
11. Kendra Vason on behalf of Tyriel Battle
~~12. [redacted] Wilson on behalf of the estate of Alma [redacted]~~

~~[redacted case caption]~~

~~1. [redacted] Davis~~
~~2. Linda Davis-[redacted]~~
~~3. Linda Davis-[redacted] on behalf of [redacted]~~
~~4. Linda Davis-[redacted] on behalf of Keandre Mills~~
~~5. Linda Davis-[redacted] on behalf of Raven Mills~~
~~6. Linda Davis-[redacted] on behalf of Travis Davis, Jr.~~
~~7. Johnny Francois~~
~~8. Joyce A. Jackson~~
~~9. Skye Poulos~~
~~10. Kendra Vason~~
~~11. Kendra Vason on behalf of Terrell Vason~~
~~12. Kendra Vason on behalf of Trevon Vason~~

      As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

April 13, 2011
Page -3-

Sincerely,



Kelly M. Morton

KMM/klm

cc: David Kurtz – dkurtz@bakerdonelson.com
Charles Leche – cleche@dkslaw.com
Henry Miller – henry.miller@usdoj.gov