# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

May 5th, 2011

**Via Email and Regular U.S. Mail**
Kelly M. Morton
kmorton@garrisonyount.com
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112-4053

Re:   *In Re: FEMA Trailer Products Liability Litigation*
In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873
Your File: 1376-41971

Dear Counsel:

We received your April 14th, 2011 correspondence regarding our client's claims against Recreation by Design, Inc. [redacted]

Please be advised that we understand the below-listed plaintiffs did not reside in a Recreation by Design unit, therefore we do not oppose a partial Motion to Dismiss of the claims against Recreation by Design:

*Edna Alverez, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 10-2305*

1. Kendra Vason on behalf of Tyriel Battle



1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only


EXHIBIT B