UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Jayco Enterprises, Inc., et al* | * | |
| Plaintiffs Sherna Lumar, individually and on | * | |
| Behalf of Shanae Lumar, Patricia Galmon, | * | |
| Alfred Cousin, and Walter Miles ONLY | * | |
| C.A. No. 09-8407 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTAIN PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Sherna Lumar, individually and on behalf of Shanae Lumar, Patricia Galmon, Alfred Cousin, and Walter Miles, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), hereby gives notice of their dismissal of all claims made in this lawsuit without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Plaintiffs Sherna Lumar, individually and on behalf of Shanae Lumar, Patricia Galmon, Alfred Cousin, and Walter Miles, in any other complaints in this MDL.

                                                  Respectfully submitted:

                                                  By: */s/Peter K. Taaffe*
                                                       Anthony G. Buzbee
                                                        Texas Bar No. 24001820
                                                       Peter K. Taaffe
                                                        Texas Bar No. 24003029
                                                        The Buzbee Law Firm
                                                        600 Travis, Suite 7300
                                                        Houston, Texas 77002
                                                        Tel.:  (713) 223-5393
                                                        Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Peter K. Taaffe
Peter K. Taaffe