UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N-5" |
| THIS DOCUMENT RELATES TO:<br>09-6429; 09-6782; 09-7681; 09-8176<br>and 10-0486 | * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Unopposed Motion to Withdraw Forest River, Inc. and Vanguard, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Withdraw Forest River, Inc. and Vanguard, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted and, accordingly, the previously filed Motion to Dismiss [Rec. Doc. No. 22612] is hereby withdrawn.

NEW ORLEANS, Louisiana, this  31st  day of       August      , 2011.

_____
HONORABLE KURT D. ENGELHARDT