UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *William Dorsey v. Starcraft RV, Inc.* | * | |
| Docket No. 10-3132 | * | MAG. JUDGE CHASEZ |
| Plaintiff: William Dorsey | * | |

*************************************************************************

## ORDER

Considering the above and foregoing,

**IT IS ORDERED** that the Unopposed Motion to Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff William Dorsey, be **GRANTED**, and the Motion to Dismiss (Rec. Doc. No. 22462) filed by defendants, Starcraft RV, Inc., and Bechtel National, Inc. be withdrawn from the Court's August 18, 2011 docket.

New Orleans, Louisiana, this ___31st___ day of _____August_____, 2011.

_____
UNITED STATES DISTRICT JUDGE