UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-8679

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages (Rec. Doc. 18682) is hereby **DENIED AS MOOT**, based upon this Court's Order and Reasons dated July 27, 2011 (Rec. Doc. 22238).

New Orleans, Louisiana, this 1st day of September 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**