## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N |
| | * | |
| This document relates to: | * | |
| *Chantelle Hunter* | * | |
| *v. Liberty Mutual Ins. Corp.* | * | |
| No. 09-5714 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With

Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's

Motion is Granted and the claims of Plaintiff Chantelle Hunter against Liberty Mutual Insurance

Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this  1st  day of _ September _, 2011.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana