UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           *     MDL NO. 1873
        FORMALDEHYDE PRODUCTS  *
        LIABILITY LITIGATION   *     SECTION "N-5"
                               *
THIS DOCUMENT RELATES TO:      *     JUDGE ENGELHARDT
*Maudry Brown v. Jayco Enterprises, Inc.*   *
Docket No. 09-8614             *     MAG. JUDGE CHASEZ
Plaintiff: Kerriane Toliver    *
******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiff, Kerriane Toliver, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE