## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Toliver, Kerrianne

**Claimant's Attorney:** Frank J. D'Amico, Jr.

Manufacturer: Jayco

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**III. CASE INFORMATION (B)**

**V. FEMA Trailer or Mobile Home Unit**

**Manufacturer: Jayco**

**Vin # 1UJBJ02P661EN0189**

**FEMA ID # 911971867**

**Barcode # 1155187**

_____   FEB 2 0 2010
**Plaintiff or Representative**                    **Date**

