# Errata

**Claimant Name:** Toliver, Kerrianne

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Jayco, Inc.

Plaintiff is personally unavailable to cure deficiencies at this time.

_____          _____
Plaintiff or Representative                                        Date *(July 14, 2011)*

**EXHIBIT E**