**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Cassandra Guidry v. Cruiser RV,* | * | |
| *LLC, et al, 09-8743* | * | MAGISTRATE:  CHASEZ |

*****************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Cruiser RV, LLC's Unopposed Motion to Dismiss the claims of plaintiff, Cassandra Guidry, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED** and dismissing the matter, *Cassandra Guidry v. Cruiser RV, LLC*, Docket No. 09-8743 in its entirety.

New Orleans, Louisiana this 1st day of September, 2011.

_____
United States District Judge