| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

BY FACSIMILE: 525-1279
Mr. Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70163

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Centola:

Our records reflect that several claimants in the case captioned *Daniel Lawson et al. v. Liberty Mutual Insurance Corporation, et al.*, No. 09-5317, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Adlai Williams
2. Jarvij Tuckson
3. Kynomi Courtney obo K'lyn Courtney
4. Nelita Henry

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher M. Redmann/AEB*

Kristopher M. Redmann

KMR/aeb

958720_1


EXHIBIT A