**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Tel.: (504) 568-1990
Fax: (504) 310-9195

e-mail:
kredmann@lawla.com

August 23, 2011

Mr. Lawrence J. Centola, Jr.
Hurricane Legal Center, LLC
600 Carondelet St., Ste. 602
New Orleans, LA 70163

Re:  In Re:  FEMA Trailer Fomaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5
Judge Englehardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Centola:

Attached are proposed motions to dismiss plaintiffs in the following matters.

1) John Bailey;
2) Daniel Lawson;
3) Rasheeda Anderson;
4) Chantelle Hunter;
5) Israel Sidney;
6) Bernice Swenney;
7) Shynice Mays;
8) James R. Lee, II;
9) Sharon Spurlock; and
10) Todd Franklin, Jr.

Let me know if you have any objection to filing these motions as unopposed. We sent deficiency letters on May 20 but did not receive a completed fact sheet for any of these plaintiffs.

With kindest regards,

Sincerely,

*[signature] for Kristopher M. Redmann*

Kristopher M. Redmann

KMR/tmh
Enclosures

1019350_1


EXHIBIT B