Tina Hebert

| | |
|---|---|
| From: | Kristopher Redmann |
| Sent: | Tuesday, August 30, 2011 9:11 AM |
| To: | Anne Briard; Tina Hebert; Lam Nguyen |
| Subject: | FW: HLC Response to Proposed Motion to Dismiss in the Lawson matter |
| Attachments: | Tuckson, Jarvick VIS1.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Tuesday, August 30, 2011 9:04 AM
**To:** Kristopher Redmann
**Cc:** Denis Vega
**Subject:** HLC Response to Proposed Motion to Dismiss in the Lawson matter

Kris,

REGARDING: Case No. 2:09-cv-5317   *Daniel Lawson, et al, v. Liberty Mutual Inc. Corp., et al*

HLC does not oppose your motion to dismiss plaintiffs:

Adlai Williams
Kynomi Courtney obo K'lyn Courtney
Nelita Henry (unable to obtain signature)

HLC objects to dismissal of Jarvij Tuckson. See attached PFS. PFS was emailed to you in June as well.

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

1

