**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Kristopher M. Redmann
Tel.: (504) 568-1990
Fax: (504) 310-9195

e-mail:
kredmann@lawla.com

May 20, 2011

BY FACSIMILE: 525-1279
Mr. Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70163

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Centola:

Our records reflect that several claimants in the case captioned *Rasheeda Anderson et al. v. Liberty Mutual Insurance Corporation, et al.*, No. 09-5737, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Brian Brown
2. Denzel Jefferson
3. Erica Dennis
4. Larry Thomas
5. Linda Wilson
6. Louis Massey, Jr.
7. Marshall Wilson, Jr.
8. Marvin Wilson
9. Marvin Wilson, Sr.
10. Mary Harrell
11. Mary Harrell admin. Tiara Blue
12. Tamika Harris
13. Tamika Harris obo Brieon White
14. Tamika Harris obo Janika Wilson
15. Tamika Harris obo Kiara Brown
16. Toryana Harrell
17. Vanessa Anderson
18. Vidal Anderson
19. Vivian Anderson
20. Yolanda Hurst-Massey

959442_1


EXHIBIT A

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher N. Redmann /aeb*

Kristopher M. Redmann

KMR/aeb

959442_1