## Tina Hebert

| | |
|---|---|
| **From:** | Kristopher Redmann |
| **Sent:** | Tuesday, August 30, 2011 9:12 AM |
| **To:** | Anne Briard; Tina Hebert; Lam Nguyen |
| **Subject:** | FW: HLC Response to Proposed Motion to Dismiss in the Anderson Matter |
| **Attachments:** | Anderson, Lacreda OBO Anderson, Vidal VIS1.pdf; Anderson, Vanessa  VIS1.pdf; Anderson, Vivian VIS1.pdf; Brown, Brian VIS1.pdf; Dennis, Erica VIS1.pdf; Harris, Tamika OBO Brown, Kiara VIS1.pdf; Harris, Tamika OBO White, Brieon VIS1.pdf; Harris, Tamika OBO Wilson, Janika VIS1.pdf; Harris, Tamika VIS1.pdf; Massey, Louis Jr VIS1.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Jackie Edmundson [mailto:jedm602@gmail.com]
**Sent:** Monday, August 29, 2011 5:58 PM
**To:** Kristopher Redmann
**Cc:** Denis Vega
**Subject:** HLC Response to Proposed Motion to Dismiss in the Anderson Matter

Kris,

REGARDING: Case No. 2:09-cv-5737   *Rasheeda Anderson, et al, v. Liberty Mutual Inc. Corp., et al*

**HLC does not oppose your motion to dismiss plaintiffs:**

Denzel Jefferson
Larry Thomas
Linda Wilson
Marshall Wilson, Jr.
Marvin Wilson, Jr.
Marvin Wilson, Sr.
Mary Harrell
Mary Harrel admin. Tiara Blue
Toryana Harrell
Yolanda Hurst Massey

**HLC opposes your motion to dismiss plaintiffs:**

Brian Brown
Erica Dennis
Louis Massey, Jr.
Tamika Harris
Tamika Harris obo Brieon White
Tamika Harris obo  Janika Wilson
Tamika Harris obo Kiara Brown
Vanessa Anderson
Vidal Anderson
Vivian Anderson



See attached PFSs.

--

Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law.  Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited.  If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail.  Thank you.