## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bonney v. Jayco Enterprises, Inc., et al., EDLA 09-4327*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION TO SEVER CONTRACTOR CLAIM
### OF AMELIA FRANCIS AND CONSOLIDATE WITH 09-5526

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Amelia Francis, who, respectfully requests that this Honorable Court grant her Motion to Sever Contractor Claims of Amelia Francis and Consolidate with 09-5526 pursuant to Federal Rules of Civil Procedure Rule 21. Duplicative actions have been filed by Ms. Francis, and counsel for Ms. Francis agree that her claims will continue in *Lambert-Manuel v. Jayco Enterprises, Inc., et al*, E.D. La. 09-5526; however, because Shaw Environmental, Inc. was not sued in this action, it is necessary to sever that portion of her claims from *Bonney v. Jayco Enterprises, Inc., et al.,* E.D. La. 09-4327 and consolidate her contractor/installer claims with the claims advanced by Ms. Francis in *Lambert-Manuel v. Jayco Enterprises, Inc., et al*, E.D. La. 09-5526.

Upon this Court's approval of this Motion to Sever and Consolidate, counsel for Ms. Francis will voluntarily dismiss her remaining claims in *Bonney v. Jayco Enterprises, Inc., et al.,* E.D. La. 09-43. Counsel for defendants have been contacted and have expressed no opposition to the instant motion.

WHEREFORE, Plaintiff, Amelia Francis, respectfully prays that this Honorable Court grant her Motion to Sever Contractor Claims of Amelia Francis and Consolidate with 09-5526.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**


BY:    <u>s/Justin I. Woods</u>
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  September 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        <u>s/Justin I. Woods</u>
        JUSTIN I. WOODS, # 24713