# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

May 5th, 2011

**<u>Via Email and Regular U.S. Mail</u>**
Kelly M. Morton
kmorton@garrisonyount.com
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112-4053

Re:   *In Re: FEMA Trailer Products Liability Litigation*
      In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873
      Your File: 1376-41971

Dear Counsel:

We received your April 14th, 2011 correspondence regarding our client's claims against Recreation by Design, Inc. [redacted]

Please be advised that we understand the below-listed plaintiffs did not reside in a Recreation by Design unit, therefore we do not oppose a partial Motion to Dismiss of the claims against Recreation by Design:



*Darryl Hood, et al v. Recreation By Design, LLC; et al.; USDC-EDLA No. 09-8406*

1. Travis Davis
2. Linda Davis-Lutcher
3. Linda Davis-Lutcher on behalf of Elizabeth Miller
4. Linda Davis-Lutcher on behalf of Kanytta Miller
5. Linda Davis-Lutcher on behalf of Raven Miller
6. Linda Davis-Lutcher on behalf of Travis Davis, Jr.

---

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only



EXHIBIT B

May 5, 2011
Page -2-

       7. Kendra Vason
       8. Kendra Vason on behalf of Terrill Vason
       9. Kendra Vason on behalf of Trevor Vason

    Please advise if you will be filing the dismissal or if you like us to voluntarily dismiss the claims pursuant to Rule 41.

Yours very truly,

Peter K. Taaffe

PKT/dc

Enclosure

cc:

**Via E-Mail**
Anthony G. Buzbee
Peter K. Taaffe
Andrew D. Weinstock
Gerald Meunier
Justin Woods

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only