UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom, et al., v. Jayco, Inc., et al.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Mary Bryant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF MARY BRYANT

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Mary Bryant, and in support they would respectfully show the court as follows:

I. On or about August 14, 2009, Plaintiff, Mary Bryant, was named as a plaintiff in a case styled *Orlando Arrom, et al. v. Jayco, Inc., et al*, Cause No. 09-5700. Subsequently, on or about October 13, 2010, Mary Bryant was named as a plaintiff in a case styled *Leshirl Alexander-Cornett, et al. v. Jayco, Inc., et al*, Cause No. 10-3567. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Mary Bryant appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would

further show that this motion has no effect on the claims of Mary Bryant as filed in the case styled *Leshirl Alexander-Cornett, et al. v. Jayco, Inc., et al*, Cause No. 10-3567.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Mary Bryant in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

       Respectfully submitted,
       **WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile
     **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

       s/*Thomas L. Cougill*
       THOMAS L. COUGILL