UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY<br>LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO:   MDL 1873 (N-5) |
| This Document Relates to:<br>*Eric Forsythe, Jr., et al versus*<br>*Sun Valley, Inc., et al*<br>E.D. La. Suit No. 10-3833<br>Plaintiff:   Eric Forsythe, Jr.<br>Eric Forsythe, Jr., obo E. F. III | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to producing Plaintiff Fact Sheets:

- Eric Forsythe, Jr., (Plaintiff in *Eric Forsythe, Jr., et al v. Sun Valley, Inc., et al*, No. 10-3833)

- Eric Forsythe, Jr. on behalf of the minor E. F. III, (Plaintiff in *Eric Forsythe, Jr., et al v. Sun Valley, Inc., et al*, No. 10-3833)

The reasons for the motion are more fully set forth in the attached memorandum in support. Undersigned has contacted opposing counsel regarding this motion, and opposing counsel has stated that they do oppose the motion.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE:      337-232-9700
FAX:        337-235-4943
E-Mail: lpd@volalaw.com
Attorneys for Sun Valley, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #425046