UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE JUDGE: |
| *Sonya Andrews, et al v. Sun Valley, Inc., et al* | * | CHASEZ |
| Docket No. 09-5659 *(Sonya Andrews)* | * | |

*****************************************************************

**TRIAL SCHEDULING ORDER**
**(January 23, 2012 BELLWETHER TRIAL)**

Pursuant to Pretrial Order No. 75 (Rec. Doc. No. 15822) and Rec. Doc. No. 22583, the following deadlines are entered as it relates to the bellwether trial proceeding by plaintiff Sonya Andrews against SUN VALLEY, INC. d/b/a SUN-LITE and FLUOR in the above referenced matter:

Amendments to pleadings, third-party actions, cross-claims and counter-claims shall be filed no later than **February 18, 2011**.

Designation of experts and production of written reports of those experts, as defined by Federal Rules of Civil Procedure 26(a) (2) (B), who may be witnesses for parties, are subject to the following dates:

Plaintiffs shall designate experts no later than **May 16, 2011**.

Plaintiffs shall produce expert reports no later than **June 15, 2011**.

Defendants shall designate experts no later than **June 17, 2011**.

Defendants shall produce expert reports no later than **July 18, 2011**.

Depositions of fact witnesses and all fact discovery shall be completed no later than **May 17, 2011**.

All pre-trial motions, including dispositive motions shall be set for hearing, without oral argument, no later than **December 28, 2011**.

All expert related discovery including depositions shall be completed no later than **August 19, 2011.**

The parties shall exchange deposition excerpts to be used at trial and proposed factual stipulations no later than **December 23, 2011.**

The parties shall exchange counter deposition excerpts and responses to proposed factual stipulations no later than **December 30, 2011.**

All motions *in limine* and *Daubert* motions shall be filed no later than **January 3, 2012**.

The parties shall submit the Court, in one global submission, all unresolved objections to proposed deposition excerpts and counter deposition excerpts no later than **January 9, 2012**.

Request for oral argument shall be submitted and handled in accordance with Local Rule 78.1E.

Counsel shall complete all disclosure of information as follows:

All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will not be conducted in this case.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefore.

The Court has previously entered Pretrial Orders authorizing parties to conduct discovery, including issuance of written discovery and taking of depositions.

Counsel for the parties shall exchange their preliminary witness and exhibit lists no later than **February 18, 2011.**

Counsel for the parties shall file in the record and serve upon their opponents a *final* list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **January 4, 2012.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities have been discussed. A further settlement conference will be scheduled at any time at the request of any party.

This case **does** involve extensive documentary evidence, depositions or other discovery.

Plaintiff shall issue Pre-Trial Order to all parties no later than **December 26, 2011.**

Defendants shall insert their additions to the Pre-Trial Order and circulate no later than **December 15, 2011.**

Final Pre-Trial Order shall be delivered to the Court no later **January 10, 2012, at 4:30 p.m.**

A Final Pre-Trial Conference will be held before the District Judge on **January 5, 2012 at 9:30 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

**THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLED SPACED, PAGINATED, AND SIGNED BY ALL COUNSEL.**

Trials will commence during the week beginning **January 23, 2012, at 8:30 a.m.** Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last **ten** day(s).

Plaintiff's claims against the non-governmental private defendants will be tried before a jury. Plaintiff's claims against the United States will be tried by the Court, and pursuant to the Court's previous Order in this Multi-District Litigation, the Court in resolving Plaintiff's claims against the United States may use the jury in an advisory capacity.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Trial will not be continued, even on joint motion, absent good cause or compelling reason. If, however, a continuance is granted, deadlines and cut-off dates will not be extended automatically, unless otherwise ordered by the Court.

It shall be assumed that all attorneys listed as counsel of records are, at all times, informed and conversant about the case, and have authority to discuss this matter with the Court.

**No cell phones, pagers, beepers, or other audible communication devices are allowed in Section "N" courtroom and chambers. Any audible electronic communication devices brought in the Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy.** You may turn such devices in to Susan Adams, judicial assistant to Section "N", upon arriving, and pick them up when you have completed business in Section "N".

**All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff in deviation of this standard shall be promptly reported to the undersigned.**

**COUNSEL ARE INSTRUCTED TO INCLUDE THEIR FAX NUMBERS AND EMAIL ADDRESSES ON ANY DOCUMENT THAT ARE FILED WITH THIS COURT.**

New Orleans, Louisiana, this  2nd  day of September 2011.

_____
UNITED DISTRICT COURT JUDGE

| Date | Event |
| --- | --- |
| **Date** | **Event** |
| February 18, 2011 | Deadline to Amend Complaint, file counter claims, cross-claims and third-party claims |
| February 18, 2011 | Deadline for parties to exchange preliminary witness and exhibit lists |
| May 16, 2011 | Deadline for plaintiff to designate experts |
| May 17, 2011 | Deadline to complete fact discovery (written and depositions) |
| June 15, 2011 | Deadline for plaintiffs to produce expert reports |
| June 17, 2011 | Deadline for defendants to designate experts |
| July 18, 2011 | Deadline for defendants to produce expert reports |
| August 19, 2011 | Deadline to complete expert discovery |
| December 15, 2011 | Deadline for defendants to provide inserts for pretrial order |
| December 23, 2011 | Deadline for parties to exchange deposition excerpts and proposed stipulations |
| December 26, 2011 | Deadline for plaintiffs to issue pretrial order to defendants |
| December 28, 2011 | Deadline for all pre-trial including dispositive motions to be set for hearing. |
| December 30, 2011 | Deadline for parties to exchange counter deposition excerpts and responses to proposed stipulations |
| January 3, 2012 | Deadline to file *Daubert* motions and motions in limine. |
| January 4, 2012 | Deadline for joint submission of final witness and exhibit lists |
| January 5, 2012 | Final Pretrial Conference at 9:30 a.m. |
| January 9, 2012 | Deadline for parties to submit unresolved issues related to deposition excerpts, in one global submission |
| January 10, 2012 | Deadline to submit final pretrial order to Court. |
| January 23, 2012 | Trial begins |