UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brelane Carriere, et al. v. Jayco, Inc., et al.* | * | |
| Docket No. 09-8317 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Tichawana Conrad o/b/o | * | |
| Tamia Conrad | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Tichawana Conrad on behalf of Tamia Conrad filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Tichawana Conrad on behalf of Tamia Conrad is **GRANTED** and the claims and causes of action of plaintiff, Tichawana Conrad on behalf of Tamia Conrad, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Tichawana Conrad on behalf of Tamia Conrad as filed in the case styled *Jamel Adams, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8407

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE