UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : JUDGE KURT D. ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION : DOCKET NO: MDL 1873 (N-5)

THIS DOCUMENT IS RELATED TO:
*Myra Williams v Sun Valley, Inc., et al*
Docket No.: 09-8603 : MAG. JUDGE ALMA L. CHASEZ
Plaintiff: Dianne Patterson
Kelso Williams

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc., who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiffs sought to be dismissed are:

- Diane Patterson, Plaintiff in Williams v Sun Valley C.A. No. 09-8603
- Kelso Williams, Plaintiff in Williams v Sun Valley C.A. No. 09-8603

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Opposing counsel have been contacted and have stated they do not oppose the motion.

Respectfully submitted

**Voorhies & Labbé**

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
Phone:      337-232-9700
Fax:          337-235-4943
E-Mail: lpd@volalaw.com

**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue