

**Allen & Gooch**
A Law Corporation

VIA EMAIL ONLY

December 15, 2010

Frank D'Amico, Esq.
4731 Canal St
New Orleans, LA 70119

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your clients who are outlined as follows:

| Plaintiff's Name | Case number |
|---|---|
| Patterson, Diane | 09-8603 |
| Williams, Eric | 09-8603 |
| Filemon Ponce | 09-8603 |
| Williams, Kelso | 09-8603 |
| Seymour, Kimi | 09-8603 |
| Tardiff, Mark | 09-8603 |
| Williams, Myra | 09-8603 |

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

/s/ BMM

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb
Cc: Aaron Z. Ahlquist, Esq.
    Gerald Meunier, Esq.
    Justin Woods, Esq.

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5206

Offices in
Lafayette LA
New Orleans LA


DEFENDANT'S EXHIBIT A