Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

**From**: Douglas Schmidt [mailto:dglsschmdt@yahoo.com]
**Sent**: Wednesday, January 12, 2011 08:17 AM
**To**: Maggio, Brent
**Subject**: Fw: SUN VALLEY DEFICIENCIES

Here are the deficiencies.

Douglas M. Schmidt APLC
335 CITY PARK AVE.
NEW ORLEANS, LA 70119
504-482-5711
FAX: 504-482-5755

--- On Wed, 1/12/11, Chele <mtallon@cox.net> wrote:

From: Chele <mtallon@cox.net>
Subject: SUN VALLEY DEFICIENCIES
To: "Douglas M. Schmidt" <dglsschmdt@yahoo.com>
Date: Wednesday, January 12, 2011, 9:19 AM

CAROL,

PLEASE FORWARD THESE PFS TO: BrentMaggio@allengooch.com

HIS PHONE NUMBER IS 504-836-5260


THE OTHER TWO ON THE LIST (DIANE PATTERSON AND KELSO WILLIAMS) THAT ARE OUR CLIENTS ARE CLOSED.


THANKS,


CHELE

2


DEFENDANT'S EXHIBIT NO. B