Delorimier, Rachel

**From:** Reed G. Bowman [rbowman@damicolaw.net]
**Sent:** Thursday, June 09, 2011 5:20 PM
**To:** Barker, Lori; 'dglsschmdt@yahoo.com'
**Cc:** Delorimier, Rachel; Kelly Moorman; Frank J. D'Amico; 'CHELE TALLON'
**Subject:** RE: SUN VALLEY DEFICIENCIES

Dear Lori,

Our office will not oppose the dismissals of Kelso Williams and Dianne Patterson.

Please let us know if we can be of further assistance.

Thank you,

Reed Bowman
Attorney
Mass Torts Division
Frank D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA 70119
(504) 525-7272

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and delete any copies from your system.

**From:** Barker, Lori [mailto:LoriBarker@allengooch.com]
**Sent:** Monday, June 06, 2011 2:33 PM
**To:** 'dglsschmdt@yahoo.com'; Reed G. Bowman; Douglas Schmidt (Business Fax)
**Cc:** Delorimier, Rachel; Reed G. Bowman; Frank D'Amico (Business Fax)
**Subject:** SUN VALLEY DEFICIENCIES

Chele,

In reference to your comment below that Kelso Williams and Dianne Patterson are "closed," our records reflect that they sued Sun Valley in the Williams matter case no 09-8603. Please advise whether your office will consent to this motion.

Since the Williams suit was filed by Frank D'amico (although the PFS lists Douglas Schmidt as the attorney). I have included his office on this email as we would need consent of both offices to file the Motion to Dismiss. If either of you do not consent to the dismissals, please provide the pfs cures as requested in the original cure letters which I have attached for your convenience. If we do not receive these cures by June 30, 2011 we will file a Motion to Dismiss.



Lori D. Barker
504.836.5216 Direct Dial
504.836.5219 Direct Fax

1



DEFENDANT'S EXHIBIT C

Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd. Suite 1450
Metairie LA 70002
V-Card

**From:** Douglas Schmidt [mailto:dglsschmdt@yahoo.com]
**Sent:** Wednesday, January 12, 2011 08:17 AM
**To:** Maggio, Brent
**Subject:** Fw: SUN VALLEY DEFICIENCIES

Here are the deficiencies.

Douglas M. Schmidt APLC
335 CITY PARK AVE.
NEW ORLEANS, LA 70119
504-482-5711
FAX: 504-482-5755

--- On Wed, 1/12/11, Chele <mtallon@cox.net> wrote:

From: Chele <mtallon@cox.net>
Subject: SUN VALLEY DEFICIENCIES
To: "Douglas M. Schmidt" <dglsschmdt@yahoo.com>
Date: Wednesday, January 12, 2011, 9:19 AM

CAROL,

PLEASE FORWARD THESE PFS TO: BrentMaggio@allengooch.com

HIS PHONE NUMBER IS 504-836-5260


THE OTHER TWO ON THE LIST (DIANE PATTERSON AND KELSO WILLIAMS) THAT ARE OUR CLIENTS ARE CLOSED.


THANKS,


CHELE