UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom, et al., v. Jayco, Inc., et al.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Bryan Keith Moore | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF BRYAN KEITH MOORE

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Bryan Keith Moore, and in support they would respectfully show the court as follows:

I. On or about August 14, 2009, Plaintiff, Bryan Keith Moore, was named as a plaintiff in a case styled *Orlando Arrom, et al. v. Jayco, Inc., et al*, Cause No. 09-5700. Subsequently, on or about October 13, 2010, Bryan Keith Moore was named as a plaintiff in a case styled *Manny Ernest Gallardo, et al. v. Jayco, Inc., et al.*, Cause No. 10-3491. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Bryan Keith Moore appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would

further show that this motion has no effect on the claims of Bryan Keith Moore as filed in the case styled *Manny Ernest Gallardo, et al. v. Jayco, Inc., et al.*, Cause No. 10-3491.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Bryan Keith Moore in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

  s/*Thomas L. Cougill*
THOMAS L. COUGILL