UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom, et al., v. Jayco, Inc., et al.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Bryan Keith Moore | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Bryan Keith Moore filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Bryan Keith Moore is **GRANTED** and the claims and causes of action of plaintiff, Bryan Keith Moore, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Bryan Keith Moore as filed in the case styled *Manny Ernest Gallardo, et al. v. Jayco, Inc., et al.*, Cause No. 10-3491.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE