UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION         SECTION "N-5"

                                   JUDGE ENGELHARDT
                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Waller v. Sun Valley, Inc., et al., EDLA 09-7328*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein who, pursuant

to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives

notice of her voluntary dismissal without prejudice of claims asserted herein against all

defendants.

Accordingly, Plaintiffs seek to voluntary dismiss their claims in the above-captioned matter

only.


                                Respectfully submitted:

                                **FORMALDEHYDE TRAILER FORMALDEHYDE**
                                **PRODUCT LIABILITY LITIGATION**

                    BY:     */s/Justin I. Woods*
                                GERALD E. MEUNIER, #9471
                                JUSTIN I. WOODS, #24713
                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                Gainsburgh, Benjamin, David, Meunier &
                                Warshauer, L.L.C.
                                2800 Energy Centre, 1100 Poydras Street
                                New Orleans, Louisiana 70163
                                Telephone:    504/522-2304
                                Facsimile:    504/528-9973
                                gmeunier@gainsben.com
                                jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713