# ERRATA SHEET

**Claimant Name:** Charles Henderson

**Claimant's Attorney:** Buzbee

**V (A). 1. Manufacture:** Sun Valley

    **2. VIN:** 1S4BT302463014281

    **4. FEMA ID:** 940776778

**V (A). 8. Trailer Address:**

5401 Tyler Ave, New Orleans, LA 70123

_____     5-4-11
**Plaintiff or Representative**          **Date**


DEFENDANT'S EXHIBIT C