

**VIA EMAIL ONLY**
December 15, 2010

Allen & Gooch
A Law Corporation

Anthony G. Buzbee, Esq.
600 Travis St.
Suite 7300
Houston, TX 77002

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873   Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your clients who are outlined as follows:

| Plaintiff's Name | Case number |
| --- | --- |
| Johnson, Kechia | 09-8394 |
| Johnson, Kechia Tomeka | 09-8394 |
| Johnson, Vivian | 09-8394 |

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb
Cc: John Munoz, Esq.
    Peter Taaffe, Esq
    Gerald Meunier, Esq.
    Justin Woods, Esq.

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA


DEFENDANT'S EXHIBIT H