# ERRATA SHEET

**Claimant Name:** Kechia T. Johnson

**Claimant's Attorney:** The Buzbee Law Firm

Claimants Plaintiff Fact Sheet was submitted to Defense Counsel on: 16-Jul-08

**V. A. 1. Manufacturer of trailer or mobile home:** Sun Valley

_____     _Dec 20, 2010_
**Plaintiff or Representative**                                **Date**

