

**Allen & Gooch**
A Law Corporation

**VIA FACIMMILE ONLY 713-223-5909**

April 4, 2011

Tony Buzbee
Buzbee Law Firm
600 Travis Street, Ste. 7300
Houston, TX 77002

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873      Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Kechia Johnson** named in suit number 09-8394.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA





**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Anthony Buzbee, Esq.
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Kechia Johnson. Those deficiencies are as follows:

Defendant has never received a Plaintiff Fact Sheet for Kechia Johnson. On December 20, 2010, David Carr submitted an errata sheet for Kechia Johnson; but, a plaintiff fact sheet was not provided.

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5260
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA