

Allen & Gooch
A Law Corporation

## VIA FACIMMILE ONLY 713-223-5909

June 6, 2011

Tony Buzbee
Buzbee Law Firm
600 Travis Street, Ste. 7300
Houston, TX  77002

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Kechia Johnson. Those deficiencies are as follows:

1) V2-8, 10-18, 20 FEMA Trailer or Mobile Home Unit
2) VI Medical Background
3) VII Medical Diagnosis
4) VIII Documents
5) IX List of Medical Providers and Other Sources of Information
6) Certification and Authorizations are unsigned.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

BMM/rgd
Cc:  Gerald Meunier, Esq. (via Email )
       Andrew Weinstock, Esq. (via Email )
       David Kurtz, Esq. (via Email )
       Henry Miller, Esq. (via Email )
       Ralph Hubbard III, Esq. (via Email )
       Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



DEFENDANT'S
EXHIBIT