## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sherrell Green, et al. v. Starcraft RV, Inc., et al.* | * | |
| Docket No. 10-3439 | * | |
| Plaintiffs: Breanna Dedeaux | * | JUDGE ENGELHARDT |
| Victoria Dedeaux | * | |
| Barbara Doyle | * | |
| Dominick Doyle | * | MAG. JUDGE CHASEZ |
| Selena Mickey | * | |

**********************************************************************

## UNOPPOSED MOTION TO DISMISS DUPLICATIVE CLAIMS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are named plaintiffs in another lawsuit. The plaintiffs at issue are:

- Breanna Dedeaux (Plaintiff in *Green*, C.A. 10-3439)

- Victoria Dedeaux (Plaintiff in *Green*, C.A. 10-3439)

- Barbara Doyle (Plaintiff in *Green*, C.A. 10-3439)

- Dominick Doyle (Plaintiff in *Green*, C.A. 10-3439)

- Selena Mickey (Plaintiff in *Green*, C.A. 10-3439)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs in this case.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile
      **Attorneys for Starcraft RV, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

  s/*Thomas L. Cougill*
THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, Langston & Lott, P.A., does not oppose this motion.

                                                 *s/Thomas L. Cougill*
                                                 THOMAS L. COUGILL