UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER              *
    FORMALDEHYDE PRODUCTS    *    MDL NO. 1873
    LIABILITY LITIGATION          *
                                  *
THIS DOCUMENT RELATES TO:         *    SECTION "N-5"
*Sherrell Green, et al. v. Starcraft RV, Inc., et al.*  *
Docket No. 10-3439                *
Plaintiffs: Breanna Dedeaux       *    JUDGE ENGELHARDT
    Victoria Dedeaux              *
    Barbara Doyle                 *
    Dominick Doyle                *    MAG. JUDGE CHASEZ
    Selena Mickey                 *
*************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED**
**MOTION TO DISMISS DUPLICATIVE CLAIMS**

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs, Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey, and in support they would respectfully show the court as follows:

I.  On or about October 28, 2009, Plaintiffs, Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey, were named as plaintiffs in a case styled *Bruce Robinson, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-7090. Subsequently, on or about October 8, 2010, Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey were named as plaintiffs in a case styled *Sherrell Green, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3439. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed

by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey as filed in the case styled *Bruce Robinson, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-7090.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

                                                      Respectfully submitted,
                                                     **WILLINGHAM, FULTZ & COUGILL LLP**

                                           By:   s/*Thomas L. Cougill*
                                                         THOMAS L. COUGILL
                                                         Texas State Bar No. 04877300
                                                         Louisiana State Bar No. 31112
                                                         R. MARK WILLINGHAM
                                                         Texas State Bar No. 21641500
                                                         JEFFREY P. FULTZ
                                                         Texas State Bar No. 00790728
                                                         Mississippi Bar No. 101058
                                                         Niels Esperson Building
                                                         808 Travis Street, Suite 1608
                                                         Houston, Texas  77002
                                                         (713) 333-7600 – Telephone
                                                         (713) 333-7601 – Facsimile
                                                         **Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

                                                              s/*Thomas L. Cougill*
                                                              THOMAS L. COUGILL