UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Dartez Cockheran et al v. Sun Valley, Inc. et al* E.D. La. Suit No. 09-6316 Plaintiff: Dartez Cockheran Shelisa Cockheran Shi'nece Cockheran | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to producing Plaintiff Fact Sheets:

- Dartez Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)

- Shelisa Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)

- Shi'Nece Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)

The reasons for the motion are more fully set forth in the attached memorandum in support. Undersigned has contacted opposing counsel regarding this motion, and opposing counsel has stated that they do not oppose the motion.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE:     337-232-9700
FAX:       337-235-4943
E-Mail: lpd@volalaw.com
Attorneys for Sun Valley, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426072