UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>Dartez Cockheran et al v.<br>Sun Valley, Inc. et al<br>E.D. La. Suit No. 09-6316<br>Plaintiff:  Dartez Cockheran<br>        Shelisa Cockheran<br>        Shi'nece Cockheran | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets filed by Sun Valley, Inc., is **GRANTED** and the claims of the following Plaintiffs are dismissed with prejudice

- Dartez Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)
- Shelisa Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)
- Shi'Nece Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge