From  FAXmaker      To: Daniel E      Page: 1/4      Date: 6/9/2011 5:45:10 PM



## FAX TRANSMISSION

| | |
|---|---|
| Allen & Gooch | Date  6/9/2011 |
| A Law Corporation | Time:  5:45:05 PM |
| | |
| One Lake Way | To:  Daniel E |
| 3900 N. Causeway Blvd | Becnel III |
| Suite 1450 | |
| Metairie, LA 70002 | From: Delorimier Rachel |
| | |
| | Fax:  +1 (985) 651-6104 |
| Main Phone 504.836.5200 | |
| Main Fax 504.836.5205 | Writer's Direct Fax:  504-836-5265 |
| | Writer's Direct Phone.  504-836-5264 |

CIRCULAR 230 NOTICE:In accordance wch Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (I) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.

Subject: Fema Trailer/Sun Valley

Please see attached correspondence from Mr. Maggio regarding Plaintiff Fact Sheets and PTOs 2 and 32.

*Rachel Delorimier*
**Paralegal to Brent Maggio**
**Direct Dial 504-836-5264**
**Direct Fax 504-836-5265**
**RachelDelorimier@AllenGooch.com**



From  FAXmaker      To: Daniel E      Page: 2/4      Date: 6/9/2011 5:45:10 PM



Allen & Gooch     <u>VIA FACIMMILE ONLY 985-651-6104</u>
A Law Corporation

June 9, 2011

Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, LA  70068

RE·     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873     Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir·

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Dar'tez Cockeran.**

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Offices In
Lafayette LA
New Orleans LA

This fax was sent with GFI FAXmaker fax server. For more information. visit: http://www.gfi.com

From. FAXmaker     To: Daniel E     Page: 3/4     Date: 8/9/2011 5:45:10 PM



Allen & Gooch     VIA FACIMMILE ONLY 985-651-6104
A Law Corporation

June 9, 2011

Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, LA 70068

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873        Section "N-5"
       Claim No. JY0810372449 (Sun Valley)

Dear Sir,

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet
(PFS) within the applicable deadline for your client, Shelisa Cockeran.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1050
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.3205

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker     To: Daniel E     Page: 4/4     Date: 6/9/2011 5:45:10 PM



Allen & Gooch   VIA FACIMMILE ONLY 985-651-6104
A Law Corporation

June 9, 2011

Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, LA 70068

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Sin'nece Cockeran.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

This fax was sent with GFI FAXmaker fax server. For more information, visit http://www.gfi.com