UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|            FORMALDEHYDE PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sherrell Green, et al. v. Starcraft RV, Inc., et al.* | * | |
| Docket No. 10-3439 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Jerry Smith | * | |

*****************************************************************************

### UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF JERRY SMITH

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named plaintiff in another lawsuit. The plaintiff at issue is:

- Jerry Smith (Plaintiff in *Green*, C.A. 10-3439)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in this case.

                                  Respectfully submitted,
                                  **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
         THOMAS L. COUGILL
         Texas State Bar No. 04877300
         Louisiana State Bar No. 31112
         R. MARK WILLINGHAM
         Texas State Bar No. 21641500
         JEFFREY P. FULTZ
         Texas State Bar No. 00790728

Mississippi Bar No. 101058  
Niels Esperson Building  
808 Travis Street, Suite 1608  
Houston, Texas  77002  
(713) 333-7600 – Telephone  
(713) 333-7601 – Facsimile  
**Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

      s/*Thomas L. Cougill*  
      THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, Langston & Lott, P.A., does not oppose this motion.

      s/*Thomas L. Cougill*  
      THOMAS L. COUGILL