UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sherrell Green, et al. v. Starcraft RV, Inc., et al.* | * | |
| Docket No. 10-3439 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Jerry Smith | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Jerry Smith filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Jerry Smith is **GRANTED** and the claims and causes of action of plaintiff, Jerry Smith, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Jerry Smith as filed in the case styled *Thomas Morgan, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-2260.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE