UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Barsantin Alexander, et al. v. Jayco* | * | |
| *Enterprises, Inc., et al.* | * | |
| Docket No. 09-4778 | * | MAG. JUDGE CHASEZ |
| Plaintiff: J'Hue Joseph | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE
CLAIMS OF PLAINTIFF J'HUE JOSEPH**

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, J'Hue Joseph, and in support they would respectfully show the court as follows:

I. On or about July 31, 2009, Plaintiff, J'Hue Joseph, was named as a plaintiff in a case styled *Barsantin Alexander, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-4778. Subsequently, on or about September 10, 2009, J'Hue Joseph was named as a plaintiff in a case styled *Patricia Avery, et al. v. Jayco, Inc., et al.*, Cause No. 09-6701. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because J'Hue Joseph appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would

further show that this motion has no effect on the claims of J'Hue Joseph as filed in the case styled *Patricia Avery, et al. v. Jayco, Inc., et al.*, Cause No. 09-6701.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of J'Hue Joseph in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco Enterprises, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

 s/*Thomas L. Cougill*
THOMAS L. COUGILL