### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           *

       FORMALDEHYDE PRODUCTS    *     MDL NO. 1873

       LIABILITY LITIGATION       *

                           *     SECTION "N-5"

THIS DOCUMENT RELATES TO:     *

*Leshirl Alexander-Cornett, et al. v. Jayco Inc.,*  *     JUDGE ENGELHARDT

*and Jayco Enterprises, Inc., et al.*      *

Docket No. 10-3567            *     MAG. JUDGE CHASEZ

Plaintiff: Donna Williams on behalf of A.R.  *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE
### CLAIMS OF PLAINTIFF DONNA WILLIAMS ON BEHALF OF A.R.

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. and Jayco Enterprises, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Donna Williams on behalf of A.R. (Plaintiff in *Alexander-Cornett*, C.A. 10-3567)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in this case.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/Thomas L. Cougill

    THOMAS L. COUGILL

    Texas State Bar No. 04877300

    Louisiana State Bar No. 31112

    R. MARK WILLINGHAM

    Texas State Bar No. 21641500

    JEFFREY P. FULTZ

    Texas State Bar No. 00790728

1

Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco, Inc. and Jayco
Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically

using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by

operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this

filing to any non-CM/ECF participants on this the 2nd day of September, 2011.


  s/*Thomas L. Cougill*
THOMAS L. COUGILL


## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or

made a reasonable attempt to confer, with all other parties about the merits of this motion with

the following results: Plaintiff's counsel, The Law Offices of Sidney D. Torres, does not oppose

this motion.


  s/*Thomas L. Cougill*
THOMAS L. COUGILL