UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Leshirl Alexander-Cornett, et al. v. Jayco Inc.* | * | JUDGE ENGELHARDT |
| *and Jayco Enterprises, Inc., et al.* | * | |
| Docket No. 10-3567 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Donna Williams on behalf of A.R. | * | |

**********************************************************************

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF DONNA WILLIAMS ON BEHALF OF A.R.

**COMES NOW**, Defendants, Jayco, Inc. and Jayco Enterprises, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Donna Williams on behalf of A.R., and in support they would respectfully show the court as follows:

I. On or about December 29, 2009, Plaintiff, Donna Williams on behalf of A.R., was named was a plaintiff in a case styled *Steven Bell, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8617. Subsequently, on or about October 13, 2010, Donna Williams on behalf of A.R. was named as a plaintiff in a case styled *Leshirl Alexander-Cornett, et al. v. Jayco, Inc. and Jayco Enterprises, Inc., et al.*, Cause No. 10-3567. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the

district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Donna Williams on behalf of A.R. appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would further show that this motion has no effect on the claims of Donna Williams on behalf of A.R. as filed in the case styled *Steven Bell, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8617.

WHEREFORE, defendant, Jayco prays the Court dismiss without prejudice the claims of Donna Williams on behalf of A.R. in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Jayco, Inc. and Jayco Enterprises, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 2nd day of September, 2011.

                                           s/*Thomas L. Cougill*
                                           THOMAS L. COUGILL