**From:** Wanda [mailto:wanda@jimshall.com]
**Sent:** Tuesday, August 23, 2011 3:30 PM
**To:** CARMEN MOTES
**Subject:** Missing PFS letter dated August 15, 2011 - Ellen Hite

Carmen,

We no longer represent Ellen Hite for any damages she sustained due to living in a FEMA trailer.

Thanks,
Wanda

1