UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-7304 | * | |
| Plaintiff: Gary Batey | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**</u>

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of **GARY BATEY**, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

                                      Respectfully Submitted,

                                      **DUPLASS, ZWAIN, BOURGEOIS,**
                                      **PFISTER & WEINSTOCK**

                                      s/Andrew D. Weinstock
                                      _____
                                      **ANDREW D. WEINSTOCK #18495**
                                      **JOSEPH G. GLASS #25397**
                                      3838 N. Causeway Boulevard, Suite 2900
                                      Metairie, Louisiana  70002
                                      Telephone: (504) 832-3700
                                      Facsimile: (504) 837-3119
                                      andreww@duplass.com
                                      jglass@duplass.com

      and

      **SCANDURRO & LAYRISSON**
      **Timothy D. Scandurro #18424**
      **Dewey M. Scandurro #23291**
      607 St. Charles Avenue
      New Orleans, LA 70130
      (504) 522-7100
      (504) 529-6199 (FAX)
      tim@scanlayr.com
      dewey@scanlayr.com
      **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 2nd day of September, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      *s/ Andrew D. Weinstock*
      _____
      **ANDREW D. WEINSTOCK**