

**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

**Via Certified Mail**

August 15, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:     Gulf Stream Coach, Inc. Deficiencies in Production of PFS

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Gary Batey
2. Shalita Batiste
3. Rachad Batiste, Sr.

We received your letter dated July 19, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Enclosed, please find a CD containing the plaintiff fact sheets for Shalita Batiste and Rachad Batiste, Sr.

With regards to Gary Batey, Mr. Batey has not completed and returned a Plaintiff Fact Sheet to our office to date.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP

Enc:

# CRYSTLE ACCARDO

**From:** Falkowitz, Gary P. <gfalkowitz@yourlawyer.com>
**Sent:** Friday, September 02, 2011 11:12 AM
**To:** CRYSTLE ACCARDO
**Cc:** ANDREW WEINSTOCK; CARMEN MOTES; Schmitt, Lauren; 'Jennifer Crose'
**Subject:** RE: FEMA - Gary Batey

Crystle,

Hope all is well.

I think you'll have to contact the Buzbee law firm to determine whether they, too, are amenable to a dismissal.

From our end (and Becnel's), we give you permission to dismiss the 09-7304 docket.

Thanks.

Gary P. Falkowitz
Attorney
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4632
516-723-4732 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND
CONFIDENTIAL information. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution, printing or copying of this
communication is strictly prohibited. If you have received this communication in error, please
erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman Alonso LLP or any individual thereat should be followed up by
hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at
any time without notice being provided to either the intended recipient or the sender. Further, to
the extent permitted by law or rule, Parker Waichman Alonso LLP does not accept service by
email.
================================================================

**From:** CRYSTLE ACCARDO [mailto:caccardo@duplass.com]
**Sent:** Friday, September 02, 2011 11:52 AM
**To:** Falkowitz, Gary P.
**Cc:** ANDREW WEINSTOCK; CARMEN MOTES
**Subject:** FEMA - Gary Batey

We received your correspondence dated 8/15/11 regarding the above plaintiff stating that he has not completed and returned a PFS. Mr. Batey is represented by Buzbee in *Abadie* – 09-8000 as well as Becnel in *Acklin* – 09-7304. Can we dismiss him from both suits?

Crystle A. Burns

Secretary to Andrew D. Weinstock, Joseph G. Glass and Paul J. Verlander
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

********************Disclaimer*******************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.