# CRYSTLE ACCARDO

| | |
|---|---|
| From: | Falkowitz, Gary P. <gfalkowitz@yourlawyer.com> |
| Sent: | Wednesday, August 31, 2011 9:49 AM |
| To: | CRYSTLE ACCARDO |
| Cc: | Schmitt, Lauren |
| Subject: | RE: FEMA Trailer Litigation - Missing PFS |

Crystle,

They can all be dismissed.

Thanks.

Gary P. Falkowitz
Attorney
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4632
516-723-4732 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND
CONFIDENTIAL information. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution, printing or copying of this
communication is strictly prohibited. If you have received this communication in error, please
erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman Alonso LLP or any individual thereat should be followed up by
hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at
any time without notice being provided to either the intended recipient or the sender. Further, to
the extent permitted by law or rule, Parker Waichman Alonso LLP does not accept service by
email.
================================================================

**From:** CRYSTLE ACCARDO [mailto:caccardo@duplass.com]
**Sent:** Wednesday, August 31, 2011 10:47 AM
**To:** Falkowitz, Gary P.
**Subject:** FW: FEMA Trailer Litigation - Missing PFS

Gary, I apologize. I forgot to cc you with this email.

Crystle A. Burns
Secretary to Andrew D. Weinstock, Joseph G. Glass and Paul J. Verlander
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

1

******************Disclaimer*******************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

**From:** CRYSTLE ACCARDO
**Sent:** Wednesday, August 31, 2011 9:46 AM
**To:** 'Schmitt, Lauren'
**Cc:** Andy Weinstock; Carmen motes
**Subject:** RE: FEMA Trailer Litigation - Missing PFS

Lauren, Christin Mallet is in two cases against Gulf Stream represented by Danny Becnel, they are as follows:

Jarreau-Ross – 09-7279
Bertrand – 10-565

I know that Mr. Parker works very closely with Mr. Becnel. Can we dismiss Christin Mallet in these two cases?

Crystle A. Burns
Secretary to Andrew D. Weinstock, Joseph G. Glass and Paul J. Verlander
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

******************Disclaimer*******************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

**From:** Schmitt, Lauren [mailto:lschmitt@yourlawyer.com]
**Sent:** Wednesday, August 31, 2011 9:35 AM
**To:** ANDREW WEINSTOCK; CRYSTLE ACCARDO
**Cc:** Falkowitz, Gary P.
**Subject:** FEMA Trailer Litigation - Missing PFS

Mr. Weinstock,

We recently received your correspondence requesting a PFS for Christin Mallet. Please be advised that this plaintiff is no longer a claimant in the litigation against Gulfstream.

Kind Regards,


Lauren Schmitt
Legal Assistant
Parker Waichman Alonso LLP