UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Bienemy et al v. Jayco Enterprises, Inc. et al*<br>No. 09-5391 | JURY DEMANDED |

**************************************************************************

### PLAINTIFF MARLENE BROWN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff, Marlene Brown, who, pursuant to the provisions of Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the Defendants, United States of America through the Federal Emergency Management Agency, Jayco Enterprises, Inc., Jayco Inc. aka Bottom Line RV, and CH2M Hill Constructors, Inc., as Ms. Brown has a duplicate claim filed against these defendants in Case No. 09-8406, *Adams et al v. Jayco Enterprises, Inc., et al*. This dismissal does not affect Ms. Brown's earlier filed claim.

By:   /s/Matthew B. Moreland
Daniel E. Becnel, Jr. (La. Bar #2926)
Matthew B. Moreland (La. Bar #24567)
**BECNEL LAW FIRM, LLC**
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland