# Naanie Daigle - FEMA Trailer Formaldehyde Product Liability Litigation; Claim No.JY08J0372449 (Sun Valley)

| | |
|---|---|
| **From:** | "Maggio, Brent" <BrentMaggio@AllenGooch.com> |
| **To:** | "Lamont P. Domingue (lpd@volalaw.com)" <lpd@volalaw.com>, Naanie Daigle <Naanie@volalaw.com> |
| **Date:** | 8/25/2011 2:22 PM |
| **Subject:** | FEMA Trailer Formaldehyde Product Liability Litigation; Claim No.JY08J0372449 (Sun Valley) |
| **CC:** | "Barker, Lori" <LoriBarker@allengooch.com>, "Delorimier, Rachel" <RachelDelorimier@AllenGooch.com> |
| **Attachments:** | Shalena Corley.pdf |

**From:** Stephanie Alexie [mailto:stephaniea@brunobrunolaw.com]
**Sent:** Monday, January 24, 2011 1:46 PM
**To:** Maggio, Brent
**Subject:** FEMA Trailer Formaldehyde Product Liability Litigation; Claim No. JY08J0372449 (Sun Valley)

Dear Mr. Maggio:

Pursuant to your request dated December 15, 2010, please find attached PFS for Shalena P. Corley. We will voluntarily dismiss Janet Johnson, Joshua M. Johnson and Clarence Williams claims against Sun Valley. Please advise if you should require additional assistance in this matter.

Very truly yours,

Stephanie Alexie
Legal Assistant to Joseph M. Bruno
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Direct Dial: (504) 304-2640
Email: stephaniea@brunobrunolaw.com



DEFENDANT'S EXHIBIT B