

Allen & Gooch
A Law Corporation

**VIA FACIMMILE ONLY 504-581-1493**

April 4, 2011

The Law office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, LA 70113

RE:  FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No. 1873    Section "N-5"
     Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Janet Johnson** named in suit number 09-8675.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd
Cc:  Gerald Meunier, Esq. (via Email)
     Andrew Weinstock, Esq. (via Email)
     David Kurtz, Esq. (via Email)
     Henry Miller, Esq. (via Email)
     Ralph Hubbard III, Esq. (via Email)
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

