UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | JUDGE KURT D. ENGELHARDT  DOCKET NO:  MDL 1873 (N-5) |
| This Document Relates to:  *Myra Williams et al versus Sun Valley, Inc., et al*  E.D. La. Suit No. 09-8603  Plaintiff:    *Filemon Ponce*                *Kimi Seymour*                *Mark Tardiff* | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to production of Plaintiff Fact Sheets:

- Filemon Ponce (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)

- Kimi Seymour (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)

- Mark Tardiff (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned has contacted opposing counsel regarding this Motion, and opposing counsel have stated that they do not object to the dismissal of these plaintiffs.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:**     337-232-9700
**FAX:**         337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. DomingueDoc.

#424982