UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Myra Williams et al versus Sun Valley, Inc., et al*<br>E.D. La. Suit No. 09-8603<br>Plaintiff:  *Filemon Ponce*<br>*Kimi Seymour*<br>*Mark Tardiff* | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 Relating to Plaintiffs Fact Sheets filed by Sun Valley, Inc. is **GRANTED** and the claims of the following Plaintiffs against Sun Valley, Inc., are dismissed with prejudice:

- Filemon Ponce, (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)
- Kimi Seymour, (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)
- Mark Tardiff, (Plaintiff in *Myra Williams, et al v. Sun Valley, Inc., et al*, No. 09-8603)

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge.