

**VIA EMAIL ONLY**

Allen & Gooch
A Law Corporation

September 23, 2010

Frank D'Amico
622 Baronne St.
New Orleans, LA 70113

RE: FEMA Trailer Formaldehyde Product Liability Litigation
    MDL No. 1873    Section "N-5"
    Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your clients who are outlined as follows:

| Plaintiff's Name | Case number |
|---|---|
| Dunnas, Calvin | 09-08604 |
| Gabriel, Alberta | 09-08604 |
| Mason, Ronald | 09-08603 |
| Patterson, Dianne | 09-08604 |
| Ponce, Filemon | 09-08604 |
| Reed, Mary | 09-08604 |
| Robinson, James | 09-08604 |
| Symour, Kimi | 09-08604 |
| Tardriff, Mark | 09-08604 |
| Thomas, Calvin | 09-08604 |
| Williams, Jr., Eric | 09-08604 |
| Williams, Myra | 09-08604 |

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

B+ MM

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA



DEFENDANT'S EXHIBIT NO. A

BMM
Cc: Gerald Meunier, Esq. (via Email )
    Andrew Weinstock, Esq. (via Email )
    David Kurtz, Esq. (via Email )
    Henry Miller, Esq. (via Email )
    Ralph Hubbard III, Esq. (via Email )
    Charles Leche, Esq. (via Email)