UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>　　　　FORMALDEHYDE<br>　　　　PRODUCT LIABILITY<br>　　　　LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:
*Janet L. Johnson, et al versus*
*Sun Valley< Inc., et al*
*E.D. La. Suit No. 09-8675*　　　　　　　　　　　:　　MAG. JUDGE ALMA L. CHASEZ
Plaintiff: 　*Acquanette German*
　　　　　　*Rosaria Floyd Glapion*
　　　　　　*Ethel Washington*
　　　　　　*Ethel Washington, as Next Friend of J. M. W., Minor*
　　　　　　*Ethel Washington, as Next Friend of C. W., Minor*
　　　　　　*Joseph Adam Washington*
　　　　　　*Leticia Washington*
　　　　　　*Jacintha Williams, as Next Friend of J. W., Minor*
　　　　　　*Jacintha Williams, as Next Friend of L. W., Minor*

\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\*

## NOTICE OF SUBMISSION

CONSIDERING THE FOREGOING:

PLEASE TAKE NOTICE that the Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets as to plaintiffs Acquanette German, Rosaria Floyd Glapion, Ethel Washington, Ethel Washington, as Next Friend of J. M. W., Minor, Ethel Washington, as Next Friend of C. W. Minor, Joseph Adam Washington, Leticia Washington, Jacintha Williams, as Next Friend of J. W., Minor and Jacintha Williams, as Next Friend of L. W., Minor filed by defendant, Sun Valley, through undersigned counsel will be submitted to the Honorable Kurt Engelhardt, in the United

States District Court for the Eastern District of Louisiana on September 21, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

                Respectfully submitted

                Voorhies & Labbé

                /S/ Lamont P. Domingue
                Lamont P. Domingue, #20787
                700 St. John Street, 5th Floor (70501)
                Post Office Box 3527
                Lafayette, Louisiana 70502
                **PHONE:**  337-232-9700
                **FAX:**    337-235-4943
                **E-Mail:** lpd@volalaw.com
                **Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Submission has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

                /S/ Lamont P. Domingue
                Lamont P. Domingue