# In The Matter Of:
*FEMA Trailer Formaldehyde Products Liability Litigation*

*Mark Romanetz*
*March 16, 2011*

*Midwest Reporting, Inc.*
*1448 Lincolnway East*
*South Bend, Indiana  46613*
*574-288-4242*
*reporters@midwestreporting.net*

Original File Romanetz Mark.txt
Min-U-Script® with Word Index


EXHIBIT Z

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

**Page 1**

```
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: FEMA TRAILER           )
     FORMALDEHYDE PRODUCTS LIABILITY)
 4   LITIGATION,                   )
                                   ) MDL NO. 1873
 5   _____) SECTION N (5)
     THIS DOCUMENT RELATES TO:     ) JUDGE: ENGELHARDT
 6   This document applies to all  ) MAGISTRATE JUDGE:
     cases.                        )      CHASEZ
 7                                 )
                                   )
 8
 9        The Videotaped Deposition of the Corporate
10     Representative of Sun Valley, Inc., through
11     Mark Romanetz
12        Date:   Wednesday, March 16, 2011
13        Time:   9:00 o'clock a.m.
14        Place:  Baker & Daniels
                  202 South Michigan Street
15                Suite 1400
                  South Bend, Indiana
16
17     Called as a witness by Sun Valley, Inc.,
18   in accordance with the Federal Rules
19   of Civil Procedure for the United States
20   District Court, Eastern District of
21   Louisiana, pursuant to Notice.
22
     Before Brenda L. Davis, CSR, RPR, RMR, and Notary
23   Public, Porter County, Indiana
24
25
```

**Page 2**

```
 1   APPEARANCES:
 2
        MR. BRENT M. MAGGIO
 3      MS. LORI D. BARKER
           ALLEN & GOOCH
 4         3900 North Causeway Boulevard
           Suite 1450
 5         Metairie, Louisiana 70002
 6         On behalf of Sun Valley, Inc.;
 7
        MR. HENRY T. MILLER
 8         U.S. DEPARTMENT OF JUSTICE
           1331 Pennsylvania Avenue NW
 9         Room 8220-N
           Washington, D.C. 20001
10
           On behalf of The United States of America;
11
12      MR. CHARLES R. PENOT, JR.
           MIDDLEBERG, RIDDLE & GIANNA
13         717 North Harwood
           Suite 2400
14         Dallas, Texas 75201
15         On behalf of Fluor Enterprises;
16      MR. RICK D. MEILS
           MEILS, THOMPSON, DIETZ & BERISH
17         281 East Ohio Street
           Suite 830
18         Indianapolis, Indiana 46204
19         On behalf of Colony Insurance Co.;
20
        MR. G. BENJAMIN WARD
21         LARZELERE, PICOU, WELLS, SIMPSON,
           LONERO, LLC
22         Suite 1100 - Two Lakeway Center
           3850 North Causeway Boulevard
23         Metairie, Louisiana 70002
24         On behalf of ACE Westchester;
25
```

**Page 3**

```
 1   APPEARANCES CONTINUED:
 2
        MR. GERARDO R. BARRIOS
 3         BAKER, DONELSON, BEARMAN, CALDWELL
              & BERKOWITZ, PC
 4         3 Sanctuary Boulevard
           Suite 201
 5         Mandeville, Louisiana 70471
 6         On behalf of CH2M Hill Constructors, Inc.;
 7   APPEARANCES BY TELEPHONE:
 8
        MS. SHARI WRIGHT
 9      MR. DENNIS C. REICH
10         REICH & BINSTOCK, LLP
           4265 San Felipe
11         Suite 1000
           Houston, Texas 77027
12
           On behalf of Plaintiffs;
13
14      MR. HAL L. ROACH, JR.
        MR. THOMAS L. COUGILL
15         WILLINGHAM, FULTZ & COUGILL, LLP
           Neil Esperson Building
16         808 Travis Street
           Suite 1608
17         Houston, Texas 77002
18         On behalf of Jayco, Inc., and Starcraft RV,
           Inc.;
19
20      MR. PHILIP WATSON
           DUPLASS, ZWAIN, BOURGEOIS, PFISTER
21            & WEINSTOCK
           3838 North Causeway Boulevard
22         Suite 2900
           Metairie, Louisiana 70002
23
           On behalf of Gulf Stream Coach, Inc.;
24
25
```

**Page 4**

```
 1   APPEARANCES BY TELEPHONE CONTINUED:
 2
        MR. PETER R. TAFARO
 3         FRILOT L.L.C.
           1100 Poydras Street
 4         Suite 3700
           New Orleans, Louisiana 70163
 5
           On behalf of Bechtel National, Inc.;
 6
 7      MS. HEATHER CHEESBRO
           LOBMAN, CARNAHAN, BATT, ANGELLE
 8             & NADER
           400 Poydras Street
 9         Texaco Center - Suite 2300
           New Orleans, Louisiana 70130
10
           On behalf of Crum & Forster;
11
12      MR. RANDALL C. MULCAHY
           GARRISON, YOUNT, FORTE & MULCAHY, LLC
13         909 Poydras Street
           Suite 1800
14         New Orleans, Louisiana 70112
15      On behalf of Recreation by Design, LLC,
        TL Industries, Inc., Frontier RV, Inc.,
16      Play'Mor Trailers, Inc., and Cruiser RV,
        LLC;
17
18      MR. KRISTOPHER M. REDMANN
           LUGENBUHL, WHEATON, PECK, RANKIN
19            & HUBBARD
           601 Poydras Street
20         Suite 2775
           New Orleans, Louisiana 70130
21
        On behalf of Liberty Mutual Insurance
22        Corporation;
23
24      Also present:
25      Laura A. Switalski, CLVS
```

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

Page 5

```
                I  N  D  E  X
              THE DEPOSITION OF
                MARK ROMANETZ

                                          PAGES
DIRECT EXAMINATION  .......................... 10
    By Mr. Maggio
CROSS-EXAMINATION   .......................... 55
    By Ms. Wright
CROSS-EXAMINATION   .......................... 67
    By Mr. Barrios
CROSS-EXAMINATION   .......................... 96
    By Mr. Penot
CROSS-EXAMINATION   ......................... 102
    By Mr. Miller
CROSS-EXAMINATION   ......................... 193
    By Mr. Penot


            E  X  H  I  B  I  T  S
SUN VALLEY                                  MARKED
1 - Notices of deposition ..................... 8
2 - SV Travel Trailer VIN Example ............ 19
3 - Owner's Manual ........................... 24
4 - Photographs .............................. 34
5 - Photographs .............................. 38
6 - Amended Complaint for Damages ............ 54
```

Page 6

```
            E  X  H  I  B  I  T  S
SUN VALLEY EXHIBIT                          MARKED
7  - Travel Trailer Installation ................ 79
8  - FEMA Field Inspector's Guide ............... 81
9  - TT Installation at Private Individual Sites 1
10 - Temporary Housing Unit Inspection Report .96
11 - Unit Inspection Report .................... 96
12 - E-mail ................................... 147
13 - E-mail ................................... 166
14 - CIAQ Mission, Objectives and Action Plan 171
15 - FEMA Model TT Procurement Specs ......... 156
```

Page 7

VIDEOGRAPHER: Good morning. We're now on the record at 9:12 a.m. Today's date is March 16, 2011.

This is the case of FEMA Trailer Formaldehyde Products Liability Litigation, a 30(b)(6) deposition of Sun Valley, Incorporated, in the United States District Court, Eastern District of Louisiana, MDL number 1873.

Will the attorneys present please introduce themselves, who they represent, and will the court reporter please swear in the Deponent.

MR. MAGGIO: This is Brent Maggio for Sun Valley, Inc.

MS. BARKER: Lori Barker for Sun Valley, Inc.

MR. BARRIOS: Gerry Barrios for CH2M Hill Constructors, Inc.

MR. WARD: Ben Ward for Westchester.

MR. MEILS: Rick Meils for Colony.

Page 8

MR. PENOT: Charles Penot for Fluor Enterprises, Inc.

MR. MILLER: Henry Miller for the United States of America.

MR. MAGGIO: Shari, if you would, go ahead and announce your participation.

MS. WRIGHT: Shari Wright for the Plaintiff.

(Witness sworn.)

MR. MAGGIO: Again, this is Brent Maggio for Sun Valley. We are here today for the corporate deposition of Sun Valley. This deposition is being taken pursuant to, actually, four different notices, two issued by Sun Valley and two issued by the Plaintiffs.

I'm going to attach all four of those notices in globo as an exhibit marked Sun Valley 1.

(Sun Valley Deposition Exhibit 1 marked for identification.)

MR. MAGGIO: Also, pursuant to Pretrial Order number 36, which is

FEMA Trailer Formaldehyde Products Liability Litigation

Mark Romanetz
March 16, 2011

**Page 17**

1  after a certain period, depending on the bank or
2  whatever.
3      That period depended on what the bank
4  decided they wanted to do and what we could
5  negotiate with them. But if the dealer went into
6  default for any reason, the manufacturer would
7  have to buy back that product.
8      So, you know, with the economy downturn and
9  not selling anything and stuff sitting there, a
10 lot of dealers were folding. So that's what the
11 buy-back is.
12 Q. And when you were president of Sun Valley, what
13    kind of products did it manufacture?
14 A. Again, truck campers, travel trailers. We were
15    building tent campers, but that stopped with
16    Sunlight, we didn't build them with Sun Valley.
17 Q. And throughout the time that Sun Valley was in
18    existence where was it located?
19 A. In Elkhart, like 23 miles from South Bend.
20 Q. Throughout the years has Sun Valley always used
21    the same manufacturing process to develop and --
22    design and develop its travel trailers?
23 A. Yeah, since '84 we've built the trailers the same
24    way, just different shapes, that's it.
25 Q. What about in terms of the raw materials?

**Page 18**

1  A. Raw materials never changed. I mean, you know,
2     obviously, we changed wood panel color and
3     fabrics. But, you know, as far as buying
4     specific raw materials that were different, no,
5     it was all the same.
6  Q. When Sun Valley would sell its trailers, who
7     would it typically sell its trailers to? And by
8     that I mean was it the general public or
9     wholesalers, distributors? How would it do its
10    business?
11 A. Distributors. Distributors. We never sold
12    retail. We sold to distributors and the
13    distributors would sell to the retail.
14 Q. What, if any, type of inspection process did
15    Sun Valley have with respect to the trailers that
16    it manufactured?
17 A. We set up an inspection system that started from
18    the beginning of the production line all the way
19    to the end. So they were checking and making
20    sure that everything was up to code and within
21    specs.
22 Q. So you had persons designated for that particular
23    purpose --
24 A. Correct.
25 Q. -- throughout the line?

**Page 19**

1  A. Correct.
2  Q. One thing I do want to go ahead and discuss with
3     you is the serial numbers for a typical Sun
4     Valley trailer. The document that I'm going to
5     show you has been Bates labeled Sun Valley
6     01-00435. I'm going to mark it as Exhibit Sun
7     Valley 2.
8         (Sun Valley Deposition Exhibit 2
9         marked for identification.)
10 BY MR. MAGGIO:
11 Q. And what I have on this piece of paper, you
12    recognize what that numbering system is?
13 A. Correct.
14 Q. That's a serial number that I got off one of the
15    travel trailers. And I'll tell you, it's for a
16    particular individual by the name of Charles
17    Marshall.
18 A. Okay.
19 Q. If you would, go ahead and read that serial
20    number for us.
21 A. 1 S as in Sam 4 B as in Bob T as in Tom
22    302063014780.
23 Q. Now, if you would, go ahead and explain to us
24    that numbering system.
25 A. The way I understand it, 1S4 is the manufacturer.

**Page 20**

1     B would be the trailer type.
2  Q. Before we go on, with respect to the 1S4, you say
3     that's the manufacturer.
4  A. Which would be Sun Valley.
5  Q. In this case, who was that?
6  A. Sun Valley.
7  Q. All right. The next one.
8  A. B is trailer type, which is a Road Runner travel
9     trailer. T is the body style, which means
10    travel trailer. Three zero would be the trailer
11    length.
12 Q. And so in this case, what does that represent?
13 A. Thirty feet.
14 Q. Okay.
15 A. Two is the number of axles, it has two axles
16    underneath it. I'm not totally sure on the rest
17    of them. The check digit, it'd be a zero. The
18    year, I know the year is the six. Plant
19    location, I'm not totally sure if the three is
20    that. The last part of it, the 014780, is the
21    individual serial number that we -- in numerical
22    order any time we build a travel trailer.
23 Q. Gotcha. Thank you.
24      At this time I would offer that document
25    into evidence as Sun Valley Number 2.