UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Gerod Macon, et al versus Sun Valley, Inc., et al*<br>E.D. La. Suit No. 09-7109<br>Plaintiff: Deirdre Bradley<br>Rodney Bradley<br>Judy McArthur<br>Thomas McArthur<br>Zettella Cannon<br>Bernadette Marie Seymour<br>Judy McArthur, as Next Friend of B. T., Minor<br>Martin McArther, Jr. | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to providing Plaintiff Fact Sheets. The plaintiffs whose claims are sought to be dismissed are:

- **Deirdre Bradley**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Rodney Bradley**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Zetella Cannon**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Judy McArthur**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Thomas McArthur**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Bernadette Marie Seymour**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

- **Judy McArthur, as Next Friend of B. T., Minor**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109) and

- **Martin McArthur, Jr.**, (Plaintiff in *Gerod Macon, et al v. Sun Valley, Inc., et al*, No. 09-7109)

The reasons for the Motion are more fully set forth in the attached memorandum in support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

> Respectfully submitted
>
> Voorhies & Labbé
>
> /S/ Lamont P. Domingue
> Lamont P. Domingue, #20787
> 700 St. John Street, 5th Floor (70501)
> Post Office Box 3527
> Lafayette, Louisiana 70502
> **PHONE:** 337-232-9700
> **FAX:** 337-235-4943
> E-Mail: lpd@volalaw.com
> **Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Opposed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #424981