UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT<br><br>DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Gerod Macon, et al versus Sun Valley, Inc., et al*<br>E.D. La. Suit No. 09-7109<br>Plaintiff: Deirdre Bradley<br>Rodney Bradley<br>Judy McArthur<br>Thomas McArthur<br>Zettella Cannon<br>Bernadette Marie Seymour<br>Judy McArthur, as Next Friend of B. T., Minor<br>Martin McArther, Jr. | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SUBMISSION

CONSIDERING THE FOREGOING:

PLEASE TAKE NOTICE that the Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets as to plaintiffs, Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zetella Cannon, Bernadette Marie Seymour, Judy McArthur, as Next Friend of B.T., Minor and Martin McArther, Jr. filed by defendant, Sun Valley, through undersigned counsel will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District

of Louisiana on September 21, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Submission has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue