

**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873    Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Rodney Bradley. Those deficiencies are as follows:

1) III ( C )
2) IV – Background Information
3) V E: Others in Trailer
4) VI
5) VII
6) IX
7) Authorizations – current and signed

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

BMM

Cc:   Gerald Meunier, Esq. (via Email)
      Andrew Weinstock, Esq. (via Email)
      David Kurtz, Esq. (via Email)
      Henry Miller, Esq. (via Email)
      Ralph Hubbard III, Esq. (via Email)
      Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



EXHIBIT E