

**VIA FAX ONLY**

April 4, 2011

Allen & Gooch
A Law Corporation

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
<u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Zettella Cannon. Those deficiencies are as follows:

1) VII     *Did not provide updated PFS*
2) IX
3) Authorizations current and signed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

**EXHIBIT H**



VIA EMAIL ONLY

Allen & Gooch
A Law Corporation

June 10, 2010

Watts Hilliard, LLC.
2502 N. Port Ave.
Corpus Christi, TX 78401

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873      Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

To whom it may concern:

I am writing pursuant to Pretrial Order No. 2 (Rec. Doc. 87) to advise of a material deficiency in the plaintiff fact sheet completed by **Zettella Cannon**. Specifically, the fact sheet is deficient in the following sections:
1) Section III C8: Case Information
2) Section IV B, D-G: Background Information
3) Section IV: Family Information
4) Section V E: Others in trailer
5) Section VI A-B, D-G: Medical Background
6) Section VII Medical Diagnosis
7) Section IX- List of Medical Provider and Other Sources of Medical Information
8) Certification and Authorizations are not signed.

As outlined in Pretrial Order No. 2 (Rec. Doc. 87) please cure these deficiencies within thirty (30) days. If the deficiencies outlined above are not cured within thirty (30) days, we will seek a dismissal of Plaintiff's claims.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc: Gerald Meunier, Esq. (via Email)
Andrew Weinstock, Esq. (via Email)
David Kurtz, Esq. (via Email)
Henry Miller, Esq. (via Email)
Ralph Hubbard III, Esq. (via Email)
Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA