

VIA EMAIL ONLY

**Allen & Gooch**
A Law Corporation

June 21, 2010

Watts Hilliard, LLC
2506 N. Port Ave.
Corpus Christi, TX 78401

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

To Whom It May Concern:

I am writing pursuant to Pretrial Order No. 2 (Rec. Doc. 87) to advise of a material deficiency in the plaintiff fact sheet completed by **Martin McArthur Jr.** Specifically, the fact sheet is deficient in the following sections:
1) Section III Case Information C 8-9
2) Section IV Background Information F-G
3) Section IV Family Information
4) Section V FEMA Trailer or Mobile Home Unit- E
5) Section VI Medical Background A-B, D-G
6) Section VII Medical Diagnosis C-D
7) IX List of Medical Providers and Other Sources of Information D-F
8) Certification and Authorizations are unsigned.

As outlined in Pretrial Order No. 2 (Rec. Doc. 87) please cure these deficiencies within thirty (30) days. If the deficiencies outlined above are not cured within thirty (30) days, we will seek a dismissal of Plaintiff's claims.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc: Gerald Meunier, Esq. (via Email)
Andrew Weinstock, Esq. (via Email)
David Kurtz, Esq. (via Email)
Henry Miller, Esq. (via Email)
Ralph Hubbard III, Esq. (via Email)
Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

EXHIBIT W