UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff: Peggy Morse | : | MAG. JUDGE ALMA L. CHASEZ |
| *Larry Lepley, et al versus Sun Valley, Inc., et al* E.D.La. Suit No. 10-3442 Plaintiff: Peggy Morse | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
<u>PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS</u>

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of Peggy Morse in the following lawsuits, with prejudice, for failure to comply with the Court's Pre-trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets:

    Plaintiff, Peggy Morse, in the matter of *Gerod Macon, et al v. Sun Valley, Inc., et al*, E.D. La. Suit No. 09-7109

    Plaintiff, Peggy Morse, in the matter of *Larry Lepley, et al v. Sun Valley, Inc., et al*, E.D.La. Suit No. 10-3442

The reasons for the Motion are more fully set forth in the attached supporting memorandum. Opposing counsel have been contacted regarding this motion and have not responded.

        Respectfully submitted

        **Voorhies & Labbé**

        /S/ Lamont P. Domingue

        Lamont P. Domingue, #20787
        700 St. John Street, 5th Floor (70501)
        Post Office Box 3527
        Lafayette, Louisiana 70502
        Phone:    337-232-9700
        Fax:    337-235-4943
        E-Mail:  lpd@volalaw.com

        **Allen & Gooch**
        Brent M. Maggio, T.A. #19959
        Mark W. Verret, #23583
        Lori D. Barker, #31687
        Scott F. Davis, #26013
        Jeffrey E. McDonald, #33270
        3900 N. Causeway Blvd., Suite 1450
        Metairie, Louisiana 70002
        Phone:    505-836-5260
        Fax:    504-836-5265

        **Attorneys for Sun Valley, Inc.**

426192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue