# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 220328  
**Case Name** Morse, Peggy  
**DOB** 1/█/1969   **SSN**  
**Cause No.** 09-4676  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Section III: Case Information - C- 8-9 |
| | **Answer** |
| | Will Supplement |
| 2 | Section IV Background Information E, G |
| | **Answer** |
| | Will Supplement |
| 3 | Section IV Family Information A, B |
| | **Answer** |
| | Will Supplement |
| 4 | Section V FEMA Trailer or Mobile Home Unit E - |
| | **Answer** |
| | Will Supplement |
| 5 | Section VI Medical Background A, B |
| | **Answer** |
| | Will Supplement |
| 6 | Section VII Medical Diagnosis C-D |
| | **Answer** |
| | Will Supplement |
| 7 | Section IX: List of Medical Providers and Other Sources of Information |
| | **Answer** |
| | I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | Authorizations and Certification are unsigned and therefore invalid. |
| | **Answer** |
| | Will Supplement |

_____  
Plaintiff or Representative

9/23/2010  
Date

**EXHIBIT C**