UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER ENGELHARDT       FORMALDEHYDE       PRODUCT LIABILITY       LITIGATION | : | JUDGE   KURT   D. |
| | : | DOCKET NO:  MDL 1873 (N-5) |
| This Document Relates to: *Lauranette Bolton, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7850 | : | MAG. JUDGE ALMA L. CHASEZ |

Plaintiff:   Albert LeRoy Bowers, Jr.
            Lisa Annette Bowers
            Shanita Gates *as Next Friend of E. D. G, Minor*
            Shanita Gates, *individually*
            Quanela Marie Smith
            Marsheila Sara Smith
            Thomas Joseph Gates, Jr.
            Betty Thomas
            Lauranette Bolton

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to providing Plaintiff Fact Sheets:

- Albert LeRoy Bowers, Jr. (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Lisa Annette Bowers (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Shanita Gates *as Next Friend of E. D. G., Minor* (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Shanita Gates, *individually* (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Quanela Marie Smith (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Marsheila Sara Smith (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Thomas Joseph Gates, Jr. (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Betty Thomas (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

- Lauranette Bolton (Plaintiff in *Lauranette Bolton, et al v. Sun Valley, Inc., et al*, No. 09-7850)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has not responded.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing Opposed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. 424979