**VIA FAX ONLY**

**Allen & Gooch**
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Quanela Smith**. Those deficiencies are as follows:

1) III (C 3) Please list treating doctors for your various symptoms
2) IX (C-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc: Gerald Meunier, Esq. (via Email )
Andrew Weinstock, Esq. (via Email )
David Kurtz, Esq. (via Email )
Henry Miller, Esq. (via Email )
Ralph Hubbard III, Esq. (via Email )
Charles Leche, Esq. (via Email )

Offices in
Lafayette LA
New Orleans LA


EXHIBIT N