UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| Gerod Macon, et al versus Sun Valley, Inc., et al E.D. La. Suit No. 09-7109 Plaintiff:   Sarah Waller | : | MAG. JUDGE ALMA L. CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of plaintiff, **Sarah Waller**, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets. Ms. Waller was a plaintiff that filed suit against Sun Valley in the following two (2) lawsuits:

- *Sonya Andrews, et al v. Sun Valley, Inc., et al*, No. 09-5659; and
- *Gerod Macon, et al v Sun Valley, Inc., et al*, No. 09-7109.

However, upon presenting a draft of this motion and the attached supporting memorandum to her attorneys in the *Sonya Andrews* matter, she voluntarily dismissed that suit against Sun Valley. See Rec. Doc. 22654. Therefore, this motion to dismiss is limited to Ms. Waller's only remaining lawsuit against Sun Valley: *Gerod Macon, et al v Sun Valley, Inc., et al*, No. 09-7109.

The reasons for the Motion are more fully set forth in the attached memorandum in support. Undersigned counsel has contacted opposing counsel regarding this Motion and received no response, therefore this motions is considered opposed.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
**E-Mail:** lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of Septemer, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #425988