UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:FEMA TRAILER | : | JUDGE KURT D. ENGELHARDT |
| FORMALDEHYDE | | |
| PRODUCT LIABILITY | | |
| LITIGATION | : | DOCKET NO:  MDL 1873 (N-5) |

This Document Relates to:
*Annie Mae Barnes et al versus*
*Sun Valley, Inc., et al*
*E.D. La. Suit No. 09-4829*
Plaintiff:    *Anna Mae Barnes*

*Charles E. Henderson, et al versus*
*Sun Valley, Inc., et al*
*E.D. La. Suit No. 09-8394*                          :        MAG. JUDGE ALMA L. CHASEZ
Plaintiff:    *Anna Mae Barnes*

*    *    *    *    *    *    *    *    *    *    *    *    *

MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
<u>PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS</u>

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley,

Inc. ("Sun Valley"), who moves this Court to dismiss the claims of plaintiff, Anna Mae

Barnes, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No.

2, 32 and 88 relating to the provision of Plaintiff Fact Sheets.  Ms. Barnes is a plaintiff that

has filed suit against Sun Valley in the following two (2) lawsuits:

- *Annie Mae Barnes, et al v. Sun Valley, Inc., et al,* No. 09-4829; and

- *Charles E. Henderson, et al v Sun Valley, Inc., et al,* No. 09-8394

The reasons for the Motion are more fully set forth in the attached Memorandum in

Support.  Undersigned has contacted opposing counsel regarding this Motion and has been

advised that one of the lawsuits may be voluntarily dismissed. However, as of the time this motion was filed, undersigned counsel could not locate any voluntary dismissal of either lawsuit filed for Ms. Barnes on the CM/ECF system. Should any such voluntary dismissal occur, the undersigned will immediately advise the Court of the same.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:       337-232-9700**
**FAX:           337-235-4943**
**E-Mail: lpd@volalaw.com**
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue

Lamont P. Domingue

Doc. #425038