

*Check data fields that MTD can be filed now fer → no Auth*

**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Anthony Buzbee, Esq.
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Anna Mae Barnes. Those deficiencies are as follows:

1)  III( C )
2)  IV (Background Information)
3)  V
4)  VI
5)  VII
6)  IX
7)  Authorizations

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)



DEFENDANT'S
EXHIBIT
B