ERRATA SHEET

**Claimant Name: Anna Mae Barnes**

**Claimant's Attorney: Anthony Buzbee**

1) III.C.1: Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?

Yes

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?

Serious health issues and maybe future cancer

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?

Coughing, Headaches, Sinus infections, Seizures

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?

No

5. When do you claim this injury or disease first occurred?

Spring 2006

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?

No


DEFENDANT'S EXHIBIT C

8. Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?

N/A

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?

Yes, amount unknown at this time.

2) IV: Background Information:

1. **Address:** 1700 Groom Rd. H14 Baker, LA 70714
2. **Drivers license:** ▬▬Ohio
3. **Date and birthplace:** ▬/▬/1938
4. **Sex:** Female
5. **Education:** N/A
6. **Employment:** N/A
7. **Previous Claims:** N/A

3) V: FEMA Trailer or Mobile Home Unit

1. **Manufacture:** Sun Valley
2. **Vin:** 1S4BT2425263013919
3. **FEMA ID:** N/A
4. **Bar Code:** 1156210
5. **Travel Trailer of Mobil Home:** Travel Trailer
6. **Move in:** Spring 2006

7. **Move out:** 3/18/2008

8. **FEMA Trailer Address:** 1700 Groom Road H-14 Baker, LA 70714

9. **Trailer park or private property:** Trailer park

10. **Reason for leaving:** Park shutdown

11. **Square foot of the unit:** approximately 300sq foot

12. **Length of the unit:** 40'

13. **Hours spent on the trailer each day:** 8+

14. **Jacked up on blocks:** Yes

15. **Hooked up to a sewer line:** Yes

16. **Hooked up to a gas line:** Yes

17. **Was propane gas used:** No

18. **Days per week worked:** N/A

19. **Lived in a different unit:** No

20. **Air quality tests:** N/A

21. **Was it ever fumigated for insects:** N/A

22. **Any repairs or services:** N/A

23. **Persons who resided in the FEMA trailer or mobile home:** N/A

4) **VI: Medical Background**

1. **Height:** N/A

2. **Current Weight:** N/A

3. **Smoker:** Yes, 1 pack a week

4. **Were you pregnant:** No

    5. Suffered any of the following physical conditions:

        i. Lung or respiratory disease: No

        ii. Infectious disease: No

        iii. Long term stomach or bowel disease: No

        iv. Skin disease: No

    6. X-ray, CT Scan, MRI: No

5) VII: Medical Diagnosis

    1. Doctors Information: See #8 IX: list of provider

    2. Psychological symptoms or emotional problems: N/A

    3. Alleged illness, disease, or injury: N/A

6) IX: List of Medical Providers and Other Sources of Information:

    1. Family current/primary physician

        i. Charity Hospital New Orleans, LA

        ii. Earl K. Long Hospital

        iii. Family Health Center 4560 North blvd, suite 108 Baton Rouge, LA 70806

    2. Primary care physicians for the past seven (7) years.

        i. Family Health Center 4560 North blvd, suite 108 Baton Rouge, LA 70806

    3. Hospital or clinic been admitted in the past seven (7) years.

        i. Charity Hospital New Orleans, LA

        ii. Earl K. Long Hospital

4. Physician or health care provider whom you received treatment in the last seven (7) years.

   i. N/A

_____      *April 29, 2011*
**Plaintiff or Representative**                     **Date**