UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| *Sonya Andrews et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-5659 Plaintiff: Harold Norris | : | MAG. JUDGE ALMA L. CHASEZ |
| *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff: Harold Norris | | |
| *Myra Williams, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-8603 Plaintiff: Harold Norris | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of plaintiff, **Harold Norrris**, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets.

Mr. Norris is a plaintiff that has filed suit against Sun Valley in the following three (3) lawsuits:

- *Sonya Andrews, et al v. Sun Valley, Inc., et al*, EDLA No. 09-5659;

- *Gerod Macon, et al v. Sun Valley, Inc., et al*, EDLA No. 09-7109; and

- *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603.

Sun Valley notes, however, that Mr. Norris may be deceased, based on representation of one of Mr. Norris' attorneys and handwritten notations on one of his three (3) PFS. However, that PFS was completed after Mr. Norris' purported death and it was neither signed nor completed in a representative capacity. Further, Sun Valley has received no information that any succession representative has been appointed for the purported estate of Mr. Norris.

With that caveat, the reasons for the Motion are more fully set forth in the attached memorandum in support. Undersigned counsel has contacted opposing counsel regarding this Motion, and opposing counsel have not declared whether they oppose the motion. Sun Valley must therefore consider this motion opposed.

> Respectfully submitted
>
> Voorhies & Labbé
>
> /S/ Lamont P. Domingue
> Lamont P. Domingue, #20787
> 700 St. John Street, 5th Floor (70501)
> Post Office Box 3527
> Lafayette, Louisiana 70502
> **PHONE:    337-232-9700**
> **FAX:         337-235-4943**
> E-Mail: lpd@volalaw.com
> **Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426150