## EXHIBIT D – SUMMARY OF HAROLD NORRIS' INCONSISTENT PFS ANSWERS

| INFORMATION/DATA | PFS § | s/1-15-09 | s/7-27-09 | s/12-3-09 |
|---|---|---|---|---|
| Plaintiff's Name | II.A | | | |
| Attorney | III.B. | Bencomo | WattsHilliard | Schmidt |
| Date of Birth | IV.C. | | | |
| Manufacturer | V.A.1. | | | |
| Vin # | V.A.2. | | | |
| FEMA I.D. # | V.A.3. | 9212609321603 | 921260932 | 921260932 |
| Bar Code | V.A.4. | | | |
| Move In Date | V.A.6. | 6/2006 | 11/01/2005 | 4/06 |
| Move Out Date | V.A.7. | Present ("still in trailer") | 2/1/2009 ("because my health was going down") | 5/08 ("FEMA picked it up!") |
| Installation Address | V.A.8. | | | |
| Names of all residents | V.E. | 6 others | 4 others | 4 others |
| Plaintiff's Smoking Hx | VI.C. | Current: 10/day for 35 years | Current: 10/day for 15 years | Past (use ended 2005): 1 per day, 10 years |
| Smoking Hx of Others | VI.D. | Unanswered | Unanswered | Unanswered |
| Future Medical Claim | III.C.2. | Lists multiple conditions | "I do not know but …" | "Don't know." |
| Diagnosed Illness (First question below chart) | III.C.3. | Fatigue | Lists symptoms, but no Dx or Tx. | "Heart attack 10/6/09" |
| Tx for Formaldehyde Injury | VII.B. | "N/A" | Lists symptoms, but no Dx or Tx. | Unanswered |
| Psych Tx | III.C.8. | Yes | No | No |
| Prior Medical Hx | VI(F)(1&4) | #1 – No<br>#2 – No<br>#3 – No<br>#4 – No | #1 – No<br>#2 – No<br>#3 – No<br>#4 – No | #1 – Yes (H/A)<br>#2 – No<br>#3 – No<br>#4 – No |
| Produce Records | VIII (A-D) | Form 95 – Yes | Form 95 – Yes | Form 95 – No |
| Checklist | III.C. | 26 symptoms | 20 symptoms | 14 symptoms |
| If requesting med. exp. | III.C.9. | Yes | Yes | No |
| If making a wage claim | IV.F.3 | Yes | No | No |
| No. of hrs. in trailer/day | V.A.13. | 8 hrs. | 12 hrs. | 24 hrs. |
| Signature | | s/1-15-09 | s/7-27-09 | s/12-3-09 |



DEFENDANT'S EXHIBIT NO. D