

**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Bencomo & Associates
639 Loyola Avenue
New Orleans, LA 70113
(504) 529-2018

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873   Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Harold Norris**. Those deficiencies are as follows:

1) III- As Mr. Norris is deceased, please provide information regarding your appointment to represent his estate and/or sign releases on behalf of Mr. Norris' estate as well as responses to numbers 6-8 contained in this section.
2) Authorizations are improperly completed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc: Gerald Meunier, Esq. (via Email)
Andrew Weinstock, Esq. (via Email)
David Kurtz, Esq. (via Email)
Henry Miller, Esq. (via Email)
Ralph Hubbard III, Esq. (via Email)
Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA



DEFENDANT'S EXHIBIT E



VIA FAX ONLY

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873     Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Harold Norris**. Those deficiencies are as follows:

1) III- As Mr. Norris is deceased, please provide information regarding your appointment to represent his estate and/or sign releases on behalf of Mr. Norris' estate as well as responses to numbers 6-8 contained in this section.
2) III Part C Question 3/ VII Medical Diagnosis A-D
3) IX A-B, E
4) Authorizations are improperly completed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

/s/ BMM

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email )

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA



VIA FAX ONLY

Allen & Gooch
A Law Corporation

April 4, 2011

Douglas Schmidt
335 City Park Avenue
New Orleans, LA 70119
(504) 482-5755

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Harold Norris**. Those deficiencies are as follows:

1) III- As Mr. Norris is deceased, please provide information regarding your appointment to represent his estate and/or sign releases on behalf of Mr. Norris' estate as well as responses to numbers 6-8 contained in this section.
2) VII (A-B)
3) Authorizations are improperly completed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA