UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| *Sonya Andrews et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-5659 Plaintiff: Sonya Waller | : | MAG. JUDGE ALMA L. CHASEZ |
| *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff: Sonya Waller | | |
| *Myra Williams, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-8603 Plaintiff: Sonya Waller | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who moves this Court to dismiss the claims of plaintiff, **Sonya Waller**, with prejudice, for failure to comply with the terms of the Court's Pre-trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets. Ms. Waller is a plaintiff that filed suit against Sun Valley in the following four (4) lawsuits:

- *Sonya Andrews, et al v. Sun Valley, Inc., et al*, EDLA No. 09-5659;
- *Gerod Macon, et al v. Sun Valley, Inc., et al*, EDLA No. 09-7109;

- *Sonya Waller v. Sun Valley, Inc., et al*, EDLA No. 09-7328; and

- *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603.

However, upon presenting a draft of this motion and the supporting memorandum to her attorneys to determine whether Ms. Waller opposed the motion, her claims in the matter of *Sonya Waller v. Sun Valley, Inc., et al*, EDLA No. 09-7328 were voluntarily dismissed. (Rec. Doc. No. 22684) In addition, counsel in the matter of *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603 advised the undersigned that they would be unable to advise whether Ms. Waller opposed this motion until Tuesday, September 6, 2011. The undersigned did not receive a response with respect to the other two lawsuits and, therefore, must consider the matter opposed.

Therefore, for the reasons more fully set forth in the attached memorandum in support of this motion, Sun Valley moves this Court to dismiss the claims of Sonya Waller against Sun Valley in the following matters, with prejudice :

- *Sonya Andrews, et al v. Sun Valley, Inc., et al*, EDLA No. 09-5659;

- *Gerod Macon, et al v. Sun Valley, Inc., et al*, EDLA No. 09-7109; and

- *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE:     337-232-9700
FAX:          337-235-4943
E-Mail:  lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426147