## EXHIBIT D – SUMMARY OF SONYA WALLER'S INCONSISTENT PFS ANSWERS

| INFORMATION/DATA | PFS § | s/1-15-09 | s/9-8-09 | s/12-3-09 |
|---|---|---|---|---|
| Plaintiff's Name | II.A | | | |
| Attorney | III.B. | Bencomo | WattsHilliard | Schmidt |
| Date of Birth | IV.C. | | | |
| Manufacturer | V.A.1. | | | |
| Vin # | V.A.2. | | | |
| FEMA I.D. # | V.A.3. | 9212609321603 | 921260932 | 9212609321603 |
| Bar Code | V.A.4. | | | |
| Move In Date | V.A.6. | 5/14/06 | 1/1/06 | 4/06 |
| Move Out Date | V.A.7. | Present | 1/1/09 | 5/08 |
| Installation Address | V.A.8. | | | |
| Names of all residents | V.E. | 5 others | Only Sonya | 5 others |
| Plaintiff's Smoking Hx | VI.C. | Current: 6/day for 30 years | Current: 3/day for 3 years | Past (end 9/08): ½ per day, 5 yrs |
| Smoking Hx of Others | VI.D. | Spouse/Inside | Unanswered | Unanswered |
| Future Medical Claim | III.C.2. | Don't know | I do not know but ... | Lists numerous conditions |
| Diagnosed Illness (First question below chart) | III.C.3. | Fatigue | Many listed, but none the same | HBP; bladder & yeast infections |
| Tx for Formaldehyde Injury | VII.B. | Pain meds & Antibiotics | Numerous listed | Unanswered |
| Psych Tx | III.C.8. | Yes | No | No |
| Prior Medical Hx | VI(F)(1&4) | #1 – No<br>#2 – Yes<br>#3 – No<br>#4 – No | #1 – No<br>#2 – No<br>#3 – No<br>#4 – Yes | #1 – No<br>#2 – Yes<br>#3 – No<br>#4 – No |
| Produce Records | VIII (A-D) | Form 95 – Yes | Form 95 – Yes | Form 95 – No |
| Checklist | III.C. | 26 symptoms | 19 symptoms | 21 symptoms |
| If requesting med. exp. | III.C.9. | Yes | Yes | No |
| If making a wage claim | IV.F.3 | Yes | No | No |
| No. of hrs. in trailer/day | V.A.13. | 6 hrs. | 7 hrs. | 10-12 hrs. |
| Signature | | s/1-15-09 | s/9-8-09 | s/12-3-09 |