UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| ―――――――――――――――― | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| M̶̶̶̶̶ ̶B̶̶̶̶̶ | ) | |

## PLAINTIFF FACT SHEET

## I. INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1



## II.  PERSONAL INFORMATION

A.  Name (person completing form): _Krystal Brown_

B.  Maiden or other names used or by which you have been known: _Brown_

C.  Current Street Address: _____

D.  Home Telephone No.: _(985) 726-0389_
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

E.  Email address: _____

## III.  CASE INFORMATION

A.  If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.  State which individual or estate you are representing:
M▓▓▓▓▓▓ G▓▓▓▓▓▓

2.  Maiden Or Other Names Used or By Which Such Person Has Been Known:

_____

3  Address (or last known address if deceased): _____

_____

4.  Home Telephone No.: _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

5.  E-mail address: _____

6.  If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: [_____]

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.  Please state the name and address of the attorney representing you:

Douglas Schmidt
_____
Attorney's Name/Law Firm
335 City Park Ave. New Orleans, La. 70119
City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑     No ☐

2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? _(Don't Know)_____

3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☑ burning of eyes
☑ tearing of eyes
☑ irritation to nasal membranes (inside of nose)
☑ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☑ irritation or itching of skin
☑ burning of skin
☑ rashes on skin
☑ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☑ headaches
☑ nausea
☑ vomiting
☐ bloody vomiting
☑ abdominal pain
☐ diarrhea
☑ difficulty in breathing
☑ wheezing
☑ shortness of breath
☑ persistent cough
☑ tightness of the chest

3

- ☐ bronchitis
- ☐ throat irritation
- ☐ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☑ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☑ allergies for the first time in your life
- ☐ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☑ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _bladder infection_

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? _NO_

   If yes, which kind of cancer? _____

5. When do you claim this injury or disease first occurred? _N?A_

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
   Yes ☐          No ☑

   If "Yes," when and who diagnosed the condition at that time?

   _____

   _____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
   Yes ☐          No ☑

   If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____ *none* _____

8.  **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐        No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____ N/A _____

To your understanding, describe the condition for which treated:

_____ N/A _____

State when you were treated for this psychological, psychiatric or emotional problem

_____ N/A _____

List the medications prescribed or recommended by the physician or counselor

_____ N/A _____

9.  Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐        No ☐

*If "Yes,"* state the amount of your claim: _____

5

## IV.   BACKGROUND INFORMATION

A.   Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

B.   State Driver's License Number and State Issuing License:_____

C.   Date and Place of Birth:_____01/18/02____ Slidell, CA_____

D.   Sex: Male ☐      Female ☒

E.   Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Avenor |  |  |  |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A |  |  |  |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A |  |  |  |

6

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.    Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐      No ☐

*If "Yes,"* state the following:

    a.    If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

    b.    Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.    Previous Claims Information

    1.    Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☐      No ☐    Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

7

## IV.   FAMILY INFORMATION

A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐        No ☒        Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

B.    Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐        No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

A.    Please provide the following information regarding the FEMA trailer or mobile home:

1.    Manufacturer of trailer or mobile home: _____

2.    VIN: _____

3.    FEMA Identification No.: _____

4.    Bar Code Number on FEMA housing unit:_____

8

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☑   Mobile Home ☐

6. Move-in Date: 04 / 06

7. Move-out Date: 05 / 04

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit. 60474 Larcenwood Street Slidell, LA

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

10. State the reason you stopped living in the FEMA trailer or mobile home: Fema picked up

11. Please state the approximate square footage of the FEMA housing unit: Don't Know

12. Please state the approximate length and width of the FEMA housing unit: Don't Know

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 10 12 hrs

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
Yes ☑       No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
Yes ☑       No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
Yes ☑       No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
Yes ☐       No ☑

18. Is/was propane gas used in the FEMA housing unit?
Yes ☑       No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____ 0

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:

Yes ☐     No ☐

If "Yes," please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?

_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?

Yes ☐     No ☐

If "Yes," please state when the test was performed and who prepared this testing:_____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?

Yes ☐     No ☐

If "Yes," please state the following:

Date and reason for fumigation: [_____]

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?

Yes ☐     No ☐

If "Yes," please state the date and reason for repair, service or maintenance:

_____ monthly _____

[_____]

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|------|-------------|---------------------------------------|------------------------------------------------|-------------------------------|------------------------------------------------------|
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ |  |
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ |  |
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ | — |
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ | — |
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ |  |
|  |  |  | From _____  To _____ | Yes ☐  No ☐  Don't Know ☐ |  |

## VI.   MEDICAL BACKGROUND

A.   Height: **4'6**

B.   Current Weight: **90**

Weight prior to living in a FEMA trailer or mobile home: **95**

C.   Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

1.   Date on which smoking/tobacco use ended: [_____]
2.   Amount smoked or used on average:
     _N/A_ per day for _____ years.

☐   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

   1.   Amount currently smoked or used on average:
        _N/A_ per day for _____ years.

D.   Other Smoking/Tobacco Use History:

   If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

   1.   Amount smoked or used on average, if you know:
        _N/A_ per day for _____ years.
   2.   Relationship to you: _____
   3.   Please state whether the smoking occurred inside, outside or both. [_____]

E.   Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
     Yes ☐        No ☑
     *If "Yes,"* what was the date of birth: [_____].

     Did your pregnancy terminate in a miscarriage or a stillborn child?
     Yes ☐        No ☑

F.   Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

   1.   Lung or other respiratory disease
        Yes ☐        No ☑

        *If "Yes,"* please indicate the following:
        Name and description of each illness, disease, or abnormal condition:
        _____
        _____

        The date of illness:
        _____
        _____

   2.   Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐      No ☑

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.  Long-term stomach or bowel disease
    Yes ☐      No ☑

    *If "Yes," please indicate the following.*

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

4.  Skin disease
    Yes ☐      No ☑

    *If "Yes," please indicate the following.*

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

    1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

        Yes ☐      No ☑      Don't Recall ☐

        *If "Yes," answer the following:*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |

## VII.  MEDICAL DIAGNOSIS

A.  Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis.

B.  Doctor's Name:
Specialty, if any:
Address:
Phone:
Treatment received:
Dates of treatment:

Doctor's Name:
Specialty, if any:
Address:
Phone:
Treatment received:
Dates of treatment:

Doctor's Name:
Specialty, if any:
Address:
Phone:
Treatment received:
Dates of treatment:

C.  If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

D.  Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐        No ☑

*If "Yes,"* please provide the name and address of the health care professional.

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐      No ☑

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☐      No ☑

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☑

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐      No ☑

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☑

F.  Decedent's death certificate, if applicable.
Yes ☐      No ☑

G.  Report of autopsy of decedent, if applicable.
Yes ☐      No ☑

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Dr. Dixit | Slidell Memorial Hospital Slidell, CA |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Same As Above | | |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| No Inpatient Care Received | | | |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Slidell Memorial | Slidell La | 2006 – Present | Bladder infection asthma Seizures abdominal Pain |

E.    Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Same As Above | | |

16

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walgreens | Slidell, LA |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Krystal Brown
**Signature of Plaintiff**

Dec 3, 2009
**Print Your Name**                    **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)

Name: _____

Date of Birth: _____ - _____ - 0 2

Last Four Numbers of SSN:_____

I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 2 day of Dec , 2004 .

Krystal Brown
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)**

Name: ~~M_____ B_____~~

Date of Birth: ~~8 - - 0 2~~

Last Four Numbers of SSN:_____

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002**, along with other defense counsel in the above-captioned matter, the law firm of _____ _____ and/or any of their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ☐ day of _____, 200⁹.

_Krystal Brown_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: M⬛⬛⬛⬛ B⬛⬛⬛

Date of Birth: ⬛ - ⬛ - O 2

Last Four Numbers of SSN:_____

    I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002**, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____**and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ☐ day of _____, 2009.

_Krystal Brown_

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)**

Name: M▮▮▮▮▮ B▮▮▮▮

Date of Birth: ▮▮ - ▮▮ - 02

Last Four Numbers of SSN: 6439

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ and/or any of their designated agents. These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ▮ day of ▮▮▮ , 200▮ .

*Krystal Brown*

**[PLAINTIFF OR REPRESENTATIVE]**

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

NAME OF FACILITY:_____

## Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| M███████ B███ | ██-██-02 | ███-██-6439 |

| | |
|---|---|
| Address: | Telephone No.: |
| City: | State: | Zip Code: |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. ._____
Title. ._____
Address._____
Purpose: To Protect My Legal Rights_____
For Treatment Date(s): All Available

| Type of Access | | | | | |
|---|---|---|---|---|---|
| | q Abstract/pertinent | q Lab | q Progress Notes |
| | q Emergency Room | q Imaging/Radiology | q Physician's Orders |
| | q H&P | q Cardiac Studies | q Entire Record |
| Requested: | q Consult Report | q Face Sheet | ☐ Other____ |
| | q Operative Report | q Nursing Notes | |
| | q Rehab Services | q Medication Record | |
| q Copies of the records & | | | |
| q Inspection of the record | | | |

*KB* I acknowledge, and hereby consent to such, that the released information may contain
alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information._____

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must
  do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation
  will not apply to information that has already been released in response to this authorization. I understand that the revocation
  will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the
  recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My
  refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys,
  unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____     _____
Signature of Patient/Legal Representative          Date
If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: Dec 3, 2009

Name: Krystal Brown (print legibly or type out name)

Signature: Krystal Brown

## AFFIDAVIT OF CUSTODIAN OF RECORDS
### WALGREEN COMPANY, PO BOX 4039, MS #735, DANVILLE, IL 61834

**Patient Name:** M█████ B███████          **Date of Birth:** ██/██/2002

**AKA:** _____

I, the undersigned, being the duly authorized Custodian of Records or other qualified witness for Walgreen Co., and having the authority to certify the records declare the following: The copies of records for which this Affidavit is made are true and correct copies of the original records; The original records were prepared in the ordinary course of business at or near the time of the act, condition, or event by a person with knowledge of the facts recorded; and That:

**A)**   **CERTIFICATION OF RECORDS:**

☑  Paper print outs of information for our retail drug stores and mail order facilities electronically stored in Walgreen Co.'s Pharmacy system responsive to the subpoena or authorization and reasonably accessible are provided and total ⟨3⟩ page(s).

**B)**   **CERTIFICATION OF NO RECORDS:**

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

☐  All records for the time period in question have been destroyed in accordance with our document retention policy.

☐  A thorough search of the requested date range _____ to _____ has been performed and, understanding that such records could exist under another spelling, name, or other classification but with the information furnished to our office and to the best of our knowledge, no such records exist.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on _____11/24/2010_____ at Danville, Illinois.

_____Jill Bosch_____          **Signature:** _Jill Bosch_____
(Print Name)

Subscribed and sworn to before me this ___24___ day of _____November_____, 2010

_____S. Doggett_____
**Notary Public**

"OFFICIAL SEAL"
SHANNA R. DOGGETT
Notary Public, State of Illinois
My commission expires 04/02/14

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2006 through 11/22/2010

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET
DANVILLE, IL 61834

DATE PRINTED: 11/22/2010

M▉ B▉
▉, LA 70460
Patient Phone: (985) 726-0389
Date of Birth: ▉/▉/2002    Gender: F

Allergy Conditions: None on file
Health                 None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3281243-4007 | AZITHROMYCIN 200MG/5ML SUSP 22.5ML | SHAKE WELL AND GIVE "M▉▉A" 8 ML BY MOUTH EVERY DAY FOR 5 DAYS DR | GREENSTO NE | 59762-3130-01 | RX | 5 | 05/31/2009 | 45 | | EMC | RAGAS, A | BR6478146 | (985)843-2200 | LAMED | 0.00 |
| | | | | | | | | | **Total** | 1 | | **Subtotal:** | 45 | | **$ 0.00** |
| 3281244-4007 | PREDNISOLONE SOD PHOS 15MG/5ML SOL | GIVE "M▉▉A" ONE TEASPOONFUL BY MOUTH EVERY DAY FOR 4 DAYS | MORTON GROVE | 60432-0212-08 | RX | 4 | 05/31/2009 | 20 | | EMC | RAGAS, A | BR6478146 | (985)843-2200 | LAMED | 0.00 |
| | | | | | | | | | **Total** | 1 | | **Subtotal:** | 20 | | **$ 0.00** |
| 3281245-4007 | XOPENEX 0.63MG/3ML NEB SOL (YELLOW) | INHALE ONE VIAL VIA NEBULIZER EVERY 8 HOURS AS NEEDED FOR COUGH/WHEEZING | SEPRACOR | 63402-0512-24 | RX | 6 | 05/31/2009 | 72 | | EMC | RAGAS, A | BR6478146 | (985)843-2200 | LAMED | 0.00 |
| | | | | | | | | | **Total** | 1 | | **Subtotal:** | 72 | | **$ 0.00** |
| 3350027-4007 | VIGAMOX 0.5% OPHTH SOLUTION 3ML | INSTILL ONE DROP IN AFFECTED EYE THREE TIMES DAILY FOR SEVEN DAYS | ALCON | 00065-4013-03 | RX | 10 | 10/06/2009 | 3 | | AER | DIXIT, MADHURI | BD2883800 | (985)849-8775 | LAMED | 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

CUSTODIAN OF RECORDS
1901 EAST VOORHEES STREET DANVILLE, IL 61834

*Walgreens* There's a way®

# INSURANCE PROFILE

01/01/2006 through 11/22/2010

M█████ A B█████
█████ P█████ S██
SLIDELL, LA 70460
Patient Phone: (985) 726-0389
Date of Birth: ██/█/2002     Gender: F

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone | Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Total | | 1 | Subtotal: | | 3 | $ 0.00 |
| 3350028-4007 | LORATADINE CHILDREN'S SYRUP | GIVE "██████" ONE TEASPOONFUL BY MOUTH ONCE DAILY | TARO | 51672-2085-08 | OT | 30 | 10/06/2009 | 150 | | AER | DIXIT, MADHURI | BD2883800 | (985)649-8775 | LAMED | 0.00 |
| | | | | | | | | | Total | | 1 | Subtotal: | | 150 | $ 0.00 |
| 3421148-4007 | AZITHROMYCIN 200MG/5ML SUSP 30ML | SHAKE WELL AND GIVE "██████" 10 ML NE BY MOUTH ON DAY ONE THEN , SHAKE WELL AND GIVE "MAKAYLA" 5 ML BY MOUTH ONCE DAILY | GREENSTO | 59762-3140-01 | RX | 5 | 02/06/2010 | 30 | | AML | DIXIT, MADHURI | BD2883800 | (985)649-8775 | LAMED | 0.00 |
| | | | | | | | | | Total | | 1 | Subtotal: | | 30 | $ 0.00 |
| 3510577-4007 | HYDROXYZINE 10MG/5ML SYRUP | TAKE 1 TEASPOONFUL M.G.P. BY MOUTH EVERY DAY FOR 7 DAYS AS NEEDED FOR ITCHING | M.G.P. | 60432-0150-16 | RX | 7 | 07/16/2010 | 120 | | MLD | DIXIT, MADHURI | BD2883800 | (985)649-8775 | LAMED | 0.00 |
| | | | | | | | | | Total | | 1 | Subtotal: | | 120 | $ 0.00 |

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

*Walgreens* There's a way™

# INSURANCE PROFILE

01/01/2006 through 11/22/2010

M█████ E███
█████ P████████ C███
SLIDELL, LA 70460
Patient Phone: (985) 726-0389
Date of Birth: █/█/2002    Gender: F

Allergy Conditions:   None on file
Health                None on file

| Rx-Store | Medication | Instructions | Drug Mfr | NDC | Class | Days Supply | Entered Date | Fill Qty | Fill Nbr | RPH | Pbr Name | DEA# | Pbr Phone Plan | Cust Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3510578-4007 | LORATADINE 10MG TABLETS | TAKE 1 TABLET BY MOUTH EVERY DAY | PERRIGO | 45802-0650-87 | OT | 30 | 07/16/2010 | 30 | | MLD | DIXIT, MADHURI | BD2883800 | (985)649-8775  LAMED | 0.00 |
| | | | | | | | | | **Total** | | | **1  Subtotal:** | 30 | **$ 0.00** |

Total Scripts:        8                    Total Price:                 $ 0.00
Using generics you saved a total of:                                   $ 0.00
Using more generics you could have saved a total                        $ 0.00
Your insurance saved you a total of:                                  $ 396.16
Your cash quantity discount saved you a total                          $ 0.00

*****THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION*****
THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH HIPAA POLICIES

This letter, together with any attachments, is intended only for the use of the individual or entity to which is addressed. It may
contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby
notified that any dissemination or copying of this letter or any attachment is strictly prohibited. If you have received this letter in
error, please notify the original sender immediately and dispose of this letter, along with any attachments. Thank you.

PAT LAST NAME          FIRST                    PAT ADDRESS                                    PAT PHONE#  BIRTH DATE

RX NUMBER      DRUG NAME                          DRUG MFR                       RX IMAGE ID
DOC NAME       DOC ADDRESS                                       DOC PHONE#      DEA#
ORIG DATE      QTY    REFILLS  DAYS SUPPLY   RX COMMENTS                 CTL  PLAN
ENTER DATE  CIND  ENT/VER  FILL QTY  REFILL      CUST AMT    TOT AMT   FILL SOLD DATE    PARTIAL CODE   PLAN
AUTH NBR   AUTH BY                                                                       CLAIM #

BROWN        , M                      ██████ P███████S ████ SLIDELL, LA 70460                    (985)726-0389    ██/██/2002

RX 3138473   SULFATRIM PEDIATRIC SUSP(CHERRY)    ALPHARMA
DIXIT, M                              SLIDELL, LA 70460            (985)649-8775   040074012195789414  BD2883800
SIG: SW AND G "M█████" TWO TEASPOONS PO BID FOR 8 DAYS.
08/28/2008   180    0               8                              RX    LAMED
08/29/2008   180             ORIG            0.00        20.39     08/29/2008                          8242708200900
             NAW/ENC                                                                     LAMED

| PAT LAST NAME | FIRST | PAT ADDRESS | PAT PHONE# BIRTH DATE |
|---|---|---|---|

| RX NUMBER | DRUG NAME | DRUG MFR | CTL | PLAN | RX IMAGE ID |
|---|---|---|---|---|---|
| DOC NAME | DOC ADDRESS | | | | DOC PHONE#   DEA# |
| ORIG DATE | QTY   REFILLS   DAYS SUPPLY   RX COMMENTS | | FILL SOLD DATE | CLAIM # | PARTIAL CODE   PLAN |
| ENTER DATE   CIND   ENT/VER   FILL QTY   REFILL   CUST AMT | | TOT AMT | | | |
| AUTH NBR   AUTH BY | | | | | |

B_____, M_____, _____ SLIDELL, LA 70460                   (985)726-0389  ●/■/2002

RX 3281243   AZITHROMYCIN 200MG/5ML SUSP 22.5ML   GREENSTONE
RAGAS, A 1001 GAUSE BOULEVARD ** ER PHYSICIAN** SLIDELL, LA 70460
SIG: SW AND G "M█" 8 ML PO QD FOR 5 DAYS DR
05/31/2009   45         0         5                                    RX   LAMED   04007411243B0213819
                                                                                   (985)643-2200   BR6478146

05/31/2009   WMA/EMC         45         ORIG         0.00
RX 3281244   PREDNISOLONE SOD PHOS 15MG/5ML SOL   MORTON GROVE                     61.75   05/31/2009
RAGAS, A 1001 GAUSE BOULEVARD ** ER PHYSICIAN** SLIDELL, LA 70460                           RX   LAMED   915170096550 0   LAMED
SIG: G "M█" ONE TEA PO QD FOR 4 DAYS                                                             04007411243B0213819
05/31/2009   20         0         4                                                              (985)643-2200   BR6478146

05/31/2009   WMA/EMC         20         ORIG         0.00
RX 3281245   XOPENEX 0.63MG/3ML NEB SOL (YELLOW)   SEPRACOR                         9.95   05/31/2009
RAGAS, A 1001 GAUSE BOULEVARD ** ER PHYSICIAN** SLIDELL, LA 70460                           RX   LAMED   915170096560 0   LAMED
SIG: INL ONE VIAL VIA NEBULIZER Q 8 H PRF COUGH/WHEEZING                                         04007411243B0213819
05/31/2009   72         0         6                                                              (985)643-2200   BR6478146

05/31/2009   WMA/EMC         72         ORIG         0.00                           96.35   05/31/2009   915170096000 0   LAMED

PAT LAST NAME          FIRST                    PAT ADDRESS                              PAT PHONE# BIRTH DATE

RX NUMBER      DRUG NAME                                    DRUG MFR                    RX IMAGE ID
DOC NAME       DOC ADDRESS                                              DOC PHONE#                  DEA#
ORIG DATE      QTY    REFILLS  DAYS SUPPLY   RX COMMENTS         CTL    PLAN
ENTER DATE  CIND  ENT/VER  FILL QTY   REFILL       CUST AMT    TOT AMT    FILL SOLD DATE    CLAIM #    PARTIAL CODE    PLAN
AUTH NBR    AUTH BY

B                           , M                        SLIDELL, LA 70460                    (985)726-0389           ██/██/2002

RX 2847952     AMOX-CLAV 400MG/5ML SUSP 100ML          GENEVA                    RX
AMARANENI, K              ██ SLIDELL, LA 70460                          040070211701885 9873
  SIG: SHAKE WELL AND GIVE "██████" ONE TEASPOONFUL BY MOUTH TWICE DAILY FOR TEN DAYS    (985)643-2200      AA3053701
01/30/2007     100    0                0

```
PAT LAST NAME      FIRST            PAT ADDRESS                      PAT PHONE# BIRTH DATE
RX NUMBER   DRUG NAME              DRUG MFR                          IMAGE ID
DOC NAME    DOC ADDRESS                                    DOC PHONE#        DEA#
ORIG DATE   QTY  REFILLS DAYS SUPPLY RX COMMENTS   CTL  PLAN                 PARTIAL CODE  PLAN
ENTER DATE CIND ENT/VER FILL QTY REFILL CUST AMT  FILL SOLD DATE  CLAIM #
AUTH NBR   AUTH BY                        TOT AMT
```

K SLIDELL, LA 70460                                                (985)726-0389  **/**/2002

RX 2392944  SULFAMETH-TRIMETH SUSP(CHERRY)    ALPHARMA
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460
SIG: G ONE AND SS TES PO BID FOR 10 DAYS
03/04/2005   150          6
                                                           RX    LAMED              BD2883800

RX 2392945  PULMICORT 0.25MG/2ML RESPULES     ASTRA ZENECA      0.00                 LAMED
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460  CLH/JCT  90        ORIG
SIG: ONE VIAL Q 12 H                                                     10.79
03/04/2005   120          2       30
                                            03/04/2005  5063706683400
                                            RX   LAMED      (985)649-8775  BD2883800

RX 2392946  PREDNISOLONE SOD PHOS 15MG/5ML SOL  MORTON GROVE    0.00                 LAMED
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460  JSD/JCT  120       ORIG
SIG: G "MM" 1 TEA PO BID FOR 4 DAYS                                      257.71
03/04/2005    30   0      30        3
                                            03/04/2005  5063706131300
                                            RX   LAMED      (985)649-8775  BD2883800

RX 2392947  ALBUTEROL  SULFATE SYRUP(2MG/5ML)   HI-TECH         0.00                 LAMED
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460  JSD/JCT  30        ORIG
SIG: G "MM" 1 TEA PO BID PRN                                             18.04
03/04/2005   120   0      120       12
                                            03/04/2005  5063706133100
                                            RX   LAMED      (985)649-8775  BD2883800

RX 2392948  XOPENEX 0.63MG/3ML NEB SOL (YELLOW)  SEPRACOR       0.00                 LAMED
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460  CLH/JCT  120       ORIG
SIG: ONE VIAL VIA NEBULIZER Q 6 H                                        13.09
03/04/2005   144   3      20
                                            03/04/2005  5063706672100
                                            RX   LAMED      (985)649-8775  BD2883800

```
PAT LAST NAME        FIRST              PAT ADDRESS                               PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                    DRUG MFR                    CTL    PLAN        IMAGE ID        DEA#
DOC NAME      DOC ADDRESS                                                               DOC PHONE#
ORIG DATE     QTY     REFILLS  DAYS SUPPLY     RX COMMENTS             FILL  SOLD DATE    CLAIM #          PARTIAL CODE   PLAN
ENTER DATE    CIND   ENT/VER   FILL QTY   REFILL      CUST AMT   TOT AMT
AUTH NBR      AUTH BY

03/04/2005            JSD/JCT    144                      ORIG                   03/04/2005    5063706139900                 LAMED
RX 2392950    AMOXICILLIN 400MG/5ML SUSP 100ML          TEVA              0.00  124.09   RX   LAMED
DIXIT, M 1340 FOURTEENTH ST SLIDELL, LA 70460                                          (985) 649-8775    BD2883800
    SIG: SW AND G "M███████" ONE TEA BID Q 12 H X 10 DAYS
03/04/2005    100        0       10                       ORIG
03/04/2005            JSD/JCT    100        100          ORIG            0.00   14.11   03/04/2005    5063706142400                 LAMED
```

PAT LAST NAME        FIRST              PAT ADDRESS                                          PAT PHONE# BIRTH DATE

RX NUMBER      DRUG NAME
DOC NAME       DOC ADDRESS                      DRUG MFR                    IMAGE ID
  ORIG DATE      QTY   REFILLS  DAYS SUPPLY  RX COMMENTS          DOC PHONE#              DEA#
  ENTER DATE  CIND  ENT/VER  FILL QTY    REFILL      CUST AMT   TOT AMT   FILL SOLD DATE   CLAIM #   PARTIAL CODE   PLAN
  AUTH NBR    AUTH BY

                                                        CTL   PLAN

BROWN       , M                          SLIDELL, LA 70460                              (985) 726-0389   01/18/2002

RX 2105558   AUGMENTIN 125MG/5ML SUSP.  75ML                    BEECHAM
STAFFORD, T 1001 GAUSE BLVD SLIDELL, LA 70460                        RX          (985) 643-2200   BS1244639
  SIG: SW AND G M     ONE TEA  PO TID FOR 10 DAYS
  10/05/2003   150          0        10

| PAT LAST NAME | FIRST | | PAT ADDRESS | | | | PAT PHONE# BIRTH DATE |

| RX NUMBER | DRUG NAME | | DRUG MFR | | | | |
| DOC NAME | DOC ADDRESS | | | CTL | PLAN | | DEA# |
| ORIG DATE | QTY | REFILLS | DAYS SUPPLY | RX COMMENTS | | DOC PHONE# | |
| ENTER DATE | CIND | ENT/VER | FILL QTY | REFILL | CUST AMT | TOT AMT | FILL SOLD DATE | CLAIM # | PARTIAL CODE | PLAN |
| AUTH NBR | AUTH BY | | | | | | IMAGE ID | |

| 10/05/2003 | MAJ/STC | 150 | | ORIG | 75.99 | 0.00 | 10/05/2003 | | | |

```
PAT LAST NAME        FIRST                           PAT ADDRESS                                          PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                DRUG MFR                                    CTL    PLAN      IMAGE ID
DOC NAME      DOC ADDRESS                                                                 DOC PHONE#
ORIG DATE     QTY    REFILLS  DAYS SUPPLY  RX COMMENTS                             FILL SOLD DATE    CLAIM #        PARTIAL CODE   PLAN
ENTER DATE    CIND   ENT/VER  FILL QTY     REFILL           CUST AMT   TOT AMT
AUTH NBR      AUTH BY

B█                     , M█                             █ SLIDELL, LA 70460                                  (985)726-0389    █/█/2002

RX 2163156    ICAR PEDIATRIC GRAPE SUSPENSION     HAWTHORN PHARM               OT    LAMED
DIXIT, M█          █ SLIDELL, LA 70460                                              (985)649-8775    BD2883800
SIG: G 1/4 TES PO QD
01/14/2004    118    0        30                                                01/17/2004    01470330730 0

01/14/2004    JDL/JSD  118    ORIG                         0.00       22.97                                      LAMED
```

```
PAT LAST NAME        FIRST                          PAT ADDRESS                              PAT PHONE# BIRTH DATE

RX NUMBER     DRUG NAME                             DRUG MFR
DOC NAME      DOC ADDRESS                                                   DOC PHONE#                 DEA#
ORIG DATE     QTY    REFILLS DAYS SUPPLY RX COMMENTS                CTL  PLAN
ENTER DATE CIND  ENT/VER  FILL QTY    REFILL    CUST AMT   TOT AMT   FILL SOLD DATE   CLAIM #    PARTIAL CODE  PLAN
--------------------------------------------------------------------
B                                                  SLIDELL, LA 70460                       (985)726-0389    /  /2002

RX 2003175   PEDIATEX-D LIQUID (REFORMULATED)      ZYBER
NEUMANN, H 1001 GAUSE BOULEVARD SLIDELL, LA 70460              (985)649-8542    AN9616472
SIG: G ONE TEA PO QID                                         RX
03/31/2003        240             0          12

   03/31/2003       MRA/JSD     240        ORIG                       0.00
RX 2003176   ZITHROMAX 100MG/5ML ORAL SUSP 15ML   PFIZER                   03/31/2003
NEUMANN, H 1001 GAUSE BOULEVARD SLIDELL, LA 70460              (985)649-8542    AN9616472
SIG: GIVE ONE TEA PO ON DAY 1 THEN GIVE ½ TEA PO QD ON DAYS 2-5   RX
03/31/2003        15              0           5                      34.89
   03/31/2003       MRA/JSD      15         ORIG                       0.00   03/31/2003
                                                                    40.99
```

PAT LAST NAME          FIRST                          PAT ADDRESS                              PAT PHONE# BIRTH DATE

RX NUMBER    DRUG NAME                          DRUG MFR                          CTL    PLAN                     DEA#
DOC NAME     DOC ADDRESS                                                                     DOC PHONE#
ORIG DATE    QTY    REFILLS  DAYS SUPPLY  RX COMMENTS                             FILL SOLD DATE    CLAIM #        PARTIAL CODE    PLAN
ENTER DATE CIND  ENT/VER  FILL QTY    REFILL          CUST AMT        TOT AMT

RX 2008685   SULFAMETH-TRIMETH SUSP(GRAPE)               HI-TECH                  RX                (985)649-8542  AN9616472
NEUMANN, H 1001 GAUSE BOULEVARD SLIDELL, LA 70460
SIG: G 6 MLS PO BID
04/09/2003    120    0           10        ORIG
04/09/2003           KOC/KOC    120          ORIG                                04/09/2003
RX 2008686   NEOMYCIN/POLYMYXIN/HC OTIC SUS 10ML          FALCON                  RX                (985)649-8542  AN9616472
NEUMANN, H 1001 GAUSE BOULEVARD SLIDELL, LA 70460
SIG: 2 GTS QID IN LEFT EAR
04/09/2003    10     0           7         ORIG           10.39          0.00
04/09/2003           KOC/KOC    10          ORIG           31.99          0.00    04/09/2003