**EXHIBIT D – SUMMARY OF INCONSISTENT PFS ANSWERS BY:
KRYSTAL BROWN OBO M.B. (MINOR)**

| INFORMATION/DATA | PFS § | December 2009 PFS - Combined | Undated PFS | PSC PFS 12/17/08 |
|---|---|---|---|---|
| Plaintiff's Name | II.A | | | |
| Attorney | III.B. | Schmidt | Hurricane Legal Center | PSC |
| Date of Birth | IV.C. | | | |
| Manufacturer | V.A.1. | | | |
| Vin # | V.A.2. | | | |
| FEMA I.D. # | V.A.3. | 9212609321603 | 921260932 | 9211260932 |
| Bar Code | V.A.4. | 1344058 | 1372616 | 1372616 |
| Move In Date | V.A.6. | 4/06 | May 2007 | 9/2006 |
| Move Out Date | V.A.7. | 5/08 | March 2009 | 4/2007 |
| Installation Address | V.A.8. | | | |
| Names of all residents | V.E. | 3 others | 5 others | 5 others |
| Plaintiff's Smoking Hx | VI.C. | | | |
| Smoking Hx of Others | VI.D. | "N/A" | "N/A" | "20/day for 25 years … Grandmother" |
| Future Medical Claim | III.C.2. | "Don't know" | "Headaches, Fear of Cancer" | "RSV … much worse, breathing problems, etc. |
| Diagnosed Illness (First question below chart) | III.C.3. | "bladder infections" | "N/A" | "None" |
| Tx for Formaldehyde Injury | VII.B. | Unanswered | "headaches", "Dr. Dixit" | "breathing treatments and medications", Dr. Dixit", "9/2006 to present" |
| Psych Tx | III.C.8. | Not Making Claim | Making Claim, No Treatment | "Yes", "No treatment," "Depression, crying all the time" |
| Prior Medical Hx | VI(F)(1-4) | All four "No" | All four "No" | No. 1 – "Yes", "RSV", "2002" |
| Produce Records | VIII (A-D) | Form 95 – Yes and No | Yes | |
| Checklist | III.C. | 23 symptoms | 14 Symptoms | 25 Symptoms |
| If requesting med. exp. | III.C.9. | No | Yes | Yes |
| If making a wage claim | IV.F.3 | Yes | No | No |
| No. of hrs. in trailer/day | V.A.13. | 10-12 hrs. | 16 hrs. | 16 hrs. |
| Signature | | s/12-3-09 | s/undated | s/12-17-08 |



DEFENDANT'S EXHIBIT NO. D