UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                  :        JUDGE KURT D. ENGELHARDT
        FORMALDEHYDE
        PRODUCT LIABILITY
        LITIGATION                   :        DOCKET NO:   MDL 1873 (N-5)

This Document Relates to:

*Makayla Brown, et al versus*        :        MAG. JUDGE ALMA L. CHASEZ
*Sun Valley, Inc., et al*
*E.D. La. Suit No. 09-5248*
Plaintiff:      Trinity Henry

*Sonya Andrews et al versus*
*Sun Valley, Inc., et al*
*E.D. La. Suit No. 09-5659*
Plaintiff:      Krystal Brown obo T.H. (Minor)

*Myra Williams, et al versus*
*Sun Valley, Inc., et al*
*E.D. La. Suit No. 09-8603*
Plaintiff:      Sonya Waller obo T.H. (Minor)

*        *        *        *        *        *        *        *        *        *        *        *        *

MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley,

Inc. ("Sun Valley"), who moves this Court to dismiss the claims of following plaintiffs in the

referenced lawsuits, with prejudice, for failure to comply with the terms of the Court's Pre-

trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets:

- Plaintiff, Trinity Henry: *Makayla Brown, et al v. Sun Valley, Inc., et al*,
  EDLA No. 09-5248);

- Plaintiff, Krystal Brown obo T.H. (Minor): *Sonya Andrews, et al v. Sun
  Valley, Inc., et al,* EDLA No. 09-5659; and

- Plaintiff, Sonya Waller obo T.H. (Minor): *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603.

Undersigned counsel has contacted opposing counsel regarding this Motion, and opposing counsel have stated, through the Plaintiffs' Steering Committee, that all claims for the plaintiff EXCEPT those in the matter of *Makayla Brown, et al v. Sun Valley, Inc., et al*, EDLA No. 09-5248, will be voluntarily dismissed, and that dismissal of EDLA No. 09-5248 is opposed. As of the time of the filing of this motion no such dismissal had been filed. In the event the voluntary dismissals of the other two suits referenced above are filed, undersigned counsel will immediately advise this Court.

Respectfully submitted

Voorhies & Labbé

*/S/ Lamont P. Domingue*

Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:       337-232-9700**
**FAX:          337-235-4943**
**E-Mail: lpd@volalaw.com**
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue

Lamont P. Domingue

Doc. #426154