UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Makayla Brown, et al versus* : MAG. JUDGE ALMA L. CHASEZ
*Sun Valley, Inc., et al*
E.D. La. Suit No. 09-5248
Plaintiff:     Trinity Henry

*Sonya Andrews et al versus*
*Sun Valley, Inc., et al*
E.D. La. Suit No. 09-5659
Plaintiff:     Krystal Brown obo T.H. (Minor)

*Myra Williams, et al versus*
*Sun Valley, Inc., et al*
E.D. La. Suit No. 09-8603
Plaintiff:     Sonya Waller obo T.H. (Minor)

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF SUBMISSION

CONSIDERING THE FOREGOING:

PLEASE TAKE NOTICE that the Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets as to plaintiff, Trinity Henry, Krystal Brown obo T.H. (Minor) and Sonya Waller obo T.H. (Minor), filed by defendant, Sun Valley, Inc., through undersigned counsel, will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana on September 21, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE:     337-232-9700
FAX:         337-235-4943
E-Mail:  lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Submission has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue