## EXHIBIT C – SUMMARY OF INCONSISTENT PFS ANSWERS BY:
### SONYA WALLER obo T.H. (MINOR)
### KRYSTAL BROWN obo T.H. (MINOR)

| INFORMATION/DATA | PFS § | Waller PFS for T.H. - Combined | Brown PFS for T.H. |
|---|---|---|---|
| Plaintiff's Name | II.A | | |
| Attorney | III.B. | Schmidt | PSC |
| Date of Birth | IV.C. | | |
| Manufacturer | V.A.1. | | |
| Vin # | V.A.2. | | |
| FEMA I.D. # | V.A.3. | | |
| Bar Code | V.A.4. | 1344058 | 1372616 |
| Move In Date | V.A.6. | 4/06 | 9/2006 |
| Move Out Date | V.A.7. | 5/08 | 4/2007 |
| Installation Address | V.A.8. | | |
| Names of all residents | V.E. | 3 others | 5 others |
| Plaintiff's Smoking Hx | VI.C. | | |
| Smoking Hx of Others | VI.D. | "N/A" | Grandmother smoked outside, 20/day, 25 yrs. |
| Future Medical Claim | III.C.2. | "Don't know" | "Seizures, could not breath" |
| Diagnosed Illness (First question below chart) | III.C.3. | "bladder infection, strep throat, loss of appetite" | "N/A" |
| Tx for Formaldehyde Injury | VII.B. | "multiple," "Slidell Memorial" | "Seizures, trouble breath, stomach, headaches" |
| Psych Tx | III.C.8. | Not Making Claim | Making Claim, w/Treatment |
| Prior Medical Hx | VI(F)(1&4) | | |
| Produce Records | VIII (A-D) | Form 95 – No | Yes |
| Checklist | III.C. | 24 symptoms | 27 Symptoms |
| If requesting med. exp. | III.C.9. | No | Yes |
| If making a wage claim | IV.F.3 | | |
| No. of hrs. in trailer/day | V.A.13. | 24 hrs. | 18 hrs. |
| Signature | | s/Sonya Waller, undated | s/Krystal Brown, 12/17/08 |


DEFENDANT'S EXHIBIT NO. C