UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Janie Ruth Harvey v. Jayco, Inc.* | * | |
| Docket No. 09-8179 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Janie Ruth Harvey | * | |
|      Keith Lewis | * | |
|      Ruth Lewis | * | |
|        (individually and obo T.L.) | * | |
|      Ruby Michaels | * | |
|        (individually and obo B.M.) | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets; filed by defendants Jayco, Inc., Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Janie Ruth Harvey, Keith Lewis, Ruth Lewis, Ruth Lewis obo T.L., Ruby Michaels and Ruby Michaels obo B.M., are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE