UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Dejuan T. Hobbs v. Jayco, Inc.* | * | |
| Docket No. 09-8222 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Geraldine Bradley | * | |
| (obo T.H. and D.J.) | * | |
| Dejuan T. Hobbs | * | |
| Eugene Jackson | * | |
| Pearl A. Miller | * | |
| Carmen Denise Moffett | * | |
| Fabian E. Moran | * | |
| Lorraine Ruth Rodriguez | * | |

**************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc., who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Geraldine Bradley obo T.H. (Plaintiff in *Hobbs*, C.A. 09-8222)

- Geraldine Bradley obo D.J. (Plaintiff in *Hobbs*, C.A. 09-8222)

- Dejuan T. Hobbs (Plaintiff in *Hobbs*, C.A. 09-8222)

- Eugene Jackson (Plaintiff in *Hobbs*, C.A. 09-8222)

1

- Pearl A. Miller (Plaintiff in *Hobbs*, C.A. 09-8222)

- Carmen Denise Moffett (Plaintiff in *Hobbs*, C.A. 09-8222)

- Fabian E. Moran (Plaintiff in *Hobbs*, C.A. 09-8222)

- Lorraine Ruth Rodriguez (Plaintiff in *Hobbs*, C.A. 09-8222)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**

By:  s/*John J. Hainkel*
   JOHN J. HAINKEL, III – La. Bar No. 18246
   A.J. KROUSE – La. Bar No. 14426
   PETER R. TAFARO – La. Bar No. 28776
   3600 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone : (504) 599-8000
   Facsimile: (504) 599-8100

   **Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:  s/*Gerardo R. Barrios*
   ROY C. CHEATWOOD (La. Bar No. 4010)
   GERARDO R. BARRIOS (La. Bar No. 21223)
   M. DAVID KURTZ (La. Bar No. 23821)
   KAREN KALER WHITFIELD (La. Bar No. 19350)
   WADE M. BASS (La. Bar No. 29081)
   No. 3 Sanctuary Boulevard, Suite 201
   Mandeville, La 70471
   (985) 819-8400 – Telephone
   (985) 819-8484 – Facsimile
   rcheatwood@bakerdonelson.com
   gbarrios@bakerdonelson.com
   dkurtz@bakerdonelson.com
   kwhitfield@bakerdonelson.com
   wbass@bakerdonelson.com

   **Attorneys for CH2M Hill Constructors, Inc.**

## **CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

                                                                              s/*Thomas L. Cougill*
                                                                              THOMAS L. COUGILL

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 6th day of September, 2011.

                                                                              s/*Thomas L. Cougill*
                                                                              THOMAS L. COUGILL