UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Dejuan T. Hobbs v. Jayco, Inc.* | * | |
| Docket No. 09-8222 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Geraldine Bradley | * | |
| (obo T.H. and D.J.) | * | |
| Dejuan T. Hobbs | * | |
| Eugene Jackson | * | |
| Pearl A. Miller | * | |
| Carmen Denise Moffett | * | |
| Fabian E. Moran | * | |
| Lorraine Ruth Rodriguez | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Geraldine Bradley obo T.H., Geraldine Bradley obo D.J., Dejuan T. Hobbs, Eugene Jackson, Pearl A. Miller, Carmen Denise Moffett, Fabian E. Moran and Lorraine Ruth Rodriguez, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE