## CRYSTLE ACCARDO

| | |
|---|---|
| **From:** | CRYSTLE ACCARDO |
| **Sent:** | Thursday, August 25, 2011 11:18 AM |
| **To:** | 'kadoley@aol.com' |
| **Cc:** | Andy Weinstock; Carmen motes |
| **Subject:** | FEMA Trailer Litigation - GSCI Motions to Dismiss |
| **Attachments:** | GSCI - Order re MTD for Failure to Comply with PTOs 2 and 32 - Doley Plt - uncured PFS (8-25-11) (00231226).DOCX; GSCI - Memo in Supp of MTD for Failure to Comply with PTOs 2 and 32 Relating re PFS - Doley - uncured PFS (8-25-11) (00231225).DOC; GSCI - MTD for Failure to Comply with PTOs 2 and 32 - Doley Plt - uncured PFS (8-25-11) (00231223).DOCX |

Keith, attached is a Motion to Dismiss prepared by our office regarding Myron Counsel. Plaintiff cannot identify Gulf Stream as the manufacturer of the trailer he lived in and, therefore, we will be filing a Motion to Dismiss his claims. Please advise by close of business today, August 25, 2011, whether you have an objection to our filing this Motion.


Crystle A. Burns
Secretary to Andrew D. Weinstock, Joseph G. Glass and Paul J. Verlander
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

*******************Disclaimer*******************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.

1