# KEITH A. DOLEY

Attorney at Law
1554 North Broad Street
New Orleans, Louisiana 70119
Email: kadoley@aol.com

Telephone: (504) 943-7071                    Facsimile: (504) 945-4184

September 1, 2011

Andrew D. Weinstock
**Duplass, Zwain, Bourgeois, Pfister & Weinstock**
Attorneys at Law
3838 N. Causeway Boulevard – Suite 2900
Metairie, Louisiana 70002-8330

**Re:   FEMA Trailer Litigation**

Dear Mr. Weinstock:

Myron Castle wishes to supplement answers regarding the deficiency in his Plaintiff Fact Sheet as follows.

## MYRON CASTLE

2. Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A) (1).

    Cavalier

With kindest regards and best wishes. I remain,

Yours very truly,

*Keith A. Doley*

KEITH A. DOLEY
KAD:cajr


Cc:   Myron Castle
      Justin Woods
      Denise Martin