**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Glorine M. Fields v. Jayco, Inc.* | * | |
| Docket No. 09-8185 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Glorine M. Fields | * | |
| Margaret Marie Grace | * | |
| Paul Austin Grace, Sr. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc., who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Glorine M .Fields (Plaintiff in *Fields*, C.A. 09-8185)

- Margaret Marie Grace (Plaintiff in *Fields*, C.A. 09-8185)

- Paul Austin Grace, Sr.(Plaintiff in *Fields*, C.A. 09-8185)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.  The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of these plaintiffs.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Jayco, Inc.**




**FRILOT L.L.C.**


By:   s/*John J. Hainkel*___
      JOHN J. HAINKEL, III – La. Bar No. 18246
      A.J. KROUSE – La. Bar No. 14426
      PETER R. TAFARO – La. Bar No. 28776
      3600 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone : (504) 599-8000
      Facsimile: (504) 599-8100

      **Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC**


By:   s/*Gerardo R. Barrios*
       ROY C. CHEATWOOD (La. Bar No. 4010)
       GERARDO R. BARRIOS (La. Bar No. 21223)
       M. DAVID KURTZ (La. Bar No. 23821)
       KAREN KALER WHITFIELD (La. Bar No. 19350)
       WADE M. BASS (La. Bar No. 29081)
       No. 3 Sanctuary Boulevard, Suite 201
       Mandeville, La 70471
       (985) 819-8400 – Telephone
       (985) 819-8484 – Facsimile
       rcheatwood@bakerdonelson.com
       gbarrios@bakerdonelson.com
       dkurtz@bakerdonelson.com
       kwhitfield@bakerdonelson.com
       wbass@bakerdonelson.com

**Attorneys for CH2M Hill Constructors, Inc.**

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, The Law Offices of John Arthur Eaves, does not oppose this motion.

> s/*Thomas L. Cougill*
> THOMAS L. COUGILL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 6th day of September, 2011.

> s/*Thomas L. Cougill*
> THOMAS L. COUGILL