**From:** Kirk G. Ladner [mailto:kgladner@bellsouth.net]
**Sent:** Friday, August 26, 2011 11:07 AM
**To:** CARMEN MOTES
**Cc:** ANDREW WEINSTOCK
**Subject:** RE: FEMA: 8-10-2011

My office has spoken with Ms. Carter and it appears that she did not live in a Gulf Stream.

I hope my prior emails cleared up the Chandler confusion.

Kirk Ladner

---

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Monday, August 22, 2011 3:44 PM
**To:** Kirk G. Ladner
**Cc:** ANDREW WEINSTOCK
**Subject:** FEMA: 8-10-2011
**Importance:** High

Good afternoon,

I am in receipt of your 8-10-2011 re: to your response to our ltrs dated July 13th & 27th. In reviewing the PFS you provided you have Barbara R. Carter as being a GSCI plaintiff Spreadsheet pursuant to PTO 68, but when reviewing the PFS, **Keystone is the manufacturer listed**. If a claim was filed against GSCI, then we will file a Motion to Dismiss GSCI only as to Barbara R. Carter.

| Carter | Barbara R. Carter | 940769216 | Gulf Stream Coach, Inc. | Bechtel National, Inc. | Yes | Ables, et al. v. Gulf Stream Coach, Inc. | 09-05597 |

The same goes for the 2 claimants listed below pursuant to PTO 68 but **Layton Homes** is the manufacturer listed. If a claim was filed against GSCI, then we will file a Motion to Dismiss GSCI only as to Tina Charlene Chandler and Sarah Ladnier.

| Chandler | Tina Charlene Chandler | 9314452880 | Gulf Stream Coach, Inc. | Bechtel National, Inc. | Yes | Chandler, et al v. Gulf Stream Coach, Inc. | 2010-00308 |

1

**CRYSTLE ACCARDO**

| | |
|---|---|
| **From:** | CARMEN MOTES |
| **Sent:** | Friday, August 26, 2011 11:22 AM |
| **To:** | CRYSTLE ACCARDO |
| **Cc:** | ANDREW WEINSTOCK |
| **Subject:** | RE: FEMA: 8-10-2011 |
| **Importance:** | High |

We can dismiss Barbara R. Carter, per email listed below and Mr. Ladners response..

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chandler | Tina Charlene Chandler, mother of Sarah Ladnier | 9314452880 | | Gulf Stream Coach, Inc. | Bechtel National, Inc. | Yes | Chandler, et al v. Gulf Stream Coach, Inc. | 2010-00308 |

If you have any questions, please let me know.

Carmen

Carmen Motes
PARALEGAL TO ANDREW WEINSTOCK
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
cmotes@duplass.com

**********Disclaimer*************
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.