## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|          FORMALDEHYDE PRODUCTS | * | |
|          LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Beaver, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8668 | * | |
| Plaintiffs:  Henry Jackson, Alfred J. Jefferson, | * | |
| Allaina S. Jefferson, Cieana L. Jefferson, Deidre | * | |
| Johnson, Dejon Johnson, Whitney r. Johnson, | * | |
| Antoinette L. Johnson-Saucier, Connie A. Jones, | * | |
| Joseph L. Jones, Gail E. Kelly, Alice King | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs:  Jamal L. Jenkins, Whitney R. Johnson, | * | |
| Tia Johnson rep by Willie Brown, Michael Jones, | * | |
| Gail E. Kelly, Alice King | * | |
| | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8700 | * | |
| Plaintiffs:  Joseph H. Jones, Joseph L. Jones, | * | |
| Michael Jones, Randy A. Jones | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream

Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the

Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The

Plaintiffs are:

1.    Henry Jackson
2.    Alfred J. Jefferson
3.    Allaina S. Jefferson
4.    Cieana L. Jefferson

5.      Deidre Johnson
6.      Dejon Johnson
7.      Whitney R. Johnson
8.      Antoinette L. Johnson-Saucier
9.      Connie A. Jones
10.     Joseph L. Jones
11.     Gail E. Kelly
12.     Alice King
13.     Jamal L. Jenkins
14.     Tia Johnson rep by Willie Brown
15.     Michael Jones
16.     Joseph H. Jones
17.     Randy A. Jones

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

<u>**CERTIFICATE OF SERVICE**</u>

**I DO HEREBY CERTIFY** that on this 5th day of September, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**