UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Blanchard, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8667 | * | |
| Plaintiffs:  Mary E. Hendrix, Veronica A. Henry, | * | |
| Troylynn C. Jefferson, Devin M. Johnson, | * | |
| Joshua M. Johnson, Joseph L. Jones, Michael | * | |
| Jones, Chase D. Julian, Daniel P. Jurado, | * | |
| Patricia L. Jurado, Gail E. Kelly | * | |
| | * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8644 | * | |
| Plaintiffs:  Eddie M. Hernandez, Elaine P. | * | |
| Haynes, Hannah Heary, Emory Hunt, Jr., | * | |
| Henry Jackson, Devin M. Johnson, Deidre | * | |
| Johnson, Lynell B. Johnson, Joshua M. Johnson, | * | |
| Whitney R. Johnson, Connie A. Jones, Joseph L. | * | |
| Jones, Gail E. Kelly, Alice King | * | |
| | * | |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8701 | * | |
| Plaintiffs:  Elaine P. Haynes, Patricia Horton, | * | |
| Ronald J. Howard, Henry Jackson, Randy A. Jones | * | |

**************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The Plaintiffs are:

1. Mary E. Hendrix

00236712-1

2. Veronica A. Henry
3. Troylynn C. Jefferson
4. Devin M. Johnson
5. Joshua M. Johnson
6. Joseph L. Jones
7. Michael Jones
8. Chase D. Julian
9. Daniel P. Jurado
10. Patricia L. Jurado
11. Gail E. Kelly
12. Eddie M. Hernandez
13. Elaine P. Haynes
14. Hannah Heary
15. Emory Hunt, Jr.
16. Henry Jackson
17. Deidre Johnson
18. Lynell B. Johnson
19. Whitney R. Johnson
20. Connie A. Jones
21. Alice King
22. Patricia Horton
23. Ronald J. Howard
24. Randy A. Jones

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 5th day of September, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**