## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Addison, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8698 | * | |
| Plaintiffs:  Verline Howard, Rosetta E. Irons, | * | |
| Devin M. Johnson, Lakisha M. Johnson, | * | |
| Lois I. Johnson, Louins C. Johnson | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8646 | * | |
| Plaintiffs:  Henry Jackson, Alfred J. Jefferson, | * | |
| Allaina S. Jefferson, Cieane L. Jefferson, Britney | * | |
| R. Johnson rep by Lynell B. Johnson, Lynell B. | * | |
| Johnson, Dejon Johnson, Devin M. Johnson, | * | |
| Joshua M. Johnson, Antoinette L. Johnson-Saucier | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Eddie M. Hernandez, Elaine P. Haynes, | * | |
| Hannah Heary, Melvin Hogan, Emory Hunt, Jr., | * | |
| Henry Jackson, Lynell B. Johnson, Devin M. | * | |
| Johnson, Joshua M. Johnson, Joseph L. Jones, | * | |
| Rickey M. Jones | * | |
| | * | |
| *Chambliss, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4891 | * | |
| Plaintiffs:  Herman Hogues, Jr., Herman Hogues, | * | |
| III, Theresa J. Hogues | * | |

**************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the

00236733-1

Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The Plaintiffs are:

1. Verline Howard
2. Rosetta E. Irons
3. Devin M. Johnson
4. Lakisha M. Johnson
5. Lois I. Johnson
6. Louins C. Johnson
7. Henry Jackson
8. Alfred J. Jefferson
9. Allaina S. Jefferson
10. Cieane L. Jefferson
11. Britney R. Johnson rep by Lynell B. Johnson
12. Lynell B. Johnson
13. Dejon Johnson
14. Joshua M. Johnson
15. Antoinette L. Johnson-Saucier
16. Eddie M. Hernandez
17. Elaine P. Haynes
18. Hannah Heary
19. Melvin Hogan
20. Emory Hunt, Jr.
21. Joseph L. Jones
22. Rickey M. Jones
23. Herman Hogues, Jr.
24. Herman Hogues, III
25. Theresa J. Hogues

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900

3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 5th day of September, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00236733-1

3