

| | |
|---|---|
| FRANK S. BRUNO | JOSEPH BRUNO, JR. |
| JOSEPH M. BRUNO* | CHRISTOPHER M. HATCHER |
| STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

*Also Licensed To Practice In Texas

August 23, 2011

**VIA FEDERAL EXPRESS DELIVERY**
Andrew D. Weinstock
DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, Louisiana 70002

Re: *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
United States District Court, Eastern District of Louisiana
MDL No. 1873

Dear Mr. Weinstock:

Per your multiple correspondences regarding missing Plaintiff Fact Sheets, please find enclosed Plaintiff Fact Sheets for the following clients:

1.) Joanie Hayden
2.) Vernetta Haywood
3.) Joycelyn Hine
4.) Lesley Hines
5.) Joanne Hunter-Brooks
6.) Williw Ingram
7.) Johnette Jackson
8.) Betina James
9.) Dionne James-Berkley
10.) Shirley Jennings
11.) Elvie Johnson
12.) Marva Johnson

We have **not** been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals; as such we have no opposition to a Motion to Dismiss:

1.) Mary Hendrix
2.) Veronica Henry

 

855 BARONNE ST., NEW ORLEANS, LA 70113 • WWW.BRUNOBRUNOLAW.COM • TEL 504-525-1335 • TOLL FREE 1-800-966-1335 • FAX 504-581-1493

3.) Eddie Hernandez
4.) Elaine Haynes
5.) Hannah Heary
6.) Melvin Hogan
7.) Herman Hogues
8.) Theresa Hogues
9.) Patricia Horton
10.) Ronald Howard
11.) Verline Howard
12.) Emory Hunt
13.) Rosetta Irons
14.) Edwin Jackson
15.) Henry Jackson
16.) Alfred Jefferson
17.) Gwendolyn Jefferson o/b/o Allaina
18.) Cieane Jefferson
19.) Troylynn Jefferson
20.) Jamal Jenkins
21.) Britney Johnson
22.) Deidre Johnson
23.) Dejon Johnson
24.) Devin Johnson
25.) Joshua Johnson
26.) Lakisha Johnson
27.) Lois Johnson
28.) Louins Johnson
29.) Lynell Johnson
30.) Tia Johnson
31.) Whitney Johnson
32.) Antoinette Johnson-Saucier
33.) Connie Jones
34.) Joseph Jones
35.) Michael Jones
36.) Randy Jones
37.) Rickey Jones
38.) Chase Juliean
39.) Daniel Jurado
40.) Patricia Jurado
41.) Gail Kelly
42.) Alice King

Should you have any further requests/concerns, please feel free to contact me directly at (504) 304-2640

With kindest regards, I remain.

<div style="margin-left: 50%;">
Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie*

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno
</div>