UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Brelane Carriere, et al. v. Jayco, Inc., et al.* | * | |
| Docket No. 09-8317 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Tichawana Conrad o/b/o | * | |
|       Collins Jasper IV | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Tichawana Conrad on behalf of Collins Jasper IV filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Tichawana Conrad on behalf of Collins Jasper IV is **GRANTED** and the claims and causes of action of plaintiff, Tichawana Conrad on behalf of Collins Jasper IV, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Tichawana Conrad on behalf of Collins Jasper IV as filed in the case styled *Michelle Dantoni, et al. v. Jayco, Inc., et al.*, Cause No. 09-3910.

New Orleans, Louisiana, this ___2nd___ day of _____September_____, 2011.

_____
UNITED STATES DISTRICT JUDGE