UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-4713, 09-6504, 09-7070, | * | |
| 09-7072, 09-7834, 09-7855, 09-7889, | * | MAG. JUDGE CHASEZ |
| and 10-2190 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW FOREST RIVER, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

On Friday, August 26, 2011, Defendant Forest River, Inc. ("Forest River") moved this Court to dismiss the claims of the various plaintiffs against Forest River on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22608].

On Tuesday, August 30, 2011, the Court issued a Notice of Deficient Document advising that case 09-7834 does not name Forest River as a defendant.

Accordingly, Forest River respectfully moves the Court to withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

### CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 6, 2011 via electronic filing.

/s/  Ernest P. Gieger, Jr.

2