UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-4713, 09-6504, 09-7070, | * | |
| 09-7072, 09-7834, 09-7855, 09-7889, | * | MAG. JUDGE CHASEZ |
| and 10-2190 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

     In accordance with Pre-Trial Order No. 10, I hereby certify that on September 6, 2011, we corresponded with counsel for the plaintiffs via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to Withdraw. Plaintiffs' counsel has advised there is no opposition to the filing of this Motion to Withdraw.

     Respectfully Submitted,

     **GIEGER, LABORDE & LAPEROUSE, LLC**

     BY: /s/ Ernest P. Gieger, Jr.
     ERNEST P. GIEGER, JR. (6154)
     ANDREW A. BRAUN (#3415)
     J. MICHAEL DIGIGLIA (24378)
     GIEGER, LABORDE & LAPEROUSE, L.L.C.
     One Shell Square
     701 Poydras Street, Suite 4800
     New Orleans, Louisiana 70139-4800
     Telephone: (504) 561-0400
     Facsimile: (504) 561-1011
     egieger@glllaw.com
     abraun@glllaw.com
     mdigiglia@glllaw.com
     **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 6, 2011 via electronic filing.

                                         /s/  Ernest P. Gieger, Jr.