UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-5" |
| THIS DOCUMENT RELATES TO: Case Nos. 09-4713, 09-6504, 09-7070, 09-7072, 09-7834, 09-7855, 09-7889, and 10-2190 | * * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Unopposed Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 22608];

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted and, accordingly, the previously filed Motion to Dismiss [Rec. Doc. No. 22608] is hereby withdrawn.

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT