UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Cara Lowe on behalf of J.L., et al.* | * | |
| *v. Jayco, Inc., et al.* | * | JUDGE ENGELHARDT |
| Docket No. 09-5695 | * | |
| Plaintiffs: Orlando Arrom | * | |
| Ariel Denise Lowe | * | MAG. JUDGE CHASEZ |
| Kwanz Skinner | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF
PLAINTIFFS ORLANDO ARROM, ARIEL DENISE LOWE, AND KWANZ SKINNER**

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs, Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner, and in support they would respectfully show the court as follows:

I.  On or about August 14, 2009, Plaintiffs, Orlando Arrom, Ariel Denise Lowe and Kwanz Skinner, were named as plaintiffs in a case styled *Orlando Arrom, et al. v. Jayco, Inc., et al.*, Cause No. 09-5700. Subsequently, on or about August 14, 2009, Orlando Arrom, Ariel Denise Lowe and Kwanz Skinner were named as plaintiffs in a case styled *Lowe, Cara on behalf of J.L, et al. v. Jayco, Inc., et al.*, Cause No. 09-5695. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under

the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest*, 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Orlando Arrom, Ariel Denise Lowe and Kwanz Skinner appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner as filed in the case styled *Orlando Arrom, et al. v. Jayco, Inc., et al.*, Cause No. 09-5700.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

                                      Respectfully submitted,
                                      **WILLINGHAM, FULTZ & COUGILL LLP**

                                  By:   s/*Thomas L. Cougill*
                                             THOMAS L. COUGILL
                                             Texas State Bar No. 04877300
                                             Louisiana State Bar No. 31112
                                             R. MARK WILLINGHAM
                                             Texas State Bar No. 21641500
                                             JEFFREY P. FULTZ
                                             Texas State Bar No. 00790728
                                             Mississippi Bar No. 101058
                                             Niels Esperson Building
                                             808 Travis Street, Suite 1608
                                             Houston, Texas  77002
                                             (713) 333-7600 – Telephone
                                             (713) 333-7601 – Facsimile

                                    **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 6th day of September, 2011.

                                              s/*Thomas L. Cougill*
                                              THOMAS L. COUGILL