UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Stephen D. Morris, et al. v. Jayco, Inc., et al.* | * | |
| Docket No. 09-4055 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Emmanuel Davis | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Emmanuel Davis filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Emmanuel Davis is **GRANTED** and the claims and causes of action of plaintiff, Emmanuel Davis, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Emmanuel Davis as filed in the case styled *Michelle Dantoni, et al. v. Jayco, Inc., et al.*, Cause No. 09-3910.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE