UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          *         MDL NO. 1873
       FORMALDEHYDE PRODUCTS  *
       LIABILITY LITIGATION     *       SECTION "N-5"
                                  *
THIS DOCUMENT RELATES TO:  *      JUDGE ENGELHARDT
*Stephen D. Morris, et al. v. Jayco Inc., et al.*  *
Docket No. 09-4055          *      MAG. JUDGE CHASEZ
Plaintiff: Emmanuel Davis     *

**************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF EMMANUEL DAVIS**

COMES NOW, Defendant, Jayco, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Emmanuel Davis, and in support they would respectfully show the court as follows:

I. On or about June 15, 2009, Plaintiff, Emmanuel Davis, was named as a plaintiff in a case styled *Michelle Dantoni, et al. v. Jayco, Inc., et al.*, Cause No. 09-3910. Subsequently, on or about December 28, 2009, Emmanuel Davis was named as a plaintiff in a case styled *Stephen D. Morris, et al. v. Jayco, Inc.*, *et al.*, Cause No. 09-4055. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id.* The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench

upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest*, 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Emmanuel Davis appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Emmanuel Davis as filed in the case styled *Michelle Dantoni, et al. v. Jayco, Inc., et al.*, Cause No. 09-3910.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Emmanuel Davis in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Jayco, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 6th day of September, 2011.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL