UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Gerard Hobden, et al versus* | | * | |
| *SunnyBrook RV, Inc., et al* | | * | MAG: CHASEZ |
| *E.D. La. Suit No. 09-7113* | | * | |
| *and Joseph Carrier, et al. versus* | | * | |
| *SunnyBrook R.V., Inc., et al.* | | * | |
| *E.D. La. Suit No. 10-1305* | | * | |

*********************************************************************

## MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' AMENDED SUR-RESPONSE TO DEFENDANT SUNNYBROOK RV'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through undersigned counsel, comes defendant, SunnyBrook RV, Inc. ("SunnyBrook"), who moves the Court for permission to file a Response to Plaintiffs' Amended Sur-Response (Rec. Doc. #22631) to Defendant SunnyBrook's Reply (Rec. Doc. #22331-2) to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 (Rec. Doc. #22291) filed on behalf of plaintiffs, Hannah Pryon, the six-year

old daughter of plaintiff and next friend, Chanda Meadows, Chanda Meadows and Donna Meadows, on the grounds that plaintiffs' have alleged inaccuracies or misunderstandings by undersigned counsel which need to be addressed and further, that plaintiffs' Amended Fact Sheets have failed to cure the noted deficiencies noted and therefore, plaintiffs have failed to comply with Pre-Trial Orders #2 and #32, as more fully set out in the accompanying Response.

**ACCORDINGLY**, defendant, SunnyBrook RV, Inc., moves for dismissal with prejudice of the claims of plaintiffs, Chanda Meadows, Donna Meadows and Chanda Meadows, as next friend of Hannah Pryon, in accordance with Pre-Trial Orders #2 and #32 and Federal Rules of Civil Procedure Nos. 37(b)(2)(VI) and 41(b) for failure to comply with Pre-Trial Orders #2 and #32.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**

By:      */s/ Cynthia J. Thomas*
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile:  (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant, SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of September, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

| ( ) Hand Delivery | ( ) Facsimile |
| ( ) Prepaid U.S. Mail | ( ) UPS/Federal Express |
| ( X ) Electronic Mail | ( ) Certified Mail, Return Receipt Requested |

*/s/ Cynthia J. Thomas*
**CYNTHIA J. THOMAS**