UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: "N"(5)** |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Gerard Hobden, et al versus* | | * | |
| *SunnyBrook RV, Inc., et al* | | * | **MAG: CHASEZ** |
| *E.D. La. Suit No. 09-7113* | | * | |
| *and Joseph Carrier, et al. versus* | | * | |
| *SunnyBrook R.V., Inc., et al.* | | * | |
| *E.D. La. Suit No. 10-1305* | | * | |

**************************************************************************

## SUNNYBROOK'S RESPONSE TO PLAINTIFFS' AMENDED SUR-REPONSE TO DEFENDANT SUNNYBROOK RV'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes defendant SunnyBrook RV, Inc. ("SunnyBrook"), who files this Response to Plaintiffs Chanda Meadows, Donna Meadows and Hannah Pyron's Amended Sur-Response (Rec. Doc. #22631) to Defendant's Supplemental Reply to Plaintiffs' Sur-Reply (Rec. Doc. #22521-2).[1] Defendant wishes to address the so-called "inaccuracies or misunderstandings" alleged by plaintiffs in their Amended Sur-Response,

---

[1] Plaintiffs initially filed a Sur-Reply (Rec. Doc. #22457) to Defendant SunnyBrook RV's Reply (Rec. Doc.# 22331-2) to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets (Rec. Doc. $22291). Plaintiffs filed an Unopposed Motion for Leave to file Amended Sur-Response (Rec. Doc. #22606) asking for permission to replace the original Sur-Response which was granted by Order of the Court (Rec. Doc. #22630).

as follows: (All previous pleadings submitted by SunnyBrook in this matter are incorporated herein by reference.)

1. <u>Discs provided by Opposing Counsel in December 2009 and in May 2010 did not Contain PFS and Amendments to PFS for plaintiffs Chanda and Donna Meadows and Hannah Pryon.</u>

Plaintiffs' counsel unsupported assertion is that they submitted Plaintiff Fact Sheets ("PFS") for Chanda and Donna Meadows and Hannah Pryon to SunnyBrook and they further dispute undersigned counsel's statement that the Amended PFS were not received until August 16, 2011, after a direct request to Watts Hilliard for cures to deficiencies in plaintiffs' PFS. (Rec. Doc. #22521-3); however, this is most certainly not the case. It was not until August 25, 2010, that plaintiffs, Joseph Carrier, et al., filed a Supplemental and Amended Complaint in the MDL (Rec. Doc. 15970), adding the names of Chanda Meadows and Donna Meadows to the *Carrier* Civil Action No. 10-1305 (Rec. Doc. 15970-1).

Further, the CD initially supplied by plaintiff counsel on December 9, 2009 contained the original PFS for Hannah Pryon, not the Amended PFS. The Amendment to PFS CD subsequently sent by Watts Hilliard on May 27, 2010 to defendants' Liaison counsel (See Exh. "1") for deposit with the copy service and ordered by counsel for SunnyBrook[2], obviously did not contain Amended PFS for Donna Meadows or for Chanda Meadows since neither plaintiff had not been named as such until August 25, 2010.

2. <u>Plaintiffs Have Not Supplied Critical Data Required by Pre-Trial Orders #2 and #32.</u>

Plaintiff Counsel admit in the Amended Sur-Reply that in the case of each plaintiff, they have not been successful in contacting their clients. In spite of this assertion, opposing counsel continue to

---

[2] The procedure requires plaintiff counsel to provide PFS on disc to Manufacturing Defendants' Liaison Counsel. Liaison Counsel then notifies counsel for the various manufacturers that PFS' CDs have been received. SunnyBrook's name was listed on the notification from Liaison Counsel of the receipt of "Amendment Plaintiff Fact Sheet CD's received on May 28, 2010"from Watts Hilliard" by Liaison Counsel and the CD was duly ordered. Exh. "1".

2

insist that these three plaintiffs are "unclear" on specific move-in, move-out dates for the two trailers they claim to have occupied or in what sequence the trailers were occupied. (See Rec. Doc. ##22521-2, 22521-3 and 22521-4--plaintiffs Amended PFS.)

As noted in SunnyBrook's earlier pleadings, FEMA did not list SunnyBrook as the manufacturer of the trailer or trailers plaintiffs claim to have occupied. There is only a SunnyBrook VIN under one of the Champion Home Builders columns of what purports to be Government-provided information. (PFS-Rec. Doc. ## 22146-8, 9 and 10 and Amended PFS-Rec. Doc. ##22534-2, 3 and 4, which were received from plaintiff counsel on August 16, 2011).

SunnyBrook submits to the Court that plaintiffs Meadows and Pryon's failure to timely submit a PFS adequate to identify the SunnyBrook trailers as the temporary housing units of plaintiffs and the move-in, move-out dates for these THU, as directed by this Court in Pre-Trial Orders Nos. 2 and 32, evidences a clear delay on behalf of plaintiffs in complying with this Court's Orders and in advancing their claims.

Moreover, plaintiffs' failure to communicate with their counsel of record to provide the information required to complete their PFS is exactly why the claims of Chanda Meadows, Donna Meadows and Hannah Pryon should be dismissed at this time.

3.   Conclusion

Plaintiffs, Chanda Meadows, Donna Meadows and Hannah Pryon, have not submitted completed PFS as directed by PTO # 2 and #32. Therefore, based on the foregoing arguments, the arguments contained in SunnyBrook RV, Inc.'s Original Memorandum in Support of its Motion to Dismiss the Claims of these plaintiffs (Rec. Doc. 22146-3) and its subsequent pleadings and in accordance with PTO #2 and #32, and Federal Rule of Civil Procedure Nos. 37(b) (2) VI and 41(b), the Motion to Dismiss filed by SunnyBrook RV, Inc. should be granted, dismissing the claims of plaintiffs, Chanda Meadows, Donna Meadows and Hannah Pryon, with prejudice.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By: ____*/s/ Cynthia J. Thomas*____
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant, SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of September, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery          ( ) Facsimile
( ) Prepaid U.S. Mail      ( ) UPS/Federal Express
( X ) Electronic Mail      ( ) Certified Mail, Return Receipt Requested

*/s/ Cynthia J. Thomas*
**CYNTHIA J. THOMAS**

4