UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1873** SECTION: "N"(5) |
| **This Document Relates to:** *Gerard Hobden, et al versus SunnyBrook RV, Inc., et al* E.D. La. Suit No. 09-7113 *and Joseph Carrier, et al. versus SunnyBrook R.V., Inc., et al.* E.D. La. Suit No. 10-1305 | * * * * * * | **JUDGE: ENGELHARDT** **MAG: CHASEZ** |

*********************************************************************

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that defendant, SunnyBrook RV, Inc., is granted leave to file its Response to Plaintiffs' Amended Sur-Response to Defendant's Supplemental Reply to Plaintiffs' Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**