UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | JUDGE ENGELHARDT |
| | * | |
| *ALL CASES* | * | MAGISTRATE JUDGE CHASEZ |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Larry Gramovot of the law firm of Gramovot & Takacs, P.L., pursuant to Local Rule 83.2.11 and for reasons more fully explained in the accompanying Memorandum in Support of Motion to Withdraw as Counsel of Record, and moves this Honorable Court to allow him to withdraw as counsel of record for defendant, Colony National Insurance Company.

1

2

                                                        Respectfully submitted,

Of Counsel:

| Gramovot & Takacs, P.L. | /s/ Larry I. Gramovot |
| --- | --- |
| | Larry I. Gramovot |
| | 1400 Village Square Blvd., No. 3-405 |
| | Tallahassee, Florida 32312-1231 |
| | Telephone: (850) 325-1914 |
| | Facsimile: (850) 866-386-6321 |
| | **COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY** |

## CERTIFICATE OF SERVICE

    I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                                                        /s/ Larry I. Gramovot
                                                        Gramovot & Takacs, P.L.