UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGELHARDT |
| *ALL CASES* | * * | MAGISTRATE JUDGE CHASEZ |

**************************************

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT

**MAY IT PLEASE THE COURT:**

### BACKGROUND

Larry Gramovot of the law firm of Gramovot & Takacs, P.L. was initially retained by Colony National Insurance Company ("Colony") for the limited purpose of assisting James Sutterfield of the law offices of Sutterfield & Webb, L.L.C. in Colony's Opposition to Plaintiffs' Motion to Enjoin Conflicting Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction over this Litigation" (the "Motion to Enjoin"). As those proceedings are now moot and the Court has dismissed the previously filed Motion to Enjoin, Mr. Gramovot no longer has an interest in this matter and respectfully requests to be withdrawn from these proceedings

### LAW AND ARGUMENT

Pursuant to Local Rule 83.2.11, Mr. Gramovot provides the following information:

Colony was placed on notice of Mr. Gramovot's intent to file the instant Motion to Withdraw and the reasons therefore. Further, Colony has been apprised of the fact that no

motions are outstanding in this matter with respect to the representation provided by the firm. Additionally, Colony was notified of all deadlines and is represented in these proceedings by other counsel.

Colony and opposing counsel, per Local Rule 83.2.11, were notified via electronic mail of this Motion to Withdraw.

Granting this Motion will not delay this matter as Colony continues to be represented in these proceedings by Sutterfield & Webb, L.L.C.

Opposing counsel, Justin Woods, does not oppose the granting of this Motion to Withdraw.

**WHEREFORE**, for the reasons contained herein, Larry Gramovot of the law firm of Gramovot & Takacs, P.L. prays this Court allow him to withdraw as counsel of record for defendant, Colony National Insurance Company, in the captioned matter.

                Respectfully submitted,

Of Counsel:

Gramovot & Takacs, P.L.      /s/ Larry I. Gramovot
                  Larry I. Gramovot
                  1400 Village Square Blvd., No. 3-405
                  Tallahassee, Florida  32312-1231
                  Telephone: (850) 325-1914
                  Facsimile: (850) 866-386-6321
                  **COUNSEL FOR COLONY NATIONAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that, contemporaneously with or before filing, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

                  /s/ Larry I. Gramovot
                  Gramovot & Takacs, P.L.