UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT   * | | |
| LIABILITY LITIGATION            * | | |
| * | | SECTION "N" (5) |
| * | | |
| THIS DOCUMENT IS RELATED TO: * | | JUDGE ENGELHARDT |
| * | | |
| *ALL CASES*                           * | | MAGISTRATE JUDGE CHASEZ |
| * | | |

**************************************

**O R D E R**

Considering the Motion to Withdraw as Counsel of Record submitted by Larry Gramovot of the law firm of Gramovot & Takacs, P.L.:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Larry Gramovot of the law office of Gramovot & Takacs, P.L. is withdrawn as counsel of record for defendant, Colony National Insurance Company, in the captioned matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____ 2011.

_____
UNITED STATES DISTRICT JUDGE