UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

This Court has been informed by counsel that *Colony National Insurance Company v. Sunnybrook RV, Inc.*, Cause No. 20D02-1010-PL-84, filed in the Elkhart County Superior Court, State of Indiana, has been dismissed. Accordingly,

**IT IS ORDERED** that the **"Plaintiffs' Motion to Enjoin Conflicting State Court Proceedings in Elkhart County, Indiana that Interfere with this Court's Continuing Jurisdiction Over this Litigation" (Rec. Doc. 20861)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 6th day of September 2011.

                                                          **KURT D. ENGELHARDT**
                                                         **UNITED STATES DISTRICT JUDGE**