UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has been notified that certain plaintiffs have improperly filed requests to file supplemental and amending petitions without first contacting the defendants in question to ascertain whether the motions were actually unopposed. With the massive number of filings in this MDL, this Court **MUST** be able to rely on the statement that a motion is "Unopposed" if it is filed as such. To remedy this issue,

      **IT IS ORDERED** that this Court's Orders at Rec. Docs. 22359, 22571, 22349, 20648, and 21907 are hereby **VACATED.**

      **IT IS FURTHER ORDERED** that the underlying motions at Rec. Docs. 22336, 22549, 22329, 20646, and 21780, which were improperly filed as "unopposed", are **NOTICED FOR SUBMISSION** on **Wednesday, September 21, 2011, without oral argument.** Oppositions shall be filed in accordance with the Local Rules of this Court.

1

**IT IS FINALLY ORDERED** that counsel should refer to and re-familiarize themselves with Pretrial Order No. 10 (Rec. Doc. 301).

New Orleans, Louisiana, this 6th day of September, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**