UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Barsantin Alexander, et al. v. Jayco* | * | |
| *Enterprises, Inc., et al* | * | |
| Docket No. 09-4778 | * | MAG. JUDGE CHASEZ |
| Plaintiff: J'Hue Joseph | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff J'Hue Joseph filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff J'Hue Joseph is **GRANTED** and the claims and causes of action of plaintiff, J'Hue Joseph, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of J'Hue Joseph as filed in the case styled *Patricia Avery, et al. v. Jayco, Inc., et al.*, Cause No. 09-6701.

New Orleans, Louisiana, this ____6th____ day of ____September____, 2011.

_____
UNITED STATES DISTRICT JUDGE