UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom, et al., v. Jayco, Inc., et al.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Mary Bryant | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Mary Bryant filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Mary Bryant is **GRANTED** and the claims and causes of action of plaintiff, Mary Bryant, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Mary Bryant as filed in the case styled *Leshirl Alexander-Cornett, et al. v. Jayco, Inc., et al*, Cause No. 10-3567.

New Orleans, Louisiana, this ___6th___ day of ___September___, 2011.

_____
UNITED STATES DISTRICT JUDGE