UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Lucille McClain, et al. v. Jayco, Inc.* | * | |
| Docket No. 09-6032 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Bobbie Black | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Bobbie Black filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Bobbie Black is **GRANTED** and the claims and causes of action of plaintiff, Bobbie Black, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Bobbie Black as filed in the case styled *Roland Ayo, et al. v. Jayco, Inc., et al.*, Cause No. 09-4721

New Orleans, Louisiana, this ___6th___ day of _____September_____, 2011.

_____
UNITED STATES DISTRICT JUDGE