UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : JUDGE KURT D. ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY
LITIGATION : DOCKET NO: MDL 1873 (N-5)

This Document Relates to:
Dartez Cockheran et al v.
Sun Valley, Inc. et al
E.D. La. Suit No. 09-6316 : MAG. JUDGE ALMA L. CHASEZ
Plaintiff:   Dartez Cockheran
             Shelisa Cockheran
             Shi'nece Cockheran

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets filed by Sun Valley, Inc., is **GRANTED** and the claims of the following Plaintiffs are dismissed with prejudice

- Dartez Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)
- Shelisa Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)
- Shi'Nece Cockheran (Plaintiff in *Dartez Cockheran, et al v. Sun Valley, Inc., et al*, No. 09-6316)

New Orleans, Louisiana, this ___6th___ day of ___September___, 2011.

_____
United States District Judge