# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| **This Document Relates To:**<br>*Darryl Hood, et al v. Recreation by Design, LLC, et al,* 09-8406 | * * * * * * | MAGISTRATE:  CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Unopposed Motion for Partial Dismissal for Failure to Comply with Pre-Trial Order Nos. 2 and 32 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion For Partial Dismissal of the claims of plaintiffs, Travis Davis, Linda Davis-Lutcher, Linda Davis-Lutcher on behalf of Elizabeth Miller, Kanytta Miller, Raven Miller, and Travis Davis, Jr., Kendra Vason, and Kendra Vason on behalf of Terrill Vason and Trevor Vason, as to Recreation by Design, LLC only, with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana this 6th day of September, 2011.

_____
United States District Judge

1