UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT DOCKET NO: MDL 1873 (N-5) |
| THIS DOCUMENT IS RELATES TO: Myra Williams v Sun Valley, Inc., et al Docket No.: 09-8603 Plaintiffs:  Dianne Patterson Kelso Williams | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Sun Valley, Inc., is **GRANTED** as to the following Plaintiffs:

- Diane Patterson, Plaintiff in Williams v Sun Valley  C.A. No. 09-8603
- Kelso Williams, Plaintiff in Williams v Sun Valley  C.A. No. 09-8603

New Orleans, Louisiana, this ___6th___ day of ___September___, 2011.

_____
United States District Judge

Doc. 423931