UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sherrell Green, et al. v. Starcraft RV, Inc., et al.* | * | |
| Docket No. 10-3439 | * | |
| Plaintiffs: Breanna Dedeaux | * | JUDGE ENGELHARDT |
| Victoria Dedeaux | * | |
| Barbara Doyle | * | |
| Dominick Doyle | * | MAG. JUDGE CHASEZ |
| Selena Mickey | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey is **GRANTED** and the claims and causes of action of plaintiffs, Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Breanna Dedeaux, Victoria Dedeaux, Barbara Doyle, Dominick Doyle, and Selena Mickey as filed in the case styled *Bruce Robinson, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-7090.

New Orleans, Louisiana, this ____6th____ day of ____September____, 2011.

_____
UNITED STATES DISTRICT JUDGE