UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|       FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|       LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Leshirl Alexander-Cornett, et al. v. Jayco Inc.* | * | JUDGE ENGELHARDT |
| *and Jayco Enterprises, Inc., et al.* | * | |
| Docket No. 10-3567 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Donna Williams on behalf of A.R. | * | |

*********************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Donna Williams on behalf of A.R. filed by Jayco, Inc. and Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Donna Williams on behalf of A.R. is **GRANTED** and the claims and causes of action of plaintiff, Donna Williams on behalf of A.R., in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Donna Williams on behalf of A.R. as filed in the case styled *Steven Bell, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8617.

New Orleans, Louisiana, this ___6th___ day of _____September_____, 2011.

_____
UNITED STATES DISTRICT JUDGE