UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Arthur Buckhaton, et al. v. Jayco* | * | |
| *Enterprises, Inc., et al.* | * | |
| Docket No. 10-3435 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Mary Tarver | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Mary Tarver filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Mary Tarver is **GRANTED** and the claims and causes of action of plaintiff, Mary Tarver, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Mary Tarver as filed in the case styled *Susan Baugh, et al. v. Jayco, Inc., et al.*, Cause No 09-6964.

New Orleans, Louisiana, this  6th , day of      September    , 2011.

_____
UNITED STATES DISTRICT JUDGE