## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Carolyn Bailey, et al. v. Jayco Enterprises, Inc., et al.* | * | |
| Docket No. 09-8616 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Joyce Bethencourt | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Joyce Bethencourt filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Joyce Bethencourt is **GRANTED** and the claims and causes of action of plaintiff, Joyce Bethencourt, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Joyce Bethencourt as filed in the case styled *Sandy Barnes, et al. v. Jayco, Inc., et al.*, Cause No. 09-7887.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE