### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Valerie Cesar v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-1316 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Ruthie Marie Thomas | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco Enterprises, Inc. ("Jayco") and Fluor Enterprises, Inc. who move this Honorable Court to dismiss the claims of the following plaintiff, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiff is:

- Ruthie Marie Thomas (Plaintiff in *Cesar,* C.A. 09-1316)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff.

1

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Jayco Enterprises, Inc.**



**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
   Charles R. Penot, Jr. (La. Bar No. 1530 &
   Tx. Bar No. 24062455)
   717 North Harwood, Suite 2400
   Dallas, Texas 75201
   (214) 220-6334 – Telephone
   (214) 220-6807 – Facsimile

    *-and-*

   Dominic J. Gianna, La. Bar No. 6063
   Sarah A. Lowman, La. Bar No. 18311
   201 St. Charles Avenue, Suite 3100
   New Orleans, Louisiana 70170
   (504) 525-7200 – Telephone
   (504) 581-5983 – Facsimile

    *-and-*

2

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 7TH day of September, 2011.

_s/Thomas L. Cougill_
THOMAS L. COUGILL

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiff's counsel, Young & Hussain, does not oppose this motion.

_s/Thomas L. Cougill_
THOMAS L. COUGILL