# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS        LOUISIANA        MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                                              *TomC@willingham-law.com*

April 13, 2011

Gerald E. Meunier                                                                                 ***Via Email and Regular U.S. Mail***
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2800
gmeunier@gainsben.com

Dear Gerald:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Jerryal Baham v. American International Group*, cause no. 09-6000**

1. Jerryal Baham
2. Velma Baham

***Sheila Bonney v. Jayco, Inc.*, cause no. 09-4327**

1. Sheila Bonney
2. Amelia Francis
3. Rashaad Hanson
4. Samuel Johnson, Jr.
5. Xavier Lewis
6. Darnell Robinson
7. Mary Watts


EXHIBIT A

*Sylvia Brown v. Alliance,* cause no. 09-4953

1. Christopher Carradine
2. Frances Carradine

*Valerie Cesar v. Jayco, Inc.,* cause no. 09-1316

1. Nicole Thomas
2. Rodrick Antonio Thomas
3. Ruthie Marie Thomas
4. Ross Ventress
5. Mary Ventress-Allison

*Darrell Fortenberry v. Jayco, Inc.,* cause no. 10-2390

1. Beverly Collins
2. Darrell Fortenberry
3. Jalisa Fortenberry
4. Cynthia Kelly
5. Otis Kelly
6. Mary Watts

*Michael Guimbellot v. Jayco, Inc.,* cause no. 09-5229

1. Austin M. Guimbellot
2. Bonnie S. Guimbellot
3. Brittney Guimbellot

*Cynthia Kelly v. Jayco, Inc.,* cause no. 09-1079

1. Darrell Fortenberry
2. Jalisa Fortenberry
3. Otis Kelly

*Leo Sherman v. Keystone,* cause no. 09-5993

1. Leo Sherman

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc: Jerry Meunier (*via email*)
Andrew Weinstock (*via email*)
Henry Miller (*via email*)
Gerald Meunier (*via email*)
Justin Woods (*via email*)