**Roslyn West**

| | |
|---|---|
| **From:** | Palmer Lambert <plambert@gainsben.com> |
| **Sent:** | Tuesday, April 26, 2011 2:55 PM |
| **To:** | Roslyn West |
| **Subject:** | RE: Letter of April 13, 2011 (1 of 2 e-mails) |
| **Attachments:** | Thomas, Mary.jayco.pdf; Cesar,Valerie Jayco.pdf; Thomas,Nicole Jayco.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Roslyn,

We are preparing the PFSs that you requested, and I should be getting them to you either today or tomorrow.

The five plaintiffs in the Cesar v. Jayco case, 09-1316, are Young & Husain clients. Please contact Gloria Miranda (gmiranda@yhlawfirm.com), she will be able to assist with determining the dates PFSs were submitted. I am attaching the files she sent to me. Also, she believes that all PFS were submitted on September 29, 2010.

Amelia Francis is a Hurricane Legal Center client. I have requested that Denis Vega contact you regarding her PFS.

Thanks,
Palmer

M. Palmer Lambert, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Cell: 504-495-6857
Facsimile: 504-528-9973
Email: plambert@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Palmer Lambert
**Sent:** Friday, April 15, 2011 4:55 PM
**To:** 'roslynW@willingham-law.com'
**Cc:** Heather McCourtney; Justin Woods; Denise Martin
**Subject:** RE: Letter of April 13, 2011



EXHIBIT
B

Roslyn:

The following Plaintiffs referenced in your attached letter submitted Plaintiff Fact Sheets as required by Pretrial Orders 2 and 32. Therefore, we will not consent to your filing a Motion to Dismiss as unopposed. Below is a chart of the dates the PFSs were submitted to defense counsel:

| Name | PFS to Defense | Deficiency Cured |
|------|----------------|------------------|
| Jerryal Baham | 11/6/2009 | |
| Velma Baham | 11/6/2009 | |
| Sheila Bonney | 8/14/2009 | |
| Rashaad Hanson | 8/21/2009 | |
| Samuel Johnson Jr | 6/5/2009 | |
| Xavier Lewis | 8/21/2009 | |
| Darnell Robinson | 11/6/2009 | |
| Mary Watts | 10/17/2008 | |
| Christopher Carradine | 11/21/2008 | |
| Frances Carradine | 11/21/2008 | |
| Beverly Collins | 1/5/2009 | |
| Darrell Fortenberry | 11/6/2009 | |
| Jalisa Fortenberry | 11/6/2009 | |
| Cynthia Kelley | 1/30/2009 | |
| Otis Kelly | 11/6/2009 | |
| Mary Watts | 10/17/2008 | |
| Austin Guimbellot | 8/14/2009 | |
| Bonnie Guimbellot | 8/14/2009 | 10/16/2009 |
| Brittney Guimbellot (Schott) | 8/14/2009 | 10/16/2009 |
| Darrell Fortenberry | 11/6/2009 | |
| Jalisa Fortenberry | 11/6/2009 | |
| Otis Kelly | 11/6/2009 | |
| Leo Sherman | 11/20/2009 | |

The remaining individuals are either joint clients or clients of other counsel. We are working on obtaining the information for these individuals, but we suspect that the PFSs were likewise submitted in accordance with the Pretrial Orders. We are also in the process of checking to see if errata sheets will be necessary for any of the above-listed individuals.

We do not have the title of the CD produced. If Carmen is unable to locate the PFSs, we will offer to provide them; however, please give us a week within which to do so. If you have any further questions, please do not hesitate to contact me.

Thanks,
Palmer

M. Palmer Lambert, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Cell: 504-495-6857
Facsimile: 504-528-9973
Email: plambert@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.