## Roslyn West

| | |
|---|---|
| **From:** | Roslyn West |
| **Sent:** | Thursday, May 19, 2011 12:46 PM |
| **To:** | 'gmiranda@yhlawfirm.com'; andreww@duplass.com; caccardo@duplass.com; cmotes@duplass.com; Henry.Miller@usdoj.com; gmeunier@gainsben.com; jwoods@gainsben.com |
| **Cc:** | Tom Cougill |
| **Subject:** | FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Young & Husain |
| **Attachments:** | PFS letter YH.pdf; image001.jpg |

Good afternoon:

Attached is correspondence to plaintiff counsel regarding missing Plaintiff Fact Sheet(s) in complaint(s) that match or identify Jayco, Inc. and/or Starcraft RV.

Thank you,

**Roslyn West**
WILLINGHAM,
FULTZ & COUGILL LLP
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

***********************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**
The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.
***********************************************************************



1



# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                          *TomC@willingham-law.com*

May 19, 2011

Gloria Miranda                                                  *Via Email and Regular U.S. Mail*
Young & Husain, PLLC
2700 Post Oak Boulevard, Suite 1220
Houston, TX 77056
gmiranda@yhlawfirm.com

Dear Gloria:

Below is a list of Plaintiff(s) who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

*Valerie Cesar v. Jayco, Inc.*, **cause no. 09-1316**

1. Ruthie Marie Thomas

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc:  Andrew Weinstock *(via email)*
     Henry Miller *(via email)*
     Gerald Meunier *(via email)*
     Justin Woods *(via email)*