CLOSED

## U.S. District Court
## Western District of Louisiana (Lake Charles)
## CIVIL DOCKET FOR CASE #: 2:09-cv-01316-PM-KK

Cesar et al v. Jayco Enterprises Inc et al
Assigned to: Judge Patricia Minaldi
Referred to: Magistrate Judge Kathleen Kay
Demand: $0
Case in other court: EDLA, 07-01873
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/31/2009
Date Terminated: 02/25/2010
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Valerie Cesar

represented by **Gerald Edward Meunier**
Gainsburgh Benjamin et al (NO)
1100 Poydras St Ste 2800
New Orleans, LA 70163-2800
504-522-2304
Fax: 504-528-9973
Email: gmeunier@gainsben.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Nicole Thomas

represented by **Gerald Edward Meunier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ruthie Marie Thomas

represented by **Gerald Edward Meunier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mary Ventress-Allison

represented by **Gerald Edward Meunier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Rodrick Antonio Thomas

represented by **Gerald Edward Meunier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTIC*



**Plaintiff**

Ross Ventress            represented by   **Gerald Edward Meunier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Jayco Enterprises Inc

**Defendant**

Fluor Enterprises Inc

**Defendant**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2009 | 1 | COMPLAINT *FOR DAMAGES* against all defendants with Jury Demand filed by Valerie Cesar. (Attachments: # 1 Civil cover sheet cover sheet) (aty,Meunier, Gerald) (Entered: 07/31/2009) |
| 07/31/2009 | | CASE Assigned to Judge Patricia Minaldi and Magistrate Judge Kathleen Kay. (crt,Thigpen, M) (Entered: 08/11/2009) |
| 08/10/2009 | | FILING FEE: on behalf of Valerie Cesar, Nicole Thomas, Ruthie Marie Thomas, Mary Ventress-Allison, Rodrick Antonio Thomas, Ross Ventress in the amount of $350.00, receipt number 64635003291 (crt,Bacon, C) (Entered: 08/10/2009) |
| 08/11/2009 | 2 | SUMMONS ISSUED as to *Jayco Enterprises Inc (Defendant)+ Fluor Enterprises Inc (Defendant)* with answer to complaint due within time required by law. Requesting person *Gerald Edward Meunier * *Gainsburgh Benjamin et al (NO)* *1100 Poydras St Ste 2800* *New Orleans, LA 70163-2800* (crt,Thigpen, M) (Entered: 08/11/2009) |
| 08/11/2009 | 3 | SUMMONS ISSUED as to U S Attorney, U S Attorney General,*+ Federal Emergency Management Agency* with answer to complaint due within time required by law. Requesting person *Gerald Edward Meunier * *Gainsburgh Benjamin et al (NO)* *1100 Poydras St Ste 2800* *New Orleans, LA 70163-2800* (crt,Thigpen, M) (Entered: 08/11/2009) |
| 12/03/2009 | 4 | SUMMONS Returned Unexecuted by Valerie Cesar as to Fluor Enterprises Inc. (aty,Meunier, Gerald) Modified on 12/7/2009 to reflect unexecuted service and to remove answer due date (Keifer, K). (Entered: 12/03/2009) |
| 12/03/2009 | 5 | SUMMONS Returned Executed by Valerie Cesar. Service made upon U S Attorney. USA served on 8/28/2009, answer due 10/27/2009. (aty,Meunier, Gerald) Modified on 12/7/2009 to correctly reflect answer due date for USA |

| | | |
|---|---|---|
| | | (Keifer, K). (Entered: 12/03/2009) |
| 12/03/2009 | 6 | SUMMONS Returned Executed via long arm service by Valerie Cesar. Jayco Enterprises Inc served on 8/28/2009, answer due 9/28/2009. (aty,Meunier, Gerald) Modified on 12/7/2009 to correct answer due date via long arm service (Keifer, K). (Entered: 12/03/2009) |
| 12/03/2009 | 7 | SUMMONS Returned Executed by Valerie Cesar. Service made upon FEMA. USA served on 8/28/2009, answer due 10/27/2009. (aty,Meunier, Gerald) Modified on 12/7/2009 to edit text (Keifer, K). (Entered: 12/03/2009) |
| 12/03/2009 | 8 | SUMMONS Returned Executed by Valerie Cesar. Service made upon U S Attorney General. USA answer due 10/27/2009 (aty,Meunier, Gerald) Modified on 12/7/2009 to edit text (Keifer, K). (Entered: 12/03/2009) |
| 12/03/2009 | | NOTICE of Corrective Action to Gerald Edward Meunier on behalf of Valerie Cesar, Nicole Thomas, Rodrick Antonio Thomas, Ruthie Marie Thomas, Ross Ventress, Mary Ventress-Allison regarding documents 4 5 6 7 and 8 . Action taken: re 4 Summons Return Unexecuted - Service of the complaint is not considered properly executed (Service within the State of Louisiana cannot be effected through certified mail; therefore answer deadline has been terminated as to Fluor Enterprises; re 5 7 and 8 Summons Returned Executed - modified entries to correct answer deadline for USA to correctly reflect USA answer due 10/27/2009; re 6 Summons Return Executed via long arm service - docket text modified to reflect service was made via long arm and modified answer deadline for Jayco Enterprises to be 9/28/2009. (crt,Keifer, K) (Entered: 12/07/2009) |
| 02/17/2010 | 9 | NOTICE of Intent to dismiss, as to Fluor Enterprises Inc, for Failure to effect service within 120 days; as to Jayco Enterprises Inc and U S A, for Failure to take default 60 days after service. (crt,Smith, C) (Entered: 02/17/2010) |
| 02/22/2010 | 10 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation enclosing copy of Conditional Transfer Order (CTO-21) and advising 14-day period has elapsed and no opposition to transfer of case to Eastern District of Louisiana was received - In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL #1873). (Attachments: # 1 CTO 21) (crt,Reeves, T) (Entered: 03/01/2010) |
| 02/25/2010 | 11 | ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER (CTO # 21) directing transfer to Eastern District of Louisiana, In Re: FEMA Trailer Formaldehyde Products Liability Litigation (MDL # 1873). Copy of transfer order, complaint, and docket sheet emailed to receiving court with letter containing instructions for the electronic record to be accessed through our web site if needed. Case Terminated. *All future pleadings should be filed with the newly assigned court.* (Attachments: # 1 Transmittal Letter to ED/LA) (crt,Smith, C) (Entered: 03/02/2010) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| |

| 08/10/2011 14:36:47 |||| 
|---|---|---|---|
| PACER Login: | bw0758 | Client Code: | 412.00000 |
| Description: | Docket Report | Search Criteria: | 2:09-cv-01316-PM-KK |
| Billable Pages: | 3 | Cost: | 0.24 |