UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE 09-5383

## ORDER

**IT IS ORDERED** that the **Motion for Reconsideration (Rec. Doc. 22485)** is **DENIED AS MOOT**, based upon this Court's Order (Rec. Doc. 22737).

New Orleans, Louisiana, this 7th day of September 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**