UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
MEMBER CASE LISTED IN CAPTION
OF REC. DOC. 22731

## ORDER

**IT IS ORDERED** that the **Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 22731)** is **DENIED AS MOOT**, as the motion it seeks leave to withdraw (Rec. Doc. 22608) was marked as "deficient" and, therefore, is not pending.  It is not necessary to seek leave to withdraw a motion that has been marked "deficient."

New Orleans, Louisiana, this 7th day of September 2011.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**