UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Cara Lowe on behalf of J.L., et al.* | * | |
| *v. Jayco, Inc., et al.* | * | JUDGE ENGELHARDT |
| Docket No. 09-5695 | * | |
| Plaintiffs: Orlando Arrom | * | |
| Ariel Denise Lowe | * | MAG. JUDGE CHASEZ |
| Kwanz Skinner | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner, filed by Jayco, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiffs Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner is **GRANTED** and the claims and causes of action of plaintiffs, Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Orlando Arrom, Ariel Denise Lowe, and Kwanz Skinner as filed in the case styled *Orlando Arrom, et al. v. Jayco, Inc., et al.*, Cause No. 09-5700.

New Orleans, Louisiana, this ___7th___ day of ___September___, 2011.

_____
UNITED STATES DISTRICT JUDGE