UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 <br><br> SECTION: "N"(5) |
| This Document Relates to: *Gerard Hobden, et al versus SunnyBrook RV, Inc., et al* E.D. La. Suit No. 09-7113 and *Joseph Carrier, et al. versus SunnyBrook R.V., Inc., et al.* E.D. La. Suit No. 10-1305 | | * * * * * * * | JUDGE: ENGELHARDT <br><br> MAG: CHASEZ |

*************************************************************************

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that defendant, SunnyBrook RV, Inc., is granted leave to file its Response to Plaintiffs' Amended Sur-Response to Defendant's Supplemental Reply to Plaintiffs' Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of __September__, 2011.

UNITED STATES DISTRICT COURT JUDGE