## AMENDMENT PLAINTIFF FACT SHEET CD'S RECEIVED ON 5/28/2010 FROM WATTS HILLIARD, L.L.C.

The CD's are broken down by Each Manufacturer and it also indicates which case plaintiff is in. List is as follows:

Sean Evans v. Coachmen Industries

Shelly Fontenot (Terrell King) v. American Camper

Terrell Reed v. Cavalier Homes

Clyde Mitchell v. DS Corp

Mary January v. Dutchmen

Tyai Robinson v. Fleetwood

Cherlyn Rogers v. Forest River

Steve Robinson v. Frontier RV

Claudia Savoy v. Giles

Angela Pittman v. Gulf Stream

Marie Turner v. Gulf Stream

Shera Borne (Joshua Smith) v. Gulf Stream

Ebone Williams v. Horton Homes

Ashley Perro v. Indiana Bldg. Systems

Jessie Thomas v. Jayco

Huey Phan v. Keystone

Wendy January v. Keystone

Samaria Stubbs v Keystone

Maudean Harrison v. KZRV

Vernette Andry (Kiaron Odomes) v. Lakeside Park



EXHIBIT 1

Yolanda Goodwin v. Layton Homes

John Martin v. Liberty Homes

George Jones v. Monaco Coach

Alex Rogers v. Palm Harbor Homes, Inc.

Inoka Salter (Caitlyn McDavell) v. Starcraft

Ora Treaudo v. Stewart Park Homes

Ellis Joseph v. Superior Homes

Susan Pittman (Juliet Flanagan) v. Thor

Jasmine Ratliff v. Vanguard

Antoinette Brown v. Waverlee

Angela Hampton (Jasmine Hayes) v. Destiny

Sheryl Landry (Devin Landry) v. Oak Creek Homes

Angela Morris v. Alliance Homes

Rena Semien v. Timberland

Patricia Erwin v. Champion Home Builders

Anjene Treaudo v. Heartland

Joseph Carrier v. Sunnybrook ←

Patrick Williams v. Hy-Line

Joyce Calabretta v. Lexington Homes

Charles Horton v. Townhomes LLC

Toria King v. Homes of Merit

Virginia Hunter v. Redman Homes

JaByron Wilson v. River Birch Homes

Maria Raffield (Ethan Raffield) v. R-Vision

Mary Moore v. Scotbilt Homes

Jordan Kelley v. Silver Creek

Warren Thomas v. Skyline

Doris Batiste v. Southern Energy Homes

Delphine Jones .v Patriot Homes

Joan Martin v. Pilgrim

Goldie Cross v. RBD

Jonique Brown v. Patriot Homes

Stephen Ratcliff v. CMH

Leonard Lambert v. Viking

Acquanette German v. Sun Valley

Richard Brown v. Northwood