UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Stephanie Johnson v. Jayco, Inc.* | * | |
| Docket No. 09-8128 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Daphine Monique Johnson | * | |
| Stephanie Johnson | * | |
| (individually and obo S.J. and Z.J.) | * | |

**************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco, Inc., Bechtel National, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Daphine Monique Johnson, Stephanie Johnson, Stephanie Johnson obo S.J. and Stephanie Johnson obo Z.J., are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____7th____ day of ____September____, 2011.

_____
UNITED STATES DISTRICT JUDGE