IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Karen Augustine v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8457* | * | |

**************************************************************************

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in this suit, ***Danny Ellis, Travis Ellis, Debra Howard, Clarence Jackson, Daniel Jackson, Charlatia Kaufman, Charlatia Kaufman on behalf of L.K., Diane Nelson, Sandra Nelson, and Daniel Reed,*** with prejudice for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff to discern whether the motion was opposed or unopposed and the motion is unopposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of ***Danny Ellis, Travis Ellis, Debra Howard, Clarence Jackson, Daniel Jackson, Charlatia Kaufman, Charlatia Kaufman on behalf of L.K., Diane Nelson, Sandra Nelson, and***

*Daniel Reed* from *Karen Augustine v. Crum & Forster Specialty Ins. Co., et al,* No. 09-8457, with prejudice for failure to comply with Pre-Trial Orders No. 2 & 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __7th__ DAY OF __September__, 2011..
   ___/s Eric B. Berger_____

___/s Eric B. Berger___
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290