## Eric Berger

**From:** CHELE TALLON [cheletallon@gmail.com]
**Sent:** Tuesday, August 30, 2011 3:26 PM
**To:** Eric Berger
**Cc:** Kelly Moorman; Douglas Schmidt; Sidney Angelle
**Subject:** Fwd: FEMA: Motions to Dismiss



Dear Counsel,

Our records indicate that a CD was sent on 10/29/10 that contained the following Plaintiff Fact Sheets:

09-8454

Dolores Taylor


09-8457:

Dinetrius Dillon ind and obo V.J., T.J.

Vernon Johnson


I will be happy to resend these Plaintiff Fact Sheets if you would like.


We have been unable to contact these plaintiffs and will not object to your Motion to Dismiss:

Danny Ellis

Travis Ellis

Debra Howard

Clarence Jackson

Daniel Jackson

Charlatia Kaufman ind and obo L.K.

Diane Nelson

Sandra Nelson

Daniel Reed


---------- Forwarded message ----------
From: **Kelly Moorman** <kmoorman@damicolaw.net>
Date: Mon, Aug 29, 2011 at 8:42 AM
Subject: FEMA: Motions to Dismiss
To: Douglas Schmidt <dglsschmdt@yahoo.com>, CHELE TALLON <cheletallon@gmail.com>, "pborstell@gmail.com" <pborstell@gmail.com>
Cc: "Frank J. D'Amico" <frank@damicolaw.net>, "Reed G. Bowman" <rbowman@damicolaw.net>, Tequilla Hargrove <thargrove@damicolaw.net>, Eric Berger <ebb@lcba-law.com>


Dear Counsel:

We have received notice from Eric Berger's office that they are seeking to dismiss the following claims for no submitted PFS:


09-8454

Dolores Taylor


09-8457:

Dinetrius Dillon ind and obo V.J., T.J.

Leonard Dillon, Jr. ind and obo L.D.

Danny Ellis

Travis Ellis

Debra Howard

Clarence Jackson

Daniel Jackson

Charlatia Kaufman ind and obo L.K.

Diane Nelson

Sandra Nelson

Daniel Reed

Vernon Johnson

At this time, we ask that you contact defense counsel, Eric Berger directly regarding these claimants issues. Please copy us on any documentation that you forward so that we may update our notes on this side. Thank you.

Sincerely,

Kelly B. Moorman

Sr. Litigation Paralegal

Law Offices of Frank D'Amico, Jr., APLC

4731 Canal St.

New Orleans, LA 70119

Telephone (504) 525-7272

Facsimile (504) 525-9522

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT

--

**CHELE TALLON**
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

\*\*\* CONFIDENTIAL COMMUNICATION \*\*\* The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

\*\*\* IRS CIRCULAR 230 NOTICE \*\*\* Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.