UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | **MAG: CHASEZ** |
| *Blanchard, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8667<br>Plaintiffs: Mary E. Hendrix, Veronica A. Henry, Troylynn C. Jefferson, Devin M. Johnson, Joshua M. Johnson, Joseph L. Jones, Michael Jones, Chase D. Julian, Daniel P. Jurado, Patricia L. Jurado, Gail E. Kelly | * * * * * * * | |
| *Adams, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8644<br>Plaintiffs: Eddie M. Hernandez, Elaine P. Haynes, Hannah Heary, Emory Hunt, Jr., Henry Jackson, Devin M. Johnson, Deidre Johnson, Lynell B. Johnson, Joshua M. Johnson, Whitney R. Johnson, Connie A. Jones, Joseph L. Jones, Gail E. Kelly, Alice King | * * * * * * * * * | |
| *Bachemin, et al v. Gulf Stream Coach, Inc., et al* Docket No. 09-8701<br>Plaintiffs: Elaine P. Haynes, Patricia Horton, Ronald J. Howard, Henry Jackson, Randy A. Jones | * * * * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Mary E. Hendrix
2. Veronica A. Henry

00236719-1

3. Troylynn C. Jefferson
4. Devin M. Johnson
5. Joshua M. Johnson
6. Joseph L. Jones
7. Michael Jones
8. Chase D. Julian
9. Daniel P. Jurado
10. Patricia L. Jurado
11. Gail E. Kelly
12. Eddie M. Hernandez
13. Elaine P. Haynes
14. Hannah Heary
15. Emory Hunt, Jr.
16. Henry Jackson
17. Deidre Johnson
18. Lynell B. Johnson
19. Whitney R. Johnson
20. Connie A. Jones
21. Alice King
22. Patricia Horton
23. Ronald J. Howard
24. Randy A. Jones

New Orleans, Louisiana this 7th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE