UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Beaver, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 09-8668 | * | |
| Plaintiffs:  Henry Jackson, Alfred J. Jefferson, | * | |
| Allaina S. Jefferson, Cieana L. Jefferson, Deidre | * | |
| Johnson, Dejon Johnson, Whitney r. Johnson, | * | |
| Antoinette L. Johnson-Saucier, Connie A. Jones, | * | |
| Joseph L. Jones, Gail E. Kelly, Alice King | * | |
| | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8645 | * | |
| Plaintiffs:  Jamal L. Jenkins, Whitney R. Johnson, | * | |
| Tia Johnson rep by Willie Brown, Michael Jones, | * | |
| Gail E. Kelly, Alice King | * | |
| | * | |
| *Jones, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8700 | * | |
| Plaintiffs:  Joseph H. Jones, Joseph L. Jones, | * | |
| Michael Jones, Randy A. Jones | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Henry Jackson
2. Alfred J. Jefferson
3. Allaina S. Jefferson
4. Cieana L. Jefferson
5. Deidre Johnson

6. Dejon Johnson
7. Whitney R. Johnson
8. Antoinette L. Johnson-Saucier
9. Connie A. Jones
10. Joseph L. Jones
11. Gail E. Kelly
12. Alice King
13. Jamal L. Jenkins
14. Tia Johnson rep by Willie Brown
15. Michael Jones
16. Joseph H. Jones
17. Randy A. Jones

New Orleans, Louisiana this 7th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE