UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Addison, et al v. Gulf Stream Coach,* | * | **MAG: CHASEZ** |
| *Inc., et al*; Docket No. 09-8698 | * | |
| Plaintiffs:  Verline Howard, Rosetta E. Irons, | * | |
| Devin M. Johnson, Lakisha M. Johnson, | * | |
| Lois I. Johnson, Louins C. Johnson | * | |
| | * | |
| *Alexander, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8646 | * | |
| Plaintiffs:  Henry Jackson, Alfred J. Jefferson, | * | |
| Allaina S. Jefferson, Cieane L. Jefferson, Britney | * | |
| R. Johnson rep by Lynell B. Johnson, Lynell B. | * | |
| Johnson, Dejon Johnson, Devin M. Johnson, | * | |
| Joshua M. Johnson, Antoinette L. Johnson-Saucier | * | |
| | * | |
| *Anderson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-8665 | * | |
| Plaintiffs:  Eddie M. Hernandez, Elaine P. Haynes, | * | |
| Hannah Heary, Melvin Hogan, Emory Hunt, Jr., | * | |
| Henry Jackson, Lynell B. Johnson, Devin M. | * | |
| Johnson, Joshua M. Johnson, Joseph L. Jones, | * | |
| Rickey M. Jones | * | |
| | * | |
| *Chambliss, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4891 | * | |
| Plaintiffs:  Herman Hogues, Jr., Herman Hogues, | * | |
| III, Theresa J. Hogues | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

00236804-1

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Verline Howard
2. Rosetta E. Irons
3. Devin M. Johnson
4. Lakisha M. Johnson
5. Lois I. Johnson
6. Louins C. Johnson
7. Henry Jackson
8. Alfred J. Jefferson
9. Allaina S. Jefferson
10. Cieane L. Jefferson
11. Britney R. Johnson rep by Lynell B. Johnson
12. Lynell B. Johnson
13. Dejon Johnson
14. Joshua M. Johnson
15. Antoinette L. Johnson-Saucier
16. Eddie M. Hernandez
17. Elaine P. Haynes
18. Hannah Heary
19. Melvin Hogan
20. Emory Hunt, Jr.
21. Joseph L. Jones
22. Rickey M. Jones
23. Herman Hogues, Jr.
24. Herman Hogues, III
25. Theresa J. Hogues

New Orleans, Louisiana this 7th day of September, 2011.

UNITED STATES DISTRICT JUDGE