UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION:  N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Hillard, et al. v. Gulf Stream, et al.;* **06-cv-2576** | * | MAG: CHASEZ |

*************************************************************************

### JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

**NOW INTO COURT,** through undersigned liaison counsel, comes the **Manufacturing Defendants**, who seek to dismiss *Hillard, et al. v. Gulf Stream, et al.,* bearing docket number 06-cv-2576, from this mass action for reasons cited in the accompanying Memorandum in Support.

**WHEREFORE,** the Manufacturing Defendants pray that this Court dismiss *Hillard, et al. v. Gulf Stream, et al.,* bearing docket number 06-cv-2576, with prejudice, at plaintiffs' cost.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

00233557-1

## **C E R T I F I C A T E**

I hereby certify that on the 8th day of September, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                             s/Andrew D. Weinstock
                             _____
                             ANDREW D. WEINSTOCK #18495
                             andreww@duplass.com