UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Hillard, et al. v. Gulf Stream, et al.;* **06-cv-2576** | * | MAG: CHASEZ |

*************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing filed by the Manufacturing Defendants is hereby set for the 5th day of October, 2011, at 9:30 a.m.

    Respectfully submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,
    PFISTER, & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495
    JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **MANUFACTURING DEFENDANTS LIAISON COUNSEL**

00238016-1

**C E R T I F I C A T E**

I hereby certify that on the 8th day of September, 2011, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                          s/Andrew D. Weinstock
                                    _____
                                    ANDREW D. WEINSTOCK #18495
                                        andreww@duplass.com