UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Culler v. Gulf Stream, et al.;* **07-cv-4018** | * | MAG: CHASEZ |

*****************************************************************************

### JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING

**NOW INTO COURT,** through undersigned liaison counsel, comes the **Manufacturing Defendants**, who seek to dismiss *Culler, et al., v. Gulf Stream, et al.,* bearing docket number 07-cv-4018, from this mass action for reasons cited in the accompanying Memorandum in Support.

**WHEREFORE,** the Manufacturing Defendants pray that this Court dismiss *Culler, et al., v. Gulf Stream, et al.,* bearing docket number 07-cv-4018, with prejudice, at plaintiffs' cost.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com
**Manufacturing Defendants Liaison Counsel**

00233567-1

## **C E R T I F I C A T E**

I hereby certify that on the 8th day of September, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00233567-1