UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE | * | |
|       PRODUCTS LIABILITY | * | SECTION:  N(5) |
|       LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Culler v. Gulf Stream, et al.;* **07-cv-4018** | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MANUFACTURING DEFENDANTS' JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING**

MAY IT PLEASE THE COURT:

On August 07, 2007, Plaintiffs, through attorney, John Munoz, filed Plaintiff's Original Complaint for Damages, entitled *Culler, et al., v. Gulf Stream, et al.,* bearing docket number 07-cv-4018, in this Court (the "Complaint").[1] The Complaint identifies over 600 individual plaintiffs as parties to the suit.[2] The Complaint also identifies fourteen Defendants as manufacturers and suppliers of FEMA trailers in which one or more plaintiffs resided.[3] No individual plaintiff is specifically matched with a manufacturer of a particular trailer.[4]

On May 27, 2009, this Court issued Pretrial Order #38 (Rec. Doc. #1596) which placed on each plaintiff the burden of identifying and naming the sole manufacture responsible for erecting the travel-trailer in which he or she was housed through the Federal Emergency Management Agency ("FEMA").  Likewise, on December 14, 2009, this Court issued Pretrial Order #53 (Rec. Doc. #10228) which again placed upon each plaintiff the burden of identifying and naming only those government-contractors involved with his or her unit.

---

[1]     *See* Plaintiffs' Original Complaint for Damages, Rec. Doc. #1
[2]     *Id.*
[3]     *Id.*
[4]     *Id.*

On May 26, 2010, this Court issued Pretrial Order #68 (Rec. Doc. #14200) which ordered that all matching requests by plaintiffs should be received by FEMA by June 15, 2010. FEMA would be under no obligation to honor any requests received after this date. This order required all plaintiffs receiving responses to comply with all other Pretrial Orders - namely Orders #38 and #53 concerning the individual matching of manufacturer and contractor defendants to the correct plaintiff parties – by August 02, 2010.[5]

Pretrial Order #68 (Rec. Doc. #14200) further declared November 01, 2010, as the date by which both manufacturer and contractor defendants could seek dismissal of all actions which failed to comply with Pretrial Orders #38, #56, and/or #68.

Since the filing of the Complaint, Plaintiffs have taken no steps to properly match individual plaintiffs to specific manufacturers. Because Plaintiffs in this matter have failed to properly match individual plaintiffs to specific manufacturers in violation of Pretrial Orders #38 and #68, the Manufacturer Defendants seek dismissal of this matter, with prejudice, at Plaintiffs' costs.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

---

[5] Pretrial Order #68 also allowed plaintiffs a narrow exception identified as the "last chance" process by which he or she could receive matching data after the June 15, 2010, so long as strict protocol was followed. However, motions requesting access to the "last chance" must be received by August 02, 2010.

00233479-1

**Manufacturing Defendants Liaison Counsel**

**C E R T I F I C A T E**

I hereby certify that on the 8th day of September, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00233479-1