**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasondra Musacchia, et al v.* | * | Magistrate: Chasez |
| *Crum & Forster Specialty Ins. Co., et al* | * | |
| *No: 09-8361* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of the plaintiffs in this suit, *Kasondra Musacchia, Kriste Ruffin, Kriste Ruffin on behalf of E.R. and Kriste Ruffin on behalf of E.R.,* with prejudice for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 & 32 relating to the provision of Plaintiff Fact Sheets. Pursuant to the Court's Pre-Trial Order No. 10 § 1, counsel for Mover wrote counsel for plaintiff, and the Motion is opposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of *Kasondra*

*Musacchia, Kriste Ruffin, Kriste Ruffin on behalf of E.R. and Kriste Ruffin on behalf of E.R.* from *Kasondra Musacchia, et al v. Crum & Forster Specialty Ins. Co., et al*, No. 09-8361, with prejudice for his failure to comply with Pre-Trial Orders No. 2 & 32.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __8th__ DAY OF __September__, 2011..
____/s Eric B. Berger____

____/s Eric B. Berger____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290