EXHIBIT F

# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

September 8, 2010

**Via U.S. Mail**
Sidney J. Angelle
Eric B. Berger
Lobman, Carnahan, Batt,
Angelle & Nader, P.C.
400 Poydras Street
Suite 2300
New Orleans, LA 70130-3425

Re:   FEMA Trailers/Formaldehyde Product Liability Litigation
      Regarding Plaintiff: Kristie Ruffin.

Dear Mr. Angelle & Mr. Berger,

   Please find enclosed the requested information relating to the deficiencies of Ms. Kristie Ruffin.

   If you have any questions, please call our toll free number 1-800-992-5393 and ask for Scott Daniels. As always, I remain,

                                             Sincerely,

                                             J. Scott Daniels

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

# ERRATA SHEET

**Claimant Name: Kristie Ruffin**

**Claimant's Attorney: Buzbee**

18. Yes.

20. Coughing, shortness of breath.

23. After living in trailer.

28. Did not seek a medical professional for mental issues.

31. Amount unknown at this time.

33. No driver's license.

34. ███/1980.

35. Female.

44. Yes.

45. E███ C. J███ (2 years), E███ C. R███ (1 years).

48. Pilgrim.

49. VIN #: 5L4TP242063011600.

51. 1146113.

52. Travel trailer

53. November 1, 2006

54. November 1, 2007

55. 423 S. Kinler, Luling, Louisiana 70069.

81. Non-smoker. Has not smoked at all in the past.

103. Ochsner Medical.

104. Did not seek a medical professional for mental issues.

115. Medical authorizations have been mailed to Plaintiff. Will forward, once received.

_____   9-9-10_____
**Plaintiff or Representative**                                                **Date**