UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Rasheeda Anderson*<br>   *v. Liberty Mutual Ins. Corp.*<br>   No. 09-5737 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Denzel Jefferson
2. Larry Thomas
3. Linda Wilson
4. Marshall Wilson, Jr.
5. Marvin Wilson, Jr.
6. Marvin Wilson, Sr.
7. Mary Harrell
8. Mary Harrel admin. Tiara Blue
9. Toryana Harrell
10. Yolanda Hurst Massey

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of September, 2011.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana