## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | |
| ALL CASES | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### INTERVENING PLAINTIFFS' COUNSEL'S
### MOTION FOR COMMON BENEFIT ATTORNEYS' FEES AND
### <u>REIMBURSEMENT OF COMMON BENEFIT EXPENSES</u>

**NOW INTO COURT**, comes the Rodney & Etter, LLC law firm, through undersigned counsel, and moves this Court for an award of attorneys' fees for its work that benefitted all litigants in these consolidated matters and reimbursement of the expenses Rodney & Etter incurred in the investigation, filing and prosecution of the initial lawsuits that led to the current and future settlements.

Rodney & Etter files this motion and seeks attorneys' fees and expense reimbursement pursuant to Rules 23(h), 24(a) and 54(d) of the Federal Rules of Civil Procedure, as explained in the attached supporting memorandum and affidavit of counsel.

This petition for intervention and request for fees and expenses should be considered and granted by this Court, because: 1) this Court is presently considering the Plaintiffs' Steering Committee's request for common fund reimbursement from the manufactured housing settlement fund; 2) Rodney & Etter has a substantially and judicially recognized interest in the settlement funds; 3) Rodney & Etter's interest could be impaired or impeded by the claims of other counsel for common benefit attorneys' fees and expense reimbursement; and 4) The Plaintiffs' Steering Committee has not protected nor represented Rodney & Etter's interest.

In the event that there are not sufficient settlement funds presently available to compensate Rodney & Etter for its common benefit attorney work and expenses, Rodney & Etter respectfully urges this Court to retain and consider this motion whenever this Court allots common benefit attorneys' fees and cost reimbursements to plaintiffs' counsel in the future. Rodney & Etter hereby reserves the right to re-urge this motion in the future.

**WHEREFORE**, for the foregoing reasons and for the reasons contained in the attached memorandum in support, declaration of counsel and detailed time records, Intervening Plaintiffs' Counsel, the Rodney & Etter, LLC law firm, prays that this Court award the Rodney & Etter, LLC law firm reasonable attorneys' fees for its work that benefitted all litigants in these consolidated matters and order that the Rodney & Etter, LLC law firm be reimbursed for the expenses it incurred in the investigation, filing and prosecution of the initial lawsuits that led to the current and future settlements.

\

Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone:  (504) 483-3224
Facsimile:  (504) 483-2259
Email: jke@rodneylaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.

/s/ John K. Etter
**JOHN K. ETTER**