IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | |
| ALL CASES | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

**NOW INTO COURT**, through undersigned counsel, comes Rodney & Etter, LLC, and

submits the following declaration of their counsel, in support of Rodney & Etter's motion for

attorneys' fees and reimbursement of expenses incurred.

Rodney & Ettter's attorneys are experienced in complex litigation and have participated

in numerous civil rights and voting rights lawsuits, including *Chisom v. Roemer*, 501 U.S. 380,

111 S.Ct. 2354 (1991) which resulted in changing the districts for the Louisiana Supreme Court,

*Jones v. Edwards*, 674 F.Supp. 1225 (E.D. La. 1987) and *Louisiana Voter Registration*

*Education Crusade, Inc. v. Office of the Registrar of Voters for the Parish of Orleans*, 511 So.2d

1190 (La. App. 4th Cir. 1987). Undersigned counsel also represented plaintiffs on behalf of all New Orleans residents in the post-Katrina voting rights action, *Wallace v. Chertoff*, No. 05-5519 (E.D. La. 2006).

Mr. Etter, Mr. Rodney and the associate attorneys of Rodney & Etter have represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, government ethics, and intellectual property litigation. They have been counsel to local and state governments, foreign countries, corporations, and individuals.

During the time period for which Rodney & Etter is seeking common benefit fees and expense reimbursement, Rodney & Etter's attorneys were admitted to the state courts of Louisiana, the federal district courts in Louisiana and the United States appellate courts for the United States Fifth and Sixth Circuits.  Mr. Rodney was admitted to the bar in 1983.  Mr. Etter was admitted in 1997.  Before attending law school, Mr. Etter worked as an electronics engineer and manager for fifteen years in the computer and medical equipment industries.  Mr. Etter is also admitted to practice before the United States Patent and Trademark Office.

Mr. Etter's present rate for complex litigation, class action defense and intellectual property matters on behalf of private parties is $250.00 per hour.  Mr. Rodney's present rate for such matters and clients is $300.00 per hour.   Their rates for public entities, non-profit organizations and small businesses range from $125 to $250 per hour, depending on the complexity of the matter and the client's financial situation.  Rodney & Etter urges this Court to award fees at a rate of $250.00 for its attorneys and $75.00 per hour work done by the firm's paralegals.

Rodney & Etter's attorneys devoted 1,373.80 hours to the FEMA trailer formaldehyde litigation between June 1, 2006 and March 23, 2008, as detailed in the attached summary table (Exhibit A) and detailed time records (Exhibits B and C). Rodney & Etter's attorneys and paralegals initially recorded their work in the *Decarlo McGuire* matter and later recorded their time under the *FEMA Trailer Formaldehyde Litigation* matter. Rodney & Etter's paralegals spent 396.25 hours on this litigation. At an attorney rate of $250 per hour and a paralegal rate of $75 per hour, Rodney & Etter is entitled to $373,168.75. Rodney & Etter also paid $10,563.15 for formaldehyde testing, attendance at the Joint Panel on Multi-District Litigation hearing, attending the Congressional Sub-Committee hearing on the FEMA trailers, filing fees, experts and other expenses in this litigation, between June 1, 2006 and March 23, 2008, as detailed on the attached summary (Exhibit D).

Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone:  (504) 483-3224
Facsimile:  (504) 483-2259
Email: jke@rodneylaw.com

## CERTIFICATE OF SERVICE

 I **HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.

/s/ John K. Etter
**JOHN K. ETTER**