IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | |
| ALL CASES | |

## NOTICE OF SUBMISSION

Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorneys' Fees and Reimbursement of Common Benefit Expenses, filed by Rodney & Etter, LLC, shall be presented to the Court for submission on October 5, 2011 at 11:00 a.m., or upon such other date as the Court may direct.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                                                   _____
                                                                                                    MAGISTRATE JUDGE

2

Respectfully submitted,


/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone:  (504) 483-3224
Facsimile:  (504) 483-2259
Email: jke@rodneylaw.com


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of September, 2011.

/s/ John K. Etter
**JOHN K. ETTER**