FEMA TRAILER FORMALDEHYDE LITIGATION

RODNEY & ETTER, LLC

ATTORNEY & PARALEGAL HOURS -- JUNE 1, 2006 THROUGH MARCH 23, 2008

| Attorneys | Initials | FEMA Trailer Hours | McGuire Hours | Total Hours | Attorney Fees at $250 per hour |
|---|---|---|---|---|---|
| Roy J. Rodney, Jr | RJR | 263.25 | 0.00 | 263.25 | $ 65,812.50 |
| John K. Etter | JKE | 278.65 | 62.50 | 341.15 | $ 85,287.50 |
| Cole J. Griffin | CJG | 37.25 | 1.75 | 39.00 | $ 9,750.00 |
| J. Marston Fowler | JMF | 1.75 | 6.75 | 8.50 | $ 2,125.00 |
| Laura L. Davenport | LLD | 21.00 | 0.00 | 21.00 | $ 5,250.00 |
| Mary J. Honore | MJH | 0.50 | 8.75 | 9.25 | $ 2,312.50 |
| Yvette P. Cravins | YPC | 243.55 | 448.10 | 691.65 | $ 172,912.50 |
| **Total Attorney Hours** | | **845.95** | **527.85** | **1373.80** | **$ 343,450.00** |

| Paralegals | | | | | Paralegal Fees at $75 per hour |
|---|---|---|---|---|---|
| Katherine A. Szadziewicz | KAS | 255.50 | 2.00 | 257.50 | $ 19,312.50 |
| Ninfa B. Musser | NBM | 2.75 | 0.00 | 2.75 | $ 206.25 |
| Kelly N. Bryant | KNB | 109.00 | 23.75 | 132.75 | $ 9,956.25 |
| Christine M. Bourque | CMB | 0.00 | 3.25 | 3.25 | $ 243.75 |
| **Total Paralegal Hours** | | **367.25** | **29.00** | **396.25** | **$ 29,718.75** |

**Total Fee - Attorney & Paralegal**                                                                $ 373,168.75


EXHIBIT A