FEMA Trailer Formaldehyde Litigation

Rodney & Etter LLC Expenses

| Date | Description | Amount |
|---|---|---|
| 7/19/2006 | Formaldehyde Testing - U.S. Risk Management | $ 2,482.11 |
| 8/14/2006 | Civil Sheriff - Service Fees | $ 72.20 |
| 8/22/2006 | Civil District Court - Class Action Filing Fee | $ 3,640.84 |
| 8/25/2006 | Civil District Court - Filing Fee | $ 30.00 |
| 9/7/2006 | Civil Sheriff - Service Fees | $ 20.00 |
| 9/7/2006 | Fed Ex Delivery Fee | $ 12.55 |
| 5/30/2007 | Kimberly Nelson - USDC WD La Filing Fee | $ 350.00 |
| 7/15/2007 | Civil Sheriff - Service Fees | $ 20.00 |
| 7/18/2007 | Airfare - Congressional Hearing - Washington DC | $ 585.60 |
| 7/24/2007 | Lodging & Meals - Congressional Hearing - Washington DC | $ 274.65 |
| 7/26/2007 | Fed Ex Delivery Fee | $ 27.19 |
| 8/29/2007 | Half of Initial Retainer for Dr. Godish | $ 500.00 |
| 8/30/2007 | Fed Ex Delivery Fee | $ 36.26 |
| 9/20/2007 | Fed Ex Delivery Fee | $ 29.39 |
| 9/20/2007 | Fed Ex Delivery Fee | $ 24.66 |
| 9/27/2007 | Fed Ex Delivery Fee | $ 17.63 |
| 9/28/2007 | Airfare & Lodging - JPML Hearing New York | $ 865.37 |
| 9/28/2007 | Meals - JPML Hearing New York | $ 24.39 |
| 9/28/2007 | Taxi & Parking - JPML Hearing New York | $ 99.75 |
| 10/4/2007 | Fed Ex Delivery Fee | $ 17.63 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/1/2007 | Legal Filing & Messenger Service Fee | $ 30.00 |
| 12/6/2007 | Formaldehyde Testing - U.S. Risk Management | $ 1,342.93 |
| **TOTAL** | | **$ 10,563.15** |


EXHIBIT D