Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 29, 2011**

**Via Email**
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
                 MDL No. 07-1873
                 *Gulf Stream Coach, Inc. Missing PFS*

Dear Counsel:

      Pursuant to your letter dated July 29, 2011, after researching our files we are unable to locate a Plaintiff Fact Sheet for the following:

Kayla Dobson
Brenda Doucet
Patrick Doucet

      Thanking you for your attention to this matter, I remain

                            Sincerely,

                            s/Roberta L. Burns

                            Roberta L. Burns

RLB/jb
Encls.



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 29, 2011
Page 2

cc:
**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.