UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Allen, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-742<br>Plaintiff: Kayla Dobson<br><br>*Alkurd, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-3553<br>Plaintiffs: Brenda Bushnell Doucet, Patrick Doucet | * * * * * * * * * | MAG: CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Kayla Dobson
2. Brenda Bushnell Doucet
3. Patrick Doucet

_____
UNITED STATES DISTRICT JUDGE

00238448-1