UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al. (10-3702)* | | MAGISTRATE CHASEZ |

******************************************

### Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Specifically, these plaintiffs have not submitted plaintiff fact sheets as required by Pre-Trial Order Nos. 2 and 32:

| | |
|---|---|
| Helen Albarado | Madeline Deshotel |
| Raymond Albarado | Melissa Henry Deshotel |
| Lynn T. Blasio | Timothy Deshotel |
| Lynn T. Blasio o/b/o Heather Blasio | Jermaine J. Duplessis |
| Mary Blazio | Gary Eishtadt |
| Anthony Brown | Carl J. Fontenot |
| Candy Burkhardt | Pamela Jean Fontenot |
| Candy Burkhardt o/b/o Brianna Burkhardt | Henry Fuselier |
| Rebecca A. Deroche | Justina M. Hardt |

389042.1

1

| | |
|---|---|
| David Wayne Hernandez | Barbara M. Meyer |
| Kathy Melerine Hernandez | Paul Mayeux |
| Ameila Johnson | Yockey Patcheco |
| Henry Long | Angele M. Sentilles |
| Marie L. Long | Donald Glen Topey |
| Albert J. Mackles | Tanya A. Topey o/b/o Kadden Topey |
| Clara Frances Mackles | Tanya Ann Topey |
| Harold McCallon | Chad Victoriana |
| Patricka McCallon | Shirley H. Washington |
| Judy Mayeux | |

In support of this motion, Morgan submits the following exhibits:

- Exhibit 1 – June 17, 2011, letter from Amanda Stout to Roberta Burns;
- Exhibit 2 – August 24, 2011, letter from Roberta Burns to Amanda Stout; and
- Exhibit 3 – September 2-7, 2011, email exchange between Amanda Stout and Roberta Burns.

Counsel for the plaintiffs has advised that they do not oppose Morgan's motion. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., therefore, pray that their Motion to Dismiss with Prejudice be granted, dismissing the claims against Morgan asserted by the aforementioned plaintiffs in *Helen Albarado, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-3702, with prejudice for their failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

**Certificate of Service**

I certify that, on September 8, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

389042.1

2