

**McGLINCHEY STAFFORD PLLC**

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

Roberta L. Burns
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Helen Albarado, et al. v. Morgan Buildings and Spas, Inc., et al. (10-3702)*

Dear Roberta:

On October 15, 2010, your firm filed the matter styled *Helen Albarado, et. al. v. Morgan Buildings and Spas, Inc., et al.*, bearing Eastern District of Louisiana Suit No. 10-3702. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (Morgan) are named as a manufacturing defendants. We are writing to request that you correct several deficiencies with the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

We have no record of the following plaintiffs submitting PFS: Helen Albarado, Raymond Albarado, Linda Blanchard, Lynn Blasio, individually and o/b/o Heather M. Blasio, Mary Blasio, Anthony Brown, Candy L. Burkhardt, Cindy Burkhardt o/b/o Brianna Courtney Burkhardt, Rebecca A. Deroche, Madeline Deshotel, Melissa Deshotel, Timothy Deshotel, Jermaine J. Duplessis, Gary Eishtadt, Carl J. Fontenot, Pamela Jean Fontenot, Henry Fuselier, Justina M. Hardt, David Wayne Hernandez, Kathy Melerine Hernandez, Amelia Johnson, Henry Long, Marie L. Long, Albert J. Mackles, Clara Frances Mackles, Harold McCallon, Patricka McCallon, Judy Meyaux, Barbara Meyer, Paul Meyeux, Adam Henry Patcheco, Karen C. Patcheco, Patricia Patecheco, Yockey Patcheco, Philip Charles Perera, Albert Schmiderer, Angela M. Sentilles, Donald Glen Topey, Tanya Topey o/b/o Kadden Glen Topey, Tanya Ann Topey, Chad Victorinana and Shirley Washington.

Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. The plaintiffs were required to submit completed PFS within 30 days of filing the complaint. *See* Pretrial Order No. 32, page 4 § G. Thus, the plaintiffs were to submit completed PFS by November 15, 2010. We are not aware of any request by the plaintiffs for an extension of the applicable PFS deadlines. Pre-Trial Order Nos. 2

**EXHIBIT 1**

Roberta L. Burns
June 17, 2011
Page 2

and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing.

As the aforementioned plaintiffs are not in compliance with Pre-Trial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed for a plaintiff, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

Please contact me on or before July 13, 2011 at 4:00 p.m. to hold a Rule 37.1 conference concerning the aforementioned plaintiffs' PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

With regard to the remaining plaintiffs in this suit, the attached spreadsheet outlines those sections for which insufficient responses were provided or no response was provided. In accordance with Pretrial Order Nos. 2, 32 and 86, please provide an amended PFS addressing the deficiencies noted for the remaining plaintiffs within 30 days. Otherwise, Morgan will proceed with filing a motion to dismiss their claims as well.

We also note that the names of two plaintiffs appear to have been duplicated in this suit: Clarence Blagio and Jay Authement. Clarance Blagio's name appears twice. The suit also identified Jay Authement and Jay J. Authement as plaintiffs. Please advise whether these names have been duplicated or if they are separate plaintiffs.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

*Amanda Stout*

Amanda S. Stout

Enclosure

380483.1

HELEN ALBARADO, ET AL.
VS.
MORGAN BUILDINGS & SPAS, INC., ET AL.
EDLA NO: 09-3702

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 1 | Albarado | Helen | | No | |
| 2 | Albarado | Raymond | | No | |
| 3 | Arceneaux | Felix E. Jr. | | Yes | Section V: A-4, A-6 (better date), A-7 (better date), B<br>Section VI: F-3, F-4<br>Section IX: C, D, E<br>Missing: All executed authorizations, privacy act release, and certification |
| 4 | Atkinson | Johnny | | Yes | Section III: C-6<br>Section IV: (background): F-2<br>Section V: A-4, A-19<br>Section VII: B<br>Section IX: B, D, E |
| 5 | Atkinson | Peggy Ann | | Yes | Section V: A-4, A-19<br>Section VI: G<br>Section IX: B, D, E |
| 6 | Authement | Jay | | No (is this a repeat of Jay J. Authement?) | |
| 7 | Authement | Jay J. | | Yes (we have a Jay J. Authement Sr. – is this the same person?) | Section III: C-2<br>Section V: A-1, A-2, A-3, A-4<br>Section VII: B (need dates)<br>Section IX: B (need dates)<br>Missing: Executed Auth for Psychological Records |
| 8 | Authement | Jaylin A. | | Yes | Section IV (background): F-2<br>Section V: A-1, A-2, A-3, A-4<br>Section VII: B<br>Missing: Executed Auth for Psychological Records |
| 9 | Authement | Linda Ellen | | Yes | Section V: A-1, A-2, A-3, A-4<br>Section VII: B<br>Missing: (1) Executed Auth for Psychological Records, (2) Release of Records with no loss wages |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 10 | Begnaud | Linda | | Yes | PFS #1<br>Section V: A-8, A-13 (need date), B (test results needed)<br>Section VII: B<br>Section IX: B (need dates)<br><br>PFS #2<br>Section III: C-6<br>Section IV (background): E, F-1 (dates needed), G<br>Section IV (family): A (medical condition?)<br>Section V: A-8 (need better date), A-7 (need better date), B (need test info and results), F-1(need dates), F-2, F-4<br>Section VII: B (better addresses and need dates)<br>Section IX: Entire Section |
| 11 | Biddle | Dennis | | Yes | Section V: A-2, A-4, E (need full names)<br>Section IV: D |
| 12 | Biagio | Donald | | Yes | Section III: C-6, C-9<br>Section IV (background): F-1, F-2<br>Section IV (family): A<br>Section V: A-2, A-3, A-4, A-6 (better date), A-7 (better date), A-19 (need days), B (need name and date as well as the results), E (need nature of injuries)<br>Section VI: C-1, D-1, D-2, F-1, F-3 (need date)<br>Section VII: B<br>Section IX: Entire Section |
| 13 | Biagio | Rosemary | | Yes | Section III: C-5<br>Section IV: A<br>Section V: A-2, A-3, A-4, A-19 (need days), B (need name and date as well as the results), E (need nature of injuries)<br>Section VII: Entire Section<br>Section IX: B, C, D, E |
| 14 | Biagio* | Clarence | | Yes | Section IV (background): B, E, F-1, F-2<br>Section V: A-2, A-4, A-6 (better date), A-7 (better date), E (what is the injuries),<br>Section VII: B<br>Section IX: B (need date), E (need date) |
| 15 | Biagio** | Clarence | | No (is this a repeat of Clarence Biagio?) | |
| 16 | Blanchard | Kenneth | | Yes | Yes |
| 17 | Blanchard | Linda | | Yes | Section IV (background): G (more info needed) |
| 18 | Blasio | Faith | | Yes | Section III: C-1<br>Section IV (background): F-1, F-2<br>Section V: A-2, A-4, A-6 (need better date), A-7 (need better date), E (need injuries)<br>Section IX: D<br>Missing: All executed authorizations except to the Auth for Use and Disclosure of PHI |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 19 | Blasio | Lynn | Blasio, Heather M. | No | |
| 20 | Blasio | Lynn T. | | No | |
| 21 | Blasio | Mary | | No | |
| 22 | Brown | Anthony | | No | |
| 23 | Bryant | Margaret Rhodes | | Yes | Section IV (background): F-1, F-2<br>Section V: A-2 |
| 24 | Bryant | William Hartam | | Yes | Section V: A-2 |
| 25 | Burkhardt | Candy L. | | No | |
| 26 | Burkhardt | Cindy | Burkhardt, Brianna Courtney | No | Section III: C-5<br>Section V: A-3, A-4, E (need injuries and better dates)<br>Section VII: B<br>Section IX: Entire Section |
| 27 | Carnesi | Jerrilyn Canton | | Yes | Section III: C-5<br>Section IV (background): F-2 (more jobs needed), G<br>Section V: A-2, A-3, A-4, E (need injuries)<br>Section VI: G<br>Section VII: B<br>Section IX: Entire Section |
| 28 | Carnesi | William | | Yes | |
| 29 | Deroche | Rebecca A. | | No | |
| 30 | Deshotel | Madeline | | No | |
| 31 | Deshotel | Melissa | | No | |
| 32 | Deshotel | Timothy | | No | |
| 33 | Desselle | Cora Lee | | Yes | Section VI: F-1 (date needed) |
| 34 | Desselle | Rene P. | | Yes | Section IV (background): F-1 (need better dates), F-2<br>Section V: Need entire section for 2nd Trialer<br>Section VI: D-1, D-2, F-1 (need date)<br>Section IX: Entire section needs better dates and addresses<br>Section V: A-2, A-3, A-4, A-6 (better date needed), A-19 (need more accurate answer of days) |
| 35 | Dobronich | Brian Joseph | | Yes | Section VI: D |
| 36 | Drewes | Claude | | Yes | Section IV: F-1, F-2<br>Section V: A-3, E (needs injuries)<br>Missing: Auth for Psychological records<br>Section IV (background): F-2 (need dates)<br>Section V: A-4<br>Section IX: Entire section needs better addresses |
| 37 | Drewes | Laurie | | Yes | Missing: Auth for Psychological records |
| 38 | Ducote | Larry | | Yes | Yes |
| 39 | Duplessis | Jermaine J. | | No | |
| 40 | Eishtadt | Gary | | No | |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 41 | Erato | Will Warren | | Yes | Section V: A-6 (accurate date needed), A-7 (accurate date needed) Section IV (background): E, F-1 (need dates), F-2, Section IX: C, D, E |
| 42 | Estrada | Fatima | | Yes | Section IX: Entire Section Section VI: G-1 Section VII: B |
| 43 | Everhardt | Barbara Ann | | Yes | Section V: A-19 (need amount of days) Section IV (background): F-1 (need last employer) F-2 (need more jobs) Section VI: G-1 Section VII: B |
| 44 | Everhardt | Terry John | | Yes | Section V: A-4, E Section VII: B |
| 45 | Exnicious | Thomas E. | | Yes | Section V: A-6 (need date), A-7 (need date), E (need dates and injuries) Section VI: G-1 Section IX: C, D, E |
| 46 | Faccion | Merrill S. | | Yes | |
| 47 | Fontenot | Carl J. | | No | |
| 48 | Fontenot | Pamela Jean | | No | |
| 49 | Fuselier | Henry | | No | |
| 50 | Hardt | Justina M. | | No | |
| 51 | Hernandez | David Wayne | | No | |
| 52 | Hernandez | Kathy Melerine | | No | |
| 53 | Johnson | Amelia | | No | Trailer 2 PFS: Complete (with exception of signature issue on the authorizations) Trailer 1 PFS: Section V: A-1, A-2, A-3, A-4, A-6 |
| 54 | Johnson | Antonina | Johnson, Zack J. | Yes | All authorizations for both are signed by Zack Johnson, HOWEVER, we need the signature form the guardian on them as well since this is a minor. Trailer 2 PFS: Complete |
| 55 | Johnson | Antonina Greco | | Yes | Trailer 1 PFS: Section V: A-2, A-3, A-4, A-6 Trailer 2 PFS: Complete |
| 56 | Johnson | John Marvin | | Yes | Trailer 1 PFS: Section V: A-2, A-3, A-4, A-6 Section IV: (background): F-1 (need last employer), F-2 (need dates, address, occupations) Section VI: G-1 Section IX: A, B, D, E |
| 57 | Keller | Raymond Patrick | | Yes | Section III: C-5 Section V: A-2, A-4 Section VI: F-1 (need date) Section VII: B (need additional info) |
| 58 | Kieff | Jennifer Ann | | Yes | |
| 59 | Long | Henry | | No | |
| 60 | Long | Marie L. | | No | |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 61 | Lopez | Theresa | | Yes | Section III: C-1, C-2, C-4, C-5, C-6, C-7<br>Section IV (background): B, C, E, F-1, F-2<br>Section IV (family info): A<br>Section V: A-4, A-6, A-7, A-19, A-20, B, E (need dates)<br>Section VI: C-1, C-2, D-1, D-2, D-3, F-1, F-2, F-3, F-4, G<br>Section VII: Entire Section<br>Section VIII: Entire Section<br>Section IX: Entire Section |
| 62 | Lund | Ora G. | | Yes | Section II: C<br>Section III: C-5, C-6<br>Section IV (background): F-1, F-2<br>Section V: A-6 (clear date needed), A-7 (clear date needed), A-13, B (when and who and need test results), D, E<br>Section VI: F-4 (need data)<br>Section VII (need treatment and dates)<br>Section IX: A, B, C, D, E |
| 63 | Lund | Louis E. | | Yes | Section II: C<br>Section III: C-5, C-8 (need address)<br>Section IV (background): F-1, F-2<br>Section V: A-2, A-4, A-6 (date needed), B (when and who and need test results), E<br>Section VI: G<br>Section VII: B (need treatment and dates), D<br>Section IX: Entire Section |
| 64 | Mackies | Albert J. | | No | |
| 65 | Mackies | Clara Frances | | No | |
| 66 | McCallon | Harold | | No | |
| 67 | McCallon | Patricka | | No | |
| 68 | McDonald | Owen | | Yes | Section IV (background): F-1 (need better date range), F-2 (need better date range)<br>Section V: A-2, A-4, E (need dates)<br>Section IX: B (need dates)<br>Missing: (1) Auth for Psychological records, (2) Auth for Release of Records with no lost wages (ours is cut off at top); (3) Auth for Disclosure of PHI (ours is cut off at top) |
| 69 | Meyaux | Judy | | No | |
| 70 | Meyer | Barbara | | No | |
| 71 | Meyeux | Paul | | No | |
| 72 | Mones | Roylaene | | Yes | Section VI: F-1 (date needed), F-2 (date needed)<br>Section VII: B (date needed) |
| 73 | Mones | Warren R. | | Yes | Section III: C-7 (need illness)<br>Section IV (background): F-1 (deceased date)<br>Section V: A-13 (need accurate hours)<br>Section VII: B (need dates)<br>Section IX: B, C, E |
| 74 | Patcheco | Adam Henry | | No | |
| 75 | Patcheco | Karen C. | | No | |
| 76 | Patcheco | Patricia | | No | |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 77 | Patcheco | Yockey | | No | |
| 78 | Perera | Philip Charles | | No | |
| 79 | Pierson | Bonnie L. | | Yes | Section III: C-1, C-2, C-4, C-5, C-6, C-7, C-8, C-9<br>Section IV (background): A, B, F-1, F-2, F-3, G<br>Section IV (family info): A, B<br>Section V: A-1, A-2, A-3, A-4, A-6, A-7, A-10, A-13, A-19, A-20, B, C, D, E (entirely)<br>Section VI: E, F-1, F-2, F-3, F-4, G<br>Section VII: Entire Section<br>Section VIII: Entire Section<br>Section IX: Entire Section |
| 80 | Pierson | Jonathan P. | | Yes | Section III: C-1, C-2, C-5, C-6, C-7, C-8, C-9<br>Section IV (background): A, B, E, F-1, F-2, F-3<br>Section IV (family info): A<br>Section V: A-1, A-2, A-3, A-4, A-8, A-7, A-10, A-13, A-19, A-20, B, C, E (entirely)<br>Section VI: E, F-2, G<br>Section VII: Entire Section<br>Section IX: Entire Section. |
| 81 | Pierson | Rodney J. | | Yes | Section III: C-1, C-2, C-4, C-5, C-6, C-7,<br>Section IV (background): A, E, F-1, F-2<br>Section IV (family info): A<br>Section V: Entire Section<br>Section VI: Entire Section<br>Section VII: Entire Section<br>Section VIII: Entire Section<br>Section IX: Entire Section |
| 82 | Pierson | Theresa | Pierson, Grace | Yes | Section III: C-1, C-2, C-4, C-5, C-8, C-7, C-8, C-9<br>Section IV (background): A, E, F-1, F-2, F-3, G<br>Section IV (family info): Entire Section<br>Section V: Entire Section<br>Section VI: Entire Section<br>Section VII: Entire Section<br>Section VIII: Entire Section<br>Section IX: Entire Section<br>Missing: All authorizations and privacy act release |
| 83 | Pierson | Theresa G. | | Yes | Entire Plaintiff Fact Sheet needs to be done.<br>Missing all authorizations and privacy act release |
| 84 | Robin | Eloise | | Yes | Section V: A-6 (better date), A-7 (better date), E (better dates)<br>Section IV (background): G-1 (need suit information)<br>Section VII: B<br>Section IX: D |
| 85 | Robin | Kenneth | | Yes | Section V: A-6 (better date), A-7 (better date), E (better dates)<br>Section IV (background): F-1 (need dates), F-2 (need dates), G-1 (need suit info)<br>Section VI: D-1, D-2, D-3<br>Section VII: B<br>Section IX: A, B, C, D, E (all need better dates and addresses) |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 86 | Schmid | Cathy | | Yes | Yes |
| 87 | Schmid | Karl E. | | Yes | Section IV (background); F-2 (needs more accurate answer, her "same as above job" was 3 years. It did not fulfill the requested 10 years)<br>Section IX: E<br>PFS #1:<br>Section III: C-2<br>Section V: A-2, A-4<br>Section VII: B<br>Section IX: A (need address), B (need address/dates), C (need address), D, E,<br>PFS #2:<br>Section VI: F-2 |
| 88 | Schmid | Kerrie | Toups, Aubrey | Yes | Section IX: A (better address), B (better address), C (better address), E (better address) |
| 89 | Schmid | Kerrie | | Yes | Section IV (background); F-2 (need dates and additional job info)<br>Section IX: A (need address), B (need address/dates), C, D, E (Need address and dates)<br>Missing: Auth for Psychological records |
| 90 | Schmiderer | Albert | | No | |
| 91 | Schmiderer | Regina | | Yes | Section VII: B (better addresses for all and date of treatments for Drs. Brown, Roniger, and Lowentri)<br>Section IX: A (better address), B (better address), C (better address), D (better address), E (better address and need dates) |
| 92 | Sentilles | Angela M. | | No | |
| 93 | Tatom | Amanda | | Yes | Section IV (background); F-2 (needs to account for entire employment period)<br>Section IV (family info): A<br>Section V: A-19<br>Section VII: B (needs addresses)<br>Section IX: A, B, E |
| 94 | Topey | Donald Glen | | No | |
| 95 | Topey | Tanya | Topey, Kadden Glen | No | |
| 96 | Topey | Tanya Ann | | No | Section IV (background): F-1 (need occupation)<br>Section V: A-2, A-4, A-19 (need number of days), E (need better dates)<br>Section VI: D-1, D-2, D-3<br>Section VII: B (need treatment)<br>Section IX: A (better address), B (better address), E (better address)<br>Missing: First Page of Authorization missing |
| 97 | Tyson | Aaron Michael | | Yes | Section IV (background); F-1 ( company name and occupation), F-2 (company name and occupation, need to account for all employment during requested period)<br>Section V: A-2, A-4, A-19 (need number of days)<br>Section VI: D-1, D-2, D-3<br>Section VII: B (need treatment and dates) |
| 98 | Tyson | Jerald | | Yes | Section IX: A (better address), B (better address), E (better address) |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 99 | Tyson | Leslie Sparks | | Yes | Section V: A-2, A-4 , D-1, D-2, D-3, E (need better dates)<br>Section IX: A, B, D, E (all need better addresses)<br>Missing: Auth for Psychological Records |
| 100 | Vandenborre | Henry H., JR. | | Yes | Trailer 1 PFS:<br>Section III: C-5<br>Section IV (background): F-1 (need employer and date range), F-2 (need more accounting of jobs)<br>Section V: A-4, E (need injuries)<br>Section VI: G (need physician)<br>Section VII: B (need dates and treatment)<br>Section IX: A (better address), B (better address), E (address and dates)<br><br>Unclear if lived in 1 or 2 trailers. The PFS says Trailer 1 until you the questions about the trailer information. At this point it refers to Trailer 2. If there are two trailers, please provide completed PFS information for both trailers. |
| 101 | Vandenborre | Henry | Vandenborre, Brittany Lynn | Yes | Trailer 1 PFS:<br>Section III: C-1, C-5, C-7, C-8 (more info)<br>Section IV (background): D<br>Section V: A-4, A-19, E (need injuries)<br>Section VII: B, D<br>Section IX: A (better address and dates), B (better address and dates), C, D, E (better address and dates)<br><br>Unclear if lived in 1 or 2 trailers. The PFS says Trailer 1 until you the questions about the trailer information. At this point it refers to Trailer 2. If there are two trailers, please provide completed PFS information for both trailers. |
| 102 | Vandenborre | Henry | Vandenborre, Rashelle Ann | Yes | Trailer 1 PFS:<br>Section II: C (better address)<br>Section III: C-1, C-2, C-5, C-7, C-8 (more info)<br>Section V: A-4, A-19, E (need injuries)<br>Section VII: B, D<br>Section IX: A (better address and dates), B (better address and dates), C, D, E<br><br>Unclear if lived in 1 or 2 trailers. The PFS says Trailer 1 until you the questions about the trailer information. At this point it refers to Trailer 2. If there are two trailers, please provide completed PFS information for both trailers. |
| 103 | Vandenborre | Henry Hebert, III | | Yes | Trailer 1 PFS:<br>Section III: C-5, C-6, C-7<br>Section IV (background): F-1, F-2<br>Section V: A-2, A-4, E (need injuries)<br>Section VI: D-3, F-2, F-3, F-4, G<br>Section VII: B, D<br>Section IX: Entire Section<br><br>Unclear if lived in 1 or 2 trailers. If there are two trailers, please provide completed PFS information for both trailers. |

| NO. | LAST NAME | FIRST NAME | ON BEHALF OF | PFS RECD | PFS COMPLETE (If Not List Incomplete Sections) |
|---|---|---|---|---|---|
| 104 | Vandenborre | Marina Dolores | | Yes | Trailer 1 PFS:<br>Section III: C-5, C-7<br>Section IV (background): E, F-1, F-2<br>Section IV (family info): A (need more info)<br>Section V: A-1 A-2, A-4, E<br>Section VI: A, B, C, D-1<br>Section VII: B<br>Section IX: Entire Section<br><br>Unclear if lived in 1 or 2 trailers. The PFS says Trailer 1 until you the questions about the trailer information. At this point it refers to Trailer 2. If there are two trailers, please provide completed PFS information for both trailers. |

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 24, 2011**

Amanda Stout
McGlinchey Stafford PLLC
301 Main Street
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 07-1873
      *Morgan Buildings and Spas, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

Pursuant to your letter of July 28, 2011, regarding missing Plaintiff Fact Sheets (PFS), we have researched our files and were able to locate a PFS for Philip Perera, Linda Blanchard and Albert Schmiderer.

Additionally, upon further research of our files, we are unable to locate a PFS for the following clients:

1.  Helen Albarado
2.  Raymond Albarado
3.  Lynn Blasio
4.  Lynn Blasio obo Heather Blasio
5.  Mary Blasio
6.  Anthony Brown
7.  Candy Burkhardt
8.  Cindy Burkhardt obo Brianna Courtney Burkhardt
9.  Rebecca Deroche
10. Madeline Deshotel
11. Melissa Deshotel
12. Timothy Deshotel
13. Jermaine Duplessis
14. Gary Eishtadt
15. Carl Fontenot



EXHIBIT 2

Amanda Stout
McGlinchey Stafford PLLC
August 24, 2011
Page 2

16. Pamela Fontenot
17. Henry Fuselier
18. Justina Hardt
19. David Hernandez
20. Kathy Hernandez
21. Amelia Johnson
22. Henry Long
23. Marie Long
24. Albert Mackles
25. Clara Frances Mackles
26. Harold McCallon
27. Patricia McCallon
28. Judy Mayeux
29. Barbara Meyer
30. Paul Meyer
31. Yockey Patcheco
32. Angela Sentilles
33. Donald Topey
34. Tanya Topey obo Kadden Topey
35. Tanya Topey
36. Chad Victoriana
37. Shirley Washington

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.

Amanda Stout
McGlinchey Stafford PLLC
August 24, 2011
Page 3

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.

**Stout, Amanda S.**

**From:** Stout, Amanda S.
**Sent:** Wednesday, September 07, 2011 10:43 AM
**To:** Roberta Burns
**Cc:** Lipsey, Christine; Jessica Bastoe; Phyllis Michon
**Subject:** RE: FEMA litigation - Motions to Dismiss for no PFS

Thanks Roberta. We'll file a motion to dismiss their claims against Morgan with prejudice today or tomorrow.

Amanda

**Amanda S. Stout**
McGlinchey Stafford PLLC
Direct: (225) 382-3693
Fax: (225) 612-7167
Email: astout@mcglinchey.com



301 Main Street, 14th Floor     One American Place, 14th Floor
Baton Rouge LA 70802             Baton Rouge LA 70825

---

**From:** Roberta Burns [mailto:rburns@torres-law.com]
**Sent:** Wednesday, September 07, 2011 10:40 AM
**To:** Stout, Amanda S.
**Cc:** Lipsey, Christine; Jessica Bastoe; Roberta Burns; Phyllis Michon
**Subject:** RE: FEMA litigation - Motions to Dismiss for no PFS

Amanda-
You are correct regarding clients listed below, they did not submit a PFS for a Morgan trailer. PFS's may have been submitted for other manufacturers. Therefore, I will not oppose a motion to dismiss these clients in connection with the specific suit referenced, **Albarado (10-3702).**

Thanks,
Roberta

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-

EXHIBIT 3

9/7/2011

if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Stout, Amanda S. [mailto:astout@mcglinchey.com]
**Sent:** Friday, September 02, 2011 11:32 AM
**To:** Roberta Burns
**Cc:** Lipsey, Christine
**Subject:** FEMA litigation - Motions to Dismiss for no PFS

Roberta,

As per our discussion this morning, I am sending you two emails summarizing the outstanding PFS and "no match" issues. This email concerns those plaintiffs who have not submitted a PFS.

**Albarado (10-3702)**

According to your letter of August 24th, you cannot locate PFS for the following plaintiffs in the Albarado suit:

Helen Albarado
Raymond Albarado
Lynn Blasio
Lynn Blasio o/b/o Heather Blasio
Mary Blasio
Anthony Brown
Candy Burkhardt
Cindy Burkhardt o/b/o Brianna Burkhardt
Rebecca A. Deroche
Madeline Deshotel
Melissa Deshotel
Timothy Deshotel
Jermaine Duplessis
Gary Eishtadt
Carl Fontenot
Pamela Jean Fontenot
Henry Fuselier
Justina Hardt
David Wayne Hernandez
Kathy Melerine Hernandez
Ameila Johnson
Henry Long
Marie Long
Albert Mackles
Clara Frances Mackles
Harold McCallon
Patricka McCallon
Judy Meyaus
Barbara Meyer
Paul Meyeux
Yockey Patcheco
Angela Sentilles
Donald Glen Topey
Tanya A. Topey o/b/o Kadden Topey
Tanya Topey
Chad Victorinana
Shirley Washington

We plan to file a motion to dismiss these plaintiffs pursuant to PTO 2 and 32 by next Friday, Sept. 9th. I understand that you have no opposition to this motion.

Amanda

9/7/2011

**Amanda S. Stout**
McGlinchey Stafford PLLC
Direct: (225) 382-3693
Fax: (225) 612-7167
Email: astout@mcglinchey.com



McGLINCHEY STAFFORD PLLC

301 Main Street, 14th Floor
Baton Rouge LA 70802

One American Place, 14th Floor
Baton Rouge LA 70825

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer.html