UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al. (10-3702)* | * MAGISTRATE CHASEZ <br> * |

******************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Helen Albarado, Raymond Albarado, Lynn T. Blasio, Lynn T. Blasio o/b/o Heather Blasio, Mary Blazio, Anthony Brown, Candy Burkhardt, Candy Burkhardt o/b/o Brianna Burkhardt, Rebecca A. Deroche, Madeline Deshotel, Melissa Henry Deshotel, Timothy Deshotel, Jermaine J. Duplessis, Gary Eishtadt, Carl J. Fontenot, Pamela Jean Fontenot, Henry Fuselier, Justina M. Hardt, David Wayne Hernandez, Kathy Melerine Hernandez, Ameila Johnson, Henry Long, Marie L. Long, Albert J. Mackles, Clara Frances Mackles, Harold McCallon, Patricka McCallon, Judy Mayeux, Barbara M. Meyer, Paul Mayeux, Yockey Patcheco, Angele M. Sentilles, Donald Glen Topey, Tanya A. Topey o/b/o Kadden Topey, Tanya Ann Topey, Chad Victoriana, and Shirley H. Washington against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

389354.1

1

New Orleans, Louisiana, this _____ day of September, 2011.

---

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana.