UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | * | JUDGE ENGELHARDT |
| | * * | |
| THIS DOCUMENT RELATES TO: | * * | |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al. (10-3702)* | * * | MAGISTRATE CHASEZ |

*********************************************

### Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that between September 2, 2011 and September 7, 2011, I corresponded with counsel for the plaintiffs who advised that there was no opposition to Morgan's motion to dismiss.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

389355.1