UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3551 | * | |
| Plaintiffs: Ricci Dejean, Matthew Joseph | * | |
| Chaisson, Jack Blanchard Cheramie, Jeffery | * | |
| Cheramie, Darlene A. Chustz, Michael Chustz, | * | |
| Kierstin Clark rep by Robin Clark, Reginald | * | |
| Coster, Raymond Coster, David Clark Craig, | * | |
| Kendall Crawford rep by Angela Crawford, | * | |
| Emma M. Crifasi, Frank J. Crifasi, Jennifer A. | * | |
| Culotta, Allison A. Daigre, Damon Daigre, Jr. rep | * | |
| By Damon Daigre, Sr., Deborah Dantoni, Audrey | * | |
| Davis, Placido Diaz, Audrey Dibetta, Frank | * | |
| Dibetta, Daniel C. Dier, Maria C. Dimaggio, | * | |
| Michelle Savoye Dimaggio, Brittany Ann | * | |
| Brownell | * | |

**************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The Plaintiffs are:

1. Ricci Dejean
2. Matthew Joseph Chaisson
3. Jack Blanchard Cheramie
4. Jeffery Cheramie
5. Darlene A. Chustz
6. Michael Chustz
7. Kierstin Clark rep by Robin Clark

00238480-1

8. Reginald Coster
9. Raymond Coster
10. David Clark Craig
11. Kendall Crawford rep by Angela Crawford
12. Emma M. Crifasi
13. Frank J. Crifasi
14. Jennifer A. Culotta
15. Allison A. Daigre
16. Damon Daigre, Jr. rep by Damon Daigre, Sr.
17. Deborah Dantoni
18. Audrey Davis
19. Placido Diaz
20. Audrey Dibetta
21. Frank Dibetta
22. Daniel C. Dier
23. Maria C. Dimaggio
24. Michelle Savoye Dimaggio
25. Brittany Ann Brownell

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 8th day of September, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**

00238480-1

3