Law Offices of
# SIDNEY D. TORRES, III

*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CHEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 23, 2011**

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

Re:    FEMA Trailer Formaldehyde Product Liability Litigation
         MDL No. 07-1873
         *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for, Buuck, Robert Jr., Campo, Patrick Sr., Cargo, Doneisha.

Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1.    Brownell, Brittany
2.    Buckel, William Jr
3.    Buras, Diana
4.    Buras, Gail
5.    Buras, Paula
6.    Buras, Ronald Sr
7.    Burke, Irvin Sr
8.    Burke, Lucille
9.    Butler, Christopher Kenneth
10.   Cabrera, Jeanette
11.   Cabrera, Sheila
12.   Cabrera, Sheyla
13.   Cabrera, Yolanda
14.   Calvin, Kendrick
15.   Campo, Peggy
16.   Caronia, Chance



PERSONAL INJURY · CLASS ACTIONS · COMPLEX LITIGATION · REAL ESTATE
TORRES PARK PLAZA · 8301 W. JUDGE PEREZ DRIVE · SUITE 303 · CHALMETTE, LOUISIANA 70043 · (504) 271-8422  FAX: (504) 271-1961

17.    Caronia, Christine
18.    Caronia, Evelyn
19.    Caronia, Ronnie
20.    Carpio, Harley


Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.

cc:
**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
email:  andreww@duplass.com

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER J. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 25, 2011**

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

>      Re:     FEMA Trailer Formaldehyde Product Liability Litigation
>              MDL No. 07-1873
>              *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following:

1.    Chatelain, Brenda
2.    Chatelain, Richard III
3.    Clesi, Curtis
4.    Coble, Annemarie
5.    Corpus, Agnes
6.    Cutrer, Cody
7.    Daggs, Lester
8.    Dalon, Deborah
9.    Dauth, Gladys
10.   Davidson, Carly
11.   Davidson, Harley
12.   Davidson, Richard
13.   Davidson, Stacy

The above named deficiencies are being processed at this time pursuant to the terms and the deadlines established in the Court's Pretrial Order No. 88.

Additionally, after researching our files, we are unable to locate a PFS for the following clients:



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 25, 2011
Page 2

| | |
|---|---|
| 1. | Catalanotto, Barbara |
| 2. | Catalanotto, Mark |
| 3. | Catanese, Courtney |
| 4. | Ceaser, Edward |
| 5. | Ceaser, Frank Sr |
| 6. | Chaisson, Matthew |
| 7. | Chaupetta, Susan |
| 8. | Cheramie, Jack Jr |
| 9. | Cheramie, Jeffery |
| 10. | Chilton, Stephen Jr |
| 11. | Chustz, Darlene |
| 12. | Chustz, Michael |
| 13. | Clark, Kierstin |
| 14. | Corley, Leslie |
| 15. | Costella, Brooke |
| 16. | Coster, Reginald |
| 17. | Coster, Raymond |
| 18. | Couget, Coleen |
| 19. | Craig, David Clark |
| 20. | Crawford, Betty |
| 21. | Crawford, Kendall |
| 22. | Crifasi, Emma |
| 23. | Crifasi, Frank Sr |
| 24. | Culotta, Jennifer |
| 25. | Daigre, Allison |
| 26. | Daigre, Damon Jr |
| 27. | Dantoni, Deborah |
| 28. | Darby, Edwin Jr |
| 29. | Davis, Audrey |
| 30. | Davis, Ruben Jr |
| 31. | Davis, Ruben Sr |
| 32. | Davis, Susie |

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 25, 2011
Page 3


RLB/jb
Encls.

cc:

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 29, 2011**

**Via Email**
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29ᵗʰ Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
                 MDL No. 07-1873
                 *Gulf Stream Coach, Inc. Missing PFS*

Dear Counsel:

      Pursuant to your letter dated June 30, 2011, after researching our files we are able to locate a Plaintiff Fact Sheet for the following:

Alyssa Dean
William Dean III
Earl Dejean Sr
Eugene Dejean IV

      Additionally, we are unable to locate a plaintiff fact sheet for Ricci Dejean.

      Thanking you for your attention to this matter, I remain

                 Sincerely,

                 s/Roberta L. Burns

                 Roberta L. Burns

RLB/jb
Encls.



PERSONAL INJURY • CLASS ACTIONS • COMPLEX LITIGATION • REAL ESTATE
TORRES PARK PLAZA • 8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422 FAX: (504) 271-1961

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 29, 2011
Page 2


      cc:
      **U.S. Government Liaison**:
      Henry T. Miller
      U.S. Department of Justice
      Senior Trial Counsel
      U. S. Department of Justice
      Civil Division, Environmental Torts Section
      1331 Penn Avenue, NW
      Room 8220-N
      Washington, DC  20004
      email:  henry.miller@usdoj.gov

      **PSC Liaison:**
      Mikal C. Watts
      Watts Guerra Craft LLP
      Four Dominion Drive
      Building Three
      Suite 100
      San Antonio, Texas  78257
      email:  mcwatts@wgclawfirm.comWatts

      w/encls.

Law Offices of
## SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 29, 2011**

**Via Email**
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

> Re:   FEMA Trailer Formaldehyde Product Liability Litigation
>       MDL No. 07-1873
>       *Gulf Stream Coach, Inc. Missing PFS*

Dear Counsel:

Pursuant to your letter dated July 29, 2011, after researching our files we are able to locate a Plaintiff Fact Sheet for the following:

Joseph Charles Dimaggio Jr.
David Doar, III
David Doar, IV
Julie Doar
Leanne Doar

Additionally, we are unable to locate a Plaintiff Fact Sheet for the following:

Placido Diaz
Audrey Dibetta
Frank Dibetta
Halli Diecidue
Daniel Dier
Maria Dimaggio
Michelle Dimaggio



PERSONAL INJURY · CLASS ACTIONS · COMPLEX LITIGATION · REAL ESTATE
TORRES PARK PLAZA · 8301 W. JUDGE PEREZ DRIVE · SUITE 303 · CHALMETTE, LOUISIANA 70043 · (504) 271-8422  FAX: (504) 271-1961

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 29, 2011
Page 2

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.

cc:
**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.