UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Acosta, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3551 | * | |
| Plaintiffs:  Ricci Dejean, Matthew Joseph | * | |
| Chaisson, Jack Blanchard Cheramie, Jeffery | * | |
| Cheramie, Darlene A. Chustz, Michael Chustz, | * | |
| Kierstin Clark rep by Robin Clark, Reginald | * | |
| Coster, Raymond Coster, David Clark Craig, | * | |
| Kendall Crawford rep by Angela Crawford, | * | |
| Emma M. Crifasi, Frank J. Crifasi, Jennifer A. | * | |
| Culotta, Allison A. Daigre, Damon Daigre, Jr. rep | * | |
| By Damon Daigre, Sr., Deborah Dantoni, Audrey | * | |
| Davis, Placido Diaz, Audrey Dibetta, Frank | * | |
| Dibetta, Daniel C. Dier, Maria C. Dimaggio, | * | |
| Michelle Savoye Dimaggio, Brittany Ann | * | |
| Brownell | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Ricci Dejean
2. Matthew Joseph Chaisson
3. Jack Blanchard Cheramie
4. Jeffery Cheramie
5. Darlene A. Chustz
6. Michael Chustz
7. Kierstin Clark rep by Robin Clark
8. Reginald Coster

00238497-1

9.    Raymond Coster
10.   David Clark Craig
11.   Kendall Crawford rep by Angela Crawford
12.   Emma M. Crifasi
13.   Frank J. Crifasi
14.   Jennifer A. Culotta
15.   Allison A. Daigre
16.   Damon Daigre, Jr. rep by Damon Daigre, Sr.
17.   Deborah Dantoni
18.   Audrey Davis
19.   Placido Diaz
20.   Audrey Dibetta
21.   Frank Dibetta
22.   Daniel C. Dier
23.   Maria C. Dimaggio
24.   Michelle Savoye Dimaggio
25.   Brittany Ann Brownell


_____
UNITED STATES DISTRICT JUDGE