UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Flynn, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3665 | * | |
| Plaintiff:  Eric Flynn rep by Rhonda Flynn | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3663 | * | |
| Plaintiffs:  Rhonda Flynn and Tina Marie Forcet | * | |

**************************************************************************

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The Plaintiffs are:

      1.     Erica Flynn rep by Rhonda Flynn
      2.     Rhonda Flynn
      3.     Tina Marie Forcet

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing

00238506-1

counsel has stated that it has no objection to the dismissal of these plaintiffs.

> Respectfully Submitted,
>
> **DUPLASS, ZWAIN, BOURGEOIS,
> PFISTER & WEINSTOCK**
>
> s/Andrew D. Weinstock
> _____
> **ANDREW D. WEINSTOCK #18495
> JOSEPH G. GLASS #25397**
> Three Lakeway Center, Suite 2900
> 3838 N. Causeway Boulevard
> Metairie, Louisiana  70002
> Telephone: (504) 832-3700
> Facsimile: (504) 837-3119
> andreww@duplass.com
> jglass@duplass.com
>
> and
>
> **SCANDURRO & LAYRISSON
> Timothy D. Scandurro #18424
> Dewey M. Scandurro #23291**
> 607 St. Charles Avenue
> New Orleans, LA 70130
> (504) 522-7100
> (504) 529-6199 (FAX)
> tim@scanlayr.com
> dewey@scanlayr.com
> **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 8th day of September, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

> s/ Andrew D. Weinstock
> _____
> **ANDREW D. WEINSTOCK**