Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 30, 2011**

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 07-1873
      Gulf Stream Coach, Inc Missing Plaintiff Fact Sheet

Dear Counsel:

After researching our files, we are unable to locate a PFS for the following clients:

1.   Flynn, Erica
2.   Flynn, Rhonda
3.   Forcet, Tina

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb
Encls.



PERSONAL INJURY • CLASS ACTIONS • COMPLEX LITIGATION • REAL ESTATE
TORRES PARK PLAZA • 8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422   FAX: (504) 271-1961

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 30, 2011
Page 2

cc:

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.