Law Offices of

# SIDNEY D. TORRES, III

*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**August 23, 2011**

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

> Re:   FEMA Trailer Formaldehyde Product Liability Litigation
> MDL No. 07-1873
> *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for, Buuck, Robert Jr., Campo, Patrick Sr., Cargo, Doneisha.

Additionally, after researching our files,  we are unable to locate a PFS for the following clients:

1.   Brownell, Brittany
2.   Buckel, William Jr
3.   Buras, Diana
4.   Buras, Gail
5.   Buras, Paula
6.   Buras, Ronald Sr
7.   Burke, Irvin Sr
8.   Burke, Lucille
9.   Butler, Christopher Kenneth
10.   Cabrera, Jeanette
11.   Cabrera, Sheila
12.   Cabrera, Sheyla
13.   Cabrera, Yolanda
14.   Calvin, Kendrick
15.   Campo, Peggy
16.   Caronia, Chance



17.    Caronia, Christine
18.    Caronia, Evelyn
19.    Caronia, Ronnie
20.    Carpio, Harley


      Thanking you for your attention to this matter, I remain

                    Sincerely,

                    s/Roberta L. Burns

                    Roberta L. Burns


RLB/jb
Encls.

cc:
**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
email:   andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:   henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:   mcwatts@wgclawfirm.comWatts

w/encls.