UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER           * | | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS * | | |
|      LIABILITY LITIGATION       * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** * | | |
| *Bader, et al v. Gulf Stream Coach,* * | | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681 * | | |
| Plaintiffs:  Diana T. Buras, Gail C. Buras, Paula * | | |
| Buras, Ronald Buras, Irvin Burke, Lucille Burke, * | | |
| Christopher Kenneth Butler, Jeanette J. Cabrera, * | | |
| Shelia S. Cabrera, Yolanda M. Cabrera o/b/o S.C. * | | |
| And S.C., Yolanda M. Cabrera, Peggy P. Campo, * | | |
| Evelyn M. Caronia, Ronnie Caronia, Barbara * | | |
| Soileau Catalanotto, Mark A. Catalanotto, Frank * | | |
| A. Ceaser | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed in the above caption, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The Plaintiffs are:

1. Diana T. Buras
2. Gail C. Buras
3. Paula Buras
4. Ronald Buras
5. Irvin Burke
6. Lucille Burke
7. Christopher Kenneth Butler
8. Jeanette J. Cabrera
9. Shelia S. Cabrera
10. Yolanda M. Cabrera o/b/o S.C.
11. Yolanda M. Cabrera o/b/o S.C.
12. Yolanda M. Cabrera

00238562-1

13. Peggy P. Campo
14. Evelyn M. Caronia
15. Ronnie Caronia
16. Barbara Soileau Catalanotto
17. Mark A. Catalanotto
18. Frank A. Ceaser

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
Three Lakeway Center, Suite 2900
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 8th day of September, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                    s/ Andrew D. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK**