UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER                    * | | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS    * | | |
|        LIABILITY LITIGATION            * | | SECTION "N" (5) |
|     * | | |
|     * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:**   * | | |
| *Bader, et al v. Gulf Stream Coach,*      * | | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3681           * | | |
| Plaintiffs:  Diana T. Buras, Gail C. Buras, Paula   * | | |
| Buras, Ronald Buras, Irvin Burke, Lucille Burke,  * | | |
| Christopher Kenneth Butler, Jeanette J. Cabrera,  * | | |
| Shelia S. Cabrera, Yolanda M. Cabrera o/b/o S.C.  * | | |
| And S.C., Yolanda M. Cabrera, Peggy P. Campo,   * | | |
| Evelyn M. Caronia, Ronnie Caronia, Barbara       * | | |
| Soileau Catalanotto, Mark A. Catalanotto, Frank   * | | |
| A. Ceaser | | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Diana T. Buras
2. Gail C. Buras
3. Paula Buras
4. Ronald Buras
5. Irvin Burke
6. Lucille Burke
7. Christopher Kenneth Butler
8. Jeanette J. Cabrera
9. Shelia S. Cabrera
10. Yolanda M. Cabrera o/b/o S.C.
11. Yolanda M. Cabrera o/b/o S.C.
12. Yolanda M. Cabrera
13. Peggy P. Campo

00238574-1

14. Evelyn M. Caronia
15. Ronnie Caronia
16. Barbara Soileau Catalanotto
17. Mark A. Catalanotto
18. Frank A. Ceaser

_____
UNITED STATES DISTRICT JUDGE