**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                           *          MDL NO. 1873
    FORMALDEHYDE PRODUCTS          *
    LIABILITY LITIGATION           *          SECTION "N" (5)
                                   *
                                   *          JUDGE: ENGELHARDT
THIS DOCUMENT IS RELATED TO:                   *
*Allen, et al v. Gulf Stream Coach,*           *          MAG: CHASEZ
*Inc., et al*; Docket No. 10-742               *
Plaintiffs:  William James Buckel, Courtney Allen  *
Catanese, Brooke Leigh Costella, Coleen M.     *
Couget
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-

Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for

Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is

**GRANTED**, as to the following plaintiffs, as captioned above:

1.    William James Buckel
2.    Courtney Allen Catanese
3.    Brooke Leigh Costella
4.    Coleen M. Couget

_____
UNITED STATES DISTRICT JUDGE

00238633-1