UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Anglin, et al v. Gulf Stream Coach,<br>Inc., et al*; Docket No. 10-3946<br>Plaintiff: Betty R. Crawford | * * * | MAG: CHASEZ |

**************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the plaintiff listed in the above caption, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The Plaintiff is:

1.   Betty R. Crawford

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that it has no objection to the dismissal of this plaintiff.

          Respectfully Submitted,

          **DUPLASS, ZWAIN, BOURGEOIS,**
          **PFISTER & WEINSTOCK**

          s/Andrew D. Weinstock
          _____
          **ANDREW D. WEINSTOCK #18495**
          **JOSEPH G. GLASS #25397**
          Three Lakeway Center, Suite 2900
          3838 N. Causeway Boulevard

00238655-1

        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

     **I DO HEREBY CERTIFY** that on this 9th day of September, 2011, a copy of the above and foregoing was filed electronically.  Notice of this pleading was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**