Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

August 25, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            *Gulf Stream Coach, Inc.; Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following:

1. Chatelain, Brenda
2. Chatelain, Richard III
3. Clesi, Curtis
4. Coble, Annemarie
5. Corpus, Agnes
6. Cutrer, Cody
7. Daggs, Lester
8. Dalon, Deborah
9. Dauth, Gladys
10. Davidson, Carly
11. Davidson, Harley
12. Davidson, Richard
13. Davidson, Stacy

The above named deficiencies are being processed at this time pursuant to the terms and the deadlines established in the Court's Pretrial Order No. 88.

Additionally, after researching our files, we are unable to locate a PFS for the following clients:



PERSONAL INJURY • CLASS ACTIONS • COMPLEX LITIGATION • REAL ESTATE
TORRES PARK PLAZA • 8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422  FAX: (504) 271-1961

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
August 25, 2011
Page 2

1. Catalanotto, Barbara
2. Catalanotto, Mark
3. Catanese, Courtney
4. Ceaser, Edward
5. Ceaser, Frank Sr
6. Chaisson, Matthew
7. Chaupetta, Susan
8. Cheramie, Jack Jr
9. Cheramie, Jeffery
10. Chilton, Stephen Jr
11. Chustz, Darlene
12. Chustz, Michael
13. Clark, Kierstin
14. Corley, Leslie
15. Costella, Brooke
16. Coster, Reginald
17. Coster, Raymond
18. Couget, Coleen
19. Craig, David Clark
20. Crawford, Betty
21. Crawford, Kendall
22. Crifasi, Emma
23. Crifasi, Frank Sr
24. Culotta, Jennifer
25. Daigre, Allison
26. Daigre, Damon Jr
27. Dantoni, Deborah
28. Darby, Edwin Jr
29. Davis, Audrey
30. Davis, Ruben Jr
31. Davis, Ruben Sr
32. Davis, Susie

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns