# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 1873** |
| | * | **SECTION  N (5)** |
| **THIS DOCUMENT RELATES TO** | * | |
| *Sonya Andrews, et al, v. Sun Valley, Inc. et al* | * | **JUDGE ENGELHARDT** |
| *Case No. 09-5659* | * | |
| | * | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come Plaintiffs **Krystal Brown on behalf of M.B. and Krystal Brown on behalf of T.H.**, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their claims against all defendants in the above captioned matter. This dismissal applies to the named Plaintiffs only and does not affect the claims of the remaining Plaintiffs in this matter.

This dismissal is without prejudice and Plaintiffs reserve all rights and allegations in *Makayla Brown, et al, v. Sun Valley, Inc., Flour Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency*, Case No. 2:09-cv-5248 (E.D. La. 2009)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:    /s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.