**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section:  N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Angelica Alvarez, et al v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 10-3505* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO DISMISS DUPLICATE FILING

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to dismiss the claims of a plaintiff in this suit, **Helen Hills**.  Upon writing counsel for plaintiff in this matter about Ms. Hills's plaintiff fact sheet, counsel for Mover also learned that Ms. Hills appears in a separate lawsuit represented by other counsel.   Ms. Hills' plaintiff fact sheet was completed by the counsel who filed the other lawsuit, <u>Lisa Smith v. Crum & Forster Specialty Insurance Company, et al</u>, No. 09-8454.   Counsel for the plaintiff in the present matter *does not oppose*[1] the dismissal of the claims of Helen Hills in the above-

---

[1] See Exhibit A.

captioned matter, Alverez v. Crum & Forster Specialty Insurance Company, et al, No. 10-3505.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion to Dismiss be granted without Prejudice, dismissing the claims of **Helen Hills** from Angelica Alvarez, et al v. Crum & Forster Specialty Ins. Co., et al, No. 10-3505, while preserving the claims of Helen Hills in 09-8454.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS __9th__ DAY OF __September __, 2011..

____/s Eric B. Berger_____

____/s Eric B. Berger_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290