## Eric Berger

| | |
|---|---|
| **From:** | Jessica Bastoe [jbastoe@torres-law.com] |
| **Sent:** | Friday, September 09, 2011 8:48 AM |
| **To:** | Eric Berger |
| **Cc:** | Phyllis Michon; Roberta Burns |
| **Subject:** | RE: MTD Helen Hills/Angelica Alvarez, et al v. Crum and Foster (10-3505)/Proposed MTD |

Counsel:

After speaking to Ms. Roberta Burns, she does not oppose the motion to dismiss Helen Hills out of our case.

Thank you,

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Eric Berger [mailto:ebb@lcba-law.com]
**Sent:** Friday, August 26, 2011 2:56 PM
**To:** Jessica Bastoe
**Cc:** Roberta Burns; Phyllis Michon; Kelly Moorman
**Subject:** RE: MTD Helen Hills/Angelica Alvarez, et al v. Crum and Foster (10-3505)/Proposed MTD

Jessica, here are the motion exhibits, including the PFS we have. It says her attorney is Raul Bencomo. That could be why you can't find your PFS. Ms. Hills is also in two suits, yours and Lisa Smith, 09-8454, filed by Frank D'amico, so there's both a duplication issue and a deficient PFS issue. Please let me know if Alverez is the suit she is going to stay in and whether the deficient PFS motion is opposed.

Eric B. Berger
ebb@lcba-law.com
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, LA 70130
(504) 586-9292
(504) 586-1290



EXHIBIT A

**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Friday, August 26, 2011 2:22 PM
**To:** Eric Berger
**Cc:** Roberta Burns; Phyllis Michon; andreww@duplass.com; mcwatts@wgclawfirm.com; henry.miller@usdoj.gov
**Subject:** FW: MTD Helen Hills/Angelica Alvarez, et al v. Crum and Foster (10-3505)/Proposed MTD

Please see attached.

Thank you,
Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.