IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Angelica Alvarez, et al v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 10-3505* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion To Dismiss Duplicate Claims:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's Unopposed Motion To Dismiss Duplicate Claims is **GRANTED,** and the claims of the Plaintiff Helen Hills are dismissed in the above-captioned matter, Angelica Alverez, et al v. Crum & Forster Specialty Insurance Co., et al, No. 10-3505, without prejudice, while preserving the claims of Helen Hills in 09-8454.

This _____ day of \_\_\_\_, 2011,

_____
UNITED STATES DISTRICT JUDGE