UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Williams v. Sun Valley, Inc., et al., EDLA 09-8603*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL OF SONYA WALLER ON BEHALF OF THE MINOR CHILDREN, M.B. AND T.H.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sonya Waller on behalf of M.B. and T.H. only, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal without prejudice **of claims asserted herein on behalf of the two minor children, M.B. and T.H., only**, as these claims are duplicative of those advanced in *Brown v. Sun Valley, Inc., et al*, E.D. La. 09-5248. Both cases involve claims with the same substantive allegations.

Accordingly, Sonya Waller on behalf of M.B. and T.H. seeks to voluntarily dismiss these claims in the above-captioned matter, while reserving all rights and allegations asserted in *Brown v. Sun Valley, Inc., et al*, E.D. La. 09-5248. This dismissal in no way affects the claims of other plaintiffs in this matter.

Respectfully submitted:

        /s/ Frank J/ D'Amico, Jr._____
        FRANK J. D'AMICO, JR. (#17519)
        **FRANK J. D'AMICO, JR., APLC**
        4731 Canal Street
        New Orleans, LA 70119
        Telephone:   (504) 525-7272
        Fax:   (504) 525-9522

        **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing Notice of Voluntary Dismissal has been filed with the Clerk of Court by using the CM/ECF system; that the foregoing Notice of Voluntary Dismissal has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification: and, that notice of the filing of the foregoing Notice has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 9th day of September, 2011.

        /s/ Frank J/ D'Amico, Jr._____
        FRANK J. D'AMICO, JR. (#17519)
        **Counsel for Plaintiff**