IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Karen Augustine v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8457* | * | |

*************************************************************************

## ORDER

Considering the foregoing <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u>:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u> is **GRANTED,** and the claims of the following Plaintiffs are dismissed in the above-captioned matter with prejudice from *Karen Augustine v. Crum & Forster Specialty Ins. Co., et al No.* 09-8457: ***Danny Ellis, Travis Ellis, Debra Howard, Clarence Jackson, Daniel Jackson, Charlatia Kaufman, Charlatia Kaufman on behalf of L.K., Diane Nelson, Sandra Nelson, and Daniel Reed.***

New Orleans, Louisiana this 8th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE