UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Valerie Cesar v. Jayco Enterprises, Inc.* | * | |
| Docket No. ~~09-1316~~  EDLA 10-546 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Ruthie Marie Thomas | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco Enterprises, Inc., and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is GRANTED and the claims and causes of action of plaintiff, Ruthie Marie Thomas, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____8th____ day of _____September_____, 2011.

_____
UNITED STATES DISTRICT JUDGE