UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                            MDL NO. 07-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

## Motion to Distribute Fleetwood Settlement Funds

NOW INTO COURT comes the Special Master, who hereby moves this Honorable Court for an order adopting and approving a distribution protocol for the Fleetwood settlement fund, and states the following:

1.

The Special Master has directed the CADA to convert the Court-approved allocations for the Fleetwood settlement fund to dollar amounts. The CADA has done so and prepared a spreadsheet, which is attached hereto as Exhibit "1" and filed under seal, that sets forth the allocations of the claimants against the Fleetwood settlement fund. These allocations represent the actual dollar amounts of the settlement allocation checks that will be issued to the various claimants.

2.

The Special Master respectfully suggests that the Court adopt the following distribution protocol:

A)   The CADA is authorized to distribute funds by mailing the settlement allocation checks to each person at the address set forth in Exhibit "1" unless the CADA is provided with an updated address before mailing; however, in the event that the

CADA and/or the Special Master determines that it would be more efficient to deliver any of the settlement allocation checks to the claimants' attorneys or to the PSC, the CADA may do so;

B)  The CADA shall commence the distribution of the settlement allocation checks within 15 days of the date that the accompanying Order is signed and filed in the record;

C)  After the passage of one year from the date of distribution, the CADA shall deliver any unclaimed settlement allocations to the appropriate entity pursuant to Louisiana's Uniform Unclaimed Property Act. See La. R.S 9:154(9).

3.

The Special Master respectfully requests that the following provisions additionally apply to the distribution of payments:

A)  <u>Minors:</u>

With respect to any and all allocations to minors, the CADA has the authority to make the settlement allocation check payable to and deliver it (using a means as described above) to the person who acted on behalf of the minor regarding the filing of the claim. Pursuant to La. R.S. 9:196, tutorship is not required for this distribution.

B)  <u>Incompetents:</u>

Any and all distributions to or for the benefit of any interdict are to be made payable and distributed (using a means as described above) to an individual who has provided sufficient proof of legal capacity to represent the claimant. The CADA may require notarized power of attorney, court orders, or other court process as well as other

appropriate identification as he deems appropriate or necessary.

C) <u>Deceased Claimants:</u>

Any and all allocations to decedents are to be made payable and distributed to the estate of the decedent and delivered to the decedent's last known address (using a means as described above), unless the CADA is provided sufficient documentation justifying the distribution of the funds to a legal heir. The CADA may require certificate of death, certificate of birth, or other appropriate identification as he deems appropriate or necessary.

D) The CADA shall have the authority to include release language on the back of the settlement allocation checks and any accompanying enclosures, to the extent approved by the Special Master.

4.

The CADA and the Escrow Agent are hereby authorized to transfer all remaining funds from Iberia Bank to Hancock Bank.

WHEREFORE, the Special Master moves the Court to approve the amounts and disbursements in Exhibit "1" and the protocol set forth herein.

Baton Rouge, Louisiana, this 9th day of September, 2011.

s/Daniel J. Balhoff
Daniel J. Balhoff (#18776)
Randi S. Ellis (#25251)

## Certificate of Service

I hereby certify that on September 9th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J. Balhoff