UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

# Memorandum in Support of Motion to Distribute Fleetwood Settlement Funds

MAY IT PLEASE THE COURT:

The Special Master respectfully suggests that this Honorable Court approve and adopt the accompanying Motion to Distribute Fleetwood Settlement Funds for the reasons stated therein.

Baton Rouge, Louisiana, this 9th day of September, 2011.

s/Daniel J. Balhoff
Daniel J. Balhoff (#18776)
Randi S. Ellis (#25251)

# Certificate of Service

I hereby certify that on September 9th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff