UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion to File Exhibit as a Sealed Manual Attachment

NOW INTO COURT, comes Daniel J. Balhoff, Special Master, and moves as follows:

1.

The Special Master in connection with the filing of the Motion to Distribute Fleetwood Settlement Funds has generated a document, Exhibit "1", containing personal information of the claimants involved in this matter.

2.

In order to protect the personal information of the claimants, the Special Master requests that the documents be sealed to protect the privacy of the claimants.

3.

The Special Master asks that this Court direct the Clerk of Court to manually seal Exhibit "1" as an attachment in this matter.

WHEREFORE, the Special Master moves that the Court direct the Clerk of Court to manually seal Exhibit "1" as an attachment in this matter.

Baton Rouge, Louisiana, this 9th day of September, 2011.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:___s/Daniel J. Balhoff_____
       Daniel J. Balhoff (18776)
       Randi S. Ellis (25251)


## Certificate of Service

I hereby certify that on September 9th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff_____