UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 10-4121, 10-4122;
10-4123; 10-4124

## ORDER

**IT IS ORDERED** that **on or before Friday, September 16, 2011**, Plaintiffs Crystal Cooper

("Cooper"), Alice Goff ("Goff"), Lovella Rodwell ("Rodwell"), and Bessie Rogers ("Rogers")

**SHALL FILE A REPLY** to the "Motion for New Trial and or Reconsideration Pursuant to Federal

Rule of Civil Procedure 59(e)" (Rec. Doc. 20236), specifically addressing the following: (1) why

they failed to oppose the underlying motions at Rec. Docs. 18684 and 19080; (2) whether each of

the cases was properly matched such that the plaintiffs listed therein were properly matched to

specific defendant manufacturers and/or defendant contractor defendants.  Plaintiffs shall provide

*specifics* to the Court, as opposed to simply stating, as they did in the Motion to Reconsider at Rec.

Doc. 20236, that the manufacturers and installers were named in their Complaints (Rec. Doc. 20236-

1, p. 1).  Plaintiffs shall also address whether and to what extent unnamed defendants were also

named in these cases. On the showing currently made, the Court cannot determine whether an error

of fact was made in its Order and Reasons at Rec. Doc. 19856, and/or whether manifest injustice has

occurred.

New Orleans, Louisiana, this 9th day of September, 2011.

_____

**KURT D. ENGELHARDT**
**United States District Court**