UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: **ALL CASES** | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## MOTION FOR ENTRY OF *LONE PINE* ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Gulf Stream Coach, Inc., Jayco, Inc., Starcraft RV, Inc., SunRay RV, LLC, Heartland Recreational Vehicles, LLC, Sun Valley, Inc. d/b/a Sun Lite, SunnyBrook RV, Inc., TL Industries, Inc., Recreation By Design, LLC, Frontier RV, Inc., Cruiser RV, LLC, Play'Mor Trailers, Inc., Fluor Enterprises, Inc., CH2M Hill Constructors, Inc., Shaw Environmental, Inc., Forest River, Inc., Skyline Corporation and Layton Homes Corporation in the above-captioned Multi-District Litigation, who request that this Honorable Court enter a *Lone Pine* Order in this case. The Defendants respectfully submit that such an Order is necessary to pare down the instant litigation, to verify that the remaining plaintiffs have at least some legitimate basis on which to proceed against the defendants, and to promote efficiency and expediency. The reasons supporting the Motion are more fully set forth in the attached memorandum in support.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002

Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Gulf Stream Coach, Inc.**

**THOMAS L. COUGILL**
**JEFFREY P. FULTZ**
**WILLINGHAM, FULTZ & COUGILL, LLP**
Neil Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002
(713) 333-7600
(713) 333-7601 (FAX)
tomc@willingham-law.com
**Counsel for Jayco, Inc. and Starcraft RV, Inc.**

**TOM W. THAGARD, III**
**JOSH BAKER**
**MAYNARD COOPER & GALE PC**
1901 Sixth Ave. North
2400 AmSouth/Harbert Plaza
Birmingham, Al 35203-2618
(205) 254-1000
(205) 254-1999 (fax)
tthagard@maynardcooper.com
**Counsel for Defendants, SunRay RV, LLC**

**BRENT M. MAGGIO**
**LORI DAIGLE**
**ALLEN & GOOCH**
3900 North Causeway Blvd, Ste. 1450
Metairie, Louisiana 70002
**836-5200**
**(FAX) 836-5205**
brentmaggio@allengooch.com
**Counsel for Heartland Recreational Vehicles, Inc. and Sun Valley, Inc. d/b/a Sun Lite**


**CYNTHIA THOMAS**
**GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH**
#3 Sanctuary Blvd., Ste. 301
Mandeville, LA 70471
(985) 674-6680
Fax: (985)674-6681
cthomas@gtbs.com
**Counsel for Sunnybrook RV, Inc.**

**LYON H. GARRISON**
**RANDY C. MULCAHY**
**KELLY MORTON**
**GARRISON, YOUNT, FORTE, MULCAHY, L.L.C.**
909 Poydras Street, Suite 1800
New Orleans, LA 70112
527-0109
527-0686 (FAX)
lgarrison@garrisonyount.com
**Counsel for Defendant, TL Industries, Inc., Recreation by Design, LLC, Frontier RV, Inc., Cruiser RV, LLC and Play'Mor Trailers, Inc.**

**CHARLES R. PENOT, JR.**
**DOMINIC J. GIANNA**
**RICHARD A. SHERBURNE**
**SARAH A. LOWMAN**
**MIDDLEBERG RIDDLE & GIANNA**
KPMG Centre, Suite 2400
717 N. Harwood
Dallas, Texas 75201
(direct) 214.220.6334
(fax) 214.220.6807
cpenot@midrid.com

**Counsel for Fluor Enterprises, Inc.**

**GERARDO R. BARRIOS**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471
(985) 819-8416
(985) 819-6716 (fax)
gbarrios@bakerdonelson.com
**Counsel for CH2M Hill Constructors, Inc.**
**DAVID KURTZ**
**KAREN WHITFIELD**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
566-5259
FAX: 636-5259
**Counsel for Shaw Environmental, Inc.**
**dkurtz@bakerdonelson.com**
kwhitfield@bakerdonelson.com

**ERNEST P. GIEGER, JR.**
**MIKE DIGIGLIA**
**GIEGER, LABORDE & LAPEROUSE, LLC**
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
mdigiglia@glllaw.com
**Counsel for Defendant, Forest River, Inc.**

**LARRY FELDMAN**
**ROBERT SHEESLEY**
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 586-1200
(504)596-2800 (fax)
New Orleans, La 70130
**Counsel for Layton & Skyline Corporation**
**lfeldman@mcglinchey.com**
**rsheesley@mcglinchey.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2011, a copy of the foregoing Motion for Entry of *Lone Pine* Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com