# Eric Berger

**From:** Reed G. Bowman [rbowman@damicolaw.net]
**Sent:** Thursday, September 08, 2011 4:12 PM
**To:** Eric Berger
**Cc:** Kelly Moorman; Tequilla Hargrove
**Subject:** RE: fema: Hobson v. Crum & Forster

Our office does not oppose the dismissal of their claims.

Thanks Eric.

Reed Bowman
Attorney
Mass Torts Division
Frank D'Amico, Jr., APLC
4731 Canal Street
New Orleans, LA  70119
(504) 525-7272

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and delete any copies from your system.

**From:** Eric Berger [mailto:ebb@lcba-law.com]
**Sent:** Thursday, September 08, 2011 4:01 PM
**To:** Reed G. Bowman
**Subject:** fema: Hobson v. Crum & Forster

Reed, this will confirm our conversation wherein you indicated that you did not oppose the dismissal of the claims of Terri Matthews on behalf of the minor L.T. or Terri Matthews on behalf of the minor R.T.

Thanks you for your cooperation.

Eric B. Berger
ebb@lcba-law.com
Lobman, Carnahan, Batt, Angelle & Nader
400 Poydras Street
Suite 2300
New Orleans, LA 70130
(504) 586-9292
(504) 586-1290



EXHIBIT A

1