# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Flynn, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-3665 | * | |
| Plaintiff:  Eric Flynn rep by Rhonda Flynn | * | |
| | * | |
| *Falgout, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3663 | * | |
| Plaintiffs:  Rhonda Flynn and Tina Marie Forcet | * | |

***************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. Erica Flynn rep by Rhonda Flynn
2. Rhonda Flynn
3. Tina Marie Forcet

New Orleans, Louisiana this 9th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

00238512-1