UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bonney v. Jayco Enterprises, Inc., et al., EDLA 09-4327*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Sever Contractor Claim of Amelia Francis and Consolidate with 09-5526,

IT IS ORDERED that the Motion to Sever Contractor Claim of Amelia Francis and Consolidate with 09-5526 is hereby Granted.

THIS DONE the  9th  day of      September     , 2011, New Orleans, Louisiana.

                                    _____
                                    HONORABLE KURT ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE