**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                        *        MDL NO. 1873
        FORMALDEHYDE PRODUCTS               *
        LIABILITY LITIGATION                *        SECTION "N" (5)
                                            *
                                            *        JUDGE: ENGELHARDT
THIS DOCUMENT IS RELATED TO:                *
*Bader, et al v. Gulf Stream Coach,*        *        MAG: CHASEZ
*Inc., et al*; Docket No. 10-3681           *
Plaintiffs:  Diana T. Buras, Gail C. Buras, Paula    *
Buras, Ronald Buras, Irvin Burke, Lucille Burke,     *
Christopher Kenneth Butler, Jeanette J. Cabrera,     *
Shelia S. Cabrera, Yolanda M. Cabrera o/b/o S.C.     *
And S.C., Yolanda M. Cabrera, Peggy P. Campo,        *
Evelyn M. Caronia, Ronnie Caronia, Barbara           *
Soileau Catalanotto, Mark A. Catalanotto, Frank      *
A. Ceaser
**********************************************************************************

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-

Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for

Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is

**GRANTED**, as to the following plaintiffs, as captioned above:

1.    Diana T. Buras
2.    Gail C. Buras
3.    Paula Buras
4.    Ronald Buras
5.    Irvin Burke
6.    Lucille Burke
7.    Christopher Kenneth Butler
8.    Jeanette J. Cabrera
9.    Shelia S. Cabrera
10.   Yolanda M. Cabrera o/b/o S.C.
11.   Yolanda M. Cabrera o/b/o S.C.
12.   Yolanda M. Cabrera
13.   Peggy P. Campo

00238574-1

14.     Evelyn M. Caronia
15.     Ronnie Caronia
16.     Barbara Soileau Catalanotto
17.     Mark A. Catalanotto
18.     Frank A. Ceaser

New Orleans, Louisiana this 9th day of September, 2011.

_____
        UNITED STATES DISTRICT JUDGE