## Roberta Burns

**From:** Roberta Burns
**Sent:** Tuesday, August 30, 2011 4:31 PM
**To:** 'Naanie Daigle'
**Cc:** dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; LAMONT DOMINGUE; Jessica Bastoe; Phyllis Michon
**Subject:** RE: FEMA - Forsythe v Sun Valley

Counsel:

I oppose the filing of this motion. As is set forth in PTO 88, "unknown" is a satisfactory response and these clients do not know the VIN number of the EHU in question. I believe all but two clients in this family (see Ex. A, D) put this on the PFS and we are amending those which did not include "unknown" on the PFS and will be sending to you.

Roberta Burns



EXHIBIT A

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Naanie Daigle [mailto:naanie@volalaw.com]
**Sent:** Tuesday, August 30, 2011 2:58 PM
**To:** Roberta Burns
**Cc:** dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; LAMONT DOMINGUE
**Subject:** FEMA - Forsythe v Sun Valley

Re:  FEMA Trailer Formaldehyde Product Liability Litigation
     *Eric Forsythe, Jr., et al v*
     *Sun Valley, Inc., et al*
     E.D. La. Suit No. 10-3833

See attached proposed Motion to Dismiss for Failure to Cure.  Please advise by noon tomorrow if you will oppose this motion


Naanie G. Daigle
Voorhies & Labbé
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana  70502-3527
337.232.9700  phone
337.235.4943  fax
naanie@volalaw.com

CONFIDENTIALITY STATEMENT:
This e-mail and any file information transmitted with it from the law firm of Voorhies & Labbé are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 337.232.9700 or 800.256.9700.