## Roberta Burns

**From:** Jessica Bastoe
**Sent:** Friday, September 09, 2011 2:21 PM
**To:** lpd@volalaw.com
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** RE: Forsythe v. Sun Valley
**Attachments:** Forsythe, Eric Jr_Sun Valley PFS.PDF; Forsythe, Eric III_Sun Valley PFS.PDF

Counsel:

Please find amended PFS for Eric Forsythe Jr. and Eric Forsythe III.

Thank you,



EXHIBIT
B

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.