# Roberta Burns

| | |
|---|---|
| From: | LAMONT DOMINGUE [lpd@volalaw.com] |
| Sent: | Friday, September 09, 2011 9:24 AM |
| To: | Roberta Burns |
| Cc: | BrentMaggio@AllenGooch.com; dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; Palmer Lambert; James Sutterfield; Jessica Bastoe; Phyllis Michon; Naanie Daigle |
| Subject: | RE: FEMA - Forsythe v Sun Valley |

Roberta,

My client respectfully declines your request that we withdraw Sun Valley's motion to dismiss the claims of Eric Forsythe, Jr. and Eric Forsythe, III. Notwithstanding their anticipated amendment of their PFS, we believe the Forsythes failed to comply with PTO's 2, 32 and 88, and therefore continue to seek their dismissal.

If there is anything further you need from us, please advise.

Lamont



>>> Roberta Burns <rburns@torres-law.com> 9/8/2011 1:35 PM >>>
LAMONT-

The client called FEMA and was provided the barcode.
I then asked plaintiffs' liaison counsel to run the barcode in the "IA-TAC Louisiana (REDACTED)" database that was produced to plaintiffs'
liaison counsel by defendants and this produced the vin information.

Roberta

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND
CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a
lawyer at the law firm listed above, and is intended only for the use of the individual or
entity to whom it is addressed. This message contains information and/or attachments that are
privileged, confidential and exempt from disclosure under applicable law. If the reader of
this message is not the intended recipient or is not the employee or agent responsible for
delivering this message to the intended recipient, please do not read, copy, use or disclose
this communication to others. Please notify us immediately at
504-217-8421 if you receive this message in error, and immediately delete this message and
all of its attachments. Thank you.

-----Original Message-----
From: LAMONT DOMINGUE [mailto:lpd@volalaw.com]
Sent: Thursday, September 08, 2011 12:55 PM

To: Roberta Burns
Cc: dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; Palmer Lambert; Jessica Bastoe; Phyllis Michon
Subject: RE: FEMA - Forsythe v Sun Valley

Roberta,

Receipt of your request is acknowledged.

Please provide the source document(s) for the information received from FEMA matching Eric Forsythe, Jr. and Eric Forsythe, III, to the Sun Valley VIN and FEMA Barcode you provided below. I cannot find where any such information was produced by FEMA to the defendants.

Upon receipt, I will contact my client immediately and advise if we agree to withdraw motion asap.

Thanks,

Lamont

>>> Roberta Burns <rburns@torres-law.com> 9/8/2011 9:10 AM >>>
Dear Lamont-

I am in the process of formally amending the PFS's for the Forsythe plaintiffs but I am forwarding to you the Bar Code just obtained from FEMA by the client and the VIN number which matches the Bar Code and with this information ask that you withdraw your motion to dismiss. I would like to hear from you by Friday. This information apples to Eric Forsythe, Jr. and EF, III (his son).

See below:

Barcode number of 1055679

Fluor 1055679        1S4BT302233011374   TT

Roberta

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at
504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

-----Original Message-----
From: LAMONT DOMINGUE [mailto:lpd@volalaw.com]
Sent: Wednesday, August 31, 2011 7:50 AM
To: Roberta Burns
Cc: dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; Jessica Bastoe; Phyllis Michon; Naanie Daigle
Subject: RE: FEMA - Forsythe v Sun Valley

Roberta,

Thank you for the prompt response. Per recent court order, we must file Sun Valley motions to dismiss for failure to cure PFS by September 2, 2011, and will therefore file the motion as "opposed."

While I appreciate that "unknown" might suffice as an answer for some questions in the PFS, I am hard pressed to agree that it is an acceptable answer to questions directed to matching a particular plaintiff to a particular manufacturer. Also, we are not aware of any other family members of the Forsythe plaintiffs having sued Sun Valley.
Their lawsuit only names the two plaintiffs sought to be dismissed, and their PFS only identify those same two plaintiffs as having occupied an EHU together.

Again, thanks for your prompt reply and any information you can provide to help resolve the question of matching the Forsythe plaintiffs to Sun Valley would be appreciated.

Lamont

Lamont P. Domingue
Voorhies & Labbé
P.O. Box 3527
Lafayette, LA   70502-3527
337.232.9700   phone
337.235.4943   fax
lpd@volalaw.com

CONFIDENTIALITY STATEMENT:
This e-mail and any file information transmitted with it from the law firm of Voorhies & Labbé are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 337.232.9700 or 800.256.9700.


>>> Roberta Burns <rburns@torres-law.com> 8/30/2011 4:31 PM >>>
Counsel:
I oppose the filing of this motion.  As is set forth in PTO 88, "unknown" is a satisfactory response and these clients do not know the VIN number of the EHU in question.  I believe all but two clients in this family (see Ex. A, D) put this on the PFS and we are amending those which did not include "unknown" on the PFS and will be sending  to you .
Roberta Burns

Roberta L. Burns
8301 W. Judge Perez Drive

3

Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at
504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

From: Naanie Daigle [mailto:naanie@volalaw.com]
Sent: Tuesday, August 30, 2011 2:58 PM
To: Roberta Burns
Cc: dmartin@gainsben.com; gmeunier@gainsben.com; Justin Woods; LAMONT DOMINGUE
Subject: FEMA - Forsythe v Sun Valley

Re:     FEMA Trailer Formaldehyde Product Liability Litigation
        Eric Forsythe, Jr., et al v
        Sun Valley, Inc., et al
        E.D. La. Suit No. 10-3B33

See attached proposed Motion to Dismiss for Failure to Cure.  Please advise by noon tomorrow if you will oppose this motion


Naanie G. Daigle
Voorhies & Labbé
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana  70502-3527
337.232.9700   phone
337.235.4943   fax
naanie@volalaw.com<mailto:naanie@volalaw.com>

CONFIDENTIALITY STATEMENT:
This e-mail and any file information transmitted with it from the law firm of Voorhies & Labbé are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 337.232.9700 or 800.256.9700.