UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 09-3482 | | * | |
| Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al. | | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Kathy Sanders* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Kathy Sanders, who respectfully requests that this Honorable Court grant her Motion To Dismiss With Prejudice her claims against Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) in *Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al.,* Civil Action No. 09-3482.

                                                Respectfully submitted,

                                                */s/ Hugh P. Lambert*
                                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                CANDICE C. SIRMON, ESQ. (LA Bar #30728)
                                                CAYCE C. PETERSON, ESQ. (LA Bar #32217)
                                                LAMBERT & NELSON, PLC
                                                701 Magazine Street
                                                New Orleans, LA 70130
                                                Telephone: (504)581-1750
                                                Facsimile: (504)529-2931
                                                hlambert@lamnel.com
                                                candices@lamnel.com
                                                cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 12, 2011, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed  the foregoing document and the notice of electronic filing to all liaison counsel of record.

                 */s/ Hugh P. Lambert*
                 HUGH P. LAMBERT, ESQ. (LA Bar #7933)