UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 09-3482 | | * | |
| Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al. | | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Kathy Sanders* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**MAY IT PLEASE THE COURT**, through undersigned counsel, comes Plaintiff, Kathy Sanders, who provides the following facts in support of her Motion To Dismiss With Prejudice in *Marie Allen, et al. vs. Gulf Stream, Inc., et al.,* Civil Action No. 09-3482.

On May 7, 2009, Plaintiff filed a Complaint for Damages before the United States District Court for the Eastern District of Louisiana, *Marie Allen, et al. vs. Gulf Stream Coach, Inc., and Fluor Enterprises, Inc.*, Civil Action No. 09-3482. Plaintiff then amended her original Complaint for Damages on September 22, 2010, in order to add Defendant, The United States of America through the Federal Emergency Management Agency (FEMA).

Plaintiff, Kathy Sanders, no longer wishes to participate in this multi-district litigation and wishes to dismiss her claims against the named Defendants.

Therefore, Plaintiff moves this Honorable Court to grant her Motion to Dismiss With Prejudice her claims in Civil Action No. 09-3482.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2011, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document and the notice of electronic filing to all liaison counsel of record.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)