UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|              PRODUCT LIABILITY LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   09-3482 | * | |
| Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Kathy Sanders* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the above and foregoing Plaintiff's Motion to Dismiss With Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that any and all claims asserted by Plaintiff, Kathy Sanders, against Defendants, Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA), in the above numbered and entitled suit are hereby dismissed, with prejudice, each party bearing his own costs.

New Orleans, Louisiana , this _____ day of _____, 2011.

                                        HONORABLE JUDGE KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT COURT JUDGE