UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| | PRODUCT LIABILITY LITIGATION | * | |
| | | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 09-3482 | | * | |
| Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al. | | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Kathy Sanders* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff, Kathy Sanders, certifies that opposing counsel of record for Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) have been contacted and do not oppose Plaintiff's Motion to Dismiss With Prejudice.

                                                        Respectfully submitted,

                                                        */s/ Hugh P. Lambert*
                                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                                        CANDICE C. SIRMON, ESQ. (LA Bar #30728)
                                                        CAYCE C. PETERSON, ESQ. (LA Bar #32217)
                                                        LAMBERT & NELSON, PLC
                                                        701 Magazine Street
                                                        New Orleans, LA 70130
                                                        Telephone: (504)581-1750
                                                        Facsimile: (504)529-2931
                                                        hlambert@lamnel.com
                                                        candices@lamnel.com
                                                        cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 12, 2011, I electronically filed the foregoing with Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed  the foregoing document and the notice of electronic filing to all liaison counsel of record.

                                                  */s/ Hugh P. Lambert*
                                                  HUGH P. LAMBERT, ESQ. (LA Bar #7933)