UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al. (10-3702)* | | MAGISTRATE CHASEZ |

**************************************

## Consent Motion to Dismiss Without Prejudice

NOW INTO COURT, through undersigned counsel, come plaintiffs Felix E. Arceneaux, Jr., Jay Authement,[1] Jaylin A. Authement, Donald Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan P. Pierson and Theresa G. Pierson, individually and o/b/o Grace Pierson, and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), who, move this court for an order dismissing the claims of aforementioned plaintiffs against Morgan, without prejudice, because it has been discovered that they erroneously identified Morgan as the manufacturer of their temporary housing units.

WHEREFORE, plaintiffs, Felix E. Arceneaux, Jr., Jay Authement, Jaylin A. Authement, Donald Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan P. Pierson and Theresa G. Pierson, individually and o/b/o Grace Pierson, and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pray that their Motion to Dismiss without Prejudice be granted, dismissing their claims in *Helen Albarado, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-3702, without prejudice.

---

[1] Jay Authement was mistakenly listed twice in the complaint filed in this matter: once as Jay Authement and once as Jay J. Authement.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION**

*/s/ Roberta L. Burns*
Sidney D. Torres, III (La. Bar Roll No. 12869)
Roberta L. Burns (La. Bar Roll No. 14945)
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone:  (504) 271-8421

**MCGLINCHEY STAFFORD, PLLC**

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

**Certificate of Service**

I certify that, on September 13, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.  I further certify that I had permission from Roberta Burns to affix her electronic signature to this motion.

*/s/ Amanda S. Stout*
Amanda S. Stout

389046.1