UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * <br> * | |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al.* (10-3702 | * <br> * | MAGISTRATE CHASEZ |

**************************************************

### Memorandum in Support of Unopposed Motion to Dismiss without Prejudice

Plaintiffs, Felix E. Arceneaux, Jr., Jay Authement,[1] Jaylin A. Authement, Donald Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan P. Pierson and Theresa G. Pierson, individually and o/b/o Grace Pierson, and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), move this court for an order dismissing their claims against Morgan, without prejudice.

Each of the identified plaintiffs were originally named as a plaintiffs in *Helen Albarado, et al. v. Morgan Buildings and Spas., Inc., et al.,* E.D. La. Suit No. 10-3702, filed October 15, 2010, based on information provided at the time of filing. The identified plaintiffs have since discovered, from a review of documents and materials now available, that they was erroneously placed in this suit as they actually resided in temporary housing units manufactured by defendants other than Morgan. Plaintiffs in other matters have moved to amend their complaint to add the aforementioned individuals as a plaintiff as appropriate. These motions for leave to amen have since been granted, as set forth below:

---

[1] Jay Authement was mistakenly listed twice in the complaint filed in this matter: once as Jay Authement and once as Jay J. Authement.

- Felix E. Arceneaux Jr. – On August 23, 2011, plaintiffs in *Raymond L. Deogracias, et al. v. Starcraft RV, Inc., et al.* (10-3562) moved to add Mr. Arceneaux as a plaintiff in the suit against Starcraft RV, Inc.  *See* R. Doc. 22548.  The motion was granted on August 25, 2011.  *See* R. Doc. 22567.

- Jay Authement and Jaylin A. Authement – On August 23, 2011, plaintiffs in *David M. Binder, et al. v. Forest River, Inc., et al.* (10-3687) moved to add Jay and Jaylin Authement as plaintiffs in the suit against Forest River, Inc.  *See* R. Doc. 22549.  The motion was granted on August 24, 2011.  *See* R. Doc. 22571.

- Donald Blagio – On August 24, 2011, plaintiffs in *Mohammad R. Alkurd, et al. v. Cavalier Home Builders, LLC, et al.* (10-3694) moved to add Mr. Blagio as a plaintiff against Cavalier.  *See* R. Doc. 22555.  The motion was granted on August 25, 2011.  *See* R. Doc. 22589.

- Mary Blazio – On August 24, 2011, the plaintiffs in *Taneka Hill, et al. v. Silver Creek Homes, Inc., et al.* (10-3484) moved to add Ms. Blazio as a plaintiff against Sliver Creek Homes, Inc.  *See* R. Doc. 22555.  The motion was granted on August 25, 2011.  *See* R. Doc. 22591.

- Jennifer Ann Keiff – On August 24, 2011, the plaintiffs in *Abdul Q. Kahn, et al.* (10-3717) moved to add Ms. Keiff as a plaintiff against Superior Homes, LLC.  *See* R. Doc. 22559.  The motion was granted on August 25, 2011.  *See* R. Doc. 22595.

- Rodney J. Pierson, Bonnie L. Pierson, Jonathan G. Pierson and Theresa Pierson, individually and o/b/o Grace Pierson – On August 24, 2011, the plaintiffs in *Manny Earnest Gallardo, et al. v. Jayco, Inc., et al.* (10-3491) moved to add the Piersons as plaintiffs against Jayco.  *See* R. Doc. 22561.  The motion was granted on August 25, 2011.  *See* R. Doc. 22598.

These plaintiffs and Morgan now move this Honorable Court to dismiss the identified plaintiffs' claims against Morgan, without prejudice, because they have been properly matched to suits involving claims against the defendants who actually manufactured the identified plaintiffs' temporary housing units.

Therefore, plaintiffs, Felix E. Arceneaux, Jr., Jay Authement, Jaylin A. Authement, Donald Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan G. Pierson and Theresa Pierson, individually and o/b/o Grace Pierson, and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pray that their Motion to Dismiss without Prejudice be granted, dismissing the claims of the identified plaintiffs in *Helen*

389046.1

2

*Albarado, et al. v. Morgan Buildings and Spas, Inc., et al*., E.D. La. Suit No. 10-3702, without prejudice.

          Respectfully submitted,

          **LAW OFFICES OF SIDNEY D. TORRES, III**
          **A PROFESSIONAL LAW CORPORATION**

          */s/ Roberta L. Burns*
          Sidney D. Torres, III (La. Bar Roll No. 12869)
          Roberta L. Burns (La. Bar Roll No. 14945)
          8301 W. Judge Perez Drive, Suite 303
          Chalmette, Louisiana 70043
          Telephone:  (504) 271-8421

          **MCGLINCHEY STAFFORD, PLLC**

          */s/ Amanda S. Stout*
          Christine Lipsey (La. Bar Roll No. 1182), T.A.
          Dan E. West (La. Bar Roll No. 13372)
          Amanda S. Stout (La. Bar Roll No. 29001)
          One American Place, 14th floor
          Baton Rouge, Louisiana 70825
          Telephone:  (225) 383-9000
          Facsimile:  (225) 343-3076

          Attorneys for Morgan Buildings & Spas, Inc. and
          Morgan Building Systems, Inc.

## Certificate of Service

     I certify that, on September 13, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.  I further certify that I had permission from Roberta Burns to affix her electronic signature to this motion.

          */s/ Amanda S. Stout*
          Amanda S. Stout