UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al. (10-3702)* | * | MAGISTRATE CHASEZ |
| | * | |

*********************************************

## Order

Considering the Consent Motion to Dismiss without Prejudice filed in the matter styled *Helen Albarado, et al. v. Morgan Buildings & Spas., Inc., et al. (10-3702)*:

IT IS ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and the claims of plaintiffs Felix E. Arceneaux, Jr., Jay Authement,[1] Jaylin A. Authement, Donald Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan P. Pierson and Theresa G. Pierson, individually and o/b/o Grace Pierson, against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., are dismissed without prejudice.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

---

[1] Jay Authement was mistakenly listed twice in the complaint filed in this matter: once as Jay Authement and once as Jay J. Authement.