UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * * | MDL NO. 1873 <br><br><br><br><br> JUDGE ENGELHARDT <br><br><br><br> MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: | | |
| *Helen Albarado, et al. v Morgan Buildings & Spas, Inc., et al. (10-3702)* | | |

**********************************************

## Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that on September 12, 2011, I corresponded with plaintiffs' counsel Roberta Burns, who advised that the plaintiff consented to the filing of this motion.

                Respectfully submitted,

                */s/ Amanda S. Stout*
                Christine Lipsey (La. Bar Roll No. 1182), T.A.
                Dan E. West (La. Bar Roll No. 13372)
                Amanda S. Stout (La. Bar Roll No. 29001)
                McGLINCHEY STAFFORD, PLLC
                One American Place, 14th floor
                Baton Rouge, Louisiana 70825
                Telephone:  (225) 383-9000
                Facsimile:  (225) 343-3076

                Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.