# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL. NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **This Document Relates To:** | * | |
| *Arnaud, et al v. Recreation by* | * | **MAGISTRATE: CHASEZ** |
| *Design, LLC, et al,* 09-5406 | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf at Record Doc. No. 21780:

**IT IS ORDERED** that the Plaintiffs be **GRANTED** leave to file their First Supplemental and Amending Complaint for Damages at Record Doc. No. 21780, subject to a full reservation of rights on behalf of defendant, Recreation by Design, LLC, to raise any and all applicable defenses and/or exceptions, including, but not limited to, prescription.

New Orleans, Louisiana this _____ day of September, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1