# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** *Johnson, et al v. TL Industries, Inc., et al,* 09-5359 | * * * * * | MAGISTRATE:  CHASEZ |

**********************************************************************

## ORDER

Considering the Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf at Record Doc. No. 22329:

**IT IS ORDERED** that the Plaintiffs be **GRANTED** leave to file their First Supplemental and Amending Complaint for Damages at Record Doc. No. 22329, subject to a full reservation of rights on behalf of defendant, TL Industries, Inc., to raise any and all applicable defenses and/or exceptions, including, but not limited to, prescription.

New Orleans, Louisiana this _____ day of September, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

1