UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Friday, September 16, 2011, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals that will be granted admittance to the 8:30 a.m. conference Friday, September 16, 2011 are:

-Jerry Meunier  
-Justin Woods  
-Matt Moreland  
-Raul Bencomo  
-Frank D'Amico, Jr.  
-Tony Buzbee  
-Mikal Watts (will not be in attendance)  
-Dennis Reich  
-Robert Becnel  
-Robert Hilliard  
-Andy Weinstock  
-Joe Glass

- Ernie Gieger
-Stewart Tharp (will not be in attendance)
-Jim Percy
-Tim Scandurro
-Dave Kurtz
-Karen Whitfield
-Charlie Penot
-Gerry Barrios
-John Hainkel
-Lamont Domingue (in Tom Thagard's absence)
-Henry Miller (attendance optional)
-Adam Dinnell (attendance optional)
-Ralph Hubbard
-Charles Leche
-John Perry (attendance optional)
-Dan Balhoff (attendance optional)
-Randi Ellis (attendance optional)

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10 a.m. conference on Friday, September 16, 2011, is open to all.

New Orleans, Louisiana, this 13th day of September, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**