UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|            FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|            LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Karen Kline o/b/o C.B., et al. v. Starcraft RV,* | * | JUDGE ENGELHARDT |
| *Inc., et al.* | * | |
| Docket No. 10-3669 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Martha Farmer | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF MARTHA FARMER

**COMES NOW**, Defendant, Starcraft RV, Inc. and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Martha Farmer, and in support they would respectfully show the court as follows:

I.  On or about October 15, 2010, Plaintiff, Martha Farmer, was named as a plaintiff in a case styled *Karen Kline o/b/o C.B., et al. v Starcraft RV, Inc., et al.*, Cause No 10-3669. Subsequently, on or about October 15, 2010, Martha Farmer was named as a plaintiff in a case styled *Tiffany Leigh Brodmyer, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3670. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II.  In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Martha Farmer appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without

prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff in this case. Defendant would further show that this motion has no effect on the claims of Martha Farmer as filed in the case styled *Tiffany Leigh Brodmyer, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3670.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of Martha Farmer in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile
     **Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 13th day of September, 2011.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL