UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|           FORMALDEHYDE PRODUCTS | * | |
|           LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Allen, et al v. Gulf Stream Coach,* | * | MAG: CHASEZ |
| *Inc., et al*; Docket No. 10-742 | * | |
| Plaintiffs:  William James Buckel, Courtney Allen | * | |
| Catanese, Brooke Leigh Costella, Coleen M. | * | |
| Couget | | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above:

1. William James Buckel
2. Courtney Allen Catanese
3. Brooke Leigh Costella
4. Coleen M. Couget

New Orleans, Louisiana this 12th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

00238633-1