IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 07-5709 Joseph M. Pujol, et al. vs. Pilgim International, Inc., et al. *Relates to Plaintiff: Eric Smith* | * * * * | MAGISTRATE CHASEZ |

******************************************************************************

### PLAINTIFF'S MOTION TO SUBSTITUTE CATINA HOPKINS AS REPRESENTATIVE FOR DECEASED PLAINTIFF, ERIC SMITH

NOW INTO COURT, comes counsel for Plaintiff, Eric Smith, who respectfully represents that it is both necessary and appropriate pursuant to Federal Rules of Civil Procedure Rule 25 to substitute Plaintiff's spouse, Catina Hopkins, as representative for Plaintiff, Eric Smith due to Eric Smith's death on June 16, 2009.  *See attached Exhibit A.*

WHEREFORE, Plaintiff, Eric Smith, respectfully moves this Honorable Court to substitute Plaintiff's spouse, Catina Hopkins, as representative for Eric Smith's claims in the underlying Original Complaint for Damages as it relates to the underlying lawsuit of *Joseph M. Pujol, et. al vs. Pilgrim International, Inc., et. al.*(Eastern District of Louisiana Civil Action No. 07-5709).

Respectfully submitted,

  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)
CANDICE C. SIRMON, ESQ. (LA BAR #30728)
CAYCE C. PETERSON, ESQ. (LA BAR #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing notice was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September 2011.

  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)