IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:    07-5709 | * | |
| Joseph M. Pujol, et al. vs. Pilgim International, Inc., | * | MAGISTRATE CHASEZ |
| et al. | * | |
| *Relates to Plaintiff: Eric Smith* | * | |

*******************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE CATINA HOPKINS AS REPRESENTATIVE FOR DECEASED PLAINTIFF, ERIC SMITH

MAY IT PLEASE THE COURT:

Counsel for Plaintiff, Eric Smith respectfully requests that Eric Smith's spouse, Catina Hopkins, be substituted as the representative for Plaintiff, Eric Smith's claims for damages in the above referenced matter.  Eric Smith died on June 16, 2009.  His death is documented in the attached certificate of death from the State of Louisiana.  Eric Smith died intestate and Catina Hopkins is his surviving spouse.  Therefore, Catina Hopkins requests that she be substituted as the representative of Eric Smith's claims for damages.

Respectfully submitted,


  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)
CANDICE C. SIRMON, ESQ. (LA BAR #30728)
CAYCE C. PETERSON, ESQ. (LA BAR #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing notice was served on all

counsel of record through electronic notification pursuant to the electronic filing in the

United States District Court for the Eastern District of Louisiana this 13th day of September,

2011.


  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)