IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   07-5709 | * | |
| Joseph M. Pujol, et al. vs. Pilgim International, Inc., | * | MAGISTRATE CHASEZ |
| et al. | * | |
| *Relates to Plaintiff: Eric Smith* | * | |

**************************************************************************

## NOTICE OF THE DEATH OF PLAINTIFF ERIC SMITH

NOW INTO COURT, comes Plaintiff, Eric Smith's spouse, Catina Hopkins who gives written notice of the death of her husband, Plaintiff, Eric Smith, on June 16, 2009.  As proof of Eric Smith's death, Katina Hopkins attaches as Exhibit A a certified copy of Eric Smith's certificate of death issued by the State of Louisiana.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA BAR #7933)
CANDICE C. SIRMON, ESQ. (LA BAR #30728)
CAYCE C. PETERSON, ESQ. (LA BAR #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing notice was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

      /s/ Hugh P. Lambert
    HUGH P. LAMBERT, ESQ. (LA BAR #7933)