**THIS RECORD IS VALID FOR DEATH ONLY**

6138261

IMPORTANT: PRINT or TYPE, black ink or ribbon mandatory

**1330181**

**STATE OF LOUISIANA**
**CERTIFICATE OF DEATH**

BIRTH No. _____   FILE No. 117 _____

### DECEDENT
| 1A. LAST NAME | 1B. FIRST NAME | 1C. MIDDLE NAME | 2A. DATE OF DEATH |
|---|---|---|---|
| Smith | Eric | Albert | June 16, 2009 |

| 2B. HOUR OF DEATH | 3. SEX | 4. RACE | 5. MARITAL STATUS | 6. SURVIVING SPOUSE |
|---|---|---|---|---|
| 0036 | Male | Black | Married | Catina Hopkins |

| 7. DATE OF BIRTH | 8A. AGE YEARS | 8B. UNDER 1 YEAR | 8C. UNDER 1 DAY | 9. BIRTHPLACE |
|---|---|---|---|---|
| February 10, 1971 | 38 | | | New Orleans, Louisiana |

| 10. USUAL OCCUPATION | 11. KIND OF BUSINESS/INDUSTRY | 12. OF HISPANIC ORIGIN? |
|---|---|---|
| Laborer | Self-Employed | No |

| 13. EVER IN U.S. ARMED FORCES? | 14. SOCIAL SECURITY NUMBER | 15. DECEDENT'S EDUCATION |
|---|---|---|
| No | 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 | 11 |

### PLACE OF DEATH
16A. PLACE OF DEATH: ER / OUTPATIENT (X)
16B. NAME OF FACILITY: Interim LSU Public Hospital
16C. PLACE OF DEATH IN CITY LIMITS? Yes
17A. CITY: New Orleans
17B. PARISH OF DEATH: Orleans

### RESIDENCE
| 18A. STREET ADDRESS | 18B. PARISH OF RESIDENCE | 18C. STATE OF RESIDENCE |
|---|---|---|
| 2206 Esplanade Ave. | Orleans | Louisiana |

| 18D. USUAL RESIDENCE | 18E. ZIP CODE | 18F. RESIDENCE INSIDE CITY LIMITS? |
|---|---|---|
| New Orleans | 70116 | Yes |

### PARENTS
| 19A. FATHER'S LAST NAME | FIRST | MIDDLE | 19B. FATHER'S PLACE OF BIRTH | 19C. STATE |
|---|---|---|---|---|
| Smith | Willie | | Natchez | Mississippi |

| 20A. MOTHER'S MAIDEN NAME | FIRST | MIDDLE | 20B. MOTHER'S PLACE OF BIRTH | 20C. STATE |
|---|---|---|---|---|
| Brumbly | Alma | | Natchez | Mississippi |

### INFORMANT
| 21A. NAME OF INFORMANT | 21B. INFORMANT'S ADDRESS | 21C. DATE |
|---|---|---|
| Alma Brumbly | 2206 Esplanade Ave., New Orleans, LA 70116 | June 16, 2009 |

### DISPOSITION
| 22A. METHOD OF DISPOSITION | 22B. DATE THEREOF | 22C. NAME AND LOCATION OF CEMETERY OR CREMATORIUM |
|---|---|---|
| Burial (X) | June 22, 2009 | Providence Memorial Park Metairie LA |

23A. SIGNATURE AND ADDRESS OF FUNERAL DIRECTOR: Louisiana Undertaking Company, 1449 N. Claiborne Ave., New Orleans, LA 70116
23B. FACILITY NUMBER: 167
23C. LICENSE NUMBER: U-1442

### REGISTRAR
| 25A. BURIAL TRANSIT PERMIT | 25B. PARISH OF ISSUE | 25C. DATE OF ISSUE | 26. SIGNATURE OF REGISTRAR |
|---|---|---|---|
| S-288531 | Jefferson | June 18, 2009 | [signature] 12 |

### MANNER OF DEATH
27. MANNER OF DEATH: Accident (X)

| 28A. DATE OF INJURY | 28B. TIME OF INJURY | 28C. INJURY AT WORK | 28D. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| 06-16-2009 | Unknown | No | Motorcycle VS Vehicle |

28E. PLACE OF INJURY: Street
28F. LOCATION: S. Claiborne Ave. & Washington Ave. New Orleans Orleans LA

### CERTIFIER
29B. SIGNATURE OF PHYSICIAN OR CORONER: [signature] Frank Minyard MD
29C. DATE: 06/19/2009
New Orleans Coroner's Office
29D. TYPE OR PRINT NAME AND TITLE: Frank Minyard, MD / Coroner
29E. ADDRESS: 2612 Martin Luther King Blvd., New Orleans, LA 70113

### CAUSE OF DEATH
30. PART I.
a. IMMEDIATE CAUSE: Cervico Spinal Injuries
b. Lacerated Liver
c. Transected Vena Cava, Lacerated Heart
d. Blunt Force Injuries

30. PART II. OTHER SIGNIFICANT CONDITIONS: [blank]

31. IF DECEASED WAS FEMALE 10-49, WAS SHE PREGNANT IN THE LAST 90 DAYS? [blank]
32A. WAS AN AUTOPSY PERFORMED? Yes (X)
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Yes (X)

DHH 18 (REV. 04/04)

JUN 25 2009



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

*Darlene W. Smith*

**STATE REGISTRAR**

American Bank Note Company   WARNING: It is illegal to alter or counterfeit this copy.