IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: 07-5709 | * | |
| Joseph M. Pujol, et al. vs. Pilgim International, Inc., | * | MAGISTRATE CHASEZ |
| et al. | * | |
| *Relates to Plaintiff: Eric Smith* | * | |

**************************************************************************

## ORDER

Considering Plaintiff's foregoing Motion To Substitute Catina Hopkins As Representative For Deceased Plaintiff, Eric Smith:

**IT IS SO ORDERED** that the Plaintiff's Motion is GRANTED and Catina Hopkins is substituted as the representative for Plaintiff, Eric Smith's, claims for damages.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT