IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION N(5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   07-5709 | * | |
| Joseph M. Pujol, et al. vs. Pilgim International, Inc., | * | MAGISTRATE CHASEZ |
| et al. | * | |
| *Relates to Plaintiff: Eric Smith* | * | |

**************************************************************************

### RULE 7.6 CERTIFICATE

      Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff certifies that opposing counsel have been contacted and do not object to the filing of Plaintiff's Motion to Substitute Catina Hopkins As Representative For Deceased Plaintiff, Eric Smith.

                                     Respectfully submitted,

                                     */s/ Hugh P. Lambert*
                                     HUGH P. LAMBERT, ESQ. (LA BAR #7933)
                                     CANDICE C. SIRMON, ESQ. (LA BAR #30728)
                                     CAYCE C. PETERSON, ESQ. (LA BAR #32217)
                                     LAMBERT & NELSON, PLC
                                     701 Magazine Street
                                     New Orleans, LA 70130
                                     Telephone: (504)581-1750
                                     Facsimile: (504)529-2931
                                     hlambert@lamnel.com
                                     candices@lamnel.com
                                     cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

                                                   /s/ *Hugh P. Lambert*
                                                   HUGH P. LAMBERT, ESQ. (LA BAR #7933)