UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Jacklyn Aguilar, et al. v Morgan Buildings & Spas, Inc., et al. (10-3732)* | * MAGISTRATE CHASEZ <br> * |

*********************************************

**Memorandum in Support of Unopposed Motion to Dismiss without Prejudice**

Plaintiff, Jacklyn Aguilar, and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), move this court for an order dismissing the claims of Jacklyn Aguilar against Morgan, without prejudice.

Jacklyn Aguilar was originally named as a plaintiff in *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas., Inc., et al.,* E.D. La. Suit No. 10-3732, filed October 15, 2010, based on information provided at the time of filing. Ms. Aguilar has since discovered, from a review of documents and materials now available, that she was erroneously placed in this suit as she actually resided in a temporary housing unit manufactured by R-Vision, not Morgan. On August 23, 2011, plaintiffs in the matter styled *Patricia Bindom, et al v. Arch Specialty Ins. Co., et al.* (EDLA No. 10-3584), moved to amend their complaint to add Ms. Aguilar as a plaintiff. *See* R. Doc. 22547. This motion was granted on August 27, 2011. *See* R. Doc. 22567.

Plaintiff, Jacklyn Aguilar, and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., now move this Honorable Court to dismiss Jacklyn Aguilar's claims against Morgan, without prejudice, because she has been properly matched to a suit involving claims concerning trailers manufactured by R-Vision.

389684.1

1

Therefore, plaintiff, Jacklyn Aguilar, and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pray that their Motion to Dismiss without Prejudice be granted, dismissing the claims of Jacklyn Aguilar in *Jacklyn Aguilar, et al. v. Morgan Buildings and Spas, Inc., et al*., E.D. La. Suit No. 10-372, without prejudice.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION**

*/s/ Roberta L. Burns*
Sidney D. Torres, III (La. Bar Roll No. 12869)
Roberta L. Burns (La. Bar Roll No. 14945)
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone:  (504) 271-8421

**MCGLINCHEY STAFFORD, PLLC**

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on September 13, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.  I further certify that I had permission from Roberta Burns to affix her electronic signature to this motion.

*/s/ Amanda S. Stout*
Amanda S. Stout