UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Jacklyn Aguilar, et al. v Morgan Buildings & Spas,*<br>*Inc., et al. (10-3732)* | * MAGISTRATE CHASEZ<br>* |

*********************************************

## Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that on September 12, 2011, I corresponded with plaintiffs' counsel Roberta Burns, who advised that the plaintiff consented to the filing of this motion.

                         Respectfully submitted,

                         */s/ Amanda S. Stout*
                         Christine Lipsey (La. Bar Roll No. 1182), T.A.
                         Dan E. West (La. Bar Roll No. 13372)
                         Amanda S. Stout (La. Bar Roll No. 29001)
                         McGLINCHEY STAFFORD, PLLC
                         One American Place, 14th floor
                         Baton Rouge, Louisiana 70825
                         Telephone:  (225) 383-9000
                         Facsimile:  (225) 343-3076

                         Attorneys for Morgan Buildings & Spas, Inc. and
                         Morgan Building Systems, Inc.