UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Albert Croon, et al.. v Morgan Buildings & Spas, Inc., et al. (09-5548)* | * MAGISTRATE CHASEZ <br> * |

*************************************************

## Consent Motion to Dismiss Without Prejudice

NOW INTO COURT, through undersigned counsel, come Plaintiffs Joanna Robinson, Xavier Magee and Darwin Wells and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), who, move this court for an order dismissing the claims of Joanna Robinson, Xavier Magee and Darwin Wells against Morgan, without prejudice, because it has been discovered that they erroneously identified Morgan as the manufacturer of their temporary housing unit.

WHEREFORE, plaintiff Joanna Robinson, Xavier Magee and Darwin Wells and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pray that their Motion to Dismiss without Prejudice be granted, dismissing the claims of Joanna Robinson, Xavier Magee and Darwin Wells in *Albert Croon, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 09-554, without prejudice.

Respectfully submitted,

**PENTON LAW FIRM**

*/s/ Mary Ann Penton*
Ronnie G. Penton (#10462)
Mary Ann Penton (# 102979)
209 Hoppen Place
Bogalusa, Louisiana 70427
Telephone:  (985) 732-5651


**MCGLINCHEY STAFFORD, PLLC**

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.


## Certificate of Service

I certify that, on September 13, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.  I further certify that I had permission from Roberta Burns to affix her electronic signature to this motion.

*/s/ Amanda S. Stout*
Amanda S. Stout