UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Albert Croon, et al. v Morgan Buildings & Spas,*<br>*Inc., et al. (09-5548)* | * | MAGISTRATE CHASEZ |
| | * | |

**************************************************

### Memorandum in Support of Unopposed Motion to Dismiss without Prejudice

Plaintiffs Joanna Robinson, Xavier Magee and Darwin Wells and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan), move this court for an order dismissing the claims of Joanna Robinson, Xavier Magee and Darwin Wells against Morgan, without prejudice.

Joanna Robinson, Xavier Magee and Darwin Wells were originally named as plaintiffs in *Albert Croon, et al. v. Morgan Buildings and Spas., Inc., et al.,* E.D. La. Suit No. 09-5548, filed July 1, 2009 in the Southern District of Mississippi, based on information provided at the time of filing. Joanna Robinson, Xavier Magee and Darwin Wells have since discovered, from a review of documents and materials now available, that they were erroneously placed in this suit as they actually resided in a temporary housing unit manufactured by Monaco, not Morgan. On October 15, 2010, plaintiffs in the matter styled *Tammy Haley v. Bechtel, et al.* (EDLA No. 09-5544), amended the complaint to add Joanna Robinson, Xavier Magee and Darwin Wells as plaintiffs. *See* R. Doc. 16881.

Plaintiffs Joanna Robinson, Xavier Magee and Darwin Wells and Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., now move this Honorable Court to

389692.1

1

dismiss Joanna Robinson, Xavier Magee and Darwin Wells' claims against Morgan, without prejudice, because they has been properly matched to a suit involving claims concerning trailers manufactured by Monaco.

Therefore, plaintiffs, Joanna Robinson, Xavier Magee and Darwin Wells, and defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pray that their Motion to Dismiss without Prejudice be granted, dismissing the claims of Joanna Robinson, Xavier Magee and Darwin Wells in *Albert Croon, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 09-5548, without prejudice.

> Respectfully submitted,
>
> **PENTON LAW FIRM**
>
> */s/ Mary Ann Penton*
> Ronnie G. Penton (#10462)
> Mary Ann Penton (# 102979)
> 209 Hoppen Place
> Bogalusa, Louisiana 70427
> Telephone:  (985) 732-5651
>
> **MCGLINCHEY STAFFORD, PLLC**
>
> */s/ Amanda S. Stout*
> Christine Lipsey (La. Bar Roll No. 1182), T.A.
> Dan E. West (La. Bar Roll No. 13372)
> Amanda S. Stout (La. Bar Roll No. 29001)
> One American Place, 14th floor
> Baton Rouge, Louisiana 70825
> Telephone:  (225) 383-9000
> Facsimile:  (225) 343-3076
>
> Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on September 13, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

389692.1