UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Albert Croon, et al. v Morgan Buildings & Spas,*<br>*Inc., et al. (09-5548)* | * | MAGISTRATE CHASEZ |

**********************************************

## Order

Considering the Consent Motion to Dismiss without Prejudice filed in the matter styled *Albert Croon, et al. v. Morgan Buildings & Spas., Inc., et al. (09-5548)*:

IT IS ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and the claims of plaintiffs Joanna Robinson, Xavier Magee and Darwin Wells against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed without prejudice.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

389693.1