UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL NO. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | | |
| *Albert Croon, et al. v Morgan Buildings & Spas, Inc., et al. (09-5548)* | | MAGISTRATE CHASEZ |

*****************************************

### Pre-Trial Order No. 10 Certificate of Compliance

In accordance with Pre-trial Order No. 10, I hereby certify that on September 12, 2011, I corresponded with the assistant to plaintiffs' counsel Ronnie Penton, who advised that she was instructed by attorney Mary Ann Penton to inform undersigned that the plaintiffs Joanna Robinson, Xavier Magee and Darwin Wells consented to the filing of this motion.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

389694.1

1