IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Tequila Hobson v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| No: 10-2525 | * | |

**********************************************************************

## ORDER

Considering the foregoing <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u>:

**IT IS ORDERED** that Crum & Forster Specialty Insurance Company's <u>Unopposed Motion To Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiff Fact Sheets</u> is **GRANTED,** and the claims of Terri Matthews on behalf of the minors L.T and R.T. in the above-captioned matter, *Tequila Hobson v. Crum & Forster Specialty Insurance Company*, *et al* No. 10-2525, are dismissed with prejudice.

New Orleans, Louisiana this 13th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE