UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Casey v. Vanguard, LLC, No. 096638* | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW VANGUARD, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

On Friday, August 26, 2011, Defendant Vanguard, LLC ("Vanguard") moved this Court to dismiss the claims of the following plaintiffs against Vanguard on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22609].

On Monday, September 12, 2011, counsel for the below listed plaintiffs emailed the missing PFSs in response to Vanguard's deficiency letter stating that no PFSs had been received from certain plaintiffs.

The plaintiffs for whom PFSs were transmitted on September 12, 2011 in response to Vanguard's deficiency letter are:

> Casey, Kendrick
> Frierson, Micheal
> Frierson, Shelly
> Landry, Carolyn
> Landry, Earl
> Mecum, Clara o/b/o D.C.
> Moore, Richard
> Moore, Richard o/b/o A.M.
> Moore, Richard o/b/o A.M.

Accordingly, since Vanguard's Motion to Dismiss was predicated upon a failure to produce PFSs pursuant to PTO No. 2 and 32 and plaintiffs have now produced the missing PFSs, Vanguard respectfully moves the Court to withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

    Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

/s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR VANGUARD, LLC**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 13, 2011 via electronic filing.

/s/  Ernest P. Gieger, Jr.