UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCT** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT RELATES** | * | **JUDGE ENGELHARDT** |
| **TO:** *Justin, et al v. Recreation by* | * | |
| *Design, LLC, et al*, Docket No. 09-8625, | * | **MAG. JUDGE CHASEZ** |
| and *Arnaud, et al v. Recreation by* | * | |
| *Design, LLC, et al*, Docket No. 09-4506 | * | |

**********************************************************************

### NOTICE OF NO OBJECTION
### SUBJECT TO A RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Recreation By Design, LLC ("RBD"), who responds to the Court's Order (Rec. Doc. 22737) setting Plaintiffs' Motions for Leave to file Amended Complaints at Record Documents Number 21780 and 20646 for submission on September 21, 2011, by submitting that RBD has contacted plaintiffs' counsels to address the Motions for Leave and advised that RBD does not oppose the Motions for Leave subject to a full reservation of rights on behalf of RBD to raise any and all defenses and/or exceptions, including, but not limited to, prescription. Accordingly, should the Court grant Plaintiffs' Motions for Leave to Amend the Complaints, RBD respectfully requests that the Order(s) reflect that RBD reserves its rights to raise any and all defenses and/or exceptions, including, but not limited to, prescription.

Respectfully submitted,

 */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 */s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436