UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Johnson, et al v. TL Industries, Inc., et al,* Docket No. 09-5359 | * * * * * | JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |

**************************************************************************

NOTICE OF NO OBJECTION
SUBJECT TO A RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, TL Industries, Inc. ("TL"), who responds to the Court's Order (Rec. Doc. 22737) setting Plaintiff's Motion for Leave to file Amended Complaint at Record Document Number 22329 for submission on September 21, 2011, by submitting that TL has contacted plaintiff's counsel to address the Motion for Leave and advised that TL does not oppose the Motion for Leave subject to a full reservation of rights on behalf of TL to raise any and all defenses and/or exceptions, including, but not limited to, prescription.  Accordingly, should the Court grant Plaintiff's Motion for Leave to Amend the Complaint, TL respectfully requests that the Order reflect that TL reserves its rights to raise any and all defenses and/or exceptions, including, but not limited to, prescription.

Respectfully submitted,

 */s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
TL Industries, Inc.
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 */s/ Randall C. Mulcahy*
RANDALL C.MULCAHY, Bar No. 26436