Amendment to the Plaintiff Fact Sheet

Claimant Name: Cascio, Jody

Claimant's Attorney: Frank J. D'Amico, Jr.

Manufacturer: Jayco

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## III. CASE INFORMATION (B)

## V. FEMA Trailer or Mobile Home Unit

## Manufacturer: Jayco

## Vin # 1UJBJ02P961EP0842

## FEMA ID # 931155278

## Barcode # 1247286

_____                                FEB 2 0 2010
**Plaintiff or Representative**                          **Date**

**EXHIBIT B**