

# WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
## ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                           *TomC@Willingham-law.com*
Partner

June 27, 2011

Mr. Frank J. D'Amico, Jr.                                                                   *Via Email*
Law Offices of Frank J. D'Amico, Jr.
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

      Re:    In Re:  FEMA Trailer Formaldehyde
                  Products Liability Litigation
                  MDL No. 1873, Section "N" (4)
                  Plaintiff Fact Sheets

Dear Mr. D'Amico:

      Enclosed please find a deficiency letter on behalf of JAYCO, INC. and STARCRAFT RV, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

      Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

                                              Very truly yours,

                                              **WILLINGHAM, FULTZ & COUGILL LLP**

                                              *Thomas L. Cougill*

                                              Thomas L. Cougill

cc:    Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)



**EXHIBIT D**

## JAYCO, INC.

### CHERLYN GOZAN

1. In response to Section IV (F) (3), the plaintiff asserts a lost wage/lost earning capacity claim; however, the plaintiff failed to provide income and lost wage information in response to subsections (a) and (b).

### GLORIA DAVIS o/b/o KENNARD DAVIS

1. Plaintiff failed to provide trailer manufacturer, VIN and FEMA Bar Code numbers in response to Section V (A) (1), (2) and (4).

### LESLEY DARMAS

1. Plaintiff failed to provide the trailer VIN, FEMA ID and FEMA Bar Code numbers in response to Section V (A) (2) through (4).

### JODY CASCIO

1. Plaintiff's Fact Sheet and Amendment is essentially blank, other than Sections II (A), (C) and (D); III (B); IV (C) and (D); V (A) (1) through (4) and (6) through (8); VI (E); and VIII.

2. Plaintiff failed to sign Plaintiff's Fact Sheet and failed to provide signed authorizations for release of medical and other records, as well as a signed Privacy Act Release.

### CARON PITTMAN

1. Plaintiff failed to provide trailer manufacturer, VIN, FEMA ID and FEMA Bar Code numbers in response to Section V (A) (1) through (4).

### HERSEY L. PITTMAN

1. Plaintiff failed to provide trailer manufacturer, VIN, FEMA ID and FEMA Bar Code numbers in response to Section V (A) (1) through (4).

2. According to Plaintiff's response to Section V (A) (6) and (7), he apparently lived in two trailers; however, no separate occupancy information is provided.

### KERRIANNE TOLIVER

1. Plaintiff's Fact Sheet is essentially blank, other than Sections II (A), (C) and (D); III (B); IV (C); V (A) (1) through (6), (8); and VIII.

# STARCRAFT RV, INC.

### JAMARIUS GALE

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### KENSONDRA GALE

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### PAULA GALE

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### KENYATTA GALE

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### JALIYAH GALE

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### KENSHAUNA WARREN

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### KENISHA WILLIAMS

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.

### NAVARIUS D. WILLIAMS

1. Plaintiff failed to provide a VIN that corresponds with a unit manufactured by Starcraft RV, Inc.