# Errata

Claimant Name: Cascio, Jody

Claimant Attorney: Frank J D'Amico, Jr.

Manufacturer: Jayco, Inc.

Plaintiff is personally unavailable to cure deficiencies at this time.

_____    _____
Plaintiff or Representative                                July 14, 2011  Date

**EXHIBIT E**