UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff: Peggy Morse | : | MAG. JUDGE ALMA L. CHASEZ |
| *Larry Lepley, et al versus Sun Valley, Inc., et al* E.D.La. Suit No. 10-3442 Plaintiff: Peggy Morse | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF PARTIAL NO OPPOSITION

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who notifies this Court, as follows:

1. Sun Valley has filed a motion to dismiss the above referenced claims of plaintiff, Peggy Morse. Rec. Doc. No. 22704;

2. On September 3, 2011, after the filing of Sun Valley's motion to dismiss, counsel of record for Ms. Morse in the matter of *Larry Lepley, et al v. Sun Valley, Inc., et al*, E.D.La. Suit No. 10-3442, informed the undersigned that Ms. Morse does not oppose the motion and dismissal of her claims SOLELY in EDLA No. 10-3442.

3.  The undersigned has received no communication from any other attorney representing Ms. Morse in the matter of *Gerod Macon, et al v. Sun Valley, Inc., et al,* E.D. La. Suit No. 09-7109, and therefore must assume that Ms. Morse opposes Sun Valley's motion and dismissal of her claims in EDLA No. 09-7109.

        Respectfully submitted

        **Voorhies & Labbé**

        /S/ Lamont P. Domingue

        Lamont P. Domingue, #20787
        700 St. John Street, 5th Floor (70501)
        Post Office Box 3527
        Lafayette, Louisiana 70502
        Phone:   337-232-9700
        Fax:   337-235-4943
        E-Mail:  lpd@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Partial No Opposition has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 13th day of September, 2011.

        /S/ Lamont P. Domingue
        Lamont P. Domingue