UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: | | |
| *Sonya Andrews et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-5659 Plaintiff:  *Sonya Waller* | : | MAG. JUDGE ALMA L. CHASEZ |
| *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff:  *Sonya Waller* | | |
| *Myra Williams, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-8603 Plaintiff:  *Sonya Waller* | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

NOTICE OF PARTIAL NO OPPOSITION

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who notifies this Court as follows:

1.     Sun Valley has filed a motion to dismiss the above referenced claims of plaintiff, Sonya Waller. Rec. Doc. No. 22704.

2.     After Sun Valley filed the motion to dismiss, plaintiff Sonya Waller voluntarily dismissed her claims against Sun Valley, without prejudice (which Sun Valley does not

oppose), SOLELY in the following matters, thereby rendering Sun Valley's motion moot as to those claims:

- Rec. Doc. No. 22847, Notice of Voluntary Dismissal Without Prejudice of the claims of plaintiff Sonya Waller in the matter of *Sonya Andrews, et al v. Sun Valley, Inc., et al*, EDLA No. 09-5659;

- Rec. Doc. No. 22840, Notice of Voluntary Dismissal Without Prejudice of the claims of plaintiff Sonya Waller in the matter of *Myra Williams, et al v. Sun Valley, Inc., et al*, EDLA No. 09-8603.

3. The undersigned has received no communication from any other attorney representing Ms. Waller and, therefore, must assume that Ms. Waller opposes Sun Valley's motion and dismissal of her claims in the matter of *Gerod Macon, et al v. Sun Valley, Inc., et al*, E.D. La. Suit No. 09-7109.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Partial No Opposition has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 2nd day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426615