UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Charlie Haas, et al vs. Sun Valley, Inc., et al* | | * | |
| No. 09-7966 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Comes now Charlie Haas (hereinafter "Plaintiff") and files this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets [Rec. Doc. 22699].

### I.   DEFICIENCIES

Defendant claims Plaintiff failed to answer key questions on Bar Code, Move in Date for Sun Valley, Move Out Date, and the Smoking History of Other Resident(s). Plaintiff's counsel would respond that he has no record of ever receiving Defendant's Deficiency Notice dated April 4, 2011 (Exhibit B to Defendant's Motion, Rec. Doc. 22699-4). Be that as it may, Defendant in their Motion, is complaining about four deficiencies: a lack of a Bar Code, Move in Date for the Sun Valley trailer, Move Out Date and Smoking History of Other Residents. On September 13, 2011, Plaintiff submitted an Updated Fact Sheet to address all of these issues other than the Bar Code. Plaintiff would note that the matching information provided by the government

does not provide a Bar Code number.  Mr. Haas moved into the trailer in 2006, and still resides in the trailer so there is no move out date.  Plaintiff lived in the trailer alone, so there was no smoking by any other residents.  The Original Fact Sheet had a move in date of January 2006; however, that was for a Gulf Stream trailer.  According to the government matching information, Mr. Haas, was matched to a Sun Valley trailer and not a Gulf Stream trailer, and the Updated Fact Sheet, now reflects the move in date for the Sun Valley trailer was January 2006.  The remaining deficiency with regard to Bar Code is not material and is not a ground for dismissal.

### III.   LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. Dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe,* 575 F.2d. 544, 546 (5th Cir. 1992).  In the instant case with this Plaintiff there is no clear record of delay but a clear record of supplementation.  Furthermore, there has been no contumacious conduct but a dutiful attempt by counsel to supplement the fact sheets. *Id*. For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b).

### Conclusion

For the reasons set forth above, Plaintiff Charlie Haas prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**

2

        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone:  (361) 882-1612
        Facsimile:  (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**