UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Lauranette Bolton, et al vs. Sun Valley, Inc., et al*<br>No. 09-7850 | | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Come now Albert LeRoy Bowers, Jr., Lisa Annette Bowers, Shanita Gates Individually and Next Friend of E. D. G., Quanela Marie Smith, Marsheila Sara Smith, Thomas Joseph Gates, Jr., Betty Thomas, and Lauranette Bolton (hereinafter "Plaintiffs") and file this Plaintiffs' Memorandum in Opposition of Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets [Rec. Doc. 22705].

Plaintiffs would state that after a diligent search, Plaintiffs' counsel could find no record of ever receiving any of the deficiencies attached as exhibits to Defendant's Motion to Dismiss. However, Plaintiffs will agree to agree to supplement within 30 days of Defendant's Motion to Dismiss

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best

interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). Plaintiffs' counsel would say that without ever being in receipt of these deficiencies, Plaintiffs cannot be held liable for not submitting answers to such in a timely manner and the failure to supplement under these circumstances does not constitute contumacious conduct justifying dismissal.

## CONCLUSION

For the reasons set forth above, Plaintiffs Albert LeRoy Bowers, Jr., Lisa Annette Bowers, Shanita Gates Individually and Next Friend of E. D. G., Quanela Marie Smith, Marsheila Sara Smith, Thomas Joseph Gates, Jr., Betty Thomas, and Lauranette Bolton pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

      /s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**