**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:    FEMA TRAILER          *    MDL NO. 1873
          FORMALDEHYDE PRODUCTS  *    LIABILITY LITIGATION
          SECTION "N" (5)        *
                                 *
                                 *    JUDGE ENGELHARDT
                                 *    MAGISTRATE CHASEZ
                                 *
**THIS DOCUMENT IS RELATED TO:** *
*Gerod Macon, et al,vs. Sun Valley, Inc., et al* *
No. 09-7109                      *
                                 *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFF'S RESPONSE IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS**</u>

Comes now Peggy Morse (hereinafter "Plaintiff") and files this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22704).

**I.    DEFICIENCIES**

Defendant claims the Plaintiff Fact Sheet fails to answer key questions including providing the Bar Code.  Plaintiff's counsel has reviewed additional documents in the file and identified the Bar Code as 729649.  Defendant further claims that the VIN number is not that of a Sun Valley trailer.  Plaintiff would respond that the government database identified this trailer as a Sun Valley trailer and Plaintiff is relying on the VIN supplied by the government.   The VIN supplied by the government was 1S13T02153012745. Defendant offered testimony of the Sun Valley president that the VIN for Sun Valley trailers, has a "4" in the third place.  Rec. Doc. 22074-6, p. 4.  Plaintiff counsel believes

that If anything, the VIN was not transcribed properly, but that the VIN is substantially similar to a Sun Valley vehicle. Plaintiff believes she is justified on relying on the government matching information to identify her vehicle as a Sun Valley trailer, and that there does not need to be one-to-one correspondence on the VIN.

With regard to remaining deficiencies, Plaintiff's counsel has made numerous attempts to reach the client to cure any outstanding deficiencies, and would refer you to Exhibit "A" for additional information.

With regard to the second lawsuit that was filed by Peggy Morse, in the *Lepley* matter (Cause No. 10-3442), Plaintiff's counsel has reached out to Casey Lott, who filed that action in attempt to resolve the issue of duplicate filings. As of the date of filing this Memorandum in Opposition, Plaintiff has not heard back from Casey Lott.

## II.  LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. Dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe,* 575 F.2d. 544, 546 (5th Cir. 1992).  In the instant case with this Plaintiff there is no clear record of delay but a clear record of an attempt to supplement.  *See* Exhibit "A" attached.  For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b).

### Conclusion

For the reasons set forth above, Plaintiff Peggy Morse prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**