# Exhibit "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N"** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Gerod Macon, et al versus Sun Valley, Inc., et al E. D. La. Suit No. 09-7109;* Plaintiff: Peggy Morse | * * * * * * | |
| *Larry Lepley, et al versus SunValley, Inc., et al E.D.La. Suit No. 10-3442* Plaintiff: Peggy Morse | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

       BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Peggy Morse.

3. Plaintiff, Peggy Morse, submitted a Plaintiff Fact Sheet on November 19, 2009 to the Defense Liaison Counsel as per order in PTO 2, 32, & 88. Plaintiff is matched by information provided by the government to a Sun Valley trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed Accurints as recent as August 27, 2010 without success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

5. Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

   10/17/2008 – FEMA Plaintiff Fact Sheet packet mailed
   11/10/2008 – Status Letter
   06/27/2009 – Town Hall meeting letter
   07/30/2009 – Plaintiff Fact Sheet deadline letter
   02/10/2010 – 30 day warning letter for no PFS
   06/29/2010 – Plaintiff Fact Sheet Deficiency Information Request Letter
   07/19/2010 – No Contact Discovery letter
   09/03/2010 – No Contact Letter
   05/13/2011 – Status Letter

   All above-mentioned letters have been delivered, and Plaintiff has not responded to request.

7. Plaintiffs' attorney was served with the deficiencies on June 23, 2010 and submitted answers on September 23, 2010 based on materials in file.

Signed this the 13th day of September, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 13th day of September, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2