UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Gerod Macon et al vs. Sun Valley*<br>No. 09-7109 Sarah Waller | | *<br>*<br>*<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Comes now Sarah Waller, and files this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22706).

**I.   INTRODUCTION**

Plaintiff further acknowledges there have been duplicate filings for Sarah Waller in the *Sonya Andrews* case and the *Gerod Macon* case. Defendant, however, notes that Sarah Waller's claim in *Sonya Andrews* has already been dismissed. Rec. Doc. 22706, Defendant's Memorandum, p. 1.

**II.   LAW AND ARGUMENT**

Defendant implies that inconsistent answers in the Plaintiff Fact Sheets (PFS) warrants dismissal of this action. The undersigned submits that any such inconsistency in PFS responses is fundamentally distinguishable from the failure of a plaintiff to respond in any way to the questions in the PFS which the parties have agreed are fundamental in

terms of PFS completion. The refusal to provide answers places a defendant in an unreasonable position for purposes of a merits trial, arguably warranting dismissal. Inconsistency in answers provided to the defendant, on the other hand, allow the defendant an opportunity in pretrial discovery as to explore the same, and at trial on the merits, to present a defense based on credibility issues for the plaintiff.  Inconsistent answers however are not a basis for dismissal.

Plaintiff's counsel Watts Hilliard would further state that after a diligent search, Plaintiff's counsel could find no record of ever receiving the April 4, 2011, deficiency letters attached as Exhibit "C" to Defendant's Motion to Dismiss (Rec. Doc. 22706-5). However, Plaintiff's counsel will agree to agree to supplement within 30 days of Defendant's Motion to Dismiss and further attempt to reconcile any discrepancies in the Fact Sheet.  Plaintiff will seek to submit a single Updated Fact Sheet for Sarah Waller.

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe,* 575 F.2d. 544, 546 (5th Cir. 1992).  Plaintiff's counsel would submit that without ever being in receipt of this deficiency letter, Plaintiff cannot be held liable for not submitting answers to such in a timely manner and the failure to supplement under these circumstances does not constitute contumacious conduct justifying dismissal.

### III.   CONCLUSION

For the reasons set forth above, Sarah Waller prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff

Fact Sheets in all things be denied.

                Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of September, 2011.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**

3