UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Casey v. Vanguard, LLC, No. 096638* | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Unopposed Motion to Withdraw Vanguard, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Vanguard, LLC's Unopposed Motion to Withdraw Vanguard, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted and, accordingly, the previously filed Motion to Dismiss [Rec. Doc. No. 22609] is hereby withdrawn.

NEW ORLEANS, Louisiana, this 14th day of September, 2011.

_____
HONORABLE KURT D. ENGELHARDT