UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom v. Jayco, Inc.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Mary Harrell | * | |
| (individually and obo Tiara Blue) | * | |
| Toryana Harrell | * | |
| Marion Johnson | * | |
| (on behalf of Ryan Johnson) | * | |
| Rachel Johnson | * | |
| Rylon Johnson | * | |
| Larry Thomas | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Mary Harrell, Mary Harrell on behalf of Tiara Blue, Toryana Harrell, Marion Johnson on behalf of Ryan Johnson, Rachel Johnson, Rylon Johnson and Larry Thomas, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___14th___ day of ___September___, 2011.

_____
UNITED STATES DISTRICT JUDGE