UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Elisha Allen v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8608 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Joycelyn Griffith on behalf of Minor | * | |
|          Child Letroy Sinclair | * | |
|          Fitzray Sookram | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Joycelyn Griffith on behalf of Letroy Sinclair and Fitzray Sookram, are hereby dismissed with prejudice.

New Orleans, Louisiana, this __14th__ day of __September__, 2011.

_____
UNITED STATES DISTRICT JUDGE