UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Karen Kline o/b/o C.B., et al. v. Starcraft RV,* | * | JUDGE ENGELHARDT |
| *Inc., et al.* | * | |
| Docket No. 10-3669 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Martha Farmer | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of

Plaintiff Martha Farmer filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff

Martha Farmer is **GRANTED** and the claims and causes of action of plaintiff, Martha Farmer, in

the above entitled and numbered cause, are hereby dismissed without prejudice. This order has

no effect on the claims of Martha Farmer as filed in the case styled *Tiffany Leigh Brodmyer, et*

*al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3670.

New Orleans, Louisiana, this ___14th___ day of _____September_____, 2011.

_____
UNITED STATES DISTRICT JUDGE