**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE    *   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION        *
       *
       *
       *
       *   JUDGE ENGELHARDT
       *
THIS DOCUMENT RELATES TO:        *
       *
*Helen Albarado, et al. v Morgan Buildings & Spas,*   *   MAGISTRATE CHASEZ
*Inc., et al. (10-3702)*        *
*********************************************

<u>Order</u>

       Considering the Consent Motion to Dismiss without Prejudice filed in the matter styled

*Helen Albarado, et al. v. Morgan Buildings & Spas., Inc., et al. (10-3702)*:

       IT IS ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and the

claims of plaintiffs Felix E. Arceneaux, Jr., Jay Authement,[1] Jaylin A. Authement, Donald

Blagio, Mary Blazio, Jennifer Ann Keiff, Rodney J. Pierson, Bonnie L. Pierson, Jonathan P.

Pierson and Theresa G. Pierson, individually and o/b/o Grace Pierson, against Morgan Buildings

& Spas, Inc. and Morgan Building Systems, Inc., are dismissed without prejudice.

       New Orleans, Louisiana, this _14th_ day of September, 2011.

                                Hon. Kurt D. Engelhardt
                                Judge, United States District Court
                                Eastern District of Louisiana

---

[1] Jay Authement was mistakenly listed twice in the complaint filed in this matter: once as Jay Authement and once as Jay J. Authement.