UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Jacklyn Aguilar, et al. v Morgan Buildings & Spas,<br>Inc., et al. (10-3732)* | * MAGISTRATE CHASEZ<br>* |

*********************************************

## Order

Considering the Consent Motion to Dismiss without Prejudice filed in the matter styled *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas., Inc., et al. (10-3732)*:

IT IS ORDERED, ADJUDGED AND DECREED that the motion is GRANTED and the claims of plaintiff Jacklyn Aguilar against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed without prejudice.

New Orleans, Louisiana, this __14th__ day of September, 2011.

                                                      Hon. Kurt D. Engelhardt
                                              Judge, United States District Court
                                                Eastern District of Louisiana

389685.1