IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:   07-5709 Joseph M. Pujol, et al. vs. Pilgim International, Inc., et al. *Relates to Plaintiff: Eric Smith* | * * * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering Plaintiff's foregoing Motion To Substitute Catina Hopkins As Representative For Deceased Plaintiff, Eric Smith:

**IT IS SO ORDERED** that the Plaintiff's Motion is GRANTED and Catina Hopkins is substituted as the representative for Plaintiff, Eric Smith's, claims for damages.

THIS DONE the 14th day of September, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE KURT ENGELHARDT
UNITED STATES DISTRICT COURT