UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3482 | * | JUDGE ENGELHARDT |
| Marie Allen, et al. v. Gulf Stream Coach, Inc., | * | |
| et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Josephine Seaton* | * | |

**************************************************************************

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Josephine Seaton, who respectfully requests that this Honorable Court grant her Motion To Dismiss With Prejudice her claims against Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) in *Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al.* (Civil Action No. 09-3482).

Counsel states that Plaintiff's Motion to Dismiss With Prejudice in the above referenced matter in no way affects the claims and assertions of the remaining Plaintiffs, nor does it in any way affect Plaintiff, Josephine Seaton's claims in *Josephine Seaton vs. Recreation by Design, LLC, Fluor Enterprises, Inc., Project Resources, Inc. of California, Del-Jen, Inc., and the United States of America through the Federal Emergency Management Agency* (Civil Action No. 09-3677).

Respectfully Submitted:

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing documents and the notice of electronic filing to all liaison counsel of record.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)