UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3482 | * | JUDGE ENGELHARDT |
| Marie Allen, et al. v. Gulf Stream Coach, Inc., | * | |
| et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Josephine Seaton* | * | |

*******************************************************************************

**MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

**MAY IT PLEASE THE COURT,** through undersigned counsel, comes Plaintiff, Josephine Seaton who provides the following facts in support of her Motion To Dismiss With Prejudice in *Marie Allen, et al. vs. Gulf Stream Coach, Inc., et al.* (Civil Action No. 09-3482).

On May 7, 2009, Plaintiff filed a Complaint for Damages before the United States District Court for the Eastern District of Louisiana, *Marie Allen, et al. vs. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* (Civil Action No. 09-3482). Plaintiff then amended her original Complaint for Damages on September 22, 2010, in order to add Defendant, The United States of America through the Federal Emergency Management Agency (FEMA).

Although, Plaintiff, Josephine Seaton, received a Temporary Housing Unit manufactured by Gulf Stream Coach, Inc. and installed by Fluor Enterprises, Inc., Ms. Seaton did not reside in the Gulf Stream Coach, Inc. Temporary Housing Unit because it was not handicapped accessible.

Therefore, Plaintiff moves this Honorable Court to grant her Motion to Dismiss With

Prejudice her claims in Civil Action No. 09-3482.

Counsel states that Plaintiff's Motion to Dismiss With Prejudice in the above referenced matter in no way affects the claims and assertions of the remaining Plaintiffs nor does it in any way affect Plaintiff, Josephine Seaton's claims in *Josephine Seaton vs. Recreation by Design, LLC, Fluor Enterprises, Inc., Project Resources, Inc. of California, Del-Jen, Inc., and the United States of America through the Federal Emergency Management Agency* (Civil Action No. 09-3677).

Respectfully Submitted:

*/s/ Hugh P. Lambert*  
HUGH P. LAMBERT, ESQ (LA Bar #7933)  
CANDICE C. SIRMON, ESQ. (LA Bar #30728)  
CAYCE C. PETERSON, ESQ. (LA Bar #32217)  
LAMBERT & NELSON, PLC  
701 Magazine Street  
New Orleans, LA 70130  
Telephone: (504) 581-1750  
Facsimile: (504) 529-2931  
hlambert@lamnel.com  
candices@lamnel.com  
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing documents and the notice of electronic filing to all liaison counsel of record.

                                                   */s/ Hugh P. Lambert*
                                                   HUGH P. LAMBERT, ESQ. (LA Bar #7933)