**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO:    09-3482 | * | JUDGE ENGELHARDT |
| **Marie Allen, et al. v. Gulf Stream Coach, Inc.,** | * | |
| **et al.** | * | MAG. JUDGE CHASEZ |
| ***Relates to Plaintiff, Josephine Seaton*** | * | |

************************************************************************

**ORDER**

Considering the above and foregoing Plaintiff's Motion to Dismiss With Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that any and all claims

asserted by Plaintiff, Josephine Seaton against Defendants, Gulf Stream Coach, Inc., Fluor

Enterprises, Inc., and the United States of America through the Federal Emergency

Management Agency (FEMA), in Civil Action Number 09-3482 are hereby

dismissed, with prejudice, each party bearing his own costs.

Plaintiff's claims in Civil Action Number 09-3677 are not affected by this order.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE