UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3482 | * | JUDGE ENGELHARDT |
| Marie Allen, et al. v. Gulf Stream Coach, Inc., | * | |
| et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Josephine Seaton* | * | |

******************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff, Josephine Seaton, certifies that opposing counsel of record for Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA) have been contacted and do not oppose Plaintiff's Motion to Dismiss With Prejudice in Civil Action No. 09-3482.

Respectfully Submitted:

*/s/ Hugh P. Lambert*  
HUGH P. LAMBERT, ESQ (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing documents and the notice of electronic filing to all liaison counsel of record.

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)