**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO<br><br>Civil Action No. 10-2271; *Fernando Juarez, et al. v. Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.), et al;* | | * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff in the above-referenced matter, who respectfully request that this Court grant Plaintiff's Motion and substitute CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes for Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.). A review of documents and materials available to Plaintiff indicates that the original naming of Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) as Defendant was erroneous.

The *Juarez* suit, in its Amended Complaint, filed on July 30, 2010, inadvertently misidentified Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.), as the manufacturer in the above-captioned matter.

Although unnecessary under Federal Rule of Civil Procedure 15, counsel for defendants have been contacted on the instant Motion and do not oppose its filing.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant Plaintiff's Motion for Leave to file Supplemental and Amended Complaint for Damages and dismiss Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) from this litigation without prejudice, and further substitute CMH Manufacturing, Inc., and Clayton Homes, Inc. (of Maryville Tennessee), Individually and d/b/a Schult Homes, in its place.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**