UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO <br><br> Civil Action No. 10-2271; *Fernando Juarez, et al. v. Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.), et al;* | * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff in the above captioned matter, who, through undersigned counsel, respectfully supplements and amends the Complaint for Damages to substitute CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes for Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.). Plaintiff, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by CMH Manufacturing, Inc. and/or Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes, and not Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.).

Plaintiff, through undersigned counsel, supplements and amends the Amended Complaint for Damages in the following respects and otherwise reiterates and re-avers all of the allegations, claims and prayers for relief contained therein:

1.      By supplementing Section I. (Parties), Paragraph 2 and Exhibit B to reflect the substitution of CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes for Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) as the Manufacturing Defendant in the Complaint.

2.      By replacing all other references to Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) with CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes throughout the remainder of the Amended Complaint.

WHEREFORE, the Named Plaintiff prays that the Amended Original Complaint be amended to reflect the substitution of CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes for Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.). Further, Named Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Amended Complaint for Damages.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 15th day of September, 2011.

      /s/ Robert C. Hilliard

      _____
      **ROBERT C. HILLIARD**