UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Gerod Macon, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 09-7109 Plaintiff: Deirdre Bradley Rodney Bradley Judy McArthur Thomas McArthur Zettella Cannon Bernadette Marie Seymour Judy McArthur, as Next Friend of B. T., Minor Martin McArthur, Jr. | : | MAG. JUDGE ALMA L. CHASEZ |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

REPLY MEMORANDUM IN SUPPORT OF
OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
<u>PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS</u>

MAY IT PLEASE THE COURT

In accordance with this Court's Order of August 25, 2011 (Rec. Doc. No. 22583), on September 2, 2011, Sun Valley, Inc. ("Sun Valley"), filed a motion to dismiss the claims of the above named plaintiffs for their failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to Plaintiff Fact Sheets. (Rec. Doc. No. 22703.) The Order of August 25, 2011, required oppositions to the motion to be filed by September 9, 2011. The above named plaintiffs filed their opposition to the motion on September 13, 2011. (Rec. Doc. No. 22864).

Plaintiffs do not deny that their plaintiff fact sheets (PFS) are deficient. Each of the plaintiffs have numerous deficiencies in their PFS. Most notably, all of the plaintiffs have failed to answer many of the twenty-three (23) key questions established by Pretrial Order 88 as "key" to facilitating settlement. Plaintiffs have simply failed to comply with their obligations under Pretrial Orders 2, 32 and 88. This Court recently addressed the standards against which a plaintiff's conduct in answering a PFS is measured when dismissal is requested for failure to comply with the PFS process. (See Rec. Doc. No. 22802.) Notably, both Rules 41(b) (dismissal for failure to comply with court orders) and 37(b)(2) (dismissal as a discovery sanction) of the Federal Rules of Civil Procedure govern the PFS process that has been established in this multi-district litigation. Sun Valley submits that evidence submitted in support of its motion to dismiss the claims of the plaintiffs identified above clearly demonstrates that dismissal of those claims is warranted and justified under the applicable rules.

For the reasons assigned, Sun Valley's motion to dismiss the claims of Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zettella Cannon, Bernadette Marie Seymour, Judy McArthur, as Next Friend of the Minor B. T., and Martin McArthur, Jr., in the matter of *Gerod Macon, et al v. Sun Valley, Inc., et al,* EDLA No. 09-7109, for their failure to comply with Pretrial Orders 2, 32 and 88, should be granted and their claims dismissed with prejudiced.

Respectfully submitted

Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 15th day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426695