UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Acquanette German, et al versus Sun Valley, Inc., et al* E.D. La. Suit No. 10-1311 | : | MAG. JUDGE ALMA L. CHASEZ |
| Plaintiff: Acquanette German Rosaria Floyd Glapion Ethel Washington Ethel Washington, as Next Friend of J. M. W., Minor Ethel Washington, as Next Friend of C. W., Minor Joseph Adam Washington Leticia Washington Jacintha Williams, as Next Friend of J. W., Minor Jacintha Williams, as Next Friend of L. W., Minor | | |

\* \* \* \* \* \* \* \* \* \* \* \*

REPLY MEMORANDUM IN SUPPORT OF
OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

MAY IT PLEASE THE COURT:

In accordance with this Court's Order of August 25, 2011 (Rec. Doc. No. 22583), on September 2, 2011, Sun Valley, Inc. ("Sun Valley"), filed a motion to dismiss the claims of the above named plaintiffs for their failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to Plaintiff Fact Sheets. (Rec. Doc. No. 22701.) The Order of August 25, 2011, required oppositions to the motion to be filed by September 9, 2011. The above named plaintiffs filed their opposition to the motion on September 13, 2011. (Rec. Doc. No. 22863).

Plaintiffs do not deny that their plaintiff fact sheets (PFS) fail to provide answers that comply with PTOs 2, 32, and 88. Rather, they claim that after diligent search they cannot locate the letters Sun Valley sent on April 4, 2011, requesting they cure their PFS. Attached as Exhibits AA and BB to this Reply Memorandum, are two (2), forty-two (42) page facsimiles to plaintiffs' counsel, with the confirmation notices that the facsimiles were successfully transmitted.[1]

The letters requesting that the above named plaintiffs cure their PFS are located on the following pages of Exhibit AA and Exhibit BB:

- *Acquanette German*, at page 22 of 42;
- *Rosaria Floyd Glapion,* at page 24 of 42;
- *Ethel Washington,* at page 10 of 42;
- *Ethel Washington, as Next Friend of J. M. W., Minor,* at page 9 of 42;
- *Ethel Washington, as Next Friend of C. W. Minor,* at page 8 of 42;
- *Joseph Adam Washington,* at page 11 of 42;
- *Leticia Washington,* at page 7 of 42;
- *Jacintha Williams, as Next Friend of J. W., Minor,* at page 21 of 42; and
- *Jacintha Williams, as Next Friend of L. W., Minor,* at page 23 of 42.

In addition, Exhibits AA and BB also include requests contemporaneously served on other plaintiffs to cure their PFS. Sun Valley has filed motions to dismiss the claims of some of those other plaintiffs, but they have not opposed Sun Valley's motions on grounds that they were unable to locate Sun Valley's cure requests. For example, in Rec. Doc. 22703, Sun Valley requests dismissal of the claims of certain plaintiffs in the matter of *Gerod*

---

[1] The facsimile data at the top of each page of Ex. AA has one line of data over another line of data on all pages except page 1 of 42. The reason for this is because the first attempt to transmit Sun Valley's cure requests to plaintiffs at the fax number of Mr. Robert Hilliard, (361) 882-3015 (see p. 2/42) was unsuccessful. Then, out of an abundance of caution, as evidenced by Ex. BB, on April 11, 2011, Sun Valley then re-transmitted the 42-page fax to (210) 447-0501, which is the fax number provided in the contact information for Watts Hilliard on various firm and FEMA litigation websites. See, http://www.wgclawfirm.com/contact_corp; http://www.toxic-trailer.com/aboutfirm.html; and http://femaformaldehydelitigation.com/contact-information/.

*Macon, et al v. Sun Valley, Inc., et al,* EDLA 09-7109. Those plaintiffs filed an opposition to the motion, Rec. Doc. 22864, but did NOT claim they were unable to locate Sun Valley's cure requests. Sun Valley's cure requests to those plaintiffs were served contemporaneously, in the same forty-two (42) page fax to Watts Hilliard, as the cure requests to the plaintiffs that are the subject of the instant motion to dismiss.[2]

Finally, as set forth in Sun Valley's original supporting memorandum, some of the plaintiffs that are the subject to the instant motion to dismiss responded to Sun Valley's cure requests, which they now claim they cannot locate, but do NOT deny their responses in their opposition. The responses of the plaintiffs at issue to Sun Valley's cure requests are summarized as follows:

- *Acquanette German,* responded with original, unsigned and deficient PFS (see Rec. Doc. No. 22701, at Ex. C);

- *Rosaria Floyd Glapion,* responded with original, deficient PFS (see Rec. Doc. No. 22701, at Ex. F);

- *Ethel Washington,* responded with original, deficient PFS (see Rec. Doc. No. 22701, at Ex. I);

- *Ethel Washington, as Next Friend of J. M. W., Minor,* responded with original, deficient PFS (see Rec. Doc. No. 22701, at Ex. L);

- *Ethel Washington, as Next Friend of C. W. Minor,* responded with original, deficient PFS (see Rec. Doc. No. 22701, at Ex. O);

- *Joseph Adam Washington,* responded with original, deficient PFS (see Rec. Doc. No. 22701, at Ex. Q);

---

[2] The plaintiffs in the *Gerod Macon* matter whose claims are sought to be dismissed by Sun Valley in Rec. Doc. No. 22703 and the facsimile pages in Ex. AA where the cure letters to those plaintiffs were served contemporaneously with the cure letters to the plaintiffs at issue in the instant motion, are as follows: (1) Deirdre Bradley, at p. 31/42; (2) Rodney Bradley, at p. 32/42; (3) Judy McArthur, at p. 13/42; (4) Thomas McArthur, at p. 14/42; (5) Zettella Cannon, at p. 33/42; (6) Bernadette Seymour, at p. 19/42; and (7) Judy McArthur, obo the Minor B.T., at p. 12/42. These plaintiffs in the Gerod Macon matter do not claim they were unable to locate Sun Valley's cure requests.

- *Leticia Washington,* did not respond;

- *Jacintha Williams, as Next Friend of J. W., Minor,* responded with original, unmatched and deficient PFS (see Rec. Doc. No. 22701, at Ex. V); and

- *Jacintha Williams, as Next Friend of L. W., Minor,* responded with original, unmatched and deficient PFS (see Rec. Doc. No. 22701, at Ex. Y).

Plaintiffs do not deny that their PFS are deficient. Exhibits AA and BB confirm transmittal of Sun Valley's request that plaintiffs' cure their PFS. Other plaintiffs, who were contemporaneously served with those cure requests, have not opposed Sun Valley's motions to dismiss their claims on grounds that they cannot locate Sun Valley's cure requests. And, plaintiffs have NOT denied that they responded to Sun Valley's cure request, as represented by Sun Valley in its original supporting memorandum.

For these reasons, and for those set forth in the Sun Valley's original Memorandum in Support, Sun Valley submits that plaintiffs have failed to comply with PTO's 2, 32 and 88, that their failure justifies dismissal under Fed. Rule Civ. Proc. 41(b), and that plaintiffs' claims should be dismissed with prejudice.

        Respectfully submitted

        Voorhies & Labbé


        /S/ Lamont P. Domingue
        Lamont P. Domingue, #20787
        700 St. John Street, 5th Floor (70501)
        Post Office Box 3527
        Lafayette, Louisiana 70502
        **PHONE:** 337-232-9700
        **FAX:** 337-235-4943
        E-Mail: lpd@volalaw.com
        **Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 15th day of September, 2011.

        /S/ Lamont P. Domingue
        Lamont P. Domingue

426697