## Raza, Shelley

| | |
|---|---|
| **From:** | Watts Hilliard ["+1  361  882-1262"@faxmaker.com] |
| **Sent:** | Monday, April 04, 2011 1:35 PM |
| **To:** | Raza, Shelley |
| **Subject:** | Success: FEMA Trailer Formaldehyde Product Liability Litigation (Fax sent to 913618821262) [::resend=s1783aa9c] |
| **Attachments:** | 20110404_132040_00097.pdf |

```
*******************************************************
SENT FAX REPORT
*******************************************************

Subject: Success: FEMA Trailer Formaldehyde Product Liability Litigation (Fax sent to
913618821262)
Sender: Shelley Raza
Sender email: ShelleyRaza@AllenGooch.com
Status: Sent
Date/Time: 4/4/2011 1:34:34 PM
Speed: 26400 bps
Connection time: 11:17
Pages: 42
Total pages: 42
Resolution: Fine
Remote ID: 361 882 1262
Line number: 4
Retries: 0
Description: Fax sent successfully : Success

*******************************************************
```

1





# FAX TRANSMISSION

Allen & Gooch
A Law Corporation

One Lake Way
3900 N. Causeway Blvd
Suite 1450
Metairie, LA 70002

Main Phone 504.836.5200
Main Fax 504.836.5205

Date: 4/4/2011
Time: 1:22:15 PM

To: Watts Hilliard

From: Raza Shelley

Fax: +1 (361) 882-1262

Writer's Direct Fax: 504-836-5265
Writer's Direct Phone: 504-836-5261

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.

Subject: FEMA Trailer Formaldehyde Product Liability Litigation

Please see attached from Brent M. Maggio, Esquire.

Thank you,
Shelley Raza
Paralegal for Brent M. Maggio, Esq.
Allen & Gooch
3900 N. Causeway Blvd., Suite 1450
Metairie, LA 70002
Direct Dial (504) 836-5261
Fax Number (504) 836-5265
shelleyraza@allengooch.com



# FAX TRANSMISSION

Allen & Gooch
A Law Corporation

One Lake Way
3900 N. Causeway Blvd
Suite 1450
Metairie, LA 70002

Main Phone 504.836.5200
Main Fax 504.836.5205

Date: 4/4/2011
Time: 12:47:23 PM

To: Watts Hilliard

From: Raza Shelley

Fax: +1 (361) 882-3015

Writer's Direct Fax: 504-836-5265
Writer's Direct Phone: 504-836-5261

CIRCULAR 230 NOTICE: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.

Subject: FEMA Trailer Formaldehyde Product Liability Litigation

Please see attached from Brent M. Maggio, Esquire.

Thank you,
Shelley Raza
Paralegal for Brent M. Maggio, Esq.
Allen & Gooch
3900 N. Causeway Blvd., Suite 1450
Metairie, LA 70002
Direct Dial (504) 836-5261
Fax Number (504) 836-5265
shelleyraza@allengooch.com



**ALLEN & GOOCH**

## VIA FAX ONLY

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Connie Gonzales** . Those deficiencies are as follows:

   1)  III(C)3, 8-9
   2)  V(E)
   3)  VI (A-B, D-G)
   4)  VII
   5)  IX
   6)  Certification is unsigned
   7)  Authorizations are Unsigned
   8)  Privacy Act Release is Unsigned

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Amanda Winslow** Those deficiencies are as follows:

1)  Please provide current, legible, signed authorizations

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker      To: Watts Hilliard      Page: 5/42      Date: 4/4/2011 1:22:40 PM



**VIA FAX ONLY**

April 4, 2011

Allen & Gooch
A Law Corporation

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873       Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Charles Wilson. Those deficiencies are as follows:

1)  IX – no medical information is provided
2)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

Cc:   Gerald Meunier, Esq. (via Email )
       Andrew Weinstock, Esq. (via Email )
       David Kurtz, Esq. (via Email )
       Henry Miller, Esq. (via Email )
       Ralph Hubbard III, Esq. (via Email )
       Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices In</u>
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873      Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Mildred Wheat** Those deficiencies are as follows:

1) None of the VIN's provided belong to Sun Valley, please provide the VIN of the Sun Valley Trailer where you allege you lived.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc:   Gerald Meunier, Esq. (via Email )
Andrew Weinstock, Esq. (via Email )
David Kurtz, Esq. (via Email )
Henry Miller, Esq. (via Email )
Ralph Hubbard III, Esq. (via Email )
Charles Leche, Esq. (via Email)

From: FAXmaker          To: Watts Hilliard          Page: 7/42          Date: 4/4/2011 1:22:40 PM



**VIA FAX ONLY**

April 4, 2011

Allen & Gooch
A Law Corporation

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873          Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies
contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client,
Leticia Washington. Those deficiencies are as follows:

1)  III ( C ) –
2)  IV (Background)
3)  VI
4)  VII
5)  IX
6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email )

Offices in
Lafayette LA
New Orleans LA



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873        Section "N-5"
       <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies
contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client,
C████ W█████. Those deficiencies are as follows:

1)  III ( C ) –
2)  IV (Background)
3)  VI
4)  VII
5)  IX
6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)



ALLEN & GOOCH
Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873      Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, J████ M███ W███████. Those deficiencies are as follows:

1)  III ( C ) –
2)  IV (Background)
3)  VI
4)  VII
5)  IX
6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email )

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA



**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873       Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Ethel Washington. Those deficiencies are as follows:

    1)  III ( C ) –
    2)  IV (Background)
    3)  VI
    4)  VII
    5)  IX
    6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

From: FAXmaker          To: Watts Hilliard          Page: 11/42          Date: 4/4/2011 1:22:40 PM



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
          MDL No. 1873          Section "N-5"
          <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Joseph Washington. Those deficiencies are as follows:

1)  III ( C ) –
2)  IV (Background)
3)  VI
4)  VII
5)  IX
6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

BMM

Cc:  Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies B⬛⬛ T⬛⬛ Those deficiencies are as follows:

1) V (E)
2) IX D-F
3) Please provide current signed authorizations signed by an authorized representative
4) Please provide proof that grandmother is authorized to sign authorizations on behalf of Benjamin Thomas

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker          To: Watts Hilliard          Page: 13/42          Date: 4/4/2011 1:22:40 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873          Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies Judy McArthur Those deficiencies are as follows:
  1)  III A, C 8-9
  2)  VI F-G
  3)  VI Medical Background A-B, D-G
  4)  VIII Medical Diagnosis C-D
  5)  Certification is unsigned
  6)  Please provide current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices In
Lafayette LA
New Orleans LA

BMM/ldb

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Thomas McArthur** Those deficiencies are as follows:
1) V (E)
2) VI (A-B, D-G)
3) IX
4) Certification is unsigned
5) Please provide current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



**ALLEN**
**&**
**GOOCH**     <u>VIA FAX ONLY</u>

Allen & Gooch
A Law Corporation          April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies
**Herman Miller Sr..**  Those deficiencies are as follows:
    1)  III (C)3 please provide doctors for the injuries alleged
    2)  VII
    3)  IX

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM/ldb

One Lakeway          Cc:  Gerald Meunier, Esq. (via Email )
3900 N Causeway Blvd           Andrew Weinstock, Esq. (via Email )
Suite 1450                David Kurtz, Esq. (via Email )
Metairie LA 70002              Henry Miller, Esq. (via Email )
Phone 504.836.5200             Ralph Hubbard III, Esq. (via Email )
Fax 504.836.5205              Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA

From: FAXmaker     To: Watts Hilliard     Page: 16/42     Date: 4/4/2011 1:22:41 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation        April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015


RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Herman Miller Jr.** Those deficiencies are as follows:
1)  III (C)3 please provide doctors for the injuries alleged
2)  VII
3)  IX
4)  Current signed autorizations

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Mary
Miller.** Those deficiencies are as follows:
   1)   III (C)3 please provide doctors for the injuries alleged
   2)   VII

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker          To: Watts Hilliard          Page: 18/42          Date: 4/4/2011 1:22:41 PM



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873        Section "N-5"
       Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Betty Thomas. Those deficiencies are as follows:

1) III ( C ) –
2) IV (Background)
3) VI
4) VII
5) IX

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker        To: Watts Hilliard        Page: 19/42        Date: 4/4/2011 1:22:41 PM



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Bernadette Seymour. Those deficiencies are as follows:

1)  III ( C )  – name and address of health care provider
2)  IV – employment history
3)  V ( A ) – all information
4)  VII
5)  IX
6)  Current, signed authorizations.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

<u>VIA FAX ONLY</u>

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873      Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, M████ M████ t S█████. Those deficiencies are as follows:

1)  V ( A ) – accurate move in and out dates

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 3450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA

From: FAXmaker    To: Watts Hilliard    Page: 21/42    Date: 4/4/2011 1:22:41 PM
Page: 20/41    Date: 4/4/2011 12:47:29 PM



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies J▬▬▬ W▬▬▬.  Those deficiencies are as follows:

  1)  V- VIN provided is not a Sun Valley VIN
  2)  IX C-D

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873      Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Aquanette German.**  Those deficiencies are as follows:

1)  III(C)3,8-9
2)  V- VIN provided is not a Sun Valley VIN
3)  V (E)
4)  VI A-B, D-G
5)  IX A-D, F
6)  Certification is unsigned
7)  Authorizations are unsigned

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

BMM/ldb

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)



**ALLEN & GOOCH**

**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873       Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies L▮ W▮▮ Those deficiencies are as follows:

   1)  V- VIN provided is not a Sun Valley VIN
   2)  IX C-D

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1460
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873    Section "N-5"
       Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Rosaria Glapion.** Those deficiencies are as follows:

1)  III(C)3,8-9
2)  V Please provide, Manufacturer, VIN Number and Bar Code for Trailer
3)  V(E)
4)  VI
5)  VII
6)  IX

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker        To: Watts Hilliard        Page: 25/42        Date: 4/4/2011 1:22:41 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my
client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies
**Thomas Gates.** Those deficiencies are as follows:

   1) III (C 3) Please list treating doctors for your various symptoms
   2) V Please provide VIN Numbers for trailers
   3) IX (B-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc.
in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:     Gerald Meunier, Esq. (via Email )
        Andrew Weinstock, Esq. (via Email )
        David Kurtz, Esq. (via Email )
        Henry Miller, Esq. (via Email )
        Ralph Hubbard III, Esq. (via Email )
        Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies E▬ G▬ Those deficiencies are as follows:

  1)  III (C 3) Please list treating doctors for your various symptoms
  2)  V Please provide VIN Numbers for trailers
  3)  IX (B-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker    To: Watts Hilliard    Page: 27/42    Date: 4/4/2011 1:22:41 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Shanita Gates**. Those deficiencies are as follows:

  1) III (C 3) Please list treating doctors for your various symptoms
  2) IX (C-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873     Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Quanela Smith**.  Those deficiencies are as follows:

1)  III (C 3) Please list treating doctors for your various symptoms
2)  IX (C-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM/ldb

One Lakeway          Cc:   Gerald Meunier, Esq. (via Email )
3900 N Causeway Blvd          Andrew Weinstock, Esq. (via Email )
Suite 1450                    David Kurtz, Esq. (via Email )
Metairie LA  70002            Henry Miller, Esq. (via Email )
Phone 504.836.5200            Ralph Hubbard III, Esq. (via Email )
Fax 504.836.5205             Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker      To: Watts Hilliard      Page: 29/42      Date: 4/4/2011 1:22:41 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation   April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies **Marshelin Smith**. Those deficiencies are as follows:

   1)   III (C 3) Please list treating doctors for your various symptoms
   2)   V Please provide VIN Number for trailer #1
   3)   V Please provide VIN number for trailer #2
   4)   IX (C-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway      BMM/ldb
3900 N Causeway Blvd
Suite 1450       Cc:   Gerald Meunier, Esq. (via Email )
Metairie LA 70002      Andrew Weinstock, Esq. (via Email )
Phone 504.836.5200      David Kurtz, Esq. (via Email )
Fax 504.836.5205      Henry Miller, Esq. (via Email )
                      Ralph Hubbard III, Esq. (via Email )
<u>Offices in</u>      Charles Leche, Esq. (via Email)
Lafayette LA
New Orleans LA



**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873      Section "N-5"
       Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Charlie Haas. Those deficiencies are as follows:

1)  V A – move out date of Sun Valley trailer.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker     To: Watts Hilliard     Page: 31/42     Date: 4/4/2011 1:22:42 PM



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873    Section "N-5"
       <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Deirdre Bradley.  Those deficiencies are as follows:

1) III ( C )
2) IV – Background Information
3) V E: Others in Trailer
4) VI
5) VII
6) IX
7) Authorizations – current and signed

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA

From: FAXmaker        To: Watts Hilliard        Page: 32/42        Date: 4/4/2011 1:22:42 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873        Section "N-5"
      <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Rodney Bradley. Those deficiencies are as follows:

1)  III ( C )
2)  IV – Background Information
3)  V E: Others in Trailer
4)  VI
5)  VII
6)  IX
7)  Authorizations – current and signed

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA



ALLEN & GOOCH
Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873        Section "N-5"
       <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Zettella Cannon. Those deficiencies are as follows:

    1)  VII
    2)  IX
    3)  Authorizations current and signed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA

From: FAXmaker     To: Watts Hilliard     Page: 34/42     Date: 4/4/2011 1:22:42 PM



**ALLEN & GOOCH**

**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873      Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Sarah Waller**. Those deficiencies are as follows:

1)  III(C8)
2)  VI (C-D)
3)  IX (A-D, F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Cc:     Gerald Meunier, Esq. (via Email )
        Andrew Weinstock, Esq. (via Email )
        David Kurtz, Esq. (via Email )
        Henry Miller, Esq. (via Email )
        Ralph Hubbard III, Esq. (via Email )
        Charles Leche, Esq. (via Email)

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker        To: Watts Hilliard       Page: 35/42       Date: 4/4/2011 1:22:42 PM



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 1873        Section "N-5"
       Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Harold Norris**.  Those deficiencies are as follows:

1) III- As Mr. Norris is deceased, please provide information regarding your appointment to represent his estate and/or sign releases on behalf of Mr. Norris' estate as well as responses to numbers 6-8 contained in this section.
2) III Part C Question 3/ VII Medical Diagnosis A-D
3) IX A-B, E
4) Authorizations are improperly completed.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

From: FAXmaker        To: Watts Hilliard        Page: 36/42        Date: 4/4/2011 1:22:42 PM



**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Albert Leroy Bowers, Jr.  Those deficiencies are as follows:

1)  III ( C )
2)  IV – Background Information
3)  VI
4)  VII
5)  IX
6)  Authorizations – current

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

BMM

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA

Cc:  Gerald Meunier, Esq. (via Email )
     Andrew Weinstock, Esq. (via Email )
     David Kurtz, Esq. (via Email )
     Henry Miller, Esq. (via Email )
     Ralph Hubbard III, Esq. (via Email )
     Charles Leche, Esq. (via Email)

From: FAXmaker          To: Watts Hilliard          Page: 37/42          Date: 4/4/2011 1:22:42 PM



**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873        Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Lisa Annette Bowers. Those deficiencies are as follows:

1) III ( C )
2) IV – Background Information
3) VI
4) VII
5) IX
6) Authorizations – current

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873          Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Krystal Brown**.  Those deficiencies are as follows:

1)   V FEMA Trailer or Mobile Home Unit- VIN provide is not a Sun Valley VIN
2)   VII Medical Diagnosis- please provide the names of the doctors that you allege provided treatment for illnesses related to your FEMA trailer.
3)   IX List of Medical Providers and Other Sources of Information- (A) (B) (C) (D) and (F)

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
<u>BrentMaggio@allengooch.com</u>

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

BMM/ldb

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

<u>Offices in</u>
Lafayette LA
New Orleans LA



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873      Section "N-5"
        <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Lauranette Bolton. Those deficiencies are as follows:

1)   V(A): move out date

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:     Gerald Meunier, Esq. (via Email )
        Andrew Weinstock, Esq. (via Email )
        David Kurtz, Esq. (via Email )
        Henry Miller, Esq. (via Email )
        Ralph Hubbard III, Esq. (via Email )
        Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

**VIA FAX ONLY**

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:     FEMA Trailer Formaldehyde Product Liability Litigation
        MDL No. 1873     Section "N-5"
        Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Gerod Macon. Those deficiencies are as follows:

1)  VII – no medical information is provided
2)  IX – no medical information is provided

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA



**VIA FAX ONLY**

Allen & Gooch
A Law Corporation

April 4, 2011

Watts Hilliard
2506 N. Port Avenue
Corpus Christi, TX 78401
(361) 882-3015

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      Claim No. JY08J0372449 (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, **Sonya Waller**. Those deficiencies are as follows:

1) V(1)(c)- please indicate the amount currently smoked or used on average.
2) V(1)(d)- please indicate whether someone who resides or resided with you in your FEMA housing unit is or was a smoker
3) IX (c) and (d) List of Medical Providers and Other Sources of Information- Please list each hospital clinic or healthcare facility where you have received treatment in the last 7 years.

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)



**ALLEN & GOOCH**

Allen & Gooch
A Law Corporation

## VIA FAX ONLY

April 4, 2011

Watts Hilliard, LLC
2506 N. Port Avenue
Corpus Christi, TX 78401

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 1873      Section "N-5"
      <u>Claim No. JY08J0372449</u> (Sun Valley)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Sun Valley, Inc. is requesting that you "cure" the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) within the applicable deadline for your client, Vernita Macon. Those deficiencies are as follows:

    1)  V(A) – date you moved out

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc:   Gerald Meunier, Esq. (via Email )
      Andrew Weinstock, Esq. (via Email )
      David Kurtz, Esq. (via Email )
      Henry Miller, Esq. (via Email )
      Ralph Hubbard III, Esq. (via Email )
      Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA  70002
Phone 504.836.5200
Fax 504.836.5205

<u>Offices in</u>
Lafayette LA
New Orleans LA