UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Gerod Macon, et al versus Sun Valley, Inc., et al*
E.D. La. Suit No. 09-7109
Plaintiff: Peggy Morse

: MAG. JUDGE ALMA L. CHASEZ

*Larry Lepley, et al versus Sun Valley, Inc., et al*
E.D.La. Suit No. 10-3442
Plaintiff: Peggy Morse

\* \* \* \* \* \* \* \* \* \* \* \* \*

REPLY MEMORANDUM IN SUPPORT OF
OPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRETRIAL ORDERS NO. 2 and 32 RELATING TO PLAINTIFF FACT SHEETS

MAY IT PLEASE THE COURT

In accordance with this Court's Order of August 25, 2011 (Rec. Doc. No. 22583), on September 2, 2011, Sun Valley, Inc. ("Sun Valley") filed a motion to dismiss the claims of Peggy Morse for her failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to Plaintiff Fact Sheets. (Rec. Doc. No. 22704.) The Order of August 25, 2011, required oppositions to the motion to be filed by September 9, 2011. On September 13, 2011, Sun Valley filed a Notice of Partial No Opposition, notifying the Court that Ms. Morse did not oppose the motion to dismiss solely as to her claims asserted in the matter of *Larry Lepley, et al v. Sun Valley, Inc., et al*, EDLA No. 10-3442. (Rec. Doc. No. 22857.) Ms.

Morse thereafter filed her opposition to the motion on September 13, 2011. (Rec. Doc. No. 22865).

Ms. Morse does not deny that her plaintiff fact sheet (PFS) is deficient. She has failed to answer numerous questions in her PFS, many of which have been identified in Pretrial Order 88 as "key" to facilitating settlement. In short, she has simply failed to comply with her obligations under Pretrial Orders 2 and 32. This Court recently addressed the standards against which a plaintiff's conduct in answering a PFS is measured when dismissal is requested for failure to comply with the PFS process. (See Rec. Doc. No. 22802.) Both Rules 41(b) (dismissal for failure to comply with court orders) and 37(b)(2) (dismissal as a discovery sanction) of the Federal Rules of Civil Procedure govern the PFS process that has been established in this multi-district litigation. Sun Valley submits that evidence submitted in support of its motion to dismiss the claims of Ms. Morse clearly demonstrates that dismissal of her claims is warranted and justified under the applicable rules.

For the reasons assigned, Sun Valley's motion to dismiss the claims of Peggy Morse with prejudice for her failure to comply with Pretrial Orders 2 and 32, should be granted.

                                Respectfully submitted
                                Voorhies & Labbé

                                /S/ Lamont P. Domingue
                                Lamont P. Domingue, #20787
                                700 St. John Street, 5th Floor (70501)
                                Post Office Box 3527
                                Lafayette, Louisiana 70502
                                **PHONE:**    337-232-9700
                                **FAX:**      337-235-4943
                                E-Mail:  lpd@volalaw.com
                                **Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2 and 32 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 15th day of September, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #426719