## Naanie Daigle - FW: Request to Cure PFS

**From:** ANDREW WEINSTOCK <andreww@duplass.com>
**To:** 'Justin Woods' <jwoods@gainsben.com>, "Gerald E. Meunier" <gmeunier@gainsben.com>, 'Matthew Moreland' <mmoreland@becnellaw.com>, 'DavidWatts' <dwatts@wgclawfirm.com>
**Date:** 6/10/2010 3:21 PM
**Subject:** FW: Request to Cure PFS
**CC:** "Barker, Lori" <LoriBarker@allengooch.com>
**Attachments:** 2136566.PDF; 2136568.PDF; 2136569.PDF; 2136594.PDF; 2136607.PDF; 2136664.PDF; 2136666.PDF; 2136668.PDF; 2136676.PDF; 2136688.PDF; 2136693.PDF; 2136698.PDF

---

**From:** Daigle, Lori [mailto:LoriDaigle@AllenGooch.com]
**Sent:** Thursday, June 10, 2010 2:14 PM
**To:** ANDREW WEINSTOCK
**Cc:** CARMEN MOTES
**Subject:** Request to Cure PFS

Andy,
Please forward the attached letters requesting to cure PFS deficiencies to the appropriate parties. According to the plaintiff fact sheets, these individuals are represented by Watts Hilliard, LLC.

Thanks,



Lori A. Daigle
504.836.5216 Direct Dial
504.836.5219 Direct Fax

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

CIRCULAR 230 NOTICE: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.



DEFENDANT'S EXHIBIT NO. C

| | |
|---|---|
| Message Id: | 4E727275.9FE : 113 : 27134 |
| Subject: | FW: Request to Cure PFS |
| Created By: | andreww@duplass.com |
| Scheduled Date: | |
| Creation Date: | 6/10/2010 3:21 PM |
| From: | ANDREW WEINSTOCK <andreww@duplass.com> |

## Recipients

| Recipient | Action | Date & Time | Comment |
|---|---|---|---|
| allengooch.com | | | |
| CC: Lori Barker (LoriBarker@allengooch.com) | | | |
| becnellaw.com | | | |
| To: 'Matthew Moreland' (mmoreland@becnellaw.com) | | | |
| gainsben.com | | | |
| To: Gerald E. Meunier (gmeunier@gainsben.com) | | | |
| To: 'Justin Woods' (jwoods@gainsben.com) | | | |
| wgclawfirm.com | | | |
| To: 'DavidWatts' (dwatts@wgclawfirm.com) | | | |

## Post Offices

| Post Office | Delivered | Route |
|---|---|---|
| allengooch.com | | allengooch.com |
| becnellaw.com | | becnellaw.com |
| gainsben.com | | gainsben.com |
| wgclawfirm.com | | wgclawfirm.com |

## Files

| File | Size | Date & Time |
|---|---|---|
| 2136566.PDF | 76342 | |
| 2136568.PDF | 76348 | |
| 2136569.PDF | 76344 | |
| 2136594.PDF | 76654 | |
| 2136607.PDF | 76649 | |
| 2136664.PDF | 76537 | |
| 2136666.PDF | 76689 | |
| 2136668.PDF | 76228 | |
| 2136676.PDF | 76743 | |
| 2136688.PDF | 76714 | |
| 2136693.PDF | 76553 | |
| 2136698.PDF | 76386 | |
| Header | 2155 | |
| image001.gif | 2049 | |
| MESSAGE | 1969 | 6/10/2010 3:21 PM |
| TEXT.htm | 10461 | |

## Options

| | |
|---|---|
| Concealed Subject: | No |
| Expiration Date: | None |
| Priority: | Standard |
| Reply requested by | None |
| Security: | Standard |
| To Be Delivered: | Immediate |



**VIA EMAIL ONLY**

**Allen & Gooch**
A Law Corporation

June 10, 2010

Watts Hilliard, LLC.
2502 N. Port Ave.
Corpus Christi, TX 78401

RE: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 1873    Section "N-5"
Claim No. JY08J0372449 (Sun Valley)

To whom it may concern:

I am writing pursuant to Pretrial Order No. 2 (Rec. Doc. 87) to advise of a material deficiency in the plaintiff fact sheet completed by **Charlie Haas**. Specifically, the fact sheet is deficient in the following sections:
1) Section IV F: Background Information
2) Section V E- Others in the Trailer
3) Section VI B,D: Medical Background
4) Plaintiff failed to disclose any treating doctors in any part of his PFS
5) Section IX: List of Medical Providers and Other Sources of Information

As outlined in Pretrial Order No. 2 (Rec. Doc. 87) please cure these deficiencies within thirty (30) days. If the deficiencies outlined above are not cured within thirty (30) days, we will seek a dismissal of Plaintiff's claims.

Sincerely,

*/s/ BMM*

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM

Cc: Gerald Meunier, Esq. (via Email)
Andrew Weinstock, Esq. (via Email)
David Kurtz, Esq. (via Email)
Henry Miller, Esq. (via Email)
Ralph Hubbard III, Esq. (via Email)
Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

**Offices in**
Lafayette LA
New Orleans LA