| | |
|---|---|
| From: | "Maggio, Brent" <BrentMaggio@AllenGooch.com> |
| To: | "'lpd@volalaw.com'" <lpd@volalaw.com>, "'jsutterfield@swslaw.com'" <jsut... |
| Date: | 9/13/2011 7:54 PM |
| Subject: | Fw: Updated Plaintiff Fact Sheet |
| Attachments: | Charlie Haas - 203029.pdf; ATT00001..txt |

Fyi.


Brent M. Maggio
One Lakeway
3900 N. Causeway Blvd Suite 1450
Metairie, LA 70002
Direct Phone: 504-836-5260
Direct Fax: 504-836-5265

----- Original Message -----
From: Nicole Porter [mailto:nporter@wgclawfirm.com]
Sent: Tuesday, September 13, 2011 06:02 PM
To: Maggio, Brent; Delorimier, Rachel; Barker, Lori
Cc: Chris Pinedo <cpinedo@cpinedolaw.com>; Tim Weitzel <tweitzel@wgclawfirm.com>; Ellen torres <etorres@wgclawfirm.com>
Subject: Updated Plaintiff Fact Sheet

Brent,

Please review the updated Plaintiff Fact Sheet for Charlie Haas filed on cause number 09-7966 Charlie Haas, et. al. vs. Sun Valley, et. al.

Please feel free to contact us should you have any questions.

Thanks,

Nicole Porter
Project Coordinator
Mass Tort Division
Watts | Guerra | Craft LLP
361-693-3100 ext. 1417



DEFENDANT'S EXHIBIT NO. F