UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC MEMORANDUM IN REPLY TO
INTERVENING PLAINTIFFS' COUNSEL'S MOTION
FOR COMMON BENEFIT ATTORNEYS' FEES AND
REIMBURSEMENT OF COMMON BENEFIT EXPENSES

**MAY IT PLEASE THE COURT:**

The PSC respectfully replies to this motion by suggesting that (1) the request that moving counsel be awarded common benefit fees out of the manufactured housing class settlement should be denied, to the extent all common benefit fees have been waived by other common benefit counsel given the nature and scope of the settlement, and (2) moving counsel's request for the reimbursement of common benefit expenses out of the manufactured housing settlement should be limited to 13.39% of the total expenses referenced in the motion.

At the outset, the record should be clear as to the circumstances surrounding the involvement of moving counsel as of the time the manufactured housing settlement was effectuated. The Rodney & Etter law firm initiated the first legal action on behalf of those claiming formaldehyde exposure in FEMA-provided housing units after Hurricanes Katrina and Rita. That is a matter of record and not disputed. Subsequently, however, this firm elected to

refer its cases to the law firm of Gainsburgh Benjamin, and, in so doing, expressly requested that it no longer be included in e-mails concerning the course of the litigation. *See* e-mail from John Etter to Justin Woods, Jerry Meunier and Denise Martin dated September 20, 2009, Exhibit 1.

This request was honored, and accordingly the Rodney & Etter firm did not receive (for example) the e-mail sent to all plaintiffs' counsel on July 27, 2011 from undersigned Plaintiffs' Liaison Counsel, advising that a common benefit fee should be waived in connection with the manufactured-housing settlement but that common benefit cost reimbursement would be sought. As the Court may recall, a copy of that e-mail to all plaintiffs' counsel in fact was attached to the PSC motion for the reimbursement of common benefit expenses filed in connection with the settlement. *See* Motion of Plaintiffs' Steering Committee (PSC) to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund (Doc. 22283), and e-mail attached as Exhibit 1.[1]

Against this background, and pursuant to telephone communications with moving counsel since the instant motion was filed, the PSC proposes that the matter at issue be resolved as follows:

First, as noted, the PSC does not believe that any common benefit fee should be paid out of the manufactured housing settlement, given the amount of the settlement and the expected net recovery by plaintiffs after costs are reimbursed. All PSC and Subscribing Member attorneys previously have agreed to waive the payment of common benefit fees. It is the understanding of

---

[1] For the Court's information, the Rodney & Etter firm now will be included in Liaison Counsel mailings to plaintiffs' counsel in this matter, notwithstanding the earlier request that it not be made a recipient of such e-mails. To the extent it now appears this firm asserts a cost and/or fee interest in plaintiffs' recovery herein, it will be advised of all important developments potentially affecting that interest, as is done with all other plaintiffs' counsel of record.

the PSC that the Rodney & Etter firm now likewise has agreed to withdraw its request for a common benefit fee deduction from the manufactured housing settlement.

As to common benefit expenses, all of the expenses enumerated in Exhibit D attached to the Rodney & Etter motion appear to be expenses incurred for the common benefit of <u>all</u> plaintiffs (as opposed to only manufactured-housing unit plaintiffs) prior to the entry of this Court's time and expense submission protocol.  Therefore, the PSC is prepared to recognize the submission of these expenses, provided that, consistent with the position taken by the PSC in its motion for cost reimbursement, only 13.39% of these expenses are considered for reimbursement out of the manufactured housing settlement.  The total number of manufactured housing plaintiffs represents approximately 13.39% of the total number of all plaintiffs, making this proportionate reimbursement fair and logical.

The PSC understands that the Rodney & Etter firm now is agreeable to limiting its request for the reimbursement of common benefit expenses out of the manufactured-housing settlement to 13.39% of the expense total reflected on Exhibit D attached to its motion. Accordingly, since the total cost amount reflected on Exhibit D is $10,563.15, the request for reimbursement would be limited to $1,414.40 (13.39% of $10,563.15).

In consideration of these agreements, the PSC does not oppose the right of the Rodney & Etter firm to submit to the Court for consideration in connection with any later settlements, the firm's claim for common benefit fees and/or the balance of its common benefit expenses.

A proposed Consent Order is attached to this reply memorandum, which the Court is asked to enter as consistent with the agreement reached between the PSCS and the Rodney & Etter firm in connection with this motion.  This proposed Order, prior to filing, has been

reviewed by the Rodney & Etter firm.

        Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        ROBERT M. BECNEL, #14072
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        DENNIS REICH, Texas #16739600
        MIKAL C. WATTS, Texas #20981820
        ROBERT C. HILLIARD, Texas ##09677700

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471