**Denise Martin**

| | |
|---|---|
| From: | John K. Etter [jke@rodneylaw.com] |
| Sent: | Tuesday, September 29, 2009 6:48 PM |
| To: | Denise Martin; Justin Woods; Gerald E. Meunier |
| Cc: | rjr@rodneylaw.com |
| Subject: | FEMA Trailer Formaldehyde Litigation |

Dear Justin, Gerry and Denise:

Please remove us from your email distribution list for the FEMA Trailer Formaldehyde litigation. Your firm has been substituted as counsel for us in all of the cases that Rodney & Etter filed.

Best Regards,

John K. Etter

Rodney & Etter, L.L.C.
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: 504-483-3224
Facsimile: 504-483-2259

And, our Lafayette Office:

Rodney & Etter, L.L.C.
850 Kaliste Saloom Road, Rampart Building, Suite 217
Lafayette, LA 70508
Telephone: 337-232-6924
Facsimile: 337-232-6854

1



EXHIBIT 1