UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER

Considering the Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorneys' Fees and Reimbursement of Common Benefit Expenses (Doc. 22781), and the Reply Memorandum filed on behalf of the PSC,

IT IS ORDERED that the motion is **DENIED** in part and **GRANTED** in part, that is, the request by movants for payment of a common benefit fee from the fund established in connection with the manufactured-housing settlement herein, is **DENIED** as to this settlement, reserving the right of movants to request the payment of a common benefit fee in connection with other settlements which might be entered into in the litigation, and the request of Rodney & Etter, LLC Law Firm for the reimbursement of common benefit expenses from the fund established in connection with the manufactured housing settlement, is considered limited by agreement of the parties to a request for cost reimbursement out of this settlement in the amount of $1,414.40, i.e., 13.39% of the total expenses itemized on Exhibit D of intervening counsel's motion, and to the extent so modified is **GRANTED**; and

IT IS FINALLY ORDERED that the effective date of the provision in this Order for the

reimbursement of common benefit costs is deferred until the entry of an Order by this Court approving the plaintiff class settlement with the manufactured housing defendants as fair, reasonable and adequate pursuant to FRCP 23(e)(2).

      This done the ____ day of _____, 2011, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT