UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Vincent Beverly, et al v. Recreation by* | * | MAGISTRATE:  CHASEZ |
| *Design, LLC, et al,* 09-8650 | * | |
| | * | |
| | * | |
| | * | |

*****************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32, AND 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT,** through undersigned counsel comes defendant, Recreation by Design, LLC ("RBD"), who moves this Honorable Court to dismiss the claims of plaintiffs:

1. Vincent Beverly
2. Beverly Adams
3. Lenell Young on behalf of R.B.
4. Ronald J. Daniels
5. Estate of Mary Dawson
6. James Dawson, Sr.
7. Clarence J. Gillard
8. Claudia Gillard
9. Felix Giorlando, Jr.
10. Loria A. Heim
11. Versey M. Hughes
12. Daphne N. Jackson
13. Shirley Jimerson
14. Edd Jimerson
15. Nicole Jimerson
16. Keith H. Jones
17. Dianalynn C. Lehman
18. Fred C. Luter
19. Maxie R. Luter
20. Leahlette L. Lyons-Williams
21. Roxanna Martin
22. Wanda Martin
23. Donald Moore, Sr.

      24. Sharon L. Moore
      25. Lawrence B. Nelson
      26. Dannie T. Riley, Sr.
      27. Debra H. Ruffin
      28. Jackson Ruffin
      29. Debra Ruffin obo J.R.
      30. Frederick Shule
      31. Doris W. Williams
      32. Ruth Young
      33. Patricia B. Anderson
      34. Ike E. Byrd, Jr.
      35. Elton Carney, Jr. obo R.C.
      36. Linda Gumbs
      37. Barry J. Johnson, Jr.
      38. Joshua M. Johnson
      39. Lanell Johnson
      40. Roderick Martinez
      41. Merial Hall obo R.C.
      42. Nathaniel Waker
      43. Cephas Williams, Jr.

with *prejudice*, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2, 32, and 88 relating to the provisions of Plaintiff Fact Sheets.

      The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing counsel regarding this motion, and opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully submitted,

 /s/ *Kelly M. Morton*
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 /s/ *Kelly M. Morton*
KELLY M. MORTON, Bar No. 30645