UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Vincent Beverly, et al v. Recreation by Design, LLC, et al,* 09-8650 | * * * * * | MAGISTRATE: CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of the below listed plaintiffs is **GRANTED,** with *prejudice:*

1. Vincent Beverly
2. Beverly Adams
3. Lenell Young on behalf of R.B.
4. Ronald J. Daniels
5. Estate of Mary Dawson
6. James Dawson, Sr.
7. Clarence J. Gillard
8. Claudia Gillard
9. Felix Giorlando, Jr.
10. Loria A. Heim
11. Versey M. Hughes
12. Daphne N. Jackson
13. Shirley Jimerson
14. Edd Jimerson
15. Nicole Jimerson
16. Keith H. Jones
17. Dianalynn C. Lehman
18. Fred C. Luter

1

19. Maxie R. Luter
20. Leahlette L. Lyons-Williams
21. Roxanna Martin
22. Wanda Martin
23. Donald Moore, Sr.
24. Sharon L. Moore
25. Lawrence B. Nelson
26. Dannie T. Riley, Sr.
27. Debra H. Ruffin
28. Jackson Ruffin
29. Debra Ruffin obo J.R.
30. Frederick Shule
31. Doris W. Williams
32. Ruth Young
33. Patricia B. Anderson
34. Ike E. Byrd, Jr.
35. Elton Carney, Jr. obo R.C.
36. Linda Gumbs
37. Barry J. Johnson, Jr.
38. Joshua M. Johnson
39. Lanell Johnson
40. Roderick Martinez
41. Merial Hall obo R.C.
42. Nathaniel Waker
43. Cephas Williams, Jr.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
JUDGE KIRK ENGELHARDT