# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW
909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

KELLY M. MORTON
ADMITTED IN LOUISIANA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 13, 2011

*Via E-mail:*

Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Joseph M. Bruno
jbruno@brunobrunolaw.com
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL No. 07-1873
Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.

*Vincent J. Beverly, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 09-8650:*

1.   Vincent J. Beverly
2.   Beverly Adams



TAMPA OFFICE • 423 SOUTH HYDE PARK AVENUE • TAMPA, FLORIDA 33606-2268
TELEPHONE (813) 275-0404 • FACSIMILE (813) 275-0304

April 13, 2011
Page -2-

3. Douglas M. Arceneaux, Jr.
4. Betty Ann Armour
5. Channing L. Armour
6. Harold V. Ball, Jr.
7. Mercedes J. Bardell
8. Jacqueline Biles
9. Lenell Young on behalf of R█████ V. B█████
10. Flory L. Campbell
11. Ronald J. Daniels
12. Estate of Mary Dawson
13. James Dawson, Sr.
14. Kevin L. Grant
15. Clarence J. Gillard, Sr.
16. Claudia Gillard
17. Felix Giorlando, Jr.
18. Lori A. Heim
19. Suphronia Holden
20. Shawanda M. Howard
21. Teresa Howell
22. Versey M. Hughes
23. Charlie E. Hutton
24. Daphne N. Jackson
25. Shirley Jimerson
26. Edd Jimerson
27. Nicole Jimerson
28. Keith H. Jones
29. Carol V. Kiern
30. Richard O. Kiern
31. Dianalynn C. Lehman
32. Fred C. Luter
33. Maxie R. Luter
34. Leahlette L. Lyons-Williams
35. Linda D. Magee
36. Roxanna Martin
37. Wanda Martin
38. Donald Moore, Sr.
39. Sharon L. Moore
40. Lawrence B. Nelson
41. Dannie T. Riley, Sr.
42. Debra H. Ruffin
43. Jackson Ruffin
44. Debra Ruffin on behalf of J█████ R█████ 

April 13, 2011
Page -3-

    45. Frederick Schule
    46. Barbara S. Smith
    47. Precious Torregano
    48. Shawanda Howard on behalf of S___ A. T___
    49. Doris W. Williams
    50. Ruth Young
    51. Patricia B. Anderson
    52. Ike E. Byrd, Jr.
    53. Elton Carney, Jr. on behalf of R___ C___
    54. Linda Gumbs
    55. Barry J. Johnson, Jr.
    56. Joshua M. Johnson
    57. Lanell Johnson
    58. Roderick Martinez
    59. Merial Hall on behalf of J___ A. T___
    60. Nathaniel Waker
    61. Cephas Williams, Jr.

As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

                                                Sincerely,

                                               Kelly M. Morton

KMM/klm

cc:    David Kurtz – dkurtz@bakerdonelson.com
        Charles Leche – cleche@dkslaw.com
        Henry Miller – henry.miller@usdoj.gov