# BRUNO & BRUNO LLP
## & YOU, SINCE 1950 — TRIAL LAWYERS

JAMES L. BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO

DAVID S. SCALIA
JOSEPH BRUNO, JR.
CHRISTOPHER M. HA[...]
STEPHANIE MAY BRU[...]

April 19, 2011

**VIA FEDERAL EXPRESS**
Kelly M. Morton
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street
Suite 1800
New Orleans, Louisiana 70112-4053

Re:  *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
United States District Court, Eastern District of Louisiana
MDL No. 1873

Dear Ms. Morton:

I am in receipt of and thank you for your correspondence dated April 13, 2011.



*Beverly, et al. v. Recreation By Design, et al.; Civil Action No. 09-8650*





RECEIVED APR 2 0 2011

EXHIBIT B

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-581-1493

    42.) Nathaniel Waker
    43.) Cephas Williams, Jr.

  Our firm submitted a CD-ROM containing these Plaintiff Fact Sheets to Plaintiff's Liaison Counsel, Defense Liaison Counsel and to the Special Master's office on February 8, 2011. The CD-ROM was titled "Bruno & Bruno, L.L.P., Plaintiff Fact Sheets Amended as of 01/07/2011.

  If you have any questions, please feel free to contact me directly at (504) 304-2640.

  With kindest regards, I remain.

            Very truly yours,

            BRUNO & BRUNO, L.L.P.

            *Stephanie Alexie*
            Stephanie Alexie,
            Executive Legal Assistant to Joseph M. Bruno

We have not been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

1.) Vincent Beverly
2.) Beverly Adams
3.) Lenell Young on behalf of R███ V. ███
4.) Ronald J. Daniels
5.) Estate of Mary Dawson
6.) James Dawson, Sr.
7.) Clarence J. Gillard, Sr.
8.) Claudia Gillard
9.) Felix Giorlando, Jr.
10.) Loria A. Heim
11.) Versey M. Hughes
12.) Daphne N. Jackson
13.) Shirley Jimerson
14.) Edd Jimerson
15.) Nicole Jimerson
16.) Keith H. Jones
17.) Dianalynn C. Lehman
18.) Fred C. Luter
19.) Maxie R. Luter
20.) Leahlette L. Lyons-Williams
21.) Roxanna Martin
22.) Wanda Martin
23.) Donald Moore, Sr.
24.) Sharon L. Moore
25.) Lawrence B. Nelson
26.) Dannie T. Riley, Sr.
27.) Debra H. Ruffin
28.) Jackson Ruffin
29.) Debra Ruffin on behalf of ███ R███
30.) Frederick Shule
31.) Doris W. Williams
32.) Ruth Young
33.) Patricia B. Anderson
34.) Ike E. Byrd, Jr.
35.) Elton Carney, Jr. on behalf of R███ C███
36.) Linda Gumbs
37.) Barry J. Johnson, Jr.
38.) Joshua M. Johnson
39.) Lanell Johnson
40.) Roderick Martinez
41.) Merial Hall on behalf of R███ C███