UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N(5) |
| | * | |
| THIS DOCUMENT RELATES TO:   09-3482 | * | JUDGE ENGELHARDT |
| Marie Allen, et al. v. Gulf Stream Coach, Inc., | * | |
| et al. | * | MAG. JUDGE CHASEZ |
| *Relates to Plaintiff, Josephine Seaton* | * | |

************************************************************************

## ORDER

Considering the above and foregoing Plaintiff's Motion to Dismiss With Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that any and all claims asserted by Plaintiff, Josephine Seaton against Defendants, Gulf Stream Coach, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency (FEMA), in Civil Action Number 09-3482 are hereby dismissed, with prejudice, each party bearing his own costs.

Plaintiff's claims in Civil Action Number 09-3677 are not affected by this order.

New Orleans, Louisiana, this 16th day of September, 2011.

_____
HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE