UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * | |
| Civil Action No. 10-2271; *Fernando Juarez, et al. v. Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.), et al;* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL AND AMENDED COMPLAINT**

Considering the Plaintiff's Motion for Leave to File Supplemental and Amended Complaint in the above-referenced matter:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file the Supplemental and Amended Complaint. Further, CMH Manufacturing, Inc. and Clayton Homes, Inc. (of Maryville, Tennessee), Individually and d/b/a Schult Homes is substituted in for Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) and Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) (an Indiana corporation) is dismissed without prejudice.

New Orleans, Louisiana, this 16th day of September, 2011.

HONORABLE KURT ENGELHARDT