UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: | * | |
| *Jules Dabon, et al v. TL Industries, Inc.,* | * | MAGISTRATE:  CHASEZ |
| *et al,* 09-8684 | * | |
| | * | |
| | * | |
| | * | |

*************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of the below listed plaintiffs is **GRANTED,** with *prejudice:*

1.  Charles Audibert
2.  Anthony Howard
3.  Consuella Johnson
4.  Cecile McKenzie
5.  Brenda Smith
6.  Merial Hall obo J.A.
7.  James White

New Orleans, Louisiana, this _____ day of September, 2011.

_____
JUDGE KIRK ENGELHARDT

1