**BRUNO & BRUNO LLP**
& YOU, SINCE 1950    TRIAL LAWYERS

FRA... BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO

DAVID S. SCALIA
JOSEPH BRUNO, JR.
CHRISTOPHER M. H...
STEPHANIE MAY BRI...

April 19, 2011

**VIA FEDERAL EXPRESS**
Kelly M. Morton
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street
Suite 1800
New Orleans, Louisiana 70112-4053

Re:   <u>In Re: FEMA Trailer Formaldehyde Products Liability Litigation</u>
      United States District Court, Eastern District of Louisiana
      MDL No. 1873

Dear Ms. Morton:

I am in receipt of and thank you for your correspondence dated April 13, 2011. ▓▓▓

<u>Dabon, et al. v. TL Industries, Inc., et al.; Civil Action No. 09-8684</u>

We have <u>not</u> been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

1.) Charles Audibert
2.) Anthony Howard
3.) Consuella Johnson
4.) Cecile McKenzie
5.) Brenda Smith
6.) Merial Hall on behalf of John A.
7.) James White





RECEIVED APR 20 2011



EXHIBIT B

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-581-149...

If you have any questions, please feel free to contact me directly at (504) 304-2640.

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie*

Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno