**From:** Stephanie Alexie [stephaniea@brunobrunolaw.com]
**Sent:** Sunday, September 18, 2011 8:34 PM
**To:** Kelly Morton
**Subject:** Formaldehyde- Motions to Dismiss

Hi Kelly:

I have reviewed your Motions to Dismiss in the below cases and our firm has no opposition.



*Dabon, et al. v. TL Industries, Inc., et al.*; Civil Action No. 09-8684

Very truly yours,

**Stephanie Alexie**
Executive Assistant to Joseph M. Bruno
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-1335
Direct Line: (504) 304-2640
Facsimile:   (504) 561-6775
stephaniea@brunobrunolaw.com

