UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 90

On September 16, 2011, the Court held a status conference in chambers with liaison counsel and steering committee members. The following individuals were in attendance: Justin Woods, Jim Percy, Dave Kurtz, John J. Hainkel, Charles Penot, Lamont Domingue, Gerry Barrios, Frank D'Amico, Ernie Gieger, Andy Weinstock, Joe Glass, Mikal Watts, Tim Scandurro, Jerry Meunier, Dennis Reich, Karen Whitfield, Charles Leche, Matt Moreland, Robert Becnel, Raul Bencomo, and Robert Hilliard. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    **On Friday, October 21, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, October 21, 2011, at 10:00 a.m.**

(3) **On Thursday, November 17, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(4) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, November 17, 2011, at 10:00 a.m.**

(5) **On Thursday, January 5, 2012, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(6) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, January 5, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 16th day of September 2011.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE