PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____            CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                            MDL 1873 N

_____            Magistrate: 5
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS  10:00 AM  ____ SETTLEMENT

DATE: 9-16-11                TIME: _____

## PLEASE PRINT            PLEASE PRINT            PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| MIKAL WATTS | Watts, Guerra + Craft | PSC |
| R Hilliad | HMG | PSC |
| J Glass | Duplass | Gulf Stream |
| A Weinstock | Duplass | Gulf Stream |
| L. Domingue | Voorhies & Labbe | Cavalier, et al |
| J. Perry | Jones Walker | K2, Keystone |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____     CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**
**VERSUS**                 MDL 1873

_____     Magistrate: 5
**DEFENDANT(S)**

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 9-16-11            TIME: 10:00 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Dennis Reich | R+B | Reich & Binstock / PSC |
| Raul R. Bencomo | Bencomo & Associates | PSC |
| David Kurtz | Baker Donelson | Shaw |
| Ernie Fieger | Gieger Laborde | Forest River |
| Karen Whitfield | Baker Donelson | Shaw |
| R. F. M Becnel | Becnel | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**MDL 1873**

_____
DEFENDANT(S)

Magistrate: **5**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   __✓__ STATUS   _____ SETTLEMENT

DATE: **9-16-11**   TIME: **10:00 A.M.**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Gerry Barnes | Barker Donelson | Clutch Hill |
| Charles Penot | MRG | Fluor Enter. Inc. |
| Peter Butler | Breazeale Sachse | Jack Rowley, DA |
| Barrett Stephens | Womac | Jack Rowley, DA |
| Charles Leche | Deutsch, Kerrigan | Ins Liaison Co-Cnsl |
| Tim Scandurro | S&L, LLC | G.S.C. |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

MDL 1873-N

Magistrate: 5

*************************************************************************

CONFERENCE: ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: 9-16-11                TIME: 10:00 A.M.

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Matt Moreland | Becnel Law Firm | TT |
| Peter Taaffe | Buzbee Law Firm | US |
| Jori Bankes | Allen & Gooch | Sun Valley |
| Brent Maggio | Allen & Gooch | Sun Valley |
| Stephen Pesce | Flanagan Partners | DRC |
| Candice Sirmon | Lambert & Nelson | TT |

PTO Received: _____

Trial Set: _____
                         Jury/Non-Jury

_____    CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**
**VERSUS**       MDL 1873-N

_____    Magistrate: S
**DEFENDANT(S)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: 9-16-11       TIME: 10:00 am

**PLEASE PRINT**      **PLEASE PRINT**      **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Glenn Adams | Porteous | |
| Justin Woods | Gainsburgh | PSC |
| Delbert Miller | KZRv | |
| David Thomas | Keystone RV | |
| Theresa Anderson | MMP | Athens |
| David Moragas | Galloway Johnson | Rel-Jon |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

_____
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

MDL 1873-N

Magistrate: S

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL    _____ STATUS    _____ SETTLEMENT

DATE: 9-16-11                              TIME: 10:00 am

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Robert Sheesley | McGlinchey Stafford | Shaw/Clayton Homes |
| Denis Vega | Herman Lepil | Plaintiff |
| Kris Redman | [illegible] | [illegible] |
| [illegible] Stewart | Baldwin Haspel | Jacquet |
| Richard Sherburne | MRG | Fluor Ent. |
| Kelly [illegible] | [illegible] & [illegible] | Clarendon |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**    MDL 1873

_____  Magistrate: 5
**DEFENDANT(S)**

*************************************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 9-16-11    TIME: 10:00 A.M.

| PLEASE PRINT NAME | PLEASE PRINT FIRM | PLEASE PRINT REPRESENT |
|---|---|---|
| Brent Maleon | Allen + Gooch | Sun Valley/Heartland |
| Jennifer Kilpatrick | Degan, Blanchard + Nash | TKTMJ and T-Mac |
| Janet MacDonell | same | Cigbayani, SRS |
| Randall Mulcahy | Garrison, Yount et al | Recreation By Design, LLC |
| Cynthia Thomas | Galloway, Johnson | SunnyBrook |
| Evan Plauche | Hailey McNamara | Oak Creek |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
**PLAINTIFF(S)**

**VERSUS**

CIVIL/CRIMINAL ACTION NO.:

MDL 1873

Magistrate: 6

_____
**DEFENDANT(S)**

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 9-16-11     TIME: 10:00 A.M.

**PLEASE PRINT**           **PLEASE PRINT**           **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Stephanie Dovalina | Galloway Johnson Tompkins Burr & Smith | Davis Prof Sves |
| Christine Lipsey | McGlinchey | Morgan |
| Tom Cougill | W,F+C | Jayco + Starcraft |
| Amanda Vanderhaar | Leake & Anderson | DC Recovery |
| John J. Hainkel | Frilot LLC | Bechtel |