UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gerod Macon, et al, vs. Sun Valley, Inc., et al* No. 09-7109 | | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Amended Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zettella Cannon, Bernadette Marie Seymour, Judy McArthur as Next Friend of B. T., Martin McArther Jr. are granted leave to file Amended Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss and the Amended Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss will replace the Plaintiffs' Memorandum in Opposition that was originally filed as Rec. Doc. 22864.

This _____ day of _____, 2011

_____
United States District Judge