**Exhibit "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N"** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerod Macon, et al versus* | | * | |
| *Sun Valley, Inc., et al* | | * | |
| E. D. La. Suit No. 09-7109; | | * | |
| Plaintiffs: | Deirdre Bradley | * | |
| | Rodney Bradley | * | |
| | Judy McArthur | * | |
| | Thomas McArthur | * | |
| | Zetrella Cannon | * | |
| | Bernadette Marie Seymour | * | |
| | Judy McArthur OBO BT | * | |
| | Martin McArther Jr. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheets for the following:

### A. Deirdre Bradley

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 – No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### B. Rodney Bradley

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### C. Judy McArthur

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### D. Thomas McArthur

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### E. Zetrella Cannon

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### F. Bernadette Marie Seymour

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### G. Judy McArthur OBO BT

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

### H. Martin McArther, Jr.

Plaintiff's attorney has continued to call client to obtain said information, beginning in December 2010 until the present time on a weekly basis.

Plaintiff's attorney has mailed letters to said Plaintiffs to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

    10/3/2008 - FEMA PFS Packet
    11/10/2008 - Status Letter
    6/27/2009 – Town Hall Meeting Letter
    7/30/2009 - No PFS Deadline letter
    2/10/2010 - No PFS 30 Day Warning Letter
    6/22/2010 – Medical Authorizations and Certifications to client
    6/25/2010 - Deficiency Information Letter
    7/19/2010 - PFS No Contact Letter
    5/13/2011 - Status Letter
    9/9/2011 – No Contact Letter

All above-mentioned letters have been delivered, and Plaintiffs have not responded to requests.

Signed this the 13th day of September, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 13th day of September, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014