UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| **This Document Relates to:** | * | |
| *Hillard, et al. v. Gulf Stream, et al.;* **06-cv-2576** | * | JUDGE: ENGELHARDT |
| Plaintiffs: Lisa Hillard, individually and as | * | |
| Guardian Ad Litem for Gabriell Hillard, Keith | * | |
| Hillard, Jr., Christopher Hillard, Cydney Hillard, | * | MAG: CHASEZ |
| Amy L. Bordelon | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO AMEND JOINT MOTION TO DISMISS CLAIMS FOR FAILURE TO COMPLY WITH ORDER AND REASONS CONCERNING DEADLINES FOR MATCHING AND FILING (Rec. Doc. 22776)**

**NOW INTO COURT**, come Manufacturing Defendants, who respectfully request that this Honorable Court issue an Order amending their Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 22776) to only include the following Plaintiffs:

1. Lisa Hillard
2. Lisa Hillard as Guardian Ad Litem for Gabriell Hillard
3. Keith Hillard, Jr.
4. Christopher Hillard
5. Cydney Hillard
6. Amy L. Bordelon

Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

                                        Respectfully Submitted:

                                        **DUPLASS, ZWAIN, BOURGEOIS,**
                                        **PFISTER & WEINSTOCK**

                                        s/Andrew D. Weinstock
                                        _____

00242149-1

          **ANDREW D. WEINSTOCK #18495**
          **JOSEPH G. GLASS #25397**
          3838 N. Causeway Boulevard, Suite 2900
          Metairie, Louisiana 70002
          (504) 832-3700
          (504) 837-3119 (FAX)
          andreww@duplass.com
          jglass@duplass.com
          **Manufacturing Defendants Liaison Counsel**

## C E R T I F I C A T E

I hereby certify that on the 19th day of September, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

          s/Andrew D. Weinstock
          _____
          ANDREW D. WEINSTOCK #18495
          andreww@duplass.com