UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Charlie Haas, et al vs. Sun Valley, Inc., et al* | * | |
| No. 09-7966 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Plaintiff's Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Charlie Haas is granted leave to file Plaintiff's Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss.  Defendants Reply Memorandum referenced herein to which Plaintiff is granted leave to file a Sur Response to Rec. Doc. 22888.

This _____ day of _____, 2011.

_____
United States District Judge