UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Lauranette Bolton, et al vs. Sun Valley, Inc., et al*<br>No. 09-7850 | | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE TO FILE PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY

Come now Albert LeRoy Bowers, Jr., Lisa Annette Bowers, Shanita Gates Individually and Next Friend of E. D. G., Quanela Marie Smith, Marsheila Sara Smith, Thomas Joseph Gates, Jr., Betty Thomas, and Lauranette Bolton (hereinafter "Plaintiffs") and file this Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22881).

Plaintiffs' counsel has contacted Defense counsel and they have no opposition to this Motion.

Wherefore, Plaintiffs pray that this Honorable Court issue an Order granting them leave to file Plaintiffs' Sur-Response to Defendant's Reply Memorandum.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912

ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**