UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Lauranette Bolton, et al vs. Sun Valley, Inc., et al* No. 09-7850 | | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs Albert LeRoy Bowers, Jr., Lisa Annette Bowers, Shanita Gates Individually and Next Friend of E. D. G., Quanela Marie Smith, Marsheila Sara Smith, Thomas Joseph Gates, Jr., Betty Thomas, and Lauranette Bolton are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss. Defendants Reply Memorandum referenced herein to which Plaintiffs are granted leave to file a Sur Response to Rec. Doc. 22881.

This _____ day of _____, 2011.

_____
United States District Judge