## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gerod Macon, et al,vs. Sun Valley, Inc., et al No. 09-7109 | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED MOTION SEEKING LEAVE TO FILE PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY

Come now Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zettella Cannon, Bernadette Marie Seymour, Judy McArthur as Next Friend of B. T., Martin McArther Jr. (hereinafter "Plaintiffs") and file this Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22883).

Plaintiffs' counsel has contacted Defense counsel and they have no opposition this Motion.

Wherefore, Plaintiffs pray that this Honorable Court issue an Order granting them leave to file Plaintiffs' Sur-Response to Defendant's Reply Memorandum.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912

>ROBERT C. HILLIARD, L.L.P.
>719 S. Shoreline Boulevard, Suite 500
>Corpus Christi, Texas 78401
>Telephone: (361) 882-1612
>Facsimile: (361) 882-3015
>
>**MIKAL C. WATTS**
>Texas State Bar No. 20981820
>Southern District of TX Federal ID No. 12419
>MIKAL C. WATTS, P.C.
>2506 N. Port Ave.
>Corpus Christi, Texas 78401
>Telephone: (800) 994-0019
>Facsimile: (361) 882-1261
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

>/s/ Robert C. Hilliard
>_____
>**ROBERT C. HILLIARD**