UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Gerod Macon, et al,vs. Sun Valley, Inc., et al*<br>No. 09-7109 | | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY**

Come now Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zettella Cannon, Bernadette Marie Seymour, Judy McArthur as Next Friend of B. T., Martin McArther Jr. (hereinafter "Plaintiffs") and file this Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22883).

Defendant's Reply incorrectly states that the due date for Plaintiffs' opposition was September 9, 2011, and references the Court's Order of August 25, 2011. However, the Court's August 25 Order, Rec. Doc. 22583 expressly states that it is related to three cases, i.e. *Charles Marshall* (Cause No. 09-5658), *Sonya Andrews* (Cause No. 09-5959) and *Laura Demetriace Batiste* (Cause No. 09-7109). The Court's Order does not reference the case at bar, therefore the response date is governed by the Local Rule 7.5 which states the opposition is due eight days prior to the submission date. The submission date is September 21, therefore the response date was September 13, and

Plaintiffs' Response was timely filed on September 13, 2011.

Plaintiffs do not deny that Defendant has identified deficiencies in the fact sheets. However, Plaintiffs were not aware of the deficiency letters until Defendant filed their Motion to Dismiss on September 2, 2011, and were not able to locate any fax confirmations for the letters until Defendant filed them with the Court in other cases on September 15, 2011.[1] Be that as it may, Plaintiffs' counsel has contacted the Plaintiffs involved and is seeking to cure the deficiencies within 30 days of the filing of Defendant's Motion to Dismiss.

Wherefore, Plaintiffs pray that Defendant's Motion to Dismiss in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

---

[1] Such as Rec. Doc. 22881 filed by Sun Valley on September 15, 2011.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**