UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerod Macon et al vs. Sun Valley* | | * | |
| No. 09-7109 Sarah Waller | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION SEEKING LEAVE TO FILE
PLAINTIFF'S SUR-RESPONSE TO DEFENDANT'S REPLY**

Comes now Sarah Waller (hereinafter "Plaintiff") and files this Motion Seeking Leave to File Plaintiff's Sur-Response to Defendant's Reply Memorandum in Support of Opposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22886).

Plaintiff's counsel has contacted Defense counsel and they have no opposition to this Motion.

Wherefore, Plaintiff prays that this Honorable Court issue an Order granting Plaintiff leave to file Plaintiff's Sur-Response to Defendant's Reply Memorandum.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

>719 S. Shoreline Boulevard, Suite 500
>Corpus Christi, Texas 78401
>Telephone:  (361) 882-1612
>Facsimile:  (361) 882-3015
>
>**MIKAL C. WATTS**
>Texas State Bar No. 20981820
>Southern District of TX Federal ID No. 12419
>MIKAL C. WATTS, P.C.
>2506 N. Port Ave.
>Corpus Christi, Texas 78401
>Telephone: (800) 994-0019
>Facsimile: (361) 882-1261
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

>/s/ Robert C. Hilliard
>_____
>**ROBERT C. HILLIARD**

2