UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerod Macon et al vs. Sun Valley* | | * | |
| No. 09-7109 Sarah Waller | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Plaintiff's Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Sarah Waller is granted leave to file Plaintiff's Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss. Defendants Reply Memorandum referenced herein to which Plaintiff is granted leave to file a Sur Response to Rec. Doc. 22886.

This _____ day of _____, 2011.

_____
United States District Judge