## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE:     FEMA TRAILER                   *     MDL NO. 1873
           FORMALDEHYDE PRODUCTS          *     LIABILITY LITIGATION
           SECTION "N" (5)                *
                                          *
                                          *     JUDGE ENGELHARDT
                                          *     MAGISTRATE CHASEZ
                                          *
THIS DOCUMENT IS RELATED TO:              *
*Gerod Macon, et al,vs. Sun Valley, Inc., et al*   *
No. 09-7109                               *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S SUR-RESPONSE TO DEFENDANT'S REPLY

Come now Peggy Morse (hereinafter "Plaintiff") and files this Plaintiff's Sur-Response to Defendant's Reply Memorandum in Support Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22887).

Defendant's Reply incorrectly states that the due date for Plaintiff's opposition was September 9, 2011, and references the Court's Order of August 25, 2011. However, the Court's August 25 Order, Rec. Doc. 22583 expressly states that it is related to three cases, i.e. *Charles Marshall* (Cause No. 09-5658), *Sonya Andrews* (Cause No. 09-5959) and *Laura Demetriace Batiste* (Cause No. 09-7109). The Court's Order does not reference the case at bar, therefore the response date is governed by the Local Rule 7.5 which states the opposition is due eight days prior to the submission date. The submission date is September 21, therefore the response date was September 13, and Plaintiff's Response was timely filed on September 13, 2011.

Plaintiff's counsel has sought to contact Ms. Morse to cure the remaining deficiencies.

Wherefore, Plaintiff prays that Defendant's Motion to Dismiss in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**