MINUTE ENTRY
ENGELHARDT, J.
September 12, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Monday, September 12, 2011. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Gerald E. Meunier, M. David Kurtz, Karen Whitefield and Parker Lambert.

JS10(0:30)