MINUTE ENTRY
ENGELHARDT, J.
September 16, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, September 16, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.   Participating were Justin I. Woods, James C. Percy, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Lamont P. Domingue, Charles E. Leche, Robert M. Becnel, Raul R. Bencomo and Robert Hilliard.

**Court Reporter: Susan Zielie**

JS10(0:55)