MINUTE ENTRY
ENGELHARDT, J.
September 16, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                             SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


A status conference was conducted on Friday, September 16, 2011, at 10:00 a.m. Participating were Justin I. Woods, James C. Percy, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass,  Mikal C. Watts, Gerald E. Meunier, Dennis C. Reich, Timothy D. Scandurro, Karen Whitfield, Matthew B. Moreland, Lamont P. Domingue, Charles E. Leche, Robert M. Becnel, Raul R. Bencomo and Robert Hilliard.

A complete list of attendees is attached as a supplement to the Court's Pretrial Order #90 dated September 16, 2011 (Rec. Doc. No. 22896).

**Court Reporter: Susan Zielie**

JS10(0:35)