MINUTE ENTRY
ENGELHARDT, J.
September 16, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Friday, September 16, 2011, at 8:00 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Gerald E. Meunier, and Timothy D. Scandurro.

JS10(0:30)