UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * | MDL. NO. 1873  SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To:  *John Chaney v. Frontier RV, Inc., et al*, Docket 10-2451 | * * * * * | MAGISTRATE:  CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiff, John Chaney, is **GRANTED,** with *prejudice,* and dismissing this matter in its entirety.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
JUDGE KIRK ENGELHARDT

1