# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
JENNIFER L. CROSE
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted In Colorado*

*Please Reply To:*
106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104

Kay K. Serven
*Office Administrator*
Susan B. Williams
*Nurse*

April 25, 2011

*Via E-mail:*
Kelly M. Morton
Garrison, Yount, Forte & Mulcahy, L.L.C.
909 Poydras Street, Ste 1800
New Orleans, LA 70112

   Re: FEMA Trailer Formaldehyde Products Liability Litigation
      Frontier RV, Inc. Plaintiff Fact Sheets

Dear Ms. Morton:

[redacted] ers, John Chaney did not complete his Plaintiff Fact Sheet, so we have no grounds to oppose a Motion to Dismiss on his behalf.

Sincerely,

Jennifer L. Crose

**EXHIBIT B**