UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| **This Document Relates to:** | * | |
| *Hillard, et al. v. Gulf Stream, et al.;* **06-cv-2576** | * | JUDGE: ENGELHARDT |
| Plaintiffs: Lisa Hillard, individually and as Guardian Ad Litem for Gabriell Hillard, Keith Hillard, Jr., Christopher Hillard, Cydney Hillard, Amy L. Bordelon | * * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion to Amend Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 22776) filed on behalf of Manufacturing Defendants;

**IT IS ORDERED** that Manufacturing Defendants' Joint Motion to Dismiss Claims for Failure to Comply with Order and Reasons Concerning Deadlines for Matching and Filing (Rec. Doc. 22776) is hereby **AMENDED**, to only include the following Plaintiffs:

1. Lisa Hillard
2. Lisa Hillard as Guardian Ad Litem for Gabriell Hillard
3. Keith Hillard, Jr.
4. Christopher Hillard
5. Cydney Hillard
6. Amy L. Bordelon

New Orleans, Louisiana this 21st day of September, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

00242156-1