UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER              *   MDL. NO. 1873
FORMALDEHYDE PRODUCTS            *
LIABILITY LITIGATION             *   SECTION "N" (5)
                                 *
                                 *   JUDGE: ENGELHARDT
**This Document Relates To:**    *
*Jules Dabon, et al v. TL Industries, Inc.,*  *   MAGISTRATE: CHASEZ
*et al,* 09-8684                 *

*********************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of the below listed plaintiffs is **GRANTED,** with *prejudice:*

1. Charles Audibert
2. Anthony Howard
3. Consuella Johnson
4. Cecile McKenzie
5. Brenda Smith
6. Merial Hall obo J.A.
7. James White

New Orleans, Louisiana, this   21st   day of September, 2011.

_____
United States District Judge

1