UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>Gerod Macon, et al,vs. Sun Valley, Inc., et al<br>No. 09-7109 | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs Deirdre Bradley, Rodney Bradley, Judy McArthur, Thomas McArthur, Zettella Cannon, Bernadette Marie Seymour, Judy McArthur as Next Friend of B. T., Martin McArther Jr. are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss. Defendants Reply Memorandum referenced herein to which Plaintiffs are granted leave to file a Sur Response to Rec. Doc. 22883.

This   21st   day of    September   , 2011.

United States District Judge