UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Acquanette German, et al vs. Sun Valley, Inc., et al* No. 10-1311 | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Plaintiffs' Unopposed Motion Seeking Leave to File Plaintiffs' Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiffs Acquanette German, Rosaria Floyd Glapion, Ethel Washington, individually, and next friend of J.M.W., and C. W., minors, Joseph Adam Washington, Leticia Washington, Jacintha Williams as Next Friend of J.W., and L.W., minors are granted leave to file Plaintiffs' Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss. Defendants Reply Memorandum referenced herein to which Plaintiffs are granted leave to file a Sur Response to Rec. Doc. 22884.

This __21st__ day of __September__, 2011.

_____
United States District Judge