UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gerod Macon et al vs. Sun Valley* No. 09-7109 Sarah Waller | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Plaintiff's Sur-Response to Defendant's Reply Memorandum.

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Sarah Waller is granted leave to file Plaintiff's Sur-Response to Defendant's Reply Memorandum in Support of Defendant's Opposed Motion to Dismiss. Defendants Reply Memorandum referenced herein to which Plaintiff is granted leave to file a Sur Response to Rec. Doc. 22886.

This   21st   day of   September  , 2011.

_____
United States District Judge