UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: *Jay Authement, et al v. TL Industries, Inc., et al, 10-3583* | * * * | MAGISTRATE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiff, James LaCour, III, obo B.L., a minor is **GRANTED,** with *prejudice:*

New Orleans, Louisiana, this _____ day of September, 2011.

_____
JUDGE KIRK ENGELHARDT

1