UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerod Macon, et al,vs. Sun Valley, Inc., et al* | | * | |
| No. 09-7109  Harold Norris | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' SUR-RESPONSE TO DEFENDANT'S REPLY

Comes now Krystal Brown as Next Kin of Harold Norris, Deceased (hereinafter "Plaintiff") and files this Plaintiff's Memorandum in Opposition of Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 22885).

Defendant's Reply incorrectly states that the due date for Plaintiff's opposition was September 9, 2011, and references the Court's Order of August 25, 2011.  However, the Court's August 25 Order, Rec. Doc. 22583, expressly states that it is related to three cases, i.e. *Charles Marshall* (Cause No. 09-5658), *Sonya Andrews* (Cause No. 09-5959) and *Laura Demetriace Batiste* (Cause No. 09-7109).  The Court's Order does not reference the case at bar, therefore the response date is governed by the Local Rule 7.5 which states the opposition is due eight days prior to the submission date.  The submission date is September 21, therefore the response date was September 13, and Plaintiff's Memorandum in Opposition was timely filed on September 13, 2011.

The gravamen of Defendant's Reply appears to be that Plaintiff's claim should be dismissed due to inconsistent answers in Plaintiff's fact sheets.  Inconsistent answers in a fact sheet are not a basis for dismissal and do not prejudice Defendant, especially since the duplicate fact sheets have been withdrawn by virtue of dismissal of the duplicate claims for Harold Norris in *Sonya Andrews et al. v. Sun Valley*, Cause no 09-5659, and in *Sonya Andrews et al. v. Sun Valley*, Cause No. 09-5659.   Furthermore, with the passing of Harold Norris, Defendant's counsel should understand and the ease of securing accurate and consistent information for Mr. Norris has become more difficult.

In their Reply, Defendant's also allege that "Other plaintiffs whose claims Sun Valley seeks to dismiss and who were served such requests contemporaneously with Ms. Waller have not complained that they are unable to locate Sun Valley's cure requests".  Rec. Doc. 22882. p. 5.  In particular Defendant identifies that Plaintiffs' counsel for the Bradley, et al. Plaintiffs in the *Macon v. Sun Valley* case did not disavow receiving the April 2011 deficiency notices.  The Bradley, et al. Plaintiffs have since filed an Unopposed Motion Seeking Leave to File an Amended Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss in *Gerod Macon v. Sun Valley*. Rec. Doc. 22898. That Amended Plaintiffs' Memorandum in Opposition which was attached to the Motion clearly states that after a diligent search, Plaintiffs' counsel was not able locate the April 2011 deficiency notices for the Bradley et al Plaintiffs in the *Macon* case.  Rec. Doc. 22898-2.   Plaintiff's counsel in the *Macon* case, cannot certify what deficiency letters were received by other counsel.

In their Reply Memorandum, Defendant produces fax confirmation pages regarding the sending of the deficiency notices.  Plaintiff's counsel was not able to

2

locate the same prior to the filing of Defendant's Reply on September 15, 2011. Be that as it may, Plaintiff will seek to remedy the outstanding significant deficiencies within 30 days of Defendant's filing of their Motion to Dismiss.

Wherefore, Plaintiff prays that Defendant's Motion to Dismiss in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 19th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**