UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 25 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel

("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel

("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a

full reservation of rights and defenses, respectfully submit this Joint Report No. 25.

## I.     REPORT OF CLAIMS AND CASE INVENTORY:

Since the inception of this MDL in 2007, 938 cases have been transferred in from other

courts, pursuant to MDL panel orders. 777 of those cases are currently pending, and 161 cases

have been closed. Further, 3632 cases have been filed in this court. 3207 cases of those are

currently pending, and 425 cases have been closed. Still further, 123 cases have been removed to

this Court from state courts.  119 cases of those are currently pending, and 4 cases have been

closed.  In all, 4693 cases are associated with this MDL.  4103 cases of those are currently

pending, and 590 cases have been closed.  The attached appendix lists the complaints that were

filed or transferred into the MDL since the last Joint Report.

II.   **PLAINTIFF FACT SHEETS (PFS)**

Counsel representing parties are obligated to comply with the provisions of Pretrial Order

Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth

mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a

procedure for dismissal of claims for failure to comply with these deadlines).  Plaintiff attorneys

are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel

pursuant to Pretrial Order Nos. 2, 32 and 88.

III.  **MOTION PRACTICE**

The following Motions are pending:

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |
| Rec. Doc. 17836 | Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130) |

| | |
|---|---|
| Rec. Doc. 17882 | Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125) |
| Rec. Doc. 17884 | Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126) |
| Rec. Doc. 17885 | Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127) |
| Rec.Doc. 20236 | Plaintiffs' Motion for New Trial and or Reconsideration Pursuant to Federal Rule of Civil Procedure 59(e) (*Cooper, Crystal, et al v. Bechtel National, Inc., et al; 10-04121; Goff, Alice, et al v. CH2M Hill Constructors, et al; 10-04122; Rodwell, Lovella, et al v. Bechtel National, Inc., et al; 10-04123; and Rogers, Bessie, et al v. Bechtel National, Inc., et al; 10-04124*) |
| Rec. Doc. 22242 | Plaintiffs' Motion to Withdraw as Counsel for Certain Plaintiffs (*Damien Dillon, et al*; Docket No. 09-3557; *Latasha Jones-Dillon, et al*; Docket No. 09-5494; *Brion Scieneaux, et al*; Docket No. 09-4462) |
| Rec. Doc. 22283 | PSC's Motion to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund |
| Rec. Doc. 22370 | Frontier RV's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Brion Scieneaux, et al*; Docket No. 09-4462) |
| Rec. Doc. 22394 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Damien Dillon, et al*; Docket No. 09-3557; *Latasha Jones-Dillon, et al*; Docket No. 09-5494) |
| Rec. Doc. 22487 | Joint Motion for Final Approval of Class Settlement |

**MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants.  Any motion to reinstate the appeal must be filed with Fifth Circuit before October 15, 2011. |

| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
|---|---|
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011 |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011 |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense) |

**IV.     MANUFACTURED HOUSING NON-LITIGATION "TRACK"**

On August 22, 2011, the Court held the Fairness Hearing on the proposed settlement filed by the Class, as represented by the PSC and the Manufactured Housing Defendants (Rec. Doc. No. 20669).  No ruling has yet been entered.

**V.      MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR**

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information had not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information was efficiently obtainable from other sources and to provide a date certain by which the matching effort would end.  Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010.  The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010.  Counsel should consult amended PTO 68 (Rec. Doc. 14779) to ensure they are aware of its content.  The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched.  Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83.  The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed.  The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching.  The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455).  The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

## VI.    BELLWETHER AND SUMMARY JURY TRIALS

 A. Bellwether cases set for trial at this time:

  1. The Jayco Summary Jury Trial has been continued until January 23-24, 2012.  The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial.  The parties have agreed to conduct this as a summary jury trial.  FEMA and the installation contractor, CH2M Hill, will not participate in this summary jury trial.

  2. A bellwether trial against Sun Valley, Inc. has been continued to January 23, 2012 (Trial Scheduling Order, Rec. Docs. 22678, 22680, 22682).  Charles Marshall has been selected as the Bellwether Plaintiff, and in the event his action is dismissed prior to trial, Sonya Andrews is the replacement Bellwether Plaintiff, Fluor is the Contractor/Installer for this

replacement bellwether trial, and Laura Demetriace Batiste is the second

replacement Bellwether Plaintiff.  The United States is not a defendant in

any of these three actions.   CH2M Hill, the IA contractor in the Charles

Marshall matter has been dismissed.

Previously scheduled trials involving claims against Coachmen RV and KZRV, LLP

have been taken off of the Court's trial docket pending finalization of settlement between those

entities and Plaintiffs.

In rescheduling the Sun Valley bellwether trial for January 23, 2012, the Court issued an

Order setting deadlines for an accelerated PFS deficiency process as to Sun Valley plaintiffs.

See Order of August 25, 2011 (Rec. Doc. No. 22583).  This process contemplates a renewal of

mediated settlement discussions as to these claims.

**VII.   CLAIMS AGAINST THE UNITED STATES.**

On June 24, 2011, the Fifth Circuit Court of Appeals affirmed the District Court's

dismissal of Plaintiff Alana Alexander's Federal Tort Claims Act ("FTCA") claim brought on

behalf of Plaintiff Chris Cooper for lack of subject matter because the claim was time barred.  On

July 8, 2011, the Fifth Circuit Court of Appeals granted the United States' request for publication

of the decision.  Fifth Circuit Case No. 10-30451.

The only remaining claims against the United States pending before the District Court are

Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and

two actions involving three Texas Plaintiffs.  On May 18, 2010, the Court issued an Order and

Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana

plaintiffs against the United States.  Since entering that Order, the Court denied PSC's Motion

seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal (Rec. Doc. 15976).  PSC petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed that motion.  The Fifth Circuit denied the PSC's motion on December 3, 2010.

The United States has filed an opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana Plaintiffs claims for gross negligence and willful and wanton misconduct.  That motion was taken under advisement by the District Court on January 25, 2011.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims and has also filed with the Fifth Circuit motions requesting that the Court certify questions of unsettled state law to the Supreme Court of Mississippi and Alabama.  The parties briefing of PSC's substantive appeals and motions to certify questions of state law was completed on April 18, 2011.

**VIII.   SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21**

    A.    Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

**IX.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.**

Special Master, Dan Balhoff has filed into the Court's record a Motion to Distribute Fleetwood Settlement Funds (Rec. Doc. No. 22804).  The motion has been submitted to the Court for decision on October 5, 2011.  Pending approval of the motion, the special master has advised that distribution to individual claimants will be made by late October.

**X.   MISCELLANEOUS**

    A.    John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all non-government defendants in this MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

    B.    There are a number of new contractor defendants who have been brought into the MDL for the first time in 2011. They were never parties to the Master Amending Complaints. Therefore, they never filed answers or other responsive pleadings to the Master Amending Complaints pursuant to PTO #36.  There is a question as to whether these new defendants should be filing answers to the underlying complaints, and this issue will be addressed in a forthcoming Order.

C.    Certain defendants have filed a Motion for Entry of *Lone Pine* Order (Rec. Doc.

No. 22808).  The Court is currently scheduled to hold a hearing on the motion on

October 5, 2011.

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    504/832-3700
Facsimile:    504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel

ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF
AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:      202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com