UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION
                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-5359

## ORDER AND REASONS

Before the Court is the "Plaintiffs' Motion for Leave to File First Supplemental and

Amending Complaint for Damages," seeking to add plaintiff Eugene Picquet, Sr. as a named

plaintiff in this case against defendant TL Industries, Inc. ("TL") (Rec. Doc. 22329).  Defendant

TL has filed a "Notice of No Objection Subject to a Reservation of Rights" (Rec. Doc. 22852),

in which TL states that it does not oppose the instant motion, subject to a full reservation of

rights on behalf of TL to raise any and all defenses and/or exceptions, including but not limited

to, prescription.  No other memoranda in response to the instant motion was filed by any party.

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date.  Considering that

no memoranda in opposition to "Plaintiffs' Motion for Leave to File First Supplemental and

Amending Complaint for Damages," (Rec. Doc. 22329), noticed for submission on September

21, 2011, was filed; and considering that defendant TL has filed a "Notice of No Objection

Subject to a Reservation of Rights" (Rec. Doc. 22852), as described above; and it further

appearing to the Court that this motion has merit; accordingly,

**IT IS ORDERED** that **"Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages," (Rec. Doc. 22329)** is hereby **GRANTED**, allowing plaintiffs to file the First Supplemental and Amending Complaint for Damages, subject to a full reservation of rights on behalf of TL to raise any and all defenses and/or exceptions, including but not limited to, prescription.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 21st day of September 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2