# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION N(5)** |
| | **JUDGE ENGLEHARDT** |
| **THIS DOCUMENT RELATES TO:** | |
| **ALL CASES** | **MAGISTRATE CHASEZ** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO WITHDRAW AS
## ATTORNEY FOR CH2M HILL CONSTRUCTORS, INC.

**NOW INTO COURT**, through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), and respectfully moves this Court for an order allowing Wade M. Bass to withdraw as attorney for CH2M HILL in the multi-district litigation, as well as in all underlying cases in which CH2M HILL is a defendant.  Mr. Bass will no longer be associated with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. beginning September 21, 2011.

Accordingly, CH2M HILL respectfully moves this Court to allow Mr. Bass to withdraw his appearance in the above-captioned matter.

Roy C. Cheatwood, Gerardo R. Barrios, M. David Kurtz, Karen Whitfield, and Betty Q. Richmond of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. will remain counsel of record for CH2M HILL.  It is requested that Messrs. Cheatwood Barrios, Kurtz, Ms. Whitfield, and Ms. Richmond continue to receive copies of all future

service of pleadings and correspondence in the above-captioned matter.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


/s/ Wade M. Bass
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
BETTY Q. RICHMOND (La. Bar No. 33336)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com
brichmond@bakerdonelson.com

**ATTORNEYS FOR CH2M HILL
CONSTRUCTORS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of September, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

/s/  Wade M. Bass_____