UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: ALL CASES | MAGISTRATE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

The Court, having read and considered the Motion to Withdraw and Substitute Counsel of Record of CH2M HILL Constructors, Inc. ("Motion"), hereby **GRANTS** said Motion and **ORDERS** the Clerk of this Court to remove the name of Wade M. Bass as counsel of record for CH2M HILL and to continue to provide Roy C. Cheatwood, Gerardo R. Barrios, M. David Kurtz, Karen Whitfield, and Betty Q. Richmond, as counsel of record for CH2M HILL, copies of all future service of pleadings and correspondence in the above-captioned matter.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
United States District Judge