UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION | * * * * * | MDL. NO. 1873  SECTION "N" (5)  JUDGE: ENGELHARDT |
| This Document Relates To: | * * * | MAGISTRATE: CHASEZ |
| *Jimmy Briggs, et al v. Recreation By Design, LLC, et al,* Docket No. 10-0265 | * * * | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs, Marquetta Mc Williams and Marquetta McWilliams on behalf of S.M., with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of September, 2011.

_____
JUDGE KIRK ENGELHARDT

1