LAW OFFICES OF
# HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street •Bay St. Louis, Mississippi 39520
Telephone: (228) 469-0785 • Facsimile: (228) 467-4212 •Writer's Email: egibson@hsglawfirm.net

John F. Hawkins
W. Eric Stracener
Edward Gibson*
W. Andrew Neely**

Jackson Office:
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580

September 21, 2011

*Via Electronic Mail Only*
*(Kmorton@GarrisonYount.com)*

Kelly M. Morton, Esq.
Garrison, Yount, Forte & Mulcahy, L.L.C.
900 Poydras Street, Suite 1800
3900 N. Causeway Blvd., Suite 1450
New Orleans, LA 70112-4053

Re: FEMA Trailer Formaldehyde Products Liability Litigation, MDL No. 1873
Bazzelle, et al v TL Industries, Inc., et al., EDLA No. 10-2366
Briggs, et al v. Recreation By Design, LLC, et al., EDLA No. 10-0265

Dear Ms. Morton:

Regarding your Motions to Dismiss in the above captioned matters, as it pertains to the said motion in *Briggs, et al v Recreation By Design, LLC, et al*, I do not oppose the relief sought.



As always, I remain,

Respectfully,

*Edward Gibson/ca*

Edward Gibson, Esq.
*Hawkins, Stracener & Gibson, PLLC*

EG/ca
encl.
cc: Gerald Meunier, Esq. (gmeunier@gainsben.com)
David Kurtz, Esq. (dkurtz@bakerdonelson.com)
Henry Miller, Esq. (henry.miller@usdoj.gov)
Charles Leche, Esq. (Cleche@dkslaw.com)
Andrew Weinstock, Esq. (andreww@duplass.com)
Justin Woods, Esq. (jwoods@gainsben.com)
Dennis Reich, Esq. (dreich@rbfirm.net)
John Hawkins, Esq. (John@hsglawfirm.net)
Frank D'Amico, Esq. (frank@damicolaw.net)



*Licensed to practice in LA **Also licensed to practice in TN