| | |
|---|---|
| From: | Trevino, Marilyn J. |
| To: | Kelly Morton |
| Subject: | RE: Linda Buckley for the estate of Rosemary Doughtery [IWOV-NPCHAR1.FID132081] |
| Date: | Thursday, September 22, 2011 8:32:55 AM |
| Attachments: | image001.png |
| | image003.png |
| | image004.png |

Kelly: I spoke with Paul about this matter. He is fine with dismissing only the individual claims of Linda Buckley.

Thanks,
Marilyn


**Marilyn Trevino**
Litigation Paralegal
Business and Consumer Litigation
Nexsen Pruet, LLC
205 King Street, Suite 400
Charleston, SC 29401
T: 843.720.1733, F: 843.414.8225
mtrevino@nexsenpruet.com
*www.nexsenpruet.com*

# NEXSEN PRUET



EXHIBIT B