**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Gloria Broussard v. Jayco Enterprises, Inc.* | * | |
| Docket No. 10-2509 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Gloria Broussard | * | |

******************************************************************************

## NOTICE OF HEARING

Notice is hereby given that the submission date for Jayco Enterprises, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets, pertaining to plaintiff, Gloria Broussard, is **Wednesday, October 19, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt.

Baton Rouge, Louisiana, this 21st day of September, 2011.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco Enterprises, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 22nd day of September, 2011.


       s/*Thomas L. Cougill*
THOMAS L. COUGILL

2