# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS         LOUISIANA         MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                           *TomC@willingham-law.com*

April 13, 2011

Frank D'Amico, Jr.                                                          *Via Email and Regular U.S. Mail*
Law Offices of Frank J. D'Amico, Jr.
4731 Canal St.
New Orleans, LA 70119
frank@damicolaw.net

Dear Frank:

   Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Carolyn Bailey v. Jayco, Inc.,* cause no. 09-8616**

1. Joyce Bethencourt
2. Lula Coats
3. Clayton Coleman
4. Dominique Doucet
5. Jayla Doucet
6. Darnell Howard
7. Dion Howard
8. Tkeyah Howard
9. Ja'Cori Johnson
10. Keishea King
11. Terrell King
12. Diamond Lewis
13. Troy Mack



*Carolyn Bailey v. Jayco, Inc.,* cause no. 09-8616 (cont'd)

    14. Raymond Stewart, Jr.
    15. Joseph Vaidery

*Steven Bell v. Jayco, Inc.,* cause no. 09-8617

1. Terencia Barnes
2. William Barnes, III
3. Steven Bell
4. Christy Bridges
5. Jody Cascio
6. Leslie Davis
7. Timothy Davis
8. Rita Frederick
9. James Gayle
10. Jamien Gayle
11. Lonnie Hammond
12. Eion Lewis
13. Ernesse Lewis
14. Ernest Lewis, Jr.
15. Dennis Myres
16. Lynette Myres
17. Amiracle Ramsey
18. Morris Smith
19. Quantae Smith
20. Donna Williams
21. Herman Williams

*Gloria Broussard v. Jayco, Inc.,* cause no. 10-2509

1. Gloria Broussard
2. Kennard Davis

*Maudry Brown v. Jayco, Inc.,* cause no. 09-8614

1. Kevin Bland
2. Chelsea Carter
3. Cherlyn Gozan
4. Larry Gozan
5. Anderson Lumar
6. Elona Lumar
7. Delrone Moore
8. Larry Thomas

*Maudry Brown v. Jayco, Inc.*, cause no. 09-8614 (cont'd)

   9. Kerriane Toliver
  10. Gerald Vallet

*Monique Cambrice v. Jayco, Inc.*, cause no. 09-8618

1. Raymond Lewis

*Jerry Davis v. Jayco, Inc.*, cause no. 11-0368

1. Jerry Davis

*Kirk Haynes v. Jayco, Inc.*, cause no. 10-2518

1. Donald Davis

*Velton Leckelt v. Jayco, Inc.*, cause no. 09-2211

1. Evelyn Fontenot
2. Velton Leckelt

*Kinta Nunnery v. Jayco, Inc.*, cause no. 09-8615

1. Arieon Clark
2. Lesley Darmas
3. Stevan Francis
4. Yasha Miller

*Caron Pittman v. Jayco, Inc.*, cause no. 10-3637

1. Caron Pittman
2. Hersey Pittman

*Elisha Allen v. Starcraft RV, Inc.*, cause no. 09-8608

1. Milton Griffith
2. Trevor Raphael
3. Letroy Sinclair
4. Fitzray Sookram

*Etta Varnado v. Starcraft RV, Inc.*, cause no. 09-8613

1. Elisha Allen
2. Daquan Hill
3. Marjele Sookram
4. Marshall Sookram
5. Marshall Sookram, Jr.

*Michelle Williams v. Starcraft RV, Inc.*, cause no. 10-2545

1. Eddison Collins, Jr.

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc:  Jerry Meunier *(via email)*
Andrew Weinstock *(via email)*
Henry Miller *(via email)*
Gerald Meunier *(via email)*
Justin Woods *(via email)*