THE LAW OFFICES OF

# *Frank J. D'Amico, Jr.*

A Professional Law Corporation



Frank J. D'Amico, Jr.
Christopher T. Castro
Richard M. Exnicios
Paul D. Hesse
David J. Mitchell
Aaron Ahlquist *
* Licensed in Tennessee

Of Counsel
William T. Abbott, Jr.**
Michael A. McNulty, Jr.
Darryl J. Carimi
** Licensed in New York

April 25, 2011

Tom L. Cougill, Esq.
Willingham, Fultz & Cougill, LLP
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002

**Sent By Certified Mail:**
**#7009 3410 0002 1189 2665**

RE: *FEMA Trailer Formaldehyde Product Liability Litigation*
    *(Jayco and/or Starcraft Deficiencies)*

Mr. Cougill:

Enclosed please find a disc containing Answers to Deficiencies as required.

If you have any questions, please do not hesitate to contact me at (504) 525-7272 ext. 233 or via email at rbowman@damicolaw.net . Thank you.

Sincerely,

Reed G. Bowman, Esq.

RGB/tlh

Encl.

**BATON ROUGE OFFICE**
9035 Bluebonnet Blvd., Suite #2
Baton Rouge, LA 70810
(225) 928-7272 • Fax (225) 767-3594

**NEW ORLEANS OFFICE**
622 Baronne Street
New Orleans, LA 70113
(504) 525-7272 • Fax (504) 525-9522

**NORTHSHORE OFFICE**
4407 Highway 190 East Service Road, Suite 100
Covington, LA 70433
(985) 893-4443 • Fax (985) 893-3951

**Toll Free 866-70-FRANK**          www.damicolaw.net
*Proudly serving the interests of injured people across Louisiana since 1986.*





EXHIBIT
B