**Roslyn West**

| | |
|---|---|
| From: | CHELE TALLON <cheletallon@gmail.com> |
| Sent: | Tuesday, April 26, 2011 6:38 AM |
| To: | Roslyn West; Tom Cougill |
| Subject: | MISSING JAYCO PFS CHELSEA CARTER |
| Attachments: | CARTER, CHELSEA PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*

PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC

335 CITY PARK AVE.

NEW ORLEANS, LA. 70119

TEL. 504-482-5711

FAX 504-482-5755

TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

*** IRS CIRCULAR 230 NOTICE *** *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*



# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 6:43 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | JAYCO MISSING PFS LESLIE DAVIS |
| **Attachments:** | DAVIS, LESLIE PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 6:50 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS DELRONE MOORE |
| **Attachments:** | MOORE, DELRONE PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 6:51 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS MORRIS SMITH |
| **Attachments:** | SMITH, MORRIS PFS.zip |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

*** IRS CIRCULAR 230 NOTICE *** *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 6:55 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS GERALD VALLET |
| **Attachments:** | VALLET, GERALD PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 6:58 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS DONNA WILLIAMS o/b/o AMIRACLE RAMSEY |
| **Attachments:** | WILLIAMS, DONNA OBO RAMSEY, AMIRACLE PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 7:02 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS DONNA WILLIAMS |
| **Attachments:** | WILLIAMS, DONNA PFS.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

*** IRS CIRCULAR 230 NOTICE *** *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 7:13 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS HERMAN WILLIAMS |
| **Attachments:** | WILLIAMS, HERMAN 8.17.55 PFS (2).zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

## Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 7:16 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | JAYCO MISSING PFS LONNIE HAMMOND III o/b/o LONNIE HAMMOND IV |
| **Attachments:** | Hammond, III, Lonnie obo Lonnie Hamond IV.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience. Lonnie Hammond is listed as missing and I wanted to make sure you have these.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

*** IRS CIRCULAR 230 NOTICE *** *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*

# Roslyn West

| | |
|---|---|
| **From:** | CHELE TALLON <cheletallon@gmail.com> |
| **Sent:** | Tuesday, April 26, 2011 7:21 AM |
| **To:** | Roslyn West; Tom Cougill |
| **Subject:** | MISSING JAYCO PFS LONNIE HAMMOND III |
| **Attachments:** | Hammond, III, Lonnie.zip |

Roslyn,

Please find attached some of the PFS that you are missing. I am still digging to see if I have the rest of them. As before, I will have to send them one at a time so I appreciate your patience. Lonnie Hammond is listed as missing and I wanted to make sure you have these.

Thank you.

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.