UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**THIS DOCUMENT RELATES TO:**
*Steven Bell et al v. Jayco Enterprises Inc. et al*
*Civil Action No. 09-8617*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL**
**OF TERENCIA BARNES AND WILLIAM BARNES, III**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Terencia Barnes and William Barnes, III, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of their claims asserted against the Defendants, Jayco Enterprises, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings. These claims are duplicative of claims asserted by Plaintiffs in No. 09-4818. The dismissal of these Plaintiffs' claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

  /s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

>Respectfully submitted,
>
> /s/Frank J. D'Amico, Jr.
>Frank J. D'Amico, Jr.