# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Albert et al v. Forest River, Inc. et al,* | * | |
| C.A. No. 2:10-cv-02336 | * | |
| Plaintiff Damien Dillon and Latasha Jones-Dillon, | * | |
| Individually, and on behalf of Miljeanee Cowley, | * | |
| Greggionte Jones and Edward Smith, only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS DAMIEN DILLON AND LATASHA JONES-DILLON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Damien Dillon and Latasha Jones-Dillon, individually, and on behalf of Miljeanee Cowley, Greggionte Jones and Edward Smith, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby give notice of their dismissal of all claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims that Plaintiff Damien Dillon and Latasha Jones-Dillon, individually and on behalf of Miljeanee Cowley, Greggionte Jones and Edward Smith, make in any other complaints in this MDL.

 Respectfully submitted:

 By: */s/Peter K. Taaffe*
  Anthony G. Buzbee
  Texas Bar No. 24001820
  Peter K. Taaffe
  Texas Bar No. 24003029
  THE BUZBEE LAW FIRM
  600 Travis, Suite 7300
  Houston, Texas 77002
  Tel.:  (713) 223-5393
  Fax:  (713) 223-59009

                                                JOHN MUNOZ (#9830)  
                                                GARNER & MUNOZ  
                                                1010 Common Street, Suite 3000  
                                                New Orleans, LA 70112-2411  
                                                Tel: (504) 581-7070  
                                                Fax: (504) 581-7083  

                                     **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on September 22, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Peter K. Taaffe*  
                                                Peter K. Taaffe