**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cedric Cushenberry v. Crum & Forster* | * | |
| *Specialty Ins. Co., et al, No. 09-8381* | * | |
| Plaintiff Willie Celestine only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF WILLIE CELESTINE'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Willie Celestine pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by Willie Celestine in any other complaints in this MDL.

Respectfully submitted:

By: */s/Peter K. Taaffe*
      Anthony G. Buzbee
      Texas Bar No. 24001820
      Peter K. Taaffe
      Texas Bar No. 24003029
      THE BUZBEE LAW FIRM
      600 Travis, Suite 7300
      Houston, Texas 77002
      Tel.:  (713) 223-5393
      Fax:  (713) 223-59009

      JOHN MUNOZ (#9830)
      GARNER & MUNOZ
      1010 Common Street, Suite 3000
      New Orleans, LA 70112-2411
      Tel: (504) 581-7070
      Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

_/s/ Peter K. Taaffe_
Peter K. Taaffe
