UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873<br><br>SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** *John Chaney v. Frontier RV, Inc., et al,* Docket 10-2451 | * * * * * | MAGISTRATE:  CHASEZ |

**********************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiff, John Chaney, is **GRANTED, dismissing w**ith *prejudice* the claims of John Chaney.

New Orleans, Louisiana, this     22nd     day of September, 2011.

_____
United States District Judge

1