UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: | * * | MAGISTRATE:  CHASEZ |
| | * | |
| *Jimmy Briggs, et al v. Recreation By Design, LLC, et al,* Docket  No. 10-0265 | * * * | |

**********************************************************************

### ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs, Marquetta Mc Williams and Marquetta McWilliams on behalf of S.M., with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this __22nd__ day of  September, 2011.

_____
United States District Judge

1