### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: | * | |
| *Jay Authement, et al v. TL Industries,* | * | |
| *Inc., et al, 10-3583* | * | MAGISTRATE:  CHASEZ |
| | * | |
| | * | |
| | * | |
| | * | |

*******************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets is **GRANTED,**

**dismissing** with *prejudice* the claims of plaintiff, James LaCour, III, obo B.L., a minor.

New Orleans, Louisiana, this _____22nd_____ day of September, 2011.

_____
United States District Judge

1