UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873<br>SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Deborah Arnold v. Frontier RV, Inc., et al,* Docket No. 10-741 | * * * * * | MAGISTRATE: CHASEZ |

*****************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets is **GRANTED,** dismissing the claims of plaintiff Deborah Arnold with *prejudice*.

New Orleans, Louisiana, this   22nd   day of September, 2011.

_____
United States District Judge