# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Bienemy, et al. v. Clayton Homes of Lafayette, Inc., f/k/a Clayton Homes, Inc., et al.* | **MAGISTRATE CHASEZ** |
| *No. 09-8664* | |

*****************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6 undersigned counsel for Plaintiffs certifies that opposing counsel for Original Defendants have been consulted and have voiced no opposition to the modified First Supplemental and Amending Complaint.

Respectfully Submitted,

By: /s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
**Bruno & Bruno, LLP**
855 Baronne St.
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
**Counsel for Plaintiffs in the Master Action**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 23rd day of September 2011. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 23rd day of September 2011.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)