UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| *Jay J. Authement, et al. v. Forest River, Inc.., et al* | * | MAGISTRATE CHASEZ |
| (E.D. La. Suit No. 10-3674) | * | |
| ****************************************** | | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SINGLE NAMED PLAINTIFF UNDER RULE FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come all Plaintiffs in this matter, who, pursuant to provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, with prejudice only as to any claims asserted against Forest River, Inc., and without prejudice in all other respects, of named plaintiff Jay, J. Authement, from the captioned Complaint previously filed in these proceedings on October 15, 2010, and which bears Case No. 10-3674.  Upon information and belief, named plaintiff, Jay. J. Authement, erroneously was matched to Forest River as a result of the transposition of two numbers in the FEMA ID number for the plaintiff, which incorrect number was submitted for research in the FFRATTS database.

Plaintiff, Jay. J. Authement, has properly been named as a plaintiff in matter the  entitled ***Jay J. Authement, et al. v. TL Industries, et al* (E.D. La. Suit No. 10-3583),** and accordingly, named plaintiff, Jay. J. Authement, seeks to voluntarily dismiss the defendants in this action, as stated above, while reserving all his rights and allegations in ***Jay J. Authement, et. al. v. TL***

1

*Industries, et al* **(E.D. La. Suit No. 10-3583)**. This dismissal does not affect the claims of the remaining plaintiffs in this matter.

        Respectfully submitted,

        **LAW OFFICES OF SIDNEY D. TORRES, III**
        *A PROFESSIONAL LAW CORPORATION*

        By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        E-mail:     storres@torres-law.com
                      rburns@torres-law.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/ Roberta L. Burns
        ROBERTA L. BURNS