UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Jay J. Authement, et al. v. Forest River, Inc.., et al* <br> (E.D. La. Suit No. 10-3731) | * MAGISTRATE CHASEZ <br> * |

******************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SINGLE NAMED PLAINTIFF UNDER RULE FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who, pursuant to provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the voluntary dismissal, with prejudice only as to any claims asserted against Forest River, Inc., and without prejudice in all other respects, of named plaintiff Jay, J. Authement, from the captioned Complaint previously filed in these proceedings on October 15, 2010, and which bears Case No. 10-3731.  Upon information and belief, named plaintiff, Jay. J. Authement, erroneously was matched to Forest River as a result of the transposition of two numbers in the FEMA ID number for the plaintiff, which incorrect number was submitted for research in the FFRATTS database.

Plaintiff, Jay. J. Authement, properly has been named as a plaintiff in matter the  entitled ***Jay J. Authement, et al. v. TL Industries, et al* (E.D. La. Suit No. 10-3583),** and accordingly, named plaintiff, Jay. J. Authement, seeks to voluntarily dismiss the defendants in this action,  as stated above, while reserving all his rights and allegations in ***Jay J. Authement, et al. v. TL***

1

*Industries, et al* **(E.D. La. Suit No. 10-3583)**. This dismissal does not affect the claims of the remaining plaintiffs in this matter.

                Respectfully submitted,

                **LAW OFFICES OF SIDNEY D. TORRES, III**
                *A PROFESSIONAL LAW CORPORATION*

                By:     s/ Roberta L. Burns
                SIDNEY D. TORRES, III, La. Bar No. 12869
                ROBERTA L. BURNS, La. Bar No. 14945
                8301 West Judge Perez Drive, Suite 303
                Chalmette, LA 70043
                Telephone: (504) 271-8421
                Facsimile: (504) 271-1961
                E-mail:     storres@torres-law.com
                                  rburns@torres-law.com
                **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 23rd day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/ Roberta L. Burns
                                            ROBERTA L. BURNS