IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasondra Musacchia, et al v.* | * | Magistrate: Chasez |
| *Crum & Forster Specialty Ins. Co., et al* | * | |
| *No: 09-8361* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court to withdraw an earlier-filed Motion to Dismiss (Rec. Doc. No. 22778) in the above-captioned matter. Mover sought dismissal as to the claims of *Kasondra Musacchia and Kriste Ruffin, individually and on behalf of the minors E.R. and E.R.,* for failure to comply with the terms of the Court's Pre-Trial Order No. 32 relating to the provision of completed Plaintiff Fact Sheets. Subsequent to the filing of the motion, amendments to Plaintiff Fact Sheets for all four plaintiffs who were addressed in the Motion were provided by plaintiffs and the deficiencies have been adequately cured. Counsel for Plaintiffs consents to the withdrawal of the Motion to Dismiss.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Motion to Withdraw be granted, removing the Motion to Dismiss [No. 22778] from the Court's October 5, 2011 docket.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  23rd  DAY OF   September  , 2011..
     /s Eric B. Berger

     /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290