UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                           MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-2961, 09-8375,
10-0631, 10-2304. 10-2336 and 10-4663

## ORDER

       It has come to the Court's attention that the movants in "Defendants Forest River, Inc. and Vanguard, LLC's Motion to Dismiss for Failure to Comply With Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 22607) provided an incorrect member case for certain of the plaintiffs at issue in that motion. Movants stated that certain plaintiffs were named in *Brenda Albert, et al v. Forest River, Inc., et al*, Civil Action No. 10-2336, when in fact they are named in *Brenda Albert, et al v. Forest River, Inc., et al*, Civil Action No. 09-8374. Further, movants stated that plaintiff Hoover Jones is named in Civil Action No. 10-631, when in fact he is named in *Hoover Jones, et al v. Forest River, Inc., et al*, Civil Action No. 11-850. Accordingly,

       **IT IS ORDERED** that this Court's Order and Reasons (Rec. Doc. 22956) granting "Defendants Forest River, Inc. and Vanguard, LLC's Motion to Dismiss for Failure to Comply With Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 22607), is hereby

**VACATED IN PART**, in that it is vacated with respect to plaintiff Hoover Jones and with respect to the following individuals, who were represented incorrectly as being plaintiffs in *Brenda Albert, et al v. Forest River, Inc., et al*, Civil Action No. 10-2336:

>Eugene Bibbins
>Latoya Brown
>David Calloway
>Brian Clayton
>Julien Dennis
>Hailey Fontenot
>Johnathan Fontenot, Jr.
>Justin Fontenot
>Nyriel Davis
>Ashley Johnson
>Keoka Johnson
>Beatrice Jones
>Zavion Jones
>Arthur Lawrence
>Christine Myles
>Arthur Parker
>Gary Richard, Sr.
>Earnest Russell
>Sabrina Thompson
>Jasmine Thompson
>Quintrice Thompson
>Tia Thompson
>Dianne Thornton
>James Washington

**IT IS FURTHER ORDERED** that the Order and Reasons (Rec. Doc. 22956) shall remain in effect in all other respects, and specifically shall remain in effect with respect to all plaintiffs named in the motion who are in member case nos. 09-2961, 09-8375, 10-2304, and 10-4663.

**IT IS FURTHER ORDERED** that Forest River, Inc. and Vanguard, LLC shall have ten (10) days in which to re-file a motion to dismiss with respect to the plaintiffs whose member

2

case numbers were misidentified, after which such motion shall be barred. Given the size and complexity of this MDL, it is imperative that counsel carefully check that their submissions to the Court contain the proper member case numbers.

    New Orleans, Louisiana, this 23rd day of September 2011.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**