

## WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill  *TomC@Willingham-law.com*
Partner

June 27, 2011

Mr. Douglas M. Schmidt                                            <u>*Via Email: dglsschmdt@yahoo.com*</u>
Douglas Schmidt, APLC
335 City Park Ave.
New Orleans, LA  70119-4321

     Re:    In Re:  FEMA Trailer Formaldehyde
                Products Liability Litigation
                MDL No. 1873, Section "N" (4)
                Plaintiff Fact Sheets

Dear Mr. Schmidt:

     Enclosed please find a deficiency letter on behalf of Jayco, Inc. and Starcraft RV, Inc., pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received from your office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

     Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

                              Very truly yours,

                              **WILLINGHAM, FULTZ & COUGILL LLP**

                              *Thomas L. Cougill*

                              Thomas L. Cougill

TLC:rkr

cc:    Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)



**EXHIBIT C**

## JAYCO, INC.

### JOYCE BETHENCOURT

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### CHELSEA CARTER

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### ARIEON CLARK

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### LULA COATS

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### CLAYTON COLEMAN

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### LESLIE DAVIS

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### TIMOTHY DAVIS

1. Other than Section II (A) and (C); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DOMINIQUE DOUCET

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DARNELL HOWARD

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DARNELL HOWARD o/b/o D'JON HOWARD

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DARNELL HOWARD o/b/o T'KEYAH HOWARD

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### YASHA MILLER

1. Other than Section II (A) and (C); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DELRONE MOORE

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DENNIS MYRES

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### LYNETTE MYRES

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.
2. Plaintiff failed to sign the fact sheet.

### GERALD VALLET

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DONNA WILLIAMS

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### HERMAN WILLIAMS

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### DONNA WILLIAMS o/b/o AMIRACLE RAMSEY

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### STEVEN FRANCIS

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### ERIC VAN LUCAS

1. Plaintiff failed to provide a response to Section V (A) (6) and (7) regarding the move-in/move-out dates.

## STARCRAFT RV, INC.

### FITZRAY SOOKRAM

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### LETROY SINCLAIR

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign the fact sheet.

### SERGIO MARTIN ADAM HERNANDEZ, a minor

1. Plaintiff's representative failed to provide a response to Section III (C) (4) and (5) regarding any diagnoses of cancer, and when plaintiff claims the claimed disease or injury first occurred.

### JOSEPH DEES

1. Plaintiff's representative failed to provide a response to Section III (C) (4) and (5) regarding any diagnoses of cancer, and when plaintiff claims the claimed disease or injury first occurred.

### CHELSEA D. CHERRY

1. Plaintiff's representative failed to provide a response to Section III (C) (4) and (5) regarding any diagnoses of cancer, and when plaintiff claims the claimed disease or injury first occurred.

2. Plaintiff failed to provide a response to Section IV (A) regarding address history.

3. Plaintiff failed to response to Section VI (F) (2) through (4).

### CHANDRIAN CHERRY

1. Plaintiff's representative failed to provide a response to Section III (C) (5) regarding when plaintiff claims the claimed disease or injury first occurred.

2. Plaintiff failed to provide a response to Section IV (A) regarding address history.

### CHANCE BORASTO

1. Plaintiff's representative failed to provide a response to Section III (C) (5) regarding when plaintiff claims the claimed disease or injury first occurred.

2. Plaintiff failed to provide a response to Section IV (A) regarding address history.

### ANNEICE CHERRY

1. Plaintiff's representative failed to provide a response to Section III (C) (5) regarding when plaintiff claims the claimed disease or injury first occurred.

2. Plaintiff failed to provide a response to Section IV (A) regarding address history.

### ESPERANZA RODRIGUEZ

1. Plaintiff's representative failed to provide a response to Section III (C) (5) regarding when plaintiff claims the claimed disease or injury first occurred.

### **MARY B. STEWART**

1. Plaintiff failed to provide a response to Section V (A) (6) and (7) regarding the move-in/move-out dates.

### **JESSIE MILLER**

1. Plaintiff failed to provide a response to Section V (A) (6) and (7) regarding the move-in/move-out dates.

### **RAYSHAD WILLIAMS**

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (B) and (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### **KIMBERLY WARNER o/b/o KAITLYN TAYLOR**

1. Other than Section II (A) and (C); Section III (B), (C) (1); Section IV (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### **RUBY WALLACE poa LEO ASHER**

1. Other than Section II (A), (C) and (D); Section III (B), (C) (1); Section IV (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### **MARY STEWART o/b/o TAI STEWART**

1. Other than Section II (A), (C) and (D); Section III (A) (1), (B), (C) (1); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### MARY STEWART o/b/o QUAMBI STEWART

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### MARY STEWART o/b/o JAMAL STEWART

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### DEMETRICE LARNELL

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section IV (B) and (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### PATRICIA CARTER

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section IV (B) and (C); Section V (A) (1), (2) and (4), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### KIM BRAZZLE

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

### KIM BRAZZLE o/b/o BREYDON BRAZZLE

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section IV (B) and (C); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

**KIM BRAZZLE o/b/o RICKEY CUNNINGHAM**

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.

**KIM BRAZZLE o/b/o VINCENT BRAZZLE, JR.**

1. Other than Section II (A), (C) and (D); Section III (B) and (C) (1); Section V (A) (1) and (2), the Plaintiff Fact Sheet is blank.

2. Plaintiff failed to sign a certification of the fact sheet.