UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. NO. 1873 |
| | | SECTION "N" (5) |
| | | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Linda Buckley, et al v. Recreation by Design, LLC, et al,* Docket No. 09-7566 | * * * * * | MAGISTRATE:  CHASEZ |

*************************************************************************

# ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is hereby **GRANTED**, dismissing the claims of plaintiff, Linda Buckley in her individual capacity, with prejudice.

New Orleans, Louisiana this 23rd day of September, 2011.

_____
United States District Judge

1