UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Darryl Paul Lewis, Jr. v. Jayco, Inc.* | * | |
| Docket No. 09-5276 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Creola Oliver | * | |

*****************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Creola Oliver, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal without prejudice of claims asserted herein.

          Respectfully submitted,
          **MICHAEL WATSON**

By:  *s/Michael C. Watson (signed by permission: Thomas L. Cougill)*
      Michael C. Watson
      FED ID NO. 25743
      2 Houston Center
      909 Fannin Street, Suite 1470
      Houston, Texas 77010
      Phone: (713) 751-3080
      Fax: (713) 751-3058

      **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2011, I electronically filed the foregoing with the Clerk of Court, signing by permission received from plaintiff's counsel, Michael C. Watson. I further certify that I electronically filed the foregoing by utilizing the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL