# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Melissa James, et al v. Crum & Forster* | * | Magistrate: Chasez |
| *Specialty Ins. Co., et al* | * | |
| *No: 09-8009* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AND SUPERSEDING MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, who moves this Honorable Court for leave of court to file the attached Supplemental and Superseding Memorandum in Support in the above-captioned matter.

Mover filed a Motion to Dismiss relating to uncured discovery deficiencies on September 8, 2011, at **Record Document Number 22780**. On September 9, 2011 and September 23, 2011, Plaintiffs sent to Movers errata sheets attempting to cure the Plaintiff Fact Sheet Deficiencies as to the two plaintiffs to whom Movers' Motion to

Dismiss was directed, Melissa James and Ella Sanchez as representative of the estate of Jeffrey Sanchez, respectively.  While additional information has been provided, the Plaintiff Fact Sheet deficiencies have not been completely cured.  Mover therefore seeks leave of court to provide the Court with the current status of the deficiencies in light of the supplementary information of September 9, 2011 and September 23, 2011. These recent errata will be attached to the Supplemental and Superseding Memorandum as Exhibits G and H.  While the new memorandum supersedes Rec. Doc. No. 22780-1 completely, the Exhibits to the original Motion, Rec. Doc. 22780-2, are still used.  Mover has consulted with counsel for Plaintiffs and Leave to file the Supplemental and Superseding Memorandum is not opposed.

WHEREFORE, defendant, Crum & Forster Specialty Insurance Company prays that its Unopposed Motion for Leave be granted and the Supplemental and Superseding Memorandum filed in the above-captioned matter.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS  26th   DAY OF   September  , 2011..
     /s Eric B. Berger

     /s Eric B. Berger
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290