UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: ALL CASES | |

............................................................

**UNOPPOSED EXPARTE MOTION TO ADOPT
MOTION FOR ENTRY OF LONE PINE ORDER**

**NOW INTO COURT**, through undersigned counsel comes Defendant, Bechtel National, Inc., who moves this Honorable Court for an Order allowing Defendant to adopt the Motion for Entry of Lone Pine Order (Rec. Doc. 22808) filed by multiple defendants on September 9, 2011. Bechtel National, Inc. specifically adopts the arguments and submissions of defendants in the motion and memorandum previously filed with this Court as if copied herein *in extenso*. Counsel for Plaintiffs has been contacted and does not oppose Bechtel joining/adopting the motion filed by Defendant.

Respectfully submitted,

**FRILOT, L.L.C.**

/s/ *Peter R. Tafaro*
JOHN J. HAINKEL, III – La. Bar No. 18246
A. J. KROUSE - La. Bar No. 14426
DAVID P. CURTIS – La. Bar No. 30880 (Ms. Bar - 102092)
PETER R. TAFARO – La. Bar No. 28776
3700 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
T: (504) 599-8000; F: (504) 599-8100
**Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 27th day of September, 2011.

/s/ *Peter R. Tafaro*
PETER R. TAFARO

2