UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that Bechtel National, Inc. be allowed to join/adopt the Motion for Entry of Lone Pine Order (Rec. Doc. 22808) filed on September 9, 2011.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE