UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Steven Cronin, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| E.D. La. Suit No. 09-6919 | | * | MAG: CHASEZ |

*************************************************************************

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for Failure to Comply with the Court's Pre-Trial Orders Nos. 2 and 32 relating to Plaintiff Fact Sheets ("PFS"). The undersigned has contacted counsel for plaintiff who advises he will oppose this Motion.

The plaintiffs are:

Heather Thigpen (Plaintiff in *Steven Cronin, et al v. SunnyBrook RV*, No. 09-6919);

Kristian Penton (Plaintiff in *Steven Cronin, et al v. SunnyBrook RV*, No. 09-6919); and

Sadie Penton (Plaintiff in *Steven Cronin, et al v. SunnyBrook RV*, No. 09-6919)

The basis for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27th day of September, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery        ( ) Facsimile
( ) Prepaid U.S. Mail    ( ) UPS/Federal Express
( X ) Electronic Mail    ( ) Certified Mail, Return Receipt Requested

___/s/ Cynthia J. Thomas___
**CYNTHIA J. THOMAS**