# Mary S. Cooper

| | |
|---|---|
| **From:** | Mary S. Cooper |
| **Sent:** | Wednesday, June 29, 2011 12:02 PM |
| **To:** | 'amartin@wgclawfirm.com' |
| **Cc:** | 'nporter@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas |
| **Subject:** | RE: FW: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011 |
| **Importance:** | High |

Dear Amanda and Nicole,

Regarding your clients Kristian Penton and Sadie Penton, did they also live in Gulfstream trailer per their PFS?  Please provide the move-in/move-out dates for the SunnyBrook as well as the Gulfstream trailer.

Thanks.

```
-----Original Message-----
From: Mary S. Cooper
Sent: Wednesday, June 29, 2011 11:48 AM
To: 'amartin@wgclawfirm.com'
Cc: 'nporter@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas
Subject: RE: FW: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011
Importance: High
```

Dear Amanda and Nicole,

Please send me all Plaintiff Fact Sheets for Chanda Meadows, Donna Meadows and Hannah Pyron.

If you could email those to me in pdf format, that would be great.

Thank you for your assistance in this matter.

```
-----Original Message-----
From: Mary S. Cooper
Sent: Wednesday, June 29, 2011 11:03 AM
To: Mary S. Cooper; 'amartin@wgclawfirm.com'
Cc: 'nporter@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas
Subject: RE: FW: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011
Importance: High
```

Dear Amanda and Nicole,

Regarding your client, Alberta Bartie, we need to obtain some information regarding move-in/move-out dates for the SunnyBrook trailer as well as the Adrian trailer that she resided in.  Please provide this information no later than tomorrow.  Thanks.

```
-----Original Message-----
From: Mary S. Cooper
Sent: Friday, June 17, 2011 10:04 AM
To: 'amartin@wgclawfirm.com'
Cc: 'nporter@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas
Subject: RE: FW: FEMA Deficiency answers for Watts Hilliard due on 6/15/2011
Importance: High
```

Please do.  Thanks.

```
-----Original Message-----
From: amartin@wgclawfirm.com [mailto:amartin@wgclawfirm.com]
Sent: Thursday, June 16, 2011 9:57 AM
To: Mary S. Cooper
```



1

```
Cc: 'nporter@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; 'amartin@wgclawfirm.com'
Subject: Re: FW: FEMA Deficiency answers for Watts Hilliard due on 6/15/2011
Importance: High

Mary,

Would it be acceptable if we were to send a cd? Please let me know.


Thank you
Amanda Martin

> Nicole,
>
> Please send this in another format other than in Zip format.  I had
> our computer guy look at this and he said that there is nothing in
> this folder.
>
> Please send this in another format.
>
> Thanks.
>
>
>
> Sincerely,
>
> [cid:0036-0001@01cc2c30.c91a0f79]
>
> Mary S. Cooper, Paralegal
> Phone: 985-674-6680 | Direct: 985-674-6719 | Fax: 985-674-6681
> #3 Sanctuary Boulevard, Suite 301 Mandeville, Louisiana 70471
> Email: MCooper@gjtbs.com<mailto:MCooper@gjtbs.com>
>
>
> Website<http://www.gjtbs.com> | Bio<www.gjtbs.com>
>
> Houston ? St. Louis ? Lafayette ? Mandeville ? New Orleans ? Gulfport ?
> Mobile ? Pensacola ? Tampa
>
> CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO
> NOT FORWARD WITHOUT PERMISSION _____
> From: Cynthia Thomas
> Sent: Wednesday, June 15, 2011 4:21 PM
> To: Mary S. Cooper
> Subject: FW: FEMA Deficiency answers for Watts Hilliard due on
> 6/15/2011
>
> I couldn't open this one either.  If Jeff is still here, see if he can
> open this.  thanks.
>
>
>
> Regards,
>
> Cynthia Thomas
> Special Counsel
> GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PLC
> #3 Sanctuary Boulevard, Suite 301
> Mandeville, Louisiana 70471
> Phone: 985-674-6680
> Fax: 985-674-6681
> Email: Cthomas@gjtbs.com<mailto:Cthomas@gjtbs.com>
>
>
> _____
> From: Nicole Porter [mailto:nporter@wgclawfirm.com]
> Sent: Wednesday, June 15, 2011 4:12 PM
```

```
> To: Cynthia Thomas
> Cc: Tim Weitzel; Amanda Martin; Nicole Porter
> Subject: Re: FEMA Deficiency answers for Watts Hilliard due on
> 6/15/2011
>
> Try this. Let me know if you are still having issues.
>
>
```

3

## Mary S. Cooper

**From:** Mary S. Cooper
**Sent:** Thursday, June 30, 2011 8:54 AM
**To:** 'Nicole Porter'
**Cc:** 'amartin@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas; 'Robert Hilliard'
**Subject:** RE: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011

Pilgrim is a different manufacturer from SunnyBrook, but this is a SunnyBrook VIN number. Since there is a discrepancy, please advise via an amended plaintiff fact sheet, and the plaintiffs' fact sheet states they lived in a Gulfstream trailer.

Thanks.

**From:** Nicole Porter [mailto:nporter@wgclawfirm.com]
**Sent:** Thursday, June 30, 2011 7:26 AM
**To:** Mary S. Cooper
**Cc:** 'amartin@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas
**Subject:** Re: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011
**Importance:** High

Mary,

Per information provided by the government these clients lived in a Pilgirm Trailer with VIN# 4UBAS0R2861071667

Move in date is 10/01/2005 and Move out date is 7/1/2007 for both clients.

Please let us know if you have any further questions or need any additional information.

thanks,

Nicole

On Jun 29, 2011, at 12:01 PM, Mary S. Cooper wrote:

> Regarding your clients Kristian Penton and Sadie Penton, did they also live in Gulfstream trailer per their PFS? Please provide the move-in/move-out dates for the SunnyBrook as well as the Gulfstream trailer.

Thanks,

Nicole Porter
Project Coordinator
Mass Tort Division
Watts | Guerra | Craft LLP
361-693-3100 ext. 1417

9/14/2011