## Mary S. Cooper

| | |
|---|---|
| **From:** | Mary S. Cooper |
| **Sent:** | Thursday, June 30, 2011 8:54 AM |
| **To:** | 'Nicole Porter' |
| **Cc:** | 'amartin@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas; 'Robert Hilliard' |
| **Subject:** | RE: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011 |

Pilgrim is a different manufacturer from SunnyBrook, but this is a SunnyBrook VIN number. Since there is a discrepancy, please advise via an amended plaintiff fact sheet, and the plaintiffs' fact sheet states they lived in a Gulfstream trailer.

Thanks.

**From:** Nicole Porter [mailto:nporter@wgclawfirm.com]
**Sent:** Thursday, June 30, 2011 7:26 AM
**To:** Mary S. Cooper
**Cc:** 'amartin@wgclawfirm.com'; 'tweitzel@wgclawfirm.com'; Cynthia Thomas
**Subject:** Re: FEMA Deficiency answers for Watts Hilliard due on 6/30/2011
**Importance:** High

Mary,

Per information provided by the government these clients lived in a Pilgirm Trailer with VIN# 4UBAS0R2861071667

Move in date is 10/01/2005 and Move out date is 7/1/2007 for both clients.

Please let us know if you have any further questions or need any additional information.

thanks,

Nicole

On Jun 29, 2011, at 12:01 PM, Mary S. Cooper wrote:

> Regarding your clients Kristian Penton and Sadie Penton, did they also live in Gulfstream trailer per their PFS? Please provide the move-in/move-out dates for the SunnyBrook as well as the Gulfstream trailer.

Thanks,

Nicole Porter
Project Coordinator
Mass Tort Division
Watts | Guerra | Craft LLP
361-693-3100 ext. 1417



EXHIBIT
H

9/14/2011

9/14/2011