IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasondra Musacchia, et al v.* | * | Magistrate: Chasez |
| *Crum & Forster Specialty Ins. Co., et al* | * | |
| *No: 09-8361* | * | |

*************************************************************************

**<u>ORDER</u>**

Considering the above and foregoing,

**IT IS ORDERED** that the Motion to Withdraw be **GRANTED**, and the Motion to Dismiss [Rec. Doc. No. 22778] filed by Crum & Forster Specialty Insurance Company be withdrawn.

New Orleans, Louisiana this 27th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE