UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Carolyn Bailey v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-8616 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Clayton Coleman | * | |
| Dominique Doucet | * | |
| Darnell Howard | * | |
| Darnell Howard | * | |
| (on behalf of D'Jon Howard) | * | |
| Darnell Howard | * | |
| (on behalf of T'Keyah Howard) | * | |

*****************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco Enterprises, Inc. and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiffs, Clayton Coleman, Dominique Doucet, Darnell Howard, Darnell Howard on behalf of D'Jon Howard and Darnell Howard on behalf of T'Keyah Howard, are hereby dismissed with prejudice.

New Orleans, Louisiana, this   27th   day of   September  , 2011.

_____
UNITED STATES DISTRICT JUDGE