# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. No. 1873<br><br>Section: N (5)<br><br>Judge: Engelhardt |
| This Document Relates To:<br>*Melissa James, et al v. Crum & Forster Specialty Ins. Co., et al*<br>No: 09-8009 | * * * * | Magistrate: Chasez |

*************************************************************************

## ORDER

Considering the above and foregoing **UNOPPOSED MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE SUPPLEMENTAL AND SUPERCEDING MEMORANDUM**

IT IS ORDERED, ADJUDGED, AND DECREED, that the Motion is GRANTED and leave of court is given for the filing of the attached SUPPLEMENTAL AND SUPERSEDING MEMORANDUM in the above-captioned matter and in Supplement to Rec. Doc. No. 22780.

New Orleans, Louisiana this 27th day of September, 2011.

_____
United States District Judge