**EXHIBIT G**

# ERRATA SHEET

**Claimant Name: Melissa James**

**Claimant's Attorney: The Buzbee Law Firm**

Residents:   **Jimmeica Beachamp**
             **Kaishaira James**
             **Kavondre James**
             **Bryan Spears**
             **Kortavious Spears**

Tobacco History: **Clients who resided in the FEMA trailer do not have any tobacco history.**

Symptoms: **Symptoms are unknown at this time but did not seek a professional medical provider.**

Diagnosed with cancer: **Client was not diagnosed with cancer prior to living in the FEMA trailer.**

Hours per day spent in the FEMA trailer: **Approximately 8+ hours a day, 7 days a week.**

Gender: **Female**

Health care professional: **Client did not see any medical providers while living in the FEMA trailer.**

_____                    9-8-11
**Plaintiff or Representative**                    **Date**

**EXHIBIT H**

## Errata

**Claimants Name: Ella Sanchez ROE Jeffery Sanchez**

**Claimants Attorney: The Buzbee Law Firm**

Diagnosed with cancer: **Client was not diagnosed with cancer after moving into the FEMA trailer.**

Education: **High School Diploma; St. Bernard High School – Graduated in 1973**

Employment: **Employment history is unknown at this time.**

Family History: **Claimant does not have any family history who suffered from any type of disease.**

Wage claim: **Claimant is not claiming a wage claim loss.**

Mental and/or emotional damages: **Claimant is claiming mental and/or emotional damages but no professional was seen.**

Medical Expenses: **Claimant is claiming medical expenses; unfortunately the amount is unknown at this time.**

Gender: **Male**

Driver's License number: **Unknown at this time.**

Number of hours spent in FEMA trailer: **8+ hours, 7 days a week.**

Number of hours worked outside: **Claimant did not work outside of the FEMA trailer.**

Temporarily lived elsewhere: **Claimant did not live in another location.**

Air quality tests: **No tests were performed on the FEMA trailer.**

Health Care professional: **No professional was seen.**

Medical Provider: **University Hospital 2021 Perdido St. New Orleans**

_____          7-23-11
**Plaintiff or Representative**          **Date**