UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | |
| | LIABILITY LITIGATION | * | SECTION: N (5) |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff *Celeste Brown, on behalf of S. B.*

3. Plaintiff *Celeste Brown, on behalf of S. B.* submitted a Plaintiff Fact Sheet on November 19, 2009 to the Defense Liaison Counsel as per order in Pre-Trial Orders 2 and 32. Plaintiff is matched by information provided by the government to a Pilgrim Trailer. Watts Hilliard Law Firm, hereafter known as Plaintiff's attorney, has made numerous attempts to contact said client to obtain additional information in regards to the Plaintiff Fact Sheet.

4. Plaintiff's attorney has performed "Person Searches" May 16, 2011 and September 3, 2011 and Accurints as recent as May 24, 2011 and September 3, 2011 and has not had success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

EXHIBIT "C"

5. Plaintiff's attorney has not yet received a Plaintiff Fact Sheet signed by said plaintiff. We have also not received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in October 2008 through August 2009 on a monthly basis to obtain missing information needed to cure the deficiencies called by the defense. Plaintiff's attorney has continued to call client to obtain said information, beginning in May 2011 until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

| | |
|---|---|
| 10/03/2006 | FEMA Plaintiff Fact Sheet packet mailed |
| 11/10/2008 | Status Letter |
| 06/30/2009 | Town Hall meeting letter |
| 07/30/2009 | No Plaintiff Fact Sheet deadline letter |
| 02/10/2010 | 30-day warning letter for no PFS |
| 05/06/2011 | FEMA Plaintiff Fact Sheet Deficiency Information Request Letter |
| 05/06/2011 | No Contact Discovery Letter |
| 05/13/2011 | No Contact Discovery Letter |
| 05/13/2011 | FEMA Status Letter |
| 05/27/2011 | No Contact Discovery Letter |
| 09/15/2011 | Motion To Dismiss Filed Letter |

All above-mentioned letters have been delivered with the exception of the July 30, 2009 letter, which was returned on August 28, 2009, and Plaintiff has not responded to further requests.

7. Plaintiffs' attorney was served with the deficiencies on March 31, 2011 and submitted answers on May 27, 2011 based on materials in file.

Signed this the 27th day of September, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 27th day of September, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2