UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Kasinda Brumfield, as Next Friend of K.B, a minor, et. al.  vs. Pilgrim International, Inc., et. al. No. 10-2248 | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Come now Javious Magee and Ryan Parker (hereinafter "Plaintiffs") and file this Response to Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 22643).

Plaintiffs' counsel has made numerous attempts to reach Javious Magee to cure any outstanding deficiencies, and would refer you to Exhibit "A" for additional information.  Despite these efforts, Plaintiffs' counsel has not been successful in reaching him.

Plaintiffs' counsel has made numerous attempts to reach Ryan Parker to cure any outstanding deficiencies, and would refer you to Exhibit "B" for additional information. Despite these efforts, Plaintiffs' counsel has not been successful in reaching him.

Plaintiffs' counsel has made diligent efforts to contact these clients, and therefore these cases should not be dismissed.

For the reasons set forth above, Plaintiffs Javious Magee and Ryan Parker pray that Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of September, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**