UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Kasinda Brumfield obo K.B., et al v.* | * | |
| *Pilgrim International, Inc., et al* | * | |
| No: 10-2248 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff *Javious Magee, individually*.

3. Plaintiff, Javious Magee submitted a Plaintiff Fact Sheet on August 25, 2010 to the Defense Liaison Counsel as per order in Pre-Trial Order 2 and 32. The Government provided no information on this Plaintiff, however information provided by the Plaintiff indicated the Plaintiff resided in a Pilgrim Trailer with the VIN number of 5L4TF332763025729.

4. Plaintiff's attorneys performed "Person Searches" on May 13, 2011 and Accurints on April 15, 2011, September 1, 2011, and September 3, 2011 and have not had success. We also held Town Hall meetings in the summer of 2009 in Mississippi and Louisiana. Our firm set up offices in Mississippi and Louisiana for client to come and fill out the requested paperwork.

EXHIBIT "A"

5. Plaintiff's attorney has not yet received a Plaintiff Fact Sheet signed by said plaintiff. We have also not received the Plaintiff Fact Sheet, medical authorizations requested. Plaintiff's attorney began calling client beginning in February 2009 through August 2009 on a monthly basis to obtain missing information needed to cure the deficiencies called by the defense. Plaintiff's attorney has continued to call client to obtain said information, until the present time on a weekly basis.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates for letters mailed below:

| Date | Letter |
|---|---|
| 09/29/2008 | FEMA PFS Packet - Returned: 11/17/2008 |
| 11/10/2008 | FEMA Status Letter 111008 - Returned: 11/17/2008 |
| 02/20/2009 | No Contact Letter No Deadline - Returned: 3/2/2009 |
| 03/27/2009 | No Contact Letter No Deadline - Returned: 4/6/2009 |
| 04/16/2009 | FEMA POA Cover Letter - Returned: 5/4/2009 |
| 050/8/2009 | No Contact Letter No Deadline - Returned: 5/18/2009 |
| 06/27/2009 | FEMA TH Meeting Letter - Returned: 7/10/2009 |
| 07/30/2009 | FEMA No PFS Deadline Ltr - Returned: 8/18/2009 |
| 10/09/2009 | No Contact Letter No Deadline - Returned: 10/19/2009 |
| 12/31/2009 | No Contact Letter No Deadline - Returned: 1/6/2010 |
| 020/4/2010 | FEMA No FEMA Num Warning Letter - Returned: 2/15/2010 |
| 02/10/2010 | FEMA No PFS 30 Day Warning Letter - Returned: 3/1/2010 |
| 05/27/2010 | FEMA - No FEMA # Final Warning Letter - Returned: 6/8/2010 |
| 03/31/2011 | FEMA PFS Deficiency Info Request Letter - Returned: 4/7/2011 |
| 03/31/2011 | FEMA PFS Deficiency Info Request Letter - Returned: 4/7/2011 |
| 040/8/2011 | NCL - Discovery Letter - Returned: 4/15/2011 |
| 04/29/2011 | NCL - Discovery Letter - Returned: 5/6/2011 |
| 05/06/2011 | NCL - Discovery Letter - Returned: 5/23/2011 |
| 05/13/2011 | FEMA 5-13-2011 Status Letter - Returned: 6/16/2011 |
| 05/13/2011 | NCL - Discovery Letter - Returned: 5/23/2011 |
| 09/09/2011 | NCL for Active Clients - |
| 09/16/2011 | FEMA Motion to Dismiss - Notification Letter |

7. Plaintiffs' attorney was served with the deficiencies on March 31, 2011 and submitted answers on May 27, 2011 based on materials in file.

Signed this the 27th day of September, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 27th day of September, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2