**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Janice Currie, et. al.  vs. Pilgrim International,* | | * | |
| *Inc., et. al.* | | * | |
| No. 09-7909 | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

Come now Ashley Wallace and Filbert Simpson, (hereinafter "Plaintiffs") and file this Response to Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 22644).

**I.     ASHLEY WALLACE**

Defendant claims the information supplied is insufficient. On September 27, 2011, Plaintiff provided Plaintiff Fact Sheet Deficiency Answers responding to many of the items complained of in Defendant's Motion. Exhibit "A".   As to additional information that Defendant is complaining about such as family information, employment information, and education history, such information is not deemed necessary as per Pretrial order 88.  With Plaintiff's September 2011 Fact Sheet Deficiency Answers, she has materially complied with the requirements of PTO's 2 and 32, and her case should not be dismissed.

## II.    FILBERT SIMPSON

The only "key" deficiency Defendant complains of is the move in and move out date. Rec. Doc. 22441-1, p. 4. According to Pretrial Order No. 88, "Nothing in this Order forecloses upon the ability of defendants to move to dismiss cases based upon a failure to cure deficiencies related to the 23 key questions*; however, lack of knowledge can be an accurate response to a question*" [emphasis added].  Therefore, this case should not be dismissed.  Plaintiff has materially complied with the requirements of PTO's 2 and 32.  By way of further response if such a response be necessary, Plaintiff's counsel has attempted to reach Filbert Simpson on several occasions since the filing of Defendant's Motion to Dismiss on August 31, 2011, and has not been able to reach him. Exhibit "B".  Attached hereto as Exhibit "C" is a certification page for Filbert Simpson.

## III.    LAW AND ARGUMENT

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However as Defendant noted in their Memorandum [Rec. Doc. 22147-1, p. 3] dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992).  In the instant case with this Plaintiff there has been no contumacious. For these reasons, dismissal is not justified under Federal Rule of Civil Procedure 41(b).

## IV.    CONCLUSION

For the reasons set forth above, Plaintiffs Ashley Wallace and Filbert Simpson pray that Defendant's Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trail Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets in all things be denied.

2

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 27th day of September, 2011.

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**