# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 230441  
**Case Name** Wallace, Ashely V.  
**DOB** 12/27/1987   **SSN** ***-**-6981  
**Cause No.** 09-7909  
**Case Style** Janice Currie, et. al. vs. Pilgrim International,

| Question # | Question |
|---|---|
| 1 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID** 1413  
**Def ID** 42  
**Notice #** MTD 1

**Answer**  
I stayed in the trailer for at least 8 hours a day or more.

| Question # | Question |
|---|---|
| 2 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1413  
**Def ID** 42  
**Notice #** MTD 1

**Answer**  
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 3 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID** 1413  
**Def ID** 42  
**Notice #** MTD 1

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID** 1413  
**Def ID** 42  
**Notice #** MTD 1

**Answer**  
I am not making a claim for lost wages.

EXHIBIT "A"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 230441  **Cause No.** 09-7909
**Case Name** Wallace, Ashely V.  **Case Style** Janice Currie, et. al. vs. Pilgrim International,
**DOB** 12/27/1987   **SSN** ***-**-6981

| Question # | Question |
|---|---|
| 5 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |

**Pet ID**
1413

**Def ID**
42

**Notice #**
MTD 1

**Answer**
I do not recall any other persons that lived in the FEMA home.

_____   9/27/2011
Plaintiff or Representative      Date