## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cook et al v. Starcraft RV, Inc. et al* | * | |
| C.A. No. 10-2314 | * | |
| Plaintiff Mary Hunter and Janay Jones, | * | |
| individually and on behalf of De'Majh Alexander | * | |
| ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF MARY HUNTER AND JANAY JONES' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Mary Hunter and Janay Jones, individually and on behalf of De'Majh Alexander (only), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) hereby gives notice of their dismissal of all claims made in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims made by these plaintiffs, in an individual or representative capacity, in any other complaints in this MDL.

                                                   Respectfully submitted:

                                                   By: */s/ Peter K. Taaffe*
                                                       Anthony G. Buzbee
                                                        Texas Bar No. 24001820
                                                       Peter K. Taaffe
                                                       Texas Bar No. 24003029
                                                       The Buzbee Law Firm
                                                       600 Travis, Suite 7300
                                                       Houston, Texas 77002
                                                       Tel.:  (713) 223-5393
                                                       Fax:  (713) 223-59009

>                                 JOHN MUNOZ (#9830)
>                                 GARNER & MUNOZ
>                                 1010 Common Street, Suite 3000
>                                 New Orleans, LA 70112-2411
>                                 Tel: (504) 581-7070
>                                 Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>                   */s/ Peter K. Taaffe*
>                   Peter K. Taaffe