UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS ORDERED that Bechtel National, Inc. be allowed to join/adopt the Motion for Entry of Lone Pine Order (Rec. Doc. 22808) filed on September 9, 2011.

NEW ORLEANS, LOUISIANA, this  28th  day of    September   , 2011.

_____
United States District Judge