**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER     *    **MDL NO. 1873**
       FORMALDEHYDE PRODUCTS   *
       LIABILITY LITIGATION     *    **SECTION "N-5"**
                            *
**THIS DOCUMENT RELATES TO:**     *    **JUDGE ENGELHARDT**
*Betty Alexander v. Jayco, Inc.*     *
Docket No. 09-3908     *    **MAG. JUDGE CHASEZ**
Plaintiffs: Johnny Ray Byrd     *
*******************************************************************************

## ORDER

      Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc.;

      **IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, **Johnny Ray Byrd**, are hereby dismissed with prejudice.

      New Orleans, Louisiana, this _____ day of _____, 2011.


            _____
               UNITED STATES DISTRICT JUDGE