

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill  *TomC@Willingham-law.com*
Partner

March 17, 2010

Mr. Lawrence J. Centola         <u>*Via Email and Regular U.S. Mail*</u>
Hurricane Legal Center, LLC
600 Carondelet St., Suite 602
New Orleans, LA 70130

      Re:    In Re:  FEMA Trailer Formaldehyde
                  Products Liability Litigation
                  MDL No. 1873, Section "N" (4)
                  Plaintiff Fact Sheets

Dear Mr. Priest:

      Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. and JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

      Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

                                            Very truly yours,

                                            **WILLINGHAM, FULTZ & COUGILL LLP**

                                            *Thomas L. Cougill*

                                            Thomas L. Cougill

cc:    Jerry Meunier (*via email*)
         Andrew Weinstock (*via email*)
         Henry Miller (*via email*)



EXHIBIT B

## STARCRAFT RV, INC.

### JOSHUA REED

1. The dates of birth, social security information and signatures on the attached authorizations for release of medical and other records are illegible.

## JAYCO, INC.

### BOBBIE BLACK o/b/o KIRSTEN BLACK

1. The plaintiff failed to include the FEMA Bar Code number in response to Section V.

2. In her response to Section V and Appendix "Trailer 2," the plaintiff confirms living in two separate FEMA-supplied trailers. However, the plaintiff did not provide separate move-in/move-out dates for each unit. Defendant requests supplementation with the occupancy information for each unit.

### AARON JONES

1. Plaintiff failed to complete Section II (B) through (E).

2. Plaintiff failed to respond to Section III (C) (3) through (9).

3. Plaintiff failed to respond to Section IV (A) through (G) including subparts.

4. Plaintiff failed to respond to Section IV (*sic*) (A) and (B).

5. Plaintiff failed to respond to Section V (A) (4) through (7) and (9) through (20), as well a subsections (B) through (E).

6. Plaintiff failed to respond to Section VI (A) through (D), as well as subsections (F) and (G).

7. Plaintiff failed to respond to Section VII (A) through (D).

8. Plaintiff failed to respond to Section VIII.

9. Plaintiff failed to respond to Section IX (A) through (F).

10. Plaintiff failed to complete the Certification.

11. Plaintiff failed to complete the attached authorizations for release of medical and other records.

12. Plaintiff failed to complete the attached Privacy Act Release.

### ANTHONY MOORE III

1. Plaintiff failed to complete the attached Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.


### CARA LOWE o/b/o JESSILENA AMBER LOWE

1. The plaintiff's representative filed to complete the relevant portions of Section III (A) regarding representative capacity.

2. In response to Section III (C) (7), the plaintiff claims use of the FEMA-supplied trailer worsened a pre-existing condition; however, she failed to identify the condition, illness or disease, and whether or not she had recovered prior to residing in the FEMA trailer.

3. The dates of residency provided in response to Section V (E) are inconsistent with the move-in/move-out dates provided in response to Section V (A).

4. Plaintiff's representative failed to properly initial the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA.


### TRUDY COOPER

1. Plaintiff failed to provide a complete response to Section II.

2. Plaintiff failed to respond to Section III (C) (2) through (9).

3. Plaintiff failed to complete Section IV (A) through (G).

4. Plaintiff failed to respond to Section IV (*sic*) (A) and (B).

5. Plaintiff failed to include a response to Section V (A) (4), FEMA Bar Code number, as well as subsection (5), (6) and (7). Plaintiff also failed to provide a response to Section V (A) (9) through (20) and subsections (B) through (E).

6. Plaintiff failed to respond to Section VI (A) through (G).

7. Plaintiff failed to provide a response to Section VII (A) through (D).

8. Plaintiff failed to provide a response to Section VIII.

9. Plaintiff failed to respond to Section IX (A) through (F).

10. Plaintiff failed to complete the Certification.

3

11. Plaintiff failed to complete the attached authorizations for release of medical and other records.

12. Plaintiff failed to complete the attached Privacy Act Release.

### JOHNNY RAY BYRD

1. Plaintiff failed to provide a complete response to Section II.

2. Plaintiff failed to respond to Section III (C) (2) through (9).

3. Plaintiff failed to complete Section IV (A) through (G).

4. Plaintiff failed to respond to Section IV (*sic*) (A) and (B).

5. Plaintiff failed to include a response to Section V (A) (4), FEMA Bar Code number, as well as subsection (5), (6) and (7). Plaintiff also failed to provide a response to Section V (A) (9) through (20) and subsections (B) through (E).

6. Plaintiff failed to respond to Section VI (A) through (G).

7. Plaintiff failed to provide a response to Section VII (A) through (D).

8. Plaintiff failed to provide a response to Section VIII.

9. Plaintiff failed to respond to Section IX (A) through (F).

10. Plaintiff failed to complete the Certification.

11. Plaintiff failed to complete the attached authorizations for release of medical and other records.

12. Plaintiff failed to complete the attached Privacy Act Release.

### JOE-ANNA ST. CYR

1. Plaintiff failed to provide a complete response to Section II.

2. Plaintiff failed to respond to Section III (C) (2) through (9).

3. Plaintiff failed to complete Section IV (A) through (G).

4. Plaintiff failed to respond to Section IV (*sic*) (A) and (B).

5. Plaintiff failed to include a response to Section V (A) (4), FEMA Bar Code number, as well as subsection (5), (6) and (7). Plaintiff also failed to provide a response to Section V

     (A) (9) through (20) and subsections (B) through (E).

6. Plaintiff failed to respond to Section VI (A) through (G).

7. Plaintiff failed to provide a response to Section VII (A) through (D).

8. Plaintiff failed to provide a response to Section VIII.

9. Plaintiff failed to respond to Section IX (A) through (F).

10. Plaintiff failed to complete the Certification.

11. Plaintiff failed to complete the attached authorizations for release of medical and other records.

12. Plaintiff failed to complete the attached Privacy Act Release.

### TAMARA JACK o/b/o ROYCE RICHARDSON, JR.

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

### TAMARA JACK o/b/o EMARI JACK

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

### SHARON HARRIS o/b/o DELLARINE HUGHES

1. Plaintiff failed to include her date of birth in response to Section IV (C) and failed to provide a response to subsection (F) regarding employment history.

2. Plaintiff failed to provide a response to Section V (A) (4), FEMA Bar Code number. Defendant requests supplementation when the information becomes available.

5

**EARNEST JONES**

1. Plaintiff's representative failed to properly initial the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA.

**JESSICA R. LUNKIN o/b/o ALFRED LUNKIN**

1. Plaintiff failed to provide a response to Section V (A) (1), (2) and (4). Defendant requests supplementation when the information becomes available, as well as confirmation that Plaintiff resided in a unit manufactured by Jayco, Inc.

**JESSICA R. LUNKIN**

1. Plaintiff failed to provide a response to Section V (A) (1), (2) and (4). Defendant requests supplementation when the information becomes available, as well as confirmation that Plaintiff resided in a unit manufactured by Jayco, Inc.

**KAMEKA HARVEY**

1. In response to Section V (A) the plaintiff identified a Gulf Stream unit. On the attached Appendix I ("Trailer 2"), the plaintiff identifies the same Gulf Stream trailer and provides the same occupancy information. Defendant requests clarification of whether the Plaintiff claims to have resided in a unit manufactured by Jayco, Inc.

2. Plaintiff failed to date the attached Certification.

3. Plaintiff failed to date the attached Privacy Act Release. Should FEMA require plaintiff to provide a date of execution, Defendant will seek supplementation.

**LEDELL BROWN, SR. o/b/o PHYLICIA BROWN**

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

**LEDELL BROWN, SR.**

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3.  Plaintiff failed to complete the attached Privacy Act Release.

### LEDELL BROWN, JR.

1.  Plaintiff failed to complete the Certification.

2.  Plaintiff failed to complete the attached authorizations for release of medical and other records.

3.  Plaintiff failed to complete the attached Privacy Act Release.

### BENNETT BROWN, JR.

1.  Plaintiff failed to complete the Certification.

2.  Plaintiff failed to complete the attached authorizations for release of medical and other records.

3.  Plaintiff failed to complete the attached Privacy Act Release.

### JOHN AUBERE

1.  Plaintiff failed to complete the Certification.

2.  Plaintiff failed to complete the attached authorizations for release of medical and other records.

3.  Plaintiff failed to complete the attached Privacy Act Release.

### DONNA BROWN

1.  In response to Section V (A) (7), the plaintiff provided a move-out date of July 2009; however, in response to Section V (E), the plaintiff stated she currently resides in the travel trailer. Defendant seeks clarification of the move-out date.

### SHERINEICIA CARRIERE

1.  Plaintiff provided the Appendix – Trailer 2, with the manufacturer identified as R-Vision. However, the occupancy dates and location are the same as provided for Trailer 1. Defendant seeks clarification on the dates and location for each travel trailer.

### TICHAWANA NNEKA CONRAD o/b/o COLLINS JASPER IV

1. The plaintiff failed to provide a response to Section V (A) (8) regarding the address for the travel trailer. Defendant seeks confirmation the address was 6653 Harborview, New Orleans, LA.

2. Plaintiff failed to complete the Certification.

3. Plaintiff failed to complete the attached authorizations for release of medical and other records.

4. Plaintiff failed to complete the attached Privacy Act Release.

### TICHAWANA NNEKA CONRAD

1. The plaintiff failed to provide a response to Section V (A) (8) regarding the address for the travel trailer. Defendant seeks confirmation the address was 6653 Harborview, New Orleans, LA.

2. Plaintiff failed to complete the Certification.

3. Plaintiff failed to complete the attached authorizations for release of medical and other records.

4. Plaintiff failed to complete the attached Privacy Act Release.

### KEWANA TYLER

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

### LEROY SMITH

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

### LYLE PAJEAUD

1. The plaintiff's response to Section VI (C) regarding past smoking is illegible.

2. Plaintiff failed to complete the Certification.

3. Plaintiff failed to complete the attached authorizations for release of medical and other records.

4. Plaintiff failed to complete the attached Privacy Act Release.

### PHYLLIS SMITH

1. Plaintiff failed to complete the Certification.

2. Plaintiff failed to complete the attached authorizations for release of medical and other records.

3. Plaintiff failed to complete the attached Privacy Act Release.

### MIKHAEL MORRIS

1. In response to Section V (A) (2), the plaintiff provided a VIN that appears to correspond to a unit manufactured by Gulf Stream. Defendant seeks clarification of whether or not the plaintiff resided in one or two units, along with the manufacturer and occupancy information for each.

2. Plaintiff failed to complete the Certification.

3. Plaintiff failed to complete the attached authorizations for release of medical and other records.

4. Plaintiff failed to complete the attached Privacy Act Release.

### TERRENCE MITCHELL

1. Plaintiff failed to complete the Certification.

3. Plaintiff failed to complete the attached authorizations for release of medical and other records.

4. Plaintiff failed to complete the attached Privacy Act Release.