## ERRATA

**Claimant Name:**  JOHNNY RAY BYRD

**Claimant's Attorney:**  Hurricane Legal Center, LLC

1. Plaintiff failed to complete Section II (B) through (E); Plaintiff failed to respond to Section III (C) (3) through (9); Plaintiff failed to respond to Section IV (A) through (G) including subparts; Plaintiff failed to respond to Section IV (sic) (A) and (B); Plaintiff failed to respond to Section V (A) (4) through (7) and (9) through (20), as well a subsections (B) through (E); Plaintiff failed to respond to Section VI (A) through (D), as well as subsections (F) and (G); Plaintiff failed to respond to Section VII (A) through (D); Plaintiff failed to respond to Section VIII; Plaintiff failed to respond to Section IX (A) through (F);

**Information has been requested and will be provided upon receipt.**

2. Plaintiff failed to complete the Certification; Plaintiff failed to complete the attached authorizations for release of medical and other records; Plaintiff failed to complete the attached Privacy Act Release.

**Information has been requested and will be provided upon receipt.**

April 16, 2010

_____

**Plaintiff or Representative**                                         **Date**

