

## WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

---

Thomas L. Cougill                                             *TomC@Willingham-law.com*
Partner


July 28, 2010


Mr. Anthony G. Buzbee                              *Via Email and Regular U.S. Mail*
Mr. David Carr
Mr. J. Scott Daniels
THE BUZBEE LAW FIRM
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002


      Re:    In Re:  FEMA Trailer Formaldehyde
            Products Liability Litigation
            MDL No. 1873, Section "N" (4)
            Plaintiff Fact Sheets


Dear Mr. Carr:

      Enclosed please find a deficiency letter on behalf of Jayco, Inc. and Starcraft RV, Inc. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently provided by your office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

      Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

            Very truly yours,

            **WILLINGHAM, FULTZ & COUGILL LLP**

            *Thomas L. Cougill*

            Thomas L. Cougill


cc:    Jerry Meunier (*via email*)
       Andrew Weinstock (*via email*)
       Henry Miller (*via email*)



## JAYCO, INC.

### CHARLENE MYLES o/b/o VERNELL MYLES

1.   Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.   Plaintiff failed to answer Section III (C) (5) regarding date of illness, and failed to complete the response to subsection (C) (8).

3.   Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.

4.   Plaintiff failed to complete Section V (1) regarding manufacturer, and the VIN provided does not appear to correspond to a Jayco, Inc. unit.  Defendant seeks confirmation of the manufacturer and/or VIN.

5.   The responses to Section VI (F) (1) and (4) are incomplete (dates omitted).

6.   Plaintiff failed to complete Section IX (C), omitting admission dates or reason for admission.

7.   Plaintiff's representative failed to sign/date the Certification.

8.   The attached authorizations for release of medical and other records are incomplete.

9.   The Privacy Act Release is incomplete.

### TAMMY A. NOLAN o/b/o SPENSER NOLAN

1.   Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.   Plaintiff failed to provide a complete response to Section III (C) (8).

3.   Plaintiff failed to provide the VIN, FEMA Bar Code and I.D. in response to Section V (A).

4.   Plaintiff failed to date the signed Certification.

5.   Plaintiff's representative failed to provide the representative capacity on the attached authorizations for release of medical and other records.  Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA was incomplete.

6.   Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**TAMMY A. NOLAN**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to date the signed Certification.

3.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA was incomplete.

4.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**NADIA OATES**

1.      Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.  Plaintiff is a minor.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to complete Section V (A) (2) through (4) regarding manufacturer VIN and FEMA ID information.

4.      The attached authorizations for release of medical and other records include a date and the representative capacity is omitted.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**GRANSON OWNEY**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**COREY F. PATTERSON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**THERESA JOHNSON o/b/o JOEY PLASTER**

1.      Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to complete Section V (A) (2) through (4) regarding manufacturer VIN and FEMA ID information.  Additionally, the manufacturer is identified as Fleetwood. Defendant seeks clarification of whether or not the plaintiff ever resided in a trailer manufactured by Jayco, Inc.

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

### ROSE M. BIAS o/b/o BARBARA PRAYLOR

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      The manufacturer identified in response to Section V (A) (1) is unknown.

3.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### PAMELA PRESTON

1.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

2.      Defendant requests supplementation of Section V (A) (2) through (4) when the information becomes available.

3.      Plaintiff failed to provide full address information for the provider identified in Section VII (D).

4.      Plaintiff failed to provide a response to Section IX (A).

5.      Plaintiff failed to complete the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

### ALLEN PROUTY

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Defendant requests supplementation of Section V (A) (2) and (4) when the information becomes available.

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

### KATHY M. REED o/b/o KATHY M. REED

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section V (A) (2) through (4) regarding manufacturer VIN and FEMA ID information.

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

### GWENDOLYN A. ROBERTSON

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (E) regarding education history.

3.      Plaintiff failed to respond to Section VI (C) regarding smoking history.

4.      The plaintiff's response to Section IX (E) does not sufficiently identify the healthcare provider by name and/or address.  Additionally, the pharmacy "CBS" (believed to be CVS) identified in response to subsection (F) does not have a sufficient address.

5.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

6.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

### HENRY ROBERTSON

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

### GWENDOLYN ROBERTSON o/b/o DIAMOND ROBERTSON

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

### MARKEITHA ROBERTSON

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**DIONNE ROBINSON**

1.     Plaintiff failed to complete Section V (A) (2) through (4) regarding manufacturer VIN and FEMA ID information.

2.     Plaintiff failed to respond to Section VI (C) regarding smoking history.

3.     Plaintiff failed to provide a complete response to Section VI (F) (4).

4.     The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**MARILYN ROBINSON**

1.     In response to Section VI (C), the plaintiff indicates she is a past smoker; however, she failed to complete the response regarding dates of use and amounts used.

2.     The physician provided in response to Section IX (B) is not sufficiently identified by name or address.

3.     The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**TERRANCE ROBINSON**

1.     Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**TANYA RUTH o/b/o JASMINE RUTH**

1.     Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**TANYA RUTH**

1.     Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**ERNESTINE SAUL o/b/o JOSEPH W. SAUL III**

1.     Plaintiff failed to complete the applicable portions of Section III (A) (6) through (8).

2.     Plaintiff failed to provide a complete response to Section III (C) (8).

3.     The VIN provided in response to Section V (A) (2) is incomplete and/or does not match a unit manufactured by Jayco, Inc.

4.     Plaintiff failed to respond to Section VI (G).

5.     Plaintiff failed to date the Certification.

6.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

7.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**ERNESTINE SAUL**

1.      Plaintiff's response to Section IV (F) (3) (b) regarding amount of lost wage claim is incomplete.

2.      The VIN provided in response to Section V (A) (2) is incomplete and/or does not match a unit manufactured by Jayco, Inc.   "Keystone" is identified as the manufacturer; Defendant seeks clarification of whether or not Plaintiff resided in a Jayco unit.

3.      Plaintiff's response to Section V (C) regarding fumigation is incomplete.

4.      Plaintiff's response to Section VI (C) regarding smoking history is incomplete.

5.      Plaintiff failed to date the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

**TRINITY WILLIAMS**

1.      Plaintiff's response to Section IV (A) regarding address history is incomplete (8430 Belfast address).

2.      Plaintiff's response regarding the dates lived in Trailer #3 (Jayco) is illegible.  Defendant seeks clarification.

3.      In response to Section VIII, the plaintiff indicates several different records are attached, but none were produced with Plaintiff's Fact Sheet.

4.      The attached authorizations for release of medical and other records include a date.

**JESSE R. WILLIAMS**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section V (E) regarding trailer occupants.

3.      Plaintiff failed to date the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**FRANK WILLIAMS**

1.      Plaintiff failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff's response to Section V (C) regarding fumigation is incomplete.

4.      The Certification is incomplete.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**KURTRELL D. WALLACE**

1.      Plaintiff failed to provide a response to Section III (C) (5) regarding date of illness and subsection (C) (8) regarding mental and/or emotional damage claim.

2.      Plaintiff failed to provide a complete response to Section IV (A) regarding address history.

3.      In response to Section V (1), Plaintiff identified the manufacturer as "Winneo." Defendant seeks clarification of whether or not the plaintiff resided in a "Winneo" unit and the occupancy information for same.  Additionally, Plaintiff failed to provide address information in response to subsection (8).

4.      Plaintiff failed to provide a response to Section V (B) through (E).

5.      Plaintiff failed to provide a complete response to Section VI (F) (3) regarding the claimed stomach or bowel disease.

6.      Plaintiff failed to complete the response to Section VII (D).

7.      Plaintiff failed to provide a response to Section IX (A) through (D), and the response to subsection (F) regarding pharmacies was incomplete.

8.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**ROSA L. TOBIAS**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.     Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Cavalier."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.     Plaintiff failed to complete the Certification.

5.     The attached authorizations for release of medical and other records are incomplete.

6.     The Privacy Act Release is incomplete.

**LINDA BROOKS**

1.     Plaintiff failed to provide a complete response to Section III (C) (8).

2.     Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.     Plaintiff failed to provide a response to Section V (A) (3).

4.     Plaintiff failed to complete the response to Section V (C) regarding fumigation.

5.     Plaintiff's response to Section VI (C) regarding smoking history is incomplete.

6.     Plaintiff failed to date the Certification.

7.     The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

8.     Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**LORNE F. DUNCAN**

1.     Plaintiff failed to provide a complete response to Section III (C) (8).

2.     Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Gulf Stream."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

3.     Plaintiff failed to provide a complete response to Section V (8) regarding trailer address.

4.     Plaintiff failed to complete the Certification.

5.     The attached authorizations for release of medical and other records are incomplete.

6.     The Privacy Act Release is incomplete.

**TRINA MCKINNEY**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to complete Section V (A) (2) through (4).

3.    Plaintiff failed to complete the Certification.

4.    The attached authorizations for release of medical and other records are incomplete.

5.    The Privacy Act Release is incomplete.

**SHERNA LANIER LUMAR**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to complete Section V (A) (2) through (4).

3.    Plaintiff failed to complete the response to Section V (B) regarding air quality testing.

4.    Plaintiff failed to provide a response to Section VI (C) regarding smoking history.

5.    Plaintiff failed to complete the response to Section VI (F) (4) regarding the claimed skin disease history.

6.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**LOUIS B. EVANS, JR. o/b/o CHANAYA B. EVANS**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    In response to Section V (A) (both Trailer 1 and Trailer 2), the plaintiff failed to provide any manufacturer information in response to subsections (1) through (4).

3.    Plaintiff failed to complete the Certification.

4.    The attached authorizations for release of medical and other records are incomplete.

5.    The Privacy Act Release is incomplete.

**LOUIS B. EVANS, JR. o/b/o CHANAE E. EVANS**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    In response to Section V (A) (both Trailer 1 and Trailer 2), the plaintiff failed to provide any manufacturer information in response to subsections (1) through (4).

3.    Plaintiff failed to complete the response to Section VI (G) regarding diagnostic tests.

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

## HENRY DUNN, III

1.      Plaintiff failed to provide a response to Section III (C) (5) regarding date of illness.

2.      Plaintiff failed to provide a complete response to Section IV (F) (3) (b) regarding lost wage claim amount.

3.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Shaw."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.      Plaintiff failed to fully identify the physician provided in response to Section VII (B), identified only as "Dr. Kenneth" on Plank Rd., Baker, LA.

5.      Plaintiff failed to fully identify the physician provided in response to Section IX (B).

6.      Plaintiff failed to complete the Certification.

7.      The attached authorizations for release of medical and other records are incomplete.

8.      The Privacy Act Release is incomplete.

## CHARLENE A. MYLES

1.      Plaintiff failed to provide a complete response to Section IV (F) (2) regarding employment history.

2.      In response to Section V (A), the plaintiff did not identify the manufacturer and the VIN does not appear to match a unit manufactured by Jayco.  Defendant seeks clarification of the VIN and manufacturer of the unit.

3.      Plaintiff failed to complete the response to Section VI (F) (1) regarding the claimed lung/respiratory disease.

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

### LAVERNE M. MURTHIL

1. Plaintiff failed to provide a response to Section III (C) (5) regarding date of illness.

2. Plaintiff failed to provide a complete response to Section III (C) (8).

3. Plaintiff failed to complete Section V (A) (2) through (4).

4. Plaintiff failed to complete the response to Section VI (C) regarding past smoking/tobacco use.

5. Plaintiff failed to complete the Authorization for Release of Records (To be signed by plaintiffs making a claim for lost wages or earning capacity).

6. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### ANDRE J. MURTHIL

1. Plaintiff failed to complete the response to Section III (C) (4) regarding cancer diagnosis.

2. Plaintiff failed to provide a complete response to Section III (C) (8).

3. Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Ryder."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4. Plaintiff failed to complete the response to Section V (B) regarding air-quality testing.

5. Plaintiff failed to complete the Certification.

6. The attached authorizations for release of medical and other records are incomplete.

7. The Privacy Act Release is incomplete.

### APRIL MONIQUE SMITH

1. Plaintiff failed to provide a complete response to Section IV (F) (2) regarding past employment and (F) (3) (2) regarding amount of lost wages claimed.

2. Plaintiff did not respond to Section VI (3) regarding smoking history.

3. The CVS pharmacy identified in response to Section IX (F) does not have a sufficient address/location.

4. Plaintiff failed to complete the Certification.

5. The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**PATRICIA WILSON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section IV (F) (3) (2) regarding amount of lost wages claimed.

3.      Plaintiff failed to complete Section V (B) regarding air quality testing.

4.      The response to Section VI (G) regarding diagnostic testing is incomplete.

5.      The response to Section VII (D) is incomplete.

6.      Plaintiff failed to provide sufficient address information for the pharmacies identified in response to Section IX (F).

7.      Plaintiff failed to complete the Certification.

8.      The attached authorizations for release of medical and other records are incomplete.

9.      The Privacy Act Release is incomplete.

**SARAH L. STEWART**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a complete response to Section IV (F) (1) and (2) regarding employment history.

3.      Defendant requests supplementation with manufacturer information when it becomes available, pursuant to Section V (A) (1).

4.      Plaintiff failed to provide a complete response to Section V (C) regarding fumigation.

5.      The authorizations for release of medical and other records all include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**ALFRED COUSIN**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section IV (sic) entitled "Family Information."

3.      Plaintiff failed to complete Section V (A) (2) through (4) regarding VIN, FEMA Bar Code and Identification numbers.

4.    Plaintiff failed to provide sufficient address information for the "Walgreens" pharmacy identified in response to Section IX (F).

5.    Plaintiff failed to complete the Certification.

6.    The attached authorizations for release of medical and other records are incomplete.

7.    The Privacy Act Release is incomplete.

## ARCENIA H. CRAYTON

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff did not provide a complete response to Section IV (E) regarding education history, or to subsection (F) (1) and (2) regarding current and past employment.

3.    Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

4.    Plaintiff failed to complete Section V (B) regarding air quality testing.

5.    Plaintiff failed to provide a response to Section VI (C) regarding smoking/tobacco history.  Plaintiff failed to complete the response to subsection (F) (4) regarding the claimed skin disease.

6.    Plaintiff failed to provide complete responses to Section IX (C) and (D).  Plaintiff failed to provide address/location information for the pharmacy identified in response to subsection (F).

7.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

8.    Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

## BRYAN TERRELL CRAYTON, SR.

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.    Plaintiff failed to complete Section V (B) regarding air quality testing.

4.    Plaintiff failed to provide any address or location information for the healthcare provider identified in Section VII (B) and IX (A).

5.    Plaintiff failed to provide address/location information for the pharmacy identified in response to Section IX (F).

6.      Plaintiff failed to date the Certification.

7.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

8.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**TERRELL D. CRAYTON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**KRISTINE M. DAUZAT**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Gulf Stream."   Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

3.      Plaintiff's response to Section VI (E) regarding pregnancy while in the travel trailer is unclear (responded "yes" and "no').

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**CHARLENE MYLES o/b/o JIA'MONA MYLES**

1.      Plaintiff's representative failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff did not identify a manufacturer in response to Section V (A) (1) and the VIN either does not correspond to Jayco or is a typographical error.

15

4.      Plaintiff failed to provide address/location information for the pharmacy identified in response to Section IX (F).

5.      Plaintiff failed to complete the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

### VILCHE DAVIS

1.      Plaintiff's representative failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to provide a complete response to Section IV (E) regarding education history.

4.      Plaintiff failed to provide a response to Section V (A) (2) through (4) regarding the FEMA trailer, and subsection (B) and (C) regarding air quality testing and fumigation.

5.      Plaintiff failed to provide the date(s) of treatment at the facility identified in response to Section VII (B) and IX (D).

6.      Plaintiff failed to provide sufficient address/location information for the pharmacies identified in response to Section IX (F).

7.      Plaintiff failed to complete the Certification.

8.      The attached authorizations for release of medical and other records are incomplete.

9.      The Privacy Act Release is incomplete.

### MARVIN L. DOLEMAN

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.      Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

4.      Plaintiff failed to provide sufficient address/location information for the pharmacy identified in response to Section IX (F).

5.      The authorizations for release of medical and other records all include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### SHEILA H. BLACK

1.   Plaintiff failed to provide a complete response to Section III (C) (8).

2.   Plaintiff failed to provide a response to Section V (A) (1) and (2), trailer manufacturer and VIN.

3.   Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

4.   Plaintiff failed to complete the Certification.

5.   The attached authorizations for release of medical and other records are incomplete.

6.   The Privacy Act Release is incomplete.

### SHEILA BLACK o/b/o SHEENA BLACK

1.   Plaintiff's representative failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.   Plaintiff failed to provide a complete response to Section III (C) (8).

3.   Plaintiff failed to provide a response to Section V (A) (1) and (2), trailer manufacturer and VIN.

4.   Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

5.   Plaintiff failed to complete the Certification.

6.   The attached authorizations for release of medical and other records are incomplete.

7.   The Privacy Act Release is incomplete.

### WALTER BLACK, SR.

1.   Plaintiff failed to provide a complete response to Section III (C) (8).

2.   Plaintiff failed to provide a response to Section V (A) (1) and (2), trailer manufacturer and VIN.

3.   Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

4.   Plaintiff failed to complete the Certification.

5.   The attached authorizations for release of medical and other records are incomplete.

6.   The Privacy Act Release is incomplete.

**WALTER BLACK, JR.**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to provide a response to Section V (A) (1) and (2), trailer manufacturer and VIN.

3.    Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

4.    Plaintiff failed to complete the Certification.

5.    The attached authorizations for release of medical and other records are incomplete.

6.    The Privacy Act Release is incomplete.

**GREGORY L. BUSH**

1.    Plaintiff failed to complete Section IV (A) regarding dates of residence.

2.    The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Defendant seeks clarification of the manufacturer and/or VIN.

3.    The attached authorizations for release of medical and other records are dated and limited to a single provider.

**DELAINE C. BUSH**

1.    Plaintiff did not complete her response to Section III (C) (7) regarding claimed worsened condition.

2.    Plaintiff failed to provide a complete response to Section III (C) (8).

3.    The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Defendant seeks clarification of the manufacturer and/or VIN.

5.    The attached authorizations for release of medical and other records are dated and/or limited to a single provider.

6.    Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**CARL A. BROWN, SR. o/b/o CARLOS BROWN**

1.    Plaintiff's representative failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.    Plaintiff failed to provide a complete response to Section III (C) (8).

3.    The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Plaintiff failed to respond to subsection (A) (10) regarding reason stopped living in travel trailer.

4.    Plaintiff failed to complete the Certification.

5.    The attached authorizations for release of medical and other records are incomplete.

6.    The Privacy Act Release is incomplete.

### CARL A. BROWN, SR. o/b/o CARLENE BROWN

1.    Plaintiff's representative failed to complete Section III (A) (3) through (8) regarding representative capacity.

2.    Plaintiff failed to provide a complete response to Section III (C) (8).

3.    The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Plaintiff failed to respond to subsection (A) (10) regarding reason stopped living in travel trailer.

4.    Plaintiff failed to complete the Certification.

5.    The attached authorizations for release of medical and other records are incomplete.

6.    The Privacy Act Release is incomplete.

### CARL A BROWN, SR.

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.    The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Plaintiff failed to provide the FEMA ID in response to Section V (A) (3) and failed to respond to subsection (A) (10) regarding reason stopped living in travel trailer.

4.    Plaintiff failed to complete the Certification.

5.    The attached authorizations for release of medical and other records are incomplete.

6.    The Privacy Act Release is incomplete.

**CARL A. BROWN, JR.**

1.  Plaintiff failed to provide a complete response to Section III (C) (8).

2.  Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.  The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Plaintiff failed to provide the FEMA ID in response to Section V (A) (3) and failed to respond to subsection (A) (10) regarding reason stopped living in travel trailer.

4.  Plaintiff failed to complete the Certification.

5.  The attached authorizations for release of medical and other records are incomplete.

6.  The Privacy Act Release is incomplete.

**MARLENE J. BROWN**

1.  Plaintiff failed to complete her response to Section III (C) (7) regarding the claimed worsened condition, and failed to provide a complete response to Section III (C) (8).

2.  Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.  The VIN provided in response to Section V (A) (2) does not correspond to a unit manufactured by Jayco, Inc.  Plaintiff failed to provide the complete FEMA ID in response to Section V (A) (3) and failed to respond to subsection (A) (10) regarding reason stopped living in travel trailer.

4.  Plaintiff failed to complete the response to Section V (B) regarding the claimed air quality testing.

5.  Plaintiff did not sufficiently identify the healthcare provider named in response to Section VII (B).

6.  Plaintiff failed to provide a response to Section IX (A).

7.  Plaintiff failed to complete the Certification.

8.  The attached authorizations for release of medical and other records are incomplete.

9.  The Privacy Act Release is incomplete.

**DAPHNE T. BROOKS**

1.  Plaintiff failed to provide a complete response to Section III (C) (8).

2.  Plaintiff failed to provide a response to Section IV (E) regarding education history.

3.      Plaintiff failed to complete the response to Section V (C) regarding fumigation.

4.      Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

5.      Plaintiff failed to complete her response to Section IX (D) and (E) regarding Out Lady of Lake Hospital.

6.      Plaintiff failed to date the signed Certification.

7.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

### JANICE HERRON o/b/o RONDELL BURBANK-HERRON

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (A) regarding address history and subsection (E) regarding education.

3.      Plaintiff failed to identify any healthcare providers in response to Section VII and Section IX (A) through (E).  Additionally, Plaintiff failed to provide address/location information for the pharmacies identified in response to subsection (F).

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

### LORENSEL JACKSON

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

### CALLIE JACKSON

1.      Plaintiff failed to complete Section III (B).  If represented by any firm *other* than The Buzbee Law Firm, Defendant requests supplementation.

2.      Plaintiff failed to provide any address/location information for Dr. Julie Patel identified in response to Section IX (B).

21

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**LOUELLA JOHNSON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.      Plaintiff failed to provide a response to Section V (A) (2) through (4) regarding VIN and FEMA Bar Code and ID.

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**BRENTON JOHNSON**

1.      Plaintiff failed to provide a response to Section III (C) (5) regarding date of alleged injury/disease.

2.      Plaintiff failed to provide a complete response to Section III (C) (8) (provider identity omitted).

3.      Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence, and failed to provide a response to subsection (F) regarding employment history.

4.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

5.      The attached authorizations for release of medical and other records are dated and limited to a single provider.  The Authorization for Release of Records (To be signed by Plaintiffs *not* making a claim for lost wages or lost earning capacity) is incomplete.

**SHANNON M. JACKSON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete the response to Section IV (F) regarding employment history (earnings claimed but no employer(s) identified for those years).

3.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**JANICE HERRON o/b/o AUNJELL BURBANK-HERRON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education/school.

3.      Plaintiff failed to identify any healthcare providers in response to Section VII and Section IX (A) through (E).  Additionally, Plaintiff failed to provide address/location information for the pharmacies identified in response to subsection (F).

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**BETTY P. DONATTO**

1.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

2.      Plaintiff's response to Section VI (G) regarding diagnostic testing is not sufficiently completed (date and location of provider).

3.      Plaintiff's response to Section IX (E) does not sufficiently identify the providers by name or address/location.

4.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**OLIVER JOSEPH DUCRE, JR.**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.      Plaintiff failed to provide a response to Section VI (C) regarding smoking history.

4.      Plaintiff failed to date the Certification.

5.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

6.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

### SHIRLEY DUCRE

1.      Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.  Additionally, Plaintiff failed to complete the response to Section IV (F) regarding employment history (earnings claimed but no employer(s) identified for those years).

2.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.      Plaintiff failed to complete Section V (E) regarding trailer occupants.

4.      Plaintiff failed to complete the response to Section VI (C) regarding smoking history.

5.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

6.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

### DILLAN D. DUHON

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide sufficient address/location information for the employer identified in response to Section IV (F) (1), and failed to provide an amount of the claim in response to subsection (F) (2).

3.      Plaintiff failed to provide a response to Section V (A) (1) through (4) regarding trailer manufacturer and FEMA information.

4.      Plaintiff failed to provide a response to Section V (A) (13) regarding hours spent in the travel trailer.

5.      Plaintiff failed to complete the response to Section VI (C) regarding the claimed past smoking/tobacco use.

6.      Plaintiff failed to sufficiently identify the hospital provided in response to Section VI (G) regarding diagnostic testing.

7.      The attached authorizations for release of medical and other records include a date and are limited to a single provider.  Plaintiff has attempted to correct the errors, but if providers reject the authorizations Defendant will seek supplementation.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

## TICHAWANA N. CONRAD

1.   Plaintiff failed to provide a complete response to Section III (C) (8).

2.   Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.   The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

## JUANIKA COLLINS

1.   Plaintiff failed to provide a complete response to Section III (C) (8).

2.   Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.   Plaintiff failed to identify any healthcare providers in response to Section VII and Section IX (A) through (E).

4.   Plaintiff failed to complete the Certification.

5.   The attached authorizations for release of medical and other records are incomplete.

6.   The Privacy Act Release is incomplete.

## EVAGELINE M. COJOE

1.   Plaintiff failed to provide a complete response to Section III (C) (8).

2.   Plaintiff failed to provide a response to Section V (A) (10) regarding the reason Plaintiff stopped living in the travel trailer.  Plaintiff failed to complete her response to subsection (C) regarding claimed fumigation.

3.   The attached authorizations for release of medical and other records include a date and are incomplete (no social security numbers).

## SHERMAN J. CALLAWAY

1.   Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

2.   Plaintiff failed to complete the response to Section VI (F) (4) regarding the claimed skin disease.

3.   The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**LOUIS B. EVANS, JR.**

1       Plaintiff failed to complete the response to Section IV (F) (3) (b) regarding lost wage claim.

2.      Plaintiff failed to provide a response to Section V (A) (1) through (4) for either trailer.

3.      Plaintiff failed to provide address/location information for the pharmacies identified in response to Section IX (F).

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**KENISHA P. FREDERICK**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide the FEMA ID in response to Section V (A) (3).

3.      Plaintiff failed to respond to Section VI (F) (3) regarding stomach/bowel disease.

4.      The attached authorizations for release of medical and other records include a date and are incomplete (no social security numbers).

**JANICE HERRON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.   Additionally, Plaintiff failed to complete the response to Section IV (F) regarding employment history.

3.      Plaintiff failed to identify any healthcare providers in response to Section VII and Section IX (A) through (F).

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**DELORES MOSS o/b/o SHANUJA GRIMES**

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.     Plaintiff failed to provide a response to Section III (C) (5) regarding date of illness.

3.     Plaintiff failed to provide a complete response to Section III (C) (8).

4.     Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.

5.     Plaintiff failed to provide a response to Section V (A) (2) through (4) and identified the manufacturer as "Pilgrim."  Defendant seeks clarification of whether or not the plaintiff resided in a Jayco, Inc. travel trailer.

6.     Plaintiff failed to complete the Certification.

7.     The attached authorizations for release of medical and other records are incomplete.

8.     The Privacy Act Release is incomplete.

**MARGARET GIBBS**

1.     Plaintiff's response to Section IV (F) (1) regarding current employment is incomplete/illegible, and the response to subsection (F) (3) is also incomplete.

2.     Plaintiff failed to complete the response to Section VI (C) regarding smoking/tobacco use.

3.     The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**ANESTER I. GAINES**

1.     Plaintiff failed to provide a complete response to Section III (C) (8).

2.     Plaintiff failed to include the FEMA ID in response to Section V (A) (3).

3.     Plaintiff failed to complete the response to Section VI (G) regarding diagnostic testing.

4.     The attached authorizations for release of medical and other records are incomplete (no social security information).

**ROCKEL BIAS o/b/o JANQUELLA BIAS**

1.     Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.
2.     Plaintiff's response to Section III (C) (4) regarding cancer diagnosis is incomplete and/or requires clarification.

3.     Plaintiff failed to provide a complete response to Section III (C) (8).

4.      Plaintiff failed to provide a response to Section V (A) (1) through (4) regarding trailer identification.

5.      Plaintiff failed to provide sufficient address information for the pharmacy identified in response to Section IX (F).

6.      Plaintiff failed to complete the Certification.

7.      The attached authorizations for release of medical and other records are incomplete.

8.      The Privacy Act Release is incomplete.

**BETTY DONATTO o/b/o ANTHONY JONES, JR.**

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to provide address/location information for the physicians identified in response to Section VII (B) and IX (A) and (B).

4.      Plaintiff's representative failed to date the signed Certification.

5.      The attached authorizations for release of medical and other records are incomplete (representative capacity incomplete).

6.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**ROSE M. BIAS**

1.      Plaintiff failed to respond to Section III (C) (5) regarding date of injury.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to provide any response to Section IV (F) regarding employment history.

4.      The manufacturer identified in response to Section V (A) (1) is unknown.  Additionally, Plaintiff did not include the FEMA ID in response to subsection (A) (3).

5.      Plaintiff's response to Section VI (C) regarding smoking/tobacco use is unclear as to whether she is a past smoker or never smoked.

6.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**VILCHE EUGENE BROOKS**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a complete response to Section IV (F) (3) (b) regarding the lost wage claim.

3.      Plaintiff failed to provide a response to Section V (A) (2) through (4) regarding trailer identification.

4.      Plaintiff failed to provide a complete response to Section V (B) regarding air-quality testing.

5.      Plaintiff failed to provide a response to Section VI (C) regarding smoking/tobacco history.

6.      Plaintiff failed to provide a response to Section IX (E).  Additionally, Plaintiff failed to provide sufficient address information for the pharmacies identified in response to subsection (F).

7.      Plaintiff failed to date the signed Certification.

8.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

9.      Failed to date the attached Privacy Act Release.  In the event Plaintiff is required to provide the date of signature by FEMA, rather than counsel, a completed Privacy Act Release is requested.

**HENRI MARTIN BAX**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a complete response to Section IV (F) (2) regarding past employment.

3.      Plaintiff did not include the FEMA ID in response to subsection (A) (3).

4.      Plaintiff failed to provide a complete response to Section VI (C) regarding past or current smoking/tobacco history.

5.      Plaintiff failed to provide a response to Section VI (F) (4) regarding skin disease.

6.      Plaintiff failed to identify any medical providers in response to Section VII or IX.  The plaintiff failed to provide an adequate address/location for the pharmacy identified in response to Section IX (F).

7.      Plaintiff failed to complete the Certification.

8.      The attached authorizations for release of medical and other records are incomplete.

9.      The Privacy Act Release is incomplete.

**NEVAEH JAZMYNE BAX**

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.      The plaintiff failed to provide an adequate address/location for the pharmacy identified in response to Section IX (F).

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**SHERYL EVANS**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**SHERLITA EVANS**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**SHERLITA EVANS o/b/o TA'SHA EVANS**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**KENNIS HAGAN o/b/o KIA HAGAN**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**KENNIS HAGAN**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**WANDA GALMON o/b/o JOSEPH GALMON**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**KENDRIA GILMORE o/b/o ANDREA GILMORE**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**WANDA GALMON o/b/o LORENZO GALMON**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**PATRICIA GALMON**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**WANDA GALMON o/b/o LEONARD GALMON**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**WANDA GALMON o/b/o TIMOTHY GALMON**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**WANDA GALMON**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**BART JONES**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**KRISTINE M. DAUZAT o/b/o BRIAN M. JACKSON, JR.**

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Gulf Stream."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.      Plaintiff failed to complete the response to Section IX (D) and (E).

5.      Plaintiff failed to complete the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

**ODILE GORDON**

1.      Plaintiff failed to provide a response to Section IV (A) regarding residences.

2.      Plaintiff failed to complete Section V (A) (1) through (4) and (8) regarding FEMA trailer information.  Additionally, Plaintiff failed to complete subsection (D) regarding the claimed trailer maintenance, and subsection (E) regarding trailer occupants.

3.      Plaintiff failed to respond to Section VI (C) regarding smoking/tobacco use.

4.      Plaintiff failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**THERESA K. JOHNSON**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Cavalier."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

3.      Plaintiff failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**SHIRLEY B. JAMES**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Unknown at this time."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.      In response to Section V (E) regarding trailer occupants, the plaintiff provided a Riley Rd. address not included in the response to Section IV (A) regarding residence history. Defendant seeks clarification of when Plaintiff resided at the Riley Rd. address.

5.      Plaintiff failed to complete the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

**KRISTINE DAUZAT o/b/o MIA JACKSON**

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Gulf Stream."   Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.      Plaintiff failed to provide a complete response to Section IX (D).

5.      Plaintiff failed to complete the Certification.

6.      The attached authorizations for release of medical and other records are incomplete.

7.      The Privacy Act Release is incomplete.

**JAMEL ADAMS**

1.      Plaintiff failed to complete the Certification.

2.      The attached authorizations for release of medical and other records are incomplete.

3.      The Privacy Act Release is incomplete.

**ALBERT TORRANCE ALLEN**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      The attached authorizations for release of medical and other records include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**GWENDOLYN MARIE ALLEN**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      The attached authorizations for release of medical and other records include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**GEN'TEL ALLEN**

1.      The plaintiff failed to provide adequate address/location information for the pharmacies identified in response to Section IX (F).

2.      Plaintiff failed to complete the Certification.

3.      The attached authorizations for release of medical and other records are incomplete.

4.      The Privacy Act Release is incomplete.

**DELORES MOSS o/b/o GOLDEN M. ALLEN**

1.     Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.     Plaintiff failed to provide a response to Section III (C) (4) and (5) regarding cancer diagnosis and date of claimed illness.

3.     Plaintiff failed to provide a complete response to Section III (C) (8).

4.     Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Pilgrim."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

5.     Plaintiff's representative failed to complete the Certification.

6.     The attached authorizations for release of medical and other records are incomplete.

7.     The Privacy Act Release is incomplete.

**KENNY ANDERSON**

1.     Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**JERRYAL BAHAM**

1.     Plaintiff failed to provide a complete response to Section III (C) (8).

2.     Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.

3.     Plaintiff failed to complete the response to Section V (B) regarding air-quality testing.

4.     Plaintiff failed to complete the response to Section VI (C) regarding past smoking.

5.     Plaintiff failed to identify the treating physician and/or hospital for the diagnostic tests provided in response to Section VI (G).

6.     Plaintiff failed to provide a response to Section IX (E) and failed to provide adequate address information for the pharmacy identified in subsection (F).

7.     The attached authorizations for release of medical and other records include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**VELMA DELORES BAHAM**

1.     Plaintiff failed to provide a complete response to Section III (C) (8).

2. Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.  Plaintiff also failed to provide a complete response to subsection (F) (1) regarding current employment and (F) (b) regarding claimed lost wages.

3. In response to Section V (A) (8), the plaintiff provided two trailer addresses.  Defendant seeks clarification of whether or not the trailer was moved, or if Plaintiff resided in two separate trailers.

4. Plaintiff failed to complete the response to Section V (B) regarding air-quality testing.

5. Plaintiff failed to complete the response to Section VI (C) regarding past smoking and subsection (D) regarding other smoking/tobacco use.

6. Plaintiff failed to identify any healthcare providers in response to Section VII and IX.  Additionally, the plaintiff failed to provide adequate address information for the pharmacies identified in response to Section IX (F).

7. The attached authorizations for release of medical and other records include a date.  Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

## GWENDOLYN BANNISTER

1. Plaintiff failed to provide a complete response to Section IV (E) regarding education.

2. Plaintiff failed to complete Section V (A) (1), (2) and (4) regarding trailer manufacturer information.  Defendant requests supplementation when the information becomes available.

3. Plaintiff failed to provide a complete response to Section VI (G) regarding the claimed diagnostic tests.

4. Plaintiff's representative failed to complete the Certification.

5. The attached authorizations for release of medical and other records are incomplete.

6. The Privacy Act Release is incomplete.

## GWENDOLYN BANNISTER o/b/o KENDRELL BANNISTER

1. Plaintiff failed to complete Section V (A) (1), (2) and (4) regarding trailer manufacturer information.  Defendant requests supplementation when the information becomes available.

2. Plaintiff's representative failed to complete the Certification.

3. The attached authorizations for release of medical and other records are incomplete.

4. The Privacy Act Release is incomplete.

**GWENDOLYN BANNISTER o/b/o KENNETH BANNISTER**

1.    Plaintiff failed to complete Section V (A) (1), (2) and (4) regarding trailer manufacturer information.    Defendant requests supplementation when the information becomes available.

2.    Plaintiff's representative failed to complete the Certification.

3.    The attached authorizations for release of medical and other records are incomplete.

4.    The Privacy Act Release is incomplete.

**GWENDOLYN BANNISTER o/b/o SAMEKA BANNISTER**

1.    Plaintiff failed to provide a complete response to Section IV (E) regarding education.

2.    Plaintiff failed to complete Section V (A) (1), (2) and (4) regarding trailer manufacturer information.    Defendant requests supplementation when the information becomes available.

3.    Plaintiff's representative failed to complete the Certification.

4.    The attached authorizations for release of medical and other records are incomplete.

5.    The Privacy Act Release is incomplete.

**GWENDOLYN BANNISTER o/b/o SAMUEL BANNISER**

1.    Plaintiff failed to provide a complete response to Section IV (E) regarding education.

2.    Plaintiff failed to complete Section V (A) (1), (2) and (4) regarding trailer manufacturer information.    Defendant requests supplementation when the information becomes available.

3.    Plaintiff's representative failed to complete the Certification.

4.    The attached authorizations for release of medical and other records are incomplete.

5.    The Privacy Act Release is incomplete.

**THERESA JOHNSON o/b/o SELENA BATSON**

1.    Plaintiff failed to provide a complete response to Section III (C) (8).

2.    Plaintiff failed to complete the response to Section VI (D) regarding other smoking/tobacco use.

3.    Plaintiff's representative failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

**DONNIE R. JOSEPH**

1.      Plaintiff failed to provide a complete response to Section IV (F) (1) regarding current employment.

2.      Plaintiff failed to complete Section V (A) (1) through (4) regarding trailer manufacturer information.   Defendant requests supplementation when the information becomes available.

3.      Plaintiff did not complete the response to Section VI (F) (4) regarding claimed skin disease (no date or range of dates provided).

4.      Plaintiff's representative failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**JAMES LEMANN**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**CATHERINE LEONARD**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment.

3.      Plaintiff failed to complete Section V (A) (2) through (4) and identified the manufacturer as "Cavalier."  Defendant seeks clarification of whether or not the plaintiff ever resided in a Jayco travel trailer.

4.      Plaintiff's representative failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

**JAMES LEWIS**

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete the response to Section IV (F) (3) (b) regarding the lost wage claim.

3.      Plaintiff failed to complete his response to Section V (E) regarding trailer occupants.

4.      Plaintiff's representative failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

### JOYCE LEWIS o/b/o GABRIELLE M. LEWIS

1.      Plaintiff's representative failed to complete Section III (A) (2) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff failed to complete Section V (A) (2) through (4).

4.      Plaintiff's representative failed to complete the Certification.

5.      The attached authorizations for release of medical and other records are incomplete.

6.      The Privacy Act Release is incomplete.

### JOYCE T. LEWIS

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to complete Section V (A) (2) through (4).

3.      Plaintiff's representative failed to complete the Certification.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The Privacy Act Release is incomplete.

### WANDA GALMON o/b/o LAWRENCE BROWN

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

### WANDA GALMON o/b/o LAURYN BROWN

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

### VILCHE BROOKS o/b/o TYRESE DAVIS

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**DIONNE ROBINSON o/b/o GLENN MARTIN, JR.**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**TANYA RUTH o/b/o DAVID SAYLES, JR.**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**DAVID SAYLES**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**WALTER MILES**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**EVANGELINE COJOE o/b/o EMAGE STANLEY**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**KENNIS HAGAN o/b/o JASMIN YOUNGBLOOD**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

**LEO SHERMAN**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**LOUIS WHITE, JR.**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**EDWARD WASHINGTON**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**TIMPHONY TOBIAS**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**KEARRA TOBIAS**

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

**LIONEL THOMAS, JR. o/b/o INDIA THOMAS**

1.      Other than Section II and Section III (A) (1) and (B), Plaintiff's Fact Sheet is incomplete.

### LIONEL THOMAS, JR.

1.      Other than Section II and Section III (B), Plaintiff's Fact Sheet is incomplete.

## STARCRAFT RV, INC.

### BOUN P. INTHAVONG o/b/o ANDY INTHAVONG

1.      Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      The move-in/move-out dates provided in response to Section V (A) (6) and (7) are inconsistent with the occupancy dates provided in response to Section V (E).

4.      Plaintiff's representative failed to complete the Certification.

5.      Plaintiff's representative failed to complete the applicable authorizations for release of medical and other records.

6.      Plaintiff's representative failed to complete the Privacy Act Release.

### BOUN PHENG INTHAVONG o/b/o RAFFY INTHAVONG

1.      Plaintiff failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.      Plaintiff failed to provide a complete response to Section III (C) (8).

3.      Plaintiff's representative failed to complete the Certification.

4.      Plaintiff's representative failed to complete the applicable authorizations for release of medical and other records.

5.      Plaintiff's representative failed to complete the Privacy Act Release.

### VILAYPHONE INTHAVONG

1.      Plaintiff failed to provide a complete response to Section III (C) (8).

2.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.      Plaintiff failed to complete the Certification.

4.      Plaintiff failed to complete the applicable authorizations for release of medical and other records.

5.      Plaintiff failed to attach a completed Privacy Act Release.

**ANGELA BURSE**

1.      Plaintiff failed to provide a response to Section IV (F) regarding employment history.

2.      Plaintiff failed to provide a response to Section V (A) (1) through (4) regarding trailer manufacturer and FEMA information.

3.      Plaintiff failed to provide any healthcare provider information in response to Section VII and Section IX.  Address/location information was not provided for the pharmacies identified in response to Section IX (F).

4.      Plaintiff failed to complete the Certification.

5.      Plaintiff failed to complete the applicable authorizations for release of medical and other records.

6.      Plaintiff failed to attach a completed Privacy Act Release.

**BOUN PHENG INTHAVONG**

1.      Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence.  Additionally, plaintiff listed income for 2005 in response to subsection (F) (3) (a), but failed to identify an employer for 2005.

2.      The move-in/move-out dates provided in response to Section V (A) (6) and (7) are inconsistent with the occupancy dates provided in response to Section V (E).

3.      Plaintiff did not complete the response provided regarding current smoking in Section VI (C).

4.      Plaintiff failed to complete the Certification.

5.      Plaintiff failed to complete the applicable authorizations for release of medical and other records.

6.      Plaintiff failed to attach a completed Privacy Act Release.