

**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

www.yourlawyer.com
800.LAW.INFO (529.4636)

Via Electronic Mail

September 23, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:     Gulf Stream Coach, Inc. Deficiencies in Production of PFS

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Dajanae Lenaris
2. Keisha Lenaris

We received your letter dated August 25, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Please be advised that Keisha Lenaris is no longer a claimant in the lawsuit against Gulfstream. Please also be advised that Mr. Dajanae Lenaris has yet to complete and return a plaintiffs fact sheet to our office.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP



**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

www.yourlawyer.com
800.LAW.INFO (529.4636)

Via Electronic Mail

September 6, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:    Gulf Stream Coach, Inc. Deficiencies in Production of PFS

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Brandy Fonseca
2. Dajon Franklin
3. Jacklyn Gallow
4. George Gaynor

We received your letter dated August 8, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Attached please find a .pdf version of the fact sheets of Brandy Fonseca and Jacklyn Gallow. With regards to Dajon Franklin, Mr. Franklin has not completed and returned a Plaintiff Fact Sheet to our office to date. Please also be advised that we have previously supplied supplemental information for George Gaynor in response to your May 16, 2011 letter.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP
Enc:

 **Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

**Via Federal Express**

August 31, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:    **Gulf Stream Coach, Inc. Deficiencies in Production of PFS**

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Landon Ellis
2. Shauna Ellis
3. Anastasia Fitzmorris
4. Virginia Ducote

We received your letter dated August 3, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Enclosed please find a CD of the Plaintiff Fact Sheet's for the above referenced claimants. With regards to Anastasia Fitzmorris, Ms. Fitzmorris has not completed and returned a plaintiff fact sheet to our office to date.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP

Enc: