UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Jackson, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3549 | * | |
| Plaintiffs:  Vincent J. Labruzzo, Jason M. Lachica, | * | |
| Bridget Lackey, Courtney Marie Lacroix, Kristi | * | |
| Ladut, Alicia Lagarde, Lyle Leblanc, Ronald | * | |
| Leblanc, Patricia Lee | * | |
| | * | |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3704 | * | |
| Plaintiffs:  Vincent J. Lebruzzo, Kristi Ladut | * | |
| | * | |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-3538 | * | |
| Plaintiffs:  Brian James Lacombe, Dina Lacombe, | * | |
| Adrienne Lay | * | |

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following Plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

1. Vincent J. Labruzzo
2. Jason M. Lachica
3. Bridget Lackey
4. Courtney Marie Lacroix
5. Kristi Ladut
6. Alicia Lagarde
7. Lyle Leblanc
8. Ronald Leblanc
9. Patricia Lee

    10.    Brian James Lacombe
    11.    Dina Lacombe
    12.    Adrienne Lay

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

                Respectfully Submitted,

                **DUPLASS, ZWAIN, BOURGEOIS,**
                **PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK #18495**
                **JOSEPH G. GLASS #25397**
                3838 N. Causeway Boulevard, Suite 2900
                Metairie, Louisiana 70002
                Telephone: (504) 832-3700
                Facsimile: (504) 837-3119
                andreww@duplass.com
                jglass@duplass.com
                and

                **SCANDURRO & LAYRISSON**
                **Timothy D. Scandurro #18424**
                **Dewey M. Scandurro #23291**
                607 St. Charles Avenue
                New Orleans, LA 70130
                (504) 522-7100
                (504) 529-6199 (FAX)
                tim@scanlayr.com
                dewey@scanlayr.com
                **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 29th day of September, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by

operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

          *s/ Andrew D. Weinstock*
         _____
          **ANDREW D. WEINSTOCK**