Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**September 23, 2011**

**Via Electronic Mail**
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            *Gulf Stream Coach, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Kuehl, Erin
2. Labeaud, Bonnie
3. Labeaud, Kailynn
4. Labeaud, Kurt Jr
5. Labeaud, Kurt Sr
6. Lafrance, Shernice
7. Lamanette, Janis
8. Lamanette, Melissa
9. Lamanette, Ronald
10. Landry, David Sr.
11. Latapie, Joseph Jr
12. Latapie, Macy
13. Latapie, Trey
14. Leaming, Jane
15. Leblanc, Wayne Jr.
16. Lee, Lamonte
17. Lee, Morris

Additionally, after researching our files, we are unable to locate a PFS for the following clients:



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
September 23, 2011
Page 2

1. Labruzzo, Vincent
2. Lachica, Jason
3. Lackey, Bridget
4. Lacombe, Brian Sr
5. Lacombe, Diana
6. Lacroix, Courtney
7. Ladut, Kristi
8. Lafrance, Dreaux
9. Lagarde, Alicia
10. Lay, Adrienne
11. Leblanc, Lyle
12. Leblanc, Ronald
13. Lee, Patricia

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
September 23, 2011
Page 3

    Encls.

    cc:

    **U.S. Government Liaison**:
    Henry T. Miller
    U.S. Department of Justice
    Senior Trial Counsel
    U. S. Department of Justice
    Civil Division, Environmental Torts Section
    1331 Penn Avenue, NW
    Room 8220-N
    Washington, DC  20004
    email:  henry.miller@usdoj.gov

    **PSC Liaison:**
    Mikal C. Watts
    Watts Guerra Craft LLP
    Four Dominion Drive
    Building Three
    Suite 100
    San Antonio, Texas  78257
    email:  mcwatts@wgclawfirm.comWatts

    w/encls.