UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION "N" (5)** |
| * | | |
| * | | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** * | | |
| *Jackson, et al v. Gulf Stream Coach, Inc., et al* * | | **MAG: CHASEZ** |
| Docket No. 10-3549 * | | |
| Plaintiffs:  Vincent J. Labruzzo, Jason M. Lachica, * | | |
| Bridget Lackey, Courtney Marie Lacroix, Kristi * | | |
| Ladut, Alicia Lagarde, Lyle Leblanc, Ronald * | | |
| Leblanc, Patricia Lee * | | |
| * | | |
| *Alfonso, et al v. Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 10-3704 * | | |
| Plaintiffs:  Vincent J. Lebruzzo, Kristi Ladut * | | |
| * | | |
| *Johnson, et al v. Gulf Stream Coach, Inc., et al* * | | |
| Docket No. 10-3538 * | | |
| Plaintiffs:  Brian James Lacombe, Dina Lacombe, * | | |
| Adrienne Lay * | | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Vincent J. Labruzzo
2. Jason M. Lachica
3. Bridget Lackey
4. Courtney Marie Lacroix
5. Kristi Ladut
6. Alicia Lagarde
7. Lyle Leblanc
8. Ronald Leblanc

00247555-1

9. Patricia Lee
10. Brian James Lacombe
11. Dina Lacombe
12. Adrienne Lay

_____
UNITED STATES DISTRICT JUDGE