**From:** Jessica [mailto:jessica@jimshall.com]
**Sent:** Tuesday, September 13, 2011 9:51 AM
**To:** CARMEN MOTES
**Subject:** RE:

Yes ma'am

---

**From:** CARMEN MOTES [mailto:cmotes@duplass.com]
**Sent:** Monday, September 12, 2011 2:37 PM
**To:** Jessica
**Subject:** RE:

Jessica,

These were all GSCI right... Were they listed on one of my Deficiency Ltrs. Re: Missing pfs?

**From:** Jessica [mailto:jessica@jimshall.com]
**Sent:** Monday, September 12, 2011 2:28 PM
**To:** CARMEN MOTES
**Subject:**

Carmen,

Here is a list of clients, we no longer represent.

Arthur LeBlanc
Bertrand Cargo
Stephanie Magee
Admahj Lott
Samantha McCarthy
April Moore
Charles Muse
Unique Muse
Bryan Morgan
Darren Morris


Thanks,

Jessica Chanson
JIM S. HALL & ASSOCIATES, LLC
800 N. Causeway Boulevard, Suite 100

1