UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Tate, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-4604 | * | |
| Plaintiffs:  Arthur Leblanc, Bertrand Cargo, Jr., | * | |
| Stephanie Magee, Samantha McCarthy | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-4537 | * | |
| Plaintiffs:  Admahj Lott, April Moore, Charles | * | |
| Muse, Jr., Unique Muse, Jr., Bryan Morgan | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Arthur Leblanc
2. Bertrand Cargo, Jr.
3. Stephanie Magee
4. Samantha McCarthy
5. Admahj Lott
6. April Moore
7. Charles Muse, Jr.
8. Unique Muse, Jr.
9. Bryan Morgan

_____
UNITED STATES DISTRICT JUDGE