## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                               MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                                                 SECTION "N" (5)

**THIS DOCUMENT RELATES TO:**
*Linda Ellen Authement, et al. v.*
*TL Industries, Inc., et al.*,
**EDLA No. 10-3692**
*************************************************************************

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add an additional named plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by **TL Industries, Inc.**, because the denial of inclusion would be unjust and prevent the aggrieved plaintiff from having his claims heard.  The plaintiff sought to be added, Jay J. Authement, Jr., was incorrectly named as a plaintiff in  *Helen Albarado, et al. vs. Morgan Buildings & Spas, Inc., et al., C.A. No. 10-3702,* (there are two plaintiffs named in that suit named "Jay J. Authement," however, the intent was to name the father and son, Jay J. Authement, Sr. and Jr.).

Pursuant to Pretrial Order No. 10, counsel for plaintiffs and defendants, **TL Industries, Inc.**, and **Fluor Enterprises, Inc.**,  have conferred, and counsel for defendants consent to the filing of plaintiffs' Motion for Leave to File a First Supplement and Amended Complaint for Damages, each

reserving their rights and defenses, including but not limited to (a) prescription and (b) the right to serve a notice of deficiency to these plaintiffs concerning their PFS before or after April 1, 2012, notwithstanding the terms of PTOs #s 86 & 88, and the right to move for dismissal if those deficiencies are not cured in accordance with processes outlined in PTOs #s 2, 32 and 88.

**WHEREFORE,** the plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Unopposed Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of ***Linda Ellen Authement, et al. v. TL Industries, Inc., et al.***, **EDLA No. 10-3692**, filed October 15, 2010, in the Eastern District of Louisiana.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III,**
*A PROFESSIONAL LAW CORPORATION*

By:      s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
**Attorneys for Plaintiffs**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
**ROBERTA L. BURNS**
