UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Linda Ellen Authement, et al. v.*
*TL Industries, Inc., et al.*,
EDLA No. 10-3692
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion, reserving to defendants, **TL Industries, Inc.**, and **Fluor Enterprises, Inc.**,their rights and defenses, including but not limited to (a) prescription and (b) the right to serve a notice of deficiency to these plaintiffs concerning their PFS before or after April 1, 2012, notwithstanding the terms of PTOs #s 86 & 88, and the right to move for dismissal if those deficiencies are not cured in accordance with processes outlined in PTOs #s 2, 32 and 88.

**NEW ORLEANS, LOUISIANA**, _____day of _____, 2011.

                                                                     **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**