UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Paul Blache v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-5388 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Paul Blache | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco Enterprises, Inc. and Jayco, Inc. (together the "Jayco Defendants"), CH2M Hill Constructors, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, **Paul Blache**, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE