

# WILLINGHAM, FULTZ & COUGILL LLP
TEXAS     LOUISIANA     MISSISSIPPI
## ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                                            *TomC@Willingham-law.com*
Partner

March 17, 2010

Mr. Daniel E. Becnel                                       <u>***Via Email and Regular U.S. Mail***</u>
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh St.
Reserve, Louisiana  70084

   Re: In Re:  FEMA Trailer Formaldehyde
      Products Liability Litigation
      MDL No. 1873, Section "N" (4)
      Plaintiff Fact Sheets

Dear Mr. Becnel:

  Enclosed please find a deficiency letter on behalf of Jayco, Inc. and Starcraft RV, Inc., pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

  Thank you for your cooperation and assistance in this matter.  If you have any questions or comments, please do not hesitate to contact me.

              Very truly yours,

              **WILLINGHAM, FULTZ & COUGILL LLP**

              *Thomas L. Cougill*

              Thomas L. Cougill

cc: Jerry Meunier (*via email*)
   Andrew Weinstock (*via email*)
   Henry Miller (*via email*)

**EXHIBIT B**

## JAYCO, INC.

### LATOYA BIENEMY

1. Plaintiff's response to Section IV (F) (3) (a) and (b) is incomplete.

2. Defendant requests supplementation of Section IX (A) through (C) and (F).

3. Plaintiff failed to attach the relevant, executed authorizations for release of medical and other records.

### GWENDOLYN THOMAS

1. The attached authorizations for release of medical and other records are dated.

### BARBARA FAULKNER

1. Defendant requests supplementation of Plaintiff's response to Section III (C) (8) and (9).

2. Plaintiff failed to provide response to Section IV (F) regarding employment history. To the extent Plaintiff has responsive information, Defendant requests supplementation.

3. Plaintiff failed to provide a complete response to Section VI (F) (1) regarding the claimed lung disease.

4. Plaintiff failed to provide a complete response to Section VII (C).

5. The attached authorizations for release of medical and other records all include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information Pursuant to HIPPA is not properly initialed.

### APRIL SCHEXNAYDRE o/b/o JONATHAN BRYANT

1. The attached authorizations for release of medical and other records all include a date.

### APRIL SCHEXNAYDRE o/b/o TY SCHEXNAYDRE

1. The attached authorizations for release of medical and other records all include a date.

2

### JARLAND B. RAND

1. Plaintiff failed to provide response to Section IV (E) regarding education history.

2. The attached authorizations for release of medical and other records all include a date.

### CAROLYN CARTER

1. Plaintiff failed to provide a response to Section V (A) (2) and (4).

2. The attached Authorization for Release of Medical Records includes a date. The attached Authorization for Use and Disclosure of Protected Health Information Pursuant to HIPPA is not properly initialed.

3. Plaintiff failed to include a signed Authorization for Release of Records (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity).

### SHANNON M. DEGRUY

1. Plaintiff failed to complete the attached authorizations for release of medical and other records in her individual capacity.

### JOYCE LACEY-GARRISON

1. The Authorization for Release of Medical and other Records includes a date (1/13/10). In the event this authorization expires, Defendant will seek supplementation.

2. The attached Privacy Act Release is incomplete. In the event FEMA requires Plaintiff to complete the release, Defendant will seek supplementation.

### LUGENIA T. SOLOMON

1. The attached authorizations for release of medical and other records include a date.

### PAUL BLACHE

1. Plaintiff failed to provide a response to Section IV (A) regarding dates of residence, subsections (B) through (G).

2. Plaintiff failed to provide a response to Section V (A) (3), (6) and (7), as well as subsection (9) through (20) and (B) through (E).

3. Plaintiff failed to provide a response to Section VI (A) through (G).

4. Plaintiff failed to provide a response to Section VII (A) through (C).

5. Plaintiff failed to provide a response to Section IX (A) through (F).

6. Plaintiff failed to complete the Certification.

7. Plaintiff failed to attach executed authorizations for release of medical and other records.

8. Plaintiff failed to attach an executed Privacy Act Release.

### ASTIN HUBBARD

1. Plaintiff failed to provide a response to Section III (C) (4) and (6) through (9).

2. Plaintiff failed to provide a complete response to Section IV (A) through (G).

3. Plaintiff failed to provide a response to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. Plaintiff failed to provide a response to Section V (A) (3) through (5), (7) through (20) and (B) through (E).

5. Plaintiff failed to provide a response to Section VI (A) through (G).

6. Plaintiff failed to provide a response to Section VII (A) through (C).

7. Plaintiff failed to provide a response to Section VIII (A) through (G).

8. Plaintiff failed to provide a response to Section IX (A) through (F).

9. Plaintiff failed to complete the Certification.

10. Plaintiff failed to attach executed authorizations for release of medical and other records.

11. Plaintiff failed to attach an executed Privacy Act Release.

## STARCRAFT RV, INC.

### JERRY MALLEY

1. The attached authorizations for release of medical and other records all include a date.

2. The attached Authorization for Use and Disclosure of Protected Health Information Pursuant to HIPPA is not properly initialed.