UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Gerard Hobden, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 09-7113* | | * | **MAG: CHASEZ** |

*******************************************************************

### RENEWED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS and FOR FAILURE TO COMPLY WITH COURT'S ORDER OF SEPTEMBER 12, 2011

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who, in compliance with the Court's Order (Rec. Doc. #22821), which granted plaintiffs, Chanda Meadows, Donna Meadows and Chanda Meadows, as next friend of Hannah Pryon, an additional fifteen days to cure deficiencies, and failing such cures to Plaintiff Fact Sheets, the Court instructed defendants that it "may move for dismissal as provided in Pre-Trial Orders Nos. 2 and 32...", now moves for dismissal of the three above-named plaintiffs with prejudice.

Accordingly, SunnyBrook, re-affirms and re-alleges its Motion to Dismiss (Rec. Doc. #22146) with the accompanying Memorandum in Support (Rec. Doc. #22146-3)

and Exhibits (Rec. Docs. ##22146-4 through 10)[1], and again moves the Court to dismiss the claims of plaintiffs herein, with prejudice, for failure to comply with the terms and conditions of the Court's Pre-Trial Orders Nos. 2 and 32, relating to the provisions of Plaintiff Fact Sheets regarding plaintiff, Donna Meadows, and also, for failure to comply with this Court's Order and Reasons (Rec. Doc. #22821) to have the 2nd Amended PFS furnished by opposing counsel verified by the individual plaintiffs, Chanda Meadows, in her personal capacity, and Chanda Meadows, on behalf of her minor child, Hannah Pyron.

Specifically, the plaintiffs are:

Chanda Meadows, individually (Plaintiff in *Gerard Hobden, et al v. SunnyBrook RV*, No. 09-7113);

Donna Meadows (Plaintiff in *Gerard Hobden, et al v. SunnyBrook RV*, No. 09-7113); and,

Chanda Meadows, as next friend of Hannah Pyron (Plaintiff in *Gerard Hobden, et al v. SunnyBrook RV*, No. 09-7113).

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

---

[1] See Rec. Doc. 22821, allowing defendant herein to refer to the initial Motion to Dismiss and supporting memoranda, including exhibits, in lieu of resubmitting exhibits and restating the history giving rise to the Motion. See also incorporated by reference, in *globo*, SunnyBrook RV's Reply to Plaintiffs' Opposition to Motion to Dismiss (Rec. Doc. #22331-2), Supplemental Response to Plaintiffs' Sur-Response (Rec. Doc. #22521-2) and Reply to Plaintiffs' Amended Sur-Response (Rec. Doc. #22766).

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 29th day of September, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery     ( ) Facsimile
( ) Prepaid U.S. Mail  ( ) UPS/Federal Express
( X ) Electronic Mail  ( ) Certified Mail, Return Receipt Requested

___/s/ Cynthia J. Thomas___
CYNTHIA J. THOMAS

3