# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 230057  
**Case Name** Meadows, Chanda Nachole  
**DOB** 9/26/1980  **SSN** 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  
**Cause No.** 2:09-cv-147 HSO-JMR  
**Case Style** Jackie Dillon, et. al. vs. Champion Home  

| Question # | Question |
|---|---|
| 1 | Client shall provide a supplemental response to the question of the move-in and move-out dates for each of the FEMA housing units in which plaintiffs resided, responses must be verified by the individual plaintiff. |

**Pet ID**: 1647  
**Def ID**: 75  
**Notice #**: MTD 1  

**Answer**  
We spoke with Chanda Meadows on 9/26/2011 and confirmed she lived in two FEMA housing units. She first moved into a Sunnybrook Travel Trailer in February, 2006 and then in August, 2006 she moved into a Champion Unit. She moved out of the Champion Unit in January, 2008.

_____  9/27/2011  
Plaintiff or Representative      Date

**EXHIBIT "1"**