## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 230206      **Cause No.** 09-7108
**Case Name** Pyron, Hannah Bradnelle      **Case Style** Ricky Calhoun, et. al. vs. Champion Home
**DOB** 2/22/2005    **SSN** 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

| Question # | Question |
|---|---|
| 1 | Client shall provide a supplemental response to the question of the move-in and move-out dates for each of the FEMA housing units in which plaintiffs resided, responses must be verified by the individual plaintiff. |

**Pet ID** 1647

**Def ID** 75

**Notice #** MTD 1

**Answer**

We spoke with Chanda Meadows on 9/26/2011 and confirmed she lived in two FEMA housing units. She first moved into a Sunnybrook Travel Trailer in February, 2006 and then in August, 2006 she moved into a Champion Unit. She moved out of the Champion Unit in January, 2008.

Chanda is qualified to provide this verification for Plaintiff Hannah Pyron due to she her biological mother and therefore her legal representative.

_____     9/27/2011
Plaintiff or Representative      Date

**EXHIBIT "2"**