# Plaintiff Fact Sheet Deficiency Answers

WGC# 248541  
Case Name Simien, Ashlyn Nechelle  
DOB 11/27/1988    SSN 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  
Cause No. 09-7848  
Case Style Kimberly Jackson, as Next Friend of T. J., a

| Question # | Question |
|---|---|
| 1 | |

Pet ID: 1438  
Def ID: 75  
Notice #:  

Answer:

| Question # | Question |
|---|---|
| 1 | III. C3-9 Symptoms |

Pet ID: 1438  
Def ID: 75  
Notice #: Def 3  

Answer: I do not recall any symptoms related to living in a FEMA trailer.

| Question # | Question |
|---|---|
| 2 | IV. F3 Statement re wage loss claim |

Pet ID: 1438  
Def ID: 75  
Notice #: Def 3  

Answer: I do not recall any wage loss.

| Question # | Question |
|---|---|
| 3 | IV. G Previous Claims/suits |

Pet ID: 1438  
Def ID: 75  
Notice #: Def 3  

Answer: I do not recall any previous lawsuits/and or claims.

| Question # | Question |
|---|---|

EXHIBIT "3"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248541  
**Case Name** Simien, Ashlyn Nechelle  
**DOB** 11/27/1988   **SSN** 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  
**Cause No.** 09-7848  
**Case Style** Kimberly Jackson, as Next Friend of T. J., a

| Question # | Question |
|---|---|
| 4 | V. D Repairs |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
I do not recall any repairs being done to my FEMA trailer.

| Question # | Question |
|---|---|
| 5 | VI. A-G Medical Background |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
I do not recall height, weight, weight prior to living in the FEMA trailer. I do not recall any smoking/tobacco information or any other information regarding smoking history, nor do I recall any pregnancy during the time in which I resided in the FEMA trailer or if I have suffered from any diseases or whether or not I have received a x-ray, ct scan, or MRI.

| Question # | Question |
|---|---|
| 6 | VII. A-D Medical Diagnosis |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
I do not recall any doctor or health care providers who treated me for each disease, illness or injury. I do not recall any psychological symptoms or emotional problems as a result of residing in a FEMA trailer not do I recall any healthcare provider telling me that my conditions are related to living in a FEMA trailer.

_____  
Plaintiff or Representative

6/14/2011  
Date