# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984  **SSN**

**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

| Question # | Question |
|---|---|
| 1 | IV. F3 Statement re wage loss claim |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**  
I do not recall whether I am making a claim for loss of wages or lost earning capacity.

| Question # | Question |
|---|---|
| 3 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**  
Manufacturer: Gulfstream

| Question # | Question |
|---|---|
| 6 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**  
I do not recall if any doctor(s) or health care provider(s) treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 7 | Certification |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

EXHIBIT "4"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984   **SSN**  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 9 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**
VIN: I do not recall the VIN Number.

| Question # | Question |
|---|---|
| 10 | Did not provide the FEMA Identification Number, as required by Section V (A)(3). |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**
940865277

| Question # | Question |
|---|---|
| 12 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID** 984  
**Def ID** 75  
**Notice #** Def 1

**Answer**
I do not recall my exact move in date.

| Question # | Question |
|---|---|
| 13 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |

**Pet ID** 984

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984  **SSN**

**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Def ID**  
75

**Notice #**  
Def 1

**Answer**  
I do not recall my exact move out date.

| Question # | Question |
|---|---|
| 14 | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8). |

**Pet ID**  
984

**Def ID**  
75

**Notice #**  
Def 1

**Answer**  
219 Dogwood Street  
Waveland, MS 39576

| Question # | Question |
|---|---|
| 19 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**  
984

**Def ID**  
75

**Notice #**  
Def 1

**Answer**  
I do not recall the average number of daily hours I spent in the FEMA housing unit.

| Question # | Question |
|---|---|
| 27 | VI. C Medical Background |

**Pet ID**  
984

**Def ID**  
75

**Notice #**  
Def 1

**Answer**  
I am a current user of tobacco products, however, I do not recall the usage amount over the years.

| Question # | Question |
|---|---|
| 30 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  **Cause No.** 1:09-cv-542 HSO JMR
**Case Name** Thigpen, Heather  **Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,
**DOB** 7/28/1984   **SSN**

| 984 |

**Def ID**

| 75 |

**Notice #**

| Def 1 |

**Answer**
I do not recall whether I was making a claim for loss wages or lost earning capacity.

_____   8/16/2011
Plaintiff or Representative          Date