UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Gerard Hobden, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| E.D. La. Suit No. 09-7113 | | * | MAG: CHASEZ |

******************************************************************

## ORDER

Considering SunnyBrook RV, Inc.'s Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets and for Failure to Comply with the Court's Order of September 12, 2011 (Rec. Doc. #22821):

**IT IS ORDERED** that the Motion is **GRANTED**, and that plaintiffs, Chanda Meadows, Donna Meadows and Hannah Pyron's claims against SunnyBrook RV, Inc. are hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
U. S. District Court
Eastern District of Louisiana