UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER           *       MDL NO. 1873
        FORMALDEHYDE PRODUCTS  *
        LIABILITY LITIGATION   *       SECTION "N-5"
                               *
THIS DOCUMENT RELATES TO:      *       JUDGE ENGELHARDT
*Paul Blache v. Jayco Enterprises, Inc.*  *
Docket No. 09-5388             *       MAG. JUDGE CHASEZ
Plaintiff: Paul Blache         *
*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco Enterprises, Inc. and Jayco, Inc. (together the "Jayco Defendants"), CH2M Hill Constructors, Inc., Fluor Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, **Paul Blache**, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ___30th___ day of ___September___, 2011.

_____
UNITED STATES DISTRICT JUDGE