## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                    SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Linda Ellen Authement, et al. v.*
*TL Industries, Inc., et al.*,
EDLA No. 10-3692
*********************************************************************************

## O R D E R

Considering the foregoing Motion for Leave to File First Supplemental and Amending

Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the foregoing

motion, reserving to defendants, **TL Industries, Inc.**, and **Fluor Enterprises, Inc.**, their rights

and defenses, including but not limited to (a) prescription and (b) the right to serve a notice of

deficiency to these plaintiffs concerning their PFS before or after April 1, 2012, notwithstanding

the terms of PTOs #s 86 & 88, and the right to move for dismissal if those deficiencies are not

cured in accordance with processes outlined in PTOs #s 2, 32 and 88.

NEW ORLEANS, LOUISIANA, _____30th_____ day of _____September_____, 2011.


                                        _____
                                        KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE