## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER     MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Linda Ellen Authement, et al. v.*
*TL Industries, Inc., et al.*,
EDLA No. 10-3692
*****************************************************************************

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Amending Complaint for Damages filed on their behalf with this Court on October 15, 2010.

1.

This First Supplemental and Amending Complaint for Damages names Jay J. Authement, Jr. as previously identified plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the above-captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiff be added to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiff originally was placed in a matched suit against an erroneously named manufacturer and only recently was able to correctly identify their manufacturer. Plaintiffs

seek to remedy this and in doing so comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by **TL Industries, Inc**., as the other plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Rec. Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a First Supplemental and Amending Complaint for Damages against the same manufacturer (**TL Industries, Inc.**).

5.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III,**
*A PROFESSIONAL LAW CORPORATION*

By:       s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
**Attorneys for Plaintiffs**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns<br>**ROBERTA L. BURNS**