# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
   ALISTAIR M. WARD
   CONNIE L. HAWKINS[4]
   CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Anthony G. Buzbee, Esq.
The Buzbee Law Firm
600 Travis Street, Suite 7300
Houston, Texas 77002

  Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
     USDC, EDLA, MDL № 09-1873
     Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**10-2336**  **Albert, Brenda v. Forest River**

| | |
|---|---|
| Barnes, Eugene | Casnaw, Irma |
| Burnett, Kelvin | Clayton, Brian |
| Butler, Anthony | Dennis, Julien |
| Butler, Mary | Fontenot, Shontay |
| Captain, Kayla | Hailey Fontenot |
| Kaleb Fontenot | Johnathan Fontenot, Jr. |
| Randy Fontenot | Justin Fontenot |
| Corsey, Benjamin Sr. | Nyriel Davis |
| Dillon, Damien | Shannon D'Bell Jr. |
| Duhe, Gwendolyn | Jetson, Gilda |



EXHIBIT A

The Buzbee Law Firm
May 2, 2011
Page 2 of 3

|  |  |
|---|---|
| Dupree, Annie | Johnson, Ashley |
| Hebert, Laura | Johnson, Keoka |
| Jones, Emma | Jones, Beatrice |
| Jones-Dillon, Latasha o/b/o Greggionte Jones | Jones, Zavion |
| | Lawrence, Arthur |
| Landry, Betty | Myles, Christine |
| Lauren Landry | Diamond Davenport |
| McCall, Gloria | Parker, Arthur |
| Meador, Tracey | Richard, Gary Sr. |
| Potts, David | Robesten-Chase, Linda |
| Reeves, Bridgette | Russell, Earnest |
| Thompson, Quintrell | Thompson, Sabrina |
| Wilson, Anthony | J▇▇▇ T▇▇▇ |
| Battie, Helen | Q▇▇▇ I▇▇▇ |
| Bibbins, Eugene | T▇▇ I▇ |
| D▇▇ C▇▇ | Thornton, Dianne |
| Bradley, Gregory | Washington, James |
| Brown, Latoya | |

| | |
|---|---|
| 09-2961 | **Baquet, Andrea v. Forest River** |
| | Davis, John A. |

| | | |
|---|---|---|
| 10-2304 | **Celestine, Betty v. Vanguard** | |
| | Celestine, Betty | Slan, George III |
| | Jones, Cornelius | Slan, George III o/b/o C▇▇ F▇ |
| | Jones, Cornelius o/b/o C▇▇ J▇ | |

| | | |
|---|---|---|
| 10-4663 | **Hill, Darrius v. Forest River** | |
| | McGrew, Larries | McGrew, Larries o/b/o D▇▇ H▇ |

| | | |
|---|---|---|
| 10-631 | **Jones, Hoover v. Forest River** | |
| | Boyd, Keisha | Jones, Hoover |

| | | |
|---|---|---|
| 09-8375 | **Lazard, Yvonne v. Vanguard** | |
| | Baham, Sarah | Kirk, Bobbie o/b/o C▇▇ K▇ |
| | Basquine, Arnold o/b/o A▇▇ G▇ | Kirk, Bobbie o/b/o J▇▇ S▇ |
| | Basquine, Arnold o/b/o R▇ L▇ | Lazard, Yvonne A. |
| | Battie, Duran Michael Sr. | Leonard, Timothy Ray |
| | Battie, Duran Sr. o/b/o D▇▇ B▇ | Lewis, Carrie Watson |
| | Battie, Duran Sr. obo D▇ M▇ B▇ | London, LaTonya |
| | Battie, Duran Sr. o/b/o D▇ B▇ | London, LaTonya o/b/o D▇ M▇ |
| | Battie, Jezmine M. | London, LaTonya o/b/o D▇ M▇ |
| | Battie, Tranace Alicia | London, LaTonya o/b/o D▇ M▇ |

The Buzbee Law Firm
May 2, 2011
Page 3 of 3



| | |
|---|---|
| Battie, Tranace o/b/o M___ B___ | London, LaTonya o/b/o E___ L___ |
| Blakes, Lionel | London, LaTonya o/b/o M___ L___ |
| Brown, Donna o/b/o D___ L___ R___ | London-Thomas, Deborah Christine |
| Brown, Gladys | London-Thomas, Deborah o/b/o K___ L___ |
| Chester, Betty o/b/o L___ C___ | London-Thomas, Deborah o/b/o R___ L___ |
| Chester, Betty o/b/o L___ C___ | Payne, Avis |
| Clarkston, Jazzie | Payne, Miranda |
| Edward, Paulette S. | Picot, Charles J. III |
| Fontenot, Shontay Laray | Rile, Nicole o/b/o I___ S___ S___ |
| Gardiner, Karen R. | Riley, Nicole Denise |
| Gilbert, Sheryl Diane | Riley, Nicole o/b/o N___ C.K. P___ |
| Goodman, Sandra Marie | Riley, Nicole obo S___ D___ M___ |
| Goodman, Sandra obo C___ G___ | Smith, Edison |
| Goodman, Sandra o/b/o D___ G___ | Thomas, Johnny Alvin |
| Goodman, Sandra obo D___ G___ | Walker, Loretta G. |
| Harris, Edmon | Waller, Christopher R. |
| Haynes, Cynthia obo L___ R___ III | Waller, James C. |
| Henry, Jerron Jozy | Waller, Jeanne F. |
| Hilton, Laura Ann | Washington, Cheryl A. |
| Hilton, Laura o/b/o G___ H___ | Washington, Cheryl o/b/o A___ W___ |
| Hilton, Laura o/b/o R___ H___ | Washington, Cheryl o/b/o I___ W___ |
| Jones, Naomi M. | West, Paulette S. |
| Jordan, Constance | Williams, Warneshia |
| Jordan, Constance o/b/o B___ L___ J___ | Williams, Warneshia o/b/o B___ W___ |
| Jordan, Consuella | Winston, Charles |
| Kirk, Bobbie | |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz