# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

June 10th, 2011

**Via Email and Regular U.S. Mail**
Carson W. Strickland
cstrickland@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139

Re:   *In Re: FEMA Trailer Products Liability Litigation*
        In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873

Dear Counsel:

We received your correspondence regarding missing Plaintiff Fact Sheets for our clients that lived in Forest River or Vanguard units. We found that many had been previously submitted by the Claims Office, but either had their other trailer listed as manufacturer or had an unknown manufacturer listed at that time. Other Plaintiff Fact Sheets were submitted by our office but did not have the trailer information completed at that time. Enclosed you will find a CD that contains some of the missing Plaintiff Fact Sheets as well as Errata Sheets that cure many of the trailer related deficiencies. The Buzbee Law Firm clients on this CD are listed in Schedule A.

Yours Very Truly,

David Carr

DCC

Enclosure

cc:

**Via E-Mail**
Anthony G. Buzbee
Peter K. Taaffe
Andrew D. Weinstock
Gerald Meunier
Justin Woods

| 1910 Ice & Cold Storage Building | JPMorgan Chase Tower (Principal Office) | 200 East Cano |
|---|---|---|
| 104 21st Street (Moody Ave.) | 600 Travis, Suite 7300 | Edinb_ |
| Galveston, Texas 77550 | Houston, Texas 77002 | By A |
| By Appointment Only | Telephone: (713) 223-5393 | |
| | Facsimile: (713) 223-5909 | |

EXHIBIT B

Schedule A

1. Sarah Baham
2. Eugene Barnes
3. Arnold Basquine obo A█████ G█████
4. Arnold Basquine obo R██ L██
5. Duran Battie Sr. obo D█████ M█████ B███ Jr.
6. Duran Michael Battie Sr.
7. Duran Battie Sr. obo D█████ B███
8. Duronte Battie
9. Helen Hutchinson Battie
10. Jezmine M Battie
11. Tranace Battie obo M█████ B███
12. Tranace Alicia Battie
13. Eugene Bibbins
14. Lionel Blakes
15. Gregory Bradley
16. Donna Brown obo D███ L██ R████████
17. Gladys Brown
18. Latoya Lee Brown
19. Kelvin Willie Burnett
20. Antoinette Butler obo A█████ U███
21. Anthony Butler
22. Mary Butler
23. Kayla Danyel Captain
24. Kayla Captain obo K███ F████████
25. Kayla Captain obo R███ F████
26. Irma Casnaw
27. Betty Celestine
28. Betty Chester obo L███ C████
29. Betty Chester obo L███ C████
30. Brian Clayton
31. Benjamin I. Corsey Sr.
32. John A. Davis
33. Julien Maurice Dennis
34. Damien Dillon
35. Gwendolyn Faye Duhe
36. Annie Mae Dupree
37. Paulette S. Edward
38. Shontay Fontenot obo H███ F████████
39. Shontay Fontenot obo Ju██ F████████
40. Shontay Laray Fontenot
41. Shontay Fontenot obo J█████ F█████ Jr.
42. Napoleon Foster obo N█████ N██████ D███
43. Karen R. Gardiner
44. Sheryl Diane Gilbert
45. Stephanie Gobert obo S█████ D███ Jr.



46. Sandra Goodman obo C G
47. Sandra Goodman obo D G
48. Sandra Goodman obo D G
49. Sandra Marie Goodman
50. Edmon Harris
51. LeRoy Richardson III
52. Jerron Jozy Henry
53. Laura Herbert
54. Laura Ann Hilton
55. Laura Hilton obo G H
56. Laura Hilton obo R H
57. Gilda Jetson
58. Ashley Terrilyn Johnson
59. Keoka Rocketta Johnson
60. Beatrice Jones
61. Cornelius Jones
62. Cornelius Jones obo C J
63. Latasha Jones-Dillon obo G J
64. Emma Jean Jones
65. Hoover Jones
66. Naomi M. Jones
67. Zavion Jones
68. Contance Jordan obo B L J
69. Constance Jordan
70. Consuella Jordan
71. Bobbie Kirk
72. Bobbie Kirk obo C K
73. Bobbie Kirk obo J S
74. Betty Landry
75. Betty Landry obo L L
76. Arthur Octave Lawrence
77. Yvonne A. Lazard
78. Roy Roger Lee
79. Timothy Ray Leonard
80. Carrie Watson Lewis
81. Latonya Sherrie London
82. LaTonya London obo E L
83. LaTonya London obo M L
84. LaTonya London obo D M
85. LaTonya London obo D M
86. LaTonya London obo D M
87. Deborah London-Thomas obo K L
88. Deborah London-Thomas obo R L
89. Deborah Christine London-Thomas
90. Gloria McCall
91. Larries McGrew obo D T. H





92. Larries D. McGrew
93. Tracey Meador
94. Christine Myles obo D█████ D████████
95. Christine Myles
96. Arthur Ellis Parker
97. Avis Payne
98. Miranda Payne
99. Charles J. Picot III
100. David W. Potts
101. Bridgette Reeves
102. Gary Richard Sr.
103. Nicole Riley obo S█████ D██████ M████
104. Nicole Riley obo N███ C.K. P████
105. Nicole Denise Riley
106. Nicole Denise Riley obo I██ S████ S█████
107. Linda M.R. Robesten-Chase
108. Earnest J. Russell
109. George Slan III obo C████ R████
110. George Slan III
111. Edison Smith
112. Joshua Smith
113. Johnny Alvin Thomas
114. Quintrell Thompson
115. Sabrina Thompson obo J██████ T████████
116. Sabrina Thompson obo Q██████ T███████
117. Sabrina Denise Thompson
118. Sabrina Thompson obo T████████████
119. Dianne M. Thornton
120. Loretta G. Walker
121. Christopher R. Waller
122. James C. Waller
123. Jeanne F. Waller
124. Cheryl Washington obo A████ W. W████████
125. Cheryl A. Washington
126. Cheryl Washington obo I████ W█████████
127. James Washington
128. Paulette S. West
129. Warneshia Williams obo B████ W██████
130. Warneshia Williams
131. Anthony J. Wilson
132. Charles Winston