# ERRATA SHEET

**Claimant Name: Hoover Jones**

**Claimant's Attorney: The Buzbee Law Firm**

    **1. Manufacturer:** Forest River

    **2. VIN:** 4X4PCBR246H070126

    **3. SSN:** 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

_____          _____
**Plaintiff or Representative**                              6-6-11  **Date**

**EXHIBIT**

C-1

# ERRATA SHEET

**Claimant Name:** Eugene Bibbins

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: March 2, 2009

1. **Manufacturer:** Forest River

6-6-11

**Plaintiff or Representative**                                    **Date**

EXHIBIT

C-2

## ERRATA SHEET

**Claimant Name: D█████ C████████**

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: March 2, 2009

1. **Manufacturer:** Forest River

_(signature)_                                     6-6-11

**Plaintiff or Representative**                   **Da**

EXHIBIT

C-3

# ERRATA SHEET

**Claimant Name:** Latoya Brown

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET SUBMITTED TO DEFENSE BY CLAIMS CENTER ON: July 25, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TTN30286C26236

_(signature)_                                          6-6-11

**Plaintiff or Representative**                    **Date**

EXHIBIT

C-4

# ERRATA SHEET

**Claimant Name:** Brian Clayton

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 28, 2009

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH236C0888

_(signature)_                                                    6-6-11

**Plaintiff or Representative**                          D

EXHIBIT

C-5

# ERRATA SHEET

**Claimant Name:** Julien Dennis

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TFLC246D089710

_(signature)_                                    6-6-11

**Plaintiff or Representative**                  D:

EXHIBIT

C-6

## ERRATA SHEET

**Claimant Name:** Ashley Johnson

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 2, 2009

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH226C008929

**Plaintiff or Representative**

**Da** 6-6-11

EXHIBIT

C-7

# ERRATA SHEET

**Claimant Name:** Keoka Johnson

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET SUBMITTED TO DEFENSE BY CLAIMS CENTER ON: July 5, 2009

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH226C008929

_____

**Plaintiff or Representative**

6-6-11

**Da**

**EXHIBIT**

C-8

# ERRATA SHEET

**Claimant Name: Beatrice Jones**

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMY206C008167

**Plaintiff or Representative**

6-6-11

Da

EXHIBIT

C-9

# ERRATA SHEET

**Claimant Name: Zavion Jones**

**Claimant's Attorney: The Buzbee Law Firm**

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH255J014735

3. **Trailer Address:** 616 North Blake St. Lake Charles, LA 70601

4. **Date of Birth:** 6/17/1991

5. **SSN:** 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

_____
**Plaintiff or Representative**

6-6-11
**Date**

EXHIBIT

C-10

# ERRATA SHEET

**Claimant Name:** Arthur Lawrence

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TRLC295D807306

**Plaintiff or Representative**

6-6-11

Da

EXHIBIT

C-11

# ERRATA SHEET

**Claimant Name: Christine Myles**

**Claimant's Attorney: The Buzbee Law Firm**

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH205J014724

3. **Trailer Address:** 5400 Norgate Dr. New Orleans, LA 70127

4. **Date of Birth:** 1/6/1952

5. **SSN:** 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

_____          6-6-11
**Plaintiff or Representative**          **Date**

EXHIBIT
C-12

# ERRATA SHEET

**Claimant Name:** Arthur Parker

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH226J030280

6-6-11

**Plaintiff or Representative**

**Da**

EXHIBIT

C-13

# ERRATA SHEET

**Claimant Name:** Gary Richard Sr.

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: March 28, 2009

1. **Manufacturer:** Forest River

_(signature)_                                    6-6-11

**Plaintiff or Representative**                 Da

EXHIBIT
C-14

# ERRATA SHEET

**Claimant Name:** Earnest Russell

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TWDE225A234634

**Plaintiff or Representative**                              Da

6-6-11

EXHIBIT

tabbies

C-15

# ERRATA SHEET

**Claimant Name:** Sabrina Thompson

**Claimant's Attorney:** The Buzbee Law Firm

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TFLB255D084256

**Plaintiff or Representative**                              **Da**

6-6-11

EXHIBIT

C-16

# ERRATA SHEET

**Claimant Name: J█████ T██████**

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TFLB255D084256

6-6-11

**Plaintiff or Representative**

**EXHIBIT**

C-17

# ERRATA SHEET

**Claimant Name:** Q████ T█████

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TFLB255D084256

**Plaintiff or Representative**

6-6-11

**D**

EXHIBIT

C-18

## ERRATA SHEET

**Claimant Name:** T█ T██████

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET SUBMITTED TO DEFENSE BY CLAIMS CENTER ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TFLB255D084256

**Plaintiff or Representative**

6-6-11

D

**EXHIBIT**

C-19

## ERRATA SHEET

**Claimant Name: Dianne Thornton**

**Claimant's Attorney: The Buzbee Law Firm**

# ORIGINAL PLAINTIFF FACT SHEET
# SUBMITTED TO DEFENSE BY CLAIMS CENTER
# ON: July 16, 2008

1. **Manufacturer:** Forest River

2. **VIN:** 4X4TSMH246C008995

_Plaintiff or Representative_

6-6-11

EXHIBIT

C-20

## ERRATA SHEET

**Claimant Name:** James Washington

**Claimant's Attorney:** The Buzbee Law Firm

## ORIGINAL PLAINTIFF FACT SHEET SUBMITTED TO DEFENSE BY CLAIMS CENTER ON: May 6, 2009

1.  **Manufacturer:** Forest River

2.  **VIN:** 4X4TCKD296P097298

6-6-11

**Plaintiff or Representative**                                         **D**

EXHIBIT

C-21