UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8374 and 11-0850 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Forest River, Inc.'s *Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets* will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana, on October 19, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

    Respectfully Submitted,

    **GIEGER, LABORDE & LAPEROUSE, LLC**

    BY: /s/ Ernest P. Gieger, Jr.
    ERNEST P. GIEGER, JR. (6154)
    ANDREW A. BRAUN (#3415)
    J. MICHAEL DIGIGLIA (24378)
    GIEGER, LABORDE & LAPEROUSE, L.L.C.
    One Shell Square
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Telephone: (504) 561-0400
    Facsimile: (504) 561-1011
    egieger@glllaw.com
    abraun@glllaw.com
    mdigiglia@glllaw.com
    **ATTORNEYS FOR FOREST RIVER, INC., LLC**

**CERTIFICATE OF SERVICE**

  I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on September 30, 2011 via electronic filing.

                /s/ Ernest P. Gieger, Jr.