# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

| Question # | Question |
|---|---|
| 1. | Maiden or other names used or by which you have been known: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I have used my maiden name Domingo. Now I am married and use the last name Labat. |

| Question # | Question |
|---|---|
| 2. | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? If "Yes," for each provider; Contact Information, description of condition, medications: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I am not claiming mental and/or emotional damages. |

| Question # | Question |
|---|---|
| 3. | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? If "Yes," state the amount of your claim: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 4. | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

present. Before I lived at that address, I lived at 2817 Riverbend Dr. Violet, LA 70092 from May 2007 to August 2009. Before I lived at that address, I lived at 2200 Flamingo Dr. St. Bernard, LA 70085 from February 2006 to May 2007.

| Question # | Question |
|---|---|
| 5. | State Driver's License Number and State Issuing License |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
My drivers license is from Louisiana number is 008970794.

| Question # | Question |
|---|---|
| 6. | Date and Place of Birth: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I was born in Slidell, LA on December 17, 1986.

| Question # | Question |
|---|---|
| 7. | Identify the highest level of education (high school, college, university or other (educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I attended Our Lady of Holy Cross College in January 2006 studying nursing.

| Question # | Question |
|---|---|
| 8. | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID** 920
**Def ID** 42

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

**Notice #**
Def 1

**Answer**
I do not have a current employer. I do not recall my last employer it has been 3 years.

| **Question #** | **Question** |
|---|---|
| 9. | List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |

**Notice #**
Def 1

**Answer**
I worked at Wal Mart. It is located at 235 Frontage Road Picayune, MS 39466. The phone number is (601) 799-3455. I worked there from October 2005 to February 2006.

I worked at Dollar Deals and Gold Star but they do not exist anymore.

| **Question #** | **Question** |
|---|---|
| 10. | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home |
| **Pet ID** | If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004: |
| 920 | Total amount of time which you have lost from work as a result of any and all condition(s) related to |
| **Def ID** | residing in a FEMA trailer or mobile home, and the amount of income that you lost |
| 42 | |

**Notice #**
Def 1

**Answer**
I am not making a wage loss claim.

| **Question #** | **Question** |
|---|---|
| 11. | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? |
| **Pet ID** | If "Yes," state to the best of your knowledge the court in which such action was filed, case name |
| 920 | and/or names of adverse parties, and nature of the sickness or disease |
| **Def ID** | |
| 42 | |

**Notice #**
Def 1

**Answer**
I have not filed a lawsuit or made a claim.

| **Question #** | **Question** |
|---|---|
| 12. | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin |
| **Pet ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647                              **Cause No.** 09-4730
**Case Name** Domingo, Laura                  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986   **SSN** 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

| | |
|---|---|
| 920 | disease, neurological disease, allergies, or cancer]. If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
My son Trey Labat had a respiratory condition he is 3 years old. He is not deceased.

| **Question #** | **Question** |
|---|---|
| 13. | Are you are claiming the wrongful death of a family member related to formaldehyde? ci If "Yes," state the name of the deceased and fill out a separate form for the deceased. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
I am not claiming a wrongful death.

| **Question #** | **Question** |
|---|---|
| 14. | Move-in Date: |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
The first trailer in which I resided was a Pilgrim trailer. I lived there from January, 2006 until March, 2006. I the moved into a second trailer, where I lived from March, 2006 until January, 2007. I later moved into my mother-in-law's trailer where I lived from January, 2007 until September, 2008.

| **Question #** | **Question** |
|---|---|
| 15. | Move-out Date |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**
The first trailer in which I resided was a Pilgrim trailer. I lived there from January, 2006 until March, 2006. I the moved into a second trailer, where I lived from March, 2006 until January, 2007. I later

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

moved into my mother-in-law's trailer where I lived from January, 2007 until September, 2008.

| Question # | Question |
|---|---|
| 16. | Was the FEMA trailer or mobile home located in a trailer park or on private property? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA trailer was on private property.

| Question # | Question |
|---|---|
| 17. | State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I stopped living in the FEMA Trailer due to I had to move.

| Question # | Question |
|---|---|
| 18. | Please state the approximate square footage of the FEMA housing unit: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not know this as I never received any paper work on this, nor do I know how to research this or estimate this.

| Question # | Question |
|---|---|
| 19. | State the approximate length and width of the FEMA housing unit |

**Pet ID** 920
**Def ID** 42
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

Def 1

**Answer**
6 feet wide and 40 feet long

| Question # | Question |
|---|---|
| 20. | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
24/7

| Question # | Question |
|---|---|
| 21. | Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
was jacked up

| Question # | Question |
|---|---|
| 22. | Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
yes

| Question # | Question |
|---|---|
| 23. | Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID** 920
**Def ID** 42
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

Def 1

**Answer**
yes

| Question # | Question |
|---|---|
| 24. | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No

| Question # | Question |
|---|---|
| 25. | Is/was propane gas used in the FEMA housing unit? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
yes

| Question # | Question |
|---|---|
| 26. | How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 0 |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I never worked outside the home as I did not work

| Question # | Question |
|---|---|
| 27. | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: Where did you temporarily live? For what period of time did you temporarily live in another location? |

**Pet ID** 920
**Def ID** 42
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

**Def 1**

**Answer**
No I never temporarily live in another location during the time you resided in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 28. | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
There has not been any air quality tests ever been performed on your FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 29. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? Date and reason for fumigation: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
My FEMA trailer was never fumigated for insects or any other reason.

| Question # | Question |
|---|---|
| 30. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
Yes there were repairs, service, and/or maintenance performed on my FEMA trailer.

| Question # | Question |
|---|---|
| 31. | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |

**Pet ID** 920
**Def ID** 42

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

**Notice #** Def 1

**Answer**
Myself Laura Domingo, 504-402-9098, 2208 Flamingo Dr. St. Bernard, LA 70085.
My children Michael Labat III and Trey Labat, 504-402-9098, 2208 Flamingo Dr. St. Bernard, LA 70085. And my husband Michael Labat Jr.

**Question #** 32.
**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Question**
Height:
Current Weight:
Weight prior to living in a FEMA trailer or mobile home:

**Answer**
My height 5'2". My current weight is 150 lbs and my weight before living in the trailer was 125 lbs.

**Question #** 33.
**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Question**
If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:
Amount smoked or used on average, if you know, per day and number of years.
Smoker's relationship to you:
Whether the smoking occurred inside, outside or both.

**Answer**
No one who lived in my FEMA housing unit is or was a
smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

**Question #** 34.
**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Question**
Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
If yes, what was the date of birth?
Did your pregnancy terminate in a miscarriage or a stillborn child?

**Answer**
No I was not pregnant during the time in which I resided in a FEMA trailer or mobile home.

**Question #** 35.
**Pet ID** 920

**Question**
Have you ever suffered from lung or other respiratory disease?
If yes, provide name, date and description of each illness, disease or abnormal condition

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

**Def ID** 42
**Notice #** Def 1

**Answer**
No I have never suffered from lung or other respiratory disease.

| Question # | Question |
|---|---|
| 36. | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis) If yes, provide name, date and description of each illness, disease I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or diseaseor abnormal condition |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No, I have never suffered from infectious disease.

| Question # | Question |
|---|---|
| 37. | Have you ever suffered from long-term stomach or bowel disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No I have never suffered from long-term stomach or bowel disease.

| Question # | Question |
|---|---|
| 38. | Have you ever suffered from skin disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No I have never suffered from Skin disease.

| Question # | Question |
|---|---|
| 39. | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |

**Pet ID** 920

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  
**Cause No.** 09-4730  
**Case Name** Domingo, Laura  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,  
**DOB** 12/17/1986   **SSN** 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

**Def ID** 42  
**Notice #** Def 1

**Answer**  
No I have never has any of these test.

| Question # | Question |
|---|---|
| 40. | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
did not seek treatment.

| Question # | Question |
|---|---|
| 41. | If you are alleging psychological symptoms or emotional problems as a result of living N in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
not claiming

| Question # | Question |
|---|---|
| 42. | Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? If "yes," please provide the name and address of the health care professional. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
no health care provider told me

| Question # | Question |
|---|---|
| 43. | Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. |

**Pet ID** 920

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647  **Cause No.** 09-4730
**Case Name** Domingo, Laura  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 12/17/1986  **SSN** 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

**Def ID** 42
**Notice #** Def 1

**Answer**
Please see attached Standard Form 95.

| Question # | Question |
|---|---|
| 44. | For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 45. | Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [If original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 46. | Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
My current family and/or primary care physician is Dr. Tammy. She is located at 8301 W Judge Perez Dr Chalmette, LA 70043-1656. The phone number is (504) 278-1884.

# Plaintiff Fact Sheet Deficiency Answers

| | | | |
|---|---|---|---|
| **WGC#** | 223647 | **Cause No.** | 09-4730 |
| **Case Name** | Domingo, Laura | **Case Style** | Swanica Nero, Et. al. vs. Pilgirm International, |
| **DOB** | 12/17/1986  **SSN** 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 | | |

| Question # | Question |
|---|---|
| 47. | Identify your primary care physicians for the last seven (7) years, including address and telephone number. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | My primary care physician for the last 7 years is Dr. Tammy. She is located at 8301 W Judge Perez Dr Chalmette, LA 70043-1656. The phone number is (504) 278-1884. |

| Question # | Question |
|---|---|
| 48. | Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I have not recvd any in pt. treatment |

| Question # | Question |
|---|---|
| 49. | Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I have not recvd any out pt. treatment |

| Question # | Question |
|---|---|
| 50. | Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223647   **Cause No.** 09-4730

**Case Name** Domingo, Laura   **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**DOB** 12/17/1986   **SSN** 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

**Answer**

Bradly pharmacy  8115 E Saint Bernard Hwy LA and the phone number is 504-682-5236

_____   9/30/2011
Plaintiff or Representative      Date