# EXHIBIT "A"
## Plaintiff Fact Sheet Deficiency Answers

WGC# 215020  
Case Name Saunders, Penny  
DOB 10/18/1963  SSN  

Cause No. 09-4730  
Case Style Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 1. | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? If "Yes," for each provider; Contact Information, description of condition, medications: |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
I am not claiming any emotional or mental damages.

| Question # | Question |
|---|---|
| 2. | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? If "Yes," state the amount of your claim: |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 3. | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**
1. 347 Oleander dr..    2002-2007  
   Slidell, LA 70458
2. 1527 11th St.         2007-2008  
   Slidell, LA 70458
3. 2007 Crane St.        2008-2009  
   Slidell, LA 70458
4. 103 Cathedrile Court  2009-2009  
   New Castle, CO 81647
5. 1850 Harbor Drive Apt. 103   2009-present  
   Slidell, LA 70458

| Question # | Question |
|---|---|
| 4. | State Driver's License Number and State Issuing License |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963   **SSN**

**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
My driver's license number is 0044893766. The issuing state is Louisiana.

| Question # | Question |
|---|---|
| 5. | Date and Place of Birth: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
I was born October 18, 1963 in New Orleans LA.

| Question # | Question |
|---|---|
| 6. | Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
I attended 2 years of college and have a degree in computers.

| Question # | Question |
|---|---|
| 7. | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
Eagle experior was my last employer. I have not worked since then. They no longer exist because they did not rebuild after the hurricane.

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 8. | List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
I have not worked since Katrina and Eagle Experior was my last job and I held that job since 1998.

| Question # | Question |
|---|---|
| 9. | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home<br>If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004:<br>Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
No I am no making a claim for lost wages.

| Question # | Question |
|---|---|
| 10. | Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?<br>If "Yes," state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
I have never filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents.

| Question # | Question |
|---|---|
| 11. | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].<br>If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**  
My mother Linda Wood suffered from Lymphoma and her cause of death was cancer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 10/18/1963  **SSN**

| Question # | Question |
|---|---|
| 12. | Are you are claiming the wrongful death of a family member related to formaldehyde? If "Yes," state the name of the deceased and fill out a separate form for the deceased. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No I am not claiming the wrongful death of a family member related to formaldehyde.

| Question # | Question |
|---|---|
| 13. | Please provide the following information regarding the FEMA trailer or mobile home. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
Please see below questions.

| Question # | Question |
|---|---|
| 14. | Manufacturer of trailer or mobile home: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
After matching my information with the government, it was found that I lived in a Pilgrim travel trailer, not a Gulfstream.

| Question # | Question |
|---|---|
| 15. | Was the FEMA trailer or mobile home located in a trailer park or on private property? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | The FEMA housing unit was located on private property |

| Question # | Question |
|---|---|
| 16. | State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
The reason we stopped living in the FEMA housing unit was because my home was fixed and children were becoming sick.

| Question # | Question |
|---|---|
| 17. | Please state the approximate square footage of the FEMA housing unit: |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
The approximate square footage of the FEMA housing unit was 192 square feet and 24x8.

| Question # | Question |
|---|---|
| 18. | State the approximate length and width of the FEMA housing unit |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

**Answer**  
The approximate square footage of the FEMA housing unit was 192 square feet and 24x8.

| Question # | Question |
|---|---|
| 19. | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID**  
920

**Def ID**  
42

**Notice #**  
Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Answer**  
I spent about 16 hours a day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 20. | Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes the FEMA unit was jacked up.

| Question # | Question |
|---|---|
| 21. | Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes the FEMA unit was hooked up to a sewer line.

| Question # | Question |
|---|---|
| 22. | Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes the FEMA unit was hooked up to a electrical line.

| Question # | Question |
|---|---|
| 23. | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Answer**  
No the FEMA unit was not hooked up to a natural gas line.

| Question # | Question |
|---|---|
| 24. | Is/was propane gas used in the FEMA housing unit? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes propane was used in the FEMA unit.

| Question # | Question |
|---|---|
| 25. | How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I worked about 8 hours a day outside of the FEMA unit.

| Question # | Question |
|---|---|
| 26. | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: Where did you temporarily live? For what period of time did you temporarily live in another location? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No I did not live in a different location during the time I resided in the FEMA unit.

| Question # | Question |
|---|---|
| 27. | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 10/18/1963  **SSN**

**Answer**
No air quality tests were not performed.

| Question # | Question |
|---|---|
| 28. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? Date and reason for fumigation: |
| Pet ID | |
| 920 | |
| Def ID | |
| 42 | |
| Notice # | |
| Def 1 | |

**Answer**
No the trailer was never fumigated.

| Question # | Question |
|---|---|
| 29. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |
| Pet ID | |
| 920 | |
| Def ID | |
| 42 | |
| Notice # | |
| Def 1 | |

**Answer**
No repairs, service or maintenance was performed on the FEMA unit.

| Question # | Question |
|---|---|
| 30. | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| Pet ID | |
| 920 | |
| Def ID | |
| 42 | |
| Notice # | |
| Def 1 | |

**Answer**
Brandi Saunders, Jeffery Navarre, Penny Saunders, and Dustin Goode were the individuals who lived in the trailer. Jeffery Navarre lives at 36485 Salmen St., Slidell LA, 70460. Brandi, Penny, and Dustin live at 1850 Harbor Dr. Apt # 103, Slidell LA, 70458.

| Question # | Question |
|---|---|
| 31. | Height: Current Weight: Weight prior to living in a FEMA trailer or mobile home: |
| Pet ID | |
| 920 | |
| Def ID | |
| 42 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963    **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Notice #**  
Def 1

**Answer**  
My current weight is 155 lbs. I weighed 125 lbs prior to moving into the trailer.

| Question # | Question |
|---|---|
| 32. | If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:<br>Amount smoked or used on average, if you know, per day and number of years.<br>Smoker's relationship to you:<br>Whether the smoking occurred inside, outside or both. |

**Pet ID** 920  
**Def ID** 42

**Notice #**  
Def 1

**Answer**  
No one who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigar/pipe tobacco or user of chewing tobacco/ snuff.

| Question # | Question |
|---|---|
| 33. | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?<br>If yes, what was the date of birth?<br>Did your pregnancy terminate in a miscarriage or a stillborn child? |

**Pet ID** 920  
**Def ID** 42

**Notice #**  
Def 1

**Answer**  
No I was not pregnant at the time in which I resided in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 34. | Have you ever suffered from lung or other respiratory disease?<br>If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920  
**Def ID** 42

**Notice #**  
Def 1

**Answer**  
No I have never suffered form lung or other respiratory diseases.

| Question # | Question |
|---|---|
| 35. | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)<br>If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Def ID** 42

**Notice #** Def 1

**Answer**  
No I have never suffered from infectious disease.

| Question # | Question |
|---|---|
| 36. | Have you ever suffered from long-term stomach or bowel disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
No I have never suffered from long term stomach or bowel disease.

| Question # | Question |
|---|---|
| 37. | Have you ever suffered from skin disease? If yes, provide name, date and description of each illness, disease or abnormal condition |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
No I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 38. | To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken |

**Pet ID** 920

**Def ID** 42

**Notice #** Def 1

**Answer**  
Yes I have had a chest xray, CT Scan or MRI.

| Question # | Question |
|---|---|
| 39. | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including address, telephone number, dates of treatment and doctor's specialty |

**Pet ID** 920

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020      **Cause No.** 09-4730
**Case Name** Saunders, Penny      **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 10/18/1963    **SSN**

**Def ID**
42

**Notice #**
Def 1

**Answer**
I was treated for stomach pains, dizziness/shaky, anxiety type symptoms at
North Shore-Ochsner Memorial Hospital
100 Medical Center Drive, Slidell, LA
(985) 646-5009
I was never diagnosed, only treated on 12/2006.

**Question #** 40.
**Pet ID** 920
**Question** If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations].

**Def ID** 42

**Notice #** Def 1

**Answer**
I am not claiming emotional problems or psychological symptoms.

**Question #** 41.
**Pet ID** 920
**Question** Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
If "yes," please provide the name and address of the health care professional.

**Def ID** 42

**Notice #** Def 1

**Answer**
No healthcare professional has told me my injuries were a result of living in the FEMA unit.

**Question #** 42.
**Pet ID** 920
**Question** Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.

**Def ID** 42

**Notice #** Def 1

**Answer**
Please see attached, signed Standard Form 95.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  
**Case Name** Saunders, Penny  
**DOB** 10/18/1963  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 43. | For each medical provider and pharmacy identified in sections a through f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not recall each medical provider and pharmacy. Furthermore, I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 44. | Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 45. | Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
This does not pertain to me as I do not have a primary care physician.

| Question # | Question |
|---|---|
| 46. | Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215020  **Cause No.** 09-4730
**Case Name** Saunders, Penny  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 10/18/1963  **SSN**

Def 1

**Answer**
This does not pertain to me as I do not have a primary care physician.

| Question # | Question |
|---|---|
| 47. | Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I have received inpatient treatment at North Shore-Ochsner Memorial Hospital 100 Medical Center Drive, Slidell, LA (985) 646-5009 and Slidell Memorial Hospital 1001 Gause Boulevard, Slidell, LA (800) 956-0117.

| Question # | Question |
|---|---|
| 48. | Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I have received outpatient treatment at North Shore-Ochsner Memorial Hospital 100 Medical Center Drive, Slidell, LA (985) 646-5009 and Slidell Memorial Hospital 1001 Gause Boulevard, Slidell, LA (800) 956-0117.

| Question # | Question |
|---|---|
| 49. | Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The following pharmacies have dispensed medication: Walgreens at 1260 Front St, Slidell, LA (985) 641-5557 and Walgreens at 4142 Pontchartrain Drive, Slidell, LA (985) 649-3490.

09/16/2011 17:11 9857812506 OFFICE DEPOT PAGE 03/03
SEP/16/2011/FRI 04:51 PM WattsGuerraCraft MT FAX No. 361-882-1261 P. 003

Saunders, Penny - WGC#215020

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    **Penny Saunders**         9-16-2011
**Signature of Plaintiff**        **Print Your Name**         **Date**

RECEIVED

Sep 16 2011

WATTS GUERRA CRAFT, LLP