UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | * | |
| *Specialty Ins. Co., et al*. | * | |
| No. 09-4730; | * | |
| Plaintiff: Penny Saunders | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Penny Saunders.

3. On September 8, 2011, we began calling Penny Saunders twice a day, using the phone numbers on file. On September 15, 2011, we reached a woman named Lillian, who gave us a second number for Jeffery. Through Jeffery, we were able to leave a message for Penny.

4. Shortly after the call to Jeffrey, we were able to speak with Penny and obtained answers several outstanding deficiencies. On September 26, 2011, we again talked and Penny informed us she had never received our letters that we sent in May and June 2011. Penny also informed us she had moved and changed her phone number. She had not previously informed us that she had moved and had a new phone number. It appears our earlier letters to Penny regarding deficiencies went to her old address and were not forwarded. We updated our files for future reference.

Signed this the __30th__ day of __September__, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __30th__ day of __September__, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2