UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Augustine v. Crum & Forster Specialty Ins. Co., et al*, 09-8457; | * | |
| *Demolle v. Crum and Forster Specialty Ins. Co., et al*, 09-8455 | * | |
| *Smith v. Crum and Forster Specialty Ins. Co., et al.* 09-8454 | * | |
| *Arnold v. Crum and Forster Specialty Ins. Co.,et al.* 09-8458 | * | |
| *Allen v. Crum and Forster Specialty Ins. Co., et al.,* 09-8456 | * | |
| *Hobson v. Crum and Forster Specialty Ins. Co., et al*, 10-2525 | * | |
| *Brunet v. Crum and Forster Specialty Ins. Co., et al.,* 10-2493 | * | |
| *Jackson v. Crum and Forster Specialty Ins. Co., et al.,* 10-2528 | * | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al.,* 10-3610 | * | |
| *James v. Crum and Forster Specialty Ins. Co., et al.,* 10-3612 | * | |
| *Medley v. Crum and Forster Specialty Ins. Co., et al.,*10-3619 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINTS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint a direct cause of action against Burlington Insurance Company ("Burlington") for the damages caused by their

insured, Pilgrim International, Inc. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

                Respectfully submitted,
/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)