UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Augustine v. Crum & Forster Specialty Ins. Co., et al*, 09-8457; | * | |
| *Demolle v. Crum and Forster Specialty Ins. Co., et al*, 09-8455 | * | |
| *Smith v. Crum and Forster Specialty Ins. Co., et al.* 09-8454 | * | |
| *Arnold v. Crum and Forster Specialty Ins. Co.,et al.* 09-8458 | * | |
| *Allen v. Crum and Forster Specialty Ins. Co., et al.,* 09-8456 | * | |
| *Hobson v. Crum and Forster Specialty Ins. Co., et al*, 10-2525 | * | |
| *Brunet v. Crum and Forster Specialty Ins. Co., et al.,*10-2493 | * | |
| *Jackson v. Crum and Forster Specialty Ins. Co., et al.,*10-2528 | * | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al.,* 10-3610 | * | |
| *James v. Crum and Forster Specialty Ins. Co., et al.,* 10-3612 | * | |
| *Medley v. Crum and Forster Specialty Ins. Co., et al.,*10-3619 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT