UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *          MDL NO. 1873
FORMALDEHYDE PRODUCTS       *
LIABILITY LITIGATION            *          SECTION "N" (5)
                                  *
                                  *          JUDGE ENGELHARDT
                                  *          MAGISTRATE CHASEZ
                                  *
THIS DOCUMENT IS RELATED TO:     *
*Jackson v. Crum and Forster Specialty Ins. Co.,*    *
*et al*,10-2528                            *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original Complaint for Damages to add a direct action cause of action against Burlington Insurance Company ("Burlington") as an insurer of Pilgrim International, Inc. ("Pilgrim").

Plaintiffs, through undersigned counsel, supplement and amend their original Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By adding the following paragraph in section I.3. to reflect the addition of Burlington as a defendant:

3a.      Defendant Burlington Insurance Company (hereinafter,

        "Burlington"), is, upon information and belief, an entity

        incorporated in the state of North Carolina, with its principle place

        of business in the state of North Carolina. Further, defendant

Burlington provided insurance coverage for the risks involved

herein of Pilgrim International, Inc. (hereinafter, "Pilgrim"), which

manufactured and supplied FEMA trailers or housing units as

defined below pursuant to contracts with FEMA for use in the

State of Louisiana.

2.

By adding the following paragraph in section II.11 to reflect the jurisdiction of

Burlington as a defendant:

11a.   Burlington Insurance Company (hereinafter, "Burlington"), is subject to the *in personam* jurisdiction of this Court because it and insured client, Pilgrim, does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

3.

By amending the heading in Count 2:

**COUNT 2:**

**CAUSE OF ACTION AGAINST BURLINGTON, CRUM & FORSTER**

**AND/OR SENTRY**

4.

By amending the Compensatory Damages section to read:

**COMPENSATORY DAMAGES**

100.   In addition to and by way of summarizing the compensatory damages prayed for herein,

each Named Plaintiff avers that the defendants, the United States of America through FEMA and

Crum & Forster, Burlington and Sentry, as well as Fluor, individually and/or jointly are

responsible for all damages which each Named Plaintiff herein has suffered and continues to

suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

4.

By amending the Prayer for Relief to read:

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the addition of Burlington as a defendant, and that Crum & Forster, Burlington, Sentry, Fluor, and the Federal Government be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

3

      a.       past and future physical injuries,

      b.       past and future mental and physical pain and suffering,

      c.       past and future physical impairments and disability,

      d.       past and future reasonable and necessary medical expenses,

      e.       past and future loss of earning capacity,

      f.       past and future loss of enjoyment and quality of life,

      g.       loss of consortium and/or society,

      h.       compensable out-of-pocket expenses related to defendants' wrongdoing, and

      i.       costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted,
/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522
frank@damicolaw.net

**PLEASE SERVE:**

Burlington Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809