UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: **ALL CASES** | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF *LONE PINE* ORDER

**NOW INTO COURT**, come the undersigned signatories, that respectfully request an Order from this Honorable Court granting leave to them to file their Reply Memorandum in Support of Motion for Entry of *Lone Pine* Order. Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Reply.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397**)
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com

        and

Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
**SCANDURRO & LAYRISSON**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Gulf Stream Coach, Inc.**

**THOMAS L. COUGILL**
**JEFFREY P. FULTZ**
**WILLINGHAM, FULTZ & COUGILL, LLP**
Neil Esperson Building
808 Travis Street, Suite 1608
Houston, TX 77002
(713) 333-7600
(713) 333-7601 (FAX)
tomc@willingham-law.com
**Counsel for Jayco, Inc. and Starcraft RV, Inc.**

**TOM W. THAGARD, III**
**JOSH BAKER**
**MAYNARD COOPER & GALE PC**
1901 Sixth Ave. North
2400 AmSouth/Harbert Plaza
Birmingham, Al 35203-2618
(205) 254-1000
(205) 254-1999 (fax)
tthagard@maynardcooper.com
**Counsel for Defendants, SunRay RV, LLC**

**BRENT M. MAGGIO**
**LORI DAIGLE**
**ALLEN & GOOCH**
3900 North Causeway Blvd, Ste. 1450
Metairie, Louisiana 70002
**836-5200**
**(FAX) 836-5205**
brentmaggio@allengooch.com
**Counsel for Heartland Recreational Vehicles, Inc. and Sun Valley, Inc. d/b/a Sun Lite**

**RICHARD G. DUPLANTIER, JR.**
**CYNTHIA THOMAS**
**GALLOWAY, JOHNSON, TOMPKINS**
**BURR & SMITH**
#3 Sanctuary Blvd., Ste. 301
Mandeville, LA 70471
(985) 674-6680
Fax: (985)674-6681
cthomas@gtbs.com
**Counsel for Sunnybrook RV, Inc.**

**LYON H. GARRISON**
**RANDY C. MULCAHY**
**KELLY MORTON**
**GARRISON, YOUNT, FORTE, MULCAHY, L.L.C.**
909 Poydras Street, Suite 1800
New Orleans, LA 70112
527-0109
527-0686 (FAX)
lgarrison@garrisonyount.com
**Counsel for Defendant, TL Industries, Inc., Recreation by Design, LLC, Frontier RV, Inc., Cruiser RV, LLC and Play'Mor Trailers, Inc.**

**CHARLES R. PENOT, JR.**
**DOMINIC J. GIANNA**
**RICHARD A. SHERBURNE**
**SARAH A. LOWMAN**
**MIDDLEBERG RIDDLE & GIANNA**
KPMG Centre, Suite 2400
717 N. Harwood
Dallas, Texas 75201
(direct) 214.220.6334
(fax) 214.220.6807
cpenot@midrid.com
**Counsel for Fluor Enterprises, Inc.**

**GERARDO R. BARRIOS**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
3 Sanctuary Blvd., Suite 201
Mandeville, LA  70471
(985) 819-8416
(985) 819-6716 (fax)
gbarrios@bakerdonelson.com
**Counsel for CH2M Hill Constructors, Inc.**

**DAVID KURTZ**
**KAREN WHITFIELD**
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
566-5259
FAX: 636-5259
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
**Counsel for Shaw Environmental, Inc.**

**ERNEST P. GIEGER, JR.**
**MIKE DIGIGLIA**
**GIEGER, LABORDE & LAPEROUSE, LLC**
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
mdigiglia@glllaw.com
**Counsel for Defendants, Forest River, Inc., Vanguard Industries of Michigan, Inc. and Vanguard, LLC**

**LARRY FELDMAN**
**ROBERT SHEESLEY**
**MCGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(504) 586-1200
(504)596-2800 (fax)
New Orleans, La 70130
**Counsel for Layton & Skyline Corporation**
lfeldman@mcglinchey.com
rsheesley@mcglinchey.com

**JERRY L. SAPORITO**
**AMANDA VONDERHAAR**
**LEAKE & ANDERSSON, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
585-7500
585-7775
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com
**Counsel for Defendant, DC Recovery Systems**

00250056-1

Ryan Johnson
James Percy
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA 70809
(225) 248-2130 (Percy)
(225) 248-2080 (Ryan)
(225) 248-3433 (Amy Hanegan)
rjohnson@joneswalker.com
jpercy@joneswalker.com

Madeleine Fischer
James Percy
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue
New Orleans, LA 70170
582-8000
mfischer@joneswalker.com
**Counsel for Defendants, Dutchmen Manufacturing, Inc., Keystone RV Company and Thor California, Inc. d/b/a Thor Manufacturing**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2011, a copy of the foregoing Motion for Leave to File Reply Memorandum in Support of Motion for Entry of *Lone Pine* Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

00250056-1