UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:
*Lauranette Bolton, et al versus Sun Valley, Inc., et al*
E.D. La. Suit No. 09-7850 : MAG. JUDGE ALMA L. CHASEZ
Plaintiff:  Albert LeRoy Bowers, Jr.
 Lisa Annette Bowers
 Shanita Gates *as Next Friend of E. D. G, Minor*
 Shanita Gates, *individually*
 Quanela Marie Smith
 Marsheila Sara Smith
 Thomas Joseph Gates, Jr.
 Betty Thomas
 Lauranette Bolton

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RENEWED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. ("Sun Valley"), who renews its motion requesting that this Court dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to providing Plaintiff Fact Sheets:

- Lauranette Bolton
- Albert LeRoy Bowers, Jr.
- Lisa Annette Bowers
- Shanita Gates *as Next Friend of E. D. G., Minor*
- Shanita Gates, *individually*
- Quanela Marie Smith
- Marsheila Sara Smith

- Thomas Joseph Gates, Jr.
- Betty Thomas

Sun Valley's Original Motion to Dismiss was filed under Rec. Doc. No. 22705; Plaintiffs' Original Opposition to the Motion was filed under Rec. Doc. No. 22861; Sun Valley's Reply in support of its Motion was filed under Rec. Doc. No. 22881; Plaintiffs' Sur-Response to the Motion was filed under Rec. Doc. No. 22923; and this Court's Order denying the Original Motion and granting plaintiffs an additional seven (7) days to cure their deficient PFS was filed under Rec. Doc. No. 22970.

The reasons for the Renewed Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Renewed Motion to Dismiss, and opposing counsel has advised that plaintiffs oppose the Motion.

Respectfully submitted

Voorhies & Labbé


/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:**   337-232-9700
**FAX:**        337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 5th day of October, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. 427242