| | |
|---|---|
| From: | LAMONT DOMINGUE |
| To: | BrentMaggio@AllenGooch.com |
| CC: | LoriBarker@allengooch.com; Rachel Delorimier |
| Date: | 9/30/2011 7:12 AM |
| Subject: | Fwd: Fw: Watts Hilliard Supplemental responses |
| Attachments: | Watts Hilliard Supplemental answers.zip |

Are you able to open the files? I cannot, but it may be a system issue on my end. I'll have my Systems Administrator look into it, but let me know if you can open them.

Thanks,

Lamont

>>> "Maggio, Brent" <BrentMaggio@AllenGooch.com> 9/29/2011 7:02 PM >>>
Here are some.


Brent M. Maggio
One Lakeway
3900 N. Causeway Blvd Suite 1450
Metairie, LA 70002
Direct Phone: 504-836-5260
Direct Fax: 504-836-5265

----- Original Message -----
From: Nicole Porter [mailto:nporter@wgclawfirm.com]
Sent: Thursday, September 29, 2011 05:35 PM
To: Maggio, Brent
Cc: tweitzel@wgclawfirm.com <tweitzel@wgclawfirm.com>; etorres@wgclawfirm.com <etorres@wgclawfirm.com>; cpinedo@cpinedolaw.com <cpinedo@cpinedolaw.com>
Subject: Watts Hilliard Supplemental responses

Brent,

Please find attached supplemental responses for the following clients:

Benjamin Thomas
Laurenette Bolton
Wiiliams, Lyle
Williams, Jalynn
Gates, Jr, Thomas Joseph
Smith, Quanela Maria
Smith, Marsheila Sara
Gates, Esau Duron
Bowers, Jr., Albert Leroy
Bower, Lisa Annette
Gates, Shanita
Thomas, Betty



DEFENDANT'S EXHIBIT A

Washington, Joseph Adam
Washington Ethel Marie
Washington, Jasmine Marie
Washington, Leticia
Glapion, Rosaria Floyd

Please feel free to contact us should you have a questions or concerns. Please be advised that these are being submitted in order with the Orders and Reasons signed by the judge on 9/22/2011.

Thanks,

Nicole Porter
Watts Hilliard

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205657  
**Case Name** Bolton, Lauranette  
**DOB** 10/25/1955   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Bar Code Section V. A. 4. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, plaintiff lived in a Sun Valley, Inc. trailer. The Barcode number of that trailer was 1305413.

| Question # | Question |
|---|---|
| 2 | Move Out Date Section V. A. 7. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
As of October 2010 plaintiff was still living in the trailer.

| Question # | Question |
|---|---|
| 3 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
Plaintiff does not recall the smoking history of other residents.

_[signature]_   9/29/2011  
Plaintiff or Representative   Date