# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247191  
**Case Name** Smith, Quanela Maria  
**DOB** 7/14/1988   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Bar Code Section V. A. 4. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
The barcode number of the FEMA home is 1338315.

| Question # | Question |
|---|---|
| 2 | Move in Date Section V. A. 6. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
The date that I moved in the FEMA home was in January, 2006.

| Question # | Question |
|---|---|
| 3 | Move Out Date Section V. A. 7. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
The move out date of the FEMA home was in March, 2007.

| Question # | Question |
|---|---|
| 4 | Installation Address Section V. A. 8. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**

DEFENDANT'S EXHIBIT B

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247191  
**Case Name** Smith, Quanela Maria  
**DOB** 7/14/1988   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

The address of the FEMA home was TV Tower Road in Kinder, LA. I do not recall the zip code.

| Question # | Question |
|---|---|
| 5 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I do not recall the tobacco history of the other residents.

| Question # | Question |
|---|---|
| 6 | No. of hours spent in the trailer each day Section V. 13. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The average number of 8 hours or more spent in the FEMA home.

_____  
Plaintiff or Representative

9/29/2011  
Date