# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  
**Case Name** Gates, Jr., Thomas Joseph  
**DOB** 2/25/1971   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Manufacturer Section V. A. 1 |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Cavalier and Sun Valley trailer.

| Question # | Question |
|---|---|
| 2 | VIN # Section V. A. 2. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The vin number of the Cavalier trailer is BL06GA0213643AC. The VIN for the Sun Valley trailer is 1S4BT302663014220.

| Question # | Question |
|---|---|
| 3 | Bar Code Section V. A. 4. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The barcode of the Cavalier trailer is 1338315. The barcode for the Sun Valley trailer is 1337756.

| Question # | Question |
|---|---|
| 4 | Move in Date Section V. A. 6. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

DEFENDANT'S EXHIBIT NO. D

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  **Cause No.** 09-7850
**Case Name** Gates, Jr., Thomas Joseph  **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 2/25/1971  **SSN** 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

**Answer**
I lived in the first trailer in January, 2006 through March, 2006 when I moved into the second trailer until June, 2008.

| Question # | Question |
|---|---|
| 5 | Move Out Date Section V. A. 7. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I lived in the first trailer in January, 2006 through March, 2006 when I moved into the second trailer until June, 2008.

| Question # | Question |
|---|---|
| 6 | Installation Address Section V. A. 8. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The FEMA home was located at TV Tower Rd. Lot 3 in Kinder, LA zip code 70631 for trailer 1 and 805 Topsy Road #7 Moss Bluff, LA 70633.

| Question # | Question |
|---|---|
| 7 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I do not recall the smoking history of the other residents.

| Question # | Question |
|---|---|
| 8 | No. of hours spent in the trailer each day Section V.13. |

**Pet ID** 1443
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  
**Case Name** Gates, Jr., Thomas Joseph  
**DOB** 2/25/1971  **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| 103 |

**Notice #**
| MTD 1 |

**Answer**
The number of hours I spent in the FEMA home each day was 8 hours or more per day.

_____  9/29/2011
Plaintiff or Representative    Date