# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| WGC# 247620 | Cause No. 09-7850 |
| Case Name Gates, E▮▮ D▮▮ | Case Style Lauranette Bolton, et. al. vs. Sun Valley, Inc., |
| DOB ▮/▮/2008   SSN ▮▮▮-▮▮-4539 | |

| Question # | Question |
|---|---|
| 1 | Manufacturer Section V. A. 1 |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I lived in both a Cavalier and a Sun Valley housing unit.

| Question # | Question |
|---|---|
| 2 | VIN # Section V. A. 2. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The VIN for my Cavalier trailer is BL06GA0213643AC. The VIN for my Sun Valley trailer is 1S4BT302663014220.

| Question # | Question |
|---|---|
| 3 | Bar Code Section V. A. 4. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The Barcode for my Cavalier trailer is 1338315. The Barcode for my Sun Valley trailer is 1337756.

| Question # | Question |
|---|---|
| 4 | Move in Date Section V. A. 6. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**

DEFENDANT'S EXHIBIT NO. E

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247620  
**Case Name** Gates, E▮▮ D▮▮▮  
**DOB** ▮/▮/2008   **SSN** ▮▮▮-▮▮-4539  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| | |
|---|---|
| | I lived in the first trailer in January, 2006 through March, 2006 when I moved into my second trailer and lived until June, 2008. |
| **Question #** | **Question** |
| 5 | Move Out Date Section V. A. 7. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I lived in the first trailer in January, 2006 through March, 2006 when I moved into my second trailer and lived until June, 2008. |
| **Question #** | **Question** |
| 6 | Installation Address Section V. A. 8. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | The address of the FEMA home is TV Tower Road in Kinder, LA zip code 70648. |
| **Question #** | **Question** |
| 7 | Smoking Hist. of other trailer residents Section VI. D. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I do not recall the smoking history of the other residents. |
| **Question #** | **Question** |
| 8 | No. of hours spent in the trailer each day Section V. 13. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247620  
**Case Name** Gates, E███ D███  
**DOB** █/█/2008   **SSN** ███-██-4539  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

MTD 1

**Answer**  
Esau spent at least 8 hours in the FEMA home each day.

_____  
Plaintiff or Representative

9/29/2011  
Date