# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249349  
**Case Name** Gates, Shanita  
**DOB** 6/19/1969  **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Move in Date Section V. A. 6. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I moved in the FEMA home on 1/1/2006.

| Question # | Question |
|---|---|
| 2 | Move Out Date Section V. A. 7. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I moved out of the FEMA home on 3/1/2006.

| Question # | Question |
|---|---|
| 3 | Installation Address Section V. A. 8. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The address of the FEMA home was TV Tower Rd in Kinder, LA. I do not recall the zip code.

| Question # | Question |
|---|---|
| 4 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

DEFENDANT'S EXHIBIT NO. F

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249349  
**Case Name** Gates, Shanita  
**DOB** 6/19/1969     **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

**Answer**
I do not recall the smoking history of the other residents.

| Question # | Question |
|---|---|
| 5 | No. of hours spent in the trailer each day Section V. 13. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I spent about 8 hours or more in the FEMA home each day.

_____  
Plaintiff or Representative

9/29/2011  
_____  
Date