# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248670  
**Case Name** Bowers, Jr., Albert Leroy  
**DOB** 2/5/1945   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Plaintiff's Smoking History VI.C |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
No, I am not presently a smoker, nor have I ever been a smoker.

| Question # | Question |
|---|---|
| 2 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
No, there were no other resident who were smokers in the trailer.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness Section III. C. 3. (2nd question below chart) |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
No I have not ever been diagnosed with any illness by any person(s).

| Question # | Question |
|---|---|
| 4 | Treatment for Formaldehyde Related Injury Section VII. B. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
No, I have not been treated for any formaldehyde related injury.

DEFENDANT'S EXHIBIT NO. G

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248670  **Cause No.** 09-7850
**Case Name** Bowers, Jr., Albert Leroy   **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 2/5/1945   **SSN** 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

| Question # | Question |
|---|---|
| 5 | Psychological Treatment Section III C. 8. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
No, I have not received psychological treatment for any psychological illness.

| Question # | Question |
|---|---|
| 6 | Prior Medical History VI. F. (1&4) |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I have never suffered from lung/respiratory or skin disease.

| Question # | Question |
|---|---|
| 7 | Checklist Section III. C |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I suffered from coughing and eye irritation.

| Question # | Question |
|---|---|
| 8 | Only if requesting reimburse of medical expenes. Section III. C. 9 |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I am not making a claim for medical expenses.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248670  
**Case Name** Bowers, Jr., Albert Leroy  
**DOB** 2/5/1945   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 9 | Only if you are making a wage claim Section IV. F. 3. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 10 | No. of hours spent in the trailer each day Section V. 13. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I spent an average of 8 hours in the trailer each day.

_____  
Plaintiff or Representative

9/29/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248671  **Cause No.** 09-7850
**Case Name** Bowers, Lisa Annette  **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 8/8/1963  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Plaintiff's Smoking History Section VI. C. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer** No, I have never smoked.

| Question # | Question |
|---|---|
| 2 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer** No one else that was residing in the trailer smoked.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness Section III. C. 3. (2nd question below chart) |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer** I have been diagnosed with allergies and headaches.

| Question # | Question |
|---|---|
| 4 | Treatment for Formaldehyde Related Injury Section VII. B. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer** I did not receive treatment for any formaldehyde-related injuries.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248671  
**Case Name** Bowers, Lisa Annette  
**DOB** 8/8/1963  **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 5 | Psychological Treatment Section III C. 8. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
No I have not received psychological treatment from any person(s) due to any psychological problems.

| Question # | Question |
|---|---|
| 6 | Prior Medical History VI. F. (1&4) |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
I never suffered from lung or respiratory disease; I never suffered from skin disease.

| Question # | Question |
|---|---|
| 7 | Checklist Section III. C |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**  
I have suffered from allergies and headaches as symptoms from living in the trailer.

| Question # | Question |
|---|---|
| 8 | Only if requesting reimburse of med exp. Section III. C. 9 |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1  

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248671  **Cause No.** 09-7850
**Case Name** Bowers, Lisa Annette  **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 8/8/1963  **SSN** 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

I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 9 | Only if you are making a wage claim Section IV. F. 3. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 10 | No. of hours spent in the trailer each day Section V. 13. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
I spent an average of 17 hours in the trailer each day.

_____   9/29/2011
Plaintiff or Representative    Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250563  **Cause No.** 09-7850
**Case Name** Thomas, Betty  **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 9/16/1946  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Manufacturer Section V. A. 1 |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The manufacturer is Sun Valley.

| Question # | Question |
|---|---|
| 2 | VIN # Section V. A. 2. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The VIN number is 1S4BT312353012969.

| Question # | Question |
|---|---|
| 3 | FEMA I.D # |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The FEMA ID is 931431075.

| Question # | Question |
|---|---|
| 4 | Bar Code Section V. A. 4. |

**Pet ID** 1443
**Def ID** 103
**Notice #** MTD 1

**Answer**
The barcode number is 1057203.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250563  
**Case Name** Thomas, Betty  
**DOB** 9/16/1946   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 5 | Move in Date Section V. A. 6. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I moved in the FEMA home in January, 2006.

| Question # | Question |
|---|---|
| 6 | Move out Date Section V. A. 7 |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I moved out of the FEMA home in August, 2007.

| Question # | Question |
|---|---|
| 7 | Installation Address Section V. A. 8. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The FEMA home was on 1505 Jake Street in Lake Charles, LA 70601.

| Question # | Question |
|---|---|
| 8 | Names of all trailer residents |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
The only other resident was Joe Thomas.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250563  
**Case Name** Thomas, Betty  
**DOB** 9/16/1946  **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 9 | Plaintiff's Smoking History Section VI. C. |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I never used any type of tobacco product. |

| Question # | Question |
|---|---|
| 10 | Smoking Hist. of other trailer residents Section VI. D. |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** No resident of the trailer used any type of tobacco product. |

| Question # | Question |
|---|---|
| 11 | Diagnosed Illness Section III. C. 3. (2nd question below chart) |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I did not have any diagnosed illness. |

| Question # | Question |
|---|---|
| 12 | Treatment for Formaldehyde Related Injury Section VII. B. |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I never sought treatment for formaldehyde injury. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250563  
**Case Name** Thomas, Betty  
**DOB** 9/16/1946   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 13 | Psychological Treatment Section III C. 8. |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I never sought psychological treatment. |

| Question # | Question |
|---|---|
| 14 | Prior Medical History VI. F. (1&4) |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I never suffered from lung/respiratory disease or skin disease. |

| Question # | Question |
|---|---|
| 15 | Checklist Section III. C |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I suffered from burning of the eyes and coughing. |

| Question # | Question |
|---|---|
| 16 | Only if requesting reimburse of med exp. Section III. C. 9 |
| **Pet ID** 1443 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I am not making a claim for medical expenses. |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250563  **Cause No.** 09-7850
**Case Name** Thomas, Betty  **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 9/16/1946  **SSN** 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

| Question # | Question |
|---|---|
| 17 | Only if you are making a wage claim Section IV. F. 3. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I am not making a claim for lost wages. |
| Question # | Question |
| 18 | No. of hours spent in the trailer each day Section V.13. |
| **Pet ID** | |
| 1443 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I spent the entire day (24 hours) in the trailer. |

_[signature]_  9/29/2011
Plaintiff or Representative  Date