Amendment to the Plaintiff Fact Sheet

Claimant Name:  Fortenberry, Darrell

Claimant's Attorney:  Gainsburgh, Benjamin

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V.  FEMA Trailer or Mobile Home Unit

**Manufacturer:**     Jayco

**Vin Number:**       1UJBJ02R161EL0059

**Bar Code:**         1147042

DEC 31 2009

_____

**Plaintiff or Representative**                    Date

