Amendment to the Plaintiff Fact Sheet

Claimant Name:  Fortenberry, Jalisa

Claimant's Attorney:  Gainsburgh, Benjamin

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V.  FEMA Trailer or Mobile Home Unit

**Manufacturer:**     Jayco

**Vin Number:**     1UJBJ02R161EL0059

**Bar Code:**     1147042

DEC 31 2009

_____
**Plaintiff or Representative**                                                    **Date**

