Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Kelly, Otis

**Claimant's Attorney:** Gainsburgh, Benjamin

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V.  FEMA Trailer or Mobile Home Unit

**Manufacturer:** Jayco

**Vin Number:** 1UJBJ02R161EL0059

**Bar Code:** 1147042

DEC 31 2009

_____

**Plaintiff or Representative**   **Date**

