UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      *      MDL NO. 1873
      FORMALDEHYDE      *
      PRODUCTS LIABILITY      *      SECTION: N(5)
      LITIGATION      *
     *      JUDGE: ENGELHARDT
This Document Relates to: **ALL CASES**      *
     *      MAG: CHASEZ

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum in Support of Motion for Entry of Lone Pine Order;

**IT IS HEREBY ORDERED** that Defendants are hereby granted leave to file their Reply Memorandum in Support of Motion for Entry of Lone Pine Order.

New Orleans, Louisiana, this __5th__ day of __October__, 2011.

_____
JUDGE

00250057-1