UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 06-2576

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to the "Joint Motion to Dismiss Claims for Failure to Comply With Order and Reasons Concerning Deadlines for Matching and Filing," filed by the Manufacturing Defendants (Rec. Doc. 22776, as amended in Rec. Docs. 22899 and 22915), noticed for submission on October 5, 2011, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **"Joint Motion to Dismiss Claims for Failure to Comply With Order and Reasons Concerning Deadlines for Matching and Filing,"(Rec. Doc. 22776, as amended in Rec. Docs. 22899 and 22915**), filed by the Manufacturing Defendants, is hereby **GRANTED**, dismissing the claims of the following plaintiffs with prejudice:

1. Lisa Hillard;
2. Lisa Hillard as Guardian Ad Litem for Gabriell Hillard;
3. Keith Hillard, Jr.;
4. Christopher Hillard;
5. Cydney Hillard;
6. Amy L. Bordelon.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 5th day of October 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**