UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to the "Motion to Distribute Fleetwood Settlement Funds," filed by the Special Master (Rec. Doc. 22804), set for submission on October 5, 2011, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the "Motion to Distribute Fleetwood Settlement Funds" (Rec. Doc. 22804) is hereby **GRANTED**. The Court forthwith will enter an Order directing distribution of the Fleetwood Settlement Funds in accordance with the Special Master's motion.

New Orleans, Louisiana, this 5th day of October 2011.

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**