UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Augustine v. Crum & Forster Specialty Ins. Co., et al*, 09-8457;<br>*Demolle v. Crum and Forster Specialty Ins. Co., et al*, 09-8455<br>*Smith v. Crum and Forster Specialty Ins. Co., et al.* 09-8454<br>*Arnold v. Crum and Forster Specialty Ins. Co.,et al.* 09-8458<br>*Allen v. Crum and Forster Specialty Ins. Co., et al.,* 09-8456<br>*Hobson v. Crum and Forster Specialty Ins. Co., et al*, 10-2525<br>*Brunet v. Crum and Forster Specialty Ins. Co., et al.,*10-2493<br>*Jackson v. Crum and Forster Specialty Ins. Co., et al.,*10-2528<br>*Estes v. Crum and Forster Specialty Ins. Co., et al.,* 10-3610<br>*James v. Crum and Forster Specialty Ins. Co., et al.,*10-3612<br>*Medley v. Crum and Forster Specialty Ins. Co., et al.,*10-3619 | * * * * * * * * * * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this 5th day of October, 2011.

_____
United States District Judge