UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Cynthia Kelly v. Jayco Enterprises, Inc.* | * | |
| Docket No. 10-0418 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Darrell Fortenberry | * | |
| Jalisa Fortenberry | * | |
| Otis Kelly | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco Enterprises, Inc. and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, **Darrell Fortenberry, Jalisa Fortenberry,** and **Otis Kelly**, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____6th____ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE