# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (4) |
| *Hendrix v. Lakeside Park Homes, Inc.* ) Docket No. 09-8654 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Janet Bracy ) Bernadine Bray ) | MAG.: ROBY |
| Sierra Bright, ) | |
| George Butler, Jr. ) | |
| Lydia C. Hunter ) | |
| Ablioncia Lindsey ) | |
| Demetria Winchester, minor, by Lydia Hunter ) ) | |
| *Bowman v. Fleetwood* ) | |
| Docket No. 09-8643 ) | |
| Plaintiff: Edward J. Vaughn ) ) | |
| *Serpas v. Keystone RV Company* ) | |
| Docket No. 09-8696 ) | |
| Plaintiffs: Camilla A. Smothers ) | |
| Charles G. Smothers ) ) | |
| *Williams v. Skyline Corporation* ) | |
| Docket No. 09-8649 ) | |
| Plaintiffs: Edward Scott ) | |
| Portia M. Williams ) ) | |
| *Quezergue v. Jayco, Inc.* ) | |
| Docket No. 09-8640 ) | |
| Plaintiff: Leo J. Quezergue ) ) | |
| *Barbarin v. Forest River, Inc.* ) | |
| Docket No. 09-8699 ) | |
| Plaintiffs: Janet Bracy ) | |
| Bernadine Bray ) | |
| Sierra Bright ) | |
| Lydia C. Hunter ) | |
| Ablioncia Lindsey ) | |
| Demetria Winchester, minor, by Lydia Hunter ) | |

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who, moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2, 32 and 88 relating to the production of Plaintiff Fact Sheets. The Plaintiffs are:

- Janet Bracy (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Bernadine Brady (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Sierra Bright (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Lydia C. Hunter (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Ablioncia Lindsey (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Demetria Winchester, minor, by Lydia Hunter (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Edward J. Vaughn (plaintiff in *Bowman v. Fleetwood, et al.*, 09-CV-08643)

- Camilla A. Smothers (plaintiff in *Serpas v. Keystone RV Company, et al.*, 09-CV-08696)

- Charles G. Smothers (plaintiff in *Serpas v. Keystone RV Company, et al.*, 09-CV-08696)

- Edward Scott (plaintiff in *Williams v. Skyline Corporation, et al.*, 09-CV-08649)

2

- Portia M. Williams (plaintiff in *Williams v. Skyline Corporation, et al.*, 09-CV-08649)

- Leo J. Quezergue (plaintiff in *Quezergue v. Jayco, Inc. a/k/a Bottom Line RV, et al.*, 09-CV-08640)

- Janet Bracy (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Bernadine Brady (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Sierra Bright (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Lydia C. Hunter (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Ablioncia Lindsey (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Demetria Winchester, minor, by Lydia Hunter (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion requesting that counsel advised whether the motion was opposed. To date, opposing counsel has failed to offer or provide any opposition to the motion herein.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By: _/s/ Edgar D. Gankendorff_
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700

3

New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 6th day of October, 2011.

*/s/ Edgar D. Gankendorff*
Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on September 7, 2011, via a faxed letter to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm, has provided updated PFS's for some plaintiffs, whose claims are not included in the within motion, but has not provided any objection to this motion regarding the claims listed herein.

*/s/ Edgar D. Gankendorff*
Edgar D. Gankendorff