## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) *Hendrix v. Lakeside Park Homes, Inc.* ) Docket No. 09-8654 ) Plaintiffs: Janet Bracy ) Bernadine Bray ) Sierra Bright, ) George Butler, Jr. ) Lydia C. Hunter ) Ablioncia Lindsey ) Demetria Winchester, minor, by Lydia Hunter ) ) | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |
| *Bowman v. Fleetwood* ) Docket No. 09-8643 ) Plaintiff: Edward J. Vaughn ) ) | |
| *Serpas v. Keystone RV Company* ) Docket No. 09-8696 ) Plaintiffs: Camilla A. Smothers ) Charles G. Smothers ) ) | |
| *Williams v. Skyline Corporation* ) Docket No. 09-8649 ) Plaintiffs: Edward Scott ) Portia M. Williams ) ) | |
| *Quezergue v. Jayco, Inc.* ) Docket No. 09-8640 ) Plaintiff: Leo J. Quezergue ) ) | |
| *Barbarin v. Forest River, Inc.* ) Docket No. 09-8699 ) Plaintiffs: Janet Bracy ) Bernadine Bray ) Sierra Bright ) Lydia C. Hunter ) Ablioncia Lindsey ) Demetria Winchester, minor, by Lydia Hunter ) | |

## NOTICE OF SUBMISSION

**CONSIDERING THE FOREGOING:**

PLEASE TAKE NOTICE that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets as to plaintiffs, Leo Quezergue, Bernadine Bray, Edward Scott, Janet Bracy, Sierra Bright, Lydia C. Hunter, Ablioncia Lindsey, Demetria Winchester, minor, by Lydia Hunter, Edward J. Vaughn, Camilla A. Smothers, Charles G. Smothers, and Portia M. Williams, filed by C. Martin Company, through undersigned counsel will be submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on November 2, 2011, at 9:30 a.m., or as soon thereafter as may be submitted.

    Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By:    */s/ Edgar D. Gankendorff*
       Edgar D. Gankendorff
       Louisiana Bar No.: 20550
       Henry S. Provosty
       Louisiana Bar No. 2056
       Lena D. Giangrosso
       Louisiana Bar No. 31464
       650 Poydras Street, Suite 2700
       New Orleans, Louisiana 70130
       (504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known

counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 6th day of October, 2011.

                                                  _/s/ Edgar D. Gankendorff_
                                                  Edgar D. Gankendorff