

| | |
|---|---|
| FRANK S. BRUNO | JOSEPH BRUNO, JR. |
| JOSEPH M. BRUNO* | CHRISTOPHER M. HATCHER |
| STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| ROBERT J. BRUNO | STEPHANIE MAY BRUNO |

*Also Licensed To Practice In Texas

June 9, 2011

**VIA US POSTAL MAIL**
Lena D. Giangrosso
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orlenas, Louisiana 70130



RECEIVED JUN 13 2011 By____

      Re: *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
            United States District Court, Eastern District of Louisiana
            MDL No. 1873

Dear Ms. Giangrosso:

    Per your email correspondence of June 7, 2011, please find enclosed a CD-ROM containing Plaintiff Fact Sheets for the following clients:

1.) Kathy Adams
2.) Odeal Bowman
3.) Earnestine Frank
4.) Thomas Hendrix
5.) Shilah DeGruy
6.) Edward Vaughn
7.) Janet Bracy
8.) Sierra Bright
9.) George Butler, Jr.
10.) Lydia Hunter
11.) Ablioncia Lindsey
12.) Camilla Smothers
13.) Charles Smothers
14.) Gerty Richardson
15.) Demetria Winchester



EXHIBIT B




We have <u>not</u> been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

1.) Corey Barbarin
2.) Vincent Beverly
3.) Leo Quezergue
4.) Sharon Serpas
5.) Joyce Thomas
6.) Portia Williams
7.) Wanda Martin
8.) Bernadine Bray
9.) Edward Scott

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie*
Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno