## Lena Giangrosso

**From:** Lena Giangrosso
**Sent:** Wednesday, June 08, 2011 9:09 AM
**To:** melissa@brunobrunolaw.com
**Subject:** FEMA formaldehyde

Melissa:

Any luck on my questions from yesterday? Also, do you have the Plaintiff Fact Sheets for those plaintiffs and, if so, can I get a copy emailed or sent to me?

Thanks.

Lena D. Giangrosso
Provosty & Gankendorff, L.L.C.
650 Poydras Street, Suite #2700
New Orleans, Louisiana 70130
Phone: 504-410-2795
Fax: 504-410-2796
Email: lgiangrosso@provostylaw.com

### CONFIDENTIALITY NOTICE

This email transmission (and/or the documents accompanying it) contain(s) or may contain confidential information belonging to the sender which may also be privileged and which is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents at (504) 410-2795. Thank you.



EXHIBIT C

1