# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO.: 1873 |
| ) | |
| This Document Relates to: ) | SECTION: N (5) |
| *Hendrix v. Lakeside Park Homes, Inc.* ) | |
| Docket No. 09-8654 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Janet Bracy ) | |
|      Bernadine Bray ) | MAG.: CHASEZ |
|      Sierra Bright, ) | |
|      George Butler, Jr. ) | |
|      Lydia C. Hunter ) | |
|      Ablioncia Lindsey ) | |
|      Demetria Winchester, minor, by Lydia Hunter ) | |
| ) | |
| *Bowman v. Fleetwood* ) | |
| Docket No. 09-8643 ) | |
| Plaintiff: Edward J. Vaughn ) | |
| ) | |
| *Serpas v. Keystone RV Company* ) | |
| Docket No. 09-8696 ) | |
| Plaintiffs: Camilla A. Smothers ) | |
|      Charles G. Smothers ) | |
| ) | |
| *Williams v. Skyline Corporation* ) | |
| Docket No. 09-8649 ) | |
| Plaintiffs: Edward Scott ) | |
|      Portia M. Williams ) | |
| ) | |
| *Quezergue v. Jayco, Inc.* ) | |
| Docket No. 09-8640 ) | |
| Plaintiff: Leo J. Quezergue ) | |
| ) | |
| *Barbarin v. Forest River, Inc.* ) | |
| Docket No. 09-8699 ) | |
| Plaintiffs: Janet Bracy ) | |
|      Bernadine Bray ) | |
|      Sierra Bright ) | |
|      Lydia C. Hunter ) | |
|      Ablioncia Lindsey ) | |
|      Demetria Winchester, minor, by Lydia Hunter ) | |

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating to Plaintiff Fact Sheets be and is hereby **GRANTED** and the claims and causes of action of the following Plaintiffs in the following actions, are hereby dismissed with prejudice:

- Janet Bracy (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Bernadine Brady (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Sierra Bright (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Lydia C. Hunter (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Ablioncia Lindsey (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Demetria Winchester, minor, by Lydia Hunter (*Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)
- Edward J. Vaughn (*Bowman v. Fleetwood, et al.*, 09-CV-08643)
- Camilla A. Smothers (*Serpas v. Keystone RV Company, et al.*, 09-CV-08696)
- Charles G. Smothers (*Serpas v. Keystone RV Company, et al.*, 09-CV-08696)
- Edward Scott (*Williams v. Skyline Corporation, et al.*, 09-CV-08649)
- Portia M. Williams (*Williams v. Skyline Corporation, et al.*, 09-CV-08649)
- Leo J. Quezergue (*Quezergue v. Jayco, Inc. a/k/a Bottom Line RV, et al.*, 09-CV-08640)
- Janet Bracy (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)
- Bernadine Brady (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Sierra Bright (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Lydia C. Hunter (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Ablioncia Lindsey (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Demetria Winchester, minor, by Lydia Hunter (*Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                UNITED STATES DISTRICT JUDGE