UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR APPOINTMENT OF SPECIAL MASTER

NOW INTO COURT, through undersigned counsel, come the Plaintiffs' Steering Committee (PSC), manufacturing defendants, and contractor defendants which, for the reasons more fully set forth in the memorandum attached hereto, and pursuant to the authority of Rule 53 of the Federal Rules of Civil Procedure, respectfully move the Court for the appointment of Amanda J. Ballay as a Special Master in these proceedings.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713
     **PLAINTIFFS' CO-LIAISON COUNSEL**
     Gainsburgh, Benjamin, David, Meunier &
     Warshauer, L.L.C.
     2800 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone:   504/522-2304
     Facsimile:   504/528-9973
     gmeunier@gainsben.com
     jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**

    ROBERT M. BECNEL #14072
    RAUL BENCOMO, #2932
    ANTHONY BUZBEE, Texas #24001820
    FRANK D'AMICO, JR., #17519
    ROBERT C. HILLIARD, Texas #09677700
    MATT MORELAND, #24567
    DENNIS C. REICH Texas #16739600
    MIKAL C. WATTS, Texas #20981820

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

**Manufacturing Defendants' Liaison Counsel**

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com

**LIAISON COUNSEL FOR CONTRACTOR
DEFENDANTS**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                          s/Gerald E. Meunier
                          GERALD E. MEUNIER, #9471