UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR APPOINTMENT OF SPECIAL MASTER**

**MAY IT PLEASE THE COURT:**

Counsel for the Manufacturing Defendants, the Contractor Defendants, and the PSC have conferred and agreed that Amanda J. Ballay's particular knowledge and expertise with respect to the intricacies of this MDL make her an excellent candidate for Special Master in this MDL. Specifically, through her experience as a former law clerk to Judge Engelhardt with extensive involvement with this MDL, Ms. Ballay has a unique understanding of all facets of the litigation (which has at this point in time seen approximately 23,000 docket entries), enabling her to render services as a Special Master that movants jointly believe will be helpful in the efficient management of the litigation.

Pursuant to the provisions of FRCP 53(a)(2), Ms. Ballay has confirmed that there is no ground for her disqualification to serve as a Special Master based upon her relationship to the parties, attorneys, action, or this Court. The only potential ground for disqualification under 28.USC. §455 is as follows[1]:

---
[1] Notably, this ground was previously disclosed and waived by counsel on November 24, 2008 (Rec. Doc. 928), when Ms. Ballay was employed as the law clerk assigned to this MDL.

00249543-1

Mr. Brian Ballay, who is the husband of Ms. Amanda Ballay, is an associate with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC ("Baker Donelson").  The law firm of Baker Donelson has, in the past, represented and currently represents two entities that are involved in this litigation, Shaw Environmental, Inc. ("Shaw") and CH2M HILL Constructors, Inc. ("CH2M").  Mr. Ballay has represented both entities, but does not and would not represent them in connection with the instant MDL action in which his wife has served as a specially-designated MDL law clerk and now would serve as the proposed Special Master.

Ms. Ballay will be compensated by the parties pursuant to the agreement of the undersigned, which will be reduced to writing.  Under the terms of that agreement, Ms. Ballay will receive a salary funded 50% by the PSC and 50% by some or all of the private party defendants, payable to her on a biweekly basis.  Consistent with FRCP 53, the attached Order makes express provision for the billing of these services by the Special Master.

Accordingly, the Manufacturing Defendants, the Contractor Defendants, and the PSC jointly and respectfully request that the attached Order be entered to appoint Amanda J. Ballay as Special Master, following the hearing on this motion pursuant to the requirements of FRCP 53(b)(1).

                Respectfully submitted:

                **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

     BY:    <u>s/Gerald E. Meunier</u>
                GERALD E. MEUNIER, #9471
                JUSTIN I. WOODS, #24713
                **PLAINTIFFS' CO-LIAISON COUNSEL**
                Gainsburgh, Benjamin, David, Meunier &
                Warshauer, L.L.C.
                2800 Energy Centre, 1100 Poydras Street
                New Orleans, Louisiana 70163

       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com
       jwoods@gainsben.com

    **COURT-APPOINTED PLAINTIFFS'**
    **STEERING COMMITTEE**

      ROBERT M. BECNEL #14072
      RAUL BENCOMO, #2932
      ANTHONY BUZBEE, Texas #24001820
      FRANK D'AMICO, JR., #17519
      ROBERT C. HILLIARD, Texas #09677700
      MATT MORELAND, #24567
      DENNIS C. REICH Texas #16739600
      MIKAL C. WATTS, Texas #20981820


**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

**Manufacturing Defendants' Liaison Counsel**


**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
dkurtz@bakerdonelson.com

**LIAISON COUNSEL FOR CONTRACTOR**
**DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
