UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Amanda J. Ballay be appointed as Special Master herein, pursuant to Rule 53 of the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED that the Special Master may communicate *ex parte* with the Court, with the attorneys, or with the parties, without providing notice to the attorneys or the parties;

IT IS FURTHER ORDERED that the Special Master shall assist the Court and parties in any ways directed by the Court, including but not limited to with respect to discovery, motion practice, and any bellwether or other trials set in the MDL;

IT IS FURTHER ORDERED that the Special Master shall be invested with all powers incidental to the accomplishment of her duties as outlined above;

IT IS FURTHER ORDERED that the Special Master shall proceed with all reasonable diligence in accomplishing the above;

IT IS FINALLY ORDERED that the Special Master and her staff shall be compensated by the PSC and the private party defendants pursuant to an agreement that will be reduced to

writing.  Under the terms of that agreement, Ms. Ballay will receive a salary funded 50% by the PSC and 50% by some or all of the private party defendants to be distributed on a biweekly basis, for as long as the MDL remains in its current posture.

_____
HONORABLE KURT D. ENGELHARDT