UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY<br>LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Acquanette German, et al versus*<br>*Sun Valley, Inc., et al*<br>E.D. La. Suit No. 10-1311<br>Plaintiff: *Acquanette German*<br>*Leticia Washington*<br>*Jacintha Williams, as Next Friend of J. W., Minor*<br>*Jacintha Williams, as Next Friend of L. W., Minor* | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RENEWED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS NO. 2, 32 & 88 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes, defendant, Sun Valley, Inc. d/b/a Sun-Lite ("Sun Valley"), who moves this Honorable Court to dismiss the claims of the following plaintiffs against Sun Valley, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets. The plaintiffs included are:

- *Acquanette German*
- *Leticia Washington,*
- *Jacintha Williams, as Next Friend of J. W., Minor,*
- *Jacintha Williams, as Next Friend of L. W., Minor,*

Sun Valley's Original Motion to Dismiss was filed under Rec. Doc. No. 22701; Plaintiffs' Original Opposition to the Motion was filed under Rec. Doc. No. 22863; Sun Valley's Reply in support of its Motion was filed under Rec. Doc. No. 22884; Plaintiffs' Sur-

Response to the Motion was filed under Rec. Doc. No. 22923; and this Court's Order denying the Original Motion and granting plaintiffs an additional seven (7) days to cure their deficient PFS was filed under Rec. Doc. No. 22969.[1]

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has advised the plaintiffs oppose this motion.

                                                                            Respectfully submitted

                                                                            Voorhies & Labbé

/S/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor (70501)
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:**     337-232-9700
**FAX:**       337-235-4943
E-Mail: lpd@volalaw.com
**Attorneys for Sun Valley, Inc.**

---

[1] Sun Valley's Original Motion and this Court's Order denying the Motion addressed the claims of five (5) additional plaintiffs whose claims are not included in this Renewed Motion to Dismiss because they produced signed and certified "Plaintiff Fact Sheet Deficiency Answers" curing their deficiencies within the seven (7) additional days the Court granted them to cure their plaintiff fact sheets. Those plaintiffs are: Rosaria Glapion; Ethel Washington, individually and on behalf of the minors J.M.W. and C.W.; and Joseph Washington.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 & 88 Relating to Plaintiffs Fact Sheets has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 6th day of October, 2011.

/S/ Lamont P. Domingue
Lamont P. Domingue

Doc. #427405