| | |
|---|---|
| From: | "Chris Pinedo" <cpinedo@cpinedolaw.com> |
| To: | "LAMONT DOMINGUE" <LPD@volalaw.com> |
| CC: | "Timothy Weitzel" <tweitzel@wgclawfirm.com>, "Nicole Porter" <nporter@wg... |
| Date: | 10/5/2011 4:04 PM |
| Subject: | Acquanette German v. Sun Valley |

Lamont: I wanted to drop you a note that we just heard form Acquanette German and we are expecting her revised fact sheet shortly. We will forward it to you on receipt of the same.


Chris Pinedo

Attorney at Law

719 S. Shoreline, Suite 500

Corpus Christi, Texas 78401

Office (361) 882-1612

Cell (361) 244-2278


Confidentiality Statement:

This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is strictly prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.

