# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211058

**Cause No.** 09-4677

**Case Name** Williams, L▓

**Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** ▓▓/2001    **SSN** ▓▓-▓-4990

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Sun Valley, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Sun Valley, Inc. trailer. The VIN number of that trailer was 1SYBT302563014208.

| Question # | Question |
|---|---|
| 3 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Sun Valley, Inc. trailer.  The Barcode number of that trailer was 1182179.

| Question # | Question |
|---|---|
| 4 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID**
1651

**Def ID**

DEFENDANT'S EXHIBIT NO. B

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211058

**Cause No.** 09-4677

**Case Name** Williams, L▮▮

**Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** ▮/▮/2001    **SSN** ▮▮-▮-4990

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| He first occupied the temporary housing unit in November, 2005. |
|---|

| **Question #** | **Question** |
|---|---|
| 5 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| He moved out of the temporary housing unit in May, 2007. |
|---|

| **Question #** | **Question** |
|---|---|
| 6 | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| The mailing address and physical location for his temporary housing unit was 60087 Javery Road Slidell, LA 70460. |
|---|

| **Question #** | **Question** |
|---|---|
| 7 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| He resided with the following people in the trailer: Aquanette German Age: 55 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788-9118. Lived in trailer from 11/1/2005 -5/1/2007. I do not know if they are making a personal injury claim.<br><br>Glen Miller Age: 49 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788 -9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim. |
|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211058                          **Cause No.** 09-4677

**Case Name** Williams, L███               **Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** █/█/2001   **SSN** ███-██-4990

J███ ███ Williams Age: 10 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788-9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim.

| Question # | Question |
|---|---|
| 8 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
No other person in trailer smoked or used tobacco.

| Question # | Question |
|---|---|
| 9 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
He spent an average of 8 hours or more a day in the trailer per day.

_____          9/29/2011
Plaintiff or Representative                  Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059

**Case Name** Williams,

**DOB** ▮/▮/1999    **SSN** ▮▮-▮-6013

**Cause No.** 09-4677

**Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. |
|---|

| Question # | Question |
|---|---|
| 2 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. The VIN number of that trailer was 1SYBT302563014208. |
|---|

| Question # | Question |
|---|---|
| 3 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

**Notice #**

| MTD 1 |
|---|

**Answer**

| According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. The Barcode number of that trailer was 1182179. |
|---|

| Question # | Question |
|---|---|
| 4 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID**

| 1651 |
|---|

**Def ID**

| 103 |
|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059

**Cause No.** 09-4677

**Case Name** Williams, J▋▋▋▋

**Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** ▋/▋/1999   **SSN** ▋▋-▋-6013

| Notice # | |
|---|---|
| MTD 1 | |
| | **Answer** |
| | She first occupied the temporary housing unit in November, 2005. |

| Question # | Question |
|---|---|
| 5 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | She moved out of the temporary housing unit on May, 2007. |

| Question # | Question |
|---|---|
| 6 | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | The mailing address and physical location for her temporary housing unit was 60087 Javery Road Slidell, LA 70460. |

| Question # | Question |
|---|---|
| 7 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | She resided with the following people in the trailer: Aquanette German Age: 55 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788-9118. Lived in trailer from 11/1/2005 -5/1/2007. I do not know if they are making a personal injury claim.<br><br>Glen Miller Age: 49 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788 -9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059                                    **Cause No.** 09-4677

**Case Name** Williams, ▆▆                         **Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** ▆/▆/1999   **SSN** ▆▆-▆-6013

L▆ Williams Age: 7 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788 -9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim.

| Question # | Question |
|---|---|
| 8 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one residing in trailer smoked or used tobacco.

| Question # | Question |
|---|---|
| 9 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
She spent an average of 8 hours or more in the trailer per day.

_____          9/29/2011
Plaintiff or Representative                    _____
                                              Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587

**Case Name** Washington, Leticia

**DOB** ☙/☙/1971   **SSN** ☙☙-☙-5729

**Cause No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I do not smoke

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one smoked in  the trailer

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I suffered from coughing, sinus problems and headaches.

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I did not seek medical attention.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587

**Case Name** Washington, Leticia

**Cause No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

**DOB** ▆/▆/1971   **SSN** ▆▆▆-▆-▆-5729

| Question # | Question |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer, |

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I did not suffer from lung/respiratory disease. |

| Question # | Question |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I did not suffer from skin disease. |

| Question # | Question |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I suffered from coughing, sinus problems and headaches. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587

**Case Name** Washington, Leticia

**DOB** ⬤/⬤/1971   **SSN** ⬤-⬤-5729

**Cause No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer,

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I spent an average of four hours in the trailer each day.

_____
Plaintiff or Representative

9/29/2011
Date