# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250251
**Case Name** Glapion, Rosaria Floyd
**DOB** ●/●/1946   **SSN** ●●●-●●-2956

**Cause No.** 09-7439
**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No, I do not, nor have I ever smoked.

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No other residents smoked in or out of the trailer

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I had nausea and a skin rash while I was residing in the trailer; however, I still suffer from the skin rash today.

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

DEFENDANT'S EXHIBIT NO. C

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250251                                **Cause No.** 09-7439
**Case Name** Glapion, Rosaria Floyd           **Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.
**DOB** ▓/▓/1946   **SSN** ▓▓-▓▓-2956

| | **Answer** |
|---|---|
| | I did not see a doctor to treat me for my injuries as I treated myself using cortisone cream for my injuries. |

| **Question #** | **Question** |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | No, I am not claiming mental and/or emotional damages as a result of visiting in a FEMA trailer, |

| **Question #** | **Question** |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | No, I have never suffered from lung or other respiratory disease, |

| **Question #** | **Question** |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | Yes, I have suffered from skin disease as I started to suffer from a rash as a result of visiting the trailer. |

| **Question #** | **Question** |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250251

**Cause No.** 09-7439

**Case Name** Glapion, Rosaria Floyd

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

**DOB** ●/●/1946  **SSN** ●●-●-2956

| | |
|---|---|
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | Yes, I have suffered from nausea and skin rashes while living in the trailer. |

| | |
|---|---|
| **Question #** | **Question** |
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | No, I am not making a claim for medical expenses related to formaldehyde exposure. |

| | |
|---|---|
| **Question #** | **Question** |
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | No, I am not making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, |

| | |
|---|---|
| **Question #** | **Question** |
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | As I would spend almost every weekend visiting my sisters trailer, I would spend about 10 hours a week in the trailer. |

_Plaintiff or Representative_

9/29/2011

Date

250251 - D51 - Certification

Glapion, Rosaria Floyd - WGC#250251

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Rosaria Glapion_     Rosaria Glapion     9/20/2011

**Signature of Plaintiff**     **Rosaria Glapion**     **Date**
                      **Print Your Name**

Rosaria Glazier
3011 Lark Lane
Lake Charles, La.
70607



7010 2780 0001 5478 1786


UNITED STATES
POSTAL SERVICE
1000


78401

U.S. POSTAGE
PAID
LAKE CHARLES,LA
70601
SEP 21 11
AMOUNT
$6.23
00101176-06

RECEIVED
SEP 23 2011
WATTS GUERRA CRAFT, MT

Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, TX 78401

originals

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250584
**Case Name** Washington, Ethel Marie
**DOB** ●/●1947   **SSN** ●-●-6227

**Cause No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I have not used any type of tobacco product.

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No resident used any type of tobacco product.

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I have suffered from trouble breathing, nose bleeds, and sinus problems while living in the trailer.

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I was seen by Dr. Desonnec and Dr. Michael located on DeBakey Dr.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250584

**Case Name** Washington, Ethel Marie

**DOB** ●●/●●/1947   **SSN** ●●●-●●-6227

**Cause No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| **Answer** | |
| | I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer |

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| **Answer** | |
| | I never suffered from lung/respiratory disease. |

| Question # | Question |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| **Answer** | |
| | I never suffered from skin disease. |

| Question # | Question |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| **Answer** | |
| | I have suffered from trouble breathing, nose bleeds, and sinus problems while living in the trailer. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250584
**Case Name** Washington, Ethel Marie
**DOB** ▓/▓/1947    **SSN** ▓▓-▓-6227

**Cause No.** 09-7427
**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I spent an average of 16 hours each day in the trailer.

_____
Plaintiff or Representative

9/29/2011
_____
Date

Washington, Ethel Marie - WGC#250584

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Ethel Washington_                    _Ethel Washington_                    _9/20/2011_
**Signature of Plaintiff**           **Print Your Name**                   **Date**

                                      _Ethel Washington_

**RECEIVED**

**Sep 20 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250585                                    **Cause No.** 09-7427
**Case Name** Washington, Jasmine Marie            **Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,
**DOB** █/█/1997   **SSN** ██-█-7872

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I do not smoke.

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one in my family smokes.

| Question # | Question |
|---|---|
| 3 | Did not provide plaintiff's understanding of the illness/disease plaintiff is claiming to suffer from because of living in a FEMA trailer, as required by Section III (C)(2). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250585

**Case Name** Washington, J███ M███

**DOB** █/█/1997   **SSN** ███-█-7872

**Cause No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| | |
|---|---|
| | I suffered from headaches, crying, loss of appetite, nausea, vomiting and sinus problems. |

| **Question #** | **Question** |
|---|---|
| 5 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I did not seek treatment for any injury/disease/illness suffered. |

| **Question #** | **Question** |
|---|---|
| 6 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I am not claiming mental or emotional damages. |

| **Question #** | **Question** |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I have never suffered from lung/respiratory disease. |

| **Question #** | **Question** |
|---|---|
| 8 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250585
**Case Name** Washington, J███ M██
**DOB** █/██/1997    **SSN** ███-██-7872

**Cause No.** 09-7427
**Case Style** Kenneth Kellum, et. al. vs. Gulf Stream Coach,

---

I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 9 | Did not provide a response to whether plaintiff has been diagnosed with cancer since moving into the FEMA trailer, as required by Section III (C)(4). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No, I have not been diagnosed with cancer since I moved into the FEMA home.

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 11 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 12 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250585

**Case Name** Washington, J███ M███

**DOB** ██/██/1997    **SSN** ███-██-7872

**Cause No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

I spent an average of 8 hours each day in the trailer.

_____          9/29/2011
Plaintiff or Representative          Date

Sep. 20. 2011 12:06PM                                    No. 0301   P. 3

Washington, Jasmine Marie - WGC#250585

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Ethel Washington_
**Signature of Plaintiff**

**Ethel Washington, as Next**
**Friend of Jasmine Washington, a**
**minor** Grandmother         9/20/2011
**Print Your Name**            **Date**

J——— Washington
Ethel Washington

**RECEIVED**

**Sep 20 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250583

**Case Name** Washington, C████████

**DOB** █/█/1994  **SSN** ███-██-0109

**Cause No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

| Answer |
|---|
| I do not smoke |

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

| Answer |
|---|
| No one smokes in my family. |

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

| Answer |
|---|
| I suffered from headaches, crying, loss of appetite, nausea, vomiting and sinus problems. |

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

| Answer |
|---|
| I did not seek medical attention for any disease/illness/injury. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250583

**Case Name** Washington, C~~████~~

**DOB** ~~██/█~~/1994   **SSN** ~~███~~-~~██~~-0109

**Cause No.** 09-7439

**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer,

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
I never suffered from lung/respiratory disease.

| Question # | Question |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
I never suffered from skin disease.

| Question # | Question |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID** 1651

**Def ID** 103

**Notice #** MTD 1

**Answer**
I suffered from headaches, crying, loss of appetite, nausea, vomiting and sinus problems.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250583                                    **Cause No.** 09-7439

**Case Name** Washington, C▮▮▮▮▮        **Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

**DOB** ▮▮/▮▮/1994   **SSN** ▮▮▮-▮▮-0109

| Question # | Question |
|---|---|
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I spent an average of eight hours each day in the trailer.

_____          9/29/2011
Plaintiff or Representative                        Date

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Washington C_ ▮▮▮▮ _Washington_   9/28/2011

**Signature of Plaintiff**            **Print Your Name**       **Date**

*Minor*
*Ethel Washington.*
*Grand Mother*

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250586

**Case Name** Washington, Joseph Adam

**DOB** ██/██/1946   **SSN** ███-██-5488

**Cause No.** 09-7427

**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I have never used tobacco products.

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one in my family uses tobacco products.

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I suffered from sinus problems, ear irritation and nose bleeds.

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I was seen by Dr. Kenneth DeSonnier on Debakey Drive.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250586
**Case Name** Washington, Joseph Adam
**DOB** ██/██/1946   **SSN** ███-██-5488

**Cause No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |
| **Pet ID** 1651 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** Yes, I am claiming mental or emotional damages. |

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |
| **Pet ID** 1651 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I have never suffered from lung/respiratory disease. |

| Question # | Question |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |
| **Pet ID** 1651 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I have never suffered from skin disease. |

| Question # | Question |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |
| **Pet ID** 1651 | |
| **Def ID** 103 | |
| **Notice #** MTD 1 | |
| | **Answer** I suffered from sinus problems, ear irritation and nose bleeds. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250586
**Case Name** Washington, Joseph Adam
**DOB** ■/■/1946   **SSN** ■■-■-5488

**Cause No.** 09-7427
**Case Style** Kenneth Kellum, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I am not making a claim for lost wages. |

| Question # | Question |
|---|---|
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | I stayed in the trailer a minimum of 15 hours each day. |

_____
Plaintiff or Representative

9/29/2011
Date

Washington, Joseph Adam · WGC#250586

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Joseph A. Washington*     *Joseph Washington*     *Sept 27, 2K11*
**Signature of Plaintiff**           **Print Your Name**          **Date**