# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210080
**Case Name** Thomas, B▒
**DOB** ▒/▒/2004   **SSN**

**Cause No.** 09-7109
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

| Question # | Question |
|---|---|
| 1. | Move in Date |

**Pet ID** 1292
**Def ID** 103
**Notice #** MTD 1

**Answer**
I moved in to the trailer in December, 2005.

| Question # | Question |
|---|---|
| 2. | Move Out Date |

**Pet ID** 1292
**Def ID** 103
**Notice #** MTD 1

**Answer**
I moved out in January, 2007.

| Question # | Question |
|---|---|
| 3. | Smoking History of Other Residents |

**Pet ID** 1292
**Def ID** 103
**Notice #** MTD 1

**Answer**
I do not recall the smoking history of other residents.

_____        9/29/2011
Plaintiff or Representative             Date


DEFENDANT'S EXHIBIT NO. A