UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom v. Jayco, Inc.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Howard McNeil | * | |
|         Joenell Henry | * | |
|         Joenell Henry o/b/o | * | |
|         Christian Tanner | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss without prejudice filed by defendant, Jayco, Inc.

**IT IS ORDERED** that the Motion to Dismiss is GRANTED and the claims and causes of action of plaintiffs, Joenell Henry, Joenell Henry o/b/o Christian Tanner, and Howard McNeil, are hereby dismissed without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE