UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|    FORMALDEHYDE PRODUCTS | * | |
|    LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Orlando Arrom v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-5700 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Howard McNeil | * | |
|     Joenell Henry | * | |
|     Joenell Henry o/b/o | * | |
|     Christian Tanner | * | |

******************************************************************************

**MEMORANDUM IN SUPPORT OF
<u>UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE</u>**

**MAY IT PLEASE THE COURT:**

  Jayco, Inc. ("Jayco"), moves this Honorable Court for an Order dismissing the claims of the following plaintiffs, without prejudice, because these plaintiffs have instructed plaintiffs' counsel to dismiss their claims from all relevant cases. The plaintiffs at issue are:

1.  Howard McNeil,
2.  Joenell Henry, and
3.  Joenell Henry o/b/o Christian Tanner

**I. LAW AND ARGUMENT**

  The plaintiffs listed above filed *Orlando Arrom v. Jayco Enterprises, Inc.* on June 15, 2009.  Plaintiffs Joenell Henry, Joenell Henry o/b/o Christian Tanner, and Howard McNeil produced an Errata Sheet on August 27, 2010 indicating "As per plaintiffs' instructions, Hurricane Legal Center, LLC will dismiss Plaintiff from all relevant cases" (See Errata Sheet attached as

1

Exhibit "A"). Indeed, plaintiffs' counsel recognizes the merit of this position, as evidenced by their statement of no opposition to the pending motion. Thus, Jayco moves for an Order dismissing these Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Jayco, Inc. prays that, in accordance with Pre-Trial Orders Nos. 2 and 32, and Federal Rules of Civil Procedure Nos. 37(b)(2)VI and 41(b), the Motion to Dismiss filed by Jayco, Inc. be granted, and that the Plaintiffs, Joenell Henry, Joenell Henry o/b/o Christian Tanner, and Howard McNeil, be dismissed without prejudice.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 7th day of October, 2011.

   s/Thomas L. Cougill
   THOMAS L. COUGILL