**ERRATA**

1.) PLEASE REFERENCE THE ATTACHED FACT SHEETS CONCERNING DEFICIENCIES FOR THE FOLLOWING PLAINTIFFS:
Brandon Hilton
William Johns, Jr.
Marion Johnston
Jessie Commadore
Christine Moore
Kameka Harvey obo Rashad Harvey

2.) EZEAH WHITE, JR.: missing Bar Code number
Hurricane Legal Center, LLC has made several attempts to obtain the bar code number from FEMA without prevailing. This information will be forwarded to the Defense as soon as it is located.

3.) LENARD TYLER, SR
As per Plaintiff's instructions, Hurricane Legal Center, LLC will dismiss Lenard Tyler, Sr. from all relevant cases

4.) MCNEIL HOWARD:
As per Plaintiff's instructions, Hurricane Legal Center, LLC will dismiss McNeil Howard from all relevant cases

5.) JOENELL HENRY
As per Plaintiff's instructions, Hurricane Legal Center, LLC will dismiss Plaintiff from all relevant cases

6.) JOENELL HENRY OBO CRHISTIAN TANNER
As per Plaintiff's instructions, Hurricane Legal Center, LLC will dismiss Plaintiff from all relevant cases

7.) BRYAN KEITH MOORE
As per Plaintiff's instructions, Hurricane Legal Center, LLC will dismiss Plaintiff from all relevant cases

EXHIBIT "A"

**8.) HURRICANE LEGAL CENTER, LLC HAS MADE ATTEMPTS TO CONTACT THE FOLLOWING PLAINTIFFS WHOM WHERE MARKED AS DEFFICIENT BY OPPOSING COUNSEL, BUT HAVE BEEN UNSUCCESSFUL IN OUR ATTEMPTS TO COLLECT THE NECESSARY DATA.  THE NECESSARY INFORMATION WILL BE FORWARDED TO DEFENSE ONCE PLAINTIFFS RESPOND:**

Austin Dennis
Mary Bryant
Efzelda Booker
Brendon Black
Kewana Tyler obo Lenard Tyler
Gerald Truxillo
Larry Thomas
Jessica D. Robinson
Trenell Nelson obo Dishaun Nelson
Trenell Nelson obo Ashanti Nelson
Terrence Mealy
Trenell Nelson
Hermann McClain, Sr.
Kimberly Lamert-Manuel
Rylon Johnson
Rachel Johnson
Marion Jones obo Ryan Johnson
Cornisha Hicks
Carolyn Dennis
Cartricaton Dykes
Jerome Dykes
Kevin Dykes
Peter Graffia
Marry Harrell
Toryana Harrell
Mary Harrell obo Tiara Blue
John Moore
Harris Faulk, Sr.
Harris Faulk
Christopher Faulk

/s/ Lawrence J. Centola, Jr.                                                                                08/27/2010

**Representative**                                                                                                           **Date**