UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Terry Jones v. Starcraft RV, Inc.* | * | |
| Docket No. 09-3988 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Terry Jones | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Starcraft RV, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of the plaintiff, Terry Jones, are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE