

## WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill        *TomC@Willingham-law.com*
Partner

January 19, 2011

Mr. Lawrence J. Centola                                        *Via Email*
Hurricane Legal Center, LLC
600 Carondelet St., Suite 602
New Orleans, LA 70130

　　　　Re:    In Re: FEMA Trailer Formaldehyde
　　　　　　　Products Liability Litigation
　　　　　　　MDL No. 1873, Section "N" (4)
　　　　　　　Plaintiff Fact Sheets

Dear Mr. Priest:

　　　　Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

　　　　Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　**WILLINGHAM, FULTZ & COUGILL LLP**

　　　　　　　　　　　　　　　　　　　　*Thomas L. Cougill*

　　　　　　　　　　　　　　　　　　　　Thomas L. Cougill

TLC/HR/sjm

cc:    Jerry Meunier (*via email*)
　　　Andrew Weinstock (*via email*)
　　　Henry Miller (*via email*)



**EXHIBIT B**

## STARCRAFT RV, INC.

### TERRY JONES

1. Other than Section II (A) and (D), Section V (A), (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### NICOLE AVERETTE O/B/O DOMINIC AVERETTE

1. Other than Section II (A) and (D), Section V (A), (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### CHRISTINE FAULK

1. Other than Section I (A) and (D), III (B) & (C) (1) and V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### AARON JONES

2. Other than Section I (A) and (D), III (B) & (C) (1) and V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.