

## WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill      *TomC@Willingham-law.com*
Partner

July 28, 2010

Mr. Lawrence J. Centola     *<u>Via Email and Regular U.S. Mail</u>*
Hurricane Legal Center, LLC
600 Carondelet St., Suite 602
New Orleans, LA 70130

Re:    In Re: FEMA Trailer Formaldehyde
         Products Liability Litigation
         MDL No. 1873, Section "N" (4)
         Plaintiff Fact Sheets

Dear Mr. Priest:

Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. and JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

cc:    Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)

**EXHIBIT B**

# JAYCO, INC.

### AUSTIN DENNIS

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### JESSIE COMMODORE

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MARY BRYANT

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### EFZELDA BOOKER

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### BRENDON BLACK

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### EZEAH WHITE, JR.

1. Plaintiff failed to provide the FEMA Bar Code number in response to Section V (A) (4); Defendant requests supplementation when the information becomes available.

### LENARD TYLER, SR.

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### KEWANA TYLER o/b/o LENARD TYLER

1. Other than Section II (A), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### GERALD TRUXILLO

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### LARRY THOMAS

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### JESSICA D. ROBINSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1), (3) and (8), Plaintiff's Fact Sheet is incomplete.

### TRENELL NELSON o/b/o DISHAUN NELSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### TRENELL NELSON o/b/o ASHANTI NELSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### TERRENCE MEALY

1. Other than Section II (A), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### TRENELL NELSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MCNEIL HOWARD

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### HERMANN MCCLAIN, SR.

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### KIMBERLY LAMBERT-MANUEL

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### RYLON JOHNSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### RACHEL JOHNSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MARION T. JOHNSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MARION JOHNSON o/b/o RYAN JOHNSON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### WILLIAM JOHNS, JR.

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### LENARD JACK

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### JOENELL HENRY

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### JOENELL HENRY o/b/o CHRISTIAN TANNER

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### CORNISH HICKS

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### BRANDON HILTON

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### KAMEKA HARVEY o/b/o RASHAD HARVEY

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### BRYAN KEITH MOORE

1. Other than Section II (A), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8); also, Plaintiff completed only Section (A) (1) through (3), (8), (11) and (12) on "Appendix I-Trailer 2." Otherwise, Plaintiff's Fact Sheet is incomplete.

### CAROLYN DENNIS

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### CARTRICATON DYKES

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### JEROME DYKES

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### KEVIN DYKES

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### PETER GRAFFIA

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MARY HARRELL

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### TORYANA HARRELL

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### MARY HARRELL o/b/o TIARA BLUE

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

## **STARCRAFT RV, INC.**

### **CHRISTINE MOORE**

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### **JOHN MOORE**

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### **HARRIS FAULK, SR.**

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### **HARRIS FAULK**

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.

### **CHRISTOPHER FAULK**

1. Other than Section II (A) and (D), Section III (B), (C) (1), and Section V (A) (1) through (3) and (8), Plaintiff's Fact Sheet is incomplete.