# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  **Cause No.** 09-4730
**Case Name** Goode, Dustin  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1/1/1994  **SSN**

| Question # | Question |
|---|---|
| 1. | 1) Name (person completing form): |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
My name is Penny Saunders and I am the mother of Dustin Goode.

| Question # | Question |
|---|---|
| 2. | 2) Maiden or other names used or by which you have been known: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
My family calls me Dusty.

| Question # | Question |
|---|---|
| 3. | 3) Current Street Address: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I live at 1850 Harbor dr. apt #103, Slidell LA 70458.

| Question # | Question |
|---|---|
| 4. | 28) Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? 29) If "Yes," for each provider; Contact Information, description of condition, medications: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497
**Case Name** Goode, Dustin
**DOB** 1/1/1994   **SSN**
**Cause No.** 09-4730
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | I am not claiming emotional or mental damages. |
|---|---|
| **Question #** | **Question** |
| 5. | 30) Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? |
| **Pet ID** 920 | 31) If "Yes," state the amount of your claim: |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | Yes I am making a claim for medical expenses. |

| **Question #** | **Question** |
|---|---|
| 6. | 32) Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | 1. 347 Oleander dr..   2002-2007<br>Slidell, LA 70458<br>2. 1527 11th St.         2007-2008<br>  Slidell, LA 70458<br>3. 2007 Crane St.        2008-2009<br>Slidell, LA 70458<br>4. 103 Cathedrile Court   2009-2009<br>New Castle, CO 81647<br>5. 1850 Harbor Drive Apt. 103   2009-present<br>Slidell, LA 70458 |

| **Question #** | **Question** |
|---|---|
| 7. | 33) State Driver's License Number and State Issuing License |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I do not have a drivers license. |

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| **8.** | **34) Date and Place of Birth:** |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I was born January 1st 1994, in Slidell, LA. |

| Question # | Question |
|---|---|
| 9. | 36) Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I am a high school student. I am currently attending high school, I do not have any courses of study pursued at this time and I am in the process of receiving a high school diploma. |

| Question # | Question |
|---|---|
| 10. | 37) Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, telephone number, duties: |
| **Pet ID** 920 | 38) List the each employer you have had in the last ten (10) years including address, telephone number, dates of employment, telephone number, duties: |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | I am not employed and never have been. |

| Question # | Question |
|---|---|
| 11. | 39) Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home |
| **Pet ID** 920 | 40) If "Yes," state your income from employment for 2008, 2007, 2006, 2005, 2004: |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | No I am not making a claim for lost wages or a claim of lost earning capacity. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 12. | 41) Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I have not missed any work as a result of living in the FEMA housing unit as I have never worked.

| Question # | Question |
|---|---|
| 13. | 42) Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents? 43) If "Yes," state to the best of your knowledge the court in which such action was filed, ease name and/or names of adverse parties, and nature of the sickness or disease |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No I have never made any other claims or filed any other lawsuits.

| Question # | Question |
|---|---|
| 14. | 44) To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer]. 45) If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
My grandmother Linda Wood suffered from Lymphoma and her cause of death was cancer.

| Question # | Question |
|---|---|
| 15. | 46) Are you are claiming the wrongful death of a family member related to formaldehyde? 47) If "Yes," state the name of the deceased and fill out a separate form for the deceased. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No I am not claiming the wrongful deaths of any family members.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**

**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 16. | 48) Please provide the following information regarding the FEMA trailer or mobile home. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
This question is being used as a header and does not specifically ask a question.

| Question # | Question |
|---|---|
| 17. | 52) Bar Code Number on FEMA housing unit: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
The Barcode number of the FEMA housing unit is 1225739.

| Question # | Question |
|---|---|
| 18. | 57) Was the FEMA trailer or mobile home located in a trailer park or on private property? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
The FEMA unit was located on private property.

| Question # | Question |
|---|---|
| 19. | 58) State the reason you stopped living in the FEMA trailer or mobile home: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
The house was fixed and Dustin was getting sick.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  **Cause No.** 09-4730
**Case Name** Goode, Dustin   **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1/1/1994   **SSN**

| Question # | Question |
|---|---|
| 20. | 59) Please state the approximate square footage of the FEMA housing unit: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing unit was approximately 192 square feet, 24x8.

| Question # | Question |
|---|---|
| 21. | 60) State the approximate length and width of the FEMA housing unit |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing unit was approximately 192 square feet, 24x8.

| Question # | Question |
|---|---|
| 22. | 61) Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I spent on average about 16 hours a day in the FEMA unit.

| Question # | Question |
|---|---|
| 23. | 62) Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
Yes the FEMA unit was jacked up.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 24. | 63) Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes the unit was hooked up to a sewer line.

| Question # | Question |
|---|---|
| 25. | 64) Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Yes the housing unit was hooked up to an electrical line.

| Question # | Question |
|---|---|
| 26. | 65) Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No the FEMA unit was not hooked up to a natural gas line.

| Question # | Question |
|---|---|
| 27. | 66) Is/was propane gas used in the FEMA housing unit? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | Yes propane was used in the FEMA unit. |

| Question # | Question |
|---|---|
| 28. | 67) How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | He spent about 8 hours a day at school. |

| Question # | Question |
|---|---|
| 29. | 68) Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: |
| **Pet ID** 920 | 69) Where did you temporarily live? |
| | 70) For what period of time did you temporarily live in another location? |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | No he did not temporarily live in another location during the time he resided in the FEMA unit. |

| Question # | Question |
|---|---|
| 30. | 71) Have any air quality tests ever been performed on your FEMA trailer or mobile home? |
| **Pet ID** 920 | 72) If "Yes," please state when the test was performed and who prepared this testing: IN |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |
| | No, air quality tests were not performed on the FEMA unit. |

| Question # | Question |
|---|---|
| 31. | 73) Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? |
| **Pet ID** 920 | 74) Date and reason for fumigation: |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | No the FEMA unit was not fumigated. |

| Question # | Question |
|---|---|
| 32. | 75) Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? |
| **Pet ID** | 76) If "Yes," please state the date and reason for repair, service or maintenance: |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**  
No repairs, service or maintenance was not performed on the FEMA unit.

| Question # | Question |
|---|---|
| 33. | 77) The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |
| **Pet ID** | |
| 920 | |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**  
The people who lived in the trailer are listed below. I do not recall the remainder of the information.

Penny Saunders 1850 Harbor Dr. Apt 103 Slibell, LA 70458 2005-2007  
Brandi Saunders 1850 Harbor Dr. Apt 103 Slibell, LA 70458 2005-2007  
Dustin Goode 1850 Harbor Dr. Apt 103 Slibell, LA 70458 2005-2007  
Jeffery Navarre 36485 SALMEN ST. SLIDELL, LA 70460 2005-2007

| Question # | Question |
|---|---|
| 34. | 78) Height: |
| **Pet ID** | 79) Current Weight: |
| 920 | 80) Weight prior to living in a FEMA trailer or mobile home: |
| **Def ID** | |
| 42 | |
| **Notice #** | |
| Def 1 | |

**Answer**  
I currently weigh 150 lbs. and while living in the trailer I weighed 100 lbs. I do not recall my current hieght.

| Question # | Question |
|---|---|
| 35. | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994    **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| **Pet ID** 920 | smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:<br>88) Amount smoked or used on average, if you know, per day and number of years.<br>89) Smoker's relationship to you:<br>90) Whether the smoking occurred inside, outside or both. |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
This does not pertain to Dustin as no one who resided in the FEMA trailer was a smoker.

| **Question #** | **Question** |
|---|---|
| 36. | 91) Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?<br>92) If yes, what was the date of birth?<br>93) Did your pregnancy terminate in a miscarriage or a stillborn child? |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
I was not pregnant at the time in which I resided in the FEMA trailer or mobile home.

| **Question #** | **Question** |
|---|---|
| 37. | 94) Have you ever suffered from lung or other respiratory disease?<br>95) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No he has never suffered form lung or respiratory disease.

| **Question #** | **Question** |
|---|---|
| 38. | 96) Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis)<br>97) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No he has never suffered from infectious disease.

| **Question #** | **Question** |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994    **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 39. | 98) Have you ever suffered from long-term stomach or bowel disease? |
| **Pet ID** 920 | 99) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No he has never suffered from long term stomach or bowel disease.

| Question # | Question |
|---|---|
| 40. | 100) Have you ever suffered from skin disease? |
| **Pet ID** 920 | 101) If yes, provide name, date and description of each illness, disease or abnormal condition |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No he has never suffered from skin disease.

| Question # | Question |
|---|---|
| 41. | 102) To your knowledge, have you ever had any of the following tests performed: chest x-ray, CT scan or MRI? |
| **Pet ID** 920 | 103) If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where take |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No he has never had a chest xray, CT or MRI performed.

| Question # | Question |
|---|---|
| 42. | 105) If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician from whom you have received psychological care and provide a medical records authorization [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
I am not making a claim for psychological symptoms or emotions problems.

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994 **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| **43.** | 106) Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? |
| **Pet ID** 920 | 107) If "yes," please provide the name and address of the health care professional. |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
No healthcare profession has told me that his injuries were related to living in the FEMA unit.

| Question # | Question |
|---|---|
| **44.** | 110) Standard form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
Please see attached, signed Standard Form 95.

| Question # | Question |
|---|---|
| **45.** | 115) Report of autopsy of decedent, if applicable. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
This question does not pertain to me.

| Question # | Question |
|---|---|
| **46.** | 116) For each medical provider and pharmacy identified in sections a through f below, please IE fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this form [if original authorizations have expired, you must complete new authorizations]. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**  
I do not have the said documents, however if me or my attorney obtain these documents we will supplement at that time.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Question # | Question |
|---|---|
| 47. | 117) Sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable and attach them to this form. [if original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I do not have the said documents, however if me or my attorney obtain these documents we will supplement at that time.

| Question # | Question |
|---|---|
| 48. | 118) Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
His current primary care physician is Dr. Helen Stevenson located at 310 Gateway Dr # B, Slidell, LA (985) 645-8687.

| Question # | Question |
|---|---|
| 49. | 119) Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
His current primary care physician is Dr. Helen Stevenson located at 310 Gateway Dr # B, Slidell, LA (985) 645-8687.

| Question # | Question |
|---|---|
| 50. | 120) Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 214497     **Cause No.** 09-4730
**Case Name** Goode, Dustin     **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 1/1/1994    **SSN**

**Answer**
He have never received inpatient treatment.

| Question # | Question |
|---|---|
| 51. | 121) Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
He was treated at the following facilities for rashes, nose bleeds, coughing, sore throat and throwing up:
North Shore-Ochsner
100 Medical Center Drive, Slidell, LA
(985) 646-5009

Slidell Memorial Hospital
1001 Gause Boulevard, Slidell, LA
(800) 956-0117

Acaidan Dermatology
380 Gateway Dr # A, Slidell, LA
(985) 690-6600

Ear Nose and Throat Clinic of Slidell
985 Robert Blvd. Slidell, LA 70460
985-847-1995

| Question # | Question |
|---|---|
| 52. | 122) Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The pharmacy that has dispensed medication is Walgreens located at 1260 Front St, Slidell, LA (985) 641-5557.

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 214497  
**Case Name** Goode, Dustin  
**DOB** 1/1/1994    **SSN**

**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

---

_[signature]_                                     10/3/2011

Plaintiff or Representative                Date

09/16/2011 17:11 9857812506 OFFICE DEPOT PAGE 02/03
SEP/16/2011/FRI 04:50 PM WattsGuerraCraft MT FAX No. 361-882-1261 P. 002

Goode, Dustin - WGC#214497

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  Penny Saunders, as Next Friend   9/16/2011
Signature of Plaintiff          of Dustin Goode, a minor        Date
                                Print Your Name

RECEIVED

Sep 16 2011

WATTS GUERRA CRAFT, LLP