UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Swanica Nero v. Pilgrim Int., Inc.;* | | * | |
| *Specialty Ins. Co., et al.* | | * | |
| No. 09-4730; | | * | |
| Plaintiff: Brandi Saunders on Behalf of D.G. | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this Affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Brandi Saunders on Behalf of D.G.

3. In early September of 2011 we began calling Brandi Saunders twice a day, using the phone numbers on file. We had also been trying to reach Penny Saunders but we were not able to reach her. Penny Saunders' case was dismissed on September 2, 2011. The case of Brandi Saunders on behalf of D.G. was dismissed on September 9, 2011.

4. On September 15, 2011, in attempting to reach Penny Saunders, we reached a woman named Lillian, who gave us a second number for Jeffery. Through Jeffery, we were able to leave a message for Penny Saunders.

5. Shortly after the call to Jeffrey, we were able to speak with Penny Saunders. Noticing the similarity in last names, we asked her about Brandi Saunders. She informed us that

**EXHIBIT "B"**

Brandi Saunders was her minor child and that D.G. was also her minor child. Upon learning she was the mother of D.G., we asked her several questions to update the fact sheets for D.G.

6. Due to a clerical error in the Watts Hilliard database, Brandi Saunders was identified as the individual bringing suit for D.G. We did not discover this error until we talked to Penny Saunders on or around September 15, 2011.

7. On September 26, 2011, we again talked and Penny Saunders she informed us she and her children had moved. We had no prior record that Brandi or Penny Saunders had moved. The phone number for the Saunders had also changed. It appears our earlier letters to Brandi Saunders on behalf of D.G. regarding deficiencies went to the Saunders' old address and were not forwarded. We updated our files for future reference.

Signed this the 6th day of October, 2011.

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of October, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2