UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Kimberly Jackson, as Next* | | * | |
| *Friend of T. J., a minor, et. al.  vs.* | | * | |
| *Sunnybrook R.V., Inc., et. al*. | | * | |
| Cause: 09-7848 | | * | |
| Plaintiff: Ashlyn Simien | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR NEW TRIAL
## AND IN THE ALTERNATIVE
## MOTION FOR RELIEF FROM A JUDGMENT OR ORDER

COMES NOW Plaintiff, Ashlyn Nechelle Simien, and files this Motion New Trial and in the Alternative Motion for Relief from a Judgment or Order.  Plaintiff hereby moves for a new trial under Rule 59(e) of the Federal Rules of Civil Procedure.  In the alternative, Plaintiff moves for relief from a judgment or order of the Court under Rule 60(b) of the Federal Rules of Civil Procedure.  In support of the same, Plaintiff would refer the Court to the Memorandum filed in support of the same.

        Respectfully submitted,

        /s/ Robert C. Hilliard

        _____
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFF**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 7th day of October, 2011.

      /s/ Robert C. Hilliard
      _____
      **ROBERT C. HILLIARD**