# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248541  
**Case Name** Simien, Ashlyn Nechelle  
**DOB** 11/27/1988   **SSN** 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  
**Cause No.** 09-7848  
**Case Style** Kimberly Jackson, as Next Friend of T. J., a

| Question # | Question |
|---|---|
| 1 | III. C3-9 Symptoms |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
I suffered eye irritation and excessive tears, skin rash and irritation, headaches, emphysema and wheezing, persistent cough, tightness of the chest, sinus infections and sinusitis, dizziness, and other damages in January 2006 and I was treated by the on-staff doctors at SWLA Center in Opelousas ST, Lake Charles, Louisiana. I will not be making a claim for medical expenses.

| Question # | Question |
|---|---|
| 2 | IV. F3 Statement re wage loss claim |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
No, I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 3 | IV. G Previous Claims/suits |

**Pet ID** 1438  
**Def ID** 75  
**Notice #** Def 3  

**Answer**  
No, I have not made any other claims or filed any other lawsuits regarding illness, disease or sickness.

| Question # | Question |
|---|---|
| 4 | V. D Repairs |

**Pet ID** 1438  
**Def ID** 75  
**Notice #**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248541  
**Case Name** Simien, Ashlyn Nechelle  
**DOB** 11/27/1988   **SSN** 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  
**Cause No.** 09-7848  
**Case Style** Kimberly Jackson, as Next Friend of T. J., a

Def 3

**Answer**  
Yes repairs were performed on the trailer. This was done 02/2006.

| Question # | Question |
|---|---|
| 5 | VI. A-G Medical Background |

**Pet ID**  
1438

**Def ID**  
75

**Notice #**  
Def 3

**Answer**  
Current height: 5'3"  
Current Weight: 210 lbs  
Weight prior: 190 lbs.  
I have never smoked.  
Nobody else smoked  
No, I was not pregnant.  
Lung or other respiratory: No  
Infectious disease: No  
Long term stomach or bowel disease: No  
Skin disease: No  
Chest x-ray, CT scan, MRI: No

| Question # | Question |
|---|---|
| 6 | VII. A-D Medical Diagnosis |

**Pet ID**  
1438

**Def ID**  
75

**Notice #**  
Def 3

**Answer**  
A & B. I was treated by the on-staff doctors at  
Southwest Louisiana Center Health  
2000 Opelousas Street  
Lake Charles, LA 70601-2641  
(337) 439-9983  
Treated in 1/2006  
Treatment rec'd: Breathing treatments, anti-itch cream, inhaler

C. I was not treated for psychological symptoms or emotional problems

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248541  
**Case Name** Simien, Ashlyn Nechelle  
**DOB** 11/27/1988   **SSN** 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  
**Cause No.** 09-7848  
**Case Style** Kimberly Jackson, as Next Friend of T. J., a

D. Yes, I was told by the providers at the Southwest Louisiana Center Health 2000 Opelousas Street Lake Charles, LA 70601-2641 (337) 439-9983 that my conditions where related to living in the FEMA trailer. However I do not recall the individual doctor's information this was so long ago and there where no permanent doctors at this facility since it was a clinic.

_[signature]_  
Plaintiff or Representative

10/7/2011  
Date