UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Kimberly Jackson, as Next* | | * | |
| *Friend of T. J., a minor, et. al. vs.* | | * | |
| *Sunnybrook R.V., Inc., et. al.* | | * | |
| Cause: 09-7848 | | * | |
| Plaintiff: Ashlyn Simien | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES   §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Ashlyn Simien.

3. On September 14, 2011, we began calling numbers in our file we had listed for Ashlyn Simien twice a day. On September 15, 2011, we reached Ashlyn's mother, Denise, who gave us another number on which to reach her. That number provided an automated recording of "Unavailable." We then contacted Denise again who relayed a message to have Ashlyn return our call.

4. On September 15, 2011, Ashlyn returned our call and we obtained additional information to respond to the Fact Sheet Deficiencies.. We updated our files with contact phone numbers, all of which are for family members, and not for Ashlyn directly. We have now learned that Ashlyn does not have a phone.

**EXHIBIT "B"**

5.  On September 23, 2011, we learned that the address we had on file was for Ashlyn's Grandmother, and Ashlyn was unaware of our prior written correspondence to her requesting more information so that we could respond to the deficiencies. Ashlyn previously lived with her grandmother and that is why we sent letters to her at that address. However, she moved out of her grandmother's house and failed to give us her new address. We did not get her new address until September 15, 2011.

Signed this the 6th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2