# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982  **SSN**

| Question # | Question |
|---|---|
| 1. | Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home? If "Yes," for each provider; Contact Information, description of condition, medications: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**
Yes, I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 2. | Are you making a claim for medical expenses as a result of the injury, illness or disease identified in above? If "Yes", state the amount of your claim: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**
No, I am not making a claim for medical expenses as a result of the injury.

| Question # | Question |
|---|---|
| 3. | Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**
I do not recall the exact dates, but I have resided at the following address during the last five (5) years: 38280 Annie Street Unit Trailer B, Slidell, LA 70461.

| Question # | Question |
|---|---|
| 4. | State Driver's License Number and State Issuing License |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982   **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Answer**  
My drivirs' license number is 007726101. It was issued in the state of Louisiana.

| Question # | Question |
|---|---|
| 5. | Date and Place of Birth |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I was born on September 22, 1982. I do not recall where I was born.

| Question # | Question |
|---|---|
| 6. | Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I attended Delta College of Arts & Tech, 105 Gause Blvd W, Slidell, LA 70460, (985) 643-7730. I attended college from 01/01/2007 thru 10/01/2007. My course of study was for Medical Assistant. I received my Medical Assistant certification in 10/01/2007.

| Question # | Question |
|---|---|
| 7. | Current employer (if not currently employed, state your last employer) including address, telephone number, dates of employment, duties: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
My current employer is Around the Clock Sitting Services, 104 Village St Slidell, LA 70458, (985) 781-1041. I began working there in 06/30/2011 thru present time. My job duties include assisting the elderly with every day tasks.

| Question # | Question |
|---|---|
| 8. | Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home? If "Yes," state your income from employment for 2008, 2007, 2006, 21005, 2004: |

**Pet ID** 920  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| Def ID | 42 |
| --- | --- |
| Notice # | Def 1 |

**Answer**  
Yes, I am claiming loss earning capacity due to my exposure to formaldehyde while residing in the FEMA trailer.

| Question # | Question |
| --- | --- |
| 9. | Total amount of time which you havee lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost. |
| Pet ID | 920 |
| Def ID | 42 |
| Notice # | Def 1 |

**Answer**  
I estimate the total amount in which I have lost from work as a result of my medical condition related to residing in the FEMA trailer is approximately $450.00 per week. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
| --- | --- |
| 10. | Have you ever filed a lawsuit or made a claim., other than in the present suit, relating to any sickness or disease, excluding auto accidents? If "Yes," state to the best of your knowledge the court in which such action was filed, case name and, or names of adverse parties, and nature of the sickness or disease |
| Pet ID | 920 |
| Def ID | 42 |
| Notice # | Def 1 |

**Answer**  
No, I have never filed a lawsuit or made a claim.

| Question # | Question |
| --- | --- |
| 11. | To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from an), type of disease [such as asthma. shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies,or cancer]. If "Yes," provide for each: Name, relationship current age or age at death, medical condition, cause of death. |
| Pet ID | 920 |
| Def ID | 42 |
| Notice # | Def 1 |

**Answer**  
To the best of my knowledge, no child parent, sibling or grandparent of mine has suffered from any type of diseases.

| Question # | Question |
| --- | --- |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982  **SSN**

| | |
|---|---|
| 12. | Are you are claiming the wrongful death of a family member related to formaldehyde? If "Yes," state the name of the deceased and fill out a separate form for the deceased. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** No, I am not claiming the wrongful death of a family member related to formaldehyde. |

| **Question #** | **Question** |
|---|---|
| 13. | Manufacturer of trailer or mobile home: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** After matching my information with the government, it was found that I lived in a Pilgrim. |

| **Question #** | **Question** |
|---|---|
| 14. | Was the FEMA trailer or mobile home located in a trailer park or on private property? |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** The FEMA trailer or mobile home was located on private property. |

| **Question #** | **Question** |
|---|---|
| 15. | State the reason you stopped living 'n the FEMA trailer or mobile home: |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| | **Answer** I quit residing in the FEMA trailer because I was given a voucher to go find an apartment. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982   **SSN**

| Question # | Question |
|---|---|
| 16. | Please state the approximate square footage of the FEMA housing unit: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The approximate square footage of the FEMA housing unit was 540 square feet.

| Question # | Question |
|---|---|
| 17. | State the approximate length and width of the FEMA housing unit: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The approximate length of width of the FEMA housing unit was 8x10 feet.

| Question # | Question |
|---|---|
| 18. | Average number of hours spent in the FEMA trailer of mobile home each |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I spent 12-14 hours per day inside the FEMA trailer.

| Question # | Question |
|---|---|
| 19. | Is/was FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing unit was jacked up.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198        **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti        **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982     **SSN**

| Question # | Question |
|---|---|
| 20. | Is/was the FEMA housing unit hooked up to a sewer line? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing unit was hooked up to a sewer line.

| Question # | Question |
|---|---|
| 21. | Is/was the FEMA housing unit hooked up to an electrical line? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing unit was hooked up to an electrical line.

| Question # | Question |
|---|---|
| 22. | Is/was the FEMA housing unit hooked up to natural gas line? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
The FEMA housing was not hooked up to a gas line.

| Question # | Question |
|---|---|
| 23. | Is/was propane gas used in the FEMA housing unit? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I used propane gas in the FEMA housing unit.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982  **SSN**

| Question # | Question |
|---|---|
| 24. | How many, days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I worked 5 days per week outside of the home during the time that I lived in the FEMA trailer.

| Question # | Question |
|---|---|
| 25. | Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No, I never temporarily live in another location during the time that I resided in the FEMA trailer or mobile hOme.

| Question # | Question |
|---|---|
| 26. | Where did you temporarily live? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
This question does not apply to me.

| Question # | Question |
|---|---|
| 27. | For what period of time did you temporarily live in another location? |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982    **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

| | |
|---|---|
| | This question does not apply to me. |

| Question # | Question |
|---|---|
| 28. | Have any air quality tests ever been performed on your FEMA trailer or mobile home? If "Yes," please state when the test was performed and who prepared this testing: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No, there were never any quality tests performed in my FEMA trailer.

| Question # | Question |
|---|---|
| 29. | Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No, my FEMA trailer was never fumigated for any reason.

| Question # | Question |
|---|---|
| 30. | Date and Reason for fumigation? |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
This question does not apply to me.

| Question # | Question |
|---|---|
| 31. | Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? If "Yes," please state the date and reason for repair, service or maintenance: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982    **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

No, there were never any repairs, service or maintenance performed in my FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 32. | The name and present address and telephone number of every person who resided in your FEMA trailer, the period of time such person resided in the FEMA trailer (however brief), and whether such person is making a claim for personal injury. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
No one else resided in the FEMA trailer with me.

| Question # | Question |
|---|---|
| 33. | Height: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
My current height is 5'4".

| Question # | Question |
|---|---|
| 34. | Current Weight: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
My current weight is 235 lbs.

| Question # | Question |
|---|---|
| 35. | Weight prior to living in a FEMA trailer or mobile home: |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982   **SSN**

**Answer**
My weight prior to moving into the FEMA trailer was 220 lbs.

| Question # | Question |
|---|---|
| 36. | If someone who resides or resides with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
No one resided with me in the FEMA housing unit.

| Question # | Question |
|---|---|
| 37. | Amount smoked or used on average, if you know, per day and number of years. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
I have never smoked.

| Question # | Question |
|---|---|
| 38. | Smoker's relationship to you: |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

**Answer**
This question does not apply to me as no one resided in the trailer with me.

| Question # | Question |
|---|---|
| 39. | Whether the smoking occurred inside, outside or both. |

**Pet ID** 920
**Def ID** 42
**Notice #** Def 1

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982  **SSN**

| | |
|---|---|
| **Answer** | |
| This question does not apply to me since no one resided in the trailer with me. | |

| Question # | Question |
|---|---|
| 40. | Were you pregnant during the time in which you resided in a FEMA trailer or mobile home? If yes, what was the date of birth? |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| **Answer** | |
| No, I was not pregnant at the time that I resided the FEMA housing unit. | |

| Question # | Question |
|---|---|
| 41. | Did your pregnancy terminate in a miscarriage or a stillborn child? |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| **Answer** | |
| This question does not apply to me. | |

| Question # | Question |
|---|---|
| 42. | Have you ever suffered from lung or other respiratory disease? If yes, provide name, date and description of each illness, disease or abnormal condition. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |
| **Answer** | |
| No, I have never suffered from any lung or other respiratory disease. | |

| Question # | Question |
|---|---|
| 43. | Have you ever suffered from infectious disease (such as, tuberculosis, pneumonia, hepatitis). If yes, provide name, date and description of each illness, disease or abnormal condition. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  **Cause No.** 09-4730
**Case Name** Vaultz, Enchanti  **Case Style** Swanica Nero, Et. al. vs. Pilgirm International,
**DOB** 9/22/1982  **SSN**

**Answer**
No, I have never suffered from an infectious disease.

| Question # | Question |
|---|---|
| 44. | Have your ever suffered from long-term stomach or bowel disease? If yes, provide name, date and description of each illness, disease or abnormal condition. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**
No, I have never suffered from any long term stomach or bowel disease.

| Question # | Question |
|---|---|
| 45. | Have you ever suffered from skin disease? If yes, provide name, date and description of each illness, disease or abnormal condition. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

**Answer**
No, I have never suffered from any skin disease.

| Question # | Question |
|---|---|
| 46. | To your knowledge, have you ever had any oh the following tests performed: chests x-ray, CT scan or MRI? |
| **Pet ID** 920 | |
| **Def ID** 42. | |
| **Notice #** Def 1 | |

**Answer**
No, I have never had an MRI, CT scan or chests xray.

| Question # | Question |
|---|---|
| 47. | If you have had any such diagnostic tests, list the name, address, telephone number or provider and name and address of facility where taken. |
| **Pet ID** 920 | |
| **Def ID** 42 | |
| **Notice #** Def 1 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Answer**
No, I have never had any diagnostic tests done.

| Question # | Question |
|---|---|
| 48. | Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis, including, address, telephone number, dates of treatment, and doctor's specialty: |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**
I was never treated by any physician for any disease, illness, or injury.

| Question # | Question |
|---|---|
| 49. | If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify an), physician from whom you have received psychological care and Provide a medical records authorization [original authorizations have expired, you must complete new authorizations]. |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**
I have been treated for psychological and emotional problems by Dr. Lawrence W. Lartique, MD, 433 Plaza St, Bogalusa, LA 70427, (985) 730-6705. I have seen Dr. Lartique from 01/01/2011 thru present time.

| Question # | Question |
|---|---|
| 50. | Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home? If yes, please provide the name and address of the health care professional. |
| Pet ID 920 | |
| Def ID 42 | |
| Notice # Def 1 | |

**Answer**
No health care provider has ever told me that my alleged illness, disease, or injuries are related to my living in the FEMA trailer.

| Question # | Question |
|---|---|
| 51. | For each medical provider and pharmacy identified in sections a though f below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank, medical authorizations and attach them to this form [original authorizations have expired, you must complete new authorizations]. |
| Pet ID 920 | |
| Def ID 42 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982   **SSN**

**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

**Notice #**  
Def 1

**Answer**  
Please see attached.

| Question # | Question |
|---|---|
| 52. | Sign and date authorizations permitting social security disability and Workers' compensation records to be requested, to the extent applicable and attach them to this form. [original authorizations have expired, you must complete new authorizations]. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
Please see attached and signed authorizations.

| Question # | Question |
|---|---|
| 53. | Identify your current family and/or primary care physician, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I currently do not have a primary care physician.

| Question # | Question |
|---|---|
| 54. | Identify your primary care physicians for the last seven (7) years, including address and telephone number. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I have not seen a primary care physician in the last 7 years.

| Question # | Question |
|---|---|
| 55. | Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years. |

**Pet ID** 920  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215198  
**Case Name** Vaultz, Enchanti  
**DOB** 9/22/1982  **SSN**  
**Cause No.** 09-4730  
**Case Style** Swanica Nero, Et. al. vs. Pilgirm International,

Def ID: 42

**Notice #**  
Def 1

**Answer**  
I have not received any inpatient treatment in the last 7 years.

| Question # | Question |
|---|---|
| 56. | Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I have not received any outpatient treatment in the last 7 yeares.

| Question # | Question |
|---|---|
| 57. | Each pharmacy, including address that has dispensed medication to during the last seven (7) years. |

**Pet ID** 920  
**Def ID** 42  
**Notice #** Def 1

**Answer**  
I have not had any medication dispensed to me in the last 7 years.

_____  10/3/2011
Plaintiff or Representative    Date