UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| Swanica Nero, Et. al. vs. Pilgirm | | * | |
| International, Inc., et. al. | | * | |
| Cause: 09-4730 | | * | |
| Plaintiff: Enchanti Valutz | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                §

COUNTY OF NUECES          §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Enchanti Valutz.

3. On September 14, 2011, we began calling Enchanti Valutz with the phone numbers we had on file, which at the time we believed to be her phone numbers.

4. On September 30, 2011, we received a call from Enchanti and we were informed that the numbers we had in our file were numbers of her friends and relatives, as she did not have her own number.

5. On October 3, 2011, we received an additional call from Enchanti who provided missing information to respond to the fact sheet deficiencies. Enchanti had not responded to our prior letters requesting information as she had moved and did not inform us of her new address. We did not learn of her new address until October 3, 2011.

**EXHIBIT "B"**

Signed this the 7th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 7th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2