UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: | * | |
| *Joyce Thomas, et al v. Frontier RV, Inc., et al*, 09-8658 | * * * * * | MAGISTRATE: CHASEZ |

*************************************************************************

# ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of the below listed plaintiffs is **GRANTED,** with *prejudice:*

1. Joyce Thomas
2. Michael Jones
3. Gerty Richardson
4. John F. Smith
5. Walter Williams

New Orleans, Louisiana, this _____ day of October, 2011.

_____
JUDGE KIRK ENGELHARDT

1