# BRUNO & BRUNO
## TRIAL LAWYERS
& YOU, SINCE 1950

FRANK S. BRUNO
JOSEPH BRUNO, JR.
ROBERT J. BRUNO

DAVID S. SCALIA
JOSEPH BRUNO, JR.
CHRISTOPHER M. H
STEPHANIE MAY BRI

April 19, 2011

**VIA FEDERAL EXPRESS**
Kelly M. Morton
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street
Suite 1800
New Orleans, Louisiana 70112-4053

  Re:  *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
    United States District Court, Eastern District of Louisiana
    MDL No. 1873

Dear Ms. Morton:

  I am in receipt of and thank you for your correspondence dated April 14, 2011.

*Thomas, et al. v. Frontier RV, Inc, et al.; Civil Action No. 09-8658*



  We have <u>not</u> been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

    1.) Joyce Thomas
    2.) Michael Jones
    3.) Gerty Richardson
    4.) John F. Smith
    5.) Walter Williams



  If you have any questions, please feel free to contact me directly at (504) 304-2640.

  With kindest regards, I remain.

               Very truly yours,

               BRUNO & BRUNO, L.L.P.

               Stephanie Alexie,
               Executive Legal Assistant to Joseph M. Bruno

RECEIVED APR 20 2011

EXHIBIT B

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · FAX 504-581-149