| | |
|---|---|
| **From:** | Stephanie Alexie |
| **To:** | Kelly Morton |
| **Subject:** | Formaldehyde- Motions to Dismiss |
| **Date:** | Sunday, September 18, 2011 8:37:29 PM |

Hi Kelly:

I have reviewed your Motions to Dismiss in the below cases and our firm has no opposition.

*Thomas, et al. v. Frontier RV, Inc, et al.;* Civil Action No. 09-8658



Very truly yours,

**Stephanie Alexie**
Executive Assistant to Joseph M. Bruno
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-1335
Direct Line: (504) 304-2640
Facsimile:   (504) 561-6775
stephaniea@brunobrunolaw.com