UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER        * | | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS       * | | |
| LIABILITY LITIGATION        * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE: ENGELHARDT |
| **This Document Relates To:**  * | | |
| * | | MAGISTRATE:  CHASEZ |
| * | | |
| *Ora Brock, et al, v. Recreation By*  * | | |
| *Design, LLC, et al,* Docket  No.   * | | |
| 09-5847                     * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs, Ora Brock and Ora Brock on behalf of Lionel Brock, with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of October, 2011.

_____
JUDGE KIRK ENGELHARDT

1