# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Thomas Ahl v. Frontier RV, Inc.,* | * | MAGISTRATE:  CHASEZ |
| *et al,* Docket No. 10-3497 | * | |
| | * | |
| | * | |
| | * | |

**********************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32, AND 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT,** through undersigned counsel comes defendant, Frontier RV, Inc.

("Frontier"), who moves this Honorable Court to dismiss the claims of plaintiffs:

1.  Rhonda Estave, obo D.E., a minor
2.  Donald Estave
3.  Rhonda Estave, obo E.E., a minor
4.  Rhonda Estave, obo K.E., a minor
5.  Rhonda Estave
6.  George Miller
7.  Wilfred Nunez, obo A.N., a minor
8.  Wilfred Nunez, obo B.N., a minor
9.  Wilfred Nunez, obo C.N., a minor
10.  Wilfred Nunez
11.  Misty Gervais, obo T.S., a minor

with *prejudice*, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2, 32,

and 88 relating to the provisions of Plaintiff Fact Sheets.

The reasons for the Motion are more fully set forth in the attached Memorandum in

Support. Further, the undersigned has contacted opposing counsel regarding this Motion, and

opposing counsel has stated that it has no objection to the dismissal of these plaintiffs.

Respectfully submitted,


 */s/ Kelly M. Morton*_____
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Frontier RV, Inc.
Email: kmorton@garrisonyount.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.


 */s/ Kelly M. Morton*_____
KELLY M. MORTON, Bar No. 30645