UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates To: *Thomas Ahl v. Frontier RV, Inc., et al*, Docket No. 10-3497 | * * * * * | MAGISTRATE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs:

1. Rhonda Estave, obo D.E., a minor
2. Donald Estave
3. Rhonda Estave, obo E.E., a minor
4. Rhonda Estave, obo K.E., a minor
5. Rhonda Estave
6. George Miller
7. Wilfred Nunez, obo A.N., a minor
8. Wilfred Nunez, obo B.N., a minor
9. Wilfred Nunez, obo C.N., a minor
10. Wilfred Nunez
11. Misty Gervais, obo T.S., a minor

is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
JUDGE KIRK ENGELHARDT

1