OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **10-10-2011**

**Melissa Arnold**

vs.

**Crum & Forster Specialty Ins Co.**

Case No. **09-8458** Section **N**

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Burlington Insurance Company**
   (address) **Through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge LA 70809**
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for **PLAINTIFFS**
**Frank J. D'Amico, Jr., APLC**
Address **4731 Canal St**
**New Orleans, LA 70119**