OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _10-10-2011_

_DARLENE JAMES_

vs.

_CRUM & FORSTER SPECIALTY INS Co_

Case No. _10-3612_ Section _N_

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _BURLINGTON INSURANCE COMPANY_
   (address) _THROUGH THE LOUISIANA SECRETARY OF STATE 8585 ARCHIVES AVE., BATON ROUGE LA 70809_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for _PLAINTIFFS_
_FRANK J. D'AMICO, JR., APLC_
Address _4731 CANAL ST_
_NEW ORLEANS, LA 70119_