OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: _10-10-2011_

_LISA SMITH_

vs.

_Crum & Forster Specialty Ins Co_

Case No. _09-8454_ Section _N_

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Burlington Insurance Company_
   (address) _Through the Louisiana Secretary of State  8585 Archives Ave., Baton Rouge LA 70809_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for _PLAINTIFFS_
_FRANK J. D'AMICO, JR., APLC_
Address _4731 CANAL ST_
_NEW ORLEANS, LA 70119_