OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: __10-10-2011__

__Raymond Allen, Sr__

vs.

__Crum & Forster Specialty Ins Co__

Case No. __09-8456__ Section __N__

Dear Sir:

Please ((issue)) (re-issue) summons on the (complaint) (amended complaint) ( ✓ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Burlington Insurance Company__
   (address) __Through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge LA 70809__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

I CERTIFY THAT ALL PARTIES LISTED IN THE COMPLAINT REFERENCED ABOVE, HAVE BEEN MATCHED PURSUANT TO PTO #55.

Very truly yours,

"Signature"

Attorney for __Plaintiffs__
__Frank J. D'Amico, Jr., APLC__
Address __4731 Canal St__
__New Orleans, LA 70119__