UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Sherry Magruder v. Frontier RV, Inc., et al*, | * | MAGISTRATE:  CHASEZ |
| Docket No. 10-3496, *Linda Coleman* | * | |
| *Nuschler v. Frontier RV, Inc.,* Docket No. | * | |
| 10-3779, and *Linda Coleman Nuschler v.* | * | |
| *Frontier RV, Inc., et al ,* Docket No. 10-3483 | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs, Sherry Magruder and Linda Coleman Nuschler, is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
JUDGE KIRK ENGELHARDT

1