| | |
|---|---|
| From: | Roberta Burns |
| To: | Kelly Morton |
| Cc: | "ANDREW WEINSTOCK"; "Carmen Motes"; Jill Marie Kenyon; Randy Mulcahy; "cleche@dkslaw.com"; Kurtz, David; Whitfield, Karen; "Miller, Henry (CIV)"; Jessica Bastoe; Phyllis Michon; Denise Martin |
| Subject: | RE: In Re FEMA~Motion to Dismiss |
| Date: | Monday, October 10, 2011 11:39:29 AM |

Kelly:

No opposition: *Sherry Magruder v. Frontier RV, Inc., et al* complaint at Docket No. 10-3496; *Linda Coleman Nuschler v. Frontier RV, Inc., et al* complaint at Docket No. 10-3779; *Linda Coleman Nuschler v. Frontier RV, Inc., et al* complaint at Docket No. 10-3483

Roberta


Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.



EXHIBIT B