UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Cynthia Hendry, et al v. Recreation* | * | MAGISTRATE:  CHASEZ |
| *by Design, LLC, et al* Docket 09-8166 | * | |

**************************************************************************

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs, Cynthia Hendry, James Myers, Lavern Ladner and James Myers on behalf of M.M., M.M., and J.M., with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED** and dismissing the *Cynthia Hendry, et al v. Recreation by Design, LLC,* Docket No. 09-8166, complaint in its entirety.

New Orleans, Louisiana this _____ day of October, 2011.

_____
JUDGE KIRK ENGELHARDT