# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW
909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

KELLY M. MORTON
ADMITTED IN LOUISIANA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 13, 2011

*Via E-mail:*

Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

John Arthur Eaves, Jr.
johnjr@eaveslaw.com
Law Firm of John Arthur Eaves
101 N. State Street
Jackson, MS 39201

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL No. 07-1873
Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.





TAMPA OFFICE • 423 SOUTH HYDE PARK AVENUE • TAMPA, FLORIDA 33606-2268
TELEPHONE (813) 275-0404 • FACSIMILE: (813) 275-0304

April 13, 2011
Page -2-



*Cynthia Hendry, et al. v. Recreation By Design, LLC, et al. USDC-EDLA No. 09-8166:*

1. Cynthia Hendry
2. James Myers
3. Lavern Ladner
4. James Myers on behalf of M.M.
5. James Myers on behalf of M.M.
6. James Myers on behalf of J.M.

As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

Sincerely,

Kelly M. Morton

KMM/klm

cc: David Kurtz – dkurtz@bakerdonelson.com
    Charles Leche – cleche@dkslaw.com
    Henry Miller – henry.miller@usdoj.gov