| | |
|---|---|
| From: | April Conger |
| To: | Kelly Morton |
| Subject: | RE: FEMA Recreation By Design |
| Date: | Monday, April 18, 2011 8:21:54 AM |
| Attachments: | evelyn_bergerson.pdf |
| | james_pollard.pdf |
| | jonathan_gray.pdf |
| | andrew_gray.pdf |

Kelly,

[redacted] fact sheets for our clients in Evelyn Bergerson v. Recreation By Design No 09-6078 (Evelyn Bergerson attached) and James Hayward Pollard v. Recreation By Design No 10-2158 (James Hayward Pollard, Jonathan Gray and Andrew Gray attached).

We do not have plaintiff fact sheets for the clients in Cynthia Hendry v. Recreation By Design No 09-8166: Cynthia Hendry, James Myers, Lavern Ladner and James Myers on behalf of M.M., M.M. and J.M. and these clients can be dismissed.

From: Kelly Morton [mailto:KMorton@GarrisonYount.com]
Sent: Friday, April 15, 2011 11:13 AM
To: April Conger
Subject: RE: FEMA Recreation By Design

April

Please email me the 4 plaintiff fact sheets

Also, please provide the name of the 6 plaintiffs you do not have plaintiff fact sheets for, and advise if we can file the motion to dismiss as opposed

Thanks

Kelly M. Morton
Attorney
Garrison, Yount, Forte
& Mulcahy, LLC
[redacted] Poydras Street, Suite 1800
New Orleans, LA 70112
[redacted] Main
[redacted] Direct Dial
[redacted] Facsimile
[redacted]@garrisonyount.com
garrisonyount.com

LEGAL NOTICE
[redacted boilerplate]


EXHIBIT B