UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Sharon Torres, et al v. TL Industries, Inc.,*<br>*et al,* Docket No. 09-8158 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL. NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT<br><br>MAGISTRATE:  CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that TL Industries, Inc.'s Unopposed Motion to Dismiss the claims of plaintiffs, Sharon Torres (Breshers) and Porsirio Torres, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED** and dismissing the matter in its entirety.

New Orleans, Louisiana this _____ day of October, 2011.


_____
JUDGE KIRK ENGELHARDT