## Kelly Morton

**From:** April Conger [april@eaveslaw.com]
**Sent:** Monday, April 18, 2011 9:31 AM
**To:** Kelly Morton
**Subject:** John Arthur Eaves TL Industries
**Attachments:** 

Kelly,

~~[redacted]~~

We do not have plaintiff fact sheets for the following clients: Sharon Torres (Breshers) and Porsirio Torres in the case No 09-8158 [redacted] so these cases can be dismissed.

Thank you,
April Conger
Eaves Law Firm
101 N. State Street
Jackson, MS 39201
Phone (601) 355-7961
Fax (601) 355-0530
april@eaveslaw.com



EXHIBIT B