## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | SECTION "N" (5) |
| **THIS DOCUMENT RELATES TO:** | |
| *Nathalie M. Assevedo, et al. v.* | |
| *Crum & Forster Specialty Insurance, et al.*, | |
| EDLA No. 10-3508 | |

**********************************************************************

### O R D E R

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the plaintiffs be **GRANTED** leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, _____ day of _____, 2011.

 

                                                     **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**