IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER  
      FORMALDEHYDE  
      PRODUCTS LIBILITY LITIGATION

MDL NO. 1873

JUDGE ENGLEHARDT  
MAGISTRATE CHASEZ

**This Document Relates to:**  
**10-01391:** *Patterson v. Ameri-camp, Inc., et al*  
**10-01392:** *Bousquetto, et al v. Heartland Recreational, et al*  
**10-01393:** *Bridges v. TL Industries, et al*  
**10-01394:** *Deflanders, et al v. Thor Industries, et al*  
**10-01396:** *Allday-Johnson, et al v. Recreation by Design, et al*  
**10-01397:** *Allen, et al v. Keystone RV Company, et al*  
**10-01398:** *Swan, et al v. Jayco, Inc. et al*  
**10-01399:** *Batiste, et al v. Dutchmen Manufacturing, et al*  
**10-01400:** *Bullock, et al v. Coachmen Industries, Inc., et al*  
**10-02597:** *Martin, et al v. Lakeside Park Homes, Inc., et al*  
**10-02598:** *Lucas, et al v. Starcraft RV, Inc., et al*  
**10-02885:** *Goudy, et al v. DS Corp., et al*  
**10-02886:** *Bullard et al v. Stewart Park Homes, Inc., et al*

**MOTION TO BE RECOGNIZED AS ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in the above captioned matters, who move this Honorable Court for an Order naming and appointing Jack W. Harang, an attorney licensed to practice law in the State of Louisiana, and before the United States District Court for the Eastern District of Louisiana and whose principal address is 228 St. Charles Avenue, Suite 501, New Orleans, Louisiana as additional counsel of record herein.

Respectfully submitted,

        s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:     504.581.7050
Facsimile:      866.441.6281
jack@jharang.com

        s/Catherine Jacobs
Catherine Jacobs (MSB# 2979)
Attorney at Law
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, Mississippi 39564
Telephone:     228.872.4642
Facsimile:      228.872.4698
cathyftla@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on October 11, 2011 served a true and correct copy of the foregoing, **Motion to Be Recognized as Additional Counsel of Record** to counsel of record via CM/ECF to all counsel of record.


        s/Jack W. Harang
JACK W. HARANG