UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                       SECTION "N" (5)
THIS DOCUMENT RELATES TO:
*Angelica M. Alvarez, et al. v.*
*Crum & Forster Specialty Insurance, et al.*,
EDLA No. 10-3505
*****************************************************************************

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add an additional named defendant insurer, Burlington Insurance Company ("Burlington"), for the now bankrupt manufacturer, Pilgrim International, Inc., with respect to the claims of certain plaintiffs named herein Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269.

Pursuant to Pretrial Order No. 10, counsel for plaintiffs and defendants, **Crum & Forster Specialty Insurance**, **Sentry Insurance**, and **Fluor Enterprises, Inc.**, have conferred, and counsel for defendants consent to the filing of plaintiffs' Motion for Leave to File a First Supplement and Amended Complaint for Damages.

**WHEREFORE,** the plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Unopposed Motion for Leave to file the attached First Supplemental and Amending

Complaint for Damages.

                              Respectfully submitted,

                              **LAW OFFICES OF SIDNEY D. TORRES, III,**
                              *A PROFESSIONAL LAW CORPORATION*

                              By:     s/ Roberta L. Burns
                              SIDNEY D. TORRES, III, La. Bar No. 12869
                              ROBERTA L. BURNS, La. Bar No. 14945
                              8301 West Judge Perez Drive, Suite 303
                              Chalmette, LA 70043
                              Telephone: (504) 271-8421
                              Facsimile: (504) 271-1961
                              E-mail:      storres@torres-law.com
                                                rburns@torres-law.com
                              ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
**ROBERTA L. BURNS**
