UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Angelica M. Alvarez, et al. v.*
*Crum & Forster Specialty Insurance, et al.*,
EDLA No. 10-3505
*************************************************************************

### O R D E R

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the plaintiffs be **GRANTED** leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, _____ day of _____, 2011.

 

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**