IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE<br>        PRODUCTS LIBILITY LITIGATION | MDL NO. 1873 |
| | JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

**This Document Relates to:**

| | |
|---|---|
| *Floreda White, individually v. Coachman Industries, Inc. et al* | 10-719 |
| *Aslean Brown, et al v. Dutch Housing, Inc., et al* | 10-720 |
| *Hobert Palmer, individually v. Jayco, Inc., et al* | 10-721 |
| *Shirlene Finley, individually v. Keystone RV Company, et al* | 10-722 |
| *Earnestine Crockett, individually v. Liberty Homes, Inc., et al* | 10-723 |
| *Helen Davall, et al v. GulfStream Coach, Inc. et al* | 10-724 |
| *Ronald Cherry, et al v. Forest River, Inc., et al* | 10-725 |
| *Trina Bailey, et al v. Starcraft RV, Inc, et al* | 10-726 |
| *Joseph Ankum, et al v. Alliance Homes, Inc., et al* | 10-727 |

**MOTION TO BE RECOGNIZED AS ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in the above captioned matters, who move this Honorable Court for an Order naming and appointing Jack W. Harang, an attorney licensed to practice law in the State of Louisiana, and before the United

States District Court for the Eastern District of Louisiana and whose principal address is 228 St. Charles Avenue, Suite 501, New Orleans, Louisiana as additional counsel of record herein.

    Respectfully submitted,

    s/Jack W. Harang
    JACK W. HARANG (LA# 15083)
    Law Offices of Jack W. Harang
    228 St. Charles Avenue, Suite 501
    New Orleans, Louisiana  70130
    Telephone:      504.581.7050
    Facsimile:       866.441.6281
    jack@jharang.com

    s/Scott Soutullo
    Scott Soutullo (AL Bar #: souts7879)
    SCOTT SOUTULLO, P.C.
    P.O. Box 2125
    Mobile, Alabama  36652
    Telephone: 251.391.1212
    Facsimile: 251.650.1358
    Email: scott@lawyerscott.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on October 11, 2011 served a true and correct copy of the foregoing, **Motion to Be Recognized as Additional Counsel of Record** to counsel of record via CM/ECF to all counsel of record.

    s/Jack W. Harang
    JACK W. HARANG