UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Michelle Dantoni v. Jayco, Inc.* | * | |
| Docket No. 09-3910 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Efzelda Booker | * | |
| Peter Graffia | * | |
| Trenell Nelson | * | |
| Trenell Nelson obo Ashanti Nelson | * | |
| Trenell Nelson obo Dishaun Nelson | * | |
| Gerald Truxillo | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, **Efzelda Booker, Peter Graffia, Trenell Nelson, individually and on behalf of Ashanti Nelson and Dishaun Nelson,** and **Gerald Truxillo**, are hereby dismissed with prejudice.

New Orleans, Louisiana, this ____11th____ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE