UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *       MDL. NO. 1873
FORMALDEHYDE PRODUCTS           *
LIABILITY LITIGATION            *       SECTION "N" (5)
                                *
                                *       JUDGE: ENGELHARDT
**This Document Relates To:**   *
*Sherry Magruder v. Frontier RV, Inc., et al*, *   MAGISTRATE:  CHASEZ
Docket No. 10-3496, *Linda Coleman*  *
*Nuschler v. Frontier RV, Inc.,* Docket No.  *
10-3779, and *Linda Coleman Nuschler v.*  *
*Frontier RV, Inc., et al ,* Docket No. 10-3483*
**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs, Sherry Magruder and Linda Coleman Nuschler, is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this ____11th____ day of October, 2011.

_____
United States District Judge

1