UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL. NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| **This Document Relates To:**<br>*Thomas Ahl v. Frontier RV, Inc.,*<br>*et al, Docket No.* 10-3497 | * <br> * <br> * <br> * <br> * <br> * | MAGISTRATE:  CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs:

1.   Rhonda Estave, obo D.E., a minor
2.   Donald Estave
3.   Rhonda Estave, obo E.E., a minor
4.   Rhonda Estave, obo K.E., a minor
5.   Rhonda Estave
6.   George Miller
7.   Wilfred Nunez, obo A.N., a minor
8.   Wilfred Nunez, obo B.N., a minor
9.   Wilfred Nunez, obo C.N., a minor
10.  Wilfred Nunez
11.  Misty Gervais, obo T.S., a minor

is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this ___11th___ day of October, 2011.

_____
United States District Judge

1