UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. NO. 1873 SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Charles Arbour, et al v. Recreation by Design, LLC, et al* Docket No. 10-3715 | * * | MAGISTRATE:  CHASEZ |

**************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs:

1. Lester Brugier
2. Jamie Gadwaw
3. Michael Lagarde
4. Jolie Lapeyrouse
5. Albert Mackles
6. Clara Mackles
7. Judy Mayeux
8. Paul Mayeux
9. Ezilda Meyers
10. Irwin Meyers
11. Yockey Patcheco
12. Salvador Zahn

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED.**

New Orleans, Louisiana this _____ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE