# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

## ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 13, 2011

_**Via E-mail:**_
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Sidney D. Torres, III
storres@torres-law.com
David C. Jarrell
dcjarrell@torres-law.com
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

  Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
     USDC-EDLA, MDL No. 07-1873
     Our file: 1376-41971

Dear Counsel:

  Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce these sheets.

_Charles E. Arbour, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 10-3715:_



EXHIBIT
A

April 13, 2011
Page 2



3.      Lester P. Brugier

14.     Jamie Elizabeth Gadwaw
15.     Michael Lagarde
16.     Jolie Lapeyrouse

18.     Albert J. Mackles
19.     Clara Francis Mackles
20.     Judy Mayeux
21.     Paul Mayeux
22.     Ezilda Meyers
23.     Irwin Meyers

29.     Yockey Patcheco

35.     Salvador Anthony Zahn

April 13, 2011
Page 3



    As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

                                    Sincerely,

                                    Kelly M. Morton

KMM/klm

cc:    David Kurtz – dkurtz@bakerdonelson.com
       Charles Leche – cleche@dkslaw.com
       Henry Miller – henry.miller@usdoj.gov

GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.