UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| Albert et al v. Forest River, Inc. et al | * | |
| C.A. No. 2:09-cv-08374 | * | |
| Plaintiff Christine Myles, individually, only | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF CHRISTINE MYLES' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Christine Myles, individually only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims, made in her individual capacity, that she makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims that Christine Myles makes on behalf of Diamond Davenport, a minor, or any claims made by Christine Myles, in an individual or representative capacity, in any other complaints in this MDL.

                                          Respectfully submitted:

                                          By: */s/ Peter K. Taaffe*
                                                Anthony G. Buzbee
                                                Texas Bar No. 24001820
                                                Peter K. Taaffe
                                                Texas Bar No. 24003029
                                                THE BUZBEE LAW FIRM
                                                600 Travis, Suite 7300
                                                Houston, Texas 77002
                                                Tel.:  (713) 223-5393
                                                Fax:  (713) 223-59009

JOHN MUNOZ (#9830)  
GARNER & MUNOZ  
1010 Common Street, Suite 3000  
New Orleans, LA 70112-2411  
Tel: (504) 581-7070  
Fax: (504) 581-7083  

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ Peter K. Taaffe*  
                                                      Peter K. Taaffe