UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8374 and 11-0850 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED PARTIAL MOTION TO WITHDRAW FOREST RIVER, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

On Friday, August 26, 2011, Defendants Forest River, Inc. ("Forest River") moved this Court to dismiss the claims of the various plaintiffs against Forest River on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On Wednesday, September 21, 2011, the Court issued an Order (Rec. Doc. 22956) Granting Forest River Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 22607).

On Friday, September 23, 2011, the Court issued an Order Vacating in Part its Order granting Forest River's Motion to Dismiss, advising that incorrect member case names had been provided for certain plaintiffs in the Motion to Dismiss (Rec. Doc 22990).

On September 30, 2011, Forest River, Inc. refiled its Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets listing the corrected case numbers (Rec. Doc. No. 23030). On October 7, 2011, Forest River received a letter and

DVD from plaintiffs' counsel containing PFSs for all of the plaintiffs in Forest River's September 30, 2011 Motion except for Hoover Jones and Zavion Jones. Such letter is attached hereto as Exhibit A. Further, the letter states that plaintiffs' counsel will be voluntarily dismissing the claims of Christine Myles. Thus, Forest River moves this Court to partially withdraw its previously filed motion to dismiss as to all plaintiffs noted below:

**09-8374**          **Brenda Albert, et al v. Forest River, Inc.**
Bibbins, Eugene                  Lawrence, Arthur
Bibbins, Eugene o/b/o D.C.       Parker, Arthur
Brown, Latoya                    Richard, Gary Sr.
Clayton, Brian                   Russell, Earnest
Dennis, Julien                   Thompson, Sabrina
Johnson, Ashley                  Thompson, Sabrina o/b/o J.T.
Johnson, Keoka                   Thompson, Sabrina o/b/o Q.T.
Jones, Beatrice                  Thompson, Sabrina o/b/o T.T.
Thornton, Dianne                 Washington, James
Christine Myles

However, because plaintiffs' counsel has yet to provide fact sheets for Hoover Jones and Zavion Jones, Forest River is not withdrawing its previously filed motion to dismiss as to Hoover Jones and Zavion Jones. Additionally, Plaintiffs' counsel has indicated that they do not oppose the partial withdrawal of Forest River's previously filed motion to dismiss as to the plaintiffs listed above and leaving such previously filed motion to dismiss in place as to Hoover Jones and Zavion Jones, in the below listed cases:

**11-0850**          **Hoover Jones, et al v. Forest River, Inc.**
Jones, Hoover

**09-8374**          **Brenda Albert, et al v. Forest River, Inc.**
Jones, Zavion

Accordingly, Forest River respectfully moves the Court to grant its partial withdraw of its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, for the plaintiffs

2

identified above, except Hoover Jones and Zavion Jones and grant its Motion to Dismiss as to Hoover Jones and Zavion Jones.

    Respectfully Submitted,

    **GIEGER, LABORDE & LAPEROUSE, LLC**

    BY: /s/ Ernest P. Gieger, Jr.
    ERNEST P. GIEGER, JR. (6154)
    ANDREW A. BRAUN (#3415)
    J. MICHAEL DIGIGLIA (24378)
    GIEGER, LABORDE & LAPEROUSE, L.L.C.
    One Shell Square
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana  70139-4800
    Telephone:  (504) 561-0400
    Facsimile:  (504) 561-1011
    egieger@glllaw.com
    abraun@glllaw.com
    mdigiglia@glllaw.com
    **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 11, 2011 via electronic filing.

    /s/  Ernest P. Gieger, Jr.