# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

October 6, 2011



**Via Email and Fedex!**
Ernest P. Gieger, Jr.
J. Michael Digiglia
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, LA 70139

Re:   *In Re: FEMA Trailer Products Liability Litigation*
      In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873
      Cause No. 09-8374, *Albert, et al v. Forest River, et al*
      Cause No. 11-0850, *Jones, et al v. Forest River, et al*

Gentlemen:

Please use me and David Carr as your primary point of contact at this firm.

We understood that the fact sheets for all but three of the plaintiffs that are the subject of your motion to dismiss in these two cases were submitted to Manufacturing Liaison Counsel by the PSC's Claims Office in 2008 and 2009, in accordance with PTOs 2 and 32.

I understand that the practice, up to March 2009, was that Manufacturing Liaison Counsel would provide fact sheets to Choice, would advise all defense counsel that they had posted fact sheets with Choice, and it was incumbent on the defendants' counsel to go to Choice and locate any fact sheets that pertained to their client. I understand that, after March 2009, the Claims Office would sort fact sheets by defendant and Manufacturing Liaison Counsel would then send a courtesy memo to all defense counsel, listing what manufacturer-specific PFS's were on each CD, but it was still incumbent on defense counsel to retrieve relevant fact sheets from Choice.

Again, our records indicate that fact sheets for all but three of these plaintiffs were provided to Manufacturing Liaison Counsel. Based on my dealings with Manufacturing Liaison Counsel, I am confident that they took all steps in their process. I can see from your motion that, for whatever reason, you don't have them. Thus, enclosed are another copy of the Fact Sheets for the Buzbee Law Firm clients listed in Schedule A.

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

Edinb
By A



EXHIBIT A

As to the other three--we will be voluntarily dismissing the claim of Christine Myles; we are unable to provide the PFS's for Hoover Jones and Zavion Jones at this time. We are searching the Claims Center files, and our files for them, and hope to send them to you as soon as possible.

Please advise if you will withdraw your motion.

Yours very truly,

Peter K. Taaffe
Enclosure

cc:     **Via E-Mail**
        Andrew Weinstock
        Gerald Meunier/Justin Woods

1910 Ice & Cold Storage Building
104 21ˢᵗ Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only

Schedule A

1. Eugene Bibbins
2. Eugene Bibbins obo D___ C___
3. Brown Latoya
4. Brian Clayton
5. Julien Dennis
6. Ashley Johnson
7. Keoka Johnson
8. Beatrice Jones
9. Arthur Lawrence
10. Arthur Parker
11. Gary Richard Sr.
12. Earnest Russell
13. Sabrina Thompson
14. Sabrina Thompson obo J___ T___
15. Sabrina Thompson obo Q___ T___
16. Sabrina Thompson obo T__ T___
17. Dianne Thornton
18. James Washington