**Fran Jeblonski**

| | |
|---|---|
| **From:** | Peter K. Taaffe [ptaaffe@txattorneys.com] |
| **Sent:** | Tuesday, October 11, 2011 2:14 PM |
| **To:** | Fran Jeblonski; Tony Buzbee; Peter Taaffe (work); David Carr |
| **Cc:** | ANDREW WEINSTOCK; Gerald E. Meunier; Mike DiGiglia; Ernie Gieger; Megan Cambre; Donna Uli; Karen B. Davis; Ashley Bouchon; Justin Woods |
| **Subject:** | Re: FEMA Trailer Formaldehyde Litigation - Response to your request to withdraw Forest River's Motion to Dismiss (Doc. 023030) |

We don't oppose partial motion to withdraw.
If we can get pfs's for those two by 4pm, we will. Will do our best.
Thanks,
Peter

Peter K. Taaffe
Buzbee Law Firm
office (713) 223-5393
cell (281) 684-4941

---

**From:** Fran Jeblonski <fjeblonski@glllaw.com>
**Date:** Tue, 11 Oct 2011 19:16:48 +0000
**To:** Anthony Buzbee<tbuzbee@txattorneys.com>; ptaaffe@txattorneys.com<ptaaffe@txattorneys.com>; dcarr@txattorneys.com<dcarr@txattorneys.com>
**Cc:** ANDREW WEINSTOCK<andreww@duplass.com>; Meunier, Gerald<gmeunier@gainsben.com>; Mike DiGiglia<mdigiglia@glllaw.com>; Ernie Gieger<egieger@glllaw.com>; Megan Cambre<mcambre@glllaw.com>; Donna Uli<duli@glllaw.com>; Karen B. Davis<kdavis@glllaw.com>; Ashley Bouchon<abouchon@glllaw.com>; Justin Woods<jwoods@gainsben.com>
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Response to your request to withdraw Forest River's Motion to Dismiss (Doc. 023030)

Please advise whether you will oppose our Partial Motion to Withdraw as outlined below before 4:00 today, at which time the Motion will be filed. Alternatively, if you will provide the PFSs for Hoover Jones and Zavion Jones, we will file the Motion to Withdraw as to all plaintiffs.

If we do not hear from you by 4:00 p.m. today, we will assume you oppose the Partial Motion to Withdraw and will indicate same to the Court.

Should you have any questions, please do not hesitate to contact me.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com



1

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Fran Jeblonski
**Sent:** Tuesday, October 11, 2011 11:25 AM
**To:** Anthony Buzbee; ptaaffe@txattorneys.com; dcarr@txattorneys.com
**Cc:** ANDREW WEINSTOCK; Meunier, Gerald; Mike DiGiglia; Ernie Gieger; Megan Cambre; Donna Uli; Karen B. Davis; Ashley Bouchon; Justin Woods
**Subject:** FEMA Trailer Formaldehyde Litigation - Response to your request to withdraw Forest River's Motion to Dismiss (Doc. 023030)

Gentlemen:

Please refer to below correspondence from Mike DiGiglia:

We have confirmed receipt of the PFSs for all of the plaintiffs listed on your Exhibit A, however, most of them list manufacturers other than Forest River so they don't belong in cases against Forest River. We plan to file a partial motion to withdraw our previously filed MTD today at 4:00 pm for all but the two plaintiffs (Hoover Jones and Zavion Jones) that we have not received PFSs for, unless you can send us those two PFSs today before we file our partial motion to withdraw.

With regard to your assertion that the PFSs for these plaintiffs, including the ones on Exhibit A to your October 7 letter, were submitted to Manufacturing Liaison Counsel in 2008 and 2009, please provide documentation of such submittals for those plaintiffs that stayed in a Forest River unit. Such documentation could be a transmittal letter with these plaintiffs listed in the letter or PDF files of the PFSs that have "Creation Dates" that fall within 2008 or 2009.

For those 2008/2009 PFSs you assert were sent to Manufacturing Liaison Counsel that listed a manufacturer other than Forest River or there was no manufacturer listed on the 2008/2009 PFSs, Manufacturing Liaison Counsel would not have provided Forest River with those PFSs (for obvious reasons) and it is our position that those PFS submittals would not have been valid. Further, for those PFSs that you have submitted in response to Forest River's May 2, 2011 Deficiency Letter stating that we do not have a PFS the list of plaintiffs indicated therein or in response to Forest River's motions to dismiss, those PFSs "must stand on their own" with regard to deficiencies therein, in accordance with Judge Engelhard's position in the May 13, 2011 PLC and DLC status conference.

For those plaintiffs in your Exhibit A that do not list Forest River as a manufacturer on their PFSs, we will address those in future motions to dismiss for "wrong manufacturer" and for those whose PFSs that list no manufacturer, we will address those in future motions to dismiss for deficient PFSs.

In closing, please let us know whether you will be filing Voluntary Motions to Dismiss for the following plaintiffs since their PFSs indicate that they did NOT stay in a Forest River unit:

Brown, Latoya – Hearland listed as manufacturer with VIN beginning 5sfbt
Dennis, Julien – Jayco listed as manufacturer with VIN beginning 61EP
Johnson, Ashley – Fleetwood listed as manufacturer with VIN beginning 1EB1F
Johnson, Keoka – Gulfstream listed as manufacturer with VIN beginning 1EB1F

Jones, Beatrice – Fleetwood listed as manufacturer with VIN beginning 2EB1
Lawrence, Arthur – Dutchman listed as manufacturer with VIN beginning 47CTS
Parker, Arthur – Gulfstream listed as manufacturer with VIN beginning 1NL1GTR
Richard, Gary Sr. – Dutchman listed as manufacturer with VIN beginning 47CTD
Thompson, Sabrina o/b/o Q.T. – Gulfstream listed as manufacturer with VIN beginning 1S9B
Thompson, Sabrina o/b/o T.T. – Gulfstream listed as manufacturer with VIN beginning 1S9B

Additionally, please provide us with a copy of the Voluntary Motion to Dismiss pertaining to Christine Myles as indicated in your October 6th correspondence.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
**www.glllaw.com**

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.