UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8374 and 11-0850 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Unopposed Partial Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23030];

IT IS ORDERED that Forest River, Inc.'s Unopposed Partial Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted as to all plaintiffs except Hoover Jones and Zavion Jones and Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets as to Hoover Jones and Zavion Jones is granted.

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT