UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Steven Cronin, et al. v. Sunnybrook RV, Inc., et al Cause No. 09-6919 Heather Thigpen, Kristin Penton and Sadie Penton | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION DEFENDANT'S MOTION TO DISMISS

COME NOW Heather Thigpen, Kristin Penton, Sadie Penton (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23001].

I.  SPECIFIC ALLEGATIONS

Defendant alleges that certain deficiencies remain in Plaintiffs' Fact Sheets. Contemporaneous with this filing, Plaintiffs are supplying Fact Sheet Deficiency Answers for Heather Thigpen, Kristian Penton and Sadie Penton that provide responses to the deficiencies referenced by Defendant. Exhibit "A". In the prior fact sheets there was confusion in the move-in and move-out date as well as the type of trailer Plaintiffs

lived in. That has now been rectified and the type of trailer has been clearly identified as a Sunnybrook. Other deficiencies have been addressed as well. Exhibit "A". With these fact deficiency answers, Plaintiffs have materially complied with the requirements of the fact sheet process and their cases should not be dismissed.

Defendant claims that according to Federal Rule of Civil Procedure 41(b), dismissal is justified. However as noted by the Defendant in their Memorandum (Rec. Doc. 23001-2, page 3), dismissal is appropriate only where there is a "clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wrenn v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). The interests of justice would not be served by dismissing these cases without giving Plaintiffs an opportunity to present evidence. Furthermore, there is no clear record of delay, but a record of supplementation. There has been no contumacious conduct. For these reasons, dismissal is not appropriate.

### IV. Conclusion

For the reasons set forth above Heather Thigpen, Kristin Penton, Sadie Penton, pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trail Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of October, 2011.

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**