# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984   **SSN**

**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

| Question # | Question |
|---|---|
| 1 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
I am not making a claim for loss wages.

| Question # | Question |
|---|---|
| 2 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
I did not see a doctor for the symptoms listed.

| Question # | Question |
|---|---|
| 3 | Did not provide the VIN Number. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sunnybrook R.V., Inc. trailer. The VIN number of that trailer was 4UBAS0R2861071667. I did not live in Gulfstream trailer.

| Question # | Question |
|---|---|
| 4 | Did not provide the date plaintiff first occupied the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984    **SSN**  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Answer**  
I first occupied the temporary housing unit in October, 2005.

| Question # | Question |
|---|---|
| 5 | Did not provide the date plaintiff moved out of the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
I moved out of the temporary housing unit in July, 2007.

| Question # | Question |
|---|---|
| 6 | Did not indicate the average number of daily hours spent in the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
I spent at least 8 hours or more in the trailer unit.

| Question # | Question |
|---|---|
| 7 | Did not provide plaintiff's personal tobacco history. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
I am a current smoker and I was a smoker while I was living in the travel trailer.

| Question # | Question |
|---|---|
| 8 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit. |

**Pet ID** 984  
**Def ID** 75

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223043  
**Case Name** Thigpen, Heather  
**DOB** 7/28/1984   **SSN**

**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Notice #**  
[MTD NC]

**Answer**  
I was not treated by a physician for the related injuries.

_____  
Plaintiff or Representative

10/11/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222955  
**Case Name** Penton, Kristian  
**DOB** 6/14/2002   **SSN** 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  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Sunnybrook R.V., Inc. trailer. She did not live in a Pilgrim trailer or a Gulfstream trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the date plaintiff first occupied the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
She first occupied the temporary housing unit in October, 2005.

| Question # | Question |
|---|---|
| 3 | Did not provide the date plaintiff moved out of the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
She moved out of the temporary housing unit in July, 2007.

| Question # | Question |
|---|---|
| 4 | Did not provide information of other persons who resided in the FEMA housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222955  
**Case Name** Penton, Kristian  
**DOB** 6/14/2002   **SSN** 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  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Answer**

She resided with following people in the Trailer:

Heather Thigpen Age: 25 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 She resided in the trailer from October, 2005-July, 2007 She is not making a personal injury claim.

Troy Thigpen Age: 28 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 He resided in the trailer from October, 2005-July, 2007 He is making a claim for personal injury. The nature of that claim is bronchitis.

Vallia Thigpen Age: 4 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 They resided the trailer from October, 2005-July, 2007 They are making a claim for personal injury. The nature of that claim is headaches.

Sadie Thigpen Age: 10 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 She resided in the trailer from October, 2005-July, 2007 She is making a claim for personal injury. The nature of that claim is headaches.

_____  
Plaintiff or Representative

10/11/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222956  
**Case Name** Penton, Sadie  
**DOB** 3/28/2001   **SSN** 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  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Sunnybrook R.V., Inc. trailer. She did not live in a Pilgrim trailer or Gulfstream trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the date plaintiff first occupied the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
She first occupied the temporary housing unit in October, 2005.

| Question # | Question |
|---|---|
| 3 | Did not provide the date plaintiff moved out of the temporary housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

**Answer**  
She moved out of the temporary housing unit in July, 2007.

| Question # | Question |
|---|---|
| 4 | Did not provide information of other persons who resided in the FEMA housing unit. |

**Pet ID** 984  
**Def ID** 75  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222956  
**Case Name** Penton, Sadie  
**DOB** 3/28/2001  **SSN** 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  
**Cause No.** 1:09-cv-542 HSO JMR  
**Case Style** Steven Cronin, et. al. vs. Sunnybrook R.V., Inc.,

**Answer**

She resided with following people in the Trailer:

Heather Thigpen Age: 25 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 She resided in the trailer from October, 2005-July, 2007 She is not making a personal injury claim.

Troy Thigpen Age: 28 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 He resided in the trailer from October, 2005-July, 2007 He is making a claim for personal injury. The nature of that claim is bronchitis.

Vallic Thigpen Age: 4 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 They resided the trailer from October, 2005-July, 2007 They are making a claim for personal injury. The nature of that claim is headaches.

Kristian Thigpen Age: 6 Address: 219 Dogwood St. Waveland, MS 39576 Telephone number: 228-342-2217 She resided in the trailer from October, 2005-July, 2007 She is making a claim for personal injury. The nature of that claim is headaches.

_____  
Plaintiff or Representative

10/11/2011  
Date