UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gerard Hobden et al vs. Sunnybrook R.V., Inc., et. al.. No. 09-7113 Donna Meadows, Chanda Meadows and Hannah Pyron | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS

COME NOW Donna Meadows, Chanda Meadows and Hannah Pyron (hereinafter "Plaintiffs") and file this Response to Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23021][1].

### I. INTRODUCTION

Defendant alleges that certain deficiencies remain in Plaintiffs' Fact Sheets after the Court had issued an order regarding the same. Rec. Doc. 22821. Plaintiffs will

---

[1] At the outset, PlaintiffS would note that Defendant filed Rec. Doc. 22146 as if Chanda Meadows, Donna Meadows and Hannah Pyron were *all* Plaintiffs in *Gerard Hobden et al. v. Sunnybrook R.V., Inc. et al*, Cause No. 09-7113. According to Plaintiffs' records Donna Meadows and Chanda Meadows are Plaintiffs in *Joseph Carrier, et al. v. Sunnybrook R.V. Inc.* Cause No. 10-1035. However, since the Motion to Dismiss was filed by Defendant in *Gerard Hobden*, Plaintiffs Donna Meadows and Chanda Meadows are responding to it here. Hannah Pyron is a Plaintiff in *Gerard Hobden*.

address each of the supposed deficiencies in sequence.

## II.  SPECIFIC ALLEGATIONS

### A.  DONNA MEADOWS

Counsel has made repeated efforts to contact Donna Meadows, however, she has not been successful in reaching her. For more detail, counsel would refer the Court to the Affidavit of Nicole Porter, Watts Hilliard Project Coordinator attached hereto as Exhibit "A".

### B.  CHANDA MEADOWS AND HANNAH PYRON

Defendant alleges that the fact sheets for Chanda Meadows and Hannah Pyron, "continue to be deficient as, contrary to the Court's specific Order (Rec. Doc. 2281), the responses were not verified by the individual plaintiff, but instead were signed with an indecipherable scrawl". Memorandum, 23021-2, page 4. Plaintiffs would show that the Court's Order, Rec. Doc. 22821 states that the move-in and move-out dates "shall be verified by the individual plaintiff". Counsel called Chanda Meadows, the mother of Hannah Pyron, via phone and verified the information regarding the move in and move out date on September 26, 2010. See Affidavit of Nicole Porter, Watts Hilliard Project Coordinator, Exhibit "B". Counsel then submitted the attached Plaintiff Fact Sheet Deficiency Answers for Chanda Meadows, and Hannah Pyron, on September 27, 2011 to defense counsel. Exhibits "C" and "D" respectively. Said Fact Sheet Deficiency Answers which were signed by Plaintiffs' Counsel Robert Hilliard, however the information had been verified with Chanda Meadows via phone.

Plaintiffs would note that the Court's Order, Rec. Doc. 22821 did not specifically order that they need to be "certified" only "verified" by each Plaintiff. Rec. Doc. 22821,

2

p. 7. Counsel would note that the Court has issued other orders in this MDL saying the supplemental answers must be "certified" such as Rec. Doc. 22969, page 4, and Rec. Doc. 22984, page 4. But, the Court's Order in this case not require "certified answers" merely, "verified answers". Be that as it may, out of an abundance of caution, certifications were also sent to the clients. Exhibit "B". Since the tendering the Fact Sheet Deficiency Answers for Chanda Meadows and Hannah Pyron on September 27, 2011, counsel has received the certifications back from the clients and they are being tendered herewith as Exhibits "E" and "F". Defendant needlessly filed their Motion despite being told that the certifications would be forthcoming. Exhibit "B".

By way of further answer, if such answer be necessary, Plaintiffs would show that Defendant has not in any way been prejudiced. Defendant has the essential information on move-in and move-out date in order to be able to evaluate the claims of Chanda Meadows and Hannah Pyron.

### III. CONCLUSION

For the reasons set forth above, Plaintiffs pray that Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trail Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of October, 2011.

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**

4