UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:    FEMA TRAILER           *    MDL NO. 1873
          FORMALDEHYDE PRODUCTS   *    LIABILITY LITIGATION
          SECTION "N" (5)         *
                                  *
                                  *    JUDGE ENGELHARDT
                                  *    MAGISTRATE CHASEZ
                                  *
THIS DOCUMENT IS RELATED TO:      *
Joseph Carrier, et. al. vs Sunnybrook RV, et. al.   *
Cause: 10-1305                    *
Plaintiff: Donna Meadows          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES            §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on

oath, deposed and stated:

1.    My name is Nicole Porter.  I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this Affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C.  I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Donna Meadows.

3.    On September 14, 2011, we began calling Donna Meadows using the phone numbers we had on file twice daily.  We have not been able to reach her at those numbers.

4.    In an attempt to reach Donna Meadows, we spoke with her ex-husband, Wayne Meadows, who stated that he has not heard from Donna in approximately 1 year. He was unable to give us any additional contact information for Donna Meadows.  We also asked Chanda Meadows where her step-mother, Donna Meadows, might be living or where we could contact her.  She did not know how to contact Donna Meadows.

5.    Since September 12, 2011, we have sent three letters to the address we had in the file on Donna Meadows in an attempt to contact her to secure additional information as ordered by the Court.  We have not received any response to those letters.

EXHIBIT "A"

6.     As of October 11, 2011, Plaintiff's attorney remains unable to locate or contact Donna Meadows.

Signed this the ___11th___ day of ___October___, 2011

_Nicole Porter_
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the ___11th___ day of ___October___, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2