UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** Joseph Carrier, et. al. vs Sunnybrook RV, et. al. Cause: 10-1305 Plaintiff: Chanda Meadows Gerald Hobden, et. al. vs. Sunnybrook RV, et. al. Cause: 09-7113 Chanda Meadows, as next friend of Hannah Pyron, a minor | | * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this Affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Chanda Meadows, Individually and Chanda Meadows as next friend of Hannah Pyron, a minor.

3. On September 14, 2011, we began calling Chanda Meadows with the phone numbers we had on file twice daily. We also sent her a letter requesting that she call us along with certification pages for the fact sheets for herself and her daughter.

4. On September 26, 2011, after several attempts and using alternate phone numbers, we were able to contact Chanda Meadows. We told her we needed verification of the move in and move out dates for her and her daughter. She supplied us the needed information and we prepared Plaintiff Fact Sheet Deficiency Answers for her and her daughter, Hanna



Pyron.

5. On September 27, 2011 we submitted supplemental answers to defense counsel. There were no certification pages attached to those Fact Sheet Deficiency Answers as we had not received them back from the client yet. Attached as Exhibit 1 to this Affidavit is a copy of an email to defense counsel, Cynthia Thomas, wherein we informed her that we would send the certification pages when we received them.

6. On October 3, 2011, we received the certification pages from the client via fax for Chanda Meadows individually and on behalf of Hannah Pyron. We would have attached the certification pages to the September 27, 2011, Fact Sheet Deficiency Answers had we received them at that time.

Signed this the 11th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 11th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

# EXHIBIT "1"

From: "Nicole Porter" <nporter@wgclawfirm.com>
Subject: RE: Supplemental Responses - FEMA Litigation - Watts Hilliard
Date: September 29, 2011 4:36:39 PM CDT
To: "Cynthia Thomas" <Cthomas@gjtbs.com>
Cc: tweitzel@wgclawfirm.com, etorres@wgclawfirm.com, cpinedo@cpinedolaw.com, tweitzel@wgclawfirm.com

Cynthia:

We verified the information with the client over the phone and
sent her the certification pages to sign. We will forward the certification
pages to you when we receive them from the client.

Thanks,

Nicole

> Nicole--You did not send the individual plaintiff verifications of the PFS
> Deficiency Answers. Please forward by tomorrow at noon. Thanks.
>
>
> Cynthia Thomas, Special Counsel
> #3 Sanctuary Boulevard, Suite 301, Mandeville, Louisiana 70471
> Phone: 985-674-6680 | Fax: 985-674-6681
> Email: Cthomas@gjtbs.com
>
>
> Houston - St. Louis - Lafayette - Mandeville - New Orleans - Gulfport -
> Mobile - Pensacola - Tampa
>
> CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION
> DO NOT FORWARD WITHOUT PERMISSION
> -----Original Message-----
> From: Nicole Porter [mailto:nporter@wgclawfirm.com]
> Sent: Tuesday, September 27, 2011 4:53 PM
> To: Cynthia Thomas
> Cc: Chris Pinedo; Tim Weitzel
> Subject: Supplemental Responses - FEMA Litigation - Watts Hilliard
>
> Please review the attached errata's.
>
> Furthermore, feel free to contact us should you have any questions.
>
> Thanks,
>
> Nicole Porter
> Project Coordinator
> Mass Tort Division
> Watts | Guerra | Craft LLP
> 361-693-3100 ext. 1417