UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Hoover Jones v. Forest River, Inc,* | * | |
| *et al, No. 11-0850 and Brenda Albert v. Forest* | * | |
| *River, et al, No. 09-8374* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTAIN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT
FOREST RIVER, INC.'S MOTION TO DISMISS WITH PREJUDICE FOR FAILURE
TO COMPLY WITH PRE-TRIAL ORDER NO. 32**

Plaintiffs Hoover Jones and Zavion Jones respond to Defendant Forest River, Inc.'s Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order No. 32 and in support would respectfully show the following:

Forest River states that they did not receive Plaintiff Fact Sheets ("PFS") for the referenced plaintiffs.  Now that Forest River has raised the issue, Plaintiffs' counsel has searched to find these PFSs, to no avail.  (Plaintiffs' counsel has located "errata sheets" with specific trailer information for these two plaintiffs, which were previously provided. There does not to appear to be a dispute about that.).

Plaintiffs' counsel requests that these two plaintiffs be afforded 30 days for counsel to continue to search for the PFS's and, if they cannot be located, to submit new PFS's to Forest River.

**CONCLUSION**

Therefore, Plaintiffs Hoover Jones and Zavion Jones respectfully request that the Defendants' Motion to Dismiss be denied at this time, without prejudice to re-filing if they do not provide a PFS with the 23 key fields within 30 days.

Respectfully submitted:

By: ___*/s/ Peter K. Taaffe*___
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.: (713) 223-5393
Fax: (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

___*/s/ Peter K. Taaffe*___
Peter K. Taaffe