UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Hoover Jones v. Forest River, Inc,* | * | |
| *et al, No. 11-0850 and Brenda Albert v. Forest* | * | |
| *River, et al, No. 09-8374* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS ORDERED that Defendant Forest River, Inc.'s Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Orders No. 2 and 32 (Doc. 22243) is DENIED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**