# Tina Hebert

| | |
|---|---|
| **From:** | Kristopher Redmann |
| **Sent:** | Monday, October 10, 2011 12:13 PM |
| **To:** | Anne Briard; Tina Hebert |
| **Subject:** | FW: FEMA - Dismissal of Plaintiffs |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**From:** Jennifer Crose [mailto:jcrose@becnellaw.com]
**Sent:** Friday, October 07, 2011 9:42 AM
**To:** Kristopher Redmann
**Subject:** FEMA - Dismissal of Plaintiffs

Kristopher,

I just received your letter regarding Edward, Edwin, and Lizangela Dominguez and Gwangi Alston. Those four clients never completed a fact sheet, so we have no opposition to your motion to dismiss. Please let me know if you need anything else.

Jennifer L. Crose
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445



EXHIBIT