UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8699 and 09-8702 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on October 6, 2011, we corresponded with counsel for the plaintiffs via email requesting that he advise whether there is opposition to Forest River, Inc.'s Motion to Dismiss, see "Exhibit C" attached.  We have not received a response from plaintiffs' counsel and, as such, we assume he does oppose the filing of the instant Motion.

        Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (#3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana  70139-4800
        Telephone:  (504) 561-0400
        Facsimile:  (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC.**

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 12, 2011 via electronic filing.

                                                                  /s/ Ernest P. Gieger, Jr.