# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
  ALISTAIR M. WARD
  CONNIE L. HAWKINS[4]
  CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Joseph M. Bruno, Esq.
L. Scott Joanen, Esq.
Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113

  Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
    USDC, EDLA, MDL № 09-1873
    Our Ref №: 0200-24-7

Dear Counsel:

  Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**09-8702**  **Ambeau, Silverine v. Forest River**

| | |
|---|---|
| Alonzo, John J. | K█ M. J█ |
| Ambeau, Silverine | Johnson, Joshua M. |
| Ambeau, Silverine o/b/o M█ | Johnson, Karen M. |
| Audrict, Sherrie M. | Johnson, Lois I. |
| Barber, Rebecca M. | Johnson, Ronald G. Jr. |
| Barriere, Arlene R. | Johnson, Valdo |
| Barriere, Jude T | Johnson, Whitney R. |
| Bartholomew, Michael S. | Jones, Cynthia |
| Bates, Alton Jr. | Jones, Gregory O. |



EXHIBIT A

Law Office of Joseph M. Bruno
May 2, 2011
Page 2 of 5

| | |
|---|---|
| Bates, Alton Sr. | Jones, Ruby C. |
| Bates, Jacquelyn G. | Jones, Willie S. |
| Bates, Jovan A. | Joseph, Roy P. Jr. |
| Battiste, Germaine | Keith, George |
| Baudy, Linda S. | Keith, Myra B. |
| Baxter, Charles | King, Rhonda M. |
| Beaulieu, Melvin Jr. | Lehmann, Dianalynn C. |
| Bickham, Calyssia | Lemoine, Brenda W. |
| Bienemy, Joseph | Leon, Tammy S. |
| Bienemy, Joseph | Lindsey, Ablioncia |
| Blount, Trina S. | Livaudais, Eileen Y. |
| D■■■ D. F■■■ | Mack, Arlena K. |
| H■■ G. M■■■ | Mack, Terase D. |
| Bolen, Almos | Mack, Tershell |
| Bridges, Helen | Marcel, Morris |
| Brooks, Raymond Sr. | McClure, Tyra |
| Brown, George | Miller-Uhde, Alice |
| T■■■ J■■■■ | Mitchell-Lewis, Pamela |
| Bryant, Adam G. | Nelson, Melissa |
| Bryant, Debra P. | Parria, Dale S. |
| Butler, Nathanal | Payne, Gwendolyn G. |
| D■■■ T. B■■ | Perez, Annette K. |
| Calice, Geraldine J. | L■■ S. P■■ |
| Calice, Harold N. | Phipps, Ethel |
| Calice, Harold N. | Raymond, Andrea M. |
| Carter, Elvira S. | Rolling, Cabrenthia A. |
| Claiborne, Carletha | Sherman, Jessie |
| Claiborne, Rodney Jr. | Smith, Barbara S. |
| Clark, Elizabeth M. | Christopher Smith, Jr. |
| Comeaux, Evangeline | Smith, John F. |
| Coston, Willie | Smith, Louise |
| Cousin, Theresa M. | Thomas, Joyce R. |
| Cowen, Jo Ann K. | Thomas, Linda S. |
| Davis, Cynthia | Traylor, Ethelena |
| Davis, Lawrence W. | Van Buren, Jimese A. |
| Davis, Sandra V. | Van Buren, Sylvia R. |
| Davis, Sylvia | Van Buren, Taran J. |
| Echols, Lois E. | Veasey, Harold J. |
| Evans, Pamela G. | Wade, Betty J. |
| Evans, Robert III | J■■■■ J. M■■ |
| Ferrouillet, Armand J. Jr. | Wade, Julius L. |
| Ferrouillet, Kandace A. | Wade, Justin M. |
| Ferrouillet, Peggy J. | Ward, Crystal A. |

  Gardner, Kiersten M.    Ward, Linda A.
  Green, Derrick    Ward, Roosevelt Jr.
  Guss, Olivia Y.    Warren, Edalinne M.
  Guy, Patricia    Warren, William H.
  Hart, Mary H.    Watkins, Antoinette M.
  Hart, Permelia L.    White, Mary E.
  Hatch, Amanda    White, Michael P. Sr.
  Henderson, Kenneth Jr.    Williams, Earl
  Horn, Willie L.    Williams, Glenda
  A███ B. J███    Williams, Paula A.
  R███ L. B███    Williams, Walter L.
  Johnson, Devin M.    Winfield, Dwann
  Johnson, Erroll    Young, Lenell
  J███ J███

**09-8699**   **Barbarin, Corey S. v. Forest River**
  Adams, Michael A.    Hatch, Amanda
  Alexander, Louis A. Jr.    Hayes, Joycelyn
  Alonzo, John J.    Hunt, Jules L.
  Anderson, Robert Jr.    Hunt, Louvinia G.
  Armour, Aaron L.    Hunter, Lydia C.
  Armour, James S. Jr.    D███ W███
  Armour, James S. Sr.    Johnigan, Shirley
  Armour, Wendy C.    Johnson, Eddie
  Barber, Rebecca M.    Johnson, Edward V.
  Barquet, Ditania M.    Johnson, Erroll
  Barquet, John E.    Johnson, Karen M.
  Barriere, Arlene R.    Johnson, Lois I.
  K███ G. R███    Johnson, Ronald G. Jr.
  Barriere, Jude T.    Johnson, Whitney R.
  Barriere, Jude T.    Jones, Darlene A.
  Bartholomew, Michael S.    Jones, Gregory O.
  Bates, Alton Jr.    Jones, Michael
  Bates, Jacqueline    Joseph, Roy P. Jr.
  Bates, Jovan A.    Keith, George
  Baxter, Charles    Kieth, Myra B.
  Benfatti, Jude T.    King, Rhonda M.
  Bickham, Calyssia    Lehmann, Dianalynn C.
  Bienemy, Joseph    Lemoine, Brenda W.
  Billew, Kavron    Leon, Tammy S.
  Billew, Keithen W.    Lindsey, Ablioncia
  Billew, Shavon    Mack, Arlena K.
  Wayne Z. Journee, III    A███ K. M███

Law Office of Joseph M. Bruno
May 2, 2011
Page 4 of 5

| | |
|---|---|
| Billew, Trabaza | Mack, Terase D. |
| Billew, Travon | Mack, Tershell |
| Blair, James M. | Marcel, Morrris |
| Blair, Venita A. | Martin, Wanda |
| Blanchard, Jerome Jr. | McClure, Tyra |
| Bolen, Almos | D⬛ M⬛ |
| Bracy, Janel | McKenzie, Elaine N. |
| Bray, Bernadine | Michalatos, Angelo |
| Bright, Sierra | Miller-Uhde, Alice |
| Brooks, Frank J. Jr. | Misuraca, Rita M. |
| Brooks, Raymond Sr. | Mithcell-Lewis, Pamela |
| Brown, Brina B. | Moore, Beverly A. |
| Burton, Jeanetta | Moore, Rowland A. |
| Burton, Kenyote M. | Mucacchia, Clayton A. |
| Butler, Nathanal D. | Nathan, Bobby L. |
| Caldwell, Joe L. | Nathan, Helen |
| Calice, Geraldine J. | Offord, Burnell |
| Calice, Harold N. | Phipps, Ethel L. |
| Calvey, Tobias G. | Pichon, Herbert A. |
| Carriere, Chevelle A. | Ratcliff, Glenda L. |
| Carriere, Lawsel | Rivers, Jeffery |
| C⬛ E. C⬛ | Keyria P. Billew |
| C⬛ A. C⬛ | Serpas, Frank M. |
| Carriere, Nicole M. | Simmons, Darrell E. |
| Carter, Elvira S. | Smith, Louise |
| Cherrie, Edward E. | Stewart, Gail S. |
| Chisholm, Gregory | Taylor, James A. |
| Claiborne, Carletha | Thomas, Joyce R. |
| Claiborne, Rodney Jr. | Thomas, Linda S. |
| Clark, Elizabeth M. | Thompson, Judy |
| Cooper, Edward | Trammel, John N. |
| Coston, Willie | Van Buren, Jimese A. |
| Cowen, Jo Ann K. | Van Buren, Sylvia R. |
| Davis, Sandra V. | Van Buren, Taran J. |
| Duchane, Alvin J. Jr. | Vappie, Cathy P. |
| Ealy, Leonard E. | Veasey, Harold J. |
| Echols, Lois E. | Wade, Julius L. |
| J⬛ W⬛ Jr. | Ward, Roosevelt Jr. |
| Faulkner, James Sr. | Warren, Edalinne M. |
| Ferrouillet, Armand J. Jr. | White, Mary E. |
| Ferrouillet, Kandace A. | Williams, Glenda |
| Ferrouillet, Peggy J. | Williams, Paula A. |
| Forte, Earnesteen B. | Wilson, Catherine E. |

Law Office of Joseph M. Bruno
May 2, 2011
Page 5 of 5

|  |  |
|---|---|
| Forte, Lennet Sr. | Winfield, Dwann |
| Gardner, Kiersten M. | Young, Lenell o/b/o D███ B███ |
| Gordon, Glenn | Young, Lonnie o/b/o K███ G███ |
| Green, Helen | Young, Lonnie o/b/o L███ Y███ |
| Guss, Olivia Y. | Young, Shannon G. |

**09-8673** **Louis, Jerry v. Vanguard**

|  |  |
|---|---|
| Harry, Alicia | Thomas, Winter M. |
| Harry, Gary | Thomas, Winter o/b/o A███ L. H███ |
| Harry, Gary | Thomas, Winter o/b/o E███ M. T███ |
| Louis, Jerry | Williams, Alva P. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz