| BRUNO & BRUNO, L.L.P. | FRANK S. BRUNO | JOSEPH BRUNO, JR. |
|---|---|---|
| & YOU SINCE 1950 TRIAL LAWYERS | JOSEPH M. BRUNO° | CHRISTOPHER M. HATCHER |
| | STEPHEN P. BRUNO | MELISSA A. DEBARBIERIS |
| | ROBERT J. BRUNO | STEPHANIE MAY BRUNO |
| | *Also Licensed To Practice In Texas | |

May 4, 2011



**VIA FEDERAL EXPRESS**
Carson W. Strickland
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, 48th Floor
New Orleans, Louisiana 70139-4800

   Re:   *FEMA Trailer Formaldehyde Products Liability Litigation*
         United States District Court, Eastern District of Louisiana
         MDL: 1873
         Your Reference No.: 0200-24-7

Dear Mr. Strickland:

   I am in receipt of and thank you for your correspondence dated May 2, 2011. As per your request, please find enclosed a disk containing Plaintiff Fact Sheets for our clients who completed a PFS and lived in a trailer manufactured by Forest River and Vanguard.

   Should you have any additional requests/concerns, please feel free to contact me directly at (504) 304-2640.

                                          Very truly yours,

                                          BRUNO & BRUNO, L.L.P.

                                          Stephanie Alexie,
                                          Executive Legal Assistant to Joseph M. Bruno

JMB/sa
Enclosure



EXHIBIT B