# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Thursday, October 06, 2011 4:03 PM |
| **To:** | Bruno & Bruno |
| **Cc:** | Ernie Gieger; Mike DiGiglia |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motions to Dismiss attached |
| **Attachments:** | Bruno-FR - Motion.pdf; Bruno-FR - Memo.pdf; Bruno-VIMI- Motion.pdf; Bruno-VIMI-Memo.pdf |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Attached are draft Motions to Dismiss along with Memoranda in Support which we intend to file on behalf of Forest River, Inc. and Vanguard Industries of Michigan, Inc. on Wednesday, October 12, 2011. Please advise whether you will oppose or consent to the filing of the Motions to Dismiss. If we do not hear from you by close of business on Tuesday, October 11, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT C

1

## Fran Jeblonski

**Full Name:**         Joseph Bruno
**Last Name:**         Bruno
**First Name:**        Joseph

**E-mail:**            jbruno@brunobrunolaw.com
**E-mail Display As:** Bruno & Bruno