# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Joseph M. Bruno, Esq.
L. Scott Joanen, Esq.
Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**09-8702**   **Ambeau, Silverine v. Forest River**

| | |
|---|---|
| Alonzo, John J. | K█ M. J█████ |
| Ambeau, Silverine | Johnson, Joshua M. |
| Ambeau, Silverine o/b/o M█████ | Johnson, Karen M. |
| Audrict, Sherrie M. | Johnson, Lois I. |
| Barber, Rebecca M. | Johnson, Ronald G. Jr. |
| Barriere, Arlene R. | Johnson, Valdo |
| Barriere, Jude T | Johnson, Whitney R. |
| Bartholomew, Michael S. | Jones, Cynthia |
| Bates, Alton Jr. | Jones, Gregory O. |



EXHIBIT A

| | |
|---|---|
| Bates, Alton Sr. | Jones, Ruby C. |
| Bates, Jacquelyn G. | Jones, Willie S. |
| Bates, Jovan A. | Joseph, Roy P. Jr. |
| Battiste, Germaine | Keith, George |
| Baudy, Linda S. | Keith, Myra B. |
| Baxter, Charles | King, Rhonda M. |
| Beaulieu, Melvin Jr. | Lehmann, Dianalynn C. |
| Bickham, Calyssia | Lemoine, Brenda W. |
| Bienemy, Joseph | Leon, Tammy S. |
| Bienemy, Joseph | Lindsey, Ablioncia |
| Blount, Trina S. | Livaudais, Eileen Y. |
| D▇▇ D. F▇▇ | Mack, Arlena K. |
| H▇ G. M▇▇ | Mack, Terase D. |
| Bolen, Almos | Mack, Tershell |
| Bridges, Helen | Marcel, Morris |
| Brooks, Raymond Sr. | McClure, Tyra |
| Brown, George | Miller-Uhde, Alice |
| T▇ J▇ | Mitchell-Lewis, Pamela |
| Bryant, Adam G. | Nelson, Melissa |
| Bryant, Debra P. | Parria, Dale S. |
| Butler, Nathanal | Payne, Gwendolyn G. |
| D▇ T. B▇ | Perez, Annette K. |
| Calice, Geraldine J. | L▇ S. P▇ |
| Calice, Harold N. | Phipps, Ethel |
| Calice, Harold N. | Raymond, Andrea M. |
| Carter, Elvira S. | Rolling, Cabrenthia A. |
| Claiborne, Carletha | Sherman, Jessie |
| Claiborne, Rodney Jr. | Smith, Barbara S. |
| Clark, Elizabeth M. | Christopher Smith, Jr. |
| Comeaux, Evangeline | Smith, John F. |
| Coston, Willie | Smith, Louise |
| Cousin, Theresa M. | Thomas, Joyce R. |
| Cowen, Jo Ann K. | Thomas, Linda S. |
| Davis, Cynthia | Traylor, Ethelena |
| Davis, Lawrence W. | Van Buren, Jimese A. |
| Davis, Sandra V. | Van Buren, Sylvia R. |
| Davis, Sylvia | Van Buren, Taran J. |
| Echols, Lois E. | Veasey, Harold J. |
| Evans, Pamela G. | Wade, Betty J. |
| Evans, Robert III | J▇ J. M▇ |
| Ferrouillet, Armand J. Jr. | Wade, Julius L. |
| Ferrouillet, Kandace A. | Wade, Justin M. |
| Ferrouillet, Peggy J. | Ward, Crystal A. |

| | |
|---|---|
| Gardner, Kiersten M. | Ward, Linda A. |
| Green, Derrick | Ward, Roosevelt Jr. |
| Guss, Olivia Y. | Warren, Edalinne M. |
| Guy, Patricia | Warren, William H. |
| Hart, Mary H. | Watkins, Antoinette M. |
| Hart, Permelia L. | White, Mary E. |
| Hatch, Amanda | White, Michael P. Sr. |
| Henderson, Kenneth Jr. | Williams, Earl |
| Horn, Willie L. | Williams, Glenda |
| A▮▮▮ B. J▮▮▮▮ | Williams, Paula A. |
| R▮▮▮ L. B▮▮▮ | Williams, Walter L. |
| Johnson, Devin M. | Winfield, Dwann |
| Johnson, Erroll | Young, Lenell |
| J▮▮▮▮ J▮▮▮▮▮ | |

**09-8699   Barbarin, Corey S. v. Forest River**

| | |
|---|---|
| Adams, Michael A. | Hatch, Amanda |
| Alexander, Louis A. Jr. | Hayes, Joycelyn |
| Alonzo, John J. | Hunt, Jules L. |
| Anderson, Robert Jr. | Hunt, Louvinia G. |
| Armour, Aaron L. | Hunter, Lydia C. |
| Armour, James S. Jr. | D▮▮▮▮ W▮▮▮▮▮▮ |
| Armour, James S. Sr. | Johnigan, Shirley |
| Armour, Wendy C. | Johnson, Eddie |
| Barber, Rebecca M. | Johnson, Edward V. |
| Barquet, Ditania M. | Johnson, Erroll |
| Barquet, John E. | Johnson, Karen M. |
| Barriere, Arlene R. | Johnson, Lois I. |
| K▮▮▮ G. R▮▮▮▮ | Johnson, Ronald G. Jr. |
| Barriere, Jude T. | Johnson, Whitney R. |
| Barriere, Jude T. | Jones, Darlene A. |
| Bartholomew, Michael S. | Jones, Gregory O. |
| Bates, Alton Jr. | Jones, Michael |
| Bates, Jacqueline | Joseph, Roy P. Jr. |
| Bates, Jovan A. | Keith, George |
| Baxter, Charles | Kieth, Myra B. |
| Benfatti, Jude T. | King, Rhonda M. |
| Bickham, Calyssia | Lehmann, Dianalynn C. |
| Bienemy, Joseph | Lemoine, Brenda W. |
| Billew, Kavron | Leon, Tammy S. |
| Billew, Keithen W. | Lindsey, Ablioncia |
| Billew, Shavon | Mack, Arlena K. |
| Wayne Z. Journee, III | A▮▮▮ K. M▮▮▮ |

Law Office of Joseph M. Bruno
May 2, 2011
Page 4 of 5

| | |
|---|---|
| Billew, Trabaza | Mack, Terase D. |
| Billew, Travon | Mack, Tershell |
| Blair, James M. | Marcel, Morrris |
| Blair, Venita A. | Martin, Wanda |
| Blanchard, Jerome Jr. | McClure, Tyra |
| Bolen, Almos | D⬛ M⬛ |
| Bracy, Janel | McKenzie, Elaine N. |
| Bray, Bernadine | Michalatos, Angelo |
| Bright, Sierra | Miller-Uhde, Alice |
| Brooks, Frank J. Jr. | Misuraca, Rita M. |
| Brooks, Raymond Sr. | Mithcell-Lewis, Pamela |
| Brown, Brina B. | Moore, Beverly A. |
| Burton, Jeanetta | Moore, Rowland A. |
| Burton, Kenyote M. | Mucacchia, Clayton A. |
| Butler, Nathanal D. | Nathan, Bobby L. |
| Caldwell, Joe L. | Nathan, Helen |
| Calice, Geraldine J. | Offord, Burnell |
| Calice, Harold N. | Phipps, Ethel L. |
| Calvey, Tobias G. | Pichon, Herbert A. |
| Carriere, Chevelle A. | Ratcliff, Glenda L. |
| Carriere, Lawsel | Rivers, Jeffery |
| C⬛ E. C⬛ | Keyria P. Billew |
| C⬛ A. C⬛ | Serpas, Frank M. |
| Carriere, Nicole M. | Simmons, Darrell E. |
| Carter, Elvira S. | Smith, Louise |
| Cherrie, Edward E. | Stewart, Gail S. |
| Chisholm, Gregory | Taylor, James A. |
| Claiborne, Carletha | Thomas, Joyce R. |
| Claiborne, Rodney Jr. | Thomas, Linda S. |
| Clark, Elizabeth M. | Thompson, Judy |
| Cooper, Edward | Trammel, John N. |
| Coston, Willie | Van Buren, Jimese A. |
| Cowen, Jo Ann K. | Van Buren, Sylvia R. |
| Davis, Sandra V. | Van Buren, Taran J. |
| Duchane, Alvin J. Jr. | Vappie, Cathy P. |
| Ealy, Leonard E. | Veasey, Harold J. |
| Echols, Lois E. | Wade, Julius L. |
| J⬛ W⬛ Jr. | Ward, Roosevelt Jr. |
| Faulkner, James Sr. | Warren, Edalinne M. |
| Ferrouillet, Armand J. Jr. | White, Mary E. |
| Ferrouillet, Kandace A. | Williams, Glenda |
| Ferrouillet, Peggy J. | Williams, Paula A. |
| Forte, Earnesteen B. | Wilson, Catherine E. |

*Law Office of Joseph M. Bruno*
*May 2, 2011*
*Page 5 of 5*

|  |  |
|---|---|
| Forte, Lennet Sr. | Winfield, Dwann |
| Gardner, Kiersten M. | Young, Lenell o/b/o D▮▮▮ B▮▮▮ |
| Gordon, Glenn | Young, Lonnie o/b/o K▮▮▮ G▮▮▮ |
| Green, Helen | Young, Lonnie o/b/o L▮▮▮ Y▮▮▮ |
| Guss, Olivia Y. | Young, Shannon G. |

**09-8673**   **Louis, Jerry v. Vanguard**

|  |  |
|---|---|
| Harry, Alicia | Thomas, Winter M. |
| Harry, Gary | Thomas, Winter o/b/o A▮▮▮ L. H▮▮▮ |
| Harry, Gary | Thomas, Winter o/b/o E▮▮▮ M. T▮▮▮ |
| Louis, Jerry | Williams, Alva P. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc   Andrew Weinstock
     Justin Woods
     Dave Kurtz