# BRUNO & BRUNO, L.L.P.

FRANK S. BRUNO  
JOSEPH M. BRUNO*  
STEPHEN P. BRUNO  
ROBERT J. BRUNO  

JOSEPH BRUNO, JR.  
CHRISTOPHER M. HATCHER  
MELISSA A. DEBARBIERIS  
STEPHANIE MAY BRUNO  

*Also Licensed To Practice In Texas

May 4, 2011


RECEIVED MAY 6 2011

<u>VIA FEDERAL EXPRESS</u>  
Carson W. Strickland  
GIEGER, LABORDE & LAPEROUSE, L.L.C.  
One Shell Square  
701 Poydras Street, 48th Floor  
New Orleans, Louisiana 70139-4800  

Re:  *FEMA Trailer Formaldehyde Products Liability Litigation*  
United States District Court, Eastern District of Louisiana  
MDL: 1873  
Your Reference No.: 0200-24-7  

Dear Mr. Strickland:

I am in receipt of and thank you for your correspondence dated May 2, 2011. As per your request, please find enclosed a disk containing Plaintiff Fact Sheets for our clients who completed a PFS and lived in a trailer manufactured by Forest River and Vanguard.

Should you have any additional requests/concerns, please feel free to contact me directly at (504) 304-2640.

Very truly yours,

BRUNO & BRUNO, L.L.P.

*Stephanie Alexie*  
Stephanie Alexie,  
Executive Legal Assistant to Joseph M. Bruno

JMB/sa  
Enclosure

EXHIBIT B

