UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Irma Miller, et al v. Sun Valley, Inc. and<br>CH2M HILL Constructors, Inc.*<br>Case No. 09-5658 | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT<br><br>MAGISTRATE CHASEZ |

*    *    *    *    *    *    *    *    *    *    *    *    *

**CONSENT MOTION TO DISMISS WITH PREJUDICE
FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32**

NOW INTO COURT, through undersigned counsel, comes defendant CH2M HILL Constructors, Inc. ("CH2M HILL"), who moves this Honorable Court to dismiss the claims of plaintiff Gary Reed with prejudice for failure to comply with the terms of the Court's Pre-Trial Order No. 32.  Counsel for plaintiff has indicated that this Motion will not be opposed.

WHEREFORE, defendant CH2M HILL prays that its Motion to Dismiss with Prejudice be granted, dismissing the claims of plaintiff Gary Reed from the case of *Irma Miller, et al. v. Sun Valley, Inc. and CH2M HILL Constructors, Inc.,* Case No. 09-5658, with prejudice for failure to comply with Pre-Trial Order No. 32.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


/s/ Beatriz Q. Richmond
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
BEATRIZ Q. RICHMOND (La. Bar No. 33336)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
brichmond@bakerdonelson.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.


/s/ Beatriz Q. Richmond

2