UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N(5)

JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO
*Irma Miller, et al v. Sun Valley, Inc. and
CH2M HILL Constructors, Inc.*
Case No. 09-5658 (Gary Reed)

MAGISTRATE CHASEZ

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

In consideration of the Consent Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 filed by CH2M HILL Constructors, Inc.:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action by Gary Reed against CH2M HILL Constructors, Inc. be and hereby are **DISMISSED WITH PREJUDICE**, each party to bear his/its own costs.

New Orleans, Louisiana, this _____ day of October, 2011

_____
UNITED STATES DISTRICT JUDGE