

# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

3 SANCTUARY BOULEVARD
SUITE 201
MANDEVILLE, LOUISIANA 70471
PHONE:   985.819.8400
FAX:        985.819.8484

www.bakerdonelson.com

WADE M. BASS
**Direct Dial**: 985.819.8424
**Fax**: 985.819.8484
**E-Mail Address**: wbass@bakerdonelson.com

2900305-000004

June 8, 2011

**VIA FACSIMILE AND ELECTRONIC MAIL ONLY**

Lawrence J. Centola, Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, #602
New Orleans, LA 70130

   Re: **FEMA Trailer Formaldehyde Product Liability Litigation**
      **MDL 1873, Section N-5**
      *Irma Miller, et al v. Sun Valley and CH2M HILL Constructors, Inc.,*
      **Eastern District of Louisiana No. 09-5658 (Plaintiff Gary Reed)**

Dear Mr. Centola:

  Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client, CH2M HILL Constructors, Inc., is requesting that you cure the following material deficiencies contained in the Plaintiff Fact Sheet (PFS) of your client, **Gary Reed**, within the applicable deadline. Those deficiencies are as follows:

   1) II (B) - (E)
   2) III (A), (C)
   3) IV (Background Information)
   4) IV (Family Information)
   5) V (A)(4) – (A)(20), (B), (C), (D), (E)
   6) VI
   7) VII
   8) VIII
   9) IX
   10) Certification (unsigned)
   11) Authorizations (blank and unsigned)

EXHIBIT "B"

Mr. Lawrence Centola
June 8, 2011
Page 2

     If these deficiencies are not cured within the applicable deadline, we will move to dismiss your client's claim.

     With kind regards, I remain

                                  Sincerely,

                                  Wade M. Bass

WMB/pjr

cc:    Gerardo R. Barrios