**Bass, Wade**

| | |
|---|---|
| **From:** | Jackie Edmundson [jedm602@gmail.com] |
| **Sent:** | Thursday, July 14, 2011 10:10 AM |
| **To:** | Bass, Wade |
| **Subject:** | Re: FEMA (Sun Valley) HLC Response to letter dated June 8, 2011 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Sorry for not getting back sooner, Denis does not oppose a motion to dismiss Gary Reed.

On Fri, Jul 8, 2011 at 12:46 PM, Bass, Wade <wbass@bakerdonelson.com> wrote:
> Ms. Edmundson, someone, we believe you, spoke with Ms. Jeanette Russo last week and confirmed that the Hurricane Legal Center would not oppose dismissal of this claim. Based on that conversation we are preparing to file an unopposed Motion to Dismiss based on Pre-Trial Orders 2 and 32.
>
> If the HSC does plan to oppose the motion please let me know so that we can change the motion as opposed and set a submission date. We will file as unopposed unless instructed differently by Thursday, July 14th.
>
>
> **Wade M. Bass**
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 3 Sanctuary Blvd., Suite 201
> Mandeville, LA 70471
> Direct: 985.819.8424
> Fax: 985.819.8484
> E-mail: wbass@bakerdonelson.com
> www.bakerdonelson.com
>
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Georgia, Louisiana, Mississippi, Tennessee, and Washington, D.C.
>
> **Baker Donelson**: One of FORTUNE magazine's "100 Best Companies to Work For"
>
> Please consider the environment before printing this e-mail.
>
>
>> **From:** Jackie Edmundson [mailto:jedm602@gmail.com]
>> **Sent:** Wednesday, July 06, 2011 11:49 AM
>> **To:** Bass, Wade
>> **Cc:** Denis Vega
>> **Subject:** FEMA (Sun Valley) HLC Response to letter dated June 8, 2011
>>
>> REGARDING PLAINTIFF: Gary Reed
>>
>> I filed a Notice of Voluntary Dismissal for Gary Reed May 4, 2011 dismissing Sun Valley. See Document No. 20893. Reed is still filed agaisnt CH2M Hill, which is why the docket does not show plaintiff as terminated. I haven't had time to look into the status of CH2M Hill with regard to this plaintiff.
>>
>> --
>> Jacqueline Edmundson
>> Legal Assistant
>> Hurricane Legal Center, LLC

EXHIBIT "C"

8/23/2011

504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

---

Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. federal tax issues is contained
in this communication (including in any attachments and, if this communication is by email, then
in any part of the same series of emails), such advice was not intended or written by the sender or by
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of
(1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending
to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthorized persons.
If you have received this electronic mail transmission in error,
please delete it from your system without copying it, and notify the sender by reply e-mail,
so that our address record can be corrected.

---

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

8/23/2011