# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                                                    MDL NO. 2:07-MD-1873
        FORMALDEHYDE
        PRODUCTS LIBILITY LITIGATION          Section "N" (5)

                                            JUDGE ENGLEHARDT
                                            MAGISTRATE JUDGE CHASEZ

**This Document Relates to:**

| | |
|---|---|
| *Floreda White, individually v. Coachman Industries, Inc. et al* | 11-00212 |
| *Aslean Brown, et al v. Dutch Housing, Inc., et al* | 11-00213 |
| *Hobert Palmer, individually v. Jayco, Inc., et al* | 11-00214 |
| *Shirlene Finley, individually v. Keystone RV Company, et al* | 11-00215 |
| *Earnestine Crockett, individually v. Liberty Homes, Inc., et al* | 11-00216 |
| *Helen Davall, et al v. GulfStream Coach, Inc. et al* | 11-00217 |
| *Ronald Cherry, et al v. Forest River, Inc., et al* | 11-00218 |
| *Trina Bailey, et al v. Starcraft RV, Inc, et al* | 11-00220 |
| *Joseph Ankum, et al v. Alliance Homes, Inc., et al* | 11-00221 |

---

## MOTION TO BE RECOGNIZED AS ADDITIONAL COUNSEL OF RECORD
---

      NOW INTO COURT, through undersigned counsel, come the Plaintiffs in the above captioned matters, who move this Honorable Court for an Order naming and appointing Jack W. Harang, an attorney licensed to practice law in the State of Louisiana, and before the United States District Court for the Eastern District of Louisiana and whose principal address is 228 St. Charles Avenue, Suite 501, New Orleans, Louisiana as additional counsel of record herein.

Respectfully submitted,

s/Jack W. Harang
JACK W. HARANG (LA# 15083)
Law Offices of Jack W. Harang
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana  70130
Telephone:      504.581.7050
Facsimile:      866.441.6281
jack@jharang.com

s/Scott Soutullo
Scott Soutullo (AL Bar #: souts7879)
SCOTT SOUTULLO, P.C.
P.O. Box 2125
Mobile, Alabama  36652
Telephone: 251.391.1212
Facsimile: 251.650.1358
Email: scott@lawyerscott.com


**CERTIFICATE OF SERVICE**

I do hereby certify that I have on October 12, 2011 served a true and correct copy of the foregoing,  **Motion to Be Recognized as Additional Counsel of Record** to counsel of record via CM/ECF to all counsel of record.



s/Jack W. Harang
JACK W. HARANG