UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
*ALL CASES*

### AFFIDAVIT OF AMANDA J. BALLAY
### Tendered Pursuant to Rule 53 of the Federal Rules of Civil Procedure

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned Notary Public, personally came and appeared:

**AMANDA J. BALLAY**

who, after being duly sworn, did depose and state that:

    (1) I am an attorney of law, duly licensed to practice law in the State of Louisiana since 2003. My bar roll number is 28630.

    (2) I am thoroughly familiar with the issues involved in the above-captioned matter. The only potential ground for disqualification under 28.USC. §455 is as follows[1]:

---

[1]     Notably, this ground was previously disclosed and waived by counsel on November 24, 2008 (Rec. Doc. 928), when the affiant was employed as the law clerk assigned to this MDL.

1

Mr. Brian Ballay, who is the husband of Ms. Amanda Ballay, is an associate with the law firm of Baker Donelson Bearman Caldwell & Berkowitz, PC ("Baker Donelson"). The law firm of Baker Donelson has, in the past, represented and currently represents two entities that are involved in this litigation, Shaw Environmental, Inc. ("Shaw") and CH2M HILL Constructors, Inc. ("CH2M"). Mr. Ballay has represented both entities, but does not and would not represent them in connection with the instant MDL action on which his wife served as a specially-designated MDL law clerk and as the proposed Special Master.

New Orleans, Louisiana, this 12th day of October 2011.

*Amanda J. Ballay*
AMANDA J. BALLAY

Before me, Notary Public, in and for the Parish of Orleans, State of Louisiana, did appear Amanda J. Ballay, on this 12th day of October 2011, who after being properly identified did sign above attesting to the matter set forth in this sworn affidavit.

*Jennifer D. Rogers*
JENNIFER D. ROGERS
Bar Roll # 25226
My commission expires at death.

2