UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO WITHDRAW DOCUMENT (REC. DOC. 23066)**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which respectfully represents that it is appropriate to withdraw the Joint Motion for Appointment of Special Master filed herein as Rec. Doc. 23066, and all associated exhibits. This Motion was inadvertently filed as unopposed, even though a notice of hearing was properly filed under Federal Rule of Civil Procedure 53. Since the filing of the Motion, however, certain issues have been raised that the filing parties now wish to discuss further before going forward.

WHEREFORE, the PSC respectfully requests that this Honorable Court grant the instant Motion to Withdraw Document (Rec. Doc. 23066).

                            Respectfully submitted:

                            **FEMA TRAILER FORMALDEHYDE
                            PRODUCT LIABILITY LITIGATION**

                            BY:   s/Gerald E. Meunier
                                  GERALD E. MEUNIER, #9471
                                  **PLAINTIFFS' CO-LIAISON COUNSEL**
                                  Gainsburgh, Benjamin, David, Meunier &
                                  Warshauer, L.L.C.

        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

<u>s/Justin I. Woods</u>
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 12, 2011.

        <u>/s/Gerald E. Meunier</u>
        GERALD E. MEUNIER