**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*ALL CASES*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion to Withdraw Document (Rec. Doc.
23066), and all associated exhibits,

IT IS ORDERED that the Unopposed Motion to Withdraw Document is Granted, and
that the Joint Motion for Appointment of Special Master, filed as Rec. Doc. 23066, including all
associated exhibits, is hereby withdrawn from the record.

THIS DONE the _____ day of _____, 2011, New Orleans, Louisiana.

                                    _____
                                    HONORABLE KURT ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE