# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 14, 2011

*Via E-mail:*
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Jim Hall
jim@jimshall.com
joe@jimshall.com
Jim Hall & Assocaites
800 N. Causeway Blvd.
Suite 100
Metairie, Louisiana 70001

    Re:    In Re: FEMA Trailer Formaldehyde Products Liability Litigation
            USDC-EDLA, MDL No. 07-1873
            Our file: 1376-42075

Dear Counsel:

    Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Frontier RV, Inc., have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.

***Beulah Barabino, et al. v. Frontier RV, Inc., et al.; Docket No. 09-4526***

1. Gabriel Green


EXHIBIT A

April 14, 2011
Page 2

    2. Jernell Terrell



    As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

                          Sincerely,

                          Kelly M. Morton

KMM/klm

cc:    David Kurtz – dkurtz@bakerdonelson.com
       Charles Leche – cleche@dkslaw.com
       Henry Miller – henry.miller@usdoj.gov

GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.