UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Beulah Barabino, et al v. Frontier RV, Inc.,<br>et al,* 09-4526 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL. NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT<br><br>MAGISTRATE:  CHASEZ |

**************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs, Gabriel Green and Jernell Terrell, is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1