UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8374 and 11-0850 | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the forgoing Unopposed Partial Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23030],

**IT IS ORDERED** that the motion is **GRANTED**, and that Defendant Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23030] is deemed **WITHDRAWN** as to all plaintiffs listed therein, except for Hoover Jones and Zavion Jones.

NEW ORLEANS, Louisiana, this  12th  day of _____October_____, 2011.

_____
United States District Judge