UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Nathalie M. Assevedo, et al. v.*
*Crum & Forster Specialty Insurance, et al.*,
EDLA No. 10-3508
***********************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS ORDERED** that the plaintiffs' motion is **GRANTED**, allowing plaintiffs to file their First Supplemental and Amending Complaint for Damages submitted with the foregoing motion.

**NEW ORLEANS, LOUISIANA**, \_\_\_12th\_\_\_ day of \_\_\_\_October\_\_\_\_, 2011.

                                                   **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**