UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Angelica M. Alvarez, et al. v.*
*Crum & Forster Specialty Insurance, et al.*,
EDLA No. 10-3505
*************************************************************************

**O R D E R**

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS ORDERED** that the motion is **GRANTED**, allowing plaintifs to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

NEW ORLEANS, LOUISIANA, ___12th___ day of _____October_____, 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE