UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                       SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Angelica M. Alvarez, et al. v.*
*Crum & Forster Specialty Insurance, et al.*,
EDLA No. 10-3505
**************************************************************************

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Amending Complaint for Damages filed on their behalf with this Court on October 13, 2010.

1.

By adding the following paragraph numbered 4.A. in section **I. Parties**, to reflect the addition of Burlington Insurance Company as a defendant:

"4. A. Defendant Burlington Insurance Company (collectively with Crum & Forster Specialty Insurance and Sentry Insurance, hereinafter the "Manufacturer"), is, upon information and belief, a foreign insurance corporation licensed to do and doing business in the State of Louisiana which, at all times relevant herein, had in force and effect a policy or policies of commercial general liability insurance providing coverage for the risks involved in the incident sued upon herein, including coverage for unnamed, bankrupt defendant, Pilgrim, for the risks involved in the incident sued

upon herein, including coverage for named defendants, and by the terms of which said defendant insurer is liable to Louisiana plaintiffs and may be sued under the Louisiana Direct Action Statute, La. R.S. 22:1269."

2.

By amending and supplementing paragraph 102 under section **III. FACTS AND GENERAL ALLEGATIONS**, **COUNT 2:CAUSE OF ACTION AGAINST THE MANUFACTURER UNDER LOUISIANA PRODUCTS LIABILITY ACT**, to read as follows:

"102.  Plaintiffs aver that the defendant insurers **Crum & Forster Specialty Insurance**, **Sentry Insurance,** and, **Burlington Insurance Company** had in full force and effect policies of liability insurance affording coverage to the Manufacturing Defendant Pilgrim International, Inc. with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Louisiana plaintiffs the right to proceed against this defendant Insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:1269."

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III,**
*A PROFESSIONAL LAW CORPORATION*

By:       s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421

2

                                        Facsimile: (504) 271-1961
                                        E-mail:     storres@torres-law.com
                                                        rburns@torres-law.com
                                      ***Attorneys for Plaintiffs***

**PLEASE SERVE**:

Burlington Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 11th day of October, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          s/ Roberta L. Burns
                                                        **ROBERTA L. BURNS**