IN THE UNITD STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>          FORMALDEHYDE<br>          PRODUCTS LIBILITY LITIGATION | MDL NO. 1873<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE CHASEZ |

**This Document Relates to:**
10-01391, 10-01392, 10-01393, 10-01394, 10-01396,
10-01397, 10-01398, 10-01399, 10-01400, 10-02597,
10-02598, 10-02885, 10-02886

---

### ORDER
---

Considering the foregoing Motion to Be Recognized as a Counsel of Record, **IT IS ORDERED** that the Motion is **GRANTED** and that Jack W. Harang be recognized as additional counsel of record on behalf of Plaintiffs herein.

New Orleans, Louisiana, this __12th__ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE