

# WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                      *TomC@willingham-law.com*

April 13, 2011

C. Edward Gibson, IV                                    ***Via Email and Regular U.S. Mail***
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
egibson@hsglawfirm.net

Dear Edward:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Christine Kellsten v. Jayco, Inc.,*** **cause no. 10-0269**

1. Jimmy Bird
2. Judy Bird
3. Jalisha Paige (obo D.C.)
4. Lora Conway (obo K.C.)
5. Erine Chaffin
6. Lora Conway
7. Timothy Conway
8. Lionel Lee
9. Robbie L. Lee
10. Kendra Logan
11. Kendric Logan
12. Charlotte Paige (obo I.P.)
13. Charlotte Paige (obo I.D.P.)

**EXHIBIT A**

*Christine Kellsten v. Jayco, Inc.*, **cause no. 10-0269 (cont'd)**

14. Charlotte Paige
15. Christopher Paige
16. Jalisha Paige

*Jerry Wells v. Jayco, Inc.*, **cause no. 10-1425**

1. Jerry J. Wells

*Amanda Aucoin v. Starcraft RV, Inc.*, **cause no. 10-2360**

1. Amanda Aucoin (obo B.F.A.)
2. Amanda Aucoin
3. Amanda Aucoin (obo K.E.T.)

*James Chandler v. Starcraft RV, Inc.*, **cause no. 10-0264**

1. Tina Lachney (obo S.D.L.)
2. Tina Lachney (obo Z.C.L.)
3. Tina Lachney
4. Ruby Wallace
5. Danny R. Wright, Jr.

As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

Regards,
**Willingham, Fultz & Cougill, LLP**

Tom L. Cougill

TLC/rmw

cc: Jerry Meunier (*via email*)
Andrew Weinstock (*via email*)
Henry Miller (*via email*)
Gerald Meunier (*via email*)
Justin Woods (*via email*)