# Roslyn West

| | |
|---|---|
| **From:** | Roslyn West |
| **Sent:** | Tuesday, May 17, 2011 2:58 PM |
| **To:** | 'chante@hsglawfirm.net' |
| **Cc:** | Tom Cougill; egibson@hsglawfirm.net |
| **Subject:** | FW: Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Hawkins, Stracener & Gibson |
| **Attachments:** | image001.jpg; PFS ltr HSG.pdf |

Chante—

Per our earlier conversation, attached is the letter regarding the plaintiffs with missing plaintiff fact sheets. During our telephone conversation you inquired about a possible deadline for submitting the PFS to our office. In light of defendants' looming deadline regarding deficiency letters, we ask that all plaintiff fact sheets provided in response to this letter dated April 13th be submitted no later than the end of this month.

Please feel free to contact me regarding this letter or any other questions you may have.

Thank you,
Roslyn

**From:** Roslyn West
**Sent:** Thursday, April 14, 2011 4:53 PM
**To:** 'andreww@duplass.com'; 'caccardo@duplass.com'; 'cmotes@duplass.com'; 'gmeunier@gainsben.com'; 'jwoods@gainsben.com'; 'Henry.Miller@usdoj.com'; 'egibson@hsglawfirm.net'
**Cc:** Tom Cougill; Hal Roach; Renee Rubert
**Subject:** Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Hawkins, Stracener & Gibson

Good afternoon:

Attached is correspondence to plaintiff counsel regarding missing Plaintiff Fact Sheets in complaints that match or identify Jayco, Inc. and/or Starcraft RV.

Thank you,

**Roslyn West**
**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

*********************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**

1

**EXHIBIT B**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**
****************************************************************************