LAW OFFICES OF
# HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street •Bay St. Louis, Mississippi 39520
Telephone: (228) 469-0785 • Facsimile: (228) 467-4212 •Writer's Email: egibson@hsglawfirm.net

John F. Hawkins
W. Eric Stracener
Edward Gibson*
W. Andrew Neely**

Jackson Office:
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580

May 26, 2011

*Via Overnight UPS*

Thomas L. Cougill
Willingham, Fultz & Cougill, LLP
Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002

Re: Jayco and/or Starcraft
FEMA Trailer Formaldehyde
Products Liability Litigation
MDL No. 1873
Plaintiff Fact Sheet Letters

Dear Mr. Cougill:

Please find enclosed our Plaintiff Fact Sheets relative to the Plaintiffs listed below, prepared in response to your request of April 13, 2011, received by my office May 17, 2011.

*Christine Kellsten v. Jayco, Inc.,*
*Cause No. 10-0269*

1. Jimmy Bird
2. Judy Bird
3. Jalisha Paige (obo D.C.)
4. Lora Conway (obo K.C.)
5. Erine Chaffin
6. Lora Conway
7. Timothy Conway
8. Lionel Lee
9. Robbie L. Lee
10. Kendra Logan
11. Kendric Logan
12. Charlotte Paige (obo I.P)
13. Charlotte Paige (obo I.D.P.)
14. Charlotte Paige
15. Christopher Paige
16. Jalisha Paige

*Amanda Aucoin v. Starcraft RV, Inc.*
*Cause No. 10-2360*

1. Amanda Aucoin (obo B.F.A)
2. Amanda Aucoin
3. Amanda Aucoin (obo K.E.T.)

*James Chandler v Starcraft, RV, Inc.*
*Cause NO. 10-0264*

1. Tina Lachney (obo S.D.L)
2. Tina Lachney (obo Z.C.L)
3. Tina Lachney
4. Ruby Wallace
5. Danny R. Wright, Jr.

*Jerry Wells v Jayco, Inc.*
*Cause NO. 10-1425*

1. Jerry Wells


RECEIVED MAY 27 2011
*Licensed to practice in LA **Also licensed to practice in TN
WILLINGHAM, FULTZ & COUGILL, L.L.P.


EXHIBIT C

*Hawkins, Stracener & Gibson, PLLC*
*Jayco and/or Starcraft PFS*
*Page 2 of 2*

Please do not hesitate to call should you have any questions. I remain,

Respectfully,

Edward Gibson, Esq.
Hawkins, Stracener & Gibson, PLLC

EG/cd
encl.(s)
cc: (Without Enclosures)
Jerry Meunier
Andrew Weinstock
Henry Miller
Gerald Meunier
Justin Woods