# WILLINGHAM, FULTZ & COUGILL LLP
### TEXAS     LOUISIANA     MISSISSIPPI
## ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill  *TomC@Willingham-law.com*
Partner

June 28, 2011

Mr. Edward Gibson  *Via Email:egibson@hsglawfirm.net*
Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS  39520

Re:   In Re:  FEMA Trailer Formaldehyde
       Products Liability Litigation
       MDL No. 1873, Section "N" (4)
       Plaintiff Fact Sheets

Dear Mr. Gibson:

Enclosed please find a deficiency letter on behalf of JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter.  If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

TLC:rkr

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)

**EXHIBIT E**

## JAYCO, INC.

### JERRY WELLS

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to respond to Section VI (F) No.'s 2 and 4.

3. Plaintiff failed to complete Section VII (B) regarding treating doctors.

4. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### TIMOTHY CONWAY

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

3. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### ROBBIE LEE

1. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### LORA CONWAY

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to respond to Section IV (F) No. 3.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### LIONEL LEE

1. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### KENDRA LOGAN

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### KENDRIC LOGAN

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### K<span style="background-color:red">REDACTED</span>   C<span style="background-color:red">REDACTED</span>

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to respond to Section IV (F) No. 3.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

3. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### JUDY BIRD

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### JIMMYY BIRD

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### CHARLOTTE PAIGE

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### CHRISTOPHER PAIGE

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### DELMONTRAZ CASSEY

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

3. The plaintiff failed to respond to Section VI (F) No.'s 2-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### ERNIE CHAFFIN

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to respond to Section IV (F) No. 3.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### IESHA PAIGE

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

### ISIAH PAIGE

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

3. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.

## **JALISHA PAIGE**

1. The plaintiff failed to include a response to Section III (C) No. 8.

2. The plaintiff failed to respond to Section IV (F) No. 3.

3. The plaintiff failed to include an accurate Jayco trailer VIN in Section V.

4. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5. The plaintiff failed provide executed authorizations for the release of medical and other information or an executed Privacy Act Release.