UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL. NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| **This Document Relates To:** <br> *Hubert Kirk, et al v. Frontier RV, Inc., et al,* Docket No. 09-8290 | * <br> * <br> * <br> * <br> * | MAGISTRATE:  CHASEZ |

**********************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets:

**IT IS ORDERED** that Frontier RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Fact Sheets as to the claims of plaintiffs, Hubert Kirk, Catherine Kirk, and Kevin Melton, is **GRANTED,** with *prejudice*.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1