UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Frank Duplessis, Jr. v. Starcraft RV, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-8686 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Delores C. Smith | * | |

*************************************************************************

### UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF DELORES C. SMITH

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Delores C. Smith (Plaintiff in *Duplessis*, C.A. 09-8686)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in this case.

           Respectfully submitted,
           **WILLINGHAM, FULTZ & COUGILL LLP**

By:   *s/Thomas L. Cougill*
       THOMAS L. COUGILL
       Texas State Bar No. 04877300
       Louisiana State Bar No. 31112
       R. MARK WILLINGHAM
       Texas State Bar No. 21641500
       JEFFREY P. FULTZ
       Texas State Bar No. 00790728
       Mississippi Bar No. 101058
       Niels Esperson Building
       808 Travis Street, Suite 1608
       Houston, Texas  77002
       (713) 333-7600 – Telephone
       (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 13th day of October, 2011.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of Bruno & Bruno, LLP, does not oppose this motion.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL