UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Frank Duplessis, Jr. v. Starcraft RV, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-8686 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Delores C. Smith | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Delores C. Smith filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Delores C. Smith is **GRANTED** and the claims and causes of action of plaintiff Delores C. Smith in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Delores C. Smith as filed in the case styled *Cornelia Fahn, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-3905.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE