UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|       FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|       LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Frank Duplessis, Jr. v. Starcraft RV, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-8686 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Delores C. Smith | * | |

*****************************************************************************

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE
DUPLICATIVE CLAIMS OF PLAINTIFF DELORES C. SMITH**

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Delores C. Smith and in support they would respectfully show the court as follows:

I. On or about June 15, 2009, Plaintiff Delores C. Smith was named as a plaintiff in a case styled *Cornelia Fahn, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-3905. Subsequently, on or about December 30, 2009, Delores C. Smith was named as a plaintiff in a case styled *Frank Duplessis, Jr., et al. v. Starcraft RV, Inc., et al.,* Cause No. 09-8686. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to

avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Delores C. Smith appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Delores C. Smith as filed in the case styled *Cornelia Fahn, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-3905.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of Delores C. Smith in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Starcraft RV, Inc**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 13th day of October, 2011.

                                          s/*Thomas L. Cougill*
                                          THOMAS L. COUGILL