UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Betty Jean Allen v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4217 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Kevin Bland | * | |

*********************************************************************

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF KEVIN BLAND

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Kevin Bland, and in support they would respectfully show the court as follows:

I. On or about July 1, 2009, Plaintiff, Kevin Bland, was named as a plaintiff in a case styled *Betty Jean Allen, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-4217. Subsequently, on or about December 29, 2009, Kevin Bland was named as a plaintiff in a case styled *Maudry Brown, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8614. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Kevin Bland appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in these cases should be dismissed without prejudice. Plaintiff's counsel does not oppose to the dismissal of the plaintiff from these cases. Defendant

would further show that this motion has no effect on the claims of Kevin Bland as filed in the case styled *Maudry Brown, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8614.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Kevin Bland in these lawsuits as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 13th day of October, 2011.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL