# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

KELLY M. MORTON
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 13, 2011

*Via E-mail:*
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Frank J. D'Amico, Jr.
frank@damicolaw.net
Law Offices of Frank J. D'Amico, Jr.
4731 Canal Street
New Orleans, LA 70119

   Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
     USDC-EDLA, MDL No. 07-1873
     Our file: 1376-41971

Dear Counsel:

  Please allow this correspondence to serve as notice pursuant to Pre-Trial Orders 2 and 32 that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32. Pursuant to Pre-Trial Orders 2 and 32, the claims of these plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this as the notice required by Pre-Trial Orders 2 and 32 for the failure to produce those sheets.

*Clara Anderson, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 09-8626:*

  1. Gayle Garrel
  2. Calvin LeGrone, Sr.
  3. Calvin LeGrone, Sr. on behalf of 
  4. Calvin LeGrone, Sr. on behalf of C████ L████, Jr.


EXHIBIT A

April 13, 2011
Page 2

    5.    Tricia LeGrone
    6.    Edvige Wilkerson
    7.    Dianne Heisser on behalf of D█████ I█████
    8.    Frank Gloster
    9.    Cynthia Beaulieu
    10.   Garland Rebouche
    11.   Perry Wilkerson
    12.   Juan Orga
    13.   Eva Payton
    14.   Lawrence Stokes, III



GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

April 13, 2011
Page 3



      As these plaintiffs are not in compliance with Pre-Trial Orders 2 and 32, we intend to move for a Dismissal with Prejudice. Should you believe that any of these sheets were previously submitted, I ask that you please advise immediately the date of its original production and the title of the CD. Otherwise, please let us know if we may file our Motion to Dismiss as unopposed.

                                             Sincerely,

                                             Kelly M. Morton

KMM/klm

cc:    David Kurtz – dkurtz@bakerdonelson.com
       Charles Leche – cleche@dkslaw.com
       Henry Miller – henry.miller@usdoj.gov