UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| **This Document Relates To:** | * * | JUDGE: ENGELHARDT |
| | * * | MAGISTRATE: CHASEZ |
| *Clara Anderson, et al, v. Recreation By Design, LLC, et al,* Docket No. 09-8626 | * * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Gayle Garrel
2. Calvin LeGrone, Sr.
3. Calvin LeGrone, Sr. obo L.L.
4. Calvin LeGrone, Sr. obo C.L., Jr.
5. Tricia LeGrone
6. Edvige Wilkerson
7. Dianne Heisser obo D.L.
8. Frank Gloster
9. Cynthia Beaulieu
10. Perry Wilkerson
11. Juan Orga
12. Eva Payton
13. Lawrence Stokes, III

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of November, 2011.

                                          _____
                                                           UNITED STATES DISTRICT JUDGE