UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| This Document Relates To: | * * | JUDGE: ENGELHARDT |
| | * * | MAGISTRATE:  CHASEZ |
| *George William, et al, v. Recreation By Design, LLC, et al*, Docket  No. 10-3597 | * * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiff, George William, with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1