UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>**This Document Relates To:**<br>*Toyin Kollyade, et al v. Recreation by Design, LLC, et al,* Docket No. 10-2500 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL. NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT<br><br>MAGISTRATE: CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss claims of plaintiff, Toyin Kollyade, with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32, and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1