## Amendment to the Plaintiff Fact Sheet

Claimant name: Toyin Kollyade

Claimant Attorney: Frank D'Amico Jr./Reich

Manufacturer: Recreation by Design

Please note the following updates to the previously submitted Plaintiff Fact Sheet.

Section V:

Manufacturer: Recreation by Design

VIN#: 5CZ200R226119204

FEMA ID: 911959219

Bar Code: 1275613

_____    Aug 11, 2010
Plaintiff or Representative                                Date

EXHIBIT B