UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 SECTION "N" (5) |
| This Document Relates To: | * * * | JUDGE: ENGELHARDT MAGISTRATE: CHASEZ |
| *Cynthia Crawford, et al, v. Recreation By Design, LLC, et al*, Docket No. 09-8629 | * * * | |

**************************************************************************

### ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Cynthia Crawford
2. Karen Growe
3. Tasia Barganier
4. Tasia Barganier obo M.B
5. Cynthia Cole
6. Cynthia Cole obo J.C.
7. David Rome, Sr.
8. Eugene Green obo L.G.
9. Frank Robinson

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE