UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 1873 |
| | * | SECTION "N" (5) |
| | * | |
| **This Document Relates To:** | * * | JUDGE: ENGELHARDT |
| | * | MAGISTRATE: CHASEZ |
| | * | |
| *Theresa Becnel, et al, v. Recreation By Design, LLC, et al,* Docket No. 09-8624 | * * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Kim Brown
2. Kim Brown obo C. B.
3. Kim Brown obo W. B.
4. Nicole Bourgeois
5. Veriesha Bunch
6. Shawn Johnson
7. Sonya Johnson
8. Sonya Johnson obo J.W.
9. Brady Young

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1