# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

May 6, 2011

*Via E-mail*
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Daniel E. Becnel, Jr.
dbecnel@rtconline.com
dbecnel@becnellaw.com
Becnel Law Firm, LLC
P.O. Drawer H
Reserve, LA 70084

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Matthew B. Moreland
mattmoreland@cox.net
mmoreland@becnellaw.com
Matthew B. Moreland, Attorney at Law
4008 Prytania St., Suite A
New Orleans, LA 70115

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      USDC-EDLA, MDL No. 07-1873
      Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as a deficiency notice that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32.

The plaintiffs listed below have submitted an "Amendment to the Plaintiff Fact Sheet," only, and have not submitted a complete Plaintiff Fact Sheet.



TAMPA OFFICE • 423 S. HYDE PARK AVENUE • TAMPA, FLORIDA 33606-2268
TELEPHONE (813) 275-0404 • FACSIMILE: (813) 275-0304

EXHIBIT A

May 6, 2011
Page 2



*Joseph Allen, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 09-5433:*

1. Joseph Allen



      Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

Very truly yours,

Kelly M. Morton

KMM/klm

cc:    David Kurtz – dkurtz@bakerdonelson.com
        Charles Leche – cleche@dkslaw.com
        Henry Miller – henry.miller@usdoj.gov