MINUTE ENTRY
ENGELHARDT, J.
October 13, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A telephone conference was conducted on Thursday, October 13, 2011 at 10:30 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Gerald E. Meunier, M. David Kurtz, Karen Whitefield and Henry T. Miller.

JS10(0:30)