UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                          SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

**O R D E R**

A telephone status conference was held this date at 10:30 a.m. to address the "Unopposed Motion to Withdraw Document (Rec. Doc. 23066)," filed by the Plaintiffs' Steering Committee ("PSC") (Rec. Doc. 23123), in which the PSC seeks to withdraw the Joint Motion for Appointment of Special Master (Rec. Doc. 23066) on grounds that it was filed inadvertently as unopposed. Participating were:

    1) Andrew Weinstock and Joseph Glass for the Manufacturing Defendants;

    2) Dave Kurtz and Karen Whitfield for the Contractor Defendants;

    3) Gerald Meunier and Justin Woods for the Plaintiffs; and

    4) Henry Miller for the Government.

Having heard the statements of counsel, **IT IS ORDERED** that the **"Unopposed Motion to Withdraw Document" (Rec. Doc. 23123)**, filed by the PSC, is hereby **DENIED**.

    **IT IS FURTHER ORDERED** that:

    1) The Joint Motion for Appointment of Special Master (Rec. Doc. 23066) is hereby converted to a contested motion and shall remain set for hearing on Friday, October 21, 2011, as

1

provided in the original Notice of Hearing (Rec. Doc. 23006-3), and oral argument shall be heard at 10:00 a.m. on that date;

2) Opposition memoranda shall be filed not later than Friday, October 14, 2011 at 5:00 p.m.; and

3) Reply memoranda, if any, shall be filed not later than Wednesday, October 19, 2011 at 5:00 p.m..

New Orleans, Louisiana, this   13th   day of October, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Court**