UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-8374, 11-850

## ORDER AND REASONS

The Court has received Certain Plaintiffs' Memorandum in Opposition to Defendant Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23115), filed in response to Defendant Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23030). The history of this motion is as follows.

On August 26, 2011, Forest River filed its original Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 22607), seeking to dismiss the claims of various plaintiffs, including those named in the current motion to dismiss (Rec. Doc. 23030). On September 21, 2011, the Court issued an Order and Reasons, granting Forest River's motion on grounds that no opposition memoranda had been filed. (Rec. Doc. 22956). However, on September 23, 2011, the Court issued an Order vacating in part its previous Order and Reasons because incorrect member cases had been provided for certain of

the plaintiffs in the Motion to Dismiss. (Rec. Doc 22990). On September 30, 2011, Forest River re-filed its Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets, this time listing the correct member case numbers. (Rec. Doc. 23030).

On October 7, 2011, plaintiffs sent to Forest River plaintiff fact sheets (PFSs) for all plaintiffs addressed in Forest River's motion with the exception of Hoover Jones and Zavion Jones. *See* Rec. Doc. 23112 at pp. 1-2. Accordingly, Forest River has withdrawn its motion as to all the plaintiffs named therein except for these two plaintiffs. *Id.* In their opposition memorandum, plaintiffs now ask "that these two plaintiffs be afforded 30 days for counsel to continue to search for the PFS's and, if they cannot be located, to submit new PFS's to Forest River." (Rec. Doc. 23115 at 1). Plaintiffs have been on notice since August 26 that these two plaintiffs were subject to possible dismissal for failure to produce a PFS. The Court does not find that an additional thirty days is warranted. Accordingly,

**IT IS ORDERED** that plaintiffs Hoover Jones and Zavion Jones shall provide a PFS to Forest River no later than Wednesday, October 19, 2011, at which time Forest River shall inform the Court as to whether its motion is moot.

New Orleans, Louisiana, this   13th   day of October 2011.

                                                                       **KURT D. ENGELHARDT**
                                                                       **United States District Court**