**McGLINCHEY STAFFORD** PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

<u>Via U.S. Mail</u>

Joseph M. Bruno, Esq.
Melissa Ann DeBarbieris, Esq.
Christopher Michael Hatcher, Esq.
Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113

Lewis Scott Joanen, Esq.
Sessions, Fishman, Nathan & Israel
Lakeway Two
3850 N. Causeway Blvd.
Suite 200
Metairie, LA 70002

RE:   *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873

Member Cases: 09-8649; 09-8692.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by Bruno & Bruno and Sessions, Fishman, Nathan & Israel have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

| Plaintiff | | Civil Action |
|---|---|---|
| Irvin J. | Battley | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Joseph | Bienemy | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Willie | Brown | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Frances | Carter | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |

924523.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728

**EXHIBIT A**

May 31, 2011
Page 2

| | | |
|---|---|---|
| Valerie | Chriss | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Cynthia | Davis | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Ryan A. | Evans | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Theva M. | Evans | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Darlene A. | Jones | Darlene A. Jones, et al. v. Layton Homes Corp., et al. 09-8692 |
| Keith H. | Jones | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Michael | Jones | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Kenneth J. | Lacrouts | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Jules J. | Lewis | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Sammy A. | McRae | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Tevan | Parria | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Edward | Scott | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Sharon G. | Serpas | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Brittany O. | Williams | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Portia M. | Williams | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Lenell | Young obo Richard V. Brown, III | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |
| Abelardo | Zelaya | Portia M. Williams, et al. v. Skyline Corporation, et al. 09-8649 |

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

924523.1

May 31, 2011
Page 3

If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

Justin Woods, Esq.
Andrew Weinstock, Esq.
David Kurtz, Esq.
Charles Leche, Esq.
Henry Miller, Esq.

924523.1