**BRUNO & BRUNO** LLP
& YOU SINCE 1950   TRIAL LAWYERS

FRANK S. BRUNO
JOSEPH M. BRUNO°
STEPHEN P. BRUNO
ROBERT J. BRUNO
°Also Licensed To Practice In Texas

JOSEPH BRUNO, JR.
CHRISTOPHER M. HATCHER
MELISSA A. DEBARBIERIS
STEPHANIE MAY BRUNO

June 15, 2011

**VIA US POSTAL MAIL**
Larry Feldman, Jr.
Robert D. Sheesley
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130

      Re:    *In Re: FEMA Trailer Formaldehyde Products Liability Litigation*
             United States District Court, Eastern District of Louisiana
             MDL No. 1873

Dear Mr. Feldman and Mr. Sheesley:

    Per your email correspondence of May 31, 2011, please find enclosed a CD-ROM containing Plaintiff Fact Sheets for the following clients that have provided our firm with a Plaintiff Fact Sheet naming Skyline Corporation as the manufacturer of the trailer unit in which they resided:

      1.) Valerie Chriss
      2.) Kenneth Lacrouts
      3.) Daisyonne Wallace
      4.) Fred Wallace
      5.) Gloria Wallace
      6.) Joseph Gilliam
      7.) Kelejawanle Fore

    We have **not** been successful in obtaining a completed Plaintiff Fact Sheet for the following individuals:

      1.) Irvin Battley
      2.) Joseph Bienemy
      3.) Cynthia Davis
      4.) Ryan Evans
      5.) Theva Evans

**EXHIBIT B**

6.) Keith Jones
7.) Michael Jones
8.) Jules Lewis
9.) Sammy McRae
10.) Tevan Parria
11.) Edward Scott
12.) Sharon G. Serpas
13.) Brittany Williams
14.) Portia Williams
15.) Abelardo Zelaya

The below clients have provided us with a Plaintiff Fact Sheet identifying a different manufacturer than what was provided to us by the Government during the matching process. These clients do not wish to pursue a claim against Skyline Corporation or Layton Homes Corp.:

1.) Willie Brown
2.) Frances Carter
3.) Darlene Jones
4.) Lenell Young on behalf of Richard Brown, III

With kindest regards, I remain.

Very truly yours,

BRUNO & BRUNO, L.L.P.

_Stephanie Alexie_
Stephanie Alexie,
Executive Legal Assistant to Joseph M. Bruno