UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Portia Williams, et al. v. Skyline Corporation, et al.*,<br>No. 09-8649<br><br>Plaintiffs: Irvin Battely;<br>               Joseph Bienemy;<br>               Willie Brown;<br>               Frances Carter;<br>               Cynthia Davis;<br>               Ryan Evans;<br>               Theva Evans;<br>               Keith Jones;<br>               Michael Jones;<br>               Jules J. Lewis;<br>               Sammy A. McRae;<br>               Tevan Parria;<br>               Edward Scott;<br>               Sharon G. Serpas;<br>               Brittany O. Williams;<br>               Portia M. Williams;<br>               Lenell Young obo Richard V. Brown<br>                  III;<br>               Abelardo Zelaya | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * *   *

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. Counsel for Skyline certifies that he has contacted plaintiffs' counsel, who does not oppose this motion. The plaintiffs whose claims are to be dismissed are:

   1. Irvin Battely;

-2-

    2. Joseph Bienemy;

    3. Willie Brown;

    4. Frances Carter;

    5. Cynthia Davis;

    6. Ryan Evans;

    7. Theva Evans;

    8. Keith Jones;

    9. Michael Jones;

    10. Jules Lewis;

    11. Sammy McRae;

    12. Tevan Parria;

    13. Edward Scott;

    14. Sharon G. Serpas;

    15. Brittany Williams;

    16. Portia Williams;

    17. Lenell Young on behalf of Richard Brown III; and

    18. Abelardo Zelaya.

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals. In response to Defendant's May 31, 2011 deficiency notice (Exh. A), plaintiff's counsel's office advised, "We have not been able to obtain a completed Plaintiff Fact Sheet" for the foregoing individuals. (Exh. B.) With respect to plaintiffs 3, 4, and 5, above, plaintiffs' counsel's office advised that those "clients have provided us with a Plaintiff Fact Sheet identifying a different manufacturer than what was provided to use by the Government during the matching process. These clients do not wish to pursue a claim against Skyline Corporation or Layton Homes Corp." (Exh. B.)

-3-

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

> Submitted by:
>
> s/ *Robert D. Sheesley*
> LARRY FELDMAN, JR., T.A. (La. #5503)
> ROBERT D. SHEESLEY (La. #31579)
> **McGLINCHEY STAFFORD, PLLC**
> 601 Poydras Street, 12th Floor
> New Orleans, LA  70130
> Telephone:  (504) 586-1200
> Facsimile:   (504) 596-2800
>
> **ATTORNEYS FOR DEFENDANT
> SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  Service to all known counsel of record and unrepresented parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

> s/ *Robert D. Sheesley*
> ROBERT D. SHEESLEY