UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Portia Williams, et al. v. Skyline Corporation, et al.*,<br>No. 09-8649<br><br>Plaintiffs: Irvin Battely;<br>         Joseph Bienemy;<br>         Willie Brown;<br>         Frances Carter;<br>         Cynthia Davis;<br>         Ryan Evans;<br>         Theva Evans;<br>         Keith Jones;<br>         Michael Jones;<br>         Jules J. Lewis;<br>         Sammy A. McRae;<br>         Tevan Parria;<br>         Edward Scott;<br>         Sharon G. Serpas;<br>         Brittany O. Williams;<br>         Portia M. Williams;<br>         Lenell Young obo Richard V. Brown<br>            III;<br>         Abelardo Zelaya | * MDL NO. 07-1873<br>*<br>*<br>* SECTION:  N "5"<br>* JUDGE: KURT D. ENGELHARDT<br>*<br>* MAGISTRATE JUDGE:<br>* ALMA CHASEZ<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*Portia Williams, et al. v. Skyline Corporation, et al.*, No. 09-8649" are hereby DISMISSED WITH PREJUDICE:

1. Irvin Battely;

2.  Joseph Bienemy;

3.  Willie Brown;

4.  Frances Carter;

5.  Cynthia Davis;

6.  Ryan Evans;

7.  Theva Evans;

8.  Keith Jones;

9.  Michael Jones;

10. Jules Lewis;

11. Sammy McRae;

12. Tevan Parria;

13. Edward Scott;

14. Sharon G. Serpas;

15. Brittany Williams;

16. Portia Williams;

17. Lenell Young on behalf of Richard Brown III; and

18. Abelardo Zelaya.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

935640.1