UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Brittany Williams, et al.. v. Skyline Corporation, et al.*, No. 09-6315;<br>*Lawanda Brown, et al. v. Layton Homes Corp., et al.*, No. 09-6326.<br><br>Plaintiffs: Brittany Williams;<br>Eddie Williams. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendants, Skyline Corporation ("Skyline") and Layton Homes Corp. ("Layton"), through undersigned counsel, move this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. Counsel for Skyline and Layton certifies that he has contacted plaintiffs' counsel, who does not oppose this motion. The plaintiffs whose claims are to be dismissed are:

1. Brittany Williams; and
2. Eddie Williams.

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals. Plaintiffs' counsel did not respond to Defendant's May 31, 2011 deficiency notice regarding the listed plaintiffs. (Exh. A.)  In response to a request for consent to file this motion to dismiss, plaintiffs' counsel advised that these individuals did not respond to requests to complete fact sheets. (Exh. B.)

WHEREFORE, Skyline and Layton respectfully request that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

-2-

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANTS
SKYLINE CORPORATION AND
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  Service to all known counsel of record and unrepresented parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY