## McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

LOUISIANA    MISSISSIPPI    NEW YORK    OHIO    TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

<u>Via U.S. Mail</u>

Daniel E. Becnel, Jr., Esq.
Becnel Law Firm, LLC
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084

Matthew B. Moreland
Mathew B. Moreland, Attorney at Law
4008 Prytania St.
Suite A
New Orleans, LA 70115

RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
Member Cases: 09-6348; 09-5339; 09-6327; 09-6324; 09-6315; 09-6326.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by the Becnel Law Firm, LLC and Matthew B. Moreland, Attorney at Law, have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp. For those plaintiffs marked with "* Amendment Only", only an amendment has been provided.:

| Plaintiff | | Civil Action |
|---|---|---|
| Dalfrey * Amendment Only | Alexander | Dalfrey Alexander v. Layton Homes Corp., et al 09-6348 |
| Ignatius * Amendment Only | Rojas | Ignatius Rojas et al. v. Skyline Corporation et al. 09-5339 |
| Valeria | Sam-Williams | Barbara Hingle, et al. v. Layton Homes Corp., et al. 09-6327; Valerie Sam-Williams v. Skyline Corporation, et al. 09-6324 |

924506.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728

**EXHIBIT A**

May 31, 2011
Page 2

| | | |
|---|---|---|
| Brittany | Williams | Brittany Williams, et al. v. Skyline Corporation, et al.<br>09-6315;<br>Lawanda Brown, et al. v. Layton Homes Corp., et al.<br>09-6326 |
| Cherita | Williams | Brittany Williams, et al. v. Skyline Corporation, et al.<br>09-6315;<br>Lawanda Brown, et al. v. Layton Homes Corp., et al.<br>09-6326 |
| Eddie | Williams | Brittany Williams, et al. v. Skyline Corporation, et al.<br>09-6315;<br>Lawanda Brown, et al. v. Layton Homes Corp., et al.<br>09-6326 |
| Exavier<br>* Amendment Only | Williams | Lawanda Brown, et al. v. Layton Homes Corp., et al.<br>09-6326 |
| Zuri | Williams | Brittany Williams, et al. v. Skyline Corporation, et al.<br>09-6315;<br>Lawanda Brown, et al. v. Layton Homes Corp., et al.<br>09-6326 |

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

924506.1

May 31, 2011
Page 3

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

    Justin Woods, Esq.
    Andrew Weinstock, Esq.
    David Kurtz, Esq.
    Charles Leche, Esq.
    Henry Miller, Esq.

924506.1