**Sheesley, Robert**

| | |
|---|---|
| **From:** | Jennifer Crose [jcrose@becnellaw.com] |
| **Sent:** | Monday, October 10, 2011 11:13 AM |
| **To:** | Sheesley, Robert |
| **Subject:** | RE: FEMA Trailer MDL: Requesting Consent for Motion to Dismiss (Becnel/Moreland) |
| **Attachments:** | Williams, Cherita.pdf; Sam-Williams, Valerie.pdf; Dalfrey Alexander PFS.pdf; Exavier Williams PFS.pdf; Zuri Williams PFS.pdf; Ignatius Rojas.pdf |

Robert,

As it turns out, we have previously submitted fact sheets for most of these plaintiffs. Brittany and Eddie Williams did not respond to requests to complete their fact sheets, so we will not oppose a motion to dismiss those two plaintiffs. Ignatius Rojas' PFS was originally sent to defense on 9.18.09 and was resent in June 2011. Zuri and Exavier Williams' PFS were sent to defense on 12.18.09 and resent in June 2011. Dalfrey Alexander's PFS was sent to defense on 12.18.09 and resent in June 2011. We would oppose any motion to dismiss those four plaintiffs' claims. Valerie Sam-Williams and Cherita Williams completed the fact sheet, however, they did not sign the certification or authorization pages, nor have they responded to our requests to sign those pages. I have attached their fact sheets. We will file an oppostion to a motion to dismiss these two, and will try to contact them again to get those signed pages. Please email me a copy of the filed motions to dismiss. Thanks!

Jennifer L. Crose
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445

---

**From:** Sheesley, Robert [mailto:rsheesley@mcglinchey.com]
**Sent:** Friday, October 07, 2011 2:28 PM
**To:** dbecnel@becnellaw.com; mattmoreland@cox.net
**Cc:** Feldman, Larry
**Subject:** FEMA Trailer MDL: Requesting Consent for Motion to Dismiss (Becnel/Moreland)

Mr. Becnel and Mr. Moreland,

Skyline Corporation and/or Layton Homes Corp. intend to move to dismiss the claims of the plaintiffs in the attached motions for failure to produce a PFS. Also attached is a copy of the pertinent exhibit.

Please let us know whether we have your consent to file these motions as unopposed.

Thank you,

Robert Sheesley

**Robert D. Sheesley**
McGlinchey Stafford PLLC

EXHIBIT B

10/14/2011