UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>*   SECTION: N "5" |
| THIS DOCUMENT PERTAINS TO:<br>*Brittany Williams, et al.. v. Skyline Corporation, et al.*, No. 09-6315;<br>*Lawanda Brown, et al. v. Layton Homes Corp., et al.*, No. 09-6326. | *   JUDGE: KURT D. ENGELHARDT<br>*<br>*   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ |
| Plaintiffs: Brittany Williams;<br>            Eddie Williams. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiffs Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Brittany Williams, et al. v. Skyline Corporation, et al.*, No. 09-6315" and "*Lawanda Brown, et al. v. Layton Homes Corp., et al.*, No. 09-6326" are hereby DISMISSED WITH PREJUDICE:

1. Brittany Williams; and
2. Eddie Williams.

Done in New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE