**McGLINCHEY STAFFORD PLLC** — ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

**Via U.S. Mail**

John Arthur Eaves, Jr., Esq.
Anders Ferrington, Esq.
Shana D. Fondren, Esq.
Jon-Marc King, Esq.
Law Firm of John Arthur Eaves
101 N. State St.
Jackson, MS 39201

    RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
            Member Cases: 09-8246; 09-8192; 10-2141; 09-8213.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by Law Firm of John Arthur Eaves have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

| Plaintiff | | Civil Action |
|---|---|---|
| Trina Lee | Easterling | Trina Lee Easterling vs. Layton Homes Corp., et al. 09-8246 |
| Keith Albert | Hayes | Keith Albert Hayes, et al. vs. Layton Homes Corp., et al. 09-8192 |
| Hope | Spicer | Hope Spicer v. Skyline Corporation 10-2141 |
| Carla Renee | Zulick | Carla Renee Zulick vs. Skyline Corporation, et al. 09-8213 |

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

924525.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586-1200 • Fax (504) 596-2800 • TDD (504) 596-2728

**EXHIBIT A**

May 31, 2011
Page 2

    If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

    Sincerely,

    **McGlinchey Stafford, PLLC**

    *Robert Sheesley*

    Larry Feldman, Jr.
    Robert D. Sheesley

    Attorneys for Skyline Corporation
    and Layton Homes Corp.

cc (via email):

    Justin Woods, Esq.
    Andrew Weinstock, Esq.
    David Kurtz, Esq.
    Charles Leche, Esq.
    Henry Miller, Esq.

924525.1