# Sheesley, Robert

| | |
|---|---|
| **From:** | April Conger [april@eaveslaw.com] |
| **Sent:** | Monday, June 06, 2011 8:27 AM |
| **To:** | Feldman, Larry |
| **Cc:** | Sheesley, Robert |
| **Subject:** | John Arthur Eaves, Jr. FEMA cases |
| **Attachments:** | hope spicer.pdf; keith hayes.pdf |

Good morning,

This email is in response to the letter I received dated May 31, 2011 regarding Plaintiff Fact Sheets for the below cases:

Trina Lee Easterling vs Layton Homes Corp, et al  09-8246 -    We do not have a PFS for this client.  Please dismiss the case.

Keith Albert Hayes v. Layton Homes Corp, et al  09-8192 -    PFS is attached

Hope Spicer v. Layton Homes Corp, et al  10-2141 -    PFS is attached

Carla Renee Zulick v. Layton Homes Corp, et al  09-8213 -    We do not have a PFS for this client.  Please dismiss the case.

Please let me know if you have any questions or need any further information.

Thank you,
April Conger
Eaves Law Firm
101 N. State Street
Jackson, MS  39201
Phone (601) 355-7961
Fax (601) 355-0530
april@eaveslaw.com

EXHIBIT B

10/6/2011