## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS<br>              LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Trina Lee Easterling, et al. v. Layton Homes Corp.,*<br>*et al.*, No. 09-8246<br><br>**Plaintiff: Trina Lee Easterling** | *   **MDL NO. 07-1873**<br>*<br>*<br>*   **SECTION:  N "5"**<br>*   **JUDGE: KURT D. ENGELHARDT**<br>*<br>*   **MAGISTRATE JUDGE:**<br>*   **ALMA CHASEZ**<br>* |

* * * * * * * * * * * * * * * * * * * *  *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Trina Lee Easterling in the case styled "*Trina Lee Easterling, et al. v. Layton Homes Corp., et al.*, No. 09-8246" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE