UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1873** <br><br> **SECTION: "N"(5)** |
| **This Document Relates to:** *Gerard Hobden, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 09-7113 *and Joseph Carrier, et al. versus SunnyBrook R.V., Inc., et al.* E.D. La. Suit No. 10-1035 | * * * * * * * | **JUDGE: ENGELHARDT** <br><br> **MAG: CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS**</u>

**NOW INTO COURT,** through undersigned counsel, comes defendant, SunnyBrook RV, Inc., who files this Motion for Leave to File Reply to Plaintiffs' Opposition to Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets. SunnyBrook avers that this Reply is necessary to address the arguments asserted in Plaintiff's Opposition (Rec. Doc. #23114) to its Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 (Rec. Doc. #23021).

**WHEREFORE,** SunnyBrook RV, Inc. prays that this Honorable Court issue an Order granting it leave to file this Reply to Plaintiff's Opposition to its Renewed Motion to Dismiss for

Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets (Rec. Doc. #23021), which is attached herein.

Plaintiffs' counsel has been contacted as to plaintiff Donna Meadows and counsel could come to a resolution regarding the dismissal of her case.

        Respectfully submitted,

        **GALLOWAY, JOHNSON, TOMPKINS,**
        **BURR & SMITH, APLC**

        By:    /s/ Cynthia J. Thomas
        **RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
        **CYNTHIA J. THOMAS, LA Bar #22631**
        **MARK E. SEAMSTER, LA Bar #17136**
        3 Sanctuary Boulevard, Suite 301
        Mandeville, Louisiana 70471
        Telephone: (985)674-6680
        Facsimile: (985)674-6681
        E-Mail: cthomas@gjtbs.com
        E-Mail: mseamster@gjtbs.com
        *Attorneys for Defendant, SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of October, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

      ( ) Hand Delivery     ( ) Facsimile
      ( ) Prepaid U.S. Mail   ( ) UPS/Federal Express
      (X) Electronic Mail
      ( ) Certified Mail, Return Receipt Requested

        /s/ Cynthia J. Thomas
        **CYNTHIA J. THOMAS**