UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N"(5) |
| This Document Relates to: *Gerard Hobden, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 09-7113 and *Joseph Carrier, et al. versus SunnyBrook R.V., Inc., et al.* E.D. La. Suit No. 10-1035 | | * * * * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

*********************************************************************

ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that Defendant, SunnyBrook RV, Inc., is granted leave to file its Reply to Plaintiffs' Opposition to Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**