UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: "N"(5)** |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Gerard Hobden, et al versus* | | * | |
| *SunnyBrook RV, Inc., et al* | | * | **MAG: CHASEZ** |
| *E.D. La. Suit No. 09-7113* | | * | |
| *and Joseph Carrier, et al. versus* | | * | |
| *SunnyBrook R.V., Inc., et al.* | | * | |
| *E.D. La. Suit No. 10-1035* | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**REPLY TO PLAINTIFFS' OPPOSITION TO RENEWED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS AND COURT'S ORDER OF SEPTEMBER 12, 2011**</u>

**NOW INTO COURT**, through undersigned counsel, comes defendant, SunnyBrook RV, Inc. ("SunnyBrook"), who files this Reply to Plaintiffs, Chanda Meadows, Donna Meadows and Hannah Pyron's[1] Memorandum in Opposition (Rec. Doc. #23114) to Defendant's Renewed Motion to Dismiss (Rec. Doc. #23021).

---

[1] Plaintiffs point out that only Hannah Pyron, a six-year old child, is a plaintiff in the *Gerard Hobden* action; however, Chanda Meadows is listed as a plaintiff and Next Friend of Hannah Pyron, a minor, in the *Hobden* suit, according to Exhibit "A". (Rec. Doc. 1-1, page 3 of 5, Docket No. 2:09-cv-07113, "Amended Complaint for Damages", filed October 28, 2009). Subsequently, plaintiffs filed a Supplemental and Amended Complaint in *Joseph Carrier et al. v. SunnyBrook R.V. Inc., et al.*, Civil Action No. 10-1305 (Rec. Doc. 15970, dated August 25, 2010) and again listed Chanda Meadows, age 31, as a plaintiff, but this time, without naming her daughter, Hannah Pyron, as a plaintiff as well. (Rec. Doc. 15970-1, dated August 25, 2010). Therefore, undersigned counsel presumed that Chanda Meadows was also a plaintiff in the *Hobden* action, given her status as Plaintiff, Next Friend for her minor daughter. The Motion to Dismiss the three plaintiffs from the *Hobden* suit inadvertently listed Donna Meadows inasmuch as she shared the same Champion trailer with Chanda Meadows and Hannah Pyron. We regret any inconvenience this may have caused.

## I. BACKGROUND

By way of background, this Honorable Court denied SunnyBrook's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. #22146) for plaintiffs, Hannah Pryon, the six-year old daughter of plaintiff and next friend, Chanda Meadows, Chanda Meadows, individually, and Donna Meadows; however, plaintiffs were granted "fifteen days (or September 27, 2011) to provide supplemental responses to the question of respective move-in and move-out dates for each of the FEMA housing units in which plaintiffs resided, which responses shall be verified by the individual plaintiff." The Court further stated that upon failure do so, any defendant may move for dismissal, as provided in Pre-Trial Orders Nos. 2 and 32. SunnyBrook filed a Renewed Motion to Dismiss on September 19, 2011 (Rec. Doc. #23021), two days later.

## II.   PLAINTIFFS' FACT SHEETS

**A.   Amended Plaintiff Fact Sheet ("PFS") Deficiency Answers were not Provided for Donna Meadows**

Accordingly, SunnyBrook re-affirms and re-alleges its original Motion to Dismiss (Rec. Doc. #22146) (Rec. Doc. #22146-3) and Exhibits (Rec. Docs. ##22146-4 through 10)[2], and Renewed Motion to Dismiss (Rec. Doc. #23021 – 2 to 7) and again moves the Court to dismiss the claims of plaintiff, Donna Meadows, with prejudice, for failure to

---

[2] See also Rec. Doc. 22821, allowing defendant herein to refer to the initial Motion to Dismiss and supporting memoranda, including exhibits, in lieu of resubmitting exhibits and restating the history giving rise to the Motion. See also incorporated by reference, in *globo*, SunnyBrook RV's Reply to Plaintiffs' Opposition to Motion to Dismiss (Rec. Doc. #22331-2), Supplemental Response to Plaintiffs' Sur-Response (Rec. Doc. #22521-2) and Reply to Plaintiffs' Amended Sur-Response (Rec. Doc. #22766).

comply with the terms and conditions of the Court's Pre-Trial Orders Nos. 2 and 32, relating to the provisions of Plaintiff Fact Sheets.

As regards plaintiff, Donna Meadows, no cured deficiencies were forwarded to SunnyBrook's counsel by September 27, 2011 as ordered by the Court (and nothing has been forwarded or filed to date). SunnyBrook submits to the Court that Donna Meadows' failure to timely submit an amended PFS containing the Court-ordered information evidences a clear delay on her behalf. Moreover, Ms. Meadows' failure to communicate with her counsel to provide the information required to complete her PFS is exactly why SunnyBrook moves for this plaintiff's dismissal with prejudice for failure to comply with Pre-Trial Orders Nos. 2 and 32.[3]

**B.     Verifications of PFS for Chanda Meadows and Hannah Pryon were Untimely**

We also call the Court's attention to the fact that the verifications ordered by the Court within fifteen days or no later than September 27, 2011, failed to arrive on that date in spite of a reminder by undersigned counsel to opposing counsel's project manager that verifications were not attached to the revised PFS cures (Rec. Doc. ##23114-2, p. 3 of 3) and her assurance that the certification pages would be forwarded to undersigned counsel when received from plaintiffs. These pages were not signed by plaintiff, Chanda Meadows, until October 3, 2011; however, they were not sent to or seen by undersigned counsel until plaintiffs' Opposition was filed on October 11, 2011.

---

[3] Opposing counsel was contacted regarding the lack of an amended PFS for Donna Meadows; however, we were unable to arrive at any resolution of the matter, i.e., whether plaintiffs' counsel would agree to or oppose the dismissal of Donna Meadows.

3

(Rec. Doc. ##23114-5 and 23114-6.) SunnyBrook's Renewed Motion to Dismiss was filed on September 29, 2011.

Notwithstanding the above, undersigned counsel is willing to overlook this conduct by plaintiffs for the time being and accept the untimely verifications and revised PFS on the part of Chanda Meadows, individually and, as Next Friend to Hannah Pryon.

### III.   CONCLUSION

Accordingly, SunnyBrook moves for an Order: 1) Dismissing plaintiff, Donna Meadows, for failing to provide PFS Deficiency Answers, i.e., as to move-in, move-out dates for a SunnyBrook travel trailer, as ordered by this Honorable Court.

As noted previously, SunnyBrook has been exceedingly patient with this process; however, as it prepares for additional litigation, evaluates the possibility of settlement and analyzes other issues concerning the progress of this lawsuit, SunnyBrook must be able to obtain verified and accurate information about those who make allegations against it.

The Plaintiff Fact Sheet serves as the best way to acquire such information as the Sheet acts as the initial round of discovery responses. Without this simulated discovery response, SunnyBrook is significantly prejudiced and there is good cause for the Court to discontinue any potential for further prejudice against SunnyBrook by dismissing the claims of Donna Meadows with prejudice.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 14th day of October, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

( ) Hand Delivery ( ) Facsimile
( ) Prepaid U.S. Mail ( ) UPS/Federal Express
( X ) Electronic Mail ( ) Certified Mail, Return Receipt Requested

___/s/ Cynthia J. Thomas___
CYNTHIA J. THOMAS

5