# IN THE UNITD STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIBILITY LITIGATION | MDL NO. 2:07-MD-1873<br><br>Section "N" (5)<br><br>JUDGE ENGLEHARDT<br>MAGISTRATE JUDGE CHASEZ |

**This Document Relates to:**

| | |
|---|---|
| *Floreda White, individually v. Coachman Industries, Inc. et al* | 11-00212 |
| *Aslean Brown, et al v. Dutch Housing, Inc., et al* | 11-00213 |
| *Hobert Palmer, individually v. Jayco, Inc., et al* | 11-00214 |
| *Shirlene Finley, individually v. Keystone RV Company, et al* | 11-00215 |
| *Earnestine Crockett, individually v. Liberty Homes, Inc., et al* | 11-00216 |
| *Helen Davall, et al v. GulfStream Coach, Inc. et al* | 11-00217 |
| *Ronald Cherry, et al v. Forest River, Inc., et al* | 11-00218 |
| *Trina Bailey, et al v. Starcraft RV, Inc, et al* | 11-00220 |
| *Joseph Ankum, et al v. Alliance Homes, Inc., et al* | 11-00221 |

## ORDER

Considering the foregoing Motion to Be Recognized as a Counsel of Record, **IT IS ORDERED** that the Motion is **GRANTED** and that Jack W. Harang be recognized as additional counsel of record on behalf of Plaintiffs herein.

New Orleans, Louisiana, this __13th__ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE