UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N |
| This document relates to:<br>  *Gwangi Alston v.*<br>    *v. Liberty Mutual Ins. Corp.*<br>    No. 09-5408 | * * * * | |

* * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

**IT IS ORDERED** that the motion is **GRANTED**, and the claims of plaintiff Gwangi Alston against Liberty Mutual Insurance Company be and are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of October, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana