UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                   SECTION N(5)

                                                       JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO                               MAGISTRATE CHASEZ
*Irma Miller, et al v. Sun Valley, Inc. and
CH2M HILL Constructors, Inc.*
Case No. 09-5658 (Gary Reed)

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Considering the Consent Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 filed by CH2M HILL Constructors, Inc.:

IT IS HEREBY ORDERED that the motion is **GRANTED**, and all claims and causes of action by Gary Reed against CH2M Hill Constructors, Inc. be and hereby are **DISMISSED WITH PREJUDICE, each party to bear his/its own costs.**

New Orleans, Louisiana, this __13th__ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE