UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N |
| This document relates to: *Dominguez v. Liberty Mutual Ins. Corp.* No. 10-2416 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS ORDERED that the motion is GRANTED, and the claims of plaintiffs

1. Edward Dominguez;
2. Edwin Dominguez; and
3. Lizangela Dominguez

against Liberty Mutual Insurance Company are hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 13th day of October 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana