UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>          LIABILITY LITIGATION | *  MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*James Adubato, et al. v. Skyline Corp., et al.*,<br>No. 10-3513;<br>*James Adubato, et al. v. Layton Homes Corp., et al.*,<br>No. 10-3696. | *  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>* |
| **Plaintiffs: James Adubato;<br>             Jessica Adubato;<br>             Mary Adubato;<br>             Nicholas Adubato.** | *<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendants, Skyline Corporation ("Skyline") and Layton Homes Corp. ("Layton"), through undersigned counsel, move this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. Counsel for Skyline and Layton certifies that he has contacted plaintiffs' counsel, who does not oppose this motion. The plaintiffs whose claims are to be dismissed are:

1. James Adubato;
2. Jessica Adubato;
3. Mary Adubato; and
4. Nicholas Adubato.

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals. Plaintiff's counsel did not respond to Defendant's May 31, 2011 deficiency notice (Exh. A) regarding the listed plaintiffs.

WHEREFORE, Skyline and Layton respectfully request that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

**ATTORNEYS FOR DEFENDANTS
SKYLINE CORPORATION AND
LAYTON HOMES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and unrepresented parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY