## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*James Adubato, et al. v. Skyline Corp., et al.*,<br>No. 10-3513;<br>*James Adubato, et al. v. Layton Homes Corp., et al.*,<br>No. 10-3696.<br><br>Plaintiffs: James Adubato;<br>            Jessica Adubato;<br>            Mary Adubato;<br>            Nicholas Adubato. | MDL NO. 07-1873<br><br>SECTION:  N "5"<br>JUDGE: KURT D. ENGELHARDT<br><br>MAGISTRATE JUDGE:<br>ALMA CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*James Adubato, et al. v. Skyline Corp., et al.*, No. 10-3513" and "*James Adubato, et al. v. Layton Homes Corp., et al.*, No. 10-3696" are hereby DISMISSED WITH PREJUDICE:

1. James Adubato;

2. Jessica Adubato;

3. Mary Adubato; and

4. Nicholas Adubato.

Done in New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE