# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Tuesday, October 11, 2011 4:49 PM |
| **To:** | D'Amico, Frank J. |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's Motion to Dismiss attached |
| **Attachments:** | D'Amico - FR - Motion.pdf; D'Amico - FR - Memo.pdf |

Attached is a draft Motion to Dismiss along with a Memorandum in Support which we intend to file on behalf of Forest River, Inc. on Friday, October 14, 2011. Please advise whether you will oppose or consent to the filing of the Motions to Dismiss. If we do not hear from you by close of business on Thursday, October 13, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



GIEGER, LABORDE & LAPEROUSE, L.L.C.

NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011

HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



EXHIBIT B

# Fran Jeblonski

**Full Name:**        D'Amico, Frank J.
**Last Name:**        D'Amico
**First Name:**       Frank J.

**E-mail:**           frank@damicolaw.net
**E-mail Display As:** D'Amico, Frank J.