# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

**Via U.S. Mail**

Sidney Donecio Torres, III, Esq.
Roberta L. Burns, Esq.
David C. Jarrell, Esq.
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr.
Suite 303
Chalmette, LA 70043

RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
Member Cases: 09-8413; 10-3513; 10-3696; 09-3730; 10-3686; 10-3490; 10-3680; 10-3514; 09-6348; 10-3493; 09-6889; 10-3494; 10-3825; 10-3693; 09-5567; 10-4002; 10-3809.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by the Law Offices of Sidney D. Torres, III have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

| Plaintiff | | Civil Action |
|---|---|---|
| James | Adubato | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; <br> James Adubato, et al. vs. Skyline Corp., et al. 10-3513; <br> James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Jessica | Adubato | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; <br> James Adubato, et al. vs. Skyline Corp., et al. 10-3513; <br> James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |

**EXHIBIT A**

| Plaintiff | | Civil Action |
|---|---|---|
| Mary | Adubato | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; James Adubato, et al. vs. Skyline Corp., et al. 10-3513; James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Nicholas | Adubato | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; James Adubato, et al. vs. Skyline Corp., et al. 10-3513; James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Jacklyn | Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Rene Sr. | Aguilar obo "R.A." | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Rene Sr. | Aguilar obo Rene Rudolph Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Rene Rudolph | Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Rene Sr. | Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Rosalie | Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Rosalie | Aguilar obo R___ J___ A___ | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Rosalie | Aguilar obo M___ L___ A___ | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |

| Plaintiff | | Civil Action |
|---|---|---|
| Rosalie | Aguilar obo "M.A." | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Rosalie | Aguilar obo "R.A." | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Rosalie Ake | Aguilar | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Rosalie Akie | Aguilar | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Lawrence | Alberez | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413 |
| Lawrence Joseph | Alberez | Lawrence Joseph Alberez, et al. vs. Skyline Corp., et al. 10-3514; Lawrence Joseph Alberez, et al. vs. Layton Homes Corp., et al. 09-6348 |
| Marifar G. | Baltazar | Marifar G. Baltazar, et al. vs. Skyline Corp., et al. 10-3493 |
| Carl Joseph | Cook | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Priscilla Lucille | Cook | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Arlin | Davis | Patricia Antoine et al. v. Skyline Corporation, et al. 09-6889; Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494; Frances Trahan Breckenridge, et al. vs. Skyline Corp., et al. 10-3825 |

| Plaintiff | | Civil Action |
|---|---|---|
| Edith | Davis | Patricia Antoine et al. v. Skyline Corporation, et al. 09-6889 |
| Edith A. | Davis | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494; Frances Trahan Breckenridge, et al. vs. Skyline Corp., et al. 10-3825 |
| Cynthia | Douglas | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413 |
| Cynthia | Douglas obo B████ H. D████ | Lawrence Joseph alberez, et al. vs. Layton Homes Corp., et al. 10-3693 |
| Cynthia | Douglas obo "B.D." | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; Lawrence Joseph Alberez, et al. vs. Skyline Corp., et al. 10-3514 |
| Cynthia | Douglas-Smith | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; Lawrence Joseph Alberez, et al. vs. Skyline Corp., et al. 10-3514; Lawrence Joseph alberez, et al. vs. Layton Homes Corp., et al. 10-3693 |
| Mary Jane | Flair | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490 |
| Robert | Froeba obo J████ A. F████ | Lawrence Joseph alberez, et al. vs. Layton Homes Corp., et al. 10-3693 |
| Robert Joseph | Froeba | Lawrence Joseph alberez, et al. vs. Layton Homes Corp., et al. 10-3693 |
| Christopher J. | Gabourel | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; James Adubato, et al. vs. Skyline Corp., et al. 10-3513; James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Carol Lynn | Gadwaw | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Gary James | Gadwaw | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Jamie Elizabeth | Gadwaw | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |

| Plaintiff | | Civil Action |
|---|---|---|
| Jesse Luke | Gerkin | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; <br> Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Cynthia M. | Gondolfo | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490 |
| Edith H. | Howell | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; <br> James Adubato, et al. vs. Skyline Corp., et al. 10-3513; <br> James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Calvin J. | Kelone | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; <br> Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; <br> Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| John | Kenny | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490 |
| John | Kenney | Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Tania | Kenney obo B▇ A. T▇ | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Tania | Kenney obo "B.T." | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; <br> Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Tania | Kenney obo K▇ R▇ W▇ | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Tania | Kenney obo "K.W." | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; <br> Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Tania W. | Kenney | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; <br> Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; |

| Plaintiff | | Civil Action |
|---|---|---|
| | | Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Starr Alberez | Leydecker | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490 |
| Jamie Blappert | Moniz | Carol W. Blappert, et al. vs. Skyline Corp., et al. 10-4002; Carol W. Blappert, et al. vs. Layton Homes Corp., et al. 10-3809 |
| Goldie M. | Parson | Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Goldie M. Howell | Parson | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Jean Paul | Repath | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; Lawrence Joseph Alberez, et al. vs. Skyline Corp., et al. 10-3514 |
| Chevelle | Repath | James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Chevelle | Richard obo "C.R." | James Adubato, et al. vs. Layton Homes Corp., et al. 10-3696 |
| Gary Michael | Ruiz | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Cynthia | Sampson-Smith | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; Rosalie Aguilar, on behalf of M.A., et al vs. Skyline Corp., et al. 10-3490; Rosalie Aguilar, obo M.A., et al vs. Layton Homes Corp., et al. 10-3680 |
| Sterling | Smith | James Adubato, et al. vs. Skyline Corporation, et al. 09-8413; Lawrence Joseph Alberez, et al. vs. Skyline Corp., et al. 10-3514; Lawrence Joseph alberez, et al. vs. Layton Homes Corp., et al. 10-3693 |
| Lorraine | Surtain | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al 10-3494 |

924287.1

| Plaintiff | | Civil Action |
|---|---|---|
| Albert | Theriot | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al 10-3494 |
| Loukevia | Williams | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Loukevia M. | Williams | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Loukevia | Williams obo "K.W." | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Loukevia | Williams "K▮▮▮ H. W▮▮▮▮" | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Loukevia | Williams obo "J.W." | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Loukevia | Williams obo "J▮▮▮ A. W▮▮▮▮" | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730 |
| Vernon | Williams | Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 09-3730; Jacklyn Aguilar, et al. v. Layton Homes Corp., et al. 10-3686 |
| Allison | Woods obo "H.W." | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Allison | Woods obo "P.W." | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Allison Racheal | Woods | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |
| Donald Anthony | Woods | Gracelyn Michelle Casanova, et al. vs. Skyline corp. et al. 10-3494 |

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

924287.1

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

    Justin Woods, Esq.
    Andrew Weinstock, Esq.
    David Kurtz, Esq.
    Charles Leche, Esq.
    Henry Miller, Esq.

924287.1