## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 10-3686. | * SECTION:  N "5" * JUDGE: KURT D. ENGELHARDT * * |
| Plaintiff: Jesse Luke Gerkin. | * MAGISTRATE JUDGE: * ALMA CHASEZ * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Jesse Luke Gerkin in the case styled "*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 10-3686" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE