UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION | *  MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Rosalie Aguilar, et al. v. Skyline Corporation, et al.*,<br>No. 10-3490;<br>*Rosalie Aguilar, et al. v. Layton Homes Corp., et al.*,<br>No. 10-3680. | *  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>* |
| Plaintiffs: Rene Aguilar Sr. obo "R.A.";<br>            Rosalie Aguilar obo "M.A.";<br>            Rosalie Aguilar obo "R.A.";<br>            Rosalie Akie Aguilar;<br>            Rene Rudolph Aguilar;<br>            John Kenney;<br>            Tania W. Kenney;<br>            Tania Kenney obo "B.T.";<br>            Tania Kenney obo "K.W." | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |
| * * * * * * * * * * * * * * * * * * * * | * |

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation and Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490" and "*Rosalie Aguilar, et al. v. Layton Homes Corp., et al.*, No. 10-3680" are hereby DISMISSED WITH PREJUDICE:

1. Rene Aguilar Sr. obo "R.A.";

2. Rosalie Aguilar obo "M.A.";

3. Rosalie Aguilar obo "R.A.";

4. Rosalie Akie Aguilar;

5. Rene Rudolph Aguilar;

6. John Kenney;

7. Tania W. Kenney;

8. Tania Kenney obo "B.T.";

9. Tania Kenney obo "K.W."

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

UNITED STATES DISTRICT JUDGE

940301.1