UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION: N "5" |
| *Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 09-3730; | * JUDGE: KURT D. ENGELHARDT |
| *Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490. | * MAGISTRATE JUDGE: ALMA CHASEZ |
| Plaintiff: Starr Alberez Leydecker. | * |

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Layton Homes Corp. and Skyline Corporation is GRANTED, and that the claims of Starr Alberez Leydecker in the cases styled "*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 09-3730" and "*Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE