UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
PSC'S EX PARTE AND UNOPPOSED MOTION FOR
LEAVE TO FILE CLASS REPRESENTATIVE
AFFIDAVITS INTO THE RECORD

MAY IT PLEASE THE COURT:

At the Fairness Hearing conducted on August 22, 2011, in connection with the proposed class settlement with the manufactured housing defendants herein, the PSC represented to the Court that several proposed class representative affidavits remained outstanding at that time, but were expected to be received prior to the time the Court rendered its decision on the fairness of the settlement.  In particular, the PSC has received since the Fairness Hearing the proposed class representative affidavits of Amaris McGallion (for the defendant Horton Homes, Inc.), Marcie Beverly (for the defendant Alliance Homes, Inc. d/b/a Adrian Homes), Shontay Fontenot on behalf of Hailey Fontenot (for the defendant Giles Family Holdings, Giles Industries of Tazewell, Incorporated, and Giles Acquisition Corp.) and Stacy Boudreaux (for the defendant Champion Enterprises, Inc./Champion Home Builders Company).  The content of each affidavit is identical to the content of the proposed class representative affidavits which were submitted and made part of the record at the Fairness Hearing.

In order to complete the record in this matter, therefore, the PSC respectfully moves the Court to enter the attached Order for leave to file the additional class representative affidavits now received; and the settling defendants, having been advised of this motion, do not oppose the entry of said order.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567

>DENNIS REICH, Texas #16739600
>MIKAL C. WATTS, Texas #20981820
>ROBERT C. HILLIARD, Texas ##09677700

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471