UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared:

**Amaris McGallion**

who, upon being duly sworn, did declare as follows:

1.

Declarant is a class member in this litigation.

2.

Declarant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Declarant is a proposed Class Representative for the Horton Homes, Inc. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Declarant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Declarant states that her interests are not antagonistic to the interests of the Class.

6.

Declarant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Declarant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Declarant declares there has been no collusion affecting the agreement.

9.

Declarant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Declarant further declares that, in her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Declarant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Declarant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Declarant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Amaris J. McGallion_
**Amaris McGallion**

Date: August 19, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT  
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:  
*Non-Litigation Track (Manufactured Housing) Cases*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared:

**Marcie Beverly**

who, upon being duly sworn, did declare as follows:

1.

Declarant is a class member in this litigation.

2.

Declarant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Declarant is a proposed Class Representative for the Alliance Homes, Inc. d/b/a Adrian Homes settlement class in the proposed manufactured housing settlement class.

4.

Declarant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Declarant states that her interests are not antagonistic to the interests of the Class.

6.

Declarant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Declarant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Declarant declares there has been no collusion affecting the agreement.

9.

Declarant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Declarant further declares that, in her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Declarant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Declarant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Declarant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Marcie Beverly*
**Marcie Beverly**

*Sept 1, 2011*
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF ___St. Bernard___

　　BEFORE ME, the undersigned authority, personally came and appeared:

**Stacy Boudreaux**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the Champion Enterprises, Inc./Champion Home Builders Co. settlement class in the proposed manufactured housing settlement class.

-1-

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

*Stacy Boudreaux*
Stacy Boudreaux

SWORN TO AND SUBSCRIBED before me, Notary Public, on this 20th day of August, 2011.

NOTARY PUBLIC:
LOUISIANA BAR ROLL NO. 17869
MY COMMISSION EXPIRES:

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Non-Litigation Track (Manufactured Housing) Cases*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

　　BEFORE ME, the undersigned authority, personally came and appeared:

**Shontay Fontenot on behalf of Hailey Fontenot**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the < Giles Family Holdings, Giles Industries of Tazewell, Incorporated, Giles Acquisition Corp > settlement class in the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

10.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

11.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
Shontay Fontenot on behalf of Hailey Fontenot

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __19__ day of ____August____, 2011.

_____
NOTARY PUBLIC: Larry W Mashburn
LOUISIANA BAR ROLL NO. 30066
MY COMMISSION EXPIRES: with death