UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the attached Affidavits of proposed class representatives Amaris McGallion, Marcie Beverly, Shontay Fontenot on behalf of Hailey Fontenot and Stacy Boudreaux be filed into and made part of the record of the Fairness Hearing conducted herein on August 22, 2011.

THIS DONE the _____ day of _____, 2011, New Orleans, Louisiana.

                                         _____
                                         HONORABLE KURT D. ENGELHARDT