UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-0740, 10-3674, | * | |
| 10-3675, 10-3687, 10-3733, | * | |
| 10-3847 and 10-4003 | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT FOREST RIVER'S UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets with respect to the claims of the Plaintiffs listed below, with prejudice, for the reasons more fully set forth in the attached Memorandum in Support:

**10-740**   **Allo, Edward v. Forest River**
Couget, Coleen M.               Moore, Alex
Encalade, Vernell               Nunez, Gladys
Estopinal, Roger III o/b/o D.E. Peters, Kentrell R.
Estopinal, Roger III o/b/o D.E. Rando-Short, Belinda J.
Estopinal, Roger J.             Woodruff, John o/b/o M.W.
Johnson, Tessi R.

**10-3674**   **Authement, Jay J. v. Forest River**
Duplantis, Roy J.               Watts, Mary L.
Jenevein, Gary Paul

**10-3675**   **Adams, Lester v. Forest River**
Alexander, Juanita M.           Howard, James W.
Bailey, Ashley Marie            Howard, Mary E
Bailey, Beatrice o/b/o A.B.     Joseph, Boyd Thomas
Bienemy, Dynel                  Kenney, Tania o/b/o B.T.
Bradley, Amy o/b/o J.B.         Kenney, Tania o/b/o K.W.

        Brightman, Brittany L.        Kenney, Tania W.
        Cheramie, Jack Blanchard        Migliore, Gary R.
        Cheramie, Jeffery        Migliore, Stacey and Gary o/b/o A.M.
        Corley, JoAnn        Migliore, Stacey o/b/o G.M.
        Daggs, Latonia        Migliore, Stacey S.
        Daggs, Latonia o/b/o M.R.        Redditt, Michael
        Fecke, Thomas Joseph        Reynolds, Lewis
        Glorioso, Crissy Lea        Weiskopf, Ida M.
        Glorioso, Crissy o/b/o K.G.        Weiskopf, Stanley
        Howard, Bettina M.

**10-3687**    **Binder, David M. v. Forest River**
        Campo, Cynthia Frances

**10-3733**    **Atwood, Gretchen v. Forest River**
        Kenney, John

**10-3847**    **Basile, Christopher v. Forest River**
        Dwyer, Larry A.        Jenevein, Gary Paul
        Fecke, Michelle L.        Jenevein, Janice Shoemaker
        Fernandez, Debbie        Sullivan, Jade
        Fernandez, Debbie        Terminie, Debbie
        Gadwaw, Jamie Elizabeth

**10-4003**    **Neumann, Shari v. Forest River**
        Neumann, Shari Coleman        Neumann, Shari o/b/o N.N.
        Neumann, Shari o/b/o A.N.        Neumann, Todd
        Neumann, Shari o/b/o B.N.

WHEREFORE, defendant, Forest River prays that its Motion to Dismiss be granted, dismissing the claims of the above listed plaintiffs from the indicated cases, with prejudice, for failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 14, 2011 via electronic filing.

/s/ Ernest P. Gieger, Jr.