# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400

FACSIMILE (504) 561-1011

WWW.GLLLAW.COM

———

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

———

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address:  CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.:  (504) 654-1324

Sidney D. Torres, III, Esq.
Roberta L. Burns, Esq.
David C. Jarrell, Esq.
Law Office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana  70043

Re:   *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №:  0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided.  To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011.  In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**10-3675**      **Adams, Lester v. Forest River**

Adams, Lester
Alexander, Juanita M.
Bailey, Ashley Marie
Bailey, Beatrice o/b/o A.B.
Bienemy, Dynel
Bradley, Amy o/b/o J.B.
Brancaccio, Robert
Brightman, Brittany L.

Joseph, Boyd Thomas
Joseph, Jarvon J.
Joseph, Jerel
Joseph, Tammy A.
Kenney, Tania o/b/o B.T.
Kenney, Tania o/b/o K.W.
Kenney, Tania W.
Migliore, Gary R.



EXHIBIT
A

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 2 of 4*

Cheramie, Jack Blanchard
Cheramie, Jeffery
Corley, JoAnn
Daggs, Latonia
Daggs, Latonia o/b/o M.R.
Fecke, Thomas Joseph
Forsythe, Blaise A.
Glorioso, Crissy Lea
Glorioso, Crissy o/b/o K.G.
Hartman, Yvonne R.
Howard, Bettina M.
Howard, James W.
Howard, Mary E

Migliore, Stacey and Gary o/b/o A.M.
Migliore, Stacey o/b/o G.M.
Migliore, Stacey S.
Redditt, Michael
Reynolds, Lewis
Thomas, Corey Andrew
Thomas, Denise Gurtner
Thomas, Kevin Joseph
Thomas, Kristin Lynn
Thornley, Mindy Lynn
Wagner, Brenda & Kristy o/b/o A.W.
Weiskopf, Ida M.
Weiskopf, Stanley

**10-740**     **Allo, Edward v. Forest River**
Allo, Edward
Allo, Kathy
Couget, Coleen M.
Encalade, Vernell
Estopinal, Roger III o/b/o D.E.
Estopinal, Roger III o/b/o D.E.
Estopinal, Roger J.

Johnson, Tessi R.
Moore, Alex
Nunez, Gladys
Peters, Kentrell R.
Rando-Short, Belinda J.
Sterling, James
Woodruff, John o/b/o M.W.

**10-3572**    **Arbour, Charles v. Vanguard  Ind.**
Arbour, Charles o/b/o J.A.
Laris, Ernest F.
Laris, Gayle & Russell Baldo o/b/o C.B.
Laris, Gayle H.

Laris, Lisa M.
Tircuit, Catherine
Tircuit, Jonathan
Laris, Gayle

**10-3733**    **Atwood, Gretchen v. Forest River**
Carson, Chad
Carson, Madison
Crosby, Carmella Gioiello
Davidson, Richard E.

Davidson, Stacy Ann
Kenny, John
Miller, Wendy
Authement, Jay J.

**10-3674**    **Authement, Jay J. v. Forest River**
Duplantis, Roy J.
Jenevein, Gary Paul

Watts, Mary L.

**10-3731**    **Authement, Jay J. v. Forest River**
Morise, Mark

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 3 of 4*

**09-3588**    **Bailey, Ashley v. Forest River**
Bailey, Beatrice                          Kellum, Eugene Joseph
Brock, Courtney                           Kenney, Tania W.
Daggs, Latonia                            Simmons, Sharon
Davidson, Ricky                           Terry, William Larry
Forsythe, Patsy M.

**10-3847**    **Basile, Christopher v. Forest River**
Dwyer, Larry A.                           Jenevein, Janice Shoemaker
Fecke, Michelle L.                        Lala, Daniel Paul
Fernandez, Debbie                         Sullivan, Jade
Fernandez, Debbie                         Terminie, Debbie
Gadwaw, Jamie Elizabeth                   Theaux, George Milton
Jenevein, Gary Paul                       Theaux, Susan Hotard

**10-3687**    **Binder, David M. v. Forest River**
Campo, Cynthia Frances                    Reed, Ronald
Carson, Chad & Jeanne o/b/o C.C.          Reed, Ryan
Cure, Joylin R.                           Reeves, Tonya
Reed, Mary                                Robichaux, Rusty

**10-3766**    **Borrouso, Jacob v. Forest River**
Borrouso, Jacob Joseph                    Mumphrey, Lynell Ann

**10-3975**    **Chalaire, Diane v. Forest River**
Chalaire, Diane Alice                     Palmer, John

**09-6717**    **Chalaire, Diane v. Forest River**
Sistrunk, Nina

**10-3573**    **Fernandez, Inez v. Vanguard Ind.**
Fernandez, Inez R.                        Hernandez, Shannon o/b/o B.H.
Hernandez, James                          Hernandez, Shannon o/b/o K.H.
Hernandez, Shannon                        Knoten, Carrie L.

**10-3735**    **Harvey, Earl J. v. Forest River**
Harvey, Earl J.                           Peters, Eurdel Eugene

**10-4003**    **Neumann, Shari v. Forest River**
Neumann, Shari Coleman                    Sistrunk, Nina Marie
Neumann, Shari o/b/o Ashley Neumann       Sistrunk, Nina o/b/o Denielle Sistrunck

*Law Office of Sidney D. Torres, III*
*May 2, 2011*
*Page 4 of 4*

|  |  |
|---|---|
| Neumann, Shari o/b/o Brendon A. Neumann | Sistrunk, Nina o/b/o Hunter Sistrunck |
| Neumann, Shari o/b/o Nathan Neumann | Sistrunk, Royce Dalton |
| Neumann, Todd | Thompson, Brandylynn |
| Sistrunk, Mindy |  |

**10-3818**     **Tircuit, Catherine v. Vanguard**
         Tircuit, Catherine                    Tircuit, Raymond

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc     Andrew Weinstock
       Justin Woods
       Dave Kurtz