# Fran Jeblonski

| | |
|---|---|
| **From:** | Roberta Burns [rburns@torres-law.com] |
| **Sent:** | Wednesday, October 12, 2011 3:34 PM |
| **To:** | Fran Jeblonski |
| **Cc:** | Jessica Bastoe; Phyllis Michon; Mike DiGiglia; Ernie Gieger; Megan Cambre; Roberta Burns |
| **Subject:** | RE: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

No opposition

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Tuesday, October 11, 2011 4:57 PM
**To:** Roberta Burns
**Cc:** Jessica Bastoe; Phyllis Michon; Mike DiGiglia; Ernie Gieger; Megan Cambre
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached

Pursuant to your below email, we have redrafted the prior Motion to Dismiss to remove A███ W███ and to designate the Motion as unopposed. Additionally, we have separated the original Motion into two, one to be filed by Vanguard Industries of Michigan and the other by Forest River.

We intend to file the Motions on Friday, October 14, 2011. Please confirm that you will not oppose the filing of these Motions to Dismiss.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



1



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Roberta Burns [mailto:rburns@torres-law.com]
**Sent:** Friday, August 26, 2011 2:49 PM
**To:** Fran Jeblonski
**Cc:** Jessica Bastoe; Phyllis Michon; Mike DiGiglia; Ernie Gieger
**Subject:** Re: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached

Unopposed.
Roberta Burns

Sent from my iPhone

On Aug 26, 2011, at 2:06 PM, "Fran Jeblonski" <fjeblonski@glllaw.com> wrote:

> We will revise the Motion to Dismiss to remove A▆▆W▆▆  Will it be unopposed as to all other plaintiffs?  If so, I will prepare it as an Unopposed Motion.
>
>
>
> <image001.jpg>
>
> **Fran Jeblonski**
> **Assistant to William A. Barousse and J. Michael DiGiglia**
> Direct Dial: 504-654-1359
> Facsimile: 504-561-1011
>
> www.glllaw.com
>
>
>
> CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from

your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Friday, August 26, 2011 1:43 PM
**To:** Fran Jeblonski
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** FW: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached
**Importance:** High

Please see attached.

Thank you,

Jessica Bastoe

Law Offices of Sidney D. Torres, III

8301 W. Judge Perez Dr., Suite 303

Chalmette, LA 70043

(504) 271-8422

Fax: (504)-271-1961

Email: jbastoe@torres-law.com

www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient,

please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Roberta Burns
**Sent:** Friday, August 26, 2011 10:41 AM
**To:** Jessica Bastoe
**Cc:** Phyllis Michon
**Subject:** FW: FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached

Roberta L. Burns

8301 W. Judge Perez Drive

Suite 303

Chalmette, Louisiana 70043

Telephone: (504) 271-8422

Facsimile: (504) 271-1961

Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Wednesday, August 24, 2011 3:48 PM
**To:** Sidney Torres; Roberta Burns
**Cc:** Mike DiGiglia; Ernie Gieger
**Subject:** FEMA Trailer Formaldehyde Litigation - Forest River & Vanguard's Motion to Dismiss attached

Please refer to the attached draft Motion to Dismiss and Memorandum in Support which we plan to file early next week. Should you have any objection to the filing of the attached, please advise no later than close of business Monday, August 29, 2011. If we have not heard from you by that time, we will assume you have no opposition and will advise the Court accordingly.

Should you have any questions, please do not hesitate to contact us.

<image001.jpg>

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011

www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.