UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-0740, 10-3674, | * | |
| 10-3675, 10-3687, 10-3733, | * | |
| 10-3847 and 10-4003 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Vanguard Industries of Michigan, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted dismissing the claims of the following Plaintiffs:

**10-740**      **Allo, Edward v. Forest River**

| | |
|---|---|
| Couget, Coleen M. | Moore, Alex |
| Encalade, Vernell | Nunez, Gladys |
| Estopinal, Roger III o/b/o D.E. | Peters, Kentrell R. |
| Estopinal, Roger III o/b/o D.E. | Rando-Short, Belinda J. |
| Estopinal, Roger J. | Woodruff, John o/b/o M.W. |
| Johnson, Tessi R. | |

**10-3674**      **Authement, Jay J. v. Forest River**

| | |
|---|---|
| Duplantis, Roy J. | Watts, Mary L. |
| Jenevein, Gary Paul | |

**10-3675**      **Adams, Lester v. Forest River**

| | |
|---|---|
| Alexander, Juanita M. | Howard, James W. |
| Bailey, Ashley Marie | Howard, Mary E |
| Bailey, Beatrice o/b/o A.B. | Joseph, Boyd Thomas |
| Bienemy, Dynel | Kenney, Tania o/b/o B.T. |
| Bradley, Amy o/b/o J.B. | Kenney, Tania o/b/o K.W. |
| Brightman, Brittany L. | Kenney, Tania W. |
| Cheramie, Jack Blanchard | Migliore, Gary R. |

|  |  |
|---|---|
| Cheramie, Jeffery | Migliore, Stacey and Gary o/b/o A.M. |
| Corley, JoAnn | Migliore, Stacey o/b/o G.M. |
| Daggs, Latonia | Migliore, Stacey S. |
| Daggs, Latonia o/b/o M.R. | Redditt, Michael |
| Fecke, Thomas Joseph | Reynolds, Lewis |
| Glorioso, Crissy Lea | Weiskopf, Ida M. |
| Glorioso, Crissy o/b/o K.G. | Weiskopf, Stanley |
| Howard, Bettina M. | |

**10-3687**   **Binder, David M. v. Forest River**
Campo, Cynthia Frances

**10-3733**   **Atwood, Gretchen v. Forest River**
Kenney, John

**10-3847**   **Basile, Christopher v. Forest River**

| | |
|---|---|
| Dwyer, Larry A. | Jenevein, Gary Paul |
| Fecke, Michelle L. | Jenevein, Janice Shoemaker |
| Fernandez, Debbie | Sullivan, Jade |
| Fernandez, Debbie | Terminie, Debbie |
| Gadwaw, Jamie Elizabeth | |

**10-4003**   **Neumann, Shari v. Forest River**

| | |
|---|---|
| Neumann, Shari Coleman | Neumann, Shari o/b/o N.N. |
| Neumann, Shari o/b/o A.N. | Neumann, Todd |
| Neumann, Shari o/b/o B.N. | |

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT

2