# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION: N "5" |
| *Lawrence Joseph Alberez, et al. v. Skyline Corporation, et al.*, No. 10-3514; | * JUDGE: KURT D. ENGELHARDT |
| *Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. 09-6348. | * MAGISTRATE JUDGE: ALMA CHASEZ |
| Plaintiffs: Lawrence Joseph Alberez; Cynthia Douglas-Smith; Sterling Smith. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Lawrence Joseph Alberez, et al. v. Skyline Corporation, et al.*, No. 10-3514" and "*Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al*, No. 09-6348" are hereby DISMISSED WITH PREJUDICE:

1. Lawrence Joseph Alberez;

2. Cynthia Douglas-Smith; and

3. Sterling Smith.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE