UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Marifar G. Baltazar, et al. v. Skyline Corporation, et al.*, No. 10-3493. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * |
| Plaintiff: Marifar Baltazar. | *  MAGISTRATE JUDGE: *  ALMA CHASEZ * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiff, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. Counsel for Skyline certifies that he has contacted plaintiff's counsel, who does not oppose this motion. The plaintiff whose claims are to be dismissed is Marifar G. Baltazar.

Plaintiff failed to provide any Plaintiff Fact Sheet for this individual.  Plaintiff's counsel did not respond to Defendant's May 31, 2011 deficiency notice (Exh. A) regarding the listed plaintiffs.

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of this plaintiff, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and unrepresented parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY