UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Marifar G. Baltazar, et al. v. Skyline Corporation, et al.*, No. 10-3493. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * |
| Plaintiff: Marifar Baltazar. | *  MAGISTRATE JUDGE: *  ALMA CHASEZ * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Marifar G. Baltazar in the case styled "*Marifar G. Baltazar v. Skyline Corporation, et al.*, No. 10-3493" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE