UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS             LIABILITY LITIGATION  THIS DOCUMENT PERTAINS TO: *Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494; *Frances Trahan Breckenridge, et al. v. Skyline Corporation, et al.*, No. 10-3825.  **Plaintiffs: Arlin Davis;                   Edith Davis.** | * MDL NO. 07-1873 * * * SECTION:  N "5" * JUDGE: KURT D. ENGELHARDT * * * MAGISTRATE JUDGE: * ALMA CHASEZ * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Gracelyn Michelle Casanova v. Skyline Corporation, et al.*, No. 10-3494" and "*Frances Trahan Breckenridge v. Skyline Corporation, et al.*, No. 10-3825" are hereby DISMISSED WITH PREJUDICE:

1. Arlin Davis; and

2. Edith Davis.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE