UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. 10-3693.<br><br>**Plaintiff: Robert Joseph Froeba.** | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Robert Joseph Froeba in the case styled "*Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. 10-3693" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE