UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Lawrence Joseph Alberez, et al. v. Skyline Corporation, et al.*, No. 10-3514.<br><br>Plaintiff: Jean Paul Repath. | * MDL NO. 07-1873<br>*<br>*<br>* SECTION:  N "5"<br>* JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>* MAGISTRATE JUDGE:<br>* ALMA CHASEZ<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Jean Paul Repath in the case styled "*Lawrence Joseph Alberez v. Skyline Corporation, et al.*, No. 10-3514" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE