UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494.<br><br>Plaintiffs: Jamie Elizabeth Gadwaw;<br>        Gary Michael Ruiz;<br>        Lorraine Surtain. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>* |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494" are hereby DISMISSED WITH PREJUDICE:

1. Jamie Elizabeth Gadwaw;

2. Gary Michael Ruiz;

3. Lorraine Surtain.

Done in New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE