UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *James Adubato, et al. v. Layton Homes Corp., et al.*, No. 10-3696. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * |
| Plaintiffs: Chevelle Richard; Chevelle Richard obo "C.R." | *  MAGISTRATE JUDGE: *  ALMA CHASEZ * * |
| * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*James Adubato, et al. v. Layton Homes Corp., et al.*, No. 10-3696" are hereby DISMISSED WITH PREJUDICE:

1. Chevelle Richard; and
2. Chevelle Richard obo "C.R."

Done in New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE