# Errata

**Claimant Name:** Ball, Frenchie

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Recreation By Design, LLC

Plaintiff is personally unavailable to complete deficiencies at this time.

_____  May 24, 2011
Plaintiff or Representative              Date

**EXHIBIT C-2**