# Plaintiff Fact Sheet Deficiency Notice

Name:       Gloria Ball

Case:       *Clara Anderson, et al. v. Recreation By Design, LLC, et al.,*
            *EDLA No. 09-8626*

Attorney:   Frank D'Amico, Jr.

### SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|---|---|
| A. | |
| B. | **Not answered** |
| C. | |
| D. | |
| E. | **Not answered** |

### SECTION III. CASE INFORMATION

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

### SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

### SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |

EXHIBIT
D-1

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 | **Not answered** |
| A. 4 |  |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | **Not answered** |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

**SECTION VIII. DOCUMENTS**

| Question | Deficiency |
|---|---|
| A. | |
| B. | |
| C. | |
| D. | |
| E. | |
| F. | |
| G. | |

| Employment and Education | **Not attached. Plaintiff did not provide Social Security Number** |
|---|---|
| HIPAA | **Not attached. Plaintiff did not provide Social Security Number** |
| Privacy Act Release | **Not attached.** |

**IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

**CERTIFICATION PAGE**

| Signature | **Not signed and dated** |
|---|---|

**AUTHORIZATIONS**

| Medical | **Not attached. Plaintiff did not provide Social Security Number** |
|---|---|
| Psychological | **Not attached. Plaintiff did not provide Social Security Number** |