# Errata

**Claimant Name:** Ball, Gloria

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Recreation By Design, LLC

Plaintiff is personally unavailable to complete deficiencies at this time.

_____    May 24, 2011
Plaintiff or Representative                     Date

EXHIBIT D-2