## Errata

**Claimant Name:** Darling, Sandra

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Recreation By Design, LLC

Plaintiff is personally unavailable to complete deficiencies at this time.

_____  _____
Plaintiff or Representative          Date (May 2/2011)

EXHIBIT G-2