# Errata

**Claimant Name:** LaDay, Monda

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Recreation By Design, LLC

Plaintiff is personally unavailable to complete deficiencies at this time.

_____     May 24, 2011
Plaintiff or Representative                Date

EXHIBIT B-2