## Errata

**Claimant Name:** ▋▋▋▋▋▋▋

**Claimant Attorney: Frank J D'Amico, Jr.**

**Manufacturer: Recreation By Design, LLC**

Plaintiff is personally unavailable to complete deficiencies at this time.

_____        May 24, 2011
Plaintiff or Representative                              Date

**EXHIBIT**

D-2