UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** *Clara Anderson, et al v. Recreation by Design, LLC,* Docket No. 09-8626 | * * * * | MAGISTRATE:  CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes defendant, Recreation by Design, LLC ("RBD"), who moves this Honorable Court to dismiss the claims of the plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2, 32 & 88 relating to Plaintiff Fact Sheets.  The Plaintiffs are:

1. Xavier Reed
2. Stephanie Simmons
3. Andre Skelton
4. Wallace Smith
5. Joycelyn Stokes
6. Mary Sylve
7. Rev. Andrew Sylvester
8. Bertha Sylvester
9. Barry Watts

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

 */s/ Kelly M. Morton*  
LYON H. GARRISON, Bar No. 19591  
SCOTT P. YOUNT, Bar No. 22679  
RANDALL C. MULCAHY, Bar No. 26436  
DARRIN L. FORTE, Bar No. 26885  
KELLY M. MORTON, Bar No. 30645  
GARRISON, YOUNT, FORTE  
& MULCAHY, LLC  
909 Poydras Street, Suite 1800  
New Orleans, Louisiana 70112  
Telephone: (504) 527-0680  
Facsimile: (504) 527-0686  
Attorneys for defendant,  
Recreation By Design, LLC  
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 */s/ Kelly M. Morton*  
KELLY M. MORTON, Bar No. 30645