# Errata

**Claimant Name:** Smith, Wallace

**Claimant Attorney:** Frank J D'Amico, Jr.

**Manufacturer:** Recreation By Design, LLC

Plaintiff is personally unavailable to complete deficiencies at this time.

_____    May 24, 2011
Plaintiff or Representative                Date

**EXHIBIT E-2**