UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                    SECTION "N-5"

                                                JUDGE ENGELHARDT
                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Fortenberry v. Jayco Enterprises, Inc., et al., EDLA 10-2390*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL OF MARY WATTS

NOW INTO COURT, through undersigned counsel, comes certain Plaintiff, Mary Watts, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal without prejudice of claims asserted herein, as the instant claims are duplicative of those advanced in *Bonney v. Jayco Enterprises, Inc., et al*, E.D. La. 09-4327. Both cases involve claims with the same substantive allegations.

Accordingly, Mary Watts seeks to voluntarily dismiss her claims in the above-captioned matter, while reserving all rights and allegations asserted in *Bonney v. Jayco Enterprises, Inc., et al*, E.D. La. 09-4327. This dismissal in no way affects the claims of other plaintiffs in the above-captioned matter.

                        Respectfully submitted:

                        **GAINSBURGH, BENJAMIN, DAVID,**
                        **MEUNIER & WARSHAUER, L.L.C.**

                        BY:    s/Justin I. Woods
                                GERALD E. MEUNIER, #9471
                                JUSTIN I. WOODS, #24713
                                Gainsburgh, Benjamin, David,
                                Meunier & Warshauer, L.L.C.
                                2800 Energy Centre

          1100 Poydras Street  
          New Orleans, Louisiana  70163  
          Telephone:    504/522-2304  
          Facsimile:    504/528-9973  
          jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          s/Justin I. Woods  
          JUSTIN I. WOODS, #24713