UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        *        MDL NO. 1873
    FORMALDEHYDE PRODUCTS   *
    LIABILITY LITIGATION    *        SECTION "N-5"
                            *
THIS DOCUMENT RELATES TO:   *        JUDGE ENGELHARDT
*Betty Jean Allen v. Jayco Enterprises, Inc.*   *
Docket No. 09-4217          *        MAG. JUDGE CHASEZ
Plaintiff: Kevin Bland      *
*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Kevin Bland filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Kevin Bland is **GRANTED** and the claims and causes of action of plaintiff, Kevin Bland, in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Kevin Bland as filed in the case styled *Maudry Brown, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-8614.

New Orleans, Louisiana, this ___14th___ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE