UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Christine J. Kellsten v. Jayco, Inc.* | * | |
| Docket No. 10-0269 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Lora Conway | * | |
|     Lora Conway, obo K.C. | * | |
|     Timothy Conway | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc., Jayco Enterprises, Inc., and Bechtel National, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiff, Lora Conway, individually and on behalf of K.C., and Timothy Conway, are hereby dismissed with prejudice.

New Orleans, Louisiana, this __14th__ day of __October__, 2011.

_____
UNITED STATES DISTRICT JUDGE