UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N"(5) |
| This Document Relates to: *Steven Cronin, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 09-6919 | | * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

************************************************************************

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

**NOW INTO COURT,** through undersigned counsel, comes defendant, SunnyBrook RV, Inc., who files this Motion for Leave to File Reply to Plaintiffs' Opposition to Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs' Fact Sheets. SunnyBrook avers that this Reply is necessary to address the arguments asserted in Plaintiff's Opposition (Rec. Doc. #23113) to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 (Rec. Doc. #23001).

**WHEREFORE**, SunnyBrook RV, Inc. prays that this Honorable Court issue an Order granting it leave to file this Reply to Plaintiff's Opposition to its Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs' Fact Sheets (Rec. Doc. #23021), which is attached herein.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

By: /s/ Cynthia J. Thomas
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant, SunnyBrook RV, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 17th day of October, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

- ( ) Hand Delivery    ( ) Facsimile
- ( ) Prepaid U.S. Mail    ( ) UPS/Federal Express
- ( X ) Electronic Mail
- ( ) Certified Mail, Return Receipt Requested

/s/ Cynthia J. Thomas
**CYNTHIA J. THOMAS**

2