UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | **SECTION: "N"(5)** |
| | **LITIGATION** | * | |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Steven Cronin, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | **MAG: CHASEZ** |
| *E.D. La. Suit No. 09-6919* | | * | |

******************************************************************

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, SunnyBrook RV, Inc., is granted leave to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**