## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *   MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 09-3730; *Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490. | *   SECTION:  N "5" *   JUDGE: KURT D. ENGELHARDT * * *   MAGISTRATE JUDGE: *   ALMA CHASEZ * |
| Plaintiff: Starr Alberez Leydecker. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Layton Homes Corp. and Skyline Corporation is GRANTED, and that the claims of Starr Alberez Leydecker in the cases styled "*Jacklyn Aguilar, et al. v. Layton Homes Corp., et al.*, No. 09-3730" and "*Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE