UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>          LIABILITY LITIGATION | *  MDL NO. 07-1873<br>*<br>*  SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO:<br>*Brittany Williams, et al.. v. Skyline Corporation, et al.*, No. 09-6315;<br>*Lawanda Brown, et al. v. Layton Homes Corp., et al.*, No. 09-6326. | *  JUDGE: KURT D. ENGELHARDT<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ |
| Plaintiffs: Brittany Williams;<br>          Eddie Williams. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiffs Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Brittany Williams, et al. v. Skyline Corporation, et al.*, No. 09-6315" and "*Lawanda Brown, et al. v. Layton Homes Corp., et al.*, No. 09-6326" are hereby DISMISSED WITH PREJUDICE:

1. Brittany Williams; and
2. Eddie Williams.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE