UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>           LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Carla Renee Zulick, et al. v. Skyline Corporation, et al.*, No. 09-8213<br><br>Plaintiff: Carla Renee Zulick | *   MDL NO. 07-1873<br>*<br>*<br>*   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ<br>* |

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Carla Renee Zulick in the case styled "*Carla Renee Zulick, et al. v. Skyline Corporation, et al.*, No. 09-8213" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE