## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>         LIABILITY LITIGATION | * MDL NO. 07-1873<br>*<br>* |
| | * SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO:<br>*Trina Lee Easterling, et al. v. Layton Homes Corp.,*<br>*et al.*, No. 09-8246 | * JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>* MAGISTRATE JUDGE: |
| Plaintiff: Trina Lee Easterling | * ALMA CHASEZ<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Trina Lee Easterling in the case styled "*Trina Lee Easterling, et al. v. Layton Homes Corp., et al.*, No. 09-8246" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this 17th day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE