UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>          LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Portia Williams, et al. v. Skyline Corporation, et al.*,<br>No. 09-8649<br><br>Plaintiffs: Irvin Battely;<br>          Joseph Bienemy;<br>          Willie Brown;<br>          Frances Carter;<br>          Cynthia Davis;<br>          Ryan Evans;<br>          Theva Evans;<br>          Keith Jones;<br>          Michael Jones;<br>          Jules J. Lewis;<br>          Sammy A. McRae;<br>          Tevan Parria;<br>          Edward Scott;<br>          Sharon G. Serpas;<br>          Brittany O. Williams;<br>          Portia M. Williams;<br>          Lenell Young obo Richard V. Brown<br>            III;<br>          Abelardo Zelaya | MDL NO. 07-1873<br><br>SECTION:  N "5"<br>JUDGE: KURT D. ENGELHARDT<br><br>MAGISTRATE JUDGE:<br>ALMA CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*Portia Williams, et al. v. Skyline Corporation, et al.*, No. 09-8649" are hereby DISMISSED WITH PREJUDICE:

1. Irvin Battely;

2. Joseph Bienemy;

3. Willie Brown;

4. Frances Carter;

5. Cynthia Davis;

6. Ryan Evans;

7. Theva Evans;

8. Keith Jones;

9. Michael Jones;

10. Jules Lewis;

11. Sammy McRae;

12. Tevan Parria;

13. Edward Scott;

14. Sharon G. Serpas;

15. Brittany Williams;

16. Portia Williams;

17. Lenell Young on behalf of Richard Brown III; and

18. Abelardo Zelaya.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

935640.1

2