UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION:  N "5" |
| *Darlene A. Jones, et al. v. Layton Homes Corp., et al*, No. 09-8692 | * JUDGE: KURT D. ENGELHARDT |
| | * |
| Plaintiff: Darlene A. Jones | * MAGISTRATE JUDGE: ALMA CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Darlene A. Jones in the case styled "*Darlene A. Jones, et al. v. Layton Homes Corp., et al*, No. 09-8692" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

UNITED STATES DISTRICT JUDGE