UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS  LIABILITY LITIGATION | *   MDL NO. 07-1873  *  * |
| THIS DOCUMENT PERTAINS TO: *Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490; *Rosalie Aguilar, et al. v. Layton Homes Corp., et al.*, No. 10-3680. | *   SECTION:  N "5"  *   JUDGE: KURT D. ENGELHARDT  *  *   MAGISTRATE JUDGE:  *   ALMA CHASEZ  * |
| Plaintiffs: Rene Aguilar Sr. obo "R.A.";                Rosalie Aguilar obo "M.A.";                Rosalie Aguilar obo "R.A.";                Rosalie Akie Aguilar;                Rene Rudolph Aguilar;                John Kenney;                Tania W. Kenney;                Tania Kenney obo "B.T.";                Tania Kenney obo "K.W." | *  *  *  *  *  *  *  *  * |
| * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation and Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Rosalie Aguilar, et al. v. Skyline Corporation, et al.*, No. 10-3490" and "*Rosalie Aguilar, et al. v. Layton Homes Corp., et al.*, No. 10-3680" are hereby DISMISSED WITH PREJUDICE:

1. Rene Aguilar Sr. obo "R.A.";

2. Rosalie Aguilar obo "M.A.";

3. Rosalie Aguilar obo "R.A.";

4. Rosalie Akie Aguilar;

5. Rene Rudolph Aguilar;

6. John Kenney;

7. Tania W. Kenney;

8. Tania Kenney obo "B.T.";

9. Tania Kenney obo "K.W."

Done in New Orleans, Louisiana, on this 17th day of _____October_____, 2011.

_____
United States District Judge

940301.1

2