UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 10-3572 and 10-3573 | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the forgoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Vanguard Industries of Michigan, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted dismissing the claims of the following Plaintiffs:

**10-3572**  **Arbour, Charles v. Vanguard**
Tircuit, Catherine                          Tircuit, Jonathan

**10-3573**  **Fernandez, Inez v. Vanguard Ind.**
Hernandez, James                        Hernandez, Shannon o/b/o B.H.
Hernandez, Shannon                   Hernandez, Shannon o/b/o K.H.

NEW ORLEANS, Louisiana, this  17th  day of        October       , 2011.

_____
United States District Judge