**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>          LIABILITY LITIGATION | *  MDL NO. 07-1873<br>*<br>* |
| | *  SECTION:  N "5"<br>* |
| THIS DOCUMENT PERTAINS TO: | *  JUDGE: KURT D. ENGELHARDT |
| *James Adubato, et al. v. Layton Homes Corp., et al.*, | * |
| No. 10-3696. | *<br>*  MAGISTRATE JUDGE: |
| | *  ALMA CHASEZ |
| Plaintiffs: Chevelle Richard; | * |
|          Chevelle Richard obo "C.R." | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*James Adubato, et al. v. Layton Homes Corp., et al.*, No. 10-3696" are hereby DISMISSED WITH PREJUDICE:

1. Chevelle Richard; and

2. Chevelle Richard obo "C.R."

Done in New Orleans, Louisiana, on this 17th day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE