## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS          LIABILITY LITIGATION  THIS DOCUMENT PERTAINS TO: *Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. 10-3693.  **Plaintiff: Robert Joseph Froeba.** | *  MDL NO. 07-1873 *  *  *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT *  *  *  MAGISTRATE JUDGE: *  ALMA CHASEZ *  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Layton Homes Corp.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the plaintiff Robert Joseph Froeba in the case styled "*Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. 10-3693" are hereby DISMISSED WITH PREJUDICE.

Done in New Orleans, Louisiana, on this 17th day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE