UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 <br> * <br> * |
| THIS DOCUMENT PERTAINS TO: <br> *Lawrence Joseph Alberez, et al. v. Skyline Corporation, et al.*, No. 10-3514; <br> *Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al.*, No. ~~09-6348~~; 10-3693 | * SECTION:  N "5" <br> * JUDGE: KURT D. ENGELHARDT <br> * <br> * MAGISTRATE JUDGE: <br> * ALMA CHASEZ |
| Plaintiffs: Lawrence Joseph Alberez; <br> Cynthia Douglas-Smith; <br> Sterling Smith. | * <br> * <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Lawrence Joseph Alberez, et al. v. Skyline Corporation, et al.*, No. 10-3514" and "*Lawrence Joseph Alberez, et al. v. Layton Homes Corp., et al*, No. 09-6348" are hereby DISMISSED WITH PREJUDICE:

1. Lawrence Joseph Alberez;

2. Cynthia Douglas-Smith; and

3. Sterling Smith.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE