# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION:  N "5" |
| *James Adubato, et al. v. Skyline Corp., et al.*, | * JUDGE: KURT D. ENGELHARDT |
| No. 10-3513; | * |
| *James Adubato, et al. v. Layton Homes Corp., et al.*, | * MAGISTRATE JUDGE: |
| No. 10-3696. | * ALMA CHASEZ |
| | * |
| Plaintiffs: James Adubato; | * |
| Jessica Adubato; | * |
| Mary Adubato; | * |
| Nicholas Adubato. | * |
| | * |

* * * * * * * * * * * * * * * * * * * ** * *   *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets by Skyline Corporation and Layton Homes Corp. is GRANTED, and that the claims of the following plaintiffs in the cases styled "*James Adubato, et al. v. Skyline Corp., et al.*, No. 10-3513" and "*James Adubato, et al. v. Layton Homes Corp., et al.*, No. 10-3696" are hereby DISMISSED WITH PREJUDICE:

1. James Adubato;

2. Jessica Adubato;

3. Mary Adubato; and

4. Nicholas Adubato.

Done in New Orleans, Louisiana, on this 17th day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE