# ⊛ WILLINGHAM, FULTZ & COUGILL LLP

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                              *TomC@willingham-law.com*

April 13, 2011

Anthony G. Buzbee                                              ***Via Email and Regular U.S. Mail***
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis St., Suite 7300
Houston, TX 77002
tbuzbee@txattorneys.com

Dear Anthony:

Below is a list of Plaintiffs who have instituted lawsuits against Jayco and/or Starcraft and who have not produced Plaintiff Fact Sheets, in violation of Pre-Trial Orders Nos. 2 and 32. The name of each specific plaintiff and his/her case information is included below. Pursuant to PTO's 2 and 32, the claims of these Plaintiffs are subject to dismissal with prejudice. Accordingly, please accept this letter as the notice required by PTO's 2 and 32 for the failure to produce Plaintiff Facts Sheets for the below listed Plaintiffs.

***Jamel Adams v. Jayco, Inc.*, cause no. 09-8407**

1. Donna Azeez
2. Heavenly Beasley
3. Joycelyn Beasley
4. Steven Beasley
5. Tamia Conrad
6. Tichawana Conrad
7. Alfred Cousin
8. Elsa Belinda Hill
9. Elsa C. Hill
10. Sheryl James
11. Tamara Jones
12. Troydell Jones
13. Betty Kibodeaux
14. Esmy LaFrance

**EXHIBIT A**

*Jamel Adams v. Jayco, Inc.,* **cause no. 09-8407 (cont'd)**

15. Julia LaFrance
16. Shanae Lumar
17. Sherna Lumar
18. Troy Noble, Jr.
19. Troy Noble, Sr.
20. Leatrice Roberts
21. Tamah Sterling
22. Tatyana Washington
23. Eva White

*Albert Allen v. Jayco, Inc.,* **cause no. 10-2334**

1. Albert Allen
2. Gwendolyn Allen
3. Elijah Bias
4. Jamesha Bias
5. Rockel Bias
6. Trandy Bias
7. Kenneth Bryant
8. Brittany Duhon
9. Rebecca Guilbeau
10. Betty Harrison
11. James Harrison
12. Donald Jones
13. Lisa Landry
14. Alfred Minor
15. Granson Owney
16. Deantwain Page
17. Calvin Peco, Jr.
18. Rachele Plaster
19. Francisco Valerio
20. Sheilda Weston

*Hattie Bailey v. Jayco, Inc.,* **cause no. 11-0411**

1. Melvin Smith
2. Jerry Smith
3. Karen Smith

*James Earnest v. Jayco, Inc.,* **cause no. 11-0222**

1. Bailey Childers
2. Brook Childers
3. Barbara Frost
4. Misty Holden

*Angela Burse v. Starcraft RV, Inc.,* **cause no. 09-8396**

1. Zoria Foster
2. Taima Hayes

*Angela Burse v. Starcraft RV, Inc.,* **cause no. 09-8396 (cont'd)**

    3.  Thomas Hayes

*Norman Cook v. Starcraft RV, Inc.,* **cause no. 10-2314**

1. De'Majh Alexander
2. Malik Cook
3. Norman Cook
4. Samantha Elliott
5. Mary Hunter
6. Janay Jones

    As these Plaintiffs are not in compliance with PTO's 2 and 23, we intend to move for a dismissal with prejudice of their claims. If you believe that any of these Plaintiffs has previously produced a Plaintiff Fact Sheet, please provide us with a copy of said Plaintiff Fact Sheet. Otherwise, please let us know if you will be unopposed to a motion to dismiss. If you have any questions regarding the above, please do not hesitate to contact me.

                      Regards,
                        **Willingham, Fultz & Cougill, LLP**

                        Tom L. Cougill

TLC/rmw

cc:    Jerry Meunier *(via email)*
       Andrew Weinstock *(via email)*
       Henry Miller *(via email)*
       Gerald Meunier *(via email)*
       Justin Woods *(via email)*