# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

May 10th, 2011

<u>**Via Email and Regular U.S. Mail**</u>
Tom L. Cougill
tomc@willingham-law.com
Willingham, Fultz & Cougill, L.L.P.
808 Travis Street, Suite 1608
Houston, TX 77002

Re:   *In Re: FEMA Trailer Products Liability Litigation*
       In the Eastern District of Louisiana, New Orleans Division, Cause No. MDL No. 1873

Dear Mr. Cougill:

This is in response to your April 13, 2011, correspondence regarding the claims of certain of this firm's clients against Jayco, Inc. and Starcraft RV, Inc.

First, enclosed is a CD that contains Plaintiff Fact Sheets and Errata sheets for the following Buzbee clients: Donna Azeez, Heavenly Beasley, Joycelyn Beasley, Steven Beasley, Tamia Conrad, Tichawana Conrad, Alfred Cousin, Elsa B. Hill, Elsa C. Hill, Sheryl James, Troydell Jones, Betty Kibodeaux, Esmy LaFrance, Julia LaFrance, Shanae Lumar, Serna Lumar, Troy Noble, Jr., Troy Noble, Sr., Leatrice Roberts, Tamah Sterling, Tatyana Washington, Eva White, Albert Allen, Gwendolyn Allen, Elijah Bias, Jamesha Bias, Rockel Bias, Trandy Bias, Kenneth Bryant, Brittany Duhon, Rebecca Guilbeau, Betty Harrison, James Harrison, Donald Jones, Lisa Landry, Alfred Minor, Granson Owney, Deantwain Page, Calvin Peco Jr., Rachele Plaster, Fancisco Valerio, Sheilda Weston, Melvin Smith, Jerry Smith, Karen Smith, Zoria Foster, Taima Hayes, Thomas Hayes, DeMajh Alexander, Malik Cook, Norman Cook, Samantha Elliott, Mary Hunter, and Janay Jones.

Many of these had been provided through the Claims Office and others by our office, but we are providing again in an abundance of caution.

Second, please be advised that we understand the below-listed plaintiffs did in fact reside in a Jayco, Inc. unit, but we have been unable to contact them to complete a Plaintiff Fact Sheet.

*Jamel Adams v. Jayco, Inc., C.A. No. 09-8407*

1. Tamara Jones

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only



May 10, 2011
Page -2

*James Earnest v. Jayco, Inc., C.A. No. 11-0222*

1. Misty Holden
2. Misty Holden on behalf of Bailey Childers, a minor
3. Misty Holden on behalf of Brook Childers, a minor
4. Barbara Frost

Please let me know if you have any questions.

Yours very truly,

Peter K. Taaffe

PKT/dc

Enclosure

cc:

**Via E-Mail**
Anthony G. Buzbee
Peter K. Taaffe
Andrew D. Weinstock
Gerald Meunier
Justin Woods

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
By Appointment Only