UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * |
| Plaintiffs: Jamie Elizabeth Gadwaw; Gary Michael Ruiz; Lorraine Surtain. | *  MAGISTRATE JUDGE: *  ALMA CHASEZ * * * |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494" are hereby DISMISSED WITH PREJUDICE:

1. Jamie Elizabeth Gadwaw;

2. Gary Michael Ruiz;

3. Lorraine Surtain.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE