## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | *  MDL NO. 07-1873 |
| THIS DOCUMENT PERTAINS TO: *Gracelyn Michelle Casanova, et al. v. Skyline Corporation, et al.*, No. 10-3494; *Frances Trahan Breckenridge, et al. v. Skyline Corporation, et al.*, No. 10-3825. | *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT *  MAGISTRATE JUDGE: *  ALMA CHASEZ |
| Plaintiffs: Arlin Davis; Edith Davis. | |

* * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the cases styled "*Gracelyn Michelle Casanova v. Skyline Corporation, et al.*, No. 10-3494" and "*Frances Trahan Breckenridge v. Skyline Corporation, et al.*, No. 10-3825" are hereby DISMISSED WITH PREJUDICE:

1. Arlin Davis; and

2. Edith Davis.

Done in New Orleans, Louisiana, on this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE