UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on Friday, October 21, 2011, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals who will be granted admittance to the 8:30 a.m. conference on October 21, 2011 are:

      Jerry Meunier
      Justin Woods
      Matt Moreland
      Raul Bencomo
      Frank D'Amico, Jr.
      Tony Buzbee
      Mikal Watts
      Dennis Reich
      Robert Becnel (will not be in attendance)
      Robert Hilliard
      Andy Weinstock
      Joe Glass
      Ernie Gieger
      Stewart Tharp
      Jim Percy
      Tim Scandurro

        Dave Kurtz
        Karen Whitfield
        Charlie Penot
        Gerry Barrios
        John Hainkel
        Lamont Domingue (in Tom Thagard's absence)
        Henry Miller (attendance optional)
        Adam Dinnell (attendance optional)
        Ralph Hubbard
        Charles Leche
        John Perry (attendance optional)
        Dan Balhoff (attendance optional)
        Randi Ellis (attendance optional)

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Friday, October 21, 2011, is open to all.

New Orleans, Louisiana, this 17th day of October, 2011.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**