UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: "N"(5) |
| This Document Relates to:<br>*Gerard Hobden, et al versus*<br>*Sunnybrook RV, Inc., et al*<br>E.D. La. Suit No. 09-7113<br>and *Joseph Carrier, et al. versus*<br>*SunnyBrook R.V., Inc., et al.*<br>E.D. La. Suit No. ~~10-1035~~  10-1305 | | * * * * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

*********************************************************************

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, SunnyBrook RV, Inc., is granted leave to file its Reply to Plaintiffs' Opposition to Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this __17th__ day of ___October___, 2011.

_____
United States District Judge