UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared:

**Marcie Beverly**

who, upon being duly sworn, did declare as follows:

1.

Declarant is a class member in this litigation.

2.

Declarant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Declarant is a proposed Class Representative for the Alliance Homes, Inc. d/b/a Adrian Homes settlement class in the proposed manufactured housing settlement class.

4.

Declarant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Declarant states that her interests are not antagonistic to the interests of the Class.

6.

Declarant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Declarant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Declarant declares there has been no collusion affecting the agreement.

9.

Declarant's claims made in this litigation are for respiratory damage and fear of cancer associated with exposure to formaldehyde in connection with residence in a manufactured housing unit provided by the Federal Emergency Management Agency ("FEMA").

10.

Declarant further declares that, in her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

11.

Declarant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Declarant believes that this information also supports the approval of this settlement as fair and reasonable.

12.

Declarant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Marcie Beverly_
**Marcie Beverly**

_Sept 1, 2011_
**Date**