UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Non-Litigation Track (Manufactured Housing) Cases*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF CLASS REPRESENTATIVE

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned authority, personally came and appeared:

**Shontay Fontenot on behalf of Hailey Fontenot**

who, upon being duly sworn, did depose and state as follows:

1.

Affiant is a class member in this litigation.

2.

Affiant is familiar with and knowledgeable of the status of this litigation, all significant developments that have occurred, and the key legal issues.

3.

Affiant is a proposed Class Representative for the < Giles Family Holdings, Giles Industries of Tazewell, Incorporated, Giles Acquisition Corp > settlement class in the proposed manufactured housing settlement class.

4.

Affiant accepts and understands the fiduciary duty owed to the Class, and will faithfully discharge same.

5.

Affiant states that his/her interests are not antagonistic to the interests of the Class.

6.

Affiant is familiar with the terms of the settlement and negotiations pertaining thereto.

7.

Affiant understands and is aware that the settlement was reached as a result of extensive arm's-length bargaining.

8.

Affiant declares there has been no collusion affecting the agreement.

9.

Affiant further declares that, in his/her opinion, the settlement is fair and reasonable in light of the complexity of this litigation and the associated risks, delays and expense involved.

10.

Affiant has been advised by class counsel specifically about the risks and costs of proceeding with this case in light of the Court's ruling on preemption. Affiant believes that this information also supports the approval of this settlement as fair and reasonable.

11.

Affiant is of the opinion that this settlement is in the best interest of the Class and therefore endorses the settlement and recommends that the Court approve same.

_____
Shontay Fontenot on behalf of Hailey Fontenot

SWORN TO AND SUBSCRIBED before me, Notary Public, on this __19__ day of ___August___, 2011.

_____
NOTARY PUBLIC: Larry W Mashburn
LOUISIANA BAR ROLL NO. 30066
MY COMMISSION EXPIRES: with death