# Roslyn West

| | |
|---|---|
| **From:** | Renee Rubert |
| **Sent:** | Wednesday, August 24, 2011 1:58 PM |
| **To:** | dcarr@txattorneys.com; ptaaffe@txattorneys.com |
| **Cc:** | Tom Fribley (tfribley@maplenet.net); Roslyn West; Annarose Swersey |
| **Subject:** | FEMA - Motion to Dismiss (BUZBEE) - Jayco: Jamel Adams and James Ernest |
| **Attachments:** | image001.jpg; image002.jpg |

Dear Mr. Carr and Mr. Taaffe:

Thank you for your 8/17/11 response to Tom's e-mail forwarding proposed Motions to Dismiss. Your production of the PFS for Betty Kibodeaux in *Jamel Adams* leaves plaintiff Tamara Jones with no PFS produced. Do we have your permission to file Jayco's Motion to Dismiss as unopposed listing only plaintiff Tamara Jones?

Your production of the PFS for Barbara Frost as ROE of Lillian Morton (this plaintiff is not listed in our motion) in *James Ernest*, leaves the following plaintiffs listed in our motion who have not yet produced PFS: Barbara Frost, Misty Holden, Misty Holden on behalf of Bailey Childers and Misty Holden on behalf of Brook Childers. You indicated in your letter that you would soon be dismissing the individual claims of Barbara Frost, however, we have not received this dismissal. Do we have your permission to file Jayco's Motion to Dismiss as unopposed listing: Barbara Frost, Misty Holden, Misty Holden on behalf of Bailey Childers and Misty Holden on behalf of Brook Childers?

Thank you,
Renee


Renee K. Rubert
Legal Assistant

**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Direct Line: 713.333.7623
Facsimile: 713.333.7601
Email: reneer@willingham-law.com
Website: www.willingham-law.com

***********************************************************
Privileged Attorney-Client Communication and/or Attorney Work Product:

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

---

**From:** David Carr [mailto:dcarr@txattorneys.com]
**Sent:** Wednesday, August 17, 2011 1:51 PM
**To:** Tom Cougill
**Cc:** Peter Taaffe; Renee Rubert; Roslyn West; Annarose Swersey; Anthony Buzbee; andreww@duplass.com; Gerald E.

**EXHIBIT D**

Meunier; Justin Woods
**Subject:** FEMA - Motion to Dismiss - Jayco - Adams and Earnest

Tom,
Please find the attached response to your August 11, 2011 Motions to Dismiss.
Best Regards,

David Carr
**THE BUZBEE LAW FIRM**
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002
Telephone: (713) 223-5393 x117
Facsimile: (713) 223-5909
www.txattorneys.com


**From:** David Carr [mailto:dcarr@txattorneys.com]
**Sent:** Tuesday, August 16, 2011 5:52 PM
**To:** Tom Cougill
**Cc:** Peter Taaffe
**Subject:** RE: FEMA - Motion to Dismiss - Jayco - Jamel Adams

Hi Tom.

We are working on a response now.

Could you please correct Peter Taaffe's email address in your address book as he has not been receiving your emails.

His correct email is: ptaaffe@txattorneys.com

Thanks in advance,

David Carr
The Buzbee Law Firm

---

**From:** Tom Cougill [mailto:TomC@willingham-law.com]
**Sent:** Thursday, August 11, 2011 10:46 AM
**To:** David Carr; Anthony Buzbee; ptaaffee@txattorneys.com
**Cc:** Renee Rubert; Roslyn West; Annarose Swersey; cpenot@midrid.com; Barrios, Gerardo (gbarrios@bakerdonelson.com); Kurtz, David (dkurtz@bakerdonelson.com)
**Subject:** RE: FEMA - Motion to Dismiss - Jayco - Jamel Adams


Counselors:

Please see the attached Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets.

2

It is our intention to file this Motion with the court one week from today.  In the spirit of cooperation, we welcome any amicable resolutions to the matter.  However, any requests, suggestions or production of documents must be made within the next seven days.  Thereafter, we will file the Motion with the court.

**If we do not receive a reply to the attached motion within the week, the Motion to Dismiss will be filed as though it is contested.**

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**

**WILLINGHAM, FULTZ & COUGILL LLP**

**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
(713) 333.7600 (office)
(713) 333.7601 (fax)
tomc@willingham-law.com

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**