UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE PRODUCTS                  SECTION N MAG. 5
LIABILITY LITIGATION


                                       JUDGE ENGELHARDT
                                       MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Bartholomew et al v. Crum & Forster*   JURY DEMANDED
*Specialty Insurance Company et al*
*No. 09-5428*


## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in the above

captioned matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their

claims asserted against Defendants Shaw Environmental, Inc., CH2M Hill Constructors, Inc.,

and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings on August 3,

2009, Case No. 09-cv-5428.


                    By:   /s/Matthew B. Moreland
                          Daniel E. Becnel, Jr. (La. Bar #2926)
                          Matthew B. Moreland  (La. Bar No. 24567)
                          **BECNEL LAW FIRM, LLC**
                          106 W. Seventh Street
                          P. O. Drawer H
                          Reserve, Louisiana  70084
                          Telephone: (985) 536-1186
                          Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland