UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case No. 10-0740, 10-3674, | * | |
| 10-3675, 10-3687, 10-3733, | * | |
| 10-3847 and 10-4003 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 (Rec Doc. 23169);

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 (Rec Doc. 23169) is GRANTED, dismissing the claims of the following Plaintiffs:

**10-740**      **Allo, Edward v. Forest River**
Couget, Coleen M.                         Moore, Alex
Encalade, Vernell                         Nunez, Gladys
Estopinal, Roger III o/b/o D.E.           Peters, Kentrell R.
Estopinal, Roger III o/b/o D.E.           Rando-Short, Belinda J.
Estopinal, Roger J.                       Woodruff, John o/b/o M.W.
Johnson, Tessi R.

**10-3674**    **Authement, Jay J. v. Forest River**
Duplantis, Roy J.                         Watts, Mary L.
Jenevein, Gary Paul

**10-3675**    **Adams, Lester v. Forest River**
Alexander, Juanita M.                     Howard, James W.
Bailey, Ashley Marie                      Howard, Mary E
Bailey, Beatrice o/b/o A.B.               Joseph, Boyd Thomas
Bienemy, Dynel                            Kenney, Tania o/b/o B.T.
Bradley, Amy o/b/o J.B.                   Kenney, Tania o/b/o K.W.
Brightman, Brittany L.                    Kenney, Tania W.
Cheramie, Jack Blanchard                  Migliore, Gary R.

|  |  |
|---|---|
| Cheramie, Jeffery | Migliore, Stacey and Gary o/b/o A.M. |
| Corley, JoAnn | Migliore, Stacey o/b/o G.M. |
| Daggs, Latonia | Migliore, Stacey S. |
| Daggs, Latonia o/b/o M.R. | Redditt, Michael |
| Fecke, Thomas Joseph | Reynolds, Lewis |
| Glorioso, Crissy Lea | Weiskopf, Ida M. |
| Glorioso, Crissy o/b/o K.G. | Weiskopf, Stanley |
| Howard, Bettina M. | |

**10-3687**  **Binder, David M. v. Forest River**
Campo, Cynthia Frances

**10-3733**  **Atwood, Gretchen v. Forest River**
Kenney, John

**10-3847**  **Basile, Christopher v. Forest River**

| | |
|---|---|
| Dwyer, Larry A. | Jenevein, Gary Paul |
| Fecke, Michelle L. | Jenevein, Janice Shoemaker |
| Fernandez, Debbie | Sullivan, Jade |
| Fernandez, Debbie | Terminie, Debbie |
| Gadwaw, Jamie Elizabeth | |

**10-4003**  **Neumann, Shari v. Forest River**

| | |
|---|---|
| Neumann, Shari Coleman | Neumann, Shari o/b/o N.N. |
| Neumann, Shari o/b/o A.N. | Neumann, Todd |
| Neumann, Shari o/b/o B.N. | |

NEW ORLEANS, Louisiana, this __18th__ day of ____October____, 2011.

_____
United States District Judge

2