UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
|     FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Raymond L. Deogracias v. Starcraft RV, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 10-3562 | * | |
| Plaintiff: Felix Arceneaux, Jr. | * | MAG. JUDGE CHASEZ |

*************************************************************************

## UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF FELIX ARCENEAUX, JR.

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named plaintiff in another lawsuit, *Melissa Campo Arbour, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3557. The plaintiff at issue is:

- Felix Arceneaux, Jr. (Plaintiff in *Deogracias*, C.A. 10-3562)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Defendant would further show that this motion has no effect on the claims of Felix Arceneaux, Jr. as filed in the case styled *Melissa Campo Arbour, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3557. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has no objection to the dismissal of this plaintiff in this case.

                                              Respectfully submitted,
                                              **WILLINGHAM, FULTZ & COUGILL LLP**

                                  By:  *s/Thomas L. Cougill*
                                            THOMAS L. COUGILL
                                            Texas State Bar No. 04877300
                                            Louisiana State Bar No. 31112
                                            R. MARK WILLINGHAM
                                            Texas State Bar No. 21641500

JEFFREY P. FULTZ<br>
Texas State Bar No. 00790728<br>
Mississippi Bar No. 101058<br>
Niels Esperson Building<br>
808 Travis Street, Suite 1608<br>
Houston, Texas  77002<br>
(713) 333-7600 – Telephone<br>
(713) 333-7601 – Facsimile<br>
**Attorneys for Starcraft RV, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 18th day of October, 2011.

  s/<i>Thomas L. Cougill</i><br>
THOMAS L. COUGILL

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, The Law Offices of Sidney Torres, does not oppose this motion.

  s/<i>Thomas L. Cougill</i><br>
THOMAS L. COUGILL