UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Raymond L. Deogracias v. Starcraft RV, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 10-3562 | * | |
| Plaintiff: Felix Arceneaux, Jr. | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Felix Arceneaux, Jr. filed by Starcraft RV, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Felix Arceneaux, Jr. is **GRANTED** and the claims and causes of action of plaintiff, Felix Arceneaux, Jr., in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Felix Arceneaux, Jr. as filed in the case styled *Melissa Campo Arbour, et al. v. Starcraft RV, Inc., et al.*, Cause No. 10-3557.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE