# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Mary Bush v. Jayco, Inc.* | * | |
| Docket No. 09-5678 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Cartricaton Dykes | * | |
|         Jerome Dykes | * | |
|         Kevin Dykes | * | |
|         Kewana Tyler obo Lenard Tyler | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by Jayco, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** and the claims and causes of action of plaintiffs, Cartricaton Dykes, Jerome Dykes, Kevin Dykes, and Kewana Tyler on behalf of Lenard Tyler, are hereby dismissed with prejudice.

New Orleans, Louisiana, this \_\_\_18th\_\_\_ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE