UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | SECTION: "N"(5) |
| | LITIGATION | * | |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Steven Cronin, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | MAG: CHASEZ |
| *E.D. La. Suit No. 09-6919* | | * | |

*************************************************************************

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, SunnyBrook RV, Inc., is granted leave to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiffs' Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this  18th  day of _____ October _____, 2011.

_____
United States District Judge