UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE * <br> PRODUCTS LIABILITY LITIGATION * <br> * <br> THIS DOCUMENT RELATES TO: * <br> *Gregory Brown v. Crum & Forster Specialty Ins. Co., et al.* * <br> *(Civil Action No. 09-3868);* * <br> *Earle Bryant, III v. Crum & Forster Specialty Ins. Co., et al.* * <br> *(Civil Action No. 09-3867);* * <br> *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* * <br> *(Civil Action No. 07-5709);* * <br> *Joseph H. Turner v. Crum & Forster Specialty Ins. Co., et al.* * <br> *(Civil Action No. 09-5519); and* * <br> *Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., et al.* * <br> *(Civil Action No. 09-5493)* * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

**NOW INTO COURT**, through undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, come Plaintiffs in the above captioned matters, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaints for Damages. Plaintiffs, in accordance with Louisiana's Direct Action Statute, LSA-R.S. 22:1269, seek to add as a named Defendant, Pilgrim International, Inc.'s insurer, The Burlington Insurance Company ("Burlington").

**WHEREFORE**, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to File the attached Amended Complaints for Damages adding direct actions against The Burlington Insurance Company in connection with the above captioned matters.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  18th  day of October, 2011.

 /s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)