UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * | |
| *Gregory Brown v. Crum & Forster Specialty Ins. Co., et al.* | * | JUDGE ENGELHARDT |
| *(Civil Action No. 09-3868);* | * | |
| *Earle Bryant, III v. Crum & Forster Specialty Ins. Co., et al.* | * | MAGISTRATE CHASEZ |
| *(Civil Action No. 09-3867);* | * | |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * | |
| *(Civil Action No. 07-5709);* | * | |
| *Joseph H. Turner v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5519); and* | * | |
| *Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5493)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

**MAY IT PLEASE THE COURT:**

Plaintiffs, in the above captioned matters, respectfully move this Honorable Court to allow them to amend their underlying Complaints for Damages to add direct causes of action against an additional insurance company defendant pursuant to Louisiana's Direct Action Statute. Plaintiffs seek to add The Burlington Insurance Company ("Burlington"), which insured Pilgrim International, Inc. ("Pilgrim") from March 31, 2007 to March 31, 2009.

Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs may directly sue this insurance company for the damages caused by its insured, Pilgrim. The amendments to the complaints proposed by Plaintiffs add a direct cause of action against Pilgrim's insurer, Burlington. Until May 19, 2011, the Plaintiffs' Steering Committee

("PSC") was unaware of the existence of this insurance policy.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to preserve the insurance coverage available to the Defendant Pilgrim.[1] Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.*

Louisiana's "Direct Action Statute grants a procedural right of action against an insurer where the plaintiff has a substantive cause of action against the insured." *Green v. Auto Club Group Ins. Co.*, 24 So.3d 182, 184 (La. 2009). Plaintiffs lived in Pilgrim manufactured emergency housing units ("EHUs") during Burlington's policy period, March 31, 2007 to March 31, 2009. The proposed amended complaints adds direct causes of action against Burlington. *See* proposed amended complaints, attached as Exhibits A, B, C, D, and E. Because the added causes of action are necessary to assert Plaintiffs' rights of direct action against Defendant Pilgrim's insurer, leave should be granted to file the proposed amended complaints. *Foman*, 371 U.S. at 182.

For all of the above reasons, Plaintiffs respectfully request this Honorable Court grant their Motion for Leave to File Amended Complaints.

---

[1] Pilgrim filed for bankruptcy protection on September 22, 2008.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  18th  day of October, 2011.

 /s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)