UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Gregory Brown v. Crum & Forster Specialty Ins. Co., et al.* | * | **JUDGE ENGELHARDT** |
| *(Civil Action No. 09-3868);* | * | |
| *Earle Bryant, III v. Crum & Forster Specialty Ins. Co., et al.* | * | **MAGISTRATE CHASEZ** |
| *(Civil Action No. 09-3867);* | * | |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * | |
| *(Civil Action No. 07-5709);* | * | |
| *Joseph H. Turner v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5519); and* | * | |
| *Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5493)* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion,

IT IS SO ORDERED that the Plaintiffs' Motion for Leave to File Amended Complaints is GRANTED.

THIS DONE the ___ day of _____, 2011, in New Orleans, Louisiana.

HONORABLE JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE