**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | **MDL NO. 1873** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Gregory Brown v. Crum & Forster Specialty Ins. Co., et al.* | * | **JUDGE ENGELHARDT** |
| *(Civil Action No. 09-3868);* | * | |
| *Earle Bryant, III v. Crum & Forster Specialty Ins. Co., et al.* | * | **MAGISTRATE CHASEZ** |
| *(Civil Action No. 09-3867);* | * | |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* | * | |
| *(Civil Action No. 07-5709);* | * | |
| *Joseph H. Turner v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5519); and* | * | |
| *Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., et al.* | * | |
| *(Civil Action No. 09-5493)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Crum & Forster Specialty Insurance Company, CH2M HILL Constructors, Inc., Shaw Environmental, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency have been contacted and do not object to the filing of Plaintiffs' Motion for Leave to File Amended Complaints as it applies to adding The Burlington Insurance Company as a Defendant in the above captioned matters.

Counsel of record for Sentry Insurance A Mutual Company has also been contacted and has not responded to date; therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File Amended Complaints.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
CAYCE C. PETERSON, ESQ. (LA Bar #32217)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com
candices@lamnel.com
cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this  18th  day of October, 2011.

 /s/Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)