# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | * | |
| *Gregory Brown v. Crum & Forster Specialty Ins. Co., et al.* **(Civil Action No. 09-3868)**; | * * | JUDGE ENGELHARDT |
| *Earle Bryant, III v. Crum & Forster Specialty Ins. Co., et al.* **(Civil Action No. 09-3867)**; | * * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim International, Inc., et al.* **(Civil Action No. 07-5709)**; | * * | |
| *Joseph H. Turner v. Crum & Forster Specialty Ins. Co., et al.* **(Civil Action No. 09-5519)**; and | * * | |
| *Byron J. Veal, et al. v. Crum & Forster Specialty Ins. Co., et al.* **(Civil Action No. 09-5493)** | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Amended Complaints in the above captioned matters, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 2nd day of November, 2011, at 9:30 a.m.

                                        Respectfully submitted,

                                        /s/Hugh P. Lambert
                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                        CANDICE C. SIRMON, ESQ. (LA Bar #30728)
                                        CAYCE C. PETERSON, ESQ. (LA Bar #32217)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 581-1750
                                        Facsimile: (504) 529-2931
                                        hlambert@lamnel.com
                                        candices@lamnel.com
                                        cpeterson@lamnel.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this __18th__ day of October, 2011.

             _/s/Hugh P. Lambert_
             HUGH P. LAMBERT, ESQ. (LA Bar #7933)