UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Chilton, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3714 | * | |
| Plaintiffs:  Lakesha Santiago, Carmelite Miller | * | |
| Sievers, Carmelite Miller Sievers o/b/o D.S., | * | |
| Herbert Joseph Sievers, Tammy Sue Sison, Linda | * | |
| Summers, Melissa Teal, Cynthia L. Teal, Sandi | * | |
| Teal o/b/o G.T., T.T., Sandi O'Donnel Teal, | * | |
| Theodore Michael Teal, Jr., Theodore Michael | * | |
| Teal, Sr., Glenn Tatum, Sharon Cheatum Thomas, | * | |
| Catherine Tircuit, Jonathan Tircuit, Raymond | * | |
| Tircuit, Tanya Topey o/b/o C.T. and K.T., Donald | * | |
| Glen Topey, Tanya Ann Topey, Patricia P. Trapani, | * | |
| Tiffany Lynn Treadaway, Frank Urick, Maryann | * | |
| M. Teoulet, James Ray Thornton | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following Plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

1. Lakesha Santiago
2. Carmelite Miller Sievers
3. Carmelite Miller Sievers o/b/o D.S.
4. Herbert Joseph Sievers
5. Tammy Sue Sison
6. Linda Summers
7. Melissa Teal
8. Cynthia L. Teal
9. Sandi Teal o/b/o G.T., T.T.
10. Sandi O'Donnel Teal

00257147-1

11. Theodore Michael Teal, Jr.
12. Theodore Michael Teal, Sr.
13. Maryann M. Teoulet
14. James Ray Thornton
15. Glen Tatum
16. Sharon Cheatum Thomas
17. Catherine Tircuit
18. Jonathan Tircuit
19. Raymond Tircuit
20. Tanya Topey o/b/o C.T. and K.T.
21. Donald Glen Topey
22. Tanya Ann Topey
23. Patricia P. Trapani
24. Tiffany Lynn Treadaway
25. Frank Urick

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

        **SCANDURRO & LAYRISSON**
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 18th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK**