Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

October 6, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

    Re: FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No. 07-1873
       *Gulf Stream Coach, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Saavedra, Kenneth
2. Salande, James Jr
3. Salande, Kevin
4. Salathe, Charles
5. Sallean, Khiley
6. Sass, Richard
7. Schackai, Hannah
8. Schmiderer, Ashley
9. Schultz, Bryan Sr
10. Sercovich, George Jr
11. Shanley, Florine
12. Shields, Cameron
13. Shields, Mandy
14. Smith, Catherine
15. Smith, David
16. Smith, Doreen
17. Smith, Nancy
18. Smith, Robert
19. Sommers, Paris



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 2

20. Strahan, Capprice
21. Stroemple, Justin
22. Summer, Warren
23. Terminie, Jane
24. Terminie, Robbie
25. Thiel, David
26. Thiel, Kati
27. Thiel, Lisa
28. Vucinovich, Thomas
29. Vucinovich, Warrine

Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Roy, Irvin
2. Ruiz, Gary
3. Ruiz, George Jr
4. Ruiz, Ruby
5. Russell, Cameron
6. Russell, Chloe
7. Russell, Niah
8. Saavedra, Kaleb
9. Saavedra, Nathan
10. Santiago, Lakesha
11. Sarmiento, Dolores
12. Sartalamacchia, Adam
13. Savoy, Anthony
14. Savoy, Jason
15. Savoy, Sandra
16. Schallenburg, Darren Jr
17. Schallenburg, Darren Sr
18. Schwartz, Ricky
19. Serpas, Ramona
20. Shepherd, Brandon
21. Shepherd, Pamela
22. Shepherd, Salvador Jr
23. Shepherd, Salvador Sr
24. Sievers, Carmelite

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 3

    25. Sievers, Dakota
    26. Sievers, Herbert
    27. Sino, Angelique
    28. Sino, Jarrell
    29. Sison, Tammy
    30. Spadoni, Craig Jr
    31. Spadoni, Dylan
    32. Spadony, Katlyn
    33. Squires, Alan
    34. Squires, Virginia
    35. Stander, Lisa
    36. Stechmann, Arianne
    37. Stechmann, Rhonda
    38. Steptoe, Asyah
    39. Steptoe, Bryon III
    40. Stroebel, Matthew
    41. Stroebel, Victoria
    42. Summers, Linda
    43. Teal, Cynthia
    44. Teal, Grace
    45. Teal, Melissa
    46. Teal, Sandi
    47. Teal, Theodore III
    48. Teal, Theodore IV
    49. Teal, Theodore Jr
    50. Teoulet, Mary
    51. Thornton, James
    52. Voebel, mark
    53. Wach, Sandra
    54. Waguespack, John
    55. Waguespack, Vivien
    56. Walker, Roosevelt Jr
    57. Sheffield, Shannon

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 4

                                      Roberta L. Burns

RLB/jb
Encls.

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.