# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER         * | | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS  * | | |
|        LIABILITY LITIGATION     * | | SECTION "N" (5) |
|                                 * | | |
|                                 * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:**   * | | |
| *Chilton, et al v. Gulf Stream Coach, Inc., et al*   * | | MAG: CHASEZ |
| Docket No. 10-3714 | | |

Plaintiffs: Lakesha Santiago, Carmelite Miller Sievers, Carmelite Miller Sievers o/b/o D.S., Herbert Joseph Sievers, Tammy Sue Sison, Linda Summers, Melissa Teal, Cynthia L. Teal, Sandi Teal o/b/o G.T., T.T., Sandi O'Donnel Teal, Theodore Michael Teal, Jr., Theodore Michael Teal, Sr., Glenn Tatum, Sharon Cheatum Thomas, Catherine Tircuit, Jonathan Tircuit, Raymond Tircuit, Tanya Topey o/b/o C.T. and K.T., Donald Glen Topey, Tanya Ann Topey, Patricia P. Trapani, Tiffany Lynn Treadaway, Frank Urick, Maryann M. Teoulet, James Ray Thornton

************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Lakesha Santiago
2. Carmelite Miller Sievers
3. Carmelite Miller Sievers o/b/o D.S.
4. Herbert Joseph Sievers
5. Tammy Sue Sison
6. Linda Summers
7. Melissa Teal
8. Cynthia L. Teal
9. Sandi Teal o/b/o G.T., T.T.

00257395-1

10. Sandi O'Donnel Teal
11. Theodore Michael Teal, Jr.
12. Theodore Michael Teal, Sr.
13. Maryann M. Teoulet
14. James Ray Thornton
15. Glen Tatum
16. Sharon Cheatum Thomas
17. Catherine Tircuit
18. Jonathan Tircuit
19. Raymond Tircuit
20. Tanya Topey o/b/o C.T. and K.T.
21. Donald Glen Topey
22. Tanya Ann Topey
23. Patricia P. Trapani
24. Tiffany Lynn Treadaway
25. Frank Urick

_____
UNITED STATES DISTRICT JUDGE