UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-742 | * | |
| Plaintiffs: Michelle Trahan, Charles S. | * | |
| Tumminello, Yvette C. Tumminello, John | * | |
| Victoriana, Adam Sartalamacchia, Ricky Schwartz, | * | |
| Angelique Sino, Jarell Sino, Alan Squires, | * | |
| Virginia B. Squires, Arianne R. Stechmann, | * | |
| Rhonda Stechmann, Roosevelt Walker | * | |

*****************************************************************************

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following Plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

1. Michelle Trahan
2. Charles S. Tumminello
3. Yvette C. Tumminello
4. John Victoriana
5. Adam Sartalamacchia
6. Ricky Schwartz
7. Angelique Sino
8. Jarell Sino
9. Alan Squires
10. Virginia B. Squires
11. Arianne R. Stechmann
12. Rhonda Stechmann
13. Roosevelt Walker

00257411-1

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

        Respectfully Submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana  70002
        Telephone: (504) 832-3700
        Facsimile: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com

        and

        SCANDURRO & LAYRISSON
        **Timothy D. Scandurro #18424**
        **Dewey M. Scandurro #23291**
        607 St. Charles Avenue
        New Orleans, LA 70130
        (504) 522-7100
        (504) 529-6199 (FAX)
        tim@scanlayr.com
        dewey@scanlayr.com
        **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 19th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                              s/Andrew D. Weinstock
                              _____
                              **ANDREW D. WEINSTOCK**