Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

October 7, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            *Gulf Stream Coach, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Tranchina, Vinnie
2. Vallelungo, Briana
3. Villar, Bonnie
4. Villavaso, William
5. Williams, Loukevia
6. Williams, Vernon Jr

Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Tatum, Glenn
2. Thomas, Sharon
3. Tinson, Kendrick Jr
4. Tinson, Kendrick Sr
5. Tircuit, Catherine
6. Tircuit, Jonathan
7. Tircuit, Raymond
8. Topey, Catherine
9. Topey, Donald
10. Topey, Kadden



TORRES PARK PLAZA • 8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422  FAX: (504) 271-1961

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 7, 2011
Page 2

| | | |
|---|---|---|
| 11. | Topey, Tanya |
| 12. | Tortorico, Gwendolyn |
| 13. | Tortorico, Richard |
| 14. | Trahan, Michelle |
| 15. | Trapani, Patricia |
| 16. | Treadaway, Tiffany |
| 17. | Tumminello, Charles Jr |
| 18. | Tumminello, Yvette |
| 19. | Urick, Frank |
| 20. | Valazques, Walter |
| 21. | Vanderhoff, Holly |
| 22. | Varnado, Cynthia |
| 23. | Victoriana, Chad |
| 24. | Victoriana, John |
| 25. | Vixon, Bruce |
| 26. | Vixon, Jeanne |
| 27. | Washington, Howard Jr |
| 28. | Williams, Lorraine |
| 29. | Williams, Marion |
| 30. | Williams, Oscar Jr |

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 7, 2011
Page 3

Encls.

cc:

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.