UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-742 | * | |
| Plaintiffs:  Michelle Trahan, Charles S. | * | |
| Tumminello, Yvette C. Tumminello, John | * | |
| Victoriana, Adam Sartalamacchia, Ricky Schwartz, | * | |
| Angelique Sino, Jarell Sino, Alan Squires, | * | |
| Virginia B. Squires, Arianne R. Stechmann, | * | |
| Rhonda Stechmann, Roosevelt Walker | * | |

******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Michelle Trahan
2. Charles S. Tumminello
3. Yvette C. Tumminello
4. John Victoriana
5. Adam Sartalamacchia
6. Ricky Schwartz
7. Angelique Sino
8. Jarell Sino
9. Alan Squires
10. Virginia B. Squires
11. Arianne R. Stechmann

00257413-1

12. Rhonda Stechmann
13. Roosevelt Walker

_____
UNITED STATES DISTRICT JUDGE