UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-4730

## ORDER AND REASONS

      Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the "Motion for New Trial and in the Alternative Motion for Relief from a Judgment or Order" (Rec. Doc. 23032), set for submission on October 19, 2011, was filed. Accordingly,

      **IT IS ORDERED** that the **"Motion for New Trial and in the Alternative Motion for Relief from a Judgment or Order" (Rec. Doc. 23032)**, is hereby **GRANTED**, reinstating the claims of plaintiff Penny Saunders.

      **IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

      A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition

memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 19th day of October 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**