UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *ALL CASES* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PSC MEMORANDUM IN REPLY TO THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO JOINT MOTION FOR APPOINTMENT OF SPECIAL MASTER

MAY IT PLEASE THE COURT:

In response to the United States of America's Response in Opposition to the Joint Motion for Appointment of Special Master (Rec. Doc. 23179), the Plaintiffs' Steering Committee (PSC) respectfully submits the attached proposed Order and Reasons, which modifies the version of same filed in the record on October 14, 2011 as Rec. Doc. 23179-1. The modifications are intended to specifically address and resolve the concerns raised by the United States in its response memorandum, and the attached is "red-lined" to more readily identify these changes.[1]

Each of the United States' concerns is addressed in the attached proposed Order and Reasons. To address concerns that the initial Order "waives the government's rights to challenge any subsequent decision by the Court to expand the Special Master's duties and authority,"[2] the PSC has inserted language on page four of the proposed Order and Reasons which reserves "the

---

[1] A non-"red-lined" version with the modifications will be presented to the Court at the hearing on October 21, 2011. The attached proposed Order and Reasons has been circulated with the Manufacturing Defendants and Contractor Defendants; however, as of the time of this filing, the PSC is unaware whether these defendants, or FEMA, will consent to all of the attached modifications.
[2] USA Opposition (Rec. Doc. 23179), 4.

rights of the parties to object to any expansion of the duties of the Special Master beyond those specified herein."[3] Additionally, in response to concerns related to the government providing "broad consent" to the appointment sought by the Joint Motion, the PSC has modified the original version of the Order to delete the earlier reference to the parties' "broad consent."[4]

Finally, to address the Government's concerns regarding the Special Master's disclosure of confidential settlement or mediation-related information to the Court, the PSC, Manufacturing Defendants, and Contractor Defendants propose limiting the settlement-related duties of Ms. Ballay to only post-settlement activities.[5] Further, language has been added to specify that Ms. Ballay as Special Maser will "aid in settlement allocation and evaluate parties' and individual claims and appeals of any such claim denials, as may become necessary, provided that the Special Master not disclose confidential mediation or settlement information to the Court unless the parties to the mediation or settlement discussion consent to this disclosure."[6]

Accordingly, because the United States has expressed its consent to the subject appointment conditional upon further discussion of the concerns raised in its opposition memorandum, and because those concerns are specifically addressed in the PSC's suggested modifying language, the PSC respectfully requests that this Court modify the Order and Reasons filed as Rec. Doc. 23179-1 to reflect the suggested modifications, and grant the Joint Motion for Appointment of Special Master.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier

---

[3] See attached proposed Order and Reasons, 4.
[4] *Id.*
[5] *Id.* at 5-6.
[6] *Id.* at 6.

        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**

        ROBERT M. BECNEL #14072
        RAUL BENCOMO, #2932
        ANTHONY BUZBEE, Texas #24001820
        FRANK D'AMICO, JR., #17519
        ROBERT C. HILLIARD, Texas #09677700
        MATT MORELAND, #24567
        DENNIS C. REICH Texas #16739600
        MIKAL C. WATTS, Texas #20981820


## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471