UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Bowman et al v. Crum & Forster* | * | |
| *Specialty Insurance Company et al* | * | |
| CASE NO.: 2:10-cv-02318 | * | |
| Plaintiff Kriste Ruffin individually and | * | |
| on behalf of Emani Ruffin and Emile Ruffin ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF KRISTE RUFFIN'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kriste Ruffin, individually and on behalf of Emani Ruffin and Emile Ruffin (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims, made in her individual capacity, and on behalf of Emani Ruffin and Emile Ruffin that she makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims that or any claims made by Kriste Ruffin, in an individual or representative capacity, in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
Anthony G. Buzbee
Texas Bar No. 24001820
Peter K. Taaffe
Texas Bar No. 24003029
THE BUZBEE LAW FIRM
600 Travis, Suite 7300
Houston, Texas 77002
Tel.:  (713) 223-5393
Fax:  (713) 223-59009

**1** of **2**

JOHN MUNOZ (#9830)  
GARNER & MUNOZ  
1010 Common Street, Suite 3000  
New Orleans, LA 70112-2411  
Tel: (504) 581-7070  
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                             */s/ Peter K. Taaffe*  
                                              Peter K. Taaffe