UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Martin, Sr. v. Forest River, Inc., et al., EDLA 09-4330*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL OF AUSTIN MARTIN, JR.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Austin Martin, Jr., herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal without prejudice of claims asserted herein.

This dismissal in no way affects the claims of the remaining plaintiff in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　**GAINSBURGH, BENJAMIN, DAVID,**
　　　　　　　　　　　　　　　　　**MEUNIER & WARSHAUER, L.L.C.**

　　　　　　　　　　BY:　s/Justin I. Woods
　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　JUSTIN I. WOODS, #24713
　　　　　　　　　　　　　Gainsburgh, Benjamin, David,
　　　　　　　　　　　　　Meunier & Warshauer, L.L.C.
　　　　　　　　　　　　　2800 Energy Centre
　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　Telephone:　504/522-2304
　　　　　　　　　　　　　Facsimile:　504/528-9973
　　　　　　　　　　　　　jwoods@gainsben.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Justin I. Woods
                JUSTIN I. WOODS, #24713