UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER                    * | | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS    * | | |
|        LIABILITY LITIGATION                 * | | SECTION "N" (5) |
|   * | | |
|   * | | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:**      * | | |
| *Noel, et al v. Gulf Stream Coach, Inc., et al* * | | MAG: CHASEZ |
| Docket No. 10-3830 & 10-3977               * | | |
| Plaintiffs: Catherine Tircuit and Raymond Tircuit * | | |

*Noel, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3830 & 10-3977
Plaintiffs: Catherine Tircuit and Raymond Tircuit

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3824
Plaintiffs: Cynthia Barnes Varnado, Marion L. Williams, Oscar Williams, Mark Voebel, Sandra Ann Wach

*Alkurd, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3694
Plaintiffs: Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3823
Plaintiffs: Chad Victoriana, John Andrew Waguespack, Vivien Mascaro Waguespack

*Deano, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3942

*Andrews, et al v. Gulf Stream Coach, Inc., et al*
Docket Nos. 09-6894 & 10-3943
Plaintiff: Lisa P. Stander

*Booze, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-4028
Plaintiff: Shannon Sheffield

*******************************************************************************

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the

00258544-1

following Plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

> *Noel, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-3830 & 10-3977**
> Plaintiffs: Catherine Tircuit and Raymond Tircuit
>
> *Vaccarella, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-3824**
> Plaintiffs: Cynthia Barnes Varnado, Marion L. Williams, Oscar Williams, Mark Voebel, Sandra Ann Wach
>
> *Alkurd, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-3694**
> Plaintiffs: Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.
>
> *Vandenborre, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-3823**
> Plaintiffs: Chad Victoriana, John Andrew Waguespack, Vivien Mascaro Waguespack
>
> *Deano, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-3942**
> *Andrews, et al v. Gulf Stream Coach, Inc., et al*
> **Docket Nos. 09-6894 & 10-3943**
> Plaintiff: Lisa P. Stander
>
> *Booze, et al v. Gulf Stream Coach, Inc., et al*
> **Docket No. 10-4028**
> Plaintiff: Shannon Sheffield

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing

counsel has stated that they have no objection to the dismissal of these plaintiffs.

                                      Respectfully Submitted,

                                      **DUPLASS, ZWAIN, BOURGEOIS,**
                                      **PFISTER & WEINSTOCK**

                                      s/Andrew D. Weinstock
                                      _____
                                      **ANDREW D. WEINSTOCK #18495**
                                      **JOSEPH G. GLASS #25397**
                                      3838 N. Causeway Boulevard, Suite 2900
                                      Metairie, Louisiana  70002
                                      Telephone: (504) 832-3700
                                      Facsimile: (504) 837-3119
                                      andreww@duplass.com
                                      jglass@duplass.com

                                      and

                                      SCANDURRO & LAYRISSON
                                      **Timothy D. Scandurro #18424**
                                      **Dewey M. Scandurro #23291**
                                      607 St. Charles Avenue
                                      New Orleans, LA 70130
                                      (504) 522-7100
                                      (504) 529-6199 (FAX)
                                      tim@scanlayr.com
                                      dewey@scanlayr.com
                                      **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 20th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

           s/Andrew D. Weinstock
       _____
          **ANDREW D. WEINSTOCK**