Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

October 6, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

Re: FEMA Trailer Formaldehyde Product Liability Litigation
MDL No. 07-1873
*Gulf Stream Coach, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Saavedra, Kenneth
2. Salande, James Jr
3. Salande, Kevin
4. Salathe, Charles
5. Sallean, Khiley
6. Sass, Richard
7. Schackai, Hannah
8. Schmiderer, Ashley
9. Schultz, Bryan Sr
10. Sercovich, George Jr
11. Shanley, Florine
12. Shields, Cameron
13. Shields, Mandy
14. Smith, Catherine
15. Smith, David
16. Smith, Doreen
17. Smith, Nancy
18. Smith, Robert
19. Sommers, Paris



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 2

20. Strahan, Capprice
21. Stroemple, Justin
22. Summer, Warren
23. Terminie, Jane
24. Terminie, Robbie
25. Thiel, David
26. Thiel, Kati
27. Thiel, Lisa
28. Vucinovich, Thomas
29. Vucinovich, Warrine

Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Roy, Irvin
2. Ruiz, Gary
3. Ruiz, George Jr
4. Ruiz, Ruby
5. Russell, Cameron
6. Russell, Chloe
7. Russell, Niah
8. Saavedra, Kaleb
9. Saavedra, Nathan
10. Santiago, Lakesha
11. Sarmiento, Dolores
12. Sartalamacchia, Adam
13. Savoy, Anthony
14. Savoy, Jason
15. Savoy, Sandra
16. Schallenburg, Darren Jr
17. Schallenburg, Darren Sr
18. Schwartz, Ricky
19. Serpas, Ramona
20. Shepherd, Brandon
21. Shepherd, Pamela
22. Shepherd, Salvador Jr
23. Shepherd, Salvador Sr
24. Sievers, Carmelite

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 3

25. Sievers, Dakota
26. Sievers, Herbert
27. Sino, Angelique
28. Sino, Jarrell
29. Sison, Tammy
30. Spadoni, Craig Jr
31. Spadoni, Dylan
32. Spadony, Katlyn
33. Squires, Alan
34. Squires, Virginia
35. Stander, Lisa
36. Stechmann, Arianne
37. Stechmann, Rhonda
38. Steptoe, Asyah
39. Steptoe, Bryon III
40. Stroebel, Matthew
41. Stroebel, Victoria
42. Summers, Linda
43. Teal, Cynthia
44. Teal, Grace
45. Teal, Melissa
46. Teal, Sandi
47. Teal, Theodore III
48. Teal, Theodore IV
49. Teal, Theodore Jr
50. Teoulet, Mary
51. Thornton, James
52. Voebel, mark
53. Wach, Sandra
54. Waguespack, John
55. Waguespack, Vivien
56. Walker, Roosevelt Jr
57. Sheffield, Shannon

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 6, 2011
Page 4

                          Roberta L. Burns

RLB/jb
Encls.

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana  70002
email:  andreww@duplass.com

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC  20004
email:  henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas  78257
email:  mcwatts@wgclawfirm.comWatts

w/encls.