Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

October 7, 2011

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

   Re: FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No. 07-1873
      *Gulf Stream Coach, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Tranchina, Vinnie
2. Vallelungo, Briana
3. Villar, Bonnie
4. Villavaso, William
5. Williams, Loukevia
6. Williams, Vernon Jr

Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Tatum, Glenn
2. Thomas, Sharon
3. Tinson, Kendrick Jr
4. Tinson, Kendrick Sr
5. Tircuit, Catherine
6. Tircuit, Jonathan
7. Tircuit, Raymond
8. Topey, Catherine
9. Topey, Donald
10. Topey, Kadden



Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 7, 2011
Page 2

| | | |
|---|---|---|
| 11. | Topey, Tanya |
| 12. | Tortorico, Gwendolyn |
| 13. | Tortorico, Richard |
| 14. | Trahan, Michelle |
| 15. | Trapani, Patricia |
| 16. | Treadaway, Tiffany |
| 17. | Tumminello, Charles Jr |
| 18. | Tumminello, Yvette |
| 19. | Urick, Frank |
| 20. | Valazques, Walter |
| 21. | Vanderhoff, Holly |
| 22. | Varnado, Cynthia |
| 23. | Victoriana, Chad |
| 24. | Victoriana, John |
| 25. | Vixon, Bruce |
| 26. | Vixon, Jeanne |
| 27. | Washington, Howard Jr |
| 28. | Williams, Lorraine |
| 29. | Williams, Marion |
| 30. | Williams, Oscar Jr |

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister, and Weinstock
October 7, 2011
Page 3

    Encls.

    cc:

    **U.S. Government Liaison**:
    Henry T. Miller
    U.S. Department of Justice
    Senior Trial Counsel
    U. S. Department of Justice
    Civil Division, Environmental Torts Section
    1331 Penn Avenue, NW
    Room 8220-N
    Washington, DC  20004
    email:  henry.miller@usdoj.gov

    **PSC Liaison:**
    Mikal C. Watts
    Watts Guerra Craft LLP
    Four Dominion Drive
    Building Three
    Suite 100
    San Antonio, Texas  78257
    email:  mcwatts@wgclawfirm.comWatts

    w/encls.