**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                  *      MDL NO. 1873
      FORMALDEHYDE PRODUCTS       *
      LIABILITY LITIGATION        *      SECTION "N" (5)
                                  *
                                  *      JUDGE: ENGELHARDT
**THIS DOCUMENT IS RELATED TO:**       *
*Noel, et al v. Gulf Stream Coach, Inc., et al*   *      MAG: CHASEZ
Docket No. 10-3830 & 10-3977           *
Plaintiffs:  Catherine Tircuit and Raymond Tircuit *
                                  *

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-3824                     *
Plaintiffs:  Cynthia Barnes Varnado, Marion L.   *
Williams, Oscar Williams, Mark Voebel, Sandra   *
Ann Wach                               *
                                  *

*Alkurd, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-3694                     *
Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard   *
Washington, Jr.                        *
                                  *

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al* *
Docket No. 10-3823                     *
Plaintiffs:  Chad Victoriana, John Andrew   *
Waguespack, Vivien Mascaro Waguespack   *
                                  *

*Deano, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-3942                     *
*Andrews, et al v. Gulf Stream Coach, Inc., et al*   *
Docket Nos. 09-6894 & 10-3943          *
Plaintiff:  Lisa P. Stander            *
                                  *

*Booze, et al v. Gulf Stream Coach, Inc., et al*   *
Docket No. 10-4028                     *
Plaintiff:  Shannon Sheffield          *
****************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-

Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

00258593-1

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

*Noel, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3830 & 10-3977**
Plaintiffs:  Catherine Tircuit and Raymond Tircuit

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3824**
Plaintiffs:  Cynthia Barnes Varnado, Marion L. Williams, Oscar Williams, Mark Voebel, Sandra Ann Wach

*Alkurd, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3694**
Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3823**
Plaintiffs:  Chad Victoriana, John Andrew Waguespack, Vivien Mascaro Waguespack

*Deano, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3942**
*Andrews, et al v. Gulf Stream Coach, Inc., et al*
**Docket Nos. 09-6894 & 10-3943**
Plaintiff:  Lisa P. Stander

*Booze, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-4028**
Plaintiff:  Shannon Sheffield

_____
UNITED STATES DISTRICT JUDGE