# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| | * | |
| FORMALDEHYDE PRODUCTS | * | |
| | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| *Blackstone, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-5429; | * | |
| *Coleman, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al.*, No. 09-5432; | * | |
| *Davis, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 10-2443; | * | |
| *Bartholomew, et al v. Crum & Forster Specialty* | * | |
| *Ins. Co., et al*, No. 09-5428 | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT