UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-4" |
| | § | |
| | § | JUDGE ENGELHARDT |
| | § | |
| THIS DOCUMENT RELATES TO | § | MAG. JUDGE CHASEZ |
| ALL CASES | § | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR AUTHORITY TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

**NOW INTO COURT**, come defendants, Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicles, LLC (collectively "Coachmen"), who respectfully file this motion to obtain authority for its insurer, Chartis Specialty Insurance Company ("Chartis"), to deposit settlement funds in the amount of $1,000,974.16 into the Registry of the Court.

I.

Pursuant to the Memorandum of Understanding entered into on June 7, 2011, by and between plaintiffs, on the one hand, and Coachmen and its insurer, Chartis, on the other hand, authorization is herein sought for Chartis to deposit $1,000,974.16 into the Registry of the Court for the purpose of funding settlement.

II.

Said funds are to remain in the Registry pending the further orders of this Honorable Court.

584761.1

III.

In furtherance of the preliminary settlement agreement and the said Memorandum of Understanding, the parties shall, from time to time, make application for leave to disburse the said funds, or portions thereof, as necessary to complete the settlement.

IV.

For the above reasons, defendants, Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicles, LLC, pray for an order authorizing the deposit of the sum of $1,000,974.16 into the Registry of the Court.

        Respectfully submitted,

        **TAYLOR PORTER BROOKS & PHILLIPS LLP**

By:    /s/ John Stewart Tharp
        John Stewart Tharp
        Louisiana State Bar No. 24230
        451 Florida Street, Suite 800
        Post Office Box 2471
        Baton Rouge, LA  70821
        (225) 387-3221 – Telephone
        (225) 346-8049 – Facsimile
        stewart.tharp@taylorporter.com
        **Attorneys for Coachmen Industries, Inc., Coachmen Recreational Vehicle Company, LLC, Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicles, LLC**

584761.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record who are CM/ECF participants.

/s/ John Stewart Tharp
John Stewart Tharp

584761.1