UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Allen, et al v. Jayco Enterprises, Inc., et al* | * | |
| CASE NO.10-2334 | * | |
| Rebecca Guilbeau ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF REBECCA GUILBEAU'S NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rebecca Guilbeau (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by Rebecca Guilbeau in any other complaints in this MDL.

    Respectfully submitted:

    By: */s/ Peter K. Taaffe*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        Peter K. Taaffe
        Texas Bar No. 24003029
        THE BUZBEE LAW FIRM
        600 Travis, Suite 7300
        Houston, Texas 77002
        Tel.:  (713) 223-5393
        Fax:  (713) 223-59009

        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21st, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                          */s/ Peter K. Taaffe*
                                                           Peter K. Taaffe