UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Cook, et al v. Jayco Enterprises, Inc., et al* | * | |
| CASE NO.10-2314 | * | |
| Norman Cook, individually and on behalf of | * | |
| Malik Cook ONLY | * | |

* * * * * * * * * * * * * * * * ** * * * * * * * * * * * * * * *

PLAINTIFF NORMAN COOK'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Norman Cook, individually and on behalf of Malik Cook (only), pursuant to

FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of his dismissal of all claims made in this

lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in

this lawsuit or any claims made by Norman Cook, in an individual or representative capacity in

any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
     Anthony G. Buzbee
     Texas Bar No. 24001820
     Peter K. Taaffe
     Texas Bar No. 24003029
     THE BUZBEE LAW FIRM
     600 Travis, Suite 7300
     Houston, Texas 77002
     Tel.:  (713) 223-5393
     Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21st, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*
Peter K. Taaffe