UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Hood, et al v. Recreation by Design, LLC, et al* | * | |
| CASE NO. 09-8406 | * | |
| Theresa Barrett ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF THERESA BARRETT'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Theresa Barrett (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of her dismissal of all claims made in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by Theresa Barrett in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.:  (713) 223-5393
    Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**1** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that on October 21st, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                     */s/ Peter K. Taaffe*
                                                      Peter K. Taaffe