## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE: ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Allen, et al v. Gulf Stream Coach, Inc., et al* | * | **MAG: CHASEZ** |
| Docket No. 10-742 | * | |
| Plaintiffs:  Michelle Trahan, Charles S. | * | |
| Tumminello, Yvette C. Tumminello, John | * | |
| Victoriana, Adam Sartalamacchia, Ricky Schwartz, | * | |
| Angelique Sino, Jarell Sino, Alan Squires, | * | |
| Virginia B. Squires, Arianne R. Stechmann, | * | |
| Rhonda Stechmann, Roosevelt Walker | * | |

*******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

1. Michelle Trahan
2. Charles S. Tumminello
3. Yvette C. Tumminello
4. John Victoriana
5. Adam Sartalamacchia
6. Ricky Schwartz
7. Angelique Sino
8. Jarell Sino
9. Alan Squires
10. Virginia B. Squires
11. Arianne R. Stechmann

2

    12.    Rhonda Stechmann
    13.    Roosevelt Walker

New Orleans, Louisiana. this __20th__ day of __October__, 2007.

                                                                                                               _____
                                                                                                                United States District Judge