**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER       *      **MDL NO. 1873**
**FORMALDEHYDE PRODUCTS**    *
**LIABILITY LITIGATION**     *      **SECTION "N" (5)**
             *
             *      **JUDGE ENGELHARDT**
             *      **MAGISTRATE CHASEZ**
**THIS DOCUMENT IS RELATED TO:**   *
*Varnado, et al.  v. Starcraft RV, Inc., et al,* 09-8613 *
*************************************************************************

<u>**RULE 7.6 CERTIFICATE**</u>

    Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certify that opposing

counsel of record for Starcraft RV, Inc., has been contacted and objects to the filing of Plaintiffs'

Motion for Leave to File Amended Complaint as it applies to adding an already named plaintiff

from an improperly named manufacturer suit which has now been matched to Starcraft, RV.

    Liaison counsel for the manufacturers and contractors, as well as, counsel for Shaw

Environmental, Inc., and the United States of America through the Federal Emergency

Management Agency have also been contacted and have not responded to date; therefore,

indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File Amended

Complaints.

         Respectfully submitted,

         /s/ Frank J. D'Amico, Jr.
         FRANK J. D'AMICO, JR. (LSBA# 17519)
         Frank J. D'Amico, Jr., APLC
         4731 Canal St.
         New Orleans, LA  70119
         Phone: (504) 525-7272
         Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)