UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § § § § | MDL NO. 1873 <br><br> SECTION "N-4" <br><br> JUDGE ENGELHARDT <br><br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

******************************************************************************

## ORDER AUTHORIZING THE DEPOSIT OF SETTLEMENTS FUNDS INTO THE REGISTRY OF THE COURT

Considering the foregoing Motion for Authority to Deposit Settlement Funds into the Registry of the Court:

IT IS HEREBY ORDERED that the Motion is granted as prayed for and that defendant's insurer, Chartis Specialty Insurance Company, be authorized to deposit $1,000,974.16 into the Registry of the Court.  Said funds are to remain in the Registry pending further orders of this Court.

New Orleans, Louisiana,  this the   21st   day of    October   , 2011.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

584765.1