UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION "N" (5)** |
| * | | |
| * | | **JUDGE ENGELHARDT** |
| * | | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** * | | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al*, * | | |
| 10-3610 * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion, reserving to defendants, Pilgrim International, Inc., and Shaw Environmental, Inc., their rights and defenses, including but not limited to (a) prescription and (b) the right to serve a notice of deficiency to these plaintiffs concerning their PFS before or after April 1, 2012, notwithstanding the terms of PTOs # 86 & 88, and the right to move for dismissal if those deficiencies are not cured in accordance with processes outlined in PTOs #s 2, 32 and 88.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT