UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al*, | * | |
| 10-3610 | * | |

**************************************************************************

RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certify that Liaison counsel

for the manufacturers and contractors, as well as, all other opposing counsel have been contacted

regarding the filing of Plaintiffs' Motion for Leave to File Second Amended Complaint as it

applies to adding an already named plaintiff from an improperly named manufacturer suit which

has now been matched to Pilgrim International, Inc., and Shaw Environmental, Inc.  No counsel

have responded to date; therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs'

Motion for Leave to File Amended Complaints.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 21, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.


/s/ Frank J. D'Amico, Jr._____ _____
FRANK J. D'AMICO, JR. (LSBA# 17519)