## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al*, | * | |
| 10-3610 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

      IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Second Amended Complaint in the above-captioned matters, out of an abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 16th day of November, 2011, at 9:30 a.m.

                                  Respectfully submitted,

                                  /s/ Frank J. D'Amico, Jr.
                                  FRANK J. D'AMICO, JR. (LSBA# 17519)
                                  Frank J. D'Amico, Jr., APLC
                                  4731 Canal St.
                                  New Orleans, LA  70119
                                  Phone: (504) 525-7272
                                  Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)