## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| THIS DOCUMENT RELATES TO: | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |

*Pecot et al v Fluor Enterprises, Inc, 2:09-cv-3985;*
*Thomas, et al v Fluor Enterprises, Inc et al, 2:09-cv-4038;*
*Beech, et al v CH2M Hill Constructors, 2:09-cv-4057;*
*Higginbotham, et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5308;*
*Gros et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5311;*
*Pleasant et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5314;*
*Sturpica et al v Crum & Forster Speciality Ins. Co., et al; 2:09-cv-5320;*
*Lewis et al v Crum & Forster Speciality Ins. Co et al, 2:09-cv-5739;*
*Bell III et al v Crum & Forster Specialty Ins. Co. et al, 2:09-cv-5750;*
*Batiste et al v Crum & Forster Specialty Ins. Co. et al, 2:09-cv-5760;*
*Burrell et al v Crum & Forster Specialty Ins. Co et al, 2:09-cv-5763;*
*Harrell et al v Sentry Ins. Co. et al, 2:09-cv-5954;*
*Joy Blackstone v Sentry Ins. Co. et al, 2:09-cv-5959;*
*Dingeman et al v Sentry Ins. Co., et al, 2:09-cv-6981;*
*Pleasant, et al v Crum and Forster Specialty Ins. Co., et al, 2:09-cv-8345;*
*Lewis, et al v Sentry Ins. Co, et al, 2:09-cv-6984;*
*Cooper, et al v CH@M Hill Constructors, 2:09-cv-7161;*
*Smith, et al v Crum & Forster Specialty Ins. Co et al, 2:09-cv-5710;*

*********************************************************************

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED COMPLAINTS

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint a direct cause of action against Burlington Insurance Company ("Burlington") for the damages caused by their insured, Pilgrim International, Inc. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  Lawrence J. Centola, Jr.
       Lawrence J. Centola, Jr.

Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street
Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                    /s/ *Lawrence J. Centola, Jr.*
                                    Lawrence J. Centola, Jr.