## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | MAGISTRATE CHASEZ |

*Pecot et al v Fluor Enterprises, Inc, 2:09-cv-3985;*
*Thomas, et al v Fluor Enterprises, Inc et al, 2:09-cv-4038;*
*Beech, et al v CH2M Hill Constructors, 2:09-cv-4057;*
*Higginbotham, et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5308;*
*Gros et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5311;*
*Pleasant et al v Crum & Forster Specialty Ins. Co., et al, 2:09-cv-5314;*
*Sturpica et al v Crum & Forster Speciality Ins. Co., et al; 2:09-cv-5320;*
*Lewis et al v Crum & Forster Speciality Ins. Co et al , 2:09-cv-5739;*
*Bell III et al v Crum & Forster Specialty Ins. Co. et al, 2:09-cv-5750;*
*Batiste et al v Crum & Forster Specialty Ins. Co. et al, 2:09-cv-5760;*
*Burrell et al v Crum & Forster Specialty Ins. Co et al, 2:09-cv-5763;*
*Harrell et al v Sentry Ins. Co. et al, 2:09-cv-5954;*
*Joy Blackstone v Sentry Ins. Co. et al, 2:09-cv-5959;*
*Dingeman et al v Sentry Ins. Co., et al, 2:09-cv-6981;*
*Pleasant, et al v Crum and Forster Specialty Ins. Co., et al, 2:09-cv-8345;*
*Lewis, et al v Sentry Ins. Co, et al, 2:09-cv-6984;*
*Cooper, et al v CH@M Hill Constructors, 2:09-cv-7161;*
*Smith, et al v Crum & Forster Specialty Ins. Co et al, 2:09-cv-5710;*

*************************************************************************

## **ORDER**

## **ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                                /s/ *Lawrence J. Centola, Jr.*
                                                  Lawrence J. Centola. Jr. Bar #3962