UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

This document relates to:
*Nero,* No. 09-4730
Plaintiff: Penny Saunders

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

### MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 19, 2011 RULING

    Defendant, Sentry Insurance A Mutual Company ("Sentry"), submits this memorandum in support of its Motion for Reconsideration of the Court's October 19, 2011 Order and Reasons (Rec. Doc. No. 23235). In that ruling, the Court granted a motion for new trial/reconsideration filed by plaintiff Penny Saunders, reinstating her previously dismissed claims.[1]

    The Court should reconsider and reverse its October 19, 2011 ruling. The plaintiff filed her motion for new trial/reconsideration <u>without</u> contacting Sentry to determine whether it would consent or oppose the motion. As the Court has

---

[1] The following document numbers are relevant to this motion: Rec. Doc. Nos. **21506** (Defendant's Motion to Dismiss for Failure to Comply with PTO 2 and 32), **22693** (Court's September 2, 2011 ruling dismissing plaintiff's claims); **23032** (Plaintiff's Motion for New Trial, or Alternative, Motion for Reconsideration) and **23235** (Court's October 19, 2011 Ruling granting motion for new trial and reinstating

{B0757787.1}       1

reminded the parties, PTO No. 10 requires that *before* filing a motion, the moving party contact the other side to determine whether the motion is opposed. Had the plaintiff complied with this requirement, counsel for Sentry would have advised the plaintiff's counsel that it opposed the motion for new trial/reconsideration.

    Additionally, as the Court is aware, this is a suit filed against Pilgrim International, Inc., a bankrupt defendant. The plaintiffs are prohibited from taking action against Pilgrim because of the bankruptcy stay. Sentry notes that the plaintiff did not clearly identify in her motion that she had asserted claims against Sentry in this lawsuit, as the insurer for Pilgrim. That, coupled with the fact that the plaintiff failed to contact Sentry as required by PTO 10, delayed Sentry's identification of this plaintiff and the filing of its opposition.[2] In addition, there was a short delay (approximately one week) between the time that the plaintiff's new trial/reconsideration motion was filed with the Court and when it was distributed by liaison counsel.[3]

    Sentry has submitted an opposition memorandum to the plaintiff's motion for new trial/reconsideration.[4] That memorandum is identical to the one that Sentry filed on October 19, 2011. It fully explains Sentry's position and opposition to the

---

plaintiff's claims).

[2] Not aware that the Court's ruling was about to be issued, Sentry filed an opposition on October 19, 2011. *See* Rec. Doc. No. 23238. Within minutes of when Sentry filed its opposition, the Court's ruling was circulated by Defense Liaison Counsel.

[3] Undersigned counsel completely understands the delay and does not fault liaison counsel for the delay, but simply notes the delay as an additional reason why Sentry did not file its opposition brief by the due date.

[4] *See* Exhibit "1."

plaintiff's request to have her claims reinstated.  In short, the plaintiff's newly provided fact sheet information, submitted after all the relevant deadlines have passed, does not justify reinstatement of her claims.

         Respectfully submitted,

           *s/ Ryan E. Johnson*
         _____
         James C. Percy (La. Bar No. 10413)
         Ryan E. Johnson (La. Bar No. 26352)
         **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
         Four United Plaza
         8555 United Plaza Boulevard
         Baton Rouge, LA  70809
         Telephone: (225) 248-2080
         Facsimile:  (225) 248-3080
           -and-
         Madeleine Fischer (La. Bar No. 5575)
         **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
         201 St. Charles Avenue, 49th floor
         New Orleans, LA   70170
         Telephone:  (504) 582-8000
         Facsimile:  (504) 589-8208

         ***Counsel for Sentry Insurance A Mutual Company***

Date:  October 24, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

      Baton Rouge, Louisiana, this 24th day of October, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson