UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | |
| | **JUDGE ENGELHARDT** |
| **This document relates to:** | |
| *Nero,* **No. 09-4730** | **MAG. JUDGE CHASEZ** |
| **Plaintiff:  Penny Saunders** | |

NOTICE OF SUBMISSION

Notice is hereby given that the Motion for Reconsideration filed by Defendant Sentry Insurance A Mutual Company, will be submitted for decision on **November 16, 2011.**

>Respectfully submitted,
>
>*s/ Ryan E. Johnson*
>_____
>James C. Percy (La. Bar No. 10413)
>Ryan E. Johnson (La. Bar No. 26352)
>**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
>Four United Plaza
>8555 United Plaza Boulevard
>Baton Rouge, LA  70809
>Telephone: (225) 248-2080
>Facsimile:  (225) 248-3080
>
>*Counsel for Sentry Insurance A Mutual Company*