# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE ENGELHARDT |
| This document relates to:<br>*Nero,* No. 09-4730<br>Plaintiff: Laura Domingo | MAG. JUDGE CHASEZ |

## NOTICE OF SUBMISSION

Notice is hereby given that the Motion for Reconsideration filed by Defendant Sentry Insurance A Mutual Company, will be submitted for decision on **November 16, 2011.**

        Respectfully submitted,

        *s/ Ryan E. Johnson*
        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        Telephone: (225) 248-2080
        Facsimile: (225) 248-3080

        *Counsel for Sentry Insurance A Mutual Company*