UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Deborah Anderson, et al. v. Skyline Corporation, et al.*, No. 09-4548<br><br>Plaintiffs: Billie Johnson;<br>          Kadence Johnson;<br>          Kaze Johnson. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. The plaintiffs whose claims are to be dismissed are:

1. Billie Johnson;

2. Kadence Johnson; and

3. Kaze Johnson.

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals.  Plaintiffs' counsel did not respond to Defendant's May 31, 2011 deficiency notice (Exh. A) regarding the listed plaintiffs.  Instead, in response to Skyline's request for consent to a motion to dismiss these plaintiffs, counsel's office advised that they no longer represented these plaintiffs.  (Exh. B.) However, according to the record contained on PACER, no motion to withdraw has been filed and no order permitting the withdrawal.  Moreover, as this Court has recognized, withdrawal of

-2-

counsel for plaintiffs "would significantly disrupt this MDL proceeding and harm the administration of justice." (Rec. Doc. No. 22890.)

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

>Submitted by:
>
>s/ *Robert D. Sheesley*
>LARRY FELDMAN, JR., T.A. (La. #5503)
>ROBERT D. SHEESLEY (La. #31579)
>**McGLINCHEY STAFFORD, PLLC**
>601 Poydras Street, 12th Floor
>New Orleans, LA  70130
>Telephone:  (504) 586-1200
>Facsimile:   (504) 596-2800
>
>**ATTORNEYS FOR DEFENDANT
>SKYLINE CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

>s/ *Robert D. Sheesley*
>ROBERT D. SHEESLEY