**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION:  N "5" |
| *Deborah Anderson, et al. v. Skyline Corporation, et al.*, No. 09-4548 | * JUDGE: KURT D. ENGELHARDT |
| | * |
| Plaintiffs: Billie Johnson; | * MAGISTRATE JUDGE: |
| Kadence Johnson; | * ALMA CHASEZ |
| Kaze Johnson. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that on October 7, 2011, he requested consent by e-mail from plaintiffs' counsel of record, Jim S. Hall, to Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets.  Plaintiffs' counsel's office has asserted that he no longer represents these plaintiffs. (Exh. B.)  However, according to the record contained on PACER, no motion to withdraw has been filed and no order permitting the withdrawal.  To date, undersigned counsel has not received any consent to the motion from counsel.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800

**ATTORNEYS FOR DEFENDANT**
**SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY

940262.1