**McGLINCHEY STAFFORD PLLC**

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

**Via U.S. Mail**

Jim S. Hall, Esq.
Joseph W. Rausch, Esq.
800 N. Causeway Blvd
Suite 100
Metairie, LA 70001

RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
Member Cases: 09-4541; 09-4548.

Dear Mr. Hall:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by Jim S. Hall & Associates have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp.:

| Plaintiff | | Civil Action |
|---|---|---|
| Dennis | Anderson | Dennis Anderson et al v. Skyline Corporation et al 09-4541 |
| Tanice | Debrio | Deborah Anderson et al v. Skyline Corporation et al 09-4548 |
| Mildred | Edmond | Dennis Anderson et al v. Skyline Corporation et al 09-4541 |
| Billie | Johnson | Deborah Anderson et al v. Skyline Corporation et al 09-4548 |
| Kadence | Johnson | Deborah Anderson et al v. Skyline Corporation et al 09-4548 |
| Kaze | Johnson | Deborah Anderson et al v. Skyline Corporation et al 09-4548 |
| Rose Reece | Johnson | Dennis Anderson et al v. Skyline Corporation et al 09-4541 |
| Gwendolyn | Lee | Dennis Anderson et al v. Skyline Corporation et al 09-4541 |

EXHIBIT A

May 31, 2011
Page 2

| Roxanne | Saxton | Dennis Anderson et al v. Skyline Corporation et al 09-4541 |
|---|---|---|

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

cc (via email):

Justin Woods, Esq.
Andrew Weinstock, Esq.
David Kurtz, Esq.
Charles Leche, Esq.
Henry Miller, Esq.

923453.1