## Sheesley, Robert

---

**From:** Jessica [jessica@jimshall.com]

**Sent:** Monday, October 10, 2011 11:25 AM

**To:**   Sheesley, Robert

Good Morning,

Hear is a list of clients we no longer represent… Billie Johnson, Kadence Johnson, Kaze Johnson


Thanks,
Jessica Chanson
JIM S. HALL & ASSOCIATES, LLC
800 N. Causeway Boulevard, Suite 100
Metairie, Louisiana  70001
504-832-3000

EXHIBIT
B