UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Deborah Anderson, et al. v. Skyline Corporation, et al.*, No. 09-4548<br><br>Plaintiffs: Billie Johnson;<br>          Kadence Johnson;<br>          Kaze Johnson. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on November 16, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

                                                          s/ *Robert D. Sheesley*
                                                          LARRY FELDMAN, JR., T.A. (La. #5503)
                                                           ROBERT D. SHEESLEY (La. #31579)
                                                           **McGLINCHEY STAFFORD, PLLC**
                                                           601 Poydras Street, 12th Floor
                                                           New Orleans, LA  70130
                                                           Telephone:  (504) 586-1200
                                                           Facsimile:   (504) 596-2800

                                                           **ATTORNEYS FOR DEFENDANT**
                                                           **SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                                           s/ *Robert D. Sheesley*
                                                           ROBERT D. SHEESLEY