## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Alkurd, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-3694 | * | |
| Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard | * | |
| Washington, Jr. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO PARTIALLY WITHDRAW MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS (REC. DOC. NO. 23243)

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to partially withdraw an earlier filed Motion to Dismiss (Rec. Doc. 23243) in the above-captioned matter.  Mover sought dismissal as to the claims of **Bruce Vixon, Jeanne Vixon and Howard Washington, Jr.**, for failure to comply with the terms of the Court's Pretrial Order Nos. 2 and 32 relating to Plaintiff Fact Sheets.  Subsequent to filing the Motion, counsel for mover realized that the case these plaintiffs were involved in was actually a matter against Cavalier Home Builders, LLC and not Gulf Stream Coach, Inc.  Undersigned counsel has contacted opposing counsel and there is no objection to the filing of this Motion.

**WHEREFORE**, Defendant, Gulf Stream Coach, Inc., prays that its Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating

00259928-1

to Plaintiff Fact Sheets (Rec. Doc. 23243) be granted, **only** as to plaintiffs, **Bruce Vixon, Jeanne Vixon and Howard Washington, Jr.**, in the matter of *Alkurd, et al v. Cavalier Home Builders, LLC, et al*; Docket No. 10-3694.

    Respectfully Submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana  70002
    Telephone: (504) 832-3700
    Facsimile: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com

    and

    SCANDURRO & LAYRISSON
    **Timothy D. Scandurro #18424**
    **Dewey M. Scandurro #23291**
    607 St. Charles Avenue
    New Orleans, LA 70130
    (504) 522-7100
    (504) 529-6199 (FAX)
    tim@scanlayr.com
    dewey@scanlayr.com
    **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this 24th day of October, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK**