Case 2:07-md-01873-KDE-MBN   Document 23279-1   Filed 10/24/11   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Alkurd, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-3694 | * | |
| Plaintiffs: Bruce Vixon, Jeanne Vixon, Howard | * | |
| Washington, Jr. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets (Rec. Doc. 23243) is **GRANTED**, as to the following plaintiffs, as captioned above.

*Alkurd, et al v. Cavalier Home Builders, LLC, et al*
**Docket No. 10-3694**
Plaintiffs: Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.

_____
UNITED STATES DISTRICT JUDGE

00259932-1