UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS           LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Casey Hughes, et al. v. Skyline Corporation, et al.*, No. 09-5264.<br><br>Plaintiffs: Casey Hughes;<br>            Amechak Moliere;<br>            Amechak Moliere obo A.M.;<br>            Amechak Moliere obo JM;<br>            Marilyn Moliere;<br>            Mark Williams. | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. The plaintiffs whose claims are to be dismissed are:

1. Casey Hughes;

2. Amechak Moliere;

3. Amechak Moliere obo A.M.;

4. Amechak Moliere obo J.M.;

5. Marilyn Moliere; and

6. Mark Williams.

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals. Plaintiffs' counsel did not respond to Defendant's May 31, 2011 deficiency notice (Exh. A) regarding the listed plaintiffs.

-2-

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY