## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 * * |
| THIS DOCUMENT PERTAINS TO: *Casey Hughes, et al. v. Skyline Corporation, et al.*, No. 09-5264. | * SECTION: N "5" * JUDGE: KURT D. ENGELHARDT * * |
| Plaintiffs: Casey Hughes; Amechak Moliere; Amechak Moliere obo A.M.; Amechak Moliere obo JM; Marilyn Moliere; Mark Williams. | * MAGISTRATE JUDGE: * ALMA CHASEZ * * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that he requested consent on October 10, 2011 from plaintiffs' counsel to Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets at the e-mail address listed on PACER (mwatson@woodfill-pressler.com); the e-mail was returned as undeliverable. Undersigned counsel made the same request in a voicemail to plaintiffs' counsel. Plaintiffs' counsel has not responded to the request.

                                         s/ *Robert D. Sheesley*
                                         LARRY FELDMAN, JR., T.A. (La. #5503)
                                         ROBERT D. SHEESLEY (La. #31579)
                                         **McGLINCHEY STAFFORD, PLLC**
                                         601 Poydras Street, 12th Floor
                                         New Orleans, LA 70130
                                         Telephone: (504) 586-1200
                                         Facsimile: (504) 596-2800

                                         **ATTORNEYS FOR DEFENDANT**
                                         **SKYLINE CORPORATION**

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                        s/ *Robert D. Sheesley*
                                        ROBERT D. SHEESLEY