UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER PRODUCTS<br>             LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Sam Evelena, et al. v. Skyline Corporation, et al.*,<br>No. 09-8485 | *   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>*<br>* |
| Plaintiffs: Michelle Eddington; and<br>             Michelle Eddington obo R.E. | *   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to the provision of Plaintiff Fact Sheets. Counsel for Skyline certifies that he has contacted plaintiffs' counsel, who does not oppose this motion. The plaintiffs whose claims are to be dismissed are:

1. Michelle Eddington; and
2. Michelle Eddington obo R.E.;

Plaintiffs failed to provide any Plaintiff Fact Sheet for these individuals. In response to Defendant's May 31, 2011 deficiency notice (Exh. A), plaintiffs' counsel's office provided errata sheets for the listed plaintiffs advising that each "Plaintiff is unavailable to complete deficiencies at this time." (Exhs. B, C and D.)

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of these plaintiffs, with prejudice, in their entirety.

Submitted by:

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

    s/ *Robert D. Sheesley*
    ROBERT D. SHEESLEY