**McGLINCHEY STAFFORD** PLLC

ATTORNEYS AT LAW

LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

Larry Feldman, Jr.
(504) 596-2887
Fax (504) 910-9426
lfeldman@mcglinchey.com

Robert D. Sheesley
(504) 596-2701
Fax (504) 910-8879
rsheesley@mcglinchey.com

May 31, 2011

**Via U.S. Mail**

Frank Jacob D'Amico, Jr., Esq.
Law Offices of Frank J. D'Amico, Jr.
4731 Canal St.
New Orleans, LA 70119

Aaron Z. Ahlquist, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE: *In re FEMA Trailer Formaldehyde Prods. Liab. Litig.*, MDL No. 07-1873
Member Cases: 09-8485; 10-3615; 09-8560; 09-8484; 09-8561.

Dear Counsel:

This letter is to provide notice of deficiencies with respect to the Plaintiff Fact Sheet requirements of Pretrial Orders No. 2 and No. 32.

These plaintiffs represented by the Law Offices of Frank J. D'Amico, Jr. and Herman, Herman, Katz & Cotlar, LLP have not provided a Plaintiff Fact Sheet in connection with their claims and/or their claims on behalf of another person against Skyline Corporation and/or its subsidiary, Layton Homes Corp. For those plaintiffs marked with "* Amendment Only", only an amendment has been provided.:

| Plaintiff | | Civil Action |
|---|---|---|
| Michelle | Eddington | Sam Evelena v. Skyline Corporation 09-8485 |
| Michelle | Eddington obo R█ E█ | Sam Evelena v. Skyline Corporation 09-8485 |
| Larry | Gibson | Larry Gibson, et al. vs. skyline Corp., et al. 10-3615 |
| Larry A. | Gibson | Karen Marie Hooper, et al. vs. Layton Homes Corp., et al. 09-8560 |
| Wanda | Lowe | Sam Evelena v. Skyline Corporation |

EXHIBIT A

924526.1

May 31, 2011
Page 2

|  |  | 09-8485 |
|---|---|---|
| Marie<br>*<br>Amendment Only | McNutt | Sam Evelena v. Skyline Corporation<br>09-8485 |
| Judy | Rodriguez | Tranika Ford v. Skyline Corporation<br>09-8484 |
| Evelena | Sam | Sam Evelena v. Skyline Corporation<br>09-8485 |
| Jewel Jr. | Sam | Sam Evelena v. Skyline Corporation<br>09-8485 |
| Etta | Varnado | Sam Evelena v. Skyline Corporation<br>09-8485 |
| Etta | Varnado obo<br>R___ V___ | Sam Evelena v. Skyline Corporation<br>09-8485 |
| Troquetta | White | Michael Cheneau, et al. vs. Layton Homes Corp., et al.<br>09-8561 |

Please provide a completed and verified Plaintiff Fact Sheet for each of the aforementioned individuals and/or the person on whose behalf a claim is brought, as applicable, with all necessary attachments and amendments, within thirty (30) days of this letter.

If fully-completed and verified Plaintiff Fact Sheets are not received within thirty (30) days of this letter, Skyline Corporation and/or Layton Homes Corp. may move for dismissal of the individual claims, as appropriate, including dismissal with prejudice, upon an appropriate showing that the individual's claims should be dismissed for failure to comply with the MDL Court's applicable Orders.

Sincerely,

**McGlinchey Stafford, PLLC**

*Robert Sheesley*

Larry Feldman, Jr.
Robert D. Sheesley

Attorneys for Skyline Corporation
and Layton Homes Corp.

924526.1

May 31, 2011
Page 3


cc (via email):

    Justin Woods, Esq.
    Andrew Weinstock, Esq.
    David Kurtz, Esq.
    Charles Leche, Esq.
    Henry Miller, Esq.

924526.1