Frank J. D'Amico, Jr.
Christopher T. Castro
Richard M. Exnicios
Paul D. Hesse
David J. Mitchell
Aaron Ahlquist *
* Licensed in Tennessee

**Frank J. D'Amico, Jr.**
A Professional Law Corporation



Of Counsel
William T. Abbott, Jr.**
Michael A. McNulty, Jr.
Darryl J. Carimi
** Licensed in New York

June 8, 2011

Robert D. Sheesley
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

**Sent By Certified Mail:**
# 7010 1670 0000 5165 4722

RE: *FEMA Trailer Formaldehyde Product Liability Litigation*
(Skyline Corporation and/or Layton Homes Corp. Deficiencies)

Mr. Sheesley:

Enclosed please find a disc containing Answers to Deficiencies as required.

If you have any questions, please do not hesitate to contact me at (504) 525-7272 ext. 253 or via email at kmoorman@damicolaw.net . Thank you.

Sincerely,

Frank J. D'Amico, Jr.
Co-Chairman of Claims for
Plaintiff Steering Committee

FJD/tlh

Encl.

---

**BATON ROUGE OFFICE**
9035 Bluebonnet Blvd., Suite #2
Baton Rouge, LA 70810
(225) 928-7272 • Fax (225) 767-3594

**NEW ORLEANS OFFICE**
622 Baronne Street
New Orleans, LA 70113
(504) 525-7272 • Fax (504) 525-9522

**NORTHSHORE OFFICE**
4407 Highway 190 East Service Road, Suite 100
Covington, LA 70433
(985) 893-4443 • Fax (985) 893-3951

Toll Free 866-70-FRANK     www.damicolaw.net
*Proudly serving the interests of injured people across Louisiana since 1986.*

**EXHIBIT B**