Errata

Claimant Name: Eddington, Michelle

Claimant Attorney: Frank D'Amico Jr./ Anthony Irpino

Manufacturer: Skyline Corporation

Plaintiff is unavailable to complete deficiencies at this time.

_____    June 7, 2011
Plaintiff or Representative          Date

EXHIBIT C