Errata

Claimant Name: Eddington, Michelle o/b/o E███████, R███

Claimant Attorney: Frank D'Amico Jr./ Anthony Irpino

Manufacturer: Skyline Corporation

Plaintiff is unavailable to complete deficiencies at this time.

_____        June 7, 2011
Plaintiff or Representative              Date

EXHIBIT D