MINUTE ENTRY
ENGELHARDT, J.
October 21, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


A status conference was conducted on Friday, October 21, 2011, at 8:30 a.m. with liaison counsel, steering committee members, and counsel for the Government.   Participating were Justin I. Woods, James C. Percy, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass,  Mikal C. Watts, Gerald E. Meunier, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Lamont P. Domingue, Charles E. Leche, Raul R. Bencomo, Anthony G. Buzbee, Henry T. Miller, John Stewart Tharp and Robert Hilliard.

**Court Reporter: Karen Ibos**

JS10(0:60)