UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

# O R D E R

Considering the Court's mandate in Pre-Trial Order Nos. 86 and 88 (Rec. Docs. 20770 at § 2.03 and 22153 ¶ 6 at pages 2-3) that each plaintiff through his or her counsel shall serve upon Mikal Watts a true and correct copy of the most updated, amended Plaintiff Fact Sheet in electronic format (PDF) not later than September 2, 2011; and considering the report made by counsel at the Status Conference held on October 21, 2011, that the following named attorneys have not complied with the above mandate;

**IT IS ORDERED** that each of the following attorneys **SHALL FILE** with the Court and serve upon Co-Liaison Counsel for the Plaintiffs by 5:00 p.m. on Friday November 4, 2011, written confirmation that he has delivered to the office of Mikal Watts, for each client with claims in this MDL, the most updated, amended Plaintiff Fact Sheet in electronic format (PDF), failing which such attorney **SHALL FILE** with the Court no later than 5:00 p.m. on Friday November 4, 2011, a written statement showing cause why the attorney should not be sanctioned:

        **JACK W. HARANG (LA BAR NO. 15083);**

        **JERMAINE D. WILLIAMS   (LA BAR NO. 25937)**.

**IT IS FURTHER ORDERED** that notice of this Order shall be sent to Jack W. Harang and to Jermaine D. Williams.

New Orleans, Louisiana, this __24th__ day of October, 2011.

_____
**KURT D. ENGELHARDT**
**United States District Court**