UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

MDL NO. 07-1873
SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

Certified Mail sent on 10/24/2011, doc. no. 23285 Order to Show Cause.

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 2510 0004 4457 0599

Sent To: **Jack W. Harang**
Law Offices of Jack W. Harang
Street, Apt. No.; or PO Box No. 228 St. Charles Ave.
City, State, ZIP+4 Suite 501
New Orleans, LA 70130

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 2510 0004 4457 0582

Sent To: **Jermaine Demetrie Williams**
Law Office of Jermaine D. Williams
Street, Apt. No.; or PO Box No. 718 S. Buchanan
City, State, ZIP+4 Suite A
Lafayette, LA 70501

PS Form 3800, June 2002                    See Reverse for Instructions

___ Fee_____
___ Process BG____
X Dktd BG___
___ CtRmDep____
___ Doc. No._____