UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | SECTION "N" (5) |
| Case Nos. 09-5377, 09-5382, 09-5383, 09-7274, | * | |
| 09-8708, 09-8746, 10-2460, and 10-2461 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

Comes now certain Plaintiffs in the above mentioned cases and files this Response to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23240).

### I.   Introduction

The Plaintiff Steering Committee ("PSC") established a Canal Street office to assist potential claimants in the completion of their Plaintiff Fact Sheets. This office would then submit completed fact sheets to Defense Liaison Counsel. This is the procedure the Becnel Law Firm followed in order to submit Plaintiff Fact Sheets to Defense. In some cases, our referral counsel, Parker Waichman Alonso LLP ("Parker Waichman"), assisted their clients in completing the fact sheet and submitted them directly to Defense Liaison Counsel. A copy of the letter Parker Waichman sent with their fact sheets is attached hereto as "Exhibit A."

The following plaintiffs aver that they submitted a fact sheet to defense through these methods:

Submitted by Parker Waichman Alonso LLP on December 24, 2009

1. Reginald Gasper, Jr. ("Exhibit B")    Case No. 09-5382

2. Karen Hebert ("Exhibit C")    Case No. 09-5383

3. Marvin Spears ("Exhibit D")    Case No. 09-5383

4. Reynolds Navarre ("Exhibit E")    Case No. 09-7274

5. Danny Roberson ("Exhibit "F")    Case No. 09-7274

6. Ralph Robinson (Exhibit "G")    Case No. 09-8746

Submitted by Canal Street Office (All fact sheets stamped with date submitted):

1. Willie Robertson, Sr. ("Exhibit H")    Case No. 09-5382
   Submitted: September 18, 2009

2. Sheila Ruffin ("Exhibit I")    Case No. 09-7274, 10-2461
   Submitted: September 18, 2009

3. Lawrence Watts, Jr. ("Exhibit J")    Case No. 10-2461
   Submitted: December 18, 2009

4. Betty Tenner ("Exhibit K")    Case No. 09-5377
   Submitted: September 18, 2009

5. Marguerite Jackson ("Exhibit L")    Case No. 10-2460
   Submitted: January 28, 2010

6. Tonya Hughes o/b/o K. H. ("Exhibit M")    Case No. 09-5377
   Submitted: September 18, 2009

7. Tonya Hughes ("Exhibit N")    Case No. 09-5377
   Submitted: September 18, 2009

8. Patricia Griffin ("Exhibit O")    Case No. 10-2461
   Submitted: February 19, 2010

9. Natasha Kelly o/b/o N. K. ("Exhibit P")    Case No. 09-5383
   Submitted: November 6, 2009

## II. <u>Law and Argument</u>

Defense claims that these plaintiffs should have their cases dismissed under Rule 41(b) of the Federal Rules of Civil Procedure because they did not comply with PTO Nos. 2 and 32 and that there is a clear record of delay or contumacious conduct. However, Plaintiffs maintain that they did in fact comply with PTO Nos. 2 and 32 by submitting their completed Plaintiff Fact Sheets to Defense Liaison Counsel. Once Plaintiffs submitted their fact sheet, the onus was upon Defense Liaison Counsel to make these fact sheets available to all Defendant Manufacturers, including Forest River, Inc ("Forest River"). There can be no clear record of delay or contumacious conduct when Plaintiffs did in fact submit their fact sheets in the manner prescribed. These Plaintiffs should not bear the burden of any miscommunication between Forest River, Inc. and Defense Liaison Counsel.

Forest River has sent numerous deficiency notices, an example of which is attached hereto as "Exhibit Q", even though the fact sheet in question, an example of which is attached hereto as "Exhibit R", was not deficient. However, deficiency notices for the above-mentioned plaintiffs were never received.

Forest River claims it cannot prepare for additional litigation, evaluate the possibility of settlement, and analyze issues concerning the progress of this lawsuit and that Forest River will be significantly prejudiced without the information contained in the Plaintiff Fact Sheet. Plaintiffs agree the Plaintiff Fact Sheet is integral to this litigation process, which is why they completed their fact sheets and submitted them to Defense Liaison Counsel as instructed. Plaintiffs would suffer irreparable damage if their suit is dismissed even though they have complied with the Court's orders.

### III.     Conclusion

For all of the above reasons, Plaintiffs respectfully request this Court deny Defendant's Motion to Dismiss.

    Respectfully Submitted,

    By: ___/s/Matthew B. Moreland
    DANIEL E. BECNEL, JR. (La. Bar No.
    MATTHEW B. MORELAND (La. Bar No. 24567)
    Becnel Law Firm, LLC
    106 West 7th Street
    P.O. Drawer H
    Reserve, LA 70084
    Telephone: (985) 536-1186
    Facsimile: (985) 536-6445
    E-mail:mmoreland@becnellaw.com
    ***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/Matthew B. Moreland
Matthew B. Moreland
