# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | |
| | * | |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | **SECTION "N" (5)** |
| **Case Nos. 09-5377, 09-5382, 09-5383, 09-7274,** | * | |
| **09-8708, 09-8746, 10-2460, and 10-2461** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Memorandum in Opposition to Defendant Forest River, Inc.'s Motion to Dismiss:

IT IS HEREBY ORDERED that Defendant Forest River, Inc's Motion to Dismiss be denied with each party to bear their own costs.

Signed this _____ day of _____, 2011, in New Orleans, Louisiana.

_____

**JUDGE**