# EXHIBIT A

# PARKER WAICHMAN ALONSO LLP

### ATTORNEYS AT LAW

111 Great Neck Road, Great Neck, NY 11021   516.466.6500 | Fax: 516.466.6665

111 John Street, 14th Floor, New York, NY 10038        27399 Riverview Center Boulevard, Bonita Springs, FL 34134        375 Cedar Lane, Teaneck, NJ 07666
212.267.6700                                            239.390.1000 | Fax: 239.390.0055                                  973.297.1026

PLEASE REPLY TO OUR GREAT NECK OFFICE

December 24, 2009

Via Federal Express

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

      Re:    *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
           E.D. Louisiana MDL No. 1873

Dear Mr. Weinstock:

Pursuant to the Pre-Trial Order No. 32, we enclose a DVD, which contains PDF copies of
Plaintiff Fact Sheets, medical records currently in our possession, and the requisite authorizations
for the following plaintiffs/claimants who resided in miscellaneous FEMA trailers:

| | |
|---|---|
| 1. Barre, Jerrye | 21. Bradley, LaToya |
| 2. Trumbaturi, Emily | 22. Douglas, Charles |
| 3. Trumbaturi, Michael | 23. Atkins, Rose |
| 4. Canfield, Leatrice | 24. Davis, Laquita |
| 5. Canfield, Thomas | 25. Gibson, Brenda |
| 6. Hirschfeld, Nancy | 26. Nunn, Nicole |
| 7. Griffin, Ann | 27. Nunn, Shana |
| 8. Williams, Charles | 28. Durisseau, Brenda |
| 9. Williams, Jeanne | 29. Durriseau, Sheilia Marie |
| 10. Wilder, Keontae | 30. Lain, Jennie |
| 11. Jackson, Edward | 31. Cater, Carolyn |
| 12. Poole, Patricia | 32. Rice, Edward |
| 13. Sanford, Osborne | 33. Blackstone, Edwina |
| 14. Browning, Rhonda | 34. Sanders, Karina |
| 15. Carbin, Gillanda | 35. Wright, Christina |
| 16. Broughton, Miracle | 36. Hasney, Ronald |
| 17. Broughton, ShyQuea | 37. Melson, Kershain |
| 18. Hines, Darien | 38. Melson, Linda Lou |
| 19. Hines, Dericka | 39. Ladner, Cheryl |
| 20. Price, Rosheba | 40. Anderson, Roderick |

December 24, 2009
Page 2

41.Jackson, Jeannell
42.Voros, Robin
43.Marks, Onzeletta
44.Carter, LaKisha
45.Davis, Kaylon
46.Davis, Kyrei
47.McBride, Evie
48.Ardon, Diane M
49.Blanchard, Barbara
50.Lindsey, Danita
51.Naveree, Joshlyn
52.Williams, Marcell
53.Van Tassel, Austin
54.Van Tassel, Carrie
55.Van Tassel, Christina
56.Van Tassel, Kaitlyn
57.Van Tassel, Tina
58.Van Tassel, Van
59.Rand, Jarland
60.Simien, Cathy
61.Greene, Belle
62.Stermer, Kaleb
63.Stermer, Kaylin
64.Stermer, Tyler
65.Johnson, Gail
66.Stallworth, Ruby Jean
67.Handy, Leonard
68.Prudhomme, Deidra
69.Rushing, Rondajal
70.Thomas, Debora
71.Griffith, Lakeba
72.Bourque, Hayward
73.Huffman, Kenneth
74.Wright, Sandra
75.Goodly, Gary
76.James, Jonathan
77.James, Jonathan
78.James, Wyona
79.Quinn, Daunelle
80.Quinn, Jaden
81.Quinn, Jewel Simmons
82.Penn, Phyllis

83.Spears, Marvin
84.Granger, Gertrude
85.Thierry, Harriet
86.Milton, Keyon
87.Jordan, Vaughn
88.Herbert, Wendy
89.Jones, Donald
90.Newton, Cynthia
91.Hunnicutt, Glenda
92.Matthews Rudolph, Donneven
93.Nora, Alisha
94.Nora, Chester, Jr.
95.Smith, Crystal
96.Brouillette, James
97.Brouillete, Lisa
98.Obanner, Cornelius
99.Ryals Sheila
100.Jake, Susan
101.Goodman, Frankie
102.Magee-Cooley, Laken
103.Wheeler, Mona
104.Cryer, Kamaree
105.Jackson, Arleeta
106.Jackson, Ramad
107.Jackson, Ramon
108.DiVincenti, Jeremy
109.DiVencenti, Patricia
110.Stevenson, Kelley B, Sr.
111.Hamilton, Terry
112.Johnson, Donterious
113.Barron, John
114.Chapman, Tatyana
115.Mateen, Que'Wan
116.Chapman, Shata
117.Chapman, Takeilia
118.Mouton, Jaylon
119.Mouton, Patrick
120.Mouton, Taylor
121.Mouton, Tyler
122.Stubbs, Avis
123.Malley, Jerry
124.Higginbotham, Michael

December 24, 2009
Page 3

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Melanie H. Muhlstock

Enclosures

cc:     United States Department of Justice Civil Division *(via Federal Express with enclosures)*
        Attention: Henry Miller
        1331 Pennsylvania Avenue NW Room 8203N
        Washington, D.C. 20004

        Ms. Courtney Hymel *(via Federal Express with enclosures)*
        Formaldehyde Trailer Claims Office
        4731 Canal St.
        New Orleans, Louisiana 70119

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           )        MDL NO. 1873
FORMALDEHYDE                  )
PRODUCT LIABILITY LITIGATION  )        SECTION: N(4)
                              )        JUDGE: ENGELHARDT
                              )        MAG: ROBY

---

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December 2009 the undersigned served a

DVD containing PDF copies of the Plaintiff Fact Sheets for the Plaintiffs/Claimants listed

on Schedule A annexed hereto, with attachments, via Federal Express upon:

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

United States Department of Justice Civil Division
Attention: Henry Miller
1331 Pennsylvania Avenue NW Room 8203N
Washington, D.C. 20004

Ms. Courtney Hymel
Formaldehyde Trailer Claims Office
4731 Canal St.
New Orleans, Louisiana 70119

Melanie H. Muhlstock

## SCHEDULE A

1. Barre, Jerrye
2. Trumbaturi, Emily
3. Trumbaturi, Michael
4. Canfield, Leatrice
5. Canfield, Thomas
6. Hirschfeld, Nancy
7. Griffin, Ann
8. Williams, Charles
9. Williams, Jeanne
10. Wilder, Keontae
11. Jackson, Edward
12. Poole, Patricia
13. Sanford, Osborne
14. Browning, Rhonda
15. Carbin, Gillanda
16. Broughton, Miracle
17. Broughton, ShyQuea
18. Hines, Darien
19. Hines, Dericka
20. Price, Rosheba
21. Bradley, LaToya
22. Douglas, Charles
23. Atkins, Rose
24. Davis, Laquita
25. Gibson, Brenda
26. Nunn, Nicole
27. Nunn, Shana
28. Durisseau, Brenda
29. Durriseau, Sheilia Marie
30. Lain, Jennie
31. Cater, Carolyn
32. Rice, Edward
33. Blackstone, Edwina
34. Sanders, Karina
35. Wright, Christina
36. Hasney, Ronald
37. Melson, Kershain
38. Melson, Linda Lou
39. Ladner, Cheryl
40. Anderson, Roderick
41. Jackson, Jeannell
42. Voros, Robin
43. Marks, Onzeletta
44. Carter, LaKisha
45. Davis, Kaylon
46. Davis, Kyrei
47. McBride, Evie
48. Ardon, Diane M
49. Blanchard, Barbara
50. Lindsey, Danita
51. Naveree, Joshlyn
52. Williams, Marcell
53. Van Tassel, Austin
54. Van Tassel, Carrie
55. Van Tassel, Christina
56. Van Tassel, Kaitlyn
57. Van Tassel, Tina
58. Van Tassel, Van
59. Rand, Jarland
60. Simien, Cathy
61. Greene, Belle
62. Stermer, Kaleb
63. Stermer, Kaylin
64. Stermer, Tyler
65. Johnson, Gail
66. Stallworth, Ruby Jean
67. Handy, Leonard
68. Prudhomme, Deidra
69. Rushing, Rondajal
70. Thomas, Debora
71. Griffith, Lakeba
72. Bourque, Hayward
73. Huffman, Kenneth
74. Wright, Sandra
75. Goodly, Gary
76. James, Jonathan
77. James, Jonathan
78. James, Wyona
79. Quinn, Daunelle
80. Quinn, Jaden
81. Quinn, Jewel Simmons
82. Penn, Phyllis
83. Spears, Marvin
84. Granger, Gertrude
85. Thierry, Harriet
86. Milton, Keyon

87. Jordan, Vaughn
88. Herbert, Wendy
89. Jones, Donald
90. Newton, Cynthia
91. Hunnicutt, Glenda
92. Matthews Rudolph, Donneven
93. Nora, Alisha
94. Nora, Chester, Jr.
95. Smith, Crystal
96. Brouillette, James
97. Brouillete, Lisa
98. Obanner, Cornelius
99. Ryals Sheila
100. Jake, Susan
101. Goodman, Frankie
102. Magee-Cooley, Laken
103. Wheeler, Mona
104. Cryer, Kamaree
105. Jackson, Arleeta

106. Jackson, Ramad
107. Jackson, Ramon
108. DiVincenti, Jeremy
109. DiVencenti, Patricia
110. Stevenson, Kelley B, Sr.
111. Hamilton, Terry
112. Johnson, Donterious
113. Barron, John
114. Chapman, Tatyana
115. Mateen, Que'Wan
116. Chapman, Shata
117. Chapman, Takeilia
118. Mouton, Jaylon
119. Mouton, Patrick
120. Mouton, Taylor
121. Mouton, Tyler
122. Stubbs, Avis
123. Malley, Jerry
124. Higginbotham, Michael

https://www.fedex.com/shipping/html/en/PrintIFrame.html

From:   Origin ID: BPAA   (212) 740-7700
Denny Tang
Parker Waichman Alonso LLP
111 Great Neck Rd

Great Neck, NY 11021

FedEx
Express

SHIP TO:   (800) 520-4636        BILL SENDER
Andrew Weinstock ESQ
Duplass, Zwain, Bourgeois, Pfister,
3838 North Casueway Blvd.
Three Lakeway Centre Suite 2900
Metairie, LA 70002

Ship Date: 24DEC09
ActWgt: 1.0 LB
CAD: 0218127/INET9090
Account#: S *********

Delivery Address Bar Code

Ref #   MDL 1873
Invoice #
PO #
Dept #   Intake Unit



TRK#
0201    7982 5502 1535

MON - 28DEC          A1
STANDARD OVERNIGHT

70002
LA-US
MSY

XH MSYA



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

Español | Customer Support | FedEx Locations | Search | Go

Package/Envelope   Freight   Expedited   Office/Print Services

Ship ›   Track ›   Manage ›   Business Solutions ›

## Detailed Results

Printable Version   Help

Enter tracking number

| Detailed Results | Notifications |
|---|---|

### Tracking no.: 798255021535

E-mail notifications

**Delivered**

Initiated   Picked up   In transit   Delivered

**Delivered**
Signed for by: D.GELPI

**Shipment Dates**

Ship date ⓘ   Dec 24, 2009
Delivery date ⓘ   Dec 28, 2009 9:42 AM

**Destination**

Metairie, LA
Signature Proof of Delivery ⓘ

### Shipment Facts

Help

| | | | |
|---|---|---|---|
| Service type | Standard Pak | Delivered to | Receptionist/Front Desk |
| Weight | 2.0 lbs/0.9 kg | Reference | MDL 1873 |
| | | Department number | Intake Unit |

### Shipment Travel History

Help

Select time zone: Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 28, 2009 9:42 AM | Delivered | Metairie, LA | |
| Dec 28, 2009 6:20 AM | On FedEx vehicle for delivery | HARAHAN, LA | |
| Dec 25, 2009 6:37 AM | At local FedEx facility | HARAHAN, LA | |
| Dec 25, 2009 6:37 AM | At local FedEx facility | HARAHAN, LA | Package not due for delivery |
| Dec 26, 2009 4:17 AM | At dest sort facility | KENNER, LA | |
| Dec 26, 2009 3:16 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 25, 2009 3:06 AM | In transit | MEMPHIS, TN | |
| Dec 25, 2009 1:00 AM | Arrives at FedEx location | MEMPHIS, TN | |
| Dec 24, 2009 7:39 PM | Left FedEx origin facility | GARDEN CITY, NY | |
| Dec 24, 2009 4:29 PM | Picked up | GARDEN CITY, NY | |
| Dec 24, 2009 10:28 AM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

# PARKER WAICHMAN ALONSO LLP

A  T  T  O  R  ˉ N  E  Y  S    A  T    L  A  W

111 Great Neck Road, Great Neck, NY 11021    516.466.6500 | Fax: 516.466.6665

<table>
<tr><td>111 John Street, 14th Floor, New York, NY 10038<br>212.267.6700</td><td>27399 Riverview Center Boulevard, Bonita Springs, FL 34134<br>239.390.1000 | Fax: 239.390.0055</td><td>375 Cedar Lane, Teaneck, NJ 07666<br>973.297.1020</td></tr>
</table>

PLEASE REPLY TO OUR GREAT NECK OFFICE

December 24, 2009

Via Federal Express

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

   Re:  *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
      E.D. Louisiana MDL No. 1873

Dear Mr. Weinstock:

Pursuant to the Pre-Trial Order No. 32, we enclose a DVD, which contains PDF copies of
Plaintiff Fact Sheets, medical records currently in our possession, and the requisite authorizations
for the following plaintiffs/claimants who resided in FEMA trailers where the manufacturer is
currently unknown:

| | |
|---|---|
| 1.Kinchen, Ty | 20.Guillory, Michael, Jr. |
| 2.Batiste, Rashad, Sr. | 21.Ledet, Thera |
| 3.Terrell, Savion | 22.Carr, Ellis |
| 4.Square, Mary | 23.Coker, Paula |
| 5.County, Russel | 24.Bishop, Calvin |
| 6.Ford, Terra | 25.Seals, DeRome |
| 7.Guillory, Tory | 26.Jarreau-Ross, Lisa |
| 8.Hart, Judy | 27.Ross, Danielly |
| 9.Richards, Nelree | 28.Silvester, Edna |
| 10.Barnes, Johnnie | 29.Silvester, Lawrence |
| 11.Barnett, Jamarion | 30.Robinson, Sylvia |
| 12.Jacobs, Anita | 31.Mizell, Caleb |
| 13.Foster, JoAnn | 32.Dorsey, Geneva |
| 14.Austin, Dontre | 33.Banks, Joan |
| 15.Johnson, Robert | 34.Rayford, Florence |
| 16.Aaron, Taneshia | 35.Heim, Paula |
| 17.Henry, Adrien | 36.Cormier, Phoebe |
| 18.Trail, Wilajon | 37.Lewis, Rontazia |
| 19.Conover, Kailey | 38.Moore, Jerrion |

December 24, 2009
Page 2

39.Lopez, Connie
40.Bendy, Christopher
41.Savoie, Matthew Paul
42.Wentzell, Abigail
43.Wentzell, Angela
44.Wentzell, Charles Scott
45.Wentzell, Hannah
46.Wentzell, Sarah
47.Herbert, Aline
48.Beason, Paul
49.Johnson, Barbara
50.Johnson, Herbert
51.Harris, Kenneth
52.Sawyer, Judy
53.Angeletta, TyJanah
54.Angeletta, Tytania
55.Allen, France
56.Allen, Paris
57.Daring, Marlene
58.Hall, Benneto
59.Stewart, Earl
60.Harper, Shikita
61.Toepfer, Sarah
62.Bowring, Chance
63.Vincent, Jahiem
64.Sterling, Lloyd
65.Graham, Marcus
66.Ardoin, Golda
67.Ardoin, Kenneth
68.Cook, Barbara
69.White, Alfredia
70.Mackey, Jonathan
71.Mackey, Stacy
72.Mackey, Trinice
73.Wedlock, Robert
74.Williams, Ed'Verunna
75.Williams, Tina
76.Smith, Curtis
77.Connors, Demetria
78.Touchet, Gaige
79.Touchet, Graham
80.Roberson, Danny
81.Price, Rebecca
82.Smith, Pamela
83.Wheat, Richard
84.Jones, Eva

85.Simmons, Chante
86.Thomas, Deiondre
87.Thomas, Jada
88.Thomas, Jamyric
89.Thomas, Roderick
90.Dean, Cyril
91.Baxter, Dominique
92.Baxter, Rodney
93.Allen, Beatrice
94.St. Amant, Saja
95.Segura, Lena
96.Segura, Steve
97.Ducote, Virginia
98.Robertson, Pearly
99.Abshire, Elizabeth
100.Navarre, Reynolds
101.Batiste, Ruth
102.Batiste, Shalita
103.Ordone, Douglas
104.Guillory, Juanita
105.Guillory, Karmyn
106.Jessie, Joseph, Jr.
107.Morrogh, Loraine
108.Morrogh, Rau
109.Knapper, Mary
110.Washington, Anthony
111.Reese, Bruenett
112.McDaniel, Yvonne
113.Hudson, Toria
114.Hudson, Toris
115.Gasper, Reginald
116.Stewart, Darnell
117.Harper, Tammy
118.Merritt, Tina
119.Clark, Lindsay
120.Hinchey, Florence Rita
121.Wilkerson, Vonzella
122.Jason, Jamie
123.Boihem, Jo
124.Patterson, Carol
125.Oubre, Chad
126.Kelly, Charlotte
127.Kelly, Jessie
128.Wilson, Michelle
129.Green, Blake
130.Noel, Judy

December 24, 2009
Page 3

131.Thomas, Latosha
132.Oswald, Donna
133.Oswald, Roselynn
134.Brown, Phyllis
135.Casnave, Aquarius
136.Casnave, Lisha J
137.Casnave, Rosheeda
138.Wheeler, Saniya
139.Wheeler, Thomas, Jr.
140.Thonn, MaryAnn
141.Turner, Dorothy
142.Hollingsworth, Charles
143.Yoe, Tiffany
144.Payne, Veeda
145.Antoine, Demetric
146.Antoine, Dominique
147.Isaac, DaNesha
148.Isaac, Lorenzo, Jr.
149.Colbert, Dwight

150.Triggs, Joseph
151.Williams, Eunice
152.Kendricks, Roosevelt
153.Robinson, Ralph
154.Howell, Jessie
155.Talkington, Kathy
156.Moreau, Charles
157.Davis, Shelley R
158.Thomas, Annie
159.Thomas, King
160.Dowd, Robert
161.Appleby, Kenneth
162.Blount, Alice
163.Mouton, Michael
164.Ball, Christy
165.Henderson, Charlon
166.Scott, Mya
167.Ladner, Lisa

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Melanie H. Muhlstock

Enclosures

cc:     United States Department of Justice Civil Division *(via Federal Express with enclosures)*
        Attention: Henry Miller
        1331 Pennsylvania Avenue NW Room 8203N
        Washington, D.C. 20004

        Ms. Courtney Hymel *(via Federal Express with enclosures)*
        Formaldehyde Trailer Claims Office
        4731 Canal St.
        New Orleans, Louisiana 70119

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                )        MDL NO. 1873
FORMALDEHYDE                       )
PRODUCT LIABILITY LITIGATION       )        SECTION: N(4)
                                   )        JUDGE: ENGELHARDT
                                   )        MAG: ROBY

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December 2009 the undersigned served a

DVD containing PDF copies of the Plaintiff Fact Sheets for the Plaintiffs/Claimants listed

on Schedule A annexed hereto, with attachments, via Federal Express upon:

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

United States Department of Justice Civil Division
Attention: Henry Miller
1331 Pennsylvania Avenue NW Room 8203N
Washington, D.C. 20004

Ms. Courtney Hymel
Formaldehyde Trailer Claims Office
4731 Canal St.
New Orleans, Louisiana 70119

Melanie H. Muhlstock

## SCHEDULE A

1. Kinchen, Ty
2. Batiste, Rashad, Sr.
3. Terrell, Savion
4. Square, Mary
5. County, Russel
6. Ford, Terra
7. Guillory, Tory
8. Hart, Judy
9. Richards, Nelree
10. Barnes, Johnnie
11. Barnett, Jamarion
12. Jacobs, Anita
13. Foster, JoAnn
14. Austin, Dontre
15. Johnson, Robert
16. Aaron, Taneshia
17. Henry, Adrien
18. Trail, Wilajon
19. Conover, Kailey
20. Guillory, Michael, Jr.
21. Ledet, Thera
22. Carr, Ellis
23. Coker, Paula
24. Bishop, Calvin
25. Seals, DeRome
26. Jarreau-Ross, Lisa
27. Ross, Danielly
28. Silvester, Edna
29. Silvester, Lawrence
30. Robinson, Sylvia
31. Mizell, Caleb
32. Dorsey, Geneva
33. Banks, Joan
34. Rayford, Florence
35. Heim, Paula
36. Cormier, Phoebe
37. Lewis, Rontazia
38. Moore, Jerrion
39. Lopez, Connie
40. Bendy, Christopher
41. Savoie, Matthew Paul
42. Wentzell, Abigail
43. Wentzell, Angela
44. Wentzell, Charles Scott
45. Wentzell, Hannah
46. Wentzell, Sarah
47. Herbert, Aline
48. Beason, Paul
49. Johnson, Barbara
50. Johnson, Herbert
51. Harris, Kenneth
52. Sawyer, Judy
53. Angeletta, TyJanah
54. Angeletta, Tytania
55. Allen, France
56. Allen, Paris
57. Daring, Marlene
58. Hall, Benneto
59. Stewart, Earl
60. Harper, Shikita
61. Toepfer, Sarah
62. Bowring, Chance
63. Vincent, Jahiem
64. Sterling, Lloyd
65. Graham, Marcus
66. Ardoin, Golda
67. Ardoin, Kenneth
68. Cook, Barbara
69. White, Alfredia
70. Mackey, Jonathan
71. Mackey, Stacy
72. Mackey, Trinice
73. Wedlock, Robert
74. Williams, Ed'Verunna
75. Williams, Tina
76. Smith, Curtis
77. Connors, Demetria
78. Touchet, Gaige
79. Touchet, Graham
80. Roberson, Danny
81. Price, Rebecca
82. Smith, Pamela
83. Wheat, Richard
84. Jones, Eva
85. Simmons, Chante
86. Thomas, Deiondre

87. Thomas, Jada
88. Thomas, Jamyric
89. Thomas, Roderick
90. Dean, Cyril
91. Baxter, Dominique
92. Baxter, Rodney
93. Allen, Beatrice
94. St. Amant, Saja
95. Segura, Lena
96. Segura, Steve
97. Ducote, Virginia
98. Robertson, Pearly
99. Abshire, Elizabeth
100. Navarre, Reynolds
101. Batiste, Ruth
102. Batiste, Shalita
103. Ordone, Douglas
104. Guillory, Juanita
105. Guillory, Karmyn
106. Jessie, Joseph, Jr.
107. Morrogh, Loraine
108. Morrogh, Rau
109. Knapper, Mary
110. Washington, Anthony
111. Reese, Bruenett
112. McDaniel, Yvonne
113. Hudson, Toria
114. Hudson, Toris
115. Gasper, Reginald
116. Stewart, Darnell
117. Harper, Tammy
118. Merritt, Tina
119. Clark, Lindsay
120. Hinchey, Florence Rita
121. Wilkerson, Vonzella
122. Jason, Jamie
123. Boihem, Jo
124. Patterson, Carol
125. Oubre, Chad
126. Kelly, Charlotte
127. Kelly, Jessie
128. Wilson, Michelle
129. Green, Blake
130. Noel, Judy
131. Thomas, Latosha
132. Oswald, Donna

133. Oswald, Roselynn
134. Brown, Phyllis
135. Casnave, Aquarius
136. Casnave, Lisha J
137. Casnave, Rosheeda
138. Wheeler, Saniya
139. Wheeler, Thomas, Jr.
140. Thonn, MaryAnn
141. Turner, Dorothy
142. Hollingsworth, Charles
143. Yoe, Tiffany
144. Payne, Veeda
145. Antoine, Demetric
146. Antoine, Dominique
147. Isaac, DaNesha
148. Isaac, Lorenzo, Jr.
149. Colbert, Dwight
150. Triggs, Joseph
151. Williams, Eunice
152. Kendricks, Roosevelt
153. Robinson, Ralph
154. Howell, Jessie
155. Talkington, Kathy
156. Moreau, Charles
157. Davis, Shelley R
158. Thomas, Annie
159. Thomas, King
160. Dowd, Robert
161. Appleby, Kenneth
162. Blount, Alice
163. Mouton, Michael
164. Ball, Christy
165. Henderson, Charlon
166. Scott, Mya
167. Ladner, Lisa

From:   Origin ID: BPAA   (212) 740-7700
Denny Tang
Parker Waichman Alonso LLP
111 Great Neck Rd

Great Neck, NY 11021



Ship Date: 24DEC09
ActWgt: 1.0 LB
CAD: 8218127/INET9000
Account#: S **********

SHIP TO:   (800) 529-4636       BILL SENDER
Henry Miller
Unied States Dept. Of Justice Civil
1331 PENNSYLVANIA AVE NW RM 8203N

WASHINGTON, DC 20004

Delivery Address Bar Code



Ref #     MDL 1873
Invoice #
PO #
Dept #     Intake Unit

TRK#
0201      7931 3408 7180

MON - 28DEC        A1
STANDARD OVERNIGHT

XC RDVA

20004
DC-US
DCA



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

Español | Customer Support | FedEx Locations   Search   Go

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ›        Track ›        Manage ›        Business Solutions ›

## Detailed Results

Printable Version        Help

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 793134087180                          E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: .CELESE

| Shipment Dates | Destination |
|---|---|
| Ship date ⓘ  Dec 24, 2009 | WASHINGTON, DC |
| Delivery date ⓘ  Dec 28, 2009 10:12 AM | Signature Proof of Delivery ⓘ |

### Shipment Facts                                                    Help

| Service type | Standard Envelope | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Reference | MDL 1873 |
| | | Department number | Intake Unit |

### Shipment Travel History                                          Help

Select time zone: Select  ▾                          Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 28, 2009 10:12 AM | Delivered | WASHINGTON, DC | |
| Dec 28, 2009 7:36 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| Dec 28, 2009 6:07 AM | At local FedEx facility | WASHINGTON, DC | Package not due for delivery |
| Dec 26, 2009 3:26 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 25, 2009 4:27 AM | In transit | MEMPHIS, TN | |
| Dec 25, 2009 1:00 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 24, 2009 7:25 PM | Left FedEx origin facility | GARDEN CITY, NY | |
| Dec 24, 2009 4:29 PM | Picked up | GARDEN CITY, NY | |
| Dec 24, 2009 10:29 AM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

# PARKER WAICHMAN ALONSO LLP

### A  T  T  O  R  `N  E  Y  S    A  T    L  A  W

111 Great Neck Road, Great Neck, NY 11021   516.466.6500 | Fax: 516.466.6665

111 John Street, 14th Floor, New York, NY 10038          27399 Riverview Center Boulevard, Bonita Springs, FL 34134          375 Cedar Lane, Teaneck, NJ 07666
212.267.6700                                              239.390.1000 | Fax: 239.390.0055                                    973.297.1020

#### PLEASE REPLY TO OUR GREAT NECK OFFICE

December 24, 2009

Via Federal Express

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

       Re:    *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*
              E.D. Louisiana MDL No. 1873

Dear Mr. Weinstock:

Pursuant to the Pre-Trial Order No. 32, we enclose a CD, which contains PDF copies of Plaintiff
Fact Sheets, medical records currently in our possession, and the requisite authorizations for the
following plaintiffs/claimants who resided in multiple FEMA trailers:

1. Herbert, Karen
2. Guy, Sandra A
3. Kinkella, Jan
4. Segura, Jefferey
5. Shavers, Catherine
6. Chandler, Mary
7. Brass, Ty'Alize
8. Jones, Jarrick
9. Jones, Kevin
10. Jones, Shalonda
11. LeCompte, George
12. Mason-Olivo, Melissa
13. Olivo, Andrew
14. Gallow, Jacklyn
15. Harper, Mattie
16. Ellis, Landon
17. Ellis, Shauna

December 24, 2009
Page 2

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Melanie H. Muhlstock

Enclosures

cc:     United States Department of Justice Civil Division *(via Federal Express with enclosures)*
        Attention:  Henry Miller
        1331 Pennsylvania Avenue NW Room 8203N
        Washington, D.C. 20004

        Ms. Courtney Hymel *(via Federal Express with enclosures)*
        Formaldehyde Trailer Claims Office
        4731 Canal St.
        New Orleans, Louisiana 70119

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          )          MDL NO. 1873
FORMALDEHYDE                 )
PRODUCT LIABILITY LITIGATION )          SECTION: N(4)
                             )          JUDGE: ENGELHARDT
                             )          MAG: ROBY

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December 2009 the undersigned served a

CD containing PDF copies of the Plaintiff Fact Sheets for the Plaintiffs/Claimants listed

on Schedule A annexed hereto, with attachments, via Federal Express upon:

Andrew Weinstock, Esq.
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Centre, Suite 2900
Metairie, Louisiana 70002

United States Department of Justice Civil Division
Attention: Henry Miller
1331 Pennsylvania Avenue NW Room 8203N
Washington, D.C. 20004

Ms. Courtney Hymel
Formaldehyde Trailer Claims Office
4731 Canal St.
New Orleans, Louisiana 70119

_____
Melanie H. Muhlstock

## SCHEDULE A

1.Herbert, Karen
2.Guy, Sandra A
3.Kinkella, Jan
4.Segura, Jefferey
5.Shavers, Catherine
6.Chandler, Mary
7.Brass, Ty'Alize
8.Jones, Jarrick
9.Jones, Kevin
10.Jones, Shalonda
11.LeCompte, George
12.Mason-Olivo, Melissa
13.Olivo, Andrew
14.Gallow, Jacklyn
15.Harper, Mattie
16.Ellis, Landon
17.Ellis, Shauna

https://www.fedex.com/shipping/html/en/PrintIFrame.html

From:    Origin ID: BPAA    (212) 740-7700
Denny Tang
Parker Waichman Alonso LLP
111 Great Neck Rd

Great Neck, NY 11021



Ship Date: 24DEC09
ActWgt: 1.0 LB
CAD: 8218127/INET9090
Account#: S *********

Delivery Address Bar Code

SHIP TO:    (800) 529-4636    BILL SENDER
Courtney Hymel
Formaldehyde Trialer Claims Office
4731 CANAL ST

NEW ORLEANS, LA 70119

Ref #    MDL 1873
Invoice #
PO #
Dept #    Intake Unit



TRK#    7931 3408 9789
0201

MON - 28DEC       A1
STANDARD OVERNIGHT



XH NEWA

70119
LA-US
MSY

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

1 of 1

12/24/2009 12:17 PM

FedEx

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ›      Track ›      Manage ›      Business Solutions ›

## Detailed Results

Printable Version        Help

Enter tracking number

| Detailed Results | Notifications |

---

Tracking no.: 793134089789                                       E-mail notifications

### Delivered

Initiated    Picked up    In transit    Delivered

**Delivered**
Signed for by: S.ARSENEAUX

| Shipment Dates | Destination |
|---|---|
| Ship date ⑦  Dec 24, 2009 | NEW ORLEANS, LA |
| Delivery date ⑦  Dec 28, 2009 2:09 PM | Signature Proof of Delivery ⑦ |

### Shipment Facts                                              Help

| Service type | Standard Pak | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 2.0 lbs/0.9 kg | Reference | MDL 1873 |
| | | Department number | Intake Unit |

### Shipment Travel History                                     Help

Select time zone: Select

Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 28, 2009 2:09 PM | Delivered | NEW ORLEANS, LA | |
| Dec 28, 2009 7:30 AM | On FedEx vehicle for delivery | HARAHAN, LA | |
| Dec 28, 2009 6:25 AM | At local FedEx facility | HARAHAN, LA | Package not due for delivery |
| Dec 28, 2009 4:17 AM | At dest sort facility | KENNER, LA | |
| Dec 26, 2009 3:18 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 25, 2009 3:08 AM | In transit | MEMPHIS, TN | |
| Dec 25, 2009 1:00 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 24, 2009 7:39 PM | Left FedEx origin facility | GARDEN CITY, NY | |
| Dec 24, 2009 4:29 PM | Picked up | GARDEN CITY, NY | |
| Dec 24, 2009 10:30 AM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx.

http://www.fedex.com/Tracking                                   12/31/2009