# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | )      MDL NO. 1873 ) ) ) SECTION: N(4) |
| THIS RELATES TO: Plaintiff: Reginald Gasper | ) ) JUDGE: ENGELHARDT ) MAG: ROBY ) ) ) ) |

### PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Reginald Gasper

B.   Maiden or other names used or by which you have been known: N/A

C.   Current Street Address: 1725 Wagner Street, New Orleans, LA 70114

D.   Home Telephone No.: 504-324-5763
Cell Phone No.: 281-838-4522
Work Telephone No: N/A
Other Telephone Nos.: N/A

E.   Email address:  N/A

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

   1.   State which individual or estate you are representing:

   2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

   3   Address (or last known address if deceased):

   4.   Home Telephone No.:
   Cell Phone No.:
   Work Telephone No:
   Other Telephone Nos.:

   5.   E-mail address:

   6.   If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B. Please state the name and address of the attorney representing you:

Parker Walchman Alonso LLP        &        Becnel Law Firm LLC
_____
Attorney's Name/Law Firm
Great Neck, New York, 11021        &        Reserve, LA 70084
_____
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑        No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? Including but not limited to Bronchitis; Please see attached medical records _____

3. <u>During the time that you lived</u> in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☐ burning of eyes
☐ tearing of eyes
☑ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☑ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☑ headaches
☑ nausea
☑ vomiting
☐ bloody vomiting
☑ abdominal pain
☑ diarrhea
☑ difficulty in breathing
☑ wheezing
☑ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

☑ bronchitis
☐ throat irritation
☐ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☑ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of
   childhood asthma
☑ allergies for the first time in your life
☐ worsening of allergies that you had previous
   to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☑ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? No_____

If yes, which kind of cancer?

_____

5.   When do you claim this injury or disease first occurred? I do not recall_____

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes☐        No☑

*If "Yes,"* when and who diagnosed the condition at that time?

_____

_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes☐        No☑

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐     No ☑

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____

_____

_____

To your understanding, describe the condition for which treated:

_____

_____

_____

State when you were treated for this psychological, psychiatric or emotional problem

_____

_____

_____

List the medications prescribed or recommended by the physician or counselor

_____

_____

_____

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐     No ☑

*If "Yes,"* state the amount of your claim: _____

5

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1725 Wagner Street, New Orleans, LA 70114 | 12/28/1988-present |
| | |
| | |
| | |
| | |

B.   State Driver's License Number and State Issuing License: N/A

C.   Date and Place of Birth: December 28, 1988          Place: New Orleans, LA

D.   Sex:  Male ☑          Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| L.B. Landry | 2003-2005 | High school studies | None |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Smood Side Inc. | 1229 Mourman | 11/2006-9/1/2009 | Sales/cashier |
| | | | |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Smood Side Inc. | 1229 Mourman | 11/2006-9/1/2009 | Sales/cashier |
| | | | |

6

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐     No ☑

*If "Yes,"* state the following:

a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.  Previous Claims Information

1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐     No ☑     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

7

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐      No ☑      Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|-------------|-------------------------------|-------------------|--------------------------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐      No ☑

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home: I do not recall _____

2.   VIN: 4X4T5MC2X6R304606 _____

3.   FEMA Identification No.: 91-1880501 _____

4.   Bar Code Number on FEMA housing unit: 1345723 _____

8

5.   Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☑   Mobile Home ☐

6.   Move-in Date: March 2006

7.   Move-out Date: September 2006

8.   Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
1725 Wagner Street, New Orleans, LA 70114

9.   Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

10.   State the reason you stopped living in the FEMA trailer or mobile home:
Because it made me very sick.

11.   Please state the approximate square footage of the FEMA housing unit: I do not recall

12.   Please state the approximate length and width of the FEMA housing unit: I do not recall

13.   What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20 hours per day

14.   Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
Yes ☑       No ☐

15.   Is/was the FEMA housing unit hooked up to a sewer line?
Yes ☑       No ☐

16.   Is/was the FEMA housing unit hooked up to an electrical line?
Yes ☑       No ☐

17.   Is/was the FEMA housing unit hooked up to natural gas line?
Yes ☐       No ☑

18.   Is/was propane gas used in the FEMA housing unit?
Yes ☑       No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? None _____

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐     No ☑

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☑     No ☐

*If "Yes,"* please state when the test was performed and who prepared this testing: FEMA tested after I got sick· do not recall dates _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐     No ☑

*If "Yes,"* please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☑     No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:
Minor maintenance, changed locks on doors, do not recall dates _____

_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Reginald Gasper | 20 | 1725 Wagner Street, New Orleans, LA 70114 (504) 324-5763 | From 3/2006 <br> To 9/2006 | Yes ☑ <br> No ☐ <br> Don't Know ☐ | Bronchitis, upper respiratory problems, and difficulty breathing for months at a time. |
| | | | From ____ <br> To ____ | Yes ☐ <br> No ☐ <br> Don't Know ☐ | |
| | | | From ____ <br> To ____ | Yes ☐ <br> No ☐ <br> Don't Know ☐ | |
| | | | From ____ <br> To ____ | Yes ☐ <br> No ☐ <br> Don't Know ☐ | |
| | | | From ____ <br> To ____ | Yes ☐ <br> No ☐ <br> Don't Know ☐ | |
| | | | From ____ <br> To ____ | Yes ☐ <br> No ☐ <br> Don't Know ☐ | |

## VI.    MEDICAL BACKGROUND

A.    Height: 6'1"____

B.    Current Weight: 220____

Weight prior to living in a FEMA trailer or mobile home: 190_____

C.    Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☑    Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐    Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

1.   Date on which smoking/tobacco use ended:_____
2.   Amount smoked or used on average:
_____ per day for _____ years.

☐   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1.   Amount currently smoked or used on average:
_____ per day for _____ years.

D.   Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1.   Amount smoked or used on average, if you know:
_____ per day for _____ years.
2.   Relationship to you: _____
3.   Please state whether the smoking occurred inside, outside or both._____

E.   Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐        No ☑

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐        No ☑

F.   Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1.   Lung or other respiratory disease
Yes ☑        No ☐

*If "Yes,"* please indicate the following:

Name and description of each illness, disease, or abnormal condition:
Upper respiratory infections, difficulty breathing, chest pains.
_____

The date of illness:
I do not recall
_____

2.   Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐        No ☑

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.    Long-term stomach or bowel disease
      Yes ☐        No ☑

      *If "Yes," please indicate the following.*

      Name and description of each illness, disease, or abnormal condition:

      _____

      _____

      The date of illness:

      _____

      _____

4.    Skin disease
      Yes ☐        No ☑

      *If "Yes," please indicate the following.*

      Name and description of each illness, disease, or abnormal condition:
      I had bumps on my skin but they eventually went away
      _____

      The date of illness:
      I do not recall
      _____

      _____

G.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

      1.    To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

            Yes ☑        No ☐        Don't Recall ☐

            *If "Yes," answer the following:*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| I do not recall | I do not recall | I do not recall | West Jefferson | Respiratory problems |
|  |  |  |  |  |
|  |  |  |  |  |

13

```
┌──────────┬────────┬────────┬─────────────┬──────────┐
│          │        │        │             │          │
└──────────┴────────┴────────┴─────────────┴──────────┘
```

## VII. MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: West Jefferson Medical Center _____
     Specialty, if any: _____
     Address: 1111 Medical Center Boulevard, Marrero, LA 70072 _____
     Phone: 504-349-6504 _____
     Treatment received: See medical records _____
     Dates of treatment: See medical records _____

     Doctor's Name: _____
     Specialty, if any: _____
     Address: _____
     Phone: _____
     Treatment received: _____
     Dates of treatment: _____

     Doctor's Name: _____
     Specialty, if any: _____
     Address: _____
     Phone: _____
     Treatment received: _____
     Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

     _____
     _____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
     Yes ☐        No ☑

     *If "Yes,"* please provide the name and address of the health care professional.

     _____
     _____

14

## VIII. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a **copy of the** documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☑   No ☐

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☑   No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐   No ☑

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐   No ☑

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐   No ☑

F.  Decedent's death certificate, if applicable.
Yes ☐   No ☑

G.  Report of autopsy of decedent, if applicable.
Yes ☐   No ☑

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

15

A.    Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| I do not recall | I do not recall |
| | |
| | |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| West Jefferson Medical Center | 1111 Medical Center Boulevard, Marrero, LA 70072 | See medical records |
| | | |
| | | |
| | | |
| | | |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| West Jefferson Medical Center | 1111 Medical Center Boulevard, Marrero, LA 70072 | See medical records | See medical records |
| | | | |
| | | | |
| | | | |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| West Jefferson Medical Center | 1111 Medical Center Boulevard, Marrero, LA 70072 | See medical records | See medical records |
| | | | |
| | | | |
| | | | |
| | | | |

E.    Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| West Jefferson Medical Center | 1111 Medical Center Boulevard, Marrero, LA 70072 | See medical records |
| | | |
| | | |

16

| | | |
|---|---|---|
| | | |
| | . | . |
| | | |

F.     Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| I do not recall | I do not recall |
| | |
| . | |
| | |
| | |

17

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Reginald Gasper*   Reginald GAsper   9-17-09

Signature of Plaintiff                Print Your Name                Date

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: _Reginald Gasper_

Date of Birth: _12-28-1988_

Last Four Numbers of SSN: _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_

    I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 17 day of ___Sept.___, 2009.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

NAME OF FACILITY: _____
Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No: |
|---|---|---|
| Reginald Gasper | 12-28-1988 | 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 |
| Address: 1725 Wagner Street | | Telephone No.: 281-838-4522 |
| City: New Orleans   State: LA | | Zip Code: 70114 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* . _____
*Title.* . _____
*Address.* _____

Purpose: To Protect My Legal Rights _____
For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| | ☐ Abstract/pertinent | ☐ Lab | ☐ Progress Notes |
| | ☐ Emergency Room | ☐ Imaging/Radiology | ☐ Physician's Orders |
| Requested: | ☐ H&P | ☐ Cardiac Studies | ☐ Entire Record |
| | ☐ Consult Report | ☐ Face Sheet | ☐ Other_____ |
| | ☐ Operative Report | ☐ Nursing Notes | |
| ☐ Copies of the records & | ☐ Rehab Services | ☐ Medication Record | |
| ☐ Inspection of the record | | | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed): _____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_Reginald Gasper_                    _9-17-09_
Signature of Patient/Legal Representative        Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _Reginald Gasper_ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _9-17-09_

Name: _Reginald Gasper_ (print legibly or type out name)

Signature: _Reginald Gasper_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br><br>Federal Emergency Management Agency<br>Office of the Director<br>500 C Street South West<br>Washington D.C. 20472 | 2. Name, Address of claimant and claimant's personal representative, if any. (See Instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Reginald Gasper<br>1728 Wagner St.<br>New Orleans, La 70117 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>□ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH<br>12/28/1988 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>SEE ATTACHED RIDER | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)
The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed claimant to excessive and unsafe levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statues, regulations and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure
SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.
The claimant has suffered and continues to suffer from eye, nose and throat irritation, headache, nausea, asthma like symptoms, shortness of breath, emotional distress, fear of illness, including cancer. The foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8(SUPRA).

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| Reginald Gasper<br>1728 Wagner St.<br>New Orleans La 70117 | | |

| 12. (See Instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$200,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$200,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>Reginald Gasper | 13b. Phone number of person signing form<br>504 307 7522 | 14. DATE OF SIGNATURE<br>01/07/09 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109
NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE

KELL, WACHTEL CHIARARA & ALONSO
ATTORNEYS AT LAW
111 GREAT NECK ROAD
SUITE 101
GREAT NECK, NY 11021

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes   ☐ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claim for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

RIDER

6. Claimant became aware of the potential exposure within the last two years.

8. Basis of Claim (state in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and/or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposed to dangerously high levels of formaldehyde. The U.S. and it agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufacturers of the trailer housing units to ensure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general, concealed and knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for those suffering from such exposure injuries. The U.S. through its agencies, including but not limited to FEMA, has engaged in a concerted effort to "cover-up" and conceal testing results of the formaldehyde levels in the trailer units provided to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC section 1983, and all applicable law, state and federal statutes or ordinances, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10. The claimant has suffered and continues to suffer from eye, nose and/or throat irritation, nose bleeds, headaches, nausea, asthma like symptoms and respiratory problems, shortness of breath, emotional distress, fear of illness, including cancer, and or increased risk of cancer. The full residual effects are yet unknown, but are serious in nature. And foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer, and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages, flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

 **West Jefferson Medical Center**

Emergency Services

Mailing Address: 1101 Medical Center Blvd. Marrero, Louisiana 70072
Customer Service Address: 4413 Wichers Drive Suite 105  Marrero, Louisiana 70072    **All Billing Inquiries - Please Call (504) 349-1282**

| PATIENT | ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO. |
|---|---|---|---|---|
| GASPER,REGINALD | 0613000514 | 05/10/06 | 05/11/06 | 001 |

REFER TO THIS NUMBER
ON ALL CORRESPSONDENCE

RESPONSIBLE PARTY:
REGINALD LEE
1725 WAGNER ST
NEW ORLEANS     LA 70114

| BILLING DATE | PT. TYPE |
|---|---|
| 05/17/06 | ER |

THIS CLAIM WILL BE  FILED WITH THE FOLLOWING INSURANCE PLAN(S) :
1   530100 HUMANA OCHSNER HEALTH PLANS
2
3
4

| POSTING DATE | ORDER NO. | SERVICE ITEM NO. | SERVICE ITEM DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 05/10/06 | 6 | 60515 | QUICK FLU, A OR B, EACH | 1 | 155.00 | 155.00 |
|  |  |  | TOTAL LABORATORY |  |  | 155.00 |
| 05/10/06 | 5 | 60105 | MONO TEST | 1 | 105.00 | 105.00 |
| 05/10/06 | 2 | 60399 | GROUP A STREP SCREEN | 1 | 123.00 | 123.00 |
| 05/10/06 | 3 | 60399 | GROUP A STREP SCREEN | 1 | 123.00 | 123.00 |
|  |  |  | TOTAL LABORATORY/IMMUNOLOGY |  |  | 351.00 |
| 05/10/06 | 4 | 10311 | CULT BACT, THROAT | 1 | 178.00 | 178.00 |
|  |  |  | TOTAL LAB/BACERIOLOGY-MICRO |  |  | 178.00 |
| 05/10/06 | 1 | 20450 | CHEST, PA & LAT | 1 | 286.00 | 286.00 |
|  |  |  | TOTAL DX X-RAY/CHEST |  |  | 286.00 |
| 05/10/06 | 7 | 1012 | LEVEL III - PEDIATRIC | 1 | 399.00 | 399.00 |
|  |  |  | TOTAL EMERGENCY ROOM |  |  | 399.00 |
|  |  |  | TOTAL CHARGES |  |  | 1,369.00 |
| 06/09/06 | 871 | I5300 | HUMANA OCHSNER PAYMENT    530100 | 277.00CR |  |  |
| 05/18/06 | 999 | A5300 | HUMANA OCHSNER ADJUSTMENT 530100 | 1,042.00CR |  |  |
|  |  |  | TOTAL PAYMENTS/ADJUSTMENTS |  |  | 1,319.00CR |
|  |  |  | ESTIMATED PATIENT BALANCE DUE |  |  | 50.00 |

Estimated patient balance due is an estimate. The estimated patient
balance may change due to previously met deductibles, non-covered
charges, or other  determinations by your insurance plan. Total
charges do not include professional fees for certain physician services,
including anesthesiology and radiology. You may receive bills and
statements from these and other physician groups.

**ACCOUNT BALANCE**        50.00

ALL BENEFITS ARE ASSIGNED TO WEST JEFFERSON MEDICAL CENTER

 **West Jefferson Medical Center**

| | |
|---|---|
| | Emergency Services |

Mailing Address: 1101 Medical Center Blvd.  Marrero, Louisiana 70072
Customer Service Address:  4413 Wichers Drive  Suite 105  Marrero, Louisiana 70072          **All Billing Inquiries - Please Call (504) 349-1282**

| PATIENT | ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO. |
|---|---|---|---|---|
| GASPER,REGINALD | 0613300108 | 05/13/06 | 05/13/06 | 001 |

↑        ↑
REFER TO THIS NUMBER
ON ALL CORRESPSONDENCE

RESPONSIBLE PARTY:
    REGINALD LEE
    1725 WAGNER ST
    NEW ORLEANS        LA 70114

| BILLING DATE | PT. TYPE |
|---|---|
| 05/19/06 | ER |

THIS CLAIM WILL BE FILED WITH THE FOLLOWING INSURANCE PLAN(S) :
    1    530100 HUMANA OCHSNER HEALTH PLANS
    2
    3
    4

| POSTING DATE | ORDER NO. | SERVICE ITEM NO. | SERVICE ITEM DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 05/13/06 | 8 | 5719 | LEVALBUTEROL SOLN INH 1.25MG | 1 | 11.00 | 11.00 |
| 05/13/06 | 9 | 5719 | LEVALBUTEROL SOLN INH 1.25MG | 1 | 11.00 | 11.00 |
| 05/13/06 | 5 | 9382 | RANITIDINE HCL INJ 50MG/ | 1 | 31.00 | 31.00 |
| | | | TOTAL PHARMACY | | | 53.00 |
| 05/13/06 | 3 | 20001 | COMPREHENSIVE METABOLIC PANE | 1 | 237.00 | 237.00 |
| | | | TOTAL LABORATORY/CHEMISTRY | | | 237.00 |
| 05/13/06 | 2 | 50083 | CBC & DIFF | 1 | 97.00 | 97.00 |
| | | | TOTAL LABORATORY/HEMATOLOGY | | | 97.00 |
| 05/13/06 | 1 | 21010 | KUB ABD | 1 | 235.00 | 235.00 |
| | | | TOTAL RADIOLOGY DX | | | 235.00 |
| 05/13/06 | 4 | 30290 | CT ABD, W/O CONTRAST | 1 | 1,508.00 | 1,508.00 |
| | | | TOTAL CT SCAN/BODY | | | 1,508.00 |
| 05/13/06 | 10 | 1013 | LEVEL IV - PEDIATRIC | 1 | 695.00 | 695.00 |
| | | | TOTAL EMERGENCY ROOM | | | 695.00 |
| 05/13/06 | 7 | 1754 | CEFTRIAXONE SOD INJ 1G | 1 | 133.00 | 133.00 |
| 05/13/06 | 6 | 47590 | ONDANSETRON HCL 1MG INJ | 2 | 102.00 | 204.00 |
| | | | TOTAL DRUGS/DETAIL CODES | | | 337.00 |
| | | | TOTAL CHARGES | | | 3,162.00 |
| 06/26/06 | 364 | I5300 | HUMANA OCHSNER PAYMENT    530100 | | 319.61CR | |
| 05/20/06 | 497 | A5300 | HUMANA OCHSNER ADJUSTMENT 530100 | | 2,835.00CR | |
| 02/23/07 | | D0001 | Insurance Refund Approved 530100 | | 42.61 | |
| | | | TOTAL PAYMENTS/ADJUSTMENTS | | | 3,112.00CR |
| | | | ESTIMATED PATIENT BALANCE DUE | | | 50.00 |

Estimated patient balance due is an estimate.  The estimated patient
balance may change due to previously met deductibles, non-covered
charges, or other determinations by your insurance plan.  Total
charges do not include professional fees for certain physician services,
including anesthesiology and radiology.  You may receive bills and
statements from these and other physician groups.

**ACCOUNT BALANCE**        50.00

ALL BENEFITS ARE ASSIGNED TO WEST JEFFERSON MEDICAL CENTER

 **West Jefferson Medical Center**

Outpatient Services

Mailing Address: 1101 Medical Center Blvd.  Marrero, Louisiana 70072
Customer Service Address: 4413 Wichers Drive  Suite 105  Marrero, Louisiana 70072      **All Billing Inquiries - Please Call (504) 349-1282**

| PATIENT | ACCOUNT NUMBER | DATE ADMITTED | DATE DISCHARGED | PAGE NO. |
|---------|---------------|---------------|-----------------|----------|
| GASPER,REGINALD | 0613600314 | 05/16/06 | 05/16/06 | 001 |

↑   ↑
REFER TO THIS NUMBER
ON ALL CORRESPSONDENCE

RESPONSIBLE PARTY:
REGINALD LEE
1725 WAGNER ST
NEW ORLEANS        LA 70114

| BILLING DATE | PT. TYPE |
|--------------|----------|
| 05/20/06 | O/P |

THIS CLAIM WILL BE FILED WITH THE FOLLOWING INSURANCE PLAN(S) :
1     400400 MEDICAID COMMUNITY CARE
2
3
4

| POSTING DATE | ORDER NO. | SERVICE ITEM NO. | SERVICE ITEM DESCRIPTION | QTY | ITEM PRICE | TOTAL CHARGES |
|--------------|-----------|------------------|--------------------------|-----|------------|---------------|
| 05/16/06 | 1 | 20460 | CHEST-PA & LAT<br>TOTAL RADIOLOGY DX | 1 | 286.00 | 286.00<br>286.00 |
| | | | TOTAL CHARGES | | | 286.00 |
| 06/02/06 | 646 | I4000 | Medicaid Payment        400400 | | 53.60CR | |
| 05/21/06 | 499 | A4000 | Medicaid Contractual Adj     400400 | | 200.71CR | |
| 12/14/06 | 447 | A4000 | Medicaid Contractual Adj     400400 | | 31.69CR | |
| | | | TOTAL PAYMENTS/ADJUSTMENTS<br>ESTIMATED PATIENT BALANCE DUE | | | 286.00CR<br>0.00 |

Estimated patient balance due is an estimate. The estimated patient
balance may change due to previously met deductibles, non-covered
charges, or other determinations by your insurance plan. Total
charges do not include professional fees for certain physician services,
including anesthesiology and radiology. You may receive bills and
statements from these and other physician groups.

**ACCOUNT BALANCE**            **0.00**

ALL BENEFITS ARE ASSIGNED TO WEST JEFFERSON MEDICAL CENTER

# EMERGENCY DEPARTMENT - WEST JEFFERSON MEDICAL CENTER - DISCHARGE INSTRUCTIONS

The medical examination and treatment you have received in the Emergency Room (E.R.) has been provided by an emergency physician who is an independent practitioner and not a hospital employee. Care has been rendered on an emergency basis only and is not intended as a substitute for total, thorough, on-going care that only your private physician can provide. You should inform your physician or clinic as soon as possible of the problem that prompted your visit today and give him a progress report on your condition including any new or remaining problems. A copy of this record will not be forwarded to your physician. A copy of medical records can be obtained by contacting West Jefferson Medical Center's Health Information Management department at (504) 349-1750.

| REFERRAL PHYSICIAN ADDRESS: | INSTRUCTIONS TO PATIENT: | | | | | ☐ M.D. KNOWN |
|---|---|---|---|---|---|---|
| | SEE DR._____ IN _____ DAYS, FOLLOWING INSTRUCTION SHEET _____ TO PATIENT | | | | | |
| PHONE NUMBER: | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1448 PM | PATIENT'S SIGNATURE / AUTHORIZED PERSON | | | SIGNATURE OF PHYSICIAN / NURSE | | |

| TIME: 4:35 | ALLERGIES: NKDA | | MEDICATION ORDERS | TIME ORDERED |
|---|---|---|---|---|
| T 98⁸ | | CBC / KUB | | |
| P 116 | | CMP / Zantac 50 mg IV | 1520 |
| R 19 | PAIN SCALE ____ | LYTES + / Zofran 8 mg IV | 1517 |
| B/P 137/66 | PULSE OX 97% | AMYLASE / NS 1 LITER OVER 1 | 1508 |
| ATTENDING PHYSICIAN: (T) | | LIPASE | |
| | | BNP / CT abd ō contrast | |
| see Progress Note | | CARD ENZY | |
| | | LIVER PROFILE / Ceftriaxone 1g IV x̄ī | 1810 |
| | | BLOOD CULTURE / Xopenex 1.25mg neb x̄ī | 1812 |
| | | PT/PTT / Xopenex 1.25 mg neb x̄ī | 1838 |
| | | U/A / UPT / C & S (LAB) | |
| | | U/A / UPT (CLINITEK) | |
| | | CXR AP / LAT | |
| | | CXR PORTABLE | |
| | | ABDOMEN FLAT/ERECT | |
| | | CT | |
| | | ULTRASOUND | |
| | | EKG | |

| MODE OF DISCHARGE | | CONDITION ON DISCHARGE | | DISPOSITION/TIME | |
|---|---|---|---|---|---|
| AMB / CARRIED | W/C STRETCHER | GOOD | CRITICAL | CLEARED | |
| | | FAIR | EXPIRED | ADMIT | |
| | | | | DISCHARGE | 1910 |
| | | | | TRANSFER | |
| | | | | EXPIRED | |

PHYSICIAN SIGNATURE:  S. Edelman MD

RX    DIAGNOSTIC IMPRESSION:
1) Viral Gastroenteritis  3) dehydration
2) Bronchitis

CONTROL NUMBER

**EMERGENCY ROOM**
**MEDICAL RECORD**
**West Jefferson Medical Center**

PRINTED BY: dmcmillian
DATE   12/28/2008   Page 1 of 8

ACCT#:0613300108   MBN01441407
GASPER, REGINALD                SEX:      M
DOB: 12/28/1988   AGE:17Y   ADM:5/13/2006
EDELMAN, SAMUEL, MD    RM:


File Name: ERMedicalRecord        PHY0556        Revision Date: 7/29/2005

DATE: 5/13/06 TIME: 1500 ROOM: 2 ___ EMS Arrival

HISTORIAN: mother   father   (patient)   paramedics ___

___ HX / ___ EXAM LIMITED BY: _____

## HPI

**chief complaint:** fever   cough / congested   fussy   pulling ears
vomiting   diarrhea   seizure   Ingestion   sore throat

17 yo male c̄ vomiting

**started:** X 12 today

| | |
|---|---|
| | continues in ED |
| | gone now / better |
| | intermittent |
| | worse |

**severity:** mild   moderate   severe

**current & associated symptoms:**

**GENERAL**
fever_____
• to ___ °F   R O T Ax
• subjective   persistent

**HEENT**
ear ache / pulling at ears  R / L
runny nose / congestion_____
• colored / clear drainage
• sore throat
red eyes / discharge  R / L

**CHEST**
cough_____
• with vomiting after cough
trouble breathing_____
• wheezing   stridor
• mild  moderate  severe

**GI**
vomiting x 12
• bilious   bloody
diarrhea x _____
blood in stools_____
abdominal pain
• general   periumbilical
  RUQ  RLQ  LUQ  LLQ
  migrated periumbilical to RLQ

**NEURO**
acting differently_____
• fussy  crying  more  inconsolable
  not sleeping   decr activity
headache_____
seizure_____
• generalized   focal
• duration_____
• incontinent  postictal  confusion
• meds compliant / non compliant
chest pain_____
• sharp
• inspiration
• cough
**GU**
drinking / eating less_____
• not drinking
• decreased urination
last urinated_____
pain with urination_____
**SKIN**
skin rash / diaper rash_____
• facial  trunk  extremities  diffuse
• "redness"  "hives"_____
**MS / LYMPH**
extremity pain / swelling
"lumps" or "swollen glands"_____

sick contacts   home   school   other_____

[all systems neg. except as marked]

**INGESTION**   substance:_____
amount:_____
time:_____
called poison control PTA   given ipecac PTA   vomited p̄ Ingestion
lethargic   other symptoms after ingestion

Similar symptoms previously_____ Ø

Recently seen / treated by doctor ED 5/10 dx d̄ viral illness

**PAST HX**   negative
ear infection(s)_____
_____
_____
_____

problems in-utero_____
premature birth_____
complications at birth_____

other problems  HTN

| | |
|---|---|
| bronchitis / bronchiolitis_____ |
| pneumonia_____ |
| asthma_____ |
| pharyngitis_____ |
| urinary tract infection_____ |
| diabetes_____ |
| febrile seizure_____ |
| seizure disorder_____ |
| cardiac problems_____ |
| RSV_____ |
| PET's_____ |

**Immunizations-** (up-to-date)

**Medications**   none   (see nurses note)   **Allergies**  NKDA
ASA   Ibuprofen   acetaminophen            (see nurses note)

**SOCIAL HX**   smoking in house (second-hand exposure)_____
attends daycare / school_____   caregiver_____
Ø

**FAMILY HX**   no significant inherited disorder   asthma_____
Ø

## EMERGENCY PHYSICIAN RECORD

**14   PEDIATRIC ILLNESS   (5)**

West Jefferson
Medical Center

PRINTED BY: dmcmillian.
DATE   6/ Page 2006

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

PHY0323

ACCT#: 0613300108          MRN:0001441407
GASPER, REGINALD                    SEX: M
DOB: 12/28/1988 AGE:17Y   ADM: 5/13/2006
EDELMAN, SAMUEL, MD       RM:

Revision Date: 7/2004

☒ Nursing Assessment Reviewed ☒ Vitals Reviewed ☒ Tetanus Immun. UTD

## PHYSICAL EXAM

**General Appearance** ___ c-collar ( PTA / in ED ) / backboard ___
✓ no acute distress ___ mild / moderate / severe distress ___
✓ active / playful / smiles ___ fussy / crying / cries on exam / irritable
✓ attentiveness nml (for age)
___ good eye contact ___ lethargic / weak cry ___
___ sleeping/easily aroused

**\*INFANTS:**
___ nml consolability ___ poor consolability / poor intake suck ___
___ nml feeding / suck ___ poor muscle tone ___
___ flat anter. fontanel ___ closed / bulging / sunken anter. fontanel ___

**NEURO**
✓ nml motor / sensory ___ facial asymmetry / EOM palsy / anisocoria ___
✓ CN's nml as tested ___ sensory loss / weakness ___

**HEENT**
✓ conjunct. & lids nml ___ tenderness / swelling ___
✓ PERRL ___ scleral icterus / injected conjunctivae ___
___ conjunctival exudate ___
___ sunken eyes ___
___ photophobia ___
✓ ears nml ___ TM erythema ( R / L ) ___
___ TM dullness ( R / L ) ___
___ Loss of TM landmarks ( R / L ) ___
___ TM obscured by wax ( R / L ) ___
✓ nose nml ___ rhinorrhea / purulent nasal drainage ___
✓ pharynx nml ___ pharyngeal erythema ___
✓ moist mucous ___ ulcerations / vesicles ___
membranes ___ tonsillar exudate ___
___ drooling / trismus / mass ___
___ dry mucous membranes ___

**NECK**
✓ supple, no masses ___ meningismus / Brudzinski / Kernig's ___
✓ neg meningeal signs ___ lymphadenopathy ___

**CVS**
✓ reg. rate & rhythm ___ murmur grade ___ /6 sys / dias ___
✓ heart sounds nml ___ decreased cap refill / peripheral pulses ___
✓ strong periph pulses ___ capillary refill ___ sec

**RESPIRATORY**
✓ no resp. distress ___ respiratory distress ___
✓ breath sounds nml ___ retractions / accessory muscle use ___
___ prolonged expirations ___
___ decreased air movement ___
___ grunting ( infants ) ___
___ stridor ___
___ rhonchi / wheezing / rales ___

**ABDOMEN**
✓ non-tender ___ tenderness / guarding / rebound ___
✓ no organomegaly ___ hepatomegaly / splenomegaly / mass ___
___ abnormal bowel sounds ___

**GENITALIA** ___ discharge / erythema / swelling / tenderness ___
___ nml inspection ___
___ circumcised (male) ___
___ uncircumcised (male) ___

**EXTREMITIES**
✓ non-tender ___ tenderness ___
✓ nml ROM

**SKIN**
✓ no rash ___ cyanosis / diaphoresis / pallor ___
✓ no petechiae ___ poor skin turgor ___
✓ normal color ___ skin rash / diaper rash ___
✓ warm, dry, urticarial eczematous impetiginous varicelliform
nml palpation scarlatiniform monilial erythematous vesicular crusted

## EMERGENCY PHYSICIAN RECORD

**14 PEDIATRIC ILLNESS (5)**

**West Jefferson Medical Center**

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

PRINTED BY: dmcmillian
DATE 6/28/2008

Page 2 of 2

PHY0323

---

## LABS & X-RAYS:

| CBC | | Chemistries | ESR ___ | UA |
|---|---|---|---|---|
| normal except | | normal except | | normal except |
| WBC 12.8 | | Gluc ___ | Rapid Strep | WBC's 1 |
| Hgb 15.9 | | BUN ___ | pos / neg ___ | RBC's 1 |
| Hct 45.7 | | Creat ___ | | bacteria 1 |
| Platelets 201 | | Na ___ | | dip: |
| segs 84 | | K ___ | **Fecal** | |
| bands ___ | | Cl ___ | **Leukocytes** | |
| lymphs 8 | | CO2 ___ | none few | gram stain: ___ |
| monos 7 | | Anion Gap ___ | mod. many | |
| eos ___ | | | | |

**LP** ___ discussed risks, benefits, alternatives; parent/guardian consents.
sitting / lying (R / L) open. press.=___
betadine prep fluid color___ RBC___ WBC___
sterile technique glucose___ polys___ lymph___
L3-4 protein___ monos___ gm stn ___
L4-5 Bactigen panel: ___ neg ___

**CXR** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/radiologist
___ nml / NAD ___ no infiltrates ___ nml heart size ___ nml lung inflation bilat.

not / changed from: ___

**Pulse Ox** ___ % on RA / ___ L / ___ % at (time) ___

## PROGRESS:

Time ___ re-examined unchanged improved
alert nml attentiveness for age nml consolability ( infants )
ability to take food / fluid in emergency department ___

*KUB - no free air no obstruction*

*☐ 6mm (R) Iliac nodes*

___ Discussed with Dr.___ ___ CRIT CARE- 30-74 min
will see patient in: office / ED / hospital 75-104 min ___ min
✓ Counseled patient family regarding: ___ Prior records ordered
x-ray / lab results diagnosis ___ Additional history from:
need for follow-up discharge instructions family caretaker paramedics
Rx given ___ Admit orders written

## CLINICAL IMPRESSION:

Fever Meningitis / Sepsis
Otitis Media - acute - R / L Pneumonia
Pharyngitis Dehydration
Sinusitis Croup- acute
Chicken Pox Bronchitis / Bronchiolitis - acute
Viral Syndrome Urinary Tract Infection - acute
Upper Respiratory Infection Gastroenteritis / Enteritis - acute

DISPOSITION- ☒ home ☐ admitted ☐ transferred ___
CONDITION- ☐ unchanged ☐ improved ☒ stable ___

PHYSICIAN SIGNATURE ___ Edelman D ___ Date 5/13/06

ACCT#: 0613300108 MRN:0001441407
GASPER, REGINALD SEX: M
DOB: 12/28/1988 AGE:17Y ADM: 5/13/2006
EDELMAN, SAMUEL, MD RM:

Revision Date: 7/2004

DATE:_____ · TIME:_____ ROOM:_____ __ EMS Arrival

HISTORIAN:   mother   father   patient   paramedics_____

__HX / _EXAM LIMITED BY:_____

# HPI

**chief complaint:** fever   cough / congested   fussy   pulling ears
vomiting   diarrhea   seizure   ingestion   sore throat

_____
_____

started:_____

| continues in ED |
| gone now / better |
| intermittent |
| worse |

**severity:**   mild   moderate   severe

**current & associated symptoms:**

**GENERAL**
fever_____
• to_____ °F  R  O  T  Ax
• subjective   persistent
**HEENT**
ear ache / pulling at ears  R / L
runny nose / congestion_____
• colored / clear drainage
sore throat_____
red eyes / discharge  R / L
**CHEST**
cough_____
• with vomiting after cough
trouble breathing_____
• wheezing   stridor
• mild  moderate  severe
**GI**
vomiting x_____
• bilious   bloody
diarrhea x_____
blood in stools_____
abdominal pain_____
• general   periumbilical
RUQ  RLQ  LUQ  LLQ
migrated periumbilical to RLQ

**NEURO**
acting differently_____
• fussy  crying  more  inconsolable
not sleeping   decr activity
headache_____
seizure_____
• generalized   focal
• duration_____
• incontinent  postictal  confusion
• meds compliant / non compliant
chest pain_____
• sharp
• inspiration
• cough
**GU**
drinking / eating less_____
• not drinking
• decreased urination
last urinated_____
pain with urination_____
**SKIN**
skin rash / diaper rash_____
• facial  trunk  extremities  diffuse
• "redness"  "hives"_____
**MS / LYMPH**
extremity pain / swelling_____
"lumps" or "swollen glands"_____

sick contacts   home   school   other_____

☐ all systems neg. except as marked_____

**INGESTION**   substance:_____
amount:_____
time:_____
called poison control PTA   given ipecac PTA   vomited p̄ ingestion
lethargic   other symptoms after ingestion

Similar symptoms previously_____
_____
_____

Recently seen / treated by doctor_____
_____

**PAST HX**   negative
ear infection(s)_____

| bronchitis / bronchiolitis_____ |
| pneumonia_____ |
| asthma_____ |
| pharyngitis_____ |
| urinary tract infection_____ |
| diabetes_____ |
| febrile seizure_____ |
| seizure disorder_____ |

problems in-utero_____
premature birth_____
complications at birth_____

| cardiac problems_____ |
| RSV_____ |
| PET's_____ |

other problems_____

_Enlarged (R) iliac nodes (2cm_
_by 1cm). No mass. No_
_appendicitis_

_____
_____
_____
_____
_____

Immunizations-   up-to-date_____

Medications   none   see nurses note       Allergies   NKDA
ASA   ibuprofen   acetaminophen              see nurses note
_____
_____
_____

**SOCIAL HX**   smoking in house (second-hand exposure)_____
attends daycare / school_____ caregiver_____

**FAMILY HX**   no significant inherited disorder   asthma_____
_____

## EMERGENCY PHYSICIAN RECORD
**14   PEDIATRIC ILLNESS (5)**

PRINTED BY: dmcmillian
DATE      6/29/2012

West Jefferson
Medical Center

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives
PHY0323

ACCT#: 0613300108      MRN:0001441407
GASPER, REGINALD                SEX:M
DOB: 12/28/1988 AGE:17Y  ADM: 5/13/2006
EDELMAN, SAMUEL, MD      RM:

Revision Date: 7/2004

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus Immun. UTD

# PHYSICAL EXAM

**General Appearance** __ c-collar ( PTA / in ED ) / backboard_____
__no acute distress      __mild / moderate / severe distress_____
   active / playful / smiles  __fussy / crying / cries on exam / irritable
   __attentiveness nml (for age)
__good eye contact      __lethargic / weak cry_____
   sleeping/easily aroused_____

**\*INFANTS\***        __poor consolability / poor intake suck_____
__nml consolability      __poor muscle tone_____
__nml feeding / suck     __closed / bulging / sunken anter. fontanel____
__flat anter. fontanel

**NEURO**           __facial asymmetry / EOM palsy / anisocoria___
__nml motor / sensory   __sensory loss / weakness_____
__CN's nml as tested    _____

**HEENT**          __tenderness / swelling_____
__conjunct. & lids nml  __scleral icterus / injected conjunctivae____
__PERRL           __conjunctival exudate_____
                __sunken eyes_____
                __photophobia_____
__ears nml         __TM erythema ( R / L )_____
                __TM dullness ( R / L )_____
                __Loss of TM landmarks ( R / L )_____
                __TM obscured by wax ( R / L )_____
__nose nml         __rhinorrhea / purulent nasal drainage____
__pharynx nml       __pharyngeal erythema_____
__moist mucous      __ulcerations / vesicles_____
   membranes       __tonsillar exudate_____
                __drooling / trismus / mass_____
                __dry mucous membranes_____

**NECK**          __meningismus / Brudzinski / Kernig's_____
__supple, no masses    __lymphadenopathy_____
__neg meningeal signs
**CVS**           __murmur  grade __ /6  sys / dias_____
__reg. rate & rhythm   __decreased cap refill / peripheral pulses____
__heart sounds nml       capillary refill-____ sec
__strong periph pulses
**RESPIRATORY**      __respiratory distress_____
__no resp. distress    __retractions / accessory muscle use_____
__breath sounds nml    __prolonged expirations_____
                __decreased air movement_____
                __grunting ( Infants )_____
                __stridor_____
                __rhonchi / wheezing / rales_____
**ABDOMEN**        __tenderness / guarding / rebound_____
__non-tender        __hepatomegaly / splenomegaly / mass_____
__no organomegaly     __abnormal bowel sounds_____

**GENITALIA**       __discharge / erythema / swelling / tenderness
__nml inspection      _____
__circumcised (male)   _____
__uncircumcised (male)  _____
**EXTREMITIES**      __tenderness_____
__non-tender        _____
__nml ROM
**SKIN**          __cyanosis / diaphoresis / pallor_____
__no rash         __poor skin turgor_____
__no petechiae       __skin rash / diaper rash_____
__normal color       urticarial  eczematous  impetiginous  varicelliform
__warm, dry,        scarlatiniform  miliaria  erythematous  vesicular  crusted
   nml palpation      _____

## LABS & X-RAYS:

| CBC | Chemistries | ESR _____ | UA |
|---|---|---|---|
| normal except | normal except | | normal except |
| WBC_____ | Gluc_____ | Rapid Strep | WBC's __ |
| Hgb_____ | BUN_____ | pos / neg | RBC's __ |
| Hct_____ | Creat_____ | | bacteria __ |
| Platelets_____ | Na_____ | | dip: __ |
| segs_____ | K_____ | | |
| bands_____ | Cl_____ | **Fecal** | |
| lymphs_____ | CO2_____ | **Leukocytes** | gram stain__ |
| monos_____ | Anion Gap___ | none  few | |
| eos_____ | | mod.  many | |

**LP** _____ discussed risks, benefits, alternatives; parent/guardian consents.
sitting / lying (R / L)   open. press.=_____
betadine prep        fluid color_____   RBC_____   WBC __
sterile technique      glucose_____     polys_____   lymph__
L3-4              protein_____     monos_____   gm stn__
L4-5              Bactigen panel: __ neg _____
**CXR** ☐Interp. by me ☐Reviewed by me ☐Discsd w/radiologist
   __nml / NAD   __no infiltrates   __nml heart size   __nml lung inflation,bilat.

_____
not / changed from:_____   _____
**Pulse Ox** ____ % on RA/___ L / ___ % at (time)____

## PROGRESS:

Time_____   re-examined   unchanged   Improved
alert   __nml attentiveness for age   nml consolability ( Infants )
__ability to take food / fluid in emergency department_____
_____
_____
_____
_____
_____

Discussed with Dr._____     __CRIT CARE- 30-74 min
will see patient in: office / ED / hospital     75-104 min _____ min
__Counseled patient / family regarding:     __Prior records ordered
   x-ray / lab results   diagnosis         __Additional history from:
   need for follow-up   discharge instructions  family  caretaker  paramedics
   Rx given   __Admit orders written

## CLINICAL IMPRESSION:

Fever                     Meningitis / Sepsis
Otitis Media - acute- R / L        Pneumonia
Pharyngitis                 Dehydration
Sinusitis                  Croup- acute
Chicken Pox                Bronchitis / Bronchiolitis - acute
Viral Syndrome             Urinary Tract Infection - acute
Upper Respiratory Infection      Gastroenteritis / Enteritis - acute

DISPOSITION- ☐ home ☐ admitted ☐ transferred_____
CONDITION- ☐ unchanged ☐ Improved ☐ stable_____

PHYSICIAN SIGNATURE-_____ Date_____

## EMERGENCY PHYSICIAN RECORD

**14  PEDIATRIC ILLNESS  (5)**

PRINTED BY: dmcmillian

DATE _____   Page 2 of 1   6/28/2008

**West Jefferson Medical Center**

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

ACCT#: 0613300108    MRN:0001441407
GASPER, REGINALD           SEX: M
DOB: 12/28/1988 AGE:17Y  ADM: 5/13/2006
EDELMAN, SAMUEL, MD    RM:

PHY0323                              Revision Date: 7/2004

**TRIAGE** TIME: _1435_ DATE _5/13/06_

Level  I  II  III  (IV)  V

Main ED   Peds ED   Fast Track   Lobby

NAME: Gasper, Reginald

D.O.B. 12-28-88   AGE: 17   (m)

HISTORIAN: (patient) paramedics family mother

ARRIVAL MODE: (car) EMS police

PCP: (none)

^IMMUNIZATIONS: (current) / referral _____

tetanus LTN   flu _____ pneumovax _____

TREATMENT PTA   see EMS report   IV   O₂_____

last blood glucose _____

**VITALS** Height _____ Weight 88.4 kg

BP 135 / 106  P 116  RR 18   temp 98.8 TM (O) R Ax

O₂ Sat% _____ RA / O₂ 90%

**PAIN LEVEL** current: ____/10 max ____/10 acceptable ____/10

CHIEF COMPLAINT: Been @ Podge E  K x 3 days
started ___ first days ago  Also ok'd c c uas
ate too pt not feeling any better
c/o abd pain probably (-)

last oral intake _____    penile discharge _____
nausea / vomiting x "A LOT"   testicular pain _____
diarrhea _____   urinary frequency / urgency _____
blood stool / vomit / urine _____   hesitancy _____
last BM _____   pain with urination _____
fever / chills _____   back / flank pain _____

| quality: | location |
|----------|----------|
| "pain" | of pain: |
| aching | |
| dull | |
| burning | |
| cramping | |
| sharp | |
| stabbing | |
| fullness | |

radiation ( show radiation: ___ r ___ )

**ALLERGIES** (NKDA)
drug - latex / codeine / iodine _____
food - _____

| MEDS | (none) | Dose | Route | Frequency | Last Taken |
|------|--------|------|-------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |

**PAST MEDICAL HX** (negative)
kidney stone / heart disease / HTN / diabetes insulin
prostate problems _____
family history of heart disease / prostate cancer _____
past surgeries   none _____

**SOCIAL HX**
sexually active _____
smoker ___ ppd   drugs / alcohol _____
^TB exposure / symptoms _____
^has been physically hurt or threatened by someone close _____

RN Signature _____

**EMERGENCY NURSING RECORD**

**20  Abdomen / Male**

West Jefferson
Medical Center

PRINTED BY: dmcmilli
DATE   8/28/2008

© 1996 - 2004 T-System, Inc. Circle or check affirmatives. backslash (\) negatives.

---

TIME TO ROOM: _1448_   ROOM: _2_

**INITIAL ASSESSMENT** TIME: _1458_

**GENERAL APPEARANCE**
_no acute distress   _mild / moderate / severe distress
_alert   _anxious / decreased LOC

^**FUNCTIONAL / NUTRITIONAL ASSESSMENT**
_independent ADL   _assisted / total care
_appears well nourished   _obese / malnourished
_recent weight loss / gain _____

**RESPIRATORY**
_no resp distress   _mild / moderate / severe distress
_nml breath sounds   _wheezing / crackles / stridor _____
_decreased breath sounds _____

**CVS**
_regular rate   _tachycardia / bradycardia / irrg rhythm
_pulses strong   _pulse deficit _____
_skin warm & dry   _cool / diaphoretic _____
_pale / cyanotic _____

**ABDOMEN / GU**
_nml inspection   pt i umbilic sl board hard
_soft, non-tender   _tenderness / guarding / rebound _____
_bowel sounds present   _rigid / distented _____
_no discharge   _bowel sounds hypoactive / hyperactive
_nml scrotal exam   _penile discharge _____
_scrotal swelling / redness / lesions _____

**NEURO**
_oriented x3   _disoriented to person / place / time _____
_moves all extremities   _confused _____
_weakness / sensory loss _____

**ADDITIONAL FINDINGS**
(1448) pt pres alb F c/o "feeling bad" c/ wks
vomit x 2 today, dry throat, Abd pain, pt
looks unconfortable, looks sick, await in
MD's order (1504) 16g IV cathter to L AC per MD's
order, labs collected, flushed easily c 10mL NS, secured
c tape and tegaderm to skin, and IV fluids
initiated, Ø IV related complications observed (1600)
pt lying in bed, IV fluids infusing c difficulty,
Ø redness or swelling observed @ IV site, will
continue to monit, (1700) Ø A in pt status,
will continue to monitor (1730) pt back from
C.T. (1800) Rocephin 1 gm IVPB given per MD's orders
(1812) Zofran 1.25g via nebulizer given per MD's
order (1830) Zofran 1.25g via nebulizer given per MD's
order (1835) Report given to Monique (care RN) D/L.

Nurse Signature _____
^ protocol available

---

ACCT#: 0613300108   MRN:0001441407
GASPER, REGINALD   SEX: M
DOB: 12/28/1988 AGE: 17Y   ADM: 5/13/2006
EDELMAN, SAMUEL, MD   RM:

NER0266   Revision Date: 5/2005

DATE __5/13/06__

## ACTIONS

| TIME | | | INIT |
|------|------|------|------|
| 1905 | ID band applied | ID band verified | mp |
| | pulse oximeter | O₂ ___ L via ___ | |
| | hemoccult pos / neg  gastroccult pos / neg | | |
| | cardiac monitor | | |
| | Accu-Chek | | |
| 1905 | bed low position | side rails up x1 / x2 | mp |
| 1905 | call light in reach | head of bed elevated | mp |
| | ready for Dr eval. / notified doctor / seen by Dr | | |
| | restraints  see documentation | | |

## IV RECORD

| Time | Solution | Site | Ga | Pump | Rate | Amt in | INIT |
|------|----------|------|-----|------|------|--------|------|
| 1509 | NS | AC | 16g | ya | 1000 | 1000 | M |
| | | | | | | | |

## MEDICATIONS

| Time | Medication | Dose | Route | Site | INIT |
|------|------------|------|-------|------|------|
| 1517 | Zofran | 8g | IVP | (C)Pm | k |
| | Response:  no change   improved | | | | |
| 1520 | Zantec | 50g | IVPB | (C)PV | n |
| | Response:  no change   improved | | | | |
| 1935 | Scan C Contrast | bottle | PO | | n |
| | Response:  no change   improved | | | | |
| 1640 | Scan C Contrast | bottle | PO | | k |
| | Response:  no change   improved | | | | |

## PROCEDURES

| Time | | INIT |
|------|------|------|
| | Foley ___ fr. ___ mL return | |
| | straight cath ___ fr. ___ mL return | |
| | male perineal exam assisted / witnessed by: | |
| | culture / wet prep | |
| | NG ___ fr. ___ mL return | |
| | placement confirm. ___ to suction low / intermittent | |
| | Lavage ___ mL  NG / OG | |
| | return: to clear  other ___ | |
| | assisted with I&D | |
| | Iodoform gauze | |
| | urine dip | |
| 1513 | lab drawn / sent  by ED tech / nurse / lab | n |
| | results back | |
| | awaiting physician review | |
| 1535 | to Xray  w monitor / nurse / O₂ / tech | M |
| 1726 | to CT  w monitor / nurse / O₂ / tech  tech 1735 | M |
| 1545 | return to room | h |

## VITAL SIGNS

| Time | BP | P | RR | O₂sat | Rhythm | Pain | INIT |
|------|-----|-----|-----|-------|--------|------|------|
| 1650 | 129/67 | 79 | HCo | 98.4 | — | 0/10 | M |
| | | | | | | /10 | |
| | | | | | — | /10 | |

## EMERGENCY NURSING RECORD
## 20  Abdomen / Male

**West Jefferson Medical Center**

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

---

### ADDITIONAL NOTES

(1910) Pt sitting up in stretcher. SR ↑ x1. Mom at bedside. O₂ keep even + unlabored. Skin P/N/B. p̄ signs of distress noted. mp —

### INTAKE
IV / saline lock discontinued
Cather tip intact

### OUTPUT
Total Amt Infused  1000 ml
Time 1905  Initials mp

### PROPERTY:
___ patient ___ family ___ security ___ safe ___ see patient belongings list

### DISPOSITION
✓ discharged home  police  nursing home  ME  funeral home  morgue
✓ verbal / written instructions / Rx  given to:  patient  Mother
✓ verbalized understanding
___ learning barriers addressed ___
___ accompanied by / driver: ___
___ admitted / transferred  to ___
___ report to ___  time ___
___ transfer documentation completed
___ notified  family / police / ME
___ left AMA / LWBS  signed AMA / RMSE sheet  refused ___
___ physician notified of: ___

Discharge Vitals
BP 135/75 HR 93 RR 18 ___ Temp 100.2 O2 Sat ___
✓ pain level at discharge ___ 0 /10

### CONDITION
___ unchanged ___ improved ✓ stable ___ other ___
Depart Time 1910  Mode: walk / crutches W/C  stretcher  ambulance

Discharge Nurse Signature M Conell R

☐ Continuation Sheet

| SIGNATURE | INITIAL |
|-----------|---------|
| M Cone RN | mp |
| | |
| | |

^ protocol available

ACCT#:  0613300108   MRN:0001441407
GASPER, REGINALD
DOB:  12/28/1988  AGE:17Y   SEX:M
EDELMAN, SAMUEL, MD   ADM: 5/13/2006
RM:

Page 2 of 2
PRINTED BY: dmcmillian
NER0266

Revision Date: 5/2005

Date _5/13/06_

Diagnosis: ① Viral Gastroenteritis ② Bronchitis ③ Dehydration

Examined by Dr. _Edelman / Moon_

See Instruction sheet on: ☐ Asthma  ☐ Bronchiolitis  ☐ Chicken Pox  ☐ Dehydration  ☐ RSV
☐ Diarrhea  ☐ Rotovirus  ☐ Croup  ☐ Sore Throat  ☐ Otitis Media  ☐ Sutures  ☐ Vomiting
☐ Minor Head Injury  ☐ Common Cold  ☐ Other _____
Special Instructions _____
_____
_____

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency
staff will notify you and your primary care physician of any abnormal results.

## Other Instructions

Medications: (must be given as directed.)

Give _Clarithromycin 500mg 1 tablet by mouth_ Every _12_ hours for _7_ days.

Give _Albuterol MDI 2 puffs every 4 hours as needed_ times a day for ____ days

Give _Phenergan 12.5mg 1 tablet by mouth every 4-6 hours as needed nausea_

☐ Give Tylenol _____ every 4 hours as needed for fever or pain

☐ Give Advil _____ every 6 hours as needed for fever or pain

☐ Discontinue _____

☑ Return to primary care physician for follow-up in _on Monday_ days/weeks.

☐ For an appointment with Dr. _____ , call _____ to be
examined in _____ days/weeks.

☑ Return to Emergency Department if condition worsens, or if _any concerns_ _____

I have received and fully understand the above instructions.

X _Bertha Jasper_
 Parent/Guardian

X _367-7522_
 Phone Number

_(signature)_
Physician or Nurse's Signature

_5/13/06_          _1910_
Date              Time

## PEDIATRIC EMERGENCY DEPARTMENT
## DISCHARGE INSTRUCTION SHEET

PRINTED BY: dmcmillian
DATE   6/28/2008
Page 1 of 1

**West Jefferson Medical Center**

ACCT#: 0613300108    MRN:0001441407
GASPER, REGINALD              SEX:M
DOB:  12/28/1988 AGE:17Y  ADM:5/13/2006
EDELMAN, SAMUEL, MD    RM:

| Date | Time | Physician's Progress Notes |
|------|------|----------------------------|
| 5/13/06 | 6pm | Assumed Care of patient at 5pm on his way to CT scan. Upon return reviewed chart & hx c̄ patient. Pt c̄ 4-5 days of vomiting & diarrhea. Both non bloody. No fever. ⊕ sick contacts at home with gastrointestinal Sx's. CT of abd - No appendicitis or masses. ⊕ 6mm ®ilio lymphadenopathy. Pt states after fluids & Zofran feeling much better. CBC shows normal WBC but ⊕ shift. Electrolytes all normal. On Physical pt with wheezing ® but good BS ®. abd S/⊕BS ØHSM, Pt given Xopenex × 2 with resolution of wheezing. Pt given Rocephin 1gm IV. |
| | | A/P - 17 yo ♂ c̄ Vomiting/Diarrhea likely Viral c̄ Bronchitis & dehydration |
| | | 1) Phenergan 12.5 mg PO Q4-6° PRN |
| | | 2) Clarithromycin 500mg PO BID × 7d |
| | | 3) Albuterol MDI. |
| | | 4) Return to ER if any Sx's worsen |
| | | 5) F/U c̄ PCP on Monday. |

PHYSICIAN'S PROGRESS NOTES


West Jefferson Medical Center

PRINTED BY: dmcmillian
DATE      6/28/2008
          Page 1 of 1


ACCT#:   0613300108      MRN:0001441407
GASPER, REGINALD              SEX:M
DOB:   12/28/1988  AGE:17Y  ADM: 5/13/2006
EDELMAN, SAMUEL, MD      RM:

PER                          05/13/06

GASPER, REGINALD
  17 YRS        M
  (0000)000-1441407
  0613300108
  EDELMAN, SAMUEL


HEMATOLOGY-CBC/DIFF


----- Complete Blood Count -----

|  | WBC X 10^3 CMM | RBC X 10^6 CMM | HGB G/DL | HCT % |
|---|---|---|---|---|
| UNITS REFERENCE | [4.5-11.0] | [4.30-5.90] | [13.9-16.3] | [39.0-55.0] |
| 05/13/06 1522 | 12.5 H | 5.03 f | 15.9 | 45.7 |

|  | MCV U3 | MCH PG | MCHC % | RDW % |
|---|---|---|---|---|
| UNITS REFERENCE | [82.0-100.0] | [25.4-34.6] | [32.5-35.5] | [12.0-15.0] |
| 05/13/06 1522 | 90.9 | 31.6 | 34.7 | 10.7 L |

|  | NRBC/W % | PLATELET X 10^3 CMM | MEAN PLAT VOLUM FL |
|---|---|---|---|
| UNITS REFERENCE |  | [140-440] | [7.00-10.50] |
| 05/13/06 1522 | 0.0 | 201 | 8.28 |

----- Differential -----

|  | SEGS % | LYMPHOCYTE % | MONOCYTE % | EOSINOPHIL % |
|---|---|---|---|---|
| UNITS REFERENCE | [23.0-72.0] | [26.0-65.0] | [0.0-10.0] | [0.0-12.0] |
| 05/13/06 1522 | 83.7 H | 8.2 L | 7.4 | 0.4 |


Footnotes
L = Low,  H = High,  f = Footnote


cont.


GASPER, REGINALD                    05/13/062002                    1
                    PRINTED BY: dmcmillian
                    DATE     6/28/2008

HEMO-CBC/DIFF

PER                           05/13/06

GASPER, REGINALD
17 YRS        M
(0000)000-1441407
0613300108
EDELMAN, SAMUEL


### HEMATOLOGY-CBC/DIFF

----- Differential -----

|  | BASOPHILS % | SEGS X 10^3 CMM | LYMPHS X 10^3 CMM | MONO X 10^3 CMM |
|---|---|---|---|---|
| UNITS REFERENCE | [0.0-1.0] | [1.80-8.00] | [1.20-5.20] | [.00-.80] |
| 05/13/06 1522 | 0.2 | 10.46 H | 1.02 L | .92 H |

|  | EOS X 10^3 CMM | BASO X 10^3 CMM |
|---|---|---|
| UNITS REFERENCE | [.00-.45] | [.00-.20] |
| 05/13/06 1522 | .05 | .03 |

RBC X 10^6
RBC MORPHOLOGY NORMAL, UNLESS OTHERWISE NOTED IN DIFFERENTIAL.


### CHEMISTRY-CHEMISTRY PROFILE

|  | GLUCOSE MG/DL | BUN MG/DL | CREATININE MG/DL | SODIUM MMOL/L | POTASSIUM MMOL/L |
|---|---|---|---|---|---|
| UNITS REFERENCE | [65-99] | [8-20] | [0.3-1.0] | [136-144] | [3.5-5.1] |
| 05/13/06 1526 | 115 H | 16 | 1.1 H | 143 | 3.7 |


Footnotes
L = Low, H = High


cont.


GASPER, REGINALD                05/13/062002                    2

HEMO-CBC/DIFF   CHEM-CHEM. PROF.   PRINTED BY: dmcmillian
                              DATE     6/28/2008

PER                     05/13/06

GASPER, REGINALD
 17 YRS        M
 (0000)000-1441407
 0613300108
 EDELMAN, SAMUEL


CHEMISTRY-CHEMISTRY PROFILE

GLUCOSE
FOOTNOTE FOR FASTING GLUCOSE IN ADULTS AND CHILDREN (NOT NEONATES)
       MG/DL            DIAGNOSTIC CATEGORY
       65-99            NORMAL FASTING GLUCOSE
       100-125          IMPAIRED FASTING GLUCOSE
       >125             DIABETES (NEEDS TO BE RECONFIRMED BY REPEAT
                                 TESTING ON A SEPARATE DAY)
NEONATE REFERENCE RANGE DEPENDS ON EXACT AGE OF NEONATE.


|  | CHLORIDE MMOL/L | CO2 MMOL/L | B/C RATIO | CALCIUM MG/DL | TOTAL PROTEIN G/DL |
|---|---|---|---|---|---|
| UNITS REFERENCE | [98-107] | [22-32] |  | [8.9-10.3] | [6.1-8.0] |
| 05/13/06 1526 | 103 | 26 | 15 | 9.5 | 8.0 |

|  | ALBUMIN G/DL | A/G RATIO | SGOT IU/L | SGPT IU/L | ALK PHOS IU/L |
|---|---|---|---|---|---|
| UNITS REFERENCE | [3.1-4.8] | [1.2-2.5] | [13-38] | [8-36] | [38-126] |
| 05/13/06 1526 | 4.2 | 1.1 L | 26 | 26 | 154 H |

|  | TOTAL BILI MG/DL |
|---|---|
| UNITS REFERENCE | [0.4-2.0] |
| 05/13/06 1526 | 2.0 |


Footnotes
L = Low, H = High



                              *****End of Rep ort*****



GASPER, REGINALD                05/13/062002                    3


        CHEM-CHEM.PROF.
                PRINTED BY: dmcmillian
                DATE     6/28/2008



# West Jefferson Medical Center

1101 Med. Ctr. Blvd.   Marrero, LA 70072

## DEPARTMENT OF PATHOLOGY



Room/PER                            Date: 05/13/06
Pt. Name: GASPER, REGINALD
Age/Sex:   17 YRS         M
Med. Rec. #(0000)000-1441407
Fin. Acct.# 0613300108
Doctor:   EDELMAN, SAMUEL

## HEMATOLOGY-CBC/DIFF

----- Complete Blood Count -----

|  | WBC X 10^3 | RBC X 10^6 | HGB | HCT | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|
| UNITS | CMM | CMM | G/DL | % | U3 | PG | % |
| REFERENCE | (4.5-11.0) | (4.30-5.90) | (13.9-16.3) | (39.0-55.0) | (82.0-100.0) | (25.4-34.6) | (32.5-35.5) |
| 05/13/06 1522 | 12.5 H | 5.03 f | 15.9 | 45.7 | 90.9 | 31.6 | 34.7 |

|  | RDW | NRBC/W | PLATELET X 10^3 | MEAN PLAT VOLUM |
|---|---|---|---|---|
| UNITS | % | % | CMM | FL |
| REFERENCE | (12.0-15.0) | | (140-440) | (7.00-10.50) |
| 05/13/06 1522 | 10.7 L | 0.0 | 201 | 8.28 |

----- Differential -----

|  | SEGS | LYMPHOCYTE | MONOCYTE | EOSINOPHIL | BASOPHILS | SEGS X 10^3 | LYMPHS X 10^3 |
|---|---|---|---|---|---|---|---|
| UNITS | % | % | % | % | % | CMM | CMM |
| REFERENCE | (23.0-72.0) | (26.0-65.0) | (0.0-10.0) | (0.0-12.0) | (0.0-1.0) | (1.80-8.00) | (1.20-5.20) |
| 05/13/06 1522 | 83.7 H | 8.2 L | 7.4 | 0.4 | 0.2 | 10.46 H | 1.02 L |

|  | MONO X 10^3 | EOS X 10^3 | BASO X 10^3 |
|---|---|---|---|
| UNITS | CMM | CMM | CMM |
| REFERENCE | (.00-.80) | (.00-.45) | (.00-.20) |
| 05/13/06 1522 | .92 H | .05 | .03 |

RBC X 10^6    RBC MORPHOLOGY NORMAL, UNLESS OTHERWISE NOTED IN DIFFERENTIAL.

## CHEMISTRY-CHEMISTRY PROFILE

|  | GLUCOSE | BUN | CREATININE | SODIUM | POTASSIUM | CHLORIDE | CO2 | B/C RATIO |
|---|---|---|---|---|---|---|---|---|
| UNITS | MG/DL | MG/DL | MG/DL | MMOL/L | MMOL/L | MMOL/L | MMOL/L | |
| REFERENCE | (65-99) | (8-20) | (0.3-1.0) | (136-144) | (3.5-5.1) | (98-107) | (22-32) | |
| 05/13/06 1526 | 115 H | 16 | 1.1 H | 143 | 3.7 | 103 | 26 | 15 |

Footnotes

L = Low, H = High, f = Footnote

DATE/TIME IS ORDER/DRAWN DATE AND TIME

cont.

**Cumulative Final Report**

Patient Name GASPER, REGINALD

HEMO-CBC/DIFF    CHEM-CHEM.PROF.



**West Jefferson Medical Center**

1101 Med. Ctr. Blvd.   Marrero, LA 70072
### DEPARTMENT OF PATHOLOGY

Room: PER                      Date: 05/13/06

Pt. Name: GASPER, REGINALD
Age/Sex:  17 YRS        M
Med. Rec. #: (0000) 000-1441407
Fin. Acct. # 0613300108
Doctor:  EDELMAN, SAMUEL

## CHEMISTRY-CHEMISTRY PROFILE

GLUCOSE FOOTNOTE FOR FASTING GLUCOSE IN ADULTS AND CHILDREN (NOT NEONATES)

| MG/DL | DIAGNOSTIC CATEGORY |
|---|---|
| 65-99 | NORMAL FASTING GLUCOSE |
| 100-125 | IMPAIRED FASTING GLUCOSE |
| >125 | DIABETES (NEEDS TO BE RECONFIRMED BY REPEAT TESTING ON A SEPARATE DAY) |

NEONATE REFERENCE RANGE DEPENDS ON EXACT AGE OF NEONATE.

|  | CALCIUM | TOTAL PROTEIN | ALBUMIN | A/G RATIO | SGOT | SGPT | ALK PHOS | TOTAL BILI |
|---|---|---|---|---|---|---|---|---|
| UNITS | MG/DL | G/DL | G/DL |  | IU/L | IU/L | IU/L | MG/DL |
| REFERENCE | (8.9-10.3) | (6.1-8.0) | (3.1-4.8) | (1.2-2.5) | (13-38) | (8-36) | (38-126) | (0.4-2.0) |
| 05/13/06 1526 | 9.5 | 8.0 | 4.2 | 1.1 L | 26 | 26 | 154 H | 2.0 |

Footnotes
L = Low,  H = High

*DATE/TIME IS ORDER/DRAWN DATE AND TIME*                    *****End of Report*****

| Cumulative Final Report | |
|---|---|
| Patient Name: GASPER, REGINALD | PRINTED BY: dmcmillian |
| | DATE   Report Date/Time 05/14/06  0601 |
| | 6/26/2008 |

Page: 

CHEM-CHEM.PROF.

05/17/06 01:24 AM(QOPQAI)

= = = = = = = = = = = = = = = = = =
GASPER,REGINALD              M 17
  0001441407   ADM: 05/13/06
  0613300108
  EDELMAN,SAMUEL MD   REACT
= = = = = = = = = = = = = = = =
ORDER: ABDOMEN,W/O CONT     20.01
XRAY FILE:                           RADIOLOGIST: HANEMANN
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

RADIOLOGY RESULTS

    CT ABDOMEN WITHOUT CONTRAST:  MAY 13, 2006.
    CLINICAL HISTORY:  NAUSEA AND VOMITING.  RIGHT LOWER QUADRANT
    ABDOMINAL PAIN.  EVALUATION FOR APPENDICITIS.
    TECHNIQUE:  ORAL CONTRAST WAS ADMINISTERED.   CONTIGUOUS 5 MM AXIAL
    IMAGES OF THE LOWER ABDOMEN AND PELVIS WERE OBTAINED.   NO
    INTRAVENOUS CONTRAST WAS ADMINISTERED.
    REFERENCE EXAMINATIONS:  MAY 13, 2006 X-RAY OF THE ABDOMEN.
    FINDINGS:  NO  INTRAHEPATIC BILIARY DILATATION IS IDENTIFIED WITHIN
    THE VISUALIZED LIVER.   THE VISUALIZED GALLBLADDER AND SPLEEN ARE
    GROSSLY NORMAL.   THE VISUALIZED KIDNEYS DEMONSTRATE NO EVIDENCE OF
HYDRONEPHROSIS.   THE VISUALIZED AORTA TAPER NORMALLY WITHOUT ANEURYSMAL
    DILATATION.   THE VISUALIZED INTESTINES ARE GROSSLY NORMAL.   THE
    APPENDIX IS NORMAL.  MULTIPLE LYMPH NODES ARE IDENTIFIED ALONG  THE
    RIGHT ILIAC CHAIN.   INCLUDED BONES ARE INTACT.
    IMPRESSION:
    1.   THE APPENDIX IS NORMAL IN APPEARANCE.  THERE IS NO EVIDENCE OF
    APPENDICITIS.
    2.]   MULTIPLE NON-PATHOLOGICALLY ENLARGED LYMPH NODES ARE
    IDENTIFIED IN THE RIGHT ILIAC CHAIN.
    3.   THESE FINDINGS WERE DISCUSSED WITH DR. DURWARD MOON ON MAY 13,
    2006 AT 6:30 P.M.] ]
                              LAST PAGE

05/14/06 01:19 PM(QOPQAI)

GASPER,REGINALD                  M 17
  0001441407    ADM: 05/13/06
  0613300108
  EDELMAN,SAMUEL MD   EMERG

RADIOLOGY RESULTS

ORDER: KUB ABD 1V    17.01
XRAY FILE:                          RADIOLOGIST: HELGASON

    AP ABDOMEN OF MAY 13, 2006.
    CLINICAL HISTORY:  ABDOMINAL PAIN.
    FINDINGS:  SUPINE ABDOMINAL FILMS SHOW GAS THROUGHOUT THE COLON.
    NO DILATED BOWEL IS SEEN.  NO UNUSUAL CALCIFICATIONS ARE NOTED IN
    THE  ABDOMEN OR PELVIS.
    IMPRESSION:  NO FOCAL ABNORMALITIES.] AP ABDOMEN OF MAY 13, 2006.
    CLINICAL HISTORY:  ABDOMINAL PAIN.
    FINDINGS:  SUPINE ABDOMINAL FILMS SHOW GAS THROUGHOUT THE COLON.
    NO DILATED BOWEL IS SEEN.  NO UNUSUAL CALCIFICATIONS ARE NOTED IN
    THE  ABDOMEN OR PELVIS.
    IMPRESSION:  NO FOCAL ABNORMALITIES.]
                                    LAST PAGE

PRINTED BY: dmcmillian
DATE      6/28/2008

## EMERGENCY DEPARTMENT - WEST JEFFERSON MEDICAL CENTER - DISCHARGE INSTRUCTIONS

The medical examination and treatment you have received in the Emergency Room (E.R.) has been provided by an emergency physician who is an independent practitioner and not a hospital employee. Care has been rendered on an emergency basis only and is not intended as a substitute for the total, thorough, on-going care that only your private physician can provide. You should inform your physician or clinic as soon as possible of the problem that prompted your visit today and give him a progress report on your condition including any new or remaining problems. A copy of this record will not be forwarded to your physician. A copy of medical records can be obtained by contacting West Jefferson Medical Center's Health Information Management department at (504) 349-1750.

| REFERRAL PHYSICIAN ADDRESS | INSTRUCTIONS TO PATIENT: | | ☐ M.D. KNOWN |
|---|---|---|---|
| | SEE DR. _____ IN _____ DAYS, FOLLOWING INSTRUCTION SHEET _____ | | TO PATIENT |
| PHONE NUMBER: | | | |

**2250 AH**

| | PATIENT'S SIGNATURE / AUTHORIZED PERSON | | | SIGNATURE OF PHYSICIAN / NURSE | |
|---|---|---|---|---|---|
| | | | | MEDICATION ORDERS | TIME ORDERED |
| TIME: 2033 | ALLERGIES: NKDA | CBC | GAS throat CX | |
| T 99.3 | | CMP | Monospot | |
| P 92 | | LYTES + | Ocubed PO 2335 | |
| R 16 | PAIN SCALE 10/10 | AMYLASE | | |
| B/P 132/77 | PULSE OX 99 | LIPASE | | |
| ATTENDING PHYSICIAN: | | BNP | | |
| ① Tylenol or Motrin | | CARD ENZY | | |
| for fever ≥ 100.4 | | LIVER PROFILE | | |
| ② Small amts of fluid | | BLOOD CULTURE | | |
| at frequently | | PT/PTT | | |
| ③ Flu PO Information | | U/A/UPT / C&S (LAB) | | |
| ④ RTER for any problems | | U/A/UPT (CLINITEK) | | |
| | | CXR AP/LAT 2335 | | |
| | | CXR PORTABLE | | |
| | | ABDOMEN FLAT&ERECT | | |
| | | CT | | |
| | | ULTRASOUND | | |
| | | EKG | | |

| MODE OF DISCHARGE | | CONDITION ON DISCHARGE | | DISPOSITION/TIME | |
|---|---|---|---|---|---|
| AMB / CARRIED | W/C STRETCHER | GOOD | CRITICAL | CLEARED | |
| | | FAIR | EXPIRED | ADMIT | |
| PHYSICIAN SIGNATURE: | | | | DISCHARGE 0005 | |
| RX | DIAGNOSTIC IMPRESSION | | | TRANSFER | |
| | Viral Syndrome | | | EXPIRED | |
| CONTROL NUMBER | | | | | |

### EMERGENCY ROOM MEDICAL RECORD


**West Jefferson Medical Center**

PRINTED BY: dmcmillian
DATE   6/28/2008

Page 2

File Name: ERMedicalRecord   PHY0566


ACCT#:0613000514   MBN01441407
GASPER, REGINALD   SEX: M
DOB: 12/28/1988   AGE:17Y   ADM:10/2006
SATURNO, EMILIO, MD   RM:

Revision Date: 7/29/2005

DATE: 5-10-06 TIME: 1100 ROOM: 2 ___ EMS Arrival
HISTORIAN: (mother) father (patient) paramedics ___

___ HX / ___ EXAM LIMITED BY: ___

## HPI

**chief complaint:** fever (cough) (congested) fussy pulling ears
(vomiting) diarrhea seizure ingestion (sore throat)
___

**started:** Chest pain ___

continues in ED
gone now / better
intermittent
worse

**severity:** mild    moderate    severe

**current & associated symptoms:**

**GENERAL** ⊖
fever ⊕
• to ___ °F  R O T Ax
• (subjective) persistent
**HEENT**
ear ache / pulling at ears  R / L
runny nose / congestion
• colored / clear drainage
sore throat
red eyes / discharge  R / L

**CHEST**
cough ⊕
• with vomiting after cough
trouble breathing
• wheezing    stridor
• mild  moderate  severe
**GI**
vomiting x 2-3
• bilious  bloody
diarrhea x 3
blood in stools ___
abdominal pain ___
• general    periumbilical
   RUQ  RLQ  LUQ  LLQ
   migrated periumbilical to RLQ

**NEURO**
acting differently
• fussy crying more  inconsolable
   not sleeping  decr activity
headache ___
seizure ___
• generalized    focal
• duration ___
• incontinent  postictal confusion
• meds compliant / non compliant
chest pain ___
• sharp
• inspiration
• cough
**GU**
drinking / eating less ___
• not drinking
• decreased urination
last urinated ___
pain with urination ___
**SKIN**
skin rash / diaper rash ___
• facial  trunk  extremities  diffuse
• "redness"  "hives" ___
**MS / LYMPH**
extremity pain / swelling ___
"lumps" or "swollen glands" ___

sick contacts    home    school    other ___
(S/W - virus)
☐ all systems neg. except as marked

**INGESTION**  substance: ___
amount: ___
time: ___
called poison control PTA    given ipecac PTA    vomited p̄ ingestion
lethargic    other symptoms after ingestion

---

Similar symptoms previously ___
___
___
Recently seen / treated by doctor ___
___

**PAST HX**    negative
ear infection(s) ___
UTI
___

bronchitis / bronchiolitis ___
pneumonia ___
asthma ___
pharyngitis ___
urinary tract infection ___
diabetes ___
febrile seizure ___
seizure disorder ___
cardiac problems ___
RSV ___
PET's ___

problems in-utero ___
premature birth ___
complications at birth ___

other problems ___
___

**Immunizations:** (up-to-date)

**Medications**    none    (see nurses note)    **Allergies** (NKDA)
ASA   ibuprofen   acetaminophen          see nurses note
___
___

**SOCIAL HX**  smoking in house (second-hand exposure)
attends daycare / school ___ caregiver
___

**FAMILY HX**  no significant inherited disorder    asthma ___
___

## EMERGENCY PHYSICIAN RECORD
**14    PEDIATRIC ILLNESS  (5)**

**West Jefferson Medical Center**

PRINTED BY: dmcmillian
DATE      6/28/2008

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives
PHY0323

ACCT#: 0613000514    MRN:0001441407
GASPER, REGINALD                  SEX:M
DOB:  12/28/1988 AGE:17Y  ADM: 5/10/2006
SATURNO, EMILIO, MD              RM:

Revision Date: 7/2004

Page 1 of 2

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus Immun. UTD

## PHYSICAL EXAM

**General Appearance** __c-collar ( PTA / in ED ) / backboard_____
__no acute distress   __mild / moderate / severe distress_____
__active / playful / smiles   __fussy / crying / cries on exam / irritable
__attentiveness nml (for age)
__good eye contact   __lethargic / weak cry_____
__sleeping/easily aroused

**INFANTS**   __poor consolability / poor intake suck_____
__nml feeding / suck   __poor muscle tone_____
__flat anter. fontanel   __closed / bulging / sunken anter. fontanel_____

**NEURO**   __facial asymmetry / EOM palsy / anisocoria_____
__nml motor / sensory   __sensory loss / weakness_____
__CN's nml as tested

**HEENT**   __tenderness / swelling_____
__conjunct. & lids nml   __scleral icterus / injected conjunctivae_____
__PERRL   __conjunctival exudate_____
__sunken eyes_____
__photophobia_____
__ears nml   __TM erythema ( R / L )_____
__TM dullness ( R / L )_____
__Loss of TM landmarks ( R / L )_____
__TM obscured by wax ( R / L )_____
__nose nml   __rhinorrhea / purulent nasal drainage_____
__pharynx nml   __pharyngeal erythema_____
__moist mucous   __ulcerations / vesicles_____
membranes   __tonsillar exudate_____
__drooling / trismus / mass_____
__dry mucous membranes_____
__meningismus / Brudzinski / Kernig's_____

**NECK**   __lymphadenopathy_____
__supple, no masses
__neg meningeal signs

**CVS**   __murmur   grade ___ /6   sys / dias_____
__reg. rate & rhythm   __decreased cap refill / peripheral pulses_____
__heart sounds nml   capillary refill- _____ sec
__strong periph pulses

**RESPIRATORY**   __respiratory distress_____
__no resp. distress   __retractions / accessory muscle use_____
__breath sounds nml   __prolonged expirations_____
__decreased air movement_____
__grunting ( infants )_____
__stridor_____
__rhonchi / wheezing / rales_____

**ABDOMEN**   __tenderness / guarding / rebound_____
__non-tender   __hepatomegaly / splenomegaly / mass_____
__no organomegaly   __abnormal bowel sounds_____

**GENITALIA**   __discharge / erythema / swelling / tenderness
__nml inspection
__circumcised (male)
__uncircumcised (male)

**EXTREMITIES**   __tenderness_____
__non-tender
__nml ROM

**SKIN**   __cyanosis / diaphoresis / pallor_____
__no rash   __poor skin turgor_____
__no petechiae   __skin rash / diaper rash_____
__normal color   urticarial eczematous impetiginous varicelliform
__warm, dry,   scarlatiniform morbiliil erythematous vesicular crusted
nml palpation

## LABS & X-RAYS:

| CBC | Chemistries | ESR | UA |
|---|---|---|---|
| normal except | normal except | | normal except |
| WBC___ | Gluc___ | Rapid Strep | WBC's___ |
| Hgb___ | BUN___ | pos / neg | RBC's___ |
| Hct___ | Creat___ | | bacteria___ |
| Platelets___ | Na___ | | dip:___ |
| segs___ | K___ | | |
| bands___ | Cl___ | Fecal | |
| lymphs___ | CO2___ | Leukocytes | |
| monos___ | Anion Gap___ | none  few | gram stain:___ |
| eos___ | | mod.  many | |

**LP** ___discussed risks, benefits, alternatives; parent/guardian consents.
sitting / lying ( R / L )   open. press.=_____
betadine prep   fluid color_____   RBC_____   WBC_____
sterile technique   glucose_____   polys_____   lymph_____
L3-4   protein_____   monos_____   gm stn_____
L4-5   Bactigen panel: ___neg _____

**CXR** ☐ Interp. by me ☐ Reviewed by me ☐ Disc'd w/radiologist
___nml / NAD ___no infiltrates ___nml heart size ___nml lung inflation bilat.

not / changed from:_____
**Pulse Ox** _____% on RA/ ___L / ___% at (time)_____

## PROGRESS:

Time_____   re-examined   unchanged   improved
alert   nml attentiveness for age   nml consolability ( infants )
__ability to take food / fluid in emergency department_____

Discussed with Dr._____   CRIT CARE- 30-74 min
will see patient in: office / ED / hospital   75-104 min _____min
__Counseled patient / family regarding:   __Prior records ordered
x-ray / lab results   diagnosis   __Additional history from:
need for follow-up   discharge instructions   family caretaker paramedics
Rx given   Admit orders written

## CLINICAL IMPRESSION:

Fever   Meningitis / Sepsis
Otitis Media - acute- R / L   Pneumonia
Pharyngitis   Dehydration
Sinusitis   Croup- acute
Chicken Pox   Bronchitis / Bronchiolitis - acute
Viral Syndrome   Urinary Tract Infection - acute
Upper Respiratory Infection   Gastroenteritis / Enteritis - acute

DISPOSITION-   ☐ home ☐ admitted ☐ transferred_____
CONDITION-   ☐ unchanged ☐ improved ☐ stable_____

PHYSICIAN SIGNATURE-_____   Date- 5-10-06

## EMERGENCY PHYSICIAN RECORD

**14   PEDIATRIC ILLNESS   (5)**

**West Jefferson Medical Center**

PRINTED BY: dmcmillian
DATE   6/28/2008
© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

PHY0323

ACCT#: 0613000514   MRN:0001441407
GASPER, REGINALD   SEX: M
DOB: 12/28/1988 AGE: 17Y   ADM: 5/10/2006
SATURNO, EMILIO, MD   RM:

Revision Date: 7/2004

TRIAGE  TIME 2033   DATE 5-10-06

Level   I   II   III   IV   V
Main ED   Peds ED   Fast Track   Lobby

NAME: Gasper, Reginald
D.O.B. 12-28-88   AGE: 17   (M) / F
HISTORIAN: patient   paramedics   family
ARRIVAL MODE: car   EMS   police   Amb
PCP: none  @ WJMC
^IMMUNIZATIONS: current / referral
flu_____ pneumovax_____

TREATMENT PTA   see EMS report   tylenol   ibuprofen_____
last blood glucose_____

VITALS  Height 5'9"   Weight 72.6   kg
BP 132/II  P 92  RR 18  temp 99.3 TM/O R  Ax
Lgth less than 24 mo___   Head Cir less than 24 mo___
O₂ Sat% 99   (RA)/O₂_____

PAIN LEVEL* current 10 /10 max___ /10 acceptable___ /10
quality_____Location_____

CHIEF COMPLAINT weakness, N/V/D
started 3 hrs/days ago  sore throat, cough
Pd reports chest discomfort
fever_____        trouble breathing_____
earache / pulling at ears R / L        nausea / vomiting x 3
runny nose_____    diarrhea_____
sore throat / cough        # of wet diapers_____
red eyes / discharge R / L        change in appetite_____
foreign body  nare  ear R / L        abd pain_____
chemical / CO exposure_____    rash_____
ingestion_____    seizure_____

ALLERGIES  NKDA
drug - codeine / latex / iodine_____
food -_____

| MEDS | none | Dose | Route | Frequency | Last Taken |
|------|------|------|-------|-----------|------------|
|  |  |  |  |  |  |

PAST MEDICAL HX  negative
ear infection / febrile seizure / asthma / constipation
past surgeries  none

SOCIAL HX
smoking in house_____
attends daycare / school   HOME SCHOOL
^TB exposure / symptoms_____
^suspect abuse / neglect_____

LNMP N/A  G___  P___  Ab.___  pregnant

RN Signature  Kholati RN    KMartin

EMERGENCY NURSING RECORD
22 Pediatric Illness
West Jefferson Medical Center
Page 1 of 2

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

---

TIME TO ROOM: 2250   ROOM: 2
INITIAL ASSESSMENT  TIME 2250
GENERAL APPEARANCE
_no acute distress        _mild / moderate / severe distress___
_alert        _listless / fussy_____
_active / playful        _crying / inconsolable_____
_consolable

^FUNCTIONAL / NUTRITIONAL ASSESSMENT
_development -        _obese / malnourished_____
_age appropriate        _recent weight loss / gain_____
RESPIRATORY
_no resp distress        _mild / moderate / severe distress___
_nml breath sounds        _wheezing / crackles / stridor / grunting___
        _decreased breath sounds_____
        _nasal flaring / retractions_____

CVS
_regular rate        _tachycardia / bradycardia / irrg rhythm___
_pulses strong / equal        _pulse deficit_____
_nml cap refill        _cap refill greater than 2 sec_____
NEURO        _disoriented to person / place / time___
_oriented x 3        _confused / memory loss_____
_PERRL        _pupils unequal  R___ L___
_maintains eye contact        _lack of eye contact_____
        _weakness / sensory loss_____

HEENT
_nml inspection        _fontanel bulging / sunken_____
_nml eye inspection        _red conjunctivae / exudate_____
_nml mucous membranes        _drainage  nose  ear  clear
        _drooling_____
        _dry mucous membranes_____

ABDOMEN / GU
_nml inspection        _tenderness / guarding / rebound___
_soft, non-tender        _firm / distended_____
_bowel sounds present        _bowel sounds  decreased / absent___
EXTREMITIES
_non-tender        _tenderness_____
_moves all extremities        _limited ROM_____
SKIN
_skin warm, dry        _pale / cyanotic_____
_skin intact        _cool / diaphoretic_____
_no rash        _skin / diaper rash_____
_turgor good        _poor skin turgor_____

ADDITIONAL FINDINGS
a cough, mm dry and pink
2250 _____ sore throat, chest
tightness x 3 days.   AL

Nurse Signature  _____
^ protocol available

ACCT#: 0613000514   MRN:0001441407
GASPER, REGINALD   SEX: M
DOB: 12/28/1988  AGE:17Y   ADM:5/10/2006
SATURNO, EMILIO, MD   RM:

PRINTED BY: dmcmillan
DATE    6/2 CMRODE98

Revision Date: 5/2005

DATE 5/10/06

## ACTIONS

| TIME | | | INIT |
|------|---|---|------|
| | agency notified | | |
| 2255 | ID band applied    ID band verified | | A2 |
| | pulse oximeter       O₂        1 via | | |
| | cardiac monitor | | |
| | AccuCheck | | |
| 2255 | bed low position      side rails up x1 x2 | | A2 |
| | call light given to caregiver    head of bed elevated | | |
| | held by parent / caregiver | | |
| 2255 | ready for Dr eval / notified doctor / seen by Dr | | A2 |
| | restraints  see documentation | | |

### IV RECORD

| Time | Solution | Site | Ga | Pump | Rate | Amt In | INIT |
|------|----------|------|-----|------|------|--------|------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### MEDICATIONS

| Time | Medication | Dose | Route | Site | INIT |
|------|------------|------|-------|------|------|
| | Response:  no change   improved | | | | |
| | Response:  no change   improved | | | | |
| | Response:  no change   improved | | | | |
| | Response:  no change   improved | | | | |

### PROCEDURES

| TIME | | | INIT |
|------|---|---|------|
| 2325 | LP tray set up   Seulithron | | A2 |
| | consent signed | | |
| | assisted with LP: | | |
| | spinal fluid to lab | | |
| | bronchodilator treatment   nebulizer   inhaler | | |
| | Foley / in & out cath ___ fr ___ mL return | | |
| | urine collection bag placed | | |
| 2325 | lab drawn / sent    by ED tech / nurse Nab | | A2 |
| | results back | | |
| | awaiting physician review | | |
| 0330 | to Xray   w monitor / parent / O₂ / tech | | A7 |
| | to CT   w monitor / nurse / O₂ / tech | | |
| | return to room | | |

### VITAL SIGNS

| Time | BP | P | RR | T | O₂sat | Rhythm | Pain | INIT |
|------|-----|---|-----|---|-------|--------|------|------|
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |
| | | | | | | | /10 | |

## EMERGENCY NURSING RECORD
## 22 Pediatric Illness

**West Jefferson Medical Center**

Page 2of 2

© 1996 - 2004 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

## RESPIRATORY REASSESSMENT

| TIME | | | | | | | INIT |
|------|---|---|---|---|---|---|------|
| Pulse Ox | | | | | | | |
| Respiratory Rate | | | | | | | |
| Pulse | | | | | | | |
| Breath Sounds | | | | | | | |
| Peak Flow | | | | | | | |

ADDITIONAL NOTE
_____
_____
_____
_____
_____
_____
_____
_____
_____

INTAKE_____  OUTPUT_____
__IV / saline lock discontinued:   Total Amt Infused_____
        Time_____  Initials_____

PROPERTY TO:
__patient   __family   __security   __safe   __see patient belongings list

DISPOSITION
__discharged   home   school   daycare   ME   funeral home   morgue
__verbal / written instructions / Rx  given to:   parent _____
__verbalized understanding
__^learning barriers addressed
__accompanied by_____
__social service / referral:_____
__admitted / transferred  to_____
__report to_____  time_____
__transfer documentation completed
__notified  family / police / ME
__left AMA / LWBS   signed AMA / RMSE sheet   refused _____
__physician notified of_____
Discharge Vitals
BP_____  HR_____  RR_____  Temp_____  O2 Sat_____
__pain level at discharge _____ /10*

CONDITION
__unchanged   __improved   __stable   __other_____
Depart Time_____  Mode:  walk  carried  crutches  W/C  stretcher  ambulance

Discharge Nurse Signature _____
☐ Continuation Sheet

| SIGNATURE | INITIAL |
|-----------|---------|
| Angelina Hya | A2 |

*Wong-Baker FACES Pain Rating Scale Copyrighted by Mosby, Inc. Reprinted by permission.
^ protocol avail _____

ACCT#: 0613000514   MRN:0001441407
GASPER, REGINALD            SEX: M
DOB: 12/28/1988 AGE:17Y  ADM: 5/10/2006
SATURNO, EMILIO, MD    RM:

NER0266
Revision Date: 5/2005

PRINTED BY: dmcmillian
DATE     6/28/2008

Date 5/10/06

Diagnosis Viral Syndrome

Examined by Dr. Poree

See Instruction sheet on:☐ Asthma ☐ Bronchiolitis ☐ Chicken Pox ☐ Dehydration ☐ RSV
☐ Diarrhea ☐ Rotovirus ☐ Croup ☐ Sore Throat ☐ Otitis Media ☐ Sutures ☐ Vomiting
☐ Minor Head Injury ☐ Common Cold ☐ Other _____
Special Instructions
Plenty Fluids

If cultures or special lab tests were obtained while diagnosing your child's problem, the emergency staff will notify you and your primary care physician of any abnormal results.

## Other Instructions

Medications: (must be given as directed.)

Give_____ Every _____ hours for _____ days.

Give _____ times a day for _____ days

Give _____

☒ Give Tylenol ___ Follow bottle ___ every 4 hours as needed for fever or pain

☒ Give Advil ___ for age ___ every 6 hours as needed for fever or pain

☐ Discontinue_____

☒ Return to primary care physician for follow-up in 1 - 2 days/weeks.

☒ For an appointment with Dr. _____, call _____ to be

examined in _____ days/weeks.

☒ Return to Emergency Department if condition worsens, or if as needed

I have received and fully understand the above instructions.

Bertha Gasper
Parent/Guardian

Angelina N
Physician or Nurse's Signature

5-10-06
Phone Number

5/11/06
Date

8005
Time

**PEDIATRIC EMERGENCY DEPARTMENT**
**DISCHARGE INSTRUCTION SHEET**

West Jefferson Medical Center

PRINTED BY: dmcmillian
DATE 6/28/2008
Page 1 of 1

ACCT#: 0613000514   MRN:0001441407
GASPER, REGINALD   SEX:M
DOB: 12/28/1988 AGE:17Y   ADM:5/10/2006
SATURNO, EMILIO, MD   RM:

**A.** CONSENT TO TREATMENT ... hereby authorize the physician and whomever he she may designate as his her consultant to render medical treatment to any patient to any hospital care which encompasses laboratory diagnostic or medical treatment which his or her attendant or consultant may deem necessary during my hospitalization

**B.** RELEASE OF INFORMATION  I hereby authorize West Jefferson Medical Center to provide my medical record complied during the admission for treatment if requested by the insurance company or a designated agent, or liable third parties to include Medicare and Medicaid ... these benefits have been assigned ... purposes of utilization review for admission and or continued stay for benefit payment and for physician billing  I further authorize the release physical and to direct my medical records to other physicians, hospitals, and other health care facilities as they deem necessary for continuity of care

**C.** VALUABLES  I understand that West Jefferson Medical Center will not be responsible, or liable for any personal effects, including money, or other valuables retained by a patient during hospitalization  Valuables may be deposited in the cashier's safe during hospitalization  Retrieval of valuables can be accomplished daily from 8 a.m. - 5 p.m. only

**D.** ASSIGNMENT OF BENEFITS  I hereby assign and authorize payment directly to West Jefferson Medical Center of any hospital benefits, such benefits or only benefits due because of liability of a third party, proceeds of all claims resulting from the liability of a third party, payable by any party organization etc. to or to the amount unless the account for this hospital, outpatient treatment or series of outpatient treatments is paid in full upon discharge or completion of outpatient treatments, if eligible to Medicare, I request Medicare services and benefits. I further agree that this assignment will not be withdrawn or voided at any time until this account for hospitalization is paid in full. I understand that I am responsible for any hospital charges not covered and hereby appoint West Jefferson Medical Center as my true lawful attorney to act on my behalf to collect the above mentioned claims and to give full and final receipt to me for all amounts so collected, and to endorse for me any checks made payable to me for benefits or claims collected on the above agreement  The undersigned agrees that any overpayments collected on the above admission or subsequent treatments may be applied directly to a delinquent account of the patient or any delinquent account for which the patient or guarantor is legally responsible at the time of collection or the overpayment

**E.** ASSIGNMENT OF PHYSICIAN BENEFITS  hereby authorize and assign payment to the physicians (Radiologist, Pathologist, Anesthesiologist Emergency Room Physician attending physicians and all other consulting physicians that may be deemed necessary  all insurance benefits and proceeds of any claims which may have against any third party in connection with any event resulting in my need for medical services  This assignment also applies to only the Medicare claims for which assignment is accepted by the physician

**F.** MEDICARE PATIENTS CERTIFICATION  certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct  I authorize any holder of medical or other information about me to release to the Social Security Administrator or its intermediaries or carriers any information request for this or a related Medicare claim  I permit a copy of this authorization to be used in place of the original and request payment of authorized benefits be made on my behalf  I certify that the information supplied below is also correct  I also understand any non-covered item or services that I receive are my responsibility, and I will be billed accordingly  Those non-covered items and services include routine physical check-ups, eyeglasses, contact lenses, eye examinations, hearing aids, immunizations orthopedic shoes, custodial care, cosmetic care, cosmetic surgery, dental services, person comfort items, routine foot care, private room difference, or any item or service not reasonable and necessary for the diagnosis or treatment of an illness or injury

**G.** PAYMENT GUARANTEE  The undersigned agrees, whether he signs as agent or as patient, that in consideration of the services to be rendered to the patient, the undersigned individually obligates himself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Furthermore the undersigned is obligated to make weekly or monthly payments if requested. Should the account be turned over to a collection agency or an attorney for collection the undersigned shall pay all collection fees and reasonable attorney's fees  All delinquent accounts may bear interest at legal rates

**H.** GENERAL DUTY NURSING.  The hospital provides general duty nursing care. Under this system nurses are called to the bedside of the patient by a signal system.  If the patient is in such condition as to need continuous or special duty nursing care, it is agreed that such must be arranged by the patient or his legal representative or his physicians, and the hospital shall in no way be responsible for the failure to provide the same and is hereby released from any and all liability from the fact that said patient is not provided with such additional care

**I.** ACKNOWLEDGEMENT FOR THE RECEIPT OF DOCUMENTS  I hereby acknowledge the receipt of the documents indicated with an "X" below

_____ Medicare Important Message  _____ Champus Important Message  _____ Advance Directives  _____ Patient Rights  _____ MNRO  Privacy Notice

The undersigned certifies that he has read all of this document and is the patient or is duly authorized by the patient as the patient's general agent to execute the above agreements and accepts and understands its terms.

CERTIFY THAT I HAVE READ (OR HAD READ TO ME) AND FULLY UNDERSTAND THE ABOVE

Signature of Patient     Date 5-10-00

Patient Account Number _01300014_

Signature of Authorized Person (if Patient is a minor  Or otherwise unable to sign    Relationship to patient _mother_

Reason patient is unable to sign _minor_    Date 5-10-00

Witness _ALL_

Verbal Telephoned  Consent or Were by _____    Date _____

Witness _____    Date _____

Witness _____    Date _____

# CONDITIONS OF TREATMENT AND/OR SERVICES

**West Jefferson Medical Center**

PRINTED BY: dmcmillian
DATE     6/26/2008     Page 59 of 1

LGL0293

PER                              05/11/06

GASPER,REGINALD
    17 YRS        M
    (0000)000-1441407
    0613000514
    SATURNO,EMILIO


IMMUNOLOGY-SEROLOGY


COLLECTION DATE    05/10/06    05/10/06
COLLECTION TIME    2321        2310


----- Other Procedures -----
                              NEG
MONOSPOT
STREP SCREEN        NEG
QUICK FLU                     NEG


MICROBIOLOGY-ROUTINE CULTURES


THROAT CULTURE                    COLLECTED: 05/10/06 2310
SOURCE: THROAT                    RECEIVED:  05/10/06 2318


------------------ PRELIMINARY REPORT ----------------------
                              05/11/06  1052
NO GROWTH AT FIRST READING


*****End of Rep ort*****


GASPER,REGINALD            05/11/062002                    1

IMMUNO/SEROL    MICRO-ROUTINE
                PRINTED BY: dmcmillian
                DATE    6/28/2008

PER                          05/12/06

GASPER,REGINALD
17 YRS      M
(0000)000-1441407
0613000514
SATURNO,EMILIO


IMMUNOLOGY-SEROLOGY


COLLECTION DATE    05/10/06      05/10/06
COLLECTION TIME     2321          2310
                  _____  _____


----- Other Procedures -----
MONOSPOT                          NEG
STREP SCREEN        NEG
QUICK FLU                         NEG


MICROBIOLOGY-ROUTINE CULTURES


THROAT CULTURE
                              COLLECTED:  05/10/06 2310
SOURCE: THROAT                RECEIVED:   05/10/06 2318


------------------ PRELIMINARY REPORT --------------------
                                    05/11/06  1052
NO GROWTH AT FIRST READING

--------------------- FINAL REPORT ----------------------
                                    05/12/06  0954
NORMAL ORAL FLORA ISOLATED
NO BETA STREP ISOLATED




                              *****End of Rep ort*****



GASPER,REGINALD                05/12/062002                    1


IMMUNO/SEROL    MICRO-ROUTINE
                    PRINTED BY: dmcmillian
                    DATE    6/28/2008

 **West Jefferson Medical Center**

1101 Med. Ctr. Blvd.  Marrero, LA 70072

## DEPARTMENT OF PATHOLOGY

Room: PER           Date: 05/10/06

Pt. Name: GASPER, REGINALD
Age/Sex: 17 YRS     M
Med. Rec. #(0000)000-1441407
Fin. Acct. #0613000514
Doctor: SATURNO, EMILIO

### IMMUNOLOGY-SEROLOGY

COLLECTION DATE    05/10/06    05/10/06
COLLECTION TIME    2321        2310

UNITS  REFERENCE

----- Other Procedures -----

| | | | UNITS | REFERENCE |
|---|---|---|---|---|
| MONOSPOT | | NEG | | (NEG) |
| STREP SCREEN | NEG | | | (NEG) |
| QUICK FLU | | NEG | | |

### MICROBIOLOGY-ROUTINE CULTURES

**THROAT CULTURE**

SOURCE: THROAT

COLLECTED: 05/10/06 2310
RECEIVED: 05/10/06 2318
STARTED: 05/10/06 2335

-------- PRELIMINARY REPORT --------
05/11/06  1052
NO GROWTH AT FIRST READING

-------- FINAL REPORT --------
05/12/06  0954
NORMAL ORAL FLORA ISOLATED
NO BETA STREP ISOLATED

*DATE/TIME IS ORDER/DRAWN DATE AND TIME*

*****End of Report*****

**Addendum Report**

| | |
|---|---|
| Patient Name: GASPER, REGINALD | PRINTED BY: dmcmillian |
| | Report Date/Time: 5/13/06 0600   Page: |
| | DATE   6/28/2008 |

IMMUNO/SEROL    MICRO-ROUTINE

 **West Jefferson Medical Center**

1101 Med. Ctr. Blvd.  Marrero, LA 70072
## DEPARTMENT OF PATHOLOGY

Room PER                               Date : 05/10/06
Pt. Name : GASPER, REGINALD
Age/Sex :   17 YRS          M
Med. Rec. # (0000) 000-1441407
Fin. Acct. # 0613000514
Doctor :   SATURNO, EMILIO



## IMMUNOLOGY-SEROLOGY

| | | | | |
|---|---|---|---|---|
| COLLECTION DATE | 05/10/06 | 05/10/06 | | |
| COLLECTION TIME | 2321 | 2310 | | |
| | | | UNITS | REFERENCE |

----- Other Procedures -----

| | | | | |
|---|---|---|---|---|
| MONOSPOT | | NEG | | (NEG) |
| STREP SCREEN | NEG | | | (NEG) |
| QUICK FLU | | NEG | | |

---

*DATE/TIME IS ORDER/DRAWN DATE AND TIME*                    *****End of Report*****

| **Cumulative Final Report** |
|---|
| *Patient Name* GASPER, REGINALD |

PRINTED BY: dmcmillian
DATE        *Report Date/Time* 05/11/06  0601
            6/28/2008                              *Page* 1.

IMMUNO/SEROL

 **West Jefferson Medical Center**

1101 Med. Ctr. Blvd.  Marrero, LA  70072

## DEPARTMENT OF PATHOLOGY

*Room* PER                                *Date :* 05/10/06

*Pt. Name :* GASPER, REGINALD
*Age/Sex :*  17 YRS      M
*Med. Rec. #:* (0000) 000-1441407
*Fin. Acct #* 0613000514
*Doctor :*   SATURNO, EMILIO

## IMMUNOLOGY-SEROLOGY

COLLECTION DATE     05/10/06      05/10/06
COLLECTION TIME       2321           2310

                                                                    UNITS   REFERENCE

----- Other Procedures -----

| | | |
|---|---|---|
| MONOSPOT | | NEG |
| STREP SCREEN | NEG | (NEG) |
| QUICK FLU | | NEG    (NEG) |

## MICROBIOLOGY-ROUTINE CULTURES

### THROAT CULTURE

SOURCE: THROAT

COLLECTED:  05/10/06 2310
RECEIVED:  05/10/06 2318
STARTED:  05/10/06 2335

----------------- PRELIMINARY REPORT ---------------------
                          05/11/06  1052

NO GROWTH AT FIRST READING

*DATE/TIME IS ORDER/DRAWN DATE AND TIME*

*****End of Report*****

**Addendum Report**

*Patient Name* GASPER, REGINALD        PRINTED BY: *Report Date/Time*05/12/06 0600          *Page:*
                                          DATE      6/28/2008

MMUNO/SEROL     MICRO-ROUTINE

05/11/06 08:13 AM(QOPQAI)

```
= = = = = = = = = = = = = = = = = =
GASPER,REGINALD              M 17
   0001441407   ADM: 05/10/06
   0613000514
   SATURNO,EMILIO MD  EMERG
= = = = = = = = = = = = = = = = =
ORDER: CHEST PA&LAT     12.01
XRAY FILE:                        RADIOLOGIST: SUTTON
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
```

RADIOLOGY RESULTS

   2 VIEW CHEST
   THE HEART SIZE IS NORMAL.    THE MEDIASTINUM IS UNREMARKABLE.   LUNGS
   ARE CLEAR.   THE BONY STRUCTURES ARE INTACT.
   IMPRESSION:   NORMAL CHEST.] 2 VIEW CHEST
   THE HEART SIZE IS NORMAL.    THE MEDIASTINUM IS UNREMARKABLE.   LUNGS
   ARE CLEAR.   THE BONY STRUCTURES ARE INTACT.
   IMPRESSION:   NORMAL CHEST.]
                          LAST PAGE

```
RADL7-5052         WEST JEFFERSON MEDICAL CENTER
05/16/08 12:52 PM (ORF$$4)                          XXXXX X   X XXXXX
                                                     X X  XX  X X
------    ------------------         **OUTPATIENT**   X X   X X X XXXXX
INSURANCE INFORMATION SHEET  SCHED. ADMIT: 05/16/08   X X  X   XX    X
------------------------      ------------------      XXXXX X    X XXXXX
  GASPER,REGINALD                         ADMIT M.D.:TRUJILLO,CARLOS A MD
  MED REC#: 0001441407                    FIN ACC#: 0619600314

ADDRESS:1725 WAGNER ST                    PHONE:   (504)367-7522
CITY:NEW ORLEANS                          SEX: M     AGE: 19
STATE:LA       ZIP:70114                  RACE: B    DOB: 12/25/1988
                                          MARITAL STATUS: S
  ROOM #:             N/S: OUTPT          MAIDEN NAME:
  ADMIT DATE: 05/16/08    AT: 12:51PM     SPOUSE NAME:
                                          RELIGION:OTHER
  SERVICE; IXC                            CHURCH:NONE,GIVEN

PREVIOUS REGISTRATION:                    NEAREST RELATIVE:
   NAME:                                    NAME:GASPER,MARTHA
   DATE:05/13/08                            RELA  TIONSHIP:MOTHER
   PATIENT TYPE:0                           PHONE #:(504)367-7522

  SS#: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

  ADMIT DIAGNOSIS: PNEUMONIA, ORGAN NM NOS

GUARANTOR:LEE,REGINALD                       PHONE:(504)367 7522

ADDRESS:1725 WAGNER STREET        ALGIERS         LA 70114
PATIENT EMP:                      PHONE:
STREET:
CITY:                            STATE:           ZIP:
PT EMPLOYER #:                   EMPLOYEE STATUS:S


  LEVEL 1 INSURANCE PLAN:
  INS CO: MEDICAID CO MGM   GRP.NAME:               #:
STREET: PO BOX 91020         CITY:BATON ROUGE       LA   ZIP: 70821
BENEFIT PH.#: (800)776-6323  PRE CERT PH.#:         2ND INS ADD:
INSURED: GASPER,REGINALD     ID# 2223184408343      REL:OTHER   SEX M
  LEVEL 2 INSURANCE PLAN:
INS CO: *                   GRP.NAME:      *        #:*
STREET: *                   CITY:*                  *    ZIP: *
BENEFIT PH.#: *             PRE CERT PH.#:          *    *
INSURED: *                  ID#:*                   REL:*   SEX: *
  LEVEL 3 INSURANCE PLAN:
INS CO: *                   GRP.NAME:      *        #:*
STREET: *                   CITY:*                  *    ZIP: *
BENEFIT PH.#: *             PRE-CERT PH.#:          *    *
INSURED: *                  ID# *                   REL:*   SEX  *
  INSURANCE AUTHORIZATION NUMBERS
LEVEL 1:
LEVEL 2:*
LEVEL 3:*
```



```
  GASPER,REGINALD         0001441407      INSURANCE INFORMATION SHEET

              PRINTED BY: dmcmillian
         DATE    6/28/2008
```

CONSENT TO TREATMENT ... I consent/authorize the physician and whomever he she may designate as his/her assistants to render certain medical treatment to me. I consent to any hospital care which encompasses laboratory, diagnostic, or medical treatment which my physician or their assistants and/or consultants may deem necessary during my hospitalization.

RELEASE OF INFORMATION ... I hereby authorize West Jefferson Medical Center to provide my medical record compiled during this admission for review and copy as requested by the insurance company or a designated agent to further third parties the include Medicare and Medicaid, whose benefits have been assigned purposes of utilization review for admission and continuation care, for benefit, payment, and for physician billing. I further authorize my treating physicians to direct copies my medical records to other physicians, hospitals, and other health care facilities for their continued necessary for continuity of care.

VALUABLES ... I understand that West Jefferson Medical Center will not be responsible ... for any personal effects including money, jewelry or other valuables retained on admission during hospitalization. Valuables may be deposited in the cashier's safe during hospitalization. Retrieval of valuables can be accomplished only from 8 a.m. – 5 p.m. only.

ASSIGNMENT OF BENEFITS ... I hereby assign and authorize payment directly to West Jefferson Medical Center of any hospital benefits, sick benefits, or major benefits due because of liability of a third party, proceeds of all claims resulting from the liability of a third party, payable by any party/organization, not to go to the party unless the account for this hospital outpatient treatment or series of outpatient treatments is paid in full upon discharge or completion of outpatient treatments. If eligible Medicare ... against Medicare services and remitted ... then agree that this assignment will not be withdrawn or voided at any time until this account for hospitalization is paid in full. I understand that I am responsible in any special charges not covered and hereby appoint West Jefferson Medical Center as my true lawful attorney to act on behalf in pursuit the claim mentioned above and to give full and final receipt to me for all amounts so collected and to endorse for me any checks made payable to me benefits or claims collected on the above agreement. The undersigned agrees that non-payments collected on the above admission or outpatient treatments may opt to dispute and indigent account of the balance of any delinquent account for which the patient or guarantor is legally responsible at the time of collection of any payment.

ASSIGNMENT OF PHYSICIAN'S FEE ... I hereby authorize and assign payment to the physician Radiologist, Pathologist, Anesthesiologist, Emergency Room/Physician, attending physicians and all other treating physicians that may be deemed necessary. ... all insurance benefits or proceeds of any claims which I may be against me and their party in connection with any event resulting in this need for medical services. This assignment and agree to only the Medicare claims for which assignment is not accepted by the physician.

MEDICARE PATIENTS CERTIFICATION ... I certify that the information given by me is true and correct for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release it to the Social Security Administration or its intermediaries or carriers any information needed for a related Medicare claim. I permit a copy of the authorization to be used in place of the original and request payment of authorized benefits to me or on my behalf. I certify that the information supplied below is true and correct. I also understand and agree that certain items I received at the time, safety, and I also agree that those items ... known as personal comfort items and services include routine physical, check ups, eyeglasses, contact lenses, conventional and hearing aids, immunizations, orthopedic shoes, routine automatic care, cosmetic surgery, or to have me, personal comfort items, private room different or any item or service, no reimbursement declared for the diagnosis or treatment of ... injury.

PAYMENT GUARANTEE ... The undersigned agrees, whether he signs as a patient, that in compliance with the services to be rendered to the patient ... undersigned me agrees and accounts to said to pay the account ... financial in accordance with the regular rates and terms of the hospital. Furthermore, the undersigned is obligated to remain weekly or monthly payments in an amount ... should the account be turned over to a collection agency or an attorney for collection, the undersigned ... reasonable attorney fees for delinquent accounts incurred at legal rates.

INFANTS OUT NURSING ... The hospital provides general care for infants under the system's nurses not enrolled to the hospital or the patient by a signature. ... The patient who has been admitted for treatment of specialty care, nursing care is required that such must be arranged by the patient or a ... represented at the hospital ... and the access shall in no case be responsible for the time or is required the same and is nursery obtained from private and all families born to the patient or the physician with their additional care.

ACKNOWLEDGMENT FOR THE RECEIPT OF DOCUMENTS ... I hereby acknowledge the receipt of those items mentioned within ___ policy.

___ Admission to Board Message    ___ Orientation Important Message    ___ Advance Directives    ___ Patient Rights    ___ MNRO
___ Privacy Notice

The undersigned certifies ... that I am that I am of the document and is the patient, or is duly authorized of the patient as the patient's guarantor agent to execute.

I certify THAT I HAVE READ OR HAD READ TO ME AND FULLY UNDERSTAND THE ABOVE.

Signature of Patient  _____    Date  _____

Present Authorize Not Let  _____

Signature of Authorized Person if Patient is a minor  _____    Relationship to patient  _____
Or otherwise unable to sign  _____

Person person authorized to sign  _____

Witness  _____    Date  _____

In the Telephoned
Consent of Witness  _____    Date  _____

Witness  _____    Date  _____

Witness  _____    Date  _____

# CONDITIONS OF TREATMENT AND/OR SERVICES

**West Jefferson Medical Center**

PRINTED BY: dmcmillian
Page 1 of 1
DATE        6/28/2008

The Name  Conditions of Treatment.doc

Revision Date: 12/11/2004

# WEST JEFFERSON IMAGING CENTER

1111 Medical Center Blvd. Suite 108
Marrero, Louisiana 70072
(504) 349-6108

*4-B67*

Diplomates American Board of Radiology

Jimmy L. Mains, MD
Albert B. Henry, MD
David R. Hunter, MD
Michael J. Helm, MD
Rodney S. Florek, MD
Michael J. Alline, MD
Arthur E. Levy, MD

PATIENT NAME: _Reginald Gaspar_

DATE: _1/16/06_

REFERRING PHYSICIAN: _Trujillo_

EXAMINATIONS PRECEDED BY "*" REQUIRE INDICATION OF LEFT OR RIGHT

| ✓ HERE | ✓ HERE |
|---|---|
| ABDOMEN, FLAT & ERECT | MAMMOGRAM, BILATERAL |
| A-C JOINT | MAMMOGRAM, SCREENING |
| * ANKLE | * MAMMOGRAM, UNILATERAL |
| BARIUM ENEMA | MANDIBLE |
| C-SPINE, COMPLETE | MASTOIDS |
| C-SPINE, AP & LATERAL | METASTATIC BONE SURVEY |
| CHEST, EPA | NASAL BONE |
| X CHEST, EPA & LAT ) | NASOPHARYNX |
| CHEST, COMPLETE | NECK, SOFT TISSUE |
| * CLAVICLE | ORBITS |
| COCCYX | * OS CALCIS (HEEL) |
| * ELBOW | * PATELLA |
| ERECT WATERS VIEW | PELVIS |
| ESOPHAGRAM | RIBS, BILATERAL |
| FACIAL BONES | * RIBS, UNILATERAL |
| * FEMUR | SACROILIAC JOINTS |
| * FINGER | SACRUM |
| * FOOT | * SCAPULA |
| * FOREARM | SCOLIOSIS SURVEY |
| G.I. SERIES | SELLA TURCICA |
| * HAND | * SHOULDER |
| HEMODIALYSIS SURVEY | SINUSES |
| * HIP | SKULL, AP & LATERAL |
| * HUMERUS | SKULL, COMPLETE |
| * KNEE, AP & LATERAL | SMALL BOWEL SERIES |
| KNEE, BOTH STANDING | STERNUM |
| * KNEE, COMPLETE | THORACIC SPINE |
| KUB | * TIBIA |
| LUMBAR SPINE, AP & LATERAL | T-M JOINTS |
| LUMBAR SPINE, COMPLETE | * TOES |
| LUMBAR SPINE, FUNCTIONAL | * WRIST |

MRI of _What (TA)_

HISTORY: _(End) X-ray with patient._

OTHER _____

PRINTED BY: dmcmillian
DATE    6/28/2008

05/16/06 06:00 PM(QOPQAI)

GASPER,REGINALD                M 17
  0001441407   ADM: 05/16/06
  0613600314                              RADIOLOGY RESULTS
  TRUJILLO,CARLOS A   OUTPT

ORDER: CHEST, EPA&LAT    21.01
XRAY FILE:                          RADIOLOGIST: DANTONIO

    PA AND LATERAL CHEST:
    DATE OF SERVICE:  16 MAY 2006
    CLINICAL HISTORY:  COUGH AND CONGESTION.
    FINDINGS:
    THE HEART AND LUNGS ARE NORMAL.   SURROUNDING STRUCTURES ARE
    INTACT.
    IMPRESSION:
    1.   NO  ACUTE CARDIOPULMONARY FINDINGS.] PA AND LATERAL CHEST:
    DATE OF SERVICE:  16 MAY 2006
    CLINICAL HISTORY:  COUGH AND CONGESTION.
    FINDINGS:
    THE HEART AND LUNGS ARE NORMAL.   SURROUNDING STRUCTURES ARE
    INTACT.
    IMPRESSION:
    1.   NO  ACUTE CARDIOPULMONARY FINDINGS.]
                                    LAST PAGE