# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Karen Hebert _____ | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.   ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Karen Hebert                    .

B.   Maiden or other names used or by which you have been known: Karen Kearney, Karen Nunez

C.   Current Street Address: 40607 Rolling Forest Drive, Magnolia, Texas 77354

D.   Home Telephone No.: (832) 934-0957
     Cell Phone No.: (832) 228-4221
     Work Telephone No: N/A
     Other Telephone Nos.: N/A

E.   Email address:   Momb1947@yahoo.com or KarenHebert@comcast.net

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

    1.   State which individual or estate you are representing:

    2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

    3   Address (or last known address if deceased):

    4.   Home Telephone No.:
       Cell Phone No.:
       Work Telephone No:
       Other Telephone Nos.:

    5.   E-mail address:

    6.   If you were appointed as a representative by a court, state the:

2

Court: _____    Date of Appointment: _____

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.  Please state the name and address of the attorney representing you:

Parker Waichman Alonso LLP and Becnel Law Firm LLC

Attorney's Name/Law Firm

Great Neck, New York, 11021 and Reserve, LA 70084

City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑    No ☐

2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? Including but not limited to asthma; see attached medical records and authorizations.

3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☑ irritation to eyes
☐ burning of eyes
☐ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☑ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☑ difficulty in breathing
☑ wheezing
☑ shortness of breath
☑ persistent cough
☑ tightness of the chest

3

- ☑ bronchitis
- ☑ throat irritation
- ☑ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☑ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of childhood asthma
- ☐ allergies for the first time in your life
- ☑ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☑ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

_____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? No_____

If yes, which kind of cancer?

_____

5. When do you claim this injury or disease first occurred? Approximately 11/2005_____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes☐        No☑

*If "Yes,"* when and who diagnosed the condition at that time?

_____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes☐        No☑

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

8.  **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐        No ☑

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____

_____

_____

To your understanding, describe the condition for which treated:

_____

_____

_____

State when you were treated for this psychological, psychiatric or emotional problem

_____

_____

_____

List the medications prescribed or recommended by the physician or counselor

_____

_____

_____

9.  Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐        No ☑

*If "Yes,"* state the amount of your claim: _____

5

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1712 Alexander Avenue, Arabi, Louisiana 70032 | 10/1980 - 8/28/2005 |
| 109B Sorial Street, Slidell, Louisiana 70421 | 11/2005 - 5/2006 |
| 113A Bosworth Street, Slidell, Louisiana 70461 | 5/2/2006 - 10/26/2007 |
| 40607 Rolling Forest Drive, Magnolia, Texas 77354 | 10/26/2007 - Present |
|  |  |

B.   State Driver's License Number and State Issuing License: Texas 26996782

C.   Date and Place of Birth: 10/14/1947     Place: New Orleans, Louisiana

D.   Sex:  Male ☐     Female ☑

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| John McDonough H.S. | 1962 - 1965 | General | Diploma |
| Layler University | 1967 - 1968 | English | None |
|  |  |  |  |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| USDA National Finance Center | 13800 Old Gentilly Road, New Orleans, LA 70129 | 6/1987 - 10/2007 | Claims Examiner |
|  |  |  |  |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| USDA National Finance Center | 13800 Old Gentilly Road, New Orleans, LA 70129 | 6/1987 - 10/2007 | Claims Examiner |
|  |  |  |  |

6

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

Yes ☐     No ☑

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.   Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

Yes ☑     No ☐     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease. A lawsuit against the manufacturer of Redux, which is a weight-loss drug.

_____

_____

7

## IV.    FAMILY INFORMATION

A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☑      No ☐       Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|--------------------------------|
| Mildred Kearney | Mother | 58 (at death) | N/A | Breast Cancer |
| Joseph Kearney | Father | 70 (at death) | Heart Disease | Heart Attack |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B.    Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐      No ☑

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.    FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

A.    Please provide the following information regarding the FEMA trailer or mobile home:

1.    Manufacturer of trailer or mobile home: Fabrique Par Forest River, Inc. AND Morgan USA

2.    VIN: TWDH208P104072 AND 5CZ200R2401125496

3.    FEMA Identification No.: 939736606

4.    Bar Code Number on FEMA housing unit: I do not recall (first) AND 1275692 (second)

8

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☑   Mobile Home ☐

6. Move-in Date: 11/2005 AND 5/2006

7. Move-out Date: 5/2006 AND 10/2007

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
   Tannany Mobile Home Park, 109 B Saniet Street, Slidell, LA 70461 AND
   Tammany Mobile Home Park, 113A Bosworth Street, Slidell, LA 70461

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer Park (both)

10. State the reason you stopped living in the FEMA trailer or mobile home:
    First, I moved to a larger trailer in the same trailer park.  Then, I moved out because I retired from my job and moved to Texas.

11. Please state the approximate square footage of the FEMA housing unit: I do not recall.

12. Please state the approximate length and width of the FEMA housing unit: I do not recall.

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? Approximately 10

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☑        No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☑        No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☑        No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐        No ☑

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☑        No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 _____

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐     No ☑

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐     No ☑

*If "Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐     No ☑

*If "Yes,"* please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☑     No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:
5/2006 (113A Bosworth) - Air conditioning unit.
_____

I do not recall when unit was serviced.
_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Karen Hebert | 60 | 40687 Rolling Forest Drive, Magnolia, Texas 77354; Phone # (832) 228-4221 | From __11/2005__<br><br>To __10/2007__ | Yes ☑<br>No ☐<br>Don't Know ☐ | Asthma |
| Leonel Hebert, Jr. | 62 | Same as above | From __11/2006__<br><br>To __12/2006__ | Yes ☐<br>No ☑<br>Don't Know ☐ | |
| | | | From _____<br><br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br><br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br><br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From _____<br><br>To _____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |

## VI.   MEDICAL BACKGROUND

A.   Height: __5'6"__

B.   Current Weight: __260 lbs__

Weight prior to living in a FEMA trailer or mobile home: __220 lbs__

C.   Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☑   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

1.  Date on which smoking/tobacco use ended:_____
2.  Amount smoked or used on average:
        _____ per day for _____ years.

☐   Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1.  Amount currently smoked or used on average:
        _____ per day for _____ years.

D.  Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1.  Amount smoked or used on average, if you know:
        1/2 pack per day for 40 years.
2.  Relationship to you: Husband
3.  Please state whether the smoking occurred inside, outside or both. Always outside

E.  Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
    Yes ☐      No ☑

    *If "Yes,"* what was the date of birth:_____.

    Did your pregnancy terminate in a miscarriage or a stillborn child?
    Yes ☐      No ☑

F.  Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1.  Lung or other respiratory disease
    Yes ☐      No ☑

    *If "Yes,"* please indicate the following:

    Name and description of each illness, disease, or abnormal condition:

    _____
    _____

    The date of illness:

    _____
    _____

2.  Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐     No ☑

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.  Long-term stomach or bowel disease
    Yes ☐     No ☑

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

4.  Skin disease
    Yes ☐     No ☑

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

    Yes ☑     No ☐     Don't Recall ☐

    *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-Ray | 12/2006 | Luis Diaz | N/A | Coughing / Trouble breathing |
| | | | | |
| | | | | |

13

## VII. MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: Dr. Luis Díaz

Specialty, if any: N/A

Address: 8000 Research Forest Drive, The Woodlands, Texas 77382

Phone: (281) 296-5000

Treatment received: See medical records

Dates of treatment: 12/5/2006 - 12/23/2006

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐        No ☑

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

    A.    Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
    Yes ☑    No ☐

    B.    Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
    Yes ☑    No ☐

    C.    Any test results from any testing done on your FEMA trailer or mobile home.
    Yes ☐    No ☑

    D.    All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
    Yes ☐    No ☑

    E.    Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
    Yes ☐    No ☑

    F.    Decedent's death certificate, if applicable.
    Yes ☐    No ☑

    G.    Report of autopsy of decedent, if applicable.
    Yes ☐    No ☑

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. Luis Diaz | 8000 Research Forest Drive, Suite 380, The Woodlands, Texas 77382 |
|  |  |
|  |  |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Dr. Luis Diaz | 8000 Research Forest Drive, The Woodlands, TX 77382 | 12/2005 - Present |
| Dr. Brian Naccari | 4224 Houma Blvd., Metairie, LA | 1980 - 2007 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Alden Health Center | 8000 Research Forest Dr., Texas | See medical records | See medical records |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| To be provided | To be provided | To be provided | To be provided |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.    Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| Dr. Luis Diaz | 8000 Research Forest Drive, TX | 12/2005 - Present |
| Dr. Brian Naccari | 4224 Houma Blvd., Metairie, LA | 1980 - 2007 |
|  |  |  |

16

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|------|---------|
| Walgreen's | 100 N. Military Road, Slidell, Louisiana 70401 |
| Walgreen's | 100 W. Judge Perez Drive, Chalmette, Louisiana 70043 |
| Walgreen's | 6000 Research Forest Drive, # 100, The Woodlands, TX 77382 |
| Walgreen's | 6707 FM 1488, Magnolia, Texas 77354 |
|  |  |

17

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Karen A. Hebert_          _KAREN A. HEBERT_          _6/9/08_
**Signature of Plaintiff**          **Print Your Name**          **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: _KAREN A. HEBERT_

Date of Birth: _10/14/47_

Last Four Numbers of SSN: _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_

I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 9ᵗʰ day of _June_, 2008.

_Karen A. Nevert_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)**

Name: _KAREN A. HEBERT_

Date of Birth: _10/14/47_

Last Four Numbers of SSN: _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_

I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned
matter, the law firm of** _____
**and/or any of their designated agents.** These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above. This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes. I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this 7TH day of _JUNE_, 2008.

_Karen A. Hebert_
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.,* 40:1299.96 *et seq.,* 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Karen A. Hebert | 10\14\1947 | 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 |

Address: 40607 Rolling Forest Drive
City: Magnolia     State: TX     Zip Code: 77354     Telephone No.: (832) 934-0867

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. ._____

Title. ._____

Address._____

Purpose: To Protect My Legal Rights

For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| Requested: | q  Abstract/pertinent<br>q  Emergency Room<br>q  H&P<br>q  Consult Report<br>q  Operative Report<br>q  Rehab Services | q  Lab<br>q  Imaging/Radiology<br>q  Cardiac Studies<br>q  Face Sheet<br>q  Nursing Notes<br>q  Medication Record | q  Progress Notes<br>q  Physician's Orders<br>q  Entire Record<br>❑  Other_____ |
| q  Copies of the records & <br>q  Inspection of the record | | | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

Karen A. Hebert                    6-9-08
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _KAREN A. HEBERT_ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _6 - 9 - 08_

Name: _KAREN A. HEBERT_ (print legibly or type out name)

Signature: _Karen A. Hebert_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Federal Emergency Management Agency Office of the Director 000 C Street SW Washington DC 20472 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Karen Hebert 40607 Rolling Forest Drive Magnolia, TX 77354 |
|---|---|

| 3. TYPE OF EMPLOYMENT □ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 10/14/1947 | 5. MARITAL STATUS Unk. | 6. DATE AND DAY OF ACCIDENT See rider | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

See rider

9.

PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10.

PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See rider

11.

WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $250,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $250,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Karen Hebert | 13b. Phone number of person signing form 832-934-0967 510-406-0500 | 14. DATE OF SIGNATURE 02/25/08 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 | PARKER,WAICHMAN & ALONSO ATTORNEYS AT LAW 111 GREAT NECK ROAD SUITE 101 GREAT NECK NY | NSN 7540-00-634-4046 | STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No   |   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?  (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

RIDER

6. Claimant became aware of the potential exposure within the last two years. Claimant first became ill on _____.

8. The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed claimant to excessive and unsafe levels of formaldehyde. The U.S. and it agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statues, regulations and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards.. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposed to dangerously high levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, failed to properly monitor the manufacturing process of the trailer housing units to insure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufactures of the trailer housing units to insure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general concealed knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant. The U.S. through its agencies including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of the formaldehyde levels in the trailer units provided to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC Section 1983 and all applicable local, state and federal statues or ordinances which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10. The claimant has suffered and continues to suffer from eye, nose and throat irritation, headache, nausea, asthma like symptoms, shortness of breath, emotional distress, fear of illness, including cancer. The foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

```
                                                [CQFMAIN]   Inquiry
ALDEN HEALTH CENTER PLLC                         Date       02/18/2008
P O BOX 132468                                   Time          11:50a
                                                 User       adiaz
THE WOODLANDS, TX 77393                          Page           1
281 296 5000
=============================================================================

Patient #: 0003119              | Patient Name:  KAREN A HEBERT
Bill To #: 0003119              | Resp Party:    KAREN HEBERT
DOB:       10/14/1947           | Dr #:      313 LUIS N DIAZ MD
Age:       60  Sex:  F          | RDr #:     313 LUIS N DIAZ MD
SSN:       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          | Patient Type:   55  EMR
H/Ph #:    832-934-0867         | Bill Cycle:      2   G - L
W/Ph #:    000-0000             | Credit Status:   0
                                | Date Registered: 12/03/2005
                                ----------------------------------------
Patient E-mail:     MOMBI1947@YAHOO.COM
Responsible Party E-mail:
----------------------------------------------------------------------------
Balances                        |
  0 -  30:        136.00        | Responsible Party Address:
 31 -  60:           .00        |    40607 ROLLING FOREST
 61 -  90:           .00        |    DRIVE
 91 - 120:           .00        |    MAGNOLIA, TX 77354
121 - 150:           .00        |
151+   :             .00        | Patient Address:
                                |    40607 ROLLING FOREST
Total Balance:     136.00       |    DRIVE
- Pending:         136.00       |    MAGNOLIA, TX 77354
= Patient Balance:    .00       |
                                |----------------------------------------
Budget Due:           .00       | Last Transactions:
Non-budget Due:    136.00       |   Charge:     02/11/2008        151.00
Total Due:            .00       |   Personal:   02/11/2008         15.00
Budget Balance:       .00       |   Insurance:  01/31/2008         77.01
Budget Payment:       .00       |
                                | Location:       1  ALDEN HEALTH CE
                                | Diagnosis:   599.0  INFECTION, URIN
                                | Billing History: 01/31/2008    00/00/0000
                                |                  00/00/0000    00/00/0000
----------------------------------------------------------------------------
                              Current Coverages
----------------------------------------------------------------------------
Cov#   Insurance Company   Insurance Plan       Subscriber
 1     34 BC BS                                  KAREN HEBERT
       Subscriber ID:  R51051303        105
       Patient ID:
```

```
****************************************************************************
                          Debit mode details
****************************************************************************

Patient#/Name: 0003119    KAREN A HEBERT        Loc# Name      Orig Pend      Total
Post Date      Debit# Batch#/User   Dr# Name       1 ALDEN HEA   153.00      168.00
12/05/2005     26727U  25/         313 L DIAZ MD    Filed     Refiled   BA  PB Status
  Cov#    Claim# Ins Co# Name                 Filed  12/06/2005       Y    N  Paid
  1       267271   61 PRIVATE HEALTHCARE S  12/06/2005  PRT  Units   Unit Chg   Line Chg
Dates of Service       Proc        Desc      Mod Diag   YYY  1.00    168.00     168.00
12/05/2005-12/05/2005 99204    OFFICE/OUTPA   466.0     NNN  1.00       .00        .00
12/05/2005-12/05/2005 ADX      ADDITIONAL     461.9     NNN  1.00       .00        .00
12/05/2005-12/05/2005 ADX      ADDITIONAL     401.9     NNN  1.00       .00        .00
12/05/2005-12/05/2005 ADX      ADDITIONAL     272.4     NNN  1.00       .00        .00
 Post Date    Receipt#  Cov# Transaction Type                 Amount    Applied
12/05/2005    77635U    1000003 CREDIT CARD PAYMENT            15.00     15.00-
01/20/2006    84616U  1 2000061 PMT PRIVATE HEALTHCARE SYSTEMS   .00        .00
01/20/2006    84617U  1 9000100 Deductible      168.00           .00        .00
02/20/2006    88724U  1 2000061 PMT PRIVATE HEALTHCARE SYSTEMS  92.32     92.32-
02/20/2006    88725U  1 4000061 W/O PRIVATE HEALTHCARE SYSTEMS  60.68     60.68-
02/20/2006    88726U  1 9000101 Co-ins           15.00           .00        .00
              Paid    Write-off      Personal Paid:     15.00   Total Balance:     .00
Primary:      92.32    60.68
```

```
                                                        [CQFMAIN]    Inquiry
ALDEN HEALTH CENTER PLLC                                 Date       02/18/2008
P O BOX 132468                                           Time         11:50a
                                                         User          adiaz
THE WOODLANDS, TX 77393                                  Page             2
281 296 5000
================================================================================
Secondary:       .00        .00   Other Paid:        .00   Pending:          .00
Tertiary:        .00        .00   Pat Paid On Form:  .00   Patient Balance:  .00
Ins Total:     92.32      60.68
--------------------------------------------------------------------------------
Patient#/Name: 0003119    KAREN A HEBERT          Loc# Name    Orig Pend    Total
Post Date     Debit#  Batch#/User    Dr# Name       1 ALDEN HEA  197.00     212.00
12/23/2005   26826U   42/         313 L DIAZ MD
  Cov#   Claim# Ins Co# Name                Filed   Refiled   BA  PB Status
   1    268261    61 PRIVATE HEALTHCARE S 12/27/2005                Y   N  Paid
Dates of Service     Proc     Desc     Mod Diag    PRT   Units   Unit Chg   Line Chg
12/23/2005-12/23/2005 99214   OFFICE/OUTPA     786.2  YYY   1.00   109.00    109.00
12/23/2005-12/23/2005 71020   X-RAY, CHEST  31 786.2  YYY   1.00    48.00     48.00
12/23/2005-12/23/2005 70220   X-RAY EXAM,   51 461.9  YYY   1.00    55.00     55.00
12/23/2005-12/23/2005 ADX     ADDITIONAL       244.9  NNN   1.00      .00       .00
  Post Date  Receipt#  Cov# Transaction Type                   Amount    Applied
  12/23/2005  80997U        1000003 CREDIT CARD PAYMENT          15.00     15.00-
  02/27/2006  90635U   1    2000061 PMT PRIVATE HEALTHCARE SYSTEMS  116.49   116.49-
  02/27/2006  90636U   1    4000061 W/O PRIVATE HEALTHCARE SYSTEMS   80.51    80.51-
  02/27/2006  90637U   1    9000101 Co-ins       15.00              .00       .00
  03/20/2006  93898U   1    2000061 PMT PRIVATE HEALTHCARE SYSTEMS   .00       .00
              Paid    Write-off                                Total Balance:  .00
Primary:    116.49    80.51    Personal Paid:    15.00   Pending:          .00
Secondary:    .00       .00    Other Paid:         .00   Patient Balance:  .00
Tertiary:     .00       .00    Pat Paid On Form:   .00
Ins Total:  116.49    80.51
--------------------------------------------------------------------------------
Patient#/Name: 0003119    KAREN A HEBERT          Loc# Name    Orig Pend    Total
Post Date     Debit#  Batch#/User    Dr# Name       1 ALDEN HEA  176.00     191.00
01/03/2006   28073U   60/lsnelson  120 L DIAZ MD
  Cov#   Claim# Ins Co# Name                Filed   Refiled   BA  PB Status
   1    280731    61 PRIVATE HEALTHCARE S 01/04/2006                Y   N  Paid
Dates of Service     Proc     Desc     Mod Diag    PRT   Units   Unit Chg   Line Chg
01/03/2006-01/03/2006 99214   OFFICE/OUTPA     466.0  YYY   1.00   109.00    109.00
01/03/2006-01/03/2006 71020   X-RAY, CHEST  31 466.0  YYY   1.00    48.00     48.00
01/03/2006-01/03/2006 94640   AIRWAY INHAL     786.07 YYY   1.00    29.00     29.00
01/03/2006-01/03/2006 99070   SPECIAL SUPP     786.07 YYY   1.00     5.00      5.00
01/03/2006-01/03/2006 ADX     ADDITIONAL       786.2  NNN   1.00      .00       .00
  Post Date  Receipt#  Cov# Transaction Type                   Amount    Applied
  01/03/2006  81735U        1000003 CREDIT CARD PAYMENT          15.00     15.00-
  03/27/2006  95380U   1    2000061 PMT PRIVATE HEALTHCARE SYSTEMS  103.27   103.27-
  03/27/2006  95381U   1    4000061 W/O PRIVATE HEALTHCARE SYSTEMS   72.73    72.73-
  03/27/2006  95382U   1    9000101 Co-ins       15.00              .00       .00
              Paid    Write-off                                Total Balance:  .00
Primary:    103.27    72.73    Personal Paid:    15.00   Pending:          .00
Secondary:    .00       .00    Other Paid:         .00   Patient Balance:  .00
Tertiary:     .00       .00    Pat Paid On Form:   .00
Ins Total:  103.27    72.73
--------------------------------------------------------------------------------
                                                                          Total
Post Date     Debit#  Batch#/User    Dr# Name                              1.16
02/27/2006 10000090639U 206/lsnelson  313 L DIAZ MD
              Transaction Type: 7000008 AETNA INTEREST
  Post Date  Receipt#      Transaction Type                    Amount    Applied
  02/27/2006  90640U        1000008 INTEREST PAYMENT             1.16      1.16-
                                                        Total Balance:     .00
--------------------------------------------------------------------------------
Patient#/Name: 0003119    KAREN A HEBERT          Loc# Name    Orig Pend    Total
Post Date     Debit#  Batch#/User    Dr# Name       1 ALDEN HEA    .00       76.00
10/10/2006   41659U   55/adiaz   313 L DIAZ MD      PRT   Units   Unit Chg   Line Chg
Dates of Service     Proc     Desc     Mod Diag    YYY   1.00    76.00     76.00
10/10/2006-10/10/2006 99213   OFFICE/OUTPA     462   NNN   1.00      .00       .00
10/10/2006-10/10/2006 ADX     ADDITIONAL       472.0
  Post Date  Receipt#  Cov# Transaction Type                   Amount    Applied
  10/10/2006  124958U       1000003 CREDIT CARD PAYMENT          61.00     61.00-
  10/10/2006  125406U       3000003 PROFESSIONAL ADJUSTMENT      15.00     15.00-
```

```
ALDEN HEALTH CENTER PLLC                                    [CQFMAIN]   Inquiry
P O BOX 132468                                              Date     02/18/2008
                                                            Time       11:50a
THE WOODLANDS, TX 77393                                     User       adiaz
281 296 5000                                               Page          3
================================================================================

              Paid    Write-off
Primary:       .00       .00     Personal Paid:      61.00   Total Balance:      .00
Secondary:     .00       .00     Other Paid:         15.00   Pending:            .00
Tertiary:      .00       .00     Pat Paid On Form:     .00   Patient Balance:    .00
Ins Total:     .00       .00
--------------------------------------------------------------------------------
                                                                           Total
Post Date   Debit#  Batch#/User   Dr# Name                                 25.00
07/23/2007 10000169448U 224/adiaz  313 L DIAZ MD
                       Transaction Type: 7000010 MEDICAL RECORDS CHARGE
                                                            Amount    Applied
   Post Date  Receipt#   Transaction Type                    25.00    25.00-
   07/23/2007  169449U   1000005 MEDICAL RECORDS PAYMENT
                                                    Total Balance:       .00
--------------------------------------------------------------------------------
Patient#/Name: 0003119      KAREN A HEBERT
Post Date   Debit#  Batch#/User   Dr# Name         Loc# Name    Orig Pend    Total
12/21/2007  63258U   55/adiaz   313 L DIAZ MD       1 ALDEN HEA   115.00    130.00
  Cov#    Claim# Ins Co# Name              Filed   Refiled   BA  PB Status
   1      63258I     34 BC BS           12/27/2007           Y   N  Paid
Dates of Service     Proc      Desc     Mod Diag    PRT  Units  Unit Chg  Line Chg
12/21/2007-12/21/2007 99214    OFFICE/OUTPA    461.9  YYY  1.00  130.00   130.00
12/21/2007-12/21/2007 ADX      ADDITIONAL      472.0  NNN  1.00     .00      .00
12/21/2007-12/21/2007 ADX      ADDITIONAL      401.9  NNN  1.00     .00      .00
12/21/2007-12/21/2007 ADX      ADDITIONAL      272.4  NNN  1.00     .00      .00
   Post Date  Receipt#  Cov# Transaction Type                 Amount    Applied
   12/21/2007  194369U      1000003 CREDIT CARD PAYMENT        15.00    15.00-
   01/14/2008  197073U  1   2000034 PMT BC BS OF TEXAS         77.01    77.01-
   01/14/2008  197074U  1   4000034 W/O BC BS OF TEXAS         37.99    37.99-
   01/14/2008  197075U  1   9000101 Co-ins        15.00          .00       .00
              Paid    Write-off
Primary:     77.01     37.99     Personal Paid:      15.00   Total Balance:      .00
Secondary:     .00       .00     Other Paid:           .00   Pending:            .00
Tertiary:      .00       .00     Pat Paid On Form:     .00   Patient Balance:    .00
Ins Total:   77.01     37.99
--------------------------------------------------------------------------------
Patient#/Name: 0003119      KAREN A HEBERT
Post Date   Debit#  Batch#/User   Dr# Name         Loc# Name    Orig Pend    Total
01/05/2008  63799U   15/ewhite  313 L DIAZ MD       1 ALDEN HEA   115.00    130.00
  Cov#    Claim# Ins Co# Name              Filed   Refiled   BA  PB Status
   1      63799I     34 BC BS           01/11/2008           Y   N  Paid
Dates of Service     Proc      Desc     Mod Diag    PRT  Units  Unit Chg  Line Chg
01/05/2008-01/05/2008 99214    OFFICE/OUTPA    466.0  YYY  1.00  130.00   130.00
01/05/2008-01/05/2008 ADX      ADDITIONAL      461.9  NNN  1.00     .00      .00
01/05/2008-01/05/2008 ADX      ADDITIONAL      472.0  NNN  1.00     .00      .00
01/05/2008-01/05/2008 ADX      ADDITIONAL      401.9  NNN  1.00     .00      .00
   Post Date  Receipt#  Cov# Transaction Type                 Amount    Applied
   01/05/2008  196782U      1000003 CREDIT CARD PAYMENT        15.00    15.00-
   01/31/2008  200883U  1   2000034 PMT BC BS OF TEXAS         77.01    77.01-
   01/31/2008  200884U  1   4000034 W/O BC BS OF TEXAS         37.99    37.99-
   01/31/2008  200885U  1   9000101 Co-ins        15.00          .00       .00
              Paid    Write-off
Primary:     77.01     37.99     Personal Paid:      15.00   Total Balance:      .00
Secondary:     .00       .00     Other Paid:           .00   Pending:            .00
Tertiary:      .00       .00     Pat Paid On Form:     .00   Patient Balance:    .00
Ins Total:   77.01     37.99
--------------------------------------------------------------------------------
Patient#/Name: 0003119      KAREN A HEBERT
Post Date   Debit#  Batch#/User   Dr# Name         Loc# Name    Orig Pend    Total
02/01/2008  63410U   15/ewhite  313 L DIAZ MD       1 ALDEN HEA      .00       .00
Dates of Service     Proc      Desc     Mod Diag    PRT  Units  Unit Chg  Line Chg
02/01/2008-02/01/2008 CANCEL    CANCEL APPO              YYY   .00     .00      .00
              Paid    Write-off
Primary:       .00       .00     Personal Paid:        .00   Total Balance:      .00
Secondary:     .00       .00     Other Paid:           .00   Pending:            .00
Tertiary:      .00       .00     Pat Paid On Form:     .00   Patient Balance:    .00
```

```
ALDEN HEALTH CENTER PLLC                                [CQFMAIN]   Inquiry
P O BOX 132468                                          Date      02/18/2008
                                                        Time         11:50a
THE WOODLANDS, TX 77393                                 User       adiaz
281 296 5000                                            Page             4
===================================================================================

Ins Total:          .00           .00         -------------------------------------
--------------------------------
Patient#/Name: 0003119    KAREN A HEBERT        Loc# Name      Orig Pend      Total
Post Date      Debit#  Batch#/User   Dr# Name     1 ALDEN HEA    136.00     151.00
02/11/2008     65783U  15/ewhite     313 L DIAZ MD
  Cov#    Claim# Ins Co# Name                Filed  Refiled   BA  PB Status
   1      657831    34 BC BS              02/12/2008          Y   N  Pending
Dates of Service        Proc      Desc       Mod Diag   PRT   Units  Unit Chg   Line Chg
02/11/2008-02/11/2008 99214    OFFICE/OUTPA      599.0  YYY   1.00   130.00     130.00
02/11/2008-02/11/2008 81000    URINALYSIS,    40 599.0  YYY   1.00    21.00      21.00
02/11/2008-02/11/2008 ADX      ADDITIONAL        724.5  NNN   1.00     .00        .00
02/11/2008-02/11/2008 ADX      ADDITIONAL        401.9  NNN   1.00     .00        .00
02/11/2008-02/11/2008 ADX      ADDITIONAL        272.4  NNN   1.00     .00        .00
  Post Date    Receipt# Cov# Transaction Type                      Amount    Applied
  02/11/2008   201393U    1000003 CREDIT CARD PAYMENT              15.00     15.00-
                Paid    Write-off
Primary:         .00       .00    Personal Paid:       15.00   Total Balance:  136.00
Secondary:       .00       .00    Other Paid:            .00   Pending:        136.00
Tertiary:        .00       .00    Pat Paid On Form:      .00   Patient Balance:   .00
Ins Total:       .00       .00    ------------------------------------------------------
-----------------------------------------------------------------------------------------
******************************************************************************************
-----------------------------------------------------------------------------------------
```

**Patient:**   KAREN A HEBERT

Date Printed:   02-18-2008 11:48 AM

# VITALS

| CRI | 02/11/2008 | 01/05/2008 | 12/21/2007 |
|---|---|---|---|
| VS-HEIGHT | 5ft6in | 5ft6in | 5ft6in |
| VS-WEIGHT | 260lbs | 260lbs | 257lbs |
| VS-BLOOD P | 146/100 SIT RA | 140/80 SIT RA | 125/80 SIT RA |
| VS-PULSE | 72 R Radial Reg | 76 L Radial Reg | 76 R Radial Reg |
| VS-RESPIRA | 16 | 18 | 17 |
| VS-TEMPERA | 97.5°f T | 98.2°f O | 98.2°f O |

\* () Denotes Reference Ranges for Lab Values

# MEDICATIONS

| Date | Drug Name | Strength/ Form | Dispense/ UOM | Refill | Sig | Last Dose/ D/C Date | Status | Category |
|---|---|---|---|---|---|---|---|---|
| 2/11/2008 | CRESTOR | 20 MG TABS | 30 | 1 | 1 Every Day | 4/10/2008 | NEW PRESCRIPTION | |
| 2/11/2008 | LEVAQUIN | 750 MG TABS | 0 | 0 | Take 1 by mouth every day. | | NEW PRESCRIPTION | |
| 1/5/2008 | SINGULAIR | 10 MG TABS | 30 | 12 | Take 1 tablet by mouth daily. | | NEW PRESCRIPTION | |
| 1/5/2008 | AZMANEX | | 1 | 4 | One inhalation daily in the afternoon, 60 actuations | | NEW PRESCRIPTION | |
| 12/21/2007 | ARMOUR THYROID | 120 MG TABS | 30 | 1 | Take 1 tablet by mouth every day. | | CONTINUED | |
| 12/21/2007 | LISINOPRIL | 20 MG TABS | 30 | 1 | TAKE 1 TABLET BY MOUTH DAILY. | | CONTINUED | |
| 12/21/2007 | NASACORT AQ | 55 MCG/ACT AERS | 1 | 12 | take two sprays in each nostril twice daily | | NEW PRESCRIPTION | |
| 12/21/2007 | LYRICA | 25 MG CAPS | 30 | 1 | Take 1 capsule by mouth daily. | | NEW PRESCRIPTION | |

# ALLERGIES

| Date | Description | Status |
|---|---|---|
| 12/05/2005 | NO KNOWN DRUG ALLERGY | ACTIVE |

Date Printed:  02-18-2008 11:48 AM

Patient:   KAREN A HEBERT

## PROBLEMS

| Date | Code | Description | Status | Category |
|------|------|-------------|--------|----------|
| 2/11/2008 | 599.0 | INFECTION, URINARY TRACT NOS | CURRENT | |
| 2/11/2008 | 724.5 | BACKACHE NOS | CURRENT | |
| 2/5/2008 | 790.21 | IMPAIRED FASTING GLUCOSE | CURRENT | |
| 10/10/2006 | 462 | PHARYNGITIS, ACUTE | CURRENT | |
| 12/5/2005 | 244.9 | HYPOTHYROIDISM NOS | CURRENT | |
| 12/5/2005 | 272.4 | HYPERLIPIDEMIA NEC/NOS | CURRENT | |
| 12/5/2005 | 401.9 | HYPERTENSION, ESSENTIAL NOS | CURRENT | |
| 12/5/2005 | 461.9 | SINUSITIS, ACUTE NOS | CURRENT | |
| 12/5/2005 | 466.0 | BRONCHITIS, ACUTE | CURRENT | |
| 12/5/2005 | 472.0 | RHINITIS, CHRONIC | CURRENT | |

Alden Health Center
8000 Research Forest Drive, Suite 380
The Woodlands, Tx 77382-1515


PatientID: 0003119
Patient Name: KAREN A HEBERT
40607 ROLLING FOREST DRIVE
MAGNOLIA, TX 77354
Date of Service: 02/11/2008

### ***NOTIFICATION FORM***

(Acc=acceptable & Abnl=abnormal) Note: "Acceptable" means that your lab results are either normal, or the physician feels that the results are acceptable in spite of a value being slightly out of normal range.


Dear Patient,
        This is a brief letter to relay the results of your recent tests.
LAB RESULTS: The urinalysis is acceptable.
LAB PREVENTIVE CARE & ENCLOSURES: A copy of your lab results is enclosed.
Sincerely,

Luis N. Diaz, M.D.
--------------------------------------------------------------------------------------------------------------------
Physician Intructions:   Please mail notice to patient.


Electronically Signed by: Luis Diaz, M.D. on Wednesday, February 13, 2008

**ALDEN HEALTH CENTER**
8000 RESEARCH FOREST, DRIVE
THE WOODLANDS, TX 77382-1504

Order Status: All Results Signed
02/13/2008 6:05 pm

Print Date:   02/18/2008 11:48 am

**HEBERT, KAREN A**
40607 ROLLING FOREST
DRIVE
MAGNOLIA, TX 77354

| | |
|---|---|
| Patient ID/# 0003119 | DOB 10/14/1947   Age 60 years   Gender Female |
| SSN 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 | |
| Home Phone (832) 934-0867 | |
| Work Phone (800) 428-8515 x | Fasting No |

| | |
|---|---|
| Ordering LUIS N DIAZ MD | Copy To |
| Referring | LIS Order Accession # HL103205X |
| Order Service Date 02/11/2008 12:26:27 PM | Order Sent To LIS 02/11/2008 12:26 pm |

Order # 4905

Specimen Collection Date 02/11/2008 12:26 pm

Order Comments th

Test Ordered       CULTURE, URINE, ROUTINE (395)

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

**CULTURE, URINE, ROUTINE (395)**

Test Ordered Date: 02/11/2008 12:26 pm

Performing Lab: RGA      Verified By: 02/12/2008 20:00

Specimen Source: R

SOURCE: (75000000) - 75000000

Test Status: Complete
Test Accession #: HL103205X

Result Date/Status: 2/12/2008 8:00:00 PM     F

URINE

STATUS: (75000100) - 75000100          FINAL

Result Date/Status: 2/12/2008 8:00:00 PM     F

RESULT: (75002000) - 75002000          NO GROWTH

Result Date/Status: 2/12/2008 8:00:00 PM     F

SOURCE:    URINE

FINAL: Electronically signed by Luis Diaz, M.D. on 02/13/2008 at 6:05:14 pm

| Tests Perfomed At       RGA | Ph: | CLIA: |
|---|---|---|

Page   1 of 1

Result Status:
P = Preliminary      F = Final           CF = Corrected/Final
C = Corrected        EIE = Entered In Error    CP = Corrected/Preliminary

# Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O.

Patient Name: KAREN A HEBERT   Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 02/11/2008

CHIEF COMPLAINT: Here for follow up evaluation. discuss lab results.

HISTORY OF PRESENT ILLNESS:
    GENERAL:
        GENERAL SYMPTOMS:  Complains of increased urinary frequency, mid back pain. The
        symptoms began a few weeks ago. The symptoms have not changed. No general therapies have
        been tried.

HISTORY:
    244.9-HYPOTHYROIDISM NOS The hypothyroidism is stable.
    272.4-HYPERLIPIDEMIA NEC/NOS The hyperlipidemia is stable.  Recent laboratory work abnormal.
        Recent laboratory work reveals low density lipoprotein (LDL) between 100 to 129, reveals
        triglycerides between 100 to 149, reveals total cholesterol less than 200.
    401.9-HYPERTENSION, ESSENTIAL NOS The hypertension is stable.  Recent laboratory work
        satisfactory.
CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
    ARMOUR THYROID ORAL TABLET 120 MG, Take 1 tablet by mouth every day.
    LOVASTATIN ORAL TABLET 40 MG, Take 1 tablet by mouth every day.
    LISINOPRIL ORAL TABLET 20 MG, TAKE 1 TABLET BY MOUTH DAILY.
    NASACORT AQ NASAL AEROSOL SOLUTION 55 MCG/ACT, take two sprays in each nostril twice
    daily
    LYRICA ORAL CAPSULE CONVENTIONAL 25 MG, Take 1 capsule by mouth daily.
    SINGULAIR ORAL TABLET 10 MG, Take 1 tablet by mouth daily.
    AZMANEX, One inhalation dailyin the afternoon, 60 actuations

SOCIAL HISTORY:
    TOBACCO USE:  Has no smoking history.
    EXERCISES:    The patient exercises regularly and is appropriate for age and health.
    DIET:  Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
    GENERAL:  Afebrile.
    GU:  NOTES AN INCREASE IN FREQUENCY OF URINATION.
    MUSCULOSKELETAL:  NOTES JOINT PAIN.

PHYSICAL EXAM:
    CONSTITUTIONAL:

## Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O.

Patient Name: KAREN A HEBERT   Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 02/11/2008

VITAL SIGNS:
    VS-TEMPERATURE: 97.5°f Tympanic
    VS-PULSE: 72 Right Radial, Regular
    VS-BLOOD PRESSURE: 146/100 Right Arm Sitting
    VS-RESPIRATION: 16
    VS-HEIGHT: 5ft6in
    VS-WEIGHT: 260lbs
    BMI: 41.96
GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
RESPIRATORY: Clear to auscultation. Normal respiratory effort.
CARDIOVASCULAR:
    PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.
GASTROINTESTINAL:
    ABDOMEN: Soft, non-tender, without masses, hernias or bruits. Bowel sounds are active.
MUSCULOSKELETAL EXAM:
    SPINE/RIBS/PELVIS: BILATERAL LOWER PARASPINAL MUSCLE TENDERNESS.

TESTS PERFORMED IN OFFICE:
    URINE-MICROSCOPIC: Negative for WBC's, RBC's, bacteria, or abnormal cells.

ASSESSMENT/PLAN:
    272.4-HYPERLIPIDEMIA NEC/NOS
        ASSESSMENT: The symptoms have worsened. Will change medication for better effectiveness.
    401.9-HYPERTENSION, ESSENTIAL NOS
        ASSESSMENT: The hypertension is stable. Will continue current medications.
    790.21-IMPAIRED FASTING GLUCOSE
        ASSESSMENT: The patient's hyperglycemia is stable.
    599.0-INFECTION, URINARY TRACT NOS
        ASSESSMENT: The patient's UTI continues to remain stable. Will start medication for better control.
    724.5-BACKACHE NOS
        ASSESSMENT: The patient's low back symptoms are of new onset. Patient education includes a review of: exercise recommendations.

RETURN VISIT: Patient instructed to return in 6 weeks.

## Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O.

Patient Name:  KAREN A HEBERT   Patient ID:  0003119
Date of Birth:  10/14/1947
Date of Service:  02/11/2008

Electronically Signed by: Luis Diaz, M.D. on Monday, February 11, 2008

Alden Health Center
8000 Research Forest Drive, Suite 380
The Woodlands, Tx 77382-1515

PatientID:  0003119
Patient Name:  KAREN A HEBERT
40607 ROLLING FOREST DRIVE
MAGNOLIA, TX 77354
Date of Service:  02/01/2008

***NOTIFICATION FORM***

(Acc=acceptable & Abnl=abnormal)  Note: "Acceptable" means that your lab results are either normal, or the physician feels that the results are acceptable in spite of avalue being slightly out of normal range.

Dear Patient,
        It was a pleasure to see you for your recent examination.  I appreciate your confidence in me and the interest you have in maintaining your health.  Below is a brief summary of your test results.
LAB RESULTS: The glucose (sugar) level is elevated.

        LAB LIPID INTERPRETATION: LDL Cholesterol is not satisfactory for current therapy. No change in treatment other than strict adherence to a low saturated fat diet, Total cholesterol is normal. Triglyceride level is satisfactory.
        BASIC CHEMISTRY PANEL: The chemistry profile is acceptable.
        LIVER FUNCTION TEST: The Liver function test results were acceptable.
LAB PREVENTIVE CARE & ENCLOSURES: I encourage you to follow a low fat, low cholesterol diet, I do recommend that you exercise by walking,at a brisk pace,or jogging, 40 minutes, four times per week.  A copy of your lab results is enclosed.
RECOMMENDATION:
I would like to discuss your test results;  please make an appointment.
Sincerely,

Luis N. Diaz, M.D.
------------------------------------------------------------------------------------------------------------------
Physician Intructions:  Please mail notice and results to parent.


Electronically Signed by: Luis Diaz, M.D. on Tuesday, February 05, 2008

Page 1 of 1

**ALDEN HEALTH CENTER**
8000 RESEARCH FOREST, DRIVE
THE WOODLANDS, TX 77382-1504

Order Status: All Results Signed
02/05/2008 11:55 am

Print Date:   02/18/2008 11:48 am

| | | |
|---|---|---|
| **HEBERT, KAREN A** | Patient ID/# 0003119 | DOB 10/14/1947   Age 60 years   Gender Female |
| 40607 ROLLING FOREST DRIVE | SSN 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 | |
| MAGNOLIA, TX 77354 | Home Phone (832) 934-0867 | |
| | Work Phone (800) 428-8515 x | Fasting Yes |

| | | |
|---|---|---|
| Ordering LUIS N DIAZ MD | Referring | Copy To |
| Order # 4763 | Order Service Date 02/01/2008 11:20:50 AM | LIS Order Accession # HL990351W |
| Specimen Collection Date 02/01/2008 11:20 am | | Order Sent To LIS 02/01/2008 11:20 am |

Order Comments th

Tests Ordered   BASIC METABOLIC PANEL (10165); DRAW FEE - 3259; LIPID PANEL WITH REFLEX LDL(14852); LIVER FUNCTION PANEL (10256)

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

---

### BASIC METABOLIC PANEL (10165)

Test Ordered Date: 02/01/2008 11:20 am
Performing Lab: RGA   Verified By: 02/02/2008 05:00
Specimen Source: S

Test Status: Complete
Test Accession #:  HL990351W

| Test | Result | Flag | Reference Range | Units |
|---|---|---|---|---|
| GFR ESTIMATED (25000210) - 25000210 | >60 | | > OR = 60 | See Note   F |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | |

Unit of Measure: mL/min/1.73m2

| | | | | |
|---|---|---|---|---|
| SODIUM (25000400) - 25000400 | 143 | | 125 - 146 | mmol/L |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| CARBON DIOXIDE (25000700) - 25000700 | 26 | | 21 - 33 | mmol/L |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| POTASSIUM (25000500) - 25000500 | 4.3 | | 3.5 - 5.3 | mmol/L |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| GLUCOSE (25000000) - 25000000 | 119 | H | 65 - 99 | mg/dL |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |

FASTING REFERENCE INTERVAL

| | | | | |
|---|---|---|---|---|
| CALCIUM (25001000) - 25001000 | 9.3 | | 8.6 - 10.2 | mg/dL |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| EGFR AFRICAN AMERICAN | >60 | | > OR = 60 | See Note |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |

Unit of Measure: mL/min/1.73m2

| | | | | |
|---|---|---|---|---|
| CHLORIDE (25000600) - 25000600 | 107 | | 98 - 110 | mmol/L |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| BUN/CREATININE RATIO (25000300) - 25000300 | 22 | | 6 - 22 | (calc) |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| CREATININE (25000200) - 25000200 | 0.88 | | 0.50 - 1.20 | mg/dL |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| UREA NITROGEN (BUN) (25000100) - 25000100 | 19 | | 7 - 25 | mg/dL |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | F |

FINAL: Electronically signed by Luis Diaz, M.D. on 02/05/2008 at 11:55:44 am

---

### LIPID PANEL WITH REFLEX LDL(14852)

Test Ordered Date: 02/01/2008 11:20 am
Performing Lab: RGA   Verified By: 02/02/2008 05:00
Specimen Source: S

Test Status: Complete
Test Accession #:  HL990351W

| Test | Result | Reference Range | Units |
|---|---|---|---|
| CHOLESTEROL, TOTAL (25003000) - 25003000 | 188 | 125 - 200 | mg/dL |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| CHOL/HDLC RATIO (25017000) - 25017000 | 4.9 | < OR = 5.0 | (calc) |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | F |
| LDL-CHOLESTEROL (25016900) - 25016900 | 124 | <130 | See Note |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | F |

Result Status:
P = Preliminary   F = Final   CF = Corrected/Final
C = Corrected   EIE = Entered In Error   CP = Corrected/Preliminary

ALDEN HEALTH CENTER
8000 RESEARCH FOREST, DRIVE
THE WOODLANDS, TX 77382-1504

Order Status: **All Results Signed**
02/05/2008 11:55 am

Print Date: 02/18/2008 11:48 am

**HEBERT, KAREN A**
40607 ROLLING FOREST
DRIVE
MAGNOLIA, TX 77354

Patient ID/#  0003119   DOB  10/14/1947   Age  60 years   Gender  Female

SSN  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

Home Phone  (832) 934-0867

Work Phone  (800) 428-8515 x

Fasting  Yes

Ordering  LUIS N DIAZ MD

Referring

Copy To

Order #  4763

Order Service Date  02/01/2008 11:20:50 AM

LIS Order Accession #  HL990351W

Order Sent To LIS  02/01/2008 11:20 am

Specimen Collection Date  02/01/2008 11:20 am

Order Comments  th

Tests Ordered   BASIC METABOLIC PANEL (10165); DRAW FEE - 3259; LIPID PANEL WITH REFLEX LDL(14852); LIVER FUNCTION PANEL (10256)

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

---

**LIPID PANEL WITH REFLEX LDL(14852)**

Test Ordered Date: 02/01/2008 11:20 am
Performing Lab: RGA    Verified By: 02/02/2008 05:00
Specimen Source:  S

Test Status:  Complete
Test Accession #:  HL990351W

DESIRABLE RANGE <100 MG/DL FOR PATIENTS WITH CHD OR
DIABETES AND <70 MG/DL FOR DIABETIC PATIENTS WITH
KNOWN HEART DISEASE.
Unit of Measure: mg/dL (calc)

| Test | Result | Flag | Reference | Units | |
|---|---|---|---|---|---|
| HDL CHOLESTEROL (25015900) - 25015900 | 38 | L | > OR = 40 | mg/dL | F |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| TRIGLYCERIDES (25002900) - 25002900 | 132 | | <150 | mg/dL | F |
| | | | Result Date/Status: 2/2/2008 5:00:00 AM | | |

FINAL: Electronically signed by Luis Diaz, M.D. on 02/05/2008 at 11:55:44 am

---

**LIVER FUNCTION PANEL (10256)**

Test Ordered Date: 02/01/2008 11:20 am
Performing Lab: RGA    Verified By: 02/02/2008 05:00
Specimen Source:  S

Test Status:  Complete
Test Accession #:  HL990351W

| Test | Result | Reference | Units | |
|---|---|---|---|---|
| ALT (25002400) - 25002400 | 17 | 6 - 40 | U/L | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |

Report Comments

| AST (25002300) - 25002300 | 16 | 10 - 35 | U/L | F |
|---|---|---|---|---|
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| BILIRUBIN, DIRECT (25001800) - 25001800 | 0.1 | < OR = 0.2 | mg/dL | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| BILIRUBIN, INDIRECT (25001900) - 25001900 | 0.4 | 0.2 - 1.2 | See Note | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |

Unit of Measure: mg/dL (calc)

| GLOBULIN (25001500) - 25001500 | 2.8 | 2.2 - 3.9 | See Note | F |
|---|---|---|---|---|
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |

Unit of Measure: g/dL (calc)

| ALKALINE PHOSPHATASE (25002000) - 25002000 | 99 | 33 - 130 | U/L | F |
|---|---|---|---|---|
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| ALBUMIN/GLOBULIN RATIO (25001600) - 25001600 | 1.4 | 1.0 - 2.1 | (calc) | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| PROTEIN, TOTAL (25001300) - 25001300 | 6.7 | 6.2 - 8.3 | g/dL | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| ALBUMIN (25001400) - 25001400 | 3.9 | 3.6 - 5.1 | g/dL | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |
| BILIRUBIN, TOTAL (25001700) - 25001700 | 0.5 | 0.2 - 1.2 | mg/dL | F |
| | | Result Date/Status: 2/2/2008 5:00:00 AM | | |

Result Status:
P = Preliminary    F = Final    CF = Corrected/Final
C = Corrected    EIE = Entered In Error    CP = Corrected/Preliminary

Page  2 of 3

**ALDEN HEALTH CENTER**
8000 RESEARCH FOREST, DRIVE
THE WOODLANDS, TX 77382-1504

Order Status: All Results Signed
02/05/2008 11:55 am

Print Date:   02/18/2008 11:48 am

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HEBERT, KAREN A** | Patient ID/# | 0003119 | DOB | 10/14/1947 | Age | 60 years | Gender  Female |
| 40607 ROLLING FOREST | SSN | 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 | | | | | |
| DRIVE | Home Phone | (832) 934-0867 | | | | | |
| MAGNOLIA, TX 77354 | Work Phone | (800) 428-8515 x | | | | Fasting  Yes | |

| | | |
|---|---|---|
| Ordering  LUIS N DIAZ MD | Referring | Copy To |
| Order #   4763 | Order Service Date   02/01/2008 11:20:50 AM | LIS Order Accession #  HL990351W |
| Specimen Collection Date  02/01/2008 11:20 am | | Order Sent To LIS  02/01/2008 11:20 am |

Order Comments
Tests Ordered   th

BASIC METABOLIC PANEL (10165); DRAW FEE - 3259; LIPID PANEL WITH REFLEX LDL(14852); LIVER FUNCTION PANEL (10256)

| TEST DESCRIPTION | RESULTS | REFERENCE RANGE | UNITS |
|---|---|---|---|

FINAL: Electronically signed by Luis Diaz, M.D. on 02/05/2008 at 11:55:44 am

| | | | |
|---|---|---|---|
| Tests Performed At        RGA | Ph: | CLIA: | |

Result Status:
P = Preliminary    F = Final            CF = Corrected/Final
C = Corrected      EIE = Entered In Error   CP = Corrected/Preliminary

Page   3 of 3

## Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

Patient Name: KAREN A HEBERT   Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 01/05/2008

CHIEF COMPLAINT: Here for follow up evaluation. Requested evaluation for the problem listed below.

HISTORY OF PRESENT ILLNESS:
    GENERAL:
        GENERAL SYMPTOMS:  Complains of a sore throat.  The symptoms began approximately 3 days ago.  The onset was gradual.  The symptoms have been improving.
    RESPIRATORY:
        COUGH:  The cough began several weeks ago. The symptoms have been worsening.  It is described as productive.  When present, the cough is mild.  The onset of the cough was gradual. Associated symptoms include post nasal drip.  No symptoms of shortness of breath, fever.

HISTORY:
    401.9-HYPERTENSION, ESSENTIAL NOS The hypertension is stable.
    461.9-SINUSITIS, ACUTE NOS The upper respiratory infection has not changed.
    472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable.
CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
    ARMOUR THYROID ORAL TABLET 120 MG, Take 1 tablet by mouth every day.
    LOVASTATIN ORAL TABLET 40 MG, Take 1 tablet by mouth every day.
    LISINOPRIL ORAL TABLET 20 MG, TAKE 1 TABLET BY MOUTH DAILY.
    NASACORT AQ NASAL AEROSOL SOLUTION 55 MCG/ACT, take two sprays in each nostril twice daily
    LYRICA ORAL CAPSULE CONVENTIONAL 25 MG, Take 1 capsule by mouth daily.

SOCIAL HISTORY:
    TOBACCO USE:  Has no smoking history.
    EXERCISES:   The patient exercises regularly and is appropriate for age and health.
    DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
    GENERAL:  Afebrile.
    RESPIRATORY:  No shortness of breath, COUGH.
    CARDIAC:  No chest pain.

PHYSICAL EXAM:
    CONSTITUTIONAL:
        VITAL SIGNS:
            VS-TEMPERATURE: 98.2°f Oral

# Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

Patient Name: KAREN A HEBERT   Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 01/05/2008

> VS-PULSE: 76 Left Radial, Regular
> VS-BLOOD PRESSURE: 140/80 Right Arm Sitting
> VS-RESPIRATION: 18
> VS-HEIGHT: 5ft6in
> VS-WEIGHT: 260lbs
> BMI: 41.96

GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.

EYES:
> CONJUNCTIVAE AND LIDS: Conjunctivae and lids appear normal.
> PUPILS: Pupils equal and normally reactive to light and accommodation.

EARS, NOSE, MOUTH AND THROAT:
> EXTERNAL/EARS AND NOSE: Overall appearance normal with no scars, lesions or masses.
> EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
> NOSE (AND SINUS): TURBINATES SWOLLEN BILATERALLY.
> ORAL: MILD ERYTHEMATOUS OROPHARYNX, COBBLE STONING NOTED ON THE POSTERIOR PHARYNX.

NECK AND THYROID: Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.

LYMPHATICS: No lymphadenopathy in the neck, axillae, or groin.

RESPIRATORY: RHONCHI BILATERALLY.

CARDIOVASCULAR:
> PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.

ASSESSMENT/PLAN:
> 401.9-HYPERTENSION, ESSENTIAL NOS
> > ASSESSMENT:
> 461.9-SINUSITIS, ACUTE NOS
> > ASSESSMENT: The patient's sinusitis is persistent. Will start medication.
> 466.0-BRONCHITIS, ACUTE
> > ASSESSMENT: The patient's bronchitis is of new onset. Will start medication.
> 472.0-RHINITIS, CHRONIC
> > ASSESSMENT: The patient's non allergic rhinitis has worsened. Will start medication for better control.

RETURN VISIT: Instructed to return earlier than the next regularly scheduled appointment if not improving.

### Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.


Patient Name:  KAREN A HEBERT   Patient ID:  0003119
Date of Birth:  10/14/1947
Date of Service:  01/05/2008


Electronically Signed by: Luis Diaz, M.D. on Saturday, January 05, 2008

## Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

Patient Name: KAREN A HEBERT  Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/21/2007

CHIEF COMPLAINT:  Complains of a cough.

HISTORY OF PRESENT ILLNESS:
    GENERAL:
        GENERAL SYMPTOMS:  Complains of a dry, hacking cough.  The symptoms began
        approximately 3 weeks ago.  The onset was gradual.  The symptoms have not changed.
        Therapies tried include over-the-counter medications.  There was slight improvement with the
        therapies tried.
CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
    ARMOUR THYROID ORAL TABLET 120 MG, Take 1 tablet by mouth every day.
    LOVASTATIN ORAL TABLET 40 MG, Take 1 tablet by mouth every day.
    LISINOPRIL ORAL TABLET 20 MG, TAKE 1 TABLET BY MOUTH DAILY.
    LYRICA ORAL CAPSULE CONVENTIONAL 25 MG,

SOCIAL HISTORY:
    TOBACCO USE: Has no smoking history.
    EXERCISES:    The patient exercises regularly and is appropriate for age and health.
    DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
    GENERAL:  Afebrile.
    RESPIRATORY:  No shortness of breath.
    CARDIAC:  No chest pain.

PHYSICAL EXAM:
    CONSTITUTIONAL:
        VITAL SIGNS:
            VS-TEMPERATURE: 98.2°f Oral
            VS-PULSE: 76 Right Radial, Regular
            VS-BLOOD PRESSURE: 125/80 Right Arm Sitting
            VS-RESPIRATION: 17
            VS-HEIGHT: 5ft6in
            VS-WEIGHT: 257lbs
            BMI: 41.48
        GENERAL APPEARANCE:  Well developed, well nourished individual in no acute distress.
    EYES:
        CONJUNCTIVAE AND LIDS:  Conjunctivae and lids appear normal.

## Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

Patient Name: KAREN A HEBERT   Patient ID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/21/2007

PUPILS:  Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
   EXTERNAL/EARS AND NOSE:  Overall appearance normal with no scars, lesions or masses.
   EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly
      normal.
   NOSE (AND SINUS):  TURBINATES SWOLLEN BILATERALLY.
   ORAL:  MILD ERYTHEMATOUS OROPHARYNX, COBBLE STONING NOTED ON THE
      POSTERIOR PHARYNX.
NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation.  Trachea
   midline. No thyroid enlargement, tenderness, or mass.
LYMPHATICS: No lymphadenopathy in the neck, axillae, or groin.
RESPIRATORY: Clear to auscultation.  Normal respiratory effort.
CARDIOVASCULAR:
   PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or
   abnormal heart sounds.
   ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.

ASSESSMENT/PLAN:
   244.9-HYPOTHYROIDISM NOS
      ASSESSMENT: The patient appears stable.  Will follow for signs of hypothyroidism. Will not
      change medication, continue to monitor for complications.
   272.4-HYPERLIPIDEMIA NEC/NOS
      ASSESSMENT: The symptoms are stable.  Will continue current medications.
   401.9-HYPERTENSION, ESSENTIAL NOS
      ASSESSMENT: The hypertension is stable.  Will continue current medications.
   461.9-SINUSITIS, ACUTE NOS
      ASSESSMENT: The patient's sinusitis is of new onset.  Will start medication.
   472.0-RHINITIS, CHRONIC
      ASSESSMENT: The patient's non allergic rhinitis continues to remain stable.  Will start
      medication for better control.

RETURN VISIT:   Instructed to return earlier than the next regularly scheduled appointment if not improving.
   Patient instructed to return in 6 weeks.

Electronically Signed by: Luis Diaz, M.D. on Friday, December 21, 2007

# Alden Health Center

Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

**Patient Name:** KAREN A HEBERT  **PatientID:** 0003119
**Date of Birth:** 10/14/1947
**Date of Service:** 10/10/2006

CHIEF COMPLAINT: Complains of a sore throat.

HISTORY OF PRESENT ILLNESS:
GENERAL:
GENERAL SYMPTOMS: Complains of a sore throat. The symptoms began approximately 2 weeks ago. The onset was gradual. The symptoms have not changed. Associated symptoms include hoarseness, sinus problems, nasal congestion, a cough. Therapies tried include over-the-counter medications. There was no improvement with the therapies tried.

HISTORY:
472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. No complications noted from the medication presently being used.
CURRENT ALLERGY LIST:
NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
COMBIVENT INHALATION AEROSOL 103-18 MCG/ACT, Take 1-2 inhalations by mouth every 4-6 hours as needed.
NASONEX NASAL SUSPENSION 50 MCG/ACT, Use 2 sprays in each nostril every day.
SINGULAIR ORAL TABLET 10 MG, Take 1 tablet by mouth daily.
ARMOUR THYROID ORAL TABLET 120 MG, Take 1 tablet by mouth every day.
LOVASTATIN ORAL TABLET 40 MG, Take 1 tablet by mouth every day.
LISINOPRIL ORAL TABLET 20 MG, TAKE 1 TABLET BY MOUTH DAILY.

FAMILY HISTORY:
GENERAL FAMILY ILLNESS: POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR ARTHRITIS.

SOCIAL HISTORY:
TOBACCO USE: Has no smoking history.
EXERCISES: The patient exercises regularly and is appropriate for age and health.
DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
GENERAL: Afebrile.
EARS/NOSE/MOUTH/THROAT: COMPLAINS OF A SORE THROAT.
RESPIRATORY: HAS A COUGH, no shortness of breath.

PHYSICAL EXAM:

8000 Research Forest Drive, Suite 380  The Woodlands, TX 77382-1515
Telephone (281) 296-5000 * Fax (281) 296-5099

# Alden Health Center
Luis N. Diaz, M.D. * Michael D. Marlow, D.O. * Shamaila A. Aslam, M.D.

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 10/10/2006

CONSTITUTIONAL:
VITAL SIGNS:
VS-HEIGHT: 5ft6in
VS-WEIGHT: 238lbs
VS-TEMPERATURE: 98.1°f Oral
VS-PULSE: 64 Left Radial, Regular
VS-BLOOD PRESSURE: 130/85 Left Arm Sitting
VS-RESPIRATION: 16
GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
EYES:
CONJUNCTIVAE AND LIDS: Conjunctivae and lids appear normal.
PUPILS: Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL/EARS AND NOSE: Overall appearance normal with no scars, lesions or masses.
EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly
normal.
NOSE (AND SINUS): TURBINATES SWOLLEN BILATERALLY.
ORAL: MILD ERYTHEMATOUS OROPHARYNX.
NECK AND THYROID: Symmetrical with no elevation of the jugular venous pulsation. Trachea
midline. No thyroid enlargement, tenderness, or mass.
LYMPHATICS: No lymphadenopathy in the neck/head.
RESPIRATORY: Clear to auscultation. Normal respiratory effort.
CARDIOVASCULAR:
PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or
abnormal heart sounds.

ASSESSMENT/PLAN:
472.0-RHINITIS, CHRONIC
ASSESSMENT: The patient's non allergic rhinitis continues to remain stable. Will not change
medication, continue to monitor for complications.
462-PHARYNGITIS, ACUTE
ASSESSMENT: The patient's sore throat is of new onset.

RETURN VISIT: Instructed to return earlier than the next regularly scheduled appointment if not improving.

Electronically Signed by: Luis Diaz, M.D. on Tuesday, October 10, 2006

8000 Research Forest Drive, Suite 380  The Woodlands, TX 77382-1515
Telephone (281) 296-5000 * Fax (281) 296-5099

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 01/03/2006

Document ID: 00022966 - I:\06\06\00022966.TIF
Image Desc:    Document-#8
Scanned Date: 01/06/2006 3:51:47 PM by rebekahp
Last Updated: 01/06/2006 4:14:15 PM by rebekahp

Category:     PROG NOTES
Cabinet:      CABINET
Drawer:       DRAWER

Alden Health Center PLLC
8000 Research Forest #380 The Woodlands, TX 77382
(281) 296-5000

01/03/2006 OV – Bronchitis, Wheezing
   S:
     CC:f/u pt not better, coughing, congestion, nasal drainage, body aches
     PI: Pt c/o continued congestion, cough, shortness of breath, wheezing and body
     aches. Pt was seen previously by Dr. Diaz. Had xray and was given antibiotic but
     hasn't improved. Denies fever.
     ROS: GENERAL/LYMPHATIC/ENDOCRINE: fatigue, malaise, body aches,, HEENT:
     rhinitis/nasal congestion, RESPIRATORY: shortness of breath, wheezing, cough,
     CARDIOVASCULAR: noncontributory.

   O:
     Vitals: 98.1 F  62  14  128/70  Wt: 231.0 lbs  Ht: 66.0 in
      BMI: 37.28
     LMP  Tob. No  spO2 95 %
     GENERAL: NAD, A/O X 4. HEENT: normocephalic, PERRLA, EOMI, nml EAC's/TM's,
     nml oropharynx, + rhinorrhea, no frontal/maxillary sinus tenderness. NECK:
     soft/supple, no cervical lymphadenopathy, normal ROM, no JVP. CHEST:
     normal/equal excursion. no fremitus. LUNGS: normal respiratory effort, no tactile
     fremitus, + wheezing, good breath sounds, + cough. HEART: RRR, nml S1S2, no
     S3/S4, no m/r/g, non-displaced PMI. No carotid bruits. SKIN: no rashes, no
     abnormal appearing lesions, no cyanosis.
     Peak flow 350
     Pulse ox: 95%,
     Post trmt pulse ox: 99%
     CHEST XRAY – NO INFILTRATES, NODULES OR OSSEOUS IRREGULARITY.
     APPRECIATED. PENDING RADIOLOGY OVERREAD.

   A:
    Dx:
      Bronchitis, Acute 466.0
      Wheeze 786.07
      Cough 786.2

   P:
    Rx:
      Xopenex 01.25mg/3ml i vial via neb qid prn #i box rf xprn
      NEBULIZER  USE WITH MEDICATION AS DIRECTED. #1 rf xPRN
      Zithromax 500mg i po q day #5 rf x0
      Tussionex  i tsp bid #120ml rf x0
    Procedures:
      NEBULIZER C XOPENEX
       XOPENEX 1.25 MG/3ML VIA NEBULIZER.
       Pt. lungs reexamined post treatment and were improved compared to initial
       exam with patient reporting feeling improved and breathing easier.
    Other Tx:
      Incr po fluids, rest
      To ED if worse
    Follow–Up:
      As needed if not improved.
      Diagnosis, Risk & Benefits explained – patient understands and agrees with plan.

      Date Created: 01/03/2006
      Date of Service: 01/03/2006
      Signed: Judi E. Strapp PA-C    Last Modified: 01/03/2006

Patient: Hebert, Karen A 10/14/47

# Alden Health Center

### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

CHIEF COMPLAINT: Here for follow up evaluation.to discuss lab results

HISTORY:
      244.9-HYPOTHYROIDISM NOS The hypothyroidism has worsened. The patient has a loss of energy. No complications noted from the medication presently being used.
      272.4-HYPERLIPIDEMIA NEC/NOS The patient's most recent LDL was not at goal. The patient is attempting to follow a low saturated fat diet. No complications noted from the medication presently being used.
      401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since the last visit have been in the target range. The patient denies chest pain, shortness of breath, dyspnea on exertion, pedal edema, or headache. No complications noted from the medication presently being used.
      472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. No complications noted from the medication presently being used. The patient has rhinorrhea.

PAST MEDICAL HISTORY:
      SURGICAL Knee arthroscopy.
      CHILDHOOD DISEASES: Positive history for chicken pox.
CURRENT ALLERGY LIST:
      NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
      LEVAQUIN ORAL TABLET 750 MG, Take 1 by mouth every day.
      MUCINEX ORAL TABLET 12 HR 600 MG, Take one tablet twice a day
      COMBIVENT INHALATION AEROSOL 103-18 MCG/ACT, Take 1-2 inhalations by mouth every 4-6 hours as needed.
      NASONEX NASAL SUSPENSION 50 MCG/ACT, Use 2 sprays in each nostril every day.

FAMILY HISTORY:
      GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR ARTHRITIS.

SOCIAL HISTORY:
      TOBACCO USE: Has no smoking history.
      EXERCISES:   The patient exercises regularly and is appropriate for age and health.
      DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
      GENERAL:  Afebrile.
      EARS/NOSE/MOUTH/THROAT:  NASAL CONGESTION PRESENT.
      RESPIRATORY:  No sputum noted, CONTINUOUS COUGH.
      CARDIAC:  No chest pain.

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

PHYSICAL EXAM:
    CONSTITUTIONAL:
        VITAL SIGNS:
           VS-HEIGHT: 5ft6in
           VS-WEIGHT: 239lbs
        GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
    EYES:
        CONJUNCTIVAE AND LIDS: Conjunctivae and lids appear normal.
        PUPILS: Pupils equal and normally reactive to light and accommodation.
    EARS, NOSE, MOUTH AND THROAT:
        EXTERNAL/EARS AND NOSE: Overall appearance normal with no scars, lesions or masses.
        EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly
          normal.
        NOSE (AND SINUS): TURBINATES INFLAMED BILATERALLY, TURBINATES
          SWOLLEN BILATERALLY.
        ORAL: No cobble stoning noted on the posterior pharynx.
    NECK AND THYROID: Symmetrical with no elevation of the jugular venous pulsation. Trachea
        midline. No thyroid enlargement, tenderness, or mass.
    RESPIRATORY: Clear to auscultation. Normal respiratory effort.
    CARDIOVASCULAR:
        PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or
        abnormal heart sounds. SYSTOLIC MURMUR: GRADE II/VI, AT RIGHT UPPER
        STERNAL BORDER, WITH RADIATION TO NECK.
        ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
        EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
    LYMPHATICS: No lymphadenopathy in the neck/head.

ASSESSMENT/PLAN:
    244.9-HYPOTHYROIDISM NOS
        ASSESSMENT: The patient's hypothyroidism is not adequately controlled. Will increase
        medication dosage.
    272.4-HYPERLIPIDEMIA NEC/NOS
        ASSESSMENT: The patient's elevated cholesterol is not adequately controlled. Will not change
        medication, continue to monitor for complications. The patient is attempting to follow a low
        saturated fat diet.
    401.9-HYPERTENSION, ESSENTIAL NOS
        ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue
        to monitor for complications.
    461.9-SINUSITIS, ACUTE NOS
        ASSESSMENT: The patient's sinusitis is persistent. Will start medication.
        LABS/DIAGNOSTIC TESTS: Xrays.

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

> 466.0-BRONCHITIS, ACUTE
>> ASSESSMENT: The patient's bronchitis is resolved.
>
> 472.0-RHINITIS, CHRONIC
>> ASSESSMENT: The patient's non allergic rhinitis continues to remain stable. Will not change medication, continue to monitor for complications.
>
> 786.2-SYMPTOM, COUGH
>> ASSESSMENT: The patient's cough is persistent. The differential diagnosis includes asthma, sinusitis, rhinitis, GERD, cancer, allergic bronchitis, viral URI or post viral cough, bacterial URI, postnasal drip, pneumonia, pulmonary edema, pulmonary embolism, aspiration pneumonia. Will start medication for better control.
>> LABS/DIAGNOSTIC TESTS: Chest x-ray 2 views.

RETURN VISIT:   Patient instructed to return in 6 weeks.

Electronically Signed by: Luis Diaz, M.D. on Friday, December 23, 2005

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/09/2005

### ***NOTIFICATION FORM***

(Acc=acceptable & Abnl=abnormal) Note: "Acceptable" means that your lab results are either normal, or the physician feels that the results are acceptable in spite of avalue being slightly out of normal range.

Dear Patient,

It was a pleasure to see you for your recent examination.  I appreciate your confidence in me and the interest you have in maintaining your health.  Below is a brief summary of your test results.
LAB RESULTS: The CBC (complete blood count) is acceptable. The chemistry profile is acceptable.  The glucose (sugar) level is elevated.  To help determine the significance (if any) of this finding, repeat testing after not having eaten for 12 hours should be done.  The TSH (Thyroid Stimulating Hormone) test for thyroid is high. Please contact regarding a medication change. The urinalysis is acceptable.
CHOLESTEROL: Cholesterol pattern is not satisfactory for current therapy, total cholesterol is moderately elevated, and requires strict dietary adherence, exercise. Triglyceride level is satisfactory.
LAB PREVENTIVE CARE & ENCLOSURES: I encourage you to follow your diet as discussed, I do recommend that you exercise by walking 30 minutes, four times per week at a brisk pace.  A copy of your lab results is enclosed.
RECOMMENDATION:
I would like to discuss your test results;  please make an appointment.
Sincerely,

Luis N. Diaz, M.D.
--------------------------------------------------------------------------------------------------------------------------
Physician Intructions:   Please mail notice and results to patients.


Electronically Signed by: Luis Diaz, M.D. on Monday, December 12, 2005



Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 713.877.6000

SPECIMEN INFORMATION
SPECIMEN:    BL355779P
REQUISITION: 0004741
LAB REF NO:

COLLECTED:  12/09/2005   11:00
RECEIVED:   12/09/2005   12:36
REPORTED:   12/11/2005   03:52

| PATIENT INFORMATION | REPORT STATUS Final |
|---|---|
| HEBERT,KAREN A | |

DOB: 10/14/1947  Age: 58
GENDER: F    Fasting: Y
SS: 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
ID: A0003119
PHONE: 281-465-8790

ORDERING PHYSICIAN
DIAZ,LUIS

CLIENT INFORMATION
4010100
DIAZ, LUIS,M.D.
STE 380
8000 RESEARCH FOREST DR
THE WOODLANDS, TX 77382-1504

COMMENTS:    FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| TRIGLYCERIDES | 144 | | <150 MG/DL | RGA |
| CHOLESTEROL, TOTAL | | 225 H | <200 MG/DL | RGA |
| HDL CHOLESTEROL | 44 | | > OR = 40 MG/DL | RGA |
| LDL-CHOLESTEROL | | 152 H | <130 MG/DL (CALC) | RGA |
| CHOL/HDLC RATIO | | 5.1 H | <4.4 (CALC) | RGA |
| BASIC METABOLIC PANEL | | | | RGA |
| GLUCOSE | | 109 H | 65-99 MG/DL | |
| | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 21 | | 7-25 MG/DL | |
| CREATININE | 1.1 | | 0.5-1.2 MG/DL | |
| BUN/CREATININE RATIO | 19 | | 6-25 (CALC) | |
| SODIUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 105 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 26 | | 21-33 MMOL/L | |
| CALCIUM | 9.4 | | 8.5-10.4 MG/DL | |
| HEPATIC FUNCTION PANEL | | | | RGA |
| PROTEIN, TOTAL | 6.9 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.2 | | 3.5-4.9 G/DL | |
| GLOBULIN | 2.7 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.3 MG/DL | |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 MG/DL | |
| BILIRUBIN, INDIRECT | 0.4 | | 0.0-1.3 MG/DL (CALC) | |
| ALKALINE PHOSPHATASE | 94 | | 20-125 U/L | |
| AST | 14 | | 3-35 U/L | |
| ALT | 14 | | 3-40 U/L | |
| URINALYSIS, COMPLETE | | | | RGA |
| W/REFLEX TO CULTURE | | | | |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | > OR EQUAL TO 1.030 | | 1.001-1.035 | |
| PH | 5.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |

HEBERT,KAREN A - BL355779P

Page 1 - Continued on Page 2

Quest Diagnostics Incorporated

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED

REPORTED:   12/11/2005    13:52

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| HEBERT,KAREN A | |
| | ORDERING PHYSICIAN |
| DOB: 10/14/1947  Age: 58 | DIAZ,LUIS |
| GENDER: F    Fasting: Y | |
| ID: A0003119 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | |
| W/REFLEX TO CULTURE (Continued) | | | | |
| PROTEIN | | TRACE | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | | 6-10 | < OR = 5  /HPF | |
| RBC | 0-3 | | < OR = 3  /HPF | |
| SQUAMOUS EPITHELIAL CELLS | | 10-20 | < OR = 5  /HPF | |
| BACTERIA | | FEW | NONE SEEN  /HPF | |
| CALCIUM OXALATE CRYSTALS | | MODERATE | NONE OR FEW  /HPF | |

THIS URINE WAS EXAMINED MICROSCOPICALLY FOR THE
PRESENCE OF WBC, RBC, BACTERIA, CASTS AND OTHER
FORMED ELEMENTS.  ONLY THOSE ELEMENTS SEEN WERE
REPORTED.

| | | | | RGA |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | 4.9 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 4.51 | | 3.80-5.10 MILL/MCL | |
| HEMOGLOBIN | 14.0 | | 11.7-15.5 G/DL | |
| HEMATOCRIT | 41.1 | | 35.0-45.0 % | |
| MCV | 91.0 | | 80.0-100.0 FL | |
| MCH | 31.1 | | 27.0-33.0 PG | |
| MCHC | 34.2 | | 32.0-36.0 G/DL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 174 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2626 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1901 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | | 191 L | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 167 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 15 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 53.6 | | % | |
| LYMPHOCYTES | 38.8 | | % | |
| MONOCYTES | 3.9 | | % | |
| EOSINOPHILS | 3.4 | | % | |
| BASOPHILS | 0.3 | | % | |
| REFLEXIVE URINE CULTURE | CULTURE INDICATED - RESULTS TO FOLLOW | | | RGA |
| T-4, FREE | | 0.5 L | 0.8-1.8 NG/DL | RGA |
| TSH W/REFLEX TO FT4 | | 41.00 H | 0.40-5.50 MIU/L | RGA |

Page 2 - Continued on Page 3


Quest Diagnostics

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

REPORTED:    12/11/2005    03:52

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| **HEBERT,KAREN A** | |
| DOB: 10/14/1947  Age: 58 | ORDERING PHYSICIAN |
| GENDER: F    Fasting: Y | **DIAZ,LUIS** |
| ID: A0003119 | |

| Test Name | Lab |
|---|---|

CULTURE, URINE, ROUTINE                                                          RGA
   SOURCE:                    URINE
   STATUS:                    FINAL
   RESULT:                    LISTED BELOW
   ISOLATE 1:                 10,000 - 50,000 CFU/ML
                              COAGULASE NEGATIVE STAPHYLOCOCCI
                              MAY REPRESENT NORMAL FLORA CONTAMINATION.
                              NO FURTHER TESTING (INCLUDING SUSCEPTIBILITY)
                              WILL BE PERFORMED.

--------------------------------------------------------------------------------

Performing Laboratory Information:

RGA   QUEST LABORATORY HOUSTON 5850 ROSEDALE ROAD HOUSTON TX  77072-1602 Laboratory Director: JOHN G BUCK,MD

HEBERT,KAREN A - HL355779F

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

CHIEF COMPLAINT: Seen as a new patient to get established with the practice.

HISTORY OF PRESENT ILLNESS:
GENERAL:
GENERAL SYMPTOMS:  Complains of a sore throat, nasal congestion, sinus problems, a cough.  The symptoms began approximately 2 weeks ago.  The onset was gradual.  The symptoms have not changed.  Therapies tried include cough medication, decongestants.  There was no improvement with the therapies tried. Patients states that symptoms are worse in the evening.

HISTORY:
472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. Currently the patient is off all medication.
401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since the last visit have been in the target range. No complications noted from the medication presently being used. The patient denies chest pain, shortness of breath, dyspnea on exertion, pedal edema, or headache.
272.4-HYPERLIPIDEMIA NEC/NOS The patient is attempting to follow a low saturated fat diet.  No complications noted from the medication presently being used.  Recent laboratory work satisfactory.
244.9-HYPOTHYROIDISM NOS The hypothyroidism is stable.  No complications noted from the medication presently being used. No recent laboratory work done.
242.9-THYROTOXICOSIS NOS Comments: graves s/p xrt 98

PAST MEDICAL HISTORY:
SURGICAL Knee arthroscopy.
CHILDHOOD DISEASES:  Positive history for chicken pox.
CURRENT ALLERGY LIST:
NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
LISINOPRIL (PATIENT UNSURE OF DOSE)
ARMOUR THYROID (PATIENT UNSURE OF DOSE)
LOVASTATIN (PATIENT UNSURE OF DOSE)

FAMILY HISTORY:
GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR ARTHRITIS.

SOCIAL HISTORY:
TOBACCO USE:  Has no smoking history.
EXERCISES:    The patient exercises regularly and is appropriate for age and health.

# Alden Health Center
Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
GENERAL: DECREASED ENERGY LEVEL, FATIGUE.
EYES: HAS DRYNESS IN THE EYES BILATERALLY, no difficulties with vision.
EARS/NOSE/MOUTH/THROAT: SNORES, NASAL CONGESTION PRESENT, no gum swelling, bleeding, pain, sores or lip abnormalities, no epistaxis, soreness of the tongue, dysphagia, or hoarseness.
RESPIRATORY: No shortness of breath, cough, hemoptysis or wheezing.
CARDIAC: No chest pain, pressure, discomfort, palpitations, tachyarrhythmias, orthopnea, dyspnea, cyanosis, coldness of extremities, or edema.
GI: No food intolerance, abdominal pain, distention, heartburn, regurgitation, indigestion, nausea, vomiting, bloating, difficulty swallowing, jaundice, change in bowel habits or caliber of stool, melena, weight or appetite change.
GU: No frequency, urgency, incontinence, hematuria or dysuria, change in urine stream, appearance, frequency or volume. No sexual dysfunction orchange in libido. Normal menstrual history.
MUSCULOSKELETAL: HAS MUSCULAR PAIN.
NEUROLOGICAL: No difficulties in motor strength, gait, sensation, level of consciousness, memory, concentration, mood, affect or general thought processes. Denies seizures, tremors, headaches, speech difficulties, dizziness, or imbalance.
SKIN/BREAST: No rashes, sores, blisters, growths, changing moles, discolorations or non-healing lesions. No breast or nipple masses, inflammation, skin changes or discharges noted. No abnormalities in chest wall.
PSYCHIATRIC: NOTES INCREASED STRESS LEVEL, no depressive symptoms, no change in personality, no mood swings.
ENDOCRINE: No heat or cold intolerance, change in hair distribution, libido, energy level, visual fields, excessive thirst, hunger or urination. No changes in skeletal features, lactation, or sexual functioning.
HEMATOLOGIC/LYMPHATIC: No easy bruising or bleeding. No clotting disorders. No swollen, tender or painful lymph nodes, or lymphedema.
ALLERGIC/IMMUNOLOGIC: FALL ALLERGIES.

PHYSICAL EXAM:
CONSTITUTIONAL:
VITAL SIGNS:
VS-HEIGHT: 5ft6in
VS-WEIGHT: 239lbs
VS-TEMPERATURE: 98.3°f Oral
VS-PULSE: 68 Right Radial, Regular
VS-BLOOD PRESSURE: 140/90 Right Arm Sitting
VS-RESPIRATION: 16
GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
EYES:

8000 Research Forest Drive, Suite 380  The Woodlands, TX 77382-1515
Telephone (281) 296-5000 * Fax (281) 296-5099

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

**Patient Name:** KAREN A HEBERT  **PatientID:** 0003119
**Date of Birth:** 10/14/1947
**Date of Service:** 12/05/2005

    CONJUNCTIVAE AND LIDS:  Conjunctivae and lids appear normal.
    PUPILS:  Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
    EXTERNAL/EARS AND NOSE:  Overall appearance normal with no scars, lesions or masses.
    EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly
        normal.
    NOSE (AND SINUS):  No abnormality of the nose or sinuses is noted.
    ORAL:  Inspection of gums, lips, palate, and teeth normal. No scars, lesions, or masses.  Oral
        mucosa unremarkable with non-inflamed posterior pharynx.
NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation.  Trachea
    midline. No thyroid enlargement, tenderness, or mass.
RESPIRATORY: Clear to auscultation.  Normal respiratory effort.
CARDIOVASCULAR:
    PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or
    abnormal heart sounds.  **SYSTOLIC MURMUR:** GRADE II/VI, AT RIGHT UPPER
    STERNAL BORDER, WITH RADIATION TO NECK.
    ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
    EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
GASTROINTESTINAL:
    ABDOMEN: Soft, non-tender, without masses, hernias or bruits.  Bowel sounds are active.
LYMPHATICS: No lymphadenopathy in the neck/head.
PSYCHIATRIC: Judgment appropriate. Oriented. Normal memory. Mood and affect appropriate.

ASSESSMENT/PLAN:
    472.0-RHINITIS, CHRONIC
        ASSESSMENT: The patient's non allergic rhinitis continues to remain stable.  Will start
        medication for better control.
    401.9-HYPERTENSION, ESSENTIAL NOS
        ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue
        to monitor for complications.  Will check laboratory.
    272.4-HYPERLIPIDEMIA NEC/NOS
        ASSESSMENT: The patient's elevated cholesterol is stabilizing. Will not change medication,
        continue to monitor for complications. The patient is attempting to follow a low saturated fat
        diet.  Will check laboratory.
    244.9-HYPOTHYROIDISM NOS
        ASSESSMENT: The patient appears stable.  Will follow for signs of hypothyroidism. Will not
        change medication, continue to monitor for complications.  Will check laboratory.
    466.0-BRONCHITIS, ACUTE
        ASSESSMENT: The patient's bronchitis is of new onset.  Will start medication.
        RISK/BENEFITS: Diagnosis Risk/Benefits were discussed. Patient's questions were answered
        and she agreed to plan.
    461.9-SINUSITIS, ACUTE NOS

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

ASSESSMENT: The patient's sinusitis is of new onset.  Will start medication.

RETURN VISIT:   Patient instructed to return in 2 weeks.

Electronically Signed by: Luis Diaz, M.D. on Monday, December 05, 2005

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
GENERAL:  DECREASED ENERGY LEVEL, FATIGUE.
EYES:  HAS DRYNESS IN THE EYES BILATERALLY, no difficulties with vision.
EARS/NOSE/MOUTH/THROAT:  SNORES, NASAL CONGESTION PRESENT, no gum swelling, bleeding, pain, sores or lip abnormalities, no epistaxis, soreness of the tongue, dysphagia, or hoarseness.
RESPIRATORY:  No shortness of breath, cough, hemoptysis or wheezing.
CARDIAC:  No chest pain, pressure, discomfort, palpitations, tachyarrhythmias, orthopnea, dyspnea, cyanosis, coldness of extremities, or edema.
GI:  No food intolerance, abdominal pain, distention, heartburn, regurgitation, indigestion, nausea, vomiting, bloating, difficulty swallowing, jaundice, change in bowel habits or caliber of stool, melena, weight or appetite change.
GU:  No frequency, urgency, incontinence, hematuria or dysuria, change in urine stream, appearance, frequency or volume. No sexual dysfunction orchange in libido. Normal menstrual history.
MUSCULOSKELETAL:  HAS MUSCULAR PAIN. (FibroMyAlgiA)
NEUROLOGICAL:  No difficulties in motor strength, gait, sensation, level of consciousness, memory, concentration, mood, affect or general thought processes. Denies seizures, tremors, headaches, speech difficulties, dizziness, or imbalance.
SKIN/BREAST:  No rashes, sores, blisters, growths, changing moles, discolorations or non-healing lesions.  No breast or nipple masses, inflammation, skin changes or discharges noted. No abnormalities in chest wall.
PSYCHIATRIC:  NOTES INCREASED STRESS LEVEL, no depressive symptoms, no change in personality, no mood swings.
ENDOCRINE:  No heat or cold intolerance, change in hair distribution, libido, energy level, visual fields, excessive thirst, hunger or urination.  No changes in skeletal features, lactation, or sexual functioning.
HEMATOLOGIC/LYMPHATIC:  No easy bruising or bleeding.  No clotting disorders.  No swollen, tender or painful lymph nodes, or lymphedema.
ALLERGIC/IMMUNOLOGIC:  FALL ALLERGIES.

PHYSICAL EXAM:
CONSTITUTIONAL:
VITAL SIGNS:
VS-HEIGHT: 5ft6in
VS-WEIGHT: 239lbs
VS-TEMPERATURE: 98.3°f Oral
VS-PULSE: 68 Right Radial, Regular
VS-BLOOD PRESSURE: 140/90 Right Arm Sitting
VS-RESPIRATION: 16
GENERAL APPEARANCE:  Well developed, well nourished individual in no acute distress.
EYES:

8000 Research Forest Drive, Suite 380  The Woodlands, TX 77382-1515
Telephone (281) 296-5000 * Fax (281) 296-5099

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

    CONJUNCTIVAE AND LIDS:  Conjunctivae and lids appear normal.
    PUPILS:  Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
    EXTERNAL/EARS AND NOSE:  Overall appearance normal with no scars, lesions or masses.
    EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly
       normal.
    NOSE (AND SINUS):  No abnormality of the nose or sinuses is noted.
    ORAL:  Inspection of gums, lips, palate, and teeth normal. No scars, lesions, or masses.  Oral
       mucosa unremarkable with non-inflamed posterior pharynx.
NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation.  Trachea
    midline. No thyroid enlargement, tenderness, or mass.
RESPIRATORY: Clear to auscultation.  Normal respiratory effort.
CARDIOVASCULAR:
    PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or
    abnormal heart sounds.  SYSTOLIC MURMUR: GRADE II/VI, AT RIGHT UPPER
    STERNAL BORDER, WITH RADIATION TO NECK.
    ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
    EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
GASTROINTESTINAL:
    ABDOMEN: Soft, non-tender, without masses, hernias or bruits.  Bowel sounds are active.
LYMPHATICS: No lymphadenopathy in the neck/head.
PSYCHIATRIC: Judgment appropriate. Oriented. Normal memory. Mood and affect appropriate.

ASSESSMENT/PLAN:
    472.0-RHINITIS, CHRONIC
       ASSESSMENT: The patient's non allergic rhinitis continues to remain stable.  Will start
       medication for better control.
    401.9-HYPERTENSION, ESSENTIAL NOS
       ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue
       to monitor for complications. Will check laboratory.
    272.4-HYPERLIPIDEMIA NEC/NOS
       ASSESSMENT: The patient's elevated cholesterol is stabilizing. Will not change medication,
       continue to monitor for complications. The patient is attempting to follow a low saturated fat
       diet.  Will check laboratory.
    244.9-HYPOTHYROIDISM NOS
       ASSESSMENT: The patient appears stable.  Will follow for signs of hypothyroidism. Will not
       change medication, continue to monitor for complications. Will check laboratory.
    466.0-BRONCHITIS, ACUTE
       ASSESSMENT: The patient's bronchitis is of new onset.  Will start medication.
       RISK/BENEFITS: Diagnosis Risk/Benefits were discussed. Patient's questions were answered
       and she agreed to plan.
    461.9-SINUSITIS, ACUTE NOS

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

      ASSESSMENT: The patient's sinusitis is of new onset.  Will start medication.

RETURN VISIT:   Patient instructed to return in 2 weeks.

Electronically Signed by: Luis Diaz, M.D. on Monday, December 05, 2005

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

CHIEF COMPLAINT: Here for follow up evaluation.to discuss lab results

HISTORY:
      244.9-HYPOTHYROIDISM NOS The hypothyroidism has worsened. The patient has a loss of energy.
         No complications noted from the medication presently being used.
      272.4-HYPERLIPIDEMIA NEC/NOS The patient's most recent LDL was not at goal. The patient is
         attempting to follow a low saturated fat diet. No complications noted from the medication
         presently being used.
      401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since
         the last visit have been in the target range. The patient denies chest pain, shortness of breath,
         dyspnea on exertion, pedal edema, or headache. No complications noted from the medication
         presently being used.
      472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. No complications noted from the
         medication presently being used. The patient has rhinorrhea.

PAST MEDICAL HISTORY:
      SURGICAL Knee arthroscopy.
      CHILDHOOD DISEASES: Positive history for chicken pox.
CURRENT ALLERGY LIST:
      NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
      LEVAQUIN ORAL TABLET 750 MG, Take 1 by mouth every day.
      MUCINEX ORAL TABLET 12 HR 600 MG, Take one tablet twice a day
      COMBIVENT INHALATION AEROSOL 103-18 MCG/ACT, Take 1-2 inhalations by mouth every 4-6
      hours as needed.
      NASONEX NASAL SUSPENSION 50 MCG/ACT, Use 2 sprays in each nostril every day.

FAMILY HISTORY:
      GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE
            FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR
            ARTHRITIS.

SOCIAL HISTORY:
      TOBACCO USE: Has no smoking history.
      EXERCISES:    The patient exercises regularly and is appropriate for age and health.
      DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
      GENERAL:  Afebrile.
      EARS/NOSE/MOUTH/THROAT:  NASAL CONGESTION PRESENT.
      RESPIRATORY:  No sputum noted, CONTINUOUS COUGH.
      CARDIAC:  No chest pain.

Alden Health Center PLLC
8000 Research Forest #380 The Woodlands, TX 77382
(281) 296-5000


01/03/2006  OV – Bronchitis, Wheezing
  S:

    CC: f/u pt not better, coughing, congestion, nasal drainage, body aches
    PI: Pt c/o continued congestion, cough, shortness of breath, wheezing and body
    aches. Pt was seen previously by Dr. Diaz. Had xray and was given antibiotic but
    hasn't improved. Denies fever.
    ROS: GENERAL/LYMPHATIC/ENDOCRINE: fatigue, malaise, body aches,, HEENT:
    rhinitis/nasal congestion, RESPIRATORY: shortness of breath, wheezing, cough,
    CARDIOVASCULAR: noncontributory.

  O:

    Vitals: 98.1 F  62  14  128/70  Wt: 231.0 lbs  Ht: 66.0 in
    BMI: 37.28
    LMP   Tob. No   spO2 95 %
    GENERAL: NAD, A/O X 4. HEENT: normocephalic, PERRLA, EOMI, nml EAC's/TM's,
    nml oropharynx, + rhinorrhea, no frontal/maxillary sinus tenderness. NECK:
    soft/supple, no cervical lymphadenopathy, normal ROM, no JVP. CHEST:
    normal/equal excursion, no fremitus. LUNGS: normal respiratory effort, no tactile
    fremitus, + wheezing, good breath sounds, + cough. HEART: RRR, nml S1S2, no
    S3/S4, no m/r/g, non-displaced PMI. No carotid bruits. SKIN: no rashes, no
    abnormal appearing lesions, no cyanosis.
    Peak flow 350
    Pulse ox: 95%,
    Post trmt pulse ox: 99%
    CHEST XRAY – NO INFILTRATES, NODULES OR OSSEOUS IRREGULARITY.
    APPRECIATED. PENDING RADIOLOGY OVERREAD.

  A:

    Dx:
      Bronchitis, Acute 466.0
      Wheeze 786.07
      Cough 786.2

  P:

    Rx:
      Xopenex 01.25mg/3ml i vial via neb qid prn #i box rf xprn
      NEBULIZER  USE WITH MEDICATION AS DIRECTED. #1 rf xPRN
      Zithromax 500mg i po q day #5 rf x0
      Tussionex  i tsp bid #120ml rf x0

    Procedures:
      NEBULIZER C XOPENEX
        XOPENEX 1.25 MG/3ML VIA NEBULIZER.
      Pt. lungs reexamined post treatment and were improved compared to initial
      exam with patient reporting feeling improved and breathing easier.

    Other Tx:
      Incr po fluids, rest
      To ED if worse

    Follow-Up:
      As needed if not improved.
      Diagnosis, Risk & Benefits explained – patient understands and agrees with plan.

    Date Created: 01/03/2006
    Date of Service: 01/03/2006
    Signed: Judi E. Strapp PA-C    Last Modified: 01/03/2006

Patient: Hebert, Karen A 10/14/47

# Alden Health Center
Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

PHYSICAL EXAM:
  CONSTITUTIONAL:
    VITAL SIGNS:
      VS-HEIGHT: 5ft6in
      VS-WEIGHT: 239lbs
    GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
  EYES:
    CONJUNCTIVAE AND LIDS: Conjunctivae and lids appear normal.
    PUPILS: Pupils equal and normally reactive to light and accommodation.
  EARS, NOSE, MOUTH AND THROAT:
    EXTERNAL/EARS AND NOSE: Overall appearance normal with no scars, lesions or masses.
    EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
    NOSE (AND SINUS): TURBINATES INFLAMED BILATERALLY, TURBINATES SWOLLEN BILATERALLY.
    ORAL: No cobble stoning noted on the posterior pharynx.
  NECK AND THYROID: Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.
  RESPIRATORY: Clear to auscultation. Normal respiratory effort.
  CARDIOVASCULAR:
    PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds. SYSTOLIC MURMUR: GRADE II/VI, AT RIGHT UPPER STERNAL BORDER, WITH RADIATION TO NECK.
    ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
    EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
  LYMPHATICS: No lymphadenopathy in the neck/head.

ASSESSMENT/PLAN:
  244.9-HYPOTHYROIDISM NOS
    ASSESSMENT: The patient's hypothyroidism is not adequately controlled. Will increase medication dosage.
  272.4-HYPERLIPIDEMIA NEC/NOS
    ASSESSMENT: The patient's elevated cholesterol is not adequately controlled. Will not change medication, continue to monitor for complications. The patient is attempting to follow a low saturated fat diet.
  401.9-HYPERTENSION, ESSENTIAL NOS
    ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue to monitor for complications.
  461.9-SINUSITIS, ACUTE NOS
    ASSESSMENT: The patient's sinusitis is persistent. Will start medication.
    LABS/DIAGNOSTIC TESTS: Xrays.

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

> 466.0-BRONCHITIS, ACUTE
> > ASSESSMENT: The patient's bronchitis is resolved.
>
> 472.0-RHINITIS, CHRONIC
> > ASSESSMENT: The patient's non allergic rhinitis continues to remain stable. Will not change medication, continue to monitor for complications.
>
> 786.2-SYMPTOM, COUGH
> > ASSESSMENT: The patient's cough is persistent. The differential diagnosis includes asthma, sinusitis, rhinitis, GERD, cancer, allergic bronchitis, viral URI or post viral cough, bacterial URI, postnasal drip, pneumonia, pulmonary edema, pulmonary embolism, aspiration pneumonia. Will start medication for better control.
> > LABS/DIAGNOSTIC TESTS: Chest x-ray 2 views.

RETURN VISIT:   Patient instructed to return in 6 weeks.

Electronically Signed by: Luis Diaz, M.D. on Friday, December 23, 2005

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

CHIEF COMPLAINT:  Seen as a new patient to get established with the practice.

HISTORY OF PRESENT ILLNESS:
    GENERAL:
        GENERAL SYMPTOMS:  Complains of a sore throat, nasal congestion, sinus problems, a
        cough. The symptoms began approximately 2 weeks ago. The onset was gradual. The
        symptoms have not changed. Therapies tried include cough medication, decongestants. There
        was no improvement with the therapies tried. Patients states that symptoms are worse in the
        evening.

HISTORY:
    472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. Currently the patient is off all
    medication.
    401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since
    the last visit have been in the target range. No complications noted from the medication presently
    being used. The patient denies chest pain, shortness of breath, dyspnea on exertion, pedal edema,
    or headache.
    272.4-HYPERLIPIDEMIA NEC/NOS The patient is attempting to follow a low saturated fat diet.  No
    complications noted from the medication presently being used.  Recent laboratory work
    satisfactory.
    244.9-HYPOTHYROIDISM NOS The hypothyroidism is stable. No complications noted from the
    medication presently being used. No recent laboratory work done.
    242.9-THYROTOXICOSIS NOS Comments: graves s/p xrt 98

PAST MEDICAL HISTORY:
    SURGICAL Knee arthroscopy.
    CHILDHOOD DISEASES:  Positive history for chicken pox.
CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
    LISINOPRIL (PATIENT UNSURE OF DOSE)
    ARMOUR THYROID (PATIENT UNSURE OF DOSE)
    LOVASTATIN (PATIENT UNSURE OF DOSE)

FAMILY HISTORY:
    GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE
        FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR
        ARTHRITIS.

SOCIAL HISTORY:
    TOBACCO USE:  Has no smoking history.
    EXERCISES:   The patient exercises regularly and is appropriate for age and health.

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

CHIEF COMPLAINT: Seen as a new patient to get established with the practice.

HISTORY OF PRESENT ILLNESS:
GENERAL:
GENERAL SYMPTOMS:  Complains of a sore throat, nasal congestion, sinus problems, a cough.  The symptoms began approximately 2 weeks ago.  The onset was gradual.  The symptoms have not changed.  Therapies tried include cough medication, decongestants.  There was no improvement with the therapies tried. Patients states that symptoms are worse in the evening.

HISTORY:
472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable. Currently the patient is off all medication.
401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since the last visit have been in the target range. No complications noted from the medication presently being used. The patient denies chest pain, shortness of breath, dyspnea on exertion, pedal edema, or headache.
272.4-HYPERLIPIDEMIA NEC/NOS The patient is attempting to follow a low saturated fat diet.  No complications noted from the medication presently being used.  Recent laboratory work satisfactory.
244.9-HYPOTHYROIDISM NOS The hypothyroidism is stable.  No complications noted from the medication presently being used. No recent laboratory work done.
242.9-THYROTOXICOSIS NOS Comments: graves s/p xrt 98

PAST MEDICAL HISTORY:
SURGICAL Knee arthroscopy.
CHILDHOOD DISEASES:  Positive history for chicken pox.
CURRENT ALLERGY LIST:
NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
LISINOPRIL (PATIENT UNSURE OF DOSE)
ARMOUR THYROID (PATIENT UNSURE OF DOSE)
LOVASTATIN (PATIENT UNSURE OF DOSE)

FAMILY HISTORY:
GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR ARTHRITIS.

SOCIAL HISTORY:
TOBACCO USE: Has no smoking history.
EXERCISES:   The patient exercises regularly and is appropriate for age and health.

# Alden Health Center
Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

DIET: Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
GENERAL: DECREASED ENERGY LEVEL, FATIGUE.
EYES: HAS DRYNESS IN THE EYES BILATERALLY, no difficulties with vision.
EARS/NOSE/MOUTH/THROAT: SNORES, NASAL CONGESTION PRESENT, no gum swelling, bleeding, pain, sores or lip abnormalities, no epistaxis, soreness of the tongue, dysphagia, or hoarseness.
RESPIRATORY: No shortness of breath, cough, hemoptysis or wheezing.
CARDIAC: No chest pain, pressure, discomfort, palpitations, tachyarrhythmias, orthopnea, dyspnea, cyanosis, coldness of extremities, or edema.
GI: No food intolerance, abdominal pain, distention, heartburn, regurgitation, indigestion, nausea, vomiting, bloating, difficulty swallowing, jaundice, change in bowel habits or caliber of stool, melena, weight or appetite change.
GU: No frequency, urgency, incontinence, hematuria or dysuria, change in urine stream, appearance, frequency or volume. No sexual dysfunction orchange in libido. Normal menstrual history.
MUSCULOSKELETAL: HAS MUSCULAR PAIN.
NEUROLOGICAL: No difficulties in motor strength, gait, sensation, level of consciousness, memory, concentration, mood, affect or general thought processes. Denies seizures, tremors, headaches, speech difficulties, dizziness, or imbalance.
SKIN/BREAST: No rashes, sores, blisters, growths, changing moles, discolorations or non-healing lesions. No breast or nipple masses, inflammation, skin changes or discharges noted. No abnormalities in chest wall.
PSYCHIATRIC: NOTES INCREASED STRESS LEVEL, no depressive symptoms, no change in personality, no mood swings.
ENDOCRINE: No heat or cold intolerance, change in hair distribution, libido, energy level, visual fields, excessive thirst, hunger or urination. No changes in skeletal features, lactation, or sexual functioning.
HEMATOLOGIC/LYMPHATIC: No easy bruising or bleeding. No clotting disorders. No swollen, tender or painful lymph nodes, or lymphedema.
ALLERGIC/IMMUNOLOGIC: FALL ALLERGIES.

PHYSICAL EXAM:
CONSTITUTIONAL:
VITAL SIGNS:
VS-HEIGHT: 5ft6in
VS-WEIGHT: 239lbs
VS-TEMPERATURE: 98.3°f Oral
VS-PULSE: 68 Right Radial, Regular
VS-BLOOD PRESSURE: 140/90 Right Arm Sitting
VS-RESPIRATION: 16
GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
EYES:

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

CONJUNCTIVAE AND LIDS:  Conjunctivae and lids appear normal.
PUPILS:  Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL/EARS AND NOSE:  Overall appearance normal with no scars, lesions or masses.
EARS:  Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE (AND SINUS):  No abnormality of the nose or sinuses is noted.
ORAL:  Inspection of gums, lips, palate, and teeth normal. No scars, lesions, or masses.  Oral mucosa unremarkable with non-inflamed posterior pharynx.
NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation.  Trachea midline. No thyroid enlargement, tenderness, or mass.
RESPIRATORY: Clear to auscultation.  Normal respiratory effort.
CARDIOVASCULAR:
PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds.  SYSTOLIC MURMUR: GRADE II/VI, AT RIGHT UPPER STERNAL BORDER, WITH RADIATION TO NECK.
ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
GASTROINTESTINAL:
ABDOMEN: Soft, non-tender, without masses, hernias or bruits.  Bowel sounds are active.
LYMPHATICS: No lymphadenopathy in the neck/head.
PSYCHIATRIC: Judgment appropriate. Oriented. Normal memory. Mood and affect appropriate.

ASSESSMENT/PLAN:
472.0-RHINITIS, CHRONIC
ASSESSMENT: The patient's non allergic rhinitis continues to remain stable.  Will start medication for better control.
401.9-HYPERTENSION, ESSENTIAL NOS
ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue to monitor for complications.  Will check laboratory.
272.4-HYPERLIPIDEMIA NEC/NOS
ASSESSMENT: The patient's elevated cholesterol is stabilizing. Will not change medication, continue to monitor for complications. The patient is attempting to follow a low saturated fat diet.  Will check laboratory.
244.9-HYPOTHYROIDISM NOS
ASSESSMENT: The patient appears stable. Will follow for signs of hypothyroidism. Will not change medication, continue to monitor for complications.  Will check laboratory.
466.0-BRONCHITIS, ACUTE
ASSESSMENT: The patient's bronchitis is of new onset.  Will start medication.
RISK/BENEFITS: Diagnosis Risk/Benefits were discussed. Patient's questions were answered and she agreed to plan.
461.9-SINUSITIS. ACUTE NOS

# Alden Health Center
Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/05/2005

> ASSESSMENT: The patient's sinusitis is of new onset.  Will start medication.

RETURN VISIT:   Patient instructed to return in 2 weeks.

Electronically Signed by: Luis Diaz, M.D. on Monday, December 05, 2005



Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

REPORTED:   12/11/2005   03:52

| PATIENT INFORMATION | REPORT STATUS **Final** |
|---|---|
| **HEBERT, KAREN A** | |
| | ORDERING PHYSICIAN |
| DOB: 10/14/1947  Age: 58 | DIAZ, LUIS |
| GENDER: F    Fasting: Y | |
| ID: A0003119 | |

| Test Name | | Lab |
|---|---|---|

=============================

| | | |
|---|---|---|
| CULTURE, URINE, ROUTINE | | RGA |
| SOURCE: | URINE | |
| STATUS: | FINAL | |
| RESULT: | LISTED BELOW | |
| ISOLATE 1: | 10,000 - 50,000 CFU/ML | |
| | COAGULASE NEGATIVE STAPHYLOCOCCI | |
| | MAY REPRESENT NORMAL FLORA CONTAMINATION. | |
| | NO FURTHER TESTING (INCLUDING SUSCEPTIBILITY) | |
| | WILL BE PERFORMED. | |

---

**Performing Laboratory Information:**

RGA   QUEST LABORATORY HOUSTON 5850 ROSEDALE READ HOUSTON TX  77072-1602 Laboratory Director: JOHN G BUCK,MD

©sss Quest Diagnostics Incorporated

## Quest Diagnostics

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

REPORTED:    12/11/2005    03:52

| | |
|---|---|
| **PATIENT INFORMATION** | **REPORT STATUS Final** |
| HEBERT, KAREN A | |
| DOB: 10/14/1947  Age: 58 | ORDERING PHYSICIAN |
| GENDER: F    Fasting: Y | DIAZ, LUIS |
| ID: A0003119 | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | |
| W/REFLEX TO CULTURE (Continued) | | | | |
| PROTEIN | | TRACE | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | | 6-10 | < OR = 5  /HPF | |
| RBC | 0-3 | | < OR = 3  /HPF | |
| SQUAMOUS EPITHELIAL CELLS | | 10-20 | < OR = 5  /HPF | |
| BACTERIA | | FEW | NONE SEEN  /HPF | |
| CALCIUM OXALATE CRYSTALS | | MODERATE | NONE OR FEW  /HPF | |

THIS URINE WAS EXAMINED MICROSCOPICALLY FOR THE PRESENCE OF WBC, RBC, BACTERIA, CASTS AND OTHER FORMED ELEMENTS.  ONLY THOSE ELEMENTS SEEN WERE REPORTED.

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC (INCLUDES DIFF/PLT) | | | | RGA |
| WHITE BLOOD CELL COUNT | 4.9 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 4.51 | | 3.80-5.10 MILL/MCL | |
| HEMOGLOBIN | 14.0 | | 11.7-15.5 G/DL | |
| HEMATOCRIT | 41.1 | | 35.0-45.0 % | |
| MCV | 91.0 | | 80.0-100.0 FL | |
| MCH | 31.1 | | 27.0-33.0 PG | |
| MCHC | 34.2 | | 32.0-36.0 G/DL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 174 | | 140-400 THOUS/MCL | |
| ABSOLUTE NEUTROPHILS | 2626 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 1901 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | | 191 L | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 167 | | 15-500 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 15 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 53.6 | | % | |
| LYMPHOCYTES | 38.8 | | % | |
| MONOCYTES | 3.9 | | % | |
| EOSINOPHILS | 3.4 | | % | |
| BASOPHILS | 0.3 | | % | |
| REFLEXIVE URINE CULTURE | | CULTURE INDICATED - RESULTS TO FOLLOW | | RGA |
| T-4, FREE | | 0.5 L | 0.8-1.8 NG/DL | RGA |
| TSH W/REFLEX TO FT4 | | 41.00 H | 0.40-5.50 MIU/L | RGA |

HEBERT, KAREN A - HL3557799

Page 2 - Continued on Page 3



Quest
Diagnostics

Quest Diagnostics Incorporated

| | |
|---|---|
| **PATIENT INFORMATION** <br> **HEBERT,KAREN A** | **REPORT STATUS Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 713.877.6300

SPECIMEN INFORMATION
SPECIMEN:     HL355779P
REQUISITION: 0004741
LAB REF NO:

COLLECTED:  12/09/2005   11:00
RECEIVED:   12/09/2005   12:36
REPORTED:   12/11/2005   03:52

DOB: 10/14/1947  Age: 58
GENDER: F     Fasting: Y
SS: 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
ID: A0003119
PHONE: 281-465-8790

ORDERING PHYSICIAN
**DIAZ,LUIS**

CLIENT INFORMATION
4010100
DIAZ, LUIS,M.D.
STE 380
8000 RESEARCH FOREST DR
THE WOODLANDS, TX 77382-1504

COMMENTS:   FASTING

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| TRIGLYCERIDES | 144 | | <150 MG/DL | RGA |
| CHOLESTEROL, TOTAL | | 225 H | <200 MG/DL | RGA |
| HDL CHOLESTEROL | 44 | | > OR = 40 MG/DL | RGA |
| LDL-CHOLESTEROL | | 152 H | <130 MG/DL (CALC) | RGA |
| CHOL/HDLC RATIO | | 5.1 H | <4.4 (CALC) | RGA |
| BASIC METABOLIC PANEL | | | | RGA |
| GLUCOSE | | 109 H | 65-99 MG/DL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 21 | | 7-25 MG/DL | |
| CREATININE | 1.1 | | 0.5-1.2 MG/DL | |
| BUN/CREATININE RATIO | 19 | | 6-25 (CALC) | |
| SODIUM | 141 | | 135-146 MMOL/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 MMOL/L | |
| CHLORIDE | 105 | | 98-110 MMOL/L | |
| CARBON DIOXIDE | 26 | | 21-33 MMOL/L | |
| CALCIUM | 9.4 | | 8.5-10.4 MG/DL | |
| HEPATIC FUNCTION PANEL | | | | RGA |
| PROTEIN, TOTAL | 6.9 | | 6.0-8.3 G/DL | |
| ALBUMIN | 4.2 | | 3.5-4.9 G/DL | |
| GLOBULIN | 2.7 | | 2.2-4.2 G/DL (CALC) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 0.8-2.0 (CALC) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.3 MG/DL | |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.3 MG/DL | |
| BILIRUBIN, INDIRECT | 0.4 | | 0.0-1.3 MG/DL (CALC) | |
| ALKALINE PHOSPHATASE | 94 | | 20-125 U/L | |
| AST | 14 | | 3-35 U/L | |
| ALT | 14 | | 3-40 U/L | |
| URINALYSIS, COMPLETE <br> W/REFLEX TO CULTURE | | | | RGA |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | > OR EQUAL TO 1.030 | | 1.001-1.035 | |
| PH | 5.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |

HEBERT,KAREN A - HL355779P

Page 1 - Continued on Page 2

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/09/2005


Document ID: 00021044 - I:\04\04\00021044.TIF
Image Desc:   Document-#2
Scanned Date: 12/13/2005 4:51:45 PM by andreab
Last Updated: 12/13/2005 4:53:58 PM by andreab

Category:       LAB RESULT
Cabinet:        CABINET
Drawer:         DRAWER

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

CHIEF COMPLAINT: Here for follow up evaluation.to discuss lab results

HISTORY:
  244.9-HYPOTHYROIDISM NOS The hypothyroidism has worsened.  The patient has a loss of energy.
    No complications noted from the medication presently being used.
  272.4-HYPERLIPIDEMIA NEC/NOS The patient's most recent LDL was not at goal. The patient is
    attempting to follow a low saturated fat diet.  No complications noted from the medication
    presently being used.
  401.9-HYPERTENSION, ESSENTIAL NOS The blood pressure readings taken outside the office since
    the last visit have been in the target range. The patient denies chest pain, shortness of breath,
    dyspnea on exertion, pedal edema, or headache. No complications noted from the medication
    presently being used.
  472.0-RHINITIS, CHRONIC The rhinitis symptoms are stable.  No complications noted from the
    medication presently being used.  The patient has rhinorrhea.

PAST MEDICAL HISTORY:
    SURGICAL Knee arthroscopy.
    CHILDHOOD DISEASES:  Positive history for chicken pox.
CURRENT ALLERGY LIST:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATION LIST:
    LEVAQUIN ORAL TABLET 750 MG, Take 1 by mouth every day.
    MUCINEX ORAL TABLET 12 HR 600 MG, Take one tablet twice a day
    COMBIVENT INHALATION AEROSOL 103-18 MCG/ACT, Take 1-2 inhalations by mouth every 4-6
    hours as needed.
    NASONEX NASAL SUSPENSION 50 MCG/ACT, Use 2 sprays in each nostril every day.

FAMILY HISTORY:
    GENERAL FAMILY ILLNESS:  POSITIVE HISTORY OF CANCER OF THE BREAST, POSITIVE
        FOR MYOCARDIAL INFARCTION, POSITIVE FOR HYPERTENSION, POSITIVE FOR
        ARTHRITIS.

SOCIAL HISTORY:
    TOBACCO USE:  Has no smoking history.
    EXERCISES:    The patient exercises regularly and is appropriate for age and health.
    DIET:  Follows a regular diet that is appropriate for age and weight.

REVIEW OF SYSTEMS:
    GENERAL:  Afebrile.
    EARS/NOSE/MOUTH/THROAT:  NASAL CONGESTION PRESENT.
    RESPIRATORY:  No sputum noted, CONTINUOUS COUGH.
    CARDIAC:  No chest pain.

# Alden Health Center
## Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005


PHYSICAL EXAM:
CONSTITUTIONAL:
VITAL SIGNS:
VS-HEIGHT: 5ft6in
VS-WEIGHT: 239lbs
GENERAL APPEARANCE: Well developed, well nourished individual in no acute distress.
EYES:
CONJUNCTIVAE AND LIDS: Conjunctivae and lids appear normal.
PUPILS: Pupils equal and normally reactive to light and accommodation.
EARS, NOSE, MOUTH AND THROAT:
EXTERNAL/EARS AND NOSE: Overall appearance normal with no scars, lesions or masses.
EARS: Tympanic membranes shiny without retraction. Canals unremarkable. Hearing grossly normal.
NOSE (AND SINUS): TURBINATES INFLAMED BILATERALLY, TURBINATES SWOLLEN BILATERALLY.
ORAL: No cobble stoning noted on the posterior pharynx.
NECK AND THYROID: Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.
RESPIRATORY: Clear to auscultation. Normal respiratory effort.
CARDIOVASCULAR:
PALPATION/AUSCULTATION: Regular rate and rhythm with no murmurs, gallops, rubs or abnormal heart sounds. **SYSTOLIC MURMUR: GRADE II/VI, AT RIGHT UPPER STERNAL BORDER, WITH RADIATION TO NECK.**
ARTERIAL PULSES, FISTULA/SHUNT: Normal carotids pulses with no bruits.
EDEMA/VARICOSITIES OF EXTREMITIES: No edema or varicosities of the extremities.
LYMPHATICS: No lymphadenopathy in the neck/head.


ASSESSMENT/PLAN:
244.9-HYPOTHYROIDISM NOS
ASSESSMENT: The patient's hypothyroidism is not adequately controlled. Will increase medication dosage.
272.4-HYPERLIPIDEMIA NEC/NOS
ASSESSMENT: The patient's elevated cholesterol is not adequately controlled. Will not change medication, continue to monitor for complications. The patient is attempting to follow a low saturated fat diet.
401.9-HYPERTENSION, ESSENTIAL NOS
ASSESSMENT: The blood pressure remains satisfactory. Will not change medication, continue to monitor for complications.
461.9-SINUSITIS, ACUTE NOS
ASSESSMENT: The patient's sinusitis is persistent. Will start medication.
LABS/DIAGNOSTIC TESTS: Xrays.

# Alden Health Center

### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 12/23/2005

466.0-BRONCHITIS, ACUTE
ASSESSMENT: The patient's bronchitis is resolved.
472.0-RHINITIS, CHRONIC
ASSESSMENT: The patient's non allergic rhinitis continues to remain stable. Will not change medication, continue to monitor for complications.
786.2-SYMPTOM, COUGH
ASSESSMENT: The patient's cough is persistent.  The differential diagnosis includes asthma, sinusitis, rhinitis, GERD, cancer, allergic bronchitis, viral URI or post viral cough, bacterial URI, postnasal drip, pneumonia, pulmonary edema, pulmonary embolism, aspiration pneumonia.  Will start medication for better control.
LABS/DIAGNOSTIC TESTS: Chest x-ray 2 views.

RETURN VISIT:   Patient instructed to return in 6 weeks.

Electronically Signed by: Luis Diaz, M.D. on Friday, December 23, 2005

Alden Health Center PLLC
8000 Research Forest #380 The Woodlands, TX 77382
(281) 296-5000


01/03/2006  OV – Bronchitis, Wheezing
  S:

    CC:f/u pt not better, coughing, congestion, nasal drainage, body aches
    PI: Pt c/o continued congestion, cough, shortness of breath, wheezing and body
    aches. Pt was seen previously by Dr. Diaz. Had xray and was given antibiotic but
    hasn't improved. Denies fever.
    ROS: GENERAL/LYMPHATIC/ENDOCRINE: fatigue, malaise, body aches,, HEENT:
    rhinitis/nasal congestion, RESPIRATORY: shortness of breath, wheezing, cough,
    CARDIOVASCULAR: noncontributory,

  O:

    Vitals: 98.1 F  62  14  128/70  Wt: 231.0 lbs  Ht: 66.0 in
      BMI: 37.28
    LMP    Tob. No  spO2 95 %
    GENERAL: NAD, A/O X 4. HEENT: normocephalic, PERRLA, EOMI, nml EAC's/TM's,
    nml oropharynx, + rhinorrhea, no frontal/maxillary sinus tenderness. NECK:
    soft/supple, no cervical lymphadenopathy, normal ROM, no JVP. CHEST:
    normal/equal excursion, no fremitus. LUNGS: normal respiratory effort, no tactile
    fremitus, + wheezing, good breath sounds, + cough. HEART: RRR, nml S1S2, no
    S3/S4, no m/r/g, non-displaced PMI. No carotid bruits. SKIN: no rashes, no
    abnormal appearing lesions, no cyanosis.
    Peak flow 350
    Pulse ox: 95%,
    Post trmt pulse ox: 99%
    CHEST XRAY – NO INFILTRATES, NODULES OR OSSEOUS IRREGULARITY.
    APPRECIATED. PENDING RADIOLOGY OVERREAD.

  A:
    Dx:

      Bronchitis, Acute 466.0
      Wheeze 786.07
      Cough 786.2

  P:
    Rx:

      Xopenex 01.25mg/3ml i vial via neb qid prn #i box rf xprn
      NEBULIZER  USE WITH MEDICATION AS DIRECTED. #1 rf xPRN
      Zithromax 500mg i po q day #5 rf x0
      Tussionex  i tsp bid #120ml rf x0

    Procedures:

      NEBULIZER C XOPENEX
        XOPENEX 1.25 MG/3ML VIA NEBULIZER.
        Pt. lungs reexamnined post treatment and were improved compared to initial
        exam with patient reporting feeling improved and breathing easier.

    Other Tx:

      Incr po fluids, rest
      To ED if worse

    Follow-Up:

      As needed if not improved.
      Diagnosis, Risk & Benefits explained – patient understands and agrees with plan.

    Date Created: 01/03/2006
    Date of Service: 01/03/2006
    Signed: Judi E. Strapp PA-C    Last Modified: 01/03/2006

Patient: Hebert, Karen A 10/14/47

# Alden Health Center
### Luis N. Diaz, MD * Michael D. Marlow, DO * Judi Strapp PA-C

Patient Name: KAREN A HEBERT  PatientID: 0003119
Date of Birth: 10/14/1947
Date of Service: 01/03/2006


Document ID: 00022966 - I:\06\06\00022966.TIF
Image Desc:   Document-#8
Scanned Date: 01/06/2006 3:51:47 PM by rebekahp
Last Updated: 01/06/2006 4:14:15 PM by rebekahp

Category:      PROG NOTES
Cabinet:       CABINET
Drawer:        DRAWER

Walgreens | Prescription Record

*Please note that prescriptions may be duplicated since the Walgreens website only allows you to retrieve 15 mos.*

Go Back

**𝒲algreens.com**
8350 S River Pkwy
Tempe, AZ 85284
(877) 250-5823

Confidential Patient Information
Prescription Profile
05/01/2007 through 06/04/2008

Patient Info:     Karen Hebert
                  46 Flickering Sun Ct
                  Spring, TX 77382
                  (281) 465-8790

Date of Birth:     10/14/1947          Gender:     Female

Allergy Conditions:     NO KNOWN ALLERGIES

Health Conditions:      HYPOTHYROIDISM

| Prescription Number | Medication | RPh | Prescriber | Insurance Plan Claim Ref# | Date of Service | Quantity | Price | Note |
|---|---|---|---|---|---|---|---|---|
| 417101-6864 | OPTIVAR 0.05% OPTH SOLUTION 6ML | MDR | SHEFFIELD, H | CRK/ 072391064058403 | 11/6/2007 | 6 | $19.87 | Your insurance saved you $97.12 |
| NDC: | 00037702560 | | | Total Fillings: 1 | | 6 | $19.87 | |
| 467883-6864 | THYROID TABS USP 2GR | MDR | NACCARI, B | CRK/ 072391020771037 | 11/6/2007 | 30 | $1.82 | Your insurance saved you $10.17 |
| NDC: | 00603605432 | | | Total Fillings: 1 | | 30 | $1.82 | |
| 467884-6864 | CYCLOBENZAPRINE 10MG TABLETS | MDR | THOMAS, C | CRK/ 072391020771852 | 11/6/2007 | 30 | $1.50 | Your insurance saved you $15.49 |
| NDC: | 50111056303 | | | Total Fillings: 1 | | 30 | $1.50 | |
| 469143-6864 | LISINOPRIL 20MG TABLETS | GWH | NACCARI, B | CRK/ 080590459682984 | 2/20/2008 | 30 | $1.73 | Your insurance saved you $16.26 |
| 469143-6864 | LISINOPRIL 20MG TABLETS | MDR | NACCARI, B | CRK/ 080791012970614 | 3/25/2008 | 30 | $1.73 | Your insurance saved you $16.26 |
| 469143-6864 | LISINOPRIL 20MG TABLETS | SRJ | NACCARI, B | CRK/ 080990947184675 | 4/21/2008 | 30 | $1.73 | Your insurance saved you $16.26 |
| 469143-6864 | LISINOPRIL 20MG TABLETS | MAP | NACCARI, B | CRK/ 072490231565422 | 11/12/2007 | 30 | $2.38 | Your insurance saved you $15.61 |
| 469143-6864 | LISINOPRIL 20MG TABLETS | MAP | NACCARI, B | CRK/ 072691123772104 | 12/19/2007 | 30 | $2.38 | Your insurance saved you $15.61 |
| NDC: | 68180051503 | | | Total Fillings: 5 | | 150 | $9.95 | |
| 470831-6864 | LOVASTATIN 40MG TABLETS | GWH | NACCARI, B | CRK/ 080290815391822 | 1/13/2008 | 30 | $6.19 | Your insurance saved you $43.80 |
| 470831-6864 | LOVASTATIN 40MG TABLETS | RGM | NACCARI, B | CRK/ 072490932095612 | 11/19/2007 | 30 | $6.22 | Your insurance saved you $45.77 |
| NDC: | 00228263550 | | | Total Fillings: 2 | | 60 | $12.41 | |
| 474718-6864 | THYROID (ARMOUR) 2GR (120MG) TABS | MDR | NACCARI, B | CRK/ 080290169221984 | 1/6/2008 | 30 | $2.13 | Your insurance saved you $12.86 |
| 474718-6864 | THYROID (ARMOUR) 2GR (120MG) TABS | GWH | NACCARI, B | CRK/ 080490463259663 | 2/6/2008 | 30 | $2.13 | Your insurance saved you $12.86 |
| 474718-6864 | THYROID (ARMOUR) 2GR (120MG) TABS | GWH | NACCARI, B | CRK/ 080690823169591 | 3/9/2008 | 30 | $2.13 | Your insurance saved you $12.86 |
| 474718-6864 | THYROID (ARMOUR) 2GR (120MG) TABS | EPP | NACCARI, B | CRK/ 072591233444772 | 12/6/2007 | 30 | $2.23 | Your insurance saved you $12.76 |
| NDC: | 00456046101 | | | Total Fillings: 4 | | 120 | $8.62 | |
| 477660-6864 | LYRICA 25MG CAPSULES | GWH | ALI, SHAIKH | CRK/ 081190355366260 | 5/13/2008 | 90 | $42.65 | Your insurance saved you $192.34 |

Walgreens | Prescription Record

| 477660-6864 | LYRICA 25MG CAPSULES | MAP | ALI, SHAIKH | CRK/ 072691143562332 | 12/19/2007 | 90 | $39.55 | Your insurance saved you $168.44 |
|---|---|---|---|---|---|---|---|---|
| NDC: | 00071101268 | | | Total Fillings: 2 | Subtotal: | 180 | $82.20 | |
| 478388-6864 | NASACORT AQ NASAL (120SPRAY) 16.5GM | MDR | DIAZ, LUIS | CRK/ 072691334585621 | 12/21/2007 | 16.5 | $19.86 | Your insurance saved you $89.13 |
| NDC: | 00075150616 | | | Total Fillings: 1 | Subtotal: | 16.5 | $19.86 | |
| 478402-6864 | MUCINEX 600MG ER TABLETS | MDR | DIAZ, LUIS | CASH/ | 12/21/2007 | 20 | $10.59 | |
| NDC: | 63824000810 | | | Total Fillings: 1 | Subtotal: | 20 | $10.59 | |
| 491593-6864 | CRESTOR 20MG TABLETS | MDR | DIAZ, LUIS | CRK/ 080491076639277 | 2/12/2008 | 30 | $22.06 | Your insurance saved you $96.93 |
| 491593-6864 | CRESTOR 20MG TABLETS | MES | DIAZ, LUIS | CRK/ 080790644967863 | 3/21/2008 | 30 | $22.06 | Your insurance saved you $96.93 |
| NDC: | 00310075290 | | | Total Fillings: 2 | Subtotal: | 60 | $44.12 | |
| 504888-6864 | NASACORT AQ NASAL (120SPRAY) 16.5GM | GWH | DIAZ, LUIS | CRK/ 080891132253970 | 4/9/2008 | 16.5 | $19.07 | Your insurance saved you $89.92 |
| NDC: | 00075150616 | | | Total Fillings: 1 | Subtotal: | 16.5 | $19.07 | |
| 505943-6864 | LEVOTHYROXINE 0.075MG (75MCG) TAB | GWH | DIAZ, LUIS | CRK/ 080990228388433 | 4/14/2008 | 30 | $1.95 | Your insurance saved you $11.04 |
| NDC: | 00527134310 | | | Total Fillings: 1 | Subtotal: | 30 | $1.95 | |
| 507644-6864 | CRESTOR 20MG TABLETS | MDR | DIAZ, LUIS | CRK/ 080990916518858 | 4/21/2008 | 30 | $22.06 | Your insurance saved you $96.93 |
| 507644-6864 | CRESTOR 20MG TABLETS | GWH | DIAZ, LUIS | CRK/ 081290466059542 | 5/28/2008 | 30 | $22.06 | Your insurance saved you $96.93 |
| NDC: | 00310075290 | | | Total Fillings: 2 | Subtotal: | 60 | $44.12 | |
| 513193-6864 | LEVOTHYROXINE 0.075MG (75MCG) TAB | GWH | DIAZ, LUIS | CRK/ 081190641075747 | 5/16/2008 | 30 | $1.95 | Your insurance saved you $11.04 |
| NDC: | 00527134310 | | | Total Fillings: 1 | Subtotal: | 30 | $1.95 | |
| 518850-6864 | LISINOPRIL 20MG TABLETS | GWH | DIAZ, LUIS | CRK/ 081290943525386 | 6/2/2008 | 30 | $1.73 | Your insurance saved you $16.26 |
| NDC: | 68180051503 | | | Total Fillings: 1 | Subtotal: | 30 | $1.73 | |
| 996758-4290 | LOVASTATIN 40MG TABLETS | JMK | NACCARI, BRIAN | CRK/ 071290057186486 | 5/26/2007 | 30 | $6.46 | Your insurance saved you $56.53 |
| 996758-4290 | LOVASTATIN 40MG TABLETS | JMK | NACCARI, BRIAN | CRK/ 071690785553277 | 7/28/2007 | 30 | $6.46 | Your insurance saved you $56.53 |
| NDC: | 00228263550 | | | Total Fillings: 2 | Subtotal: | 60 | $12.92 | |
| 996759-4290 | THYROID TABS USP 2GR | JMK | NACCARI, BRIAN | CRK/ 071290000094343 | 5/26/2007 | 30 | $1.93 | Your insurance saved you $10.06 |
| 996759-4290 | THYROID TABS USP 2GR | JMK | NACCARI, BRIAN | CRK/ 071490104772705 | 6/24/2007 | 30 | $1.93 | Your insurance saved you $10.06 |
| 996759-4290 | THYROID TABS USP 2GR | JMK | NACCARI, BRIAN | CRK/ 071690709664797 | 7/28/2007 | 30 | $1.93 | Your insurance saved you $10.06 |
| NDC: | 00603605432 | | | Total Fillings: 3 | Subtotal: | 90 | $5.79 | |
| 996760-4290 | LISINOPRIL 20MG TABLETS | JMK | NACCARI, BRIAN | CRK/ 071290000994348 | 5/26/2007 | 30 | $2.49 | Your insurance saved you $15.50 |
| 996760-4290 | LISINOPRIL 20MG TABLETS | JMK | NACCARI, BRIAN | CRK/ 071690763065937 | 7/28/2007 | 30 | $2.49 | Your insurance saved you $15.50 |
| NDC: | 68180051503 | | | Total Fillings: 2 | Subtotal: | 60 | $4.98 | |
| 998550-4290 | NASONEX 50MCG (120 SPRAYS) 17G | JMK | DIAZ, LUIS | CRK/ 071090352327998 | 5/1/2007 | 17 | $19.55 | Your insurance saved you $78.44 |

Walgreens | Prescription Record

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 998550-4290 | NASONEX 50MCG (120 SPRAYS) 17G | EKD | DIAZ, LUIS | CRK/ 071890737951429 | 8/25/2007 | 17 | $19.55 | Your insurance saved you $75.44 |
| 998550-4290 | NASONEX 50MCG (120 SPRAYS) 17G | JMK | DIAZ, LUIS | CRK/ 072191026516114 | 10/9/2007 | 17 | $19.55 | Your insurance saved you $75.44 |
| NDC: 00085128801 | | | | Total Fillings: 3 | Subtotal: | 51 | $58.65 | |
| 1012497-4290 | XOPENEX 1.25MG/3ML NEB SOL (RED) | JEB | NACCARI, B | CRK/ 071390979308915 | 6/18/2007 | 72 | $16.13 | Your insurance saved you $70.86 |
| NDC: 63402051324 | | | | Total Fillings: 1 | Subtotal: | 72 | $16.13 | |
| 1013062-4290 | CYCLOBENZAPRINE 5MG TABLETS | JEB | SIMONEAUX, MICHELE | CRK/ 071391050538820 | 6/19/2007 | 30 | $6.64 | Your insurance saved you $43.35 |
| NDC: 52152030102 | | | | Total Fillings: 1 | Subtotal: | 30 | $6.64 | |
| 1013063-4290 | TRAMADOL 50MG TABLETS | JEB | SIMONEAUX, MICHELE | CRK/ 071391046116898 | 6/19/2007 | 30 | $2.22 | Your insurance saved you $18.27 |
| NDC: 50111061603 | | | | Total Fillings: 1 | Subtotal: | 30 | $2.22 | |
| 1034477-4290 | LISINOPRIL 20MG TABLETS | JMK | NACCARI, B | CRK/ 071891212822621 | 8/30/2007 | 30 | $2.49 | Your insurance saved you $15.50 |
| 1034477-4290 | LISINOPRIL 20MG TABLETS | JMK | NACCARI, B | CRK/ 072191216988716 | 10/11/2007 | 30 | $2.49 | Your insurance saved you $15.50 |
| NDC: 68180051503 | | | | Total Fillings: 2 | Subtotal: | 60 | $4.98 | |
| 1034478-4290 | HYDROCHLOROTHIAZIDE 12.5MG CAPSULES | JMK | NACCARI, B | CRK/ 071891271157980 | 8/30/2007 | 30 | $2.38 | Your insurance saved you $17.61 |
| NDC: 00378081001 | | | | Total Fillings: 1 | Subtotal: | 30 | $2.38 | |
| 1034479-4290 | THYROID TABS USP 2GR | JMK | NACCARI, B | CRK/ 071891212822681 | 8/30/2007 | 30 | $1.93 | Your insurance saved you $10.06 |
| 1034479-4290 | THYROID TABS USP 2GR | JMK | NACCARI, B | CRK/ 072190125002952 | 9/30/2007 | 30 | $1.93 | Your insurance saved you $10.06 |
| NDC: 00603605432 | | | | Total Fillings: 2 | Subtotal: | 60 | $3.86 | |
| 1034480-4290 | LOVASTATIN 40MG TABLETS | JMK | NACCARI, B | CRK/ 071891212822847 | 8/30/2007 | 30 | $6.46 | Your insurance saved you $56.53 |
| 1034480-4290 | LOVASTATIN 40MG TABLETS | JMK | NACCARI, B | CRK/ 072290157532197 | 10/14/2007 | 30 | $6.46 | Your insurance saved you $45.53 |
| NDC: 00228635550 | | | | Total Fillings: 2 | Subtotal: | 60 | $12.92 | |
| 1426222-4493 | ASMANEX 60 DOSES 220MCG TWISTHALER | RWC | DIAZ, LUIS | CRK/ 080290026101014 | 1/5/2008 | 0.24 | $23.60 | Your insurance saved you $116.39 |
| NDC: 00085134102 | | | | Total Fillings: 1 | Subtotal: | 0.24 | $23.60 | |
| 1426224-4493 | METHYLPREDNISOLONE 4MG DOSPAK 21'S | RWC | DIAZ, LUIS | CRK/ 080290055207178 | 1/5/2008 | 21 | $1.32 | Your insurance saved you $18.67 |
| NDC: 00603459315 | | | | Total Fillings: 1 | Subtotal: | 21 | $1.32 | |
| 1426226-4493 | MUCINEX 600MG ER TABLETS 20'S | RWC | DIAZ, LUIS | CASH/ | 1/5/2008 | 20 | $9.99 | |
| NDC: 63824000820 | | | | Total Fillings: 1 | Subtotal: | 20 | $9.99 | |
| 1426228-4493 | LEVAQUIN 750MG TABS (LEVA PAK) | RWC | DIAZ, LUIS | CRK/ 080290069114145 | 1/5/2008 | 10 | $48.31 | Your insurance saved you $205.68 |
| NDC: 00045153005 | | | | Total Fillings: 1 | Subtotal: | 10 | $48.31 | |
| 1426230-4493 | SINGULAIR 10MG TABLETS | RWC | DIAZ, LUIS | CRK/ 080290035601840 | 1/5/2008 | 30 | $22.31 | Your insurance saved you $99.68 |
| NDC: 00006011731 | | | | Total Fillings: 1 | Subtotal: | 30 | $22.31 | |
| | | | | Total Scripts: 31 | Total: | | $516.76 | |
| | | | | | Using generics saved you a total of | | $0.00 | |

| | Using more generics could have saved you a total of | ($2.00) |
|---|---|---|
| | Your insurance saved you a total of | $2,454.83 |
| | Your cash quantity discount saved you a total of | $0.00 |

The Management and Staff at Walgreens Thank You For Your Patronage



Walgreens | View Your Prescription History | View All Prescriptions

**Walgreens.com**

○ Back to Home

| Pharmacy | Health Library | Photo | Shop | Vitamins & Nutrition | Beauty & Spa | Electronics | Health Care | Household | Personal | Toys | Baby | View more |

Search: [_____] **GO**

You are logged in as: Aaron Hobart
(momhits478@yahoo.com)

🛒 Shopping Cart (0 items)
🗐 Your Account    🖂 Help
✉ Mailbox

**Improving Outcomes for Diabetes**
Walgreens & Joslin Diabetes Center
⊙ Customize these links

Pharmacy > 

# Pharmacy

## Your Prescription History

**Your Tools**
▸ E-mail Reminders
▸ Free Medicare Report
▸ Order Prescriptions
▸ Print Rx Records
▸ Update Health History
▸ View Rx History

......................................................

▸ Ask a Pharmacist
▸ Check Drug Interactions
▸ Drug Information

......................................................

▸ Caregivers
▸ ExpressPay
▸ Health Corner Clinics
▸ Health Info Card
▸ Immunizations
▸ Large Print Labels
▸ Medicare Facts
▸ Medication Flavoring
▸ Multilingual Services
▸ Specialty Pharmacy
▸ Walgreens and Joslin Alliance

○ Refill Rx     ○ Drug Information     ○ Store Locator

To print a record of some or all of these prescriptions, select the **Print Records** tab.

(Select **Unhide** below to make a prescription visible in refill tabs.)

You have **0** hidden prescriptions.

Order Refills       Set Up Auto Refills

Hint: Click any ○ to sort your prescriptions by that category.

**View All Prescriptions**        Print Records

| Auto Refill | Prescription Number ○ | Name & Strength ○ | Refills Remaining ○ | Doctor ○ | |
|---|---|---|---|---|---|
| Not Set | 1154560-4493 | SINGULAIR 10MG TABLETS | 11 Expires:12/23/2006 | DIAZ | 8/15/2006 Status / Details |
| Not Set | 1214838-4493 | THYROID TABS USP 2GR | Inactive | NACCARI | 8/3/2006 Status / Details |
| | This prescription is no longer active. | | | | |
| Not Set | 895529-4290 | LEXAPRO 10MG TABLETS | 1 Expires:7/24/2007 | SEDRISH | 7/24/2006 Status / Details |
| Not Set | 894003-4290 | CLONAZEPAM 0.5MG TABLETS | 2 Expires:1/4/2007 | SEDRISH | 7/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

*handwritten annotations:*

→ MED/CATION USED IN THE TREATMENT OF FIBROMYALGIA

← THIS IS AN ANTI-ANXIETY ASSOCIATED/DEPRESSION WITH FIBROMYALGIA PRESCRIBED FOR THE TREATMENT OF

Walgreens | View Your Prescription History | View All Prescriptions

Page 2 of 4

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Ndt Set | 894002-4290 | PENTAZOCINE/APAP 25-650MG TABLETS | 2 Expires:1/4/2007 | SEDRISH | 7/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Ndt Set | 890944-4290 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 6/29/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 890943-4290 | THYROID TABS USP 2GR | Inactive | NACCARI | 6/29/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 1189521-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 1189522-4493 | THYROID TABS USP 2GR | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 1189520-4493 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 786757-4290 | THYROID TABS USP 2GR | 4 Expires:3/5/2007 | NACCARI | 4/30/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Ndt Set | 1188048-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 4/22/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 1188050-4493 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 4/22/2006 Status / Details |

This prescription is no longer active.

| Ndt Set | 801400-4290 | ALLEGRA-D 12 HOUR TABLETS | 0 Expires:5/26/2006 | NACCARI | 4/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Ndt Set | 790064-4290 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 3/11/2006 Status / Details |

Walgreens | View Your Prescription History | View All Prescriptions

Page 3 of 4

This prescription is no longer active.
Not Set 769883-4290 **BPM 6MG TABLETS** Expires:3/10/2007 PHYSICIANS 3/11/2006 Status / Details

Please allow extra time for this refill as we need to contact your doctor for authorization.
Not Set 786756-4290 **LISINOPRIL 20MG TABLETS** Inactive NACCARI 3/11/2006 Status / Details
*THIS is FOR THE TREATMENT OF HIGH BLOOD PRESSURE*

This prescription is no longer active.
Not Set 783123-4290 **METROGEL 0.75% VAGINAL GEL 70GM** Expires:2/23/2007 0 LIN/HUBER 2/23/2006 Status / Details

Please allow extra time for this refill as we need to contact your doctor for authorization.
Not Set 782678-4290 **CLOTRIMAZOLE BETAMETHASONE CRM 15GM** Expires:2/23/2007 3 NACCARI 2/23/2006 Status / Details

Please allow extra time for this refill as we need to contact your doctor for authorization.
Not Set 777357-4290 **LOVASTATIN 40MG TABLETS** Expires:12/28/2006 0 DIAZ 2/15/2006 Status / Details
*THIS is FOR THE TREATMENT OF HIGH CHOLESTEROL*

Please allow extra time for this refill as we need to contact your doctor for authorization.
Not Set 777356-4290 **LISINOPRIL 20MG TABLETS** Expires:12/28/2006 0 DIAZ 2/15/2006 Status / Details

Please allow extra time for this refill as we need to contact your doctor for authorization.
Not Set 1157280-4493 **XOPENEX 1.25MG/3ML NEB SOL (RED)** Inactive DIAZ 1/3/2006 Status / Details
*THIS DRUG is USED TO TREAT ASTHMA (SEE BELOW)*

This prescription is no longer active.
Not Set 1155606-4493 **LOVASTATIN 40MG TABLETS** Inactive DIAZ 12/28/2005 Status / Details

This prescription is no longer active.
Not Set 1155005-4493 **LISINOPRIL 20MG TABLETS** Inactive DIAZ 12/28/2005 Status / Details

This prescription is no longer active.
Not Set 1155374-4493 **THYROID TABS USP 2GR** Inactive DIAZ 12/27/2005 Status / Details
*I USE THIS FOR GRAVES THYROID DISEASE*

This prescription is no longer active.
Not Set 221937-7632 **ALLEGRA-D 12 HOUR** Inactive NACCARI 9/6/2005 Status / Details

*SINCE I RETURNED TO LOUISIANA AFTER HURRICANE KATRINA, I HAVE HAD A RECURRING COUGH WHICH NECESSITATES THE USE OF THIS MEDICATION WITH A NEBULIZER*

Walgreens | View Your Prescription History | View All Prescriptions

Page 4 of 4

*This Medication is Not of Several that I have used for the treatment of Fibromyalgia — it is a medication for pain*

This prescription is no longer active.

| Not Set | 3065317-7415 | DICLOFENAC SODIUM 75MG EC TABLETS | Inactive | FELDMAN | 6/22/2005 |
|---------|--------------|-----------------------------------|----------|---------|-----------|

**TABLETS**

Status / Details

Status / Details

This prescription is no longer active.

31 - 57 of 57 ✪ Previous30

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Share Your Opinion | Contact Us | Help
Diversity | Walgreens Outreach | Health Corner: TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2007 Walgreen Co. All rights reserved.

07/10/2007

# Walgreens.com
[EDIT PROFILE]

You are logged in as Karen Hebert
(momhb1so7@yahoo.com)

🛒 Shopping Cart (0 items)
📧 Your Account    ❓ Help
✉ Mailbox

**Pharmacy** | **Health Library** | **Photo** | **Shop** | **Electronics** | **Vitamins & Nutrition** | **Health Care** | **Household** | **Personal** | **Toys** | **Baby**
**Beauty & Spa** | **Sexual Wellness** | **Contact Lenses** | **Fitness & Diet** | **Home Medical** | **View More**

**Search:** [____] **Go**

Diabetes Center
Tools & information to
help manage your
condition

⭘ Customize
these links

Pharmacy > View Rx History > View All

## Pharmacy

⭘ Back to Home

**Your Tools**

▸ E-mail Reminders
▸ Free Medicare Report
▸ Order Prescriptions
▸ Print Rx Records

▾ Update Health History
▾ View Rx History
   ▸ Order Refills
   ▸ Auto Refills
   ▸ View All

▸ Ask a Pharmacist
▸ Check Drug Interactions
▸ Drug Information

▸ Caregivers
▸ ExpressPay
▸ Health Center Clinics
▸ Health Info Card
▸ Immunizations
▸ Large Print Labels
▸ Medicare Facts
▸ Medication Flavoring
▸ Multilingual Services
▸ Specialty Pharmacy

# Your Prescription History

⭘ Refill Rx     ⭘ Drug Information     ⭘ Store Locator

To print a record of some or all of these prescriptions, select the **Print Records** tab.

(Select **Unhide** below to make a prescription visible in refill tabs.)

**You have 0 hidden prescriptions.**

Hint: Click any ⭘ to sort your prescriptions by that category.

| Order Refills | Set Up Auto Refills | | | View All Prescriptions | Print Records |

| Auto Refill | Prescription Number ⭘ | Name & Strength ⭘ | Refills Remaining ⭘ | Doctor ⭘ | Last Fill Date ⭘ |
|---|---|---|---|---|---|
| Not Set | 996759-4290 | THYROID TABS USP 2GR | 1 Expires:1/20/2008 | NACCARI | 6/24/2007 Status / Details |
| Not Set | 1013062-4290 | CYCLOBENZAPRINE 5MG TABLETS | 0 Expires:6/19/2008 | SIMONEAUX | 6/19/2007 Status / Details |
| Not Set | 1013063-4290 | TRAMADOL 50MG TABLETS | 0 Expires:6/19/2008 | SIMONEAUX | 6/19/2007 Status / Details |
| Not Set | 1012497-4290 | XOPENEX 1.25MG/3ML NEB SOL (RED) | 3 Expires:6/18/2008 | NACCARI | 6/18/2007 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

Please allow extra time for this refill as we need to contact your doctor for authorization.

*THYROID DISEASE*

*FOR FIBROMYALGIA*

*PAIN MEDICATION*

*ASTHMA MEDICATION*



Walgreens | View Your Prescription History | View All Prescriptions

Page 2 of 4

▸ Walgreens and Joslin Alliance

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 996760-4290 | LISINOPRIL 20MG TABLETS | 3 Expires:2/13/2008 | NACCARI | 5/28/2007 Status / Details |

This prescription is no longer active.

| Not Set | 417101-6864 | OPTIVAR 0.05% OPTH SOLUTION 6ML (eye) | 3 Expires:3/26/2008 | SHEFFIELD | 3/26/2007 Status / Details |

This prescription is no longer active.

| Not Set | 416364-6864 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 3/22/2007 Status / Details |

This prescription is no longer active.

| Not Set | 412353-6864 | NASONEX 50MCG (120 SPRAYS) 17G | Inactive | DIAZ | 3/6/2007 Status / Details |

This prescription is no longer active.

| Not Set | 973180-4290 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 2/13/2007 Status / Details |

This prescription is no longer active.

| Not Set | 969982-4290 | METRONIDAZOLE 0.75% CREAM 45GM | 5 Expires:2/5/2008 | TABOR | 2/5/2007 Status / Details |

| Not Set | 969953-4290 | ORACEA 40MG CAPSULES | 5 Expires:2/5/2008 | TABOR | 2/5/2007 Status / Details |

| Not Set | 986744-4290 | LUNESTA 2MG TABLETS | 0 Expires:3/22/2007 | SEDRISH | 1/28/2007 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 986745-4290 | PENTAZOCINE/APAP 25-650MG TABLETS | 3 Expires:3/22/2007 | SEDRISH | 1/27/2007 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

*FIBROMYALGIA*

*USED FOR THE TRIAL ASSOCIATED WITH FIBROMYALGIA*

| Not Set | 996758-4290 | LOVASTATIN 40MG TABLETS | 3 Expires:2/13/2008 | NACCARI | 5/26/2007 Status / Details |

| Not Set | 999550-4290 | NASONEX 50MCG (120 SPRAYS) 17G | 8 Expires:10/10/2007 | DIAZ | 5/1/2007 Status / Details |

| Not Set | 409939-6864 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 3/30/2007 Status / Details |

This prescription is no longer active.

| Not Set | 409921-6864 | THYROID TABS USP 2GR | Inactive | NACCARI | 3/24/2007 Status / Details |

*USED IS THE TREATMENT OF SLEEP DISORDERS*

Walgreens | View Your Prescription History | View All Prescriptions

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 941245-4290 | THYROID TABS USP 2GR | Inactive | NACCARI | 1/20/2007 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 880942-4290 | LOVASTATIN 40MG TABLETS | Expires:8/1/2007 | NACCARI | 1/20/2007 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 948599-4290 | NASONEX 50MCG (120 SPRAYS) 17G | Inactive | DIAZ | 1/15/2007 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 958070-4290 | LISINOPRIL 20MG TABLETS | 0 Expires:1/4/2008 | NACCARI | 1/4/2007 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 938113-4290. | THYROID TABS USP 2GR | 0 Expires:12/28/2006 | DIAZ | 12/14/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 920517-4290 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 11/27/2006 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 932493-4290 | XOPENEX 1.25MG/3ML NEB SOL (RED) | Inactive | DIAZ | 10/25/2006 Status / Details |

*ASTHMA MEDICATION*

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 1234589-4493 | THYROID TABS USP 2GR | Inactive | NACCARI | 10/12/2006 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 1237750-4493 | AZITHROMYCIN 250MG TABLETS 6-PAK | 0 Expires:10/10/2007 | DIAZ | 10/10/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for.authorization.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 1233758-4493 | NASONEX 50MCG (120 SPRAYS) 17G | Inactive | DIAZ | 10/10/2006 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 1233760-4493 | METHYLPREDNISOLONE 4MG DOSPAK 21'S | 0 Expires:10/10/2007 | DIAZ | 10/10/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

Walgreens | View Your Prescription History | View All Prescriptions

| Not Set | 913491-4290 | THYROID TABS USP 2GR | Inactive | NACCARI | 9/1/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1219390-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 8/21/2006 Status / Details |

This prescription is no longer active.

1 - 30 of 57  Next ▷ 27

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Share Your Opinion | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2007 Walgreen Co. All rights reserved.

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
100 N Military Road
Slidell, LA  70461
(985)645-0488

| | | | |
|---|---|---|---|
| **PATIENT** | KAREN HEBERT | **DOCTOR** | B. NACCARI, MD |
| **MEDICATION** | XOPENEX 1.25MG/3ML NEB SOL (RED) | | (504)456-8025 |
| **QUANTITY** | 72 | **PATIENT ALLERGIES** | |
| **DIRECTIONS** | USE 1 VIAL VIA NEBULIZER FOUR TIMES DAILY AS NEEDED | | |

**DRUG DESCRIPTION**

LIQUID

---

**INGREDIENT NAME: LEVALBUTEROL (lev-al-BYOO-ter-ol)**

**COMMON USES:** This medicine is a bronchodilator used to treat or prevent the symptoms of asthma, emphysema, and other breathing conditions. This medicine is also used to prevent the symptoms of exercise-induced asthma. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. This medicine comes with a patient information leaflet. Read it carefully. Ask your doctor, nurse, or pharmacist any questions that you may have about this medicine. STORE THIS MEDICINE in the foil pouch at room temperature, away from heat and light. Do not use if solution is discolored. Use this medicine regularly to receive the most benefit from it. Using this medicine at the same times each day will help you to remember. IF YOU MISS A DOSE OF THIS MEDICINE, use it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. DO NOT use 2 doses at once.

**CAUTIONS:** DO NOT USE THIS MEDICINE if you have had an allergic reaction to it, to any ingredient in this product, or to albuterol. DO NOT EXCEED THE RECOMMENDED DOSE or use this medicine more often than prescribed without checking with your doctor. The risk of severe heart problems and sometimes death may be increased with overuse of this medicine. IF YOUR USUAL DOSE does not work well or if you need to use it more often than normal, contact your doctor at once. Your asthma could be getting worse and your doctor may need to change your medicine. TALK WITH YOUR DOCTOR OR PHARMACIST about all of your asthma medicines and how to use them. Do NOT start, stop, or change the dose of any asthma medicine unless your doctor tells you to. Laboratory and/or medical tests, including lung function tests, may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. This medicine may cause dizziness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY SOMETIMES CAUSE SEVERE BREATHING PROBLEMS right after you use a dose. When this problem occurs, it is often after the first use of a new canister. If this happens, seek medical care at once. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN CHILDREN; they may experience vomiting with use of this medicine. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby. IF YOU HAVE DIABETES, this medicine may affect your blood sugar. Check blood sugar levels closely and ask your doctor before adjusting the dose of your diabetes medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while using this medicine include dizziness, nervousness, tremors, headache, difficulty sleeping, runny nose, nausea, or diarrhea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience a fast or irregular heartbeat. CONTACT YOUR DOCTOR IMMEDIATELY if you experience sharp or crushing chest pain; sudden shortness of breath; sudden leg pain; sudden severe headache, vomiting, dizziness, or fainting; changes in vision; numbness of an arm or leg; or severe stomach pain. SEEK IMMEDIATE MEDICAL ATTENTION if you experience rash, hives, itching, wheezing, or increased difficulty breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

**OVERDOSE:** IF OVERDOSE IS SUSPECTED, contact your local poison control center or emergency room immediately. Symptoms of overdose may include chest pain; fast or irregular heartbeat; seizures; severe or persistent dizziness or headache;  and severe or persistent nervousness, tremor, or trouble sleeping.

**ADDITIONAL INFORMATION:** If your symptoms do not improve or if they become worse, check with your doctor. Carry an identification card at all times that states you are taking this medicine. DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

WIC08 #018910

Walgreens | Pharmacy | Print Prescription Records

*Walgreens*.com®
Back to Home

You are logged in as Karen Hebert
(mombi1947@yahoo.com)

🛒 Shopping Cart (0 items)
🗎 Your Account    ❓ Help
✉ Mailbox

The
Prescription
Savings Club

Electronics | Health Care | Household | Personal | Toys | Baby

Pharmacy | Health Library | Photo | Shop | Vitamins & Nutrition | Beauty & Spa | Sexual Wellness | Contact Lenses | Fitness & Diet | Home Medical | View more

Search: [_____] [GO]    ❖ Refill Rx    ❖ Drug Information    ❖ Store Locator    ❖ Customize these links

Pharmacy >

## Pharmacy

**Your Tools**
› E-mail Reminders
› Free Medicare Report
› Order Prescriptions
› Print Rx Records
› Update Health History
› View Rx History
..................................
› Ask a Pharmacist
› Check Drug Interactions
› Drug Information
..................................
› Caregivers
› ExpressPay
› Health Info Card
› Immunizations
› Large Print Labels
› Medicare Facts
› Medication Flavoring
› Multilingual Services
› Specialty Pharmacy
› Walgreens and Joslin
Alliance

# Print Prescription Records

To print your report, choose the date range you want from the boxes below and click **Submit**. Once your report displays, click **Print** on your browser's toolbar. Once the report has printed, click **Go Back**.

Note: Records are available from approximately the last 15 months up through yesterday's date. To avoid system delays, if you have numerous prescriptions, please print your report in a series of smaller date ranges.

For records prior to the last 15 months, please contact your local Walgreens pharmacy.

From:  Aug      1      2005

To:  Jun      4      2008



❖ View prescription history

Sign up to receive our Monthly Health Newsletter by email.

Email address [_____]    ZIP code [___]    

By signing up, I'm agreeing to Walgreens Terms of Use.

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Web Site Survey | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV |
Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security
© Copyright 2008 Walgreen Co. All rights reserved.

TEL. NO.
985-695-0988

Walgreens.com

◇ Back to Home

You are logged in as Karen Hebert
(mom81947@yahoo.com)

⌂ LOGOUT

🛒 Shopping Cart (0 items)
📖 Your Account   📗 Help
✉ Mailbox

Caring
for someone?
Get info and tools to help



| Pharmacy | Health History | Photo | Shop | Electronics | Vitamins & Nutrition | Health Care | Household | Personal | Toys | Baby |
| | | | | Beauty & Spa | Sexual Wellness | Contact Lenses | Fitness & Diet | Home Medical | View More |

Search: [ ] GO

## Pharmacy

Pharmacy > View Rx History > View All

◆ Refill Rx      ◆ Drug Information      ◆ Store Locator      ✿ Customize these links

### Your Tools

▸ E-mail Reminders
▸ Free Medicare Report
▸ Order Prescriptions
▸ Print Rx Records
▸ Update Health History
▾ View Rx History
  ▸ Order Refills
  ▸ Auto Refills
  ▸ View All
............................
▸ Ask a Pharmacist
▸ Check Drug Interactions
▸ Drug Information
............................
▸ Caregivers
▸ ExpressPay
▸ Health Corner Clinics
▸ Health Info Card
▸ Immunizations
▸ Large Print Labels
▸ Medicare Facts
▸ Medication Flavoring
▸ Multilingual Services
▸ Specialty Pharmacy

## Your Prescription History

To print a record of some or all of these prescriptions, select the **Print Records** tab.

(Select **Unhide** below to make a prescription visible in refill tabs.)

You have **0** hidden prescriptions.

Order Refills      Set Up Auto Refills      **View All Prescriptions**

Hint: Click any ◇ to sort your prescriptions by that category.

| Auto Refill | Prescription Number ◇ | Name & Strength ◇ | Refills Remaining ◇ | Doctor ◇ | Last Fill Date ◇ | Print Records |
|---|---|---|---|---|---|---|
| Not Set | 9997-89-4290 | THYROID TABS USP 2GR | 1 Expires:1/20/2008 | NACCARI | 6/24/2007 Status / Details | |
| Not Set | 1013063-4290 | TRAMADOL 50MG TABLETS | 0 Expires:6/19/2008 | SIMONEAUX | 6/19/2007 Status / Details | |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 1013062-4290 | CYCLOBENZAPRINE 5MG TABLETS | 0 Expires:6/19/2008 | SIMONEAUX | 6/19/2007 Status / Details | |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 1012497-4290 | XOPENEX 1.25MG/3ML NEB SOL (RED) | 3 Expires:6/18/2008 | NACCARI | 6/18/2007 Status / Details | |

Walgreens | View Your Prescription History | View All Prescriptions

► Walgreens and Joslin Alliance

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 996760-4290 · | LISINOPRIL 20MG TABLETS | 3 Expires:2/13/2008 | NACCARI | 5/26/2007 Status / Details |

This prescription is no longer active.

| Not Set | 996758-4290 | LOVASTATIN 40MG TABLETS | 3 Expires:2/13/2008 | NACCARI | 5/26/2007 Status / Details |
|---|---|---|---|---|---|

| Not Set | 909550-4290 | NASONEX 50MCG (120 SPRAYS) 17G | 8 Expires:10/10/2007 | DIAZ | 5/1/2007 Status / Details |
|---|---|---|---|---|---|

| Not Set | 409939-6864 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 3/30/2007 Status / Details |
|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 417101-6864 | OPTIVAR 0.05% OPTH SOLUTION 6ML | 3 Expires:3/26/2008 | SHEFFIELD | 3/26/2007 Status / Details |
|---|---|---|---|---|---|

| Not Set | 409921-6864 | THYROID TABS USP 2GR | Inactive | NACCARI | 3/24/2007 Status / Details |
|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 416364-6864 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 3/22/2007 Status / Details |
|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 412453-6864 | NASONEX 50MCG (120 SPRAYS) 17G | Inactive | DIAZ | 3/6/2007 Status / Details |
|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 973180-4290 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 2/13/2007 Status / Details |
|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 969952-4290 | METRONIDAZOLE 0.75% CREAM 45GM | 5 Expires:2/5/2008 | TABOR | 2/5/2007 Status / Details |
|---|---|---|---|---|---|

| Not Set | 969953-4290 | ORACEA 40MG CAPSULES | 5 Expires:2/5/2008 | TABOR | 2/5/2007 Status / Details |
|---|---|---|---|---|---|

| Not Set | 966744-4290 | LUNESTA 2MG TABLETS | 0 Expires:3/22/2007 | SEDRISH | 1/28/2007 Status / Details |
|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 966745-4290 | PENTAZOCINE/APAP 25-650MG TABLETS | 3 Expires:3/22/2007 | SEDRISH | 1/27/2007 Status / Details |
|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 96-4245-4290 | THYROID TABS USP 2GR | | Inactive | NACCARI | 1/20/2007 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 890942-4290 | LOVASTATIN 40MG TABLETS | | Expires:6/1/2007 | NACCARI | 1/20/2007 Status / Details |
|---|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 946569-4290 | NASONEX 50MCG (120 SPRAYS) 17G | | Inactive | DIAZ | 1/15/2007 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 958070-4290 | LISINOPRIL 20MG TABLETS | | 0 Expires:1/4/2008 | NACCARI | 1/4/2007 Status / Details |
|---|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 938113-4290 | THYROID TABS USP 2GR | | 0 Expires:12/28/2006 | DIAZ | 12/14/2006 Status / Details |
|---|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 920617-4290 | LISINOPRIL 20MG TABLETS | | Inactive | NACCARI | 11/27/2006 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 932493-4290 | XOPENEX 1.25MG/3ML NEB SOL (RED) | | Inactive | DIAZ | 10/25/2006 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 1234359-4493 | THYROID TABS USP 2GR | | Inactive | NACCARI | 10/12/2006 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 1233759-4493 | AZITHROMYCIN 250MG TABLETS 6-PAK | | 0 Expires:10/10/2007 | DIAZ | 10/10/2006 Status / Details |
|---|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 1233758-4493 | NASONEX 50MCG (120 SPRAYS) 17G | | Inactive | DIAZ | 10/10/2006 Status / Details |
|---|---|---|---|---|---|---|

This prescription is no longer active.

| Not Set | 1233760-4493 | METHYLPREDNISOLONE 4MG DOSPAK 21'S | | 0 Expires:10/10/2007 | DIAZ | 10/10/2006 Status / Details |
|---|---|---|---|---|---|---|

Please allow extra time for this refill as we need to contact your doctor for authorization.

Walgreens | View Your Prescription History | View All Prescriptions

Page 4 of 4

| | | | | |
|---|---|---|---|---|
| Not Set | 913-491-4290 | THYROID TABS USP 2GR | Inactive | NACCARI 9/1/2006 Status / Details |

This prescription is no longer active.

| | | | | |
|---|---|---|---|---|
| Not Set | 1219390-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI 8/21/2006 Status / Details |

This prescription is no longer active.

1 - 30 of 57  Next ▷ 27

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Share Your Opinion | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2007 Walgreen Co. All rights reserved.

https://www.walgreens.com/pharmacy/history/prescriptionlist.jsp?action=ALL

07/10/2007



# Walgreens.com®

Search: [_____] [Go]

| Pharmacy | Health Library | Photo | Shop | Electronics | Vitamins & Nutrition | Beauty & Spa | Health Care | Household | Personal | Toys | Baby |

You are logged in as **Karen Hebert**
(momhi1947@yahoo.com) [Log Out]

🛒 Shopping Cart (0 items)
📧 Your Account  ❓ Help
📧 Mailbox

**Caring for someone?**
Get info and tools to help

○ Back to Home

○ Refill Rx   ○ Drug Information   ○ Store Locator   ✪ Customize these links

## Pharmacy

Pharmacy >

### Your Prescription History

**Your Tools**
- E-mail Reminders
- Free Medicare Report
- Order Prescriptions
- Print Rx Records
- Update Health History
- View Rx History
- ............................
- Ask a Pharmacist
- Check Drug Interactions
- Drug Information
- ............................
- Caregivers
- ExpressPay
- Health Corner Clinics
- Health Info Card
- Immunizations
- Large Print Labels
- Medicare Facts
- Medication Flavoring
- Multilingual Services
- Specialty Pharmacy
- Walgreens and Joslin Alliance

To print a record of some or all of these prescriptions, select the **Print Records** tab.

(Select **Unhide** below to make a prescription visible in refill tabs.)
You have **0 hidden prescriptions**.

Hint: Click any ✪ to sort your prescriptions by that category.

### View All Prescriptions

| Order Refills | Set Up Auto Refills | | | Print Records |

| Auto Refill | Prescription Number ✪ | Name & Strength ✪ | Refills Remaining ✪ | Doctor ✪ | |
|---|---|---|---|---|---|
| Not Set | 1154560-493 | SINGULAIR 10MG TABLETS | 11 Expires:12/23/2006 | DIAZ | 8/15/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 1214838-493 | THYROID TABS USP 2GR | Inactive | NACCARI | 8/3/2006 Status / Details |

This prescription is no longer active.

| | | | | | |
|---|---|---|---|---|---|
| Not Set | 899529-4290 | LEXAPRO 10MG TABLETS | 1 Expires:7/24/2007 | SEDRISH | 7/24/2006 Status / Details |
| Not Set | 894003-4290 | CLONAZEPAM 0.5MG TABLETS | 2 Expires:1/4/2007 | SEDRISH | 7/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 894002-4290 | PENTAZOCINE/APAP 25-650MG TABLETS | 2 Expires:1/4/2007 | SEDRISH | 7/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 890944-4290 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 6/29/2006 Status / Details |

This prescription is no longer active.

| Not Set | 890943-4290 | THYROID TABS USP 2GR | Inactive | NACCARI | 6/29/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1198921-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1198922-4493 | THYROID TABS USP 2GR | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1198920-4493 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 6/1/2006 Status / Details |

This prescription is no longer active.

| Not Set | 786757-4290 | THYROID TABS USP 2GR | 4 Expires:3/5/2007 | NACCARI | 4/30/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 1188048-4493 | LISINOPRIL 20MG TABLETS | Inactive | NACCARI | 4/22/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1188050-4493 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 4/22/2006 Status / Details |

This prescription is no longer active.

| Not Set | 801400-4290 | ALLEGRA-D 12 HOUR TABLETS | 0 Expires:5/26/2006 | NACCARI | 4/8/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 790064-4290 | LOVASTATIN 40MG TABLETS | Inactive | NACCARI | 3/11/2006 Status / Details |

This prescription is no longer active.

| Not Set | 789683-4290 | BPM 6MG TABLETS | | 0 Expires:3/10/2007 | PHYSICIANS | 3/11/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 786756-4290 | LISINOPRIL 20MG TABLETS | | | Inactive | NACCARI | 3/11/2006 Status / Details |

This prescription is no longer active.

| Not Set | 783123-4290 | METROGEL 0.75% VAGINAL GEL 70GM | | 0 Expires:2/23/2007 | LINHUBER | 2/23/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 782678-4290 | CLOTRIMAZOLE-BETAMETHASONE CRM 15GM | | 3 Expires:2/23/2007 | NACCARI | 2/23/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 777357-4290 | LOVASTATIN 40MG TABLETS | | 0 Expires:12/28/2006 | DIAZ | 2/15/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 777356-4290 | LISINOPRIL 20MG TABLETS | | 0 Expires:12/28/2006 | DIAZ | 2/15/2006 Status / Details |

Please allow extra time for this refill as we need to contact your doctor for authorization.

| Not Set | 1157280-4493 | XOPENEX 1.25MG/3ML NEB SOL (RED) | | | Inactive | DIAZ | 1/3/2006 Status / Details |

This prescription is no longer active.

| Not Set | 1155606-4493 | LOVASTATIN 40MG TABLETS | | | Inactive | DIAZ | 12/28/2005 Status / Details |

This prescription is no longer active.

| Not Set | 1155605-4493 | LISINOPRIL 20MG TABLETS | | | Inactive | DIAZ | 12/28/2005 Status / Details |

This prescription is no longer active.

| Not Set | 1155374-4493 | THYROID TABS USP 2GR | | | Inactive | DIAZ | 12/27/2005 Status / Details |

This prescription is no longer active.

| Not Set | 221937-7632 | ALLEGRA-D 12 HOUR | | | Inactive | NACCARI | 9/6/2005 Status / Details |

Status / Details

TABLETS

This prescription is no longer active.

Not    306517-7415        DICLOFENAC SODIUM        Inactive    FELDMAN    6/22/2005
Set                      75MG EC TABLETS                                   Status / Details

This prescription is no longer active.

31 - 57 of 57 ◇ Previous30

Home | Store Locator | Weekly Ad | Shipping | Returns | Company Info | Careers | Share Your Opinion | Contact Us | Help

Diversity | Walgreens Outreach | Health Corner TV | Español | Walgreens Health Services

Notice of Privacy Practices | Terms of Use | Online Privacy & Security

© Copyright 2007 Walgreen Co. All rights reserved.