# EXHIBIT D

TULANE UNIVERSITY
HOSPITAL & CLINIC
1415 Tulane Avenue
New Orleans, LA 70112

Name: SPEARS,MARVIN
DOB: 04/03/65

D000573385
Admit Date: 02/24/07

Account #:D00055745801  Dict. Date: 02/25/07

Emergency Room Visit Report

CHIEF COMPLAINT:  Cough, subjective fever for approximately four days.

HISTORY OF PRESENT ILLNESS:  The patient is a 41-year-old male with myalgias, bilateral shoulder which he told me, cough and fever for approximately two days.  The triage sheet says dizziness, but he is ambulatory here without any difficulty.  He does not appear to be dizzy.  He says his dizziness has become significantly better.  He has a very prominent cough that is pretty consistent.  He really has no shortness of breath.  His saturation is 100% here.  He did say he has productive cough, brown in nature.  He says he has had subjective fever and chills, he says low grade, he has not measured his temperature.  He has no other complaint.

REVIEW OF SYSTEMS:  Subjective fever and chills.  No visual change.  No odynophagia, dysphagia, otalgia.  He has a cough that is productive.  No paroxysmal nocturnal dyspnea or orthopnea.  No chest pain.  No abdominal pain, nausea, vomiting, diarrhea, hematemesis, melena, hematochezia, dysuria, hematuria, frequency.  No rash or abrasion.  He does have myalgias in the shoulders.  No edema.

PAST MEDICAL HISTORY:  Gastroesophageal reflux disease and hiatal hernia.

PAST SURGICAL HISTORY:  Back surgery.  Left ankle surgery.

SOCIAL HISTORY:  No tobacco, alcohol or drugs.

ALLERGIES:  IODINE.

MEDICATIONS:  Sudafed, aspirin, Nexium.

PHYSICAL EXAMINATION:  VITAL SIGNS:  Temperature 96.5, blood pressure 126/93, heart rate 98, respiratory rate 16, oxygen saturation 100% on room air.
GENERAL:  Alert and oriented, does not seem to be in any apparent distress.
HEENT:  Extraocular muscles intact.  Pupils, equal, round, reactive to light.  Oropharynx is clear.  Nares are clear
NECK:  Supple with full range of motion.  Trachea is midline.
LUNGS:  Clear to auscultation bilaterally with equal bilateral breath sounds.
CARDIOVASCULAR:  Regular rate and rhythm, S1, S2.  No murmur, rub or gallop.
ABDOMEN:  Soft, nontender, nondistended.  Normoactive bowel sounds.
EXTREMITIES:  Pulses 2+.  No clubbing, cyanosis or edema.
NEUROLOGIC:  Cranial nerves II-XII are intact.  There is 5/5 upper and lower extremity strength.  He has 2+ upper and lower extremities deep tendon reflexes.  No clonus, Hoffmann or

Emergency Room Visit Report

Patient: SPEARS,MARVIN

Account #: D00055745801
Medical Record #: D000573385

Babinski. No pronator drift. Normal gait.

ASSESSMENT/PLAN/MEDICAL DECISION MAKING: I opted to do a chest x-ray on the patient which did not show any consolidation. No cephalization. Normal cardiac mediastinal silhouette. No free air in the diaphragm. We did two EKGs on the patient which showed rate in the very low 100s, normal intervals, a few nonspecific T wave changes, but no acute changes. Accu-Chek was 105. The patient was given an albuterol nebulizer here with some improvement and 200 mg of Tessalon Perles. He is going to be discharged with azithromycin Z-PAK and prescription for Tessalon Perles for his cough. The patient is to follow up with his primary care physician on Monday. He can return here at any time for any concern. He voiced understanding and agreement with the plan. He is in improved condition.

DISCHARGE DIAGNOSIS: Bronchitis.

DICTATED BY: Prateek Adhikari, M.D.
IN: ADHPR / MEDQ / REV: / 837565 / WT: D.ERTRSCP2-ERV

DD: 02/25/2007 01:02:58 DT: 02/25/2007 01:51:27 HIS#: 274375461
(Signature on File)
Prateek K Adhikari

02/25/07 010258
02/25/07 0157

Electronically Signed by Prateek K Adhikari on 02/26/07 at 0430

TULANE HOSPITAL PATIENTS
Tulane University Hospital
1415 Tulane Avenue
New Orleans, LA  70112
Phone #: (504)988-5181
  Fax #: (504)988-1747

Name: SPEARS,MARVIN
Phys: Moises,James P  MD
DOB: 04/03/1965   Age: 41       Sex: M
Acct: D00055745801 Loc: UNK
Exam Date: 02/24/2007 Status: DEP ER
Radiology No:
Unit No: D000573385

Exams: 001069064 CHEST 2 VIEWS AP(PA) & LAT

CHEST TWO VIEWS, PA AND LATERAL, 02/24/07:

CLINICAL HISTORY:  41-year-old male, cold.

FINDINGS:  On PA and lateral views, there is evidence of an
incarcerated hiatal hernia.  The lung fields are clear.
The trachea is midline.  The heart is not enlarged.  The costophrenic
are clear.
The visualized bowel gas is within normal limits.

The included bones and soft tissues are unremarkable.

*IMPRESSION:*

*EVIDENCE OF A HIATAL HERNIA.  OTHERWISE NO ACUTE PROCESS IDENTIFIED
WITHIN THE LUNGS.*

This study was reviewed with Brian Rabin, M.D. Radiology Resident by,
Alan N. Jacobs, M.D. Radiology Staff.

I have reviewed the films and agree with the findings in this report.

DICTATED BY: BRIAN RABIN, M.D., RADIOLOGY RESIDENT

#67623
DD:  02/26/07
TD:  02/26/07
DT:  1252

          ** Electronically Signed by ALAN N. JACOBS M.D. **
          **            on 03/12/2007 at 1633            **
                Resident: BRIAN RABIN, M.D.

TULANE HOSPITAL PATIENTS
Tulane University Hospital
1415 Tulane Avenue
New Orleans, LA  70112
Phone #: (504)988-5181
  Fax #: (504)988-1747

Name: SPEARS,MARVIN
Phys: Moises,James P  MD
DOB: 04/03/1965   Age: 41      Sex: M
Acct: D00055745801 Loc: UNK
Exam Date: 02/24/2007 Status: DEP ER
Radiology No:
Unit No: D000573385

    Exams: 001069064 CHEST 2 VIEWS AP(PA) & LAT
  <Continued>
              Reported and Signed by: ALAN N. JACOBS, M.D.

CC: Moises,James P

Dictated Date/Time: 02/26/2007 (1252)
Technologist: GIA M. IMBORNONE, R.T.
Transcribed Date/Time: 02/26/2007 (1329)
Transcriptionist: DHIM.KEP/P.JACALN/P.JACALN
Electronic Signature Date/Time: 03/12/2007 (1633)
Orig Print D/T: S: 03/12/2007 (1633)
Reprint D/T: 04/14/2008 (1058)   Batch No: N/A

PAGE 2             Signed Report Printed From PCI

Slidell Memorial Hospital
1001 Gause Blvd.
Slidell, LA. 70458-2987

Emergency
Admission

```
------------------------------ Patient Data ------------------------------
Acct No.      | Patient Name                          | Pt  | Ps  | Med Rec No
  35708486    | SPEARS ,MARVIN                         | E   | ET  | 1148909
Nur | Rm/Bed |Sex|Mr |Rc |Attending Physician   Dr#    |  DOB      Reg Date/Time
    |        | M | M | 3 | LIRETTE EDWARD    007831 | 04/03/65  08/26/06  11:16
  Occupation |              | Maiden Name           | F  |Ac |Src | Clerk  |Disc Dt
DISABLED     |              |                       | M  |EMS|EO  | ROSHTB
Patient Address                                                 Home Phone
7300 DOGWOOD DR            NEW ORLEANS              LA 70126    504-669-3745
Soc Sec No     Rel   Treatment Auth      Employer No       Emergency Phone
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    0     X                   -   -            504-669-3745
Employer Name                    Employer Address
DISABLED VET
Emergency Contact             Rel   Address
SPEARS     ,ACQUANETTA         U    7300 DOGWOOD DR
Admitting Diagnosis                          Advanced Directive
OTHER- DARK STOOLS                           |PTI|IMR|ADE|
Comments                                     | N | N | N |
```

```
------------------------------ Guarantor Data ------------------------------
Guarantor Name                 Guar No       Guarantor Phone   Soc Sec No
SPEARS ,MARVIN                 438451509     504-669-3745      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
Guarantor Address                                             Guar Emp Phone
7300 DOGWOOD DR          NEW ORLEANS          LA 70126        504-669-3745
Guarantor Employer Address
```

```
------------------------------ Insurance Data ------------------------------
Insurance Co No/Plan 1     Group Number/Name    Priority  Policy No
G99 COMMERCIAL OTHER                               2      438451509
Insurance Address 1         X                             Insurance Phone
PO BOX 320394               FLOWOOD              MS 39232  601-368-4421
Subscriber Name                                          Sub Rel To Patient Sex
SPEARS                                  ,MARVIN            01            M
------------------------------------------------------------------------------
Insurance Co No/Plan 2     Group Number/Name    Priority  Policy No
M02 MEDICARE OUTPATIENT                            1      438451509A
Insurance Address 2         NOC                           Insurance Phone
P O BOX 23046               JACKSON             MS 39225  601-936-0105
Subscriber Name                                          Sub Rel To Patient Sex
SPEARS                                  ,MARVIN            01            M
------------------------------------------------------------------------------
Insurance Co No/Plan 3     Group Number/Name    Priority  Policy No

Insurance Address 3                                       Insurance Phone

Subscriber Name                                          Sub Rel To Patient Sex
                                         ,
------------------------------------------------------------------------------
```

Final diagnosis:


Secondary diagnoses or complications:


Procedure(s):


I have examined and approved this complete
Medical record on:


_____


_____
              MD Attending Physician

```
+-----------------------------------------+
| Patient Name                            |
| SPEARS ,MARVIN                          |
|-----------------------------------------|
| DOB          | Reg Date     | Type      |
| 04/03/1965   |              | E         |
|-----------------------------------------|
| Account No   | Medical Rec No           |
| 35708486     | 1148909                  |
+-----------------------------------------+
```

THE FILE DEPOT

2352115

CONSENT AND ACKNOWLEDGMENT FORM

**MEDICARE-PATIENTS CERTIFICATION,AUTHORIZATION TO RELEASE INFORMATION AND PAYMENT REQUEST:**
I certify that the information given by me in applying under the Title XVIII of Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf to Slidell Memorial Hospital. I also acknowledge upon admission, that I received the "Important Message" from Medicare.

**AUTHORIZATION TO PAY INSURANCE BENEFITS:**
For and in consideration of medical services rendered to the patient named herein, I hereby assign and transfer to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians,any rights for the payment of medical benefits which I may have under the policy/policies identified by me during registration or any policy which may be determined hereafter to pay benefits otherwise payable to me or to a beneficiary designated in the policy. By this assignment, I authorize payment directly to Slidell Memorial Hospital, hospital based physicians, attending physicians and consulting physicians of all medical benefits payable under the aforesaid policy/policies, but not to exceed the hospital's regular charges.

**GUARANTEE OF ACCOUNT:**
I/We certify that the information given is true and correct to the best of my/our knowledge. I/we understand that bills are payable within thiry(30) days of the date of service. If it becomes necessary for the account to be referred to an attorney or collection agency, the undersigned agrees to pay the reasonable attorneys fees or collection expenses. I/we agree to be responsible for the payment of all charges of this medical servise and hospital based physicians, attending physicians and consulting physicians sevices rendered to the above named patient.

**AUTHORIZATION TO RELEASE INFORMATION:**
I hereby authorize Slidell Memorial Hospital and hospital based physicians to release the information for this occasion of service requested by my insurance company or third party payor for the purpose of obtaining payment for services rendered during this admission and/or to other healthcare providers for the purpose of follow-up care or evaluation of care. This information may or may not include mental health and/or substance abuse information.

**AUTHORIZATION FOR MEDICAL AND/OR SURGICAL TREATMENT:**
I hereby authorize Slidell Memorial Hospital and its employees or agents to provide hospital care incident to this admission, including without limitations,consent to routine diagnostic procedures and medical treatment,which is to include whatever procedures that are deemed necessary by the admitting doctor and such other physicians or assistants as he may designate.

**PERSONAL VALUABLES:**
It is understood and agreed that the hospital maintains a safe for the safekeeping of money and valuables and the hospital shall not be liable for the loss or damage to any money, jewelry, glasses, documents, dentures, hearing aids or other articles of unsual value, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the hospital for safekeeping.
VALUABLES ARE NOT TO BE LEFT IN THE PATIENT'S ROOM.

**ADVANCE DIRECTIVES:**
I understand that I am not required to have Advance Directives in order to be treated. I have received written information about my rights to formulate Advance Directives.

☐ I have ☑ I have not   Executed a Durable Power of Attorney for Healthcare
☐ I have ☑ I have not   Executed a Living Will

**NOTICE OF PRIVACY PRACTICES:**
I acknowledge that I have received a copy of the "SMH Notice of Privacy Practices".

I understand that weapons, illegal drugs, or any other items considered contraband, are not allowed on the SMH campus, and that I do not have such items in my possession.

I/WE HAVE READ, UNDERSTAND AND AGREE TO THE ABOVE.

DATE: 8.26-06     Signed:X _Marvin Spears_
                              Patient

X _B Rosh_
    Witness

X _____
    Guardian/Relative Relationship

X _____
    Signature of Person Responsible for Bill(other than Pt)

SLIDELL MEMORIAL HOSPITAL
1001 GAUSE BLVD
SLIDELL, LA 70458-2987

| Patient Name | | |
|---|---|---|
| SPEARS ,MARVIN | | |
| DOB | Regist. Date | Patient Type |
| 04/03/1965 | 08/26/06 | E |
| Hospital Account No. | Medical Record No. | |
| 35708486 | 114B909 | |

*Complete gray highlighted areas where apply.*

Date: 8-26-06   Time of Arrival: 1115   Time of Event/s Started: 2 wks

| CARE LEVEL |
| --- |
| ☒ ACUTE |
| ☐ FASTTRACK |

Patient Name: Marvin Spears   Age: 41   DOB: _____ Sex: M

Chief Complaint: Dark stools

Triage RN Assessment: _____

Pain Assessment: _____

RN Signature: G. Goss RN

| CLASSIFICATION |
| --- |
| ☐ CODE BLUE |
| ☐ EMERGENT |
| ☒ URGENT |
| ☐ NON-URGENT |
| ☐ DOA |

| | | | ☐ <24 Hour Return | Treatment PTA |
| --- | --- | --- | --- | --- |
| Work Related Illness/Injury | ☐ Yes | ☒ No | ☐ Same CC | ☒ None |
| Workwise Client | ☐ Yes | ☒ No | ☐ New CC | ☐ Ice |
| Drugscreen Required | ☐ Yes | ☒ No | | ☐ C. Collar |

ED Physician: Lirette   ☐ Pt. Requests
FT Physician: _____ N/A   ☐ Pt. Requests   ☐ Spine Board
Family Physicians: N/A   ☐ Pt. Requests
Time Notified: _____   ☐ Other

| MODE OF ARRIVAL |
| --- |
| ☒ AMBULATORY |
| ☐ WHEELCHAIR |
| ☐ CARRIED / STRETCHER |
| ☐ EMS |
| ARRIVED WITH _____ |
| WEIGHT    lb. 255 |
| ☐ measured    kg. _____ |
| HEIGHT    _____ |
| Head Circumference _____ |
| LAST TETANUS  U T D |
| LMP _____ |
| Gr _____ P _____ Ab _____ |
| ☐ Child Immunizations UTD |

**ALLERGIES**
☐ None ☐ Latex ☐ Food ☐ Herbals

**MEDICATION ALLERGY**
Iodine
Shellfish

**MEDICATIONS**

| NAME | DOSE/FREQ. | LAST DOSE |
| --- | --- | --- |
| | | |

| VISUAL ACUITY |
| --- |
| ☐ Corrected |
| od    /  |
| os    /  |

**MEDICAL HISTORY**
☐ None
Ulcers
Reflux
G I Bleed
Hernia

**SURGICAL HISTORY**
☐ None
Back
Ankle

**PSYCHOLOGICAL HISTORY**
☒ None

**SOCIAL HISTORY**
☐ Lives Alone
☒ Lives with Family
☒ Smoker occ
☒ Alcohol occ
☐ Drugs

**SPECIAL NEEDS**
☐ Hearing
☐ Vision
☐ Physical
☐ Other

**NUTRITIONAL ASSESSMENT**
DIET: _____

Disposition of medications: _____
☐ Nursing home patient - see MAR

| INITIAL V/S | |
| --- | --- |
| BP 135/91 | NIBP |
| | AUDIBLE |
| | PALPABLE |
| P 110 | REGULAR |
| | IRREGULAR |
| | WEAK |
| R 20 | REGULAR |
| | SHALLOW |
| | LABORED |
| T 98³ | ORAL |
| | RECTAL |
| | AXILLARY |
| O2SAT 98 | ROOM |
| | O2 |
| O2 AT _____ | |
| Per _____ | |

**TRIAGE DISPOSITION**
☐ STAT to ED Room# _____
Report given to: _____
☐ To waiting area after triage - awaiting bed availability
☐ To Fast Track Area   Room # _____
☐ Social Worker / Case Management Referral
Person notified: _____ Time: _____

**FALL PRECAUTIONS**
☐ Peds Parent at bedside
☐ Family member at bedside
☐ Other _____

**DISPOSITION OF VALUABLES**
☐ Family member _____
☐ Friend _____
☐ With patient   ☐ Security

**TRIAGE INTERVENTIONS**
☐ Informed patient of NPO Status
☐ Ice Pack To _____
☐ Elevation of _____
☐ Wound Cleaned / Irrigated with _____
☐ Dressing to _____
☐ Urine Specimen Clean Catch Collected
☐ Tylenol / Motrin
  Dose: _____ Route: _____ Time: _____
☐ Other _____

| FOLLOW-UP VITAL SIGNS |
| --- |
| Time |
| |
| Time |
| |

**ED RN ADMIT ASSESSMENT**
Time to Room: 12:30   Room #: 3   MD to Room @: _____   ☐ Siderails ↑ X2
ED RN Assessment: Pain ☐ Yes ☐ No   (If Yes, see Pain Management Initial Pain Assessment / Reassessment Sheet for assessment)

| ORTHOSTATIC V/S | | | |
| --- | --- | --- | --- |
| | O-- BP __/__ | P _____ |
| Time: _____ | | |
| ♀ BP __/__ | P _____ | ♀ BP __/__ | P _____ |

Primary ED RN: _____   ED RN's 1 _____
Admitted Patient Report to: _____   ED RN's 2 _____



**EMERGENCY
DEPARTMENT TRIAGE
ASSESSMENT / PHYSICIAN
EXAM / ORDER /
PROGRESS SHEET**

```
A= 41    PT=E                    35708486
SPEARS ,MARVIN
DR: LIRETTE EDWARD
DOB: 04/03/1965             SEX: M
MR#: 1148909    ADM: 08/26/06
```

| | TREATMENT |
|---|---|
| MD Exam Time: 1335 | ❑ Oxygen |
| CHIEF COMPLAINT: | ❑ ABG ✓ ❑ Pulse ox |
| HISTORY OF PRESENT ILLNESS: | ❑ EEG ❑ Cardiac Monitor |
| | ❑ Inhalation Treatment |

**REVIEW OF SYSTEMS:**

| | |
|---|---|
| ❑ CONSTITUTIONAL: (fever, chills, weight change, diaphoresis) | ❑ MUSCULOSKELETAL: (myalgia, arthralgia) |
| ❑ HEAD: (headache, trauma) | ❑ SKIN: (rash, hives, lesion) |
| | ❑ NEURO: (weakness, numbness, dizziness, seizures, LOC) |
| ❑ EYES: (vision change) | |
| ❑ ENT: (earache, hearing chg., cong., sore throat, rhinorrhea, epistaxis) | ❑ PSYCH: (depression, anxiety, hallucinations, hospitalizations) |
| ❑ RESP: (SOB, cough, wheezing, sputum, hemoptysis) | ❑ HEMATOLOGY: (bleeding, anemia, clotting problems) |
| ❑ GI: (abd. pain, nausea and vomiting, diarrhea, constipation) | ❑ CARDIOVASCULAR: (chest pain, angina, edema, HBP, CVA, orthopnea, PND) |
| ❑ GU: (frequency, urgency, dysuria, hematuria, discharge, bleeding) | LMP ___ GR ___ PARA ___ Ab ___ |

| Meds: | Freq.: |
|---|---|
| Meds: | Freq.: |
| ❑ Peak Flow | ❑ Sputum Inducti |
| ❑ Orthostatic V/S | |
| ❑ Heplock X ___ | |
| ❑ IV X | |
| Fluid: | Rate: |
| Fluid: | Rate: |

**MEDICATIONS**

| PMH: | ❑ HBP ❑ Heart ❑ Lung ❑ DM ❑ Chol/Trig ❑ PSH: |
|---|---|
| SH: | ❑ Tobacco ❑ ETOH ❑ Drug Abuse ❑ Other: |
| FH: | |

**PROCEDURES**

| ❑ Eye Tray / Woods / Slit Lamp | ❑ Eye Patc |
|---|---|
| ❑ Irrigate Wound / Eye / Ear | |
| ❑ Lumbar Puncture ❑ Foreign Body Remov | |
| ❑ Pelvic Exam ❑ Wound Debride | |
| ❑ Cast/Splint/Immobilizer ❑ Crutch/Crutch walk Ed | |
| ❑ Suture I&D ❑ Nasopharyngosco | |
| ❑ IV Analgesia / Sedation | |
| ❑ Discussion with Family | |
| ❑ New Rx | |

**PHYSICAL EXAM**

| GENERAL: | |
|---|---|
| HEENT: | |
| NECK: | |
| HEART: | |
| LUNGS: | |
| ABDOMEN: | |
| GENITOURINARY: | |
| BACK: | |
| EXTREMITY: | |
| NEURO: | |
| SKIN: | |

**LABS**

| ❑ CBC ✓ | ❑ LP Panel |
|---|---|
| ❑ BMP | ❑ Pelvic Panel |
| ❑ CMP ✓ | ❑ UA ❑ Cath |
| ❑ Cardiac Enzymes | ❑ Urine C&S |
| ❑ Troponin ✓ | ❑ Urine Tox |
| ❑ PT/PTT | ❑ BHCG |
| ❑ LFT | ❑ Quant. BHCG |
| ❑ Amylase ✓ | ❑ UPT |
| ❑ Lipase ✓ | ❑ Occult bld. ✓ |
| ❑ T/Screen | ❑ C&S Blood |
| ❑ T/Match | ❑ C&S Other |
| ❑ Blood Alcohol | ❑ Old Records ✓ |

**RADIOLOGY**

| X-RAY | CT |
|---|---|
| ❑ CXR ❑ Portable | ❑ With Contrast |
| ❑ Abd/2 View | ❑ Head |
| ❑ KUB | ❑ Chest |
| ❑ Cervical Spine | ❑ Abdomen |
| ❑ Thoracic Spine | ❑ Pelvic |
| ❑ Lumbar Spine | |

**ULTRASOUND**

| ❑ Abdomen ❑ Pelvic ❑ OB |
|---|
| ❑ Doppler Study |

**OTHER**

STAFF NOTE —

PROCEDURE NOTE

Amylase - 111
Lipase - 23

DIFFERENTIAL DIAGNOSIS

MEDICAL DECISION MAKING   Review of: ❑ Labs ❑ X-Rays ❑ ECG ❑ Old Medical Record

REASSESSMENT

DIAGNOSIS 1)

DISCHARGE CONDITION   ❑ Good ❑ Fair ❑ Poor ❑ Critical ❑ Expired

DISPOSITION   ❑ Discharged ❑ Admit to ___ ❑ Transfer to ___
❑ AMA/Deserted ❑ Expired

| CONSULTS | Call placed | Resp |
|---|---|---|
| | | |
| | | |

Physician Signature

A= 41   PT=E        35708486
SPEARS ,MARVIN
DR: LIRETTE EDWARD
DOB: 04/03/1965        SEX: M
MR#: 1148909   ADM: 08/26/06

**The examination and treatment you have received in the Emergency Department of Slidell Memorial Hospital has been rendered on an emergency basis only and is not intended to be a substitute for an effort to provide complete medical care. It is important that you report to your family doctor or referral physician for any new or remaining problems since it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.**

### FEVER CONTROL

1. Give the patient plenty of fluids as there is an increased need for fluids with a fever.
2. Do not use heavy cloths or covers unless the patient is chilling. Only use them until the chilling stops.
3. Keep room temperature at normal level.
4. Keep child quietly busy as the temperature may be increased by excitement or unusual physical activity.
5. Take temperature orally or rectally every 3-4 hours.
6. Aspirin substitutes (Tylenol, etc.) may be used every 4 hours if the temperature is over 101 degrees (oral). Dosage depends on age and is on the medicine bottle.
7. Sponge baths using lukewarm water, may be helpful if the temperature is over 103 degrees. The patient should be sponged for 20 minutes or until chilling occurs. Then dry the patient and put in light clothes. Recheck the temperature 30 minutes after the bath was finished. You may repeat bath as needed
8. Call your doctor if you are unable to get the fever down, if the fever lasts over 48 to 72 hours, if new symptoms develop, or your child looks sick.

#### DOSAGE RECOMMENDATIONS

| Weight | 6-11 | 12-17 | 18-23 | 24-35 | 36-47 | 48-59 | 60-71 | 72- |
|---|---|---|---|---|---|---|---|---|
| DOSE OF TYLENOL in milligrams | 40 | 60 | 120 | 160 | 240 | 320 | 400 | 480 |
| DROPS (80 mg/0.8 ml) dropperfuls | ½ | 1 | 1½ | 2 | • | • | • | • |
| ELIXIR (160mg/5ml) teaspoonfuls | ½ | ¾ | 1 | 1½ | 2 | 2½ | 3 | |
| CHEWABLE TABLETS (80mg each) | • | • | 1½ | 2 | 3 | 4 | 5 | 6 |

### DIARRHEA AND/OR VOMITING

It is important that you and/or your child do not lose too much fluid and become dehydrated (dried out). Watch for these signs of dehydration and return to the ER or call your physician should these occur:

1. Decreased frequency of urination, with dark, strong smelling urine.
2. Loss of weight.
3. Dry, sticky tongue.
4. Marked listlessness.
5. Persistent fever.
6. Vomiting or diarrhea that lasts more than 24 hours or becomes worse while taking medications

At home, limit liquids in small amounts (½ oz. at a time).

Clear liquid diet:
1. Water
2. Sugar water (1 tbl.sp. per 8 oz. water)
3. Kool-aid
4. Tea
5. Jello or Jello water
6. Ice popsicle
7. Flat soda pop (clear soda)
8. Broth or clear soup.

Avoid milk, orange juice, or solid foods as long as you or your child continue to vomit or have diarrhea. Call your physician if vomiting or diarrhea lasts more than 24 hours.

### WOUND CARE

1. Keep wound with dressing intact _____ days.
2. Your wound may be left open after the original dressing is removed, provided a reasonable degree of cleanliness is observed. Apply a clean dressing every 24 hours if the dressing becomes soiled.
3. Elevate the wound above the level of the heart to help relieve soreness and speed wound healing.
4. Despite the greatest care, any wound can become infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.

### SUTURED WOUND

This patient has been treated in the Slidell Memorial Hospital Emergency Room for a Laceration (cut) which required suturing (stitches). It is important that the following wound care instructions be carried out to prevent complications.
1. Keep the wound clean and dry. Don't allow sutures (stitches) to get wet, not even while taking a bath.
2. Watch for pus or signs of infection. The wound will be hot to touch, reddened, and extremely tender. Return to your family doctor if this occurs
3. Check for patient for temperature elevation, over 101 orally.
4. Pain Medication _____
5. Sutures should be removed in _____ _____ days.
6. Return to Family Doctor: _____   Date: _____

### TETANUS INJECTION

1. If tetanus (lock jaw) immunization was given, keep a record of this date for future references.
2. If tetanus immunization was started on this visit, it is necessary for you to receive additional booster shots one month and two months from today for complete immunization.
3. If patient received a tetanus toxoid injection, the injection site may become reddened and slightly tender within the first 24 hours after receiving, and subside within 48 hours. This is a usual occurence.

### HEAD INJURY

1. Rest for 24 hours.
2. Take Tylenol every 4 hours for headache if necessary.
3. Apply an icebag to the head.
4. Eat a light diet the first day.
It is important to observe the patient closely for 24 hours and generally for 10 days. Return to the emergency room or notify your doctor immediately for any of the following symptoms or any unusual conditions.
1. Increasing sleepiness, drowsiness, dizziness, confusion or variation from normal personality. (Arouse patient several times during night and ask to identify familiar person, thing, toy, etc.)
2. Persistent vomiting, headache or stiff neck.
3. Persistent nosebleed or drainage of fluid from nose or ears.
4. Fever.
5. Convulsions or unusual restlessness.
6. Difficulty in walking.
7. Blurred or double vision.
8. Loss of consciousness.

### SPRAIN-FRACTURE-SEVERE BRUISE

1. Elevate the injured area above the level of the heart to lessen the swelling.
2. Do not apply tight clothing to the injured extremity, remove all rings, watches, etc.
3. Ice packs also help prevent swelling. Especially during the first 24-48 hours, place ice in rubber or plastic bag. Use a cloth cover over ice bag.
4. If the area swells anyway or gets cold, blue, numb, or if pain increases markedly, have it checked promptly.
5. Rewrap your elastic bandage if it is too tight or loose.
6. If circulation to the injured area seems impaired, remove the elastic bandage and rewrap. If not better, call physician immediately.
7. DO NOT stop using elastic bandage or crutches until checking with your physician or unless told to do so by a physician.

1) _Drink plenty of fluids._
2) _Avoid taking Aspirin, Motrin + NSAIDS_
3) _f/u Dr. Albright (GI) 641-8982 next wk._
4) _RTER if pain persists or worsens._

Follow up with Dr. _____   Phone # _____
or a physician on your medical insurance plan.

I (patient or authorized person) understand the recommendations and/or instructions given to me   X _____

ER PHYSICIAN _____

DISCHARGING NURSE _____

DISCHARGE DATE  _8/26/06_   DISCHARGE TIME  _1640_

PLEASE NOTE: You will receive a bill from Northlake Radiology and/or Pontchartrain Pathology Consultants (APMC) for the interpretation of x-rays and/or labwork done while at SMH.
PLEASE RETURN TO ER IMMEDIATELY FOR ANY PROBLEMS.

**SMH**
Slidell Memorial Hospital

*Your Hospital for Life.*

9202466 (10/04)   1st copy-Medical Records   2nd copy-Patient

## EMERGENCY DEPARTMENT
## DISCHARGE
## INSTRUCTIONS

```
A= 41      PT=E          35708486
SPEARS ,MARVIN
DR: LIRETTE EDWARD
DOB: 04/03/1965         SEX: M
MR#: I148909   ADM: 08/26/06
```

A= 41     PT=E          35708486
SPEARS ,MARVIN
DR: LIRETTE EDWARD
DOB: 04/03/1965        S:
MR#: 1148909  ADM: 0:

A= 41     PT=E          357084
SPEARS ,MARVIN
DR: LIRETTE EDWARD
DOB: 04/03/1965        SEX: M
MR#: 1148909   ADM: 08/26/0

FL(

| DATE/TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pain Intensity Scale | 1315 | | 1430 | | 1545 | | 1640 | |
| Sedation Scale | | | | | | | | |
| Vital Signs (Record Below) | | | | PKS- 4 | | PKS-2 | | |
| B/P          P | 13167 | 90 | 131/81 | 89 | 134/76 | 85 | 137/79 | 77 |
| R/Temp    O2 Sat | 18 | | 18 | | 18 | 100% | 18 | 100% |
| | | | | | 98.1 | | | |
| Mode of Administration (PO,IM IV,SQ) | | | | | | | | |

| DATE/TIME | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| B/P          P | | | | | | |
| R/Temp    O2 Sat | | | | | | |
| Mode of Administration (PO,IM,IV,SQ) | | | | | | |

| Sedation Scale   ** | 0 none | 1 Mt SLEEP (Easy to Arouse) | 2 MILD (Occ. Drowsy) | 3 MOD (Freq. Drowsy) | 4 SEVERE (Somnolent, difficult to arouse) |
|---|---|---|---|---|---|

NURSES NOTES: *(handwritten notes, largely illegible)*

| INTAKE | | OUTPUT | | IV SITES | | MEDICATIONS | |
|---|---|---|---|---|---|---|---|
| IV | OTHER | URINE | OTHER | #1 18 GaIV | TIME | | TIME |
| | | | | #2 | 1340 NS= 100cc | | |
| | | | | | 1340 Levitab 10mg PO | | |
| | | | | #3 | | | |

RN SIGNATURE *(signature)*

(3)

```
06:15                    FINAL DISCHARGE REPORT
09/26/2006                                              SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER      DISCHARGE DATE: 08/26/06
                                                            1001 Gause Blvd.  Slidell, LA 70456
----------------------------------------------------------------------------------------------------------------------------------
              ACCESSION:     6238-GL4666
              ORDERED:       08/26/2006 13:48
              COLLECTED:     08/26/2006 14:01
              RECEIVED:      08/26/2006 14:01
              COMPLETED:     08/26/2006 15:47
PROCEDURE
                                                       UNITS   EXPECTED RANGE
----------------------------------------------------------------------------------------------------------------------------------

       WBC                        5.2               X10*3         HEMATOLOGY
       RBC                        5.72              X10*6       5.0-10.0
       HEMOGLOBIN                 15.0              G/DL        4.30-5.90
       HEMATOCRIT                 45.3              %           14.0-16.0
       MCV                        79.2 L            FL          39.0-55.0
       MCH                        26.2              PG          80.0-100.
       MCHC                       33.1              G/DL        25.0-35.0
       RDW                        16.1 H            %           32.0-35.0
       PLATELET COUNT             280               K/MM3       12.5-14.5
       MPV                        9.5               FL          140-440
       GRAN ABSOLUTE              3.2               K/MM3       7.4-13.4
       LYMPH ABSOLUTE             1.3               K/MM3       2.4-6.5
       MONO ABSOLUTE              0.6               K/MM3       1.2-3.4
       EOS ABSOLUTE               0.1               K/MM3       0.1-0.6
       BASO ABSOLUTE              0.0               K/MM3       0.0-0.7
       GRAN %                     61.5              %           0.0-0.2
       LYMPH %                    24.4              %           42.2-75.2
       MONO %                     11.3 H            %           21.0-51.0
       EOSIN %                    2.4               %           1.7-9.3
       BASO %                     0.4               %           0.5-11.0
                                                               0.0-2.0
```

```
ACCESSION     PROCEDURE          PRIORITY
----------------------------------------------------------------------------------------------------------------------------------
6238 GL4666 CBC WITH AUTODIFF    Stat
```

```
PATIENT NAME: SPEARS, MARVIN
PATIENT ID: 35706486                        SEX: M           DOB: 04/13/1965                ADMIT DATE: 08/26/2006
    ADMIT DR: LIRETTE, EDWARD J    MEDICAL RECORDS:1149909    AGE: 41                       DISCHARGED: 08/26/2006
                                              LOC: ER

FINAL LAB DISCHARGE REPORT
                                         CONTINUED ON NEXT PAGE
                                                                                               HEMA    :
```

```
06:15              FINAL DISCHARGE REPORT        SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER
08/28/2006                                          1001 Gause Blvd.  Slidell, LA 70458
                                                                                          DISCHARGE DATE: 08/26/06  CON
----------- -----------    ----------------------------------  -----------------------------------------------  ------
           ACCESSION:      6238-GL4666
            ORDERED:       08/26/2006 13:48
           COLLECTED:      08/26/2006 14:01
           RECEIVED:       08/26/2006 14:01
           COMPLETED:      08/26/2006 15:47
PROCEDURE                                  UNITS   EXPECTED RANGE
------------------------------   ..........................................

                                                    COAGULATION
    PATIENT PROTIME        5.5           SEC          9.9-11.4
    PATIENT INR            0.9
    APTT                  24.4    (1)    SEC         21.0-29.0
=============================================================================================================
$  CODED COMMENT
-------------------------------------------------------------------------------------------------------------
1   Therapeutic Range 40 to 69secs. - Heparin Conc. of 0.2 to 0.4 U/ml.


=============================================================================================================
ACCESSION      PROCEDURE          PRIORITY
------------------------------------------------------------------------------------------------------------
6238-GL4666 PROTIME          Stat
6238-GL4666 APTT             Stat
```

```
PATIENT NAME: SPEARS, MARVIN                    SEX: M        DOB: 24/03/1945
   PATIENT ID: 35706466       MEDICAL RECORDS:1148969         AGE:  41
     ADMIT DR: LIRETTE, EDWARD J                LOC: ER

FINAL LAB DISCHARGE REPORT
```

CONTINUED ON NEXT PAGE                      COAG    1-1

```
06:15                    FINAL DISCHARGE REPORT
08/28/2006                                              SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER
                                                            1001 Gause Blvd.  Slidell, LA 70458
----------------------------------------------------------------                                     DISCHARGE DATE: 08/26/06   CH
        ACCESSION:     6238-GL4666                   -----------------------------------------------------------------------------
         ORDERED:      08/26/2006 13:49
        COLLECTED:     08/26/2006 14:03
        RECEIVED:      08/26/2006 14:51
        COMPLETED:     08/26/2006 15:47
PROCEDURE                                           UNITS    EXPECTED RANGE
----------------------------------------------------------------------------

                                                             CHEMISTRY
    SODIUM SERUM              138             MMOL/L          134-144
    POTASSIUM SERUM           4.1             MMOL/L          3.5-5.0
    CHLORIDE                  107             MMOL/L          98-120
    CO2                       25.1            MMOL/L          22.8-31.6
    CREATININE -SERUM         1.3             MG/DL           0.6-1.4
    GLUCOSE                   78              MG/DL           70-105
    BUN                       12              MG/DL           8-20
    CALCIUM - SERUM           8.5             MG/DL           7.7-10.4
    ALK PHOS                  72              IU/L            40-104
    TOTAL PROTEIN             6.7             G/DL            6.0-8.2
    ALBUMIN                   3.5             G/DL            3.1-4.7
    TOTAL BILIRUBIN           0.6             MG/DL           0.3-1.0
    SGPT (ALT)                21              IU/L            3-33
    SGOT (AST)                22              IU/L            10-40
    LDH                       140             IU/L            100-194
    AMYLASE                   111             IU/L            21-131
    CPK                       197 H           IU/L            38-170
    %CKMB                     0.9             %               0 - 4%
    CPK-MB                    1.7             ng/ml           0.0-4.5
    TROPONIN I                0.017           ng/mL
    LIPASE                    23              U/L             0-38
```

```
ACCESSION     PROCEDURE              PRIORITY
------------------------------------------------------------------------------

6238-GL4666 COMPREHENSIVE           Stat
6238-GL4666 CPK MB                  Stat
6238-GL4666 AMYLASE                 Stat
6238-GL4666 CPK                     Stat
6238-GL4666 LDH                     Stat
6238-GL4666 LIPASE                  Stat
6238-GL4666 TROPONIN I              Stat
```

```
PATIENT NAME: SPEARS, MARVIN                    SEX: M        DOB: 04/03/1965
  PATIENT ID: 35708486       MEDICAL RECORDS:1148909          AGE:  41
   ADMIT DR: LIRETTE, EDWARD J               LOC: ER

FINAL LAB DISCHARGE REPORT

                              CONTINUED ON NEXT PAGE

                                                             CH      1-1
```

```
06:15                 FINAL DISCHARGE REPORT        SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER                                        :
09/26/2006                                           1301 Gause Blvd.  Slidell, LA 70458        DISCHARGE DATE: 08/26/06  CH
```

```
ACCESSION    PROFILE/TEST      FREE TEXT
```

```
6238-CLA666 TROPONIN I         TROPONIN I LEVELS GREATER THAN 0.500 ng/mL ARE INDICATIVE OF ACUTE MYOCARDIAL INFARCTION.  TROPONI
                               LEVELS OF 0.030 - 0.500 ng/mL MAY BE SEEN WITH UNSTABLE ANGINA, EARLY MYOCARDIAL ISCHEMIA AND
                               CONGESTIVE HEART FAILURE.
```

```
PATIENT NAME: SPEARS, MARVIN                         SEX: M        DOB: 04/03/1965
  PATIENT ID: 35708466        MEDICAL RECORDS:1148909              AGE:  41
    ADMIT DR: LIRETTE, EDWARD J                       LOC: ER

FINAL LAB DISCHARGE REPORT
```

CONTINUED ON NEXT PAGE                    CH    1-2

```
05:15                     FINAL DISCHARGE REPORT        SLIDELL MEMORIAL HOSPITAL AND MEDICAL CENTER                              1-1
08/28/2006                                                 1001 Gause Blvd.  Slidell, LA 70458          DISCHARGE DATE: 08/26/06  MB
------------------------------------------------------------------------------------------------------------------------
            ACCESSION:      6218-SM1122
            ORDERED:        08/26/2006 13:48
            COLLECTED:      08/26/2006 14:01
            RECEIVED:       08/26/2006 14:01
            COMPLETED:      08/26/2006 14:05
PROCEDURE                                        UNITS    EXPECTED RANGE
-----------------------------------------------------------------  --
                                                        MICROBIOLOGY

   OCB SINGLE FECES       NEGATIVE


=======================================================================================================================

ACCESSION    PROCEDURE              PRIORITY
------------------------------------------------------------------------------------------------------------------------
6218-SM1122 OCB SINGLE FECES       Stat
```

```
PATIENT NAME: SPEARS, MARVIN                    SEX: M        DOB: 04/03/1965
PATIENT ID: 35708486        MEDICAL RECORDS:1145909           AGE: 41
ADMIT DR: LIRETTE, EDWARD J                     LOC: ER

FINAL LAB DISCHARGE REPORT                          LAST PAGE OF REPORT                                    MB    1
```



# Medication

```
OMEPRAZOLE 20MG EC CAP
    TAKE ONE CAPSULE BY MOUTH EVERY DAY

         Status: ACTIVE/SUSP
     Start date: NOV 09, 2007
      Stop date: NOV 09, 2008
Refills remaining: 0
    Days supply: 60
       Quantity: 60

Comments:
```

```
OMEPRAZOLE 20MG EC CAP
    TAKE ONE CAPSULE BY MOUTH EVERY DAY

         Status: DISCONTINUED (EDIT)
     Start date: MAY 08, 2007
      Stop date: MAY 08, 2008
Refills remaining: 0
    Days supply: 60
       Quantity: 60

Comments:
```

```
QUETIAPINE FUMARATE 200MG TAB
    TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 2 DAYS, THEN TAKE TWO TABLETS ,
AT BEDTIME

         Status: ACTIVE/SUSP
     Start date: APR 27, 2007
      Stop date: APR 27, 2008
Refills remaining: 1
    Days supply: 30
       Quantity: 60

Comments:
```

```
RISPERIDONE 3MG TAB
    TAKE TWO TABLETS BY MOUTH AT BEDTIME

         Status: DISCONTINUED
     Start date: APR 06, 2007
      Stop date: APR 06, 2008
Refills remaining: 5
    Days supply: 30
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Medication

```
            Quantity: 60

  Comments:


        CODEINE 10/GG 100MG/5ML (ALC-F/SF) LIQ
            TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH

                Status: EXPIRED
            Start date: MAY 08, 2007
             Stop date: JUN 07, 2007
     Refills remaining: 0
           Days supply: 30
              Quantity: 120

  Comments:


        RISPERIDONE 4MG TAB
            TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR 1 DAY, THEN TAKE ONE ,
   TABLET AT BEDTIME FOR 1 DAY, THEN TAKE ONE AND ONE-HALF TABLETS AT , BEDTIME

                Status: DISCONTINUED
            Start date: APR 06, 2007
             Stop date: MAY 06, 2007
     Refills remaining: 0
           Days supply: 7
              Quantity: 9

  Comments:
  This is script for pick up today.


        FERROUS SULFATE 325MG TAB
            TAKE ONE TABLET BY MOUTH EVERY DAY AS AN IRON SUPPLEMENT

                Status: EXPIRED
            Start date: APR 12, 2006
             Stop date: APR 13, 2007
     Refills remaining: 1
           Days supply: 90
              Quantity: 90

  Comments:
   FOR ANEMIA. TAKE WITH FOOD


        OMEPRAZOLE 20MG EC CAP
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Medication

```
        TAKE ONE CAPSULE BY MOUTH TWICE A DAY FOR STOMACH

            Status: EXPIRED
        Start date: APR 12, 2006
         Stop date: APR 13, 2007
Refills remaining: 3
       Days supply: 60
          Quantity: 120

Comments:
```

```
    ACETAMINOPHEN 500MG TAB
        TAKE ONE TABLET BY MOUTH TWICE A DAY FOR BACK PAIN

            Status: EXPIRED
        Start date: APR 12, 2006
         Stop date: APR 13, 2007
Refills remaining: 0
       Days supply: 90
          Quantity: 200

Comments:
FOR JOINT PAIN
```

```
    OMEPRAZOLE 20MG EC CAP
        TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID REFLUX

            Status: EXPIRED
        Start date: JAN 26, 2006
         Stop date: MAR 27, 2006
Refills remaining: 0
       Days supply: 60
          Quantity: 60

Comments:
```

```
    CHLORHEXIDINE GLUCONATE 4% TOP LIQUID
        APPLY MODERATE AMOUNT TOPICALLY TWICE A DAY

            Status: EXPIRED
        Start date: JAN 27, 2006
         Stop date: FEB 26, 2006
Refills remaining: 0
       Days supply: 30
          Quantity: 473
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Medication

```
Comments:
4 oz per qt of warm water ,soak 10 minutes bid


    CEPHALEXIN 500MG CAP
        TAKE ONE CAPSULE BY MOUTH FOUR TIMES A DAY FOR INFECTION

            Status: EXPIRED
        Start date: JAN 27, 2006
         Stop date: FEB 26, 2006
Refills remaining: 0
       Days supply: 10
          Quantity: 40

Comments:


    OLANZAPINE 15MG TAB
        TAKE ONE TABLET BY MOUTH TWICE A DAY (MH)

            Status: DISCONTINUE
        Start date: FEB 14, 2005
         Stop date: FEB 15, 2006
Refills remaining: 3
       Days supply: 30
          Quantity: 60

Comments:


    OMEPRAZOLE 20MG EC CAP
        TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID REFLUX

            Status: DISCONTINUE
        Start date: JAN 11, 2005
         Stop date: JAN 12, 2006
Refills remaining: 1
       Days supply: 60
          Quantity: 60

Comments:
ACID REFLUX


    OMEPRAZOLE 20MG EC CAP
        TAKE ONE CAPSULE BY MOUTH EVERY DAY FOR STOMACH ACID REFLUX
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Medication

```
            Status: EXPIRED
        Start date: OCT 06, 2005
         Stop date: JAN 04, 2006
Refills remaining: 0
       Days supply: 90
          Quantity: 90

Comments:
```

```
    OLANZAPINE 15MG TAB
        TAKE ONE TABLET BY MOUTH TWICE A DAY (MH)

            Status: EXPIRED
        Start date: OCT 06, 2005
         Stop date: JAN 04, 2006
Refills remaining: 0
       Days supply: 90
          Quantity: 180

Comments:
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

VISTA Electronic Medical Documentation

Printed at SE Louisiana Veterans HCS

Page 5

# Radiology Report

CT THORAX W/O CONT

Exm Date: MAY 17, 2007@07:00
Req Phys: OLSON,MIRA MD

Pat Loc: ZZNOL PRIME GOLD RESI OLSON (R
Img Loc: NOL-SO CT SCAN
Service: Unknown

(Case 42 COMPLETE)   CT THORAX W/O CONT                 (CT   Detailed) CPT:71250

    Clinical History:
      42 y/o male smoker with a R apical pulmonary nodule.

      504-669-3745 (cell phone)

    Report Status: Verified                  Date Reported: MAY 17, 2007
                                        Date Verified: MAY 21, 2007
    Verifier E-Sig:/ES/LISSETTE GARCIA-PEARSON

    Report:
      CT-THORAX W/CONTRAST

      PATIENT HISTORY: Right apical pulmonary nodule.

      TECHNICAL FACTORS: Long- and short-axis, water- and fat-weighted
      sequences were obtained.

      FINDINGS: No appreciable soft tissue pulmonary nodule, either
      calcified or noncalcified is identified within the right
      pulmonary apex. There is no hilar or mediastinal lymphadenopathy.
      There is a large hiatal hernia, which appears to represent the
      paraesophageal type.

      No other upper abdomen or retroperitoneal pathologies identified.
      Mild degererative spurring is noted or the dorsal spine.

    Impression:
      Large hiatus hernia. No appreciable pulmonary nodularity.
      Degenerative change of the spine.

      NOTE: This exam was performed and interpreted by staff at Proscan
      Imaging Open MRI (East Bank).

    Primary Diagnostic Code: ABNORMAL

  Primary Interpreting Staff:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Radiology Report

Printed On Mar 31, 2008

BERNARD A PROSCAN-LANDRY, Staff Physician
VERIFIED BY:
  LISSETTE GARCIA-PEARSON, NUCLEAR MEDICINE TECHNOLOGIST

/DBT

CHEST ( ROUTINE EPA & LAT)

Exm Date: MAY 08, 2007@14:28
Req Phys: OLSON,MIRA MD                    Pat Loc: ZZNOL PRIME GOLD RESI OLSON (R
                                           Img Loc: NOL GENERAL RADIOLOGY
                                           Service: Unknown


        *** THIS IS AN AMENDED REPORT ***

(Case 234 COMPLETE)   CHEST ( ROUTINE EPA & LAT)      (RAD  Detailed) CPT:71020

   Clinical History:
     42 y/o with cough

   Report Status: Verified                 Date Reported: MAY 08, 2007
                                           Date Verified: MAY 15, 2007
     Verifier E-Sig:/ES/JEFFREY T HUTCHINSON MD

   Report:
     A comparison study of the chest is from 12/9/1998 . there is a
     small nodule measuring 1.5 cm in diameter seen in the right apex.
      This nodule is not seen on the prior study.   Neoplasia cannot
     be excluded with this nodule an a CT scan of the chest is
     recommended.   The left lung is clear of   air space disease.
     there is a small mass density with an   air fluid level seen
     posterior to the heart   most likely a hiatal hernia .  This
     suspected hiatal hernia   was not noted on the prior study.   The
     heart is not enlarged.    there are degenerative changes in the
     thoracic spine.    a review of the   patient's chart in cprs
     shows the clinical services are aware of the findings.


     Impression:
       There is a probable   hiatal hernia.   There is a small mass
       density measuring 1.5 cm in   diameter noted in the right   upper

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Radiology Report

```
      lobe and neoplasia cannot be ruled out.   a CT scan of the chest
      is recommended.

   Primary Diagnostic Code: ABNORMAL

Primary Interpreting Staff:
  JEFFREY T HUTCHINSON MD, STAFF RADIOLOGIST (Verifier)
/JTH
```

```
CHEST APICAL LORDOTIC

Exm Date: MAY 08, 2007@14:50
Req Phys: OLSON,MIRA MD                  Pat Loc: ZZNOL PRIME GOLD RESI OLSON (R
                                         Img Loc: NOL GENERAL RADIOLOGY
                                         Service: Unknown


(Case 241 COMPLETE)   CHEST APICAL LORDOTIC          (RAD  Detailed) CPT:71021

      Clinical History:
        42 y/o male with cough

      Report Status: Verified              Date Reported: MAY 08, 2007
                                           Date Verified: MAY 08, 2007

      Verifier E-Sig:

      Report:
        A comparison study of the chest is from 12/9/1998 . there is a
        small nodule measuring 1.5 cm in diameter seen in the right apex.
         This nodule is not seen on the prior study.   Neoplasia cannot
        be excluded with this nodule an a CT scan of the chest is
        recommended.   The left lung is clear of   air space disease.
        there is a small mass density with an   air fluid level seen
        posterior to the heart   most likely a hiatal hernia .   This
        suspected hiatal hernia   was not noted on the prior study.   The
        heart is not enlarged.   there are degenerative changes in the
        thoracic spine.   a review of the   patient's chart in cprs
        shows the clinical services are aware of the findings.




      Impression:
        There is a probable   hiatal hernia.   There is a small mass
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509
```

Printed at SE Louisiana Veterans HCS

# Radiology Report

```
     density measuring 1.5 cm in   diameter noted in the right   upper
     lobe and neoplasia cannot be ruled out.  a CT scan of the chest
     is recommended.

   Primary Diagnostic Code: ABNORMAL

Primary Interpreting Staff:
  JEFFREY T HUTCHINSON MD, STAFF RADIOLOGIST
         (Verifier, no e-sig)
/JTH
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

Page 9

# Lab Result

```
                    ---- SERUM CHEMISTRY IIA ----

SERUM            LIPASE ACID P   MG    IRON   UIBC  OSMOL  FERRIT VITB12
Ref range low      11     0     1.8     35    110    280     22    211
Ref range high     29    .8     2.4    150    274    295    322    911
                 U/dl   IU/L  mg/dL   ug/dl  ug/dl  mOsm/kgng/ml  pg/mL
------------------------------------------------------------------------
========================================================================


SERUM            PSA
Ref range low      0
Ref range high     4
                 ng/ml
------------------------------------------------------------------------
a 03/28/2006 08:40  0.3
   a.                      (0-4 ng/ml)   (>4.0 ng/ml)
      Males 50-59 yrs          97%            3%
      Males 60-69 yrs          92%            8%
      Males 70-79 yrs          90%           10%
      Males >80   yrs          90%           10%
      Evaluation for PSA :
      Method changed 6/24/03. No change in reference range values.
      Slight differences in baseline values of patients monitored
      for prostate cancer may be observed and should not be over
      interpreted.
      Method changed with concurrence of Drs. Davis and Moparty.



                    ---- PLASMA SODIUM/POTASSIUM ----

PLASMA             K      NA
Ref range low     3.6    137
Ref range high    5.2    144
                 mEq/L  mEq/l
------------------------------------------------------------------------
a 05/08/2007 08:42  4.6    143
b 04/06/2007 09:57  3.7    140
c 04/12/2006 09:14  4.0    135 L
d 03/28/2006 08:40  3.8    140
   a. Testing performed in Baton Rouge, LA
      *** For test NA Normals: 136-144 ***
      *** For test K Normals: 3.6-5.1 ***
   b. Testing performed in Baton Rouge, LA
      *** For test NA Normals: 136-144 ***
      *** For test K Normals: 3.6-5.1 ***
   c. *** For test NA Normals: 136-144 ***
      *** For test K Normals: 3.6-5.1 ***
   d. *** For test NA Normals: 136-144 ***
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Lab Result

```
        *** For test K Normals: 3.6-5.1 ***


                      ---- TOXICOLOGY I ----

URINE            AMPHET     BARBS     BENZO    COCAINE   OPIATES
-----------------------------------------------------------------
a 05/08/2007 08:42 Negative                   Negative  Negative
b 04/06/2007 09:57 Negative                   Negative  Negative
   a. Testing performed in Baton Rouge, LA
      *** For test AMPHET Normals: NEGATIVE- ***
      *** For test COCAINE Normals: NEGATIVE- ***
      *** For test OPIATES Normals: NEGATIVE- ***
   b. Testing performed in Baton Rouge, LA
      *** For test AMPHET Normals: NEGATIVE- ***
      *** For test COCAINE Normals: NEGATIVE- ***
      *** For test OPIATES Normals: NEGATIVE- ***
                      ---- TOXICOLOGY II ----

URINE            THC      METHADO    PCP      DARVON
-----------------------------------------------------------------
a 05/08/2007 08:42 Negative         Negative
b 04/06/2007 09:57 Negative         Negative
   a. Testing performed in Baton Rouge, LA
      *** For test THC Normals: NEGATIVE- ***
      Evaluation for THC:
      Urine toxicology testing is for screening purposes only.
      *** For test PCP Normals: NEGATIVE- ***
   b. Testing performed in Baton Rouge, LA
      *** For test THC Normals: NEGATIVE- ***
      *** For test PCP Normals: NEGATIVE- ***



                   ---- CBC/RETICULOCYTE COUNT ----
```

| BLOOD | 05/08 2007 08:42 | 04/06 2007 09:57 | 04/12 2006 09:14 | 04/12 2006 09:14 | 03/28 2006 08:40 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| WBC | 7.1 | 6.1 | | 8.4 | 6.6 | K/cmm | 4.8 to 10.8 |
| RBC | 5.79 | 5.73 | | 5.07 | 3.12 L | M/cmm | 4.5 to 6.1 |
| HGB | 15.9 | 15.3 | | 10.6 L | 5.4 L* | g/dL | 14 to 18 |
| HCT | 47.9 | 47.0 | | 34.1 L | 18.4 L* | % | 42 to 52 |
| MCV | 82.7 | 82.1 | | 67.3 L | 59.1 L | FL | 80 to 94 |
| MCH | 27.5 | 26.8 L | | 20.9 L | 17.3 L | PG | 27 to 31 |
| MCHC | 33.3 | 32.6 | | 31.1 L | 29.3 L | PERCENT | 33 to 37 |
| RDW | | | | | | % | 11 to 16 |
| PLT | 291 | 351 | | 537 H | 437 H | K/cmm | 140 to 420 |

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Lab Result

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MPV | | 8.9 | 8.2 | | mu3 | 7.4 to 10.4 |
| MAN-WBC | | | | TH.CMM | 4.8 to 10.8 |
| MAN-RBC | | | | M/CMM | 4.5 to 6.1 |
| UNO-PLT | | | | K/cmm | 140 to 420 |
| RDW-SD | | | | FL | 39.2 to 53.8 |
| RETIC | | | | % | .3 to 1.5 |
| RDW-CV | 14.7 | 15.5 H | 26.8 H | 17.4 H PERCENT | 11 to 16 |
| MAN.WBC | | | | TH.CMM | 4.8 to 10.8 |
| NEU%EST | 64.6 | | | 64.1 % | 44.1 to 76.7 |
| NEU#EST | 4.6 | | | 4.3 THOUS/CMM | 1.7 to 7.2 |
| LYM%EST | 16.4 | | | 23.5 THOUS/CMM | 15.7 to 45.5 |
| LYM#EST | 1.2 | | | 1.5 THOUS/CMM | .9 to 3.4 |
| MONO%ES | 14.5 H | | | 10.6 H % | .8 to 10 |
| MONO#ES | 1.0 H | | | 0.7 THOUS/CMM | 0 to .8 |
| EOS%EST | 4.3 | | | 1.3 % | 0 to 6.1 |
| EOS#EST | 0.3 | | | 0.1 THOUS/CMM | 0 to .4 |
| BASO%ES | 0.2 | | | 0.5 % | 0 to 1.4 |
| BASO#ES | 0.0 | | | 0.0 THOUS/CMM | 0 to .1 |
| RETIC% | | 2.34 H | | % | .8 to 3 |
| CRETIC% | | | | % | .8 to 3 |
| ABSRETC | | 120300 H | | K/mm3 | 43 to 156 |
| M-HCT | | | | % | 42 to 52 |

```
Comments:    a        b         c         d         e
a. Testing performed in Baton Rouge, LA
   Evaluation for MCV:
   Reference ranges for males changed from 80-94 to 81-98 effective 2/26/08.
   *** For test MCH Normals: 27-32.6 ***
   *** For test MCHC Normals: 32.2-34.8 ***
   *** For test RDW-CV Normals: 11.8-14.9 ***
   *** For test LYM%EST Units: % ***
   *** For test MONO%ES Normals: 0.8-10.0 ***
   *** For test EOS%EST Normals: 0.0-6.1 ***
   *** For test BASO%ES Normals: 0.0-1.4 ***
   *** For test LYM#EST Normals: 0.9-3.4 ***
   *** For test MONO#ES Normals: 0.0-0.8 ***
   *** For test EOS#EST Normals: 0.0-0.4 ***
   *** For test BASO#ES Normals: 0.0-0.1 ***
b. Testing performed in Baton Rouge, LA
   *** For test MCH Normals: 27-32.6 ***
   *** For test MCHC Normals: 32.2-34.8 ***
   *** For test RDW-CV Normals: 11.8-14.9 ***
c. *** For test ABSRETC Units: #/uL and Normals: 31326-100120 ***
   Evaluation for ABRETIC:

   LOW: 31326 to 49 HIGH: 100120 to 166 UNITS: #/uL to K/mm3
   *** For test RETIC% Units: % and Normals: 0.6-2.0 ***
d. FLAGGED (*) RESULTS REPEATED AND VERIFIED
   PLATELET COUNT VERIFIED BY SMEAR ESTIMATE.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>436451509 | Printed at SE Louisiana Veterans HCS |

# Lab Result

```
*** For test WBC Normals: 4.2-9.2 ***
*** For test MCH Normals: 27-32.6 ***
*** For test MCHC Normals: 32.2-34.8 ***
*** For test RDW-CV Normals: 11.8-14.9 ***
e. FLAGGED (*) RESULTS REPEATED AND VERIFIED
   3/28@13:18 SY Panic value/s checked & results called to
   KATE HANSEN with results read back for accuracy.
*** For test WBC Normals: 4.2-9.2 ***
*** For test MCH Normals: 27-32.6 ***
*** For test MCHC Normals: 32.2-34.8 ***
*** For test RDW-CV Normals: 11.8-14.9 ***
*** For test MONO%ES Normals: 0.8-10.0 ***
*** For test EOS%EST Normals: 0.0-6.1 ***
*** For test BASO%ES Normals: 0.0-1.4 ***
*** For test LYM#EST Normals: 0.9-3.4 ***
*** For test MONO#ES Normals: 0.0-0.8 ***
*** For test EOS#EST Normals: 0.0-0.4 ***
*** For test BASO#ES Normals: 0.0-0.1 ***
```

```
                    ---- WBC DIFFERENTIAL COUNT ----
```

| BLOOD | 03/28 2006 08:40 | Units | Reference Ranges |
|-------|------|-------|------------------|
| SEGS | | % | 36 to 76 |
| BANDS | | % | 0 to 11 |
| LYMPHS | | % | 21 to 38 |
| MONOS | | % | 1 to 13 |
| EOSINO | | % | 0 to 6 |
| BASO | | % | 0 to 2 |
| ATY LYM | | % | |
| IMMLYM | | | |
| META | | % | |
| MYELO | | % | |
| PROS | | % | |
| BLASTS | | % | |
| NRBC | | /100WBC | |
| PLT.E | Inc. | | |
| NORMOCY | | | |
| NORMOCH | | | |
| ANISO | 2 | | |
| POIKILO | 2 | | |
| HYPO | 2 | | |
| POLYCHR | | | |
| BASOPHI | | | |
| MICROCY | | | |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Lab Result

```
MACRO
OVALOCY
TARGET
TEARDP
DOHLE
SMUDGE            /100WBCS
HYPSEGS
SCHIST
ACANTHO
BURR C.
HJ BDYS
PAP BDY
HELMET
SPHEROC
SICKLE
TOXIC G
RBC MOR
PLASMA               %
ROUL
PLGIANT
PLTCLMP
Comments:     a
a. FLAGGED (*) RESULTS REPEATED AND VERIFIED
   3/28@13:18 SY Panic value/s checked & results called to
   KATE HANSEN with results read back for accuracy.
```

```
              ---- URINALYSIS:ROUTINE ----
```

| URINE | 04/06 2007 09:57 | 03/28 2006 08:40 | Units | Reference Ranges |
|-------|------------------|------------------|-------|------------------|
| COLOR | Yellow | Yellow | | |
| APPEARA | CLEAR | CLEAR | | Clear to Clear |
| PH | 5.500 | 6.500 | pH UNIT | 4.5 to 8 |
| SpG | 1.024 | 1.015 | | 1.002 to 1.03 |
| GLU | NEG | NEG | | NEGATIVE |
| UR PROT | NEG | NEG | | NEGATIVE |
| UR. BLD | NEG | NEG | | NEGATIVE |
| KETONES | NEG | NEG | | NEGATIVE |
| BILE | NEG | NEG | | NEGATIVE |
| UR UROB | NEG | NEG | MG/DL | .1 to 1 |
| WBC/HPF | | | /HPF | 0 to 3 |
| RBC/HPF | | | /HPF | 0 to 3 |
| UR EPIT | | | /HPF | 0 to 4 |
| HYALINE | | | /LPF | 0 to 0 |
| GRANULA | | | /LPF | 0 to 0 |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509
```

Printed at SE Louisiana Veterans HCS

# Lab Result

Printed On Mar 31, 2008

```
UR.BACT                              NONE
YEAST                             NEGATIVE
MUCUS                             NEGATIVE
AMORCRY                           NEGATIVE
UWBCSCN    NEG        NEG         NEGATIVE
UNITSCN    NEG        NEG         NEGATIVE
Comments:    a          b
```
a. ~Ordering information indicates NON-CATHETER urine sample.
   Testing performed in Baton Rouge, LA
   *** For test PH  Normals: 4.5-8.0 ***
   *** For test SpG Normals: 1.002-1.030 ***
   *** For test UR UROB Normals: -<2.0 ***
b. ~Ordering information indicates NON-CATHETER urine sample.
   Specimen does not meet criteria for microscopic examination.
   *** For test PH  Normals: 4.5-8.0 ***
   *** For test SpG Normals: 1.002-1.030 ***
   *** For test UR UROB Normals: 0.1-1.0 ***


                        ---- OCCULT BLOOD ----

FECES     03/28           Reference
          2006
          08:40    Units   Ranges
-----------------------------------------------------------------------
OB1    POSITIVE H*         NEGATIVE
OB2    NEGATIVE            NEGATIVE
OB3    NEGATIVE            NEGATIVE
Comments:    a
```
a. 4/14@10:26 RB Panic value/s checked & results called to
   MS. PATRICIA DELOSA IN NEW ORLEANS.


#### ---- MISCELLANEOUS TESTS ----

| DATE | TIME | SPECIMEN | TEST | VALUE | | Ref ranges |
|------|------|----------|------|-------|-----|-----------|
| 05/08/2007 | 08:42 | BLOOD | ESR.: | 1 | MM/HR | 0 to 15 |
| Testing performed in Baton Rouge, LA | | | | | | |
| 05/08/2007 | 08:42 | PLASMA | GLUCOSE: | 102 | mg/dL | 70 to 110 |
| 05/08/2007 | 08:42 | PLASMA | UREA N: | 11 | mg/dL | 7 to 20 |
| 05/08/2007 | 08:42 | PLASMA | CO2: | 29 | mEq/L | 22 to 32 |
| 05/08/2007 | 08:42 | PLASMA | ALKPHOS: | 84 | IU/L | 38 to 126 |
| 05/08/2007 | 08:42 | PLASMA | SGOT: | 26 | IU/L | 15 to 41 |
| 05/08/2007 | 08:42 | PLASMA | SGPT: | 23 | IU/L | 12 to 63 |
| 05/08/2007 | 08:42 | PLASMA | CL: | 106 | mEq/L | 101 to 111 |
| 05/08/2007 | 08:42 | PLASMA | ALBUMIN: | 4.0 | g/dL | 3.5 to 4.8 |
| 05/08/2007 | 08:42 | PLASMA | CA: | 9.0 | mg/dL | 8.9 to 10.3 |

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Lab Result

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/08/2007 08:42 | PLASMA | CREAT: | 1.3 | mg/dL | 0.6 to 1.3 |
| 05/08/2007 08:42 | PLASMA | D BILI: | 0.1 | mg/dL | 0 to 0.3 |
| 05/08/2007 08:42 | PLASMA | PROT.T: | 8.0 H | g/dL | 6.1 to 7.9 |
| 05/08/2007 08:42 | PLASMA | T BIL: | 0.7 | mg/dL | 0.0 to 1.0 |
| 05/08/2007 08:42 | PLASMA | 1/Cr: | 0.77 | | |
| 05/08/2007 08:42 | PLASMA | EGFR: | 77.9 | mL/min | low: 60 |

Testing performed in Baton Rouge, LA
Evaluation for EGFR:
 eGFR= estimated Glomerular Filtration Rate.

 eGFR <60 mL/min/1.73 square meters indicates the presence of
 chronic kidney disease.
05/08/2007 08:42 SERUM            HCV VL:    HCV RNA NOT DETECTED    IU/mlNo HCV RN
For Test: HCV VIRAL LOAD(QUANTITATIVE)
SOHU 07 1156
The reportable range of this assay is 20 - 20,000,000 IU/ml.
When the result is "Target Not Detected", the test will be
reported as "No HCV RNA detected". When the result is <20 IU/ml,
the test will be reported as "HCV RNA detected, <20 IU/ml".
Values greater than 20,000,000 IU/ml will be reported as
">20,000,000 IU/ml". Testing is performed using the COBAS
TaqMan 48 Analyzer for automated amplification and detection.

This test has been validated for use with human serum or plasma.
Testing of other sample types may result in incorrect results,
false negataive, or false positive results. reliable results
are dependent on adequate sample collection, transport,
storage and processing procedures. This test was developed and
it performance characteristics determined by the Molecular
Biology division of the Microgiology department at the Michael
E. DeBakey VA Medical Center. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Evaluation for HCV VL:
 The reportable range of this assay is 20 - 20,000,000 IU/ml.
 When the result is "Target Not Detected", the test will be
 reported as "No HCV RNA detected". When the result is <20 IU/ml,
 the test will be reported as "HCV RNA detected, <20 IU/ml".
 Values greater than 20,000,000 IU/ml will be reported as
 ">20,000,000 IU/ml". Testing is performed using the COBAS
 TaqMan 48 Analyzer for automated amplification and detection.

 This test has been validated for use with human serum or plasma.
 Testing of other sample types may result in incorrect results,
 false negataive, or false positive results. reliable results
 are dependent on adequate sample collection, transport,
 storage and processing procedures. This test was developed and
 it performance characteristics determined by the Molecular

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Lab Result

Biology division of the Microgiology department at the Michael
E. DeBakey VA Medical Center. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.

| Date | | Specimen | Test | Value | Unit | Reference |
|---|---|---|---|---|---|---|
| 04/06/2007 | 09:57 | PLASMA | TSH: | 1.39 | mIU/ml | 0.34 to 5.60 |

Testing performed in Baton Rouge, LA

| Date | | Specimen | Test | Value | Unit | Reference |
|---|---|---|---|---|---|---|
| 04/06/2007 | 09:57 | PLASMA | GLUCOSE: | 97 | mg/dL | 70 to 110 |
| 04/06/2007 | 09:57 | PLASMA | UREA N: | 13 | mg/dL | 7 to 20 |
| 04/06/2007 | 09:57 | PLASMA | CO2: | 27 | mEq/L | 22 to 32 |
| 04/06/2007 | 09:57 | PLASMA | ALKPHOS: | 59 | IU/L | 38 to 126 |
| 04/06/2007 | 09:57 | PLASMA | SGOT: | 24 | IU/L | 15 to 41 |
| 04/06/2007 | 09:57 | PLASMA | SGPT: | 30 | IU/L | 12 to 63 |
| 04/06/2007 | 09:57 | PLASMA | TRIG: | 49 | mg/dL | 0 to 200 |
| 04/06/2007 | 09:57 | PLASMA | CL: | 105 | mEq/L | 101 to 111 |
| 04/06/2007 | 09:57 | PLASMA | ALBUMIN: | 4.0 | g/dL | 3.5 to 4.8 |
| 04/06/2007 | 09:57 | PLASMA | CA: | 8.8 L | mg/dL | 8.9 to 10.3 |
| 04/06/2007 | 09:57 | PLASMA | CREAT: | 1.1 | mg/dL | 0.6 to 1.3 |
| 04/06/2007 | 09:57 | PLASMA | PROT.T: | 7.5 | g/dL | 6.1 to 7.9 |
| 04/06/2007 | 09:57 | PLASMA | T BIL: | 0.4 | mg/dL | 0.0 to 1.0 |
| 04/06/2007 | 09:57 | PLASMA | HDL3: | 71.5 | mg/dL | low: 35 |
| 04/06/2007 | 09:57 | PLASMA | LDL3: | 117.7 | mg/dL | |
| 04/06/2007 | 09:57 | PLASMA | CHOL,T.: | 199 | mg/dL | high: 200 |
| 04/06/2007 | 09:57 | PLASMA | 1/Cr: | 0.91 | | |
| 04/06/2007 | 09:57 | PLASMA | EGFR: | 94.4 | mL/min | low: 60 |

Testing performed in Baton Rouge, LA
Evaluation for TRIG:
 Effective 8/27/07 recalibration of triglycerides to allow
 continued use of the National Cholesterol Education Program
 Adult Treatment Panel has resulted in an average increase
 of 27% for triglycerides.
Evaluation for HDL3:
NHI states the desirable HDL level is GREATER THAN 35 mG/dL.
No reference high interval has been issued.
Evaluation for CHOL,T.:

| LEVEL (MG/DL) | RISK LEVEL |
|---|---|
| <200 | DESIRABLE |
| 200-239 | BORDERLINE HIGH |
| >240 | HIGH |

Evaluation for EGFR:
 eGFR= estimated Glomerular Filtration Rate.

 eGFR <60 mL/min/1.73 square meters indicates the presence of
 chronic kidney disease.

| Date | | Specimen | Test | Value | Unit | Reference |
|---|---|---|---|---|---|---|
| 04/12/2006 | 09:14 | PLASMA | GLUCOSE: | 96 | mg/dL | 70 to 110 |
| 04/12/2006 | 09:14 | PLASMA | UREA N: | 12 | mg/dL | 7 to 20 |
| 04/12/2006 | 09:14 | PLASMA | CO2: | 27 | mEq/L | 22 to 32 |
| 04/12/2006 | 09:14 | PLASMA | ALKPHOS: | 60 | IU/L | 38 to 126 |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Lab Result

Printed On Mar 31, 2008

```
04/12/2006 09:14   PLASMA        SGOT:       18     IU/L        15 to 41
04/12/2006 09:14   PLASMA        SGPT:       18     IU/L        12 to 63
04/12/2006 09:14   PLASMA        TRIG:       50     mg/dL       0 to 200
04/12/2006 09:14   PLASMA        CL:         103    mEq/L       101 to 111
04/12/2006 09:14   PLASMA        IRON:       76     ug/dL       50 to 170
04/12/2006 09:14   PLASMA        ALBUMIN:    4.1    g/dL        3.5 to 4.8
04/12/2006 09:14   PLASMA        CA:         8.8 L  mg/dL       8.9 to 10.3
04/12/2006 09:14   PLASMA        CREAT:      1.1    mg/dL       0.6 to 1.3
04/12/2006 09:14   PLASMA        PROT.T:     7.5    g/dL        6.1 to 7.9
04/12/2006 09:14   PLASMA        T BIL:      0.2    mg/dL       0.0 to 1.0
04/12/2006 09:14   PLASMA        HDL3:       46.8   mg/dL       low: 35
04/12/2006 09:14   PLASMA        LDL3:       126.2
04/12/2006 09:14   PLASMA        CHOL,T.:    183    mg/dL       high: 200
04/12/2006 09:14   PLASMA        TRANSFE:    348.6 H mg/dl      180 to 329
04/12/2006 09:14   PLASMA        % SAT:      17     %
```

Evaluation for TRIG:
Effective 8/27/07 recalibration of triglycerides to allow
continued use of the National Cholesterol Education Program
Adult Treatment Panel has resulted in an average increase
of 27% for triglycerides.
Evaluation for HDL3:
NHI states the desirable HDL level is GREATER THAN 35 mG/dL.
No reference high interval has been issued.
Evaluation for CHOL,T.:

```
LEVEL (MG/DL)          RISK LEVEL
<200                   DESIRABLE
200-239                BORDERLINE HIGH
>240                   HIGH
03/28/2006 08:40   PLASMA        TSH:        1.50   mIU/ml      0.34 to 5.60
03/28/2006 08:40   PLASMA        GLUCOSE:    94     mg/dL       70 to 110
03/28/2006 08:40   PLASMA        UREA N:     10     mg/dL       7 to 20
03/28/2006 08:40   PLASMA        CO2:        27     mEq/L       22 to 32
03/28/2006 08:40   PLASMA        ALKPHOS:    49     IU/L        38 to 126
03/28/2006 08:40   PLASMA        SGOT:       17     IU/L        15 to 41
03/28/2006 08:40   PLASMA        SGPT:       12     IU/L        12 to 63
03/28/2006 08:40   PLASMA        CL:         108    mEq/L       101 to 111
03/28/2006 08:40   PLASMA        ALBUMIN:    3.7    g/dL        3.5 to 4.8
03/28/2006 08:40   PLASMA        CA:         9.0    mg/dL       8.9 to 10.3
03/28/2006 08:40   PLASMA        CREAT:      1.0    mg/dL       0.6 to 1.3
03/28/2006 08:40   PLASMA        PROT.T:     7.0    g/dL        6.1 to 7.9
03/28/2006 08:40   PLASMA        T BIL:      0.4    mg/dL       0.0 to 1.0
=============================================================================
```

---- MICROBIOLOGY ----

Accession: MYC 06 1                   Received: Jan 27, 2006 11:27
Collection sample: NAIL               Collection date: Jan 27, 2006 11:00

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

Printed at SE Louisiana Veterans HCS

# Lab Result

```
Site/Specimen: FOOT
Provider: DEMARCO,MICHAEL DPM


    Test(s) ordered:  KOH FUNGAL PREP       completed: Jun 22, 2006 12:50
                      FUNGUS CULTURE        completed: Jun 22, 2006

* MYCOLOGY FINAL REPORT => Jun 22, 2006   TECH CODE: 6798
MYCOLOGY SMEAR/PREP:
   MANY MYCELIAL FRAGMENTS SEEN
Fungus/Yeast:
FUNGUS
  Quantity: MANY
  Comment:  MANY HYALINE FUNGI, NOT RESEMBLING DERMATOPHYTES
            UNABLE TO IDENTIFY
ASPERGILLUS SPECIES
  Quantity: FEW
Mycology Remark(s):
   TEST PERFORMED AT VAMC ALEXANDRIA
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Consult Request

Printed On Mar 31, 2008

```
Current PC Provider:    SNEED,ERNEST J MD
Current PC Team:        NOL PRIME PURPLE
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information
To Service:             MHC - NOOPC
Attention:              HEBERT,MICHELLE M SOC WK
From Service:           NOL MHC K.COYLE
Requesting Provider:    COYLE,KATHLEEN A MD
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         MHC - NOOPC
Consult:                Consult Request
Provisional Diagnosis: history of schizophrenia
Reason For Request:
Pt. has history of noncompliance with meds and follow up.
He is currently noncompliant with antipsychotic med.


Inter-facility Information
This is not an inter-facility consult request.

Status:                 DISCONTINUED
Last Action:            ADDED COMMENT

Facility
 Activity               Date/Time/Zone      Responsible Person  Entered By
------------------------------------------------------------------------------
 CPRS RELEASED ORDER    04/27/07 12:29      COYLE,KATHLEEN A    COYLE,KATHLEEN A
 ADDED COMMENT          04/27/07 13:20      FITZ,MARSHALL MD    FITZ,MARSHALL MD
ms hebert, could you please follow up on this possible mhicm pt,,thank
you, dr fitz

 ADDED COMMENT          04/27/07 13:53      HEBERT,MICHELLE M   HEBERT,MICHELLE M
MHICM team plan to contact this vet and schedule screening with him.

 ADDED COMMENT          04/27/07 13:55      FITZ,MARSHALL MD    FITZ,MARSHALL MD
thank you, dr fitz

 DISCONTINUED           05/07/07 15:26      FITZ,MARSHALL MD    FITZ,MARSHALL MD
mhicm contacting and will report back,,dr fitz

 ADDED COMMENT          05/08/07 14:29      DUNNE-IVERSON,MIC   DUNNE-IVERSON,MIC
Vet was screeened for MHICM and declines services.
Vet does not appearto be in need of intensive case mgt but was assisted to
get follow up pcp appointment.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Consult Request

Note: TIME ZONE is local if not indicated

No local TIU results or Medicine results available for this consult
===================================== END =====================================

```
Current PC Provider:    SNEED, ERNEST J MD
Current PC Team:        NOL PRIME PURPLE
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%

Order Information
To Service:             FF-ADMISSION REQUEST/ER REFERRAL CONSULT
From Service:           ZZNOLPRIMEPURPLEACCESSHANSEN
Requesting Provider:    HANSEN, KATRINA E NP
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Stat
Orderable Item:         FF-ADMISSION REQUEST/ER REFERRAL CONSULT
Consult:                Consult Request
Provisional Diagnosis: GI Bleed
Reason For Request:
ADMISSION REQUEST

Admission Category:
Referred to local Emergency Room via private transportation
ER Name: Slidell Memorial Hospital
Location: Slidell, LA
Contact Information:


Referring Physician:    Katrina E Hansen-Schmitt
Physician's Telephone #: 504-568-0811 x2145

Patient's Age: 40 Patient's Sex:MALE

Patient's address and contact information:
        SPEARS, MARVIN
        7300 DOGWOOD DR
        NEW ORLEANS, LOUISIANA 70126

Patient's Phone: (504)669-3745

Primary Next-of-Kin Information:
SPEARS, DARLENA
Relationship: SISTER
201 MEDALS
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

**VISTA Electronic Medical Documentation**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509
```

Printed at SE Louisiana Veterans HCS

# Consult Request

```
SLIDELL, LOUISIANA ZIP UNKNOWN
Phone Number: (504)756-1408

Are any changes required for the above contact information?
No

Allergies:
Patient has answered NKA

Updated Allergy Information if applicable:


Vital Signs: SVS - Today's Vital Signs

Measurement DT      TEMP           PULSE  RESP  BP           PAIN
                    F(C)

03/28/2006 08:02  98.1(36.7)   96     16    125/77       8

More Recent Vital Signs (If data above not available):


 Diagnosis responsible for this hospitalization request: Severe anemia -
suspect GI bleed


 Other Pertinent Diagnosis: Called by lab with pt HGB 5.4, HCT 18.4.  Pt
was in
this morning
stating that he had felt dizzy and lightheaded yesterday, although no
further episode today.  Labs were drawn with pt instructed to seek
emergent care if sx returned; pt was contacted when lab values were
called to Provider and instructed to go to emergency room ASAP.  Family
member will take pt to Slidell Memorial Hospital.




Active Outpatient Medications (excluding Supplies):

No Medications Found


List any medications the patient is taking that are NOT listed above:


From the medications listed above, list any that the patient is NOT
taking:
Medication              Reason paient is not taking this Medication
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Consult Request

History of Illness: Pt states that he had a endoscopy in Houston 5 months ago
and that he
didn't get results for suspected bleed.  Pt presented today after he had
an episode of dizziness yesterday, pt states he "almost passed out".  Pt
was asymptomatic today, but CBC results showed H & H 5.4, 18.7.  Pt
instructed to go to nearest emergency room.

Physical Exam: See NP note today.  VSS.  Mucous membranes moist, pink.
No
tachycardia.
Pulses palpable.

Advance Directive: No

Inter-facility Information
This is not an inter-facility consult request.

Status:              COMPLETE
Last Action:         COMPLETE/UPDATE

Facility
 Activity                Date/Time/Zone      Responsible Person  Entered By
-----------------------------------------------------------------------------
 CPRS RELEASED ORDER     03/28/06 13:29      HANSEN,KATRINA E    HANSEN,KATRINA E
 COMPLETE/UPDATE         03/28/06 14:45      MOLL,GLORIA RN      MOLL,GLORIA RN
     Note# 7319106

Note: TIME ZONE is local if not indicated

-----------------------------------------------------------------------------

 LOCAL TITLE: UTILIZATION REVIEW CONSULT NOTE
STANDARD TITLE: ADMISSION EVALUATION CONSULT
DATE OF NOTE: MAR 28, 2006@14:34    ENTRY DATE: MAR 28, 2006@14:36:21
     AUTHOR: MOLL,GLORIA RN       EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Please refer to the Utilization Review Nurse Note dated 3/28/06
for concurrent review.
COMPLETED BY CONSULT CENTER STAFF

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Consult Request

Printed On Mar 31, 2008

```
  Accepting Facility: Slidell Memorial Hospital

  Accepting Physician: none stated
  Telephone #: none stated

VISTA has the following data on eligibility:
Patient is 100% Service Connected
LIMITED MOTION OF ANKLE   0%  SC
PSYCHOSIS, SCHIZ PARA  100%  SC

Eligibility status: VERIFIED
Eligibility type:   SC VETERAN

Employment Status:  NOT EMPLOYED
Patient Employment: POLICE OFFICER - NOT EMPLOYED

  NSC [ ]   SC% 100 Eligibility: verified

  Insurance: No

  Transportation Authorized: Yes: Mode per private transport

  Non VA Medical Services:
  Yes Non-VA Service Type                          Dates
_____

1) Emergency Room evaluation                  3/28/06 until stable


Comments: Patient's hct/hgb was 5.4/18.4 and his PCP recommended that he go to
the ER ASAP. Will follow-up.

/es/ GLORIA MOLL RN
RN
Signed: 03/28/2006 14:45
===============================================================================
================================= END =========================================
```

```
Current PC Provider:    SNEED,ERNEST J MD
Current PC Team:        NOL PRIME PURPLE
Current Pat. Status:    Outpatient
Primary Eligibility:        SERVICE CONNECTED 50% to 100%

Order Information
To Service:         PODIATRY (OP)-APPROVALS
From Service:       ZZNOLPRIMEGOLDACCESSWILLHOIT
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | **VISTA Electronic Medical Documentation** |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Consult Request

```
Requesting Provider:    WILLHOIT,PATRICIA P NP
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         PODIATRY (OP)-APPROVALS
Consult:                Consult Request
Provisional Diagnosis: paronychia
Reason For Request:
Patient is a 40 year old BLACK OR AFRICAN AMERICAN MALE.
100% Service Connected
LIMITED MOTION OF ANKLE  0%  SC
PSYCHOSIS, SCHIZ PARA  100%  SC

Provisional Diagnosis: 40 yr paronychia l gr toe nail
pt has been working on his house for several wks developed pain and
swelling  l gr toenail area denies injury pt had been wearing boots
but noticed that he had a hole in the boots

What guidance are you requesting?  {An effective consult poses a
question
for the consultant to answer or requests specific advice on patient
management): requires i/d paronychia

 last tet inj 1 mo ago
Relevant Background: schizophrenia
pleases make an appt in br for tomorrow morning

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
Activity                Date/Time/Zone      Responsible Person   Entered By
------------------------------------------------------------------------------
 CPRS RELEASED ORDER    01/26/06 13:29      WILLHOIT,PATRICIA    WILLHOIT,PATRICIA
 FORWARDED FROM         01/26/06 15:08      HARRIS,JUDITH L      HARRIS,JUDITH L
   AA-PODIATRY (OP)-CM
 ADDED COMMENT          01/27/06 06:45      DEMARCO,MICHAEL D    DEMARCO,MICHAEL D
judith
  It is up to one of the podiatry providers( hawkins, demarco, mundine) to
determine when the pt needs to be schedules and NOT the initiating
provider. The consult needsd to be APPROVED by us. Nothing has changed
Please take note of this!Thank you

 ADDED COMMENT          01/27/06 06:54      DEMARCO,MICHAEL D    DEMARCO,MICHAEL D
  Judith,
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | **VISTA Electronic Medical Documentation**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509
```

Printed at SE Louisiana Veterans HCS

# Consult Request

```
   we can be reached at 225-761-6700 ext 6719 to discuss when it is
apprpriate for a patient to be seen. thanks

   COMPLETE/UPDATE         01/27/06 11:13      DEMARCO,MICHAEL D   DEMARCO,MICHAEL D
      Note# 7239075
   SCHEDULED               01/27/06 11:20      HARRIS,JUDITH L     HARRIS,JUDITH L
Patient was seen on 1-27-06.

   COMPLETE/UPDATE         01/27/06 11:21      HARRIS,JUDITH L     HARRIS,JUDITH L
see above


Note: TIME ZONE is local if not indicated

---------------------------------------------------------------------------------

   LOCAL TITLE: CONSULT NOTE
STANDARD TITLE: CARE MANAGEMENT NOTE
DATE OF NOTE: JAN 27, 2006@10:46    ENTRY DATE: JAN 27, 2006@10:46:54
      AUTHOR: DEMARCO,MICHAEL DPM   EXP COSIGNER:
      URGENCY:                              STATUS: COMPLETED

40 y/o male referred to podiatry for paronychia of l hallux/ pt stated that it
is painful. pt stated that his pain started 2 .5 weeks ago. pt stuck a needle
under his nail and was not able to express any puss.pt last tetanus booster was
couple of weeks ago.pt denies subjective fever.
pt is allergic to iodine.

pe:

l hallux : swollen proximal nail fold
   nail plate with onycholysis and subungual debris proximally
   no calor, no erythema
   palpable dp pulse

a. proximal subungual onychomycosis with secondary bacterial infection
p. surgical scrub
     debrided all dystrophic nail plate that was lysed from nail bed
 drained abscess
applied bandage
 keflex 2 grams daily
 fungal culture
soaks bid
rtc 2 weeks
future: removal naill and treate with oral antifungal depending on results of
fungal culture

/es/ MICHAEL DEMARCO DPM
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Consult Request

```
PODIATRIC PHYSICIAN
Signed: 01/27/2006 11:13
============================================================================
============================ END ============================================
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

LOCAL TITLE: MH TELEPHONE PSYCHIATRY
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 23, 2008@16:00    ENTRY DATE: JAN 23, 2008@16:00:15
      AUTHOR: COYLE,KATHLEEN A MD   EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Returned pt's phone call--pt. left message with Dr. Costales.
Pt. said he had flu and that is reason he couldn't come to clinic.
He agreed to call to get rescheduled asap.

/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 01/23/2008 16:01

---

LOCAL TITLE: MH TELEPHONE PSYCHIATRY
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 18, 2008@12:11    ENTRY DATE: JAN 18, 2008@12:11:27
      AUTHOR: COSTALES,HELENA MD    EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Pt of Dr Coyles. I am covering her clinic today. River Oaks called 2 day ago
that pt there and  was to be DC this week. Requested that he be seen for f/u
here., I offered to see pt as a walk-in at noon any day this week that he could
come. Pt was to come yesterday or today at noon. No Show. Called to check on pt.
Pt reports that is doing quite well fr psy standpoint and that new med works
well and no SE but says has URI and cant leave house. Says will do his best to
come to see Dr Coyle when feels better.. Sounds ok c calm, pleasant, clear, i/j
ok, coughing. Will forward to Dr Coyle. Pt prefers to be contacted on cell phone
# listed in record.

/es/ HELENA COSTALES MD
STAFF PHYSICIAN
Signed: 01/18/2008 12:19

Receipt Acknowledged By:
01/22/2008 12:56        /es/ KATHLEEN A COYLE MD
                            STAFF PHYSICIAN

---

LOCAL TITLE: PHARMACY TELEPHONE ADVICE
STANDARD TITLE: PHARMACY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: NOV 09, 2007@13:17    ENTRY DATE: NOV 09, 2007@13:17:10
      AUTHOR: BARNES,VANESSA A      EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Identification verified via name and SOCIAL SECURITY number : YES

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126        Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

Medication(s) requested :OMEPRAZOLE 20MG EC CAP

MEDICATION LAST FILLED :9/07

Medication [ X] mail

        [ ] pick-up

PATIENT MAY BE CONTACTED AT #504-669-3745.

/es/ VANESSA A BARNES
PHARMACY TECHNICIAN
Signed: 11/09/2007 13:19

Receipt Acknowledged By:
11/09/2007 13:20      /es/ ERNEST J SNEED MD
                 STAFF PHYSICIAN

 LOCAL TITLE: MHICM SCREENING NOTE
STANDARD TITLE: MHICM NOTE
DATE OF NOTE: MAY 08, 2007@15:02   ENTRY DATE: MAY 08, 2007@15:02:12
   AUTHOR: DUNNE-IVERSON,MICHE  EXP COSIGNER:
   URGENCY:                       STATUS: COMPLETED

  *** MHICM SCREENING NOTE Has ADDENDA ***

Vet was contacted for Mhicm screening 5-7-07.Vet was reached by phone and
advised staff of his medical c/o cough,emesis and malaise.Directed to walk in
clinic.
Vet was referred to pcp/walk in clinic and labs and xray orders were placed
yesterday so they could be done prior to walk in appt @1300.
Team met with Vet when he arrived at VA this morning.
Date Screened: 4/20/07
Diagnosis:Psychotic disorder,

---

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

Number of days spent in Inpatient Psych Unit in past year: 0
Number of Inpatient Psychiatric Admissions in past year:0

Address: 7300 Dogwood Drive
         New Orleans, LA 70126
Telephone:504-669-3745/cell
Income:  100%SC for psychosis.
Legal Status:probation DWI.ETOH dependence.
Vet has had  prev referrals to satp/acot and was enrolled in the dual
diagnosis program but never engaged in rx.Vet states last etoh was 30 days ago.
Level of Functioning: Vet says he has problems sleeping and denies all psych
symptoms.Vet denies suicidal and or homicidal ideation.
Vet asked if he was referred to MHICM because of DWI/PROBATION,we said no!
Mhicm program was described to Vet with explaination that our team provides close
monitoring and assitance to mentally ill Vets with schizophrenia etc.Vet states he
does not have any problems,he plans to return to school and he does not need our
assistance.
Vet declines admission to MHICM.

Plan:Will notify Dr.Coyle re his decision.

/es/ MICHELLE DUNNE-IVERSON RN
RN
Signed: 05/08/2007 15:57

Receipt Acknowledged By:
05/09/2007 08:55      /es/ RACHELE MARY PRICE RN
                          RN
05/09/2007 10:10      /es/ MICHELLE M HEBERT SOC.WK.
                          SOCIAL WORKER, BCSW

                                      STATUS: COMPLETED
05/09/2007 ADDENDUM
Clarification:screening date was 5-8-07.

/es/ MICHELLE DUNNE-IVERSON RN
RN
Signed: 05/09/2007 10:17

LOCAL TITLE: PRIMARY CARE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: MAY 08, 2007@13:27    ENTRY DATE: MAY 08, 2007@13:27:13
     AUTHOR: OLSON,MIRA MD         EXP COSIGNER: THAKER,KARTIKEYA M
     URGENCY:                         STATUS: COMPLETED

   *** PRIMARY CARE NOTE Has ADDENDA ***

42 y/o male with h/o anemia, hiatal hernia, and alcohol abuse here for follow-

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

up.  Last seen by Dr. Sneed in 4/06, and patient was lost to F/U.  Currently followed only in MHC for psychosis with noted non-compliance per CPRS.  Here today for evaluation of flank pain x 2 days B.  No dysuria/hematuria.  No h/o nephrolithiasis.  Slight improvement today.  Worse when lies on R side.  Not able to sleep at night.  8 episodes of emesis last night, food + bilious material.  +Productive cough x 2 days (brown mucus).  Taking sudafed and benadryl.  Felt dizzy yesterday.  Ambulated to clinic.  No falls.  No diarrhea.  Can't recall any meals 2 days ago.  No HA/visual change.  +chills last night.  +diaphoretic last night.  Did not take temp.  Pain in side and chest worse with coughing spell.  Just received seroquel, not yet taking.  No SI/HI.

PMHx:  GERD/hiatal hernia

PSHx:  remote back surgery

All:  Iodine (fainted)

SocHx:  Quit tob 1 week ago (1ppd x 10 years prior), no EtOH/illicits.  Last drink 1 month ago.  On disability.  Former ship mate.

FamHx:  Mother with DM, HTN.  Father with DM.  Brother with MI at 50.

Active Outpatient Medications (excluding Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1)  QUETIAPINE FUMARATE 200MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 2 DAYS, THEN TAKE TWO TABLETS AT BEDTIME | ACTIVE |

Last Vitals:
Temp: 98.5 F [36.9 C] (05/08/2007 08:52)
Pulse: 100 (05/08/2007 08:52)
Resp: 20 (05/08/2007 08:52)
BP: 110/61 (05/08/2007 08:52)
Weight: 239.5 lb [108.9 kg] (05/08/2007 12:05)
Height: 75.5 in [191.8 cm] (04/27/2007 10:37)
BMI: 29.6
Pain: 7 (05/08/2007 08:52)

AxOx4, NAD, well-groomed
No costovertebral tenderness
No cervical LAD
CTA B, no crackles, no wheezes
RRR, no M/R/G
Abd soft, NT, ND, BS present, no hepatosplenomegaly
No pedal edema

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

Printed On Mar 31, 2008

Labs:

| | | | | |
|---|---|---|---|---|
| HCT: | 47.0 | (04/06/07 09:57) | 47.9 | (05/08/07 08:42) |
| HGB: | 15.3 | (04/06/07 09:57) | 15.9 | (05/08/07 08:42) |
| MCV: | 82.1 | (04/06/07 09:57) | 82.7 | (05/08/07 08:42) |
| PLT: | 351 | (04/06/07 09:57) | 291 | (05/08/07 08:42) |
| RDW-CV: | 15.5 | (04/06/07 09:57) | 14.7 | (05/08/07 08:42) |
| WBC: | 6.1 | (04/06/07 09:57) | 7.1 | (05/08/07 08:42) |

| CHEM 7 Coll. date | GLUC | BUN | CO2 | NA | CL | CREAT | K |
|---|---|---|---|---|---|---|---|
| 4/6/07 09:57 | 97 | 13 | 27 | 140 | 105 | 1.1 | 3.7 |
| 4/12/06 09:14 | 96 | 12 | 27 | 135 L | 103 | 1.1 | 4.0 |
| 3/28/06 08:40 | 94 | 10 | 27 | 140 | 108 | 1.0 | 3.8 |

| | | | | |
|---|---|---|---|---|
| CHOL,T.: | 183 | (04/12/06 09:14) | 199 | (04/06/07 09:57) |
| HDL3: | 46.8 | (04/12/06 09:14) | 71.5 | (04/06/07 09:57) |
| LDL3: | 126.2 | (04/12/06 09:14) | 117.7 | (04/06/07 09:57) |
| TRIG: | 50 | (04/12/06 09:14) | 49 | (04/06/07 09:57) |

| LFTs Coll. date | ALK PH. | SGOT | SGPT | ALB | D.BIL | T.PRO | T.BIL |
|---|---|---|---|---|---|---|---|
| 4/6/07 09:57 | 59 | 24 | 30 | 4.0 | | 7.5 | 0.4 |
| 4/12/06 09:14 | 60 | 18 | 18 | 4.1 | | 7.5 | 0.2 |
| 3/28/06 08:40 | 49 | 17 | 12 | 3.7 | | 7.0 | 0.4 |

| | | | |
|---|---|---|---|
| PT:PAT: | | 12.4 | (06/28/90 02:30) |
| PTT:PAT: | | 25.8 | (06/28/90 02:30) |
| PSA : | | 0.34 | (03/28/06 08:40) |

| | | | | |
|---|---|---|---|---|
| APPEARA: | CLEAR | (03/28/06 08:40) | CLEAR | (04/06/07 09:57) |
| BILE: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| COLOR: | Yellow | (03/28/06 08:40) | Yellow | (04/06/07 09:57) |
| KETONES: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| SpG: | 1.015 | (03/28/06 08:40) | 1.024 | (04/06/07 09:57) |
| UNITSCN: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| UR GLUC: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| UR UROB: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| UR. BLD: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| URN PRO: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| UWBCSCN: | NEG | (03/28/06 08:40) | NEG | (04/06/07 09:57) |
| pH: | 6.500 | (03/28/06 08:40) | 5.500 | (04/06/07 09:57) |

A/P:  42 y/o male with GERD/hiatal hernia, here for cough, emesis, and flank pain x 2 days.

1.  GERD:  Omeprazole daily.

2.  Cough:  Dextromethorphan prn.  Patient taking sudafed as outpatient, okay to

---

VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

continue this for symptomatic relief.  Check chest x-ray today and prescribe Abx
if findings c/w pneumonia.

3.  Emesis:  Excessive coughing likely cause of emesis as nausea not an issue.
As above.

4.  Flank pain:  Check UA today.  Likely caused by cough as pain is worsened by
coughing.  Tylenol prn.

5.  HM:  LDL within goal.

RTC in 3 months with Olson.

Case d/w Dr. Thaker.

/es/ MIRA OLSON MD
RESIDENT
Signed: 05/08/2007 14:26

/es/ KARTIKEYA M THAKER
STAFF PHYSICIAN
Cosigned: 05/08/2007 15:59

05/08/2007 ADDENDUM                    STATUS: COMPLETED
Chest x-ray reviewed, no evidence of consolidation.  Small nodule noted in R
apex, will F/U with CT scan with contrast.  Patient given Rx for
codeine/guaifenesin cough syrup 10cc po q 6 hour prn to be filled at Rite Aid
pharmacy.  D/w Dr. Thaker.

Patient to F/U with PCP Dr. Sneed.

/es/ MIRA OLSON MD
RESIDENT
Signed: 05/08/2007 15:11

/es/ KARTIKEYA M THAKER
STAFF PHYSICIAN
Cosigned: 05/08/2007 16:37

05/08/2007 ADDENDUM                    STATUS: COMPLETED
See resident's note for complete details of this service.
Patient case (history, physical findings, diagnosis, plan of care)
reviewed and discussed in detail with the resident at time of visit.
I agree with the diagnosis and treatment plan as stated.

Patient of Dr. Sneed, scheduled to see Dr. Olson as a walk-in. Patient was seen
and x-ray reviewed with Dr. Olson. The patient was afebrile and he had a normal
chest and abdominal exam. His labs were unremarkable. His CXR showed a

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

suspicious density in the right apex that persisted on apical lordotic views. We
have ordered a CT of the chest without contrast (patient has a h/o iodine
allergy). He has been asked to make an appt. with Dr. Sneed to f/u on the
results of the CT.

/es/ KARTIKEYA M THAKER
STAFF PHYSICIAN
Signed: 05/08/2007 15:58

Receipt Acknowledged By:
05/09/2007 07:51        /es/ ERNEST J SNEED MD
                            STAFF PHYSICIAN

---

  LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: MAY 08, 2007@12:00     ENTRY DATE: MAY 08, 2007@12:00:37
     AUTHOR: WASHINGTON,TANETTE   EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

   *** CLINIC INTAKE SCREENING NOTE - BP Has ADDENDA ***

  Patient is alert (recognizes name and states date correctly).
  Allergy information documented in patient's chart.
    Weight:
      239.5 lb (108.9 kg)
  Clinical Warnings Review:
    No clinical warnings posted for patient.
  Fall Risk Screen:
      Patient is not flagged high risk for falls and has a negative fall
      screening.
  SCREENING REFERRAL FOR RN:
    Reason: Learning Needs Assessment
  Refer to RN(R.Rosales,RN)

Clinical Reminder Activity
  - Print 'My Medication List':
    The patient's medication list was printed and given to patient to
      review and discuss with the provider.
  LPN- Alcohol use screen:
    Alcohol Use Screen performed using Mental Health AUDC standardized
      test.
    An alcohol screening test (AUDIT-C) was negative (score=0).
    Patient is not receiving alcohol abuse treatment.
  LPN: Hepatitis C questions:
      Patient has not been tested and has no known diagnosis of
        Hepatitis C.
        After listening the to risk factors, the patient responded that

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

```
                      he/she is not at risk for Hepatitis C.
    LPN:  Depression Screen :
      Over the past 2 weeks, how often have you been bothered by the
           following problems?

           1.Little interest or pleasure in doing things
              Select 0 - 3 : Not at all [0]

           2.Feeling down, depressed, or hopeless
              Select 0 - 3 : Not at all [0]

          - MDD Screen:
              The 2 question depression screen was performed and the
           patient's depression screen is negative.
    LPN:  PTSD Screen:
      1. PTSD SCREEN
         Have you ever had any experience that was so frightening,
          horrible, or upsetting that, IN THE PAST MONTH, you:
         Have had any nightmares about it or thought about it when you did
            not want to?     No
         Tried hard not to think about it or went out of your way to avoid
            situations that remind you of it?
                   No
         Were constantly on guard, watchful, or easily startled?
                   No
         Felt numb or detached from others, activities, or your
            surroundings?
                   No
         PTSD screen was negative.
         Score: 0
         Patient already enrolled in Mental Health program.
    LPN:  Advance Directive Screen:
         Patient declines Advance Directive.


/es/ TANETTE E WASHINGTON LPN
LPN
Signed: 05/08/2007 12:17

Receipt Acknowledged By:
05/08/2007 15:16         /es/ MIRA OLSON MD
                              RESIDENT
05/08/2007 13:04         /es/ ROBERTO R ROSALES RN
                              RN


05/08/2007 ADDENDUM                STATUS: COMPLETED
pt with a scheduled prime clinic appointment,presents with a learning needs
assessment.pt was seen and evaluated by a prime provider .the rn was at lunch.
```

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

```
/es/ ROBERTO R ROSALES RN
RN
Signed: 05/08/2007 13:06
```

```
 LOCAL TITLE: CLINIC NURSE PROGRESS NOTE
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: MAY 08, 2007@08:54     ENTRY DATE: MAY 08, 2007@08:54:33
      AUTHOR: CARPIO,EVELYN G RN    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED
```

Identification confirmed with two forms of identification.

ALLERGIES: asa, iodine

FOCUS:dizzy, coughing, vomiting, malaise

DATA: Presents to prime clinic as walk-in with request for follow up with
dizziness, vomiting, frequent coughing, generalized malaise. Pt aa+ox3
ambulatory, respirations even and regular, states pian level # 7 to all body.
Pt's pcp Dr. Sneed, no open slots to see pt, he recomended to have pt see a
resident this afternoon.

MEDICATIONS:see med list

```
Vitals
Temp: 98.5 F [36.9 C] (05/08/2007 08:52)
Pulse: 100 (05/08/2007 08:52)
Resp: 20 (05/08/2007 08:52)
BP: 110/61 (05/08/2007 08:52)
Weight: 245 lb [111.4 kg] (04/27/2007 10:37)
Height: 75.5 in [191.8 cm] (04/27/2007 10:37)
BMI: 30.3
Pain: 7 (05/08/2007 08:52)
```

ACTION:Pt scheduled to see Dr. Olson (residen)t today at 1:00pm for followup.

TEACHING:TAP telephone number

RESPONSE: Verbalized understanding of instructions, will see provider this
afternoon
Detailed Pain Screening #1

Section A:

  Current Pain Intensity score:7
  Usual Pain Rating: 7 [average in the last 24 hours]
  Worst Pain Rating: 7 [In the last 24 hours]

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

```
Primary Pain Location:  [check all that apply]
  Generalized muscle pain

Primary pain duration:
  [ ] Brief
  [X] Continues for 24hours
  [X] Continues for 2days

Pain Frequency:
  [X] Constant/unremitting
  [ ] Intermittent

Primary pain Character:  [check all that apply]
  soreness     , aching

Pain "triggers" (what brings on the pain or makes it worse): movement


Pain effects: [check all that apply]
  Sleep, Physical activities

How have you managed your pain in the past? na


Non-pharmaceutical intervention(s)/medication(s) used to control pain:
  None

  Other over the counter medication: na


  Prescription medications (list): see med list


  How well has medication worked for you in the past?
  [ ] Very well.
  [X] Not very well.
  [ ] Not at all.

  Other:

Section B:
  [ ] 1. Current level of pain is acceptable/managable or patient does
not desire evaluation/intervention by treating health care provider today.

Comments:

  [X] 2. Current level of pain is NOT acceptable/managable or patient
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

```
desires evaluation/intervention by treating health care provider today.

  [X] 3. Treating health care provider notified.
Pain Assessment, Plan and Education #2

PAIN ASSESSMENT: pain level 7


PLAN OF CARE:
       [X] Physician notified:Dr. Olson

       [ ] Medications dispensed:

       [ ] Measures initiated:

       [ ] Other:

PATIENT EDUCATION

Verbal education completed:  [check all that apply]
    Pain rights  , Pain Management, Treatment options  , Pain Intensity Scale

Written material provided:   [check all that apply]
    [ ] Pain Rights Booklet
    [ ] Pain Control After Surgery Booklet
    [ ] Pain Management Booklet
    [ ] Other:

Understanding of education:
    [ ] Excellent
    [X] Good
    [ ] Adequate
    [ ] Poor

    [ ] Needs follow up



/es/ EVELYN G CARPIO RN
RN
Signed: 05/08/2007 09:35


 LOCAL TITLE: MENTAL HEALTH - PSYCHIATRY
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: APR 27, 2007@11:28    ENTRY DATE: APR 27, 2007@11:28:52
      AUTHOR: COYLE,KATHLEEN A MD  EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

**VISTA Electronic Medical Documentation**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509
```

Printed at SE Louisiana Veterans HCS

# Progress Note

Printed On Mar 31, 2008

*** MENTAL HEALTH - PSYCHIATRY Has ADDENDA ***

Follow up for medication management and supportive psychotherapy.

S: Pt. said that he was taking risperidone, but stopped it on Tuesday due to thinking it was making him too sleepy during the day--said he stays sleeping too long when he takes it. He is willing to try quetiapine and verbalized understanding that it may cause sedation and that he should take it only at bedtime. After further discussion with him about his treatment, he is agreeable to assessment by MHICM.

He reports that he is doing alright.
He denies use of alcohol or illicit drugs.
He denies hallucinations.
He denies paranoia.
He still thinks that he is in the navy.
He said he likes to read and to cook.

He is on probation and requests a note for probation officer, Nikki Williamson, re: my assessment of his ability to participate in court required rehab program and community service work.

O:
MSE: (only X'd items apply)

attire: appropriate___X_                    inappropriate____

   grooming: poor____        fair__      good__X_

   attitude: cooperative ___X__   uncooperative____
      needed redirecting_____
            guarded___          appears to be minimizing __

   psychomotor agitation/retardation:   none__X_   fidgeting__

      seat shifting____  pacing____      leg bouncing____

      slowed gait___  slowed speech____

   speech:    rate         normal_X__     increased____   decreased____

              quantity     normal_X__   increased___   decreased____

              volume       normal__X_    increased____ decreased___

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
            quality        normal__       pressured____


                        soft___        angry_____
            deliberate____

                    monotone _X_


    thought processes: goal-directed__X _   circumstantial_
thought blocking____    tangential____       flight of ideas____
        loosening of associations____

            other


    thought content:  SI __NO__       HI__No__   delusional__X_He thinks
that he is still in the Navy.
IOR___No

    perceptions: no current av hallucinations.

    mood: "alright".

    affect: blunted with some appropriate smiling.

    insight:  poor__X_         fair_____        good_____

    judgment: poor_X__      to  fair_X___       good_____
```

LABS:
Provider : COYLE,KATHLEEN A MD
  Specimen: URINE.            TX 0406 5
                             04/06/2007 09:57

| Test name | Result units | Ref. range | Site Code |
|---|---|---|---|
| AMPHETAMINES URN | Negative | NEGATIVE | [629] |
| COCAINE URN | Negative | NEGATIVE | [629] |
| OPIATES URN | Negative | NEGATIVE | [629] |

   Eval: Urine toxicology testing is for screening purposes only.

| | | | |
|---|---|---|---|
| PHENCYCLIDINE | Negative | NEGATIVE | [629] |
| CANNABINOIDS URN | Negative | NEGATIVE | [629] |

Comment: Testing performed in Baton Rouge, LA

| BMP Coll. date | GLUC | BUN | $CO_2$ | NA | CL | CA | CREAT |
|---|---|---|---|---|---|---|---|
| 4/6/07 09:57 | 97 | 13 | 27 | 140 | 105 | 8.8 L | 1.1 |

| BMP Coll. date | K | 1/Cr |
|---|---|---|

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
4/6/07 09:57           3.7    0.91
Latest CBC:

  HCT:      34.1    (04/12/06 09:14)    47.0    (04/06/07 09:57)
  HGB:      10.6    (04/12/06 09:14)    15.3    (04/06/07 09:57)
  MCH:      20.9    (04/12/06 09:14)    26.8    (04/06/07 09:57)
  MCHC:     31.1    (04/12/06 09:14)    32.6    (04/06/07 09:57)
  MCV:      67.3    (04/12/06 09:14)    82.1    (04/06/07 09:57)
  MPV:      8.2     (03/28/06 08:40)    8.9     (04/12/06 09:14)
  PLT:      537     (04/12/06 09:14)    351     (04/06/07 09:57)
  RBC:      5.07    (04/12/06 09:14)    5.73    (04/06/07 09:57)
  RDW-CV:   26.8    (04/12/06 09:14)    15.5    (04/06/07 09:57)
  WBC:      8.4     (04/12/06 09:14)    6.1     (04/06/07 09:57)
Latest Hepatitis Testing Results:
No data available

Last Lipid Profile:

  CHOL,T.:  183     (04/12/06 09:14)    199     (04/06/07 09:57)
  HDL3:     46.8    (04/12/06 09:14)    71.5    (04/06/07 09:57)
  LDL3:     126.2   (04/12/06 09:14)    117.7   (04/06/07 09:57)
  TRIG:     50      (04/12/06 09:14)    49      (04/06/07 09:57)
Latest Liver Function Tests:
LFTs Coll. date    ALK PH. SGOT    SGPT   ALB    D.BIL   T.PRO  T.BIL
4/6/07 09:57          59    24      30    4.0            7.5    0.4
4/12/06 09:14         60    18      18    4.1            7.5    0.2
3/28/06 08:40         49    17      12    3.7            7.0    0.4


 PSA :                              0.34    (03/28/06 08:40)
Last 2 Urinalysis:

  APPEARA:  CLEAR   (03/28/06 08:40)    CLEAR   (04/06/07 09:57)
  BILE:     NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  COLOR:    Yellow  (03/28/06 08:40)    Yellow  (04/06/07 09:57)
  KETONES:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  SpG:      1.015   (03/28/06 08:40)    1.024   (04/06/07 09:57)
  UNITSCN:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  UR GLUC:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  UR UROB:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  UR. BLD:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  URN PRO:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  UWBCSCN:  NEG     (03/28/06 08:40)    NEG     (04/06/07 09:57)
  pH:       6.500   (03/28/06 08:40)    5.500   (04/06/07 09:57)


ASSESSMENT:
I. psychotic disorder nos, rule out delusional disorder vs. schizophrenia
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

    Noncompliance with treatment


II. deferred

III. Active Problem
DJD of Lumbar Spine 721.3 04/12/2006 SNEED,ERNEST J MD
Tinea Unguium * (ICD-9-CM 110.1) 11 01/27/2006 DEMARCO,MICHAEL DPM
Cellulitis and abscess of toe (ICD- 01/27/2006 DEMARCO,MICHAEL DPM
LUMBAGO 724.2 10/16/2001 ZEKOSKI,MARLENE MD
ESOPHAGEAL REFLUX 530.81 07/04/1999 ROWBATHAM,GREGORY

IV. recent incarceration--on probation.

V. 40

PLAN:
For psychosis: recommended IM med due to noncompliance, but pt. declined.
Restarted risperidone, but pt. stopped due to thinking it was making him too
sleepy.
Per cprs, pt. has history of treatment resistance/noncompliance.
Pt. willing to re-try quetiapine. Discussed possible side effects, including
sedation with pt. Provided psychoeducation to pt.
Discussed treatment options with pt.
Discussed purpose and use of psych med with pt.


For noncompliance with treatment: discussed with pt.


For pt's request for a note for probation officer re: his ability to comply with
court requirements: note provided to pt. today with his signed, written consent
stating that due to his mental illness, pt. is not able to participate in a
rehab program and do not recommend that he do any type of work. Copy of signed
consent, on which note was provided, forwarded to medical records.

MHICM consult as pt. now agreeble to assessment for MHICM.
Reviewed Labs with pt. from 4/6/07.
Return to clinic in June 2007 if not accepted into MHICM.
Pt. to call appointment center to schedule next appt. if MHICM will not be
following pt.
Pt. to leave message through TAP if he needs to contact me prior to next
appt. if earlier appt. unavailable.
Pt. provided with reminder card to schedule next appt. which includes all
SLVHCS phone numbers that he will need.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

```
/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/27/2007 12:29

05/04/2007 ADDENDUM              STATUS: COMPLETED
Have attempted to contact Vet to explain program and  schedule a MHICM screening
if Vet agrees:
Home phone d/c and so message was left on cell phone(669-3745).
Map quest indicates Vet lives in 50 mile radius/New Orleans East area.
Plan:Await contact from Vet

/es/ MICHELLE DUNNE-IVERSON RN
RN
Signed: 05/04/2007 11:03

05/07/2007 ADDENDUM              STATUS: COMPLETED
I contacted Vet who was non commital regarding Mhicm.He did say that he was sick
with a cough and nausea.States he will be coming to walk in clinic tomorrow.
Asvised to call us so we can meet to screen Vet if he agrees.Vet is also to get
labs ordered by Dr.Coyle and chest xray per Mhicm policy.Vet agrees and states
he will call us tomorrow.

/es/ MICHELLE DUNNE-IVERSON RN
RN
Signed: 05/07/2007 16:08
```

```
 LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: APR 27, 2007@10:39   ENTRY DATE: APR 27, 2007@10:39:57
     AUTHOR: SIGNAL,JACQUELINE P  EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED

  Patient is alert (recognizes name and states date correctly).
  Allergy information documented in patient's chart.
    Current Pain Level:
      0
  Clinical Warnings Review:
    No clinical warnings posted for patient.
  Fall Risk Screen:
      Patient is not flagged high risk for falls and has a negative fall
      screening.--VETERAN HERE FOR SCHEDULED APPT. WITH MENTAL HEALTH CARE
PROVIDER.

/es/ JACQUELINE P SIGNAL LPN
LPN
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

Signed: 04/27/2007 10:41

```
 LOCAL TITLE: CLINIC NURSE TELEPHONE TRIAGE NOTE
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER TRIAGE NOTE
DATE OF NOTE: APR 23, 2007@15:49    ENTRY DATE: APR 23, 2007@15:52:32
      AUTHOR: MAJOR-DUPRE,STACIE   EXP COSIGNER:
      URGENCY:                             STATUS: COMPLETED
```

Call Type: INFORMATION.
Facility Appointed PCP: SNEED,ERNEST J MD (NOL PRIME GREEN)
No Associate Provider Identified

Caller Response: OTHER.

Protocol(s) used: <Not identified>.

SPEARS,MARVIN is assigned to Caller Area NEW ORLEANS.
Patient Phone Number: (504)669-3745-CELL
<No Contact Phone Number Entered>.


ADDITIONAL COMMENTS/INFORMATION:


Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99371).
Starting at: 4/23/2007 @ 3:49:00 PM
Ending at: 4/23/2007 @ 3:51:59 PM
Length: 2 minutes.
Author: MAJOR,STACIE ALNITA RN
Conversation with SPEARS,MARVIN has a chief complaint of: <not
identified>.

Identified problem: OTHER UNSPECIFIED COUNSELING.

ID verified x 2.

Active Allergies: ASPIRIN

 Return phone call

 Probation officer, Nikki Williamson, called to speak with Dr. Coyle concerning
Vet.  She can be reached @ 985-809-5365 between 830am - 430pm.  Will send
message to Dr. Coyle.  Voiced appreciation.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

Printed On Mar 31, 2008

```
/es/ STACIE ALNITA MAJOR RN
RN
Signed: 04/23/2007 15:52

Receipt Acknowledged By:
04/23/2007 16:24        /es/ KATHLEEN A COYLE MD
                              STAFF PHYSICIAN
```

```
 LOCAL TITLE: MH TELEPHONE PSYCHIATRY
STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 19, 2007@17:01     ENTRY DATE: APR 19, 2007@17:01:27
     AUTHOR: COYLE,KATHLEEN A MD  EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

    *** MH TELEPHONE PSYCHIATRY Has ADDENDA ***
```

I attempted to return phone call from Nikki Williamson, pt's probation officer at 985-809-5365, but got no answer, no means of leaving message was available.

Pt. had signed consent at appt. this month for me to speak with probation officer.

```
/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/19/2007 17:03
```

04/23/2007 ADDENDUM                    STATUS: COMPLETED
Returned Nikki Williamson's (pt's probation officer) call.
Per Ms. Williamson, pt. was arrested for DWI after a hit and run on 3/13/07, and is on probation for this. She does not think that any one was injured in that accident.
At time of arrest, he was noted to have odor of alcohol on his breath and to have almost fallen over.
He was noted as refusing breatherlizer.
He was also noted to claim that he was both a police officer and a navy seal at the time of that arrest.
Ms. Williamson asked that if pt. returns for an appt. with me, for him to be provided with note stating what he is capable of doing with respect to court's requirements of community service work and substance rehab.

Plan: Ms. Williamson to ask pt. to schedule appt. with me for note stating my assessment as per above.

Plan at first visit with me 4/6/07 was for him to re-initiate antipsychotic med and to follow up in one month.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/23/2007 16:45
```

```
 LOCAL TITLE: CLINIC NURSE TELEPHONE TRIAGE NOTE
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER TRIAGE NOTE
DATE OF NOTE: APR 17, 2007@11:03:59  ENTRY DATE: APR 17, 2007@11:22:57
      AUTHOR: MCCLUE,BARBARA RN    EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

    *** CLINIC NURSE TELEPHONE TRIAGE NOTE Has ADDENDA ***
```

Call Type: INFORMATION.
Facility Appointed PCP: SNEED,ERNEST J MD (NOL PRIME GREEN)
No Associate Provider Identified

Caller Response: OTHER.

Protocol(s) used: <Not identified>.

SPEARS,MARVIN is assigned to Caller Area NEW ORLEANS.
Patient Phone Number: (504)669-3745-CELL
<No Contact Phone Number Entered>.


ADDITIONAL COMMENTS/INFORMATION:


Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99373).
Starting at: 4/17/2007 @ 11:03:59 AM
Ending at: 4/17/2007 @ 11:22:25 AM
Length: 18 minutes.
Author: MCCLUE,BARBARA RN
Conversation with OTHER indicates that SPEARS,MARVIN has a chief complaint
of: <not identified>.

Identified problem: OTHER UNSPECIFIED COUNSELING.
F-Community service/Substance abuse classes

D-ID verified x2.
Active Allergies:
ASPIRIN
Received the below message from MS Guidry PSA in reference to the patient

Ms Williamson, a misdemeanor probation officer w/ a court in Covington, stated
the patient signed a "waiver" giving her permission to speak with his
psychiatrist, Dr. Coyle.  The patient is required to attend substance abuse

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126       Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

classes and do community service but states he is unable to perform these
duties because of his mental condition, schizophrenia.  The patient's attorney
believes the patient can do the required duties as they involve "simple office
work".  The caller needs to speak to Dr. Coyle regarding to clarify "what he
can and cannot do on probation".


A-A review of the record shows the patient was last seen by the Mental health
provider on 4-6-07. The patient is due for follow up in 1 months. The Mental
Health provider will be notified of the call and request for disposition.

R-The caller can be reached at (985)809-5365. The caller expressed appreciation
for the assistance.

/es/ BARBARA MCCLUE RN
RN
Signed: 04/17/2007 11:22

Receipt Acknowledged By:
04/17/2007 11:44        /es/ KATHLEEN A COYLE MD
                        STAFF PHYSICIAN

04/18/2007 10:05        /es/ MARLA J STEWART RN
                        RN


04/17/2007 ADDENDUM                 STATUS: COMPLETED
Returned probation officer's (Ms. Nikki Williamson) call with pt's signed,
written consent. Ms. Williamson was in court, hence, another probation officer,
Amanda Sansone, took the call for her.

Ms. Sansone said that pt. has 2 years probation starting March 2007 for which he
is required to participate in four, 8 hr. days of community service.

Discussed with Ms. Sansone 985-809-5365, that I have evaluated this pt. once, on
4/6/07.
Based on that evaluation, pt. is delusional and has a history of noncompliance
with treatment, based on his report to me and per medical record. I told her
that on day I saw him, while he was delusional, he met no criteria for
psychiatric hospitalization. His record also notes that he has been refractory
to psychiatric treatment, however, due to noncompliance with treatment, his lack
of response to meds may be result of noncompliance vs. being due to treatment
resistant psychosis.  I recommended that he not perform work of any type.


/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/17/2007 12:18
LOCAL TITLE: MENTAL HEALTH - PSYCHIATRY
STANDARD TITLE: PSYCHIATRY NOTE

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)     **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

DATE OF NOTE: APR 06, 2007@09:06     ENTRY DATE: APR 06, 2007@09:06:30
    AUTHOR: COYLE,KATHLEEN A MD   EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

First appt. with me.

Psychiatric evaluation, medication management, and supportive psychotherapy.

S: Pt. reports that he is doing alright now, but is on probation. He thinks that
he was charged with dwi after an accident as described below. He denies any
illicit drugs and said he hasn't drank
alcohol in years. He said he is willing to give urine sample today for drug
testing. No cigarettes, stopped "a long time ago". He said that
sometime in beginning of 2007 that he thought someone was chasing him while he
was driving and got into a car accident. He said that he was incarcerated for
about 3 days and is now on probation. He said that he didn't drive to this appt.
He said that someone brought him to appt. today. He said that he does drive
anymore due to not seeing that well.

RE: med compliance, he is not taking any psych meds and doesn't recall how long
he's been out.
He doesn't recall if psych meds were helping him when he was taking them.
He does not recall any intolerable psych med side effects when he was taking
them. He is willing to restart psych med, but declines an IM med due to not
liking needles.

He said that he sees spots since he is off his psych medications.

He denies suicidality and denies homicidality.

SH: separated, lives in house with a roommate.
Navy:combat, Desert Storm, honorable discharge.
Income: receives disability income from VA and SS for mental illness
Leisure: swimming and fishing.

O:
MSE: (only X'd items apply)

 attire: appropriate___X_                    inappropriate____

    grooming: poor____        fair__        good__X_

    attitude: cooperative ___X__   uncooperative____
       needed redirecting_____
              guarded___        appears to be minimizing __

    psychomotor agitation/retardation:   none__X_   fidgeting__

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

```
        seat shifting____    pacing____        leg bouncing____

        slowed gait___  slowed speech____

   speech:    rate           normal__X__     increased____   decreased____

              quantity       normal_X__    increased___    decreased____

              volume         normal__X_     increased____  decreased___

              quality        normal__      pressured____

                                  soft___          angry____
              deliberate____

                          monotone _X_


   thought processes: goal-directed__X _   circumstantial_
   thought blocking____    tangential____        flight of ideas____
        loosening of associations____

             other


   thought content:  SI __NO__       HI__No__    delusional__X__originally
said that he got an honorable discharge from navy, then said that he is still in
the Navy. He said he gets disability income, then said he worked on "the base".
IOR___No

   perceptions: no current av hallucinations.

   mood: "alright".

   affect: blunted with some appropriate smiling.

   insight:   poor__X_          fair_____        good_____

   judgment: poor_X__     to  fair_X___        good_____
```

```
LABS:
BMP Coll. date        GLUC    BUN     CO2     NA      CL      CA      CREAT
4/12/06 09:14         96      12      27      135 L   103     8.8 L   1.1

BMP Coll. date        K       1/Cr
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

Page 49

# Progress Note

```
4/12/06 09:14          4.0
Latest CBC:

  HCT:      18.4    (03/28/06 08:40)    34.1    (04/12/06 09:14)
  HGB:      5.4     (03/28/06 08:40)    10.6    (04/12/06 09:14)
  MCH:      17.3    (03/28/06 08:40)    20.9    (04/12/06 09:14)
  MCHC:     29.3    (03/28/06 08:40)    31.1    (04/12/06 09:14)
  MCV:      59.1    (03/28/06 08:40)    67.3    (04/12/06 09:14)
  MPV:      8.2     (03/28/06 08:40)    8.9     (04/12/06 09:14)
  PLT:      437     (03/28/06 08:40)    537     (04/12/06 09:14)
  RBC:      3.12    (03/28/06 08:40)    5.07    (04/12/06 09:14)
  RDW-CV:   17.4    (03/28/06 08:40)    26.8    (04/12/06 09:14)
  WBC:      6.6     (03/28/06 08:40)    8.4     (04/12/06 09:14)
Latest Hepatitis Testing Results:
No data available

Last Lipid Profile:

  CHOL,T.:  193     (02/14/05 14:07)    183     (04/12/06 09:14)
  HDL3:     59      (02/14/05 14:07)    46.8    (04/12/06 09:14)
  LDL3:     122.0   (02/14/05 14:07)    126.2   (04/12/06 09:14)
  TRIG:     60      (02/14/05 14:07)    50      (04/12/06 09:14)
Latest Liver Function Tests:
LFTs Coll. date      ALK PH. SGOT   SGPT  ALB   D.BIL  T.PRO  T.BIL
4/12/06 09:14         60      18     18    4.1          7.5    0.2
3/28/06 08:40         49      17     12    3.7          7.0    0.4


  PSA :                              0.34    (03/28/06 08:40)

ASSESSMENT:
I. psychotic disorder nos, rule out delusional disorder vs. schizophrenia


II. deferred

III. Active Problem
DJD of Lumbar Spine 721.3 04/12/2006 SNEED,ERNEST J MD
Tinea Unguium * (ICD-9-CM 110.1) 11 01/27/2006 DEMARCO,MICHAEL DPM
Cellulitis and abscess of toe (ICD- 01/27/2006 DEMARCO,MICHAEL DPM
LUMBAGO 724.2 10/16/2001 ZEKOSKI,MARLENE MD
ESOPHAGEAL REFLUX 530.81 07/04/1999 ROWBATHAM,GREGORY

IV. recent incarceration

V. 40

PLAN:
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126        Printed at SE Louisiana Veterans HCS
438451509

Page 50

# Progress Note

For psychosis: recommended IM med due to noncompliance, but pt. declined.
Restart risperidone 2mg qhs x 1 night , then 4mg qhs x 1 night, then 6mg qhs
thereafter.
Pt. currently not interested in MHICM, revisit with him.
Labs today.
return to clinic in one month.

/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/06/2007 16:19

---

LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: APR 06, 2007@08:56     ENTRY DATE: APR 06, 2007@08:56:16
     AUTHOR: JEFFERIES-JOHNSON,M  EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED

Patient is alert (recognizes name and states date correctly).
Allergy information documented in patient's chart.
  Weight:
    243 lb (110.5 kg)
  Temperature:
    98.1 F (36.7 C)
  Pulse:
    99
  Respiration:
    20
  Blood pressure:
    (If greater than 140/90 or less than 90/60 refer to RN.)
    128/83
  Current Pain Level:
    0
Clinical Warnings Review:
  No clinical warnings posted for patient.
Fall Risk Screen:
    Patient is not flagged high risk for falls and has a negative fall
    screening.
Patient was referred to provider.
  Provider Name: DR. Coyle

/es/ M JEFFERIES-JOHNSON RN
RN
Signed: 04/06/2007 08:57

---

LOCAL TITLE: NO SHOW CLINIC NOTE - BP
STANDARD TITLE: NO SHOW NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126        Printed at SE Louisiana Veterans HCS
438451509

Page 51

# Progress Note

DATE OF NOTE: APR 02, 2007@12:18     ENTRY DATE: APR 02, 2007@12:18:52
      AUTHOR: COYLE,KATHLEEN A MD   EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

Patient did not show for clinic appointment today.
Placed order for pt. to be called to see if he would like to reschedule.

/es/ KATHLEEN A COYLE MD
STAFF PHYSICIAN
Signed: 04/02/2007 12:20

---

 LOCAL TITLE: BR TELEPHONE ADVICE
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 19, 2006@13:33     ENTRY DATE: SEP 19, 2006@13:33:24
      AUTHOR: BANKSTON,DONNA C     EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

PATIENT CALLED TO CHANGE ADDRESS AND TO GET RX NUMBERS, TRANSFERRED TO ATR

/es/ DONNA C BANKSTON
PHARMACY TECHNICIAN
Signed: 09/19/2006 13:34

---

 LOCAL TITLE: PRIMARY CARE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: APR 12, 2006@08:48     ENTRY DATE: APR 12, 2006@08:48:20
      AUTHOR: SNEED,ERNEST J MD     EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED

   *** PRIMARY CARE NOTE Has ADDENDA ***

THIS VISIT IS A FOLLOWUP (X )   NEW  PATIENT ( )

CC:THIS A 41 MALE WITH HX OF ANEMIA, HIATAL HERNIA, ETOH ABUSE PRESENTS FOR
FOLLOWUP FOR ANEMIA.  3-29-06 UR NOTE APPRECIATED. NORMAL COLONOSCOPY. NOTED
ETOH USE.HEARS VOICES, NO HOMICIDAL OR SUICIDAL THOUGHTS

PMH:
Active Problem
Tinea Unguium * (ICD-9-CM 110.1) 11 01/27/2006 DEMARCO,MICHAEL DPM
Cellulitis and abscess of toe (ICD- 01/27/2006 DEMARCO,MICHAEL DPM
LUMBAGO 724.2 10/16/2001 ZEKOSKI,MARLENE MD
ESOPHAGEAL REFLUX 530.81 07/04/1999 ROWBATHAM,GREGORY
MEDS:
Active Outpatient Medications (excluding Supplies):

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)   | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

```
No Medications Found


Patient has answered NKA

SVS - Today's Vital Signs

Measurement DT    TEMP          PULSE  RESP  BP          PAIN
                  F(C)

04/12/2006 08:20  98.2(36.8)    91     19    131/81      7



PE:

HEENT:NC/AT, EOMI, PERRL, NO ORAL LESIONS, NECK SUPPLE, NO JVD OR BRUITS
LUNGS:CTA NO WHEEZES
HEART:RRR NO MGR
ABDOMEN:BS NORMOACTIVE, NONTENDER, NO HEPATOSPLENOMEGALY
EXT:NO C/C/E
BACK: NOTED PAIN ON PERCUSSION OVER L4, SLIGHT PAIN ON HEEL WALK. LEG STRENGTH
5/5/, NORMAL PATELLAR REFLEXES

LABS:

  HCT:       39.5     (02/14/05 14:07)    18.4     (03/28/06 08:40)
  HGB:       12.8     (02/14/05 14:07)    5.4      (03/28/06 08:40)
  MCH:       24.3     (02/14/05 14:07)    17.3     (03/28/06 08:40)
  MCHC:      32.4     (02/14/05 14:07)    29.3     (03/28/06 08:40)
  MCV:       74.8     (02/14/05 14:07)    59.1     (03/28/06 08:40)
  MPV:       8.8      (02/14/05 14:07)    8.2      (03/28/06 08:40)
  PLT:       362      (02/14/05 14:07)    437      (03/28/06 08:40)
  RBC:       5.28     (02/14/05 14:07)    3.12     (03/28/06 08:40)
  RDW-CV:    17.3     (02/14/05 14:07)    17.4     (03/28/06 08:40)
  WBC:       8.5      (02/14/05 14:07)    6.6      (03/28/06 08:40)

  1/Cr:      0.91     (05/14/03 13:16)    0.91     (02/14/05 14:07)
  ALBUMIN:   3.7      (02/14/05 14:07)    3.7      (03/28/06 08:40)
  ALKPHOS:   70       (02/14/05 14:07)    49       (03/28/06 08:40)
  AMYLASE:                                69       (06/28/90 02:30)
  BENZO:     Negative (04/30/02 05:30)    Negative (04/30/02 05:30)
  CA:        8.8      (02/14/05 14:07)    9.0      (03/28/06 08:40)
  CHOL,T.:   247      (12/09/98 09:49)    193      (02/14/05 14:07)
  CL:        104      (02/14/05 14:07)    108      (03/28/06 08:40)
  CO2:       28       (02/14/05 14:07)    27       (03/28/06 08:40)
  COCAINE:   Negative (04/30/02 05:30)    Negative (04/30/02 05:30)
  CREAT:     1.1      (02/14/05 14:07)    1.0      (03/28/06 08:40)
  D BILI:    0.2      (03/20/02 14:48)    0.2      (04/30/02 05:30)
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
FTI:        2.2      (10/16/01 05:35)    3.1      (04/30/02 05:30)
GLUCOSE:    78       (02/14/05 14:07)    94       (03/28/06 08:40)
HDL3:                                    59       (02/14/05 14:07)
K:          4.0      (02/14/05 14:07)    3.8      (03/28/06 08:40)
LDH:        126      (03/24/95 15:45)    126      (04/04/96 11:29)
LDL3:                                    122.0    (02/14/05 14:07)
NA:         137      (02/14/05 14:07)    140      (03/28/06 08:40)
OPIATES:    Negative (04/30/02 05:30)    Negative (04/30/02 05:30)
PHOS:                                    2.2      (06/28/90 02:30)
PROT.T:     6.8      (02/14/05 14:07)    7.0      (03/28/06 08:40)
PSA :                                    0.34     (03/28/06 08:40)
SGOT:       19       (02/14/05 14:07)    17       (03/28/06 08:40)
SGPT:       21       (02/14/05 14:07)    12       (03/28/06 08:40)
T BIL:      0.4      (02/14/05 14:07)    0.4      (03/28/06 08:40)
T-3 RU:     32       (10/16/01 05:35)    34       (04/30/02 05:30)
T-4:        6.8      (10/16/01 05:35)    9.2      (04/30/02 05:30)
TRIG:                                    60       (02/14/05 14:07)
TSH:                                     1.50     (03/28/06 08:40)
UREA N:     13       (02/14/05 14:07)    10       (03/28/06 08:40)
```

A/P:
LOW BACK--R/O DISC HERNIATION, ORDER OPEN AIR MRI, PATIENT WITH CLAUSTROPHOBIA
AND PARANOID SCHIZOPHRENIA
METNAL HEALTH- CONSULT DONE
GI- CHECK LABS TODAY, CBC, INCREASE OMEPRAZOLE 20MG PO BID.

RTC: 2 MONTHS

/es/ ERNEST J SNEED MD
STAFF PHYSICIAN
Signed: 04/12/2006 09:09

04/12/2006 ADDENDUM                      STATUS: COMPLETED
HCT 34, BEGIN FESO4 TAB

/es/ ERNEST J SNEED MD
STAFF PHYSICIAN
Signed: 04/12/2006 14:07

LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: APR 12, 2006@08:25   ENTRY DATE: APR 12, 2006@08:25:18
    AUTHOR: KENDRICK,MICHELLE L  EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

Clinical Reminder Activity
  - Alcohol screen:
      Patient has not used alcohol within the last year.

/es/ MICHELLE L KENDRICK RN
RN
Signed: 04/12/2006 08:25

---

 LOCAL TITLE: PAIN MANAGEMENT NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: APR 12, 2006@08:21    ENTRY DATE: APR 12, 2006@08:21:55
      AUTHOR: KENDRICK,MICHELLE L   EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Detailed Pain Screening #1

Section A:

  Current Pain Intensity score:7
  Usual Pain Rating:  [average in the last 24 hours]
  Worst Pain Rating:  [In the last 24 hours]

  Primary Pain Location:  [check all that apply]
    Lower Back

  Primary pain duration:
    [ ] Brief
    [ ] Continues for hours
    [X] Continues for 365 days Chronic for years

  Pain Frequency:
    [ ] Constant/unremitting
    [ ] Intermittent

  Primary pain Character:  [check all that apply]
    soreness       , aching

  Pain "triggers" (what brings on the pain or makes it worse):

  Pain effects:  [check all that apply]
    Physical activities, Mobility

  How have you managed your pain in the past?

  Non-pharmaceutical intervention(s)/medication(s) used to control pain:
  Vicodin

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

```
    Other over the counter medication:

    Prescription medications (list):

    How well has medication worked for you in the past?
    [ ] Very well.
    [X] Not very well.
    [ ] Not at all.

    Other:

Section B:
  [X] 1. Current level of pain is acceptable/managable or patient does
not desire evaluation/intervention by treating health care provider today.

Comments:

   [ ] 2. Current level of pain is NOT acceptable/managable or patient
desires evaluation/intervention by treating health care provider today.

   [ ] 3. Treating health care provider notified.

/es/ MICHELLE L KENDRICK RN
RN
Signed: 04/12/2006 08:25
```

---

```
 LOCAL TITLE: UTILIZATION REVIEW NURSE NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: MAR 29, 2006@11:04    ENTRY DATE: MAR 29, 2006@11:04:16
     AUTHOR: MOLL,GLORIA RN       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

   *** UTILIZATION REVIEW NURSE NOTE Has ADDENDA ***

A call was placed to Judy,Case Manager[ph#985-639-8920] assigned to patient's
case-and an explanation of VA transfer and coverage until stable policy was
explained. Judy reported that patient's clinicals will be reviewed and
information will faxed and/or follow-up call will made to NOCC.

/es/ GLORIA MOLL RN
RN
Signed: 03/29/2006 11:09

Receipt Acknowledged By:
04/11/2006 07:43       /es/ ERNEST J SNEED MD
                            STAFF PHYSICIAN
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

03/30/2006 ADDENDUM                      STATUS: COMPLETED
On 3/29/06, Judy,CM called back with a report that patient has required 4units
PRBC and a repeat H/H is pending also, patient's MD has not rounding and Judy
will call in the morning with an update.
VA coverage of stay until stable policy was explained to Judy,CM.
Faxed clinical info.received will be reviewed.

/es/ GLORIA MOLL RN
RN
Signed: 03/30/2006 08:24


03/31/2006 ADDENDUM                      STATUS: COMPLETED
[3/30/06,2:20pm]Judy,CM called and reported that an EGD was done and a large
incarcerated hiatal hernia was noted. No active bleeding but likely bleed
from
this 2weeks ago. MD said that patient will need colonoscopy tomorrow because
of
severity of Fe+ deficiency.
Judy,CM was informed that VA will cover patient's stay until stable. All
clinicals info will be reiewed.

[3/31/06]Received call reporting that patient will be discharged today after
colonoscopy---also received faxed clinicals below:

Faxed clinical info reviewed today 4/10/06:
[3/28/06]H&P: Mr.Spears was referred to Slidell Memorial ED after one day
prior experiencing a near syncope episode and was found to be markedly
anemis.
PMH: GERD;ETOH Use. Patient reported that he drinks 8-9beers every other day
and uses 8-9 ASAs over the last several months secondary to chronic back
pain.
Also reported one episode of coffee-ground hematemesis about 2weeks ago-
followed by one episode of melena and having endoscopy 3motns ago in Houston.
ER labs showed: [H/H] 5.4/18.6 [vitB12] 449[folate] 3.7 and [tIBC]456.
Patient was admitted with plan of care: PRBCs tranfusions; IVFs:NS at
100cc/hr
monitor labs and GI consult.

[3/29/06]Continued to received 4units PRBCs. [b]115/56 [p]81 [rr]16.
GI consult completed-patient will need EGD on 3/30/06.

[3/30/06,2:20pm]Judy,CM called and reported that an EGD was done and a large
incarcerated hiatal hernia was noted. No active bleeding but likely bleed
from this 2weeks ago. MD said that patient will need colonoscopy tomorrow
because of severity of Fe+ deficiency.

[3/31/06]Colonoscopy done-with normal results. MD feels that chronic anemia
is related to his large incarerated hiatal hernia.

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

Patient was discharged with strong consideration for hernia repair.

Business Office Operations: patient's LOS was from 3/28/06 thru 3/31/06.
Days stable and approved 3/28/06 thru 3/30/06.

/es/ GLORIA MOLL RN
RN
Signed: 04/10/2006 17:04

04/11/2006 ADDENDUM                    STATUS: COMPLETED
I am not the supervising MD for NP Hansen. Please forward the record to her
supervising physician.

/es/ ERNEST J SNEED MD
STAFF PHYSICIAN
Signed: 04/11/2006 07:45

04/11/2006 ADDENDUM                    STATUS: COMPLETED
Who is Ms.Hansen's supervising MD? The reason my note was forwarded to you is
because according to the appt list--this patient has an appt in your clinic on
4/12th.
I will add Ms. Hansen's name as an add.signer.

/es/ GLORIA MOLL RN
RN
Signed: 04/11/2006 10:43

Receipt Acknowledged By:
04/11/2006 13:24        /es/ ERNEST J SNEED MD
                             STAFF PHYSICIAN
04/11/2006 11:33        /es/ KATRINA E HANSEN NP
                             RN, FNP

04/11/2006 ADDENDUM                    STATUS: COMPLETED
My collaborating physician with whom I discussed this case is Dr. Zekowski.  I
did not ask her if I could admit the patient, however, as it is within my scope
of practice to diagnose and appropriately treat the patient as a Primary Care
Provider.

/es/ KATRINA E HANSEN NP
RN, FNP
Signed: 04/11/2006 11:35

Receipt Acknowledged By:
04/11/2006 12:24        /es/ GLORIA MOLL RN
                             RN
 LOCAL TITLE: UTILIZATION REVIEW CONSULT NOTE
STANDARD TITLE: ADMISSION EVALUATION CONSULT

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

```
DATE OF NOTE: MAR 28, 2006@14:34    ENTRY DATE: MAR 28, 2006@14:36:21
       AUTHOR: MOLL,GLORIA RN       EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

Please refer to the Utilization Review Nurse Note dated 3/28/06
for concurrent review.
COMPLETED BY CONSULT CENTER STAFF

  Accepting Facility: Slidell Memorial Hospital

  Accepting Physician: none stated
  Telephone #: none stated

VISTA has the following data on eligibility:
Patient is 100% Service Connected
LIMITED MOTION OF ANKLE  0%  SC
PSYCHOSIS, SCHIZ PARA  100%  SC

Eligibility status: VERIFIED
Eligibility type:   SC VETERAN

Employment Status:  NOT EMPLOYED
Patient Employment: POLICE OFFICER - NOT EMPLOYED

  NSC [ ]   SC% 100 Eligibility: verified

  Insurance: No

  Transportation Authorized: Yes: Mode per private transport

  Non VA Medical Services:
  Yes Non-VA Service Type                          Dates
_____

1) Emergency Room evaluation                   3/28/06 until stable


Comments: Patient's hct/hgb was 5.4/18.4 and his PCP recommended that he go to
the ER ASAP. Will follow-up.

/es/ GLORIA MOLL RN
RN
Signed: 03/28/2006 14:45
_____

  LOCAL TITLE: NURSE PRACTITIONER NOTE
  STANDARD TITLE: NURSE PRACTITIONER NOTE
  DATE OF NOTE: MAR 28, 2006@08:39    ENTRY DATE: MAR 28, 2006@08:39:41
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available) | VISTA Electronic Medical Documentation |
| --- | --- |
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

Printed On Mar 31, 2008

```
        AUTHOR: HANSEN,KATRINA E NP   EXP COSIGNER:
        URGENCY:                           STATUS: COMPLETED

   *** NURSE PRACTITIONER NOTE Has ADDENDA ***
```

S:  Pt is a 40 yo Veteran with hx of Psychosis and Reflux who comes in today
because of dizziness that he experienced yesterday on his way to the
Opthamologist.  He states that at that time he became so dizzy that he thought
he would pass out.  He did not seek emergent care at that time.  States that
about 4-5 months ago he had an endoscopy done at the Houston VAMC to check for
bleeding, but he does not know the results, and it is not in remote data.  He
has not had blood drawn since that time.  States no overt blood in stool, simply
that sometimes his stool is "dark".  He also reports urinary frequency (gets up
4-5 times per night).  Reports maternal aunt is diabetic.  Pt is not
experiencing dizziness at present.

O:  BP 125/77, pulse 96, strong.  No m/r/g.  Normoactive BS, some epigastric
hyperactivity.  No abdominal tenderness, Lungs CTA.  Pulses good, good capillary
refill.  Mucous membranes pink, moist.

A:  R/O anemia
    R/O DM
    R/O BPH

P:  Pt given contact number to Houston VAMC medical records to get results of
tests
    Labs today:  CBC, Chem 20, PSA, UA, TSH, stool for occult blood X3
    Pt counselled to seek emergent care prn any further episodes, BRBPR
    Schedule PCP appt first available for FU

/es/ KATRINA E HANSEN NP
RN, FNP
Signed: 03/28/2006 08:51

03/28/2006 ADDENDUM                      STATUS: COMPLETED
Called by lab in BR hgb 5.4, HCT 18.4.  Called pt on phone, instructed him to
seek emergent care.  Pt will be taken by family to Slidell Memorial.  Will put
in emergent request for admission.

/es/ KATRINA E HANSEN NP
RN, FNP
Signed: 03/28/2006 13:22

03/28/2006 ADDENDUM                      STATUS: COMPLETED
Spoke to Dr. Kumar in Slidell Memorial ER and gave him the values of pts H & H.

/es/ KATRINA E HANSEN NP
RN, FNP

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

```
Signed: 03/28/2006 15:03

03/28/2006 ADDENDUM                    STATUS: COMPLETED
Received call from pt.
ID verified x 2.
Pt. states he is currently at Slidell Memorial Hospital.
States he received msg from wife to go to nearest ER.
Lost call due to poor signal.
Called Ms. Hansen re: above.
Clarified pt. referred due to CBC panic values and asked that I f/u, as she is
currently w pt.
Called pt. @ 504-669-3745 (cell).
Pt. states he is currently in ER and Ms. Hansen, NP was to send information.
Pt. asked that I speak to nurse re: info.
Talked to Ms. Goss, RN; explained will use pt's request that I speak with her
re: information as permission to discuss info. r/t HIPAA.
Informed Ms. Goss, RN of CBC results.
She asked that Ms. Hansen contact Dr. Kumar at 985-649-8542.
Asked that they call me directly, if any questions.
Ms. Goss, RN verbalized understanding and very thankful.
Notified Ms. Hansen, NP of f/u and request to contact Dr. Kumar.

Received f/u call from Ms. Hansen, NP.  States she has contacted Dr. Kumar.

/es/ ELEANOR CHAPITAL RN
RN
Signed: 03/28/2006 15:35
```

```
 LOCAL TITLE: CLINIC INTAKE SCREENING NOTE - BP
STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: MAR 28, 2006@08:29    ENTRY DATE: MAR 28, 2006@08:29:29
     AUTHOR: STEPTER,WANDA J LPN   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Clinical Reminder Activity
  - Pneumovax:
        Patient indicated pneumococcal immunization was received at
          another facility.
        Date: December, 2005
        Location: Houston

/es/ WANDA J STEPTER LPN
LPN
Signed: 03/28/2006 08:30
```

```
 LOCAL TITLE: CLINIC NURSE ASSESSMENT NOTE
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

STANDARD TITLE: NURSING OUTPATIENT NOTE
DATE OF NOTE: MAR 28, 2006@07:55    ENTRY DATE: MAR 28, 2006@07:55:43
     AUTHOR: RIOS,MARIA L RN      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

D: Pt arrived ambulatory.   Pt identification verified x2. Pt is
a/a/0x4,mae,answers questions accordinally,breathing is even and unlabored,able
to follow directions,skin warm and dry to touch.
    Pt state c/o feeling dizzy for the past few weeks with an episode of seeing a
bright light several times with sweating. Also will feel dizzy when he gets up
inthe morning and his legs will get weak. Denies n/v. H/O of stomache ulcers
with having a black stool one week ago.  Pt state he has pain to his right lower
back side which is cronic.

Detailed Pain Screening #1

Section A:

  Current Pain Intensity score:8 cronic
  Usual Pain Rating: 8 [average in the last 24 hours]
  Worst Pain Rating: 8 [In the last 24 hours]

  Primary Pain Location:  [check all that apply]
    Other: Rt.side lower back

  Primary pain duration:
    [ ] Brief
    [ ] Continues for hours
    [X] Continues for 7days

  Pain Frequency:
    [X] Constant/unremitting
    [ ] Intermittent

  Primary pain Character:   [check all that apply]
    aching

  Pain "triggers" (what brings on the pain or makes it worse): certain
positions while lying down or getting up.


  Pain effects:  [check all that apply]
    Sleep, Physical activities

  How have you managed your pain in the past? profile


  Non-pharmaceutical intervention(s)/medication(s) used to control pain:

---

**VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
      Aspirin

      Other over the counter medication:

      Prescription medications (list):

      How well has medication worked for you in the past?
      [ ] Very well.
      [X] Not very well.
      [ ] Not at all.

      Other:

Section B:
  [ ] 1. Current level of pain is acceptable/managable or patient does
not desire evaluation/intervention by treating health care provider today.

Comments:

  [X] 2. Current level of pain is NOT acceptable/managable or patient
desires evaluation/intervention by treating health care provider today.

  [X] 3. Treating health care provider notified.
Pain Assessment, Plan and Education #2

PAIN ASSESSMENT: 8


PLAN OF CARE:
        [ ] Physician notified:

        [ ] Medications dispensed:

        [ ] Measures initiated:

        [X] Other:appointment with


PATIENT EDUCATION

Verbal education completed:  [check all that apply]
    Pain Intensity Scale

Written material provided:   [check all that apply]
    [ ] Pain Rights Booklet
    [ ] Pain Control After Surgery Booklet
    [ ] Pain Management Booklet
    [ ] Other:
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

```
Understanding of education:
   [X] Excellent
   [ ] Good
   [ ] Adequate
   [ ] Poor

   [X] Needs follow up


A: TAP and prescriptions questions numbers orientation given to pt. verbal and
written given. Instructed to call for appointment with PCP or any health realted
questions.
    Pt instructed for any emergency,seek help at the nearest hospital emergency
rooom.
    Appointment with Ms.Hansen NP today.
Process post provider visit to visit checkout and to with provider expalined to
pt

R: Pt is able to verbalize return information well,escorted to prime purple
clinic.



/es/ MARIA L RIOS RN
RN
Signed: 03/28/2006 08:18
```

```
 LOCAL TITLE: CONSULT NOTE
STANDARD TITLE: CARE MANAGEMENT NOTE
DATE OF NOTE: JAN 27, 2006@10:46     ENTRY DATE: JAN 27, 2006@10:46:54
     AUTHOR: DEMARCO,MICHAEL DPM  EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

40 y/o male referred to podiatry for paronychia of l hallux/ pt stated that it
is painful. pt stated that his pain started 2 .5 weeks ago. pt stuck a needle
under his nail and was not able to express any puss.pt last tetanus booster was
couple of weeks ago.pt denies subjective fever.
pt is allergic to iodine.

pe:

l hallux : swollen proximal nail fold
  nail plate with onycholysis and subungual debris proximally
  no calor, no erythema
  palpable dp pulse
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, If available) | VISTA Electronic Medical Documentation |
|---|---|
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA   70126<br>438451509 | Printed at SE Louisiana Veterans HCS |

# Progress Note

a. proximal subungual onychomycosis with secondary bacterial infection
p. surgical scrub
    debrided all dystrophic nail plate that was lysed from nail bed
 drained abscess
applied bandage
 keflex 2 grams daily
 fungal culture
soaks bid
rtc 2 weeks
future: removal naill and treate with oral antifungal depending on results of
fungal culture

/es/ MICHAEL DEMARCO DPM
PODIATRIC PHYSICIAN
Signed: 01/27/2006 11:13

_____

 LOCAL TITLE: PODIATRY CLINIC NOTE
STANDARD TITLE: PODIATRY OUTPATIENT NOTE
DATE OF NOTE: JAN 27, 2006@10:46     ENTRY DATE: JAN 27, 2006@10:46:33
      AUTHOR: DEMARCO,MICHAEL DPM  EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

4o y/o male with

/es/ MICHAEL DEMARCO DPM
PODIATRIC PHYSICIAN
Signed: 01/27/2006 11:13

_____

 LOCAL TITLE: PRIMARY CARE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: JAN 26, 2006@12:53     ENTRY DATE: JAN 26, 2006@12:53:34
      AUTHOR: WILLHOIT,PATRICIA P  EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

Active Problem
PSYCHOSIS NOS 298.9 02/26/2003 FORSELL,THOMAS
AC ALCOHOL INTOX-CONTIN 303.01 10/16/2001 ZEKOSKI,MARLENE MD
LUMBAGO 724.2 10/16/2001 ZEKOSKI,MARLENE MD
ESOPHAGEAL REFLUX 530.81 07/04/1999 ROWBATHAM,GREGORY
ABN URINE FINDINGS NEC 791.9 03/19/1997 ARMSTRONG,JUAN C
Active Outpatient Medications (excluding Supplies):

omeprazole 20 mg daily
olanzapine 15 mg bid not taking

_____

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126          Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

cc l  l gr toe pain
pt has been working on his house for several wks developed pain and swelling l
gr toe denies injury no h/o gout
pt admits to gutting his with worn boots with holes moisture had seeped into
foot area
last tetanus 1 mo ago

Last Vitals:
Temp: 98.2 F [36.8 C] (01/26/2006 09:30)
Pulse: 86 (01/26/2006 09:30)
Resp: 20 (01/26/2006 09:30)
BP: 129/77 (01/26/2006 09:30)
Weight: 238 lb [108.2 kg] (01/26/2006 09:30)
Height: 75 in [190.5 cm] (01/26/2006 09:30)
BMI: 29.8
Pain: 0 (01/26/2006 09:30)


l gr toe pt tender swollen nail bed fluctulant mild erythema
no drainage


asses  paronychia l gr toenail  poss related to fungal consult podiatry baton
rouge pt sched for appt tomorrow am
h/o ge reflux has been taking omeprazole 20 mg daily  refilled
schizophrenia no hallucinations denies mood changes req refill olanzapine 15 mg
bid has not taken rx in several wks disc with dr costales  short supply
olanzapine 15 mg bid # 60 written by dr costales make appt with mental health
next available


plan sched appt pcp in 2-3 mo fast lab 1 wk before clinic

/es/ PATRICIA P WILLHOIT NP
NURSE PRACTITIONER
Signed: 01/26/2006 13:58

---

 LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: JAN 26, 2006@12:44    ENTRY DATE: JAN 26, 2006@12:44:13
     AUTHOR: WASHINGTON,TANETTE   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Clinical Reminder Activity
  - Flu vaccine:
        Patient indicates flu vaccine was received at another facility.
           Location: Houston, Texas

---

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

Date (INCLUDE MONTH/YEAR) January, 2006

/es/ TANETTE E WASHINGTON LPN
LPN
Signed: 01/26/2006 12:45

---

LOCAL TITLE: ERROR CORRECTION
STANDARD TITLE: ERRONEOUSLY ENTERED DOCUMENT
DATE OF NOTE: JAN 26, 2006@12:36    ENTRY DATE: JAN 26, 2006@12:36:59
     AUTHOR: WASHINGTON,TANETTE    EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

You may not VIEW this COMPLETED ERROR CORRECTION.

---

LOCAL TITLE: 10-10M
STANDARD TITLE: EMERGENCY DEPT NOTE
DATE OF NOTE: JAN 26, 2006@09:31    ENTRY DATE: JAN 26, 2006@09:31:59
     AUTHOR: ZULLO,DAVID T RN    EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED


AGE:40   SEX:MALE

PHONE NUMBER(area code): x

ON ARRIVAL PATIENT WAS: Ambulatory

HOMELESS: No

DUE TO INJURY: No

ALLERGIES:Patient has answered NKA

WEIGHT: 238     HEIGHT: 75

B/P: 129/77        TEMP: 98.2

PULSE: 86       RESP: 20 w/99% RA SpO2

PAIN: 6
    Patient is a current tobacco user.
       Patient counseled on the risks of tobacco use and advised to stop
       using tobacco.
          Level of Understanding: Good
Patient is NOT diabetic.
Accucheck is not applicable for this patient.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA   70126    Printed at SE Louisiana Veterans HCS
438451509

# Progress Note

```
SMA7 is not applicable for this patient.

 CURRENT MEDICATIONS:
Active Outpatient Medications (including Supplies):

No Medications Found


 Over the counter/Herbals/Non-VA medications: No
        If yes, please list:

      I have reviewed the above medications with this patient/caregiver
        and they remain active:  N/A
        If there are any deviations from the above, list them here:



 TRIAGE: Focus - PAIN; LEFT GREAT TOE

        Data:  Reports onset of symptoms > two WEEKS ago; C/O pain &
"toenail turning white!", "hurts really bad!"  **SEE NOTE DTD 1-19-06**
Denies any trauma to site, or previous similar episodes.

        ACTION:  Scheduled for afternoon Access Provider.

 CATEGORY: 4

/es/ DAVID T ZULLO RN
RN
Signed: 01/26/2006 09:52


 LOCAL TITLE: AMB AFTER HOURS TELEPHONE TRIAGE NOTE
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER TRIAGE NOTE
DATE OF NOTE: JAN 19, 2006@22:26:48  ENTRY DATE: JAN 19, 2006@22:40:33
      AUTHOR: COLE,BARBARA      EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Call Type: SYMPTOM.
Facility Appointed PCP: SNEED,ERNEST J MD (PRIME GREEN)

     DSHI Disposition Report
Veteran Name: MARVIN SPEARS
Veteran SSN: 438451509
Gender: 40 y/o male
Chief Complaint: Toenail Pain
Duration of Complaint: 1 Weeks
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509

Printed at SE Louisiana Veterans HCS

# Progress Note

```
RESULTS
PT STATES "MY BIG TOE IS DISCOLORED.  IT IS VERY PAINFUL WHEN I TOUCH IT."
System Concern: Paronychia
System Recommendation: 2-3 days
Nurse Recommendation: 2-3 days
Follow-up location: Physician/clinic office.


Positive Responses
+ Your pain is mainly in your toenail or the skin next to your toenail.
+ You have had worsening toenail pain for more than 2 days.


Negative Responses
- You have worsening skin redness of the toe.
- You have blood or bruising underneath the toenail.


Nurse Comments
PT instructed to go to the er immediately if his condition worsens.
PT verbalized understanding and compliance.


PT GIVES CONSENT FOR FOLLOWUP.


PROVIDER NOTIFIED.


HOME CARE:
Use acetaminophen or ibuprofen for control of pain and fever.

ADDITIONAL INFORMATION
Pain level: 6
    Location: "big toe"
    Duration: "on when I touch it."
    Quality:  "dull"
    Alleviating factor: "none noted"
    Aggravating factors: "none noted"
Patient agreement: Yes
Redirection survey: I would have gone to the emergency room today
Encounter start: Fri, 20 Jan 2006 04:28:03 +0000 UTC
Encounter duration: 4 minutes 49 seconds
VA Facility: New Orleans
Nurse name: COLE,BARBARA
     End DSHI Disposition Report


Caller Response: OTHER.
SPEARS,MARVIN is assigned to Caller Area *NEW ORLEANS.
Patient Phone Number: 504 821 1672
Contact Phone Number: 504 669 3745.


ADDITIONAL COMMENTS/INFORMATION:
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, If available)**

```
SPEARS, MARVIN
7300 DOGWOOD DR
NEW ORLEANS, LOUISIANA  70126
438451509
```

**VISTA Electronic Medical Documentation**

Printed at SE Louisiana Veterans HCS

# Progress Note

```
Active Allergies:
No Known Allergies

Active Problems:
PSYCHOSIS NOS
AC ALCOHOL INTOX-CONTIN
LUMBAGO
ESOPHAGEAL REFLUX
ABN URINE FINDINGS NEC

Medications:
DISCONTINUED:OLANZAPINE 15MG TAB
DISCONTINUED:OMEPRAZOLE 20MG SA CAP
EXPIRED:OLANZAPINE 15MG TAB
EXPIRED:OMEPRAZOLE 20MG SA CAP
DISCONTINUED/EDIT:OLANZAPINE 15MG TAB
DISCONTINUED/EDIT:OMEPRAZOLE 20MG SA CAP
DISCONTINUED:ARIPIPRAZOLE 15MG TAB

Evaluation/Management Code: PHYSICIAN PHONE CONSULTATION (99371).
Starting at: 1/19/2006 @ 10:26:48 PM
Ending at: 1/19/2006 @ 10:40:31 PM
Length: 13 minutes.
Author: COLE,BARBARA
Conversation with SPEARS,MARVIN has a chief complaint of: Toenail Pain.

Identified problem: Other Unspecified Counseling.

/es/ BARBARA COLE
RN
Signed: 01/19/2006 22:40

Receipt Acknowledged By:
01/20/2006 08:06        /es/ ERNEST J SNEED MD
                            STAFF PHYSICIAN
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| SPEARS, MARVIN<br>7300 DOGWOOD DR<br>NEW ORLEANS, LOUISIANA  70126<br>438451509 | Printed at SE Louisiana Veterans HCS |