# EXHIBIT E

| Patient | | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|---|
| NAVARRE,REYNOLDS JR | | Q000204407 | EMERGENCY ROOM SERVI | REG ER | 09/09/06 | Q000016199329 |

**PATIENT**
Soc Sec No    DOB    Age    Sex MS    Race Religion
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   11/19/60  45    M   S     CA   BAP
Address:  210 W PONTE DES MOUTON LOT G
          LAFAYETTE, LA 70507
Home Ph:  (337)654-5980    Parish: LAFAYETTE

**GUARANTOR**
NAVARRE,REYNOLDS JR        SS#: 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
Address:  PO BOX 1521
          SCOTT,LA 70583
Home Ph:  (337)654-5980    Parish: LAFAYETTE
Relationship to Patient: SAME AS PATIENT

**OTHER GUARANTOR**
                          SS#:    --
Address:

Home Ph:                  Parish:
Relationship to Patient:

**PERSON TO NOTIFY**
NONE GIVEN
210 W PONTE DES MOUTON LOT G
LAFAYETTE,LA 70507
Home Phone: (337)654-5980    Work Phone: (999)999-9999
Relationship to Patient: OTHER

**PATIENT EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation: DISABLED

**GUARANTOR EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation: DISABLED

**OTHER GUARANTOR EMPLOYER**

**NEXT OF KIN**
COURVILLE,BARBARA
210 W PONTE DES MOUTON LOT G
LAFAYETTE,LA 70507
Home Phone: (337)654-5980    Work Phone: (999)999-9999
Relationship to Patient: PARTNER

**INSURANCE 1**
MEDICARE PARTS A AND B
PO BOX 23046
JACKSON, MS 39225-3046
Phone (601)932-3704
Contact

Policy # 435190689A
Coverage # 435190689A
Subscriber NAVARRE JR,REYNOLDS
Rel to Pt  SAME AS PATIENT
Eff. 05/01/05 to
GROUP 99999 - DISABLED

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert  -
Ins Verif
Pro Review    Not Required
Pre Cert Phone  SEE CARD

**INSURANCE 2**
MEDICAID - LOUISIANA
8591 UNITED PLAZA
BATON ROUGE, LA 70809
Phone (800)473-2783
Contact

Policy #  7958001853804
Coverage # 7958001853804
Subscriber NAVARRE,REYNOLD
Rel to Pt  SAME AS PATIENT
Eff. 05/04/05 to
Group 99999 - DISABLED

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert 20060909 - NA/ER
Ins Verif    20060909
Pro Review    Not Required
Pre Cert Phone  SEE CARD

**INSURANCE 3**

Policy #
Coverage #
Subscriber
Rel to Pt
Phone            Eff.        to       Rel   Assign
Contact          Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone

**OCCURRENCES**
Code Type                Date       Time
11   ONSET OF SYMPTOMS/ILLNESS    09/09/06 0841

**CONDITIONS**
Code Type

DISCHARGE DATE/TIME

| Adm Priorty  Last Hospitalization | Admission Comment | Financial Class |
|---|---|---|
| EM | | MCR |

**PHYSICIANS**
Attending Physician     HCIS    Admitting Physician    HCIS    Emergency Room Physician    HCIS
                                                               Lapointe,Marc               0509
Prim Care Physician     HCIS    Family Physician       HCIS    Other Provider

**ADMISSION/REGISTRATION**
| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 09/09/06 | 0841 | EMERGENCY ROOM | | WI | CHESTPAIN AND SOB | R.QAD.RDM |

REGISTRATION FORM

MEDICAL CENTER OF SOUTHWEST LOUISIANA
2810 AMB CAFFERY, LAFAYETTE, LA  (337)981-2949

PRINTED 09/09/06 0847

Patient Name                         786.52                Account Number

                                     070.70

*Please read both sides before signing.*

**1. Consent to Treatment.** I consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me as ordered by my physician or other healthcare professional on the hospital's medical staff. I understand that as part of their training, students in health care education may participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment at the Hospital, and that these students will be supervised by instructors and hospital staff.

**2. Financial Agreement.** In consideration of the services to be rendered to the patient, I individually promise to pay the patient's account at the rates stated in the hospital's price list (known as the "Charge Master") effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the patient's account. Some special items will be priced separately if there is no price listed on the Charge Master, or if the charge is listed as zero. An estimate of the anticipated charges for services to be provided to the patient is available upon request from the hospital. Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

If supplies and services are provided to a patient who has coverage through a governmental program or through certain private health insurance plans, the hospital may accept a discounted payment for those supplies and services. In this event any payment required from the undersigned will be determined by the terms of the governmental program or private health insurance plan. If the patient is uninsured and not covered by a governmental program, the patient may be eligible to have his or her account discounted or forgiven under the hospital's uninsured discount or charity care programs in effect at the time of treatment. You may request information about these programs from the hospital.

As a courtesy to you, the hospital may bill your insurance company, but is not obligated to do so. Regardless, you agree that except where prohibited by law, the financial responsibility for the services rendered belongs to you, the undersigned. You also agree that if the hospital must initiate collection efforts to recover amounts owed by you, then in addition to amounts incurred for the services rendered you will pay: (a) any and all costs incurred by the hospital in pursuing collection, including, but not limited to, reasonable attorneys' fees, and (b) any court costs or other costs of litigation incurred by the hospital that applicable rules or statutes permit the hospital to recover.

The hospital will provide a medical screening examination as required to all patients who are seeking medical services to determine if there is an emergency medical condition, without regard to the patient's ability to pay. If there is an emergency medical condition, the hospital will provide stabilizing treatment within its capacity. However, patients who do not

qualify under the hospital's charity care policy or other applicable policy are not relieved of their obligation to pay for these services.

**3. Release of Information.** I permit the hospital and the physicians or other health professionals involved in the inpatient or outpatient care to release the healthcare information necessary for treatment, payment or healthcare operations in accordance with state and federal law. Healthcare information may be released to any person or entity liable for payment on the patient's behalf in order to verify coverage or payment questions, or for any other purpose related to benefit payment. Healthcare information may also be released to my employer's designee when the services delivered are related to a claim under worker's compensation. If I am covered by Medicare or Medicaid, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurse's notes, consultations, psychological and/or psychiatric reports and discharge summary. This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases including, but not limited to, blood borne diseases, such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

**4. Patient Self Determination Act.** I have been furnished information regarding Advance Directives (such as durable power of attorney for healthcare and living wills). I have also been furnished with written information regarding patient rights and responsibilities and other information related to my stay.

Please initial the following applicable statements:

_____ I executed an Advance Directive and have been requested to supply a copy to the hospital

_____ I have not executed an Advance Directive

_____ I wish to execute an Advance Directive

_____ I do not wish to execute an Advance Directive

**5. Notice of Privacy Practices.** I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge: ~~~~~~~~~~~ (initial)

| | |
|---|---|
| **Date** 2.9.2006 | I, the undersigned, as the patient, or the parent, guardian, spouse, guarantor or agent of the patient, hereby certify I have read, and fully and completely understand this Conditions of Admission and Authorization for Medical treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, voluntarily and agree to be bound by its terms. I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services. |
| **Time** 08.37 ☐ a.m. ☐ p.m. | ☐ Patient is medically unable to sign the Conditions of Admission    ☐ Patient Refused to Sign |

Patient/Parent/Guardian *[signature]*     If other than patient, indicate relationship

Spouse (if Married/Available)     Witness (to Signature only) *[signature]*

PATIENT IDENTIFICATION

Southwest Medical Center
A#Q00016199329 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M  DOB:11/19/60
E.R. Physician  MCR    ADMIT: 09/09/06

## Conditions of Admission

A7403 (Rev. 01/06)        Page 1 of 2

·MEDICAL RECORDS

GA, SC, NC, TN, KY, UT, IN, ID, CO, OK, AK, LA, MS



**6. Assignment of Benefits.** In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage (including, but not limited to, any employer, employer group or trust sponsored or offered plan) to pay the hospital and/or hospital-based physicians directly for the services the hospital and/or hospital-based physicians provided to the patient during this admission. In return for the services rendered and to be rendered by the hospital and/or hospital-based physicians, I hereby irrevocably assign and transfer to the hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance policies and health benefit plans from which I am entitled services or I am entitled to recover. I understand that any payment received from these policies and/or plans will be applied to the amount that I have agreed to pay for services rendered during this admission, as further described under section 2. This assignment shall be for the purpose of granting the hospital and/or hospital based physicians an independent right of recovery against my insurer or health benefit plan, but will not be construed as an obligation of the hospital and/or hospital based physicians to pursue any such right of recovery. In no event will the hospital and/or hospital-based physicians retain benefits in excess of the amount owed to the hospital and/or hospital based physicians for the care and treatment rendered during the admission. If a third party payer (such as an insurance company or employer group or trust sponsored or offered plan) may be obligated to pay some or all of these charges, I agree to take all actions necessary to assist the hospital and/or hospital based physicians in collecting payment from any such third party payer. I hereby appoint the hospital as my authorized representative to pursue, if in such choices, all administrative remedies, claims and/or lawsuits on my behalf and at the hospital's election, against any responsible third party, medical insurer, or employer sponsored medical benefit plan for purposes of collecting any and all hospital benefits due me for the payment of the charges referred to in section 2 above. If the hospital elects to pursue a claim or lawsuit against a third party payer as authorized representative, I agree to execute a special power of attorney, if requested, authorizing the hospital to take all actions necessary or appropriate in pursuit of such claim or lawsuit, including allowing the hospital to bring suit against the third party payer in my name. I agree to pay over to the hospital immediately all sums recovered in any claim or lawsuit brought on my behalf by the hospital (up to the amount of the hospital's charges, plus expenses and attorney's fees). I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the hospital and/or hospital based physicians.

*Hospital-based physicians include but are not limited to: Emergency Department Physicians, Pathologists, Radiologists, and Anesthesiologists. These services are rendered by independent contractors and are not part of your hospital bill. These services will be billed for separately by each physician's billing company.*

**7. Private Room.** I understand and agree that I or the party responsible for payment for hospital and medical services is responsible for any additional charges associated with the request and use of a private room.

**8. Communications About My Healthcare.** I authorize my healthcare information to be disclosed for purposes of communicating results, findings, and care decisions to my family members and others responsible for my care or designated by me. I will provide those individuals with a password or other verification means specified by the hospital.

**9. Medicare Patient Certification and Assignment of Benefit.** I certify that any information I provide in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I request payment of authorized benefits to be made on my behalf to the hospital or hospital-based physician by the Medicare or Medicaid program.

**10. Other Acknowledgements**

**a. Legal Relationship Between Hospital and Physicians.** Most or all of the health care professionals performing services in the hospital are independent contractors and are not hospital agents or employees. Independent contractors are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent contractors. I understand that physicians or other health care professionals may be called upon to provide care or services to me or on my behalf, but that I may not actually see, or be examined by, all physicians or health care professionals participating in my care; for example, I may not see physicians providing radiology, pathology, EKG interpretation and anesthesiology services. I understand that, in most instances, there will be a separate charge for professional services rendered by physicians to me or on my behalf, and that I will receive a bill for these professional services that is separate from the bill for hospital services.

**b. Personal Valuables.** I understand that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss of or damage to any money, jewelry, documents, furs, fur coats and fur garments, or other articles of or usual value and small size, unless placed in the safe, and shall not be liable for the loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property that is deposited with the hospital for safekeeping is limited to the greater of five hundred dollars ($500.00) or the maximum required by law, unless a written receipt for a greater amount has been obtained from the hospital by the patient.

**c. Weapons/Explosives/Drugs.** I understand and agree that if the hospital at any time believes there may be a weapon, explosive device, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

*Continue reading and sign on reverse side.*

## My signature only acknowledges my receipt of the following information:

1. The **Medicare Message** provided by Medicare if admitted (Inpatient or Observation) _____

2. The **Champus Message** provided by Champus if admitted (Inpatient or Observation) _____

3. The **Patient Bill of Rights** 

4. I have received a full explanation of **Express Care Charges** and an **Information Card** 

   *Express Care is a service provided by Medical Center of Southwest Louisiana's Emergency Department. It is designed to provide prompt, low-cost treatment for medical problems that require only an examination by the physician and prescription(s). The Express Care service charge is $70.00. If further treatment is necessary the Express Care charge of $70.00 would no longer apply. The physician and the level of care you receive will determine the Emergency charge.*

5. The **Patient Confidential Passcode** 

### Medicaid Acknowledgement

Southwest Medical Center will accept Medicaid only as secondary
coverage to another insurance carrier or Medicare.

**Signature** _Reynolds Navarre_    **Date** 9.9.2006

**Witness** R. Moore    **Date** 9.9.2006

**Witness** _____    **Date** _____

# SOUTHWEST
——|MEDICAL CENTER|——

```
Southwest Medical Center
A#Q00016199329 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M  DOB:11/19/60
E.R. Physician MCR   ADMIT: 09/09/06
```

Patient Identification

DATE: 9/9/06    TIME EXAMINED: 9 58    CHIEF COMPLAINT: _Chest pain_

HISTORY OF PRESENT ILLNESS: LOCATION • QUALITY • SEVERITY • DURATION • TIMING • CONTEXT • ASSOC. SIGNS & SYMPTOMS • MODIFYING FACTORS •

ALLERGIES: _NKDA_

_45 y/o wm c/o 3 days of ⊕_
_[illegible] chest_
_pains. Patient states pain_
_[illegible]_
_He was seen in clinic 9/7_
_and [illegible] ⊕ from_
_any infiltrates and_
_cardiac abnormalities._

## REVIEW OF SYSTEMS

- Const. S&S      • Genitourinary
- Eyes           • Musculoskeletal
- Ears           • Integumentary
- Nose            (skin and/or breast)
- Mouth          • Neurological
- Throat         • Psychiatric
- Cardiovascular • Endocrine
- Respiratory    • Hematological/Lymphatic
- Gastrointestinal • Allergic/Immunologic

PAST MEDICAL HX: ☐-HBP  ☐-CAD  ☐-↑CHOL.  ☐-DM  ☐-ASTHMA / COPD  ☐-CRF  ☐-Thyroid
_Hep C, chronic recurrent chest pain_

☐-OTHER SYSTEMS NEG.

PAST SURGICAL HX: ☐-CABG  ☐-CHOLECYSTECTOMY  ☐-APPENDECTOMY  ☐-HYSTERECTOMY
_cervical / lumbar surgery_

PHYSICIAN'S ORDERS:

☑-CBC  ☐-PROFS  ☑-CHEM12  ☐-HEP. PROF.

SOCIAL HX: ☑-SMOKER  ☐-ETOH

☐-MAGNESIUM  ☐-AMYLASE  ☐-UA  ☐-S. PREG.

FAMILY HX: _HTN, COPD, Asthma_

☐-LIPID PROF  ☑-CK  ☑-CKMB  ☐-LDH  ☑-TROPONIN

PHYSICAL EXAM:

☑-EKG  ☐-PT  ☐-PTT  ☐-ABG  ☐-SxO₂  ☐-CBG

_Cor = A. A. 084_

☑-CXR  ☐-ADD-1  ☐-ADD-2  ☑-HP

1. _500 chest_

_HEENT = PERCA, eyes_
_       neck = JVD_

2. _H. C._

3. _Toradol 30 IV_

_Cor = not = c ⊕ rub_

5.

6. _CT chest angio_

_Pulm = clear, mild ⊕ anterolateral_
_       chest wall tenderness_

7.

8.

_ROM = large areas, grossly normal_
_off, c s c/c/c_

11.

12.

_EKG = NSR ⊕ acute  CXR - COPD_
_CT chest ⊕_

13.

14.

15.

Does Emergency Medical Condition Exist?

16. _the lowest to_

☐ Yes ☑ No

17.

DIAGNOSIS: _Pleuritic Chest Pain_

18.

DISPOSITION TIME:                    ☑ HOME ☐ ADMIT

19.

CONSULTS

PHYSICIAN: _1307_    TIME CALLED:

PHYSICIAN:            TIME CALLED:

PHYSICIAN:            TIME CALLED:

MD SIGNATURE:

PATIENTLABEL

Southwest Medical Center
Q00016199329 U00204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician MCR    ADMIT:09/09/06

*Number one in your hearts.*

# SOUTHWEST
—┤ MEDICAL CENTER ├—

## EMERGENCY RECORD - PHYSICIAN'S REPORT

780-006    Chart - White    Physician's Copy - Canary

Revised 05/2005

| DOB 9/06 | Time | Interpreter Needed ☐ Yes ☒ No  Describe: | Triage Class | Mode of Arrival: ☐ Amb ☐ Carried ☐ W/C ☐ EMS ☐ Stretcher |
|---|---|---|---|---|
| Treatment In Progress: ☐ N/A ☐ CPR ☐ IV ☐ ETT | ☐ Airway ☐ Monitor ☐ O₂/Type | ☐ Backboard ☐ C-Collar ☐ Splint | | |
| PCP None | Time Notified: ☐ N/A | Response | Referred to ☐ E.R. M.D.  Pt. Requests ☐ E.R. M.D. | LMP ☐ N/A |

Height: Stated ___ Actual ___   Weight: Stated ___ Actual ___   Immunizations ☐ N/A ☒ Current ☐ Non-Current   Tetanus ___   EDC: ___ GR ___ P ___ AB ___

Temp 98.0  BP 90/74  HR 58  R 18  O₂ Sat ___  GCS 15  Pain Scale ___

PMH: None  COPD  Ulcers  Renal/Liver  Epilepsy
Cardiac  HTN  DM  Arthritis  CA  CVA  Asthma
Immunocompromise  Other Hep C, neck/back surgery

Chief Complaint & Onset  SOB/CP x 2 days.

Social History: Tobacco  ETOH  Drugs  Other ___
Allergies ☒ NKDA

**TRIAGE**

Assessment 45 y/o WM ē 90 above. Seen here _____ for same C/o — given antibiotics + anti-inflam got better, then pain recurred last pm.

Medications: ☐ None  Metamucil  Cipro  Metronidazol

Tx in Triage NIV. All card wkups @ 2 days ago

Tx PTA  ↑ pain worse ē  ↑ leg breath

Triage RN Stonmarter Namado

**BASELINE NURSING EXAMINATION**

Time of Assessment 0844   Assessment Nurse: B Stonmarter

Mode to Room: ☐ Amb ☐ W/C   Bed ☐ Carry ☐ Stretcher

**Psychosocial Behavioral**
Age/Devel. Approp.
☒ Yes ☐ No
**Eye Contact**
☒ Yes ☐ No
**Affect**
☒ Normal ☐ Abnormal
**Motor Behavior**
☒ Cooperative ☐ Crying
☐ Restless ☐ Agitated
**Speech**
☒ Normal ☐ Abnormal
**Support System**
☐ Alone
☒ Family/Significant Other
☐ Other ___
**Language Barrier**
☒ No ☐ Yes
**Ideations**
☒ None
☐ Harmful to Self
☐ Harmful to Others
**Neurological**
☒ Alert ☐ Lethargic
☒ Oriented ☐ Unresponsive
☐ Confused ☐ Combative
☐ Disoriented ☐ Uncooperative
☐ Drowsy
**Responsive to Stimuli**
☒ Verbal ☐ Painful
**Pupils**
☒ N/A ☐ Equal ☐ Unequal
☐ Reactive ☐ Non-Reactive

**Skin**
☒ Intact ☐ Lesions
☒ Warm ☐ Dry
☐ Cool ☐ Diaphoretic
**Turgor**
☒ Normal ☐ Decreased
**Edema**
☒ Absent ☐ Present
☐ Site/Degree: ___
**Color**
☒ Normal ☐ Pale
☐ Cyanotic ☐ Mottled
☐ Jaundice ☐ Flushed
**Mucous Membranes**
☒ Moist ☐ Dry
**Respiratory**
☒ Normal ☐ N/A
☐ Dyspnea
☐ Nasal Flaring
☐ Retractions
☐ Stridor
☐ Cough
  ☐ Non-Productive
  ☐ Productive
  ☐ Color
☐ Using Accessory Muscles
☐ Expiratory Grunt
**Breath Sounds**
R ___ L ___
☒ Clear
☐ Crackles
☐ Wheezing
☐ Diminished
☐ Absent

**Cardiac**
☐ N/A ☒ CP
Onset
☐ Constant
☐ Intermittent
☐ Resolved
☐ Palpitations
☐ Non-Radiating
☐ Radiating
Arm ☐ R ☐ L
☐ Back
☐ Neck / Jaw
☐ Pain Scale (1-10)
**Heart Sounds**
☒ Normal / Regular
☐ Irregular
**Pulses**
Radial ☐ R ☐ L
Femoral ☐ R ☐ L
Pedal ☐ R ☐ L
**Capillary Refill**
☐ Normal ☐ Slow
(2 secs) (>2 secs)

**G.I.**
☐ N/A ☐ Nausea
**Abdomen**
☐ Normal ☐ Distended
☐ Guarding ☐ Rigid
**Tenderness**
☐ LUQ ☐ RUQ
☐ LLQ ☐ RLQ
☐ Epigastric ☐ Suprapubic
**Bowel Sounds**
☐ Present ☐ Absent
☐ Hyper ☐ Hypo
☐ Last BM ___
☐ Vomiting ___
☐ Diarrhea ___
☐ Blood in Stool
**G.U.**
☐ N/A ☐ Denies
☐ Flank Pain ☐ L ☐ R
☐ Dysuria
☐ Hematuria ☐ Frequency
☐ Oliguria ☐ Retention

**WOUND/INJURY**
☐ N/A  ROM: ☐ Full ☐ Limited
☐ Laceration  Size: ___
Location: ___
☐ Foreign Body
Location: ___
☐ Burn  Type: ___
Location: ___
☐ Contusion ☐ Ecchymosis
☐ Deformity ☐ Swelling
☐ Pain ☐ Radiating ☐ Tenderness
Location: ___

**OB/GYN**
☐ N/A  FHT: ___ Gest: ___
☐ Vag. Bleeding  No. pads per hour: ___
☐ Discharge  Describe: ___
Growth & devel. age approp. ☐ Yes ☐ No
Head Circumference: ☐ N/A ___ in/cm

**PEDIATRICS/INFANT**
Fontanel: ☐ Flat ☐ Bulging ☐ Sunken
Cry Qlty.: ☐ Strong/Normal ☐ Whimpering ☐ Moaning/High Pitch
Activity: ☐ Playful ☐ Fussy ☐ Quiet
Visual Acuity ☐

Comments: ___

**DISPOSITION**

Status: ☒ DC ☐ IP ☐ OP ☐ OBS  Transfer  OR  Refusal of Care

Condition: Stable  Fair  Guarded  Deceased

Mode: Amb  W/C  Carried  EMS  Stretcher

Time to Room ___  Room No. ___  Mode ☐ WC ☐ Carried ☐ Stretcher

Signature B Stonmarter  Date 9/06  Time 316

Notified Time: ☐ Coroner  ☐ Poison Control  ☐ Police  ☐ Animal Control  ☐ Other ___

# SOUTHWEST
## — MEDICAL CENTER —

### EMERGENCY RECORD
### PAGE 1

CHART - WHITE  PHYSICIAN'S - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00016199329 U#0204407 REG ER
NAVARRE, REYNOLDS J 45 M DOB:11/19/60
E.R. Physician MCR  ADMIT:09/09/06

## CONSENT FOR TREATMENT

I hereby give consent to the Medical Center of Southwest Louisiana for treatment, consultation or testing as deemed necessary by the attending/Emergency Department physician.

_____    _____

PATIENT, GUARDIAN OR AUTHORIZED PERSON          WITNESS

## TELEPHONE CONSENT FOR EMERGENCY TREATMENT OF MINORS

The nature and the condition of the anticipated medical treatment of

_____

NAME OF PATIENT

have been explained to and authorized by _____

LEGAL REPRESENTATIVE

_____ via monitored telephone call at _____

RELATIONSHIP                                        TIME/DATE

_____    _____

DATE                                 INFORMANT

_____    _____

DATE                                 WITNESS (STAFF MEMBER)

Rm 9

| # | NURSING DIAGNOSIS | GLASGOW COMA SCALE | | INITIAL INTERVENTION | TIME | INIT. |
|---|---|---|---|---|---|---|
| | Ineffective Airway Clearance<br>Ineffective Breathing Pattern/Potential for<br>Impaired Gas Exchange/Potential for<br>Altered Cardiac Output/Potential for<br>Potential for Injury<br>Anxiety/Fear<br>Potential for Violence<br>Impaired Physical Mobility<br>Pain Acute or Chronic<br>Impaired Tissue Integrity<br>Potential for Infection<br>Fluid Volume Deficit/Excess/Potential for<br>Constipation/Diarrhea<br>Alteration in Urinary Elimination<br>Hypothermia/Hyperthermia<br>Knowledge Deficit<br>Altered Comfort<br>Ineffective Coping<br>Other: _____ | **Eye Opening**<br><br><br><br>**Verbal<br>Responsiveness**<br><br><br><br>**Motor response** | Spontaneous        4<br>To verbal command   3<br>To pain             2<br>None                1<br>Oriented            5<br>Confused            4<br>Inappropriate words 3<br>Incomprehensible sounds 2<br>None                1<br>Obeys               6<br>Localizes           5<br>Withdraws           4<br>Abnormal flexion    3<br>Abnormal extension  2<br>None                1<br><br>Total _____ | ☐ Airway: Oral _____<br>    Nasal _____<br>☐ Intubation per MD _____<br>    Size _____<br>☐ Suctioning _____<br>☐ O₂ per _____ @ _____ /min.<br>☐ Cardiac Monitor _____<br>☐ NIBP Monitor _____<br>☐ Pulse Oximetry _____<br>☐ Side Rails _____<br>☐ Restraints: Soft/Leather _____<br>☐ Ice _____<br>☐ Sling/Splint _____<br>☐ Position for Comfort _____<br>☐ Wound Cleansed/Irrigated _____<br>☐ Dressing Applied _____<br>☐ Elevation _____<br>☐ Thermal Measures _____<br>☐ _____ | | |

### IV INFUSIONS / MEDICATIONS

| Time | Nsg. Dx. | Medications/Solutions | Initials | Time | Response | Initials |
|---|---|---|---|---|---|---|
| 1015 | | Toradol 30 mg IM given | SF | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### NURSES' NOTES

| Time | Nsg. Dx. | P | R | B/P | T | SPO₂ | Pain Scale | NURSES' NOTES |
|---|---|---|---|---|---|---|---|---|
| 1010 | | | | | | | | SL started @ forearm c #20 G x 1st attempt, blood drawn and sent to lab followed by NS 10mL flush. EKG done |
| 1030 | | | | | | | | Pt to radiology via w/c |
| 1045 | | 59 | 18 | 104/68 | | 100% | | Pt returned to ED |
| 1145 | | 67 | 18 | 110/70 | | 98% | | Pt states feels the same denies pain @ present |
| 1203 | | | | | | | | To CT via w/c |
| 1220 | | | | | | | | Return from CT |
| 1317 | | | | | | | | IV dic'd c cannula tip intact Drsg applied. Discharged home c written instr & Rx. Voiced understanding |

| NURSE INITIALS / SIGNATURE | #1 _____ RN | #2 _____ MD |
|---|---|---|
| | #3 B Broussard RN | #4 |

☐ Mark Box if Nurses Notes Addendum is Used

# SOUTHWEST
—MEDICAL CENTER—
## EMERGENCY RECORD/
PAGE 2
## NURSES NOTES

760-009 (Rev. 1/00)

CHART - WHITE   PHYSICIANS - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00016199329 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician MCR   ADMIT:09/09/06

## SOUTHWEST MEDICAL CLINIC
### EMERGENCY DEPARTMENT PROCEDURE SHEET

### ADMISSION TREATMENT

| Points | | Description |
|---|---|---|
| N/A | ☐ | Visit for suture/staple removal only |
| N/A | ☐ | Visit for removal/adjustment of device/cath only |
| N/A | ☐ | Physician Requested Follow Up only |
| N/A | ☐ | Left Prior to Medical Screening Exam (LPMSE) |
| | | N/A—Do not assign any additional points |
| 10 | ☐ | Transfer in - neg home, other institution |
| 20 | ☐ | Transfer out - neg home, other institution |
| 25 | ☐ | Intra-Hospital admission/transfer to other OP setting |
| 20 | ☐ | AMA |
| 40 | ☐ | Transfer with nurse to other facility |
| 20 | ☐ | DOA |

### ASSESSMENT MONITORING

| Points | | Description |
|---|---|---|
| 20 | ☑ | Simple assessment |
| 30 | ☐ | Intermediate assessment |
| 50 | ☐ | Complex assessment |
| *10 | ☐ | Continuous Cardiac/Telemetry Monitoring |
| *25 | ☐ | Monitoring - High Level Equipment and Other Special Eq |

### WOUND CARE

| Points | | Description |
|---|---|---|
| *10 | ☐ | Suture/staple removal <7.5cm |
| *20 | ☐ | Suture/staple removal ≥7.5cm or infected |
| 10 | ☐ | Foreign body removal - Single |
| *20 | ☐ | Foreign body removal - Multiple or Prolonged |
| 10 | ☐ | Wound cleaning - Single |
| 20 | ☐ | Wound cleansing - Multiple or complex |
| 10 | ☐ | Dressings - Single Closed Wound |
| 20 | ☐ | Dressings - Single Open Wound |
| 25 | ☐ | Dressings - Multiple Wounds -Single Site/Extremity |
| 30 | ☐ | Dressings - Multiple Wounds - Multiple Sites/Extremities |
| *10 | ☐ | Photography |

### OB/GYN

| Points | | Description |
|---|---|---|
| 20 | ☐ | Fetal heart tones |
| 40 | ☐ | Pre-Hospital delivery |
| 30 | ☐ | Newborn care - initial, following birth |
| 25 | ☐ | Pelvic exam |

### ADDITIONAL PATIENT NEEDS

| Points | | Description |
|---|---|---|
| 20 | ☐ | Emotional or Combative or Uncooperative Patient |
| 30 | ☐ | Additional service needs |
| 30 | ☐ | Communication needs |
| 20 | ☐ | Coordination of care |
| 25 | ☐ | Isolation |
| 40 | ☐ | Violent/Aggressive |

### EMERGENCY DEPARTMENT VISIT LEVEL
### (Circle One)

| Points | Description | Code |
|---|---|---|
| N/A | Suture Recheck/Suture Removal | 99281 |
| N/A | Visit for Rem/Adj Device/Cath | 99281 |
| N/A | Physician Requested Follow Up | 99281 |
| N/A | LPMSE | 99281 |
| 0-29 | Level 1 | 99281 |
| 30-45 | Level 2 | 99282 |
| 50-75 | Level 3 | 99283 |
| 80-105 | Level 4 | 99284 |
| 110 + | Level 5 | 99285 |
| N/A | Critical Care | 99291 |
| 0-25 | EXPRESS CARE Level 1 | 99281 |
| 30-45 | EXPRESS CARE Level 2 | 99281 |
| 50-75 | EXPRESS CARE Level 3 | 99281 |
| 80-105 | EXPRESS CARE Level 4 | 99281 |
| 110 + | EXPRESS CARE Level 5 | 99281 |

### SUPPLIES
### CAST CART
☐ Splint Long Arm
☐ Splint Long Leg
☐ Splint Short Arm
☐ Splint Short Leg

Level Assigned By: _____

### INTERVENTIONS

| Points | | Description |
|---|---|---|
| *5 | ☐ | Medications - PO, suppository, topical, inhalants x ____ |

### INTERVENTIONS

| Points | | Description |
|---|---|---|
| *5 | ☐ | Visual Acuity |
| *15 | ☐ | Ostomy Maintenance |
| *20 | ☐ | Morgan Lens Procedure |
| 10 | ☐ | Suction/Irrigation x ____ (per episode) |
| 20 | ☐ | MAST Suit |
| *10 | ☐ | Traction Assist |
| 10 | ☐ | Ring/piercing ornament removal x ____ (30 pts max) |
| 15 | ☐ | Simple Decontamination |
| 45 | ☐ | Complex Decontamination |
| *10 | ☐ | O2 administration |
| *25 | ☐ | Enema Administration |
| *20 | ☐ | Tubes: Naso- or oro-gastric |
| 10 | ☐ | Specimen Collection x ____ (each) |
| 10 | ☐ | Blood Draw - IV access, cap. puncture x ____ (episode) |
| *60 | ☐ | Sexual Assault/Rape Exam |
| *10 | ☐ | Electic Wrap |
| *10 | ☐ | Application of Non-customized Immobilization Device |
| *15 | ☐ | Stabilization of Body Temperature |
| *15 | ☐ | Removal/Adjustment of Device/Cath |
| 10 | ☐ | Rectal Exam |
| *15 | ☐ | Ankle/Brachial Index |
| *10 | ☐ | Doppler |

### EDUCATION/DISCHARGE INSTRUCTIONS

| Points | | Description |
|---|---|---|
| 15 | ☐ | Special Teaching |
| 10 | ☐ | Discharge Instructions, Routine |
| 20 | ☐ | Discharge Instructions, Complex |

TOTAL POINTS: _____

**\* CONFIRM THAT ALL ITEMS MARKED WITH \*\* HAVE MD ORDER FOR SAME**

### INJECTION/INFUSION PROCEDURE CATEGORY

| | | Description |
|---|---|---|
| ☐ | Procedure Category 1 | (number of: _____) |
| ☐ | Procedure Category 2 | (number of: _____) |
| ☐ | Procedure Category 3 | (number of: _____) |

### INJECTION/INFUSION/IV PUSH PROCEDURE

☐ Heprin Lock
☐ IV Infusion (Initial Hour) must be > 15 minutes
☐ IV Infusion (Each Additional Hour) must be > 91 minutes
☐ IV Push Patient (Each counts as 1) (____ Quant.)
☐ IM or Subq all patient types ( ____ Quant.)
☐ Initial Immunization all patient types
☐ Each Additional Vaccine - all patient types (____ Quant.)
*IV Piggyback greater than 15 minutes is an infusion charge
☐ IN/OUT Catheter Insertion/Residual
☐ Blood Transfusion
☐ Foley Cath Insertion (Indwelling)
☐ Catheter Insert Spec Collection
☐ Blood Draw - from implanted port
☐ CPR
☐ Gastric Lavage
☐ Venipuncture

### BURN DRESSINGS
☐ Sm
☐ Med
☐ Lg

### CUSTOMIZED SPLINT
### APPLIED BY NURSING
☐ n/splint long leg
☐ n/splint short leg
☐ n/strapping shoulder
☐ n/splint finger
☐ n/splint long arm
☐ n/splint short arm

PT Name: Southwest Medical Center
Acct#: Q00016199329 U#Q0204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician MCR   ADMIT:09/09/06
Acct.#:

This document is the proprietary property of HCA Management Services, L.P. and may only be copied or distributed...
Revised 12/27/05

## HCA EMERGENCY DEPARTMENT PROCEDURES
This form is not to be used for coding purposes. Procedures will be coded by HIM.

**PROCEDURE CATEGORY I (check all that apply)**   Total # procedures: _____

☐ Burn(s) treatment
☐ Chemical cauterization of granulation tissue (proud flesh, sinus or fistula)
☐ Control of bleeding:
☐   Nosebleed- anterior (simple/complex)/posterior
☐   Throat- simple
☐   Nose/throat with/without nasal packs and or cauterization
☐   Vaginal with packing
☐ Debride skin, partial/ full thickness or to muscle
☐ Drainage of chest (thoracentesis/pericardiocentesis)
☐ Drainage of lesion/abscess/cyst (also bone cyst)
☐ Drain/inject, joint/bursa
☐ Drain blood from under nail
☐ Ear- clear outer canal or remove impacted earwax
☐ Esophageal intubation for cytology
☐ Establish venous access via cutdown
☐ FB removal (simple) nasal/mouth/pharynx
☐ FB removal sub-q simple
☐ FB removal eye (superficial, imbedded, corneal (with slit lamp)
☐ Fracture treatment with manipulation
☐ Fracture treatment without manipulation
☐ I&D of lesion on tongue or floor of mouth; sublingual
☐ Laceration repair- mouth/tongue 2.5cm or <
☐ Ligation of hemorrhoid(s)
☐ Monitoring of interstitial fluid pressure-in detection of muscle compartment syndrome
☐ Nail plate removal and repair of nail bed
☐ Peritoneocentesis, abdominal paracentesis, peritoneal lavage; initial
☐ Spinal puncture LP (diagnostic or therapeutic for drainage of CSF)
☐ Thoracentesis with insertion of tube with/without waterseal (pnuemothorax)
☐ Treatment of nose fracture
☐ Treatment of penile lesion
☐ Tube changes - tracheostomy, gastrostomy
☐ Tube placement - intestinal bleeding tube; or gastric intubation and aspiration or lavage for treatment
☐ Tube thoracostomy with/without waterseal (abscess, hemothorax, and empyema)
☐ Wound repair-superficial
☐ Other:_____   Total # procedures: _____

**PROCEDURE CATEGORY II (check all that apply)**   Total # procedures: _____

☐ Change kidney tube
☐ Debride muscle/tissue/bone
☐ External electric cardioversion
☐ Inject epidural patch
☐ FB removal (complicated)-sub q, arm-sub q, pelvis/hip-sub q, and foot-sub q
☐ Removal nail bed
☐ Proctosigmoidoscopy with dilation/control bleeding/FB removal
☐ Wound closure layer over 30 cm
☐ Other:_____   Total # procedures: _____

**PROCEDURE CATEGORY III (check all that apply)**   Total # procedures: _____

☐ Amputation finger/thumb
☐ Central line insertion
☐ Drainage of bladder- needle with suprapubic catheter
☐ Drainage of hematoma/fluid
☐ Dx bronchoscopy with/without washing
☐ FB removal IM/deep (arm, hip, and foot)
☐ Incision of windpipe- transtracheal/cricothyroid
☐ Operative laryngoscopy
☐ Remove vagina gland lesion
☐ Treatment of dislocations with anesthesia
☐ Treatment of pelvic ring fracture with manipulation
☐ Other:_____

** Treatment or Prevention of
Critical Illness/Critical Injury

Conditions Considered Critical
Acute Hepatic Failure
Acute Renal Failure
Airway Obstruction
Burns
Cardiac Arrest/Distress
Coma
Convulsions
Convulsive Epilepsy
Hemorrhage, uncontrolled
Hypo/Hyperthermia
Multi-System Trauma
AMI
Respiratory Arrest/Distress
Severe Allergic Reaction
Syncope and Collapse
Tachypnea
Unstable Angina
Ventricular Fib, Flutter, Tachy
Volume Depletion
Volume Overload

☐ **WOUND CARE:**

_____ REMOVE DRESSING IN 24 HOURS UNLESS OTHERWISE DIRECTED.

_____ KEEP DRESSING/SUTURES CLEAN AND DRY.

_____ SUTURE WOUND CARE: AFTER DRESSING HAS BEEN REMOVED. CLEAN SUTURED AREA WITH HYDROGEN PEROXIDE. DO THIS ONCE A DAY OR MORE OFTEN, IF NEEDED.

_____ KEEP WOUND COVERED WITH A DRY DRESSING.

_____ SOAK AFFECTED PART IN WARM WATER _____ TIMES A DAY.

_____ WATCH FOR SIGNS OF INFECTIONS; LOOK FOR:

| RED STREAKS | REDNESS |
| FEVER | SWELLING |
| DISCHARGE | HEAT |
| INCREASED PAIN | |

RETURN TO THE EMERGENCY DEPARTMENT IF ANY OF THESE OCCUR

_____ RETURN TO ED IN _____ DAYS FOR SUTURE REMOVAL/RECHECK

☐ **OTHER SPECIFIC INSTRUCTIONS / MEDICATION EDUCATION**

✳ ( RETURN TO THE ED IF UNABLE TO SEE YOUR
  ( PHYSICIAN OR SYMPTOMS WORSEN.

_Continue antibiotics_

_____

_____

_____

_____

_____

_____

**REFERRAL:**

Physician: _____

Address: _____

Phone: _____

☐ **HEAD INJURY -**

**REPORT TO YOUR DOCTOR OR RETURN TO ED IMMEDIATELY, IF ANY OF FOLLOWING OCCUR:**

STIFF NECK NECK, FEVER OR DIZZINESS

SEVERE OR PERSISTENT HEADACHE (OVER 12 HOURS)

PERSISTENT VOMITING (OVER 4 HOURS)

VISION PROBLEMS, SUCH AS DOUBLE VISION

UNUSUAL BEHAVIOR, CONFUSION OR UNCONSCIOUSNESS

SLURRED SPEECH OR TROUBLE BREATHING OR WALKING

☐ **EYE INJURY -**

1. LEAVE PATCH IN PLACE FOR _____ HRS(S)

2. YOUR EYE PATCH, WILL HINDER YOUR DEPTH PERCEPTION. DO NOT DRIVE WHILE IT IS IN PLACE.

3. IF WHEN PATCH IS REMOVED, PAIN PERSIST: RETURN TO ED:

**COLD/FLU:**

_____ INCREASE FLUID INTAKE TO 6-8 OZ GLASSES OF WATER

_____ GET PLENTY OF REST

_____ TAKE MEDICATIONS AS DIRECTED

_____ TYLENOL OR ADVIL AS DIRECTED FOR FEVER OR BODY ACHES.

☐ **X-RAY INSTRUCTIONS**

1. Your X-rays were read by the attending physician in the emergency center. For your added protection, your X-Rays will be reread by our independent Radiology Group. If any abnormalities are found that have not been called to your attention, you and/or your doctor will be called immediately.

2. It is important that the emergency center has the phone number where you can be reached within the next 24 hours. In the meantime, please follow the instructions given to you by the emergency center staff.

3. Sometimes, fractures or abnormalities may not show up on X-Rays for several days. If symptoms persist or get worse, call your physician. More X-Rays may need to be taken.

_____ Call Dr. _____ office in the morning to make a follow up appointment in _____ days.

_____ We have made a follow up appointment for you with Dr. _____ on _____ (day)

_____ (month) at _____ (time)

I acknowledge, and hereby consent to disclose to the above physician/designee medical information related to this ED visit and that the released information may contain alcohol, drug abuse, psychiatric, HIV testing results or AIDS information. I understand that this consent may be withdrawn by me at any time except to the extent that action has been taken in reliance upon it. This facility is released and discharged of any liability and the undersigned will hold the facility harmless, for complying with this "Authorization for Release of Medical Information."

_____ I/the undersigned do not consent to release of the above information.

Initials: 9/9/06

DATE          NURSE'S SIGNATURE          PATIENT'S SIGNATURE

PATIENT I.D. LABEL

# SOUTHWEST
— MEDICAL CENTER —

**EMERGENCY DEPARTMENT
PATIENT DISCHARGE INSTRUCTIONS**

685-009 (Rev. 01/02)

Southwest Medical Center
Q000016199329 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45   M DOB:11/19/60
E.R. Physician MCR   ADMIT:09/09/06



Q 16199329

# SOUTHWEST
—ᴵMEDICAL CENTERᴵ—

Southwest Medical Center
Q00016199329 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician MCR    ADMIT:09/09/06

## PART A – PATIENT INFORMATION

**Today's Date:** 9 / 9 / 06    **Arrival Time:** 08.37 (AM) PM

**First Name:** Reynolds    **Last Name:** Navarre    **MI:** JR

**Address:**
_____
Street                City              State   ZIP

**Phone:** ____/____/____    **Soc Sec #** _____    **Date of Birth:** ___/___/___

**Family Physician:** _____    **Chief Complaint:** SOB/ Chest pain

Form completed by: ☐ Self  ☐ Other: _____    **Relationship:** _____

## PART B – TRIAGE INFORMATION (For facility use only)

Called for triage at: 0846 (AM) PM          Called for triage at: _____ AM PM
Called for triage at: _____ AM PM      Called for triage at: _____ AM PM

Triage Nurse Notes: _____ WNL 02 _____
_____
_____
_____

## PART C – DISPOSITION (For facility use only)

If the Triage Nurse is aware that an individual desires to leave prior to triage or an MSE, every effort must be made to inform the individual of risks and benefits and to obtain the individual's signature (or that of his/her legal representative) on the Refusal of Medical Screening Examination form on the reverse side of this document.

☐  Individual left DED prior to triage                    ☐ Individual left DED prior to MSE

Facility representative informed of departure: ☐ Yes  ☐    No

    If Yes, describe efforts to provide risks and benefits education prior to departure:
_____
_____

    If No, describe attempts to locate the individual:
_____
_____

_B.Bernarder_____    ___/___/___ _____ AM PM
Triage Nurse Signature                    Date        Time

```
Southwest Medical Center          NAME: NAVARRE,REYNOLDS JR
2810 Ambassador Caffery Parkway   PHYS: Lapointe,Marc
Lafayette, LA 70506               DOB:           AGE: 45      SEX: M
                                  ACCT: Q00016199329  LOC:
    PHONE #: 337-989-6730         EXAM DATE: 09/09/2006 STATUS: UNK
      FAX #: 337-989-6732         RADIOLOGY NO:
                                  UNIT NO: Q000204407
```

EXAMS:
 000403380 CT ANGIO CHEST W/WO CONTRAST

CT ANGIOGRAM CHEST W/WO CONTRAST - 09/09/06:

   Pre and post-contrast examination of the chest was performed.
Examination was performed for detection of pulmonary emboli.
FINDINGS:
   No pleural or pericardial effusions are present.  The central, main
pulmonary arterial segments enhance symmetrically.  The proximal
branch vessels appear to enhance symmetrically in both lungs with no
convincing evidence of acute pulmonary embolus.
   No discrete mediastinal or hilar mass identified.  Lungs are well
expanded.  No confluent airspace infiltrates identified.  Subpleural
cyst is present at the right lower lung field anteriorly.  This is a
chronic and presumed incidental finding.  There are multiple low
density masses present in both kidneys.  Some are too small to
definitely characterize.  Sonographic confirmation that these reflect
cysts is recommended.

IMPRESSION:     NO CONVINCING EVIDENCE OF ACUTE PULMONARY EMBOLUS.
                SUBPLEURAL CYSTIC CHANGE AT THE RIGHT MID LUNG FIELD
                ANTERIORLY AND AT THE RIGHT APEX POSTERIORLY,
                SUGGESTING OBSTRUCTIVE CHANGE.  FINDINGS ARE NOT FELT
                TO REFLECT ACUTE ABNORMALITIES.


 JOB #:  0689


** Electronically Signed by Rodney Burns on 09/16/2006 at 1044 **
              Reported by: Rodney Burns, M.D.
              Signed by:   Burns,Rodney



CC:

DICTATED DATE/TIME: 09/10/2006 (0929)
TECHNOLOGIST: David Beaugh,RT(R)
TRANSCRIBED DATE/TIME: 09/10/2006 (1037)
TRANSCRIPTIONIST: Q.HIM.TAT
ELECTRONIC SIGNATURE DATE/TIME: 09/16/2006 (1044)
PRINTED DATE/TIME: 05/03/2008 (1541)


PAGE  1          Signed Report Printed From PCI

```
RUN DATE: 05/03/08          Southwest Medical Center  LAB  *LIVE*        PAGE 1
RUN TIME: 1543                   Laboratory Results Report
RUN USER: Q.HIM.TFB        PCI User: Q.HIM.TFB   Lab Database: LAB.COCLN
```

```
PATIENT: NAVARRE,REYNOLDS JR       ACCT #: Q000016199329 LOC:  Q.ERS      U #: Q000204407
                                   AGE/SX: 45/M          ROOM:            REG: 09/09/06
REG DR: Lapointe,Marc              DOB:   11/19/60       BED:             DIS:
                                   STATUS: DEP ER        TLOC:
```

```
Specimen: 0909:LN:C00105S   Collected: 09/09/06-1018 Status:  COMP   Req#: 00926927
                            Received:  09/09/06-1018 Subm Dr: Lapointe,Marc

Ordered:  COMP METAB PAN, BNP, TROPI, CKMB PROF
Comments: Will specimen be collected by Nurse? Y
          Do you want the Order on hold until specimen is collected? N
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|

```
********************************CHEMISTRY*****************************************
```

*COMP METAB PAN*

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| NA | 136 | | 136-145 mmol/L |
| K | 3.9 | | 3.5-5.1 mmol/L |
| CL | 103 | | 98-107 mmol/L |
| CO2 | 27 | | 21-32 mmol/L |
| ANION GAP | 9.9 | L | 10-20 |
| GLU | 89 | | 72-114 mg/dL |
| BUN | 10 | | 4-28 mg/dL |
| CREA | 0.94 | | 0.80-1.30 mg/dL |
| CALCIUM | 9.2 | | 8.5-10.1 mg/dL |
| TP | 8.4 | H | 6.4-8.2 g/dL |
| ALB | 4.5 | | 3.4-5.0 g/dL |
| T BILI | 1.05 | H | 0.00-1.00 mg/dL |
| AST (SGOT) | 32 | | 5-37 units/L |
| ALT (SGPT) | 73 | | 10-74 units/L |
| ALK PHOS | 88 | | 50-136 units/L |

```
******************************CARDIAC MARKERS************************************
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| CK | 36 | | 35-232 units/L |
| CKMB | < 0.5 | | 0.0-3.6 ng/mL |
| TROPI | < 0.04 | | ng/mL |

```
                    REFERENCE RANGES: 0.00-0.05 NG/ML

                    RISK STRATIFICATION:
                      SIGNIFICANT INCREASED RISK: 0.10-0.60 NG/ML
                      DIAGNOSIS OF MYOCARDIAL INJURY: > 0.60 NG/ML

                    NOTE: DIAGNOSIS OF MYOCARDIAL INJURY AND AMI REQUIRES
                    TWO OF THE FOLLOWING:
                      ECG CHANGES CONSISTENT WITH INFARCTION
                      TEMPORAL CHANGES IN CARDIAC ENZYME/MARKER LEVELS
                      CHEST DISCOMFORT OF SIGNIFICANT DURATION ( >20 MIN)
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| BNP | 17.0 | | 0-100 pg/mL |

```
                        ** END OF REPORT **
```

```
RUN DATE: 05/03/08              Southwest Medical Center  LAB  *LIVE*           PAGE 1
RUN TIME: 1543                       Laboratory Results Report
RUN USER: Q.HIM.TFB        PCI User: Q.HIM.TFB   Lab Database: LAB.COCLN
```

```
PATIENT: NAVARRE,REYNOLDS JR        ACCT #: Q00016199329 LOC:  Q.ERS      U #: Q000204407
                                    AGE/SX: 45/M        ROOM:             REG: 09/09/06
REG DR:  Lapointe,Marc              DOB:    11/19/60    BED:              DIS:
                                    STATUS: DEP ER      TLOC:
```

```
Specimen: 0909:LN:H00062S   Collected: 09/09/06-1018 Status:  COMP    Req#: 00926927
                            Received:  09/09/06-1018 Subm Dr: Lapointe,Marc

Ordered:  CBC
Comments: Will specimen be collected by Nurse? Y
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|

```
******************************HEMATOLOGY*********************************************
```

CBC

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| WBC | 4.4 | | 4.0-10.5 K/UL |
| RBC | 4.59 | | 4.19-5.75 M/UL |
| HGB | 15.4 | | 12.6-17.3 GMS |
| HCT | 44.4 | | 37.6-51.1 % |
| MCV | 97 | | 80-99 FL |
| MCH | 33.6 | H | 27.4-32.9 PG |
| MCHC | 34.8 | | 32.6-37.0 % |
| RDW | 13.0 | | 11.7-15.0 % |
| MPV | 7.7 | | 6.0-10.2 FL |
| PLT | 324 | | 140-400 K/UL |
| NEU | 53.5 | | 49.1-73.4 % |
| LYMPH | 35.3 | | 16.2-38.3 % |
| MON | 9.2 | | 4.7-11.3 % |
| EO | 1.6 | | 0-6.5 % |
| BA | 0.4 | | 0-0.9 % |
| NEU# | 2.4 | | K/UL |
| LY# | 1.6 | | K/UL |
| MON# | 0.4 | | K/UL |
| EO# | 0.1 | | K/UL |
| BA# | 0.0 | | K/UL |

```
                                ** END OF REPORT **
```

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| NAVARRE,REYNOLDS JR | Q000204407 | EMERGENCY ROOM SERVI | REG ER | 09/07/06 | Q00016196702 |

**PATIENT**
Soc Sec No    DOB      Age    Sex  MS   Race  Religion
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  11/19/60  45     M    S    CA    BAP
Address:  210 W PONTE DES MOUTON LOT G
          LAFAYETTE, LA 70507
Home Ph:  (337)654-5980    Parish: LAFAYETTE

**GUARANTOR**
NAVARRE,REYNOLDS JR        SS#: 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
Address:  PO BOX 1521
          SCOTT,LA 70583
Home Ph:  (337)654-5980    Parish: LAFAYETTE
Relationship to Patient: SAME AS PATIENT

**OTHER GUARANTOR**
                          SS#:  --
Address:

Home Ph:                  Parish:
Relationship to Patient:

**PERSON TO NOTIFY**
NONE,GIVEN
210 W PONTE DES MOUTON LOT G
LAFAYETTE,LA 70507
Home Phone: (337)654-5980    Work Phone:
Relationship to Patient: OTHER

**PATIENT EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation:

**GUARANTOR EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation:

**OTHER GUARANTOR EMPLOYER**

Work Phone:
Occupation:

**NEXT OF KIN**
COURVILLE,BARBARA
210 W PONTE DES MOUTON LOT G
LAFAYETTE,LA 70507
Home Phone: (337)654-5980    Work Phone:
Relationship to Patient: PARTNER

**INSURANCE 1**
MEDICARE PARTS A AND B
PO BOX 23046
JACKSON, MS 39225-3046
Phone (601)932-3704
Contact

Policy # 435190689A
Coverage # 435190689A
Subscriber NAVARRE,REYNOLDS JR
Rel to Pt  SAME AS PATIENT
Eff. 05/01/05 to          Rel Y Assign Y
GROUP 99999 - DISABLED

**AUTHORIZATION**
Treat/Precert  -
Ins Verif
Pro Review    Not Required
Pre Cert Phone SEE CARD

**INSURANCE 2**
MEDICAID - LOUISIANA
8591 UNITED PLAZA
BATON ROUGE, LA 70809
Phone (800)473-2783
Contact

Policy # 7958001853804
Coverage # 7958001853804
Subscriber NAVARRE,REYNOLDS JR
Rel to Pt  SAME AS PATIENT
Eff. 05/04/05 to          Rel Y Assign Y
Group 99999 - DISABLED

**AUTHORIZATION**
Treat/Precert  -
Ins Verif
Pro Review    Not Required
Pre Cert Phone SEE CARD

**INSURANCE 3**

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.        to        Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone

**OCCURRENCES**
Code Type                Date      Time
11  ONSET OF SYMPTOMS/ILLNESS  09/07/06

**CONDITIONS**
Code Type

DISCHARGE DATE/TIME

Adm Priorty  Last Hospitalization
EM

Admission Comment

Financial Class
MCR

**PHYSICIANS**
Attending Physician      HCIS    Admitting Physician    HCIS    Emergency Room Physician  HCIS
Prim Care Physician      HCIS    Family Physician       HCIS    Humble,Stephanie          0675
                                                               Other Provider

**ADMISSION/REGISTRATION**
| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 09/07/06 | 2018 | EMERGENCY ROOM | | WI | CP/SOB | R.OAD,TSE |

REGISTRATION FORM

PRINTED 09/07/06 2022

MEDICAL CENTER OF SOUTHWEST LOUISIANA
2810 AMB CAFFERY, LAFAYETTE, LA (337)981-2949

Patient Name

Account Number

786.52
789.00
578.1
305.1
070.70

*Please read both sides before signing.*

**1. Consent to Treatment.** I consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me as ordered by my physician or other healthcare professional on the hospital's medical staff. I understand that as part of their training, students in health care education may participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment at the Hospital, and that these students will be supervised by instructors and hospital staff.

**2. Financial Agreement.** In consideration of the services to be rendered to the patient, I individually promise to pay the patient's account at the rates stated in the hospital's price list (known as the "Charge Master") effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the patient's account. Some special items will be priced separately if there is no price listed on the Charge Master, or if the charge in listed as zero. An estimate of the anticipated charges for services to be provided to the patient is available upon request from the hospital. Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

If supplies and services are provided to a patient who has coverage through a governmental program or through certain private health insurance plans, the hospital may accept a discounted payment for those supplies and services. In this event any payment required from the undersigned will be determined by the terms of the governmental program or private health insurance plan. If the patient is uninsured and not covered by a governmental program, the patient may be eligible to have his or her account discounted or forgiven under the hospital's uninsured discount or charity care programs in effect at the time of treatment. You may request information about these programs from the hospital.

As a courtesy to you, the hospital may bill your insurance company, but is not obligated to do so. Regardless, you agree that except where prohibited by law, the financial responsibility for the services rendered belongs to you, the undersigned. You also agree that if the hospital must initiate collection efforts to recover amounts owed by you, then in addition to amounts incurred for the services rendered you will pay: (a) any and all costs incurred by the hospital in pursuing collection, including, but not limited to, reasonable attorneys' fees, and (b) any court costs or other costs of litigation incurred by the hospital that applicable rules or statutes permit the hospital to recover.

The hospital will provide a medical screening examination as required to all patients who are seeking medical services to determine if there is an emergency medical condition, without regard to the patient's ability to pay. If there is an emergency medical condition, the hospital will provide stabilizing treatment within its capacity. However, patients who do not

qualify under the hospital's charity care policy or other applicable policy are not relieved of their obligation to pay for these services.

**3. Release of Information.** I permit the hospital and the physicians or other health professionals involved in the inpatient or outpatient care to release the healthcare information necessary for treatment, payment or healthcare operations in accordance with state and federal law. Healthcare information may be released to any person or entity liable for payment on the patient's behalf in order to verify coverage or payment questions, or for any other purpose related to benefit payment. Healthcare information may also be released to my employer's designee when the services delivered are related to a claim under worker's compensation. If I am covered by Medicare or Medicaid, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurse's notes, consultations, psychological and/or psychiatric reports and discharge summary. This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases including, but not limited to, blood borne diseases, such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

**4. Patient Self Determination Act.** I have been furnished information regarding Advance Directives (such as durable power of attorney for healthcare and living wills). I have also been furnished with written information regarding patient rights and responsibilities and other information related to my stay.

**Please initial the following applicable statements:**

_____ I executed an Advance Directive and have been requested to supply a copy to the hospital

_____ I have not executed an Advance Directive

_____ I wish to execute an Advance Directive

_____ I do not wish to execute an Advance Directive

**5. Notice of Privacy Practices.** I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge _____ (Initial)

---

Date _____
Time _____ ☐ a.m. ☐ p.m.

I, the undersigned, as the patient, or the parent, guardian, spouse, guarantor or agent of the patient, hereby certify I have read, and fully and completely understand this Conditions of Admission and Authorization for Medical treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, voluntarily and agree to be bound by its terms. I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.
☐ Patient is medically unable to sign the Conditions of Admission   ☐ Patient Refused to Sign

Patient/Parent/Guardian _____

Spouse (if Married/Available) _____   Witness (to Signature only) _____   If other than patient, indicate relationship _____

PATIENT IDENTIFICATION

Southwest Medical Center
A000016196702 U00204407 REG ER
NAVARRE,REYNOLDS J 45 M DOB:11/19/60
E.R. Physician MCR ADMIT: 09/07/06

**Conditions of Admission**

A7408 (Rev. 01/05)   Page 1 of 2

GA, SC, NC, TN, KY, UT, IN, ID, CO, OK, AK, LA, MS

**6. Assignment of Benefits.** In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage (including, but not limited to, any employer, employer group or trust sponsored or offered plan) to pay the hospital and/or hospital-based physicians directly for the services the hospital and/or hospital-based physicians provided to the patient during this admission. In return for the services rendered and to be rendered by the hospital and/or hospital-based physicians, I hereby irrevocably assign and transfer to the hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance policies and health benefit plans from which I am entitled services or I am entitled to recover. I understand that any payment received from these policies and/or plans will be applied to the amount that I have agreed to pay for services rendered during this admission, as further described under section 2. This assignment shall be for the purpose of granting the hospital and/or hospital based physicians an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the hospital and/or hospital based physicians to pursue any such right of recovery. In no event will the hospital and/or hospital-based physicians retain benefits in excess of the amount owed to the hospital and/or hospital based physicians for the care and treatment rendered during the admission. If a third party payer (such as an insurance company or employer group or trust sponsored or offered plan) may be obligated to pay some or all of these charges, I agree to take all actions necessary to assist the hospital and/or hospital based physicians in collecting payment from any such third party payer. I hereby appoint the hospital as my authorized representative to pursue, if it so chooses, all administrative remedies, claims and/or lawsuits on my behalf and at the hospital's election, against any responsible third party, medical insurer, or employer sponsored medical benefit plan for purposes of collecting any and all hospital benefits due me for the payment of the charges referred to in section 2 above. If the hospital elects to pursue a claim or lawsuit against a third party payer as authorized representative, I agree to execute a special power of attorney, if requested, authorizing the hospital to take all actions necessary or appropriate in pursuit of such claim or lawsuit, including allowing the hospital to bring suit against the third party payer in my name. I agree to pay over to the hospital immediately all sums recovered in any claim or lawsuit brought on my behalf by the hospital (up to the amount of the hospital's charges, plus expenses and attorney's fees). I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the hospital and/or hospital based physicians.

*Hospital-based physicians include but are not limited to: Emergency Department Physicians, Pathologists, Radiologists, and Anesthesiologists. These services are rendered by independent contractors and are not part of your hospital bill. These services will be billed for separately by each physician's billing company.*

**7. Private Room.** I understand and agree that I or the party responsible for payment for hospital and medical services is responsible for any additional charges associated with the request and use of a private room.

**8. Communications About My Healthcare.** I authorize my healthcare information to be disclosed for purposes of communicating results, findings, and care decisions to my family members and others responsible for my care or designated by me. I will provide those individuals with a password or other verification means specified by the hospital.

**9. Medicare Patient Certification and Assignment of Benefit.** I certify that any information I provide in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I request payment of authorized benefits to be made on my behalf to the hospital or hospital-based physician by the Medicare or Medicaid program.

**10. Other Acknowledgements**

a. **Legal Relationship Between Hospital and Physicians.** Most or all of the health care professionals performing services in the hospital are independent contractors and are not hospital agents or employees. Independent contractors are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent contractors. I understand that physicians or other health care professionals may be called upon to provide care or services to me or on my behalf, but that I may not actually see, or be examined by, all physicians or health care professionals participating in my care; for example, I may not see physicians providing radiology, pathology, EKG interpretation and anesthesiology services. I understand that, in most instances, there will be a separate charge for professional services rendered by physicians to me or on my behalf, and that I will receive a bill for these professional services that is separate from the bill for hospital services.

b. **Personal Valuables.** I understand that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss of or damage to any money, jewelry, documents, furs, fur coats and fur garments, or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for the loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property that is deposited with the hospital for safekeeping is limited to the greater of five hundred dollars ($500.00) or the maximum required by law, unless a written receipt for a greater amount has been obtained from the hospital by the patient.

c. **Weapons/Explosives/Drugs.** I understand and agree that if the hospital at any time believes there may be a weapon, explosive device, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

*Continue reading and sign on reverse side.*

**My signature only acknowledges my receipt of the following information:**

1. The **Medicare Message** provided by Medicare if admitted (Inpatient or Observation) _____

2. The **Champus Message** provided by Champus if admitted (Inpatient or Observation) _____

3. The **Patient Bill of Rights** _RH_

4. I have received a full explanation of **Express Care Charges** and an **Information Card** _RH_

   *Express Care is a service provided by Medical Center of Southwest Louisiana's Emergency Department. It is designed to provide prompt, low-cost treatment for medical problems that require only an examination by the physician and prescription(s). The Express Care service charge is $70.00. If further treatment is necessary the Express Care charge of $70.00 would no longer apply. The physician and the level of care you receive will determine the Emergency charge.*

5. The **Patient Confidential Passcode** _RH_

## Medicaid Acknowledgement

Southwest Medical Center will accept Medicaid only as secondary
coverage to another insurance carrier or Medicare.

**Signature** _Reynolds RN_     **Date** _9-7-06_

**Witness** _Amy Cajone_     **Date** _9 7 06_

**Witness** _____     **Date** _____

# SOUTHWEST
—| MEDICAL CENTER |—

```
Southwest Medical Center
A#Q00016196702 U#Q204407 REG ER
NAVARRE.REYNOLDS J  45  M  DOB:11/19/60
E.R. Physician  MCR     ADMIT. 09/07/06
```

Patient Identification

  

DATE: | TIME EXAMINED: | CHIEF COMPLAINT:

HISTORY OF PRESENT ILLNESS: LOCATION • QUALITY • SEVERITY • DURATION • TIMING • CONTEXT • ASSOC. SIGNS & SYMPTOMS • MODIFYING FACTORS •

ALLERGIES: (–)

cc – (L) chest pain

HPI 45 y/o w/m c/o of (L) chest ...

ASSOC – ...

Has appt. ... 9/11 ...

... w/u of abd pain / Hematochezia

**REVIEW OF SYSTEMS**

- Const. S&S
- Eyes
- Ears
- Nose
- Mouth
- Throat
- Cardiovascular
- Respiratory
- Gastrointestinal
- Genitourinary
- Musculoskeletal
- Integumentary (*skin and /or breast*)
- Neurological
- Psychiatric
- Endocrine
- Hematological/Lymphatic
- Allergic/Immunologic

☐-OTHER SYSTEMS NEG.

PAST MEDICAL HX: ☐-HBP ☐-CAD ☐-↑CHOL ☐-DM ☐-ASTHMA / COPD ☐-CRF ☐-Thyroid

Hep C positive

PAST SURGICAL HX: ☐-CABG ☐-CHOLECYSTECTOMY ☐-APPENDECTOMY ☐-HYSTERECTOMY

Neck ... → ...

SOCIAL HX: ☐-SMOKER ☐-ETOH

Married, ...

FAMILY HX: HTN, CAD (m/f), ASTHMA.

PHYSICAL EXAM:

...

HEENT – NC/AT, ...

NECK Supple, ...

Chest CTA ... reproducing ...

HT - RRR ...

ABD ...

(–) ...

...

PHYSICIAN'S ORDERS:

☑-CBC ☐-PROFS ☑-CHEM12 ☐-HEP. PROF.

☑-MAGNESIUM ☐-AMYLASE ☐-UA ☐-S. PREG.

☐-LIPID PROF ☑-CK ☐-CKMB ☐-LDH ☐-TROPONIN

☑-EKG ☑-PT ☑-PTT ☐-ABG ☐-SaO₂ ☐-CBG

☑-CXR ☐-ABD-1 ☐-ABD-2 ☐-BNP

1.
2.
3.
4.
5. Toradol 30mg IV
6.
7.
8.
9.
10.
11.
12.
13.
14. Tramadol ...
15.
16. CIPRO ... BID ...
17. ...
18.
19.

Does Emergency Medical Condition Exist:

☐ Yes ☐ No

DIAGNOSIS: (1) ... chest wall pain, (2) abd pain, Hematochezia

DISPOSITION TIME: HOME / ADMIT

CONSULTS

| PHYSICIAN: | TIME CALLED: |
|---|---|
| PHYSICIAN: | TIME CALLED: |
| PHYSICIAN: | TIME CALLED: |

MD SIGNATURE:

PATIENT LABEL

Southwest Medical Center
Q00016196702 U#Q0204407 REG ER
NAVARRE,REYNOLDS J 45 M DOB:11/19/60
E.R. Physician MCR ADMIT:09/07/06

*Number one in your hearts.*

**SOUTHWEST**

MEDICAL CENTER

**EMERGENCY RECORD - PHYSICIAN'S REPORT**

780-006 Chart - White Physician's Copy - Canary

Revised 05/2005

| Date 9.7.6 | Time of Arrival 2015 | Interpreter Needed ☐ Yes ☑No Describe | | Triage Class III | | Mode of Arrival: ☑Amb ☐W/C | ☐ Carried ☐ EMS ☐ Stretcher |
|---|---|---|---|---|---|---|---|

| Treatment in Progress: | ☑N/A ☐CPR | ☐IV ☐ETT | ☐ Airway ☐ Monitor | ☐ O₂/Type | ☐ Backboard ☐ C-Collar | ☐ Splint |
|---|---|---|---|---|---|---|

PCP _____  Time Notified ☐N/A   Response _____  Referred to N/A B.R. M.D.   Pt. Requests N/A B.R. M.D.   LMP _____

Height: Stated ____ Actual ____   Weight: Stated ____ Actual ____   Immunizations ☑N/A ☐ Current ☐ Non-Current   Tetanus _____   ☐N/A   EDC: ____   GR ____ P ____ AB ____

Temp. ____  BP 135/80  HR 76  Resp 20  O₂ Sat ____  GCS ____  Pain Scale ____

PMH: None  COPD  Ulcers  Renal/Liver  Epilepsy
Cardiac  HTN  DM  Arthritis  CA  CVA  Asthma
Immunocompromise  Other Hep C

**Chief Complaint and Onset**

"it's bothering me", "can't hardly breathe"; ☑Hand numbness

**Assessment** 45 yo WM

Symptoms started about 2 hours ago.

Social History:
(Tobacco) EtOH Drugs  Other Denies alcohol use
Allergies ☑NKDA

Medications: ☑None

Tx in Triage _____

Tx PTA _____

Triage RN [signature]

## BASELINE NURSING EXAMINATION

Time of Assessment: 2015   Assessment Nurse: Hollister Haper RN   Mode to Room: ☑Amb ☐W/C   ☐ Carry ☐ Stretcher   Bed

| Psychosocial Behavioral Age/Devel. Approp. | Skin | Cardiac | G.I. |
|---|---|---|---|
| ☑Yes ☐ No | ☑Intact ☐ Lesions | ☑N/A ☐ CP | ☑N/A ☐ Nausea |

**Eye Contact**
☑Yes ☐ No

**Affect**
☑Normal ☐ Abnormal

**Motor Behavior**
☐ Cooperative ☐ Crying
☐ Restless ☐ Agitated
☑Normal ☐ Abnormal

**Speech**
☑Normal ☐ Abnormal

**Support System**
☑None
☐ Family/Significant Other
☐ Other _____

**Language Barrier**
☑No ☐ Yes

**Ideations**
☑None
☐ Harmful to Self
☐ Harmful to Others

**Neurological**
☑Alert ☐ Lethargic
☑Oriented ☐ Unresponsive
☐ Confused ☐ Combative
☑Disoriented ☐ Uncooperative
☐ Drowsy

**Responsive to Stimuli**
☑Verbal ☐ Painful

**Pupils**
☑N/A ☐ Equal ☐ Unequal
☑Reactive ☐ Non-Reactive

**Skin**
☑Intact ☐ Lesions
☑Warm ☐ Dry
☐ Cool ☐ Diaphoretic

**Turgor**
☑Normal ☐ Decreased

**Edema**
☑Absent ☐ Present
☐ Site/Degree: _____

**Color**
☑Normal ☐ Pale
☐ Cyanotic ☐ Mottled
☐ Jaundice ☐ Flushed

**Mucous Membranes**
☑Moist ☐ Dry

**Respiratory**
☑Normal ☐ N/A
☐ Dyspnea
☐ Nasal Flaring
☐ Retractions
☐ Stridor
☐ Cough
  ☐ Non-Productive
  ☐ Productive
  ☐ Color _____
☐ Using Accessory Muscles
☐ Expiratory Grunt

**Breath Sounds**
R       L
☐ Clear     ☐
☐ Crackles  ☐
☐ Wheezing  ☐
☐ Diminished ☐
☐ Absent    ☐

**Cardiac**
☑N/A ☐ CP
Onset
☐ Constant
☐ Intermittent
☐ Resolved
☐ Palpitations
☐ Non-Radiating
☐ Radiating
☐ Arm ☐R ☐L
☐ Back
☐ Neck / Jaw
☐ Pain Scale (1-10) ____

**Heart Sounds**
☐ Normal / Regular
☐ Irregular

**Pulses**
Radial ☐R ☐L
Femoral ☐R ☐L
Pedal ☐R ☐L

**Capillary Refill**
☐ Normal ☐ Slow
(2 secs) (>2 secs)

**G.I.**
☑N/A ☐ Nausea
**Abdomen**
☐ Normal ☐ Distended
☐ Guarding ☐ Rigid
**Tenderness**
☐ LUQ ☐ RUQ
☐ LLQ ☐ RLQ
☐ Epigastric ☐ Suprapubic
**Bowel Sounds**
☐ Present ☐ Absent
☐ Hyper ☐ Hypo
☐ Last BM _____
☐ Vomiting _____
☐ Diarrhea _____
☐ Blood in Stool

**G.U.**
☑N/A ☐ Denies
☐ Flank Pain ☐L ☐R
☐ Dysuria
☐ Hematuria ☐ Frequency
☐ Oliguria ☐ Retention

| WOUND/INJURY | |
|---|---|
| ☑N/A ROM: ☐ Full ☐ Limited | |
| ☐ Laceration Size: _____ | |
| Location: _____ | |
| ☐ Foreign Body | |
| Location: _____ | |
| ☐ Burn Type: _____ | |
| Location: _____ | |
| ☐ Contusion ☐ Ecchymosis | |
| ☐ Deformity ☐ Swelling | |
| ☑Pain ☐ Radiating ☐ Tenderness | |
| Location: Arm | |

**OB/GYN**
☐ N/A  FHT: _____  Gest: _____
☐ Vag. Bleeding  No. pads per hour: ____
☐ Discharge  Describe: _____

**PEDIATRICS/INFANT**
Growth & devel. age approx. ☐ Yes ☐ No
Head Circumference: ☐ N/A ____ in/cm

**Fontanels**
☐ Flat
☐ Bulging
☐ Sunken

**Cry Dry**
☐ Strong/Normal
☐ Whimpering
☐ Moaning/High Pitch

**Activity**
☐ Playful
☐ Fussy
☐ Quiet

Visual Acuity ☐

**Comments:** Scheduled for liver bx & gastro-scope Monday

| Disposition | Status: ☑DC ☐ IP ☐ OP ☐ OBS  Transfer  OR  Refusal of Care | Condition: ☑Stable ☐ Fair ☐ Guarded ☐ Deceased | Mode: ☑Amb W/C Carried EMS Stretcher |
|---|---|---|---|
| | Time to Room _____  Room No. _____ | Mode ☐ WC ☐ Carried ☐ Stretcher | |
| | Signature [signature] Date 9/10/06 Time 0107 | Notified Time: Coroner ____ Poison Control ____ Police ____ Animal Control ____ Other ____ | |

# SOUTHWEST
## —MEDICAL CENTER—

## EMERGENCY RECORD
### PAGE 1

780-008 (Rev. 1/00)

CHART - WHITE   PHYSICIAN'S - CANARY

**PATIENT IDENTIFICATION**

Southwest Medical Center
Q00001619670Z U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician  MCR      ADMIT:09/07/06

## CONSENT FOR TREATMENT

I hereby give consent to the Medical Center of Southwest Louisiana for treatment, consultation or testing as deemed necessary by the attending/Emergency Department physician.

_____     _____
PATIENT, GUARDIAN OR AUTHORIZED PERSON                              WITNESS

## TELEPHONE CONSENT FOR EMERGENCY TREATMENT OF MINORS

The nature and the condition of the anticipated medical treatment of

_____
NAME OF PATIENT

have been explained to and authorized by _____
LEGAL REPRESENTATIVE

_____ via monitored telephone call at _____
RELATIONSHIP                                                                                  TIME/DATE

_____
DATE                                INFORMANT

_____
DATE                                WITNESS (STAFF MEMBER)

   

| # | NURSING DIAGNOSIS | GLASGOW COMA SCALE | | | INITIAL INTERVENTION | TIME | INIT. |
|---|---|---|---|---|---|---|---|
| 1 | Ineffective Airway Clearance<br>Ineffective Breathing Pattern/Potential for<br>Impaired Gas Exchange/Potential for<br>Altered Cardiac Output/Potential for<br>Altered Tissue Perfusion/Potential for<br>Potential for Injury | Eye Opening | Spontaneous<br>To verbal command<br>To pain<br>None | 4<br>3<br>2<br>1 | ☐ Airway: Oral _____<br>Nasal _____<br>☐ Intubation per MD<br>Size _____<br>☐ Suctioning _____<br>☐ O₂ per _____ @ _____ /min. | | |
| 2 | Anxiety/Fear<br>Potential for Violence<br>Impaired Physical Mobility<br>Pain Acute or Chronic<br>Impaired Tissue Integrity<br>Potential for Infection | Verbal<br>Responsiveness | Oriented<br>Confused<br>Inappropriate words<br>Incomprehensible sounds<br>None | 5<br>4<br>3<br>2<br>1 | ☐ Cardiac Monitor _____<br>☐ NIBP Monitor _____<br>☐ Pulse Oximetry _____<br>☐ Restraints: Soft/Leather _____ | | |
| | Fluid Volume Deficit/Excess/Potential for<br>Constipation/Diarrhea<br>Attention in Urinary Elimination<br>Hypothermia/Hyperthermia<br>Knowledge Deficit | Motor response | Obeys<br>Localizes<br>Withdraws<br>Abnormal flexion<br>Abnormal extension<br>None | 6<br>5<br>4<br>3<br>2<br>1 | ☐ Ice _____<br>☐ Sling/Splint _____<br>☐ Position for Comfort _____<br>☐ Wound Cleansed/Irrigated _____<br>☐ Dressing Applied _____<br>☐ Elevation _____ | | |
| ? | Altered Comfort<br>Ineffective Coping<br>Other: _____ | | Total _____ | | ☐ Thermal Measures _____<br>☐ _____ | | |

### IV INFUSIONS / MEDICATIONS

| Time | Nsg. Dx. | Medications/Solutions | Initials | Time | Response | Initials |
|---|---|---|---|---|---|---|
| 2046 | 1-3 | 2Opx Tylco c̄ S/L  (R)AC - labs drawn | | | | |
| 2340 | 2 | Torodol 30mg slow IVP | | | | |
| | | | | | | |
| | | | | | | |

### NURSES' NOTES

| Time | Nsg. Dx. | P | R | B/P | T | SPO₂ | Pain Scale | NURSES' NOTES |
|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | to Rm 5. amb |
| 2055 | 1-3 | 67 | 20 | 130/87 | | 100% | | pt anxious c/o (R) arm cold/numbness : dlia w/D. pulses intact - NSR redosny |
| 2100 | | | | | | | | to xray via stretcher |
| 2115 | | | | | | | | returned to ER no distress - NSR |
| 2215 | | 57 | 24 | 115/59 | | 100% | | |
| 2340 | | 57 | 24 | 115/58 | | 100% | | resting comp'ft/B |
| 0042 | | | | | | | | IV d/c'd intact bandaged - pt ready to go home |
| 0/07 | | | | | | | | home stable c̄ 100%, verbal understanding d/c inst |
| | | | | | | | | |

**NURSE INITIALS / SIGNATURE**   #1 _____   #2 _____
#3 _____   #4 _____

☐ **Mark Box if Nurses Notes Addendum is Used**

## SOUTHWEST
—MEDICAL CENTER—
## EMERGENCY RECORD/
PAGE 2
## NURSES NOTES

780-009 (Rev. 1/00)

CHART - WHITE  PHYSICIAN'S - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00016196702 U#Q204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician MCR   ADMIT:09/07/06

## SOUTHWEST MEDICAL CENTER
### EMERGENCY DEPARTMENT LEVEL OF CARE TEMPLATE

**Points   Intervention**

### ADMISSION/TRANSPORT

| | | |
|---|---|---|
| N/A | ☐ | Visit for suture/staple removal only |
| N/A | ☐ | Visit for removal/adjustment of device/cath only |
| N/A | ☐ | Physician Requested Follow Up only. |
| N/A | ☐ | Left Prior to Medical Screening Exam (LPMSE) |
| | | *N/A—Do not assign any additional points* |
| 10 | ☐ | Transfer in - neg home, other institution |
| 20 | ☐ | Transfer out - neg home, other institution |
| 25 | ☐ | Intra-Hospital admission/transfer to other OP setting |
| 20 | ☐ | AMA |
| 40 | ☐ | Transfer with nurse to other facility |
| 20 | ☐ | DOA |

### ASSESSMENT/MONITORING

| | | |
|---|---|---|
| 20 | ☐ | Simple assessment |
| 30 | ☐ | Intermediate assessment |
| 50 | ☐ | Complex assessment |
| *10 | ☐ | Continuous Cardiac/Telemetry Monitoring |
| *25 | ☐ | Monitoring - High Level Equipment and Other Special Eq |

### WOUND CARE

| | | |
|---|---|---|
| *10 | ☐ | Suture/staple removal <7.5cm |
| *20 | ☐ | Suture/staple removal ≥7.5cm or infected |
| 10 | ☐ | Foreign body removal - Single |
| *20 | ☐ | Foreign body removal - Multiple or Prolonged |
| 10 | ☐ | Wound cleansing - Single |
| 20 | ☐ | Wound cleansing - Multiple or complex |
| 10 | ☐ | Dressings - Single Closed Wound |
| 20 | ☐ | Dressings - Single Open Wound |
| 25 | ☐ | Dressings - Multiple Wounds -Single Site/Extremity |
| 30 | ☐ | Dressings - Multiple Wounds - Multiple Sites/Extremities |
| *10 | ☐ | Photography |

### OB/GYN

| | | |
|---|---|---|
| 20 | ☐ | Fetal heart tones |
| 40 | ☐ | Pre-Hospital delivery |
| 30 | ☐ | Newborn care - Initial, following birth |
| 20 | ☐ | Pelvic exam |

### ADDITIONAL PATIENT NEEDS

| | | |
|---|---|---|
| 30 | ☐ | Emotional or Combative or Uncooperative Patient |
| 30 | ☐ | Additional service needs |
| 30 | ☐ | Communication needs |
| 20 | ☐ | Coordination of care |
| 20 | ☐ | Isolation |
| 40 | ☐ | Violent/Aggressive |

### EMERGENCY DEPARTMENT VISIT LEVEL
*Check Only One*

| Points | Description | Code |
|---|---|---|
| N/A | Suture Recheck/Suture Removal | 99281 |
| N/A | Visit for Rem/Adj Device/Cath | 99281 |
| N/A | Physician Requested Follow Up | 99281 |
| N/A | LPMSE | 99281 |
| 0-25 | Level 1 | 99281 |
| 30-45 | Level 2 | 99281 |
| 50-75 | Level 3 | 99282 |
| 80-105 | Level 4 | 99283 |
| 110 + | Level 5 | 99284 |
| N/A | Critical Care | 99285 |
| 0-25 | EXPRESS CARE Level 1 | 99291 |
| 30-45 | EXPRESS CARE Level 2 | 99281 |
| 50-75 | EXPRESS CARE Level 3 | 99281 |
| 80-105 | EXPRESS CARE Level 4 | 99281 |
| 110 + | EXPRESS CARE Level 5 | 99281 |

### SUPPLIES
**CAST CART**

| | |
|---|---|
| ☐ | Splint Long Arm |
| ☐ | Splint Long Leg |
| ☐ | Splint Short Arm |
| ☐ | Splint Short Leg |

**Level Assigned By:** _____

**Points   Intervention**

### MEDICATIONS

| | | |
|---|---|---|
| *5 | ☐ | Medications - PO, suppository, topical, inhalants x ____ |

### INTERVENTIONS

| | | |
|---|---|---|
| *5 | ☐ | Visual Acuity |
| *15 | ☐ | Ostomy Maintenance |
| *20 | ☐ | Morgan Lens Procedure |
| 10 | ☐ | Suction/Irrigation x _____ (per episode) |
| 20 | ☐ | MAST Suit |
| *10 | ☐ | Traction Assist |
| 10 | ☐ | Ring/piercing ornament removal x _____ (30 pts max) |
| 15 | ☐ | Simple Decontamination |
| 45 | ☐ | Complex Decontamination |
| *10 | ☐ | O2 administration |
| *25 | ☐ | Enema Administration |
| *20 | ☐ | Tubes: Naso- or oro-gastric |
| 10 | ☐ | Specimen Collection x _____ (each) |
| 10 | ☐ | Blood Draw - IV access, cap. puncture x ___ (episode) |
| *60 | ☐ | Sexual Assault/Rape Exam |
| *10 | ☐ | Elastic Wrap |
| *10 | ☐ | Application of Non-customized Immobilization Device |
| *15 | ☐ | Stabilization of Body Temperature |
| *15 | ☐ | Removal/Adjustment of Device/Cath |
| 10 | ☐ | Rectal Exam |
| *15 | ☐ | Ankle/Brachial Index |
| *10 | ☐ | Doppler |

### EDUCATION/DISCHARGE INSTRUCTIONS

| | | |
|---|---|---|
| 15 | ☐ | Special Teaching |
| 8 | ☐ | Discharge Instructions, Routine |
| 15 | ☐ | Discharge Instructions, Complex |

**TOTAL POINTS:** _____

*CONFIRM THAT ALL ITEMS MARKED WITH "*" HAVE MD ORDER FOR SAME*

### EMERGENCY DEPARTMENT PROCEDURE CATEGORY
*Check all that apply*

**Description**

| | |
|---|---|
| ☐ | Procedure Category 1   (number of: _____ ) |
| ☐ | Procedure Category 2   (number of: _____ ) |
| ☐ | Procedure Category 3   (number of: _____ ) |

### NURSING PROCEDURES CATEGORIES
*Check all that apply*

| | |
|---|---|
| ☐ | Heprin Lock |
| ☐ | IV Infusion (Initial Hour) must be > 15 minutes |
| ☐ | IV Infusion (Each Additional Hour) must be > 91 minutes |
| ☐ | IV Push Patient (Each counts as 1) (Quant.) |
| ☐ | IM or Subq all patient types ( _____ Quant.) |
| ☐ | Initial Immunization all patient types |
| ☐ | Each Additional Vaccine - all patient types ( _____ Quant.) |
| ☐ | * IV Piggyback greater than 15 minutes is an infusion charge |
| ☐ | IN/OUT Catheter Insertion/Residual |
| ☐ | Blood Transfusion |
| ☐ | Foley Cath Insertion (Indwelling) |
| ☐ | Catheter Insert Spec Collection |
| ☐ | Blood Draw - from implanted port |
| ☐ | CPR |
| ☐ | Gastric Lavage |
| ☐ | Venipuncture |

**BURN DRESSINGS**

| | |
|---|---|
| ☐ | Sm |
| ☐ | Med |
| ☐ | Lg |

**CUSTOMIZED SPLINTS
APPLIED BY NURSING**

| | |
|---|---|
| ☐ | n/splint long leg |
| ☐ | n/splint short leg |
| ☐ | n/strapping shoulder |
| ☐ | n/splint finger |
| ☐ | n/splint long arm |
| ☐ | n/splint short arm |

```
Southwest Medical Center
Q00001619670Z U#0204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician  MCR   ADMIT:09/07/06
```

This document is the proprietary property of HCA Management Services, LP and may only be copied or distributed by permission.

Revised 12/27/05

## HCA EMERGENCY DEPARTMENT PROCEDURES

This form is not to be used for coding purposes. Procedures will be coded by HIM.

Total # procedures: _____

### PROCEDURE CATEGORY I (check all that apply)

- [ ] Burn(s) treatment
- [ ] Chemical cauterization of granulation tissue (proud flesh, sinus or fistula)
- [ ] Control of bleeding:
  - [ ] Nosebleed- anterior (simple/complex)/posterior
  - [ ] Throat- simple
  - [ ] Nose/throat with/without nasal packs and or cauterization
  - [ ] Vaginal with packing
- [ ] Debride skin, partial/ full thickness or to muscle
- [ ] Drainage of chest (thoracentesis/pericardiocentesis)
- [ ] Drainage of lesion/abscess/cyst (also bone cyst)
- [ ] Drain/inject, joint/bursa
- [ ] Drain blood from under nail
- [ ] Ear- clear outer canal or remove impacted earwax
- [ ] Esophageal intubation for cytology
- [ ] Establish venous access via cutdown
- [ ] FB removal (simple) nasal/mouth/pharynx
- [ ] FB removal sub-q simple
- [ ] FB removal eye (superficial, imbedded, corneal (with slit lamp)
- [ ] Fracture treatment with manipulation
- [ ] Fracture treatment without manipulation
- [ ] I&D of lesion on tongue or floor of mouth; sublingual
- [ ] Laceration repair- mouth/tongue 2.5cm or <
- [ ] Ligation of hemorrhoid(s)
- [ ] Monitoring of interstitial fluid pressure-in detection of muscle compartment syndrome
- [ ] Nail plate removal and repair of nail bed
- [ ] Peritoneocentesis, abdominal paracentesis, peritoneal lavage; initial
- [ ] Spinal puncture LP (diagnostic or therapeutic for drainage of CSF)
- [ ] Thoracentesis with insertion of tube with/without waterseal (pnuemothorax)
- [ ] Treatment of nose fracture
- [ ] Treatment of penile lesion
- [ ] Tube changes - tracheotomy, gastrostomy
- [ ] Tube placement - intestinal bleeding tube; or gastric intubation and aspiration or lavage for treatment
- [ ] Tube thoracostomy with/without waterseal (abscess, hemothorax, and empyema)
- [ ] Wound repair-superficial
- [ ] Other: _____

### PROCEDURE CATEGORY II (check all that apply)

Total # procedures: _____

- [ ] Change kidney tube
- [ ] Debride muscle/tissue/bone
- [ ] External electric cardioversion
- [ ] Inject epidural patch
- [ ] FB removal (complicated)-sub q, arm-sub q, pelvis/hip-sub q, and foot-sub q
- [ ] Removal nail bed
- [ ] Proctosigmoidoscopy with dilation/control bleeding/FB removal
- [ ] Wound closure layer over 30 cm
- [ ] Other: _____

### PROCEDURE CATEGORY III (check all that apply)

Total # procedures: _____

- [ ] Amputation finger/thumb
- [ ] Central line insertion
- [ ] Drainage of bladder- needle with suprapubic catheter
- [ ] Drainage of hematoma/fluid
- [ ] Dx bronchoscopy with/without washing
- [ ] FB removal IM/deep (arm, hip, and foot)
- [ ] Incision of windpipe- transtracheal/cricothyroid
- [ ] Operative laryngoscopy
- [ ] Remove vagina gland lesion
- [ ] Treatment of dislocations with anesthesia
- [ ] Treatment of pelvic ring fracture with manipulation
- [ ] Other: _____

**→ Treatment or Prevention of Critical Illness/Critical Injury**

**Conditions Considered Critical**
- Acute Hepatic Failure
- Acute Renal Failure
- Airway Obstruction
- Burns
- Cardiac Arrest/Distress
- Coma
- Conulsions
- Convulsive Epilepsy
- Hemorrhage, uncontrolled
- Hypo/Hyperthermia
- Multi-System Trauma
- AMI
- Respiratory Arrest/Distress
- Severe Allergic Reaction
- Syncope and Collapse
- Tachypnea
- Unstable Angina
- Ventricular Fib, Flutter, Tachy
- Volume Depletion
- Volume Overload

# SOUTHWEST
## ⸺│MEDICAL CENTER│⸺

**PART A – PATIENT INFORMATION**

*Today's Date:* _____   *Arrival Time:* _____ AM PM

**First Name:** Reynolds   **Last Name:** Navarre (Sr)   MI: _____

Address: _____
Street _____ City _____ State ___ ZIP ___

**Phone:** ___ / ___ / ___   Soc Sec # ___   Date of Birth: ___

Family Physician: _____   Chief Complaint: _____

Form completed by: ☐ Self  ☐ Other: _____   Relationship: _____

**PART B – TRIAGE INFORMATION** (For facility use only)

Called for triage at: 2015 ___ AM PM    Called for triage at: _____ AM PM
Called for triage at: _____ AM PM    Called for triage at: _____ AM PM

Triage Nurse Notes: back _____

**PART C – DISPOSITION** (For facility use only)

*If the Triage Nurse is aware that an individual desires to leave prior to triage or an MSE, every effort must be made to inform the individual of risks and benefits and to obtain the individual's signature (or that of his/her legal representative) on the Refusal of Medical Screening Examination form on the reverse side of this document.*

☐  Individual left DED prior to triage             ☐ Individual left DED prior to MSE

Facility representative informed of departure: ☐ Yes  ☐  No

If Yes, describe efforts to provide risks and benefits education prior to departure:
_____
_____

If No, describe attempts to locate the individual:
_____
_____
_____

_____  ___ / ___ / ___  _____ AM PM
Triage Nurse Signature          Date          Time

☐ **WOUND CARE:**

_____ REMOVE DRESSING IN 24 HOURS UNLESS OTHERWISE DIRECTED.

_____ KEEP DRESSING/SUTURES CLEAN AND DRY.

_____ SUTURE WOUND CARE; AFTER DRESSING HAS BEEN REMOVED. CLEAN SUTURED AREA WITH HYDROGEN PEROXIDE. DO THIS ONCE A DAY OR MORE OFTEN, IF NEEDED.

_____ KEEP WOUND COVERED WITH A DRY DRESSING.

_____ SOAK AFFECTED PART IN WARM WATER _____ TIMES A DAY.

_____ WATCH FOR SIGNS OF INFECTIONS; LOOK FOR:

| RED STREAKS | REDNESS |
| FEVER | SWELLING |
| DISCHARGE | HEAT |
| INCREASED PAIN | |

RETURN TO THE EMERGENCY DEPARTMENT IF ANY OF THESE OCCUR

_____ RETURN TO ED IN _____ DAYS FOR SUTURE REMOVAL/RECHECK

☑ **OTHER SPECIFIC INSTRUCTIONS / MEDICATION EDUCATION**

(RETURN TO THE ED IF UNABLE TO SEE YOUR PHYSICIAN OR SYMPTOMS WORSEN.

_See Dr. Dunci (Gastroenterologist)_
_Discussion Mon, Sept 11TH_

_____

_____

_____

_____

_____

_____

**REFERRAL:**

Physician: _____

Address: _____

Phone: _____

_____ Call Dr. _____ office in the morning to make a follow up appointment in _____ days.

_____ We have made a follow up appointment for you with Dr. _____ on _____ (day)

_____ (month) at _____ (time)

☐ **HEAD INJURY -**

**REPORT TO YOUR DOCTOR OR RETURN TO ED IMMEDIATELY, IF ANY OF FOLLOWING OCCUR:**

STIFF NECK NECK, FEVER OR DIZZINESS

SEVERE OR PERSISTENT HEADACHE (OVER 12 HOURS)

PERSISTENT VOMITING (OVER 4 HOURS)

VISION PROBLEMS, SUCH AS DOUBLE VISION

UNUSUAL BEHAVIOR, CONFUSION OR UNCONSCIOUSNESS

SLURRED SPEECH OR TROUBLE BREATHING OR WALKING

☐ **EYE INJURY -**

1. LEAVE PATCH IN PLACE FOR _____ HRS(S)

2. YOUR EYE PATCH, WILL HINDER YOUR DEPTH PERCEPTION. DO NOT DRIVE WHILE IT IS IN PLACE.

3. IF WHEN PATCH IS REMOVED, PAIN PERSIST: RETURN TO ED:

**COLD/FLU:**

_____ INCREASE FLUID INTAKE TO 6-8 OZ GLASSES OF WATER

_____ GET PLENTY OF REST

_____ TAKE MEDICATIONS AS DIRECTED

_____ TYLENOL OR ADVIL AS DIRECTED FOR FEVER OR BODY ACHES.

☐ **X-RAY INSTRUCTIONS**

1. Your X-rays were read by the attending physician in the emergency center. For your added protection, your X-Rays will be reread by your independent Radiology Group. If any abnormalities are found that have not been called to your attention, you and/or your doctor will be called immediately.

2. It is important that the emergency center has the phone number where you can be reached within the next 24 hours. In the meantime, please follow the instructions given to you by the emergency center staff.

3. Sometimes, fractures or abnormalities may not show up on X-Rays for several days. If symptoms persist or get worse, call your physician. More X-Rays may need to be taken.

I acknowledge, and hereby consent to disclose to the above physician/designee medical information related to this ED visit and that the released information may contain alcohol, drug abuse, psychiatric, HIV testing results or AIDS information. I understand that this consent may be withdrawn by me at any time except to the extent that action has been taken in reliance upon it. This facility is released and discharged of any liability and the undersigned will hold the facility harmless, for complying with this "Authorization for Release of Medical Information."

I the undersigned do not consent to release of the above information.

Initials

9/8/06
DATE

NURSE'S SIGNATURE

PATIENT'S SIGNATURE

**SOUTHWEST**
—— MEDICAL CENTER ——

**EMERGENCY DEPARTMENT**
**PATIENT DISCHARGE INSTRUCTIONS**

PATIENT I.D. LABEL

Southwest Medical Center
Q00016196702 U#0204407 REG ER
NAVARRE,REYNOLDS J 45  M DOB:11/19/60
E.R. Physician  MCR  ADMIT:09/07/06

685-009 (Rev. 01/02)



M3-3 9/7/06 20:48:06  ALARMS SUSPENDED  HR 63  SV RHYTHM  PVC 0  NBP -?-  RESP 23  %SpO2 -?-  25 mm/sec

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____

HR _____ PR _____ QRS _____ QT _____

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____

HR _____ PR _____ QRS _____ QT _____

INTERPRETATION: _____

DATE: _____ TIME: _____ SIGNATURE: _____

Southwest Medical Center
A#Q00016196702 U#Q204407  REG ER
NAVARRE.REYNOLDS J 45  M  DOB:11/19/60
E.R. Physician  MCR       ADMIT: 09/07/06

**RHYTHM STRIP RECORD**

HCA ICU-0125/R  Rev. 01/01

SOUTHWEST MEDICAL CENTER

Room: ER5
Oper: DD

16196702        09/07/2006  20:31:43      NAVARRE,RHYNOLDS
                45 years     Male

Dx:                                          ........normal P axis, PR, rate & rhythm
                                                          ........P>60mS, <-.15mV V1
Rate   63    . NORMAL SINUS RHYTHM, RATE 63...........................
PR    148    . LEFT ATRIAL ABNORMALITY.................LVH voltage with LAA or LAD
QRSD   87    . PROBABLE LEFT VENTRICULAR HYPERTROPHY....................
QT    482    . BORDERLINE ST ELEVATION, INFERIOR LEADS..........ST>.07mV II III aVF
QTc   493
             Southwest Medical Center
-AXIS--      AE000016196702 U07204407 REG ER
P      74    NAVARRE,REYNOLDS J 45 M  DOB:11/19/60
QRS    74    E.R. Physician  MCR    ADMIT: 09/07/06
T      68

                     - ABNORMAL ECG -

DX

CHEST PAIN

Requested by :
   HUMDLE

PRELIMINARY-MD MUST REVIEW

```
Southwest Medical Center          NAME: NAVARRE,REYNOLDS JR
2810 Ambassador Caffery Parkway   PHYS: Dellinger,Chester
Lafayette, LA 70506                 DOB:           AGE: 45     SEX: M
                                  ACCT: Q00016196702  LOC:
    PHONE #: 337-989-6730         EXAM DATE: 09/07/2006 STATUS: UNK
    FAX #: 337-989-6732           RADIOLOGY NO:
                                  UNIT NO: Q000204407
```

**EXAMS:**
  000403135 CHEST 2 VIEWS AP(PA) & LAT

  CHEST 2 VIEWS - 09/07/06:

      Hemidiaphragms are low in position.  The heart is normal in size.
  No infiltrates or effusions are seen.  Slight scoliotic curve of the
  upper thoracic spine is noted.

  IMPRESSION:     SLIGHT OVER-INFLATION OF THE LUNGS IS NOTED.   VERY
                  MINIMAL SPINAL SCOLIOTIC CURVE NOTED, ALSO.


  JOB #:   0411


** Electronically Signed by WILLIAM WASSELL on 09/08/2006 at 1147 **
                 Reported by: William Wassell
                 Signed by:   WASSELL,WILLIAM

CC:

DICTATED DATE/TIME: 09/08/2006 (0939)
TECHNOLOGIST: AMY RACHAL
TRANSCRIBED DATE/TIME: 09/08/2006 (1019)
TRANSCRIPTIONIST: Q.HIM.TAT
ELECTRONIC SIGNATURE DATE/TIME: 09/08/2006 (1147)
PRINTED DATE/TIME: 05/03/2008 (1541)


PAGE  1         Signed Report Printed From PCI

```
RUN DATE: 05/03/08              Southwest Medical Center  LAB  *LIVE*        PAGE 1
RUN TIME: 1543                       Laboratory Results Report
RUN USER: Q.HIM.TFB         PCI User: Q.HIM.TFB   Lab Database: LAB.COCLN
```

```
PATIENT: NAVARRE,REYNOLDS JR         ACCT #: Q00016196702 LOC:  Q.ERS        U #: Q000204407
                                     AGE/SX: 45/M         ROOM:              REG: 09/07/06
REG DR:  Dellinger,Chester           DOB:    11/19/60     BED:              DIS:
                                     STATUS: DEP ER       TLOC:
```

```
Specimen: 0907:LN:C00191S    Collected: 09/07/06-2045 Status:  COMP    Req#: 00926249
                             Received:  09/07/06-2049 Subm Dr: Dellinger,Chester
```

```
Ordered:  COMP METAB PAN, LDH, TROPI, CKMB PROF
Comments: Will specimen be collected by Nurse? Y
          Do you want the Order on hold until specimen is collected? N
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|

```
*********************************CHEMISTRY*********************************

  COMP METAB PAN
    NA                    140               136-145 mmol/L
    K                     3.8               3.5-5.1 mmol/L
    CL                    106               98-107 mmol/L
    CO2                   26                21-32 mmol/L
    ANION GAP             11.8              10-20
    GLU                   97                72-114 mg/dL
    BUN                   10                4-28 mg/dL
    CREA                  1.12              0.80-1.30 mg/dL
    CALCIUM               9.1               8.5-10.1 mg/dL
    TP                    7.8               6.4-8.2 g/dL
    ALB                   4.4               3.4-5.0 g/dL
    T BILI                0.83              0.00-1.00 mg/dL
    AST (SGOT)            29                5-37 units/L
    ALT (SGPT)            69                10-74 units/L
    ALK PHOS              85                50-136 units/L
  LDH                     131               100-190 units/L

*****************************CARDIAC MARKERS*****************************

  CK                      40                35-232 units/L
  CKMB                    0.9               0.0-3.6 ng/mL
  TROPI                 < 0.04              ng/mL
              REFERENCE RANGES: 0.00-0.05 NG/ML

              RISK STRATIFICATION:
                SIGNIFICANT INCREASED RISK: 0.10-0.60 NG/ML
                DIAGNOSIS OF MYOCARDIAL INJURY: > 0.60 NG/ML

              NOTE: DIAGNOSIS OF MYOCARDIAL INJURY AND AMI REQUIRES
              TWO OF THE FOLLOWING:
                ECG CHANGES CONSISTENT WITH INFARCTION
                TEMPORAL CHANGES IN CARDIAC ENZYME/MARKER LEVELS
                CHEST DISCOMFORT OF SIGNIFICANT DURATION ( >20 MIN)
```

```
                         ** END OF REPORT **
```

```
RUN DATE: 05/03/08              Southwest Medical Center  LAB  *LIVE*        PAGE 1
RUN TIME: 1543                      Laboratory Results Report
RUN USER: Q.HIM.TFB         PCI User: Q.HIM.TFB   Lab Database: LAB.COCLN
```

| | | |
|---|---|---|
| PATIENT: NAVARRE,REYNOLDS JR | ACCT #: Q00016196702 LOC: Q.ERS | U #: Q000204407 |
| | AGE/SX: 45/M          ROOM: | REG: 09/07/06 |
| REG DR: Dellinger,Chester | DOB:    11/19/60    BED: | DIS: |
| | STATUS: DEP ER     TLOC: | |

```
Specimen: 0907:LN:CG00050S  Collected: 09/07/06-2045 Status:  COMP    Req#: 00926249
                            Received:  09/07/06-2049 Subm Dr: Dellinger,Chester

Ordered:  PT, PTT
Comments: Will specimen be collected by Nurse? Y
```

| Test | Result | Flag | Reference |
|---|---|---|---|

```
*************************************COAGULATION*****************************************


PT
  PT              11.6                    11.2-13.2 SEC
  INR             1.02
PTT               27                      21-37 SEC
```

** END OF REPORT **

```
RUN DATE: 05/03/08          Southwest Medical Center  LAB  *LIVE*            PAGE 1
RUN TIME: 1543                  Laboratory Results Report
RUN USER: Q.HIM.TFB         PCI User: Q.HIM.TFB   Lab Database: LAB.COCLN
```

```
PATIENT: NAVARRE,REYNOLDS JR          ACCT #: Q00016196702 LOC:  Q.ERS       U #: Q000204407
                                      AGE/SX: 45/M          ROOM:            REG: 09/07/06
REG DR:  Dellinger,Chester            DOB:    11/19/60      BED:             DIS:
                                      STATUS: DEP ER        TLOC:
```

```
Specimen: 0907:LN:H00109S   Collected: 09/07/06-2045 Status:  COMP    Req#: 00926249
                            Received:  09/07/06-2049 Subm Dr: Dellinger,Chester

Ordered:  CBC
Comments: Will specimen be collected by Nurse? Y
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|

```
*****************************HEMATOLOGY*****************************************
```

*CBC*

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| WBC | 6.0 | | 4.0-10.5 K/UL |
| RBC | 4.38 | | 4.19-5.75 M/UL |
| HGB | 14.6 | | 12.6-17.3 GMS |
| HCT | 42.4 | | 37.6-51.1 % |
| MCV | 97 | | 80-99 FL |
| MCH | 33.3 | H | 27.4-32.9 PG |
| MCHC | 34.3 | | 32.6-37.0 % |
| RDW | 13.2 | | 11.7-15.0 % |
| MPV | 7.8 | | 6.0-10.2 FL |
| PLT | 329 | | 140-400 K/UL |
| NEU | 50.8 | | 49.1-73.4 % |
| LYMPH | 39.0 | H | 16.2-38.3 % |
| MON | 9.0 | | 4.7-11.3 % |
| EO | 0.8 | | 0-6.5 % |
| BA | 0.4 | | 0-0.9 % |
| NEU# | 3.0 | | K/UL |
| LY# | 2.3 | | K/UL |
| MON# | 0.5 | | K/UL |
| EO# | 0.0 | | K/UL |
| BA# | 0.0 | | K/UL |

```
                              ** END OF REPORT **
```

| Patient | | | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|---|---|
| NAVARRE,REYMONLS,JR | | | Q000185990 | EMERGENCY ROOM SERVI | REG ER | 08/11/06 | Q00016147758 |

**PATIENT**
Soc Sec No    DOB         Age    Sex  MS    Race  Religion
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   11/19/60    45     M    S     CA    CAT
Address:  210 W PONT DE MOUTON DR LOT G
          LAFAYETTE, LA 70507
Home Ph:  (337)654-5980         Parish: LAFAYETTE

**GUARANTOR**
NAVARRE,REYNOLDS JR            SS#: 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
Address:  PO BOX 1521
          SCOTT,LA 70583
Home Ph:  (337)654-5980         Parish: LAFAYETTE
Relationship to Patient: SAME AS PATIENT

**OTHER GUARANTOR**
                              SS#:    --
Address:

Home Ph:                      Parish:
Relationship to Patient:

**PERSON TO NOTIFY**
GIVEN,NONE
210 W PONT DE MOUTON DR LOT G
LAFAYETTE,LA 70507
Home Phone: (337)654-5980     Work Phone: (999)999-9999
Relationship to Patient: OTHER

**PATIENT EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation: DISABLED

**GUARANTOR EMPLOYER**
DISABLED
NA
NA,NA 99999
Work Phone: (999)999-9999
Occupation: DISABLED

**OTHER GUARANTOR EMPLOYER**

Work Phone:
Occupation:

**NEXT OF KIN**
NAVARRE,BEULAH
NA
JENNINGS,LA 99999
Home Phone: (337)824-2978     Work Phone: (999)999-9999
Relationship to Patient: MOTHER

**INSURANCE #1**
MEDICARE PARTS A AND B
PO BOX 23046
JACKSON, MS 39225-3046
Phone (601)932-3704
Contact

Policy # 435190689A
Coverage # 435190689A
Subscriber NAVARRE JR.REYNOLDS
Rel to Pt  SAME AS PATIENT
Eff. 05/01/05 to           Rel Y Assign Y
GROUP 999999 - DISABLED

**AUTHORIZATION**
Treat/Precert   -
Ins Verif
Pro Review     Not Required
Pre Cert Phone  SEE CARD

**INSURANCE #2**
Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.       to      Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone

**INSURANCE #3**
Phone
Contact

Policy #
Coverage #
Subscriber
Rel to Pt
Eff.       to      Rel   Assign
Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone

**OCCURRENCES**
Code Type                     Date       Time    **CONDITIONS**
11    ONSET OF SYMPTOMS/ILLNESS  08/11/06          Code Type

DISCHARGE DATE/TIME

Adm Priorty  Last Hospitalization              Admission Comment                    Financial Class
UR                                                                                   MCR

**PHYSICIANS**
Attending Physician    HCIS    Admitting Physician    HCIS    Emergency Room Physician    HCIS
                                                              Lapointe.Marc               0509
Prim Care Physician    HCIS    Family Physician       HCIS    Other Provider

**ADMISSION/REGISTRATION**
Date      Time  Source           Rm/Bed  Arrival   Principal Admitting Diagnosis/Reason for Visit    Admitted By
08/11/06  0835  PHYSICIAN REFERRAL         WI       NOT FEELING WELL,POSSIBLE UTI                    R.QAD.JMS

REGISTRATION FORM                                                                   PRINTED 08/11/06 0835

MEDICAL CENTER OF SOUTHWEST LOUISIANA
2810 AMB CAFFERY, LAFAYETTE, LA (337)981-2949



Patient Name                      404.90                      Account Number
                                  070.70

**My signature only acknowledges my receipt of the following information:**

1. The Medicare Message provided by Medicare if admitted (Inpatient or Observation) _____

2. The Champus Message provided by Champus if admitted (Inpatient or Observation) _____

3. The Patient Bill of Rights  _RN_

4. I have received a full explanation of Express Care Charges and an Information Card  _RN_

   Express Care is a service provided by Medical Center of Southwest Louisiana's Emergency Department. It is designed to provide prompt, low-cost treatment for medical problems that require only an examination by the physician and prescription(s). The Express Care service charge is $70.00. If further treatment is necessary the Express Care charge of $70.00 would no longer apply. The physician and the level of care you receive will determine the Emergency charge.

5. The Patient Confidential Passcode  _RN_

## Medicaid Acknowledgement

Southwest Medical Center will accept Medicaid only as secondary coverage to another insurance carrier or Medicare.

Signature  _Reynolds R Navarre_      Date  _8/11/06_

Witness  _Janice M Somie_      Date  _8/11/06_

Witness _____      Date _____

# SOUTHWEST
## ⊢MEDICAL CENTER⊢

```
Southwest Medical Center
A#Q00016147758 U#Q185990 REG ER
NAVARRE,REYMONLS,J 45  M  DOB:11/19/60
E.R. Physician  MCR    ADMIT: 08/11/06

                              Patient Identification
```

    

*Please read both sides before signing.*

**1. Consent to Treatment.** I consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me as ordered by my physician or other healthcare professional on the hospital's medical staff. I understand that as part of their training, students in health care education may participate in the delivery of my medical care and treatment or be observers while I receive medical care and treatment at the Hospital, and that these students will be supervised by instructors and hospital staff.

**2. Financial Agreement.** In consideration of the services to be rendered to the patient, I individually promise to pay the patient's account at the rates stated in the hospital's price list (known as the "Charge Master") effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this agreement to pay the patient's account. Some special items will be priced separately if there is no price listed on the Charge Master, or if the charge is listed as zero. An estimate of the anticipated charges for services to be provided to the patient is available upon request from the hospital. Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

If supplies and services are provided to a patient who has coverage through a governmental program or through certain private health insurance plans, the hospital may accept a discounted payment for those supplies and services. In this event any payment required from the undersigned will be determined by the terms of the governmental program or private health insurance plan. If the patient is uninsured and not covered by a governmental program, the patient may be eligible to have his or her account discounted or forgiven under the hospital's uninsured discount or charity care programs in effect at the time of treatment. You may request information about these programs from the hospital.

As a courtesy to you, the hospital may bill your insurance company, but is not obligated to do so. Regardless, you agree that except where prohibited by law, the financial responsibility for the services rendered belongs to you, the undersigned. You also agree that if the hospital must initiate collection efforts to recover amounts owed by you, then in addition to amounts incurred for the services rendered you will pay: (a) any and all costs incurred by the hospital in pursuing collection, including, but not limited to, reasonable attorneys' fees, and (b) any court costs or other costs of litigation incurred by the hospital that applicable rules or statutes permit the hospital to recover.

The hospital will provide a medical screening examination as required to all patients who are seeking medical services to determine if there is an emergency medical condition, without regard to the patient's ability to pay. If there is an emergency medical condition, the hospital will provide stabilizing treatment within its capacity. However, patients who do not

qualify under the hospital's charity care policy or other applicable policy are not relieved of their obligation to pay for these services.

**3. Release of Information.** I permit the hospital and the physicians or other health professionals involved in the inpatient or outpatient care to release the healthcare information necessary for treatment, payment or healthcare operations in accordance with state and federal law. Healthcare information may be released to any person or entity liable for payment on the patient's behalf in order to verify coverage or payment questions, or for any other purpose related to benefit payment. Healthcare information may also be released to my employer's designee when the services delivered are related to a claim under worker's compensation. If I am covered by Medicare or Medicaid, I authorize the release of healthcare information to the Social Security Administration or its intermediaries or carriers for payment of a Medicare claim or to the appropriate state agency for payment of a Medicaid claim. This information may include, without limitation, history and physical, emergency records, laboratory reports, operative reports, physician progress notes, nurse's notes, consultations, psychological and/or psychiatric reports and discharge summary. This consent specifically includes information concerning psychological conditions, psychiatric conditions, and/or infectious diseases including, but not limited to, blood borne diseases, such as Hepatitis, Human Immunodeficiency Virus (HIV) and Acquired Immune Deficiency Syndrome (AIDS).

**4. Patient Self Determination Act.** I have been furnished information regarding Advance Directives (such as durable power of attorney for healthcare and living wills). I have also been furnished with written information regarding patient rights and responsibilities and other information related to my stay.

**Please initial the following applicable statements:**

_____ I executed an Advance Directive and have been requested to supply a copy to the hospital

_____ I have not executed an Advance Directive

_____ I wish to execute an Advance Directive

_____ I do not wish to execute an Advance Directive

**5. Notice of Privacy Practices.** I acknowledge that I have received the hospital's Notice of Privacy Practices, which describes the ways in which the hospital may use and disclose my healthcare information for its treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the hospital Privacy Officer designated on the notice if I have a question or complaint.

Acknowledge: _____ (Initial)

---

Date _____

Time _____  ☐ a.m.  ☐ p.m.

I, the undersigned, as the patient, or the parent, guardian, spouse, guarantor or agent of the patient, hereby certify I have read, and fully and completely understand this Conditions of Admission and Authorization for Medical treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, voluntarily and agree to be bound by its terms. I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

☐ Patient is medically unable to sign the Conditions of Admission   ☐ Patient Refused to Sign

Patient/Parent/Guardian _____

Spouse (if Married/Available) _____

If other than patient, indicate relationship _____

Witness (to Signature only) _____

PATIENT IDENTIFICATION

Southwest Medical Center
A#Q00016147758 U#Q185990 REG ER
NAVARRE.REYHONLS.J 45 M DOB:11/19/60
E.R. Physician MCR   ADMIT: 08/11/06

**Conditions of Admission**

A7409 (Rev. 01/06)   Page 2 of 2

GA, SC, NC, TN, KY, UT, IN, ID, CO, OK, AK, LA, MS

MEDICAL RECORDS

    

**6. Assignment of Benefits.** In executing this assignment of benefits, I am directing the health insurance carrier or other health benefit plan providing my coverage (including, but not limited to, any employer, employer group or trust sponsored or offered plan) to pay the hospital and/or hospital-based physicians directly for the services the hospital and/or hospital-based physicians provided to the patient during this admission. In return for the services rendered and to be rendered by the hospital and/or hospital-based physicians, I hereby irrevocably assign and transfer to the hospital and/or hospital-based physicians all right, title, and interest in all benefits payable for the healthcare rendered, which are provided in any and all insurance policies and health benefit plans from which I am entitled services or I am entitled to recover. I understand that any payment received from these policies and/or plans will be applied to the amount that I have agreed to pay for services rendered during this admission, as further described under section 2. This assignment shall be for the purpose of granting the hospital and/or hospital based physicians an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the hospital and/or hospital based physicians to pursue any such right of recovery. In no event will the hospital and/or hospital-based physicians retain benefits in excess of the amount owed to the hospital and/or hospital based physicians for the care and treatment rendered during the admission. If a third party payer (such as an insurance company or employer group or trust sponsored or offered plan) may be obligated to pay some or all of these charges, I agree to take all actions necessary to assist the hospital and/or hospital based physicians in collecting payment from any such third party payer. I hereby appoint the hospital as my authorized representative to pursue, if it so chooses, all administrative remedies, claims and/or lawsuits on my behalf and at the hospital's election, against any responsible third party, medical insurer, or employer sponsored medical benefit plan for purposes of collecting any and all hospital benefits due me for the payment of the charges referred to in section 2 above. If the hospital elects to pursue a claim or lawsuit against a third party payer as authorized representative, I agree to execute a special power of attorney, if requested, authorizing the hospital to take all actions necessary or appropriate in pursuit of such claim or lawsuit, including allowing the hospital to bring suit against the third party payer in my name. I agree to pay over to the hospital immediately all sums recovered in any claim or lawsuit brought on my behalf by the hospital (up to the amount of the hospital's charges, plus expenses and attorney's fees). I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the hospital and/or hospital based physicians.

*Hospital-based physicians include but are not limited to: Emergency Department Physicians, Pathologists, Radiologists, and Anesthesiologists. These services are rendered by independent contractors and are not part of your hospital bill. These services will be billed for separately by each physician's billing company.*

**7. Private Room.** I understand and agree that I or the party responsible for payment for hospital and medical services is responsible for any additional charges associated with the request and use of a private room.

**8. Communications About My Healthcare.** I authorize my healthcare information to be disclosed for purposes of communicating results, findings, and care decisions to my family members and others responsible for my care or designated by me. I will provide those individuals with a password or other verification means specified by the hospital.

**9. Medicare Patient Certification and Assignment of Benefit.** I certify that any information I provide in applying for payment under Title XVIII (Medicare) or Title XIX (Medicaid) of the Social Security Act is correct. I request payment of authorized benefits to be made on my behalf to the hospital or hospital-based physician by the Medicare or Medicaid program.

**10. Other Acknowledgements**

a. **Legal Relationship Between Hospital and Physicians.** Most or all of the health care professionals performing services in the hospital are independent contractors and are not hospital agents or employees. Independent contractors are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent contractors. I understand that physicians or other health care professionals may be called upon to provide care or services to me or on my behalf, but that I may not actually see, or be examined by, all physicians or health care professionals participating in my care; for example, I may not see physicians providing radiology, pathology, EKG interpretation and anesthesiology services. I understand that, in most instances, there will be a separate charge for professional services rendered by physicians to me or on my behalf, and that I will receive a bill for these professional services that is separate from the bill for hospital services.

b. **Personal Valuables.** I understand that the hospital maintains a safe for the safekeeping of money and valuables, and the hospital shall not be liable for the loss of or damage to any money, jewelry, documents, furs, fur coats and fur garments, or other articles of unusual value and small size, unless placed in the safe, and shall not be liable for the loss or damage to any other personal property, unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property that is deposited with the hospital for safekeeping is limited to the greater of five hundred dollars ($500.00) or the maximum required by law, unless a written receipt for a greater amount has been obtained from the hospital by the patient.

c. **Weapons/Explosives/Drugs.** I understand and agree that if the hospital at any time believes there may be a weapon, explosive device, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

*Continue reading and sign on reverse side.*

**Conditions of Admission**

A7408 (Rev. 01/08)     Page 2 of 2

DATE: 8/11/06 TIME EXAMINED: 0856 CHIEF COMPLAINT: "feels tired"

HISTORY OF PRESENT ILLNESS: LOCATION • QUALITY • SEVERITY • DURATION • TIMING • CONTEXT • ASSOC. SIGNS & SYMPTOMS • MODIFYING FACTORS •

ALLERGIES: NKDA

45 y/o WM c/o "feeling tired" for 1 week. Patient c/o urinary frequency, hesitancy and pain (R) testicular area. He is also out of his pain meds Lortab, Soma, Xanax for past several weeks.

**REVIEW OF SYSTEMS**

- Const. S&S
- Eyes
- Ears
- Nose
- Mouth
- Throat
- Cardiovascular
- Respiratory
- Gastrointestinal
- Genitourinary
- Musculoskeletal
- Integumentary (skin and /or breast)
- Neurological
- Psychiatric
- Endocrine
- Hematological/Lymphatic
- Allergic/Immunologic

☐-OTHER SYSTEMS NEG.

PAST MEDICAL HX: ☐-HBP ☐-CAD ☐-↑CHOL ☐-DM ☐-ASTHMA / COPD ☐-CRF ☐-Thyroid

Hep C,

PAST SURGICAL HX: ☐-CABG ☐-CHOLECYSTECTOMY ☐-APPENDECTOMY ☐-HYSTERECTOMY

neck / back surgery

SOCIAL HX: ☐ SMOKER ☐-ETOH

FAMILY HX:

PHYSICAL EXAM:

Gen: NAD Heart - RRR

Lungs - neg Abd - clear

Ext - [illegible]

Gu - tenderness (R) post testicle no swelling

6.5 15 / 43 \ 279

137 / 103 / 11 / 4.3 / 33 / 80 \ 109 / 0.

LFT - NC

PHYSICIAN'S ORDERS:

☒-CBC ☐-PROFS ☒-CHEM12 ☐-HEP. PROF.

☐-MAGNESIUM ☐-AMYLASE ☒-UA ☐-S. PREG.

☐-LIPID PROF ☐-CK ☐-CKMB ☐-LDH ☐-TROPONIN

☐-EKG ☐-PT ☐-PTT ☐-ABG ☐-SaO₂ ☐-CBG

☐-CXR ☐-ABD-1 ☐-ABD-2 ☐-BNP

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15. Rx - Doxycycline
16.
17. - Lortab 10
18.
19.

Does Emergency Medical Condition Exist?

☐ Yes ☒ No

DIAGNOSIS: Epididymitis

DISPOSITION TIME: 10[25] HOME / ADMIT (HOME circled)

| CONSULTS | | |
|---|---|---|
| PHYSICIAN: | | TIME CALLED: |
| PHYSICIAN: | | TIME CALLED: |
| PHYSICIAN: | | TIME CALLED: |

MD SIGNATURE: [signature]

PATIENT LABEL

Southwest Medical Center
Q00016147758 U#Q185990 REG ER
NAVARRE,REYMONLS.J 45 M DOB:11/19/60
E.R. Physician MCR ADMIT:08/11/06

*Number one in your hearts.*
**SOUTHWEST**
MEDICAL CENTER

**EMERGENCY RECORD - PHYSICIAN'S REPORT**

780-006 Chart - White Physician's Copy - Canary

Revised 05/2005

| Date 8-11-06 | Time | Interpreter Needed ☐ Yes ☑ No Describe: | Triage Class V | Mode of Arrival ☑ Amb ☐ W/C ☐ Carried ☐ EMS ☐ Stretcher |

| Treatment In Progress | ☑ N/A ☐ CPR | ☐ IV ☐ ETT | ☐ Airway | ☐ Monitor | ☐ O₂/Type | ☐ Backboard | ☐ C-Collar | ☐ Splint |
| PCP | | | Time Notified: ☑ N/A | | Referred to ☑ E.R. M.D. | Pt. Requests ☐ E.R. M.D. | LMP | ☐ N/A |

| Height: Stated / Actual | Weight: Stated / Actual | Immunizations ☐ Current ☐ Non-Current | Tetanus | PMH: None COPD Ulcer Renal/Liver Epilepsy | EDC: | GR P AB |
| | | | | Cardiac HTN DM Arthritis CA CVA Asthma | | |

**TRIAGE**

Temp 16 BP 121/82 HR 59 Resp 16 O₂ 99 GCS Pain Scale

Chief Complaint & Onset: feels weird

Prostate bothering me - organs feel ≠ since Tues.

Immunocompromise Other

Social History: Tobacco ETOH Drugs Other

Allergies ☑ NKDA

Assessment: 45 yo male out meds x couple wks

Medications: ☐ None — Loracet 10/650, Xanax, Soma

Tx in Triage: UA

Tx PTA: ∅

Triage RN: [signature]

**BASELINE NURSING EXAMINATION**

Time of Assessment: 0825   Assessment Nurse: [signature]

Comments: Pain Clinic Carencro

Status: Condition: Stable Fair Guarded Deceased

**SOUTHWEST MEDICAL CENTER**

**EMERGENCY RECORD**
PAGE 1

780-008 (Rev. 1/00)

CHART - WHITE   PHYSICIANS - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00016147758 U#Q185990 REG ER
NAVARRE,REYMONLS,J 45  M DOB·11/19/60
E.R. Physician  MCR   ADMIT:08/11/06

## CONSENT FOR TREATMENT

I hereby give consent to the Medical Center of Southwest Louisiana for treatment, consultation or testing as deemed necessary by the attending/Emergency Department physician.

_____          _____
PATIENT, GUARDIAN OR AUTHORIZED PERSON                 WITNESS

## TELEPHONE CONSENT FOR EMERGENCY TREATMENT OF MINORS

The nature and the condition of the anticipated medical treatment of

_____
NAME OF PATIENT

have been explained to and authorized by _____
                                         LEGAL REPRESENTATIVE

_____ via monitored telephone call at _____
RELATIONSHIP                                              TIME/DATE

_____          _____
DATE                                       INFORMANT

_____          _____
DATE                                       WITNESS (STAFF MEMBER)

  

| # | NURSING DIAGNOSIS | GLASGOW COMA SCALE | | | INITIAL INTERVENTION | TIME | INIT. |
|---|---|---|---|---|---|---|---|
| | Ineffective Airway Clearance | Eye Opening | Spontaneous | 4 | ☐ Airway: Oral _____ | | |
| | Ineffective Breathing Pattern/Potential for | | To verbal command | 3 | ☐ Nasal _____ | | |
| | Impaired Gas Exchange/Potential for | | To pain | 2 | ☐ Intubation per MD | | |
| | Altered Cardiac Output/Potential for | | None | 1 | Size _____ | | |
| | Altered Tissue Perfusion/Potential for | | | | ☐ Suctioning _____ | | |
| | Potential for Injury | Verbal | Oriented | 5 | ☐ O₂ per _____ @ _____ /min. | | |
| | Anxiety/Fear | Responsiveness | Confused | 4 | ☐ Cardiac Monitor _____ | | |
| | Potential for Violence | | Inappropriate words | 3 | ☐ NIBP Monitor _____ | | |
| | Impaired Physical Mobility | | Incomprehensible sounds | 2 | ☐ Pulse Oximetry _____ | | |
| | Pain Acute or Chronic | | None | 1 | ☐ Side Rails _____ | | |
| | Impaired Tissue Integrity | | | | ☐ Restraints: Soft/Leather _____ | | |
| | Potential for Infection | Motor response | Obeys | 6 | ☐ Ice _____ | | |
| | Fluid Volume Deficit/Excess/Potential for | | Localizes | 5 | ☐ Sling/Splint _____ | | |
| | Constipation/Diarrhea | | Withdraws | 4 | ☐ Position for Comfort _____ | | |
| | Alteration in Urinary Elimination | | Abnormal flexion | 3 | ☐ Wound Cleansed/Irrigated _____ | | |
| | Hypothermia/Hyperthermia | | Abnormal extension | 2 | ☐ Dressing Applied _____ | | |
| | Knowledge Deficit | | None | 1 | ☐ Elevation _____ | | |
| | Altered Comfort | | | | ☐ Thermal Measures _____ | | |
| | Ineffective Coping | | Total _____ | | ☐ _____ | | |
| | Other: _____ | | | | | | |

## IV INFUSIONS / MEDICATIONS

| Time | Nsg. Dx. | Medications/Solutions | Initials | Time | Response | Initials |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Time | Nsg. Dx. | P | R | B/P | T | SPO₂ | Pain Scale | NURSES' NOTES |
|---|---|---|---|---|---|---|---|---|
| 0905 | | | | | | | | venipunct. to ① AC x̄ all labs obt. |
| | | | | | | | | et sent to lab. |
| 1630 | | | | | | | | unable to locate pt for discharge |
| 1705 | | | | | | | | still unable to locate pt. Room |
| | | | | | | | | lobby and outside checked |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| NURSE INITIALS / SIGNATURE | # 1 _____ | # 2 Piercek |
|---|---|---|
| | # 3 | # 4 |

☐ Mark Box if Nurses Notes Addendum is Used

**SOUTHWEST**
MEDICAL CENTER
**EMERGENCY RECORD/**
PAGE 2
**NURSES NOTES**

780-000 (Rev. 1/00)

CHART - WHITE   PHYSICIAN'S - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00016147758 U0Q185990 REG ER
NAVARRE,REYHONLS,J 45  M DOB:11/19/60
E.R. Physician  MCR   ADMIT:08/11/06

| Points | Description | Code |
|---|---|---|
| N/A | Suture Recheck/Suture Removal | 99291 |
| N/A | Visit for Rem/Adj Device/Cath | 99291 |
| N/A | Physician Requested Follow Up | 99291 |
| N/A | LPMSE | 99291 |
| 0-25 | Level 1 | 99282 |
| 30-45 | Level 2 | 99283 |
| 50-75 | Level 3 | 99284 |
| 80-105 | Level 4 | 99285 |
| 110 + | Level 5 | 99291 |
| N/A | Critical Care | 99291 |
| 0-25 | EXPRESS CARE Level 1 | 99291 |
| 30-45 | EXPRESS CARE Level 2 | 99201 |
| 50-75 | EXPRESS CARE Level 3 | 99201 |
| 80-105 | EXPRESS CARE Level 4 | 99201 |
| 110 + | EXPRESS CARE Level 5 | 99201 |

**SUPPLIES**
**CAST CART**
- Splint Long Arm
- Splint Long Leg
- Splint Short Arm
- Splint Short Arm

Level Assigned By: _____

**TOTAL POINTS** _____

**CUSTOMIZED SPLINTS**
**APPLIED BY NURSING**
- n/splint long leg
- n/splint short leg
- n/strapping shoulder
- n/splint finger
- n/splint long arm
- n/splint short arm

PT Name: Southwest Medical Center
000016147758 U#0185990 REG ER
Acct#: NAVARRE,REYMONLS,J 45  M DOB:11/19/60
E.R. Physician  MCR   ADMIT:08/11/06
Acct.D.

This document is the proprietary property of HCA Management Services, L.P. and may only be copied or distributed by permission.

Effective 1/1/2006

The following list is based on Medicare procedures. (Procedures billed by the ED)

Total # procedures: _____

## PROCEDURE CATEGORY I (check all that apply)

- Burn(s) treatment
- Chemical cauterization of granulation tissue (proud flesh, sinus or fistula)
- Control of bleeding:
  - Nosebleed- anterior (simple/complex)/posterior
  - Throat- simple
  - Nose/throat with/without nasal packs and or cauterization
  - Vaginal with packing
- Debride skin, partial/ full thickness or to muscle
- Drainage of chest (thoracentesis/pericardiocentesis)
- Drainage of lesion/abscess/cyst (also bone cyst)
- Drain/inject, joint/bursa
- Drain blood from under nail
- Ear- clear outer canal or remove impacted earwax
- Esophageal intubation for cytology
- Establish venous access via cutdown
- FB removal (simple) nasal/mouth/pharynx
- FB removal sub-q simple
- FB removal eye (superficial, imbedded, corneal (with slit lamp)
- Fracture treatment with manipulation
- Fracture treatment without manipulation
- I&D of lesion on tongue or floor of mouth; sublingual
- Laceration repair- mouth/tongue 2.5cm or <
- Ligation of hemorrhoid(s)
- Monitoring of interstitial fluid pressure-in detection of muscle compartment syndrome
- Nail plate removal and repair of nail bed
- Peritoneocentesis, abdominal paracentesis, peritoneal lavage; initial
- Spinal puncture LP (diagnostic or therapeutic for drainage of CSF)
- Thoracentesis with insertion of tube with/without waterseal (pneumothorax)
- Treatment of nasal fracture
- Treatment of penile lesion
- Tube change - tracheostomy, gastrostomy
- Tube placement - intestinal bleeding tube; or gastric intubation and aspiration or lavage for treatment
- Tube thoracostomy with/without waterseal (abscess, hemothorax, and empyema)
- Wound repair-superficial
- Other:

## PROCEDURE CATEGORY II (check all that apply)

Total # procedures: _____

- Change kidney tube
- Debride muscle/tissue/bone
- External electric cardioversion
- Inject epidural patch
- FB removal (complicated)-sub q, arm-sub q, pelvis/hip-sub q, and foot-sub q
- Removal nail bed
- Proctosigmoidoscopy with dilation/control bleeding/FB removal
- Wound closure layer over 30 cm
- Other:

## PROCEDURE CATEGORY III (check all that apply)

Total # procedures: _____

- Amputation finger/thumb,
- Central line insertion
- Drainage of bladder- needle with suprapubic catheter
- Drainage of hematoma/fluid
- Dx bronchoscopy with/without washing
- FB removal IM/deep (arm, hip, and foot)
- Incision of windpipe- transtracheal/cricothyroid
- Operative laryngoscopy
- Remove vagina gland lesion
- Treatment of dislocations with anesthesia
- Treatment of pelvic ring fracture with manipulation
- Other: _____

Treatment or Prevention of Critical Illness/Critical Injury

Conditions Considered Critical
Acute Hepatic Failure
Acute Renal Failure
Airway Obstruction
Burns
Cardiac Arrest/Distress
Coma
Convulsions
Convulsive Epilepsy
Hemorrhage, uncontrolled
Hypo/Hyperthermia
Multi-System Trauma
AMI
Respiratory Arrest/Distress
Severe Allergic Reaction
Syncope and Collapse
Tachypnea
Unstable Angina
Ventricular Fib, Flutter, Techy
Volume Depletion
Volume Overload

ED Sample Procedure Categories Effective 1/1/2X

## WOUND CARE:

_____ REMOVE DRESSING IN 24 HOURS UNLESS OTHERWISE DIRECTED.

_____ KEEP DRESSING/SUTURES CLEAN AND DRY.

_____ SUTURE WOUND CARE; AFTER DRESSING HAS BEEN REMOVED. CLEAN SUTURED AREA WITH HYDROGEN PEROXIDE. DO THIS ONCE A DAY OR MORE OFTEN, IF NEEDED.

_____ KEEP WOUND COVERED WITH A DRY DRESSING.

_____ SOAK AFFECTED PART IN WARM WATER _____ TIMES A DAY.

_____ WATCH FOR SIGNS OF INFECTIONS; LOOK FOR:

| RED STREAKS | REDNESS |
| FEVER | SWELLING |
| DISCHARGE | HEAT |
| INCREASED PAIN | |

RETURN TO THE EMERGENCY DEPARTMENT IF ANY OF THESE OCCUR

_____ RETURN TO ED IN _____ DAYS FOR SUTURE REMOVAL/RECHECK

## HEAD INJURY -

REPORT TO YOUR DOCTOR OR RETURN TO ED IMMEDIATELY, IF ANY OF FOLLOWING OCCUR:

STIFF NECK NECK, FEVER OR DIZZINESS

SEVERE OR PERSISTENT HEADACHE (OVER 12 HOURS)

PERSISTENT VOMITING (OVER 4 HOURS)

VISION PROBLEMS, SUCH AS DOUBLE VISION

UNUSUAL BEHAVIOR, CONFUSION OR UNCONSCIOUSNESS

SLURRED SPEECH OR TROUBLE BREATHING OR WALKING

## EYE INJURY -

1. LEAVE PATCH IN PLACE FOR _____ HRS(S)

2. YOUR EYE PATCH, WILL HINDER YOUR DEPTH PERCEPTION. DO NOT DRIVE WHILE IT IS IN PLACE.

3. IF WHEN PATCH IS REMOVED, PAIN PERSIST; RETURN TO ED:

## OTHER SPECIFIC INSTRUCTIONS / MEDICATION EDUCATION

* (RETURN TO THE ED IF UNABLE TO SEE YOUR PHYSICIAN OR SYMPTOMS WORSEN.

*Follow up with Urologist or your family physician about prostate*

_____

_____

_____

_____

_____

**REFERRAL:**

Physician: _____

Address: _____

Phone: _____

_____ Call Dr. _____ office in the morning to make a follow up appointment in _____ days.

_____ We have made a follow up appointment for you with Dr. _____ on _____ (day)

_____ (month) at _____ (time)

## COLD/FLU:

_____ INCREASE FLUID INTAKE TO 6-8 OZ GLASSES OF WATER

_____ GET PLENTY OF REST

_____ TAKE MEDICATIONS AS DIRECTED

_____ TYLENOL OR ADVIL AS DIRECTED FOR FEVER OR BODY ACHES.

## X-RAY INSTRUCTIONS

1. Your X-rays were read by the attending physician in the emergency center. For your added protection, your X-Rays will be reread by your independent Radiology Group. If any abnormalities are found that have not been called to your attention, you and/or your doctor will be called immediately.

2. It is important that the emergency center has the phone number where you can be reached within the next 24 hours. In the meantime, please follow the instructions given to you by the emergency center staff.

3. Sometimes, fractures or abnormalities may not show up on X-Rays for several days. If symptoms persist or get worse, call your physician. More X-Rays may need to be taken.

I acknowledge, and hereby consent to disclose to the above physician/designee medical information related to this ED visit and that the released information may contain alcohol, drug abuse, psychiatric, HIV testing results or AIDS information. I understand that this consent may be withdrawn by me at any time except to the extent that action has been taken in reliance upon it. This facility is released and discharged of any liability and the undersigned will hold the facility harmless, for complying with this "Authorization for Release of Medical Information."

_____ I the undersigned do not consent to release of the above information.

*Initials*

_8/11/06_

DATE                 NURSE'S SIGNATURE                 PATIENT'S SIGNATURE

# SOUTHWEST
—— MEDICAL CENTER ——

## EMERGENCY DEPARTMENT
## PATIENT DISCHARGE INSTRUCTIONS

685-009 (Rev. 01/02)

PATIENT I.D. LABEL

Southwest Medical Center
Q00026147758 U#Q185990 REG ER
NAVARRE,REYMONLS,J 45  M DOB:11/19/60
E.R. Physician MCR   ADMIT:08/11/06

# SOUTHWEST
## MEDICAL CENTER

Southwest Medical Center
A#Q00016147758 U#Q185990 REG ER
NAVARRE,REYHONLS.J 45   M  DOB:11/19/60
E.R. Physician MCR   ADMIT: 08/11/06

## ART A – PATIENT INFORMATION

**Today's Date:** 8/11/06

**Arrival Time:** 10 ( AM / PM )

**First Name:** Reynolds

**Last Name:** Navarre

**MI:** Jr.

**Address:** _____ Street _____ City _____ State _____ ZIP

**Soc Sec #** 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

**Date of Birth:** 11/19/60

**Phone:** ___ / ___ / ___

**Family Physician:** _____

**Chief Complaint:** not feeling well horrible UTI

**Relationship:** _____

**Form completed by:** ☐ Self  ☐ Other: _____

**Called for triage at:** 925 AM PM
**Called for triage at:** _____ AM PM

**Called for triage at:** _____ AM. PM
**Called for triage at:** _____ AM PM

**Triage Nurse Notes:** _____

If the Triage Nurse is aware that an Individual desires to leave prior to triage or an MSE, every effort must be made to inform the individual of risks and benefits and to obtain the individual's signature (or that of his/her legal representative) on the Refusal of Medical Screening Examination form on the reverse side of this document.

☐ Individual left DED prior to triage          ☐ Individual left DED prior to MSE

Facility representative informed of departure: ☐ Yes  ☐  No

If Yes, describe efforts to provide risks and benefits education prior to departure: _____

If No, describe attempts to locate the individual: _____

_____ / ___ / ___ _____ AM  PM
Date          Time

Triage Nurse Signature

| Patient | Unit # | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| NAVARRE,REYNOLDS JR | Q0001B5990 | EMERGENCY ROOM:SERVI | REG ER | 06/05/05 | Q00015357603 |

**PATIENT**
Soc Sec No    DOB        Age    Sex MS   Race Religion
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   11/19/60   44     M   S    CA   CAT
Address:  719 DUHON RD
          LAFAYETTE, LA 70506
Home Ph: (337)654-5980      Parish: LAFAYETTE

**GUARANTOR**
NAVARRE,REYNOLDS JR          SS#: 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
Address:  PO BOX 1521
          SCOTT,LA 70583
Home Ph: (337)654-5980      Parish: LAFAYETTE
Relationship to Patient: SAME AS PATIENT

**OTHER GUARANTOR**
                             SS#:  --
Address:

Home Ph:                     Parish:
Relationship to Patient:

**PATIENT EMPLOYER**
:DISABLED
NA
.NA.NA 99999
Work Phone: (999)999-9999
Occupation:

**GUARANTOR EMPLOYER**
DISABLED
NA
NA.NA 99999
Work Phone: (999)999-9999
Occupation:

**OTHER GUARANTOR EMPLOYER**

Work Phone:
Occupation:

**PERSON TO NOTIFY**
GIVEN,NONE
719 DUHON RD
LAFAYETTE,LA 70506
Home Phone: (999)999-9999   Work Phone: (999)999-9999
Relationship to Patient: OTHER

**NEXT OF KIN**
NAVARRE,BULAH
NA
JENNINGS,LA 99999
Home Phone: (337)024-2978   Work Phone: (999)999-9999
Relationship to Patient: MOTHER

**INSURANCE #1**
MEDICARE PARTS A AND B
PO BOX 23046
JACKSON, MS 39225-3046
Phone (601)932-3704
Contact

Policy # 435190689A
Coverage # 435190689A
Subscriber NAVARRE,REYNOLDS JR
Rel to Pt  SAME AS PATIENT
Eff. 05/01/05 to
GROUP 999999 - DISABLED

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert  - NA
Ins Verif
Pro Review    Not Required
Pre Cert Phone  SEE CARD

**INSURANCE #2**
MEDICAID - LOUISIANA
PO BOX 91021
BATON ROUGE, LA 70821
Phone (800)473-2783
Contact MEDIFAX

Policy # 7958001853804
Coverage # 7958001853804
Subscriber NAVARRE,REYNOLDS
Rel to Pt  SAME AS PATIENT
Eff. 05/04/05 to
Group 999999 - DISABLED

Rel Y Assign Y

**AUTHORIZATION**
Treat/Precert  - NA
Ins Verif
Pro Review    Not Required
Pre Cert Phone  SEE CARD

**INSURANCE #3**

Policy #
Coverage #
Subscriber
Rel to Pt
Phone                 Eff.       to      Rel   Assign
Contact               Group

**AUTHORIZATION**
Treat/Precert
Ins Verif
Pro Review
Pre Cert Phone

**OCCURRENCES**
Code Type                    Date      Time
11    ONSET OF SYMPTOMS/ILLNESS  06/05/05

**CONDITIONS**
Code Type

DISCHARGE DATE/TIME

| Adm Priorty  Last Hospitalization | Admission Comment | Financial Class |
|---|---|---|
| EM | | MCR |

**PHYSICIANS**

| Attending Physician | HCIS | Admitting Physician | HCIS | Emergency Room Physician | HCIS |
|---|---|---|---|---|---|
| | | | | Lapointe,Marc | 0509 |
| Prim Care Physician | HCIS | Family Physician | HCIS | Other Provider | |

**ADMISSION/REGISTRATION**

| Date | Time | Source | Rm/Bed | Arrival | Principal Admitting Diagnosis/Reason for Visit | Admitted By |
|---|---|---|---|---|---|---|
| 06/05/05 | 0917 | EMERGENCY ROOM | | WI | BLOOD IN URINE | R.QAD.TAL |

REGISTRATION FORM

PRINTED 06/05/05 0921

MEDICAL CENTER OF SOUTHWEST LOUISIANA
2810 AMB CAFFERY, LAFAYETTE, LA  (337)981-2949

592.1
070.7?

Patient Name

Account Number

*Please read both sides before signing.*

**1. Consent to Medical and Surgical Procedures**

I, the undersigned, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me under the general and special instructions of my physician.

This consent includes testing for blood-borne infectious diseases, including but not limited to hepatitis, Acquired Immune Deficiency Syndrome (AIDS), and Human Immunodeficiency Virus (HIV), if a physician orders such test(s) for diagnostic purposes.

Please Initial: Agree ____   Disagree ____

**2. Organ Donation**

I understand that I have the right to donate any of my organs or tissues for transplantation and that I may do so by completing an anatomical gift form.

Please initial if applicable: I have signed an organ donor card and have been requested to supply a copy to the Hospital.

____

**3. Patient Self-Determination Act**

I acknowledge that I have been given information regarding this state's law on living wills and advance directives. Advance directives are documents such as living wills, durable powers of attorney, or health care surrogate appointments.

Please Initial the Following Applicable Statements:

- I have executed an Advance Directive and have been requested to supply a copy to the Hospital.
- I have reviewed the Advance Directive on file at the Hospital and it is my current Advance Directive.
- I have not executed an Advance Directive.
- I have received information about Advance Directives as required by federal law.
- Do you wish to execute an Advance Directive at this time? ☐ Yes ☐ No

**4. Personal Valuables**

I understand that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss or damage to any money, jewelry, documents, furs, fur coats and fur garments or other articles of unusual value and small size, unless placed therein, and shall not be liable for loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

**5. Weapons/Explosives/Drugs**

I understand and agree that if the Hospital at any time believes there may be a weapon, explosive devices, illegal substance or drug, or any alcoholic beverage in my room or with my belongings, the Hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them as appropriate, including delivery of any item to law enforcement authorities.

**6. Private Room**

I understand and agree that if I request a private room for myself or the patient, I am responsible for any additional charges associated with that request.

**7. Financial Agreement**

In consideration of the services to be rendered to the patient, the undersigned (as parent, guardian, spouse, guarantor, agent or as the patient) individually promises to pay the patients account at the rates stated in the Hospital's price list (known as the "Charge Master") effective on the date the charge is processed for the service provided, which rates are hereby expressly incorporated by reference as the price term of this Agreement to pay the patients account. Some special items will be priced separately if there is no price listed on the Charge Master, or if the charge is listed as zero. In the event that the Hospital has to engage an attorney or collection agency to collect any unpaid balances that arise from the treatment consented to herein, the undersigned agrees to pay the reasonable attorney's fees and collection expenses incurred by the Hospital. An estimate of the anticipated charges for services to be provided to the patient is available upon request from the Hospital. Estimates may vary significantly from the final charges based on a variety of factors, including but not limited to the course of treatment, intensity of care, physician practices, and the necessity of providing additional goods and services.

**8. Notice of Privacy Practices**

I acknowledge that I have been given the Hospital's Notice of Privacy Practices. I understand that if I have questions or complaints I may contact the Facility Privacy Official.

Please Initial: ____

*All sections, front and back, are incorporated by reference herein.*

I hereby certify and state that I have read, and that I fully and completely understand this Conditions of Admission and Authorization for Medical Treatment, and that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, and voluntarily. Moreover, I certify and state that I have received no promises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services.

☐ Patient is medically unable to sign the Conditions of Admission

Date ____

Time ____ ☐ a.m. ☐ p.m.

Patient/Parent/Guardian/Conservator/Domestic Partner

X ____

If other than patient, indicate relationship

Spouse (if married/available)

X ____

Witness (to Signature only)

X ____

PATIENT IDENTIFICATION

Southwest Medical Center
Q00015357603 U#Q185990 REG ER
NAVARRE.REYNOLDS J 44  M DOB:11/19/60
E.R. Physician  MCR   ADMIT:06/05/05

**Conditions of Admission and Authorization for Medical Treatment**

A7403  Rev. 3/03          Page 1 of 2

MEDICAL RECORDS

9.  **Legal Relationship Between Hospital and Physician**

I understand that, unless I am specifically otherwise informed in writing, all physicians furnishing services to me, including the pathologist, anesthesiologist, emergency room physician, and the like, are independent contractors and are not employees or agents of the Hospital. I am under the care and supervision of my attending physician and it is the responsibility of the Hospital and its staff including residents and/or students to carry out the instructions of my physician. It is my physician's responsibility to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to me under general and special instructions of my physician.

I understand that there will be a separate charge for professional services, such as physician services. I understand that the Hospital does bill for some professional fees; otherwise, the professional fees are not included in the Hospital's bill.

10. **Release of Information**

I acknowledge that the Hospital will use my information for the purposes of treatment, payment, and health care operations.

I authorize the Hospital and any physician involved in my care to release medical information and supporting documentation of same as compiled in my medical records during this admission or outpatient visit to any organization which is or may be liable or responsible for payment of charges associated with my care and for all other purposes of benefit payment. If my injury is work-related, I authorize the Hospital to release any information from my medical records to my employer and/or its designee. **This authorization specifically includes the release of medical information concerning drug-related conditions, alcoholism, psychological conditions, psychiatric conditions, and/or infectious diseases including but not limited to blood-borne diseases.**

I acknowledge my healthcare information will be disclosed for purposes of communicating results, findings, and care decisions to my family members and others responsible for my care or designated by me. I will provide those individuals with a password or other verification means specified by the Hospital.

I acknowledge that data from my patient records will be accessible to all health care providers participating in my care or treatment, including but not limited to physicians, nurses and technicians at the Hospital, home health agencies, ambulance companies, and such other health care agencies involved in my care during and after transfer or discharge from the Hospital. I further acknowledge that my medical records will be utilized in the Hospital's (and the Hospital's affiliates') utilization review, performance improvement, peer review and other similar processes and studies. I also acknowledge that my medical records will also be made available to governmental agencies as required by law. Information contained in my medical records may be extracted and compiled for research purposes and the aggregated results (without individually identifying me) may be released to the public.

I acknowledge that patient medical records at the Hospital may be stored electronically and made available through computer networks to Hospital personnel, physicians involved in my care and their offices. I also acknowledge that should I be treated at another facility in the area affiliated with the Hospital, my medical records may be made electronically available to the other facility, physicians involved in my care and their offices. This will assist my physician and other caregivers in reviewing past treatment as it may affect my condition and treatment at that time.

Facilities which are not affiliated with the Hospital, and affiliated facilities which do not have computerized medical records, will not be able to provide this service.

I authorize the Hospital or its authorized representatives to contact me by telephone after my discharge by surveyors of the Gallup Organization or a similar organization on behalf of the Hospital conducting patient satisfaction surveys and other studies.

I authorize the release of my social security number in accordance with federal law and regulations to the manufacturer of any medical device I may receive.

I acknowledge that my religious preference may be released to local religious organization(s).

11. **Assignment of Benefits**

This assignment of benefits allows the Hospital and/or hospital based physicians to be paid directly by my health insurance carrier or other health benefit plan for the services the Hospital and/or hospital based physicians provides to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital based physicians, I hereby irrevocably assign and transfer to the Hospital and/or hospital based physicians all right, title, and interest in all benefits payable for the health care rendered, which are provided in any and all insurance policies and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the purpose of granting the Hospital and/or hospital based physicians an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the Hospital and/or hospital based physicians to pursue any such right of recovery. In no event will the Hospital and/or hospital based physicians retain benefits in excess of the amount owed to the Hospital and/or hospital based physicians for the care and treatment rendered during this admission. I have read and been given the opportunity to ask questions about this assignment of benefits, and I have signed this document freely and without inducement, other than the rendition of services by the Hospital and/or hospital based physicians.

12. **Medicare Patient Certification**

I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I permit a copy of the authorization to be used in place of the original and request payment of authorized benefits to be made on my behalf.

*Continue reading and sign on reverse side.*

## Conditions of Admission
## and Authorization for Medical Treatment

## My signature only acknowledges my receipt of the following information:

1. The **Medicare Message** provided by Medicare if admitted (Inpatient or Observation) _____

2. The **Champus Message** provided by Champus if admitted (Inpatient or Observation) _____

3. The **Patient Bill of Rights** _____

4. I have received a full explanation of **Express Care Charges** and an **Information Card** _____

   *Express Care is a service provided by Medical Center of Southwest Louisiana's Emergency Department. It is designed to provide prompt, low-cost treatment for medical problems that require only an examination by the physician and prescription(s). The Express Care service charge is $65.00. If further treatment is necessary the Express Care charge of $65.00 would no longer apply. The physician and the level of care you receive will determine the Emergency charge.*

5. The **Patient Confidential Passcode** _____

## Medicaid Acknowledgement

Southwest Medical Center will accept Medicaid only as secondary coverage to another insurance carrier or Medicare.

Signature _____   Date _____

Witness _____   Date _____

Witness _____   Date _____

# SOUTHWEST
—| MEDICAL CENTER |—

Southwest Medical Center
Q000015357603 L#Q185990 REG ER
NAVARRE,REYNOLDS J 44  M DOB:11/19/60
E.R. Physician MCR    ADMIT:06/05/05

Patient Identification

DATE: 6/5/05   TIME EXAMINED: 0920   CHIEF COMPLAINT: o _Flank Pain_

HISTORY OF PRESENT ILLNESS: LOCATION • QUALITY • SEVERITY • DURATION • TIMING • CONTEXT • ASSOC. SIGNS & SYMPTOMS • MODIFYING FACTORS •

ALLERGIES:

_44y/o w/m c/o (R) flank pain with blood in urine for several days. No fever or chills._

## REVIEW OF SYSTEMS

- Const. S&S
- Eyes
- Ears
- Nose
- Mouth
- Throat
- Cardiovascular
- Respiratory
- Gastrointestinal

- Genitourinary
- Musculoskeletal
- Integumentary
  (skin and/or breast)
- Neurological
- Psychiatric
- Endocrine
- Hematological/Lymphatic
- Allergic/Immunologic

PAST MEDICAL HX: ☐-HBP  ☐-CAD  ☐-CHOL  ☐-DM  ☐-ASTHMA / COPD  ☐-CRF  ☐-Thyroid

☐-OTHER SYSTEMS NEG.

PAST SURGICAL HX: ☐-CABG  ☐-CHOLECYSTECTOMY  ☐-APPENDECTOMY.  ☐-HYSTERECTOMY

PHYSICIAN'S ORDERS:

☑-CBC   ☐-PROFS   ☑-CHEM7   ☐-HEP. PROF.

SOCIAL HX: ☐-SMOKER  ☐-ETOH

☐-MAGNESIUM  ☐-AMYLASE  ☑-U/A  ☐-S. PREG.

FAMILY HX:

☐-LIPID PROF  ☐-CK  ☐-CKMB  ☐-LDH  ☐-TROPONIN

PHYSICAL EXAM:

☐-EKG  ☐-PT  ☐-PTT  ☐-ABG  ☐-SaO₂  ☐-CBG

☐-CXR  ☐-ABD-1  ☐-ABD-2  ☐-BNP

| | |
|---|---|
| | 1. IV - NS  300cc bolus |
| | 2. |
| | 3. CT - Kidney Stone |
| | 4. Protocol |
| | 5. |
| | 6. Tradol 30 IV |
| | 7. |
| | 8. |
| | 9. |
| | 11. |
| | 12. |
| | 13. |
| | 14. |
| | 15. |
| | 16. |
| | 17. |
| | 18. |
| | 19. |

Does Emergency Medical Condition Exist?
☑ Yes  ☐ No

DIAGNOSIS: _Ureteral Stone_

DISPOSITION TIME: 1205

HOME / ADMIT

MD SIGNATURE:

CONSULTS

PHYSICIAN:   TIME CALLED:

PHYSICIAN:   TIME CALLED:

PHYSICIAN:   TIME CALLED:

PATIENTLABEL

## Number one in your hearts.

# SOUTHWEST
— MEDICAL CENTER —

EMERGENCY RECORD - PHYSICIAN'S REPORT

780-006   Chart - White   Physician's Copy - Canary

Southwest Medical Center
Q00015357603 U#Q185990 REG ER
NAVARRE,REYNOLDS J 44  M DOB:11/19/60
E.R. Physician  MCR   ADMIT:06/05/05

Revised 05/2005

Date 6/5/05   Time of Arrival 0855   Interpreter Needed ☐ Yes ☒ No Describe: _____   Triage Class ___   Mode of Arrival: ☒ Amb ☐ Carried ☐ W/C ☐ EMS ☐ Stretcher

Treatment In Progress: ☒ N/A ☐ CPR   ☐ IV ☐ ETT   ☐ Airway ☐ Monitor ☐ O₂/Type _____   ☐ Backboard ☐ C-Collar ☐ Splint

PCP ___   Time Notified: ☐ N/A   Response ___   Referred to ☐ E.R. M.D.   Pt. Requests ☐ E.R. M.D.   LMP ___ ☐ N/A

Height: Stated ___ Actual ___   Weight: Stated 130 Actual ___   Immunizations ☐ N/A ☐ Current ☐ Non-Current   Tetanus ___   EDC: ___ GR ___ P ___ AB ___

Temp 98   BP 114/62   HR 92   Resp. 20   O₂ Sat 98   GCB 15   PMH: None   COPD · Ulcers · Renal/Liver   Epilepsy
Cardiac   HTN   DM   Arthritis   CA   CVA   Asthma
Immunocompromise   Other   Hep C

Chief Complaint & Onset   u Blood in urine

Social History: Tobacco   ETOH   Drugs   Other   2 yd   "Weed" Qid

Allergies ☒ NKDA

TRIAGE

Assessment 44 yo W/m c/o of Ⓡ ↓ Back Pain c Blood in urine. c/o of sharp intermittent Pain x 3 wks

Medications: ☐ None   Soma   Xanax   Narco

Tx in Triage

Tx PTA   Triage RN ___

---

## BASELINE NURSING EXAMINATION

Time of Assessment: 0859   Assessment Nurse: ___   Mode to Room: ☐ Amb ☐ W/C ☐ Carry ☐ Stretcher   Bed ☐

**Psychosocial Behavioral**
Age/Devel. Approp.
☒ Yes ☐ No

**Eye Contact**
☒ Yes ☐ No

**Affect**
☒ Normal ☐ Abnormal

**Motor Behavior**
☒ Cooperative ☐ Crying
☐ Restless ☐ Agitated

**Speech**
☒ Normal ☐ Abnormal

**Support System**
☒ Alone
☐ Family/Significant Other
☐ Other

**Language Barrier**
☒ No ☐ Yes

**Ideations**
☒ None
☐ Harmful to Self
☐ Harmful to Others

**Neurological**
☒ Alert ☐ Lethargic
☒ Oriented ☐ Unresponsive
☐ Confused ☐ Combative
☐ Disoriented ☐ Uncooperative
☐ Drowsy

**Responsive to Stimuli**
☒ Verbal ☐ Painful

**Pupils**
☐ N/A ☒ Equal ☐ Unequal
☒ Reactive ☐ Non-Reactive

**Skin**
☒ Intact ☐ Lesions
☒ Warm ☐ Dry
☐ Cool ☐ Diaphoretic

**Turgor**
☒ Normal ☐ Decreased

**Edema**
☒ Absent ☐ Present
☐ Site/Degree:

**Color**
☒ Normal ☐ Pale
☐ Cyanotic ☐ Mottled
☐ Jaundice ☐ Flushed

**Mucous Membranes**
☒ Moist ☐ Dry

**Respiratory**
☒ Normal ☐ N/A
☐ Dyspnea
☐ Nasal Flaring
☐ Retractions
☐ Stridor
☐ Cough
☐ Non-Productive
☐ Productive
☐ Color
☐ Using Accessory Muscles
☐ Expiratory Grunt

**Breath Sounds**
R ___ L ___
☒ Clear ☐
☐ Crackles ☐
☐ Wheezing ☐
☐ Diminished ☐
☐ Absent ☐

**Cardiac**
☒ N/A ☐ CP
Onset ___
☐ Constant
☐ Intermittent
☐ Resolved
☐ Palpitations
☐ Non-Radiating
☐ Radiating
Arm ☐ R ☐ L
☐ Back
☐ Neck / Jaw
☐ Pain Scale (1-10) ___

**Heart Sounds**
☒ Normal / Regular
☐ Irregular

**Pulses**
Radial ☐ R ☐ L
Femoral ☐ R ☐ L
Pedal ☐ R ☐ L

**Capillary Refill**
☒ Normal ☐ Slow
(2 secs) (>2 secs)

**Wound/Injury**
☐ N/A   ROM: ☐ Full ☐ Limited
☐ Laceration   Size: ___
☐ Foreign Body
Location: ___
☐ Burn   Type: ___
Location: ___
☐ Contusion ☐ Ecchymosis
☐ Deformity ☐ Swelling
☒ Pain ☐ Radiating ☐ Tenderness
Location: ___

**G.I.**
☐ N/A ☐ Nausea
☐ Normal ☐ Distended
☐ Guarding ☐ Rigid

**Abdomen**

**Tenderness**
☐ LUQ ☐ RUQ
☐ LLQ ☐ RLQ
☐ Epigastric ☐ Suprapubic

**Bowel Sounds**
☐ Present ☐ Absent
☐ Hyper ☐ Hypo
☐ Last BM ___
☐ Vomiting ___
☐ Diarrhea ___
☐ Blood in Stool ___

**G.U.**
☐ N/A ☐ Denies
☐ Flank Pain ☐ L ☐ R
☐ Dysuria
☒ Hematuria ☐ Frequency
☐ Oliguria ☐ Retention

**OB/GYN**
☐ N/A FHT: ___   Gest: ___
☐ Vag. Bleeding   No. pads per hour: ___
☐ Discharge Describe: ___
Growth & devel. age approp. ☐ Yes ☐ No
Head Circumference: ☐ N/A ___ in/cm

**PEDIATRICS/INFANT**   Fontanel
☐ Flat
☐ Bulging
☐ Sunken

Cry Qlty.
☐ Strong/Normal
☐ Whimpering
☐ Moaning/High Pitch

Activity
☐ Playful
☐ Fussy
☐ Quiet

Visual Acuity
R Eye ___ L Eye ___ Both Eyes ___

Comments: 1 dtr 2 hrs in 1 dtr month

---

DISPOSITION

Status: ☒ DC ☐ IP ☐ OP ☐ OBS ☐ Transfer OR Refusal of Care
Time to Room ___   Room No. ___

Condition: ☒ Stable Fair Guarded Deceased

Mode: ☒ Amb W/C Carried EMS Stretcher

Mode WC Carried Stretcher

Signature ___   Date 6/5/05   Time 1304   Notified Time: ___ Coroner ☐   Poison Control ☐   Police ☐   Animal Control ☐   Other ☐

## SOUTHWEST
— MEDICAL CENTER—

**EMERGENCY RECORD**
PAGE 1

700-008 (Rev. 1/00)

PATIENT IDENTIFICATION

Southwest Medical Center
Q00015357603 U#Q185990 REG ER
NAVARRE,REYNOLDS J 44   M DOB:11/19/60
E.R. Physician MCR   ADMIT:06/05/05

**CONSENT FOR TREATMENT**

I hereby give consent to the Medical Center of Southwest Louisiana for treatment, consultation or testing as deemed necessary by the attending/Emergency Department physician.

_____          _____
PATIENT, GUARDIAN OR AUTHORIZED PERSON                         WITNESS

**TELEPHONE CONSENT FOR EMERGENCY TREATMENT OF MINORS**

The nature and the condition of the anticipated medical treatment of

_____
NAME OF PATIENT

have been explained to and authorized by _____
LEGAL REPRESENTATIVE

_____ via monitored telephone call at _____
RELATIONSHIP                                                           TIME/DATE

_____
DATE                                      INFORMANT

_____
DATE                                      WITNESS (STAFF MEMBER)

5.

| # | NURSING DIAGNOSIS | GLASGOW COMA SCALE | | INITIAL INTERVENTION | TIME | INIT. |
|---|---|---|---|---|---|---|
| | Ineffective Airway Clearance<br>Ineffective Breathing Pattern/Potential for<br>Impaired Gas Exchange/Potential for<br>Altered Cardiac Output/Potential for<br>Altered Tissue Perfusion/Potential for<br>Potential for Injury<br>Anxiety/Fear<br>Potential for Violence<br>Impaired Physical Mobility<br>Pain Acute or Chronic<br>Impaired Tissue Integrity<br>Potential for Infection<br>Fluid Volume Deficit/Excess/Potential for<br>Constipation/Diarrhea<br>Alteration in Urinary Elimination<br>Hypothermia/Hyperthermia<br>Knowledge Deficit<br>Altered Comfort<br>Ineffective Coping<br>Other: ____ | **Eye Opening**  Spontaneous 4<br>To verbal command 3<br>To pain 2<br>None 1<br>**Verbal**  Oriented ⑤<br>**Responsiveness** Confused 4<br>Inappropriate words 3<br>Incomprehensible sounds 2<br>None 1<br>**Motor response** Obeys ⑥<br>Localizes 5<br>Withdraws 4<br>Abnormal flexion 3<br>Abnormal extension 2<br>None 1<br>Total /15 | | ☐ Airway: Oral ____<br>Nasal ____<br>☐ Intubation per MD<br>Size ____<br>☐ O₂ per ____ @ ____ /min.<br>☐ Cardiac Monitor ____<br>☐ NIBP Monitor ____<br>☐ Pulse Oximetry ____<br>☐ Side Rails ____<br>☐ Restraints: Soft/Leather ____<br>☐ Ice ____<br>☐ Sling/Splint ____<br>☐ Position for Comfort ____<br>☐ Wound Cleansed/Irrigated ____<br>☐ Dressing Applied ____<br>☐ Elevation ____<br>☐ Thermal Measures ____<br>☐ ____ | | |

### IV INFUSIONS / MEDICATIONS

| Time | Neg. Dx. | Medications/Solutions | Initials | Time | Response | Initials |
|---|---|---|---|---|---|---|
| 0930 | | NS IV 300cc bolus | | | | |
| 0950 | | Toradol 30 mg IVP | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Time | Neg. Dx. | P | R | B/P | T | SPO₂ | Pain Scale | NURSES' NOTES |
|---|---|---|---|---|---|---|---|---|
| 0911 | | | | | | | | |
| 0920 | | | | | | | | |
| 1020 | | | | | | | | |
| 1535 | | | | | | | | |
| 1150 | | 62 | 16 | 112/80 | | | ∅ | |
| 120L | | 68 | 16 | 134/78 | | | | |

| NURSE INITIALS / SIGNATURE | # 1 ____ | # 2 ____ |
|---|---|---|
| | # 3 ____ | # 4 ____ |

☐ Mark Box if Nurses Notes Addendum is Used

**SOUTHWEST**
—MEDICAL CENTER—
**EMERGENCY RECORD/**
PAGE 2
**NURSES NOTES**

780-009 (Rev. 1/00)

CHART - WHITE    PHYSICIAN'S - CANARY

PATIENT IDENTIFICATION

Southwest Medical Center
Q00015357603 U#Q185990 REG ER
NAVARRE,REYNOLDS J 44  M DOB:11/19/60
E.R. Physician  MCR    ADMIT:06/05/05

## ASSESSMENT/MONITORING

| | | |
|---|---|---|
| 10 | ☐ | Cardiac monitor (rhythm strip/nurse) |
| 10 | ☐ | Doppler |
| 15 | ☐ | Pulse Oximetry |
| 20 | ☐ | Monitoring-Simple-Initial Assessment |
| 25 | ☐ | Monitoring-High level equipment |
| 30 | ☐ | Monitoring-Intermediate |
| 50 | ☐ | Monitoring-Complex-multi systems/conscious sedation |

## INTERVENTIONS

| | | |
|---|---|---|
| 5 | ☐ | CBG (# of _____ ) Max. 20 points |
| 5 | ☐ | Visual acuity |
| 10 | ☐ | SB Lamp Exam |
| 20 | ☐ | Morgan Lens Procedure |
| 10 | ☐ | Specimen Collection (# of _____ ) |
| 10 | ☐ | Ear/eye irrigation |
| 10 | ☐ | Ring/Piercing Ornament removal (Max. of 3) |
| 15 | ☐ | Decontamination |
| 25 | ☐ | Enema |
| 20 | ☐ | Tubes: Catheterization, Urinary, Naso- or Orogastric |
| 10 | ☐ | Foley/G tube Irrigation |
| 10 | ☐ | Elastic wrap/Non-customized Immobilization Device |
| 15 | ☐ | Warming/cooling measures |
| 10 | ☐ | Tracheal Suction/O2 Administration |
| 60 | ☐ | Sexual Assault/Rape Exam |
| 10 | ☐ | Hemoccult |
| 10 | ☐ | Rectal Exam |

## MEDICATIONS

| | | |
|---|---|---|
| 5 | ☐ | Medications - PO, suppository, topical (episodes of: ___ ) |
| 15 | ☐ | IV Pre Exist |
| 20 | ☐ | IV Mixed by ED Staff |

## OB/GYN

| | | |
|---|---|---|
| 20 | ☐ | Fetal heart tones |
| 45 | ☐ | Precipitous delivery |
| 30 | ☐ | Newborn care |
| 20 | ☐ | Pelvic exam |
| 40 | ☐ | Pre-Hospital Delivery |

## WOUND CARE

DO NOT ASSIGN THESE POINTS IF COMPONENT
OF A PROCEDURE THAT IS PERFORMED

| | | |
|---|---|---|
| 10 | ☐ | Wound cleansing - simple |
| 20 | ☐ | Wound cleansing - complex |
| 10 | ☐ | Wound Photography |
| 10 | ☐ | Dressing - small to moderate |
| 15 | ☐ | Dressing - large to complex |
| 20 | ☐ | Dressing - extensive |
| 10 | ☐ | Foreign Body Removal (Nurse) |
| 20 | ☐ | Complex Foreign Body Removal (Nurse) *See Discription |

## SPECIAL NEEDS - see note

| | | |
|---|---|---|
| 30 | ☐ | Incontinent Pt, Bathroom help, WC on D/C |
| 30 | ☐ | Communication Needs |
| 20 | ☐ | Isolation |
| 20 | ☐ | Combative patient |
| 20 | ☐ | Coordination of care |
| 20 | ☐ | Intoxicated Patient |
| 40 | ☐ | Aggressive/Violent |

Must be
supported by
documentation

## ADMISSION/TRANSFER

| | | |
|---|---|---|
| 20 | ☐ | Transfer out - nsg home, other institution |
| 25 | ☐ | Hospital admission (Inpatient/Observation) |
| 20 | ☐ | AMA/DOA |
| 40 | ☐ | Transfer with nurse to other facility |

## EDUCATION/DISCHARGE INSTRUCTIONS

| | | |
|---|---|---|
| 5 | ☐ | Discharge instructions, routine |
| 15 | ☐ | Special Teaching |
| 15 | ☐ | Discharge instructions, complex |

TOTAL POINTS:
Assigned by:

## TREATMENT OR PREVENTION OF CRITICAL ILLNESS/CRITICAL INJURY

Conditions must be one of the following:

| | | | |
|---|---|---|---|
| ☐ | Central nervous system failure | ☐ | Renal failure |
| ☐ | Circulatory failure | ☐ | Hepatic failure |
| ☐ | Shock-like conditions | ☐ | Metabolic failure |
| ☐ | Post Op complications | ☐ | Respiratory failure |
| | | ☐ | Overwhelming infection |

## EMERGENCY DEPARTMENT LEVEL E&M

| Points | Description | | | |
|---|---|---|---|---|
| N/A | Recheck/Suture Removal | ☐ | 26-85 | Level 2 |
| | LPMSE | ☐ | 86-125 | Level 3 |
| | Express Care only | ☐ | 126+ | Level 4 |
| 0-25 | Level 1 | ☐ | N/A | Critical Care |

## PROCEDURE CATEGORY

| | | |
|---|---|---|
| ☐ | Procedure Category 1 (number of: _____ ) | |
| ☐ | Procedure Category 2 (number of: _____ ) | |
| ☐ | Procedure Category 3 (number of: _____ ) | |

## EMERGENCY DEPARTMENT NURSING PROCEDURES

- ☐ Arterial Puncture
- ☐ Venipuncture
- ☐ Heparin Lock
- ☐ Draw from Medport
- ☐ IV Infusion First Hour (Includes IV start- only charge x 1)
- ☐ IV Infusion Additional Hour(s) (number of: _____ ) Max 7
- ☐ IM/Subq (number of injections: _____ )
- ☐ IV Push/IV Piggyback (number of: _____ )
- ☐ IM Antibiotic (divided dose count 1) (number of: _____ )
- ☐ Vaccine/Toxoid Administration- initial
  - **each additional immunization (number of: _____ )
- ☐ Transfusion
- ☐ GI Lavage
- ☐ Eye/Foreign Body Removal

### NURSING SPLINTING

- ☐ Long Arm
- ☐ Short Arm
- ☐ Finger
- ☐ Long Leg
- ☐ Short Leg

- ☐ Shoulder Strapping

### BURN CARE

- ☐ Small Dressing
- ☐ Medium Dressing
- ☐ Large/Multiple Dressing(s)

## EMERGENCY DEPARTMENT SUPPLIES

### CASTING CHILD
- ☐ Long Arm
- ☐ Long Leg
- ☐ Short Arm
- ☐ Short Leg

### SPLINTING
- ☐ Long Arm
- ☐ Long Leg

### CASTING ADULT
- ☐ Long Arm
- ☐ Long Leg
- ☐ Short Arm
- ☐ Short Leg

- ☐ Short Arm
- ☐ Short Leg

## EMERGENCY DEPARTMENT CSO CHARGES

| | |
|---|---|
| _____ | (# OF ___ ) |
| _____ | (# OF ___ ) |
| _____ | (# OF ___ ) |
| _____ | (# OF ___ ) |

## EMERGENCY DEPARTMENT OUTPATIENT PROCEDURES

- ☐ IV PUSH/IV PIGGYBACK
- ☐ NONCHEMO-IV INFUSION 1st hour
- ☐ IV INFUSION ADDITIONAL HOURS MAX 7
- ☐ IM ANTIBIOTICS

- ☐ IM/SC INJECTION
- ☐ HEP LOCK
- ☐ TRANSFUSION

Southwest Medical Center
C00015357603 U#Q185990 REG ER
NAVARRE,REYNOLDS J 44  M DOB:11/19/60
E.R. Physician  MCR    ADMIT:06/05/05

Not part of the permanent record

Total # procedures: _____

- [ ] Burns treatment NO anesthesia
- [ ] Chemical cauterization of granulation tissue (proud flesh, sinus or fistula)
- [ ] Control of bleeding
- [ ] Nosebleed- anterior (simple/complex)/posterior
- [ ] Thrombectomy
- [ ] Nosebleed (with/without nasal packs) and or cauterization
- [ ] Vaginal with packing
- [ ] Debride skin, partial thickness
- [ ] Diagnostic Laryngoscopy
- [ ] Drainage of lesion/abscess/cyst (also bone cyst)
- [ ] Drain/inject, joint/bursa
- [ ] Drain blood from under nail
- [ ] Drainage of chest (thoracentesis/pericardiocentesis)
- [ ] Drainage of hematoma/fluid
- [ ] Ear- clear outer canal or remove impacted cerum
- [ ] FB removal (simple) nose/mouth/pharynx
- [ ] FB removal sub-q simple
- [ ] FB removal eye (superficial, imbedded, corneal (with slit lamp)
- [ ] Insert needle, bone cavity for infusion
- [ ] Incision of rectal/anal abscess or external hemorrhoid
- [ ] I&D of vulva/perineal abscess
- [ ] Laceration repair- mouth/tongue 2.5cm or <
- [ ] Ligation of hemorrhoid(s)
- [ ] Peritoneocentesis, abdominal paracentesis, peritoneal lavage; initial
- [ ] Proctosigmoidoscopy with dilation/control bleeding/FB removal
- [ ] Spinal puncture LP (diagnostic or therapeutic for drainage of CSF)
- [ ] Thoracentesis with insertion of tube with/without waterseal (pneumothorax)
- [ ] Treat fracture w/wo manipulation and NO anesthesia
- [ ] Treat dislocation w/wo manipulation and NO anesthesia
- [ ] Tube changes - tracheostomy, gastrostomy
- [ ] Tube placement - intestinal bleeding tube; or gastric intubation and aspiration or lavage for treatment
- [ ] Tube thoracostomy with/without waterseal (abscess, hemothorax, and empyema)
- [ ] Nail removal and repair of nail bed
- [ ] Wound repair-superficial
- [ ] Wound closure layer and split wound closure
- [ ] Foley Cath by Doctor
- [ ] Other: _____

**PROCEDURE CATEGORY II (check all that apply)** Total # procedures: _____

- [ ] Blood transfusion service (includes push transfusion & exchange transfusion, blood newborn)
- [ ] Central line insertion (cutdown included)
- [ ] Drainage of bladder- needle or needle with suprapubic catheter
- [ ] Esophageal intubation for cytology
- [ ] Establish venous access via cutdown
- [ ] FB removal (complicated)-sub q, arm-sub q, pelvis/hip-sub q, and foot-sub q
- [ ] Monitoring of interstitial fluid pressure-in detection of muscle compartment syndrome
- [ ] Treatment of penile lesion
- [ ] Fracture treatment with manipulation
- [ ] Fracture treatment without manipulation
- [ ] Other: _____

**PROCEDURE CATEGORY III (check all that apply)** Total # procedures: _____

- [ ] Amputation finger/thumb
- [ ] Debride muscle/tissue/bone
- [ ] Do bronchoscopy with/without washing
- [ ] FB removal I/d/deep (arm, hip, and foot)
- [ ] I&D of lesion on tongue or floor of mouth; lingual
- [ ] Incision of windpipe- transtracheal/cricothyroid
- [ ] Insert /place heart catheter (Swan-Ganz)
- [ ] Operative laryngoscopy
- [ ] Remove vagina gland lesion
- [ ] Repair mouth laceration >2.5cm
- [ ] Treatment of dislocations with anesthesia
- [ ] Treatment of larynx fracture
- [ ] Treatment of nose
- [ ] Treatment of pelvic ring fracture with manipulation
- [ ] Other: _____

## WOUND CARE:

____ REMOVE DRESSING IN 24 HOURS UNLESS OTHERWISE DIRECTED...

____ KEEP DRESSING/SUTURES CLEAN AND DRY.

____ SUTURE WOUND CARE: AFTER DRESSING HAS BEEN REMOVED, CLEAN SUTURED AREA WITH HYDROGEN PEROXIDE. DO THIS ONCE A DAY OR MORE OFTEN, IF NEEDED

____ KEEP WOUND COVERED WITH A DRY DRESSING.

____ SOAK AFFECTED PART IN WARM WATER ____ TIMES A DAY.

____ WATCH FOR SIGNS OF INFECTIONS; LOOK FOR:

| RED STREAKS | REDNESS |
|---|---|
| FEVER | SWELLING |
| DISCHARGE | HEAT |
| INCREASED PAIN | |

RETURN TO THE EMERGENCY DEPARTMENT IF ANY OF THESE OCCUR

____ RETURN TO ED IN ____ DAYS FOR SUTURE REMOVAL/RECHECK

## OTHER SPECIFIC INSTRUCTIONS / MEDICATION EDUCATION

✳ (RETURN TO THE ED IF UNABLE TO SEE YOUR PHYSICIAN OR SYMPTOMS WORSEN.)

*Follow Up Dr Anw*
*Urology*
*988-3104*

**REFERRAL:**

Physician: _____

Address: _____

Phone: _____

____ Call Dr. _____ office in the morning to make a follow up appointment in ____ days.

____ We have made a follow up appointment for you with Dr. _____ on _____ (day)

_____ (month) at _____ (time)

## HEAD INJURY -

**REPORT TO YOUR DOCTOR OR RETURN TO ED IMMEDIATELY, IF ANY OF FOLLOWING OCCUR:**

STIFF NECK NECK, FEVER OR DIZZINESS

SEVERE OR PERSISTENT HEADACHE (OVER 12 HOURS)

PERSISTENT VOMITING (OVER 4 HOURS)

VISION PROBLEMS, SUCH AS DOUBLE VISION

UNUSUAL BEHAVIOR, CONFUSION OR UNCONSCIOUSNESS

SLURRED SPEECH OR TROUBLE BREATHING OR WALKING

## EYE INJURY -

1. LEAVE PATCH IN PLACE FOR _____ HRS(S)

2. YOUR EYE PATCH, WILL HINDER YOUR DEPTH PERCEPTION. DO NOT DRIVE WHILE IT IS IN PLACE.

3. IF WHEN PATCH IS REMOVED, PAIN PERSIST: RETURN TO ED.

## COLD/FLU:

✓ INCREASE FLUID INTAKE TO 6-8 OZ GLASSES OF WATER

✓ GET PLENTY OF REST

✓ TAKE MEDICATIONS AS DIRECTED

____ TYLENOL OR ADVIL AS DIRECTED FOR FEVER OR BODY ACHES.

## X-RAY INSTRUCTIONS

1. Your X-rays were read by the attending physician in the emergency center. For your added protection, your X-Rays will be reread by your independent Radiology Group. If any abnormalities are found that have not been called to your attention, you and/or your doctor will be called immediately.

2. It is important that the emergency center has the phone number where you can be reached within the next 24 hours. In the meantime, please follow the instructions given to you by the emergency center staff.

3. Sometimes, fractures or abnormalities may not show up on X-Rays for several days. If symptoms persist or get worse, call your physician. More X-Rays may need to be taken.

I acknowledge, and hereby consent to disclose to the above physician/designee medical information related to this ED visit and that the released medical information may contain alcohol, drug abuse, psychiatric, HIV testing results or AIDS information. I understand that this consent may be withdrawn by me at any time except to the extent that action has been taken in reliance upon it. This facility is released and discharged of any liability and the undersigned will hold the facility harmless, for complying with this "Authorization for Release of Medical Information."

____ I the undersigned do not consent to release of the above information.

Initials

6/5/05
DATE

_____
NURSE'S SIGNATURE

_____
PATIENT'S SIGNATURE

## SOUTHWEST
— MEDICAL CENTER —

## EMERGENCY DEPARTMENT
## PATIENT DISCHARGE INSTRUCTIONS

685-009 (Rev. 01/02)

PATIENT I.D. LABEL

Southwest Medical Center
A#Q00015357603 U#Q185990 REG ER
NAVARRE,REYNOLDS J 44 M DOB:11/19/60
E.R. Physician MCR ADMIT: 06/05/05

# SOUTHWEST
## MEDICAL CENTER

**PART A - PATIENT INFORMATION**

_Today's Date:_ 6/5/8        _Arrival Time:_ 08.55 (AM) PM

First Name: Reynolds    Last Name: Nadarre    MI: _____

Address: _____

| | Street | City | State | ZIP |

Phone: ____/____/____    Soc Sec # _____    Date of Birth: ____/____/____

Family Physician: _____    Chief Complaint: Blood in urine

Form completed by: ☐ Self  ☐ Other: _____    Relationship: _____

**PART B - TRIAGE INFORMATION (For facility use only)**

Called for triage at: _0903_ AM PM       Called for triage at: _____ AM PM
Called for triage at: _____ AM PM       Called for triage at: _____ AM PM

Triage Nurse Notes: _____
_____
_____
_____

**PART C - DISPOSITION (For facility use only)**

If the Triage Nurse is aware that an individual desires to leave prior to triage or an MSE, every effort must be made to inform
the individual of risks and benefits and to obtain the individual's signature (or that of his/her legal representative) on the
Refusal of Medical Screening Examination form on the reverse side of this document.

☐ Individual left DED prior to triage       ☐ Individual left DED prior to MSE

Facility representative informed of departure:     Yes   No

If Yes, describe efforts to provide risks and benefits education prior to departure:
_____
_____

If No, describe attempts to locate the individual:
_____
_____

_____    6 / 5 /05    0903   AM PM
Triage Nurse Signature                    Date              Time



**Day Division**
Mon-Fri: 8am-11am, 3pm-8pm (EST)
Sat-Sun: 8am-8pm (EST)
Phone: 866 329 4295  Fax: 877 899 4295

**Night Division**
Mon-Fri: 8pm-8am (EST)
Sat-Sun: 8pm-8am (EST)
Phone: 866 241 6635  Fax: 866 287 1373

# PRELIMINARY RADIOLOGY REPORT

PATIENT NAME:      NAVARRE, REYNOLDS

PATIENT ID:        185990

INSTITUTION NAME: SOUTHWEST MEDICAL CENTER - LAFAYETTE, LA 70506

DATE:              5th June, 2005 CDT

STUDY TYPE:        CT ABDOMEN / CT PELVIS

This interpretation is based upon the receipt of 79 images.

## CLINICAL HISTORY / INDICATION FOR EXAM:

RT SIDED PAIN

## FINDINGS:

Noncontrast CT abdomen and pelvis: 5.0 mm axial images: No prior study or report.
Nonspecific fluid in the pelvis is noted.
Minimal stranding adjacent to the ascending colon and cecum are present-nonspecific.
The appendix is not confirmed on this examination.
If strong concern for appendicitis exists, recommend addition of oral & IV contrast.
Post-surgical changes of the lumbar spine.
Moderate fecal material within the colon.
Nonspecific central ileus-#2-44 of small bowel.
Distended gallbladder without biliary obstruction.
Cannot say tiny gallstone after #2-33.
Nonobstructing bilateral renal calcifications, some vascular.
10 mm x 5.9 mm, proximal right UPJ calcification which is only partially obstructing.
Bilateral renal cysts are noted.
No gross perinephric stranding or renal cortical edema confirm.
No dilated ureters are definitive ureteral calculi.
No mural wall thickening of urinary bladder or bladder calculus.
No free air, ascites, or abscess.
Borderline splenomegaly.  Bronchitic/emphysematous findings of lung bases and

Page 1

CONFIDENTIAL: The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its intended need have been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

From: 866287.3373    Page: 2/2    Date: 6/6/2005 Time: 02:26:54



**Day Division**
Mon-Fri: 8am-11am, 5pm-8pm (EST)
Sat-Sun: 8am-8pm (EST)
Phone: 866 329 4295  Fax: 877 899 4295

**NightHawk**
Radiology Services

**Night Division**
Mon-Fri: 8pm-8am (EST)
Sat-Sun: 8pm-8am (EST)
Phone: 866 241 6635  Fax: 866 287 1373

## PRELIMINARY RADIOLOGY REPORT

PATIENT NAME:      NAVARRE, REYNOLDS

PATIENT ID:        185990

INSTITUTION NAME:  SOUTHWEST MEDICAL CENTER - LAFAYETTE, LA 70506

DATE:              5th June, 2005 CDT

STUDY TYPE:        CT ABDOMEN / CT PELVIS

This interpretation is based upon the receipt of 79 images.

minimal fibrosis.

Preliminary report created by: Tom Vreeland MD

CONFIDENTIAL: The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.