# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| THIS RELATES TO: | ) ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| Plaintiff: Danny Roberson | ) ) ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

## II.  PERSONAL INFORMATION

A.  Name (person completing form): Danny Roberson

B.  Maiden or other names used or by which you have been known: N/A

C.  Current Street Address: 2430 Kathy Drivem Sulfur Lane, Louisiana 70663

D.  Home Telephone No.: N/A
Cell Phone No.: (337) 287-3202 or (337) 396-4847 (wife)
Work Telephone No: N/A
Other Telephone Nos.: N/A

E.  Email address:  N/A

## III.  CASE INFORMATION

A.  If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.  State which individual or estate you are representing:

2.  Maiden Or Other Names Used or By Which Such Person Has Been Known:

3   Address (or last known address if deceased):

4.  Home Telephone No.:
Cell Phone No.:
Work Telephone No:
Other Telephone Nos.:

5.  E-mail address:

6.  If you were appointed as a representative by a court, state the:

2

Court: _____   Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? _____

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B. Please state the name and address of the attorney representing you:

Parker Waichman Alonso LLP  &  Becnel Law Firm LLC
Attorney's Name/Law Firm
Great Neck, New York, 11021  &  Reserve, LA 70084
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑       No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? Including but not limited to Asthma and Chronic Obstructive Pulmonary Disease; Please also see attached medical records

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| | |
|---|---|
| ☑ irritation to eyes | ☑ tingling or swelling of lips or face area |
| ☑ burning of eyes | ☑ headaches |
| ☑ tearing of eyes | ☑ nausea |
| ☑ irritation to nasal membranes (inside of nose) | ☑ vomiting |
| ☑ burning of nasal membranes (inside of nose) | ☑ bloody vomiting |
| ☑ bleeding of nasal membranes (inside of nose) | ☑ abdominal pain |
| ☑ irritation or itching of skin | ☑ diarrhea |
| ☑ burning of skin | ☑ difficulty in breathing |
| ☑ rashes on skin | ☑ wheezing |
| ☑ drying or scaling of skin | ☑ shortness of breath |
| ☑ scaling or itching of eyelids | ☑ persistent cough |
| ☑ irritation or swelling of eyelids or eye area | ☑ tightness of the chest |

3

- ☑ bronchitis
- ☑ throat irritation
- ☑ hoarseness
- ☐ laryngitis
- ☑ pneumonia
- ☑ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☑ asthma attacks that are recurrence of childhood asthma
- ☑ allergies for the first time in your life
- ☑ worsening of allergies that you had previous to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☑ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☐ blood in urine
- ☑ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☑ abnormal laboratory tests on blood
- ☑ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. Chronic Obstructive Pulmonary Disease

_____

_____

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer? No _____

If yes, which kind of cancer?

_____

5.  When do you claim this injury or disease first occurred? Approximately 8/18/06 _____

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☑

If "Yes," when and who diagnosed the condition at that time?

_____

_____

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☑        No ☐

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. Asthma

8.  **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
    Yes ☑        No ☐

    *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

    Name and address of each person who treated or counseled you:
    Ping Kok Lie, 1000 Walters Street, Lake Charles, Louisiana 70601

    To your understanding, describe the condition for which treated:
    To be provided.

    State when you were treated for this psychological, psychiatric or emotional problem
    To be provided.

    List the medications prescribed or recommended by the physician or counselor
    To be provided.

9.  Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
    Yes ☐        No ☑

    *If "Yes,"* state the amount of your claim: _____

5

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 120 Louise Street, Cameron Louisiana 70631 | 8/18/06 - 2009 |
| 2430 Kathy Drivem Sulfur Lane, Louisiana 70663 | 2009 - Presently |
|  |  |
|  |  |
|  |  |

B.   State Driver's License Number and State Issuing License: Louisiana 002387499

C.   Date and Place of Birth: 11/15/53          Place: Jesup, Georgia

D.   Sex:  Male ☑          Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| High School | I do not recall | I do not recall | G.E.D. |
|  |  |  |  |
|  |  |  |  |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Tiger Tanks | Cameron, Louisiana 70631 | I do not recall | Welder |
|  |  |  |  |

6

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐     No ☑

*If "Yes,"* state the following:

a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.  Previous Claims Information

1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐     No ☑     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

7

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐         No ☑         Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐         No ☑

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home: I do not recall.

2.   VIN: I do not recall.

3.   FEMA Identification No.: 92-1467256

4.   Bar Code Number on FEMA housing unit: I do not recall.

8

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☐   Mobile Home ☑

6.  Move-in Date: 8/18/06

7.  Move-out Date: 2009

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    120 Louise Street, Cameron, Louisiana 70631

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? Private property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    I became too sick.

11. Please state the approximate square footage of the FEMA housing unit: I do not recall.

12. Please state the approximate length and width of the FEMA housing unit: 10' X 30'

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? Approximately 24 hours per day.

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☑       No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☑       No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☑       No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐       No ☑

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☐       No ☑

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? I do not recall.

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐      No ☑

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐      No ☑

*If "Yes,"* please state when the test was performed and who prepared this testing: _____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐      No ☑

*If "Yes,"* please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☑      No ☐

*If "Yes,"* please state the date and reason for repair, service or maintenance:
The link on the front door and I do not recall the date of the repair.
_____

_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Danny Roberson | 55 | 2430 Kathy Drive, Sulfur, Louisiana 70663 | From 8/18/06<br>To 2009 | Yes ☑<br>No ☐<br>Don't Know ☐ | Asthma and Chronic Obstructive Pulmonary Disease |
| Tina Roberson | 45 | Same as above | From 8/18/06<br>To 2009 | Yes ☐<br>No ☑<br>Don't Know ☐ | |
| | | | From ___<br>To ___ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ___<br>To ___ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ___<br>To ___ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ___<br>To ___ | Yes ☐<br>No ☐<br>Don't Know ☐ | |

## VI.   MEDICAL BACKGROUND

A.   Height: 5'6"

B.   Current Weight: 130 lbs

Weight prior to living in a FEMA trailer or mobile home: 145 lbs

C.   Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

       1.     Date on which smoking/tobacco use ended:_____

       2.     Amount smoked or used on average:
              _____ per day for _____ years.

☑ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

       1.     Amount currently smoked or used on average:
              <u>unknown</u> per day for <u>unknown</u> years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

       1.     Amount smoked or used on average, if you know:
              _____ per day for _____ years.

       2.     Relationship to you: _____

       3.     Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐     No ☑

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐     No ☑

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

       1.     Lung or other respiratory disease
            Yes ☑     No ☐

            *If "Yes,"* please indicate the following:

            Name and description of each illness, disease, or abnormal condition:
            Asthma and Chronic Obstructive Pulmonary Disease

            The date of illness:
            I do not recall.

       2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

<div align="center">12</div>

Yes ☑        No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:
Pneumonia
_____

The date of illness:
I do not recall.
_____
_____

3.  Long-term stomach or bowel disease
    Yes ☐        No ☑

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:
    _____

    The date of illness:
    _____
    _____

4.  Skin disease
    Yes ☐        No ☑

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:
    _____

    The date of illness:
    _____
    _____

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

    Yes ☑        No ☐        Don't Recall ☐

    *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest X-Ray | I do not recall. | I do not recall. | I do not recall. | Astmna and C.O.P.D. |
|  |  |  |  |  |
|  |  |  |  |  |

13

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

## VII. MEDICAL DIAGNOSIS

A. Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B. Doctor's Name: Ping Kok Lie, M.D.
   Specialty, if any: I do not recall.
   Address: Moss Regional Medical Center 1000 Walters Street, Lake Charles, Louisiana 70601
   Phone: (337) 475-8100
   Treatment received: See medical records
   Dates of treatment: See medical records

   Doctor's Name: _____
   Specialty, if any: _____
   Address: _____
   Phone: _____
   Treatment received: _____
   Dates of treatment: _____

   Doctor's Name: _____
   Specialty, if any: _____
   Address: _____
   Phone: _____
   Treatment received: _____
   Dates of treatment: _____

C. If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.
   Ping Kok Lie, M.D., Moss Regional Medical Center

D. Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
   Yes ☑         No ☐

   *If "Yes,"* please provide the name and address of the health care professional.
   Ping Kok Lie, M.D., Moss Regional Medical Center 1000 Walters Street, Lake Charles, Louisiana 70601

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☑     No ☐

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☑     No ☐

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐     No ☑

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐     No ☑

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐     No ☑

F.   Decedent's death certificate, if applicable.
Yes ☐     No ☑

G.   Report of autopsy of decedent, if applicable.
Yes ☐     No ☑

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:

| Name | Address |
|------|---------|
| Ping Kok Lie, M.D. | Moss Regional Medical Center 1000 Walters Street, Lake Charles, Louisiana 70601 |
|  |  |
|  |  |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|------|---------|-------------------|
| Ping Kok Lie, M.D. | 1000 Walters Street, Lake Charles, Louisiana 70601 | See medical records |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Moss Regional Medical Center | 1000 Walters St, Lake Charles, LA | See medical records | See medical records |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
| Moss Regional Medical Center | 1000 Walters St, Lake Charles, LA | See medical records | See medical records |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

E.    Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|------|---------|--------------------|
| Ping Kok Lie, M.D. | 1000 Walters St, Lake Charles, LA | See medical records |
|  |  |  |
|  |  |  |

16

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

F.    Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| I do not recall. | I do not recall. |
|  |  |
|  |  |
|  |  |
|  |  |

17

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Danny O. Roberson_   _Danny O. Roberson_   _8-17-09_
**Signature of Plaintiff**       **Print Your Name**       **Date**

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name: Danny O. Roberson

Date of Birth: November 5, 1953

Last Four Numbers of SSN: 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

I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

   Any copy of this document shall have the same authority as the original, and may be substituted in its place.

     Dated this $\underline{8}$ day of $\underline{/7}$, 2009.

     _Danny O. Roberson_
     [*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| | **AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)** |

Name: Danny O. Roberson

Date of Birth: November 5, 1953

Last Four Numbers of SSN: 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

    I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ _____**and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this _8_ day of _17_ , 2009.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _DANNY O. Roberson_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Danny O. Roberson

Date of Birth: November 5, 1953

Last Four Numbers of SSN: 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

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this _3_ day of _17_, 2009.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information  (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| DANNY O. Roberson | 11-5-53 | 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 |

Address:
City: Sulfur    State: LA.    Telephone No.:
Zip Code: 297-3202-70663

I hereby authorize the Medical Records Custodian of _DANNY O. Roberson_
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. ._____
Title. ._____
Address._____
Purpose: To Protect My Legal Rights_____
For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| Requested: | ❑ Abstract/pertinent | ❑ Lab | ❑ Progress Notes |
| | ❑ Emergency Room | ❑ Imaging/Radiology | ❑ Physician's Orders |
| | ❑ H&P | ❑ Cardiac Studies | ❑ Entire Record |
| | ❑ Consult Report | ❑ Face Sheet | ❑ Other_____ |
| ❑ Copies of the records & | ❑ Operative Report | ❑ Nursing Notes | |
| ❑ Inspection of the record | ❑ Rehab Services | ❑ Medication Record | |

I acknowledge, and hereby consent to such, that the released information may contain
_____ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

_Initials_

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations. 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____        8-17-09
Signature of Patient/Legal Representative        Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _DANNY O. Roberson_ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _9 - 17 - 09_

Name: _Danny O. Roberson_ (print legibly or type out name)

Signature: _Danny O. Roberson_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| Federal Emergency Management Agency<br>Office of the Director<br>500 C Street South West<br>Washington D.C. 20472 | Danny Roberson<br>120 Louise Street<br>Cameron, LA 70631 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH<br>11/05/53 | 5. MARITAL STATUS<br>married | 6. DATE AND DAY OF ACCIDENT<br>SEE ATTACHED RIDER | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed claimant to excessive and unsafe levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, state, national and international statues, regulations and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure
SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

The claimant has suffered and continues to suffer from eye, nose and throat irritation, headache, nausea, asthma like symptoms, shortness of breath, emotional distress, fear of illness, including cancer. The foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8(SUPRA).

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) | |
| | | |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | $250,000 | | $250,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 12e. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>Danny D. Roberson | 13b. Phone number of person signing form<br>337-775-5461 | 14. DATE OF SIGNATURE<br>3-3-08 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109

PARKER, WAICHMAN & ALONSO
ATTORNEYS AT LAW
111 GREAT NECK ROAD
SUITE 101

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes   ☐ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance?  ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C.  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

SF 95    BACK

RIDER

6. Claimant became aware of the potential exposure within the last two years.

8. Basis of Claim (state in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and/or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposed to dangerously high levels of formaldehyde. The U.S. and it agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufacturers of the trailer housing units to ensure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general, concealed and knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for those suffering from such exposure injuries. The U.S. through its agencies, including but not limited to FEMA, has engaged in a concerted effort to "cover-up" and conceal testing results of the formaldehyde levels in the trailer units provided to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC section 1983, and all applicable law, state and federal statutes or ordinances, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10. The claimant has suffered and continues to suffer from eye, nose and/or throat irritation, nose bleeds, headaches, nausea, asthma like symptoms and respiratory problems, shortness of breath, emotional distress, fear of illness, including cancer, and or increased risk of cancer. The full residual effects are yet unknown, but are serious in nature. And foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer, and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages, flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

OM-06-07
SG-MR-23
Rev. 08/07)

**LSU/HCSD - W. O. Moss Regional Medical Center**

## Outpatient Clinics Medication List

ROBERSON DANNY
142917   1/M   11/05/53
WOM MED CTR LK CHARLES LA

092107

Allergies _NKA_

Patient Phone # _775-5461_

Pharmacy Name _Walmart Hwy 14_

Pharmacy Phone # _____

| | Immunizations | | |
|---|---|---|---|
| Pneumococcal (last 5 yrs) | ☑ Yes ☐ No | Date: 05 |
| Influenza | ☑ Yes ☐ No | Date: 06 |
| Tetanus (last 10 yrs) | ☐ Yes ☑ No | Date: |
| Other: | | |

| Start Date | Medication | Dose | Route | Frequency | Support Diagnosis | Dose Change or Discontinued |
|---|---|---|---|---|---|---|
| 9/21/07 | Advair | 250/50 | B.i.⊥p | B.d | | |
| | Albuterol MDI | 9x-neb | p RN | pRN | | |
| | Avelox | 300/us | po | daily | | |
| | Tet Turn | 150g | po | daily | 300/9 20g | |
| | Clonidine | 0.3g | po | hs | | |
| | lasix | | | | | |
| | Methadone | 40g | po | B.id | Dr Lopez | PTC |
| | Soma | 350g | po | π B.id | → Dr Lopez | |
| 9/8/08 | Aspirin ibuprofen 18mg | ⊥t | 9-img | | | |
| | Proventil | 0 | ht | hs | | |
| | Methadone | 20g | po | B.id | Dr Lopez | |

| Medication Reviewed / Revised | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Initial | Date | Initial | Date | Initial | Date | Initial | Date | Initial | Date | Initial |
| 9/21/07 | ✓ | | | | | | | | | | |
| 9/8/08 | ✓ | | | | | | | | | | |

not as important as the content of your Declaration; that is, the law is more concerned with your desires and instructions than with the form of the Declaration. Your Declaration may be written or it may be made through any verbal or non-verbal communication. However you choose to make your Declaration, YOU MUST MAKE IT IN THE PRESENCE OF TWO (2) WITNESSES. Any adult person may act as a witness as long as that person is not related to you by blood or marriage AND as long as that person is not entitled to inherit any portion of your estate.

If you make a Declaration, you must notify your physician. It is your responsibility to take care of giving this information to your physician. In addition, you may register your Declaration with the Office of Secretary of State. However, you are not obligated to do this. To register your Declaration you should send either a certified copy or the original Declaration itself to          **Office of the Secretary of State**

**P.O. Box 94125**

**Baton Rouge, LA 70804-9125**

The Secretary of State currently charges a fee of $20.00 for registration. If you have any questions, you may call the Office of the Secretary of State at (225) 342-4980.

You may revoke a Declaration at any time. To revoke a Declaration you may:
- cancel, deface, or destroy the Declaration;
- in writing, express your desire to revoke;
- through verbal or non-verbal communication, express your desire to revoke;
- file a written notice of revocation with the Secretary of State in the event you registered your Declaration (currently this fee is $5.00)

Another form of Declaration recognized by Louisiana is the "Power of Attorney". You may also use this to appoint someone to make healthcare decisions on your behalf, but you must expressly state that this is your wish and intent. This must be done in the presence of a Notary Public.

The State of Louisiana, through the Department of Health and Hospitals, has developed this statement of your right under Louisiana Law. This is not meant to be a legal advice nor is it intended to take the place of the counsel which can be provided by an attorney. This statement is not a complete explanation of your rights under the law. If you have questions or wish a more detailed explanation, you should seek the advice of an attorney - or ask your provider for a list of available resources.

I have read and understand this information provided to me by LSU/HCSD - W. O. Moss Regional concerning my rights as a patient under State, Hospital and Federal laws.

_____          _____
Name                                                              Date

_____          _____
Witness                                                         Witness

ROBERSON   DANNY
1429    1/M    11/05/53

WOM-5-99
NSG-MR-7
(Rev. 08/07)

LSU / HCSD - W. O. Moss Regional Medical Center  HCM MED CTR LK CHARLES LA
1000 Walters St. • Lake Charles, Louisiana 70607

**OUTPATIENT CLINIC VISIT RECORD**

| CLINIC  PCP V | | | | | | DATE   040808 |
|---|---|---|---|---|---|---|

**MODE OF ARRIVAL**
- ☑ ambulatory
- ☐ wheelchair
- ☐ other

ALLERGIES (food, drug, and/or latex)   NCA

Medication List:
Reviewed or Updated
History:
Reviewed or Updated

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER |
|---|---|---|---|---|---|---|
| 97° | 71 | 18 | 133/85 | 122 | 66" | Yes / No / Referral |

SMOKER: If yes, Amt / day _____ If no, Never smoked _____ Quit – how long ago _____ Yes  No  Not Interested

CHIEF COMPLAINT / REASON FOR VISIT

Assessed by: _____  Time: 1233

Advair (250/50) BID
Spiriva (18 mcg) q day
Albuterol MDI q5°
Clonidine (0.1 mg) q day
Olanzapine (0.3?) po 7 bid
Methadone (20 mg) po BID
(Bayou LA Comp.)

59 y/o WM still c̄ repp. Sx's c̄
wheezy; Cough & SOB
Dx: distant breath sounds

DIAGNOSTIC IMPRESSION  COPD / Achalasia / HTN / R foot drop

Rx / ORDERS

INSTRUCTIONS TO PATIENT

SIGNATURE OF PHYSICIAN

**EDUCATION IMPLEMENTATION:**
Smoking _____   Medications _____
Wound Care _____   Exercise _____
Wt. Control _____   Immunizations _____
Diet _____   Other _____
Referrals: _____

ADDRESSOGRAPH STAMP   PC 1
ROBERSON   DANNY
142917    1/M    11/05/53
HCM MED CTR LK CHARLES LA

PATIENT DISPOSITION: D/C
Ambulatory _____ Wheelchair _____
Other _____ 040808

I have received and understand these instructions.   Instructions given by: _____

Patient Signature  Danny A. Roberson

WOM 20  Rev. 11/07

W. O. MOSS REGIONAL MEDICAL     VTER
LAB REQUEST

YELLOW SCREENING CARD MUST
BE VALID BEFORE SPECIMEN IS COLLECTED

**PCP VI**

**Non-Fasting**   Please Circle ABN  YES   NO

**Fasting:** 12 Hour Fast required for Lipid Profile, GLF, and GTT3

Do Not Eat or Drink ANYTHING past _____ the Night Before Your Lab Work is Done

Service/Loc: PCP 6

Date to have Lab Work Done: _____    MD: LIE

Diagnosis - S/S - Chief Complaint: _____

FC 1

ROBERSON   DANNY

LK CHARLES  LA

| Test Ordered | Dx Code | X | Test Ordered | Dx Code | | Test Ordered | Dx Code |
|---|---|---|---|---|---|---|---|
| **CHEMISTRY PROFILES (LAB)** | | | **SEROLOGY (LAB)** | | | **HEMATOLOGY & COAG (LAB)** | |
| BASIC METABOLIC PROFILE (BMP) | | | ANA SCREEN | | | CBC with DIFF *** | 411808 | 401.9 |
| COMP. METABOLIC PROFILE (CMP) | 401.9 | | H.PYLORI (SERUM) | | | CBC without DIFF*** | |
| LIPID PROFILE/REFLEXED LDL | 401.9 | | HIV 1&2 | | | HEMOGLOBIN & HEMATOCRIT *** | |
| LIVER FUNCTION PROFILE | | | MONOTEST | | | PT WITH INR (PROTHROMBIN TIME) *** | 401.9 |
| ELECTROLYTES | | | RHEUMATOID ARTHRITIS SCREEN | | | PTT *** | |
| **CHEMISTRY (LAB)** | | | RPR | | | SED RATE, ERYTHROCYTE (ESR) | |
| ACETONE (KETONE) SERUM | | | **DRUG LEVELS (LAB)** | | | RETICULOCYTE COUNT | 401.9 |
| ALBUMIN | | | ACETAMINOPHEN | | | **MICROBIOLOGY (LAB)** | |
| ALCOHOL | | | CARBAMAZEPINE (TEGRETOL) | | | AFB CULTURE | |
| ALKALINE PHOSPHATASE | | | DIGOXIN *** | | | BLOOD CULTURE X____ SETS | |
| ALT | | | GENTAMYCIN ☐ PEAK ☐ TROUGH | | | C. DIFFICILE TOXIN | |
| AMMONIA | | | LITHIUM | | | CHLAMYDIA SCREEN | |
| AMYLASE | | | PHENOBARBITAL | | | CULTURE, ANAEROBIC | |
| AST | | | PHENYTOIN (DILANTIN) | | | CULTURE, FUNGAL | |
| BILIRUBIN (DIRECT) | | | SALICYLATES | | | CULTURE, SPECIMEN____ | |
| BILIRUBIN (TOTAL) | | | THEOPHYLLINE | | | GC SCREEN | |
| BUN | | | VALPROIC ACID (DEPAKENE) | | | GRAM STAIN | |
| CALCIUM | | | **URINALYSIS (LAB)** | | | KOH PREP | |
| CHLORIDE | | | URINALYSIS SCREEN | 401.9 | | OCCULT BLOOD DIAGNOSTIC | |
| CHOLESTEROL | | | URINE DRUG SCREEN | | | OCCULT BLOOD SCREENING | |
| CPK | | | URINE PREGNANCY TEST (UPT) | | | OCP | |
| CO2 | | | **MISC (LAB)** | | | STREP CULTURE | |
| CREATININE | | | AFP, TUMOR MARKER *** | | | STREP SCREEN (RAPID) | |
| CREATININE CLEARANCE | | | ANA(LUPUS) PROFILE | | | | |
| FREE T4 | 401.9 | | BNP | | | | |
| GLUCOSE *** | | | CEA | | | | |
| GLUCOSE, 1HR *** | | | CMV IgG | | | | |
| GLUCOSE TOLERANCE ____ HRS *** | | | CRYPTOCOCCUS ANTIGEN | | | | |
| GLUCOSE, 2 HR POST PRANDIAL *** | | | DHEA | | | | |
| HEMOGLOBIN A1C *** | | | DHEAS | | | | |
| LDH | | | ESTRADIOL | | | | |
| MAGNESIUM | | | ESTROGEN | | | | |
| MICROALBUMIN, URINE RANDOM | | | FERRITIN | | | | |
| MICROALBUMIN/CREATININE RATIO | | | FOLATE | | | | |
| PHOSPHOROUS | | | HCV GENOTYPE | | | | |
| POTASSIUM | | | HCV RNA BY PCR | | | | |
| PREGNANCY, SERUM (QUAL) | | | HEPATITIS PROFILE | | | | |
| PREGNANCY, SERUM (QUANT) | | | IRON/TIBC *** | | | | |
| SODIUM | | | LH/FSH | | | **ROUTINE** | |
| TOTAL PROTEIN | | | PANCREATIC AMYLASE | | | | |
| TRIGLYCERIDES | | | PROGESTERONE | | | **ASAP** | |
| TROPONIN I | | | PROLACTIN | | | | |
| TSH | 401.9 | | PROTEIN/URINE ELECTROPHORESIS | | | **STAT** | |
| URIC ACID | | | PSA DIAGNOSTIC | | | | |
| URINE PROTEIN, 24 HR | | | PSA SCREEN | 196.44 | | | |
| **BLOOD BANK (LAB)** | | | PTH | | | | |
| CROSSMATCH ____ UNITS | | | TOXOPLASMA ANTIBODY | | | Physician's Signature | |
| TYPE AND SCREEN | | | VITAMIN B12 | | | | |

'sicians should only order assays that are "medically necessary" for the diagnosis or treatment of the patient.

*** indicates items that MAY require an ABN.

# PHARMACEUTICAL ASSISTANCE PROGRAM
# REFERRAL/PRESCRIPTION FORM

**LSU Health Science Center**
**W O Moss Regional Medical Center**
**Outpatient Pharmacy**
1000 Walters Street, Lake Charles, La 70607
337-475-8276 or 337-475-8273

Patient Stamp Imprint

FC 1
ROBERSON DANNY
142917   1/M   11/05/53
WOM MED CTR LK CHARLES LA

DO NOT USE ABBREVIATIONS, ACRONYMS & SYMBOLS

| DO NOT USE Abbreviation | Preferred Term |
|---|---|
| U (for unit) | Write "unit" |
| IU (International Unit) | Write "International Unit" |
| Q.D. | Write "daily" |
| Q.O.D. | Write "every other day" |
| zero after decimal point (e.g., 1.0mg) | Do not write trailing zeros for doses expressed in whole numbers |
| no leading zero before a decimal dose (e.g., .5mg) | Use zero before a decimal point when the dose is less than a whole unit |
| MS | Write "morphine sulfate" or "magnesium sulfate" |
| MSO₄ | Write "morphine sulfate" or "magnesium sulfate" |
| MgSO₄ | Write "morphine sulfate" or "magnesium sulfate" |
| AD | Write "right ear" |
| AS | Write "left ear" |
| AU | Write "both ears" |
| OD | Write "right eye" |
| OS | Write "left eye" |
| OU | Write "both eyes" |
| UD | Write "daily" |
| T.I.W. | Write "three times weekly" or "3 times weekly" |

Date: 4/4/8

~40808

Name: _____
Address: _____

Allergies: NoA
Diagnosis: COPD
Signature: _____        (No Copies)
Label: yes ☒ no ___
Substitute: yes ☒ no ___
DEA No.: BT300465

Referral is to be used
at Moss Regional
Outpatient Pharmacy ONLY!

| PHARMACY USE | | MEDICATION | STRENGTH | SIG | MONTHS SUPPLY | |
|---|---|---|---|---|---|---|
| | 1 | Advair Diskus | 250/50 | (1) for inhalation BID | 3 | 6 |
| | 2 | Spiriva Handi Haler | 18 mcg | (1) for inhalation qday | 3 | 6 |
| | 3 | Albuterol MDI | 6 count | (1) two puffs for inhalation | 3 | 6 |
| | 4 | | | | 3 | 6 |
| | 5 | | | | 3 | 6 |
| | 6 | | | | 3 | 6 |
| | 7 | | | | 3 | 6 |
| | 8 | | | | 3 | 6 |
| | 9 | | | | 3 | 6 |
| | 10 | | | | 3 | 6 |

Referral/prescription must be for a 3 OR 6 month supply. Anything less will be rejected. The days supply will reflect how often the patient
return to doctor for another referral.

Under Louisiana Law, form must be completed to serve as an official order/prescription, from the doctor, allowing W O Moss to apply for and
dispense medication to the patient.

WOM-5-99
NSG-MR-7
(Rev. 08/07)

ROBERSON DANNY
1429_1    1/M    11/05/53
WCM MED CTR LK CHARLES LA

## LSU / HCSD - W. Q. Moss Regional Medical Center
1000 Walters St. - Lake Charles, Louisiana 70607

### OUTPATIENT CLINIC VISIT RECORD

| CLINIC | | DATE  040808 |
|---|---|---|

**MODE OF ARRIVAL**
- ☑ ambulatory
- ☐ wheelchair
- ☐ other

**ALLERGIES (food, drug, and/or latex):** NKA

**Medication List:**
Reviewed or Updated
**History:**
Reviewed or Updated

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER |
|---|---|---|---|---|---|---|
| 97⁰ | 71 | 18 | 123/85 R | 122 | 66" | Yes / No / Referral — If yes, Amt / day ___ If no, Never smoked ___ Quit – how long ago ___ Yes  No  Not Interested |

**CHIEF COMPLAINT / REASON FOR VISIT**
flu    Dr. appt & Refund.

**Assessed by:** _____    **Time:** 1233

Advair (250/50) BID
Spiriva (18 mcg) q day
Albuterol neb q 6°
Clonidine (0.1mg) q day
Olanzapine (0.3mg) po q hs
Methadone (50mg) po BID
(by Dr Lopez)

54yo WM still c resp. Sx's c
wheezy. Complains of SOB.
Lungs: distant breath sounds
He denies any sx of dysphagia

**DIAGNOSTIC IMPRESSION**  COPD / Achalasia / HTN / R foot drop.

**Rx / ORDERS**  Refill for flu - Sx's

**SIGNATURE OF PHYSICIAN**

**INSTRUCTIONS TO PATIENT**  CBC/diff, chem12, PSA, CMP, lipid profile
TSH free T4, PT/PTT. F/U (q6) weeks

### EDUCATION IMPLEMENTATION:

| | |
|---|---|
| Smoking _____ | Medications Continue |
| Wound Care _____ | Exercise _____ |
| Wt. Control _____ | Immunizations _____ |
| Diet _____ | Other Low fat diet |

Referrals: _____

I have received and understand these instructions.
**Patient Signature** Danny D Roberson

Instructions given by: _____

**ADDRESSOGRAPH STAMP**
ROBERSON DANNY
142917    1/M    11/05/53
WCM MED CTR LK CHARLES LA

**PATIENT DISPOSITION:** D/C
Ambulatory ___ Wheelchair ___
Other  040808

WOM 20 Rev. 11/07

WOM 20 (7/03)
MRMC-5-99 (Rev)
NSG-MR-7

# LSU HEALTH SCIENCES CENTER - W. O. MOSS REGIONAL
### 1000 Walters St. • Lake Charles, Louisiana 70607

## OUTPATIENT CLINIC VISIT RECORD

| CLINIC | | | | | | DATE |
|---|---|---|---|---|---|---|

| MODE OF ARRIVAL | | ALLERGIES (food, drug, and/or latex) | | HEALTH HISTORY FORM |
|---|---|---|---|---|
| ☐ ambulatory | | | | History Reviewed   Y   N |
| ☐ wheelchair | | | | History Updated   Y   N |
| ☐ other | | | | Hx: Diabetes   HTN |

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | LABS & DIAGNOSTIC TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|
| | | | R | | | UA _____ Blood _____ X-Rays _____ |
| | | | L | | | EKG _____ Other _____ |

Glucometer: _____
Immunizations UTD:   Y    N
Vision:   Glasses   Contacts
Female:   LMP _____

Medication List: Reviewed or Updated

Assessed by:                              Time

**CHIEF COMPLAINT / REASON FOR VISIT**

**H & P**

DID NOT KEEP

DID NOT KEEP

DID NOT KEEP                    DID NOT KEEP

**DIAGNOSTIC IMPRESSION**                DID NOT KEEP

**Rx / ORDERS** | **SIGNATURE OF PHYSICIAN**

**INSTRUCTIONS TO PATIENT**

DID NOT KEEP

| EDUCATION / IMPLEMENTATION | | ADDRESSOGRAPH STAMP |
|---|---|---|
| ☐ Smoking _____ | ☐ Medications _____ | Roberson, Danny |
| ☐ Wound Care _____ | ☐ Exercise _____ | # 142 917 |
| ☐ Wt. Control _____ | ☐ Immunizations _____ | |
| ☐ Diet _____ | ☐ Other _____ | |
| Referrals: | | |
| I have received and understand these instructions. | Instructions given by: | PATIENT DISPOSITION: D/C |
| Patient Signature _____ | | Ambulatory _____ Wheelchair _____ |
| | | Other _____ |

WOM 20 (7/03)
MRMC-5-99 (Rev)
NSG-MR-7

## LSU HEALTH SCIENCES CENTER - W. O. MOSS REGIONAL
1000 Walters St. • Lake Charles, Louisiana 70607

### OUTPATIENT CLINIC VISIT RECORD

| CLINIC | | | | | | | DATE 011808 |
|---|---|---|---|---|---|---|---|

**MODE OF ARRIVAL**
- ☐ ambulatory
- ☐ wheelchair
- ☐ other

**ALLERGIES (food, drug, and/or latex)**

**HEALTH HISTORY FORM**
History Reviewed   Y   N
History Updated   Y   N
Hx: Diabetes   HTN

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | LABS & DIAGNOSTIC TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|
| | | | R L | | | UA ____ Blood ____ X-Rays ____  EKG ____ Other ____ |

Glucometer: ____
Immunizations UTD: Y   N
Vision: Glasses   Contacts
Female: LMP ____
Medication List: Reviewed or Updated

**CHIEF COMPLAINT / REASON FOR VISIT**

Assessed by: _____   Time _____

**H & P**

DID NOT KEEP

DID NOT KEEP

DID NOT KEEP                    DID NOT KEEP

**DIAGNOSTIC IMPRESSION**

DID NOT KEEP

**Rx / ORDERS**                    **SIGNATURE OF PHYSICIAN**

**INSTRUCTIONS TO PATIENT**

DID NOT KEEP

**EDUCATION IMPLEMENTATION:**
- ☐ Smoking ____
- ☐ Wound Care ____
- ☐ Wt. Control ____
- ☐ Diet ____
- ☐ Medications ____
- ☐ Exercise ____
- ☐ Immunizations ____
- ☐ Other ____

Referrals:

I have received and understand these instructions.
Patient Signature ____

Instructions given by:

ADDRESSOGRAPH STAMP

Robertson, Danny
14 2917

PATIENT DISPOSITION: D/C
Ambulatory ____ Wheelchair ____
Other ____

G-MA-7
v. 12/06)

## LSU / HCSD - W. O. Moss Regional Medical Center
### 1000 Walters St. • Lake Charles, Louisiana 70607

**TPATIENT CLINIC VISIT RECORD**

| | | |
|---|---|---|
| JNIC  DCDG | | DATE  12-21-07 |

| MODE OF ARRIVAL | ALLERGIES (food, drug, and/or latex) | HEALTH HISTORY FORM |
|---|---|---|
| ambulatory | | History Reviewed  Y   N |
| wheelchair | | History Updated   Y   N |
| other | | Hx: Diabetes   HTN |

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER | TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|---|
| | | | R | | | Y   N | UA ____ Blood ____ X-Rays ____ |
| | | | L | | | Amt / day | EKG ____ Other ____ |

ometer: ____
unizations UTD:  Y   N
n:  Glasses   Contacts
ale:  LMP____

cation List: Reviewed or Updated
of Fall       Y       N

**CHIEF COMPLAINT / REASON FOR VISIT**

Assessed by:  DID NOT KEEP          Time

DID NOT KEEP

DID NOT KEEP          DID NOT KEEP

**OSTIC IMPRESSION**

DID NOT KEEP

**IDERS**

SIGNATURE OF PHYSICIAN

**ICTIONS TO PATIENT**

DID NOT KEEP

| EDUCATION IMPLEMENTATION: | | ADDRESSOGRAPH STAMP |
|---|---|---|
| ting ____ | ☐ Medications ____ | Hf2917 |
| d Care ____ | ☐ Exercise ____ | |
| control ____ | ☐ Immunizations ____ | |
| s: | ☐ Other ____ | |

ceived and understand these instructions.   Instructions given by:
ignature ____

PATIENT DISPOSITION: D/C

WOM-5-99
NSG-MR-7
(Rev. 12/06)

## LSU / HCSD - W. O. Moss Regional Medical Center
1000 Walters St. · Lake Charles, Louisiana 70607

**OUTPATIENT CLINIC VISIT RECORD**

| CLINIC | OSW Clr. | DATE 9/21/07 |
|---|---|---|

**MODE OF ARRIVAL** _care_
- ambulatory
- wheelchair
- other

**ALLERGIES** (food, drug, and/or latex)
NKA

**HEALTH HISTORY FORM**
History Reviewed  Y  N
History Updated  Y  N
Hx: Diabetes  HTN

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER | TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|---|
| 98.5 | 83 | 20 | 130/106 R | 123 | 85 | Y N  Amt /day | UA   Blood   X-Rays  EKG   Other |

Glucometer
Immunizations UTD  Y  N
Vision:  Glasses  Contacts
Female:  LMP
Medication List Reviewed or Updated
Risk of Fall   Y   N

**CHIEF COMPLAINT / REASON FOR VISIT**

Assessed by _____   Time 1032

**H&P**

**DIAGNOSIS/IMPRESSION** _acute ____ Achalasia / HTN_

**Rx / ORDERS**

SIGNATURE OF PHYSICIAN

**INSTRUCTIONS TO PATIENT**

**EDUCATION IMPLEMENTATION:**
- Smoking
- Wound Care
- Wt. Control
- Diet
- Medications
- Exercise
- Immunizations
- Other

Referrals:

**ADDRESSOGRAPH STAMP**
ROBERSON  DANNY
142917   1/F   11/05/53
WOM MED CTR LK CHARLES LA

I have received and understand these instructions.
Patient Signature _Danny O. Roberson_

Instructions given by:

PATIENT DISPOSITION: D/C
Ambulatory _____ Wheelchair _____
Other 092107

WOM 20 Rev. 12/06

WOM-2-04
MULTI-MR-2

194 394 24
14241 -

LSU – W. O. Moss Regional
## EMERGENCY DEPARTMENT RECORD

Pt. Phone # _____     D.O.B. 11-5-53

| Date 7/25 | Triage Time 1145 | Age 53 | Mode of Arrival ☒ Ambulatory ☐ Police ☐ Wheelchair ☐ EMS | Triage # 1  2  3  ④ | ALLERGIES: NKA PCN CODEINE SULFA ASA LATEX Other: ___ SMOKER: Y or Ⓝ |

Patient's Assessed Pain Level

😊 😊 😐 😟 😖 😣
0  1  2  3  4  5  6  7  8  9  10

Current Medications:    None    OTC    Herbal

Name Danny Roberson

Hydrocodone
Valium
albuterol
Nasal

Address 120 Louise St.
City Cameron    State    Zip 70631

| 98° | BP 160/100 | P 100 | R 20 | Ht, in 5 5 | Wt 175 | O₂ Sat 96% | LMP – | Tet. Tox. – | Past History: COPD |

CHIEF COMPLAINT: MVA Feb 2006  "Addicted to pain meds"
Requesting detox.

NURSE'S ASSESSMENT (Subjective & Objective): Pale Pink W/D, using cane
Speech clear, answers approp.

Triage Nurse  fov  , RN

| TIME SEEN BY MD | DOCTOR'S ASSESSMENT | DOCTOR'S ORDERS |
|---|---|---|
| | LWBS | ☐ O2 ___ |
| | | ☐ CBC ___ |
| | | ☐ BMP 7 ___ |
| | | ☐ BMP 12 ___ |
| | | ☐ CARDIAC ENZYMES ___ |
| | | ☐ TROPONIN TRIAD ___ |
| | | ☐ BNP ___ |
| | | ☐ PT, PTT ___ |
| | | ☐ URINALYSIS ___ |
| | | ☐ UPT ___ |
| | | ☐ ABG'S ___ |
| | | ☐ EKG ___ |
| | | ☐ X-RAY ___ |
| | | ☐ CXR ___ |
| | | ☐ OTHER ___ |

FINAL DIAGNOSIS:                          PHYSICIAN SIGNATURE:

☐ IV ___

| CONDITION ON D/C | CONSULTATION | FINAL DISPOSITION | ☐ MEDICINES |
|---|---|---|---|
| ☐ Improved  ☐ Left AMA ☐ No change  ☒ Left without being seen | Physician ___ Time called ___ | ☐ Discharged at ___ MODE: ☐ Ambulatory  ☐ Crutches | ___ |
| D/C INSTRUCTIONS REVIEWED & PROVIDED TO: ☐ Patient  ☐ Family | ☐ Admitted to ___ @ ___ | ☐ Carried  ☐ Wheelchair ☐ Stretcher  ☐ Ambulance ACCOMPANIED BY: | ___ |
| ☐ Other ___ AND THEY: ☐ State understanding ☐ Demonstrate understanding | ☐ Transferred to ___ @ ___ | ☐ Alone  ☐ Parent ☐ Spouse  ☐ Significant Other ☐ Other ___ | ___ |

WOM 44
Rev. 7/06

**CHART**

☐ OLD CHART

LSU – W. O. Moss Regional
# EMERGENCY DEPARTMENT RECORD

Date: _____

| M E D I C A T I O N | TIME | MEDICATION | DOSAGE | ROUTE | INITIAL | TIME | MEDICATION | DOSAGE | ROUTE | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| I V   F L U I D S | TIME | INITIAL | IV# | VOL / SOLUTION / ADDITIVES | CATH SIZE / SITE | RATE | TIME D/C |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| V I T A L   S I G N S | TIME | T | P | R | BP | Monitor | O2 Sat |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| I N T A K E   O U T P U T | | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Time | | | | | | | |
| Oral | | | | | | | |
| IV | | | | | | | |
| Urine | | | | | | | |
| Emesis | | | | | | | |
| Blood | | | | | | | |

| Date | Time | Nurses Notes | Date | Time | Nurses Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHART**

LSU – W. O. M.. .s Regional
## EMERGENCY DEPARTMENT RECORD
## DISCHARGE INSTRUCTIONS

Date: _____

| Wound Care (Lacerations/Minor Burns) |
| --- |
| **Lacerations** |
| Keep wounds as clean and dry as possible |
| After 2 days, start daily cleaning with soap and water, then peroxide, and then cover with new dressing. |
| Cleanse wound 3 times a day with peroxide and apply antibiotic ointment. |
| **Wound/Minor Burns** |
| Cleanse burns daily with soap and water, then apply antibiotic cream and a fresh non-stick dressing like Telfa pad or adaptic |
| Elevate the injured part to prevent swelling and pain. |
| If signs of infection develop (such as redness, pus, red streaks, warmth or increased pain) return for recheck and treatment. |
| **Bruises, Sprains, & Fractures** |
| Elevate the injured part to lessen swelling and pain - higher than your heart is best. |
| During the first 24-48 hours (and longer if you like) use ice in a plastic bag, covered with a cloth. |
| If your dressing or ace bandage is too tight, you may remove, and re-apply it yourself. |
| You must keep your cast or splint dry. |
| Do not put pressure on your cast or splint for 48 hours. |
| If you have swelling, numbness, increased pain, or your fingers or toes feel cold or turn blue, you must return immediately for recheck. |
| **Head Injuries** |
| It is to be expected to have mild symptoms after an injury to the head. These would include headache, vomiting, slight dizziness, and short time of altered consciousness. |
| It is suggested to allow only clear liquids for 12 hours after the injury. Sleep is not to be avoided if desired by the injured person. Aspirin may be given for the headache. Stronger pain relievers should be avoided for 3 days. If any of the following symptoms occur, return to the ER immediately. |
| Eye pupils are not the same size. |
| Vomiting is persistent or forceful. |
| Headache is persistent and strong enough to interfere with activity or sleep. |
| Inability to arouse injured person from sleep. Awaken person every 2 hours while sleeping to check this out |
| A watery drainage or blood noted from ears or nose. |
| Inability to move an arm or leg or numbness of the same. |
| A convulsion or fit. |
| Clumsy walking. |
| **Venereal Disease** |
| No sex for 2 weeks. |
| Follow-up at the health unit in one week. |
| Have sex partner report to the health unit for evaluation. |
| Take all of the medicine prescribed. |
| **Threatened Miscarriage** |
| Return to ER if fever, passing tissue, or increased bleeding. |
| Until vaginal bleeding and abdominal pains are gone:<br>a.   STRICT BEDREST |
| b.   No intercourse, douching, or tampons |
| Vitamin and iron tablet daily. |
| Tylenol - two every 4 hours as needed for pain |

## Fever Care

- No aspirin for children.
- Drink plenty of liquids.
- Take medication prescribed by doctor for temperature over 101 if tolerated.
- Tepid (lukewarm) tub bath for 20-30 minutes for temperatures over 103. Maintain water temperature to avoid chilling.

## You will need to be rechecked:

|  | Return to the Emergency Department |
| --- | --- |
|  | Call 475-8066 for a clinic appointment. |
|  | Call 475-8418 for Pediatric clinic appointment. |

## Medications and Other Specific Instructions

*(handwritten: LWBS)*

| **Activities:** | ☐ Normal | ☐ Limited | ☐ Bed Rest |
| --- | --- | --- | --- |

**Diet:**   Regular   ☐ Other

## IMPORTANT NOTICE

*Follow-up treatment by a physician may be important for your safety. Please carefully follow the instructions on this sheet.*

The above instructions were read to me. I understand them fully and have received a copy.

| Name |  |  |
| --- | --- | --- |
| Relation to Patient |  |  |
| Nurse's Signature |  | Time |

## Discharge Vital Signs

T _____   BP _____   ...   P _____   R _____

Stable   ☐ Unstable

afford the maximum opportunity for clinical training in the hospitals.

To minimize the cost to the State of providing health care to the uninsured by operating its hospitals efficiently, cost effectively, and in accordance with the standards of the hospital industry, and by maintaining a base of patients with third party support, particularly Medicaid.

To work cooperatively with other health care programs, providers and groups at the state and community levels, in order to maximize the health care resources available to all citizens of Louisiana.

> You may direct any grievance/patient complaint to the department manager or the
> PATIENT ADVOCATE
> Chance W. Landry
> e mail : clandr2@lsuhsc.edu
> 337-475-8334 - 337-475-8100
> 1000 Walters Street, Lake Charles, LA 70607
> Or the state agency of the
> DEPARTMENT OF HEALTH AND HOSPITALS
> 225-342-9500
> Or
> LSU DIRECTOR OF
> PATIENT ADVOCATE
> Diane Angelico 1-888-652-7699
> www.lsuhsc.edu

My signature below signifies that I have received and understand my Patient Bill of Rights and I know and understand the steps to file a complaint or grievance.

_Danny O. Roberson_   7-25-07

Name                    Date

```
                              :       FC 1
                          R  TER      DARRY
                          1 2417   1/M    11/06/53
                          PCH MED CTR LK CHARLES LA
```

## General Consent for Medical Treatment
I authorize and give consent to my physician, and whomever they may designate as their assistants, for medical treatment and for reasonable and necessary services including but not limited to, emergency care, administration of approved drugs, nursing care, radiology and pathology, as well as, other medical services provided as part of my medical treatment.
I am aware that many of the LSU, Health Care Services Division (LSU-HCSD) hospitals/clinics are teaching facilities, and, as a result, medical students nursing students, and other medical career students may be involved in my car

## Release of Medical Information/Assignment of Benefits
I authorize this facility and/or my physician to release any and all medical information to any third party payer requesting the information for purposes of determining eligibility on my behalf, as well as, to other LSU-HCSD healthcare professionals involved in my care. I understand that this hospital/clinic is part of a system of public hospitals the Health Care Services Division (HCSD), and that if I receive care at more than one HCSD hospital/clinic, my medical information will be shared among the healthcare professionals at all hospitals/clinics that are part of the system.

I hereby authorize/assign payments of authorized benefits be made on my behal directly to said provider(s), clinics, including but not limited to any of the LSU-HCSD hospitals and physicians professional staff involved in my care.

## Verification of Information
I certify that the information given in applying for Free Care and in any application for Medicaid or Medicare is true and correct. I understand that the information received will be verified for accuracy.
I understand that if I belong to an HMO/PPO, or other Managed Care Contractor and/or Medicaid Community Care for which the provider is not a Primary Care Provider, and I do not have a referral form from my primary care physician, I will be billed in full for services by the hospital and any charges rendere by the Attending Physician's group.
I understand that I am obligated to pay the remaining balance for medical services after third party payer coverage benefits are applied.
If I should be determined ineligible by any third party payer (including Free Care); I am obligated to pay for all services rendered.
My signature verifies that I have read and understand this consent.

## Patient Rights and Responsibilities
I understand that as an outpatient, a copy of the Patient Rights and Responsibilities is available upon request. If admission to the hospital as an inpatient is necessary, a copy of the Patient Rights and Responsibilit: will be provided to me.

Signature: _Darry O. Roberson_____ Relationship:_____

Guarantor:_____ Policy Holder:_____

Date: 7-2 5-07  Witness:_____  Witness: _____

WOM-5-99
NSG-MR-7
(Rev. 12/06)

## LSU / HCSD - W. O. Moss Regional Medical Center
### 1000 Walters St. · Lake Charles, Louisiana 70607

**OUTPATIENT CLINIC VISIT RECORD**

| CLINIC | | | | | | GSMKR. | DATE | 7.11.07 |
|---|---|---|---|---|---|---|---|---|

**MODE OF ARRIVAL**
- ambulatory
- wheelchair
- other

**ALLERGIES** (food, drug, and/or latex): NKA

**HEALTH HISTORY FORM**
History Reviewed Y / N
History Updated Y / N
Hx: Diabetes  HTN

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER | TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|---|
| 97.2 | 102 | 16 | 102/62 | 122 | 51 | Y / N  Amt/day | UA — Blood — X-Rays  EKG — |

Glucometer:
Immunizations UTD: Y   N
Vision: Glasses  Contacts
Female  LMP
Medication List: Reviewed or Updated
Risk of Fall        N

**CHIEF COMPLAINT / REASON FOR VISIT**

f/u   ABG at Room air   80/36/7.4u
SaO₂ 97.2%

Assessed by: _____   Time 1258

**H & P**
Adkine (200/00) BID
Albuteral MDI (PRN)
Avelox (300/05) × 9 Dy
Celebrex (150) po g Dy
Clonidine 0.3 mg po TID
Valium (10) po BID (PRN)
Corbet (10/650) po BID (PRN)

53 yo WM to Wt loss. Cannot gain wt
loss of appetite but no dysphagia
He is able to swallow solid & liquid
food. Last week he provoked
c eating. SOB & productive cough
PFT on l FEV₁ of 57% predicted
on 100 liters

**DIAGNOSTIC IMPRESSION**   Fibrosis (OPD) / Achalasia / HTN / ® foot drops
430.0

**Rx / ORDERS**
① Schedule Barium Swallow
   Achalasia

**INSTRUCTIONS TO PATIENT**
② RTC for Flu in 3 mos

**SIGNATURE OF PHYSICIAN** _____

**EDUCATION IMPLEMENTATION:**
- ☐ Smoking
- ☐ Wound Care
- ☐ Wt. Control
- ☐ Diet
- ☑ Medications
- ☐ Exercise
- ☐ Immunizations
- ☐ Other

Referrals:

I have received and understand these instructions.
Patient Signature: Danny O. Roberson
Instructions given by: _____

ADDRESSOGRAPH STAMP
ROBERSON  DANNY
1/M  11/05/33
CTR LK CHARLES LA

PATIENT DISPOSITION D/C
Ambulatory ___  Wheelchair ___
Other ___

WOM 20 Rev. 12/06

UMC 1072
LAB CARRIER

Blood Gas Analysis

Date/Time Specimen Collected: 7-11-07   1105   A.M. / P.M.

Date/Time Specimen Received: A.M. / P.M.

Date/Time Results Reported: 7-11-07   1125   A.M. / P.M.

In Patient ☐   Clinic ☐   Emergency Room ☐   Isolation ☐

Date/Time Requested: 7-11-07   A.M. / P.M.

Date Received:

Lab Initial: 55

Physician: Liu

Service:   Location Rm. Bed:   Nurse Initial: MD

Diagnosis: COPD

Rm au

1944993
Roberson Danny
142917   11/05/63

W. O. Moss Regional Medical Center
1000 Walters Street, Lake Charles, LA 70607

R 7/11/07

| | | | TEST RESULTS | | | | | BTPS | CORRECTED BTPS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Temp.
Date
Inspired—O₂
Vt — Spontaneous
Mechanical
Resp. Rate — Spontaneous / Mechanical
Min. Vol.
Peep.
Min. Vent.
Vd (ml)
A-aO₂ d

O₂T. %
HbCo₂
HbO₂
Hb

Hd Test No. 94700
PH   7.42
PCO₂   36
PO₂   80
BE   -0.8
HCO₂   22.7
CO₂t   23.8
94700 PH
PCO₂
PO₂
Temp.
SaO₂   97.8
Hct R₂



**HEALTH CARE SERVICES DIVISION**
**LOUISIANA'S HOSPITAL SYSTEM**

BOGALUSA MEDICAL CENTER - BOGALUSA
EARL K. LONG MEDICAL CENTER - BATON ROUGE
HUEY P. LONG MEDICAL CENTER - ALEXANDRIA
LALLIE KEMP REGIONAL MEDICAL CENTER - INDEPENDENCE
L. J. CHABERT MEDICAL CENTER - HOUMA
MEDICAL CENTER OF LOUISIANA - NEW ORLEANS
UNIVERSITY MEDICAL CENTER - LAFAYETTE
W. O. MOSS REGIONAL MEDICAL CENTER - LAKE CHARLES

May 24, 2007

To: Dr. Lie

From: Lana Gammage, Manager of Cardiopulmonary Services

Dr. Lie,

I am attaching a patient PFT result that was performed May 7, 2007 that you reviewed May 15, 2007. Upon performing a random examination of PFT results saved in the computer, I found that the therapist performing the PFT mistakenly selected the patient as a female instead of a male. The patient predicted values changed once the mistake was corrected. The computerized interpretation slightly changed.

**Please re-review the PFT results.**

Meanwhile, I will be getting with the Health Information Department to reconcile this mistake in the patient's chart.

Thank-you,

*Lana Gammage*

cc:  Gene Christian
     Staff file



**W.O. Moss Regional Hospital**
**Respiratory Care Department**
**Lake Charles, LA**
**Pulmonary Function Report**

Date: 05/07/07
Name: OBERSON, DANNY
ID: 142917
Age: 53   Height(in): 66
Weight(lb): 125   Gender: Male
Race: Caucasian
Technician: J. Vital, RRT, CPFT
Physician: Lie
Room: Outpatient

**Diagnosis: COPD**
Dyspnea Rest: No   Dyspnea Exercise: No
Cough: No   Persistent: No
Smoker: No   How Long:   yrsQuit: No   Stopped:   yrs
Medication: Albuterol Advair Serevent

| Spirometry | | Ref | Pre | % Ref | Post | % Ref | %Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 4.20 | 3.35 | 80 | 3.76 | 89 | 12 |
| FEV1 | Liters | 3.12 | 1.60 | 51 | 1.84 | 59 | 15 |
| FEV1/FVC | % | 74 | 48 | | 49 | | |
| FEF25-75% | L/sec | 3.23 | 0.62 | 19 | 0.74 | 23 | 20 |
| PEF | L/sec | 7.91 | 3.29 | 42 | 3.29 | 42 | 0 |
| FET100% | Sec | | 13.51 | | 12.48 | | -8 |
| FIVC | Liters | 4.20 | 3.27 | 78 | 3.68 | 88 | 12 |
| FIF50% | L/sec | | 3.08 | | 3.52 | | 14 |
| FEF/FIF50 | | | 0.27 | | 0.26 | | -3 |
| | | | | | | | |
| Diffusing Capacity | | | | | | | |
| DLCO | mL/mmHg/min | 19.6 | 19.8 | 101 | | | |
| DL Adj | mL/mmHg/min | 19.6 | 19.8 | 101 | | | |
| DLCO/VA | mL/mHg/min/L | 4.08 | 3.79 | 93 | | | |
| DL/VA Adj | mL/mHg/min/L | | 3.79 | | | | |
| VA | Liters | | 5.22 | | | | |
| IVC | Liters | | 3.36 | | | | |





**Calibration Data:** Temp: 23 PBar: 764
Flow Cal Date: 05/07/07   Pred Volume: 3.00  Expire Avg: 2.98  Inspire Avg: 2.97
PF Reference: Morris/Polgar   Version: IVS-0101-07-2B

**RADIOLOGY SERVICE REQUEST AND REPORT**
WOM 25 (Rev. 10/99)

HOSPITAL NAME: **MOSS REGIONAL HOSPITAL**     DATE: 3/23/07     TIME:

PREVIOUS X-RAYS IF "YES" GIVE DATE OF LAST   ☑ Yes   ☐ No

REFERRED FROM:
Ward No: ____     Room No: ____     Bed No: ____
☑ Clinic   ☐ Emergency   ☐ Stretcher   ☑ Ambulatory   ☐ Wheel Chair   ☐ Portable

X-RAY SIZE:   ☐ 8×10   ☐ 10×12   ☐ 11×14   ☐ 14×17     ☐ Routine   ☐ Stat

CLINICAL DIAGNOSIS OR PREVIOUS DIAGNOSIS:

4 9 6

CLINICAL FINDINGS: COPD
pt states h/o of asthma, MVA '06 — fx ribs clavicle films elsewhere

EXAMINATION DESIRED:
☐ Right   L/N PA lat
☐ Left

POSITIONS USED AND REPORT:

**DANNY ROBERSON  07-7869   CHEST X-RAY**

There is moderate COPD without defined active infiltrate or lesion.  Heart size is within normal limits.

IMPRESSION:  COPD.  NO SIGNIFICANT CHANGE FROM SEPTEMBER 22, 2003.

GERALD LOUVIERE, M.D.

GL/bt
DD: Mon 05/07/07
DT: Mon 05/07/07

07-7869

ATTENDING PHYSICIAN: ____     DATE COMPLETED: 5-7     TECHNICIAN: BV     TIME COMPLETED: ____     RADIOLOGIST: ____

VOID

**LSUHSC – HEALTH CARE SERVICE DIVISION**
**W. O. MOSS REGIONAL MEDICAL CENTER**
1000 Walters St. Lake Charles, LA 70607-6899
☎ 337-475-8100

Name: Danny Robin
Address: _____ Date: _____

℞

(Percol 0/650)

(_____)

(_____) (Prea)

DEA No. P36____ M.D.

Refill: 0 1 2 3 4 5   prn   Label: Yes No   May Substitute: Yes No
(Rev. 10/06)
WOM 23

---

**LSUHSC – HEALTH CARE SERVICE DIVISION**
**W. O. MOSS REGIONAL MEDICAL CENTER**
1000 Walters St. Lake Charles, LA 70607-6899
☎ 337-475-8100

Name: Danny Robin
Address: _____ Date: _____

℞

Valium (10mg)

# 100 tabs

S: ____

prn

DEA No. P5260____ M.D.

Refill: 0 1 2 3 4 5   prn   Label: Yes No   May Substitute: Yes No
(Rev. 10/06)
WOM 23

---

**LSUHSC – HEALTH CARE SERVICE DIVISION**
**W. O. MOSS REGIONAL MEDICAL CENTER**
1000 Walters St. Lake Charles, LA 70607-6899
☎ 337-475-8100

Name: Danny Robertson
Address: _____ Date: _____

℞

Dear Dr Lopez

Please accept my refer

for Robertson refer

and ____ ____

DEA No. ____ M.D.

Refill: 0 1 2 3 4 5   prn   Label: Yes No   May Substitute: Yes No
(Rev. 10/06)
WOM 23

WOM-5-99
NSG-MR-7
(Rev. 12/06)



## LSU / HCSD - W. O. Moss Regional Medical Center
1000 Walters St. • Lake Charles, Louisiana 70607

**OUTPATIENT CLINIC VISIT RECORD**

Smkr

| CLINIC | | DATE 3/23/07 |
|---|---|---|

| MODE OF ARRIVAL | ALLERGIES (food, drug, and/or latex) | HEALTH HISTORY FORM |
|---|---|---|
| ___ ambulatory | NKA | History Reviewed  Y  N |
| ___ wheelchair | | History Updated  Y  N |
| ___ other | | Hx: Diabetes  HTN |

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT | SMOKER | TESTS DONE FOR VISIT |
|---|---|---|---|---|---|---|---|
| 98.9 | 70 | 16 | 98 | 121 | 5'1 | Y  N  Amt/day | UA ___ Blood ___ X-Rays ___ <br> EKG ___ Other ___ |

Glucometer:
Immunizations UTD  Y  N
Vision  Glasses  Contacts
Female  LMP  N/A
Medication List: Reviewed or Updated
Risk of Fall  Y  N

**CHIEF COMPLAINT / REASON FOR VISIT**
Seen COPD - 1 HTN.
K/S SOB.

Assessed by _____    Time 12S

Atrovent 2.5mg qday    5340 WM says that she needs pain
Spiriva (18mcg) qday    control management preceded referral
Foradil (12mcg) BID    She still has SOB & 4 pain in
Advair [crossed out] 50/g?  1 puff BID    gym. She needs to ✓ k/d pr
Ventolin (0.3mg) p git.
Valium (5mg) po BID PRN
Lopresol (10/50) BID PRN

**DIAGNOSTIC IMPRESSION** Severe COPD / HTN / ↑ Cholesterol / ® foot change

**Rx / ORDERS**
① Refer to Dr Lopez for pain control
② RBC from this gm.
③ CXR (PA/Lat) COPD (496)
④ PFTs c DLCo (496) + ABS at 0320·0T a

SIGNATURE OF PHYSICIAN _____

**INSTRUCTIONS TO PATIENT**

| EDUCATION IMPLEMENTATION: | | ADDRESSOGRAPH STAMP |
|---|---|---|
| ___ Smoking _____ | ___ Medications _____ | 5-1-09 |
| ___ Wound Care _____ | ___ Exercise _____ | |
| ___ Wt. Control _____ | ___ Immunizations _____ | ROBERSON  DANNY |
| ___ Diet _____ | ___ Other _____ | 142917    M  11/25/5 |
| Referrals: | | WOM MED CENTER  5 |

I have received and understand these instructions.
Patient Signature  Danny D. Roberson

Instructions given by: _____

**PATIENT DISPOSITION:** D/C
Ambulatory ___ Wheelchair ___
Other _____

WOM 20 Rev. 12/06

WOM 20 (7-03)
MRMC-5-99 (Rev)
NSG-MR-7

# LSU HEALTH SCIENCES CENTER - W. O. MOSS REGIONAL

1000 Walters St. • Lake Charles, Louisiana 70607

## OUTPATIENT CLINIC VISIT RECORD

CLINIC PCPS

DATE 11/7/06

**MODE OF ARRIVAL**
- ✓ ambulatory
- wheelchair
- other

**ALLERGIES** (food, drug, and/or latex) NKA

**HEALTH HISTORY FORM**
History Reviewed Y N
History Updated Y N
Hx: Diabetes HTN

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT |
|---|---|---|---|---|---|
| 98.4 | 87 | 16 | 140/101 R | 122 | 5'1" |

**LABS & DIAGNOSTIC TESTS DONE FOR VISIT**
UA ______ Blood ______ X-Rays ______
EKG ______ Other ABG Not done

Glucometer: ______
Immunizations UTD: Y N
Vision: Glasses Contacts
Female: LMP N/A
Medication List: Reviewed or Updated

**CHIEF COMPLAINT / REASON FOR VISIT**
c/o SOB leg weakness c/o blisters on feet [illegible]

Assessed by: [illegible signature] Time 0810

H&P
Ashmanex (220mg) qD
Spiriva (18 mcg) qD
Foradil (12 mcg) BID
Avalide (150/12.5) po qD
Clonidine (0.1mg) po q [illegible]
Valtrex 1 gm po BID
Wellbutrin [illegible] po BID

53 y/o WM ran out of all of his [illegible] He needs all of them [illegible] He c/o some [illegible]
[illegible]

**DIAGNOSTIC IMPRESSION** Severe COPD / HTN / [illegible]
(R) foot drop [illegible] ORIF of the (R) leg.

**Rx / ORDERS**
(1) Clonidine (0.1mg) [illegible] 0910 [illegible]

**SIGNATURE OF PHYSICIAN** [illegible signature]

**INSTRUCTIONS TO PATIENT**
(2) [illegible] 3 [illegible]

0935 B/P 130/101 [illegible]

ROBERSON DANNY
ADDRESSOGRAPH STAMP
[illegible] 1/M 11/05.
WOM MED CTR LK CHARLES L

**EDUCATION IMPLEMENTATION:**
- Smoking ______
- Wound Care ______
- Wt. Control ______
- Diet ______
- ✓ Medications ______
- Exercise ______
- Immunizations ______
- ✓ Other ______

Referrals: Med [illegible]

I have received and understand these instructions.
Patient Signature [signature]

Instructions given by: [signature]

PATIENT DISPOSITION: D/C
Ambulatory ✓ Wheelchair ______
Other ______

0937 D/C home per orders [illegible] > instruction [illegible] To ER if any complication [illegible]



LSUHSC – HEALTH CARE SERVICE DIVISION
W. O. MOSS REGIONAL MEDICAL CENTER
1000 Walters St. Lake Charles, LA 70607-4699
☎ 337-475-8100

Name _____

Address _____ Date _____

℞

Valium (10mg)
#60 tablets

1 - tab po BID

DEA No. _____

Refill: _____
0  1  2  3  4  5   pm

Label ____ Yes ____ No
May Substitute ____ Yes ____ No

M.D.

(Rev. 9/05)
WOM 23

LSUHSC – HEALTH CARE SERVICE DIVISION
W. O. MOSS REGIONAL MEDICAL CENTER
1000 Walters St. Lake Charles, LA 70607-4699
☎ 337-475-8100

Name _____

Address _____ Date _____

℞

Lovenox (60mg)
#60 tablets

SHPC - BID
(PRN)

DEA No. _____

Refill: _____
0  1  2  3  4  5   pm

Label ____ Yes ____ No
May Substitute ____ Yes ____ No

M.D.

(Rev. 9/05)
WOM 23

Medical Center / W O Mos_ R gior

**Diabetic Flowsheet**

|  | R | L |
|--|---|---|
| nere a foot ulcer now or history of foot ulcer ? | Yes | No |
| here toe deformity ? | No | No |
| here elevated skin temperature ? | No | No |
| here swelling or abnormal shape of the foot ? | No | No |
| e the toenail thick or ingrown ? | No | No |
| here callus buildup ? | No | No |
| there muscle weakness ? | No | Yes |
| there high pressure using a Foot Imprinter or other ink mat system ? | No | No |
| e the pulses absent ?  Dorsalis Pedis/Posterior Tibialis | Yes | No |
| an the patient see the bottom of his/her feet ? | Yes | Yes |
| the patient wearing improperly fitting shoes ? | Yes | Yes |

dicate the level of sensation in the circles:

(+)  = Can feel the 10 gram nylon filament
(−)  = Cannot feel the 10 gram nylon filament

MUA (2/2005)
5 Jrehm of the
(R) fem

Right Foot        Left Foot

blisters

Draw in     Callus       Pre-Ulcer       Ulcer       (note width/depth in cm.)

Label:  Skin condition with R - Redness,  S - Swelling.,  W - Warmth,  D  Dryness, and/or M - Maceration

RISK CATEGORY:
___ 0   No loss of protective sensation.
_✓_ 1   Loss of protective sensation with no weakness, deformity, callus, pre-ulcer or history of ulceration.
___ 2   Loss of protective sensation with weakness, deformity, pre-ulcer or callus but no history of ulceration.
___ 3   History of plantar ulceration.

Physician's Signature: _____  11/9/(

WOM 28 (7/03)
MRMC-5-99 (Rev)
NSG-MR-7



## LSU HEALTH SCIENCES CENTER - W. O. MOSS REGIONAL
### 1000 Walters St. • Lake Charles, Louisiana 70607

**OUTPATIENT CLINIC VISIT RECORD**

| CLINIC | GP6 | | DATE | 8/31/06 |
|---|---|---|---|---|

**MODE OF ARRIVAL**
- ambulatory
- wheelchair
- other

**ALLERGIES (food, drug, and/or latex)**   NKA

**HEALTH HISTORY FORM**
History Reviewed   Y   N
History Updated    Y   N
Hx: Diabetes   HTN

| TEMP | PULSE | RESP | B/P | WEIGHT | HEIGHT |
|---|---|---|---|---|---|
| 90³ | 100 | 16 | 93/(66) R | 122 | 5'1" |

**LABS & DIAGNOSTIC TESTS DONE FOR VISIT**
UA _____ Blood _____ X-Rays ✓
EKG _____ Other _____

Glucometer: _____   N
Immunizations UTD   Y   N
Vision: Glasses   Contacts
Female: LMP   N/A

**CHIEF COMPLAINT / REASON FOR VISIT**

Medication List Reviewed or Updated

Assessed by: _____   Time 1330

**H & P**

**DIAGNOSTIC IMPRESSION**   COPD / HTN / Atelectasis / S/P O RIF of the hip

**Rx / ORDERS**

**SIGNATURE OF PHYSICIAN**

**INSTRUCTIONS TO PATIENT**   ABG at Room air

---

**EDUCATION IMPLEMENTATION:**
- Smoking _____
- Wound Care _____
- Wt. Control _____
- Diet _____
- Referrals: _____
- Medications _____
- Exercise _____
- Immunizations _____
- Other _____

ADDRESSOGRAPH STAMP
F C 8
ROBERSON DANNY
142917        1/M        11/05/53
WOM MED CTR LK CHARLES LA

I have received and understand these instructions.
Patient Signature _____

Instructions given by: _____

PATIENT DISPOSITION: D/C
Ambulatory _____ Wheelchair _____
Other _____

WOM-5-95
NSG-MR-16
(Rev. 06/02)

**LSUHSC – W. O. Moss Regional**
**OUTPATIENT CLINICS**
**MEDICATION FLOWSHEET**

FC 8

ROBERSON DANNY
142917      1/M      11/05/53
WOM MED CTR LK CHARLES LA

Drug Allergies _____ NKA _____

| MEDICATION | DOSAGE | FREQUENCY | Dates Reviewed and Nurse Initials | | | |
|---|---|---|---|---|---|---|
| | | | | 3/2/07 | 7/11/07 | |
| out of all meds | meds | 1/31/6 | | | ✓ | |
| out of all meds | meds | 1/7/06 | RR (RM) | | ✓ | |
| | | | | | | |
| Agrenox | 220 mg | daily | | N | N | |
| Aggrenox | 18 mg | daily | | N | N | |
| foodie | 8 mg | daily | | N | N | |
| Coreg | 150/12.5 | daily po | | ✓ | ✓ | |
| clonidine | 0.1 mg | Rsp | | ✓ | ✓ | |
| Valium | long | bid w | | ✓ | ✓ | |
| toradol | 10/650 | bid prn | | ✓ | ✓ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Nurse Signature:

PCP6



**LSUHSC – HEALTH CARE SERVICE DIVISION**
**W. O. MOSS REGIONAL MEDICAL CENTER**
1000 Walters St. Lake Charles, LA 70607-4699
☎ 337-475-8100

Name _____

Address _____ Date _____

℞

DEA No. _____

Refill: _____     Label ___ Yes ___ No

0 ___ gm     May Substitute ___ Yes ___ No
(Rev. 9/05)
WOM-23

---

**LSUHSC – HEALTH CARE SERVICE DIVISION**
**W. O. MOSS REGIONAL MEDICAL CENTER**
1000 Walters St. Lake Charles, LA 70607-4699
☎ 337-475-8100

Name _____

Address _____ Date _____

℞

DEA No. _____

Refill: _____     Label ___ Yes ___ No

0 1 2 ___ gm     May Substitute ___ Yes ___ No
(Rev. 9/05)
WOM-23

06/17/2006   08:46

OP/OS FINAL EVENT REPORT

WALTER O. MOSS REGIONAL MEDICAL CENTER
1000 WALTERS STREET, LAKE CHARLES, LA   70607

NAME:   ROBERSON,DANNY
MR#:    142917
ACCT#:  000001843836          RACE: W          PHYSICIAN:   LIE,ALBERT
DOB:    11/05/1953            SEX:  M           ADMIT DATE:  08/16/2006
                             AGE:  52Y
                                              LOC:  PCP6

---

### ROUTINE HEMATOLOGY

DATE:            08/16/06
TIME:              1028

| CBC PROFILE | RESULTS: | | UNITS | REFERENCE |
|---|---|---|---|---|
| WBC | 4.4 | L | | |
| RBC | 3.92 | L | | |
| HGB | 14.2 | | 10^3/uL | 4.5-11.0 |
| HCT | 40.8 | | 10^6/uL | 4.5-5.9 |
| MCV | 104.0 | H | gm/dL | 13.5-17.5 |
| MCH | 36.2 | H | % | 40-51 |
| MCHC | 34.8 | | fl | 80-100 |
| RDW | 12.3 | | pg | 26-34 |
| PLATELET CNT | 294 | | gm/dL | 31-37 |
| MPV | 6.8 | L | % | 11.5-14.5 |
| DIFFERENTIAL | RESULTS: | | 10^3/uL | 130-400 |
| DIFF TYPE | MANUAL | | FL | 7.4-10.4 |
| ABS SEG NEUT | 2.11 | | | |
| ABS LYMPH | 1.94 | | | |
| ABS MONOCYTE | 0.26 | | 10^3/uL | 1.80-8.00 |
| ABS EOSINOPHIL | 0.09 | | 10^3/uL | 1.10-5.00 |
| SEG NEUTS | 48 | | 10^3/uL | 0.20-1.10 |
| LYMPHOCYTES | 44 | | 10^3/uL | 0.00-0.60 |
| MONOCYTES | 6 | | % | |
| EOSINOPHILS | 2 | | % | |
| RBC MORPHOLOGY | NORMAL | | % | |
| PLAT ESTIMATE | ADEQUATE | | % | |

---

### MISCELLANEOUS HEMATOLOGY

08/16/06
  1028   ESR                    5          [0-20]      MM/HR

---

LOC:  PCP6
OP/OS FINAL EVENT REPORT                    PAGE: 1              ROBERSON,DANNY
                                                                    142917

08/17/2006   08:46

WALTER O. MOSS REGIONAL MEDICAL CENTER
1000 WALTERS STREET, LAKE CHARLES, LA   70607

NAME: ROBERSON,DANNY
MR#:   142917    RACE: W  SEX: M  AGE: 52Y    PHYSICIAN:  LIE,ALBERT
                                             LOC:  PCP6

───────────────────────── MARKER PANELS ─────────────────────────

08/16/06
   1028   PSA SCREEN
          PSA, TOTAL          0.2         [<2.6]    NG/ML

───────────────────────── COAGULATION ─────────────────────────

| DAY: | 1 | | UNITS | REFERENCE |
|------|---|---|-------|-----------|
| DATE: | 08/16/06 | | | |
| TIME: | 1028 | | | |
| LOC: | PCP6 | | | |
| | | | | |
| PT | 12.2 | | sec. | 10.0-13.0 |
| INR | 1.0 | | | 0.9-1.1 |
| INR THER RANGES | (a) | | | |
| | (b) | | | |
| | (c) | | | |
| PTT | 30.6 | | sec. | 24.0-35.0 |

---FOOTNOTES---
(a)    2.0 - 3.0 - ROUTINE ORAL ANTICOAGULATION
(b)    2.5 - 3.5 - ORAL ANTICOAGULATION IN RECURRENT
(c)    THROMBOEMBOLUS &/OR MECHANICAL HEART VALVES

SIE MENS

RESULTS-SPECIFY BEGIN DATE            Display Results

ROBERSON,DANNY          M    52          /          NED      Pt#:

Atn Dr: LIE ALBERT                       Isol:                MR#: 142917

Adm Dt: 08/16/06  OA                              Page  1 Down, Across  1 of  1      1843836

| | | | 08/16/06 | | Ref Range Units |
|---|---|---|---|---|---|
| | | | 1 | 2 | 3 |
| CHEMISTRY | | | 10:28 | | |
| GLUCOSE | | | 123 H | | 65-99 | MG/DL |
| BUN | | | 11 | | 7-25 | MG/DL |
| CREATININE | | | 0.9 | | 0.8-1.5 | MG/DL |
| SODIUM | | | 141 | | 135-146 | MMOL/L |
| POTASSIUM | | | 4.5 | | 3.6-5.2 | MMOL/L |
| CHLORIDE | | | 108 | | 96-110 | MMOL/L |
| CO2 | | | 26 | | 24-32 | MMOL/L |
| CALCIUM | | | 9.6 | | 8.4-10.3 | MG/DL |
| TOT PROTEIN | | | 7.7 | | 6.0-8.0 | GM/DL |
| ALBUMIN | | | 4.2 | | 3.4-5.0 | GM/DL |

---------------- Group Continued on Next Page ----------------

⊗P1 Pt Menu                                    ⊗P8 PAGE DWN      ⊗P10 Print

⊗P3 Previous                                                     ⊗P12 Detail

RESULTS-SPECIFY BEGIN DATE      Display Results

ROBERSON , DANNY      M   52     /     MED    Pt#:    1843836

Atn Dr: LIE ALBERT

Adm Dt: 08/16/06   QA      Isol:      MR#: 142917

```
                                    ┌─┐
                                    │1│                    ┌─┐                        ┌─┐
                                    └─┘                    │2│─── Page  2 Down, Across│3│  1 of  1
                                                           └─┘                        └─┘
CHEMISTRY      CONT    08/16/06                                             Ref Range Units
                      10:28
┌ AST                    39                                                  <45     U/L
┌ ALT                    37                                                  <46     U/L
┌ ALK PHOSPHA            82                                                  20-120  U/L
┌ BILIRU,TOTAL          0.4                                                  <1.3    MG/DL
┌ CHOLESTEROL           198                                                  <200    MG/DL
┌ TRIGLYCERIDE          147                                                  <150    MG/DL
┌ HDL                    55                                                  40-59   MG/DL
┌ NON HDL CHOL          143                                                  <160    MG/DL
┌ LDL                   114                                                  <130    MG/DL
┌ CH/HDL RATIO          3.6                                                  0-5.0   RATIO
```

─────────── Group Continued on Next Page ───────────

⊕P1 Pt Menu      ⊕P7 PAGE UP      ⊕P10 Print

⊕P3 Previous      ⊕P9 PAGE DWN      ⊕P12 Detail

SIEMENS

RESULTS-SPECIFY BEGIN DATE          Display Results

ROBERSON ,DANNY                M   52              MBD      Pt#:        1843836

Atn Dr: LIE ALBERT                          Isol:

Adm Dt: 08/16/06   QA                                      MR#: 142917

                        ┌─ 1 ─┐                      ┌─ 2 ─┐                    ┌─ 3 ─┐
                        08/16/06                     Page  3 Down, Across  1 of 1

CHEMISTRY       CONT    10:28                                                 Ref Range Units

CHD RISK                SEE TEXT

TSH                     0.70                                        0.50-5.0UIU/MU

FREE T4                 0.68                                        0.60-1.1NG/DL

PSA                     0.2                                         <2.6   NG/ML

URINALYSIS              08/16/06
                        10:35                                                 Ref Range Units

URINE COLOR             YELLOW                                      YEL

URINE APPEAR            CLEAR                                       CLER

URINE GLUCOS            NORMAL                                      NORM   MG/DL

---------------------- Group Continued on Next Page ----------------------

@F1 Pt Menu                                  @F7 PAGE UP       @F10 Print

@F3 Previous                                 @F8 PAGE DWN      @F12 Detail

RESULTS-SPECIFY BEGIN DATE          Display Results

ROBERSON ,DANNY                M    52      /        MED    Pt#:

Atn Dr: LIB ALBERT                          Isol:           MR#: 142917      1843836

Adm Dt: 08/16/06  QA

| | [1] | 08/16/06  CONT  10:35 | [2] ──Page  4 Down, Across  1 of  1 | [3] |
|---|---|---|---|---|
| | URINALYSIS | | | Ref Range Units |
| | URINE BILI | NEGATIVE | | NEG    MG/DL |
| | UR KETONES | NEGATIVE | | NEG    MG/DL |
| | UR SPEC GRAV | 1.015 | | 1.005-1. |
| | URINE BLOOD | NEGATIVE | | NEG    /uL |
| | URINE PH | 5.0 | | 4.5-8.0 |
| | UR PROTEIN | NEGATIVE | | NEG    MG/DL |
| | URINE UROBIL | NORMAL | | NORM   MG/DL |
| | UR NITRITES | NEGATIVE | | NEG |
| | URINE LEUKO | NEGATIVE | | NEG |

◎F1 Pt Menu          ◎F7 PAGE UP          ◎F10 Print

◎F3 Previous         ◎F8 PAGE DWN         ◎F12 Detail

RESULTS-SPECIFY BEGIN DATE                    Display Results

ROBERSON,DANNY              M  52                        MED      Pt#:
Atn Dr: LIN ALBERT                  Isol:  /                      MR#: 142917
Adm Dt: 08/16/06  OA                                                    1843836

|   |   |   |
|---|---|---|
| | HEMATOLOGY | | |
| | CBC PROFILE | 08/16/06 | |
| | | 10:28 | Ref Range Units |
| | | RESULTS: | |
| | WBC COUNT | 4.4 L | 4.5-11.0 10^3/U |
| | RBC COUNT | 3.92 L | 4.5-5.9 10^6/U |
| | HEMOGLOBIN | 14.2 | 13.5-17.GM/DL |
| | HEMATOCRIT | 40.8 | 40-51  % |
| | MCV | 104.0 H | 80-100 FL |
| | MCH | 36.2 H | 26-34 PG |
| | MCHC | 34.8 | 31-37 G/DL |
| | RDW | 12.3 | 11.5-15.0 % |
| | PLATE COUNT | 294 | 130-400 10^3/U |

------- Group Continued on Next Page -------

Page  5 Down, Across  1 of  1

[1]                          [2]                          [3]

◎F1 Pt Menu         ◎F7 PAGE UP      ◎F10 Print
◎F3 Previous        ◎F8 PAGE DWN     ◎F12 Detail

SIEMENS

```
RESULTS-SPECIFY BEGIN DATE              Display Results
ROBERSON , DANNY              M  52        /        HSD        Pt#:    1063836
Atn Dr: LIE ALBERT
Adm Dt: 08/16/06    QA                   Isol:              MR#: 142917

       [1]   08/16/06  10:20      [2]     Page  6 Down, Across  1 of  1    [3]

HEMATOLOGY   CONT   RESULTS:                              Ref Range Units
MPV                 6.8 L                              7.4-10.4FL
DIFFERENTIAL
SEG NEUTRO %        48                                 @
LYMPHOCYTE %        44                                 @
MONOCYTE %          6                                  @
EOSINOPHIL%         2                                  @
SEGS ABS CNT        2.11                               1.80-8.010^3/u
ABS LYMPH           1.94                               1.10-5.010^3/u
ABS MONOCYTE        0.26                               0.20-1.110^3/u
AABS EOSINOP        0.09                               0.00-0.610^3/u

------------ Group Continued on Next Page ------------

@F1 Pt Menu            @P7 PAGE UP            @P10 Print
@F3 Previous           @P8 PAGE DWN           @F12 Detail
```

RESULTS-SPECIFY BEGIN DATE          Display Results

ROBERSON , DANNY                M   52   /        MED        Pt#:    1843836

Atn Dr: LIB ALBERT                                           MR#: 142917

Adm Dt: 08/16/06  QA                    Isol:

    [  1 ]                           [ 2 ]    --- Page   7 Down, Across  1 of   1 [ 3 ]

[ ]

[ ]                         08/16/06

[x] HEMATOLOGY    CONT     10:28                           Ref Range Units

[ ]    DIFF TYPE           MANUAL

[ ]    RBC MORPHOL         NORMAL

[ ]    PLATELET EST        ADEQUATE

[ ]    ESR                 5                               0-20        MM/HR

[ ] --------------------------------------------------------------------------------

[ ]                         08/16/06

[ ] COAGULATION            10:28                           Ref Range Units

[ ]    PROTIME             12.2                            10.0-13.8BC

[ ]    INR                 1.0                             09-1.1

[ ]    PT WITH INR     SEE TEXT

----------------- Group Continued on Next Page -----------------------------------

@F1 Pt Menu              @F7 PAGE UP          @F10 Print

@F3 Previous             @F8 PAGE DWN         @F12 Detail



SIP SENS

RESULTS-SPECIFY BEGIN DATE          Display Results

ROBERSON ,DANNY                M  52                    MED    Pt#:    1843836

Attn Dr: LIE ALBERT                          Isol:              MR#: 142917

Adm Dt: 08/16/06  QA

                              [F 1]                ──Page  8 Down, Across  1 of  1

                                                        [F 2]        [F 3]

COAGULATION  CONT        08/16/06                                Ref Range Units
                          10:28
    PTT                   30.6                                   24.0-35.9BC

──────────────── End of Display ────────────────

⊕F1 Pt Menu            ⊕F7 PAGE UP        ⊕F10 Print        ⊕F12 Detail
⊕F3 Previous

LOGY SERVICE REQUEST AND REPORT

(Rev. 10/99)

FC 8

REGIONAL HOSPITAL          DATE 5/19/06          TIME

ROBERSON DARNY
142917        1/M    11/05/53

WOM MED CTR LK CHARLES LA

☐ No

From: 184·3836

No:                    Room No:              Bed No:
☐ Emergency:  ☐ Stretcher  ☐ Ambulatory  ☐ Wheel Chair  ☐ Portable

☐ 10×12  ☐ 11×14  ☐ 14×17          ☐ Routine
                                    ☐ Stat

S/P ORIF - Rt foot surg

Right
Left          Rt ankle + Rt foot

DANNY ROBERSON 06-13029  RIGHT FOOT AND ANKLE

FINDINGS:  Periarticular bone osteopenia noted.  There is some periarticular bone resorption.  No significant soft tissue swelling.  There is bone thinning or remodeling of the distal second metatarsal.  Generalized bone osteopenia is noted.  Subchondral sclerotic changes are noted in the tibiotalar joints, talonavicular joint, and tarsal bones.  No ankle fracture or dislocation.  No significant soft tissue swelling.  Subchondral sclerotic changes are also noted in the phalangeal joints without significant bone production.

IMPRESSION:
1.  ARTHRITIC CHANGES, PROBABLY DUE TO RHEUMATOID ARTHRITIC CHANGES OR INFLAMMATORY ARTHRITIC CHANGES.  CLINICAL CORRELATION IS RECOMMENDED.
2.  NO ACUTE FRACTURE OF THE FOOT OR ANKLE.

PETER AGOMUO, M.D.

PA/bt
DD:  Wed 08/16/06
DT:  Wed 08/16/06

06-13029

Name: ROBERSON, DANNY                                   ID: 14 ̄ 17

*Comments:*
NEB. TX. GIVEN WITH 0.5CC ALBUTEROL AND NORMAL SALINE WTH NAR.
GOOD EFFORT.
LUNG VOLUME WAS NOT DONE .SUPERVISOR NOTIFIED.

*Computerized Interpretation:*
There is a severe obstructive lung defect. The airway obstruction is confirmed by the decrease in flow rate at peak flow and flow at 50% and  75% of the flow volume curve. An additional restrictive lung defect cannot be excluded by spirometry alone. On the basis of this study, more detailed pulmonary function testing may be useful if clinically indicated. Diffusion capacity is within normal limits. FVC changed by 12%. FEV1 changed by 15%. FEF 25-75 changed by 20%. This is interpreted as a significant response to bronchodilator.

⎯ This computer generated report suggests possible medical significance of data reported to it. This report is not to be used in the clinical management of the patient until confirmed by physician.

*Interpretation:*

Dr. _____

RADIOLOGY SERVICE REQUEST AND REP.
WOM 25 (Rev. 10/90)

HOSPITAL NAME

MOSS REGIONAL HOSPITAL          DATE 7/11/07      TIME          ☐ AM
PREVIOUS X-RAYS IF "YES" DICTATE OF LAST                                ☐ PM

☑ Yes   ☐ No

REFERRED FROM

Ward No:           Room No:          Bed No:
☑ Clinic  ☐ Emergency:  ☐ Stretcher  ☑ Ambulatory  ☐ Wheel Chair  ☐ Portable

X-RAY SIZE                        ICRN. X-RAYS      X RAY EXAM NO.      SIGNATURE
☐ 8×10  ☐ 10×12  ☐ 11×14  ☐ 14×17        ☐ Routine
CLINICAL DIAGNOSIS AND PREPROCEDURAL DIAGNOSIS        ☐ Stat

FC
ROBERSON DANNY
142917    1/M  11/05/53

WOM MED CTR LK CHARLES LA
071107

Acholosin          530.0

CLINICAL FINDINGS

EXAMINATION DESIRED
☐ Right
☐ Left

POSITIONS USED AND REPORT

Barium Swallow

DANNY ROBERSON          07-15824          ESOPHAGRAM

The patient initiated swallowing without difficulty. There is moderate generalized dilatation of the thoracic esophagus with some retained secretions also noted. The patient has had prior surgery at the esophagogastric junction with adjacent hemostasis clips present. There is narrowing of the esophagogastric junction along the length of about 3 cm, the lumen no greater than a few millimeters in diameter. There was delayed esophageal emptying and some diminished esophageal peristalsis noted.

IMPRESSION: PRIOR SURGERY AT ESOPHAGOGASTRIC JUNCTION WITH ASSOCIATED NARROWING OF THE ESOPHAGEAL LUMEN, DILATATION OF THE THORACIC ESOPHAGUS, AND SOME DIMINISHED ESOPHAGEAL PERISTALSIS.

Similar findings are noted on views from esophagram of April 18, 2002.

GERALD LOUVIERE, MD

GL/fsf/rdn
DD: MON  09/27/2007
DT: MON  09/27/2007

07-15824          7:00AM
ATTENDING PHYSICIAN
Lie 468          DATE COMPLETED   TECHNICIAN   TIME COMPLETED   RADIOLOGIST
8/27/07   DIR/LC   830AM                (1)

03/17/2006   08:46

WALTER O. MOSS REGIONAL MEDICAL CENTER
1000 WALTERS STREET, LAKE CHARLES, LA   70607

NAME: ROBERSON, DANNY
MR#:   142917        RACE: W   SEX: M   AGE: 52Y        PHYSICIAN:   LIE, ALBERT
                                                        LOC:   PCP6

## URINALYSIS

| DATE: | 08/16/06 | | |
|-------|----------|---|---|
| TIME: | 1035 | | |
| | | **UNITS** | **REFERENCE** |
| COLOR | YELLOW | | YEL |
| APPEARANCE | CLEAR | | CLER |
| SPEC. GRAVITY | 1.015 | | 1.005-1.030 |
| pH | 5.0 | | 4.5-8.0 |
| PROTEIN | NEGATIVE | mg/dL | NEG |
| GLUCOSE | NORMAL | mg/dL | NORM |
| KETONES | NEGATIVE | mg/dL | NEG |
| BILIRUBIN | NEGATIVE | mg/dL | NEG |
| BLOOD | NEGATIVE | /uL | NEG |
| NITRITES | NEGATIVE | | NEG |
| UROBILINOGEN | NORMAL | mg/dL | NORM |
| LEUKOCYTES | NEGATIVE | /uL | NEG |

## ROUTINE CHEMISTRY

| DATE: | 08/16/06 | | |
|-------|----------|---|---|
| TIME: | 1028 | | |
| | | **UNITS** | **REFERENCE** |
| GLU | 123   H | mg/dL | 65-99 |
| BUN | 11 | mg/dL | 7-25 |
| CREATININE | 0.9 | mg/dL | 0.8-1.5 |
| GFR EST (IF AFRO-AM) | >60 | mL/MIN | >59 |
| GFR EST (IF NON A-A) | >60 | mL/MIN | >59 |
| SODIUM | 141 | mmol/L | 135-146 |
| POTASSIUM | 4.5 | mmol/L | 3.6-5.2 |
| CHLORIDE | 108 | mmol/L | 96-110 |
| CO2 | 26 | mmol/L | 24-32 |
| CALCIUM | 9.6 | mg/dL | 8.4-10.3 |
| TOTAL PROTEIN | 7.7 | GM/dL | 6.0-8.0 |
| ALBUMIN | 4.2 | GM/dL | 3.4-5.0 |
| BILIRUBIN, TOT | 0.4 | mg/dL | <1.3 |
| AST | 34 | U/L | <45 |
| ALT | 37 | U/L | <46 |
| ALKP | 82 | U/L | 20-120 |

LOC:   PCP6

ROBERSON, DANNY
                142917

08/17/2006    08:46                                    OP/OS FINAL EVENT REPORT

WALTER O. MOSS REGIONAL MEDICAL CENTER
1000 WALTERS STREET, LAKE CHARLES, LA    70607

NAME: ROBERSON,DANNY                      PHYSICIAN:  LIE,ALBERT
MR#:   142917     RACE: W  SEX: M  AGE: 52Y    LOC:  PCP6

_____ THYROID STUDIES _____

08/16/06
   1028  TSH                    0.70          [0.50-5.00]   UIU/ML

08/16/06
   1028  FREE T4                0.68          [0.60-1.15]   NG/DL

_____ LIPID PROFILE _____

08/16/06
   1028  LIPID PNL REFLEXIVE
         CHOLESTEROL           198           [<200]       MG/DL
         TRIGLYCERIDE          147           [<150]       MG/DL
         HDL CHOLESTEROL        55           [40-59]      MG/DL
         LDL CHOL (CALC)       114           [<130]       MG/DL
         NON HDL CHOL (CALC)   143           [<160]       MG/DL
         CHO/HDL RATIO         3.6           [0-5.0]      RATIO
         CHD RISK                                M        F
                          AVERAGE RISK        5.0      4.4
                       2X AVERAGE RISK        9.6      7.1
                       3X AVERAGE RISK       23.4     11.0

LOC:  PCP6
OP/OS FINAL EVENT REPORT          PAGE:  4                ROBERSON,DANNY
                                                              142917