# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

SENT TO DEFENSE
12|18|09

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: _____ | ) | |
| | ) | |
| Lawrence Watts Jr | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Lawrence Watts Jr

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: 3020 Broadway St., Apt. 11  New Orleans, LA 70125

D.   Home Telephone No.: _____
     Cell Phone No.: _____ 504-430-4855 _____
     Work Telephone No: _____
     Other Telephone Nos.: 706-284-3407 Sandra _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:
     n/a _____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

     _____

3    Address (or last known address if deceased): _____

     _____

4.   Home Telephone No.: _____
     Cell Phone No.: _____
     Work Telephone No: _____
     Other Telephone Nos.: _____

5.   E-mail address: _____

6.   If you were appointed as a representative by a court, state the:

2

Court: _____     Date of Appointment: _____

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____
_____

B.  Please state the name and address of the attorney representing you:

Daniel E. Becnel   /  Becnel Law Firm, LLC
   Attorney's Name/Law Firm
La Place, LA 70068
   City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒        No ☐

2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? possibility of future illness; breathing difficulty

3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☐ burning of eyes
☒ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☐ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☒ rashes on skin
☒ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☐ difficulty in breathing
☐ wheezing
☒ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

- ☐ bronchitis
- ☐ throat irritation
- ☐ hoarseness
- ☐ laryngitis
- ☐ pneumonia
- ☐ upper respiratory tract infections
- ☐ pulmonary edema
- ☐ asthma attacks for the first time in your life
- ☐ asthma attacks that are recurrence of
  childhood asthma
- ☐ allergies for the first time in your life
- ☐ worsening of allergies that you had previous
  to living in FEMA trailer

- ☐ allergic contact dermatitis
- ☐ dizziness
- ☐ unconsciousness
- ☐ convulsions or seizures
- ☒ blood in urine
- ☐ abnormal liver enzymes
- ☐ nephritis (inflammation of kidneys)
- ☐ low blood pressure
- ☐ hypothermia (low body temperature)
- ☐ miscarriage or stillbirth
- ☐ abnormal laboratory tests on blood
- ☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician._____

gout; thyroid _____

_____

_____

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?_____No_____

If yes, which kind of cancer?

_____

5. When do you claim this injury or disease first occurred? 4/06 _____

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☒

*If "Yes,"* when and who diagnosed the condition at that time?

_____

_____

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☒

*If "Yes,"* set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. n/a

_____

_____

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
   Yes ☒         No ☐

   *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

   Name and address of each person who treated or counseled you:
   did not seek treatment

   _____

   _____

   To your understanding, describe the condition for which treated:
   stress

   _____

   _____

   State when you were treated for this psychological, psychiatric or emotional problem
   n/a

   _____

   _____

   List the medications prescribed or recommended by the physician or counselor
   n/a

   _____

   _____

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
   Yes ☒         No ☐

   *If "Yes,"* state the amount of your claim: Amt. to be Determined

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 1308 S. Telemachus St. New Orleans, LA 70125 | 1996-2005 |
| friend's house Jackson, MS | 8/05-9/05 |
| PO Box 598 Belle Rose, LA 70341 | 9/05-12/05 |
| Holiday Inn Baton Rouge, LA | 1/06-2/06 |
| Brent House New Orleans, LA 70123 | 2/06-3/06 |

********** See Appendix 1

B.   State Driver's License Number and State Issuing License: _____
003224236                                    LA

C.   Date and Place of Birth: 9/13/1940                  Place: Klotzville, LA

D.   Sex:  Male ☒      Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| St. Benedict | 1958 | | completed 11 th grade |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired | | | |
| | | | |

2.   List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Conco | 918 Edwards Ave. New Orleans, LA 70121 | 1979-2009 | Truck Driver |
| | | | |

6

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.   Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐         No ☒

*If "Yes,"* state the following:

a.   If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

b.   Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____

_____

G.   Previous Claims Information

1.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐         No ☒     Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

_____

_____

7

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☒      No ☐      Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|--------------------------------|
| Dorothy Pitt | sister | 55 | asthma | |
| Ruby Watts | sister | 50 | asthma | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐      No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home: ADF _____

2.   VIN: ___ ADF _____

3.   FEMA Identification No.: ___ 921229915 _____

4.   Bar Code Number on FEMA housing unit: ADF _____

8

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☒      Mobile Home ☐

6.  Move-in Date: 3/06

7.  Move-out Date: 3/30/07

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    918 Edwards Ave. New Orleans, LA 70121

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    Conco Food's permit expired so we had to leave

11. Please state the approximate square footage of the FEMA housing unit: 320

12. Please state the approximate length and width of the FEMA housing unit: 32x8

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒        No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒        No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒        No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐        No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒        No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 _____

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☐      No ☒

*If "Yes,"* please state the following:

Where did you temporarily live? _____

For what period of time did you temporarily live in another location?
_____

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☐      No ☒

*If "Yes,"* please state when the test was performed and who prepared this testing:_____

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐      No ☒

*If "Yes,"* please state the following:

Date and reason for fumigation: Date: _____   Reason: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☐      No ☒

*If "Yes,"* please state the date and reason for repair, service or maintenance:
_____

_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Lawrence Watts | 69 | 3020 Broadway St., Apt 11 New Orleans, LA 70125 | From 3/06<br>To 3/07 | Yes ☒<br>No ☐<br>Don't Know ☐ | Breathing problems |
| | | | From ____<br>To ____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ____<br>To ____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ____<br>To ____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ____<br>To ____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |
| | | | From ____<br>To ____ | Yes ☐<br>No ☐<br>Don't Know ☐ | |

## VI.  MEDICAL BACKGROUND

A.  Height: 5'8"

B.  Current Weight: 145 lb

Weight prior to living in a FEMA trailer or mobile home: 145 lb

C.  Personal Smoking/Tobacco Use History:  *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☐  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☒  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

1.    Date on which smoking/tobacco use ended: <u>1989</u>
2.    Amount smoked or used on average:
<u>1-2 packs</u> per day for <u>30</u> years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1.    Amount currently smoked or used on average:
_____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1.    Amount smoked or used on average, if you know:
_____ per day for _____ years.
2.    Relationship to you: <u>n/a</u>
3.    Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐    No ☐    N/A

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐    No ☐    N/A

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1.    Lung or other respiratory disease
Yes ☐    No ☒

*If "Yes,"* please indicate the following:

Name and description of each illness, disease, or abnormal condition:
_____
_____

The date of illness:
_____
_____

2.    Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

Yes ☐        No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.    Long-term stomach or bowel disease
      Yes ☐        No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

_____

_____

      The date of illness:

_____

_____

4.    Skin disease
      Yes ☐        No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

_____

_____

      The date of illness:

_____

_____

G.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

      1.    To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

            Yes ☒        No ☐        Don't Recall ☐

            *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| Chest x-Ray | 6/09 | Michael Adinolfi | Touro | surgery |
| | | | | |
| | | | | |

13

| | | | | |
|---|---|---|---|---|
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: none _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

Doctor's Name: _____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization. none _____
_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐       No ☒

*If "Yes,"* please provide the name and address of the health care professional.
_____
_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☒      No ☐

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒      No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☒      No ☐

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐      No ☐      N/A

G.  Report of autopsy of decedent, if applicable.
Yes ☐      No ☐      N/A

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A.    Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| Dr. William La Corte | 519 Metairie Road   Metairie, LA |
| | |
| | |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| none | | |
| | | |
| | | |
| | | |
| | | |
| | | |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Touro | 1401 Foucher St  New Orleans, LA 70115 | 6/09 | surgery |
| | | | |
| | | | |
| | | | |
| | | | |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | 1415 Jefferson Hwy   New Orleans, LA 70121 | 1/09 | gout |
| Ochsner | 1415 Jefferson Hwy   New Orleans, LA 70121 | 5/09 | gout |
| Ochsner | 1415 Jefferson Hwy, NOLA 70121 | 2/08 | gout |
| | | | |
| | | | |
| | | | |
| | | | |

E.    Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| William La Corte | 519 Metairie Road  Metairie, LA | 2009 |
| Tuan-Huy Vu Tran | 3901 Houma Blvd  Metairie, LA 70006 | 2009 |

16

| Michael F Adinolfi | 3800 Houma Blvd   Metairie, LA 70006 | 2009 |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
| Walmart | 5110 Jefferson Hwy   New Orleans, LA 70121 |
| Walgreen | 2418 S. Carrolton   New Orleans, LA 70118 |
| | |
| | |
| | |

Appendix: 1

| Address | Dates of Residence |
|---|---|
| 918 Edwards Ave.(trailer) New Orleans, LA 70121 | 3/06-3/30/07 |
| 3020 Broadway St. Apt 11 New Orleans, LA 70125 | 4/07-present |

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_L. Watts Jr._
**Signature of Plaintiff**

_Lawrence Watts Jr_
**Print Your Name**

_12/14/08_
**Date**

18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name: _Lawrence Watts Jr_

Date of Birth: _9/13/40_

Last Four Numbers of SSN: _4375 8 4364_

    I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois,  Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of _____ and/or their designated agents.**  These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2009.

_____

[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name: _Laurence Watts Jr._

Date of Birth: _9/13/40_

Last Four Numbers of SSN: _4364_

I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2009.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|
| | **AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)** |

Name: _Lawrence Watts Jr._

Date of Birth: _9/13/40_

Last Four Numbers of SSN: _4364_

I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2009.

_R, Watts_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

# PRIVACY ACT RELEASE LANGUAGE

I, _Lawrence Watts Jr_ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

_____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated:_____ _12/14/09_____

Name: _Lawrence Watts Jr._ (print legibly or type out name)

Signature: _R. Watts Jr_____

NAME OF FACILITY: _____

### Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.,* 40:1299.96 *et seq.,* 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| Lawrence Watts Jr. | 9/13/40 | 437 58 4364 |

| Address: 3029 Broadway | |
|---|---|
| City: Apt 11   NO.   State:   LA | Telephone No.: |
| | Zip Code: 70125 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

Name. . _____

Title. . _____

Address. _____

Purpose: To Protect My Legal Rights_____

For Treatment Date(s): All Available

| Type of Access | | | |
|---|---|---|---|
| | ☐ Abstract/pertinent | ☐ Lab | ☐ Progress Notes |
| Requested: | ☐ Emergency Room | ☐ Imaging/Radiology | ☐ Physician's Orders |
| | ☐ H&P | ☐ Cardiac Studies | ☐ Entire Record |
| | ☐ Consult Report | ☐ Face Sheet | ☐ Other_____ |
| | ☐ Operative Report | ☐ Nursing Notes | |
| ☐ Copies of the records & | ☐ Rehab Services | ☐ Medication Record | |
| ☐ Inspection of the record | | | |

I acknowledge, and hereby consent to such, that the released information may contain
*L.W.Jr.* alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

X _____     _____
Signature of Patient/Legal Representative          Date

If signed by legal representative, relationship to patient: _____





## Important Contacts

FEMA
(800) 621-FEMA (3362)
(800) 462-7585 (TTY)
www.fema.gov

SBA Disaster Helpline
(800) 659-2955

Crisis Counseling
(800) 273-8255 or
(866) 615-8700

American Red Cross
(800) 975-7585

Social Security
(800) 772-1213
(800) 325-0778 (TTY)

Salvation Army
(800) 725-2769

Disaster Legal Services
(800) 310-7029

Department of Social Services
Disaster Support Line
(888) 524-3578

U.S. Postal Service
(800) 275-8777

Find Family National
Call Center
(866) 326-9393



# Travel Trailers and Mobile Home Housing

### Your home away from home after a disaster

Make your stay safe in temporary disaster housing provided by the Federal Emergency Management Agency (FEMA) and the State of Louisiana

**Read how to:**

- Maintain your temporary home
- Take fire and safety precautions
- Avoid fraud and scams
- Be prepared for emergencies
- Determine your continued need for temporary housing

The travel trailer or mobile home you're moving into is temporary housing, but you can make it your home away from home. It offers privacy and a chance to put some order back into your life after the disaster. These pages provide information about what to do before moving in, how to keep your family safe, and how to maintain this housing.

Before signing for your travel trailer or mobile home, make sure everything is working, in good condition, and the inspector has certified it as "Ready For Occupancy" (RFO).

## Maintaining your temporary home...a word about rules and responsibilities

You are partly responsible for maintaining this temporary home. Keep it clean and organized. There are many items you can take care of yourself, simply and safely, without calling for professional help. Here's what you need to do for basic upkeep:

- Change light bulbs and small-device batteries such as smoke detectors.
- Make sure appliances are plugged in. Do not overload electrical circuits by using more than two electrical appliances at the same time.
- Monitor propane tank fuel gauges. Report gas or propane leaks immediately.
- Refill propane tanks.
- Pay your utilities (in most cases).



If an item is damaged because it was misused, FEMA may bill you for the repairs.

Do not attach awnings, porches or make other modifications to your temporary housing unit.

There are two breaker boxes, one inside and one on an external pole or at the damaged house.

Occasionally there is a **problem**...is it one of these?

- Your **health or safety** is in danger. Leave the temporary housing, contact the appropriate authorities such as fire, police department or poison control. Contact FEMA afterward if the danger is related to the travel trailer or mobile home.
- **Maintenance or repair** is required. Many things you can attend to yourself.
- **A tough or dangerous repair.** Call FEMA maintenance. The list on the back of this brochure provides maintenance office numbers. Please call the number for the parish in which your unit is located.

## Important Note

Residents in FEMA trailers and mobile homes, including those delivered to private residences, must sign an occupancy agreement and the rules and regulations form. A copy is provided at the end of this brochure for future reference.

**Residents are also reminded they are not allowed to move their trailers from one location to another.**

If anyone in a FEMA trailer or mobile home violates the rules, the entire family is subject to possible eviction.

# Fire, Tornado and Hurricane Safety Precautions

## Smoke Alarms

### Save Lives

The first part of a safety plan for any home is for occupants to be warned early.

The best way to get the earliest warning of fire danger is by installing fresh batteries in the smoke alarms provided. Homes should have a smoke alarm near the bedrooms and close to the kitchen.

Your FEMA unit is equipped with battery-powered smoke alarms. Test them once a month and replace the batteries as needed.

Heed advice from local authorities, such as tornado warnings, immediately.

## Planning Your Escape

The second part of a fire or tornado safety plan is for everyone to get to safety quickly. A fire in a home can become a killer in as little as three minutes. Tornados often give little warning.

- Practice your escape plan ahead of time so you can move quickly even when awakened in the middle of the night and make sure your children are familiar with the escape plan.

- Make sure everyone knows where the exits are so no time is wasted when disaster strikes.

- Practice crawling low under smoke.

- Have a pre-arranged meeting place outside your home.

- For a fire, call 911 from a cell phone or a neighbor's phone. Once outside, stay outside.



### FIRE SAFETY TIPS

**Take the following precautions while living in a travel trailer or mobile home to help ensure a safe and fire-free environment.**

- Use electric or battery-powered lighting in the trailer. Never use candles or lanterns for lighting, heating or cooking and keep all cooking and heating equipment in good condition.

- Never use charcoal or propane grills inside and never use kerosene heaters inside the trailer. Toxic fumes are dangerous to your health.

- Use only the cooking appliances installed in the trailer.

- Keep combustibles such as paper, cloth and cardboard away from cooking and heating equipment and shut off all appliances before leaving.

- Before going to bed, extinguish all smoking materials and soak them in water. Never smoke in bed!

- Know where the fire extinguisher is in the trailer, and learn how to use it. Remember to keep it near the exit.

- Make sure the heater fume vents on the outside of the trailer are not blocked or covered.

### HURRICANE SAFETY TIPS

**When a Hurricane Watch or Warning Is Issued:**

- No travel trailer or mobile home - no matter how new it is - can be a safe shelter from tropical storm or hurricane force winds.

- There are no published technical guidelines for how travel trailers perform in high wind situations.

- Residents of FEMA-provided travel trailers or mobile homes should relocate to a nearby safer structure once local officials issue a hurricane warning for their community.

- Secure or bring inside all outside objects that could become projectiles in high winds.

- Stay tuned to changing conditions as you watch TV or listen to local radio stations.

- Fuel your car. Review evacuation routes and gather your emergency supply kit.

- **Do not remove the FEMA unit from its location.**

**If Evacuation Is Necessary:**

- You should **not** move your FEMA trailer from its location during an evacuation.

- As soon as an evacuation order is announced, make immediate plans to leave your travel trailer or mobile home.

- Turn off main electrical power switch.

- Turn off the main water valve and disconnect the hose.

- Turn propane tanks off.

- Remove all perishable items from the refrigerator.

- Gather your pre-assembled emergency supplies and warm protective clothing.

- Lock the doors when you leave.

- Avoid flooded roads and watch for washed-out bridges.

- Whether an individual is in a FEMA travel trailer or one of their own, they need to pay close attention to local instructions, including letting local emergency managers know if they need transportation assistance.

# Fraud and Misuse of Disaster Assistance Funds

Some people may try to take advantage of situations created by disasters. FEMA and the state want to make sure that disaster assistance goes to the people of Louisiana who suffered from Hurricanes Katrina and Rita. In the battle against fraud, waste and abuse, FEMA and the state encourage people to report instances of misuse of state and federal disaster funds.

To report fraud, call the Katrina/Rita Fraud Hotline at 1-866-720-5721. The Office of Inspector General of the U.S. Department of Homeland Security investigates all citizen complaints of fraud, waste or abuse involving FEMA funds, assistance programs, contracts, or personnel. All information is confidential. Callers do not have to reveal their names. You can file complaints in writing to:

**Katrina/Rita Fraud Hotline**
**The Pentagon, Washington, D.C. 20301-1900**

## Types of fraud complaints that have been filed with the Inspector General:

- Using false names and multiple and/or fictitious addresses.
- Claiming losses that did not exist or to which they were not entitled.
- Not using FEMA funds for their intended purposes.
- Local officials used FEMA money for their own benefit.
- FEMA checks were stolen.
- Receiving duplicate payment from FEMA and their insurance companies.



The best way to verify authorized FEMA or SBA personnel is to **check their laminated photo identification card**, that they are required to wear at all times.

## Other points to keep in mind:

- If hiring a contractor for rebuilding, check with the local Better Business Bureau, homebuilders' association or trade council to see if there are any complaints against the contracting firm.
- Be suspicious of anyone who offers to increase the amount of your disaster-damage assessment.
- Do not give anyone doing work for you a large advance cash payment. Pay by check or credit card in order to keep a record and avoid double charges.

If you think you have been victimized by fraud or suspect fraudulent activity, report it to the Louisiana Attorney General's office at 1-800-351-4889.

# Avoid Scams: Check for ID



**Beware of scam artists pretending to be employed by FEMA or other government agencies such as the U.S. Small Business Administration (SBA), FEMA, FEMA contractors and SBA representatives will never ask for money for their services.**

# Emergency Preparedness

The likelihood of you and your family surviving a house fire depends as much on having a working smoke detector and an escape plan as living in a community with a well-trained fire department.

The same is true for surviving other disasters.

We must have the tools and plans in place to survive on our own, at least for a period of time, no matter where we are when disaster strikes. More detailed information on emergency preparedness can be found on the U. S. Department of Homeland Security's (DHS) preparedness Web site at www.ready.gov in the *Emergency Preparedness Guide*, developed by DHS and The Homeowners Alliance. This guide can be ordered by calling **1-800-BE-READY (1-800-237-3239).**

## Develop a Family Communication Plan



Your family may not be together when disaster strikes, so plan how you will contact one another and review what you will do in different situations.

## Create an Emergency Supply Kit for Your Family



Water, food and clean air are the essential items for survival. Each family or individual's kit should be customized to meet their specific needs, such as having medications and infant formula. It should also include important family documents. Keep copies of important family records such as insurance policies, identification and bank account records in a waterproof, portable container such as a zip-lock bag.

Source: The U.S. Department of Homeland Security



## Consider a plan in which each family member calls or e-mails (if available) the same friend or relative in the event of an emergency.

It may be easier to make a long-distance phone call than to call across town, so an out-of-state contact may be in a better position to communicate among separated family members. Be sure each person knows the phone number and has coins or a prepaid phone card to call the emergency contact.

You may also want to inquire about emergency plans at places where your family spends time: work, daycare and school. If no plans exist, consider volunteering to help create one. Talk to your neighbors about how you can work together in the event of an emergency. You will be better prepared to safely reunite your family and loved ones during an emergency if you think ahead and communicate with others in advance.

## Insurance on your personal property

Contact your insurance agent or company to review your coverage on your existing property policies to see if your personal property is covered while in your temporary housing. Flood insurance through the National Flood Insurance Program (NFIP) will not be available if you are housed in a travel trailer. NFIP contents coverage in a manufactured home **may** be available, but there is a 30-day waiting period to put the coverage into effect. For general information you can contact the **NFIP** at **1-800-427-4661**

### Supplies to Include:

**Water** – one gallon of water per person per day, for drinking and sanitation
**Food** – at least a three-day supply of non-perishable food
**Battery-powered radio, flashlight** and **extra batteries**
**First-Aid kit**
**Whistle** to signal for help
**Dust mask** or cotton t-shirt to help filter the air
**Moist towelettes** for sanitation
**Wrench** or **pliers** to turn off utilities
**Plastic sheeting** and **duct tape** to shelter-in-place
Infant formula and diapers, if you have an infant
**Garbage bags** and plastic ties, for personal sanitation

# Occupancy Requirements

## Recertification and Occupancy of Temporary Housing Unit

Recertification is the process in which FEMA reviews your plans for permanent housing. This process determines your continued need for temporary housing.

FEMA personnel will be in contact with you to review your housing plan.

FEMA personnel can provide you with housing resource information to help you find available housing. They can also provide referrals to voluntary agencies for those with special needs.

You may be eligible to continue to stay in a mobile home or travel trailer based on recertification by FEMA.



In order to continue to be eligible to stay in a FEMA temporary housing unit, you must

- *Take actions to find permanent housing at the earliest possible date*

- *Accept adequate housing when it becomes available*

- *Maintain temporary housing provided in the same condition as received at the beginning of your stay, and;*

- *Follow all rules established by FEMA, the terms of your occupancy agreement and of the housing management (commercial properties, state parks or private lands) if your trailer or mobile home is located at a managed site.*

## When You Find Permanent Housing:



Please notify your FEMA housing advisor when you have found permanent housing. If possible, you should notify them at least one week prior to leaving the unit. Set up a day and time to complete a move-out inspection with your advisor. Remember, you are responsible for the unit and its furnishings until the inspection is complete and you have returned the keys.

## Abandoned Property Left in Units:

Abandoned property will be inventoried, removed from the unit and stored. If possible, the tenant will be contacted regarding personal property left in the unit and will be provided information on the process for getting any property back. Any items left in storage longer than 30 days will then be disposed.

## Rental Resources on the Internet

For those with Internet access, a source of information on housing availability can be found online. One resource on the Internet is www.dhronline.org. This Web site lists housing resources to help landlords and potential tenants find each other. Individuals can search the disaster housing resources Web site to locate properties by price, location and housing options, such as number of bedrooms and baths.

# Travel Trailer Maintenance Hotlines

If you live in the following parishes and have maintenance needs call Del-Jen, a Fluor company

at:

## 1-866-360-6432

| | | |
|---|---|---|
| Acadia | Jackson | Pointe Coupee |
| Allen | Jefferson | Rapides |
| Ascension | Jefferson Davis | Red River |
| Assumption | La Salle | Richland |
| Avoyelles | Lafayette | Sabine |
| Beauregard | Lincoln | St. Bernard |
| Bienville | Livingston | St. Helena |
| Bossier | Madison | St. James |
| Caddo | Morehouse | St. John the Baptist |
| Calcasieu | Natchitoches | St. Landry |
| Caldwell | Ouachita | St. Martin |
| Cameron | | St. Mary |
| Catahoula | Orleans (N of I-10) in | St. Tammany |
| Claiborne | the following zip | Tangipahoa |
| Concordia | codes: | Tensas |
| DeSoto | | Union |
| East Carroll | 70122 | Vermillion |
| East Feliciana | 70124 | Vernon |
| Evangeline | 70126 | Washington |
| Franklin | 70127 | Webster |
| Grant | 70128 | West Carroll |
| Iberia | 70129 | West Feliciana |
| Iberville | | Winn |

---

# Travel Trailer Maintenance Hotlines

If you live in the following parishes and have maintenance needs call Shaw at:

## 1-866-903-7429

| | | |
|---|---|---|
| East Baton Rouge | Orleans (downtown) in the following zip codes: | West Baton Rouge |
| | 70112   70119 | |
| | 70113   70122 | |
| | 70115   70124 | |
| | 70116   70125 | |
| | 70117   70130 | |
| | 70118 | |

If you live in the following parishes and have maintenance needs call CH2MHill at:

## 1-800-774-3249

| | | |
|---|---|---|
| Lafourche | Orleans (near St. Bernard) in the following zip codes: | Terrebonne |
| St. Charles | 70114 | |
| | 70117 | |
| | 70131 | |

# Important Louisiana Web sites

| | |
|---|---|
| City of New Orleans ................................. | www.cityofno.com |
| City of Lake Charles ............................... | www.cityoflakecharles.com |
| Office of the Governor ............................ | www.gov.louisiana.gov |
| Hurricane Katrina Web site ..................... | www.katrina.louisiana.gov |
| Department of Agriculture and Forestry ..... | www.ldaf.louisiana.gov |
| Department of Culture, Recreation and Tourism ..... | www.crt.louisiana.gov |
| Department of Health and Hospitals .......... | www.dhh.louisiana.gov |
| Department of Revenue ........................... | www.revenue.louisiana.gov |
| Department of Natural Resources .............. | www.dnr.louisiana.gov |
| Department of Social Services .................. | www.dss.louisiana.gov |
| Department of Transportation and Development ..... | www.dotd.louisiana.gov |
| Department of the Treasury ...................... | www.treasury.louisiana.gov |
| Department of Wildlife and Fisheries ......... | www.wlf.louisiana.gov |
| Homeland Security and Emergency Preparedness ..... | www.ohsep.louisiana.gov |
| Office of the Attorney General .................. | www.ag.state.la.us |
| Office of the Secretary of State ................ | www.sos.louisiana.gov |
| Office of Youth Development .................... | www.oyd.louisiana.gov |
| Division of Administration ....................... | www.doa.louisiana.gov |
| Department of Administration ................... | www.doa.louisiana.gov |
| Department of Corrections ....................... | www.doc.louisiana.gov |
| Department of Civil Service ...................... | www.dscs.louisiana.gov |
| Department of Education .......................... | www.doe.louisiana.gov |
| Department of Public Safety ..................... | www.dps.louisiana.gov |

---

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| SSA OR # | Location # | Lot # |
|---|---|---|

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur; when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations.  See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately.  I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

(7) Must not move the unit to another location.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| | | |

**(To be Completed by Person Assigning the Shelter Unit)**
Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| | | |

 FEMA

R. David Paulison
Director

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

10/13/2006

FEMA Application No.: 921229915

Disaster No.: 1603

MR LAWRENCE WATTS JR
PO BOX 598
BELLE ROSE, LA 70341-0598

DearMr. Watts Jr:

Our records show that you received disaster assistance from FEMA. However, when we recently reviewed your file we could not verify your identity because we could not confirm that your name matches the social security number you provided.

Please send us a copy of an original document (except a social security card) that can verify your name and social security number. This could be a copy of an official document showing your name and social security number, such as a tax form, a U.S. Military Identification Card or a social security award letter. If a woman was issued social security documents under her maiden name, a copy of a marriage license could be used to verify that her maiden name matches the name on her social security documents.

You must send this documentation to FEMA within 30 days from the date of this letter; or you will have to return those funds.

> **By mail:**
>
> > FEMA- Individuals & Household Program
> > National Processing Service Center
> > P.O. Box 10055
> > Hyattsville, MD 20782-7055
>
> **Or by fax:**
>
> > (800) 827-8112
> > Attention: FEMA- Individuals & Household Program

If you have any disaster-related questions, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only; call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,

Individuals and Households Program Officer



**MEMO**

TO:       CONCO TRAILER RESIDENTS

DATE:     8-23-06

---

Effective September 15th (Check date 9-19-06) all trailer residents will have $50 dollars taken out of their paycheck weekly to cover the rising cost of utilities. CONCO for nearly 1 year has absorbed all cost. If you have any questions, feel free to contact Rhonda Sparacello at Ext 721.

Thanks for your cooperation.

Sincerely
Pete Algero
Vice President

INTEROFFICE MEMORANDUM

------------------------------------------------------------------------------------------------------------------

CONSOLIDATED COMPANIES, INC.  D/B/A Conco Food service

**To:**     TRAILER RESIDENTS

**From:**   Pat DeLucca, HR Director

**Date:**   March 14, 2007

**Re:**     FEMA DEADLINE

PLEASE BE AWARE THE DEADLINE TO MOVE IS MARCH 30th, 2007!

FEMA is scheduled to remove this trailer on April 1, 2007.  Conco Food service will have to disconnect electricity, water and sewage to the trailers and prepare them to be removed.  We plan on completing this activity on March 30th and 31st.

Post Katrina, Conco Food service has provided you with a safe and convenient place for you to live while you were working on repairing or rebuilding your own home and/or looking for a new community in which to reside.  While we would like to continue to do so, the permit we have obtained from the Parish to host these trailers will expire at the end of this month and it will not be renewed.  Therefore, we must enforce this deadline with no exceptions.

We hope that by now, you have found another location in which to reside.  If you have not found other accommodations, we would like to talk to you as soon as possible.  Please set up an appointment with me by calling me at 832-0136, ext. 21.

# WATTS,LAWRENCE

Rx #: 7076693     If you have any questions,please feel free to contact your pharmacist at (504) 733-3373
Date: 06/18/2008     or LA CORTE,WILLIAM S  at (504) 838-6000
Call your doctor for medical advice about side effects.  You may report side effects to FDA at 1-800-FDA-1088
**Directions :  TAKE ONE TABLET BY MOUTH EVERY DAY**

## ALLOPURINOL 300MG   TAB                              23

ALLOPURINOL (al-oh-PURE-i-nole)

COMMON USES: This medicine is a xanthine oxidase inhibitor used to treat gout and certain other conditions where the body makes too much uric acid.  It is also used in some patients to reduce or prevent the formation of calcium oxalate type kidney stones. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:  Follow the directions for using this medicine provided by your doctor. TAKE THIS MEDICINE with food or milk. DRINKING EXTRA FLUIDS while you are taking this medicine is recommended. Check with your doctor or nurse for instructions. STORE THIS MEDICINE at room temperature in a tightly-closed container, away from heat and light. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:  IT MAY TAKE 2 WEEKS OR MORE to receive the full benefit of this medicine. Do not stop taking this medicine without checking with your doctor. THIS MEDICINE IS NOT USEFUL for relieving an acute gout attack. BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. FOR WOMEN: IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS:  CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience a skin rash, skin sores, itching, hives, painful urination, blood in urine, fever, irritation of the eyes, or swelling of lips or mouth. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:  Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking azathioprine or mercaptopurine. Inform your doctor of any other medical conditions, allergies, pregnancy, or breast-feeding. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

OVERDOSE:  If overdose is suspected, contact your local poison control center or emergency room immediately.

PATIENT-ORIENTED DISCLAIMER: The information in this monograph is not intended to cover all possible uses, directions, precautions, drug interactions, or adverse effects. This information is generalized and is not intended as specific medical advice. If you have questions about the medicines you are taking or would like more information, check with your doctor, pharmacist, or nurse.

Database Edition: 82. Information Expires 07/17/2008

**WAL★MART®**  (504) 733-3373                    $14.68
**PHARMACY**   5110 JEFFERSON HWY
            HARAHAN,LA 70121 -0000
WATTS,LAWRENCE                    06/18/2008    REFILL
3320 SHORT ST.  NEW ORELANS,LA 70125
RX: 7076693    Ref # 1   QTY: 30    DAW: 0     DS: 30
NDC: 00591-5544-05    ALLOPURINOL 300MG  TAB WAT
LA CORTE,WILLIAM S            NABP: 1923754
            Patient Pay    $4.00

**WAL★MART®**  (504) 733-3373                    $14.68
**PHARMACY**   5110 JEFFERSON HWY
            HARAHAN,LA 70121 -0000
WATTS,LAWRENCE                    06/18/2008    REFILL
3320 SHORT ST.  NEW ORELANS,LA 70125
RX: 7076693    Ref # 1   QTY: 30    DAW: 0     DS: 30
NDC: 00591-5544-05    ALLOPURINOL 300MG  TAB WAT
LA CORTE,WILLIAM S            NABP: 1923754
            Patient Pay    $4.00

# WATTS,LAWRENCE

**Rx #: 7069946**     If you have any questions,please feel free to contact your pharmacist at (504) 733-3373
**Date:** 03/10/2008     or LACORTE,WILLIAM S  at (504) 838-6000

**Directions :  TAKE ONE TABLET BY MOUTH 4 TIMES DAILY**

# COLCHICINE 0.6MG    TAB                                        14

COLCHICINE (KOL-chi-seen)

COMMON USES:   This medicine is an antigout agent used to treat and prevent pain associated with gouty arthritis. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE:   Follow the directions for using this medicine provided by your doctor. This medicine may be taken on an empty stomach or with food. IF NAUSEA, VOMITING, OR DIARRHEA OCCURS, ask your doctor for ways to lessen these effects. STORE THIS MEDICINE at room temperature, between 59 and 86 degrees F (15 and 30 degrees C), in a tightly-closed container, away from heat, and light. IF YOU MISS A DOSE OF THIS MEDICINE and you are using it regularly, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS:   DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it or are allergic to any ingredient in this product. Laboratory and/or medical tests, including complete blood counts may be performed to monitor your progress or to check for side effects. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure laboratory personnel and your doctors know you use this medicine. BEFORE YOU HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE, OR SURGERY, tell the doctor or dentist that you are using this medicine. THIS MEDICINE WILL ADD TO THE EFFECTS of central nervous system depressants. Ask your pharmacist if you have questions about which medicines are central nervous system depressants. BEFORE YOU BEGIN TAKING NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. This includes any medicines containing nasal decongestants. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine. FOR WOMEN: THIS MEDICINE HAS BEEN SHOWN TO CAUSE HARM to the human fetus. IF YOU PLAN ON BECOMING PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. IT IS UNKNOWN IF THIS MEDICINE IS EXCRETED in breast milk. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS:   CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience nausea, vomiting, diarrhea, stomach ache or stomach upset, sore throat, fever, unusual bleeding or bruising, or unusual tiredness or weakness. CONTACT YOUR DOCTOR IMMEDIATELY if you experience muscle pain or weakness, or numbness or tingling. An allergic reaction to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist.

BEFORE USING THIS MEDICINE:   Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking fluvastatin or macrolide antibiotics (such as clarithromycin or erythromycin). DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions, including kidney, liver, heart, or stomach problems; allergies; pregnancy; or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe kidney, liver, heart, or stomach problems; or if you have a history of blood problems. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

OVERDOSE:   If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, diarrhea, stomach pain, burning pain in throat and skin, or muscle weakness.

Database Edition: 81. Information Expires 03/20/2008

**WAL★MART**     (504) 733-3373                              $19.84
**PHARMACY**     5110 JEFFERSON HWY
             HARAHAN,LA 70121 -0000
**WATTS,LAWRENCE**          03/10/2008   NEW
3320 SHORT ST.  NEW ORLEANS,LA 70125
RX: 7069946    Ref # 0   QTY: 120   DAW: 0     DS: 30
NDC: 68013-0001-01        COLCHICINE 0.6MG   TAB VIS
LACORTE,WILLIAM S              NABP: 1923754

                    **Patient Pay**   $16.00

**WAL★MART** (504) 733-3373                              $19.84
**PHARMACY**     5110 JEFFERSON HWY
             HARAHAN,LA 70121 -0000
**WATTS,LAWRENCE**          03/10/2008   NEW
3320 SHORT ST.  NEW ORELANS,LA 70125
RX: 7069946    Ref # 0   QTY: 120   DAW: 0     DS: 30
NDC: 68013-0001-01        COLCHICINE 0.6MG   TAB VIS
LACORTE,WILLIAM S              NABP: 1923754

                    **Patient Pay**   $16.00

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
2418 S Carrollton
New Orleans, LA  70118
(504)861-5033

| | | | |
|---|---|---|---|
| **PATIENT** | LAWRENCE WATTS | **DOCTOR** | J. GLOTFELTY, PA |
| **BIRTH DATE** | 09/13/40 | | (985)639-3777 |
| **MEDICATION** | HYDROCODONE/APAP 5MG/500MG TABS | | |
| **QUANTITY** | 20 | **PATIENT ALLERGIES** | |

**DRUG DESCRIPTION**

**DIRECTIONS**   TAKE 1 TABLET BY MOUTH EVERY 4-6
HOURS AS NEEDED FOR PAIN

WHITE
FRONT: WATSON 349

certain lab test results.  Make sure that all of your doctors and
laboratory personnel know you are taking this medicine. BEFORE YOU
HAVE ANY MEDICAL OR DENTAL TREATMENTS, EMERGENCY CARE,
OR SURGERY, tell the doctor or dentist that you are using this
medicine. THIS MEDICINE MAY CAUSE drowsiness or dizziness.
Using this medicine alone, with other medicines, or with alcohol may
lessen your ability to drive or to perform other potentially
dangerous tasks. AVOID ALCOHOLIC BEVERAGES while taking this
medicine. To minimize dizziness or lightheadedness, get up slowly
when rising from a seated or lying position. This medicine may cause
constipation. To prevent constipation, maintain a diet adequate in
fiber, drink plenty of water, and exercise. THIS MEDICINE
CONTAINS ACETAMINOPHEN. Do not take additional acetaminophen
for pain or fever without checking with your doctor or pharmacist.

WIC# 959810

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

---

**LAWRENCE WATTS**
3020 Broadway #11, New Orleans, LA  70118
(504)373-5122
**RX # 0088822-05866**          DATE: 02/11/08

HYDROCODONE/APAP 5MG/500MG TABS
QTY:20      NO REFILLS - DR. AUTH REQUIRED
New       NDC:00591-0349-05

$ 14.69

J. GLOTFELTY, PA
MFG:WATSON
NMC/NMC/  /NMC

*Walgreens*  2418 S CARROLLTON NEW ORLEANS, LA  70118
PH:(504)861-5033

Customer Receipt

**LAWRENCE WATTS**
3020 Broadway #11, New Orleans, LA  70118
(504)373-5122
**RX # 0088822-05866**          DATE: 02/11/08

HYDROCODONE/APAP 5MG/500MG TABS
QTY:20      NO REFILLS - DR. AUTH REQUIRED
New       NDC:00591-0349-05

$ 14.69

J. GLOTFELTY, PA
MFG:WATSON
NMC/NMC/  /NMC

*Walgreens*  2418 S CARROLLTON NEW ORLEANS, LA  70118
PH:(504)861-5033

Duplicate Receipt

---

Pharmacy use only

| | | | |
|---|---|---|---|
| MON   4:43PM | HYDROCODONE/APAP 5MG/500MG TABS | **QTY  20** | |
| New | 00591-**0349**-05 | **10 DRAM** | |
| | FAST RACK | | |

WHITE
FRONT: WATSON 349

NMC/NMC/  /NMC

HAS AN APPOINTMENT WITH

**WILLIAM ST. JOHN LA CORTE, M.D., MPH, PMC**
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
CERTIFIED IN GERIATRICS
ST. JOHN MEDICAL CENTER

519 METAIRIE ROAD • 838-6000

☐ MON.  ☐ TUES.  ☐ (WED.)  ☐ THURS.  ☐ FRI.  ☐ SAT.

Feb 10 _____ AT ___10____  A.M. / P.M.

---

*__Diabetes & Metabolism Associates, APMC__*
*Specializing in Endocrinology*

**Jonathan K. Wise, M.D., F.A.C.P.**
**Harold J. Miller, Jr., M.D., F.A.C.E.**
**Tuan-Huy Vu Tran, M.D.**

| | | |
|---|---|---|
| 3901 Houma Blvd. | 706 West 15th Ave. | 1111 Medical Center |
| Suite 103 | Covington, LA 70433 | Suite N-306 |
| Metairie, LA 70006 | (985) 871-0293 | Marrero, LA 70072 |
| (504) 455-1300 | Fax (985) 871-8052 | (504) 455-1300 |
| Fax (504) 780-0333 | | Fax (504) 780-0333 |

---

# Michael F. Adinolfi, M.D.
## General and Vascular Surgeon

Office Phone (504) 891-1478
Answering Service (504) 457-2735

| | |
|---|---|
| 3525 Prytania St. | 3800 Houma Blvd. |
| Suite 618 | Suite 325 |
| New Orleans, LA 70115 | Metairie, LA 70006 |





Here. For Life.

Thank you for choosing Touro for your family's healthcare needs.

This Amount Is Your Balance Due After Insurance Payment Or Non-Payment. Please Send This Amount In Full Today.

You may contact us at (504) 897-8350 or reach us on line at: www.touro.com

LAWRENCE WATTS JR
3020 BROADWAY ST
NEW ORLEANS LA 70125-2647

## Account Summary

| | |
|---|---|
| Patient Name: | Watts ,Lawrence |
| Statement Date: | 01/14/09 |
| Service Date(s): | 12/17/08 |
| **Account Number:** | **13331766409** |
| Medical Record Number: | |

*pd 2-2-09 Searo Credit Card*

## Insurance Information

INS 1: MEDICARE PART
INS 2:
INS 3:
INS 4:

## Charge Summary

| | |
|---|---|
| Total Charges: | $.00 |
| Payments/Adjustments: | $675.12- |
| Account Balance: | $34.88 |
| Please Pay This Amt: | $34.88 |

## Contact Us

For questions, call customer service at:
(504) 897-8350.

# MICHAEL F. ADINOLFI, M.D.
## GENERAL, THORACIC AND VASCULAR SURGERY
### 810 CRYSTAL ST.
### NEW ORLEANS, LA 70124
### PHONE # 504-891-1478 ,504-486-7415
### FAX 504-891-4064

LAWERENCE WATTS
3020 BROADWAY ST APT11

NEW ORLEANS, LA 70125

Account # 31231

02/04/2009
PAGE # 1

REGARDING :LAWERENCE WATTS

| Date of Service | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 12/03/08 | 99243 OFFICE OP CONS DETAIL LO | 185.00 | | 185.00 |
| 02/03/09 | PATIENTS CO INS DUE | | | |
| 01/15/09 | MEDICARE CHECK | | -97.86 | 87.14 |
| 01/15/09 | MEDICARE WRITE OFF | | -62.68 | 24.46 |
| 01/19/09 | 99213 OFFICE/OP VISIT,ESTAB-EB | 90.00 | | 114.46 |
| 02/03/09 | APPLIED TO DEDUCTIBLE | | | |
| 02/03/09 | MEDICARE WRITE OFF | | -27.54 | 86.92 |

Medicare has paid its
share of your bill. We
would appreciate payment
from you for the amount
shown on this statement.

**OCHSNER CLINIC FOUNDATION  EMERGENCY DEPARTMENT**
1516 Jefferson Highway, New Orleans, La. 70121
Phone (504) 842-3460

## GENERAL DISCHARGE INSTRUCTIONS

| | | |
|---|---|---|
| **Patient:** | LAWRENCE WATTS.JR | **MRID# 8202068** |
| **Visit Date:** | 2/11/2008 9:33 AM | |

[ X ] **PLEASE NOTE:** The examination and treatment you have received in the Emergency Department has been rendered on an emergency basis only and is not intended to be a substitute for a complete medical evaluation. It is important that you return to the ED or see you doctor if symptoms persist as it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit.

[ X ] FOLLOW THE INSTRUCTIONS BELOW.
[ X ] PLEASE STOP AT THE CHECKOUT WINDOW AT REGISTRATION AFTER DISCHARGE.

DIAGNOSIS:
- Pain in right foot
-

PRIMARY INSTRUCTIONS:
- Follow up PCP
-
-
-

OTHER INSTRUCTIONS:
[ x ] Resume your usual activities.
[ x ] Continue your medications as prescribed.
[ ] Work excuse
[ ] School excuse
[ ] Suture removal follow up.
[ ] Other instructions as attached.

MEDICATIONS GIVEN IN ED:
- NONE
-
-

PRESCRIPTIONS:
- Vicodin
-

FOLLOW UP APPOINTMENTS*:
-
-

*Medicaid requires patients to follow up with their assigned PCP

**MICHAEL F. ADINOLFI, M.D.**
GENERAL, THORACIC AND VASCULAR SURGERY
810 CRYSTAL ST.
NEW ORLEANS, LA 70124
PHONE # 504-891-1478, 504-486-7415
FAX 504-891-4064

LAWERENCE WATTS
3020 BROADWAY ST APT11
NEW ORLEANS, LA 70125

Account # 31231

REGARDING: LAWERENCE WATTS

07/08/2009
PAGE # 1

| Date of Service | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 05/27/09 | 99213 OFFICE/OP VISIT,ESTAB-EB | 90.00 | | 90.00 |
| 07/07/09 | MEDICARE CHECK | | -49.97 | 40.03 |
| 07/07/09 | MEDICARE WRITE OFF | | -27.54 | 12.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/06/08 | TRAN, M.D. | OFF CONS, NP/EST,COMP,MOD | 230.00 | | | |
| 11/13/08 | | MEDICARE PAYMENT | | 143.24 | | |
| 11/13/08 | | MEDICARE ADJUSTMENT | | 50.95 | | 35.81 |
| 11/03/08 | TRAN, M.D. | OFF VISIT, EST PT, DETAIL | 95.00 | | | |
| 11/26/08 | | MEDICARE PAYMENT | | 71.85 | | |
| 11/26/08 | | MEDICARE ADJUSTMENT | | 5.19 | | 17.96 |

| AMOUNT DUE AGING | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TOTAL CHARGES | TOTAL PAYMENTS | TOTAL INS. PENDING | |
|---|---|---|---|---|---|---|---|---|
| | .00 | 35.81 | .00 | .00 | 325.00 | 271.23 | .00 | 53.77 |

| PATIENT NAME | ACCOUNT NUMBER | ACCOUNT BALANCE | |
|---|---|---|---|
| LAWRENCE WATTS, JR. | 31925 | 53.77 | PLEASE PAY THIS AMOUNT |

PAYMENTS AND CHARGES RECEIVED AFTER STATEMENT DATE WILL APPEAR ON YOUR NEXT STATEMENT.

MESSAGES

FOR QUESTIONS PLEASE CALL 504-455-1300 pd - 1-24-09

IDX DF101

DMA

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form.   Use additional sheet(s) if necessary.   See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: Federal Emergency Management Agency (FEMA) FRC 800 North Loop 288 Denton, Texas 76209-3698 | 2. Name, Address of claimant and claimant's personal representative, if any. *(See instructions on reverse.) (Number, street, city, State and Zip Code)* LAWRENCE WATTS, JR. 3020 BROADWAY ST., #11 NEW ORLEANS, LA 7015 Represented by Daniel Becnel, Jr. and Michael Archuleta |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ✓CIVILIAN | 4. DATE OF BIRTH 9·13·40 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT SEE ATTACHED RIDER | 7. TIME (A.M. or P.M.) unknown |
|---|---|---|---|---|

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

The United States of America (U.S.), through its agencies, including but not limited to the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent and acted with deliberate indifference to the health and safety of the public and the Claimant herein by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies including but not limited to FEMA, breached its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant that exposed Claimant to excessive and unsafe levels of formaldehyde. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit to Claimant following Hurricane Katrina. The U.S. and its agencies, including but not limited to FEMA, provided a trailer housing unit that contained building materials which emitted formaldehyde in excess of acceptable limits. The trailer housing unit provided to claimant was in violation of local, sate, national and international statutes, regulations, and trade group standards regarding formaldehyde exposure. The U.S. and its agencies, including but not limited to FEMA, failed to insure
SEE ATTACHED RIDER

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See Attached Rider

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| The claimant is unaware of any witnesses at this time. | | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $1,000,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) ▷ MA attorney Aero | 13b. Phone number of signatory **Attorney 985-536-1186** | 14. DATE OF CLAIM April 1, 2008 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the $2,000 plus double the amount of damages sustained by the States.   (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $ 10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, |
|---|---|

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all Items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

RIDER FOR FORM 95

#2. continued

Represented by :                   AND                    Michael Archuleta
Daniel E. Becnel, Jr.                                              Archuleta, Alsaffar & Higginbotham
Becnel Law Firm, LLC                                           P.O. Box 340639
106 W. Seventh St.                                                1100 Lakeway Drive, Suite 101
P.O. Drawer H                                                        Austin, Texas 78734
Reserve, LA 70084                                               Phone: 512-266-7676
Phone: 985-536-1186                                           Fax: 512-266-4646
Fax: 985-536-6445

6. Claimant became aware of the potential exposure within the last two years.

8. Basis of Claim (state in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

that the trailer housing units provided to claimant were suitable for their intended use. The U.S. and its agencies, including but not limited to FEMA, failed to properly inspect the units to make certain that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, provided trailer housing units that failed to adhere to express and/or implied warranties of habitability and fitness. The U.S. and its agencies, including but not limited to FEMA, failed to warn claimant that claimant was being exposed to dangerously high levels of formaldehyde. The U.S. and it agencies, including but not limited to FEMA, failed to provide the proper specifications to the manufacturers of the trailer housing units to ensure that they were in compliance with all local, state, federal and international regulations and standards. The U.S. and its agencies, including but not limited to FEMA, intentionally and with reckless indifference to the safety of claimant and the public in general, concealed and knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including but not limited to FEMA, failed to immediately relocate the claimant after learning of the excessive levels of formaldehyde, further exposing claimant and failed to provide medical care for those suffering from such exposure injuries. The U.S. through its agencies, including but not limited to FEMA, has engaged in a concerted effort to "cover-up" and conceal testing results of the formaldehyde levels in the trailer units provided to claimant and others. The foregoing actions by the U.S. and its agents were in violation of and constituted a deprivation of the claimant's state and federal constitutional rights, privileges and immunities. The claimant is demanding all damages recoverable under the applicable state constitutions, the Constitution of the United States, 42 USC section 1983, and all applicable law, state and federal statutes or ordinances, which allow for recovery of damages flowing from the deprivation of a constitutional right, privilege or immunity. Moreover, the U.S. and its agencies, including but not limited to FEMA, are liable under all state tort law remedies found applicable herein.

10. The claimant has suffered and continues to suffer from eye, nose and/or throat irritation, nose bleeds, headaches, nausea, asthma like symptoms and respiratory problems, shortness of breath, emotional distress, fear of illness, including cancer, and or increased risk of cancer. The full residual effects are yet unknown, but are serious in nature. And foregoing are a direct result of exposure to excessive levels of formaldehyde, a known carcinogen. The claimant has and will continue to suffer, and experience fear, anxiety and distress because of the risk of latent and/or future disease resulting from the exposure. Claimant will require medical monitoring for life to check for signs of formaldehyde based injury. Claimant is also claiming all damages, flowing from the deprivation of constitutional rights, privileges and immunities as set forth in #8 (SUPRA).

## LETTER OF REPRESENTATION

Claimant has employed the law firm of Archuleta & Associates, P.C. dba Archuleta, Alsaffar & Higginbotham and their associated co-counsel Becnel Law Firm, LLC, to represent claimant as claimant's attorneys in connection with all claims claimant may have against the United States of America or any agency thereof; any and all employees, contractors, agents, and/or representatives of the United States of America; and any and all others responsible for any and all injuries and damages sustained by claimant related to the Hurricane Katrina disaster beginning on or about the 29th day of August, 2005. By signature below, claimant hereby authorizes the law firm of Archuleta & Associates, P.C. dba Archuleta, Alsaffar & Higginbotham and their associated co-counsel Becnel Law Firm, LLC to represent claimant as claimant's attorneys in connection with all claims against the United States of America or any agency thereof, that claimant may have. Further, by signature below, claimant hereby appoints and authorizes Michael Archuleta of Archuleta & Associates, P.C. dba Archuleta, Alsaffar & Higginbotham and/or Daniel E. Becnel, Jr. of Becnel Law Firm,LLC to act as claimant's authorized attorney agent and claimant's legal representative for the purpose of signing, modifying, amending, and withdrawing any Standard Form 95 on claimant's behalf.

Claimant's Name Printed: X _LAWRENCE WATTS JR_

- The Claimant is the Person or Business who is making the claim.
- The Claimant can be an Adult, a Minor under the age of 18 or an Incompetent person, a Business, or the Estate of a person who died.

Signature: X _____

- If Claimant is an Adult the Claimant should sign.
- If Claimant is a Minor under the age of 18 or an Incompetent person the Claimant's parent or guardian should sign.
- If Claimant is a business the owner or a corporate officer should sign.
- If Claimant is the Estate of a person who died and an administrator has been appointed the administrator should sign. If there is no administrator the next of kin should sign.

Date Signed: X _7-11-07_