# EXHIBIT Q

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[9]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DIGIGLIA[8]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[9]ONLY ADMITTED IN TEXAS
[8]ALSO ADMITTED IN WASHINGTON
[*]ALSO ADMITTED IN COLORADO



July 28, 2011

Mr. Daniel E. Becnel
Becnel Law Firm, LLC
P. O. Box H
106 W. Seventh St.
Reserve, LA 70084

Re:    FEMA Trailer Formaldehyde Product Liability Litigation
       MDL No.: 1873, Sec. N(4)
       Our File No.: 0200-24-7
       Supplemental Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

This firm represents Forest River and Vanguard in the above referenced litigation. You received a Notice of Plaintiff Fact Sheet Deficiencies letters on April 6, April 7 or May 4, 2011. This letter serves as a supplement to the deficiencies noted in that previous deficiency letter.

Because the attached deficiencies are a supplement to the deficiencies that were noted in these previous deficiency letters, any deficiency response that you made to those deficiency letters you previously received from our firm shall not serve as a response to this supplemental deficiency letter. Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies is specified by client.

As you are aware, PTO 88 provides you with up to 60 days to provide a response to the attached deficiencies for each plaintiff that actually cures those deficiencies or the plaintiff may be subject to dismissal.

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Daniel E. Becnel
July 28, 2011

If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504) 654-1347.

Sincerely,
Gieger, Laborde & Laperouse, LLC

J. Mike DiGiglia

JMD/maa/kbd

cc:     Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz, Esq.
        Henry T. Miller

17

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Hugh P. Lambert
June 29, 2011

     If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
       Justin Woods, Esq.
       Dave Kurtz, Esq.
       Henry T. Miller

# Becnel Law Firm, LLC

## Keith, Coleman

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Future Medical Claim
- Psychological Treatment
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Kelly, Nikaiya

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Bar Code
- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Future Medical Claim
- Psychological Treatment
- Prior Medical History
- Only if You are Requesting Reimbursement of Medical Expenses
- Only if You are Making a Wage Claim
- Number of Hours Spent in the Trailer Each Day
- Certification Signed by Plaintiff

## Lee, Terrence

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)
- Only if You are Requesting Reimbursement of Medical Expenses

## Margiotta, Jolene

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Names of All Trailer Residents
- Smoking History of Other Trailer Resident(s)
- Prior Medical History