UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Roy Causey, et al. v. Skyline Corporation, et al.*,<br>No. 10-1395<br><br>Plaintiff: Herald Switzer | \*  MDL NO. 07-1873<br>\*<br>\*<br>\*  SECTION:  N "5"<br>\*  JUDGE: KURT D. ENGELHARDT<br>\*<br>\*<br>\*  MAGISTRATE JUDGE:<br>\*  ALMA CHASEZ<br>\* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendant, Skyline Corporation ("Skyline"), through undersigned counsel, moves this Court to dismiss the claims of the following plaintiff **Herald Switzer**, with prejudice, for failure to comply with the terms of the Court's Pretrial Orders relating to Plaintiff Fact Sheets ("PFS").

Plaintiff failed to provide a PFS for this Mr. Switzer. In response to a May 31, 2011 deficiency notice (Exh. A), plaintiff's counsel sent a PFS for another plaintiff (Exh. B), but not for Mr. Switzer. Counsel has not sent the correct PFS despite agreeing to do so (Exh. C).

WHEREFORE, Skyline respectfully requests that the Court dismiss the claims of this plaintiff, with prejudice, in their entirety.

              Submitted by:

              s/ *Robert D. Sheesley*
              LARRY FELDMAN, JR., T.A. (La. #5503)
              ROBERT D. SHEESLEY (La. #31579)
              **McGLINCHEY STAFFORD, PLLC**
              601 Poydras Street, 12th Floor
              New Orleans, LA  70130
              Telephone:  (504) 586-1200
              Facsimile:  (504) 596-2800

              **ATTORNEYS FOR DEFENDANT
              SKYLINE CORPORATION**

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                      s/ *Robert D. Sheesley*
                                      ROBERT D. SHEESLEY