UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION<br><br>THIS DOCUMENT PERTAINS TO:<br>*Roy Causey, et al. v. Skyline Corporation, et al.*,<br>No. 10-1395<br><br>**Plaintiff: Herald Switzer** | *  MDL NO. 07-1873<br>*<br>*<br>*  SECTION:  N "5"<br>*  JUDGE: KURT D. ENGELHARDT<br>*<br>*<br>*  MAGISTRATE JUDGE:<br>*  ALMA CHASEZ<br>* |

* * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.6 and Pretrial Order No. 10, undersigned counsel certifies that on October 7, 2011, he requested consent by e-mail from plaintiff's counsel of record, Catherine H. Jacobs, and from Jack Harang, whose office has asserted that he is counsel of record in this case, to Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets.  To date, undersigned counsel has not received a response from either Ms. Jacobs or Mr. Harang.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY