## Savoie, Robert

| | |
|---|---|
| **From:** | Tina Ricks [tricks@jharang.com] |
| **Sent:** | Thursday, July 28, 2011 3:26 PM |
| **To:** | Savoie, Robert |
| **Cc:** | 'Tina Ricks' |
| **Subject:** | RE: FEMA - Skyline Corporation - Herald Switzer |

Mr. Savoie:

I have filed the Motion to Appear as Counsel of Record in the Switzer case….just waiting for the order.  Once I have that, I will send you Mr. Switzer's Fact Sheet.

Please let me know if you need anything further from me.

*Tina Ricks*
*Legal Assistant*
*Jack W. Harang, APLC*
*228 St. Charles Avenue, Suite 501*
*New Orleans, Louisiana  70130*
*251.445.6901-direct dial*
*504.581.7050-office*
*1.866.441.6281-facsimile*
*email: tricks@jharang.com*

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (251.445.6901) or by electronic mail (tricks@jharang.com), and delete this message and all copies and backups thereof. Thank you.

---

**From:** Savoie, Robert [mailto:rsavoie@mcglinchey.com]
**Sent:** Thursday, July 14, 2011 2:37 PM
**To:** tricks@jharang.com
**Subject:** FEMA - Skyline Corporation - Herald Switzer

Tina,

This is a reminder of the following issues.

1 - You provided an incorrect plaintiff fact sheet in response to our deficiency letter.  While the pdf of the fact sheet is named "Herald Switzer" the content of the fact sheet is listed for "Roy Causey".  We discussed this over the phone but have yet to receive a corrected fact sheet.

2 - Jack Harang is not listed as an Attorney of Record on the lawsuit for Herald Switzer and Roy Causey.  As a result, we cannot accept a fact sheet provided by you in satisfaction of the deficiencies shown in our letter.

Please confirm that Jack Harang is now attorney of record in the applicable lawsuit and provide a fact

**EXHIBIT C**

sheet for Herald Switzer from an attorney of record for the suit.

Please let me know if you have any questions.

Sincerely,

**Robert W. Savoie**
McGlinchey Stafford PLLC
Direct: (504) 596-2797
Cell: (504) 941-2629
Fax: (504) 910-8981
Email: rsavoie@mcglinchey.com



12th Floor, 601 Poydras Street
New Orleans LA 70130

PO Box 60643
New Orleans LA 70160-0643

---

www.mcglinchey.com | www.CafaLawBlog.com

Confidentiality Statement: This email may contain attorney-client privileged or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

***IRS Circular 230 Disclosure: Any tax advice contained in this email including any attachments, was not intended to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code or other law or for the purpose of marketing or recommending to any other party any transaction or other matter.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer/Privacy Policy http://www.mcglinchey.com/disclaimer.html

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1390 / Virus Database: 1516/3764 - Release Date: 07/14/11