UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS        LIABILITY LITIGATION  THIS DOCUMENT PERTAINS TO: *Roy Causey, et al. v. Skyline Corporation, et al.*, No. 10-1395  Plaintiff: Herald Switzer | *  MDL NO. 07-1873 * * *  SECTION:  N "5" *  JUDGE: KURT D. ENGELHARDT * * *  MAGISTRATE JUDGE: *  ALMA CHASEZ * |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets will be submitted to the Honorable Kurt D. Engelhardt, in the United States District Court for the Eastern District of Louisiana, on November 16, 2011 at 9:30 a.m., or as soon thereafter as may be submitted.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
Facsimile:   (504) 596-2800

**ATTORNEYS FOR DEFENDANT
SKYLINE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY