UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lewis, et al v Sentry Ins. Co, et al, 2:09-cv-6984* | * * | MAGISTRATE CHASEZ |

---

THIRD

**PLAINTIFFS' ~~SECOND~~ SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their First Supplemental and Amending Complaint for Damages to add a direct action cause of action against Burlington Insurance Company ("Burlington") as an insurer of Pilgrim International, Inc. ("Pilgrim").

Plaintiffs, through undersigned counsel, supplement and amend their previous submission(s) in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By adding the following paragraphs between Paragraph 4 and Paragraph 5 in Section 1 to reflect the addition of Burlington as a defendant:

## I. PARTIES

4.1A.  Defendant Burlington Insurance Company (hereinafter, "Burlington"), is, upon information and belief, an entity incorporated in the state of North Carolina, with its principle place of business in the state of North Carolina, licensed to do business in the State of Louisiana and in good standing.

4.1B  Plaintiffs aver that Defendant Burlington had In full force and effect a policy of insurance affording coverage to Pilgrim, which manufactured and supplied FEMA trailers or housing units discussed below, with respect to the matters, risks and things for which this defendant is liable herein, thereby affording Plaintiffs the right to proceed against this defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S.22:655.

2.

By amending the Compensatory Damages section to read:

### COUNT 1:

### CAUSE OF ACTION AGAINST BURLINGTON, CRUM & FORSTER AND SENTRY UNDER LOUISIANA PRODUCT LIABILITY ACT

3.

By amending the Compensatory Damages section to read:

### COMPENSATORY DAMAGES

41.  In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the Defendants, Burlington, Crum & Forster, and Sentry through Pilgrim, individually and/or jointly are responsible for

all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

4.

By amending the Prayer for Relief to read:

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that the First Supplemental and Amending Complaint be amended to reflect the addition of Burlington as a defendant, and that Crum & Forster, Burlington, Sentry, be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses

of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY: /s/ *Lawrence J. Centola, Jr.*
      Lawrence J. Centola, Jr. Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)
(504) 525-1279 (facsimile)

**PLEASE SERVE:**

Burlington Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809