UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL. NO. 1873 |
| | | SECTION "N" (5) |
| | | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | MAGISTRATE: CHASEZ |
| *Theresa Becnel, et al, v. Recreation By Design, LLC, et al,* Docket No. 09-8624 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED PARTIAL MOTION TO WITHDRAW RECREATION BY DESIGN, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS**

On October 13, 2011, Defendant Recreation By Design, LLC ("RBD") moved this Court to dismiss the claims of various plaintiffs against RBD on the ground that the plaintiffs had failed to produce a Plaintiff Fact Sheet ("PFS") in compliance with Pre-Trial Orders ("PTO") Nos. 2, 32 and 88.[1] Subsequent to the October 13, 2011 filing, counsels for five (5) of the plaintiffs named in the motion, namely, Kim Brown, Kim Brown obo C.B. and W.B., Veriesha Bunch and Nicole Bourgeois, forwarded via email on October 18, 2011, copies of complete PFS for the aforementioned plaintiffs.[2] As the five (5) plaintiffs have now complied with PTO Nos. 2, 32 and 88, RBD moves this Court to partially withdraw its previously filed motion to dismiss as to only plaintiffs:

1. Kim Brown
2. Kim Brown obo C.B.
3. Kim Brown obo W.B.
4. Veriesha Bunch
5. Nicole Bourgeois

---

[1] *See* R. Doc. No. 23147.
[2] *See* Ex. "A", in globo email correspondence received from plaintiffs' counsels, Douglas Schmidt and Frank D'Amico's offices, forwarding copies of complete PFS for the five (5) plaintiffs referenced in the instant motion.

1

Accordingly, RBD respectfully moves the Court to grant its partial withdrawal of its Motion to Dismiss for Failure to Comply with PTO Nos. 2, 32, and 88, for the above identified plaintiffs only.

Respectfully submitted,

 /s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 /s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645