| | |
|---|---|
| From: | Kelly Moorman |
| To: | Kelly Morton |
| Cc: | "CHELE TALLON"; Douglas Schmidt; Anthony Irpino; Frank J. D"Amico; "Grace Fitzmorris" |
| Subject: | RECREATION BY DESIGN MOTION TO DISMISS |
| Date: | Tuesday, October 18, 2011 10:01:06 AM |
| Attachments: | Motion to Dismiss for Failure to Comply in Theresa Becnel (00158494).PDF |
| | Memo in Support - Doc. 23147-1 (00158495).PDF |
| | Brown, Kim - PFS.pdf |
| | B███████████FS.pdf |
| | B███████████ PFS.pdf |

Dear Kelly,

Attached please find the PFS for Kim Brown and her minor children, C███████ and W█████. Please advise if this is sufficient to remove them from the Motion to Dismiss. By copy of this email to Douglas Schmidt's office, I ask that they respond regarding their claimants, Nicole Bourgeois, Vanessa Bunch, Sharon Johnson, Sonya Johnson Individually and dba J.W., and Brady Young.

Please contact our office if there are any questions. Thank you.

Sincerely,

Kelly B. Moorman
Sr. Litigation Paralegal
FRANK J. D'AMICO, JR., APLC
4731 Canal St.
New Orleans, LA 70119
Telephone (504) 525-7272
Facsimile (504) 525-9522

*** CONFIDENTIAL COMMUNICATION *** *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

*** IRS CIRCULAR 230 NOTICE *** *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*


EXHIBIT A

| | |
|---|---|
| From: | CHELE TALLON |
| To: | Kelly Morton |
| Cc: | Douglas Schmidt; Kelly Moorman |
| Subject: | MOTION TO DISMISS |
| Date: | Tuesday, October 18, 2011 10:55:45 AM |
| Attachments: | BUNCH, VERIESHA.pdf |

Kelly,

Please find attached the PFS for Verisha Bunch, which was originally sent to Defense on 02/08/10.

Thank you,

--

# CHELE TALLON
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

| | |
|---|---|
| From: | CHELE TALLON |
| To: | Kelly Morton |
| Cc: | Douglas Schmidt; Kelly Moorman |
| Subject: | MOTION TO DISMISS |
| Date: | Tuesday, October 18, 2011 10:58:59 AM |
| Attachments: | BOURGEOIS-PATIN, NICOLE.pdf |

Kelly,

Please find attached the PFS for Nicole Bourgeois-Patin (also known as Nicole Bourgeois or Nicole Patin), which was originally sent to Defense on 04/13/09.
Thanks,

--

# CHELE TALLON
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.