UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Clara Anderson, et al v.* | * | MAGISTRATE: CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 09-8626 | * | |

**************************************************************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW RECREATION BY DESIGN, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS

On October 17, 2011, Defendant Recreation By Design, LLC ("RBD") moved this Court to dismiss the claims of various plaintiffs against RBD on the ground that the plaintiffs had failed to produce a Plaintiff Fact Sheet ("PFS") in compliance with Pre-Trial Orders ("PTO") Nos. 2, 32 and 88.[1] Subsequent to the October 17, 2011 filing, counsel for two (2) of the plaintiffs named in the motion, namely, Joycelyn Stokes and Stephanie Simmons, forwarded via email on October 20, 2011, copies of complete PFS for the aforementioned plaintiffs.[2] As the two (2) plaintiffs have now complied with PTO Nos. 2, 32 and 88, RBD moves this Court to partially withdraw its previously filed motion to dismiss as to only plaintiffs, Joycelyn Stokes and Stephanie Simmons.

Accordingly, RBD respectfully moves the Court to grant its partial withdrawal of its Motion to Dismiss for Failure to Comply with PTO Nos. 2, 32, and 88, for the above identified plaintiffs only.

---

[1] *See* R. Doc. No. 23185.
[2] *See* Ex. "A", in globo email correspondence received from plaintiffs' counsel, Douglas Schmidt's office, forwarding copies of complete PFS for the two (2) plaintiffs referenced in the instant motion.

        Respectfully submitted,

        */s/ Kelly M. Morton*
        LYON H. GARRISON, Bar No. 19591
        SCOTT P. YOUNT, Bar No. 22679
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        KELLY M. MORTON, Bar No. 30645
        GARRISON, YOUNT, FORTE
        & MULCAHY, LLC
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        Attorneys for defendant,
        Recreation by Design, LLC
        Email: kmorton@garrisonyount.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        */s/ Kelly M. Morton*
        KELLY M. MORTON, Bar No. 30645