| | |
|---|---|
| From: | CHELE TALLON |
| To: | Kelly Morton |
| Cc: | Douglas Schmidt |
| Subject: | STOKES, JOYCELYN |
| Date: | Thursday, October 20, 2011 9:13:16 AM |
| Attachments: | STOKES, JOYCELYN.pdf |

Kelly,
Please find attached the PFS for Joycelyn Stokes.
Thank you.

--

# CHELE TALLON
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.


EXHIBIT A

| | |
|---|---|
| From: | CHELE TALLON |
| To: | Kelly Morton |
| Cc: | Douglas Schmidt |
| Subject: | SIMMONS, STEPHANIE |
| Date: | Thursday, October 20, 2011 2:39:28 AM |
| Attachments: | SIMMONS, STEPHANIE.pdf |

Kelly,

Please find attached the PFS for Stephanie Simmons. ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you,
--
# CHELE TALLON
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.