UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates To:** | * | |
| *Charles Arbour, et al v. Recreation* | * | MAGISTRATE:  CHASEZ |
| *by Design, LLC, et al,* Docket No. 10-3715 | * | |

**************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs:

1. Loukevia M. Williams
2. Vernon Williams
3. Loukevia Williams obo J.W.
4. Loukevia Williams obo K.W.

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED.**

New Orleans, Louisiana this _____ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE