| | |
|---|---|
| **From:** | Roberta Burns |
| **To:** | Kelly Morton |
| **Cc:** | Jessica Bastoe; Phyllis Michon |
| **Subject:** | RE: In Re FEMA~Motion to Dismiss |
| **Date:** | Tuesday, October 25, 2011 9:54:26 AM |

Kelly:

[redacted]

no opposition for the following clients due to lack of pfs: Loukevia Williams, Vernon Williams Jr., Loukevia Williams obo [redacted] W[redacted] and Loukevia Williams obo K[redacted] W[redacted]

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Kelly Morton [mailto:KMorton@GarrisonYount.com]
**Sent:** Tuesday, October 25, 2011 8:21 AM
**To:** Roberta Burns
**Cc:** Jessica Bastoe; Phyllis Michon
**Subject:** RE: In Re FEMA~Motion to Dismiss

Roberta,

My email wasn't clear. Can I file as unopposed?

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte


EXHIBIT B

& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).





Additionally, after researching our files, we are unable to locate a PFS for the following clients: Loukevia Williams, Vernon Williams Jr., Loukevia Williams obo J███ W██████ and Loukevia Williams obo K███ W█████.

Thank you,

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Kelly Morton [mailto:KMorton@GarrisonYount.com]
**Sent:** Tuesday, October 18, 2011 9:16 AM
**To:** Gerald E. Meunier; 'Justin Woods'; Roberta Burns; Sidney Torres
**Cc:** 'ANDREW WEINSTOCK'; 'Carmen Motes'; Jill Marie Kenyon; 'cleche@dkslaw.com'; 'Miller, Henry (CIV)'; Kurtz, David; Whitfield, Karen
**Subject:** In Re FEMA~Motion to Dismiss

Counsel,

Please find attached an Unopposed Motion to Dismiss the claims of 5 plaintiffs from the *Charles Arbour, et al v. Recreation By Design, LLC* complaint at Docket No. 10-3715.

Please let me know by 5:00 p.m. on Thursday, October 20, 2011 if you will oppose this motion.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com