UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 |
| | * |
| THIS DOCUMENT PERTAINS TO: | * SECTION: N "5" |
| *Sam Evelena, et al. v. Skyline Corporation, et al.*, No. 09-8485 | * JUDGE: KURT D. ENGELHARDT |
| | * |
| Plaintiffs: Michelle Eddington; and Michelle Eddington obo R.E. | * MAGISTRATE JUDGE: ALMA CHASEZ |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pretrial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Dismiss for Failure to Comply with Pretrial Orders Relating to Plaintiff Fact Sheets is GRANTED, and that the claims of the following plaintiffs in the case styled "*Sam Evelena, et al. v. Skyline, et al.*, No. 09-8485" are hereby DISMISSED WITH PREJUDICE:

1. Michelle Eddington; and
2. Michelle Eddington obo R.E.;

Done in New Orleans, Louisiana, on this 25th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE