UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| | * | MAG: CHASEZ |
| *Alkurd, et al v. Cavalier Home Builders, LLC, et al* | * | |
| Docket No. 10-3694 | * | |
| Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard | * | |
| Washington, Jr. | * | |

*********************************************************************

## ORDER

Considering the foregoing Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Motion to Partially Withdraw Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets (Rec. Doc. 23243) is **GRANTED**, as to the following plaintiffs, as captioned above.

    *Alkurd, et al v. Cavalier Home Builders, LLC, et al*
    **Docket No. 10-3694**
    Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard
    Washington, Jr.

New Orleans, Louisiana this 25th day of October, 2011.

                                                              United States District Judge

00259932-1