## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Noel, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-3830 & 10-3977 | * | |
| Plaintiffs:  Catherine Tircuit and Raymond Tircuit | * | |

*Noel, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3830 & 10-3977
Plaintiffs:  Catherine Tircuit and Raymond Tircuit

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3824
Plaintiffs:  Cynthia Barnes Varnado, Marion L. Williams, Oscar Williams, Mark Voebel, Sandra Ann Wach

*Alkurd, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3694
Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3823
Plaintiffs:  Chad Victoriana, John Andrew Waguespack, Vivien Mascaro Waguespack

*Deano, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-3942

*Andrews, et al v. Gulf Stream Coach, Inc., et al*
Docket Nos. 09-6894 & 10-3943
Plaintiff:  Lisa P. Stander

*Booze, et al v. Gulf Stream Coach, Inc., et al*
Docket No. 10-4028
Plaintiff:  Shannon Sheffield

******************************************************************************

## **ORDER**

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

*Noel, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3830 & 10-3977**
Plaintiffs:  Catherine Tircuit and Raymond Tircuit

*Vaccarella, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3824**
Plaintiffs:  Cynthia Barnes Varnado, Marion L. Williams, Oscar Williams, Mark Voebel, Sandra Ann Wach

~~*Alkurd, et al v. Gulf Stream Coach, Inc., et al*~~
~~**Docket No. 10-3694**~~
~~Plaintiffs:  Bruce Vixon, Jeanne Vixon, Howard Washington, Jr.~~

*Vandenborre, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3823**
Plaintiffs:  Chad Victoriana, John Andrew Waguespack, Vivien Mascaro Waguespack

*Deano, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-3942**
*Andrews, et al v. Gulf Stream Coach, Inc., et al*
**Docket Nos. 09-6894 & 10-3943**
Plaintiff:  Lisa P. Stander

*Booze, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-4028**
Plaintiff:  Shannon Sheffield

New Orleans, Louisiana this 25th day of October, 2011.

_____
United States District Judge