UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Angela Thompson v.* | * | MAGISTRATE CHASEZ |
| *Crum & Forster Specialty* | * | |
| *Ins. Co., et al* | * | |
| Number 09-4221 | * | |

**********************************************************************

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO
FILE AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for Leave to amend the original Complaint for Damages, and all subsequent amending complaints, in the above referenced case.  Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to the Complaint for Damages a direct cause of action against Burlington Insurance Company ("Burlington") and Sentry Insurance A Mutual Company ("Sentry") for the damages caused by their insured, Pilgrim International, Inc.  Plaintiffs have contacted counsel for Defendants and have been notified that Defendants will file no opposition.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE       :       (985) 732-5651
FAX         :       (985) 735-5579
E-MAIL      :       fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

October 25, 2011.

s/Ronnie G. Penton
Ronnie G. Penton

2