UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Angela Thompson v.* | * | MAGISTRATE CHASEZ |
| *Crum & Forster Specialty* | * | |
| *Ins. Co., et al* | * | |
| Number 09-4221 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiff be granted Leave of Court to file his Fourth Supplemental and Amending Complaint.

Signed in New Orleans, Louisiana, this the _____ day of October, 2011.

_____
J U D G E