UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *Angela Thompson v. Crum & Forster Specialty Ins. Co., et al* Number 09-4221 | * * * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**************************************************************

## PLAINTIFFS' FOURTH SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original Complaint for Damages and all subsequent amendments to add a direct cause of action against Burlington Insurance Company ("Burlington"), and Sentry Insurance A Mutual Company ("Sentry), as insurers of Pilgrim International, Inc. ("Pilgrim").

Plaintiffs, through undersigned counsel, supplement and amend their original Complaint for Damages and all subsequent amendments in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

**1.**

By adding the following paragraphs in Section I, Paragraph 3 to reflect the addition of Burlington and Sentry as Defendants, as follows:

1

"3(a)  Defendant, Burlington Insurance Company (hereinafter "Burlington"), is upon information and belief, an entity incorporated in the State of North Carolina, with its principal place of business in the State of North Carolina. Further, Defendant-Burlington provided insurance coverage from March 31, 2007 through March 31, 2009, for the risks involved herein of Pilgrim International, Inc. (hereinafter, "Pilgrim"), who manufactured and supplied FEMA trailers of housing units, as defined below, pursuant to contracts with FEMA for use in the State of Louisiana. Burlington has appointed as its agent for service of process the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

3(b)  Defendant, Sentry Insurance, A Mutual Company (hereinafter "Sentry"), is upon information and belief, an entity incorporated in the State of Wisconsin, with its principal place of business in the State of Wisconsin. Further, Defendant-Sentry provided insurance coverage from March 31, 2006 through March 31, 2007, for the risks involved herein of Pilgrim International, Inc., who manufactured and supplied FEMA trailers of housing units, as defined below, pursuant to contracts with FEMA for use in the State of Louisiana. Sentry has appointed as its agent for service of process the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809."

**2.**

By adding the following paragraphs in Section II, Paragraph 10 to reflect the jurisdiction of Burlington and Sentry as Defendants, as follows::

"(a) Burlington is subject to the *in personam* jurisdiction of this Court because it insured Pilgrim, does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto, engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

(b) Sentry is subject to the *in personam* jurisdiction of this Court because it insured Pilgrim, does sufficient business in the State of Louisiana and within this federal district to confer dame, and at all relevant times hereto, engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

**3.**

By amending the heading in Count 2 to read as follows:

**"COUNT 2:
CAUSE OF ACTION AGAINST BURLINGTON,
CRUM & FORSTER, AND/OR SENTRY"**

**4.**

By amending the Compensatory Damages section, Paragraph 103, to read:

"103. In addition to and by way of summarizing the compensatory damages prayed for herein, each Named Plaintiff avers that the Defendants, the

3

United States of America through the Federal Emergency Management Agency, Crum & Forster Specialty Insurance Company, Shaw Environmental, Inc., Burlington Insurance Company, and Sentry Insurance A Mutual Company, individually and/or jointly, are responsible for all damages which each Named Plaintiff herein has suffered and continues to suffer as a consequence of Defendant's acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as all general, special, incidental and consequential damages, as shall be proven at the time of trial."

**4.**

By amending the Prayer for Relief to read:

"**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that their original Complaint for Damages and all subsequent amending complaints be amended to reflect the addition of Burlington Insurance Company and Sentry Insurance A Mutual Company as Defendants, and that Crum & Forster Specialty Insurance Company, Burlington Insurance Company,

Sentry Insurance A Mutual Company, Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency be served with a copy of this Amended Complaint, all prior amending complaints, and the original Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the Defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

    (a) past and future physical injuries;

    (b) past and future mental and physical pain and suffering;

    (c) past and future physical impairments and disability;

    (d) past and future reasonable and necessary medical expenses;

    (e) past and future loss of earning capacity;

    (f) past and future loss of enjoyment and quality of life;

    (g) loss of consortium and/or society;

    (h) compensable out-of-pocket expenses related to Defendants' wrongdoing; and

    (i) costs of court.

3. all other general, equitable, and further relief as the Court may deem just and proper.

>THE PENTON LAW FIRM
>209 HOPPEN PLACE
>BOGALUSA, LOUISIANA  70427
>PHONE       :       (985) 732-5651
>FAX         :       (985) 735-5579
>E-MAIL      :       fedcourtmail@rgplaw.com
>
>
>s/Ronnie G. Penton
>Ronnie G. Penton (#10462)
>MaryAnna Penton (#32920)
>Trial Counsel for Plaintiffs