UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| Suit Nos. 09-3747, 09-3590, 10-3716, 10-3472, 10-3474, and 10-3477 | MAG. JUDGE CHASEZ |

### UNOPPOSED *EX PARTE* MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE

Defendant, Dutchmen Manufacturing, Inc. moves this Court to dismiss the claims of the plaintiffs listed below because they have failed to provide a plaintiff fact sheet, and thus failed to comply with PTO Nos. 2 and 32.

The plaintiffs for whom dismissal is sought are the following:

| Name of Plaintiff | Suit No(s) |
|---|---|
| Bowman, Gerquel | 10-3716 |
| Figueroa, Daniel | 10-3716, 10-3477 |
| Figueroa, Debora | 10-3716, 10-3477 |
| Karcher, Monica | 10-3716, 10-3474 |
| Karcher, Rodney | 10-3716 |
| Kramer, Charlene | 10-3716, 10-3477 |
| McCallon, Arnold | 10-3716 10-3477 |
| McCallon, Blake | 10-3716, 10-3477 |
| Miller, Melvin | 10-3716 |

| | |
|---|---|
| Miller, Patricia | 10-3716 |
| Miller, Rajene | 10-3716 |
| Mitchell, Scott (obo C.M.) | 10-3477, 10-3716 |
| Richard, Anetra | 10-3716 |
| Richard, Kentrell | 09-3590 |
| Rochon, Shawn | 09-3590, 09-3747 |
| Rodi, Maria | 10-3716, 10-3472 |
| Rodi, Wade | 10-3716, 10-3472 |

As explained in the attached memorandum, Dutchmen has complied fully with the fact sheet deficiency process. After plaintiffs failed to provide a fact sheet, pursuant to PTO No. 10, counsel for Dutchmen contacted counsel for the plaintiffs, Ms. Roberta Burns. In an email dated October 24, 2011, plaintiffs' counsel indicated that she did <u>not</u> oppose the dismissals of the claims by these plaintiffs.

Dutchmen has submitted a proposed order in connection with this motion.

Respectfully submitted,

*s/ Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080
         -and-
Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170

{B0758226.1}                                2

Telephone: (504) 582-8000
Facsimile: (504) 589-8208

***Counsel for Sentry Insurance A Mutual Company***

Date: October 25, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 25th day of October, 2011.

*s/Ryan E. Johnson*
_____

Ryan E. Johnson