

# JONES WALKER

Ryan E. Johnson
Not admitted in Alabama
Direct Dial 225-248-2080
Direct Fax 225-248-3080
rjohnson@joneswalker.com

August 19, 2011

**VIA FACSIMILE**

| | | |
|---|---|---|
| Mr. Gerald Meunier, Esq. (504) 528-9973 | Daniel E. Becnel, Jr. (985) 536-6445 | Mikal Watts, Esq. (361) 882-1261 |
| Ronnie G. Penton, Esq. (985) 735-5579 | John Arthur Eaves, Jr. (601) 355-0530 | Lawrence J. Centola, Jr. (504) 525-1279 |
| Anthony Buzbee, Esq. (713) 223-5909 | Frank D'Amico, Jr. (504) 525-1167 | Joseph Bruno, Esq. (504) 581-1493 |
| Jack Harang, Esq. (504) 581-7057 | Jim Hall, Esq. (504) 832-1799 | William Bobby Gill, III (601) 352-5353 |
| J. Rock Palermo, III (337) 310-1601 | Daniel D. Ware, Esq. (601) 368-9958 | C. Edward Gibson, IV (228) 466-9233 |
| Casey L. Lott, Esq. (662) 728-1992 | Sidney Torres, III (504) 271-1961 | |

Re: In re FEMA Trailer Formaldehyde Products Liability Litigation
No. 07-MD-1873, Eastern District of Louisiana

Dear Counsel:

I represent and write on behalf of Dutchmen Manufacturing, Inc. ("Dutchmen") in the above referenced matter. I enclose a list of plaintiffs who have filed suit against Dutchmen but for whom we have not received plaintiff fact sheets. As such, please provide completed plaintiff fact sheets (which include signed Certifications, Authorizations, HIPAA Releases and Privacy Act Releases) within 30 days of your receipt of this correspondence.

If you have any questions, please do not hesitate to contact me. Your attention to this matter is greatly appreciated.

**EXHIBIT 1**

August 19, 2011
Page 2

Sincerely,

*Ryan E. Johnson* (signature)

Ryan E. Johnson

REJ/abh
cc:    Gerald Meunier, Esq. (via email gmenunier@gainsben.com)
       Andrew D. Weinstock, Esq. (via email andreww@duplass.com)
       Henry Miller, Esq. (via email henry.miller@usdoj.gov)
       David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
       Charles Leche, Esq. (via email cleche@dkslaw.com)

{B0742853.1 }

## DUTCHMEN PFS

|   | A | B | C | D | G |
|---|---|---|---|---|---|
| 1 | Last Name | First Name | Middle | Suit No. | ATTY |
| 2 | Barnes | Harvey |  | 2:09-5366 | Becnel |
| 3 | Boudreaux | Alyssa |  | 2:09-5366 | Becnel |
| 4 | Boudreaux | Michael |  | 2:09-5366 | Becnel |
| 5 | Jackson | Edwa |  | 2:09-5370 | Becnel |
| 6 | Parkman | Stacey |  | 2:09-5370 | Becnel |
| 7 | Parkman | Tracey |  | 2:09-5370 | Becnel |
| 8 | Petetant | Amonti |  | 2:09-5370 | Becnel |
| 9 | Petetant | Lentrell |  | 2:09-5370 | Becnel |
| 10 | Ponte | Kimora |  | 2:09-5366 | Becnel |
| 11 | Ponte | Quensell |  | 2:09-5366 | Becnel |
| 12 | Stevens | Dorothy |  | 2:10-2427 | Becnel |
| 13 | Stieb | Romalis |  | 2:09-5378 | Becnel |
| 14 | Stieb | Romell |  | 2:09-5378 | Becnel |
| 15 | Stieb | Rondall |  | 2:09-5378 | Becnel |
| 16 | Jones | Eva |  | 2:09-8715 | Becnel |
| 17 | Porterfield | Nathaniel |  | 2:09-7291 | Becnel |
| 18 | Allen | Vernon | J. | 2:09-8660 | Bruno & Bruno |
| 19 | Bernard | Donald | J. | 2:09-8660 | Bruno & Bruno |
| 20 | Brown | George |  | 2:09-8660 | Bruno & Bruno |
| 21 | Brown | Robert | L. | 2:09-8660 | Bruno & Bruno |
| 22 | Clofer, Jr. | Leroy | L. | 2:09-8660 | Bruno & Bruno |
| 23 | Davis | Sylvia |  | 2:09-8660 | Bruno & Bruno |
| 24 | Davis | V. | Sandra | 2:09-8660 | Bruno & Bruno |
| 25 | Dickerson-Tate | Antoinette |  | 2:09-8660 | Bruno & Bruno |
| 26 | Hall | Marc | D. | 2:09-8660 | Bruno & Bruno |
| 27 | Hall | Merial |  | 2:09-8660 | Bruno & Bruno |
| 28 | Hines | Lataria |  | 2:09-8660 | Bruno & Bruno |
| 29 | Jackson | Henry |  | 2:09-8660 | Bruno & Bruno |
| 30 | Johnson | Brenda |  | 2:09-8660 | Bruno & Bruno |
| 31 | Johnson | Penny |  | 2:09-8660 | Bruno & Bruno |
| 32 | Jones | Michael |  | 2:09-8660 | Bruno & Bruno |
| 33 | Kelly | Corey |  | 2:09-8660 | Bruno & Bruno |
| 34 | Pohlmann, Jr. | Anthony |  | 2:09-8660 | Bruno & Bruno |
| 35 | Prout | Joshua | L. | 2:09-8660 | Bruno & Bruno |
| 36 | Prout | Julinee | R. | 2:09-8660 | Bruno & Bruno |
| 37 | Prout | Lisa | H. | 2:09-8660 | Bruno & Bruno |
| 38 | Rhea | Sybil |  | 2:09-8660 | Bruno & Bruno |
| 39 | Robichaux | Kyla |  | 2:09-8660 | Bruno & Bruno |
| 40 | Robichaux, Sr. | Kenneth |  | 2:09-8660 | Bruno & Bruno |
| 41 | Robicheaux | Kenneth |  | 2:09-8660 | Bruno & Bruno |
| 42 | Smith, Jr. | Christopher |  | 2:09-8660 | Bruno & Bruno |
| 43 | Smith, Sr. | Henry |  | 2:09-8660 | Bruno & Bruno |
| 44 | Thomas | Betty |  | 2:09-8660 | Bruno & Bruno |
| 45 | Thomas | Clarence |  | 2:09-8660 | Bruno & Bruno |
| 46 | Thomas | John | A. | 2:09-8660 | Bruno & Bruno |
| 47 | Thomas | Linda | S. | 2:09-8660 | Bruno & Bruno |
| 48 | Belton | Shelton |  | 2:09-8391 | Buzbee |
| 49 | Benoit | Barbara |  | 2:09-8391 | Buzbee |
| 50 | Bowens | Romalice |  | 2:09-8011 | Buzbee |
| 51 | Brazzle | Albert |  | 2:11-0420 | Buzbee |

## DUTCHMEN PFS

|     | A            | B        | C       | D         | G        |
|-----|--------------|----------|---------|-----------|----------|
| 52  | Brazzle      | Ingrid   |         | 2:11-0420 | Buzbee   |
| 53  | Colley       | Thedis   |         | 2:11-0420 | Buzbee   |
| 54  | Dixon        | Tiffany  |         | 2:09-8391 | Buzbee   |
| 55  | Gauci        | Donald   |         | 2:09-8391 | Buzbee   |
| 56  | Jackson      | Dekoth   |         | 2:09-8391 | Buzbee   |
| 57  | Richard      | Loren    |         | 2:09-8391 | Buzbee   |
| 58  | Richard, Jr. | Gary     |         | 2:09-8391 | Buzbee   |
| 59  | Richard, Sr. | Gary     |         | 2:09-8391 | Buzbee   |
| 60  | Walker       | Sage     |         | 2:09-8391 | Buzbee   |
| 61  | Williams     | Kala     |         | 2:09-8391 | Buzbee   |
| 62  | Cook         | Julie    |         | 2:09-5957 | Centola  |
| 63  | Young        | William  | E.      | 2:11-0373 | D'Amico  |
| 64  | Young        | William  | Robert  | 2:11-0373 | D'Amico  |
| 65  | Barrow       | Kakkie   | L.      | 2:09-8249 | Eaves    |
| 66  | Barrow       | Wesley   | R.      | 2:09-8249 | Eaves    |
| 67  | Bass         | Lisa     |         | 2:09-8249 | Eaves    |
| 68  | Brown        | Vanquezz | Markie  | 2:09-8182 | Eaves    |
| 69  | Brown, Jr.   | Charles  | Wayne   | 2:09-8182 | Eaves    |
| 70  | Clemons      | James    | E.      | 2:09-8182 | Eaves    |
| 71  | Clemons      | Mavis    | C.      | 2:09-8182 | Eaves    |
| 72  | Combs        | James    | Cortez  | 2:09-8286 | Eaves    |
| 73  | Concerly     | Betty    |         | 2:09-8087 | Eaves    |
| 74  | Courtney     | George   |         | 2:09-8286 | Eaves    |
| 75  | Courtney     | George   | N.      | 2:09-8286 | Eaves    |
| 76  | Crossley     | Jamesia  | C.      | 2:09-8182 | Eaves    |
| 77  | Curry        | Donald   |         | 2:09-8257 | Eaves    |
| 78  | Curry        | Melba    |         | 2:09-8257 | Eaves    |
| 79  | Daniels      | Kashela  |         | 2:09-8148 | Eaves    |
| 80  | Duckworth    | Elvin    | Lee     | 2:09-8182 | Eaves    |
| 81  | Duckworth    | Farrah   |         | 2:09-8182 | Eaves    |
| 82  | Durden       | Kasonja  |         | 2:09-8286 | Eaves    |
| 83  | Fournier     | Michael  | F.      | 2:09-8286 | Eaves    |
| 84  | Fournier     | Shelby   |         | 2:09-8249 | Eaves    |
| 85  | Glaude       | Asheca   |         | 2:09-8182 | Eaves    |
| 86  | Green        | Bobby    |         | 2:09-8257 | Eaves    |
| 87  | Hall         | Tammy    | A.      | 2:09-8171 | Eaves    |
| 88  | Hall         | Tracy    |         | 2:09-8171 | Eaves    |
| 89  | Hammond      | Brenda   |         | 2:09-8087 | Eaves    |
| 90  | Hayes        | Mary     |         | 2:09-8055 | Eaves    |
| 91  | Hayes        | Angel    |         | 2:09-8055 | Eaves    |
| 92  | Heuser       | Ashtee   |         | 2:09-8233 | Eaves    |
| 93  | Holliday     | Michelle |         | 2:09-8257 | Eaves    |
| 94  | Holliday     | Terry    | W.      | 2:09-8257 | Eaves    |
| 95  | Hubbard      | Ray      | Charles | 2:09-8257 | Eaves    |
| 96  | Hubbard      | Tonia    | Cafaye  | 2:09-8257 | Eaves    |
| 97  | Irby         | Danny    |         | 2:09-8257 | Eaves    |
| 98  | Irby, Jr.    | Danny    |         | 2:09-8257 | Eaves    |
| 99  | Jackson      | Brenda   | Joyce   | 2:09-8286 | Eaves    |
| 100 | Jackson      | Steven   | Anthony | 2:09-8286 | Eaves    |
| 101 | Kopszywa     | Richard  | C.      | 2:09-8286 | Eaves    |

**DUTCHMEN PFS**

|     | A | B | C | D | G |
|---|---|---|---|---|---|
| 102 | Leblanc | Gregory | M. | 2:09-8044 | Eaves |
| 103 | Lee | Deborah |  | 2:09-8087 | Eaves |
| 104 | Lee | Robert |  | 2:09-8163 | Eaves |
| 105 | Lenoir | Willermenia |  | 2:09-8100 | Eaves |
| 106 | Lenoir | Willie | J. | 2:09-8100 | Eaves |
| 107 | Lessard | Jessica |  | 2:09-8286 | Eaves |
| 108 | Levitt | Robin | M. | 2:09-8286 | Eaves |
| 109 | Lewis | Dominique | C. | 2:09-8171 | Eaves |
| 110 | Lewis | Ray |  | 2:09-8163 | Eaves |
| 111 | Marion | Jennifer | Shauntel | 2:09-8143 | Eaves |
| 112 | Marion | WayJen |  | 2:09-8143 | Eaves |
| 113 | Mason | Clarita |  | 2:09-8100 | Eaves |
| 114 | Mason | Dessie |  | 2:09-8100 | Eaves |
| 115 | McCann | Johnny |  | 2:09-8094 | Eaves |
| 116 | McCann | Shelia |  | 2:09-8094 | Eaves |
| 117 | McGowan | Letonio |  | 2:09-8087 | Eaves |
| 118 | McGowan | Rekelia |  | 2:09-8087 | Eaves |
| 119 | McGowan | Riccardo |  | 2:09-8087 | Eaves |
| 120 | McGowan | Rico |  | 2:09-8163 | Eaves |
| 121 | McGowan | Romel |  | 2:09-8087 | Eaves |
| 122 | McGowan | Tyrell | D. | 2:09-8087 | Eaves |
| 123 | McGowan | Deta |  | 2:09-8087 | Eaves |
| 124 | McKay | Constance |  | 2:09-8171 | Eaves |
| 125 | Mitchell | Rico | T. | 2:09-8143 | Eaves |
| 126 | Moss | Cammie | Sherri | 2:09-8143 | Eaves |
| 127 | Moss | Jeremy |  | 2:09-8143 | Eaves |
| 128 | Nance | Bettie | K. | 2:09-8171 | Eaves |
| 129 | Nance, Sr. | Jimmy | L. | 2:09-8171 | Eaves |
| 130 | Peters | Cheney |  | 2:09-8094 | Eaves |
| 131 | Peters | Thorinthus |  | 2:09-8094 | Eaves |
| 132 | Pittman | Patricia |  | 2:09-8087 | Eaves |
| 133 | Shavers | Barbara | Marie | 2:09-8233 | Eaves |
| 134 | Shavers | David | Leon | 2:09-8233 | Eaves |
| 135 | Skinner | Elizabeth | M. | 2:09-8233 | Eaves |
| 136 | Smith | Shirley |  | 2:09-8163 | Eaves |
| 137 | Smith | William |  | 2:09-8163 | Eaves |
| 138 | Stallworth | Agnes | F. | 2:09-8143 | Eaves |
| 139 | Stallworth | Krystal |  | 2:09-8143 | Eaves |
| 140 | Thadison | Ardenious |  | 2:09-8233 | Eaves |
| 141 | Thadison | Tara |  | 2:09-8233 | Eaves |
| 142 | Thomas | Mary |  | 2:09-8100 | Eaves |
| 143 | Tidwell | Charles |  | 2:09-8233 | Eaves |
| 144 | Tidwell | Esther |  | 2:09-8233 | Eaves |
| 145 | Tidwell, Jr. | Samuel |  | 2:09-8233 | Eaves |
| 146 | Tidwell, Sr. | Samuel |  | 2:09-8233 | Eaves |
| 147 | Triplett | Kathy |  | 2:09-8148 | Eaves |
| 148 | Triplett, Sr. | John | Fitzgerald | 2:09-8148 | Eaves |
| 149 | Wallace | Arsha | Shavon | 2:09-8148 | Eaves |
| 150 | Wallace | Jamina |  | 2:09-8148 | Eaves |
| 151 | Wallace | Jomarion |  | 2:09-8148 | Eaves |
| 152 | Walls | Damian | Keitron | 2:09-8148 | Eaves |

## DUTCHMEN PFS

| | A | B | C | D | G |
|---|---|---|---|---|---|
| 153 | Webb | Janice | | 2:09-8100 | Eaves |
| 154 | Williams | Mijee | | 2:09-8148 | Eaves |
| 155 | Williams | Quenise | | 2:09-8148 | Eaves |
| 156 | Zanders | Denise | | 2:09-8182 | Eaves |
| 157 | McGee | Antoino | | 2:10-3921 | GainsBen |
| 158 | McGee | Brittnay | | 2:10-3921 | GainsBen |
| 159 | McGee | Eloise | | 2:10-3921 | GainsBen |
| 160 | McGee, Jr. | Robert | | 2:10-3921 | GainsBen |
| 161 | Miller | Blake | | 2:10-2392 | GainsBen |
| 162 | Miller | Brittany | | 2:10-2392 | GainsBen |
| 163 | Miller | Melissa | | 2:10-2392 | GainsBen |
| 164 | Miller, Jr. | Michael | | 2:10-3918 | GainsBen |
| 165 | Miller, Jr. | Michael | | 2:10-2392 | GainsBen |
| 166 | Miller, Sr. | Michael | | 2:10-3918 | GainsBen |
| 167 | Bartholomew | Floyd | A. | 1:11-0149 | Gill Ladner |
| 168 | Bartholomew | Melissa | N. | 1:11-0149 | Gill Ladner |
| 169 | Bartholomew | Sonya | E. | 1:11-0149 | Gill Ladner |
| 170 | Berry | Tony | | 2:09-5611 | Gill Ladner |
| 171 | Berry-Thomas | Mary | | 2:09-5611 | Gill Ladner |
| 172 | Blythe | April | L. | 2:09-5611 & 11-1042 | Gill Ladner |
| 173 | Blythe | Sharon | Atwell | 2:09-5611 & 11-1042 | Gill Ladner |
| 174 | Greenwell | Cherie | | 2:09-5611 | Gill Ladner |
| 175 | Leggins | Temikka | | 1:11-0128 | Gill Ladner |
| 176 | McCoy | Cherry | Anne | 2:09-5611 | Gill Ladner |
| 177 | McCoy | Martha | R. | 2:09-5611 | Gill Ladner |
| 178 | McQueen | Darrell | Judson | 2:09-5611 | Gill Ladner |
| 179 | Newell | Maggie | Leigh | 2:09-5611 | Gill Ladner |
| 180 | Polk | April | Michell | 1:11-0127 | Gill Ladner |
| 181 | Redmond | Glenda | Jean | 2:09-5611 | Gill Ladner |
| 182 | Rivera | Rafael | Jesus | 2:09-5611 | Gill Ladner |
| 183 | Rivera | Wanda | Irene | 2:09-5611 | Gill Ladner |
| 184 | Rodriguez | Wanda | Ivette | 2:09-5611 | Gill Ladner |
| 185 | Thomas | Carol | Ann | 2:09-5611 | Gill Ladner |
| 186 | Wierson | Cheryl | | 2:09-5611 | Gill Ladner |
| 187 | Wierson | Daniel | | 2:09-5611 | Gill Ladner |
| 188 | Wilson | Alisha | | 2:09-5611 | Gill Ladner |
| 189 | Wilson | Lois | | 2:09-5611 | Gill Ladner |
| 190 | Alberti | Milda | | 2:08-4630 | Harang |
| 191 | Alford | L. | C. | 2:08-4630 | Harang |
| 192 | Andrews | James | | 2:08-4630 | Harang |
| 193 | Batiste | Debra | | 2:08-4630 | Harang |
| 194 | Collins | Maxine | | 2:08-4630 | Harang |
| 195 | Dean | Artinna | | 2:08-4630 | Harang |
| 196 | Desselle | Seretha | | 2:08-4630 | Harang |
| 197 | Edwards | Frances | | 2:08-4630 | Harang |
| 198 | Fremin | Kyla | | 2:08-4630 | Harang |
| 199 | Garrus | Quintin | | 2:08-4630 | Harang |

**DUTCHMEN PFS**

|     | A | B | C | D | G |
|-----|---|---|---|---|---|
| 200 | Gayden | Dock | | 2:08-4630 | Harang |
| 201 | Green | Lynell | | 2:08-4630 | Harang |
| 202 | Hale | Barton | | 2:08-4630 | Harang |
| 203 | Harris, Sr. | John | | 2:08-4630 | Harang |
| 204 | Helmsetter | John | | 2:08-4630 | Harang |
| 205 | Henry | Benjamin | | 2:08-4630 | Harang |
| 206 | Henry | Leroy | | 2:08-4630 | Harang |
| 207 | Hughes | Marlene | | 2:08-4630 | Harang |
| 208 | Hutchinson | Pamela | | 2:08-4630 | Harang |
| 209 | Isaac | Carl | | 2:08-4630 | Harang |
| 210 | Jackson | Claudia | | 2:08-4630 | Harang |
| 211 | Johnson | Karen | | 2:08-4630 | Harang |
| 212 | Johnson | Reginald | | 2:08-4630 | Harang |
| 213 | Jones | Kewanna | | 2:08-4630 | Harang |
| 214 | King | Louise | | 2:08-4630 | Harang |
| 215 | Landry | Vernest | | 2:08-4630 | Harang |
| 216 | Laney | Phyllis | | 2:08-4630 | Harang |
| 217 | McCuistion | Randy | | 2:08-4630 | Harang |
| 218 | McNeil | Janice | | 2:08-4630 | Harang |
| 219 | Miller | Johnny | | 2:08-4630 | Harang |
| 220 | Moliere | Kai | | 2:08-4630 | Harang |
| 221 | Monk | Randall | | 2:08-4630 | Harang |
| 222 | Moore | Jene | | 2:08-4630 | Harang |
| 223 | Narcisse | Rosie | | 2:08-4630 | Harang |
| 224 | Penton | Brad | | 2:08-4630 | Harang |
| 225 | Seals | Wayne | | 2:08-4630 | Harang |
| 226 | Simon | Sarah | | 2:08-4630 | Harang |
| 227 | Thomas | Kip | | 2:08-4630 | Harang |
| 228 | Thompson | Jimmie | | 2:08-4630 | Harang |
| 229 | Tievel | Lequestia | | 2:08-4630 | Harang |
| 230 | Turner | Steven | | 2:08-4630 | Harang |
| 231 | Ware | Ray | | 2:08-4630 | Harang |
| 232 | West | Danielle | | 2:08-4630 | Harang |
| 233 | West | Zania | | 2:08-4630 | Harang |
| 234 | Whittey | Sharon | | 2:08-4630 | Harang |
| 235 | Williams | Lorraine | | 2:08-4630 | Harang |
| 236 | Carpenter | Brian | | 2:10-4118 and 1:10-0424 | Hawkins Stracener |
| 237 | Carpenter | Hollie | | 2:10-4118 and 1:10-0424 | Hawkins Stracener |

**DUTCHMEN PFS**

|  | A | B | C | D | G |
|---|---|---|---|---|---|
| 238 | Banton | Jonique | N. | 2:09-4853 | Jim Hall |
| 239 | Durden | Logan |  | 2:09-4853 | Jim Hall |
| 240 | Santiago | Rodney |  | 2:09-4855 | Jim Hall |
| 241 | Santiago | Ronique |  | 2:09-4855 | Jim Hall |
| 242 | Santiago, III | Ulysses | A. | 2:09-4855 | Jim Hall |
| 243 | Smith | Melvin |  | 2:09-4854 | Jim Hall |
| 244 | Smith | Tahagie |  | 2:09-4854 | Jim Hall |
| 245 | Smith | Terrence |  | 2:09-4854 | Jim Hall |
| 246 | Cain | Callie |  | 2:10-2876 | Langston & Lott |
| 247 | Smith | Briana |  | 2:10-3408 | Langston & Lott |
| 248 | Bigner | Lena |  | 2:09-4232 | Penton |
| 249 | McInnis | Kelvin |  | 2:10-3004 | Penton |
| 250 | Mosely | Willie |  | 2:10-2899 | Penton |
| 251 | Ross | Shalesha |  | 2:09-4232 | Penton |
| 252 | Chavarria | Oscar |  | 2:09-6253 | Polermo |
| 253 | Francois | Anaya |  | 2:09-6253 | Polermo |
| 254 | Francois | Ardel |  | 2:09-6253 | Polermo |
| 255 | Francois | Deriel |  | 2:09-6253 | Polermo |
| 256 | Petty | Shonda |  | 2:09-7050 | Polermo |
| 257 | Rodriguez | Leticia |  | 2:09-6253 | Polermo |
| 258 | Bolin | Charlene |  | 2:09-3590 | Torres |
| 259 | Bowman | Gerquel | M. | 2:10-3716 | Torres |
| 260 | Figueroa | Daniel |  | 2:10-3716 | Torres |
| 261 | Figueroa | Debora | Cisco | 2:10-3716 | Torres |
| 262 | Karcher | Monica | Poche | 2:10-3716 | Torres |
| 263 | Karcher | Rodney | David | 2:10-3716 | Torres |
| 264 | Karcher, Jr. | Rodney |  | 2:10-3716 | Torres |
| 265 | Kramer | Charlene | Bolin | 2:10-3716 | Torres |
| 266 | McCallon | Arnold |  | 2:10-3716 | Torres |
| 267 | McCallon | Blake |  | 2:10-3716 | Torres |
| 268 | Miller | Melvin |  | 2:10-3716 | Torres |
| 269 | Miller | Patricia |  | 2:10-3716 | Torres |
| 270 | Miller | Rajene |  | 2:10-3716 | Torres |
| 271 | Mitchell | Scott |  | 2:10-3716 | Torres |
| 272 | Richard | Anetra |  | 2:10-3716 | Torres |
| 273 | Richard | Kentrell |  | 2:09-3590 | Torres |
| 274 | Rochon | Shawn | Nicole | 2:09-3590 | Torres |
| 275 | Rodi | Maria | Theresa | 2:10-3716 | Torres |
| 276 | Rodi | Wade |  | 2:10-3716 | Torres |
| 277 | Howell | Summer |  | 2:09-6942 | Ware |
| 278 | Payton | Antonia | Parkman | 2:09-6942 | Ware |
| 279 | Price | Heaven |  | 2:09-6942 | Ware |
| 280 | Teayra | Craine |  | 2:09-6942 | Ware |
| 281 | Vo | Tuan |  | 2:09-6942 | Ware |
| 282 | Banks | Shunita | Leverette | 2:10-2221 | Watts Hilliard |
| 283 | Barajas | Aurelia |  | 2:09-7922 | Watts Hilliard |
| 284 | Barrow | Wesley |  | 2:10-1270 | Watts Hilliard |
| 285 | Barrow | Kakki |  | 2:10-1270 | Watts Hilliard |
| 286 | Barton | Mavis |  | 2:10-1270 | Watts Hilliard |
| 287 | Bennett | William |  | 2:10-1270 | Watts Hilliard |
| 288 | Bleidt | Ashley |  | 2:09-7067 | Watts Hilliard |

**DUTCHMEN PFS**

|     | A | B | C | D | G |
| --- | --- | --- | --- | --- | --- |
| 289 | Burney | Patricia |  | 2:09-7922 | Watts Hilliard |
| 290 | Courtney | Bennett |  | 2:09-7067 | Watts Hilliard |
| 291 | Dauphin | Dimitri |  | 2:09-7973 | Watts Hilliard |
| 292 | Davis | Melanie |  | 2:10-2182 | Watts Hilliard |
| 293 | Edwards | Ethel |  | 2:10-1270 | Watts Hilliard |
| 294 | Farve-Cohen | Theresia |  | 2:10-2221 | Watts Hilliard |
| 295 | Hall | Glorie |  | 2:09-7922 | Watts Hilliard |
| 296 | Harris | Adein |  | 2:09-7067 | Watts Hilliard |
| 297 | Ladner | Caitlyn |  | 2:09-7067 | Watts Hilliard |
| 298 | Ladner | Sallie |  | 2:09-7067 | Watts Hilliard |
| 299 | Lett | Ruby |  | 2:09-6942 | Watts Hilliard |
| 300 | Magee | Alex |  | 2:10-1270 | Watts Hilliard |
| 301 | Martin | George |  | 2:09-6942 | Watts Hilliard |
| 302 | Mauffray | Mary |  | 2:09-7067 | Watts Hilliard |
| 303 | Mitchell | Dorothy |  | 2:10-2221 | Watts Hilliard |
| 304 | Nagrete | Carina |  | 2:09-7922 | Watts Hilliard |
| 305 | Orengo | Benigno |  | 2:09-7922 | Watts Hilliard |
| 306 | Parker | Christi |  | 2:09-7067 | Watts Hilliard |
| 307 | Ramond | Elyse |  | 2:09-6942 | Watts Hilliard |
| 308 | Ramond | Paige |  | 2:09-6942 | Watts Hilliard |
| 309 | Simolke | Brandon |  | 2:10-1270 | Watts Hilliard |
| 310 | Simolke | Bryan |  | 2:10-1270 | Watts Hilliard |
| 311 | Simolke | Keith |  | 2:10-1270 | Watts Hilliard |
| 312 | Simolke | Malissa |  | 2:10-1270 | Watts Hilliard |
| 313 | Simolke | Mary |  | 2:10-1270 | Watts Hilliard |
| 314 | Smith | Dauline |  | 2:09-7922 | Watts Hilliard |
| 315 | Smith | Trinette |  | 2:10-2221 | Watts Hilliard |
| 316 | Smith | Verona |  | 2:10-2221 | Watts Hilliard |
| 317 | Smith | Warnika |  | 2:10-2221 | Watts Hilliard |
| 318 | Steber | Angel |  | 2:09-7067 | Watts Hilliard |
| 319 | Steber | Morice |  | 2:10-1270 | Watts Hilliard |
| 320 | Townsend | Ky'Asia |  | 2:10-1270 | Watts Hilliard |
| 321 | Treadwell | Regginald |  | 2:09-7067 | Watts Hilliard |
| 322 | Walsh | Nathan |  | 2:09-7067 | Watts Hilliard |
| 323 | West | Rhonda |  | 2:09-6942 | Watts Hilliard |
| 324 | Wonleys | Jomicko |  | 2:10-2221 | Watts Hilliard |

B0729990                                   7