Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

September 19, 2011

**Via Email**
Ryan Johnson
Jones Walker
8555 United Plaza Blvd.
Baton Rouge, Louisiana 70809

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
           MDL No. 07-1873
           *Dutchmen Manufacturing, Inc Missing Plaintiff Fact Sheets*

Dear Counsel:

    Pursuant to your letter dated August 19, 2011, after researching our files we are unable to locate a PFS for the following clients:

1. Bowman, Gerquel
2. Figueroa, Daniel
3. Figueroa, Debora
4. Karcher, Monica
5. Karcher, Rodney Jr
6. Kramer, Charlene
7. McCallon, Arnold
8. McCallon, Blake
9. Miller, Melvin
10. Miller, Patricia
11. Miller, Rajene
12. Mitchell, Scott
13. Richard, Anetra
14. Richard, Kentrell
15. Rochon, Shawn
16. Rodi, Maria
17. Rodi, Wade



EXHIBIT 2

Ryan Johnson
Jones Walker
September 19, 2011
Page 2

Thanking you for your attention to this matter, I remain

Sincerely,

s/Roberta L. Burns

Roberta L. Burns

RLB/jb

cc:

**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison:**
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

Ryan Johnson
Jones Walker
September 19, 2011
Page 3

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts