UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| Suit Nos. 09-3747, 09-3590, 10-3716,<br>10-3472, 10-3474, and 10-3477 | MAG. JUDGE CHASEZ |

## JUDGMENT

Considering the *Ex Parte* Unopposed Motion for Dismissal of Claims filed by Defendant Dutchmen Manufacturing, Inc., and based on the applicable law, facts and arguments of counsel all of which the Court has considered,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims of the following plaintiffs are dismissed, with prejudice, each party to bear its own expenses, attorney's fees and costs:

| Name of Plaintiff | Suit No(s) |
|---|---|
| Bowman, Gerquel | 10-3716 |
| Figueroa, Daniel | 10-3716, 10-3477 |
| Figueroa, Debora | 10-3716, 10-3477 |
| Karcher, Monica | 10-3716, 10-3474 |

{B0758268.1}

| | |
|---|---|
| Karcher, Rodney | 10-3716 |
| Kramer, Charlene | 10-3716, 10-3477 |
| McCallon, Arnold | 10-3716 10-3477 |
| McCallon, Blake | 10-3716, 10-3477 |
| Miller, Melvin | 10-3716 |
| Miller, Patricia | 10-3716 |
| Miller, Rajene | 10-3716 |
| Mitchell, Scott (obo C.M.) | 10-3477, 10-3716 |
| Richard, Anetra | 10-3716 |
| Richard, Kentrell | 09-3590 |
| Rochon, Shawn | 09-3590, 09-3747 |
| Rodi, Maria | 10-3716, 10-3472 |
| Rodi, Wade | 10-3716, 10-3472 |

New Orleans, Louisiana, this _____day of October, 2011.

_____
United States District Court Judge

{B0758268.1}