UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos.  09-4000, 09-7705, 09-8631, | * | JUDGE ENGELHARDT |
| 09-8635, 09-8636, 09-8637, 10-0425, | * | |
| 10-2535, 10-2546, 11-0301 | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION TO PARTIALLY WITHDRAW FOREST RIVER, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

On Friday, October 14, 2011, Defendants Forest River, Inc. ("Forest River") moved this Court to dismiss the claims of certain  plaintiffs against Forest River on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 23164].  Forest River has since received PFSs for several of the plaintiffs listed within Forest River's Motion to Dismiss and has received requests from plaintiffs' counsel asking Forest River to withdraw its Motion to Dismiss as to certain plaintiffs because they did not stay in a Forest River trailer and plaintiffs counsel indicated they would voluntarily dismiss those plaintiffs after amending them into cases with the proper manufacturer. *See attached emails dated October 21, 2011, labeled exhibits "A" and "B".*  Thus, Forest River moves this Court to withdraw its previously filed motion to dismiss as to the plaintiffs listed below because PFSs were provided for these plaintiffs:

   **09-4000**       **Heintz, Justin v. Forest River**
                    Stevens, Lionel

   **09-7705**       **Mitchell, Linda v. Forest River**

|  |  |
|---|---|
| Mitchell, James Sr. | Mitchell, Timeka o/b/o J.M. |
| Mitchell, Timeka o/b/o A.B., Jr. | |

**09-8635**  **Tolliver, Doris v. Forest River**
Cooper, Chantrell                         Richardson, Keith
Cooper, Shontrell G. o/b/o J.G            Washington, Oscar

**09-8636**  **Butler, Dorothy v. Forest River**
Barnes, Michael Jr.                       Lapage, Charles Sr.
Boswell, Felicia                          Weston, Robin M.
Henry, David Sr.                          Williams, Phifichia
Lanier, Wallace
Lapage, Charles Jr.

**09-8637**  **Armwood, Reggie v. Forest River**
Taylor, Gregory Raymond

**10-0425**  **Mitchell, Linda v. Forest River**
Mitchell, Tomika o/b/o T.M.

**11-0301**  **Anderson, Carlisa v. Forest River**
Cornelison, John Wesley                   Mathis, Jessica
Cornelison, Marcelyn                      Mathis, Jessica o/b/o F.M.
Harbin, Charlotte                         Schoon, Karen
Henley, Willie                            Schoon, Karen o/b/o K.M.
Hines, Stephanie                          Schoon, Raymond B.
Kiesling, Charles                         Smith, Thomas
Kiesling, Charles o/b/o L.M.
Mathis, Edd Wayne

Additionally, Forest River moves this Court to withdraw its previously filed motion to dismiss as to the plaintiffs listed below who, upon representation of plaintiffs' counsel, will be amended out of and subsequently voluntarily dismissed from the corresponding cases noted below:

**09-8635**  **Tolliver, Doris v. Forest River**
Boudreaux, Majorie                        Magee, Jovan o/b/o K.M.
Magee, Jovan                              Magee, Jovan o/b/o P.M.
Magee, Jovan o/b/o C.M.
Magee, Jovan o/b/o D.M.

**09-8636**  **Butler, Dorothy v. Forest River**
Ainey, Melvin                             Melerine, Gwendolyn o/b/o B.M.

    Harris, Richard       Melerine, Leo Jr.
    Melerine, Gwendolyn

**09-8637**    **Armwood, Reggie v. Forest River**
    Roberts, Herbert

 For clarification purposes, Forest River's Motion to Dismiss for Failure to Comply With

PTOs No. 2 and 32 for failure to provide PFSs still remains as to the following plaintiffs:

**09-8631**    **Cheek, Helen v. Forest River**
    Joseph, Harold o/b/o Gary Joseph
    (deceased)

**09-8635**    **Tolliver, Doris v. Forest River**
    Taylor, Russell o/b/o K.T.

**09-8636**    **Butler, Dorothy v. Forest River**
    Gutieny, Onelia

**09-8637**    **Armwood, Reggie v. Forest River**
    Harris, Martin
    Wilson, Tino

**10-2535**    **Perkins, Rondel v. Forest River**
    Walton, Gaynell       Walton, Ronald o/b/o T.W.
    Walton, Ronald

**10-2546**    **White, Sterling Jr. v. Forest River**
    Latina, Jackson

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 25, 2011 via electronic filing.


/s/ Ernest P. Gieger, Jr.