UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos.  09-4000, 09-7705, 09-8631, | * | JUDGE ENGELHARDT |
| 09-8635, 09-8636, 09-8637, 10-0425, | * | |
| 10-2535, 10-2546, 11-0301 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE

In accordance with Pre-Trial Order No. 10, I hereby certify that on October 25, 2011, we corresponded with counsel for the plaintiffs via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to Withdraw.  Plaintiffs' counsel has advised there is no opposition to the filing of this Motion to Withdraw. *See attached series of emails dated October 21, 2011, labeled Exhibit "B"and emails dated October 25, 2011, labeled Exhibits "C" and "D."*

Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (#3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139-4800
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on October 25, 2011 via electronic filing.

        /s/ Ernest P. Gieger, Jr.