# Fran Jeblonski

| | |
|---|---|
| **From:** | Patricia Riegler [priegler@bencomolaw.com] |
| **Sent:** | Friday, October 21, 2011 11:25 AM |
| **To:** | Fran Jeblonski; 'egeiger@glllaw.com'; Mike DiGiglia; Karen B. Davis; 'ANDREW WEINSTOCK' |
| **Cc:** | Raul Bencomo; Yolanda Johnson; Kelly Moorman; Denise Martin |
| **Subject:** | FEMA: PFS for Forest River Claimants |
| **Attachments:** | Cooper, Chantrell.pdf; Boudreaux, Marjorie.pdf; Boswell, Felicia.pdf; Magee, Ciera.pdf; Magee, Donovan.pdf; Magee, Jovan.pdf; Magee, Kevin.pdf; Magee, Precious.pdf; Richardson, Keith 1.pdf; Roberts, Herbert 1.pdf |

*Motion to Dismiss by Forest River Document #23164; Plaintiff Fact Sheet Resubmission*

Pursuant to your recent Motion to Dismiss, please be advised as follows:

1. **Chantrell Cooper (09-8635) and Felicia Boswell (09-8636)**
   Please find copies of PFS previously submitted to defense counsel.

2. **Majorie Boudreaux (09-8635)**
   Upon review, the manufacturer in this matter is Thor. At this time we would like to request that you remove Majorie Boudreaux from the Motion to Dismiss in order that we may properly amend her to the correct manufacturer's suit and voluntarily dismiss her from your client's case.

3. **Jovan Magee, individually and on behalf of the minor children, C▮ M▮, D▮ M▮, K▮ M▮, and P▮ M▮ (09-8635)**
   Upon review, the manufacturer in this matter is KZRV. At this time we would like to request that you remove the Magees from the Motion to Dismiss in order that we may properly amend them to the correct manufacturer's suit and voluntarily dismiss them from your client's case.

4. **Keith Richardson (09-8637)**
   We would also like to request that he is removed from the Motion to Dismiss and we will in turn voluntarily dismiss him from your client's case.

5. **Herbert Roberts (09-8637)**
   Upon review, the manufacturer in this matter is Stewart Park Homes. At this time we would like to request that you remove Mr. Roberts from the Motion to Dismiss in order that we may properly amend him to the correct manufacturer's suit and voluntarily dismiss him from your client's case.

Please contact our office if there are any questions or if you would like to discuss this further. Thanking you for your anticipated courtesies and cooperation, we remain

Patricia Riegler, Legal Assistant
BENCOMO & ASSOCIATES
Attorneys & Counselors At Law
2110 Entergy Building
639 Loyola Avenue
New Orleans, Louisiana 70113
Tel: 504-529-2929
Fax: 504-429-2018


EXHIBIT A