# Fran Jeblonski

| | |
|---|---|
| **From:** | CHELE TALLON [cheletallon@gmail.com] |
| **Sent:** | Friday, October 21, 2011 11:43 AM |
| **To:** | Mike DiGiglia |
| **Cc:** | Kelly Moorman; Fran Jeblonski; Frank J. D'Amico; Tequilla Hargrove; Ernie Gieger; Karen B. Davis; Raul Bencomo; yjohnson@bencomolaw.com; DEBBIE RAMIL; Douglas Schmidt |
| **Subject:** | Re: FEMA: PFS for Forest River Claimants |

Mike,

We do not anticipate any more from this office. Please include Leo Melerine, Jr. with Gwendolyn Melerine and Brittney Melerine.
Thanks again for your patience ion this matter.

Chele


On Fri, Oct 21, 2011 at 11:17 AM, Mike DiGiglia <mdigiglia@glllaw.com> wrote:

Chele,


Do you or the other firms anticipate sending us PFSs for any of the remaining plaintiffs in that MTD between now and noon on Tuesday or should we wait until then just in case some PFSs might be located?


Mike




**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**J. Mike DiGiglia**
**Of Counsel**
Direct Dial: 504-654-1347
Facsimile: 504-561-1011

Email: mdigiglia@glllaw.com

Website: www.glllaw.com

LinkedIn: http://www.linkedin.com/in/mikedigiglia



EXHIBIT B

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** CHELE TALLON [mailto:cheletallon@gmail.com]
**Sent:** Friday, October 21, 2011 11:14 AM

**To:** Mike DiGiglia
**Cc:** Kelly Moorman; Fran Jeblonski; Frank J. D'Amico; Tequilla Hargrove; Ernie Gieger; Karen B. Davis; Raul Bencomo; yjohnson@bencomolaw.com; DEBBIE RAMIL; Douglas Schmidt
**Subject:** Re: FEMA: PFS for Forest River Claimants

Mike,

Thanks, and we will not oppose the rest of them.

Chele

On Fri, Oct 21, 2011 at 10:51 AM, Mike DiGiglia <mdigiglia@glllaw.com> wrote:

Chele,

We will put both of them in the same category as Richard Harris in the email below but as to Viking.

Thanks,

M


GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**J. Mike DiGiglia**
Of Counsel
Direct Dial: 504-654-1347
Facsimile: 504-561-1011

Email: mdigiglia@glllaw.com

Website: www.glllaw.com

LinkedIn: http://www.linkedin.com/in/mikedigiglia

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** CHELE TALLON [mailto:cheletallon@gmail.com]
**Sent:** Friday, October 21, 2011 10:32 AM
**To:** Mike DiGiglia
**Cc:** Kelly Moorman; Fran Jeblonski; Frank J. D'Amico; Tequilla Hargrove; Ernie Gieger; Karen B. Davis; Raul Bencomo; yjohnson@bencomolaw.com; DEBBIE RAMIL; Douglas Schmidt
**Subject:** Re: FEMA: PFS for Forest River Claimants

Counsel,

Upon further review, we have realized that Gwendolyn Melerine and her minor, B███ M███ resided in a Viking trailer installed by Fluor. We ask that you remove them from the Motion to Dismiss to allow us time to amend them to the proper suit. We will then file a Notice of Voluntary Dismissal.

Thanking you in advance,

Chele Tallon

On Fri, Oct 21, 2011 at 9:47 AM, Mike DiGiglia <mdigiglia@glllaw.com> wrote:

Kelly,

Thanks for the PFSs and the clarification below. I'm sure you understand that we are not concerned with which firm represents which plaintiff but with who the Counsel of Record is for each plaintiff in their respective cases.

3

Having said that, it is our understanding that your opposition deadline for our MTD at issue (Rec. Doc. No. 23164) is Tuesday; thus, on Tuesday, just after noon, we will file a Motion to Partially Withdraw Forest River's Motion to Dismiss as to the following:

1.  All plaintiffs listed in that motion <u>for which we have received a PFS as of noon on Tuesday</u> that has listed Forest River as the manufacturer and has a Forest River VIN.

2.  Richard Harris, only with the agreement that you will amend him in to a Gulf Stream case and, upon either a successful amendment or the Court's denial of such amendment, you will file a Voluntary Motion to Dismiss him from *Dorothy Butler v. Forest River*.

The plaintiffs for which we have not received a PFS naming Forest River as the manufacturer and has a Forest River VIN will be left in our Motion to Dismiss.

**<u>PLEASE INDICATE WHETHER YOU WILL CONSENT OR OPPOSE OUR: 1) MOTION TO PARTIALLY WITHDRAW THE PLAINTIFFS LISTED IN NO. 1 & 2 ABOVE AND 2) LEAVING THESE REMAINING PLAINTIFFS IN OUR MOTION TO DISMISS.</u>**

If you are going to email PFSs to us, please bear in mind that we have a 15 MB total limit on email attachments. Make sure that you include me, Fran Jeblonski and Karen Davis in the email distribution.

Thanks,

Mike



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**J. Mike DiGiglia**
**Of Counsel**
Direct Dial: <u>504-654-1347</u>
Facsimile: <u>504-561-1011</u>

Email: <u>mdigiglia@glllaw.com</u>

Website: <u>www.glllaw.com</u>

LinkedIn: http://www.linkedin.com/in/mikedigiglia

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Kelly Moorman [mailto:kmoorman@damicolaw.net]
**Sent:** Friday, October 21, 2011 9:10 AM
**To:** Fran Jeblonski; Frank J. D'Amico
**Cc:** Tequilla Hargrove; Ernie Gieger; Mike DiGiglia; Karen B. Davis; 'Raul Bencomo'; 'yjohnson@bencomolaw.com'; DEBBIE RAMIL; Douglas Schmidt; 'CHELE TALLON'

**Subject:** RE: FEMA: PFS for Forest River Claimants

Fran:

Although the claimants referenced below were filed by this office, only the ones provided to you yesterday are actually represented by our firm. The claimants referenced below are represented as follows:

Joseph, Harold o/b/o Gary Joseph (deceased): *unknown / awaiting representation identification*

Boudreaux, Majorie:  Raul Bencomo

Cooper, Chantrell:  Raul Bencomo

Magee, Jovan:  Raul Bencomo

Magee, Jovan o/b/o C.M.:  Raul Bencomo

Magee, Jovan o/b/o D.M.:  Raul Bencomo

Magee, Jovan o/b/o K.M.:  Raul Bencomo

Magee, Jovan o/b/o P.M.:  Raul Bencomo

Richardson, Keith:  Raul Bencomo

Bowell, Felicia:  Raul Bencomo

Gutieny, Onelia:  Douglas Schmidt

Melerine, Leo Jr.:  Douglas Schmidt

Taylor, Gregory Raymond:  Douglas Schmidt

Harris, Martin: *unknown / awaiting representation identification*

Roberts, Herbert: *unknown / awaiting representation identification*

Walton, Gaynell: *unknown / awaiting representation identification*

Walton, Ronald: *unknown / awaiting representation identification*

Walton, Ronald o/b/o T.W.: *unknown / awaiting representation identification*

Latina, Jackson: *unknown / awaiting representation identification*


Associated counsel has been notified of the pending Motion and should be contacting you regarding their clients.  Additionally, Russell Taylor and Tina Wilson (misspelled on pleading) have been notified as well.  We are currently awaiting their response.  I will update you as soon as I hear who represents the unknown clients.  Please contact our office if there any questions.  Thank you.


Sincerely,


Kelly B. Moorman

Sr. Litigation Paralegal

FRANK J. D'AMICO, JR., APLC

4731 Canal St.

New Orleans, LA  70119

Telephone (504) 525-7272


**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Thursday, October 20, 2011 4:53 PM
**To:** Kelly Moorman; Frank J. D'Amico
**Cc:** Tequilla Hargrove; Ernie Gieger; Mike DiGiglia; Karen B. Davis
**Subject:** RE: FEMA: PFS for Forest River Claimants

Kelly/Mr. D'Amico:


We have now received PFSs for many of the individuals named in Forest River's Motion to Dismiss, however, I do not see where PFSs have been provided for the following:


Joseph, Harold o/b/o Gary Joseph (deceased)

Boudreaux, Majorie

Cooper, Chantrell

Magee, Jovan

Magee, Jovan o/b/o C.M.

Magee, Jovan o/b/o D.M.

Magee, Jovan o/b/o K.M.

Magee, Jovan o/b/o P.M.

Richardson, Keith

Taylor, Russell o/b/o K.T.

Bowell, Felicia

Gutieny, Onelia

Melerine, Leo Jr.

Taylor, Gregory Raymond

Wilson, Tino

Harris, Martin

Roberts, Herbert

Walton, Gaynell

Walton, Ronald

Walton, Ronald o/b/o T.W.

Latina, Jackson

7

Please advise whether you intend to submit PFSs for any of the above prior to our drafting a Partial Motion to Withdraw.

Additionally, we are awaiting a CD from Mr. Schmidt's office which should contain PFSs for the following:

Cooper, Shontrell G. o/b/o J.G.

Ainey, Melvin

Lanier, Wallace

Melerine, Gwendolyn

Melerine, Gwendolyn o/b/o B.M.

Weston, Robin M.

 GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011

www.gllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

**From:** Kelly Moorman [mailto:kmoorman@damicolaw.net]
**Sent:** Thursday, October 20, 2011 10:30 AM
**To:** Fran Jeblonski; 'egeiger@gllaw.com'; Mike DiGiglia; Karen B. Davis
**Cc:** Frank J. D'Amico; Tequilla Hargrove
**Subject:** RE: FEMA: PFS for Forest River Claimants

Dear Counsel:

Attached please find the plaintiff fact sheet and addendum for Michel Barnes, Jr. The additional PFS listed in the email below was returned by your office. I have copied the PFS onto disc and will be bringing to your office today.

Please advise if this is sufficient to remove Mr. Barnes from your Motion (09-8636). Thanking you for your anticipated courtesies, we remain,

Sincerely,

Kelly B. Moorman

Sr. Litigation Paralegal

Frank D'Amico, Jr., APLC

4731 Canal St.

New Orleans, LA  70119

Telephone (504) 525-7272

Facsimile (504) 525-9522

**From:** Kelly Moorman
**Sent:** Thursday, October 20, 2011 9:50 AM
**To:** 'fjeblonski@gllaw.com'; 'egeiger@gllaw.com'; 'mdigiglia@gllaw.com'; 'kdavis@gllaw.com'; 'ANDREW WEINSTOCK'
**Cc:** Frank J. D'Amico; Tequilla Hargrove
**Subject:** FEMA: PFS for Forest River Claimants

9

*Motion to Dismiss by Forest River Document #23164; Plaintiff Fact Sheet Resubmission*

Dear Counsel:

Pursuant to your recent Motion to Dismiss, attached please find the plaintiff fact sheets for our clients which were recently submitted to defense counsel: Oscar Washington (09-8635), Richard Harris (09-8636), David Henry, Sr. (09-8636), Charles Lepage, Jr. (09-8636), Charles Lepage, Sr. (09-8636), Phifichia Williams (09-8636), and Tomika Mitchell obo TM (T██ M██ 10-0425). Please advise if this is sufficient to remove their names from the pending Motion to Dismiss. We have notified all other representing counsel that are associated with the claimants listed within your Motion and expect them to be contacting you directly.

Additionally, upon review, we have noted that Richard Harris (attached) resided in a Gulf Stream Coach manufactured trailer. We ask that you remove him from the Motion to Dismiss so that we may amend him to the proper suit. We will file a Notice of Voluntary Dismissal once the Amendment has been signed by the Judge.

Please contact our office if there are any questions or if you would like to discuss this further. Thanking you for your anticipated courtesies and cooperation, we remain,

Sincerely,

Kelly B. Moorman

Sr. Litigation Paralegal

Frank D'Amico, Jr., APLC

4731 Canal St.

New Orleans, LA  70119

Telephone (504) 525-7272

Facsimile (504) 525-9522

```
FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by
the individual or entity to which it is addressed. The message may contain information
that is privileged, confidential and exempt from disclosure under applicable law. The
unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. §
2517(4). If the reader of this message is not the intended recipient, or the employee or
agent responsible for delivering the message to the intended recipient, be aware that any
disclosure, dissemination, distribution or copying of this communication, or the use of
its contents, is strictly prohibited. If you have received this communication in error,
please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or
by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT
```

--

**CHELE TALLON**
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE 800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

--

*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

--
*CHELE TALLON*
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.