# Fran Jeblonski

| | |
|---|---|
| **From:** | Kelly Moorman [kmoorman@damicolaw.net] |
| **Sent:** | Tuesday, October 25, 2011 9:40 AM |
| **To:** | Fran Jeblonski; Frank J. D'Amico; Douglas Schmidt; 'CHELE TALLON' |
| **Cc:** | Mike DiGiglia; Megan Cambre; Ashley Bouchon; Tequilla Hargrove |
| **Subject:** | RE: Partial Withdrawal of Forest River's Motion to Dismiss |

Fran,

Thank you for your patience in this matter. At this time, we have no opposition to any of the claimants below, with the exception of Onelia Gutieny who is represented by Douglas Schmidt's office. Please note, even though Mr. D'Amico is the signing attorney of record, our co-counsel is responsible for their own clients and responses for same. I have copied Mr. Schmidt's office on this email for their response. Please contact our office if there are any questions. Thank you.

Sincerely,

Kelly B. Moorman
Sr. Litigation Paralegal
FRANK J. D'AMICO, JR., APLC
4731 Canal St.
New Orleans, LA 70119
Telephone (504) 525-7272
Facsimile (504) 525-9522

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Monday, October 24, 2011 4:11 PM
**To:** Kelly Moorman; Frank J. D'Amico
**Cc:** Mike DiGiglia; Megan Cambre; Ashley Bouchon
**Subject:** Partial Withdrawal of Forest River's Motion to Dismiss

Mr. D'Amico/Kelly:

Please be advised that we are in the process of drafting the Motion to Partially Withdraw Forest River's Motion to Dismiss as it pertains to those plaintiffs that PFSs were provided, including those naming manufacturers other than Forest River whom you have represented will be amended into suits against the proper manufacturer and will thereafter file a voluntary Motion to Dismiss. The following plaintiffs remain subject to the Motion to Dismiss which will be filed tomorrow. While Mr. Schmidt's office has indicated they will not oppose the Motion, as counsel of record, we ask that you please advise at your first opportunity whether we should file the Motion as opposed or unopposed.

| | |
|---|---|
| 09-8631 | **Cheek, Helen v. Forest River**<br>Joseph, Harold o/b/o Gary Joseph (deceased) NO OPPOSITION |
| 09-8635 | **Tolliver, Doris v. Forest River**<br>Taylor, Russell o/b/o K.T. NO OPPOSITION |
| 09-8636 | **Butler, Dorothy v. Forest River**<br>Gutieny, Onelia -PENDING DOUGLAS SCHMIDT RESPONSE |
| 09-8637 | **Armwood, Reggie v. Forest River**<br>Harris, Martin – NO OPPOSITION |


EXHIBIT C

1

Wilson, Tino – NO OPPOSITION

**10-2535**　　**Perkins, Rondel v. Forest River**
Walton, Gaynell – NO OPPOSITION
Walton, Ronald – NO OPPOSITION
　　Walton, Ronald o/b/o T.W. – NO OPPOSITION

**10-2546**　　**White, Sterling Jr. v. Forest River**
Latina, Jackson – NO OPPOSITION

Thank you for your attention to this matter, please let me know if you need any further information from me.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400  Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000  Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

2