UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Lauranette Bolton, et. al. vs. Sun Valley Inc., et. al.* | | * | |
| *Cause No. 09 – 7850* | | * | |
| *Plaintiff: Lauranette Bolton* | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Lauranette Bolton.

3. On September 23, 2011, Plaintiff's attorney sent Lauranette Bolton a certification page and requested information from her to respond to the deficiencies. This letter was sent to her at the address we had in the file, but it was returned.

4. On October 5, 2011, Plaintiff's attorney sent Lauranette Bolton a certification page and requested information from her to respond to the deficiencies. This letter was sent to her at the address we had on file, but it was returned.

5. On October 11, 2011, Plaintiff's attorney was able to contact the Lauranette Bolton. At that time Lauranette Bolton stated she no longer wished to pursue her FEMA trailer claim. Plaintiff's attorney requested she send us something in writing to confirm the same. As of October 25, 2011, we have not received anything in writing from Lauranette Bolton on this.

**EXHIBIT "A"**

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014