# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247191

**Cause No.** 09-7850

**Case Name** Smith, Quanela Maria

**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

**DOB** 7/14/1988   **SSN** 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

| Question # | Question |
|---|---|
| 1 | Bar Code Section V. A. 4. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Cavalier and Sun Valley trailer.

Cavalier trailer - Barcode #1338315

Sun Valley - Barcode #1337756.

| Question # | Question |
|---|---|
| 2 | Move in Date for Sun Valley Section V. A. 6. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**

I moved in the Sun Valley trailer in January 2006. I move in the Cavalier trailer in March 2006.

| Question # | Question |
|---|---|
| 3 | Move Out Date for Sun Valley Section V. A. 7. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**

I moved out of the Sun Valley trailer in March 2006. I moved out of the Cavilier trailer in June of 2008.

| Question # | Question |
|---|---|
| 4 | Installation Address for Sun ValleySection V. A. 8. |

**Pet ID**
1443

**Def ID**

# EXHIBIT "B"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247191

**Case Name** Smith, Quanela Maria

**DOB** 7/14/1988   **SSN** 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

**Cause No.** 09-7850

**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

---

103

**Notice #**
MTD NC

**Answer**
The Sun Valley trailer was located at TV Tower Rd. Lot 3 in Kinder, LA zip code 70631. The Cavalier trailer was located at 805 Topsy Road #7 Moss Bluff, LA 70633.

---

**Question #** | **Question**
5 | Smoking Hist. of other trailer residents Section VI. D.

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**
No other persons smoked while living in the Sun Valley Trailer. The other persons living in the Sun Valley Trailer are as follows:

John Carter III
Shanita Gates
Thomas Gates, Jr.
Quanela Smith
Marsheila Smith

---

**Question #** | **Question**
6 | No. of hrs in trailer/day for Sun Valley V..A.13

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**
I spent an average of 8 hours or more in the Sun Valley trailer.

---

_____  10/25/2011

Plaintiff or Representative    Date