# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  
**Case Name** Gates, Jr., Thomas Joseph  
**DOB** 2/25/1971   **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| Question # | Question |
|---|---|
| 1 | Manufacturer Section V. A. 1 |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Cavalier and Sun Valley trailer.

| Question # | Question |
|---|---|
| 2 | VIN # Section V. A. 2. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
The vin number of the Cavalier trailer is BL06GA0213643AC. The VIN for the Sun Valley trailer is 1S4BT302663014220.

| Question # | Question |
|---|---|
| 3 | Bar Code Section V. A. 4. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
The barcode of the Cavalier trailer is 1338315. The barcode for the Sun Valley trailer is 1337756.

| Question # | Question |
|---|---|
| 4 | Move in Date for Sun Valley Section V. A. 6. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  
**Case Name** Gates, Jr., Thomas Joseph  
**DOB** 2/25/1971     **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

**Answer**  
I moved in the Sun Valley trailer in January 2006. I move in the Cavilier trailer in March 2006.

| Question # | Question |
|---|---|
| 5 | Move Out Date for Sun Valley Section V. A. 7. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
I moved out of the Sun Valley trailer in March 2006. I moved out of the Cavilier trailer in June of 2008.

| Question # | Question |
|---|---|
| 6 | Installation Address for Sun Valley Section V. A. 8. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
The Sun Valley trailer was located at TV Tower Rd. Lot 3 in Kinder, LA zip code 70631. The Cavilier trailer was located at 805 Topsy Road #7 Moss Bluff, LA 70633.

| Question # | Question |
|---|---|
| 7 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID** 1443  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
No other persons smoked while living in the Sun Valley Trailer. The other persons living in the Sun Valley Trailer are as follows:

John Carter III  
Shanita Gates  
Thomas Gates, Jr.  
Quanela Smith  
Marsheila Smith

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247190  
**Case Name** Gates, Jr., Thomas Joseph  
**DOB** 2/25/1971     **SSN** 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  
**Cause No.** 09-7850  
**Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,

| 8 | No of hrs in trailer/day for Sun Valley V.A.13 |

**Pet ID**  
1443

**Def ID**  
103

**Notice #**  
MTD NC

**Answer**  
I spent an average of 8 hours or more in the Sun Valley trailer.

_____          10/25/2011
Plaintiff or Representative           Date