## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247620                                          **Cause No.** 09-7850
**Case Name** Gates, Esau Duron                          **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 2/15/2008   **SSN** 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

| Question # | Question |
|---|---|
| 1 | Manufacturer Section V. A. 1 |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Cavalier and Sun Valley trailer.

| Question # | Question |
|---|---|
| 2 | VIN # Section V. A. 2. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**
The vin number of the Cavalier trailer is BL06GA0213643AC. The VIN for the Sun Valley trailer is 1S4BT302663014220.

| Question # | Question |
|---|---|
| 3 | Bar Code Section V. A. 4. |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

**Answer**
The barcode of the Cavalier trailer is 1338315. The barcode for the Sun Valley trailer is 1337756.

| Question # | Question |
|---|---|
| 4 | Move in date for Sun Valley V.A.6 |

**Pet ID**
1443

**Def ID**
103

**Notice #**
MTD NC

# EXHIBIT "F"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247620                               **Cause No.** 09-7850
**Case Name** Gates, Esau Duron               **Case Style** Lauranette Bolton, et. al. vs. Sun Valley, Inc.,
**DOB** 2/15/2008   **SSN** 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

| **Answer** |
| --- |
| Plaintiff's mother moved in the Sun Valley Trailer in January 2006. Plaintiff's mother moved into the Cavalier Trailer in March of 2006. |

| **Question #** | **Question** |
| --- | --- |
| 5 | Move out date for Sun Valley V.A.7 |

**Pet ID**
| 1443 |
| --- |

**Def ID**
| 103 |
| --- |

**Notice #**
| MTD NC |
| --- |

| **Answer** |
| --- |
| Plaintiff's mother moved out the Sun Valley Trailer in March 2006. Plaintiff's mother moved into the Cavalier Trailer in June 2008. |

| **Question #** | **Question** |
| --- | --- |
| 6 | Installation Address for Sun Valley Section V. A. 8. |

**Pet ID**
| 1443 |
| --- |

**Def ID**
| 103 |
| --- |

**Notice #**
| MTD NC |
| --- |

| **Answer** |
| --- |
| The Sun Valley trailer was located at TV Tower Rd. Lot 3 in Kinder, LA zip code 70631. The Cavalier trailer was located at 805 Topsy Road #7 Moss Bluff, LA 70633. |

| **Question #** | **Question** |
| --- | --- |
| 7 | Smoking Hist. of other trailer residents Section VI. D. |

**Pet ID**
| 1443 |
| --- |

**Def ID**
| 103 |
| --- |

**Notice #**
| MTD NC |
| --- |

| **Answer** |
| --- |
| No other persons smoked while living in the Sun Valley Trailer. The other persons living in the Sun Valley Trailer are as follows:<br><br>John Carter III<br>Shanita Gates |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 247620                                    **Cause No.** 09-7850

**Case Name** Gates, Esau Duron          **Case Style** Lauranette Bolton, et. al.  vs. Sun Valley, Inc.,

**DOB** 2/15/2008     **SSN** 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

Thomas Gates, Jr.
Quanela Smith
Marsheila Smith

| Question # | Question |
|---|---|
| 8 | No. of hrs in trailer/day for Sun Valley V.A.13. |

**Pet ID**

1443

**Def ID**

103

**Notice #**

MTD NC

**Answer**

I spent an average of 8 hours or more in the Sun Valley trailer.

_____          10/25/2011
Plaintiff or Representative                        Date