UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Lauranette Bolton, et. al. vs. Sun Valley, Inc., et. al.*
Cause: 09-7850
Plaintiff: Shanita Gates as Next Friend of E. G.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff, Shanita Gates on behalf of E.G.

3. On September 23, 2011, Plaintiff's attorney sent Shanita Gates a certification page on behalf of E.G.

4. On October 5, 2011, Plaintiff's attorney sent Shanita Gates a certification page on behalf of E.G.

5. As of October 25, 2011 Plaintiff's attorney has not received back a signed certification page for Shanita Gates on behalf of E.G.

**EXHIBIT "I"**

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014