*248670 D51 Cert. page*

Bowers, Jr., Albert Leroy - WGC#248670

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| *Albert L. Bowers Jr* | *Albert L. Bowers Jr.* | *9-30-2011* |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

EXHIBIT "M"