UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Laurnette Bolton, et. al. vs. Sun Valley Inc., et. al.*
Cause No. 09 – 7850
Plaintiff: Lisa Annette Bowers

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Lisa Annette Bowers.

3. On September 22, 2011 Lisa Annette Bowers called our office and provided information to all deficiency questions.

4. On September 23, 2011, Plaintiff's counsel sent Lisa Annette Bowers a certification page and requested that she return it.

5. On September 29, 2011, Plaintiff's counsel submitted supplemental answers to the Defense based information provided by Lisa Annette Bowers.

6. On October 5, 2011, Plaintiff's counsel sent Lisa Annette Bowers another certification page and requested that she return it.

**EXHIBIT "N"**

7. On October 14, 2011, Plaintiff's counsel received the signed certification page back from Lisa Annette Bowers.

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2