UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Lauranette Bolton, et. al. vs. Sun Valley, Inc.,*
*et. al.*
*Cause: 09-7850*
*Plaintiff : Betty Thomas*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF NUECES | § |

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Betty Thomas.

3.  On September 23, 2011, Plaintiff's counsel sent Betty Thomas a certification page and requested she send it back. The letter was sent to the address we had on file 1505 N. Jake Street, Lake Charles, Louisiana.

4.  On September 29, 2011, Plaintiff's counsel submitted supplemental answers to the Defense based information provided by Betty Thomas gave us in a phone call.

5.  On October 5, 2011, Plaintiff's counsel sent Betty Thomas another certification page and requested that she send it back. The letter was sent to the address we had on file 1505 N. Jake Street, Lake Charles, Louisiana.

**EXHIBIT "P"**

6.     On October 12, 2011, we talked to Joe Thomas, Betty's husband and he informed us that they had moved and were no longer living at Jake Street in Lake Charles, Louisiana. We were not previously aware that they had moved. The new address was on Thompson Road in Lake Charles, Louisiana. Through inadvertence another certification was not sent to immediately to her at her new address. This was not discovered until the afternoon of October 25, 2011. Betty Thomas does not have a fax machine or email, but a certification was sent to the offices of Matt Lundy in Lake Charles via email on October 25, 2011, with instructions for Betty Thomas to come in and sign it the same day. As of the time of executing this Affidavit, we have not received the signed certification back from Betty Thomas. We expect to receive it shortly.

Signed this the _____ day of _____, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the _____ day of _____, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2