UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Acquanette German, et al vs. Sun Valley,Inc., et al*<br>No. 10-1311 | | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S RENEWED MOTION TO DISMISS**

Come now Acquanette German, Leticia Washington, and Jacintha Williams as Next Friend of J.W., and L.W., minors (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23067).

**A.     SPECIFIC PLAINTIFFS**

Defendant claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

      **1.     Acquanette German**

Plaintiff's counsel sent a certification page to Acquanette German on September 23, 2011. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit A. Plaintiff's counsel did not receive the certification page back from Acquanette German until October 5, 2011 at 6:00 pm. Exhibit A . On October 5, Plaintiff's counsel informed Defense counsel that they recently heard from Acquanette German and that a

certification page would be forthcoming. Rec. Doc. 23067-3. The next day, on October 6, 2011, Defendant filed their renewed Motion to Dismiss (Rec. Doc. 23067). Attached hereto as Exhibit B are the Fact Sheet Deficiency Answers and the certification page for Acquanette German. Plaintiff has complied with the Fact Sheet process and her claims should not be dismissed.

### 2.    Jacintha Williams as Next Friend of J.W. and L.W.

Plaintiff's counsel sent certifications for signature to Jacintha Williams on September 23, 2011. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibits C and D. Plaintiff timely submitted Fact Sheet Deficiency Answers for these Plaintiffs on September 29, 2011. However, Plaintiff's counsel did not receive the certifications back from Plaintiff until October 5, 2011. Exhibits C and D. The certifications along with the Fact Sheet Deficiency Answers are attached hereto as Exhibits E and F. By virtue of the Fact Sheet Deficiency Answers provided on September 29, Defendant had sufficient information to evaluate these claims and was not prejudiced. Plaintiffs have complied with the Fact Sheet process and their claims should not be dismissed.

### 3.    Leticia Washington

After receiving the Court's Order on this matter, Rec. Doc. 22969, Plaintiff's counsel contacted Leticia Washington via telephone to secure the information needed cure the deficiencies. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter, Exhibit G. Leticia Washington provided the needed information and Plaintiff Fact Sheet Deficiency Answers were submitted to Defendant on September 29, 2011. Exhibit G. Defendant's only complaint is that a certification page was not supplied for the

Deficiency Answers. At Plaintiff's request, counsel sent the certification page to Plaintiff via email. Exhibit G. However, due to computer difficulties, the certification page was not received by Plaintiff and had to be resent several times. Exhibit G. Plaintiff's counsel did not receive the certification back from Plaintiff until October 20, 2011. Exhibit G. The certification along with the Fact Sheet Deficiency Answers are attached hereto as Exhibit H. Plaintiffs have complied with the Fact Sheet process and their claims should not be dismissed.

**B.   LAW AND ARGUMENT**

Defendant alternately claims that it is "significantly prejudiced" in their evaluation of settlement claims and does not have "sufficient information to evaluate these plaintiffs' claims". Rec. Doc. 23067-1, p. 7. These contentions are without merit. Based upon the deficiency answers supplied on September 29, 2011, Defendant has sufficient information to evaluate these claims with or without the certifications. Further the pool of claims against Sun Valley is sufficiently large such that the inclusion of these Plaintiffs' claims cannot be said significantly alter the litigation landscape or settlement picture. Such assertions of being "significantly prejudiced" and lack of "sufficient information" are mere boilerplate.

Defendant claims that dismissal is appropriate. However, dismissal "is appropriate only where there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interests of justice". *Wren v. American Cast Iron Pipe* 575 F.2d. 544, 546 (5th Cir. 1992). The interests of justice would not be served by dismissing these cases. Furthermore, there is no clear record of delay but a clear record of supplementation and dutiful attempts by counsel to provide the requested

3

information. See Exhibits A-H.  For these reasons, dismissal is not justified under the Federal Rules of Civil Procedure.

**C.   CONCLUSION**

For the reasons set forth above, Plaintiffs Acquanette German, Leticia Washington, and Jacintha Williams as Next Friend of J.W., and L.W., minors, pray that Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of October, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**