UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Acquanette German, et. al. vs. Sun Valley, Inc.,* | | * | |
| *et. al.* | | * | |
| *Cause: 09-6919* | | * | |
| *Plaintiff: Acquanette German* | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Acquanette German.

3. On September 23, 2011, Plaintiffs attorney sent Acquanette German a certification page.

4. On, September 29, 2011, Plaintiff's attorney submitted supplemental answers to the Defense based on materials in the file.

5. On October 5, 2011, Acquanette German called in to our office and verified the supplemental answers previously submitted were true and correct.

6. On October 5, 2011, at about 6:00 pm, we received Acquanette German's signed certification page in our offices.

**EXHIBIT "A"**

7. On October 25th, 2011, Plaintiff's attorney submitted an updated plaintiff's fact sheet with supplemental answers with information with a signed certification attached thereto.

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014