# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211057  **Cause No.** 09-4676
**Case Name** German, Acquanette  **Case Style** Casey Brown, et. al vs. Gulf Stream Coach, Inc.,
**DOB** 3/27/1953   **SSN**

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. The VIN number of that Sun Valley trailer was 1SYBT302563014208.

| Question # | Question |
|---|---|
| 3 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD NC

**Answer**
I moved into the Sun Valley trailer in November of 2005.

| Question # | Question |
|---|---|
| 4 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD NC

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211057  
**Case Name** German, Acquanette  
**DOB** 3/27/1953   **SSN**  
**Cause No.** 09-4676  
**Case Style** Casey Brown, et. al vs. Gulf Stream Coach, Inc.,

**Answer**  
I moved out of the Sun Valey trailer in April of 2007.

| Question # | Question |
|---|---|
| 5 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
No other persons smoked in the trailer.

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
I am claiming mental and/or emotional damages.

| Question # | Question |
|---|---|
| 7 | Did not provide names of persons who treated plaintiff for mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
I was treated for this by my Primary care physician Dr Quncey Lucas 4545 Post Oak Place Dr Ste 130, Houston, TX 77027. (713) 960-8008. I now see Dr. Robert W. Taylor, MD located at 2750 Gause Boulevard East, Slidell, LA 70461; (985) 639-3777

| Question # | Question |
|---|---|
| 8 | Did not state the understanding of the emotional and/or mental condition for which plaintiff treated as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211057  
**Case Name** German, Acquanette  
**DOB** 3/27/1953   **SSN**  
**Cause No.** 09-4676  
**Case Style** Casey Brown, et. al vs. Gulf Stream Coach, Inc.,

**Notice #**  
MTD NC

**Answer**  
I understand that I was treated for depression, stress, and insomnia.

| Question # | Question |
|---|---|
| 9 | Did not state when plaintiff was treated for psychological, psychiatric or emotional problems Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
I do not recall when I was treated by either doctor.

| Question # | Question |
|---|---|
| 10 | Did not list medications prescribed or recommended by the physician or counselor Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
Both, Dr Quncey Lucas and Dr. Robert W. Taylor, MD prescribed Ambien.

| Question # | Question |
|---|---|
| 10 | Number of hours spent in trailer/day V.A.13 |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD NC

**Answer**  
I spent an average of 8 hours or more in the Sun Valley trailer.

| Question # | Question |
|---|---|
| 10 | Making a loss wage claim. |

**Pet ID** 1651  
**Def ID** 103

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211057  
**Case Name** German, Acquanette  
**DOB** 3/27/1953  **SSN**  

**Cause No.** 09-4676  
**Case Style** Casey Brown, et. al vs. Gulf Stream Coach, Inc.,

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for loss wages.

| Question # | Question |
|---|---|
| 11 | Certification Page |

**Pet ID**  
1651

**Def ID**  
103

**Notice #**  
MTD NC

**Answer**  
Please see attached certification page.

_____  
Plaintiff or Representative

10/24/2011  
Date

German, Acquanette - WGC#211057

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    Acquanette German    10-4-2011
Signature of Plaintiff        Print Your Name       Date