UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Acquanette German, et. al. vs. Sun Valley, Inc., et. al.* Cause: 09-6919 Plaintiff: Jacintha Williams as Next Friend of L.W. | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Jacintha Williams as Next Friend of L.W.

3. On September 23, 2011, Watts Hilliard sent Jacintha Williams a certification page for L.W.

4. On, September 26, 2011, Jacintha Williams called into Watts Hilliard and provided the supplemental answers to deficient questions on Plaintiff's fact sheet.

5. On September 29, 2011, Plaintiff's attorney submitted supplemental answers for Jacintha Williams as Next Friend of L.W. based upon the prior phone call with Jacintha Williams.

6. On October 5, 2011, we received the signed certification page for Jacintha Williams on behalf of L.W.

**EXHIBIT "D"**

7. On October 25, 2011 Plaintiff's attorney submitted supplemental answers for Jacintha Williams as Next Friend of L.W. to the Defense with the signed certification page attached thereto.

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2