# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059

**Case Name** Williams, Jalynn

**DOB** 4/12/1999   **SSN** 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

**Cause No.** 09-4677

**Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD I

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. The VIN number of that trailer was 1SYBT302563014208.

| Question # | Question |
|---|---|
| 3 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD I

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Sun Valley, Inc. trailer. The Barcode number of that trailer was 1182179.

| Question # | Question |
|---|---|
| 4 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID**
1651

**Def ID**
103

# EXHIBIT "E"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059                                    **Cause No.** 09-4677
**Case Name** Williams, Jalynn                      **Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,
**DOB** 4/12/1999    **SSN** 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

| **Notice #** | |
|---|---|
| MTD 1 | |
| | **Answer** |
| | She first occupied the temporary housing unit in November, 2005. |

| **Question #** | **Question** |
|---|---|
| 5 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | She moved out of the temporary housing unit on May, 2007. |

| **Question #** | **Question** |
|---|---|
| 6 | Did not provide the mailing address and physical location for plaintiff's temporary housing unit, as required by Section V (A)(8). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | The mailing address and physical location for her temporary housing unit was 60087 Javery Road Slidell, LA 70460. |

| **Question #** | **Question** |
|---|---|
| 7 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |
| **Pet ID** | |
| 1651 | |
| **Def ID** | |
| 103 | |
| **Notice #** | |
| MTD 1 | |
| | **Answer** |
| | She resided with the following people in the trailer: Aquanette German Age: 55 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788-9118. Lived in trailer from 11/1/2005 -5/1/2007. I do not know if they are making a personal injury claim.

Glen Miller Age: 49 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788 -9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211059                                **Cause No.** 09-4677

**Case Name** Williams, Jalynn                  **Case Style** Joesetta Hardy, et. al. vs. Gulf Stream Coach,

**DOB** 4/12/1999   **SSN** 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

Lyle Williams Age: 7 Address: 2214 Wellington Ln Slidell LA 70461. Telephone number: 985-788-9118. Lived in trailer from 11/1/2005-5/1/2007. I do not know if they are making a personal injury claim.

| Question # | Question |
|---|---|
| 8 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one residing in trailer smoked or used tobacco.

| Question # | Question |
|---|---|
| 9 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
She spent an average of 8  hours or more in the trailer per day.

_____          9/29/2011
Plaintiff or Representative                    _____
                                              Date

*211059 - D51 - Cert. page*

Williams, Jalynn - WGC#211059

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**          Jacintha Taylor-Williams          9/26/11

**Print Your Name**          **Date**