UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Acquanette German, et. al. vs. Sun Valley, Inc.,*<br>*et. al.*<br>*Cause: 09-7439*<br>*Plaintiff: Leticia Washington.* | | *<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Leticia Washington.

3. On September 23, 2011, Watts Hilliard sent Leticia Washington a Certification page.

4. On September 29, 2011 Plaintiff's attorney submitted supplemental to questions based on a telephone conversation with Leticia Washington.

5. On several occasions in the past month Plaintiff's attorney has sent certification pages via email to the Plaintiff, however due to technical difficulty the Plaintiff has been unsuccessfull in receiving this document the first few times we sent it. As late as October 18, she informed us by email still had not received it. We also sent it again on October 19, 2011.

**EXHIBIT "G"**

6. On October 20, 2011 Plaintiff's attorney received a certifcation page signed by Leticia Washington.

7. On October 25, 2011 Plaintiff's attorney submitted supplemental answers to the Defense with the signed certifcation page attached thereto.

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2