# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587  **Cause No.** 09-7439
**Case Name** Washington, Leticia  **Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.
**DOB** 7/14/1971   **SSN** 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

| Question # | Question |
|---|---|
| 1 | Did not provide plaintiff s personal tobacco history, as required by Section VI (C). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I do not smoke

| Question # | Question |
|---|---|
| 2 | Did not provide other tobacco use history, as required by Section VI (D). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
No one smoked in the trailer

| Question # | Question |
|---|---|
| 3 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I suffered from coughing, sinus problems and headaches.

| Question # | Question |
|---|---|
| 4 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID**
1651

**Def ID**
103

**Notice #**
MTD 1

**Answer**
I did not seek medical attention.

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587  
**Case Name** Washington, Leticia  
**DOB** 7/14/1971   **SSN** 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  
**Cause No.** 09-7439  
**Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.

| Question # | Question |
|---|---|
| 5 | Did not indicate whether plaintiff is claiming mental and/or emotional damages as a result of residing in a FEMA trailer, as required by Section III (C)(8). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I did not suffer from lung/respiratory disease.

| Question # | Question |
|---|---|
| 7 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I did not suffer from skin disease.

| Question # | Question |
|---|---|
| 8 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID** 1651  
**Def ID** 103  
**Notice #** MTD 1

**Answer**  
I suffered from coughing, sinus problems and headaches.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250587  **Cause No.** 09-7439
**Case Name** Washington, Leticia  **Case Style** Jamie Haley, et. al. vs. Gulfstream Coach, Inc.
**DOB** 7/14/1971  **SSN** 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

| Question # | Question |
|---|---|
| 9 | Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD 1

**Answer**
I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer,

| Question # | Question |
|---|---|
| 10 | Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD 1

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 11 | Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13). |

**Pet ID** 1651
**Def ID** 103
**Notice #** MTD 1

**Answer**
I spent an average of four hours in the trailer each day.

_____   9/29/2011
Plaintiff or Representative   Date

Washington, Leticia - WCJC#250587

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Leticia Washington*
Signature of Plaintiff

Leticia Washington
Print Your Name
Leticia Washington

10-19-11
Date