UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Gerod Macon, et al,vs. Sun Valley, Inc., et al* | | * | |
| No. 09-7109 | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS

Come now Deirdre Bradley, Rodney Bradley, and Judy McArthur as Next Friend of B. T., Plaintiffs, and file this Plaintiffs' Memorandum in Opposition to Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23068).

**I.    DIERDRE BRADLEY AND RODNEY BRADLEY**

Plaintiff's counsel has made attempts to contact Deirde Bradley, however she has not responded. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter. Exhibit A. Plaintiff's counsel has made attempts to contact Rodney Bradley, however he has not responded. See Affidavit of Watts Hilliard Project Coordinator, Nicole Porter. Exhibit B.

**II.   JUDY MCARTHUR, AS NEXT FRIEND OF B.T., MINOR.**

Defendant acknowledges that Deficiency Answers were timely provided for Judy

McArthur, as next Friend of B.T.  However, Defendant complains that the answers were not certified and that she said "I do not recall" with regard to the smoking history of other occupants.  Defendant's also complain that somehow, Ms. McArthur lack of communication with her attorney on her own claim "calls into question" the move-in and move-out dates for B.T. Rec. Doc. 23068-1, p. 5.  These allegations are without merit. Responding to these allegations in inverse order, Plaintiff would state that Judy McArthur's failure to comply with the Fact Sheet process for her own claims should not prejudice the claims of her minor son, B.T.   Second, "I do not recall" is a sufficient answer as the Court has previously ruled "lack of knowledge can be an accurate response to a question" and including key questions.  PTO 88, Rec. Doc. 22153, p. 3.

Third, with regard to the lack of certification, the Court's Order on this matter, Rec. Doc. 22984, p. 8, did not require a certification for B.T.  The same Order, however, required certifications for the answers for Deirdre Bradley and Rodney Bradley.  Rec. Doc. 22984, p. 8.   Counsel would also note that the Court has issued other orders in this MDL directing that supplemental Fact Sheet answers be "certified" such as Rec. Doc. 22969, page 4, and Rec. Doc. 22984, p. 4.  The Court's order for Judy McArthur on behalf of B.T. in this matter simply contained no requirement for certification. Defendant is reading something into the Order that the Court did not intend or require.

By way of further response, if such response be necessary, Plaintiff would show that Defendant has the necessary information to evaluate this claim and is not prejudiced by the lack of the certification.

By way of further answer, if such an answer be necessary, Plaintiff would show that Defendant is attempting to get a second bite at the apple in having the case of Judy

2

McArthur on behalf of B.T. dismissed.  The Defendant already filed such a Motion, Rec. Doc. 22703, and the Court denied the same.  Rec. Doc. 22984.  Moreover, in the order denying the dismissal, the Court specifically gave Plaintiff Judy McArthur on behalf of B.T. seven days to provide a move-in and move-out date. Rec. Doc. 22984, p. 8. "Upon failure to do so", the Court ordered B.T.'s Fact Sheet will be deemed to state that the move-in date was December 1, 2005, and the move-out date was January 1, 2006. Rec. Doc. 22984, p, 8.  In seeking to have this case dismissed, Defendant is trying to re-litigate matters already addressed by the Court and is needlessly taking up the time of the Court and counsel.

### III.  CONCLUSION

For the reasons set forth above, Plaintiffs Deirdre Bradley, Rodney Bradley, and Judy McArthur as Next Friend of B. T., pray that Defendant's Renewed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.

3

                Corpus Christi, Texas 78401
                Telephone: (800) 994-0019
                Facsimile: (361) 882-1261

                **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 25th day of October, 2011.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**