UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gerod Macon, et. al. vs. Sun Valley, Inc., et. al. et. al.* Cause: 09-7109 Plaintiff: Rodney Bradley | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff, Rodney Bradley.

3. On September 23, 2011, Plaintiff's attorney sent Rodney Bradley a certification page and requested he call back with more information to respond to the deficiencies.

4. On October 5, 2011, Plaintiff's attorney sent Rodney Bradley a certification page and requested he call back with more information to respond to the deficiencies.

5. On October 19, 2011, Plaintiff's attorney sent Rodney Bradley a certification page and requested he call back with more information to respond to the deficiencies.

6. We have also called Rodney Bradley with the numbers we have on file for him several times a week since August, 2011.

**EXHIBIT "B"**

7. As of October 25, 2011 Plaintiff's attorney has not received a signed certification back from Plaintiff, Rodney Bradley nor have we heard from him recently.

Signed this the 25th day of October, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 25th day of October, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2