UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Weary, et al v. Skyline Corporation, et al* | * | |
| CASE NO. 09-8399 | * | |
| Georgiana Mackie and Clemon Lindsay, Jr. ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS GEORGIANA MACKIE AND CLEMON LINDSAY, JR.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Georgiana Mackie and Clemon Lindsay, Jr. (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby give notice of their dismissal of all claims made in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by Plaintiffs Georgiana Mackie or Clemon Lindsay, Jr., in an individual or representative capacity, in any other complaints in this MDL.

          Respectfully submitted:

          By: */s/ Peter K. Taaffe*
              Anthony G. Buzbee
              Texas Bar No. 24001820
              Peter K. Taaffe
              Texas Bar No. 24003029
              THE BUZBEE LAW FIRM
              600 Travis, Suite 7300
              Houston, Texas 77002
              Tel.:  (713) 223-5393
              Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*
Peter K. Taaffe