UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Mary Allison, obo Marvin Hamilton | * | |
| Tiffany Johnson, obo Roger King | * | |
| Lorry Gilmore, obo Tyree Washington | * | |
| Jenio Thomas, obo Jeina Thomas | * | |
| Shawntel Walker | * | |
| Shawntel Walker, obo Shawn Walker | * | |
| Athena Walstrum | * | |

******************************************************************************

## NOTICE OF SUBMISSION HEARING

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco, Inc., Bechtel National, Inc. and Fluor Enterprises, Inc., is **Wednesday, November 16, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt; pertaining to plaintiffs: Mary Allison on behalf of Marvin Hamilton, Tiffany Johnson on behalf of Roger King, Lorry Gilmore on behalf of Tyree Washington, Jenio Thomas on behalf of Jeina Thomas, Shawntel Walker, Shawntel Walker on behalf of Shawn Walker and Athena Walstrum.

1

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

    **Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**

By: s/*John J. Hainkel*
    JOHN J. HAINKEL, III – La. Bar No. 18246
    A.J. KROUSE – La. Bar No. 14426
    PETER R. TAFARO – La. Bar No. 28776
    3600 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone : (504) 599-8000
    Facsimile: (504) 599-8100

    **Attorneys for Bechtel National, Inc.**

MIDDLEBERG, RIDDLE & GIANNA

By: s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (LA Bar No. 1530 &
TX Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

-and-

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

s/*Thomas L. Cougill*
THOMAS L. COUGILL