**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** Walker, Shawntel Evette

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** **FEMA Trailer or Mobile Home Unit**

FEMA ID:     912179664

Defendants Named:    Jayco, Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Jayco
VIN/Serial #:  1ULBJ0217351ET0365
Barcode:       1057801
Unit:          TT
Contractor:    Fluor


**EXHIBIT L**

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Shawnte Walker_　　_Shawntel Walker_　_9/2/09_
Signature of Plaintiff　　　Print Your Name　　　Date