**Roslyn West**

| | |
|---|---|
| **From:** | Kendra Saxvik <ksaxvik@wgclawfirm.com> |
| **Sent:** | Tuesday, April 26, 2011 9:04 AM |
| **To:** | Roslyn West |
| **Cc:** | bobh@hmglawfirm.com; mcw@wgclawfirm.com; andreww@duplass.com; caccardo@duplass.com; cmotes@duplass.com; gmeunier@gainsben.com; jwoods@gainsben.com; Henry.Miller@usdoj.com; Tom Cougill; Hal Roach; Renee Rubert |
| **Subject:** | Re: FEMA Trailer Litigation - Jayco/Starcraft missing PFS - Letter to Watts Hilliard |

Ms. West,

The requested Plaintiff Fact Sheets are being sent on CD to your office today via UPS.

Please let me know if you need anything else.

Thanks,

Kendra

Kendra Saxvik

Mass Torts Project Coordinator
Watts Hilliard, LLC
Phone: (361) 693-3100
Fax: (361) 882-1261


On Apr 14, 2011, at 4:16 PM, Roslyn West wrote:

Good afternoon:

Attached is correspondence to plaintiff counsel regarding missing Plaintiff Fact Sheets in complaints that match or identify Jayco, Inc. and/or Starcraft RV.


Thank you,
**Roslyn West**
<image001.jpg>
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: roslynw@willingham-law.com

1

**EXHIBIT B**

*******************************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**
**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**
*******************************************************************************

<PFS letter WH.pdf>