# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Lucas Fundrial v. Starcraft RV, Inc.* | * | |
| Docket No. 10-0127 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Peggy Bang | * | |
| (individually and o/b/o T.B.) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Peggy Bang, individually and on behalf of T.B., herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal without prejudice of claims asserted herein.

Respectfully submitted,
**JACK W. HARANG**

By: /s/ Jack W. Harang
Jack W. Harang (LA Bar No. 15803)
Jack W. Harang, APLC
228 St. Charles Avenue, Suite 501
New Orleans, Louisiana 70130
Office:  504-581-7050x6
Fax: 1-866-441-6281
Jack@jharang.com

and

Catherine Jacobs (MSB 2979)
FEMA Trailer Litigation Annex
1161 Robinson Street
Ocean Springs, MS 39564
Phone: (228) 872-4642
Fax: (228) 872-4698
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/Jack W. Harang
Jack W. Harang