UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Lucas Fundrial v. Starcraft RV, Inc.* | * | |
| Docket No. 10-0127 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Peggy Bang | * | |
|     (individually and o/b/o T.B.) | * | |

**********************************************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CONSIDERING THE FOREGOING, LET the claims of Plaintiffs, Peggy Bang, individually and on behalf of T.B., be dismissed without prejudice.

New Orleans, Louisiana, this _____ day of October, 2011.

United States District Court Judge