## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE ENGELHARDT |
| *Hobert Palmer v. Jayco, Inc.* | * | |
| Docket No. 11-00214 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Hobert Palmer | * | |

**********************************************************************

### NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Hobert Palmer, herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal without prejudice of claims asserted herein.

Respectfully submitted,
**JACK W. HARANG**

By: /s/ Jack W. Harang
    Jack W. Harang (LA Bar No. 15803)
    Jack W. Harang, APLC
    228 St. Charles Avenue, Suite 501
    New Orleans, Louisiana 70130
    Office:  504-581-7050x6
    Fax: 1-866-441-6281
    Jack@jharang.com

and

    SCOTT SOUTULLO, P.C.
    P.O. Box 2125
    Mobile, Alabama 36652
    Telephone: (251) 391-1212
    Facsimile: (251) 650-1358

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  /s/ Jack W. Harang
                                                  Jack W. Harang