UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Hobert Palmer v. Jayco, Inc.* | * | |
| Docket No. 11-00214 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Hobert Palmer | * | |

*****************************************************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CONSIDERING THE FOREGOING, LET the claims of Plaintiffs, Hobert Palmer, be dismissed without prejudice.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
United States District Court Judge