## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE ENGELHARDT |
| *Lucas Fundrial v. Starcraft RV, Inc.* | * | |
| Docket No. 10-02598 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Peggy Bang | * | |
|     (individually and o/b/o T.B.) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Peggy Bang, individually and on behalf of T.B., herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of their voluntary dismissal without prejudice of claims asserted herein.

                Respectfully submitted,
                **JACK W. HARANG**

                By: /s/ Jack W. Harang
                    Jack W. Harang (LA Bar No. 15803)
                    Jack W. Harang, APLC
                    228 St. Charles Avenue, Suite 501
                    New Orleans, Louisiana 70130
                    Office:  504-581-7050x6
                    Fax: 1-866-441-6281
                    Jack@jharang.com

                and

                Catherine Jacobs (MSB 2979)
                FEMA Trailer Litigation Annex
                1161 Robinson Street
                Ocean Springs, MS 39564
                Phone: (228) 872-4642
                Fax: (228) 872-4698
                **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            /s/Jack W. Harang  
                                            Jack W. Harang