UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** | * | |
| *Clara Anderson, et al v.* | * | MAGISTRATE:  CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 09-8626 | * | |

**************************************************************************

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.6 and Pre-Trial Order No. 10, I hereby certify that on October 25, 2011, we contacted counsel for the plaintiff via email requesting that it advise whether there is opposition to Recreation by Design, LLC's Partial Motion to Withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding only the plaintiff referenced in the attached Partial Motion to Withdraw.  Plaintiff's counsel has advised there is no opposition to the filing of Recreation by Design, LLC's Partial Motion to Withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding the referenced plaintiff only.

1

Respectfully submitted,

 /s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: kmorton@garrisonyount.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 /s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645