| | |
|---|---|
| From: | Yolanda Johnson |
| To: | Kelly Morton |
| Cc: | Raul Bencomo; Deborah Ramil; Kelly Moorman; Patricia Riegler |
| Subject: | RE: In Re FEMA~Motion to Dismiss - Mary Sylve |
| Date: | Thursday, October 20, 2011 4:11:40 PM |
| Attachments: | SYLVE.pdf |

Ms. Morton:



Upon review, the manufacturer in this matter is Oak Creek. At this time we would like to request that you remove Mary Sylve from the MTD in order that we may properly amend her to the correct manufacturer's suit and voluntarily dismiss her from your client's case.

If you have any questions or require further information, please do not hesitate to contact me.

Yolanda S. Johnson
Bencomo & Associates
(504) 529-2929 office
(504) 529-2018 fax
(504) 330-4445 cell





**From:** Kelly Morton [mailto:KMorton@GarrisonYount.com]
**Sent:** Monday, October 10, 2011 4:40 PM
**To:** Gerald E. Meunier; 'Justin Woods'; Frank J. D'Amico; Reed G. Bowman
**Cc:** 'ANDREW WEINSTOCK'; 'Carmen Motes'; Jill Marie Kenyon; Randy Mulcahy; 'cleche@dkslaw.com'; 'Miller, Henry (CIV)'; 'Kurtz, David'; Whitfield, Karen
**Subject:** In Re FEMA~Motion to Dismiss

Counsel,

Attached please find a copy of a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 regarding a plaintiff/plaintiffs named in the *Clara Anderson, et al v. Recreation by Design, LLC,* complaint at Docket No. 09-8626. Due to the voluminous nature of the exhibits to this motion, same will only be provided upon request.

Please let me know by 5:00 p.m. on Wednesday, October 12, 2011, if you will oppose this motion.

Please let me know if you have any questions.

Thanks,


**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com

**LEGAL NOTICE**
This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you

have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).