# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (5) |
| *Hendrix v. Lakeside Park Homes, Inc.* ) Docket No. 09-8654 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Janet Bracy ) Bernadine Bray ) | MAG.: CHASEZ |
|     Sierra Bright, ) | |
|     George Butler, Jr. ) | |
|     Lydia C. Hunter ) | |
|     Ablioncia Lindsey ) | |
|     Demetria Winchester, minor, by Lydia Hunter ) | |

*Bowman v. Fleetwood*
Docket No. 09-8643
Plaintiff: Edward J. Vaughn

*Serpas v. Keystone RV Company*
Docket No. 09-8696
Plaintiffs: Camilla A. Smothers
    Charles G. Smothers

*Williams v. Skyline Corporation*
Docket No. 09-8649
Plaintiffs: Edward Scott
    Portia M. Williams

*Quezergue v. Jayco, Inc.*
Docket No. 09-8640
Plaintiff: Leo J. Quezergue

*Barbarin v. Forest River, Inc.*
Docket No. 09-8699
Plaintiffs: Janet Bracy
    Bernadine Bray
    Sierra Bright
    Lydia C. Hunter
    Ablioncia Lindsey
    Demetria Winchester, minor, by Lydia Hunter

## EX PARTE MOTION FOR LEAVE TO AMEND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who, who respectfully moves this Honorable Court for leave to amend its Memorandum in Support of its Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, and 88 Relating to Plaintiff Fact Sheets. Defendant respectfully submits that the facts have changed since its original filing and the requested amendment is necessary so that all of the correct information is before this Honorable Court prior to the decision herein. Accordingly, Defendant now seeks to amend its previously filed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, and 88 Relating to Plaintiff Fact Sheets.

**WHEREFORE**, Defendant C. Martin Company prays that it be granted leave to amend its Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, and 88 Relating to Plaintiff Fact Sheets.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By:    _/s/ Edgar D. Gankendorff_
      Edgar D. Gankendorff
      Louisiana Bar No.: 20550
      Henry S. Provosty
      Louisiana Bar No. 2056
      Lena D. Giangrosso
      Louisiana Bar No. 31464
      650 Poydras Street, Suite 2700
      New Orleans, Louisiana 70130
      (504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                                  /s/ Edgar D. Gankendorff
                                                                  Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on October 25, 2011, via a telephone call and voicemail message to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm has not responded to our message or provided any objection to this motion.

                                                                    /s/ Lena D. Giangrosso
                                                                  Lena D. Giangrosso