# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (5) |
| *Hendrix v. Lakeside Park Homes, Inc.* ) Docket No. 09-8654 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Janet Bracy ) Bernadine Bray ) | MAG.: CHASEZ |

In re: FEMA TRAILER FORMALDEHYDE                )
PRODUCTS LIABILITY LITIGATION                    )        MDL NO.: 1873
                                                 )
This Document Relates to:                        )        SECTION: N (5)
*Hendrix v. Lakeside Park Homes, Inc.*           )
Docket No. 09-8654                               )        JUDGE: ENGELHARDT
Plaintiffs: Janet Bracy                          )
Bernadine Bray                                   )        MAG.: CHASEZ
    Sierra Bright,                        )
    George Butler, Jr.                    )
    Lydia C. Hunter                       )
    Ablioncia Lindsey                     )
    Demetria Winchester, minor, by Lydia Hunter  )
                                                 )
*Bowman v. Fleetwood*                            )
Docket No. 09-8643                               )
Plaintiff: Edward J. Vaughn                      )
                                                 )
*Serpas v. Keystone RV Company*                  )
Docket No. 09-8696                               )
Plaintiffs: Camilla A. Smothers                  )
    Charles G. Smothers                   )
                                                 )
*Williams v. Skyline Corporation*                )
Docket No. 09-8649                               )
Plaintiffs: Edward Scott                         )
    Portia M. Williams                    )
                                                 )
*Quezergue v. Jayco, Inc.*                       )
Docket No. 09-8640                               )
Plaintiff: Leo J. Quezergue                      )
                                                 )
*Barbarin v. Forest River, Inc.*                 )
Docket No. 09-8699                               )
Plaintiffs: Janet Bracy                          )
    Bernadine Bray                        )
    Sierra Bright                         )
    Lydia C. Hunter                       )
    Ablioncia Lindsey                     )
    Demetria Winchester, minor, by Lydia Hunter  )

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO AMEND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2, 32 AND 88 RELATING TO PLAINTIFF FACT SHEETS

**MAY IT PLEASE THE COURT:**

Defendant, C. Martin Company, Inc. ("C. Martin"), moves this Honorable Court for an Order permitting Defendant to amend and/or supplement its Memorandum in Support of its Motion to Dismiss the claims of the following Plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2, 32 and 88 relating to the production of Plaintiff Fact Sheets. The Plaintiffs to whom the proposed amendment memorandum are:

- Janet Bracy (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Sierra Bright (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Lydia C. Hunter (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Ablioncia Lindsey (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Demetria Winchester, minor, by Lydia Hunter (plaintiff in *Hendrix v. Lakeside Park Homes, Inc., et al.*, 09-CV-08654)

- Janet Bracy (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Sierra Bright (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Lydia C. Hunter (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Ablioncia Lindsey (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

- Demetria Winchester, minor, by Lydia Hunter (plaintiff in *Barbarin v. Forest River, Inc., et al.*, 09-CV-08699)

On October 6, 2011, Defendant, C. Martin Company filed its Motion to Dismiss the Complaints of the above Plaintiffs, among others, based upon their failure to provide full and complete responses to their Plaintiff Fact Sheets as required by Pre-Trial Orders Nos. 2, 32, and 88. *See*, Rec. Doc. No. 23065. Since that time, the above-named Plaintiffs have provided updated PFS's in this matter. Based upon the above, Defendant seeks the authority of this Honorable Court to amend its Memorandum in Support of its Motion to Dismiss to ensure that all correct factual information is before this Honorable Court prior to its rendering a decision herein.

WHEREFORE, PREMISES CONSIDERED, Defendant, C. Martin Company, prays that its Motion to Amend its Memorandum in Support of its Motion to Dismiss be granted, and that the attached Amended Memorandum be filed with this Honorable Court.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By: */s/ Edgar D. Gankendorff*
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                        */s/ Edgar D. Gankendorff*
                                        Edgar D. Gankendorff