IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL NO.: 1873 |
| This Document Relates to: ) <br> *Hendrix v. Lakeside Park Homes, Inc.* ) <br> Docket No. 09-8654 ) <br> Plaintiffs: Janet Bracy ) <br> Bernadine Bray ) <br>    Sierra Bright, ) <br>    George Butler, Jr. ) <br>    Lydia C. Hunter ) <br>    Ablioncia Lindsey ) <br>    Demetria Winchester, minor, by Lydia Hunter ) <br> ) | SECTION: N (5) <br><br> JUDGE: ENGELHARDT <br><br> MAG.: CHASEZ |
| *Bowman v. Fleetwood* ) <br> Docket No. 09-8643 ) <br> Plaintiff: Edward J. Vaughn ) <br> ) | |
| *Serpas v. Keystone RV Company* ) <br> Docket No. 09-8696 ) <br> Plaintiffs: Camilla A. Smothers ) <br>    Charles G. Smothers ) <br> ) | |
| *Williams v. Skyline Corporation* ) <br> Docket No. 09-8649 ) <br> Plaintiffs: Edward Scott ) <br>    Portia M. Williams ) <br> ) | |
| *Quezergue v. Jayco, Inc.* ) <br> Docket No. 09-8640 ) <br> Plaintiff: Leo J. Quezergue ) <br> ) | |
| *Barbarin v. Forest River, Inc.* ) <br> Docket No. 09-8699 ) <br> Plaintiffs: Janet Bracy ) <br>    Bernadine Bray ) <br>    Sierra Bright ) <br>    Lydia C. Hunter ) <br>    Ablioncia Lindsey ) <br>    Demetria Winchester, minor, by Lydia Hunter ) | |

## **ORDER**

Considering the foregoing Motion to Amend Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Motion to Amend be and is hereby **GRANTED** and the Amended Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32, and 88 Relating to Plaintiff Fact Sheets filed by C. Martin Company shall be filed into the Record of this Court:

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE