## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) | SECTION: N (5) |
| *Hendrix v. Lakeside Park Homes, Inc.* ) Docket No. 09-8654 ) | JUDGE: ENGELHARDT |
| Plaintiffs: Janet Bracy ) Bernadine Bray ) | MAG.: CHASEZ |
| Sierra Bright, ) George Butler, Jr. ) Lydia C. Hunter ) Ablioncia Lindsey ) Demetria Winchester, minor, by Lydia Hunter ) ) | |
| *Bowman v. Fleetwood* ) Docket No. 09-8643 ) Plaintiff: Edward J. Vaughn ) ) | |
| *Serpas v. Keystone RV Company* ) Docket No. 09-8696 ) Plaintiffs: Camilla A. Smothers ) Charles G. Smothers ) ) | |
| *Williams v. Skyline Corporation* ) Docket No. 09-8649 ) Plaintiffs: Edward Scott ) Portia M. Williams ) ) | |
| *Quezergue v. Jayco, Inc.* ) Docket No. 09-8640 ) Plaintiff: Leo J. Quezergue ) ) | |
| *Barbarin v. Forest River, Inc.* ) Docket No. 09-8699 ) Plaintiffs: Janet Bracy ) Bernadine Bray ) Sierra Bright ) Lydia C. Hunter ) Ablioncia Lindsey ) Demetria Winchester, minor, by Lydia Hunter ) | |

## **ORDER**

Considering the foregoing Motion to Amend Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Motion to Amend be and is hereby **GRANTED** and the Amended Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32, and 88 Relating to Plaintiff Fact Sheets filed by C. Martin Company shall be filed into the Record of this Court:

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE