UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Etta Varnado, et al. v. Starcraft RV, Inc.* | * | |
| Docket No. 09-8613 | * | MAG. JUDGE CHASEZ |

NOTICE OF NO OBJECTION
SUBJECT TO A RESERVATION OF RIGHTS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Starcraft RV, Inc., who responds to the Court's Order (Rec. Doc. 23255-5) setting Plaintiffs' Motion for Leave to File Amended Complaint (Rec. Doc. 23255) for submission on November 16, 2011, by submitting that Starcraft RV, Inc. has contacted Plaintiffs' counsels to address the Motion for Leave. Starcraft RV, Inc. has advised Plaintiff Counsel that the Motion for Leave is not opposed, subject to a full reservation of rights on behalf of Starcraft RV, Inc. to raise any and all defenses and/or exceptions, including, but not limited to, prescription. Accordingly, should the Court grant Plaintiffs' Motion for Leave to File Amended Complaints, Starcraft RV, Inc. respectfully requests that the Order reflect that Starcraft RV, Inc. reserves its rights to raise any and all defenses and/or exceptions, including, but not limited to, prescription.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL