UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Alec Causey, Jr. v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4596 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Alec Causey, Jr. | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Alec Causey, Jr. filed by Jayco Enterprises, Inc.;

**IT IS ORDERED** that Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff Alec Causey, Jr. is **GRANTED** and the claims and causes of action of plaintiff, Alec Causey, Jr., in the above entitled and numbered cause, are hereby dismissed without prejudice. This order has no effect on the claims of Alec Causey, Jr. as filed in the case styled *Charles Causey, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-6180.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE