UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Alec Causey, Jr. v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4596 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Alec Causey, Jr. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS THE DUPLICATIVE CLAIMS OF PLAINTIFF ALEC CAUSEY, JR.

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Unopposed Motion to Dismiss the Duplicative Claims of Plaintiff, Alec Causey, Jr., and in support they would respectfully show the court as follows:

I. On or about July 29, 2009, Plaintiff, Alec Causey, Jr., filed a case styled *Alec Causey, Jr., et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-4596. Subsequently, on or about September 11, 2009, Alec Causey, Jr. was named as a plaintiff in a case styled *Charles Causey, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-6180. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Because Alec Causey, Jr. appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the

claims of Alec Causey, Jr. as filed in the case styled *Charles Causey, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-6180.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Alec Causey, Jr. in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

                                         Respectfully submitted,
                                         **WILLINGHAM, FULTZ & COUGILL LLP**

                                   By:   s/*Thomas L. Cougill*
                                                  THOMAS L. COUGILL
                                                  Texas State Bar No. 04877300
                                                  Louisiana State Bar No. 31112
                                                  R. MARK WILLINGHAM
                                                  Texas State Bar No. 21641500
                                                  JEFFREY P. FULTZ
                                                  Texas State Bar No. 00790728
                                                  Mississippi Bar No. 101058
                                                  Niels Esperson Building
                                                  808 Travis Street, Suite 1608
                                                  Houston, Texas  77002
                                                  (713) 333-7600 – Telephone
                                                  (713) 333-7601 – Facsimile
                                         **Attorneys for Jayco Enterprises, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                  s/*Thomas L. Cougill*
                                                 THOMAS L. COUGIL