UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Donald Acker v. Jayco, Inc.* | * | |
| Docket No. 09-7804 | * | |
| Plaintiffs: James Childs | * | JUDGE ENGELHARDT |
|         Cynthia Vanpeski | * | |
|         Cynthia Vanpeski, obo | * | |
|           Haley Hampton | * | |
|         Kevin Vanpeski | * | MAG. JUDGE CHASEZ |

************************************************************************

## MOTION TO DISMISS DUPLICATIVE CLAIMS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are named plaintiffs in another lawsuit. The plaintiffs at issue are:

- James Childs (Plaintiff in *Acker*, C.A. 09-7804)

- Cynthia Vanpeski (Plaintiff in *Acker*, C.A. 09-7804)

- Cynthia Vanpeski obo Haley Hampton (Plaintiff in *Acker*, C.A. 09-7804)

- Kevin Vanpeski (Plaintiff in *Acker*, C.A. 09-7804)

      The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile
     **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

     s/*Thomas L. Cougill*
     THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, WATTS GUERRA CRAFT LLP, opposes this motion.

                                                            s/*Thomas L. Cougill*
                                                            THOMAS L. COUGILL