UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Donald Acker v. Jayco, Inc.* | * | |
| Docket No. 09-7804 | * | |
| Plaintiffs: James Childs | * | JUDGE ENGELHARDT |
| Cynthia Vanpeski | * | |
| Cynthia Vanpeski, obo | * | |
| Haley Hampton | * | |
| Kevin Vanpeski | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS DUPLICATIVE CLAIMS**

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiffs, James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski, and in support they would respectfully show the court as follows:

I.  On or about July 10, 2009, Plaintiffs, James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski, were named as plaintiffs in a case styled *Letisha Biggs, et al. v. Jayco, Inc., et al.*, Cause No. 09-05580. Subsequently, on or about December 23, 2009, James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski were named as plaintiffs in a case styled *Donald Acker, et al. v. Jayco, Inc., et al.*, Cause No. 09-7804. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

II.  In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed

by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id.* The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski as filed in the case styled *Letisha Biggs, et al. v. Jayco, Inc., et al.*, Cause No. 09-05580.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: *s/Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

    *s/Thomas L. Cougill*
    THOMAS L. COUGILL