UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Donald Acker v. Jayco, Inc.* | * | |
| Docket No. 09-7804 | * | |
| Plaintiffs: James Childs | * | JUDGE ENGELHARDT |
|             Cynthia Vanpeski | * | |
|             Cynthia Vanpeski, obo | * | |
|               Haley Hampton | * | |
|             Kevin Vanpeski | * | MAG. JUDGE CHASEZ |

*****************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Jayco, Inc., pertaining to plaintiffs, James Childs, Cynthia Vanpeski, individually and on behalf of Haley Hampton, and Kevin Vanpeski, is **Wednesday, November 16, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                Respectfully submitted,
                **WILLINGHAM, FULTZ & COUGILL LLP**

           By: s/*Thomas L. Cougill*
              THOMAS L. COUGILL
              Texas State Bar No. 04877300
              Louisiana State Bar No. 31112
              R. MARK WILLINGHAM
              Texas State Bar No. 21641500
              JEFFREY P. FULTZ
              Texas State Bar No. 00790728
              Mississippi Bar No. 101058
              Niels Esperson Building
              808 Travis Street, Suite 1608
              Houston, Texas  77002
              (713) 333-7600 – Telephone
              (713) 333-7601 – Facsimile

              **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                    s/Thomas L. Cougill
                                                    THOMAS L. COUGILL