MINUTE ENTRY
ENGELHARDT, J.
OCTOBER 21, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873 |

THIS DOCUMENT RELATES TO:
 ALL CASES

JUDGE KURT D. ENGELHARDT PRESIDING

**FRIDAY, OCTOBER 21, 2011 AT 10:00 A.M.**

COURTROOM DEPUTY: Pam Radosta        COURT REPORTER: Karen Ibos

**JOINT MOTION OF PLAINTIFF' STEERING COMMITTEE (PSC), MANUFACTURING DEFENDANTS, AND CONTRACTOR DEFENDANTS FOR THE APPOINTMENT OF AMANDA J. BALLAY AS A SPECIAL MASTER IN THESE PROCEEDINGS : ( Rec. Doc. No. 23066)**

APPEARANCES:     <u>Plaintiffs' Co-Liaison</u>: Gerard Meunier, Justin Woods, Mikal Watts
                 <u>Defendants' Co-Liaison:</u> Andrew Weinstock, Joseph Glass
                                        M. David Kurtz
                 <u>Government</u>: Henry Miller

After revisions are made, all matters have now been resolved.

Plaintiffs' Co-Liaison Counsel shall submit a proposed order to the Court for approval.

JS-10: 0:12