UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 91

On October 21, 2011, the Court held a status conference at 8:30 a.m. in chambers with liaison counsel and steering committee members. The following individuals were in attendance: Gerardo Barrios, Raul Bencomo, Anthony Buzbee, Frank D'Amico, Jr., Lamont Domingue, Ernest Gieger, Jr., Joe Glass, John J. Hainkel, Robert Hilliard, M. David Kurtz, Charles Leche, Gerald Meunier, Henry Miller, Matthew Moreland, Charles Penot, Jr., James Percy, Dennis Reich, John Stewart Tharp, Mikal Watts, Andrew Weinstock, Karen Whitfield, and Justin Woods.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    **On Thursday, November 17, 2011, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission

to this meeting.

(2)    A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, November 17, 2011, at 10:00 a.m.**

(3)    **On Thursday, January 5, 2012, at 8:30 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(4)    A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, January 5, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 21st day of October 2011.

KURT D. ENGELHARDT
**UNITED STATES DISTRICT JUDGE**