PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S) _____

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07md1873**

DEFENDANT(S) _____

Magistrate: _____

**FEMA MDL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **10-21-11**    TIME: **10 AM**

PLEASE PRINT            PLEASE PRINT            PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Mikal Watts | Watts Guerra Craft | PSC |
| Bob Hilliard | HMG | PSC |
| Andy Weinstock | Duplass | GSCI |
| Joe Glass | " | " |
| Tim Scandurro | S&S, LLC | " |
| Hery Miller | [signature] | USA |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                **07md1873**

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MOL**

*****************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓  STATUS   _____ SETTLEMENT

DATE: **10-21-11**           TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| GERALD MEUNIER | | |
| David Kurtz | Baker Donelson | Shaw |
| Jim Percy | Jones Walker | K-2, Keystone |
| CHARLES PENOT | MRG | Fluor Enterprises, Inc |
| Jack [Hainkel?] | Frilot | Bechtel |
| Lamont Domingue | Voorhies & Labbe | Cavalier et al |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

**07md1873**

_____
DEFENDANT(S)

Magistrate: _____

**FEMA MDL**

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **10-21-11**     TIME: **10AM**

## PLEASE PRINT       PLEASE PRINT       PLEASE PRINT

**NAME** | **FIRM** | **REPRESENT**
--- | --- | ---
Charles E. Leche | Deutsch, Kerrigan | Insurance Liaison Co-Counsel
Tom Cougill | W, F a C | Jayco & Starcraft
Anne Briard | Lugenbuhl | Liberty Mutual
Stuart Richeson | Baldwin Haspel | Jaquet Const. Services
Christine Lipsey | McGlinchey | Morgan
Brent Maggio | Allen & Gooch | Sun Valley/Heartland

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S) _____

CIVIL/CRIMINAL ACTION NO.:

VERSUS

**07md1873**

DEFENDANT(S) _____

Magistrate: _____

**FEMA MDL**

*******************************************************************

CONFERENCE: ____PRE-TRIAL    ✓ STATUS    ____SETTLEMENT

DATE: **10-21-11**    TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Matt Moreland | Becnel | π |
| Joe Rausch | Hall | π |
| Justin Woods | Gainsburgh | PSC |
| Janet MacDonell | same | SRS, Agbayani |
| Denis Vega | | Hurricane |
| Mary Char | Degan | Burlington |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                        07 md 1873

_____   Magistrate: _____
DEFENDANT(S)

FEMA MDL

****************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 10-21-11                TIME: 10:00 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Jennifer Kilpatrick | Degan, Blanchard | TKTMJ |
| Laura Mayes | Degan Blanchard & Nash | T-MAC |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton Homes |
| Randall Mulcahy | Garrison, Yount | Recreation By Design, LLC |
| Lyon Garrison | Garrison Yount | " " |
| Joe Glass | Duplass | Gulf Stream |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                      07 md 1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: 10-21-11              TIME: 10:00 AM

**PLEASE PRINT**          **PLEASE PRINT**          **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Andy Weinstock | Duplass | Gulf Stream |
| David Managas | Galloway | Del-Jay |
| Dino Gankerdoff | Provosty | C. Martin |
| Michelle Purchner | Andry Law Group | Plaintiffs |
| John Etter | Rodney & Etter | Plaintiff-Intervenor |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                         07 md 1873

_____   Magistrate: _____
DEFENDANT(S)

FEMA MDL

*******************************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 10-21-11                 TIME: 10 AM

**PLEASE PRINT**        **PLEASE PRINT**         **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Stewart Tharp | Taylor, Porter | Coachmen |
| Stephanie Dobline | Galloway Johnson | Davis Prof. Svcs. Inc. |
| Jason Sutterfield | Sutterfield & Webb | Colony Ins Co |
| Cynthia Thomas | Galloway, Johnson | SunnyBrook RV |
| Ben Ward | Lanzelere Picou | Westchester |