UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|     FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|     LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Susan Baugh v. Jayco, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-6964 | * | |
| Plaintiff: Robert Conder | * | MAG. JUDGE CHASEZ |

**************************************************************************

## MOTION TO DISMISS THE DUPLICATIVE
## CLAIMS OF PLAINTIFF ROBERT CONDER

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiff, without prejudice, because this person is a named in another lawsuit. The plaintiff at issue is:

- Robert Conder (Plaintiff in *Baugh*, C.A. 09-6964)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

        Respectfully submitted,
        **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile
        **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                       s/*Thomas L. Cougill*
                                                      THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, WARE CLIFFORD PLLC, opposes this motion.

                                                       s/*Thomas L. Cougill*
                                                      THOMAS L. COUGILL