**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Susan Baugh v. Jayco, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-6964 | * | |
| Plaintiff: Robert Conder | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE**
**DUPLICATIVE CLAIMS OF PLAINTIFF ROBERT CONDER**

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Motion to

Dismiss the Duplicative Claims of Plaintiff, Robert Conder, and in support they would

respectfully show the court as follows:

I.      On or about July 10, 2009, Plaintiff, Robert Conder, was named as a plaintiff in a

case styled *Letisha Biggs, et al. v. Jayco, Inc., et al.*, Cause No. 09-05580.

Subsequently, on or about July 31, 2009, Robert Conder was named as a plaintiff in a

case styled *Susan Baugh, et al. v. Jayco, Inc., et al.*, Cause No. 09-6964. Defendant

would show that this is the same plaintiff, alleging the same claims and causes of

action against the same defendant.

II.     In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed

by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches*

*Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to

file" rule, where a party has filed multiple lawsuits concerning the same facts, the

district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid

the waste of duplication, to avoid rulings which may trench upon the authority of

sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Robert Conder appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Robert Conder as filed in the case styled *Letisha Biggs, et al. v. Jayco, Inc., et al.*, Cause No. 09-05580.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Robert Conder in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas  77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile
    **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.


       s/*Thomas L. Cougill*  
THOMAS L. COUGILL