UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Aaron Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7837 | * | JUDGE ENGELHARDT |
| Plaintiff: Tina Lachney | * | |
| Tina Lachney, obo Sierra Lachney | * | MAG. JUDGE CHASEZ |
| and Zachery Lachney | * | |

*******************************************************************************

## MOTION TO DISMISS DUPLICATIVE CLAIMS

**NOW INTO COURT**, through undersigned counsel comes, defendant Starcraft RV, Inc. ("Starcraft"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are a named in another lawsuit. The plaintiffs at issue are:

- Tina Lachney (Plaintiff in *Bell*, C.A. 09-7837)

- Tina Lachney obo Sierra Lachney (Plaintiff in *Bell*, C.A. 09-7837)

- Tina Lachney obo Zachery Lachney (Plaintiff in *Bell*, C.A. 09-7837)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile
      **Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, WATTS HILLIARD, opposes this motion.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL