UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Aaron Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7837 | * | JUDGE ENGELHARDT |
| Plaintiff: Tina Lachney | * | |
|     Tina Lachney, obo Sierra Lachney | * | MAG. JUDGE CHASEZ |
|       and Zachery Lachney | * | |

****************************************************************************

### NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Starcraft RV, Inc., pertaining to plaintiffs, Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney, is **Wednesday, November 16, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                                      Respectfully submitted,
                                      **WILLINGHAM, FULTZ & COUGILL LLP**

                               By:   s/*Thomas L. Cougill*
                                     THOMAS L. COUGILL
                                     Texas State Bar No. 04877300
                                     Louisiana State Bar No. 31112
                                     R. MARK WILLINGHAM
                                     Texas State Bar No. 21641500
                                     JEFFREY P. FULTZ
                                     Texas State Bar No. 00790728
                                     Mississippi Bar No. 101058
                                     Niels Esperson Building
                                     808 Travis Street, Suite 1608
                                     Houston, Texas  77002
                                     (713) 333-7600 – Telephone
                                     (713) 333-7601 – Facsimile

                                     **Attorneys for Starcraft RV, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                             s/Thomas L. Cougill
                                                            THOMAS L. COUGILL