UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Aaron Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7837 | * | JUDGE ENGELHARDT |
| Plaintiff: Tina Lachney | * | |
| Tina Lachney, obo Sierra Lachney | * | MAG. JUDGE CHASEZ |
| and Zachery Lachney | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS DUPLICATIVE CLAIMS**

**COMES NOW**, Defendant, Starcraft RV, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiffs, Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney, and in support they would respectfully show the court as follows:

I.  On or about December 8, 2009, Plaintiffs, Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney, were named as plaintiffs in a case styled *James T. Chandler, et al. v. Starcraft RV, Inc., et al.*, Cause No. 2:10-cv-00264. Subsequently, on or about December 23, 2009, Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney were named as plaintiffs in a case styled *Aaron Bell, et al. v. Starcraft RV, Inc., et al.*, Cause No. 09-7837. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

II.  In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches*

*Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney as filed in the case styled *James T. Chandler, et al. v. Starcraft RV, Inc., et al.*, Cause No. 2:10-cv-00264.

WHEREFORE, defendant, Starcraft RV, Inc. prays the Court dismiss without prejudice the claims of Tina Lachney, individually and on behalf of Sierra Lachney and Zachery Lachney in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

     s/*Thomas L. Cougill*
     THOMAS L. COUGILL