UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Roland Ayo v. Jayco, Inc.* | * | |
| Docket No. 09-4721 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Kedra Bienemy, obo | * | |
| Davinque Bienemy; | * | |
| Kedra Bienemy, obo Kevlin Bienemy; | * | |
| Margaret Eustis; and | * | |
| Rodney Hills. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco") CH2M Hill Constructors, Inc. and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Kendra Bienemy, on behalf of Davinque Bienemy (Plaintiff in *Ayo,* C.A. 09-4721)

- Kendra Bienemy, on behalf of Kevlin Bienemy (Plaintiff in *Ayo,* C.A. 09-4721)

- Margaret Eustis (Plaintiff in *Ayo,* C.A. 09-4721)

- Rodney Hills (Plaintiff in *Ayo,* C.A. 09-4721)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**


**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: s/*Gerardo R. Barrios*
ROY C. CHEATWOOD (La. Bar No. 4010)
GERARDO R. BARRIOS (La. Bar No. 21223)
M. DAVID KURTZ (La. Bar No. 23821)
KAREN KALER WHITFIELD (La. Bar No. 19350)
WADE M. BASS (La. Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, La 70471
(985) 819-8400 – Telephone
(985) 819-8484 – Facsimile
rcheatwood@bakerdonelson.com
gbarrios@bakerdonelson.com
dkurtz@bakerdonelson.com
kwhitfield@bakerdonelson.com
wbass@bakerdonelson.com

**Attorneys for CH2M Hill Constructors, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:  s/*Charles R. Penot, Jr.*
     Charles R. Penot, Jr. (LA Bar No. 1530 &
     TX Bar No. 24062455)
     717 North Harwood, Suite 2400
     Dallas, Texas 75201
     (214) 220-6334 – Telephone
     (214) 220-6807 – Facsimile

     *-and-*

     Dominic J. Gianna, La. Bar No. 6063
     Sarah A. Lowman, La. Bar No. 18311
     201 St. Charles Avenue, Suite 3100
     New Orleans, Louisiana 70170
     (504) 525-7200 – Telephone
     (504) 581-5983 – Facsimile

     *-and-*

     Richard A. Sherburne., La. Bar No. 2106
     450 Laurel Street, Suite 1101
     Baton Rouge, Louisiana 70801
     (225) 381-7700 – Telephone
     (225) 381-7730 – Facsimile

     **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, WATTS GUERRA CRAFT LLP and ROBERT HILLIARD, opposes this motion.

                                                s/Thomas L. Cougill
                                                THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 26th day of October, 2011.

                                                s/Thomas L. Cougill
                                                THOMAS L. COUGILL