# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638   **Cause No.** 09-4711
**Case Name** Bienemy, Davinque   **Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,
**DOB**    **SSN**

| Question # | Question |
|---|---|
| 1. | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2. | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. There was no response to subsection (G) regarding previous claims. |
| | **Answer** |
| | Will Supplement |
| 3. | The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4. | In response to Section V, the plaintiff identified four units, Fleetwood (2), Gulf Stream and Jayco, Inc.; however, on the attachment entitled "Trailer 1" the plaintiff identified none of the manufacturers for the move-in/move-out dates provided. Additionally, the plaintiff failed to respond to numerous questions on "Trailer 1." Defendant, Jayco, seeks clarification on the unit manufacturers and dates of occupancy for each. |
| | **Answer** |
| | Will Supplement |
| 5. | The plaintiff failed to respond to Section V (E) regarding trailer occupants |
| | **Answer** |
| | Will Supplement |
| 6. | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight |
| | **Answer** |
| | Will Supplement |
| 7. | The plaintiff failed to respond to Section VI (F) and (G) including subparts |
| | **Answer** |
| | Will Supplement |
| 8. | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | Will Supplement |
| Question # | Question |
| | **Answer** |

**EXHIBIT C**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638  **Cause No.** 09-4711
**Case Name** Bienemy, Davinque  **Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,
**DOB**  **SSN**

| 9. | The plaintiff failed to respond to Section IX (A) through (F). |
|---|---|
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10. | Plaintiff's representative failed to complete the Certification |
| | **Answer** |
| | |

| Question # | Question |
|---|---|
| 11. | The attached authorizations for release of medical and other records were not completed |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 12. | The Privacy Act Release was not completed |
| | **Answer** |
| | Will Supplement |

_____  8/6/2010
Plaintiff or Representative  Date