# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  **Cause No.** 09-4711
**Case Name** Bienemy, Kevlin  **Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises,
**DOB**    **SSN**

| Question # | Question |
|---|---|
| 1. | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2. | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was not completed and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims |
| | **Answer** |
| | Will Supplement |
| 3. | The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4. | In response to Section V, the plaintiff identified four units, Fleetwood (2), Gulf Stream and Jayco, Inc.; however, on the attachment entitled "Trailer 1" the plaintiff identified none of the manufacturers for the move-in/move-out dates provided. Additionally, the plaintiff failed to respond to numerous questions on "Trailer 1." Defendant, Jayco, seeks clarification on the unit manufacturers and dates of occupancy for each. |
| | **Answer** |
| | Will Supplement |
| 5. | The plaintiff failed to respond to Section V (E) regarding trailer occupants |
| | **Answer** |
| | Will Supplement |
| 6. | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight |
| | **Answer** |
| | Will Supplement |
| 7. | The plaintiff failed to respond to Section VI (F) and (G) including subparts. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8. | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |

**EXHIBIT E**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 224637 | **Cause No.** 09-4711 |
| **Case Name** Bienemy, Kevlin | **Case Style** Patricia Buie, et. al. vs. Fleetwood Enterprises, |
| **DOB**           **SSN** | |

| Question # | Question |
|---|---|
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 9. | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 10. | Plaintiff's representative failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |
| 11. | The attached authorizations for release of medical and other records were not completed. |
| | **Answer** |
| | Will Supplement |
| 12. | The Privacy Act Release was not completed |
| | **Answer** |
| | Will Supplement |

_[signature]_            8/6/2010

Plaintiff or Representative      Date