# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  **Cause No.** 09-4721
**Case Name** Eustis, Margaret  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**DOB**  **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was not complete and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4 | The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1," including but not limited to manufacturer name and move-in/move-out dates. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
| | **Answer** |
| | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight. |
| | **Answer** |
| | My height is 5'6" and weight is 135. |
| 7 | The plaintiff failed to respond to Section VI (E), (F) and (G) including subparts. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 9 | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |

**EXHIBIT H**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680      **Cause No.** 09-4721

**Case Name** Eustis, Margaret      **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.

**Question #**

**DOB**      **SSN**

| | |
|---|---|
| **Answer** | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 10 | **Question** Plaintiff failed to complete the attached Certification. |
| **Answer** | See attached. |
| **Question #** 11 | **Question** The attached authorizations for release of medical and other records were not completed. The Privacy Act Release was not completed. |
| **Answer** | Will Supplement |

_[signature]_      8/6/2010

Plaintiff or Representative      Date