# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201507  **Cause No.** 09-4721
**Case Name** Hills, Rodney  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**DOB**  **SSN** 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

| Question # | Question | Answer |
|---|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was not completed and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims. | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." | Will Supplement |
| 4 | In response to Section V, the plaintiff identified two trailers, Jayco and Southern Energy; however, on the attachment entitled "Trailer 1" the plaintiff provided no information on the units, move-in/move-out dates or any other responses. | Will Supplement |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, or subsection (C) regarding smoking history. | Will Supplement |
| 7 | The plaintiff failed to respond to Section VI (F) and (G) including subparts. | Will Supplement |
| 8 | The plaintiff failed to respond to Section VII (D). | No, I do not have any bills from any physician, hospital, pharmacy, or other healthcare provider. |
| 9 | The plaintiff failed to respond to Section IX (A), (B), (C), (D) or (F). | |

**EXHIBIT J**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201507  **Cause No.** 09-4721
**Case Name** Hills, Rodney  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**Question #**
**DOB**  **SSN** 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

| | |
|---|---|
| **Answer** | Section IX (A) through (F)<br>I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| **Question #** | **Question** |
|---|---|
| 10 | Plaintiff failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |

| **Question #** | **Question** |
|---|---|
| 11 | The Privacy Act Release was not completed. |
| | **Answer** |
| | See Attached |

_____       8/6/2010
Plaintiff or Representative       Date