# WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill  *TomC@Willingham-law.com*
Partner

June 20, 2011

Mr. Mikal C. Watts                                              *Via Email*
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

      Re:    In Re:  FEMA Trailer Formaldehyde
                Products Liability Litigation
                MDL No. 1873, Section "N" (4)
                Plaintiff Fact Sheets

Dear Mr. Watts:

      Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

      Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

                            Very truly yours,

                            **WILLINGHAM, FULTZ & COUGILL LLP**

                            *Thomas L. Cougill*

                            Thomas L. Cougill

TLC/HR:rkr

cc:    Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)

**EXHIBIT B**

## STARCRAFT RV, INC.

### COLUMBUS AUGUSTUS, JR.

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### AMANDA BAILEY

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### REESE BAILEY

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### ELLIOT BELINO

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### CHARLOTTE BELL

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to include a complete response to Section IV (F) No. 3.

3. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### DAVID BENNETT

1. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

2. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### STACY BENNETT

1. The plaintiff failed to include a complete response to Section IV (F) No. 1-2.

2. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### JULIA BENOIT

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to include a complete response to Section IV (F) No.'s 1-3.

3. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

### KEVIN BENOIT

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to include a complete response to Section IV (F) No. 3.

3. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

### RONALD BLAKENEY

1. The plaintiff failed to include a complete response to Section IV (F) No. 3.

3

2. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### GLORIA BLAKENEY

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### JONATHAN BLAKENEY

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to include a complete response to Section IV (F) No. 3.

3. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

### SZCHONIA BONNER

1. The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2. The plaintiff failed to include a complete response to Section IV (F) No. 3.

3. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

**DESMINE BROWN**

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

**EXIE BROWN**

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**PAUL BROWN**

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Unit number.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JOSEPH BUI**

1. The plaintiff failed to produce any completed and executed the Authorizations for release of medical and other records.

**VINCENT BUI**

1. The plaintiff failed to produce any completed and executed the Authorizations for release of medical and other records.

**DEMOND CAMERON**

1. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**DENISE CAMERON**

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### MARLON CAMERON

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

### CARLA CRAIN

1. The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2. The plaintiff failed to respond to Section VI(C) related to personal smoking/tobacco use history.

### ERIC B. ALLIGOOD

1. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### JOSEPH BOYD

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding mental anguish and medical expense claims.

2. Plaintiff failed to provide a response to Section IV (F) (3) regarding lost wage claims.

3. In response to Section V, the plaintiff identified various Scot Bilt trailers and provided VIN's that does not correspond to a unit manufactured by Starcraft.

4. Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

5. Plaintiff failed to provide a response to Section VI (C) regarding the claimed current smoking and subsections (F) (1) and (4) regarding lung and skin disease history.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

### MARY BOYD

1. In response to Section V, the plaintiff identified a Scot Bilt trailer and provided VIN's for other trailers that do not correspond to a unit manufactured by Starcraft.

2. Plaintiff failed to respond to Section V (E) regarding trailer occupants.

3. Plaintiff failed to sign the Certification attached to Plaintiff's Fact Sheet. Additionally,

6

the plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### WALTER COUSIN

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding mental anguish and medical expense claims.

2. Plaintiff failed to provide a response to Section IV (F) (3) regarding lost wage claims.

3. Plaintiff failed to provide a response to Section VI (C) regarding smoking history and subsections (F) (1) and (4) regarding lung and skin disease history.

4. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

5. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.

### CHANEL DIXON

1. In response to Section V, the Plaintiff identified the manufacturer as Cavalier and failed to provide a VIN that corresponds with a unit manufactured by Starcraft.

2. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

3. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### JUSTIN ELLIOTT

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding mental anguish and medical expense claims.

2. In response to Section V, the plaintiff identified a Scot Bilt trailer and provided a VIN that does not correspond to a unit manufactured by Starcraft.

3. Plaintiff failed to respond to Section V (E) regarding trailer occupants.

4. Plaintiff failed to provide a response to Section VI (F) (1) and (4) regarding lung and skin disease history.

5. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

6. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

7

**JOSHUA L. GINTZ**

1. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

**CRYSTAL HIGH**

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding mental anguish and medical expense claims.

2. Plaintiff failed to provide a response to Section IV (F) (3) regarding lost wage claims.

3. In response to Section V, the Plaintiff identified the manufacturer as Gulf Stream and failed to provide a VIN or FEMA Bar Code number.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. Plaintiff failed to provide a response to Section VI (C) regarding the claimed current smoking and subsections (F) (1) and (4) regarding lung and skin disease history.\

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.

**MIKA HIGH**

1. In response to Section V, the plaintiff identified a Scot Bilt, Gulf Stream and Cross Roads trailers and provided VIN's that do not correspond to a unit manufactured by Starcraft.

2. Plaintiff failed to sign the Certification attached to Plaintiff's Fact Sheet. Additionally, the plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**NEVAEH HIGH**

1. In response to Section V, the plaintiff identified a Scot Bilt and Gulf Stream and provided VIN's that do not correspond to a unit manufactured by Starcraft.

2. Plaintiff failed to sign the Certification attached to Plaintiff's Fact Sheet. Additionally, the plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**TOMMY HIGH**

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding mental anguish and medical expense claims.

2. Plaintiff failed to respond to Section IV (F) (3) regarding lost wage claims.

3. In response to Section V, the plaintiff identified a Scot Bilt and Gulf Stream and provided VIN's that do not correspond to a unit manufactured by Starcraft.

4. Plaintiff failed to complete Section V (E) regarding trailer occupants.

5. Plaintiff failed to provide a response to Section VI (C) regarding the claimed current smoking and subsections (F) (1) and (4) regarding lung and skin disease history.

6. Plaintiff failed to complete Section VII (B) and IX regarding treating doctors.

7. The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records. Additionally, the Privacy Act Release was not completed.