UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos. 09-4000, 09-7705, 09-8631, | * | JUDGE ENGELHARDT |
| 09-8635, 09-8636, 09-8637, 10-0425, | * | |
| 10-2535, 10-2546, 11-0301 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Unopposed Partial Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23164];

IT IS ORDERED that Forest River, Inc.'s Unopposed Partial Motion to Withdraw Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted and, accordingly, the previously filed Motion to Dismiss [Rec. Doc. No. 23164] is hereby withdrawn in part as set forth in the motion.

NEW ORLEANS, Louisiana, this  26th  day of       October      , 2011.

_____
HONORABLE KURT D. ENGELHARDT