UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL. NO. 1873  SECTION "N" (5)  JUDGE: ENGELHARDT |
| **This Document Relates To:** *Theresa Becnel, et al, v. Recreation By Design, LLC, et al,* Docket No. 09-8624 | * * * * | MAGISTRATE:  CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23147:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23147 is granted as to plaintiffs Kim Brown, Kim Brown obo C.B. and W.B., Veriesha Bunch and Nicole Bourgeois only.

New Orleans, Louisiana, this __26th__ day of ____October____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1