UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** *Clara Anderson, et al v. Recreation by Design, LLC,* Docket No. 09-8626 | * * * * | MAGISTRATE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23185:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23185 is granted as to plaintiffs Joycelyn Stokes and Stephanie Simmons only.

New Orleans, Louisiana, this __26th__ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1