# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) |
| This Document Relates to: | ) |
| *Hendrix v. Lakeside Park Homes, Inc.* | ) |
| Docket No. 09-8654 | ) |
| Plaintiffs: Janet Bracy | ) |
| Bernadine Bray | ) |
|     Sierra Bright, | ) |
|     George Butler, Jr. | ) |
|     Lydia C. Hunter | ) |
|     Ablioncia Lindsey | ) |
|     Demetria Winchester, minor, by Lydia Hunter | ) |

**MDL NO.: 1873**

**SECTION: N (5)**

**JUDGE: ENGELHARDT**

**MAG.: CHASEZ**

| | |
|---|---|
| *Bowman v. Fleetwood* | ) |
| Docket No. 09-8643 | ) |
| Plaintiff: Edward J. Vaughn | ) |
| | ) |
| *Serpas v. Keystone RV Company* | ) |
| Docket No. 09-8696 | ) |
| Plaintiffs: Camilla A. Smothers | ) |
|     Charles G. Smothers | ) |
| | ) |
| *Williams v. Skyline Corporation* | ) |
| Docket No. 09-8649 | ) |
| Plaintiffs: Edward Scott | ) |
|     Portia M. Williams | ) |
| | ) |
| *Quezergue v. Jayco, Inc.* | ) |
| Docket No. 09-8640 | ) |
| Plaintiff: Leo J. Quezergue | ) |
| | ) |
| *Barbarin v. Forest River, Inc.* | ) |
| Docket No. 09-8699 | ) |
| Plaintiffs: Janet Bracy | ) |
|     Bernadine Bray | ) |
|     Sierra Bright | ) |
|     Lydia C. Hunter | ) |
|     Ablioncia Lindsey | ) |
|     Demetria Winchester, minor, by Lydia Hunter | ) |

## ORDER

Considering the foregoing Motion to Amend Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32 and 88 Relating To Plaintiff Fact Sheets filed by C. Martin Company;

**IT IS ORDERED THAT** the Motion to Amend be and is hereby **GRANTED** and the Amended Memorandum in Support of Motion to Dismiss for Failure to Comply with Pre-Trial Orders Numbers 2, 32, and 88 Relating to Plaintiff Fact Sheets filed by C. Martin Company shall be filed into the Record of this Court:

New Orleans, Louisiana, this __26th__ day of _____ October _____, 2011.

_____
UNITED STATES DISTRICT JUDGE