UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT IS** | * | **JUDGE ENGELHARDT** |
| **RELATED TO:** | * | |
| *Angela Thompson v.* | * | **MAGISTRATE CHASEZ** |
| *Crum & Forster Specialty* | * | |
| *Ins. Co., et al* | * | |
| **Number 09-4221** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Plaintiff be granted Leave of Court to file his Fourth Supplemental and Amending Complaint.

Signed in New Orleans, Louisiana, this the   26th   day of October, 2011.

_____
United States District Judge