MINUTE ENTRY
ENGELHARDT, J.
October 21, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, October 21, 2011, at 10:00 a.m. Participating were Justin I. Woods, James C. Percy, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Gerald E. Meunier, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Lamont P. Domingue, Charles E. Leche, Raul R. Bencomo, Anthony G. Buzbee, Henry T. Miller, John Stewart Tharp and Robert Hilliard.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #91 dated October 21, 2011 (Rec. Doc. No. 23336).

**Court Reporter: Karen Ibos**

JS10(0:40)