## Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Tuesday, October 25, 2011 4:18 PM |
| **To:** | Daniel Becnel; Matthew Morgan |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; Ashley Bouchon; Karen B. Davis |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - VIMI's Draft Motion to Dismiss attached. |
| **Attachments:** | Becnel VIMI Motion.pdf; Becnel VIMI Memo.pdf |

**Importance:** High

Attached is a draft Motion to Dismiss along with Memorandum in Support which we intend to file on behalf of Vanguard Industries of Michigan, Inc. in the afternoon of Friday, October 28, 2011. Please advise whether you will oppose or consent to the filing of the Motion to Dismiss. If we do not hear from you by Noon on Friday, October 28, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



GIEGER, LABORDE & LAPEROUSE, L.L.C.
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



**Fran Jeblonski**

| | |
|---|---|
| **From:** | Daniel Becnel [dbecnel@becnellaw.com] |
| **To:** | Fran Jeblonski |
| **Sent:** | Tuesday, October 25, 2011 4:30 PM |
| **Subject:** | Read: FEMA Trailer Formaldehyde Litigation - VIMI's Draft Motion to Dismiss attached. |

Your message was read on Tuesday, October 25, 2011 9:29:54 PM UTC.