**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:   FEMA TRAILER PRODUCTS**<br>        **LIABILITY LITIGATION** | *    **MDL NO. 07-1873**<br>* |
| | *<br>* |
| **THIS DOCUMENT PERTAINS TO:** | *    **SECTION:  N "5"**<br>* |
| *Roy Causey, et al. v. Skyline Corporation, et al.,* | *    **JUDGE: KURT D. ENGELHARDT**<br>* |
| **No. 10-1395** | * |
| | *    **MAGISTRATE JUDGE:**<br>* |
| **Plaintiff: Herald Switzer.** | *    **ALMA CHASEZ**<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**UNOPPOSED MOTION TO WITHDRAW SKYLINE CORPORATION'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDERS RELATING TO PLAINTIFF FACT SHEETS**

Defendant Skyline Corporation ("Skyline") moves to withdraw its motion to dismiss pertaining to plaintiff Herald Switzer (Rec. Doc. No. 23287), filed October 24, 2011.  Skyline's motion was directed to the failure to produce a Plaintiff Fact Sheet ("PFS").  Subsequent to the motion, on October 26, 2011, plaintiff's counsel provided the missing PFS.  Undersigned counsel certifies that he has contacted plaintiff's counsel, who does not oppose this motion.

WHEREFORE, Skyline respectfully requests the withdrawal of its Motion to Dismiss for Failure to Comply with Pretrial Orders Relating to Plaintiff Fact Sheets (Rec. Doc. No. 23287), without prejudice to its rights to seek dismissal as allowed by the Court's pretrial orders.

s/ *Robert D. Sheesley*
LARRY FELDMAN, JR., T.A. (La. #5503)
ROBERT D. SHEESLEY (La. #31579)
**McGLINCHEY STAFFORD, PLLC**
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone:  (504) 586-1200
lfeldman@mcglinchey.com
rsheesley@mcglinchey.com

**ATTORNEYS FOR DEFENDANT**
**SKYLINE CORPORATION**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

s/ *Robert D. Sheesley*
ROBERT D. SHEESLEY