# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

May 6, 2010

<u>Via e-mail</u>
Willingham, Fultz, & Cougill LLP
Attn: Sherrie J. Moseley
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      Request for extension on Deficiencies

Dear Sherrie,

We respectfully request an extension for the attached list of client's deficiencies. Please inform us as soon as possible of your decision as the deadline for these clients is between May 7, 2010 and May 9, 2010.

Please let me know if you have any questions.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Tort Coordinator


Attachments



**EXHIBIT C**

| WH Case # | Client |
|---|---|
| 225097 | Ancalade, Louis |
| 225117 | Ancalade, Monette |
| 211933 | Arceneaux, Simon |
| 200099 | Ayo, Jr., Roland |
| 221914 | Batiste, Crystal |
| 221921 | Batiste, Helain |
| 221915 | Batiste, Ty' |
| 215410 | Battaglia, Jr., Frank |
| 210547 | Bernard, Lauren |
| 224638 | Bienemy, Davinque |
| 224636 | Bienemy, Kedra |
| 224637 | Bienemy, Kevlin |
| 205573 | Black, Bobbie Lee |
| 208043 | BlackBuchert, Penny |
| 211090 | Blaize, Michael |
| 229439 | Bowes,Theresa L. |
| 229450 | Boyle, Miranda |
| 212748 | Bradley, Andrea |
| 211786 | Budovec, Tyler |
| 215480 | Burr, Janaya |
| 215481 | Burr, LaThomas |
| 208233 | Cantrelle, Gustave |
| 208237 | Cantrelle, Kimberly |
| 205607 | Carmouche, Phillip |
| 231105 | Champagne, Wayne B. |
| 211715 | Chester, David |
| 211716 | Chester, Jeremy |
| 211717 | Chester, Jonathan |
| 211718 | Chester, Polly |
| 212803 | Clausell, Elias |
| 215520 | Clay, Amy |
| 210410 | Conder, Robert |
| 223612 | Crosby, Jonathan |
| 223613 | Crosby, Rawland |
| 223614 | Crosby, Toni |
| 215547 | Dalon, Tammy |
| 229576 | Daughtry, Derek J. |
| 211471 | Daves, Lessie |
| 224918 | Dedeaux, Latoya |
| 211605 | Dorsey, Chiquitq |
| 221766 | Duke, Damon |
| 214542 | Elliott, Jeremy |
| 214543 | Elliott, Rose Mary |
| 229680 | Eustis, Margaret |
| 208892 | Fairley, Dylan |
| 208893 | Fairley, Ryan |
| 211616 | Farve, Gregory |
| 211617 | Farve, Lynsey |
| 208960 | Faye, Jr., Harvey |
| 220134 | Fisher, Jared |
| 220137 | Fisher, Terra |
| 216514 | Gilley, Mitchell |

| WH Case # | Client |
|---:|---|
| 207011 | Goodyear, Alan |
| 214519 | Gunther, John |
| 221803 | Hawkins, Alexis |
| 221802 | Hawkins, Drew |
| 222070 | Hill, Catoyonya |
| 222071 | Hill, Dayshawn |
| 222074 | Hill, Ravien |
| 201507 | Hills, Rodney |
| 214362 | Hoang, Trong |
| 208238 | Holden, Kaleb |
| 229833 | Holland, Shawn |
| 211053 | Horridge, Gregory |
| 233055 | Howard, Derek Anthony |
| 213370 | Hua, Chay |
| 221805 | Humphrey, Kara |
| 214393 | Huynh, Thu |
| 222331 | Jackson, Grady |
| 209243 | Jackson, Michael |
| 214309 | Johnson, Christi |
| 208987 | Jones, Katelyn |
| 214321 | Khadaroo, Ahmia |
| 214323 | Khadaroo, Joshua |
| 214324 | Khadaroo, Kevin |
| 214325 | Khadaroo, Shannon |
| 212435 | Kuepers, Theda |
| 211052 | Kutz, Daniel |
| 211050 | Kutz, Steve |
| 211051 | Kutz, Tara |
| 214344 | Ladner, Dara |
| 214345 | Ladner, Darryl |
| 214346 | Ladner, Donna |
| 214347 | Ladner, Drake |
| 215731 | Lafrance, Zachary |
| 215735 | Landon, Argentina |
| 215736 | Landor, Benjamin |
| 215737 | Landor, Michael |
| 215738 | Landor, Robert |
| 213961 | Landrum, Cacey |
| 214353 | Landrum, Courtney |
| 207099 | Lawless, Kyndra |
| 212344 | Le, Sandy |
| 222136 | Martin, Cerecco |
| 221835 | Meeks, Shirley |
| 208986 | Merrow, Andrea |
| 215815 | Miller, Chevy |
| 210661 | Milliner, Robert |
| 203517 | Mingo, Patricia |
| 216754 | Mitchell, Bingley |
| 221843 | Montgomery, John |
| 221842 | Montgomery, Kaniesha |
| 209500 | Moran, Ola |
| 209503 | Moran, Sandra |

| WH Case # | Client |
|---|---|
| 208093 | Morgan, Audrey |
| 208094 | Morgan, Jim |
| 213326 | Morris, Brandon |
| 213782 | Morris, Clint |
| 213071 | Morris, Jenny |
| 213781 | Morris, Jessica |
| 213783 | Morris, Johnny |
| 213072 | Morris, Virginia |
| 212239 | Nguyen, Cao |
| 213110 | Oliver, Colby |
| 213111 | Oliver, Patches |
| 213113 | Oliver, Shelby |
| 214887 | Olsen, James |
| 214888 | Olsen, Malorie |
| 214889 | Olsen, Melanie |
| 205649 | Pinkney, Laverne |
| 205648 | Pinkney, Violet |
| 210336 | Randle, Hannah A. |
| 210335 | Randle, Janet J. |
| 222197 | Sanders, Allen |
| 222196 | Sanders, Sherman |
| 222195 | Sanders, Tina |
| 210549 | Saucier, Laurie |
| 210548 | Saucier, Steven |
| 224371 | Scipio, Rudolth |
| 220428 | Scott, Brandon |
| 205446 | Sloan, Abriana |
| 215987 | Smooth, Arthur |
| 222592 | Sorina, Jr., Jimmy |
| 207500 | Theodore, Micheal |
| 213862 | Williams, August |
| 213863 | Williams, Deborah |
| 205596 | Williams, Jr., Larry |

# Roslyn West

| | |
|---|---|
| **From:** | Christina Wanies |
| **Sent:** | Friday, May 07, 2010 2:51 PM |
| **To:** | 'Kendra Saxvik'; Sherrie Moseley |
| **Cc:** | 'Nicole Porter'; 'Tim Weitzel'; Hal Roach |
| **Subject:** | RE: Watts Hilliard Request for Extension for Deficiencies |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Kendra,

We are approving your request for an extension on deficiencies for 137 clients.

Christina Wanies
Paralegal

Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: christinaw@willingham-law.com
Website: www.willingham-law.com

**********************************************************
Privileged Attorney-Client Communication and/or Attorney Work Product:
The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

-----Original Message-----
From: Kendra Saxvik [mailto:ksaxvik@wgclawfirm.com]
Sent: Thursday, May 06, 2010 3:55 PM
To: Sherrie Moseley
Cc: Christina Wanies; Nicole Porter; Tim Weitzel
Subject: Watts Hilliard Request for Extension for Deficiencies

Ms. Moseley,

As discussed on the phone, we are requesting an extension on deficiencies for 137 of our clients. We will be submitting answers for
79 clients shortly.

Attached please find our request for extension. We appreciate your quick response, due to the impending deadline.

Please let me know if you have any questions.

1

Thanks,

Kendra

Kendra Saxvik

Mass Torts Project Coordinator
Watts Guerra Craft, LLP
Phone: (361) 693-3100
Fax: (361) 882-1261