# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209243  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Jackson, Michael  **Case Style** Susan Baugh, et. al.  vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9).<br><br>8. Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?<br><br>If "Yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor, or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:<br><br>Name and address of each person who treated or counseled you:<br><br>To your understanding, describe the condition for which treated:<br><br>State when you were treated for this psychological, psychiatric or emotional problem:<br><br>List the medications prescribed or recommended by the physician or counselor:<br><br>9. Are you making a claim for medical expenses as a result of the injury, illness or disease you are |
| | **Answer**<br>Will Supplement |
| 2 | The plaintiff failed to include a response to Section IV (A) (E) and (F) regarding dates of residence, educational background and employment history.  The plaintiff also failed to provide a response to Section IV (F) (3) on whether or not he is pursuing a lost wage/lost earning capacity claim.  The plaintiff also failed to respond to Section IV (G). |
| | **Answer**<br>Will Supplement |
| 3 | The plaintiff failed to include a response to Section IV (sic) (A) and (B) entitled "Family Information |
| | **Answer**<br>Will Supplement |
| 4 | The plaintiff failed to include responses to multiple questions on the attachment entitled "Trailer 1," including the FEMA Bar Code number and move-in/move-out dates. |
| | **Answer**<br>Will Supplement |
| 5 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and failed to provide a complete response to Section VI (C) regarding smoking history. |
| | **Answer** |

**EXHIBIT E**

## Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 209243 | **Cause No.** 1:09-cv-595 HSO JMR |
| **Case Name** Jackson, Michael | **Case Style** Susan Baugh, et. al.  vs. Jayco, Inc., et. al. |
| **DOB** ▮▮▮▮   **SSN** | |

| Question # | Question |
|---|---|
| | Will Supplement |
| **Question #** 6 | The plaintiff failed to respond to Section VI (F) and (G) including subparts.<br><br>F. Have you ever suffered from any of the following illnesses, diseases, or abnormal physical conditions?<br><br>1. Lung or other respiratory disease<br>If "Yes," please indicate the following:<br>Name and description of each illness, disease, or abnormal condition:<br>The date of illness:<br><br>2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)<br>If "Yes," please indicate the following:<br>Name and description of each illness, disease, or abnormal condition:<br>The date of illness:<br><br>3. Long-term stomach or bowel disease<br>If "Yes," please indicate the following:<br>Name and description of each illness, disease, or abnormal condition: |
| | **Answer** |
| | F. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.<br>G. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 7 | **Question**<br>The plaintiff failed to respond to Section VII (D). |
| | **Answer**<br>D. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** 8 | **Question**<br>The plaintiff failed to respond to Section IX (A) through (F).  The plaintiff referred to Section III (C)(3), which did not identify any healthcare providers. |
| | **Answer**<br>Will Supplement |
| **Question #** 9 | **Question**<br>The plaintiff failed to sign or date the Certification attached to Plaintiffs' Fact Sheet. |
| | **Answer**<br>Will Supplement |
| **Question #** 10 | **Question**<br>The plaintiff failed to execute any of the attached authorizations for release of medical or other records, and failed to execute the attached Privacy Act Release. |
| | **Answer**<br>Will Supplement |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 209243  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Jackson, Michael  **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**  **SSN**

_____   8/6/2010
Plaintiff or Representative     Date