# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 231105  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Champagne, Wayne B.  **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer:** Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Additionally, there was no response to subsection (G) regarding previous claims. |
| | **Answer:** Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
| | **Answer:** Will Supplement |
| 4 | The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1," including the move-in/move-out dates. |
| | **Answer:** Will Supplement |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
| | **Answer:** Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight. |
| | **Answer:** Will Supplement |
| 7 | The plaintiff failed to respond to Section VI (F) and (G) including subparts. |
| | **Answer:** Will Supplement |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer:** Will Supplement |
| 9 | The plaintiff failed to respond to Section IX (A), (B), (C), (D) and (F). |
| | **Answer:** Will Supplement |
| | **Question** |
| | **Answer** |

**EXHIBIT H**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 231105  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Champagne, Wayne B.  **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| | |
|---|---|
| 10 | Plaintiff failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 11 | The attached authorizations for release of medical and other records were not completed. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 12 | The Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____   8/6/2010
Plaintiff or Representative   Date