# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221843      **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Montgomery, John      **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**      **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was not completed and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims. |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4 | The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1." Additionally, the manufacturer was identified as "Gulf Stream." Defendant, Jayco, seeks clarification of whether or not the Plaintiff resided in a Gulf Stream travel trailer. |
| | **Answer** |
| | After matching my information with the government, it was found that I lived in a Jayco trailer, VIN/Serial #: 1UJBJ02R651EL0203. |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight. |
| | **Answer** |
| | Will Supplement |
| 7 | The plaintiff failed to respond to Section VI (F) and (G) including subparts. |
| | **Answer** |
| | Will Supplement |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | Will Supplement |
| 9 | The plaintiff failed to respond to Section IX (A), (B), (C), (D) and (F). |
| | **Answer** |

**EXHIBIT L**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 221843 | **Cause No.** 1:09-cv-595 HSO JMR |
| **Case Name** Montgomery, John | **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al. |
| **DOB** | **SSN** |

**Answer**
I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 10
**Question** Plaintiff failed to complete the Certification.
**Answer** Will Supplement

**Question #** 11
**Question** The attached authorizations for release of medical and other records were not completed.
**Answer** Will Supplement

**Question #** 12
**Question** The Privacy Act Release was not completed.
**Answer** Will Supplement

_____     8/6/2010
Plaintiff or Representative      Date