# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

June 3, 2010

<u>*Via EMAIL*</u>

Willingham, Fultz & Cougill LLP
Attn: Thomas L. Cougill
Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
       Request for extension on Deficiencies

Dear Mr. Cougill,

We respectfully request an extension for the following client's deficiencies:

1. Ancalade, Louis
2. Ancalade, Monette
3. Batiste, Crystal
4. Batiste, Helain
5. Batiste, Ty'
6. Bernard, Lauren
7. Bienemy, Davinque
8. Bienemy, Kedra
9. Bienemy, Kevlin
10. Boyle, Miranda
11. Bradley, Andrea
12. Burr, Janaya
13. Cantrelle, Gustave
14. Cantrelle, Kimberly
15. Carmouche, Phillip
16. Champagne, Wayne B.
17. Chester, David
18. Chester, Jeremy
19. Chester, Jonathan
20. Chester, Polly
21. Clay, Amy
22. Dalon, Tammy
23. Daughtry, Derek J.
24. Duke, Damon
25. Elliott, Jeremy
26. Eustis, Margaret



**EXHIBIT D**

Watts Hilliard, L.L.C.
FEMA Trailer Litigation

Page 2

27. Farve, Gregory
28. Farve, Lynsey
29. Faye, Jr., Harvey
30. Fisher, Jared
31. Gilley, Mitchell
32. Gunther, John
33. Hawkins, Alexis
34. Hawkins, Drew
35. Hills, Rodney
36. Holden, Kaleb
37. Holland, Shawn
38. Howard, Derek Anthony
39. Hua, Chay
40. Humphrey, Kara
41. Jackson, Grady
42. Jackson, Michael
43. Jones, Katelyn
44. Khadaroo, Ahmia
45. Khadaroo, Joshua
46. Khadaroo, Kevin
47. Khadaroo, Shannon
48. Kuepers, Theda
49. Kutz, Daniel
50. Kutz, Steve
51. Kutz, Tara
52. Ladner, Darryl
53. Ladner, Donna
54. Lafrance, Zachary
55. Landrum, Courtney
56. Lawless, Kyndra
57. Le, Sandy
58. Merrow, Andrea
59. Milliner, Robert
60. Mitchell, Bingley
61. Montgomery, John
62. Moran, Ola
63. Moran, Sandra
64. Morgan, Audrey
65. Morgan, Jim
66. Morris, Brandon
67. Morris, Clint
68. Morris, Jenny
69. Morris, Jessica
70. Morris, Johnny
71. Morris, Virginia
72. Nguyen, Cao

# Watts Hilliard, L.L.C.
FEMA Trailer Litigation

---

73. Oliver, Colby
74. Oliver, Patches
75. Oliver, Shelby
76. Pinkney, Laverne
77. Scott, Brandon
78. Sloan, Abriana
79. Theodore, Micheal
80. Williams, August

Please inform us as soon as possible of your decision as the deadline for these clients is on June 7, 2010.

Please let me know if you have any questions.

Sincerely,

*Wynter Lee*

Wynter Lee
Mass Tort Coordinator


Attachments

# Roslyn West

| | |
|---|---|
| **From:** | Sherrie Moseley on behalf of formaldehyde |
| **Sent:** | Thursday, June 10, 2010 5:38 PM |
| **To:** | ahoffstadt@wgclawfirm.com |
| **Subject:** | RE: MDL Litigation #1873 - Watts Hilliard Answers to Deficiencies in Plaintiff Fact Sheets |
| **Attachments:** | Watts Hilliard Deficiency Extension Request 6-3-10.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Attached please find request signed by Tom Cougill approving extension.  Thanks, Sherrie

Sherrie J. Moseley
Senior Paralegal

Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com

***********************************************************
Privileged Attorney-Client Communication and/or Attorney Work Product:
The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

-----Original Message-----
From: ahoffstadt@wgclawfirm.com [mailto:ahoffstadt@wgclawfirm.com]
Sent: Thursday, June 03, 2010 11:43 AM
To: Sherrie Moseley
Subject: MDL Litigation #1873 - Watts Hilliard Answers to Deficiencies in Plaintiff Fact Sheets

Dear Mr. Cougill,

We respectfully request an extension for the following client's deficiencies:

1.	Ancalade, Louis
2.	Ancalade, Monette
3.	Batiste, Crystal
4.	Batiste, Helain
5.	Batiste, Ty'
6.	Bernard, Lauren
7.	Bienemy, Davinque

1

8. Bienemy, Kedra
9. Bienemy, Kevlin
10. Boyle, Miranda
11. Bradley, Andrea
12. Burr, Janaya
13. Cantrelle, Gustave
14. Cantrelle, Kimberly
15. Carmouche, Phillip
16. Champagne, Wayne B.
17. Chester, David
18. Chester, Jeremy
19. Chester, Jonathan
20. Chester, Polly
21. Clay, Amy
22. Dalon, Tammy
23. Daughtry, Derek J.
24. Duke, Damon
25. Elliott, Jeremy
26. Eustis, Margaret
27. Farve, Gregory
28. Farve, Lynsey
29. Faye, Jr., Harvey
30. Fisher, Jared
31. Gilley, Mitchell
32. Gunther, John
33. Hawkins, Alexis
34. Hawkins, Drew
35. Hills, Rodney
36. Holden, Kaleb
37. Holland, Shawn
38. Howard, Derek Anthony
39. Hua, Chay
40. Humphrey, Kara
41. Jackson, Grady
42. Jackson, Michael
43. Jones, Katelyn
44. Khadaroo, Ahmia
45. Khadaroo, Joshua
46. Khadaroo, Kevin
47. Khadaroo, Shannon
48. Kuepers, Theda
49. Kutz, Daniel
50. Kutz, Steve
51. Kutz, Tara
52. Ladner, Darryl
53. Ladner, Donna
54. Lafrance, Zachary
55. Landrum, Courtney
56. Lawless, Kyndra
57. Le, Sandy
58. Merrow, Andrea
59. Milliner, Robert

| | |
|---|---|
| 60. | Mitchell, Bingley |
| 61. | Montgomery, John |
| 62. | Moran, Ola |
| 63. | Moran, Sandra |
| 64. | Morgan, Audrey |
| 65. | Morgan, Jim |
| 66. | Morris, Brandon |
| 67. | Morris, Clint |
| 68. | Morris, Jenny |
| 69. | Morris, Jessica |
| 70. | Morris, Johnny |
| 71. | Morris, Virginia |
| 72. | Nguyen, Cao |
| 73. | Oliver, Colby |
| 74. | Oliver, Patches |
| 75. | Oliver, Shelby |
| 76. | Pinkney, Laverne |
| 77. | Scott, Brandon |
| 78. | Sloan, Abriana |
| 79. | Theodore, Micheal |
| 80. | Williams, August |

Please inform us as soon as possible of your decision as the deadline for these clients is on June 7, 2010.

Please let me know if you have any questions.

Sincerely,

Michael Hoffstadt
Watts Hilliard
361-693-3100

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

July 6, 2010

<u>*Via EMAIL*</u>
Willingham, Fultz & Cougill LLP
Attn: Thomas L. Cougill
Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      Request for extension on Deficiencies

Dear Mr. Cougill,

We respectfully request an extension for the following client's deficiencies:

1. Ancalade, Louis
2. Ancalade, Monette
3. Batiste, Crystal
4. Batiste, Ty'
5. Bernard, Lauren
6. Bienemy, Davinque
7. Bienemy, Kedra
8. Bienemy, Kevlin
9. Boyle, Miranda
10. Carmouche, Phillip
11. Champagne, Wayne B.
12. Clay, Amy
13. Dalon, Tammy
14. Daughtry, Derek J.
15. Elliott, Jeremy
16. Eustis, Margaret
17. Farve, Lynsey
18. Faye, Jr., Harvey
19. Fisher, Jared
20. Gilley, Mitchell
21. Hills, Rodney
22. Holland, Shawn
23. Hua, Chay
24. Humphrey, Kara
25. Jackson, Grady
26. Jackson, Michael
27. Jones, Katelyn
28. Khadaroo, Ahmia
29. Khadaroo, Joshua
30. Khadaroo, Kevin
31. Khadaroo, Shannon
32. Kutz, Daniel
33. Kutz, Steve
34. Kutz, Tara
35. Ladner, Donna
36. Lafrance, Zachary

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

Page 2

37. Lawless, Kyndra
38. Le, Sandy
39. Merrow, Andrea
40. Milliner, Robert
41. Mitchell, Bingley
42. Montgomery, John
43. Morgan, Audrey
44. Morgan, Jim
45. Morris, Brandon
46. Morris, Clint
47. Morris, Jenny
48. Morris, Jessica
49. Morris, Johnny
50. Morris, Virginia
51. Scott, Brandon

Please inform us as soon as possible of your decision as the deadline for these clients is on July 7, 2010.

Please let me know if you have any questions.

Sincerely,

Wynter Lee
Mass Tort Coordinator
Attachments

**Roslyn West**

| | |
|---|---|
| **From:** | Hal Roach |
| **Sent:** | Tuesday, July 06, 2010 2:49 PM |
| **To:** | 'ahoffstadt@wgclawfirm.com' |
| **Cc:** | Tom Cougill; Sherrie Moseley |
| **Subject:** | FW: MDL Litigation #1873 - Watts Hilliard Request for Extension on     Deficiencies in Plaintiff Fact Sheets |
| **Attachments:** | Request for extension 7-6-10 Jayco.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Michael, I work with Tom Cougill on the FEMA docket. We agree to a 30-day extension for the plaintiffs identified in the attached letter.

If you have any questions, please do not hesitate to contact us.

Hal L. Roach Jr.

Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333.7600 (office)
(713) 333.7601 (fax)
halr@willingham-law.com

Website | Bio | V-card

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

-----Original Message-----
From: Christina Wanies
Sent: Tuesday, July 06, 2010 2:41 PM
To: Hal Roach
Cc: Sherrie Moseley
Subject: FW: MDL Litigation #1873 - Watts Hilliard Request for Extension on Deficiencies in Plaintiff Fact Sheets

-----Original Message-----
From: Michael Hoffstadt [mailto:ahoffstadt@wgclawfirm.com]
Sent: Tuesday, July 06, 2010 2:31 PM
To: Christina Wanies
Subject: MDL Litigation #1873 - Watts Hilliard Request for Extension on Deficiencies in Plaintiff Fact Sheets

I will send you a letter regarding the dismissal of the 11 others shortly;

1

the formal extension request is attached. Thank you, again.

Dear Christina,

We respectfully request an extension for the following client's deficiencies:

1. Ancalade, Louis
2. Ancalade, Monette
3. Batiste, Crystal
4. Batiste, Ty'
5. Bernard, Lauren
6. Bienemy, Davinque
7. Bienemy, Kedra
8. Bienemy, Kevlin
9. Boyle, Miranda
10. Carmouche, Phillip
11. Champagne, Wayne B.
12. Clay, Amy
13. Dalon, Tammy
14. Daughtry, Derek J.
15. Elliott, Jeremy
16. Eustis, Margaret
17. Farve, Lynsey
18. Faye, Jr., Harvey
19. Fisher, Jared
20. Gilley, Mitchell
21. Hills, Rodney
22. Holland, Shawn
23. Hua, Chay
24. Humphrey, Kara
25. Jackson, Grady
26. Jackson, Michael
27. Jones, Katelyn
28. Khadaroo, Ahmia
29. Khadaroo, Joshua
30. Khadaroo, Kevin
31. Khadaroo, Shannon
32. Kutz, Daniel
33. Kutz, Steve
34. Kutz, Tara
35. Ladner, Donna
36. Lafrance, Zachary
37. Lawless, Kyndra
38. Le, Sandy
39. Merrow, Andrea
40. Milliner, Robert
41. Mitchell, Bingley
42. Montgomery, John
43. Morgan, Audrey
44. Morgan, Jim
45. Morris, Brandon

46. Morris, Clint
47. Morris, Jenny
48. Morris, Jessica
49. Morris, Johnny
50. Morris, Virginia
51. Scott, Brandon

Please inform us as soon as possible of your decision as the deadline for these clients is on July 7, 2010.

Please let me know if you have any questions.

Sincerely,

MIchael Hoffstadt
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401
361-693-3100 Ext 1433
ahoffstadt@wgclawfirm.com

> Michael,
>
> Per our conversation this afternoon, we are able to grant extensions for
> the 63 plaintiffs.
>
> Thanks,
>
> Christina Wanies
> Paralegal
>
> Niels Esperson Building
> 808 Travis, Suite 1608
> Houston, Texas 77002
> Telephone: 713.333.7600
> Facsimile: 713.333.7601
> Email: christinaw@willingham-law.com
> Website: www.willingham-law.com
>
> **********************************************************
> Privileged Attorney-Client Communication and/or Attorney Work Product:
> The above message and any attachment(s) are confidential and may be
> protected by the attorney/client privilege and/or attorney work product.
> The unauthorized disclosure, use, dissemination or copying of this
> e-mail, or any information it contains, by anyone other than the
> intended recipient(s), is prohibited. If you are not the named

3

> recipient, or have otherwise received this communication in error,
> delete it immediately and notify the sender of the wrong delivery and
> deletion.
> -----Original Message-----
> From: Michael Hoffstadt [mailto:ahoffstadt@wgclawfirm.com]
> Sent: Tuesday, July 06, 2010 2:17 PM
> To: Christina Wanies
> Subject: Watts Hilliard PFS Deficiencies
>
> Hi Christina,
>
> I tried calling Sherrie today but was told she was out of the office, so
> I'm hoping you can help me. We have 63 clients the have deficiency
> deadlines tomorrow. Would it be possible for us to get an extension on
> this 63, (I will send over a formal request if you think you can grant
> it). Also, of the 63 clients, 11 have let us know they are no longer
> interested in pursuing the case. We have filed voluntary dismissals for
> all 11 but have not gotten the signed order of dismissal back from the
> court yet. Would you like a letter stating the above or would just
> answering the deficiency questions with a statement to that effect be
> enough?
>
> Thanks for you help in advance,
>
> Michael Hoffstadt
> Watts Hilliard
> 2506 North Port Ave
> Corpus Christi, TX 78401
> 361-693-3100 Ext 1433
> ahoffstadt@wgclawfirm.com
>