# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211051   **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Kutz, Tara   **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a response to Section IV (A) and (E) regarding dates of residence and educational background, and failed to provide complete information to Section IV (F) (1)-(3) regarding employment history and lost wage/lost earning capacity claim. The plaintiff also failed to respond to Section IV (G) regarding previous claims information. |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to include a response to Section IV (sic) (A) and (B) entitled "Family Information. |
| | **Answer** |
| | Will Supplement |
| 4 | The plaintiff failed to include responses to multiple questions on the attachment entitled "Trailer 1," including the move-in/move-out dates. |
| | **Answer** |
| | Will Supplement |
| 5 | The plaintiff failed to provide a response to Section V (E) regarding FEMA trailer occupants. |
| | **Answer** |
| | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and a complete response to subsection (C) regarding current smoking history. |
| | **Answer** |
| | Will Supplement |
| 7 | The plaintiff failed to respond to Section VI (F) and (G) including subparts. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 9 | |
| | **Answer** |

**EXHIBIT G**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211051     **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Kutz, Tara     **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**          **SSN**

| | |
|---|---|
| | The plaintiff failed to respond to Section IX (A) through (F). The plaintiff referred to Section III (C)(3), which did not identify any healthcare providers. |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **Question #** | **Question** |
| 10 | The plaintiff failed to sign or date the Certification attached to Plaintiffs' Fact Sheet. |
| | **Answer** |
| | Will Supplement |
| **Question #** | **Question** |
| 11 | The plaintiff failed to execute any of the attached authorizations for release of medical or other records, and failed to execute the attached Privacy Act Release. |
| | **Answer** |
| | Will Supplement |

_____     8/6/2010
Plaintiff or Representative      Date