# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213783  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Morris, Johnny  **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1. | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2. | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was not completed and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims. |
| | **Answer** |
| | Will Supplement |
| 3. | The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4. | On the attachment entitled "Trailer 1" the plaintiff failed to provide the FEMA Bar Code number and also failed to respond to multiple questions on "Trailer 1." |
| | **Answer** |
| | Please see attached. |
| 5. | The plaintiff failed to respond to Section V (E) regarding trailer occupants |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 6. | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and failed to provide a complete response to subsection (C) regarding current smoking. |
| | **Answer** |
| | Will Supplement |
| 7. | The plaintiff failed to respond to Section VI (F) and (G) including subparts. |
| | **Answer** |
| | Will Supplement |
| 8. | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | Will Supplement |
| Question # | Question |
| | **Answer** |

**EXHIBIT L**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213783  **Cause No.** 1:09-cv-595 HSO JMR
**Case Name** Morris, Johnny  **Case Style** Susan Baugh, et. al. vs. Jayco, Inc., et. al.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 9. | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 10. | Plaintiff failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |
| 11. | Plaintiff failed to complete the attached authorizations for release of medical and other records. |
| | **Answer** |
| | Will Supplement |
| 12. | The Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____  8/6/2010
Plaintiff or Representative  Date