# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210178  **Cause No.** 1:09-cv-568 HSO JMR
**Case Name** Stewart, Lindsey  **Case Style** Anthony Prima, et. al.  vs. DS Corp. d/b/a
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (E) regarding education and (F) regarding employment information.  Additionally, there was no response to subsection (G) regarding previous claims. |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4 | In response to Section V, the plaintiff identified two trailers, Jayco and Forest River; however, on the attachment entitled "Trailer 1" the plaintiff identified the manufacturer as Cavalier.  Additionally, the plaintiff failed to provide any information on when and/or where he lived in each of the trailers identified and no FEMA Bar Code numbers were provided |
| | **Answer** |
| | Will Supplement |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants |
| | **Answer** |
| | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight. |
| | **Answer** |
| | Will Supplement |
| 7 | The plaintiff failed to respond to Section VI (E), (F) and (G) including subparts |
| | **Answer** |
| | E. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.<br>F. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.<br>G. I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |

**EXHIBIT O**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210178  **Cause No.** 1:09-cv-568 HSO JMR
**Case Name** Stewart, Lindsey  **Case Style** Anthony Prima, et. al. vs. DS Corp. d/b/a
**DOB**    **SSN**

| Question # | Question |
|---|---|
| | **Answer** |
| | D). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9 | The plaintiff failed to respond to Section IX (A), (B), (C), (D) and (F). |
| | **Answer** |
| | A). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.
B). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.
C). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.
D). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.
F). I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 10 | Plaintiff failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 11 | The attached authorizations for release of medical and other records were not completed |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 12 | The Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____   8/12/2010_____
Plaintiff or Representative   Date