UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Lorry Gilmore, as next friend of | * | |
| Samantha Washington | * | |
| Cheryl Naquin, as next friend of | * | |
| Courtney Naquin | * | |
| Cheryl Naquin, as next friend of | * | |
| Wayne Naquin | * | |
| Melissa Smith | * | |

**************************************************************************

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Lorry Gilmore, as next friend of Samantha Washington (Plaintiff in *Barnes,* C.A. 09-7887)

- Cheryl Naquin, as next friend of Courtney Naquin (Plaintiff in *Barnes,* C.A. 09-7887)

- Cheryl Naquin, as next friend of Wayne Naquin (Plaintiff in *Barnes,* C.A. 09-7887)

- Melissa Smith (Plaintiff in *Barnes,* C.A. 09-7887)

1

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

          Respectfully submitted,
          **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**

By:   s/*John J. Hainkel*
      JOHN J. HAINKEL, III – La. Bar No. 18246
      A.J. KROUSE – La. Bar No. 14426
      PETER R. TAFARO – La. Bar No. 28776
      3600 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone : (504) 599-8000
      Facsimile: (504) 599-8100

      **Attorneys for Bechtel National, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By: s/*Charles R. Penot, Jr.*
 Charles R. Penot, Jr. (La. Bar No. 1530 &
 Tx. Bar No. 24062455)
 717 North Harwood, Suite 2400
 Dallas, Texas 75201
 (214) 220-6334 – Telephone
 (214) 220-6807 – Facsimile

 *-and-*

 Dominic J. Gianna, La. Bar No. 6063
 Sarah A. Lowman, La. Bar No. 18311
 201 St. Charles Avenue, Suite 3100
 New Orleans, Louisiana 70170
 (504) 525-7200 – Telephone
 (504) 581-5983 – Facsimile

 *-and-*

 Richard A. Sherburne., La. Bar No. 2106
 450 Laurel Street, Suite 1101
 Baton Rouge, Louisiana 70801
 (225) 381-7700 – Telephone
 (225) 381-7730 – Facsimile

 **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, WATTS HILLIARD, opposes this motion.

s/*Thomas L. Cougill*
THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of October, 2011.

s/Thomas L. Cougill
THOMAS L. COUGILL
