

**WILLINGHAM,
FULTZ & COUGILL LLP**

TEXAS    LOUISIANA    MISSISSIPPI

**ATTORNEYS AT LAW**

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                              *TomC@Willingham-law.com*
Partner

January 19, 2011

Mr. Mikal C. Watts                                                          ***Via Email***
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

      Re:    In Re:  FEMA Trailer Formaldehyde
               Products Liability Litigation
               MDL No. 1873, Section "N" (4)
               Plaintiff Fact Sheets

Dear Mr. Watts:

      Enclosed please find a deficiency letter on behalf of JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

      Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

               Very truly yours,

               **WILLINGHAM, FULTZ & COUGILL LLP**

               *Thomas L. Cougill*

               Thomas L. Cougill

TLC/HR/sjm

cc:    Jerry Meunier (*via email*)
       Andrew Weinstock (*via email*)
       Henry Miller (*via email*)

**EXHIBIT D**

## JAYCO, INC.

### JENNIFER KNIGHT

1.      The plaintiff failed to provide a response to Section IX (C) and (D).

2.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### SOPHIE ANN SONNIER

1.      According to the Amendment to the Plaintiff Fact Sheet of Andrew Sonnier, the plaintiffs resided in two FEMA-supplied travel trailers.  However, no occupancy information is provided for the second travel trailer.

2.      The plaintiff failed to provide a response to Section IX (C) and (D).

3.      The attached Authorization for Release of Medical Records includes a date.

4.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### ANDREW SONNIER

1.      According to the Amendment to the Plaintiff Fact Sheet the plaintiffs resided in two FEMA-supplied travel trailers.  However, no occupancy information is provided for the second travel trailer.  Additionally, on the attached "Trailer 1," the plaintiff failed to respond to the question regarding average hours spent in the travel trailer each day.

2.      The plaintiff failed to provide a response to Section IX (C) through (E).

3.      The attached Authorization for Release of Medical Records includes a date and is completed in the name of "Austin" Sonnier.  The remaining authorizations for release of medical and other records include dates.

4.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### PAUL RICHARDSON

1.      The plaintiff failed to include a response to Section III (C) (8) or (9).

2

2. The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education and subsection (F) regarding employment history.

3. On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to the reason he moved out of the trailer and if he temporarily lived in another location.

4. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

5. The plaintiff failed to respond to Section IX (A), (C) and (D).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

6. Plaintiff failed to complete the attached Certification.

7. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### DORIS ROGERS

1. The plaintiff failed to fully respond to Section VI (G) regarding the described diagnostic tests.

2. Plaintiff failed to provide a response to Section IX (C); there is incomplete location/address information for the pharmacies identified in response to subsection (F), which have multiple locations.

### TYRIELLE PRATER

1. On the attached "Trailer 1" and on the Amendment to Plaintiff's Fact Sheet, Plaintiff failed to provide the FEMA Bar Code and VIN.

2. Plaintiff failed to provide a response to Section IX (C) and (D).

3. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### KATY ANN MARIE PERANICH

1. Plaintiff failed to provide a response to Section VI (E) regarding trailer occupants.

2. Plaintiff failed to provide a response to Section IX (C) and (D).

3. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

4.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**STACY L. PERANICH**

1.      Plaintiff failed to provide a complete response to Section VI (G) regarding the claimed diagnostic tests.

2.      Plaintiff failed to provide a response to Section VII (D).

3.      Plaintiff failed to provide a response to Section IX (C) and (D).

4.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JESSICA LYNN GERVAIS**

1.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education/school.

2.      The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

3.      The plaintiff failed to respond to Section VII (D).

4.      Plaintiff failed to provide a response to Section IX (C), (D) and (F).

5.      Plaintiff's representative failed to fully complete the attached authorizations for release of medical and other records.

6.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**KARREN R. GERVAIS**

1.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

2.      Plaintiff failed to provide a response to Section IX (C) and (D).

3.      Plaintiff failed to fully complete the attached authorizations for release of medical and other records.

4.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**CHESSHIARA GEORGE**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education and subsection (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to the reason she moved out of the trailer and if she temporarily lived in another location.

5. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6. Plaintiff failed to respond to Section VI (A), (B), (E), (F) and (G) including subparts.

7. The plaintiff failed to respond to Section VII (D).

8. The plaintiff failed to respond to Section IX (A) through (F).

9. The attached authorizations for release of medical and other records all include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.   Additionally, because the plaintiff is no longer a minor, the authorizations may be invalid.

10. The Privacy Act Release may be invalid as Plaintiff is no longer a minor.  Defendant may seek supplementation in the event FEMA refuses to accept the release.

**JOSIAH CONWAY GILES**

1. The plaintiff failed to include a complete response to Section IV (E) regarding education/school.

2. On the attached "Trailer 1" and on the Amendment to Plaintiff's Fact Sheet, Plaintiff failed to provide the FEMA Bar Code and VIN, and failed to provide a response regarding air quality tests, fumigation and trailer maintenance.

3. The plaintiff failed to respond to Section IX (C).

**JAMES FARRELL, IV**

1. Plaintiff failed to include a date on the Certification.

2. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JUDITH ANN FRANK**

1.    Plaintiff failed to fully respond to Section III (C) (8) regarding the claimed mental anguish/emotional damages.

2.    On the attached "Trailer 1," the plaintiff failed to include a complete response regarding the claimed air quality testing.  On the attached "Trailer 2," the plaintiff failed to state why she moved out of the FEMA-supplied travel trailer.

3.    Plaintiff failed to respond to Section VII (D).

4.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**KEVIN RAY BOUNDS**

1.    On the attached "Trailer 1," the plaintiff failed to include a complete response regarding the claimed air quality testing.

2.    Plaintiff failed to provide a response to Section IX (C).

3.    Plaintiff's representative failed to complete the attached authorizations for release of medical and other records.

4.    Plaintiff's representative failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**SYLVIA BOUNDS**

1.    Plaintiff failed to fully respond to Section III (C) (8) regarding the claimed mental anguish/emotional damages.

2.    The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

3.    Plaintiff failed to provide a complete response to Section VI (G) regarding the claimed diagnostic tests.

4.    Plaintiff failed to provide a response to Section IX (C).

5.    The attached authorizations for release of medical and other records include a date.

6.    Plaintiff's representative failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**EMMA L. BROUSSARD**

1.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence; subsection (E) regarding education history and subsection (F) regarding employment history.

2.      Plaintiff failed to provide a response to Section IX (C) and (D).

3.      Plaintiff's representative failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JOYCE S. BETHENCOURT**

1.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (F) regarding employment history is incomplete (no dates provided for identified employer).

2.      On the attached "Trailer 1," the plaintiff failed to provide the time she temporarily lived in another location, and failed to provide the average number of hours spent in the FEMA trailer each day.

3.      Plaintiff failed to complete the response to Section VI (C) regarding the claimed past smoking/tobacco use.

4.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**GLORIA BRIGNAC**

1.      Plaintiff failed to provide a response to Section VI (C) regarding smoking/tobacco use.

2.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

3.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**LORENA ALFRED**

1.      On the attached "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to the average number of hours spent in the FEMA trailer each day, air quality testing and maintenance.

2.      The physician named in response to Section IX (A) and (B) is not sufficiently identified by name and/or address.  The plaintiff failed to respond to subsection (D), and there is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**MARY ALLISON**

1.      On the attached "Trailer 1" and on the Amendment to Plaintiff's Fact Sheet, the plaintiff failed to include the FEMA Bar Code and VIN numbers.

2.      Plaintiff failed to provide a response to Section IX (A) through (E).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

3.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**LATONYA DENISE ARVIE**

1.      Plaintiff failed to provide a response to Section IX (C).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**REGINALD GERARD ARVIE**

1.      Plaintiff failed to provide a response to Section IX (C).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**JEINA THOMAS**

1.      Plaintiff's representative failed to provide a response to Section III (A) (6) through (8) regarding representative capacity.

2.      The plaintiff failed to include a response to Section III (C) (8) or (9).

3.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims.

4.      The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5.      On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to the FEMA Bar Code, VIN and reason she moved out of the trailer.

6.      The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

7.      Plaintiff failed to respond to Section VI (A), (B), (F) and (G) including subparts.

8.      The plaintiff failed to respond to Section VII (D).

9.      The plaintiff failed to respond to Section IX (A) through (F).

10.     The attached authorizations for release of medical and other records are incomplete.

11.     The Privacy Act Release is incomplete.

**NICOLE THOMAS**

1.      The plaintiff failed to include a response to Section IV (F) regarding employment history.

2.      On the attached "Trailer 1," the plaintiff failed to provide a response to the question regarding temporary residence in another location.

3.      Plaintiff failed to provide a response to Section IX (A) through (E).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

4.      Plaintiff failed to provide social security number information on the attached authorizations for release of medical and other records.  Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is not properly initialed.

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**VONDRIKA L. THOMAS**

1.      Plaintiff failed to provide a response to Section IV (E) regarding current education/school.

2.      The plaintiff failed to respond to Section IX (C) and (F).

3.      Plaintiff failed to provide social security number information on the attached authorizations for release of medical and other records.  Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is not properly initialed.

**ISAIH ALEXANDER GILES**

1.      On the attached "Trailer 1" the Amendment to Plaintiff Fact Sheet, the plaintiff failed to provide the FEMA Bar Code and VIN.

2.   Plaintiff failed to provide a response to Section IX (C), the healthcare provider described in subsection (D) is not sufficiently identified.  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

3.   Plaintiff's representative failed to indicate the relationship to Plaintiff on the attached Authorization for Release of Records (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity).

4.   The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**TYLER CHRISTIANSON GILES**

1.   Plaintiff failed to provide a response to Section IV (E) regarding current education/school.

2.   On the attached "Trailer 1" the Amendment to Plaintiff Fact Sheet, the plaintiff failed to provide the FEMA Bar Code and VIN.

3.   The plaintiff failed to respond to Section IX (C).

**JUDITH A. TOWNLEY**

1.   Plaintiff failed to provide a response to Section III (C) (9) regarding medical expense claims.

2.   Plaintiff failed to provide a date for the claimed illnesses in Section VI (F) (1).

3.   The plaintiff failed to respond to Section IX (C).

4.   The attached authorizations for release of medical and other records include a date.

**TREY ANTHONY GERVAIS**

1.   Plaintiff failed to provide a response to Section IV (E) regarding current education/school and subsection (G) regarding prior claims.

2.   The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

3.   On the attached "Trailer 1" the Amendment to Plaintiff Fact Sheet, the plaintiff failed to provide the FEMA Bar Code and VIN for a unit manufactured by Jayco, Inc.

4.   The plaintiff failed to respond to Section IX (C), (D) and (F).

5.   The attached authorizations for release of medical and other records are incomplete.

6.   The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

## RHONDA HAMILTON

1. Plaintiff failed to provide a complete response to Section III (C) (9) regarding medical expense claims (amount of claim omitted).

2. Plaintiff failed to provide a complete response to Section IV (F) (2) and did not sufficiently identify the employer.

3. Plaintiff failed to provide a complete response to Section VI (C) regarding the claimed past smoking/tobacco use.

4. The plaintiff failed to respond to Section IX (C).

5. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed and no social security number).

## MARVIN HAMILTON

1. Plaintiff's representative failed to provide a response to Section III (A) (6) through (8) regarding representative capacity.

2. The plaintiff failed to include a response to Section III (C) (8) or (9).

3. The plaintiff failed to include a complete response to Section IV (A), (C), (E) and (G) regarding prior claims.

4. The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5. On the attachment entitled "Trailer 1" and the Amendment to Plaintiff Fact Sheet, the plaintiff failed to respond to multiple questions, including but not limited to the FEMA Bar Code and VIN.

6. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

7. Plaintiff failed to respond to Section VI (A) through (D), subsections (F) and (G) including subparts.

8. The plaintiff failed to respond to Section VII (D).

9. The plaintiff failed to respond to Section IX (A) through (F).

10. The attached authorizations for release of medical and other records are incomplete.

11. The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JULIAN J. HOOD**

1.     The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

2.     On the attachment entitled "Trailer 1" and the Amendment to Plaintiff Fact Sheet, the plaintiff failed to provide a FEMA Bar Code and VIN for a unit manufactured by Jayco, Inc.

3.     The plaintiff failed to respond to Section IX (C), (D) and (F).

4.     The attached authorizations for release of medical and other records are incomplete.

5.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JAMES E. WITHERS**

1.     The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

2.     Plaintiff failed to respond to Section VI (A) through (D) and subsection (F) (1).

3.     The plaintiff failed to respond to Section IX (A) through (F).

4.     The attached authorizations for release of medical and other records include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**DIANNE S. WITHERS**

1.     The plaintiff failed to respond to Section IX (A) through (F).

2.     The attached authorizations for release of medical and other records include a date. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**FLORA WOODARD**

1.     The plaintiff failed to respond to multiple questions on the attached "Trailer 1" and the Amendment to Plaintiff Fact Sheet, including but not limited the FEMA Bar Code number and VIN.

2.     The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

3.     The plaintiff failed to respond to Section IX (A), (B) and (D).  There is incomplete location/address information for the pharmacies identified in response to subsection (F), which have multiple locations.

4.      The attached authorizations for release of medical and other records are incomplete.

5.      The plaintiff failed to complete the Privacy Act Release.

**ATHNEA WALSTRUM**

1.      The plaintiff failed to include a response to Section III (C) (8) or (9).

2.      The plaintiff failed to include a complete response to Section IV (A), (E), (F) and (G) regarding prior claims.

3.      The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.      On the attachment entitled "Trailer 1" and the Amendment to Plaintiff Fact Sheet, the plaintiff failed to respond to multiple questions, including but not limited to the FEMA Bar Code number and VIN.

5.      The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.      Plaintiff failed to respond to Section VI (A) through (F) and subsection (G) including subparts.

7.      The plaintiff failed to respond to Section VII (D).

8.      The plaintiff failed to respond to Section IX (A) through (F).

9.      The attached authorizations for release of medical and other records include a date and were not properly completed.

**SANDY KAY WRIGHT**

1.      Plaintiff failed to provide a response to Section VI (F) and (G), including subparts.

2.      The plaintiff failed to respond to Section VII (D).

3.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**JAMES WHITE**

1.      The employer described in response to Section IV (F) (1) is not sufficiently identified by name or address.

2.      There is incomplete location/address information for the pharmacies identified in response to subsection (F), which have multiple locations.

3.      The Authorization for Release of Medical Records includes a date.

**DENENE S. WHITE**

1.   Plaintiff failed to complete Section IV (A) regarding dates of residence.

2.   There is incomplete location/address information for the pharmacies identified in response to subsection (F), which have multiple locations.

3.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**PAMELA WATKINS**

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A), (E), (F) and (G) regarding prior claims.

3.   The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.   On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to air quality testing and fumigation.

5.   The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.   Plaintiff failed to respond to Section VI (A) through (F) and subsection (G) including subparts.

7.   The plaintiff failed to respond to Section VII (D).

8.   The plaintiff failed to respond to Section IX (A) through (F).

9.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

10.  The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**MICHAEL WATKIN(S)**

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A), (E), (F) and (G) regarding prior claims.

3.   The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.    On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to air quality testing and fumigation.

5.    The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.    Plaintiff failed to respond to Section VI (A) through (D) and subsections (F) and (G) including subparts.

7.    The plaintiff failed to respond to Section VII (D).

8.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**ASHLEY HUVAL**

1.    The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

2.    The plaintiff failed to respond to Section IX (D).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

3.    The authorizations for release of medical and other records are incomplete.

4.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ZONAIDA HINTON**

1.    The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

2.    Plaintiff failed to provide a date of the described fumigation provided on the attached "Trailer 1."

3.    The plaintiff failed to respond to Section IX (A) through (E).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

4.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**WAYNE A. HOOD, JR.**

1.    The plaintiff failed to include a complete response to Section III (C) (8) or (9) regarding the claimed mental/emotional damages as well as the claimed medical expenses.

2.      The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (F) regarding employment history.

3.      On the attached "Trailer 1" and Amendment to Plaintiff Fact Sheet, the plaintiff failed to provide the FEMA Bar Code number and a VIN matching a Jayco, Inc. travel trailer.

4.      The plaintiff failed to respond to Section IX (C).

5.      The attached authorizations for release of medical and other records are incomplete and include dates.

### RODERICK THOMAS

1.      The plaintiff failed to respond to Section IX (A) through (E).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

2.      The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

3.      The Privacy Act Release is incomplete.

### ROSALIND THEODORE

1.      The plaintiff failed to include a response to Section III (C) (8) or (9).

2.      The plaintiff failed to include a complete response to Section IV (A), (E), (F) and (G) regarding prior claims.

3.      The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.      On the attachment entitled "Trailer 1" and on Amended to the Plaintiff Fact Sheet, the plaintiff failed to respond to multiple questions, including but not limited to FEMA Bar Code number and VIN.

5.      The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.      Plaintiff failed to respond to Section VI (A),(B),(F) and subsection (G) including subparts.

7.      The plaintiff failed to respond to Section VII (D).

8.      The plaintiff failed to respond to Section IX (A) through (D) and (F).

9.      The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

16

**MELISSA L. SMITH**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A), (E), (F) and (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. On the attachment entitled "Trailer 1" and the Amendment to the Plaintiff Fact Sheet, the plaintiff failed to respond to multiple questions, including but not limited to air quality testing, FEMA Bar Code numbers and VIN.

5. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6. Plaintiff failed to respond to Section VI (A), (B), (E), (F) and subsection (G) including subparts.

7. The plaintiff failed to respond to Section VII (D).

8. The plaintiff failed to respond to Section IX (A) through (F).

9. Plaintiff failed to complete the Certification.

10. The attached authorizations for release of medical and other records are incomplete.

11. The Privacy Act Release is incomplete.

**MORRIS SMITH**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A), (E) and (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4. On the attachment entitled "Trailer 1" and the Amendment to the Plaintiff Fact Sheet, the plaintiff failed to respond to multiple questions, including but not limited to air quality testing, FEMA Bar Code numbers and VIN.

5. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6. Plaintiff failed to respond to Section VI (A), (B), (F) and subsection (G) including subparts.

7.     The plaintiff failed to respond to Section VII (D).

8.     The plaintiff failed to respond to Section IX (A) through (F).

9.     Plaintiff's representative failed to complete the Certification.

10.    The attached authorizations for release of medical and other records are incomplete.

11.    The Privacy Act Release is incomplete.

### BYRON JOSEPH SPEAKS

1.     On the attached "Trailer 1, "the plaintiff failed to complete the questions regarding air quality testing and fumigation.

2.     The plaintiff failed to respond to Section IX (A) through (F).

3.     The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### GWENDOLYN ANTONIO SPEAKS

1.     Plaintiff failed to provide a complete response to Section III (C) (9), omitting the amount of the claim.

2.     Plaintiff's response to Section IV (G) regarding the prior claim is illegible.

3.     There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

4.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### KENNETH BYRON SPEAKS

1.     The plaintiff failed to include a response to Section III (C) (8) and the response to subsection (9) is incomplete.

2.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### DARIUS S. SIVERAND

1.     The plaintiff failed to include a response to Section III (C) (8) and the response to subsection (9) is incomplete.

2.     The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

3.     The plaintiff failed to respond to Section IX (A) through (D) and (F).

4.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### DAVID W. SIVERAND, II

1.     The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.

2.     Plaintiff failed to provide a response to Section IV (G) regarding prior claims.

3.     The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     The plaintiff failed to respond to Section IX (A) through (F).

5.     Plaintiff's representative failed to complete the Certification.

6.     Plaintiff failed to attach the Authorization for Release of Records (To be signed by plaintiffs not making a claim for lost wages or lost earning capacity). Plaintiff failed to attach the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA.

7.     Plaintiff failed to attach an executed Privacy Act Release.

### BRIAN SMITH

1.     The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence.  Defendant seeks clarification of the employer identified in response to subsection (F) (1) and (2).

2.     The plaintiff failed to respond to Section IX (C) and (D).

3.     The attached authorizations for release of medical and other records include a date.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

4.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### MARY SMITH

1.     The plaintiff failed to include a response to Section III (C) (8) and the response to subsection (9) is incomplete.

2.     On the attached "Trailer 1," the plaintiff failed to provide a complete response to the response regarding the claimed fumigation.

3.   The plaintiff failed to respond to Section IX (A) through (E).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

4.   The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**JOHN VENABLE**

1.   The plaintiff failed to respond to Section IX (C) and (D).

**CLYDE VENABLE**

1.   On the attached "Trailer 1," the plaintiff failed to provide the average hours spent in the FEMA-supplied trailer each day.

2.   The plaintiff failed to respond to Section IX (D).  There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**BRENDA VENABLE**

1.   The plaintiff failed to respond to Section IX (D).

2.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**ROSS VENTRESS**

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A), (B), (D), (E), (F) and (G) regarding prior claims.

3.   The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.   Plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1" including but not limited to air quality testing.

5.   The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.   Plaintiff failed to respond to Section VI (A) through (G) including subparts.

7.   The plaintiff failed to respond to Section VII (D).

8.   The plaintiff failed to respond to Section IX (A) through (F).

9.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

10.   The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### SHAWN K. WALKER

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims.

3.   The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.   Plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1" including but not limited to air quality testing.

5.   The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.   Plaintiff failed to respond to Section VI (A) through (D), (F) and (G) including subparts.

7.   The plaintiff failed to respond to Section VII (D).

8.   The plaintiff failed to respond to Section IX (A) through (F).

9.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### SHAWNTEL EVETTE WALKER

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsections (B), (E), (F) and (G) regarding prior claims.

3.   The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.   Plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1" including but not limited to air quality testing.

5.   The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.   Plaintiff failed to respond to Section VI (A) through (G) including subparts.

7.   The plaintiff failed to respond to Section VII (D).

8.   The plaintiff failed to respond to Section IX (A) through (F).

9.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**SAMANTHA WASHINGTON**

1.   The plaintiff failed to include a response to Section III (C) (8) or (9).

2.   The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) and (G).

3.   The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.   Plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1" including but not limited to FEMA Bar Code number and air quality testing.

5.   The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.   Plaintiff failed to respond to Section VI (A) and (B), as well as subsections (F) and (G) including subparts.

7.   The plaintiff failed to respond to Section VII (D).

8.   The plaintiff failed to respond to Section IX (A) through (F).

9.   Plaintiff's representative failed to complete the Certification.

10.  Plaintiff's representative failed to complete the attached authorizations for release of medical and other records.

11.  The Privacy Act Release is incomplete.

**CHARLES RAY HAVENS**

1.   There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**SHIRLEY ANN HAVENS**

1.   There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

**CHER'YIA ISAAC**

1.   Plaintiff failed to respond to Section IX (C).   There is incomplete location/address information for the pharmacy identified in response to subsection (F), which has multiple locations.

2.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**FRANCHESCA ISAAC**

1.     The plaintiff failed to include a response to Section III (C) (8) or (9).

2.     The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (B), (E) and (G).

3.     The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     Plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1" and failed to provide separate occupancy information for the two trailers identified on the Amendment to Plaintiff Fact Sheet.

5.     The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6.     Plaintiff failed to respond to Section VI (A) through (G) including subparts.

7.     The plaintiff failed to respond to Section VII (D).

8.     The plaintiff failed to respond to Section IX (A) through (F).

9.     The attached authorizations for release of medical and other records include a date.

10.    The Privacy Act Release is incomplete.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**TYREE WASHINGTON**

1.     Plaintiff failed to include a response to Section III (C) (8) and (9).

2.     Plaintiff failed to respond to Section IV (D) and subsection (G) regarding prior claims.

3.     Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to FEMA Bar Code number and occupancy dates.

5.     Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.     Plaintiff failed to responds to Section VI (A) and (B) and subsections (F) and (G) including subparts.

7.     Plaintiff failed to respond to Section VII (D).

23

8.     Plaintiff failed to provide a response to Section IX (A) through (F).

9.     Plaintiff failed to execute the attached Authorization.

10.    Plaintiff failed to complete the attached authorizations for release of medical and other records; Plaintiff failed to complete the Privacy Act Release.

**SHAUN WALKER**

1.     Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide complete address information for the pharmacy with multiple locations identified in response to subsection (F).

2.     Plaintiff failed to fully complete the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA (not initialed).

**TARSHA LAYNE PAYNE**

1.     Plaintiff failed to include a response to Section III (C) (8) and (9).

2.     Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence, subsection (E), (F) and (G).

3.     Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions.

5.     Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.     Plaintiff failed to responds to Section VI (A) through (G) including subparts.

7.     Plaintiff failed to respond to Section VII (D).

8.     Plaintiff failed to provide a response to Section IX (A) through (F).

**KIMBERLEE L. PAYNE**

1.     Plaintiff failed to provide a response to Section IX (C) and (F).

**WAYNE O'NEAL PALMER**

1.     On the attached "Trailer 1," the plaintiff indicates a second trailer was placed on his property; Defendant requests manufacturer and occupancy information for the second trailer.

2.     Plaintiff failed to fully respond to Section VI (G) regarding prior diagnostic tests.

3.    Plaintiff failed to respond to Section IX (A) through (D) and failed to provide adequate address information for the pharmacy identified in response to subsection (F) (pharmacy has multiple locations).

4.    Plaintiff failed to fully complete the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA (no social security number).

5.    The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

### EVYN ELIZABETH PERANICH

1.    On the attached "Trailer 1" and Amendment to Plaintiff's Fact Sheet, the plaintiff failed to provide the VIN and FEMA Bar Code numbers.

2.    Plaintiff failed to provide complete occupancy information in response to Section V (E).

3.    Plaintiff failed to provide a response to Section (IX) (C) and (D).

4.    Plaintiff's representative failed to date the signed Authorization.

5.    Plaintiff's representative failed to fully complete the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA.

6.    The Privacy Act Release is incomplete.

### ANTHONY PERANICH

1.    Plaintiff failed to provide complete dates of residence information in response to Section IV (A).

2.    Plaintiff failed to respond to Section IX (C) and (D).

3.    Plaintiff failed to date the attached Certification.

4.    Plaintiff failed to fully complete the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA.

5.    The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

### KEYLEN D. PETE

1.    Plaintiff's representative failed to provide a complete response to Section III (A) (6) through (8) regarding representative capacity.

2.    Plaintiff failed to include a response to Section III (C) (8) and (9).

3.      Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims.

4.      Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5.      On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to FEMA Bar Code number and VIN.

6.      Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

7.      Plaintiff failed to responds to Section VI (A) and (B) and subsections (F) and (G) including subparts.

8.      Plaintiff failed to respond to Section VII (D).

9.      Plaintiff failed to provide a response to Section IX (A) through (F).

10.     Plaintiff's representative failed to complete the attached authorizations for release of medical and other records (no social security or representative capacity information); the Privacy Act Release is incomplete (no representative capacity or date).

## MEJEL L. PETE, JR.

1.      Plaintiff failed to include a response to Section III (C) (8) and (9).

2.      Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims.

3.      Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.      On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the VIN.  Defendant also seeks occupancy information on the trailer identified in "Trailer 2."

5.      Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.      Plaintiff failed to responds to Section VI (A) and (B) and subsections (F) and (G) including subparts.

7.      Plaintiff failed to respond to Section VII (D).

8.      Plaintiff failed to provide a response to Section IX (A) through (F).

9.      Plaintiff's representative failed to fully complete the attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA (no social security number).

**LAMARK MEJEL PETE**

1.    Plaintiff failed to include a response to Section III (C) (8) and (9).

2.    Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsections (E), (F) and (G) regarding prior claims.

3.    Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.    On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions.

5.    Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.    Plaintiff failed to responds to Section VI (A) through (D) and subsections (F) and (G) including subparts.

7.    Plaintiff failed to respond to Section VII (D).

8.    Plaintiff failed to provide a response to Section IX (A) through (F).

9.    The attached authorizations for release of medical and other records include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

**LYNETTE CORMIER PITRE**

1.    On the attached "Trailer 1," Plaintiff failed to provide a response to the question regarding trailer maintenance.

2.    Plaintiff failed to provide a response to Section IX (C) and (D).  Plaintiff failed to provide adequate address information for the pharmacy (multiple locations) identified in response to subsection (F).

3.    Plaintiff failed to fully complete the attached authorizations for release of medical and other records.

4.    The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

**MARCEL E. PERRIE, JR.**

1.    Plaintiff's representative failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.    Plaintiff failed to provide a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education/school.

3.    Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.    Plaintiff failed to provide a legible response to Section IX (A) through (D).

5.    The attached authorizations for release of medical and other records include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### ARTHUR JAMES POULLARD

1.    Plaintiff's representative failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.    Plaintiff failed to include a response to Section III (C) (8) and (9).

3.    Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsections (E) through (G) regarding prior claims.

4.    Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

5.    On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions.

6.    Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

7.    Plaintiff failed to responds to Section VI (A) through (D) and subsections (F) and (G) including subparts.

8.    Plaintiff failed to respond to Section VII (D).

9.    Plaintiff failed to provide a response to Section IX (A) through (F).

10.   The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

### WAYNE JOSEPH NAQUIN, JR.

1.    Plaintiff failed to include a response to Section III (C) (8) and (9).

2.    Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (E) regarding education/school and subsection (G) regarding prior claims.

3.    Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.    On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to VIN and FEMA Bar Code number.

5.    Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.    Plaintiff failed to responds to Section VI (A) and (B), and subsections (F) and (G) including subparts.

7.      Plaintiff failed to respond to Section VII (D).

8.      Plaintiff failed to provide a response to Section IX (A) through (F).

9.      Plaintiff failed to execute the attached authorizations for release of medical and other records.

10.     The Privacy Act Release is incomplete.

### COURTNEY LYNN NAQUIN

1.      Plaintiff failed to include a response to Section III (C) (8) and (9).

2.      Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (B), subsection (E) regarding education/school and subsection (G) regarding prior claims.

3.      Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.      On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to VIN and FEMA Bar Code number.

5.      Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.      Plaintiff failed to responds to Section VI (A) and (B), and subsections (F) and (G) including subparts.

7.      Plaintiff failed to respond to Section VII (D).

8.      Plaintiff failed to provide a response to Section IX (A) through (F).

9.      Plaintiff's representative failed to execute the Certification.

10.     Plaintiff's representative failed to execute the attached authorizations for release of medical and other records.

11.     The Privacy Act Release is incomplete.

### RICHARD OLSEN

1.      Plaintiff failed to provide a response to Section IX (A), (C) and (D).

2.      The attached authorizations for release of medical and other records include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed) and includes a date.

### CHERLYN ANN MARTIN

1.      Plaintiff failed to include a response to Section III (C) (8) and (9).

2.     Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school and subsection, subsection (F) and subsection (G) regarding prior claims.

3.     Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4.     On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the FEMA Bar Code number.

5.     Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.     Plaintiff failed to responds to Section VI (A) through (G) including subparts.

7.     Plaintiff failed to respond to Section VII (D).

8.     Plaintiff failed to provide a response to Section IX (A) through (F).

9.     The Authorization for Release of Medical Records is limited to a specific provider.

10.    The attached authorizations for release of medical and other records include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed) and includes a date.

### ED J. MARTIN

1.     Plaintiff failed to include a response to Section III (C) (8) and (9).

2.     Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school, subsection (F) and subsection (G) regarding prior claims.

3.     Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the FEMA Bar Code number.

5.     Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.     Plaintiff failed to responds to Section VI (A) through (D) and subsection (F) and (G) including subparts.

7.     Plaintiff failed to respond to Section VII (D).

8.     Plaintiff failed to provide a response to Section IX (A) through (F).

9.     The Authorization for Release of Medical Records is limited to a specific provider.

10.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA includes a date.

**CHRISTOPHER MARS**

1.     The plaintiff failed to provide a response to Section III (C) (8) and (9).

2.     Plaintiff failed to provide sufficient employer name and location in response to Section IV (F), and his response to subsection (F) (3) regarding lost wage claims is unclear and/or insufficient.

3.     Plaintiff failed to provide a response to Section IX (C) and (D).

4.      The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

**BRANDON MARS**

1.     Plaintiff failed to fully respond to Section III (C) (8) regarding the claimed mental and/or emotional distress.

2.     Plaintiff failed to complete the partial response to Section VI (F) (2) regarding the claimed infectious disease.

3.     Plaintiff failed to respond to Section IX (A), (C) and (D).

4.     The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

**GLENDA MARS**

1.     Plaintiff failed to fully respond to Section III (C) (8) regarding the claimed mental and/or emotional distress.

2.     The Privacy Act Release is not dated.  If FEMA refuses to accept the release, Defendant will seek supplementation.

**EDDIE MARTIN**

1.     Plaintiff failed to include a response to Section III (C) (8) and (9).

2.     Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school, subsection (F) and subsection (G) regarding prior claims.

3.     Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.     On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions.

5.     Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6. Plaintiff failed to responds to Section VI (A) through (D) and subsection (F) and (G) including subparts.

7. Plaintiff failed to respond to Section VII (D).

8. Plaintiff failed to provide a response to Section IX (A) through (F).

9. The Authorization for Release of Medical Records is limited to a specific provider.

10. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA includes a date.

**DEQUARNO LEWIS**

1. Plaintiff's representative failed to fully respond to Section III (A) (6) through (8) regarding representative capacity.

2. Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

**HELEN MAE LEWIS**

1. Plaintiff failed to fully respond to Section III (C) (8) regarding the claimed mental and/or emotional distress.

2. Plaintiff failed to identify the employer described in response to Section IV (F).

3. On the attached "Trailer 1," the plaintiff failed to respond to questions regarding air quality testing.

4. Plaintiff failed to respond to Section V (E) regarding trailer occupants.

5. Plaintiff failed to provide a response to Section VI (A) through (C) and subsection (G).

6. Plaintiff failed to respond to Section IX (A), (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

7. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

### KEZIAH MICHELLE LEWIS

1.    Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

2.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

### DARRIYON K. LEWIS

1.    Plaintiff's representative failed to fully respond to Section III (A) (6) through (8) regarding representative capacity.

2.    Plaintiff failed to provide a complete response to Section V (E) regarding trailer occupants.

3.    Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

4.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

### LATOYA ROCHELLE LEWIS

1.    Plaintiff failed to provide a complete/legible response to Section IV (F) regarding employment history.

2.    Plaintiff failed to provide a response to Section IX (A) through (E); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

### BRITTNEY CLAUDETTE LEWIS

1.    Plaintiff failed to provide a response to Section IX (A) through (C); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

2.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

### LATOYA MICHELLE LEWIS

1.    Plaintiff failed to provide a response to Section IX (A) through (E); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

2.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

**CARLA LEDOUX**

1.    On the attached "Trailer 1," the plaintiff failed to complete her response regarding the claimed fumigation and maintenance.

2.    Plaintiff failed to provide a response to Section IX (A) through (F).

3.    The attached authorizations for release of medical and other records include a date and the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed) and includes a date.

**ISAAC JOSEPH LEDOUX**

1.    Plaintiff failed to fully respond to Section IV (A) regarding dates of residence, and failed to provide address/location information for the employer identified in subsection (F) (1).

2.    Plaintiff failed to provide a response to Section IX (A) through (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3.    The attached authorizations for release of medical and other records are incomplete.

4.    The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

**JEWELL LUMPKIN**

1.    Plaintiff failed to fully respond to Section VI (F) (3) regarding the claimed long-term stomach or bowel disease.

2.    The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

3.    The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

**BILLY DARREL LUNDY**

1.    Plaintiff failed to fully respond to Section VI (C) regarding the claimed current smoking/tobacco use and other smoking/tobacco use.

2.    Plaintiff failed to include a response to Section IX (C), (D) and (F).

3.    The attached authorizations for release of medical and other records all include a date.

**ANTOINE LYONS**

1.   Plaintiff failed to complete the response to Section IV (F) (1) and (2) regarding current and past employers.

2.   On the attached "Trailer 1," the plaintiff failed to provide the reason he stopped living in the FEMA travel trailer.

3.   Plaintiff failed to include a date on the signed Certification.

4.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.   The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

**KRISTIAN LYONS**

1.   Plaintiff failed to provide sufficient identifying and location information for the employer described in Section IV (F) (2).

2.   On the attached "Trailer 1," the plaintiff failed to provide the reason he stopped living in the FEMA travel trailer.

3.   Plaintiff failed to include a response to Section VII (D).

4.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.   The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

**WAYNE A. KNIGHT**

1.   Plaintiff failed to respond to Section IX (A) through (E).  The plaintiff failed to provide sufficient address information for the pharmacy identified in response to subsection (F).

2.   The Privacy Act Release is incomplete.

**ROGER L. KING**

1.    Plaintiff's representative failed to complete the response to Section III (A) (6) through (8) regarding representative capacity.

2.    Plaintiff failed to include a response to Section III (C) (8) and (9).

3.    Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school and subsection (G) regarding prior claims.

4.    Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5.    On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the FEMA Bar Code number.

6.    Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

7.    Plaintiff failed to responds to Section VI (A), (B) and subsection (F) and (G) including subparts.

8.    Plaintiff failed to respond to Section VII (D).

9.    Plaintiff failed to provide a response to Section IX (A) through (D) and (F).

10.   Plaintiff's representative failed to execute the Certification.

11.   The attached authorizations for release of medical and other records are incomplete.

12.   The Privacy Act Release is incomplete.