UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| Suit Nos. 09-3731, 10-3570, 10-3472,<br>10-3474, 10-3475, 10-3477, 10-3480, 10-3685,<br>10-3688, 10-3771, 10-3829, 10-3850, 10-3858,<br>10-3945, 10-3978, 10-3993 | MAG. JUDGE CHASEZ |

### RESUBMITTED UNOPPOSED *EX PARTE* MOTION FOR DISMISSAL OF CLAIMS WITH PREJUDICE[1]

Defendants, Thor California, Inc. sometimes incorrectly named as Thor Industries, Inc.[2] and/or Thor Manufacturing, Inc. ("Thor California"), Keystone RV Company (Keystone), Dutchmen Manufacturing, Inc. ("Dutchmen") and DS Corp. (DS Corp) (collectively "Defendants") move this Court to dismiss the claims of the plaintiffs listed below because they have failed to provide a plaintiff fact sheet, and thus failed to comply with PTO Nos. 2 and 32.

The following chart sets out plaintiffs for whom dismissal is sought, the suit

---

[1] This memorandum is resubmitted pursuant to a deficiency notice issued by the Court on October 26, 2011, relating to the original motion to dismiss.  *See* Rec. Doc. No. 23314.

[2] Thor Industries, Inc. has been repeatedly named as a defendant in these actions, although Thor Industries, Inc. does not (and did not) manufacture travel trailers.

number(s) in which these plaintiffs are named and the corresponding defendant for that particular suit:

| Name of Plaintiff | Suit No(s) | Moving Defendant |
|---|---|---|
| Ben, Trina | 09-3731<br>10-3472<br>10-3685<br>10-3945 | Keystone<br>DS Corp<br>Keystone<br>DS Corp |
| Black, Becky | 10-3477 | Thor California |
| Black, Ronald | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Black, Troy | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Bryan, Kevin | 10-3472<br>10-3685<br>10-3945<br>10-3993<br>09-3731 | Thor California<br>Keystone<br>DS Corp<br>DS Corp<br>Keystone |
| Jeanfreau, Kathleen | 10-3477<br>10-3978 | Thor California<br>DS Corp |
| Karcher, Jr., Rodney On behalf of "MK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Karcher, Jr., Rodney On behalf of "BK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Landry, Asia | 10-3480 | Thor California |
| Long, Henry | 10-3477 | Thor California |
| Long, Maria | 10-3477 | Thor California |
| Martello, Samuel | 10-3477 | Thor California |
| Napier, George | 10-3472 | Thor California |
| Neumeyer, Kerilynn | 10-3475 | Thor California |
| Neumeyer, Rodney | 10-3477 | Thor California |
| Neumeyer, Shawn | 10-3477 | Thor California |
| Neumeyer, Shawn on behalf of "NL" | 10-3477 | Thor California |
| Perez, Chaz | 10-3477 | Thor California |

| | | |
|---|---|---|
| Phillips, Anthony | 10-3480 | Thor California |
| Phillips, Sandra | 10-3480 | Thor California |
| Verdon, Kenneth | 10-3570 | Thor California |
| Verdon, Shannon on behalf of "KV" | 10-3570 | Thor California |
| Verdon, Shannon on behalf of "JV" | 10-3570 | Thor California |
| Wright, Joseph | 10-3771<br>10-3829<br>10-3858 | DS Corp<br>DS Corp<br>Thor California |
| Wright, Veronica | 10-3829<br>10-3858 | Thor California<br>Thor California |

As explained in the attached memorandum, the moving defendants have complied fully with the fact sheet deficiency process. After plaintiffs failed to provide a fact sheet, pursuant to PTO No. 10, counsel for the moving defendants contacted counsel for the plaintiffs, Ms. Roberta Burns. In an email dated October 26, 2011, plaintiffs' counsel indicated that she did <u>not</u> oppose the dismissals of the claims by these plaintiffs.

The moving defendants have submitted a proposed order in connection with this motion.

                    Respectfully submitted,

                    *s/ Ryan E. Johnson*
                    _____
                    James C. Percy (La. Bar No. 10413)
                    Ryan E. Johnson (La. Bar No. 26352)
                    **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                    Four United Plaza
                    8555 United Plaza Boulevard
                    Baton Rouge, LA  70809
                    Telephone: (225) 248-2080
                    Facsimile:  (225) 248-3080
                          -and-

Madeleine Fischer (La. Bar No. 5575)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Counsel for Thor California, Inc., Dutchmen Manufacturing, Inc., DS Corp, and Keystone RV Company*

Date:  October 31, 2011

### CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

Baton Rouge, Louisiana, this 31st day of October, 2011.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0758394.1}                                        4