# JONES
# WALKER

Four United Plaza, 8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809-7000
Telephone: 225-248-2000
Fax:  (225) 248-3033

## FAX COVER SHEET

This facsimile communication contains information that is intended only for the recipient named and may be confidential and
subject to the attorney-client privilege.  If you are not the intended recipient or an agent responsible for delivering this
communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review,
dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately by telephone (call collect at 225-248-2000) and return the original facsimile to us by mail, without
retaining any copies.  Thank you.

**TO:**    Sidney Torres, III

**FROM:** Amy Hanegan

**DATE:** Thursday, August 25, 2011 4:45:06 PM

**PAGE 1 OF 13**

**FAX NO.:** 15042711961

If you do not receive the entire copy, please call Amy Hanegan at
(225) 248-3433 as soon as possible.

New Orleans Office: 201 St. Charles Avenue • New Orleans, Louisiana 70170-5100 • 504-582-8000 • FAX 504-589-8803
Washington, D.C. Office: Suite 600, 499 South Capitol Street SW  • Washington, D.C. 20003 • 202-203-1000 • FAX 202-201-0000
Lafayette Office: The Dover Building • 500 Dover Blvd., Suite 120 • Lafayette, Louisiana 70503 • 337-406-5610 • FAX 337-406-5620
Miami Office: 601 Brickell Key Drive • Suite 500 • Miami, Florida 33131 • 305-679-5700 • FAX 305-679-5710
Houston Office: Waterway Plaza Two • 10001 Woodloch Forest Drive • Suite 350 • The Woodlands, Texas 77380 • 281-296-5900 • FAX 281-296-5910

EXHIBIT 1



# JONES WALKER

Ryan E. Johnson
*Not admitted in Arkansas*
Direct Dial 225-248-2113
Direct Fax 225-248-3030
rjohnson@joneswalker.com

August 25, 2011

**VIA FACSIMILE**

| | | |
|---|---|---|
| Mr. Gerald Meunier, Esq.<br>(504) 528-9973 | Daniel E. Becnel, Jr.<br>(985) 536-6445 | Mikal Watts, Esq.<br>(361) 882-1261 |
| Ronnie G. Penton, Esq.<br>(985) 735-5579 | John Arthur Eaves, Jr.<br>(601) 355-0530 | Lawrence J. Centola, Jr.<br>(504) 525-1279 |
| Anthony Buzbee, Esq.<br>(713) 223-5909 | J. Douglas Sunseri<br>(504) 833-2843 | Joseph Bruno, Esq.<br>(504) 581-1493 |
| Jack Harang, Esq.<br>(504) 581-7057 | Sidney Torres, III<br>(504) 271-1961 | William Bobby Gill, III<br>(601) 352-5353 |
| J. Rock Palermo, III<br>(337) 310-1601 | Jonathan B. Andry, Esq.<br>(504) 586-8933 | Richard P. Ieyoub, Esq.<br>(225) 298-8119 |
| Michael Watson, Esq.<br>(713) 751-3058 | | |

    Re:   In re FEMA Trailer Formaldehyde Products Liability Litigation
          No. 07-MD-1873, Eastern District of Louisiana

Dear Counsel:

    I represent and write on behalf of ██████████████, Inc. and Thor Industries, Inc. (collectively "Thor") in the above referenced matter. I enclose a list of plaintiffs who have filed suit against Thor but for whom we have not received plaintiff fact sheets. As such, please provide completed plaintiff fact sheets (which include signed Certifications, Authorizations, HIPAA Releases and Privacy Act Releases) within ██████ your receipt of this correspondence.

    If you have any questions, please do not hesitate to contact me. Your attention to this matter is greatly appreciated.

{B0747569.1}      JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD · BATON ROUGE, LOUISIANA 70809-7000 · 225-248-2000 · FAX 225-248-3010 · E-MAIL: info@joneswalker.com · www.joneswalker.com

ALABAMA      ARIZONA      DISTRICT OF COLUMBIA      FLORIDA      LOUISIANA      TEXAS

August 25, 2011
Page 2

Sincerely,

Ryan E. Johnson

REJ/abh
cc:      Gerald Meunier, Esq. (via email gmeunier@gainsben.com)
         Andrew D. Weinstock, Esq. (via email andreww@douglass.com)
         Henry Miller, Esq. (via email henry.miller@usdoj.gov)
         David Kurtz, Esq. (via email dkurtz@bakerdonelson.com)
         Charles Leche, Esq. (via email cleche@dkslaw.com)

{B0747560.1}

Jones Walker Law     8/25/2011 4:46:39 PM  PAGE   4/013  Fax Server

## THOR CALIFORNIA THOR INDUSTRIES
## PFS

| LAST NAME | FIRST NAME | MIDDLE INITIAL/NOTES | SUIT NO. | ATTORNEY |
|---|---|---|---|---|
| Edenfield | Alyssa | by Anthony Edenfield | 2:09-6279 | ANDRY |
| Edenfield, Jr. | Anthony | by Anthony Edenfield | 2:09-6279 | ANDRY |
| Mixon, III | Edward | by Anthony Edenfield; | 2:09-6279 | ANDRY |
| Mixon, III | Edward | by Stacey Edenfield; | 2:09-6279 | ANDRY |
| Allen | France | | 2:09-7278 | BECNEL |
| Allen | Paris | . . . . | 2:09-7278 | BECNEL |
| Black | Janal | (by Shawn Black) | 2:09-6322 | BECNEL |
| Black | Shawnna (by Shawn Black) | (by Shawn Black) | 2:09-6322 | BECNEL |
| Black | Rashawn (by Shawn Black) | (by Shawn Black) | 2:09-6322 | BECNEL |
| Dering | Marlene | | 2:09-7278 | BECNEL |
| DiVincenti | Jeremy | | 2:09-5417 | BECNEL |
| DiVincenti | Patricia | | 2:09-5417 | BECNEL |
| Greathouse | Devan | by Bridgette Greathouse | 2:09-5404 | BECNEL |
| Hall | Benneto | | 2:09-7278 | BECNEL |
| Price | Roshebe | | 2:09-8730 | BECNEL |
| Simmons | Chante | | 2:10-2468 | BECNEL |
| Spada | Jamie | | 2:10-2468 | BECNEL |
| Thiery | Harriet | | 2:09-7284 | BECNEL |
| Thiery | Harriet | | 2:10-0264 | BECNEL |
| Washington | Carl | | 2:10-2444 | BECNEL |
| Williams | Exavier | | 2:09-6402 | BECNEL |
| Williams | Charita | | 2:09-5402 | BECNEL |
| Williams | Brittany | | 2:09-5402 | BECNEL |
| Woringen, Jr. | James | | 2:09-5402 | BECNEL |
| Ballet | Dunteja | by Edward Ballet | 2:09-8385 | BUZBEE |
| Ballet | TayKaun | by Edward Ballet | 2:09-8385 | BUZBEE |
| Ballet | Tykema | by Edward Ballet | 2:09-8385 | BUZBEE |
| Clark | Tevin | (by Rosaline McDonald) | 2:09-8385 | BUZBEE |
| Dixon | Evan | (by Tiffany Dixon) | 2:10-2316 | BUZBEE |
| Golightly | Kimberly | | 2:10-2316 | BUZBEE |
| Miller | Isaac | | 2:10-2316 | BUZBEE |
| Prestley | Kelvin | | 2:10-2316 | BUZBEE |
| West | Betty | | 2:09-8385 | BUZBEE |
| Whitney | Gail | | 2:10-2316 | BUZBEE |
| Acker | Philis | | 2:09-4087 | CENTOLA |
| Acker | Charnel | | 2:09-4067 | CENTOLA |
| Acker | Darnell | | 2:09-4067 | CENTOLA |
| Acker | Philis | | 2:09-4067 | CENTOLA |
| Acker | Charnel | | 2:09-4067 | CENTOLA |
| Acker | Darnell | | 2:09-4067 | CENTOLA |
| Albert | Greyone | | 2:09-5679 | CENTOLA |
| Anderson | Otis | | 2:09-5679 | CENTOLA |
| Barabin | Eldred | by Trenzetta Barabin | 2:09-5638 | CENTOLA |
| Barabin | Amber | by Trenzetta Barabin | 2:09-5638 | CENTOLA |
| Barabin | Trenzetta | | 2:09-5638 | CENTOLA |
| Boyd | JeByron | | 2:09-3990 | CENTOLA |
| Bradley | Roy | | 2:09-6651 | CENTOLA |
| Branch | Gillis | | 2:09-5679 | CENTOLA |
| Branch | Eddie | (by Gillis Branch) | 2:09-5745 | CENTOLA |

1

**THOR CALIFORNIA THOR INDUSTRIES**
**PFS**

| | | | | |
|---|---|---|---|---|
| Branch | Gillis | | 2:09-5744 | CENTOLA |
| Butler | Tae'Shawn | by Tanisha Espradron | 2:09-5551 | CENTOLA |
| Caldwell | Gloria | | 2:09-5651 | CENTOLA |
| Carbajal | Shaun | | 2:09-4025 | CENTOLA |
| Carbajal | Nickolas | | 2:09-4025 | CENTOLA |
| Carbajal | Gabriel | | 2:09-4025 | CENTOLA |
| Cavalier | David | | 2:09-8312 | CENTOLA |
| Cavalier | Victoria | | 2:09-8312 | CENTOLA |
| Christophe | Judy | | 2:09-5636 | CENTOLA |
| Christophe, III | Kennth | (by Kenneth Christopher, Jr.) | 2:09-5636 | CENTOLA |
| Christophe, Jr. | Kenneth | | 2:09-5636 | CENTOLA |
| Christophe, Sr. | Kenneth | | 2:09-5636 | CENTOLA |
| Danna | Kirby | | 2:09-5636 | CENTOLA |
| Danna | Autumn | | 2:09-5636 | CENTOLA |
| Danna | Suzanne | | 2:09-5636 | CENTOLA |
| Danna | Ashleigh (by Kirby Danna) | | 2:09-5636 | CENTOLA |
| Danna | Richard | | 2:09-5636 | CENTOLA |
| Dupart | Walter | | 2:09-4025 | CENTOLA |
| Dupart | Theresa | | 2:09-4025 | CENTOLA |
| Espradron | Tanisha | | 2:09-5551 | CENTOLA |
| Espradron, Jr. | Shaun | by Shaun Espradron, Sr. | 2:09-5551 | CENTOLA |
| Espradron, Sr. | Shaun | | 2:09-5551 | CENTOLA |
| Eugene | Chris | | 2:09-8312 | CENTOLA |
| Ferrand | Chermeine | | 2:09-3990 | CENTOLA |
| Ferrand | Casey | | 2:09-3990 | CENTOLA |
| Ferrand | Joshua | | 2:09-3990 | CENTOLA |
| Ferrand, Sr. | Steven | | 2:09-3990 | CENTOLA |
| Franklin | Danielle | | 2:09-5551 | CENTOLA |
| Gayden | Joe | | 2:09-4067 | CENTOLA |
| Gayden | Joe | | 2:09-4067 | CENTOLA |
| Gerosa | Jocelyn | | 2:09-4025 | CENTOLA |
| Gerosa, III | George | | 2:09-4025 | CENTOLA |
| Giles | Stephen | | 2:09-4911 | CENTOLA |
| Giles | Sandra | | 2:09-4911 | CENTOLA |
| Giles, Jr. | Eddie | | 2:09-4911 | CENTOLA |
| Giles, Sr. | Eddie | | 2:09-4911 | CENTOLA |
| Godfrey | Carrol | | 2:09-8302 | CENTOLA |
| Godfrey | Tamara | | 2:09-8302 | CENTOLA |
| Hart | Kismal | | 2:09-5636 | CENTOLA |
| Heintz | Justin | | 2:09-4019 | CENTOLA |
| Heintz | Tammy | | 2:09-4019 | CENTOLA |
| Heintz | Jesse | | 2:09-4019 | CENTOLA |
| Heintz, Jr. | Justin | | 2:09-4019 | CENTOLA |
| Henry | Shewanda | | 2:09-3991 | CENTOLA |
| Henry | Jasmine | by Shewanda Henry | 2:09-3991 | CENTOLA |
| Henry | James | | 2:09-3991 | CENTOLA |
| Henry | Eric | | 2:09-3991 | CENTOLA |
| Howard | Pearl | | 2:09-8312 | CENTOLA |
| Howard | Pernell | | 2:09-8312 | CENTOLA |

2

## THOR CALIFORNIA THOR INDUSTRIES
### PFS

| | | | | |
|---|---|---|---|---|
| Howard | Tamiah | by Trenzetta Barabin | 2:09-5638 | CENTOLA |
| Howard | Travis | | 2:09-5638 | CENTOLA |
| Howard | Marion | | 2:09-5638 | CENTOLA |
| Hunter | Kirby | by Caroline Williams | 2:09-5530 | CENTOLA |
| Martin | Carolyn | | 2:09-5679 | CENTOLA |
| Martin | Misunique | | 2:09-5679 | CENTOLA |
| Martin | Akeem | | 2:09-5679 | CENTOLA |
| McIntosh | Bryana | | 2:09-4025 | CENTOLA |
| McIntosh | Chavela | | 2:09-4025 | CENTOLA |
| McIntosh, Sr. | Bryand | | 2:09-4025 | CENTOLA |
| Padilla | Paige | | 2:09-4025 | CENTOLA |
| Padilla | Rachel | | 2:09-4025 | CENTOLA |
| Padilla, III | Frank | | 2:09-4025 | CENTOLA |
| Padilla, Jr. | Frank | | 2:09-4025 | CENTOLA |
| Parker | Deidre | | 2:09-4025 | CENTOLA |
| Parker | Tyaler | | 2:09-4025 | CENTOLA |
| Perriatt | Lester | | 2:09-5679 | CENTOLA |
| Perriatt | Gloria | | 2:09-5679 | CENTOLA |
| Pomes | Gaynell | | 2:09-4025 | CENTOLA |
| Smith | Da'Jean | | 2:09-4025 | CENTOLA |
| Smith | Dan | R. (by Linda Oubichan) | 2:09-5640 | CENTOLA |
| Smith | Da'Juan | | 2:09-4025 | CENTOLA |
| Thomas | Vidal | | 2:09-4025 | CENTOLA |
| Torregano, Jr. | Charles | | 2:09-4067 | CENTOLA |
| Torregano, Jr. | Charles | | 2:09-4067 | CENTOLA |
| Torrence | Rebecca | | 2:09-4067 | CENTOLA |
| Torrence | Rebecca | | 2:09-4067 | CENTOLA |
| Torrence, Sr. | Robert | | 2:09-4067 | CENTOLA |
| Torrence, Sr. | Robert | | 2:09-4067 | CENTOLA |
| Turner | Willie | | 2:09-4911 | CENTOLA |
| Varona | Josephine | | 2:09-5638 | CENTOLA |
| Varona | Frank | | 2:09-5638 | CENTOLA |
| Vincent | Allison | Rep. by Donna Vincent, | 2:09-5638 | CENTOLA |
| Vincent | Rikki | | 2:09-5638 | CENTOLA |
| Vincent | Rachel | | 2:09-5638 | CENTOLA |
| Vincent | Donna | | 2:09-5638 | CENTOLA |
| Vincent | Harold | | 2:09-5638 | CENTOLA |
| Walker | Denise | | 2:09-5661 | CENTOLA |
| Warren | William | | 2:09-5530 | CENTOLA |
| William | Davonia | | 2:09-4025 | CENTOLA |
| Williams | Paula | | 2:09-4025 | CENTOLA |
| Williams | Paul | | 2:09-4025 | CENTOLA |
| Williams | Paulette | | 2:09-5679 | CENTOLA |
| Williams | Troy | | 2:09-3990 | CENTOLA |
| Williams | Caroline | | 2:09-5530 | CENTOLA |
| Williams | Logan | Rep. by William Warren, | 2:09-5530 | CENTOLA |
| Williams, Jr. | Warren | | 2:09-5530 | CENTOLA |
| Winkler | Peter | | 2:09-5638 | CENTOLA |
| Akbar | Wali | Najee | 2:08-8050 | EAVES |
| Andrews | Michael | | 2:09-8105 | EAVES |
| Andrews | Geraldine | | 2:09-8105 | EAVES |

3

## THOR CALIFORNIA THOR INDUSTRIES
### PFS

| | | | | |
|---|---|---|---|---|
| Andrews | Seneca | | 2:09-8115 | EAVES |
| Arguelles | Sheila | | 2:09-8050 | EAVES |
| Arguelles | Sheila | | 2:09-8050 | EAVES |
| Bell | Nikel | S. | 2:09-8230 | EAVES |
| Bell | Onchella | M. | 2:09-8230 | EAVES |
| Bonds | Donovan | C. | 2:09-8050 | EAVES |
| Bradfield | Alicia | | 2:09-8230 | EAVES |
| Burns | Rhonda | K. | 2:09-8283 | EAVES |
| Burton | Kathleen | Diane | 2:09-8283 | EAVES |
| Burton | Duncan | | 2:09-8283 | EAVES |
| Chamberland | Donald | Phillippe | 2:09-8198 | EAVES |
| Chamberland | Donald | Phillippe | 2:09-8210 | EAVES |
| Cooper | Johnny | M. | 2:09-8198 | EAVES |
| Craig | Patricia | | 2:09-8230 | EAVES |
| Curry | Melba | | 2:09-8269 | EAVES |
| Curry | Donald | | 2:09-8269 | EAVES |
| Damond | Antoinette | | 2:09-8105 | EAVES |
| Damond | Dritanya | | 2:09-8105 | EAVES |
| Damond, Jr. | Antoine | | 2:09-8105 | EAVES |
| Douglas | Kathleen | Faith | 2:09-8198 | EAVES |
| Douglas | Kathleen | Faith | 2:09-8210 | EAVES |
| Fairley | Gail | | 2:09-8198 | EAVES |
| Fairley | Corian | | 2:09-8198 | EAVES |
| Fairley | Brandon | | 2:09-8198 | EAVES |
| Fairley | Gail | | 2:09-8210 | EAVES |
| Fairley | Corian | | 2:09-8210 | EAVES |
| Fairley | Brandon | | 2:09-8210 | EAVES |
| Fountain | Sandra | Kay Dufore | 2:09-8198 | EAVES |
| Fountain | Sandra | Kay Dufore | 2:09-8115 | EAVES |
| Garner | Jerry | Max | 2:09-8269 | EAVES |
| Glover | Henry | | 2:10-2159 | EAVES |
| Glover | Edith | | 2:10-2159 | EAVES |
| Guy | Donna | | 2:09-8269 | EAVES |
| Hall, Jr. | John | H. | 2:09-8269 | EAVFS |
| Hathorn | Bonnie | S. | 2:09-8115 | EAVES |
| Hathorn | Bobbie | | 2:09-8115 | EAVES |
| Hayes | Carla | | 2:10-2159 | EAVES |
| Hickman | Karen | | 2:09-8141 | EAVES |
| Holliday | Terry | W. | 2:09-8269 | EAVES |
| Holliday | Michelle | | 2:09-8269 | EAVES |
| Huske | Mary | Kay | 2:09-8210 | EAVES |
| Karcher | Monica | Poche (by Erica King) | 2:09-8269 | EAVES |
| King | Erica | | 2:09-8269 | EAVES |
| King, Jr. | Bobby | Earl | 2:09-8269 | EAVES |
| Kopcszywa | Shelley | | 2:09-8198 | EAVES |
| Kopcszywa | Richard | C. | 2:09-8198 | EAVES |
| Kopcszywa | Shelley | | 2:09-8210 | EAVES |
| Kopcszywa | Richard | C. | 2:09-8210 | EAVES |
| Lee | Braxton | O. | 2:09-8163 | EAVES |
| M. | A. | by Sheila McCann | 2:09-8115 | EAVES |
| Mann | John | Christopher | 2:09-8141 | EAVES |
| Mason | Darlene | | 2:09-8210 | EAVES |

Jones Walker Law    8/25/2011 4:46:39 PM  PAGE  8/013  Fax Server

THOR CALIFORNIA THOR INDUSTRIES
PFS

| McCall | Hermina | | 2:09-8210 | EAVES |
|---|---|---|---|---|
| McCall | Trisha | | 2:09-8210 | EAVES |
| McCann | Shelia | | 2:09-8115 | EAVES |
| McCann | Johnny | | 2:09-8115 | EAVES |
| P. | S. | by Denise Zanders; | 2:09-8230 | EAVES |
| P. | A. | by Shelia McCann; | 2:09-8815 | EAVES |
| P. | G. | by Denise Zanders; | 2:09-8230 | EAVES |
| P. | E. | by Karen Hickman; | 2:09-8141 | EAVES |
| P. | D. | by Shelia McCann; | 2:09-8115 | EAVES |
| P. | D. | by Denise Zanders; | 2:09-8230 | EAVES |
| P. | J. | by Karen Hickman; | 2:09-8141 | EAVES |
| P. | R. | by Karen Hickman; | 2:09-8141 | EAVES |
| Porter | Donald | Ray | 2:09-8141 | EAVES |
| Q. | K. | by Bobbie Quinn; | 2:09-8105 | EAVES |
| Q. | S. | by Bobbie Quinn; | 2:09-8105 | EAVES |
| Q. | K. | by Bobbie Quinn; | 2:09-8105 | EAVES |
| Quinn | Bobbie | | 2:09-8105 | EAVES |
| Quinn | James | | 2:09-8105 | EAVES |
| Robertson | Ernest | R. | 2:09-8050 | EAVES |
| S. | A. | Rep. by Seneca Andrews, | 2:09-8115 | EAVES |
| S. | J. | Rep. by Seneca Andrews, | 2:09-8115 | EAVES |
| S. | E. | Rep. by Seneca Andrews, | 2:09-8115 | EAVES |
| Scott | Diane | | 2:09-8283 | EAVES |
| Showers, III | Alvin | J. | 2:09-8050 | EAVES |
| Stiglet | Kathleen | Josie | 2:09-8050 | EAVES |
| V. | B. | Rep. by Shelia McCann, | 2:09-8115 | EAVES |
| W. | A. | Rep. by Kathleen Douglas, | 2:09-8283 | EAVES |
| W. | C. | Rep. by Patricia Craig, | 2:09-8230 | EAVES |
| W. | L. | Rep. by Patricia Craig, | 2:09-8230 | EAVES |
| Williams | Blaine | | 2:09-8210 | EAVES |
| Zanders | Denise | | 2:09-8230 | EAVES |
| Daigle | Eva | | 2:09-7641 | GAINSBEN |
| Hargis | Selina | | 2:09-3304 | GAINSBEN |
| Hargis | Jack | | 2:10-2412 | GAINSBEN |
| Hargis | Keena | by Jack Hargis | 2:10-2412 | GAINSBEN |
| Keddy | Belinda | | 2:09-7542 | GAINSBEN |
| Marchand | Clarence | | 2:09-3304 | GAINSBEN |
| Marchand | Freda | | 2:09-3304 | GAINSBEN |
| Marchand | G'Nai | | 2:09-3304 | GAINSBEN |
| Reed | Janice | | 2:09-5255 | GAINSBEN |
| Bush, Jr. | Daniel | | 2:09-5589 | GILL LADNER & PRIEST |
| Crain | Zaneta | N. | 2:09-5589 | GILL LADNER & PRIEST |
| Crain | Kelxie | N. (by Zaneta Crain) | 2:09-5589 | GILL LADNER & PRIEST |
| Curry | Donald | Roosevelt | 2:09-5589 | GILL LADNER & PRIEST |
| Curry | Melba | Elaine | 2:09-5589 | GILL LADNER & PRIEST |
| Drummond | LeErnest | | 2:09-5589 | GILL LADNER & PRIEST |
| Drummond | Melody | | 2:09-5589 | GILL LADNER & PRIEST |
| Drummond | Jaylen | (by Melody Drummond) | 2:09-5589 | GILL LADNER & PRIEST |

5

## THOR CALIFORNIA THOR INDUSTRIES
### PFS

| | | | | |
|---|---|---|---|---|
| Floyd | James | | 2:09-5589 | GILL LADNER & PRIEST |
| Forehand | Lonnie | Lee | 2:09-5589 | GILL LADNER & PRIEST |
| Fountain | Donald | Terrell | 2:09-5589 | GILL LADNER & PRIEST |
| Horton | Adriona | by Melody Drummond | 2:09-5589 | GILL LADNER & PRIEST |
| Jackson, Jr. | Marcus | (by Marcus Jackson, Sr.) | 2:09-5589 | GILL LADNER & PRIEST |
| Jackson, Sr. | Marcus | Carnell | 2:09-5589 | GILL LADNER & PRIEST |
| Jackson, Sr. | Denisia | (by Marcus Jackson, Sr.) | 2:09-5589 | GILL LADNER & PRIEST |
| Jackson, Sr. | Diamond | (by Marcus Jackson, Sr.) | 2:09-5589 | GILL LADNER & PRIEST |
| Polk | Vanessa | Earl | 2:09-5589 | GILL LADNER & PRIEST |
| Tomey | Demetria | R. | 2:09-5589 | GILL LADNER & PRIEST |
| Washington | Trophonia | Alateshea | 2:09-5589 | GILL LADNER & PRIEST |
| Washington | TaLeyah | Rep. by Trophonia Washington. | 2:09-5589 | GILL LADNER & PRIEST |
| Washington | TaMariya | Rep. by Trophonia Washington. | 2:09-5589 | GILL LADNER & PRIEST |
| Washington | Terrell | M. ( by Trophonia Washington) | 2:09-5589 | GILL LADNER & PRIEST |
| Washington. Jr. | Marvin | S. | 2:11-0846 | GILL LADNER & PRIEST |
| Washington. Jr. | Marvis | S. (by Vanessa Polk) | 2:09-5589 | GILL LADNER & PRIEST |
| Williams | Benjamin | Paul | 2:09-5589 | GILL LADNER & PRIEST |
| Willis | Aaliyah (by Zanetta Crain) | N. | 2:09-5589 | GILL LADNER & PRIEST |
| Willis | Imani (by Zanetta Crain) | N. | 2:09-5589 | GILL LADNER & PRIEST |
| Willis | Deroy (by Zanetta Crein) | N. | 2:09-5589 | GILL LADNER & PRIEST |
| Alberti | Mildar | | 2:08-4630 | HARANG |
| Alford | L. | C. | 2:08-4630 | HARANG |
| Andrews | James | | 2:08-4630 | HARANG |
| Batiste | Debra | | 2:08-4630 | HARANG |
| Broussard | Nancy | | 2:09-4805 | HARANG |
| Cagnolatti | Robert | | 2:08-4630 | HARANG |
| Collins | Maxine | | 2:08-4630 | HARANG |
| Dean | Artinna | | 2:08-4630 | HARANG |
| Desselle | Seretha | | 2:08-4630 | HARANG |
| Edwards | Frances | | 2:08-4630 | HARANG |
| Fremin | Kyla | | 2:08-4630 | HARANG |
| Garrus | Quintin | | 2:08-4630 | HARANG |
| Gayden | Dock | | 2:08-4630 | HARANG |
| Green | Lynell | | 2:08-4630 | HARANG |
| Hale | Barton | | 2:08-4630 | HARANG |
| Harris, Sr. | John | | 2:08-4630 | HARANG |
| Helmsetter | John | | 2:08-4630 | HARANG |
| Henry | Benjamin | | 2:08-4630 | HARANG |
| Henry | Leroy | | 2:08-4630 | HARANG |
| Hughes | Marlene | | 2:08-4630 | HARANG |
| Hutchinson | Pamela | | 2:08-4630 | HARANG |
| Isaac | Carl | | 2:08-4630 | HARANG |
| Jackson | Claudia | | 2:08-4630 | HARANG |

## THOR CALIFORNIA THOR INDUSTRIES
## PFS

| | | | | |
|---|---|---|---|---|
| Johnson | Karen | | 2:08-4630 | HARANG |
| Johnson | Reginald | | 2:08-4630 | HARANG |
| Jones | Kewanna | | 2:08-4630 | HARANG |
| King | Louise | | 2:08-4630 | HARANG |
| Landry | Vernest | | 2:08-4630 | HARANG |
| Laney | Phyllis | | 2:08-4630 | HARANG |
| McCuistion | Randy | | 2:08-4630 | HARANG |
| McNeil | Janice | | 2:08-4630 | HARANG |
| Miller | Johnny | | 2:08-4630 | HARANG |
| Mollere | Kai | | 2:08-4630 | HARANG |
| Monk | Randy | | 2:08-4630 | HARANG |
| Moore | Jane | | 2:08-4630 | HARANG |
| Narcisse | Rosie | | 2:09-4805 | HARANG |
| Narcisse | Rosie | | 2:08-4630 | HARANG |
| Penton | Brad | | 2:08-4630 | HARANG |
| Seals | Wayne | | 2:08-4630 | HARANG |
| Simon | Sarah | | 2:08-4630 | HARANG |
| Thomas | Kip | | 2:08-4630 | HARANG |
| Thompson | Jimmie | | 2:08-4630 | HARANG |
| Tievel | Lequestia | | 2:08-4630 | HARANG |
| Turner | Steven | | 2:08-4630 | HARANG |
| Ware | Ray | | 2:08-4630 | HARANG |
| West | Danielle | | 2:08-4630 | HARANG |
| West | Zahia | | 2:08-4630 | HARANG |
| Whittney | Sharon | | 2:08-4630 | HARANG |
| Williams | Lorraine | | 2:08-4630 | HARANG |
| Davis | Terri | | 2:08-5937 | IEYOUB |
| Griffin | Dale | | 2:00-5937 | IEYOUB |
| Nguyen | Thu | Thi | 2:09-5430 | NICAUD & SUNSERI |
| Duncan | Makeia | by Ashley Duncan | 2:09-7045 | PALERMO |
| Labranch | Sterling | by Kelly Casnave | 2:09-7045 | PALERMO |
| Bigner | Lena | | 2:09-4222 | PENTON |
| Caston | Cordia | | 2:09-4222 | PENTON |
| Caston | Dorothy | | 2:09-4222 | PENTON |
| Chesley | Danny | | 2:09-5547 | PENTON |
| Dixon | Rodehno | | 2:09-4222 | PENTON |
| Goodman | Malacki | by Phyllis Middleton | 2:09-5547 | PENTON |
| Green | Barbara | | 2:09-5547 | PENTON |
| Hughes | Lillie | | 2:09-5547 | PENTON |
| Hughes | Queenie | | 2:09-5547 | PENTON |
| Joiner | Ruth | | 2:09-5547 | PENTON |
| Middleton | Alex | by Phyllis Middleton; | 2:09-5547 | PENTON |
| Middleton | Phyllis | | 2:09-5547 | PENTON |
| Middleton | Sidney | | 2:09-5547 | PENTON |
| Sibley | Brandon | Rep. by Jennifer Williams, | 2:09-5547 | PENTON |
| Sibley | LaDarius | Rep. by Jennifer Williams, | 2:09-5547 | PENTON |
| W. | D. | Rep. by Trista Whitten, | 2:11-0553 | PENTON |
| W. | M. | Rep. by Trista Whitten, | 2:11-0553 | PENTON |
| W. | M. | Rep. by Trista Whitten, | 2:11-0553 | PENTON |
| Whitten | Trista | | 2:11-0553 | PENTON |

7

THOR CALIFORNIA THOR INDUSTRIES
PFS

| | | | | |
|---|---|---|---|---|
| Whitten | David | | 2:11-0553 | PENTON |
| Williams | Micah | Rep. by Phyllis Middleton, | 2:09-5547 | PENTON |
| Williams | Jamal | Rep. by Jennifer Williams, | 2:09-5547 | PENTON |
| Williams | Neah | Olyah (by Jennifer Williams) | 2:09-5547 | PENTON |
| Williams | Tyrone | | 2:09-5547 | PENTON |
| Bailes | Bridget | | 2:10-3569 | TORRES |
| Bailes | Kenneth | | 2:10-3569 | TORRES |
| Barcia | Velma | E. | 2:10-3472 | TORRES |
| Ben | Trina | B. | 2:10-3472 | TORRES |
| Black | Becky | | 2:10-3477 | TORRES |
| Black | Ronald | J. | 2:10-3477 | TORRES |
| Black | Troy | | 2:10-3477 | TORRES |
| Bordelon | Jenny | | 2:10-3477 | TORRES |
| Bryan | Kevin | | 2:10-3472 | TORRES |
| Caluda | Ann | P. | 2:10-3475 | TORRES |
| Caluda | Bonnie | Ann | 2:10-3475 | TORRES |
| Figueroa | Daniel | | 2:10-3477 | TORRES |
| Figueroa | Debora | Cisco | 2:10-3477 | TORRES |
| Green | Betty | Harrison | 2:10-3473 | TORRES |
| Green | Bruno | | 2:10-3473 | TORRES |
| Jeanfreau | Kathleen | E. | 2:09-3742 | TORRES |
| Jeanfreau | Kathleen | E. | 2:10-3477 | TORRES |
| Karcher | Bridgette | Renae (by Rodney Karcher, Jr.) | 2:10-3474 | TORRES |
| Karcher | Britany | Denae (by Rodney Karcher, Jr.) | 2:10-3474 | TORRES |
| Karcher | Mayah | Rayelle (by Rodney Karcher, Jr.) | 2:10-3474 | TORRES |
| Karcher | Monica | | 2:10-3474 | TORRES |
| Karcher | Rodney | David | 2:10-3474 | TORRES |
| Krammer | Charlene | Bowlin | 2:10-3477 | TORRES |
| Krammer | William | | 2:10-3477 | TORRES |
| L. | A. | by David Landry, III. | 2:10-3480 | TORRES |
| Lacaze | Jack | | 2:10-3473 | TORRES |
| Landry | Asia | | 2:10-3480 | TORRES |
| Landry | David | | 2:10-3480 | TORRES |
| Long | Henry | | 2:10-3477 | TORRES |
| Long | Marie | L. | 2:10-3477 | TORRES |
| M. | S. | by Arnold McCallon, Sr. | 2:10-3477 | TORRES |
| M. | C. | by Scott Mitchell | 2:10-3477 | TORRES |
| Martello | Samuel | | 2:10-3477 | TORRES |
| McCallon | Arnold | | 2:10-3477 | TORRES |
| McCallon | Blake | | 2:10-3477 | TORRES |
| Mitchell | Stephanie | | 2:10-3473 | TORRES |
| Mitchell | Stephanie | Ann | 2:10-3478 | TORRES |
| N. | L. | by Shawn Neumeyer; | 2:10-3477 | TORRES |
| Napier | George | | 2:10-3472 | TORRES |
| Neumeyer | Kerilynn | | 2:10-3475 | TORRES |
| Neumeyer | Rodney | J. | 2:10-3477 | TORRES |

### THOR CALIFORNIA THOR INDUSTRIES
### PFS

| | | | | |
|---|---|---|---|---|
| Neumeyer | Rodney | | 2:10-3477 | TORRES |
| Neumeyer | Shawn | C. | 2:10-3477 | TORRES |
| Perera | Philip | Claude | 2:10-3475 | TORRES |
| Perera | Philip | Charles | 2:10-3475 | TORRES |
| Perez | Chaz | M. | 2:10-3477 | TORRES |
| Phillips | Anthony | | 2:10-3480 | TORRES |
| Phillips | Sandra | | 2:10-3480 | TORRES |
| Rochon | Shawn | Nicole | 2:09-3742 | TORRES |
| Rodi | Maria | Theresa | 2:10-3472 | TORRES |
| Rodi | Wade | | 2:10-3472 | TORRES |
| V. | S. | Rep. by Shannon Verdon, | 2:10-3570 | TORRES |
| V. | K. | Rep. by Shannon Verdon, | 2:10-3570 | TORRES |
| Verdon | Kenneth | | 2:10-3570 | TORRES |
| W. | D. | Rep. by Pamela Wallace, | 2:10-3477 | TORRES |
| Wright | Joseph | A. | 2:10-3858 | TORRES |
| Wright | Veronica | R. | 2:10-3858 | TORRES |
| Lattimer | Kenny | | 2:09-5266 | WATSON |
| Smith | Tara | Andrea Christine | 2:09-5266 | WATSON |
| Walker | Cameron | | 2:09-5266 | WATSON |
| Whittington | Patricia | Drake | 2:09-5266 | WATSON |
| Williams | Devante | | 2:09-5266 | WATSON |
| Ayodele | Chasity | | 2:09-7099 | WATTS HILLIARD |
| Ayodele | Aleho | by Chasity Ayodele | 2:09-7099 | WATTS HILLIARD |
| Blackledge | Cynthia | | 2:09-7099 | WATTS HILLIARD |
| Blackledge | John | | 2:09-7099 | WATTS HILLIARD |
| Blackledge | Justin | | 2:09-7099 | WATTS HILLIARD |
| Blackledge | John | | 2:09-7099 | WATTS HILLIARD |
| Brown | Sesson | | 2:09-7099 | WATTS HILLIARD |
| Dao | Hop | | 2:09-7099 | WATTS HILLIARD |
| Dao | Marlene | | 2:09-7099 | WATTS HILLIARD |
| Dao | Minh | | 2:09-7099 | WATTS HILLIARD |
| Dao | Terry (by Tach Doung) | | 2:09-7099 | WATTS HILLIARD |
| Dao | Thai | | 2:09-7099 | WATTS HILLIARD |
| Dao | Thinh | | 2:09-7099 | WATTS HILLIARD |
| Dao | Tim | | 2:09-7099 | WATTS HILLIARD |
| Dao | Tony | | 2:09-7099 | WATTS HILLIARD |
| Dao | Tuan | | 2:09-7099 | WATTS HILLIARD |
| Deshawn | Noel (by Kassaundra Coleman) | | 2:09-4743 | WATTS HILLIARD |
| Doung | Thach | | 2:09-7099 | WATTS HILLIARD |
| Evans | Erykah | by Ella McGee | 2:09-7099 | WATTS HILLIARD |
| Hursey | Leonard | | 2:09-7099 | WATTS HILLIARD |
| Hursey | Karon | | 2:09-7099 | WATTS HILLIARD |
| Landreneau | William | by Jessica Landreneau | 2:09-7099 | WATTS HILLIARD |
| Landreneau | Jessica | | 2:09-7099 | WATTS HILLIARD |
| Landreneau | Damon | by Jessica Landreneau | 2:09-7099 | WATTS HILLIARD |
| Malone | Gizell | | 2:09-7099 | WATTS HILLIARD |

9

**THOR CALIFORNIA THOR INDUSTRIES**
**PFS**

| | | | | |
|---|---|---|---|---|
| Martinez | Mary | | 2:09-7099 | WATTS HILLIARD |
| Maynard | Kevin | | 2:09-4743 | WATTS HILLIARD |
| McCoy | Barbara | | 2:09-7099 | WATTS HILLIARD |
| Ruiz | Destiny | Rep. by Rose Callen. | 2:09-4743 | WATTS HILLIARD |
| Sampson | Angelique | | 2:09-7099 | WATTS HILLIARD |
| Sampson | Samantha | | 2:09-7099 | WATTS HILLIARD |
| Taylor | Arnold | | 2:09-7099 | WATTS HILLIARD |
| Voss | Jeanne | | 2:09-7099 | WATTS HILLIARD |

10