Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

BEAU F. CAMEL
bcamel@torres-law.com

www.torres-law.com

**September 23, 2011**

**Via Electronic Mail**
Ryan Johnson
Jones Walker
8555 United Plaza Blvd.
Baton Rouge, Louisiana 70809

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
              MDL No. 07-1873
              *Thor California, Inc. and Thor Industries, Inc. Missing Plaintiff Fact Sheets*

Dear Counsel:

After researching our files, we are able to locate a PFS for the following clients:

1. Bailes, Bridget
2. Bailes, Kenneth
3. Barcia, Velma
4. Bordelon, Jenny
5. Caluda, Ann
6. Caluda, Bonnie
7. Green, Betty
8. Green, Bruno
9. Kramer, Charlene
10. Kramer, William
11. Lacaze, Jack
12. Landry, David
13. Landry, David obo LA
14. McCallon, Arnold
15. McCallon, Arnold obo MS
16. Mitchell, Scott obo MC
17. Mitchell, Stephanie
18. Perera, Philip Charles
19. Perera, Philip Claude
20. Wallace, Pamela obo WD



TORRES PARK PLAZA • 8301 W. JUDGE PEREZ DRIVE • SUITE 303 • CHALMETTE, LOUISIANA 70043 • (504) 271-8422  FAX: (504) 271-1961

EXHIBIT 2

Ryan Johnson
Jones Walker
September 23, 2011
Page 2

        Additionally, after researching our files, we are unable to locate a PFS for the following clients:

1. Ben, Trina
2. Black, Becky
3. Black, Ronald
4. Black, Troy
5. Bryan, Kevin
6. Figueroa, Daniel
7. Figueroa, Debora
8. Jeanfreau, Kathleen
9. Jeanfreau, Kathleen
10. Karcher, Brittany
11. Karcher, Mayah
12. Karcher, Monica
13. Karcher, Rodney
14. Landry, Asia
15. Long, Henry
16. Long, Maria
17. Martello, Samuel
18. McCallon, Blake
19. Napier, George
20. Neumeyer, Kerilynn
21. Neumeyer, Rodney
22. Neumeyer, Shawn
23. Neumeyer, Shawn obo NL
24. Nuemeyer, Rodney
25. Perez, Chaz
26. Phillips, Anthony
27. Phillips, Sandra
28. Rochon, Shawn
29. Rodi, Maria
30. Rodi, Wade
31. Verdon, Kenneth
32. Verdon, Shannon obo VK
33. Verdon, Shannon obo VS
34. Wright, Joseph
35. Wright, Veronica

Ryan Johnson
Jones Walker
September 23, 2011
Page 3

    Thanking you for your attention to this matter, I remain

            Sincerely,

            s/Roberta L. Burns

            Roberta L. Burns

RLB/jb
Encls.
cc:
**Defense Liaison:**
Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.