# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| **This document relates to:** | |
| | JUDGE ENGELHARDT |
| **Suit Nos. 09-3731, 10-3570, 10-3472, 10-3474, 10-3475, 10-3477, 10-3480, 10-3685, 10-3688, 10-3771, 10-3829, 10-3850, 10-3858, 10-3945, 10-3978, 10-3993** | MAG. JUDGE CHASEZ |

## JUDGMENT

Considering the *Ex Parte* Unopposed Motion for Dismissal of Claims filed by Defendants, Thor California, Inc. sometimes incorrectly named as Thor Industries, Inc.[1] and/or Thor Manufacturing, Inc. ("Thor California"), Keystone RV Company (Keystone), Dutchmen Manufacturing, Inc. ("Dutchmen") and DS Corp. (DS Corp) (collectively "Defendants"), and based on the applicable law, facts and arguments of counsel, all of which the Court has considered,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims of the following plaintiffs are dismissed, with prejudice, as to each of the defendants indicated below, each party to bear its own expenses, attorney's fees and costs:

---

[1] Thor Industries, Inc. has been repeatedly named as a defendant in these actions, although Thor Industries, Inc. does not (and did not) manufacture travel trailers.

{B0758400.1}

| Name of Plaintiff | Suit No(s) | Moving Defendant |
|---|---|---|
| Ben, Trina | 09-3731<br>10-3472<br>10-3685<br>10-3945 | Keystone<br>DS Corp<br>Keystone<br>DS Corp |
| Black, Becky | 10-3477 | Thor California |
| Black, Ronald | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Black, Troy | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Bryan, Kevin | 10-3472<br>10-3685<br>10-3945<br>10-3993<br>09-3731 | Thor California<br>Keystone<br>DS Corp<br>DS Corp<br>Keystone |
| Jeanfreau, Kathleen | 10-3477<br>10-3978 | Thor California<br>DS Corp |
| Karcher, Jr., Rodney On behalf of "MK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Karcher, Jr., Rodney On behalf of "BK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Landry, Asia | 10-3480 | Thor California |
| Long, Henry | 10-3477 | Thor California |
| Long, Maria | 10-3477 | Thor California |
| Martello, Samuel | 10-3477 | Thor California |
| Napier, George | 10-3472 | Thor California |
| Neumeyer, Kerilynn | 10-3475 | Thor California |
| Neumeyer, Rodney | 10-3477 | Thor California |
| Neumeyer, Shawn | 10-3477 | Thor California |
| Neumeyer, Shawn on behalf of "NL" | 10-3477 | Thor California |
| Perez, Chaz | 10-3477 | Thor California |
| Phillips, Anthony | 10-3480 | Thor California |
| Phillips, Sandra | 10-3480 | Thor California |
| Verdon, Kenneth | 10-3570 | Thor California |
| Verdon, Shannon | 10-3570 | Thor California |

{B0758400.1}

| | | |
|---|---|---|
| on behalf of "KV" | | |
| Verdon, Shannon on behalf of "JV" | 10-3570 | Thor California |
| Wright, Joseph | 10-3771<br>10-3829<br>10-3858 | DS Corp<br>DS Corp<br>Thor California |
| Wright, Veronica | 10-3829<br>10-3858 | Thor California<br>Thor California |

New Orleans, Louisiana, this _____day of November, 2011.

_____
United States District Court Judge

{B0758400.1}