UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | |
| Plaintiffs: Nicole Thomas | * | JUDGE ENGELHARDT |
| Roderick Thomas | * | |
| Ross Ventress | * | MAG. JUDGE CHASEZ |

*************************************************************************

## MOTION TO DISMISS DUPLICATIVE CLAIMS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, without prejudice, because these persons are named plaintiffs in another lawsuit. The plaintiffs at issue are:

- Nicole Thomas (Plaintiff in *Barnes*, C.A. 09-7887)

- Roderick Thomas (Plaintiff in *Barnes*, C.A. 09-7887)

- Ross Ventress (Plaintiff in *Barnes*, C.A. 09-7887)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

                                              Respectfully submitted,
                                              **WILLINGHAM, FULTZ & COUGILL LLP**

                                      By:  s/*Thomas L. Cougill*
                                            THOMAS L. COUGILL
                                            Texas State Bar No. 04877300
                                            Louisiana State Bar No. 31112
                                            R. MARK WILLINGHAM
                                            Texas State Bar No. 21641500

1

JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile
**Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of October, 2011.

     s/*Thomas L. Cougill*
THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, WATTS HILLIARD, opposes this motion.

     s/*Thomas L. Cougill*
THOMAS L. COUGIL

2