UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | |
| Plaintiffs: Nicole Thomas | * | JUDGE ENGELHARDT |
|      Roderick Thomas | * | |
|      Ross Ventress | * | MAG. JUDGE CHASEZ |

*************************************************************************

## NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss Duplicative Claims filed by defendant, Jayco, Inc., pertaining to plaintiffs, Nicole Thomas, Roderick Thomas, and Ross Ventress, is **Wednesday, November 16, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt.

                                  Respectfully submitted,
                                  **WILLINGHAM, FULTZ & COUGILL LLP**

                        By:   *s/Thomas L. Cougill*
                              THOMAS L. COUGILL
                              Texas State Bar No. 04877300
                              Louisiana State Bar No. 31112
                              R. MARK WILLINGHAM
                              Texas State Bar No. 21641500
                              JEFFREY P. FULTZ
                              Texas State Bar No. 00790728
                              Mississippi Bar No. 101058
                              Niels Esperson Building
                              808 Travis Street, Suite 1608
                              Houston, Texas  77002
                              (713) 333-7600 – Telephone
                              (713) 333-7601 – Facsimile

                              **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of October, 2011.

                                               s/Thomas L. Cougill
                                               THOMAS L. COUGILL