UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | |
| Plaintiffs: Nicole Thomas | * | JUDGE ENGELHARDT |
|      Roderick Thomas | * | |
|      Ross Ventress | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS DUPLICATIVE CLAIMS**

**COMES NOW**, Defendant, Jayco, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiffs, Nicole Thomas, Roderick Thomas, and Ross Ventress, and in support they would respectfully show the court as follows:

I.  On or about July 31, 2009, Plaintiffs, Nicole Thomas, Roderick Thomas, and Ross Ventress, were named as plaintiffs in a case styled *Valerie Cesar, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 10-546. Subsequently, on or about December 23, 2009, Nicole Thomas, Roderick Thomas, and Ross Ventress were named as plaintiffs in a case styled *Sandy Barnes, et al. v. Jayco, Inc., et al.*, Cause No 09-7887. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the

district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Nicole Thomas, Roderick Thomas, and Ross Ventress appear in multiple lawsuits, defendant would show that their claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Nicole Thomas, Roderick Thomas, and Ross Ventress as filed in the case styled *Valerie Cesar, et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 10-546.

WHEREFORE, defendant, Jayco, Inc. prays the Court dismiss without prejudice the claims of Nicole Thomas, Roderick Thomas, and Ross Ventress in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

    Respectfully submitted,
    **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile
        **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 31st day of October, 2011.

                                                s/*Thomas L. Cougill*
                                                THOMAS L. COUGILL