UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS<br>            LIABILITY LITIGATION | *   MDL NO. 07-1873<br>*<br>* |
| THIS DOCUMENT PERTAINS TO:<br>*Roy Causey, et al. v. Skyline Corporation, et al.*,<br>No. 10-1395 | *   SECTION:  N "5"<br>*   JUDGE: KURT D. ENGELHARDT<br>* |
| Plaintiff: Herald Switzer. | *   MAGISTRATE JUDGE:<br>*   ALMA CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Motion to Withdraw Skyline Corporation's Motion to Dismiss for Failure to Comply with Pretrial Orders Relating to Plaintiff Fact Sheets;

IT IS ORDERED that Skyline Corporation's Unopposed Motion to Withdraw Skyline Corporation's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Relating to Plaintiff Fact Sheets is GRANTED, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23287) filed by Skyline Corporation on October 24, 2011 be withdrawn from the Court's docket.

Done in New Orleans, Louisiana, on this 31st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE