UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NOS. 09-5658,
09-5659, 09-7109, 09-7850, 10-1311

**O R D E R**

The Court having been advised by counsel for the parties that the plaintiffs have agreed to a settlement with defendant Sun Valley, Inc., as well as defendants Colony National Insurance Company and Westchester Surplus Lines Insurance Company as insurers of Sun Valley, Inc.,

**IT IS ORDERED** that the following motions are hereby **DENIED AS MOOT**:

| | |
|---|---|
| Rec. Doc. 22221 | Sun Valley, Inc. d/b/a Sun-Lite's Motion for Summary Judgment on Medical Causation (*Sonya Andrews, et al v. Sun Valley, Inc., et al*; Docket No. 09-5659); |
| Rec. Doc. 22226 | Sun Valley's d/b/a Sun-Lite's Motion for Summary Judgment on Medical Causation (*Gerod Macon, et al v. Sun Valley, Inc., et al*; Docket No. 09-7109); |
| Rec. Doc. 22235 | Sun Valley's Motion for Summary Judgment for Failure to Establish "Reasonably Anticipated Use" Under the LPLA Regarding Claims of Charles Marshall (*Irma Miller, et al v. Sun Valley, Inc., et al*; Docket No. 09-5658); |
| Rec. Doc. 22236 | Motion for Summary Judgment on Behalf of Defendant Westchester Surplus Lines Insurance Company, regarding claims of Charles Marshall (*Irma Miller, et al v. Sun Valley, Inc., et al*; Docket No. 09-5658); |

| | |
|---|---|
| Rec. Doc. 22346 | Fluor Enterprises, Inc.'s Consent Motion to Amend Scheduling Orders and Remove Back-Up Bellwether Plaintiffs from the Trial Docket; |
| Rec. Doc. 22460 | Sun Valley's Motion for Summary Judgment for Failure to Demonstrate an "Unreasonably Dangerous" Product Under the LPLA Regarding Claims of Charles Marshall, or, in the Alternative to Dismiss Certain Legal Theories Under the LPLA (*Irma Miller, et al v. Sun Valley, Inc., et al*; Case No. 09-5658); |
| Rec. Doc. 22498 | Sun Valley, Inc. d/b/a Sun-Lite's Motion for Summary Judgment on Medical Causation Regarding Charles Marshall (*Irma Miller, et al v. Sun Valley, Inc., et al*; Case No. 09-5658); |
| Rec. Doc. 23035 | Sun Valley, Inc.'s Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets (*Lauranette Bolton, et al v. Sun Valley, Inc., et al*; Case No. 09-7850); |
| Rec. Doc. 23067 | Sun Valley, Inc. d/b/a Sun-Lite Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets (*Acquanette German, et al v. Sun Valley, Inc., et al*; Case No. 10-1311); and |
| Rec. Doc. 23068 | Sun Valley, Inc. Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Gerod Macon, et al v. Sun Valley, Inc., et al*; Case No. 09-7109). |

New Orleans, Louisiana, this 31st day of October, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**