## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Kimberly Jackson, as Next* | * | |
| *Friend of T. J., a minor, et. al.  vs.* | * | |
| *Sunnybrook R.V., Inc., et. al*. | * | |
| Cause: 09-7848 | * | |
| Plaintiff: Ashlyn Simien | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION  SEEKING LEAVE TO FILE PLAINTIFF'S REPLY TO SUNNYBROOK RV'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE MOTION FOR RELIEF FROM A JUDGMENT OR ORDER**

COMES NOW Ashlyn Nechelle Simien (hereinafter "Plaintiff") and files this Motion Seeking Leave to File a Reply to Sunnybrook RV's Memorandum in Opposition to Plaintiff's Motion for New Trial or in the Alternative, Motion for Relief from a Judgment or Order (Rec. Doc. 23283).

This Reply is necessary to address the arguments asserted in Defendant's Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order (Rec. Doc. 23283).

Plaintiff's counsel has contacted Defense counsel and they have no opposition this Motion.

Wherefore, Plaintiff prays that this Honorable Court issue an Order granting them leave to file this Reply to Sunnybrook RV's Memorandum in Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of October, 2011.

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**