UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Kimberly Jackson, as Next* | * | |
| *Friend of T. J., a minor, et. al.  vs.* | * | |
| *Sunnybrook R.V., Inc., et. al*. | * | |
| Cause: 09-7848 | * | |
| Plaintiff: Ashlyn Simien | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Reply to Sunnybrook RV's Memorandum in Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Ashlyn Simien is granted leave to file Plaintiff's Reply to Sunnybrook RV's Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order.

This _____ day of _____, 2011

_____
United States District Judge