UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
09-5658 (*Charles Marshall*)
09-5659 (*Sonya Andrews*)
09-7109 (*Laura Demetriace Batiste*)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that plaintiffs Charles Marshall, Sonya Andrews, and Laura Demetriace Batiste and defendants Sun Valley, Inc., Colony National Insurance Company, and Westchester Surplus Lines Insurance Company have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of plaintiffs Charles Marshall, Sonya Andrews, and Laura Demetriace Batiste against Sun Valley, Inc., Colony National Insurance Company, and Westchester Surplus Lines Insurance Company be and hereby are dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if settlement is not consummated.  The court retains jurisdiction to enforce the compromise agreed upon by the parties.  This Order of Dismissal shall not affect the claims of plaintiffs Charles Marshall, Sonya Andrews, or Laura Demetriace Batiste against any defendants other than those named herein.

**IT IS FURTHER ORDERED** that the bellwether trial, currently set for January 23, 2012, the final pretrial conference set for January 12, 2012, and all attendant deadlines set forth

in Rec. Docs. 22583, 22965, 22966, and 22967 are hereby **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 31st day of October, 2011.

                                **KURT D. ENGELHARDT**
                                **UNITED STATES DISTRICT JUDGE**

2