# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
       FORMALDEHYDE PRODUCTS       MDL NO. 1873
       LIABILITY LITIGATION

**This document relates to:**

Suit Nos. 09-3731, 10-3570, 10-3472,
10-3474, 10-3475, 10-3477, 10-3480, 10-3685,
10-3688, 10-3771, 10-3829, 10-3716 , 10-3858,
10-3945, 10-3978, 10-3993

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

O R D E R

Considering the *Ex Parte* Unopposed Motion for Dismissal of Claims filed by Defendants, Thor California, Inc. sometimes incorrectly named as Thor Industries, Inc.[1] and/or Thor Manufacturing, Inc. ("Thor California"), Keystone RV Company (Keystone), Dutchmen Manufacturing, Inc. ("Dutchmen") and DS Corp. (DS Corp) (collectively "Defendants"), and based on the applicable law, facts and arguments of counsel, all of which the Court has considered,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims of the following plaintiffs are dismissed, with prejudice, as to each of the defendants indicated below, each party to bear its own expenses, attorney's fees and costs:

---

[1] Thor Industries, Inc. has been repeatedly named as a defendant in these actions, although Thor Industries, Inc. does not (and did not) manufacture travel trailers.

{B0758400.1}

| Name of Plaintiff | Suit No(s) | Moving Defendant |
|---|---|---|
| Ben, Trina | 09-3731<br>10-3472<br>10-3685<br>10-3945 | Keystone<br>DS Corp<br>Keystone<br>DS Corp |
| Black, Becky | 10-3477 | Thor California |
| Black, Ronald | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Black, Troy | 10-3477<br>10-3688 | Thor California<br>Keystone |
| Bryan, Kevin | 10-3472<br>10-3685<br>10-3945<br>10-3993<br>09-3731 | Thor California<br>Keystone<br>DS Corp<br>DS Corp<br>Keystone |
| Jeanfreau, Kathleen | 10-3477<br>10-3978 | Thor California<br>DS Corp |
| Karcher, Jr., Rodney On behalf of "MK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Karcher, Jr., Rodney On behalf of "BK" | 10-3474<br>10-3716 | Thor California<br>Dutchmen |
| Landry, Asia | 10-3480 | Thor California |
| Long, Henry | 10-3477 | Thor California |
| Long, Maria | 10-3477 | Thor California |
| Martello, Samuel | 10-3477 | Thor California |
| Napier, George | 10-3472 | Thor California |
| Neumeyer, Kerilynn | 10-3475 | Thor California |
| Neumeyer, Rodney | 10-3477 | Thor California |
| Neumeyer, Shawn | 10-3477 | Thor California |
| Neumeyer, Shawn on behalf of "NL" | 10-3477 | Thor California |
| Perez, Chaz | 10-3477 | Thor California |
| Phillips, Anthony | 10-3480 | Thor California |
| Phillips, Sandra | 10-3480 | Thor California |
| Verdon, Kenneth | 10-3570 | Thor California |
| Verdon, Shannon | 10-3570 | Thor California |

{B0758400.1}

| | | |
|---|---|---|
| on behalf of "KV" | | |
| Verdon, Shannon on behalf of "JV" | 10-3570 | Thor California |
| Wright, Joseph | 10-3771 10-3829 10-3858 | DS Corp DS Corp Thor California |
| Wright, Veronica | 10-3829 10-3858 | Thor California Thor California |

New Orleans, Louisiana, this __1st__ day of November, 2011.

_____
United States District Judge

{B0758400.1}