UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Swanica Nero v. Pilgrim Int., Inc.; Specialty Ins. Co., et al.* No. 09-4730; Plaintiff: D.G., a minor, represented by Brandi Saunders/Penny Saunders | | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for New Trial or in the Alternative, Motion for Relief from a Judgment or Order,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff is granted leave to file Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for New Trial or in the Alternative, Motion for Relief from a Judgment or Order.

This __1st__ day of _____November_____, 2011.

United States District Judge