UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** *Kimberly Jackson, as Next Friend of T. J., a minor, et. al.  vs. Sunnybrook R.V., Inc., et. al*. Cause: 09-7848 Plaintiff: Ashlyn Simien | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiff's Unopposed Motion Seeking Leave to File Reply to Sunnybrook RV's Memorandum in Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order,

IT IS ORDERED ADJUDGED AND DECREED, that the Plaintiff Ashlyn Simien is granted leave to file Plaintiff's Reply to Sunnybrook RV's Opposition to Plaintiff's Motion for New Trial or in the alternative, Motion for Relief from a Judgment or Order.

This __1st__ day of _____November_____, 2011.

_____
United States District Judge