| | |
|---|---|
| From: | Jackie Edmundson |
| To: | Kelly Morton |
| Cc: | Denis Vega |
| Subject: | Re: FW: In Re FEMA~Motion to Dismiss |
| Date: | Tuesday, November 01, 2011 1:20:15 PM |
| Attachments: | Williams, Gladys -REC1.pdf |

Kelly,

We do not oppose your motion to dismiss Berthard and Earline Skidmore from the Black matter.

Thanks,

Jackie

On Fri, Oct 28, 2011 at 11:02 AM, Kelly Morton <KMorton@garrisonyount.com> wrote:

> Counsel,
>
> Please let me know by 5:00 p.m. on Tuesday, November 1, 2011, if you will oppose this motion.
>
> Thanks,
>
> **Kelly M. Morton**
>
> Attorney
>
> Garrison, Yount, Forte
>
> & Mulcahy, L.L.C.
>
> 909 Poydras Street, Suite 1800
>
> New Orleans, LA 70112
>
> (504)527-0680 Main
>
> (504)412-7131 Direct Dial
>
> (504)527-0686 Facsimile



EXHIBIT D