# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * MDL No. 1873 <br> * <br> * SECTION N(5) <br> * <br> * JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** | * <br> * MAGISTRATE CHASEZ |
| *Chad Beech, et al v CH2M Hill Constructors, 2:09-cv-5657;* | * <br> * <br> * <br> * |

*************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/  *Lawrence J. Centola, Jr.*
Lawrence J. Centola. Jr. Bar #3962