| | |
|---|---|
| **From:** | CHELE TALLON |
| **To:** | Kelly Morton |
| **Cc:** | Douglas Schmidt; Kelly Moorman; CARMEN MOTES; ANDREW WEINSTOCK; Miller, Henry (CIV) |
| **Subject:** | Re: FW: In Re FEMA~Motion to Dismiss |
| **Date:** | Tuesday, November 01, 2011 11:49:34 AM |

Kelly,

We are unable to contact Gloria Long and we will not oppose your Motion to Dismiss for her. If I can be of further assistance please let me know.

Thanks,
Chele



EXHIBIT B