# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

May 11, 2011

*Via E-mail:*
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Frank J. D'Amico, Jr.
frank@damicolaw.net
Reed Bowman
rbowman@damicolaw.net
Law Offices of Frank J. D'Amico, Jr.
4731 Canal Street
New Orleans, LA 70119

    Re:    In Re: FEMA Trailer Formaldehyde Products Liability Litigation
             USDC-EDLA, MDL No. 07-1873
             Our file: 1376-41971

Dear Counsel:

    Please allow this correspondence to serve as a notice that the plaintiffs named below, who have instituted lawsuits against Recreation By Design, LLC, have submitted deficient Plaintiff Fact Sheets. The deficient responses are noted on the attached sheets.

Case:    *Theresa Becnel, et al. v. Recreation By Design, LLC, et al.;*
          *USDC-EDLA No. 09-8624*:

Plaintiffs:
1. ▬
2. ▬



May 11, 2011
Page 2

3. █████████
4. ████████████████████
   ████████
6. ██████████████████
7. ████████
8. ███████
9. ████████████████
10. ██████████████
11. ████████
12. ██████
13. ██████
14. ██████████
15. Johnny Taylor
16. Charles Moliere
17. April Watkins
18. Ronda Watkins
19. Barbara Young
20. Chesity Young
21. Steven A. Young
22. Tasha Young
23. Raychell Pierre
24. Sheila Pierre on behalf of Ja'Quain Pierre
25. Samuel McClinton
26. ██████████

Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

Very truly yours,

*Kelly M. Morton*

Kelly M. Morton

KMM/klm

Cc: David Kurtz – dkurtz@bakerdonelson.com
    Charles Leche – cleche@dkslaw.com
    Henry Miller – henry.miller@usdoj.gov

GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.