UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|         FORMALDEHYDE PRODUCTS | * | |
|         LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Jayco Enterprises, Inc., et al* | * | |
| CASE NO. 09-8407 | * | |
| TAMARA JONES ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF TAMARA JONES' NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tamara Jones (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby give notice of her dismissal of all claims made in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit or any claims made by Plaintiff Tamara Jones, in an individual or representative capacity, in any other complaints in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
   Anthony G. Buzbee
   Texas Bar No. 24001820
   Peter K. Taaffe
   Texas Bar No. 24003029
   THE BUZBEE LAW FIRM
   600 Travis, Suite 7300
   Houston, Texas 77002
   Tel.:  (713) 223-5393
   Fax:  (713) 223-59009

   JOHN MUNOZ (#9830)
   GARNER & MUNOZ
   1010 Common Street, Suite 3000
   New Orleans, LA 70112-2411
   Tel: (504) 581-7070
   Fax: (504) 581-7083

ATTORNEYS FOR PLAINTIFFS

**1** of **2**

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*
Peter K. Taaffe
