UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** | * | |
| *Theresa Becnel, et al v.* | * | MAGISTRATE:  CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 09-8624 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiff, Gloria Long, with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana this __2nd__ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1