UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION N-5 JUDGE KURT D. ENGELHARDT MAG. CHASEZ |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | |

## JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Timberland RV Company, who moves this Honorable Court for an Order substituting Thomas G. Buck, John C. Henry, Brett W. Tweedel, and David B. Parnell, Jr. of the law firm of Blue Williams, L.L.P., 3421 North Causeway Boulevard, Suite 900, Metairie, LA 70002, in place of Scott E. Delacroix of the law firm of Adams & Reese, LLP, 701 Poydras Street, Suite 4500, New Orleans, LA 70139; J. Joseph Tanner of the law firm of Baker & Daniels, LLP, 300 North Meridian, Suite 2700, Indianapolis, IN 46204; and Thomas C. Kus of the law firm of Baker & Daniels, LLP, 111 East Wayne Street, Suite 800, Fort Wayne, IN 46802, as counsel of record in the above–captioned matter.

Doc. 1468940.185566

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*/s/ THOMAS G. BUCK*

_____

THOMAS G. BUCK  T.A.          (14107)
tbuck@bluewilliams.com
JOHN C. HENRY                 (18948)
jhenry@bluewilliams.com
DAVID B. PARNELL, JR.         (27031)
dparnell@bluewilliams.com
BRETT W. TWEEDEL              (30100)
btweedel@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for: Timberland RV Company


ADAMS & REESE, L.L.P.

*/s/ SCOTT E. DELACROIX*

_____

SCOTT E. DELACROIX    T.A.   (4823)
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone (504) 581-3234


BAKER & DANIELS, L.L.P.

*/s/ J. JOSEPH TANNER*

_____

J. JOSEPH TANNER
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone (317) 237-1000

Doc. 1468940.185566


        BAKER & DANIELS, L.L.P.

        */s/ THOMAS C. KUS*

        THOMAS C. KUS
        111 East Wayne Street, Suite 800
        Fort Wayne, IN 46802
        Telephone (206) 424-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 2nd day of November, 2011.

I HEREBY CERTIFY that a copy of the foregoing pleading has been mailed via U. S. Mail, Postage Pre-paid, to all parties who are not electronically noticed of this filing on the date stated above.

        /s/ *THOMAS G. BUCK*

        THOMAS G. BUCK        Bar No. (14107)

Doc. 1468940.185566