UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION N-5 |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| | * | MAG. CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | * | |
| | * | |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record:

IT IS ORDERED THAT Thomas G. Buck, John C. Henry, Brett W. Tweedel, and David B. Parnell, Jr. of the law firm of Blue Williams, L.L.P., 3421 North Causeway Boulevard, Suite 900, Metairie, LA 70002, be and are hereby substituted in place of Scott E. Delacroix of the law firm of Adams & Reese, L.L.P., 701 Poydras Street, Suite 4500, New Orleans, LA 70139; J. Joseph Tanner of the law firm of Baker & Daniels, L.L.P., 300 North Meridian, Suite 2700, Indianapolis, IN 46204; and Thomas C. Kus of the law firm of Baker & Daniels, L.L.P., 111 East Wayne Street, Suite 800, Fort Wayne, IN 46802, as counsel of record for Defendant, Timberland RV Company, in the above–captioned matter.

_____
KURT D. ENGELHARDT, JUDGE
UNITED STATES DISTRICT COURT

Doc. 1468962.185566