UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT REPORT NO. 26 OF LIAISON AND GOVERNMENT COUNSEL**

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 26.

## I. REPORT OF CLAIMS AND CASE INVENTORY:

Since the inception of this MDL in 2007, 938 cases have been transferred in from other courts, pursuant to MDL panel orders. 777 of those cases are currently pending, and 161 cases have been closed. Further, 3632 cases have been filed in this court. 3207 cases of those are currently pending, and 425 cases have been closed. Still further, 123 cases have been removed to this Court from state courts. 119 cases of those are currently pending, and 4 cases have been closed. In all, 4693 cases are associated with this MDL. 4103 cases of those are currently pending, and 590 cases have been closed. The attached appendix lists the complaints that were filed or transferred into the MDL since the last Joint Report.

## II. PLAINTIFF FACT SHEETS (PFS)

Counsel representing parties are obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines). Plaintiff attorneys are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2, 32 and 88.

## III. MOTION PRACTICE

The following Motions are pending:

**SUBMITTED:**

Rec. Doc. 16598 — USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment

Rec. Doc. 17751 — Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint

Rec. Doc. 17753 — CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints

Rec. Doc. 17825 — Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120)

Rec. Doc. 17826 — Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128)

Rec. Doc. 17827 — Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118)

Rec. Doc. 17834 — Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119)

| | |
|---|---|
| Rec. Doc. 17836 | Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130) |
| Rec. Doc. 17882 | Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125) |
| Rec. Doc. 17884 | Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126) |
| Rec. Doc. 17885 | Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127) |
| Rec. Doc. 22283 | PSC's Motion to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund |
| Rec. Doc. 22487 | Joint Motion for Final Approval of Class Settlement |
| Rec. Doc. 22781 | Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorney's Fees and Reimbursement of Common Benefit Expenses |

**TO BE SUBMITTED:**

| | |
|---|---|
| Rec. Doc. 23030 | Forest River's Motion to Dismiss for Failure to Comply with Pre-trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets (Case Nos. 09-8374 and 11-0850) |
| Rec. Doc. 23035 | Sun Valley, Inc.'s Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets (*Lauranette Bolton, et al v. Sun Valley, Inc., et al*; Case No. 09-7850) |
| Rec. Doc. 23065 | C. Martin Company, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets |
| Rec. Doc. 23067 | Sun Valley, Inc. d/b/a Sun-Lite Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiffs Fact Sheets (*Acquanette German, et al v. Sun Valley, Inc., et al*; Case No. 10-1311) |
| Rec. Doc. 23068 | Sun Valley, Inc. Renewed Motion to Dismiss for Failure to Comply with Pretrial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Gerod Macon, et al v. Sun Valley, Inc., et al*; Case No. 09-7109) |

| | |
|---|---|
| Rec. Doc. 23075 | Plaintiffs' Motion for New Trial and in the Alternative Motion for Relief from Judgment or Order (*Swanica Nero v. Pilgrim Int., Inc., et al*; Case no. 09-4730 - Plaintiff: Brandi Saunders o/b/o D.G.) |
| Rec. Doc. 23076 | Plaintiffs' Motion for New Trial and in the Alternative Motion for Relief from a Judgment or Order (*Kimberly Jackson, et al v. SunnyBrook RV, Inc., et al*; Case No. 09-7848) |
| Rec. Doc. 23077 | Plaintiffs' Motion for New Trial and in the Alternative Motion for Relief from a Judgment or Order (*Swanica Nero v. Pilgrim Int., Inc., et al*; Case No. 09-4730 - Plaintiff: Enchanti Vaultz) |
| Rec. Doc. 23079 | Frontier RV, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Yvette D. Batia v. Frontier RV, Inc., et al*; Case No. 09-8239) |
| Rec. Doc. 23080 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Ora Brock, et al v. Recreation By Design, LLC, et al*; Case No. 09-5847) |
| Rec. Doc. 23118 | Forest River, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Silverine Ambeau v. Forest* River; Case No. 09-8702 & *Corey S. Barbarin v. Forest River*; Case No. 09-8699) |
| Rec. Doc. 23119 | Vanguard Industries of Michigan, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets (*Jerry Louis v. Vanguard, et al*; Case No. 09-8673) |
| Rec. Doc. 23124 | Frontier RV, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Beulah Barabino, et al v. Frontier RV, Inc., et al*; Case No. 09-4526) |
| Rec. Doc. 23125 | Frontier RV, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Rose Russell, et al v. Frontier RV, Inc., et al*; Case No. 09-8110) |
| Rec. Doc. 23137 | Frontier RV, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Hubert Kirk, et al v. Frontier RV, Inc., et al*; Case No. 09-8290) |

| | |
|---|---|
| Rec. Doc. 23141 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Clara Anderson, et al v. Recreation By Design, LLC, et al*; Case No. 09-8626) |
| Rec. Doc. 23142 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Martinez Hayes, et al v. Recreation By Design, LLC, et al*; Case No. 10-0440) |
| Rec. Doc. 23143 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*George William, et al v. Recreation By Design, LLC, et al*; Case No. 10-3597) |
| Rec. Doc. 23145 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Toyin Kollyade, et al v. Recreation By Design, LLC, et al*; Case No. 10-2500) |
| Rec. Doc. 23146 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Cynthia Crawford, et al v. Recreation By Design, LLC, et al*; Case No. 09-8629) |
| Rec. Doc. 23147 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Theresa Becnel, et al v. Recreation By Design, LLC, et al*; Case No. 09-8624) |
| Rec. Doc. 23164 | Forest River, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets (Case Nos. 09-4000, 09-7705, 09-8631, 09-8635, 09-8636, 09-8637, 10-0425, 10-2535, 10-2546, 11-0301) |
| Rec. Doc. 23180 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Jennifer Aramburo, et al v. Recreation By Design, LLC*; Case No. 09-4002) |
| Rec. Doc. 23181 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Clara Anderson, et al v. Recreation By Design, LLC*; Case No. 09-8626) |

| | |
|---|---|
| Rec. Doc. 23182 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Clara Anderson, et al v. Recreation By Design, LLC*; Case No. 09-8626) |
| Rec. Doc. 23185 | Recreation By Design, LLC Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets (*Clara Anderson, et al v. Recreation By Design, LLC*; Case No. 09-8626) |
| Rec. Doc. 23221 | Jayco Enterprises, Inc. and Jayco, Inc. Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets |
| Rec. Doc. 23228 | Motion for Leave to File Amended Complaints (*Gregory Brown v. Crum & Forster,* Case No. 09-3868); (*Earle Bryant, III v. Crum & Forster*, Case No. 09-3867); (*Joseph M. Pujol v. Pilgrim International*, Case No. 07-5709); (*Joseph H. Turner v. Crum & Forster*, Case No. 09-5519); and *Byron J. Veal v. Crum & Forster*, Case No. 09-5493) |
| Rec. Doc. 23240 | Forest River Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets (Case Nos. 09-5377, 09-5382, 09-5383, 09-7274, 09-8708, 09-8746, 10-2460, and 10-2461) |

**MATTERS ON APPEAL**

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants. A Joint Motion to Extend Deadline to Reinstate Appeal was filed on 9/30/11 and granted on 10/6/11. |
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011. Argument has been set for the week of December 5, 2011. |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, |

| | |
|---|---|
| | 2011. Argument has been set for the week of December 5, 2011. |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense); briefing completed on August 8, 2011. |

## IV. MANUFACTURED HOUSING NON-LITIGATION "TRACK"

On August 22, 2011, the Court held the Fairness Hearing on the proposed settlement filed by the Class, as represented by the PSC and the Manufactured Housing Defendants (Rec. Doc. No. 20669). No ruling has yet been entered. The ninety (90) day notice to governmental entities required under CAFA, and specifically 28 U.S.C. § 1715(b) will mature on November 16, 2011. After that day, the Court will be able to enter an order regarding the proposed settlement.

## V. MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information had not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information was efficiently obtainable from other sources and to provide a date certain by which the matching effort would end. Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010. The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010. Counsel should consult amended PTO 68 (Rec. Doc. 14779) to ensure they are aware of its content. The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO #68 and as amended by PTO #83. The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed. The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching. The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455). The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

## VI. BELLWETHER AND SUMMARY JURY TRIALS

A. Bellwether cases set for trial at this time:

1. The Jayco Summary Jury Trial has been continued until January 23-24, 2012. The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial. The parties have agreed to conduct this as a summary jury trial. FEMA and the installation contractor, CH2M Hill, will not participate in this summary jury trial.

2. A bellwether trial against Sun Valley, Inc. has been continued to January 23, 2012 (Amended Trial Scheduling Order, Rec. Docs. 22965, 22966, 22967). Charles Marshall has been selected as the Bellwether Plaintiff, and in the event his action is dismissed prior to trial, Sonya Andrews is the replacement Bellwether Plaintiff, Fluor is the Contractor/Installer for this

replacement bellwether trial, and Laura Demetriace Batiste is the second replacement Bellwether Plaintiff. The United States is not a defendant in any of these three actions. CH2M Hill, the IA contractor in the Charles Marshall matter has been dismissed.

Previously scheduled trials involving claims against Coachmen RV and KZRV, LLP have been taken off of the Court's trial docket pending finalization of settlement between those entities and Plaintiffs.

In rescheduling the Sun Valley bellwether trial for January 23, 2012, the Court issued an Order setting deadlines for an accelerated PFS deficiency process as to Sun Valley plaintiffs. See Order of August 25, 2011 (Rec. Doc. No. 22583). This process contemplates a renewal of mediated settlement discussions as to these claims.

**VII. CLAIMS AGAINST THE UNITED STATES.**

On June 24, 2011, the Fifth Circuit Court of Appeals affirmed the District Court's dismissal of Plaintiff Alana Alexander's Federal Tort Claims Act ("FTCA") claim brought on behalf of Plaintiff Chris Cooper for lack of subject matter because the claim was time barred. On July 8, 2011, the Fifth Circuit Court of Appeals granted the United States' request for publication of the decision. Fifth Circuit Case No. 10-30451.

The only remaining claims against the United States pending before the District Court are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs. On May 18, 2010, the Court issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana plaintiffs against the United States. Since entering that Order, the Court denied PSC's Motion

seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal (Rec. Doc. 15976). PSC petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed that motion. The Fifth Circuit denied the PSC's motion on December 3, 2010.

The United States has filed an opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana Plaintiffs claims for gross negligence and willful and wanton misconduct. That motion was taken under advisement by the District Court on January 25, 2011.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims and has also filed with the Fifth Circuit motions requesting that the Court certify questions of unsettled state law to the Supreme Court of Mississippi and Alabama. The parties briefing of PSC's substantive appeals and motions to certify questions of state law was completed on April 18, 2011. The Fifth Circuit has scheduled argument for the week of December 5, 2011.

## VIII. SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

A. Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions where necessary.

## IX. SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

Special Master, Dan Balhoff has filed into the Court's record a Motion to Distribute Fleetwood Settlement Funds (Rec. Doc. No. 22804). The Motion to Distribute Fleetwood Settlement Funds was granted on 10/5/11 (Rec. Doc. No. 23048).

Settlement proceeds have been distributed to claimants however, plaintiffs' liaison counsel has been notified by the disbursing agent that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable. The disbursing agent has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions.

## X. MISCELLANEOUS

A. John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all non-government defendants in this MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504/832-3700
Facsimile: 504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone: 202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: 566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com