UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Theresa Becnel, et al v.* | * | MAGISTRATE: CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 09-8624 | * | |

*****************************************************************************

### UNOPPOSED MOTION TO WITHDRAW RECREATION BY DESIGN, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS

On November 2, 2011, Defendant Recreation by Design, LLC ("RBD") moved this Court to dismiss the claims of various plaintiffs against RBD on the ground that the plaintiffs had failed to produce a complete Plaintiff Fact Sheet ("PFS") in compliance with Pre-Trial Orders ("PTO") Nos. 2, 32 and 88.[1] Subsequent to the November 2, 2011 filing, counsel for the plaintiffs named in the motion forwarded, via email on November 3, 2011, a complete PFS for one of the plaintiffs named in the November 2, 2011 filing namely, Samuel McClinton.[2] Counsel further advised that it would not oppose dismissal of the remaining ten (10) plaintiffs named in the November 2, 2011 filing.[3]

Accordingly, RBD respectfully moves this Court to grant the instant Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets at Record Document Number 23381.

---

[1] *See* R. Doc. No. 23381.
[2] *See* Exhibit "A", email correspondence received from plaintiffs' counsel Douglas Schmidt's office.
[3] *Id.*

Respectfully submitted,

 /s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 /s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645