| | |
|---|---|
| From: | CHELE TALLON |
| To: | Kelly Morton |
| Cc: | Douglas Schmidt; Kelly Moorman; DENIS VEGA |
| Subject: | Fwd: Fw: Formaldehyde - Motion to Dismiss Theresa Becnel - WITHOUT EXHIBITS |
| Date: | Thursday, November 03, 2011 7:27:46 AM |
| Attachments: | Certificate of Compliance - Doc. 23381-3 (00160061).PDF |
| | Memo in Support - Doc. 23381-1 (00160059).PDF |
| | Motion to Dismiss for Failure to Comply in Theresa Becnel (00160058).PDF |
| | Notice of Submission - Doc. 23381-4 (00160064).PDF |
| | Proposed Order - Doc. 23381-2 (00160060).PDF |
| | MCCLINTON, SAMUEL.pdf |

Kelly,

Please find attached the PFS for Samuel McClinton. This was submitted 08/15/11. I hope this is sufficient for you to withdraw your Motion to Dismiss for Samuel McClinton ONLY. These are all Schmidt clients and we will not oppose the rest of them.

Thank you.



EXHIBIT