| | |
|---|---|
| From: | Jackie Edmundson |
| To: | Kelly Morton |
| Cc: | Denis Vega |
| Subject: | Re: In Re FEMA~Motion to Dismiss |
| Date: | Wednesday, November 02, 2011 12:15:49 PM |
| Attachments: | Smith, James Jr..pdf |
| | Smith, Terri.pdf |

Kelly,

[redacted] opposes your motion to dismiss Terri Smith and James Smith, Jr. Please see attached PFSs.

We do not oppose your motion to dismiss Loyce Cloud.

Shirley Vollentine Alfonso has two suits filed on behalf of her deceased parents, Dorothy Vollentine and Paul Vollentine. We oppose your motion to dismiss the parents. As to Shirley Vollentine Alfonso, I can't find a PFS for her and we do not oppose your motion to dismiss her.

Thanks,

Jackie

On Fri, Oct 28, 2011 at 3:43 PM, Kelly Morton <KMorton@garrisonyount.com> wrote:

> Counsel,
>
> Attached please find a copy of a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 regarding plaintiff/plaintiffs named in the following matters:
>
> **Malvin Cavalier, et al v. Recreation by Design, LLC, et al**, Docket No. 09-5653
>
> **Paulette Celestine, et al v. Recreation by Design, LLC, et al**, Docket No. 09-5639
>
> **Paul Vollentine, et al v. Recreation by Design, LLC, et al**, Docket No. 09-5529
>
> Please let me know by 5:00 p.m. on Tuesday, November 1, 2011, if you will oppose this motion.
>
> Please let me know if you have any questions.


EXHIBIT B