UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 |
| | | SECTION N (5) |
| THIS DOCUMENT RELATES TO *Silas Crawford, et al v. Recreation by Design, LLC; and Fluor Enterprises, Inc.* *Case No. 09-8335* | * * * * | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |

**************************************************************************

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned Counsel, come Plaintiffs,

>Silas Crawford
>Michaella Boyd
>Michaella Boyd obo Thomas Sullivan
>Romanza Hayes
>Sierra Hayes
>Leonard Joseph
>Aliesha Manes
>David Manes Jr. obo Cameron Manes
>David Manes, Jr. obo Dylan Manes
>David Manes, Jr. obo Damien Manes
>David Manes, Jr.
>Shirley Hayes
>Gladys Smith

who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims against all Defendants in the above captioned matter as it relates to their claims only.

This dismissal is without prejudice and Plaintiffs, with the exception of Michaella Boyd and Michaella Boyd obo Thomas Sullivan, reserve all rights and

allegations in *Davis Manes, Jr., et al, v. Oak Creek Homes, L.P; Oak Creek Homes, Inc.; and Fluor Enterprises, Inc.,* 2:09-cv-5706 (E.D. La 2009).

The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

                    Respectfully submitted,

                    HURRICANE LEGAL CENTER, LLC
                    BY:    */s/ Lawrence J. Centola, Jr.*
                    LAWRENCE J. CENTOLA, JR.

                    Lawrence J. Centola, Jr., LA Bar #3962
                    Hurricane Legal Center
                    600 Carondelet Street, Suite 602
                    New Orleans, LA 70130
                    Telephone: (504) 525-1944
                    Facsimile:   (504) 525-1279

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

                    *s/ Lawrence J. Centola, Jr.*
                    LAWRENCE J. CENTOLA, JR.