UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | |
| | * | **SECTION  N (5)** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO** | * | **JUDGE ENGELHARDT** |
| *Charles Thomas, et al v. Recreation by* | * | |
| *Design, LLC, et al   Case No. 09-3982* | * | |
| | * | **MAGISTRATE CHASEZ** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF
CERTAIN PLAINTIFFS UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned Counsel, come Plaintiffs **Edna Beach (Beech), Dashaun Lawson, Jontae Holmes, Frank Krenkel** and **Pauline Krenkel** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims against all Defendants in the above captioned matter as it relates to their claims only.

This dismissal is without prejudice and Edna Beach (Beach), Dashaun Lawson and Jontae Holmes reserve all rights and allegations in *David Manes, Jr. et al, v.  Oak Creek Homes, L.P and Oak Creek Homes, Inc. and Fluor Enterprises, Inc.* 2:09-cv-5706 (E.D. La 2009).  Frank Krenkel and Pauline Krenkel reserve all rights and allegations in *Frank Krenkel, et al, v. Oak Creek Homes, L.P and Oak Creek Homes, Inc. and Fluor Enterprises, Inc.* 2:09-cv-4045 (E.D. La 2009).  The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:    */s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279


## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


*s/ Lawrence J. Centola, Jr.*

LAWRENCE J. CENTOLA, JR.