UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION  N (5) |
| THIS DOCUMENT RELATES TO<br>*Julian Youngblood, et al v. Recreation by Design, LLC  and CH2M Hill Constructors, Inc.   Case No. 09-8324* | * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

**********************************************************************

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF
### PLAINTIFF STANLEY SHEPHERD UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned Counsel, comes Plaintiff **Stanley Shepherd** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims against all Defendants in the above captioned matter as it relates to his claim only.

This dismissal is without prejudice and Stanley Shepherd reserves all rights and allegations in *Glenda Edwards; Johnny O'Neal and Stanley Shepherd  v. Oak Creek Homes, L.P and Oak Creek Homes, Inc. and CH2M Hill Constructors, Inc.* 2:09-cv-5696 (E.D. La 2009).   The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC
BY:    /s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.

Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.

 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.