UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Taylor v. Keystone Coach, Inc., 09-5976*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Plaintiff herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal without prejudice of claims asserted herein against Fluor Enterprises, Inc. and CH2M Hill Constructors, Inc., previously filed in these proceedings. This dismissal in no way affects Plaintiff's claims against the remaining defendants, Keystone RV Company, Shaw Environmental, Inc., and the United States of America.

                              Respectfully submitted:

                              **GAINSBURGH, BENJAMIN, DAVID,
                              MEUNIER & WARSHAUER, L.L.C.**

                              BY:   s/Justin I. Woods
                                    GERALD E. MEUNIER, #9471
                                    JUSTIN I. WOODS, #24713
                                    Gainsburgh, Benjamin, David,
                                    Meunier & Warshauer, L.L.C.
                                    2800 Energy Centre
                                    1100 Poydras Street
                                    New Orleans, Louisiana  70163
                                    Telephone:    504/522-2304
                                    Facsimile:    504/528-9973
                                    jwoods@gainsben.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 3, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Justin I. Woods  
                                              JUSTIN I. WOODS, #24713