UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL. NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| **This Document Relates To:** | * | MAGISTRATE:  CHASEZ |
| *Theresa Becnel, et al, v. Recreation By* | * | |
| *Design, LLC, et al,* Docket No. | * | |
| 09-8624 | * | |
| | * | |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23423:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23423 is granted as to plaintiffs April Watkins and Ronda Watkins only.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

1