UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE PRODUCTS                  SECTION N MAG. 5
LIABILITY LITIGATION


                                       JUDGE ENGELHARDT
                                       MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED
TO:
*Broughton et al v. Forest River, Inc. et al*    JURY DEMANDED
*No. 09-5421*


## PLAINTIFF DENISE PAUL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Denise Paul, who,

pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby

gives notice of her voluntary dismissal, without prejudice, of her claims asserted against the

Defendants, the United States of America through the Federal Emergency Management Agency,

Keystone RV Company, Shaw Environmental, Inc., CH2M Hill Constructors, Inc., and Fluor

Enterprises, Inc., in the Complaint previously filed in these proceedings on August 3, 2009, Case

No. 09-cv-5421.  This dismissal does not affect Plaintiff's claim in *Paul v. Keystone RV*

*Company et al*, Case No. 10-2449.


                    By:    /s/Matthew B. Moreland_____
                           Daniel E. Becnel, Jr. (La. Bar #2926)
                           Matthew B. Moreland  (La. Bar No. 24567)
                           **BECNEL LAW FIRM, LLC**
                           106 W. Seventh Street
                           P. O. Drawer H
                           Reserve, Louisiana  70084
                           Telephone: (985) 536-1186
                           Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**


I hereby certify that on November 4, 2011, a true and correct copy of the foregoing

pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to

all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland
