UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | \* | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | \* | |
| **LIABILITY LITIGATION** | \* | **SECTION "N" (5)** |
| | \* | |
| | \* | **JUDGE ENGELHARDT** |
| | \* | **MAGISTRATE CHASEZ** |
| | \* | |
| **THIS DOCUMENT IS RELATED TO:** | \* | |
| *Early, et al. v. Thor Industries, Inc., et al.* | \* | |
| *09-8570* | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add a named plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by Thor Industries, Inc., because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having her claim heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *John Early, et al. v. Thor Industries, Inc., et al.,* Case No. 2:09-cv-8570, filed December 29, 2009, in the Eastern District of Louisiana.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

CERTIFICATE OF SERVICE

̄̄̄̄̄̄̄ ̄̄̄̄̄ ̄̄̄̄̄̄ ̄̄̄̄̄ ̄̄̄7, 2011, ̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄ ̄̄̄̄ ̄̄̄ ̄̄̄̄̄̄̄̄̄ ̄ ̄̄̄ ̄̄̄̄ ̄̄̄ ̄̄̄̄̄̄ ̄̄̄̄̄ ̄̄̄ ̄̄ ⁄ ̄̄̄ ̄̄̄̄̄̄  ̄̄̄̄̄ ̄̄̄̄̄̄̄ ̄ ̄̄̄̄̄ ̄̄̄̄̄̄̄̄̄̄̄̄ ̄̄̄̄ ̄̄ ̄̄̄ ̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄ ̄ ̄̄ ̄̄̄ ̄̄ ⁄ ̄ ̄ ̄̄̄̄̄̄̄̄̄̄̄. ̄̄̄̄̄̄̄̄̄̄̄ ̄̄̄̄̄̄ ̄̄̄̄̄ ̄̄̄ ̄̄̄̄̄̄̄ ̄̄̄̄̄̄ ̄̄̄̄̄̄̄ ̄̄̄ ̄̄̄̄̄̄ ̄̄̄̄̄̄̄̄̄̄̄̄ ̄̄̄̄̄ ̄̄ ̄̄̄̄-̄̄̄̄̄ ̄ ̄̄̄̄ ̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄̄ ̄̄̄ ̄̄̄ ̄̄̄-̄ ̄ ⁄ ̄ ̄ ̄̄̄̄̄̄̄̄̄̄̄.

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)