# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**

*Charlotte Bell v. Starcraft RV, Inc., et al.*
No. 09-6931
Plaintiffs:   Tony Nations
　　　　　　Hue Nguyen
　　　　　　Ronald Ramsey
　　　　　　Amanda Sawin
　　　　　　Jessica Shaw

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendants' Motion to Dismiss, Rec. Doc. 23358, is continued to Wednesday, _____ _____, 2011, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

This _____ day of _____, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge