## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                                SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. v. Keystone RV Company, et al.,*
MDL 1873, EDLA 09-3731

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(i)

Now into Court, through undersigned counsel, come the following Named Plaintiffs referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims in the captioned Complaint previously filed in these proceedings on June 3, 2009, as amended, and which bears Case No. 09-3731:

• Dennis C. Armitage

• Patricia Kay Borja (200 E. Judge Perez Dr., Meraux, LA, 70075)

• Patricia Kay Borja (2716 Nunez Street, Meraux, LA, 70075)

• Dina Marie Carbello

• Layla Fernandez

• Michael Huey Guillory (Lynn Dean, Bayou Road, Hwy LA. 39, Braithwaite, LA)

• Michael Huey Guillory (Lacoste Trailer Park, Chalmette, LA, 70043)

• Chris Frank Ianni

- Orlando Ladut

- Patricia R. Ladut

- Brennan Peter Longo

- John Passafume

- Philip Ramos

- Rita Dansereau Ramos

- Malynda Michelle Rome

- Jerome Ronquille (3860 E. Judge Perez Dr., E #4, Meraux, LA, 70075)

- Jerome Ronquille (9117 St. Bernard Highway, #55, Meraux, LA, 70075)

- Kerri Ronquille (3860 E. Judge Perez Dr., E #4, Meraux, LA, 70075)

- Kerri Ronquille (9117 St. Bernard Highway, #55, Meraux, LA, 70075)

- Kerri Ronquille o/b/o C.T. (3860 E. Judge Perez Dr., E #4, Meraux, LA, 70075)

- Kerri Ronquille o/b/o C.T. (9117 St. Bernard Highway, #55, Meraux, LA, 70075)

- Faith Tatum

- Faith Tatum o/b/o R.T.

- Jeffery Joseph Wagner

- Bruce Williams

- Carl C. William

- Charles Williams

- Pauline Williams.

The Plaintiffs' claims are duplicative of those asserted in the matter entitled ***Dennis C.***

***Armitage, et al. vs. Keystone RV Company, et al.,*** **C.A. No. 10-3682**, where they have been

preserved against the properly matched defendants. The remaining Plaintiffs in the above captioned matter maintain their claims against all defendants. No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        E-mail:      storres@torres-law.com
                     rburns@torres-law.com
        **Counsel for Plaintiffs**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th  day of November, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
ROBERTA L. BURNS
