## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER											MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
											SECTION "N" (4)

**THIS DOCUMENT RELATES TO:**
*Rita K. Reed, et al. v. Keystone RV Company, et al.,*
**MDL 1873, EDLA 10-3828**

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(i)

Now into Court, through undersigned counsel, come Named Plaintiffs referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of the captioned Complaint previously filed in these proceedings on October 15, 2010, and which bears Case No. 10-3828. The Plaintiffs hereby request that this suit be dismissed because the captioned matter was a duplicate suit and the claims asserted by the Plaintiffs named therein against the properly matched defendants are contained in *Julie Mixon, et al. vs. Keystone RV Company, et al.,* **C.A. No. 10-3826.** No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

		Respectfully submitted,

		LAW OFFICES OF SIDNEY D. TORRES, III,
		*A PROFESSIONAL LAW CORPORATION*

		By:      s/ Roberta L. Burns
			SIDNEY D. TORRES, III, La. Bar No. 12869
			ROBERTA L. BURNS, La. Bar No. 14945

8301 West Judge Perez Drive, Suite 303<br>
Chalmette, LA 70043<br>
Telephone: (504) 271-8421<br>
Facsimile: (504) 271-1961<br>
E-mail:     storres@torres-law.com<br>
rburns@torres-law.com<br>
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/ Roberta L. Burns    <br>
ROBERTA L. BURNS