UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos. 09-5377, 09-5382, | * | JUDGE ENGELHARDT |
| 09-5383, 09-7274, | * | |
| 09-8708, 09-8746, 10-2460 | * | |
| and 10-2461 | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.6 and Pre-Trial Order No. 10, I hereby certify that on November 4, 2011 we corresponded with counsel for the plaintiffs via email requesting that they advise whether there is opposition to Forest River, Inc.'s Motion to for Leave to file a Reply to Plaintiff's Opposition to Forest River, Inc.'s Motion to Dismiss.  Plaintiffs' counsel has advised that they oppose the filing of this motion as it is written. *See attached email dated November 5, 2011, labeled Exhibit "A" and email dated November 7, 2011, labeled Exhibit "B."*

        Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana  70139-4800
        Telephone:  (504) 561-0400
        Facsimile:  (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 8, 2011 via electronic filing.

        /s/  Ernest P. Gieger, Jr.