UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos.  09-5377, 09-5382, | * | JUDGE ENGELHARDT |
| 09-5383, 09-7274, | * | |
| 09-8708, 09-8746, 10-2460 | * | |
| and 10-2461 | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED SUBMISSION BY DEFENDANT FOREST RIVER, INC.

**NOW INTO COURT,** through undersigned counsel, comes defendant, Forest River, Inc. ("Forest River") who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of Forest River's  Motion seeking Leave to file a Reply to Plaintiff's Opposition to Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets[1] recently filed in this MDL on November 8, 2011.  The submission date for this motion is set for November 30, 2011 at 9:30 a.m.

Forest River Filed a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets on October 19, 2011.  Plaintiffs subsequently filed an Opposition to Forest River's Motion to Dismiss on October 24, 2011.  Forest River's initial Motion to dismiss has a submission date of November 16, 2011.  Therefore, Forest River's Motion for Leave to File a Reply to Plaintiff's Opposition will not heard on the same date as Plaintiff's Opposition.  Therefore, the hearing of Forest River's Motion for Leave to file a Reply

---

[1] Rec.  Doc. No. 23443

will be moot. Consequently, Forest River requests that this Honorable Court set its Motion for hearing on November 16, 2011, the same date as Plaintiffs' Opposition is to be heard. For this reason, Forest River respectfully requests that its Motion for Expedited Hearing be granted and that a hearing on its Motion be had without delay.

        Respectfully Submitted,

        **GIEGER, LABORDE & LAPEROUSE, LLC**

        BY: /s/ Ernest P. Gieger, Jr.
        ERNEST P. GIEGER, JR. (6154)
        ANDREW A. BRAUN (3415)
        J. MICHAEL DIGIGLIA (24378)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139-4800
        Telephone: (504) 561-0400
        Facsimile: (504) 561-1011
        egieger@glllaw.com
        abraun@glllaw.com
        mdigiglia@glllaw.com
        **ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 8, 2011 via electronic filing.

        /s/ Ernest P. Gieger, Jr.