UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Thomas Morgan v. Starcraft RV, Inc.*
No. 10-2260
Plaintiffs:  James Harvey
             Lula Harvey
             Glenda Simpson

*************************************************************

## ORDER

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendant's Motion to Dismiss, Rec. Doc. 23321, is continued to Wednesday, November 30, 2011, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

This __8th__ day of __November__, 2011

_____
United States District Judge