UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Biggs, et al v. Jayco, Inc., et al.* | | * | |
| No. 09-5580 | | * | |
| Plaintiffs: | | * | |
|     James Child | | * | |
|     Cynthia Vanpeski | | * | |
|     Cynthis Vanpeski, obo Haley Hampton | | * | |
|     Kevin Vanpeski | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

**IT IS FURTHER ORDERED** that the claims of the Plaintiffs, James Childs, Cynthia Vanpeski, Cynthia Vanpeski obo Haley Hampton and Kevin Vanpeski, are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT ENGELHARDT