UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL. NO. 1873 SECTION "N" (5) JUDGE: ENGELHARDT |
| **This Document Relates To:** *Paulette Celestine, et al v. Recreation by Design, LLC, et al*, Docket No. 09-5639; *Paul Vollentine, et al v. Recreation by Design, LLC, et al*, Docket No. 09-5529 | * * * * | MAGISTRATE:  CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs, Loyce Cloud and Shirley Vollentine Alfonse in her individual capacity, with prejudice, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana this ___4th___ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1