## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Donald Acker v. Jayco, Inc., et al.* | | * | |
| No. 09-78704 | | * | |
| Plaintiffs: | | * | |
|    James Childs | | * | |
|    Cynthia Vanpeski | | * | |
|    Cynthis Vanpeski, obo Haley Hampton | | * | |
|    Kevin Vanpeski | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW James Childs, Cynthia Vanpeski, Cynthia Vanpeski obo Haley Hampton and Kevin Vanpeski (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims (Rec. Doc. 23333).

On November 8, 2011, James Priest of Gill Ladner & Priest, counsel for James Childs, Cynthia Vanpeski, Cynthia Vanpeski obo Haley Hampton and Kevin Vanpeski in *Letisha Biggs, et al. v. Jayco, Inc. et al.*, filed a Notice of Voluntary Dismissal Without Prejudice for those clients. Rec. Doc. 23450. Therefore there are no longer duplicative claims for these clients and Defendant's Motion is now moot.[1]

---

[1] Plaintiffs' counsel Watts Hilliard understands that Jayco will be withdrawing their Motion to Dismiss Duplicative Claims, however, as November 8, 2011 is the deadline to file memoranda in opposition to this Motion and such a withdrawal has not been received at the time of this filing, out of an abundance of precaution Plaintiffs are filing this Memorandum in Opposition.

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss Duplicative Claims filed in *Donald Acker v. Jayco, Inc.* in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of November, 2011.

      /s/ Robert C. Hilliard

      _____

      **ROBERT C. HILLIARD**