UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Sandy Barnes v. Jayco, Inc., et al.*<br>No. 09-7887<br>Plaintiffs:<br>   Nicole Thomas<br>   Roderick Thomas<br>   Ross Ventress | * <br> * <br> * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Nicole Thomas, Roderick Thomas and Ross Ventress (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims (Rec. Doc. 23362).

On November 8, 2011, Justin Woods for Nicole Thomas, Roderick Thomas and Ross Ventress in *Valerie Cesar, et al. v. Jayco Enterprises, Inc. et al.*, Cause No. 10-546 filed a Notice of Voluntary Dismissal Without Prejudice for these claimants. Rec. Doc. 23444. Therefore, Defendant's Motion is now moot.[1]

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss Duplicative Claims in *Sandy Barnes v. Jayco, Inc.* all things be denied.

---

[1] Plaintiff's counsel Watts Hilliard understands that Jayco will be withdrawing their Motion to Dismiss Duplicative Claims, however, as November 8, 2011 is the deadline to file memoranda in opposition to this Motion and such a withdrawal has not been received at the time of this filing, out of an abundance of precaution Plaintiffs are filing this Memorandum in Opposition.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**