UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | LIABILITY LITIGATION |
| | SECTION "N" (5) * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* | | |
| Cause No. 09-6931 | * | |
| Plaintiff: Jonathan Blakeney | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

**STATE OF TEXAS** §

**COUNTY OF NUECES** §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Jonathan Blakeney.

3. On October 12, 2011, we called Jonathan Blakeney to get more information to cure the deficiencies in his Fact Sheet. Jonathan Blakeny verified his DOB, but indicated to us he did he was not interested in proceeding with his claim anymore. We asked him to send us something in writing to confirm that he no longer wanted to pursue his case.

**EXHIBIT "A"**

4. On October 14, 2011, we called Jonathan Blakeney to remind him we needed a letter from him saying he no longer wanted to pursue his case. He confirmed that he did not want to pursue his case, but he also said he was too busy to send us a letter confirming the same. He further requested that we not call him anymore.

Signed this the 8th day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014