UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS * | LIABILITY LITIGATION |
| | SECTION "N" (5) * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* | | |
| Cause No. 09-6931 | * | |
| Plaintiff: Szchonia Bonner | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

**STATE OF TEXAS** §

**COUNTY OF NUECES** §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Szchonia Bonner.

3. During the months of October and November 2011, counsel for Plaintiff performed three Accurint and person searches in an attempt to locate updated contact information for Plaintiff Szchonia Bonner.

4. From October 2011 through the present, counsel for Plaintiff has made over 35 attempts to make contact with Plaintiff via telephone. These attempts resulted in a disconnect and non-working phone numbers.

**EXHIBIT "B"**

5.     Plaintiff's counsel has further sent the following letters to Plaintiff:

10/05/2011 - FEMA Draft Motion to Dismiss NC - Returned: 10/14/2011
10/21/2011 – Request for Contact -- Active Client Letter

6.     Despite our best efforts since the time we were put on notice that Defendant Jayco was intending to file a Motion to Dismiss her case, we have not been able to locate Szchonia Bonner. We have attempted to contact her at the phone numbers and address in the file and we also searched for any new addresses or phone numbers.

Signed this the 8th day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014