UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Sandy Barnes v. Jayco, Inc., et al.*<br>No. 09-7887<br>Plaintiffs:<br>    Mary Allison obo Marvin Hamilton<br>    Tiffany Johnson obo Roger King<br>    Lorry Gilmore obo Tyree Washington<br>    Jenio Thomas obo Jeina Thomas<br>    Shawntel Walker<br>    Shawntel Walker obo Shawn Walker<br>    Athena Walstrum | * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

COME NOW Mary Allison obo Marvin Hamilton, Tiffany Johnson obo Roger King, Lorry Gilmore obo Tyree Washington, Jenio Thomas obo Jeina Thomas, Shawntel Walker, Shawntel Walker obo Shawn Walker, and Athena Walstrum (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23320).

Movant has indicated that it will be withdrawing its Motion to Dismiss as to the following Plaintiffs:

- Mary Allison obo Marvin Hamilton,

- Lorry Gilmore obo Tyree Washington,
- Jenio Thomas obo Jeina Thomas,
- Shawntel Walker,
- Shawntel Walker obo Shawn Walker, and
- Athena Walstrum.

These Plaintiffs are not responding to Defendants' Motion to Dismiss. Since the filing of Defendants' Motion to Dismiss on October 26, 2011, Plaintiff's counsel has supplied supplemental fact sheets for these Plaintiffs and has received indication from Movant that the supplemental fact sheets are sufficient to cure the deficiencies.

With regard to Plaintiff Tiffany Johnson obo Roger King, Plaintiff's counsel has made multiple attempts to contact Tiffany Johnson and Roger King, however has not been successful in reaching Plaintiff. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit A.

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

2

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**