UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| Sandy Barnes v. Jayco, Inc. | | * | |
| Cause: 09-7887 | | * | |
| Plaintiff: Tiffany Johnson on | | * | |
| Behalf of Roger King | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this Affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Tiffany Johnson on behalf of Roger King.

3. Between September 3, 2011 and November 4, 2011, counsel for Plaintiff performed five Accurint and person searches in an attempt to locate updated contact information for Plaintiff as we had not heard anything in response to our prior letters and phone calls.

**EXHIBIT "A"**

4. From September 2011 through the present, counsel for Plaintiff has made over 70 attempts to make contact with Plaintiff via telephone. These attempts resulted in a disconnected number, wrong phone number or voicemail.

5. Plaintiff's counsel has further sent the following letters to Plaintiff:

    02/10/2010 - FEMA No PFS 30 Day Warning Letter
    05/13/2011 - FEMA Status Letter (returned: 06/23/2011)
    09/09/2011 - Request for contact letter (returned: 09/19/2011)
    09/16/2011 - FEMA Draft Dismiss NC (returned: 10/11/2011)
    11/01/2011 - FEMA Motion to Dismiss

6. As can be seen from the above, multiple letters have been returned unclaimed.

7. Counsel would further note that when suit was originally filed Roger King, was a minor. His date of birth is July 9, 1993, and he is now of majority age. We have attempted to locate Roger King by doing person searches on his own name as well as by trying to contact his representative and sister, Tiffany Johnson. Despite these searches and attempts, we have not been successful in contacting Roger King.

Signed this the 8th day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 8th day of November, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014