UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Sandy Barnes v. Jayco, Inc., et al.* No. 09-7887 Plaintiffs:    Lorry Gilmore, as next friend of       Samantha Washington    Cheryl Naquin, as next friend of       Courtney Naquin    Cheryl Naquin, as next friend of       Wayne Naquin    Melissa Smith | * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

COME NOW Lorry Gilmore, as next friend of Samantha Washington, Cheryl Naquin, as next friend of Courtney Naquin, Cheryl Naquin, as next friend of Wayne Naquin, and Melissa Smith (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23360).

Movant has indicated that it will be withdrawing its Motion to Dismiss as to the following Plaintiff:

- Lorry Gilmore, as next friend of Samantha Washington

Plaintiff Lorry Gilmore is not responding to Defendants' Motion to Dismiss. Since the

filing of Defendants' Motion to Dismiss on October 31, 2011, Plaintiff's counsel has supplied supplemental fact sheets for this Plaintiff and has received indication from Movant that the supplemental fact sheet is sufficient to cure the deficiencies.

With regard to Plaintiff Cheryl Naquin, as next friend of Courtney Naquin, Plaintiff's counsel has made multiple attempts to contact her however has not been successful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Plaintiff Cheryl Naquin, as next friend of Wayne Naquin, Plaintiff's counsel has made multiple attempts to contact her however has not been successful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

With regard to Plaintiff Melissa Smith, Plaintiff's counsel has made multiple attempts to contact her however has not been successful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

                                                  Respectfully submitted,

                                                  /s/ Robert C. Hilliard
                                                  **ROBERT C. HILLIARD**
                                                  **Trial Attorney in Charge for Plaintiff**
                                                  Texas State Bar No. 09677700
                                                  Southern District of TX Federal ID No.  5912
                                                  ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 8th day of November, 2011.


    /s/ Robert C. Hilliard
    _____
    **ROBERT C. HILLIARD**

3