UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| Sandy Barnes, et. al. vs. Jayco, Inc., et. al. | | * | |
| Cause: 09-7887 | | * | |
| Plaintiff: Cheryl Naquin as next of friend of | | * | |
| Courtney Naquin | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF NICOLE PORTER

**STATE OF TEXAS** §

**COUNTY OF NUECES** §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this Affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Cheryl Naquin on Behalf of Courtney Naquin.

3. On April 28, 2010, Plaintiff's counsel began calling Cheryl Naquin on a monthly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet for Courtney Naquin.

4. On September 2, 2010 Plaintiff's counsel began calling Cheryl Naquin on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

**EXHIBIT "A"**

5. On September 8, 2010, Plaintiff's counsel performed "Person Searches" in an attempt to locate new or updated contact information on Cheryl Naquin and had no success.

6. On October 19, 2010, Plaintiff's counsel performed Accurints in an attempt to locate new or updated contact information on Cheryl Naquin and had no success.

7. On November 8, 2010 Plaintiff's counsel began calling Cheryl Naquin on a monthly basis to obtain supplemental answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

8. On October 17, 2011 Plaintiff's counsel began calling Cheryl Naquin twice a day to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

9. On October 28, 2011 Plaintiff's counsel Sent Letter to Cheryl Naquin in regards to a draft Motion to Dismiss that we had received from Jayco on the claim of Courtney Naquin. We requested that she fill in the information missing from the Fact Sheet and return it to us.

10. On November 4, 2011 Plaintiff's counsel sent letter to Cheryl Naquin in regards to a motion to dismiss that Jayco filed on the claims of Courtney Naquin. We requested that she fill in the information missing from the Fact Sheet and return it to us.

11. We have not heard back from Cheryl Naquin on the deficiencies for Courtney Naquin.

Signed this the 8th day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the _____ day of _____, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014