UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Sandy Barnes, et. al. vs. Jayco, Inc., et. al. Cause: 09-7887 Plaintiff: Melissa Smith | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Melissa Smith.

3. On October 20, 2011 and again on October 29, 2011, counsel for Plaintiff performed Accurint and person searches in an attempt to locate updated or new contact information for Melissa Smith and had no success.

4. From October 2011 through the present, counsel for Plaintiff has made over 25 attempts to make contact with Plaintiff via telephone. These attempts resulted in a wrong phone number or voicemail.

**EXHIBIT "C"**

5. On October 28, 2011 Plaintiff's counsel sent a letter to Plaintiff in regards to a draft Motion to Dismiss that we had received from Jayco. We requested that she fill in the information missing on the Fact Sheet and return it to us.

6. On November 4, 2011 Plaintiff's counsel sent a letter to Plaintiff in regards to a motion to dismiss that Jayco filed. We requested that she fill in the information missing on the Fact Sheet and return it to us.

7. We have not heard back from Melissa Smith on the deficiencies.

Signed this the __8th__ day of __November__, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the _____ day of _____, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014