**Subject:** RE: Motion for New Trail
**Date:** Friday, September 30, 2011 4:50:05 PM CT
**From:** Eric Berger
**To:** Chris Pinedo

Crum & Forster opposes.

Eric B. Berger

ebb@lcba-law.com

Lobman, Carnahan, Batt, Angelle & Nader

400 Poydras Street

Suite 2300

New Orleans, LA 70130

(504) 586-9292

(504) 586-1290


From: Chris Pinedo [mailto:cpinedo@cpinedolaw.com]
Sent: Friday, September 30, 2011 11:50 AM
To: Eric Berger
Subject: Motion for New Trail

With regard to any of the Plaintiffs dismissed in the Swanica Nero v. Pilgrim case, please let me know if you would be opposed to a Motion for New Trial or in the Alternative Motion for Relief from Judgment or Order.

Chris Pinedo

Attorney at Law

719 S. Shoreline, Suite 500

Corpus Christi, Texas 78401

Office (361) 882-1612

Cell (361) 244-2278

**EXHIBIT "A"**

Confidentiality Statement:

This email transmission, and any documents, files or email messages attached to it, may contain confidential information that is attorney work product or legally privileged. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any of the information contained in or attached to this transmission is strictly prohibited. If you are receiving this transmission in error, please destroy the original transmission and its attachments without reading them.