# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL. No. 1873 |
| | * | Section: N (5) |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Davis v. Keystone Industries, Inc., et al* | * | Magistrate: Chasez |
| No: 09-8272 | * | |

*********************************************************************

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(A)(1)(A)(I)

Now into Court, through undersigned counsel, come Plaintiffs herein, who, pursuant to the provisions of Rule 41 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of the voluntary dismissal, without prejudice, of the claims of certain plaintiffs in the above-captioned matter, (1) Barthelia Fountain, (2) Henry Fountain, Sr., (3) Henry Fountain, Jr., (4) Perry Lee Fountain, and (5) Debra L. Hight against all defendants as duplicative of claims made in other lawsuits. Other plaintiffs in the above-captioned matter not named here reserve all rights.

Respectfully submitted,

*/s/ John Arthur Eaves, Jr.*

**John Arthur Eaves, Jr. (MSB 8843)**
**Shana D. Fondren (MSB 100762)**
Eaves Law Offices
101 North State Street
Jackson, MS 39201
Phone: 601-355-7962
Fax: 601-355-0530

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ John Arthur Eaves, Jr.
John Arthur Eaves, Jr.