UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Early, et al. v. Thor Industries, Inc., et al.* | * | |
| 09-8570 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs in the above captioned matter, who respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in the their Complaint for Damages filed on their behalf with this Court on December 29, 2009.

1.

This First Supplemental and Amending Complaint for Damages names Marjorie Boudreaux as previously identified plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the above-captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiffs be added to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiff was originally placed in a matched suit against an

erroneously named manufacturer and only recently was able to correctly identify her manufacturer. Plaintiffs seek to remedy this and in doing so comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by Thor Industries, Inc., as the other Plaintiffs who are named in the operative complaint. Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a Supplemental and Amending Complaint for Damages against the same manufacturer (Thor Industries, Inc.).

5.

That Plaintiff's First Supplemental and Amending Complaint be allowed to relate back to the date of the original Complaint.

6.

Previously Identified Plaintiff adopts all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to any non-CM/ECF participants and the non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)