UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Lorry Gilmore, as next friend of | * | |
| Samantha Washington | * | |

**************************************************************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On October 31, 2011, Defendants Jayco, Inc. ("Jayco"), Bechtel National, Inc., and Fluor Enterprises, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Lorry Gilmore as next friend of Samantha Washington, Cheryl Naquin as next friend of Courtney Naquin, Cheryl Naquin as next friend of Wayne Naquin, and Melissa Smith, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23360] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec. Doc. No. 22607].

On August 3, 2010, Jayco sent correspondence to Plaintiffs' Counsel advising that although Jayco had possession of Plaintiffs' Amendments to the Plaintiff Fact Sheets, the Plaintiffs' failed to provide a completed Plaintiff Fact Sheet. After receiving Plaintiffs' fact sheets, Jayco sent a Rule 37 letter on January 19, 2011 outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of additional Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 17, 2011. Defendants

1

never received a response regarding the proposed motion, despite a subsequent follow-up e-mail sent on October 24, 2011.

On October 31, 2011, Defendants proceeded with filing the Motion as opposed due to the lack of response from Plaintiffs' counsel. On November 7, 2011, Defendants received deficiency answers from Plaintiffs' counsel containing deficiency answers for Plaintiff Lorry Gilmore as next friend of Samantha Washington, included in Defendants' October 31, 2011 (*See* deficiency answers received from Plaintiffs' counsel on November 7, 2011, attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to only the Plaintiff noted below:

> Lorry Gilmore as next friend of Samantha Washington

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for Cheryl Naquin as next friend of Courtney Naquin, Cheryl Naquin as next friend of Wayne Naquin, and Melissa Smith, Defendants are not withdrawing their previously filed motion to dismiss as to Cheryl Naquin as next friend of Courtney Naquin, Cheryl Naquin as next friend of Wayne Naquin, and Melissa Smith. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiff listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

> Cheryl Naquin, as next friend of Courtney Naquin
> 
> Cheryl Naquin, as next friend of Wayne Naquin
> 
> Melissa Smith

Accordingly, Jayco, Inc., Bechtel National, Inc., and Fluor Enterprises, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Lorry Gilmore as next friend of Samantha Washington only, and grant their Motion to Dismiss as to Plaintiffs Cheryl Naquin as next friend of Courtney Naquin, Cheryl Naquin as next friend of Wayne Naquin, and Melissa Smith.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**

By: s/*John J. Hainkel*
JOHN J. HAINKEL, III – La. Bar No. 18246
A.J. KROUSE – La. Bar No. 14426
PETER R. TAFARO – La. Bar No. 28776
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone : (504) 599-8000
Facsimile: (504) 599-8100

**Attorneys for Bechtel National, Inc.**

                                      **MIDDLEBERG, RIDDLE & GIANNA**

By:   s/*Charles R. Penot, Jr.*
      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      (214) 220-6334 – Telephone
      (214) 220-6807 – Facsimile

            -and-

      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      (504) 525-7200 – Telephone
      (504) 581-5983 – Facsimile

            -and-

      Richard A. Sherburne., La. Bar No. 2106
      450 Laurel Street, Suite 1101
      Baton Rouge, Louisiana 70801
      (225) 381-7700 – Telephone
      (225) 381-7730 – Facsimile

      **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 9th day of November, 2011.

                                      s/*Thomas L. Cougill*
                                    THOMAS L. COUGIL

## CERTIFICATE OF CONFERENCE

  As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

                s/*Thomas L. Cougill*
                THOMAS L. COUGILL