# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223062
**Case Name** W———, S———
**DOB** ———  **SSN** 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

**Cause No.** 09-7887
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Bar Code V.A.4. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, the minor plaintiff lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1281443.

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
Not applicable. No other resident of the trailer smoked.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness III.C.3. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
The minor plaintiff experienced irritation, redness, and tearing of her eyes. She also had irritation of the skin, headaches, difficulty breathing and coughing.

| Question # | Question |
|---|---|
| 4 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223062  
**Case Name** W▮▮▮▮▮, S▮▮▮▮▮  
**DOB** ▮▮▮▮ **SSN** ▮▮▮-▮▮-▮▮▮▮  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Answer**
The minor plaintiff was treated by her pediatrician, Dr. Francis Donner, North Oaks Pediatric Clinic Kidmed North, 15695 Professional Plaza, Hammond, LA 70403, phone: (985) 542-2599 for breathing problems and pain in March of 2006.

| Question # | Question |
|---|---|
| 5 | Psychological Treatment III.C.8. |
| **Pet ID** 1403 | |
| **Def ID** 26 | |
| **Notice #** MTD NC | |

**Answer**
The minor plaintiff is not claiming any mental or emotional damages from living in the trailer.

| Question # | Question |
|---|---|
| 6 | Prior Medical History VI (F) (1&4) |
| **Pet ID** 1403 | |
| **Def ID** 26 | |
| **Notice #** MTD NC | |

**Answer**
The minor plaintiff had some prior irritation of the skin beginning in December 2005.

| Question # | Question |
|---|---|
| 7 | Produce Records VIII (A-D) |
| **Pet ID** 1403 | |
| **Def ID** 26 | |
| **Notice #** MTD NC | |

**Answer**
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 8 | Checklist III.C. |
| **Pet ID** 1403 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223062
**Case Name** W——, S——
**DOB** ———   **SSN** ——-97-019—
**Cause No.** 09-7887
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

**Def ID** 26
**Notice #** MTD NC

**Answer**
The minor plaintiff experienced irritation, redness, and tearing of her eyes. She also had irritation of her skin, headaches, difficulty breathing and coughing.

---

**Question #** 9
**Question** Number of hours spent in the trailer each day V.13.
**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
The minor plaintiff was in the trailer for approximately eight hours per day.

---

**Question #** 10
**Question** If requesting reimbursement for medical expenses III.C.9.
**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I, on behalf of the minor plaintiff, I am seeking reimbursement for her medical expenses in the amount of $500.00.

---

**Question #** 11
**Question** If making a wage claim IV.F.3.
**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
The minor plaintiff is not making a claim for lost wages or loss of earning capacity.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223062  
**Case Name** W_____, Samantha  
**DOB** 12/8/1997   **SSN** ###-##-####  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 12 | Signed Certifiaction |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
Please see attached certification.

_____   11/7/2011  
Plaintiff or Representative   Date