UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Julia Benoit | * | |
| Kevin Benoit | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On October 26, 2011, Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Julia Benoit, Kevin Benoit, Jonathan Blakeney, and Szchonia Bonner, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23340] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On June 20, 2011, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 5, 2011. Defendants never received a response regarding the proposed motion, despite a subsequent follow-up e-mail sent on October 19, 2011.

On October 26, 2011, Defendants proceeded with filing the motion as opposed due to the lack of response from Plaintiffs' counsel. On October 27, 2011, Defendants received deficiency

1

answers from Plaintiffs' counsel containing deficiency answers for all of the Plaintiffs in Defendants' October 26, 2011 motion except for Jonathan Blakeney and Szchonia Bonner (*See* deficiency answers received from Plaintiffs' counsel October 27, 2011, attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiffs noted below:

>Julia Benoit
>
>Kevin Benoit

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for Jonathan Blakeney and Szchonia Bonner, Defendants are not withdrawing their previously filed motion to dismiss as to Jonathan Blakeney and Szchonia Bonner. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiffs listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

>Jonathan Blakeney
>
>Szchonia Bonner

Accordingly, Starcraft RV, Inc. and Bechtel National, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiffs Julia Benoit and Kevin Benoit only, and grant their Motion to Dismiss as to Plaintiffs Jonathan Blakeney and Szchonia Bonner.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

     **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By:   s/*John J. Hainkel*
     JOHN J. HAINKEL, III – La. Bar No. 18246
     A.J. KROUSE – La. Bar No. 14426
     PETER R. TAFARO – La. Bar No. 28776
     3600 Energy Centre, 1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone : (504) 599-8000
     Facsimile: (504) 599-8100

     **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 9th day of November, 2011.

    s/*Thomas L. Cougill*
THOMAS L. COUGIL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL