# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223507  
**Case Name** Benoit, Julia  
**DOB** [redacted]  **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | V.A.4. Bar Code |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
I lived in a Starcraft RV, Inc. trailer,. The bar code number was 1240643.

| Question # | Question |
|---|---|
| 2 | V.A.6. Move in Date |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
I moved into my trailer on 07/14/2006.

| Question # | Question |
|---|---|
| 3 | V.A.7. Move out Date |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
I moved out of my trailer on 12/31/2007

| Question # | Question |
|---|---|
| 4 | V.A.8. Installation Address |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
The trailer resided at: 7037 Road 140, Lake Shore, MS 39572.

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223507  
**Case Name** Benoit, Julia  
**DOB** [redacted]  **SSN**

**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 5 | VI.C. Plaintiff's Smoking History |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I am a current smoker, I have smoked a pack a day for 31 years.

| Question # | Question |
|---|---|
| 6 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
Paul Shaw also smoked a pack a day for 35 years.

| Question # | Question |
|---|---|
| 7 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I have not been treated for any illness due to my formaldehyde exposure.

| Question # | Question |
|---|---|
| 8 | III.C.8. Psychological Treatment |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223507
**Case Name** Benoit, Julia
**DOB** ▮▮▮▮▮▮  **SSN**
**Cause No.** 1:09-cv-559 HSO JMR
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 9 | VI (F) (1&4) Prior Medical History |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I have never suffered from lung/respiratory or skin disease.

| Question # | Question |
|---|---|
| 10 | VIII (A-D) Produce Records |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
Please see attached standard form 95, however I do not have any of the other documents requested, in my possession.

| Question # | Question |
|---|---|
| 11 | V.13. Number of hours in the trailer each day |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
On average, I spent about eight hours per day in the trailer.

| Question # | Question |
|---|---|
| 12 | III.C.9. If requesting reimbursement for medical expenses |

**Pet ID** 944
**Def ID** 51

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223507
**Case Name** Benoit, Julia
**DOB** ▓▓▓▓▓   **SSN**

**Cause No.** 1:09-cv-559 HSO JMR
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

**Notice #** Draft

**Answer**
I am not making a claim for any medical expenses.

**Question #** 13
**Question** If making a wage claim IV.F.3.
**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I am not making a claim for loss of wages or lost earning capacity.

**Question #** 14
**Question** Did not sign the certification.
**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
Client will return the certification this week and it will be provided promptly to counsel for defense.

_____
Plaintiff or Representative

10/27/2011
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223508  
**Case Name** Benoit, Kevin  
**DOB** [redacted] **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | V.A.4. Bar Code |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I lived in a Starcraft RV, Inc. trailer. The bar code number was 1240643.

| Question # | Question |
|---|---|
| 2 | V.A.6. Move in Date |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I moved into the trailer on 07/14/2006.

| Question # | Question |
|---|---|
| 3 | V.A.7. Move out Date |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I moved out of the trailer on 12/31/2007

| Question # | Question |
|---|---|
| 4 | V.A.8. Installation Address |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
The trailer resided at: 7037 Road 140 Pearlington, MS 39572.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223508  
**Case Name** Benoit, Kevin  
**DOB**          **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 5 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
Yes, Julia Benoit smoked cigarettes while residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
I have not been treated for a formaldehyde related injury.

| Question # | Question |
|---|---|
| 7 | III.C.8. Psychological Treatment |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 8 | VI (F) (1&4) Prior Medical History |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223508  
**Case Name** Benoit, Kevin  
**DOB** [redacted]   **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| | |
|---|---|
| | No, I have never suffered from lung/respiratory or skin disease. |

**Question #** 9  
**Question** VIII (A-D) Produce Records  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
Please see attached standard form 95, however I do not have any of the other documents requested, in my possession.

**Question #** 10  
**Question** V.13. Number of hours in the trailer each day  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
On average, I spent approximately eight hours in the trailer each day.

**Question #** 11  
**Question** III.C.9. If requesting reimbursement for medical expenses  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft  

**Answer**  
No, I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

**Question #** 12  
**Question** IV.F.3. If making a wage claim  
**Pet ID** 944  
**Def ID** 51

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223508
**Case Name** Benoit, Kevin
**DOB** [redacted]    **SSN**

**Cause No.** 1:09-cv-559 HSO JMR
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

**Notice #** Draft

**Answer**
No, I am not making a claim for loss of wages or lost earning capacity.

**Question #** 13
**Question** Did not sign the certification.
**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
Client will provide the Certificate this week. Plaintiff counsel will supplement promptly upon receipt.

_____
Plaintiff or Representative

10/27/2011
Date