UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Early, et al. v. Thor Industries, Inc., et al.* | * | |
| 09-8570 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR
LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8570 to include the following named Plaintiff:

Marjorie Boudreaux

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiff, Marjorie Boudreaux, was originally placed in a place-holder suit, *Doris Tolliver, et al., v. Forest River, Inc., et al.,* Case No. 2:09-cv-8635, based upon the information provided at the time of filing. A review of documents and materials available to Plaintiffs now show that

Plaintiff, Marjorie Boudreaux, was erroneously placed in the *Tolliver* suit and is now able to be matched to Thor Industries, Inc. This motion is solely intended to place the above-named Plaintiff in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, this Plaintiff resided in the same type of FEMA supplied emergency housing unit manufactured by Thor Industries, Inc., as the existing Plaintiffs named in the Complaint for Damages.

>                    Respectfully submitted,
>
>                    /s/ Frank J. D'Amico, Jr ._____
>                    FRANK J. D'AMICO, JR. (LSBA# 17519)
>                    Frank J. D'Amico, Jr., APLC
>                    4731 Canal St.
>                    New Orleans, LA 70119
>                    Phone: (504) 525-7272
>                    Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>                    /s/ Frank J. D'Amico, Jr ._____
>                    FRANK J. D'AMICO, JR. (LSBA# 17519)