UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Early, et al. v. Thor Industries, Inc., et al.* | * | |
| 09-8570 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

  **IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File Amended Complaint in the above-captioned matters, out of an abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 30th day of November, 2011, at 9:30 a.m.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr ._____
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA 70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 7, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            /s/ Frank J. D'Amico, Jr ._____
            FRANK J. D'AMICO, JR. (LSBA# 17519)