# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Alfred Vega | * | |

**************************************************************************

## UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On October 31, 2011, Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs William Smith, Ronald Thompson, Dong Tran, Alfred Vega, and Denese Williams, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23359] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec. Doc. No. 22607].

On June 6, 2011, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 14, 2011. Defendants never received a response regarding the proposed motion, despite a subsequent follow-up e-mail sent on October 24, 2011.

On October 31, 2011, Defendants proceeded with filing the Motion as opposed due to the lack of response from Plaintiffs' counsel. At the close of the business day on October 31, 2011,

1

Defendants received deficiency answers from Plaintiffs' counsel containing deficiency answers for Plaintiff Alfred Vega, included in Defendants' October 31 motion (*See* deficiency answers received from Plaintiffs' counsel on October 31, 2011 attached as Exhibit A).  Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiff noted below:

                Alfred Vega

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for William Smith, Ronald Thompson, Dong Tran, and Denese Williams, Defendants are not withdrawing their previously filed motion to dismiss as to William Smith, Ronald Thompson, Dong Tran, and Denese Williams.  Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiffs listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

                William Smith

                Ronald Thompson

                Dong Tran

                Denese Williams

Accordingly, Starcraft RV, Inc. and Bechtel National, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Alfred Vega only, and grant their Motion to Dismiss as to Plaintiffs William Smith, Ronald Thompson, Dong Tran, and Denese Williams.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
    THOMAS L. COUGILL
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    R. MARK WILLINGHAM
    Texas State Bar No. 21641500
    JEFFREY P. FULTZ
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

    **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By: s/*John J. Hainkel*
    JOHN J. HAINKEL, III – La. Bar No. 18246
    A.J. KROUSE – La. Bar No. 14426
    PETER R. TAFARO – La. Bar No. 28776
    3600 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone : (504) 599-8000
    Facsimile: (504) 599-8100

    **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 9th day of November, 2011.

                                                      s/*Thomas L. Cougill*
                                                      THOMAS L. COUGIL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

                                                      s/*Thomas L. Cougill*
                                                      THOMAS L. COUGILL