UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | |
| Plaintiffs: Nicole Thomas | * | JUDGE ENGELHARDT |
| Roderick Thomas | * | |
| Ross Ventress | * | MAG. JUDGE CHASEZ |

*****************************************************************************

**UNOPPOSED MOTION TO WITHDRAW JAYCO, INC.'S
MOTION TO DISMISS DUPLICATIVE CLAIMS**

On October 31, 2011, Defendant Jayco, Inc. ("Jayco") moved this Court to dismiss the claims of Plaintiffs Nicole Thomas, Roderick Thomas, and Ross Ventress, ("Plaintiffs"), against Defendant [Rec. Doc. No. 23362] on the grounds that the Plaintiffs identified in the motion were named plaintiffs in another lawsuit.

On August 25, 2011, Jayco sent correspondence to Plaintiffs' counsel advising of Plaintiffs' duplicative claims. Defendants had not received any response or resolution to these duplicate claims in regards to these Plaintiffs, despite two subsequent follow-up e-mails sent on September 28, 2011 and October 19, 2011. On October 31, 2011, Defendants proceeded with filing the Motion as opposed due to the lack of response from Plaintiffs' counsel. On November 8, 2011, Defendants received notice from Plaintiffs' counsel that the Plaintiffs' duplicate claims were voluntarily dismissed from their duplicate lawsuit. Thus, Defendants move this Court to withdraw their previously filed Motion to Dismiss the Duplicative Claims of Plaintiffs Nicole Thomas, Roderick Thomas, and Ross Ventress. Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion.

1

                    Respectfully submitted,
                    **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
       THOMAS L. COUGILL
       Texas State Bar No. 04877300
       Louisiana State Bar No. 31112
       R. MARK WILLINGHAM
       Texas State Bar No. 21641500
       JEFFREY P. FULTZ
       Texas State Bar No. 00790728
       Mississippi Bar No. 101058
       Niels Esperson Building
       808 Travis Street, Suite 1608
       Houston, Texas  77002
       (713) 333-7600 – Telephone
       (713) 333-7601 – Facsimile
       **Attorneys for Jayco, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 9th day of November, 2011.

                    s/*Thomas L. Cougill*
                    THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

                    s/*Thomas L. Cougill*
                    THOMAS L. COUGIL