UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                            *
      FORMALDEHYDE PRODUCTS   *        MDL NO. 1873
      LIABILITY LITIGATION             *
                                                    *
THIS DOCUMENT RELATES TO:         *        SECTION "N-5"
*Sandy Barnes v. Jayco, Inc.*                *
Docket No. 09-7887                          *
Plaintiffs: Nicole Thomas                    *        JUDGE ENGELHARDT
      Roderick Thomas                     *
      Ross Ventress                            *        MAG. JUDGE CHASEZ
******************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims (Rec. Doc. No. 23362) filed Jayco, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23362) filed by Jayco, Inc. on October 31, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1