UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** *Theresa Becnel, et al v. Recreation by Design, LLC,* Docket No. 09-8624 | * * * * | MAGISTRATE:  CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Unopposed Motion to Dismiss the claims of plaintiffs:

1. Charles Moliere
2. Raychell Pierre
3. Sheila Pierre obo J.P.
4. Johnny Taylor
5. April Watkins
6. Ronda Watkins
7. Barbara Young
8. Chesity Young
9. Steven Young
10. Tasha Young

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana this ___4th___ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1