UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 NOV -4  PM 1:25

LORETTA G. WHYTE
CLERK

Sender: Please print your name, address, and ZIP+4 in this box •

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET  ROOM C-151
NEW ORLEANS, LA 70130

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

07md1873 "N" doc #23285

| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>   H. Batt                          11/3/11 |
| 1. Article Addressed to:<br><br>Jack W. Harang<br>Law Offices of Jack W. Harang<br>228 St. Charles Ave.<br>Suite 501<br>New Orleans, LA 70130 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>   If YES, enter delivery address below:<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0004 6657 0599 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540