UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Biggs, et al v. Jayco, Inc., et al.*<br>No. 09-5580<br>Plaintiff:<br>    Robert Conder | | *<br>*<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Plaintiff Robert Conder**,** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of his voluntary dismissal, without prejudice, of his claim asserted against the Defendants in the Complaint previously filed in these proceedings.

This dismissal in no way affects the claims of the remaining plaintiffs in the above-captioned matter (*Biggs, et al v v. Jayco, Inc., et al.,* EDLA No. 09-5580).

Respectfully submitted this 9th day of November, 2011

By:     /s/ James M. Priest, Jr.
        James M. Priest, Jr.
        Attorney for Plaintiffs

1

Of Counsel:
W. Bobby Gill, III, Miss. Bar #9857
Kirk G. Ladner, Miss. Bar #9977
James M. Priest, Jr., Miss. Bar #99352
GILL, LADNER & PRIEST, PLLC
403 South State Street
Jackson, Mississippi 39201
601-352-5700 telephone
601-352-5353 facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this November 9, 2011.

                /s/ James M. Priest, Jr.
                James M. Priest, Jr.