UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Kasinda Brumfield obo K.B., et al. v.* | | * | |
| *Pilgrim International, Inc., et. al.* | | * | |
| *Cause: 10-2248* | | * | |
| *Plaintiff: Javious Magee* | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Javious Magee. Most of the letters were returned.

3. After the Court dismissed the case of Javious Magee we sent him a copy of the Order Dismissing the case to Javious to his correct address. We had learned that address where we sending mail to Javious was wrong, and we corrected the address.

4. We had also been calling Javious Magee based upon numbers we had in the file for him to get answers to the fact sheet deficiencies. None of the phone numbers we had on file for Javious Magee worked.

5. Since none of the phone numbers we had for Javious worked, we did a person search on him in an attempt to locate him. We were not successful in locating him in that person search but we were able to locate his mother. On October 14, 2011, we were successful

**EXHIBIT "B"**

in reaching Javious Magree's mother and she told us that Javious had been in and out of the hospital. She also gave us another phone number for Javious.

6. On October 19, 2011, Plaintiff's counsel did, in fact, make phone contact with Plaintiff briefly and Javious provided some of the deficient information. However we did not have a move out date for him.

7. On November 2, 2011, Plaintiff's counsel received a certification from Javious Magee and also provided a move out date.

Signed this the 9th day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 9th day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

2