UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Susan Baugh v. Jayco, Inc.*<br>No. 09-6964<br>Plaintiff: Robert Conder | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TO TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW Robert Conder (hereinafter "Plaintiff") and files this Consent Motion for Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims (Rec. Doc. 23337), and in support of the same would show the Court as follows:

The submission date for this matter is November 16, 2011, and pursuant to Local Rule 7.5, of the United States District Court for the Eastern District of Louisiana, any memorandum in opposition to the same would need to be filed by November 8, 2011. Plaintiff would specifically request that the submission and response date be extended 14 days, or some other term at the Court's discretion.

Plaintiff's counsel has contacted counsel for the Defendants and they have no opposition to a 14 day extension.

Plaintiff moves for this extension pursuant to Local Rule 7.8 of the United States District Court for the Eastern District of Louisiana. Plaintiff's counsel hereby certifies, that there has been no previous extension of time to respond to Defendant's Motion to Dismiss and that opposing parties have not filed in the record an objection to an extension of time.

For the reasons set forth above, Plaintiff prays that the Court grant Plaintiff an Extension of Time to File a Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

3

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 9th day of November, 2011.

     /s/ Robert C. Hilliard
     _____
     **ROBERT C. HILLIARD**