# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

**SECTION "N" (4)**

<u>**THIS DOCUMENT RELATES TO:**</u>
*LeShirl Alexander-Cornett, et al. v. Jayco, Inc., et al.,*
**MDL 1873, EDLA 10-3567**

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE 41(a)(1)(a)(i)</u>

Now into Court, through undersigned counsel, come Named Plaintiffs, Donna Williams and Herman Williams, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,  hereby give notice of their voluntary dismissal, without prejudice, of their claims against all defendants in the captioned Complaint, on eh basis that their claims are duplicative of those set forth in the matter entitled *Steven Bell, et al v. Jayco Enterprises, Inc., et al.*, C.A. No. 09-8617.

The dismissal of the claims of  Donna Williams and Herman Williams is without prejudice and they reserve all rights and allegations they have made in the matter entitled *Steven Bell, et al v. Jayco Enterprises, Inc., et al.*, C.A. No. 09-8617.  The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants. No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:   _____s/ Roberta L. Burns_____
       SIDNEY D. TORRES, III, La. Bar No. 12869
       ROBERTA L. BURNS, La. Bar No. 14945
       8301 West Judge Perez Drive, Suite 303
       Chalmette, LA 70043
       Telephone: (504) 271-8421
       Facsimile: (504) 271-1961
       E-mail:        storres@torres-law.com
                      rburns@torres-law.com
       ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th  day of November, 2011, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing

to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

                    _____s/ Roberta L. Burns_____
                         **ROBERTA L. BURNS**

2