UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Donald Acker v. Jayco, Inc.* | * | |
| Docket No. 09-7804 | * | |
| Plaintiffs: James Childs | * | JUDGE ENGELHARDT |
| Cynthia Vanpeski | * | |
| Cynthia Vanpeski, obo | * | |
| Haley Hampton | * | |
| Kevin Vanpeski | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims (Rec. Doc. No. 23333) filed by Jayco, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23333) filed by Jayco, Inc. on October 26, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE