UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| *Susan Baugh v. Jayco, Inc.* | * | JUDGE ENGELHARDT |
| Docket No. 09-6964 | * | |
| Plaintiff: Robert Conder | * | MAG. JUDGE CHASEZ |

**************************************************************************

## UNOPPOSED MOTION TO WITHDRAW JAYCO, INC.'S MOTION TO DISMISS DUPLICATIVE CLAIMS

On October 26, 2011, Defendant Jayco, Inc. ("Jayco") moved this Court to dismiss the duplicate claims of Plaintiff Robert Conder, ("Plaintiff"), against Defendant [Rec. Doc. No. 23337] on the grounds that the Plaintiff identified in the motion was named as a plaintiff in another lawsuit.

On August 25, 2011, Jayco sent correspondence to Plaintiffs' counsel advising of Plaintiff's duplicative claims. Defendant had not received any response or resolution to these duplicate claims in regards to this Plaintiff, despite two subsequent follow-up e-mails sent on September 28, 2011 and October 19, 2011. On October 26, 2011, Defendant proceeded with filing the Motion as opposed due to the lack of response from Plaintiffs' counsel. On November 9, 2011, Defendant received notice from Plaintiff's counsel that the Plaintiff's duplicate claim was voluntarily dismissed from the duplicate lawsuit [Rec. Doc. No. 23477]. Thus, Defendant moves this Court to withdraw its previously filed Motion to Dismiss the Duplicative Claims of Plaintiff Robert Conder. Undersigned counsel certifies that he has contacted Plaintiff's Counsel, who does not oppose this motion.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Jayco, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of November, 2011.

       s/*Thomas L. Cougill*
      THOMAS L. COUGILL

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

       s/*Thomas L. Cougill*
      THOMAS L. COUGIL

2