UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          *
       FORMALDEHYDE PRODUCTS   *     MDL NO. 1873
       LIABILITY LITIGATION            *
                                                         *     SECTION "N-5"
THIS DOCUMENT RELATES TO:      *
*Susan Baugh v. Jayco, Inc.*              *     JUDGE ENGELHARDT
Docket No. 09-6964                         *
Plaintiff: Robert Conder                     *     MAG. JUDGE CHASEZ
******************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims (Rec. Doc. No. 233337) filed by Jayco, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23337) filed by Jayco, Inc. on October 26, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE