UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 07-9228

**O R D E R**

Considering that a settlement is being implemented with respect to plaintiffs' claims against defendant Fleetwood Enterprises, Inc., *see, e.g.,* Rec. Doc. 23049,

**IT IS ORDERED** that the following motions are hereby **DENIED AS MOOT**:

| | |
|---|---|
| Rec. Doc. 6655 | MOTION to Exclude the Testimony of Plaintiff's Expert Alexis Mallet, Jr. by Fleetwood Enterprises, Inc. |
| Rec. Doc. 6658 | MOTION in Limine to Limit the Testimony of Ervin L. Ritter by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 6661 | MOTION in Limine to Limit the Testimony of Marco Kaltofen by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 6662 | MOTION to Exclude Dr. Edward H. Shwery's Testimony by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 6665 | MOTION to Exclude Dr. Lawrence G. Miller's Testimony by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 6898 | MOTION in Limine to Limit Evidence, Testimony, and Arguments Regarding Other Lawsuits or Claims by Defendant Fleetwood Enterprises, Inc. |

| | |
|---|---|
| Rec. Doc. 7193 | MOTION in Limine to Exclude Evidence, Testimony and Argument regarding Family Members' Claims by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7194 | MOTION in Limine to Exclude References to Travel Trailers Failing to Meet Housing Codes by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7195 | MOTION to Exclude References to Post-Katrina "Prototype" by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7202 | MOTION in Limine to Prohibit Any Testimony, Evidence or Argument regarding Nonparty Medical Issues by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7278 | MOTION to Exclude Certain Comments to the Jury by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7279 | MOTION to Exclude Emails Regarding Harmful Chemicals Notice by Defendant Fleetwood Enterprises, Inc. |
| Rec. Doc. 7281 | MOTION in Limine to Limit the Testimony of William Dyson, Ph.D. by Plaintiffs' Liaison Counsel |
| Rec. Doc. 7282 | MOTION in Limine to Prohibit Reference to Formaldehyde in Foods and Other Products by Plaintiffs' Liaison Counsel |
| Rec. Doc. 7285 | MOTION in Limine to Prevent Any Mention of the Revocation of Treating Physician Dr. George Farber's Medical License by Plaintiffs' Liaison Counsel |
| Rec. Doc. 7286 | MOTION in Limine to Prohibit References to Trailer Testing Not Performed by Plaintiffs' Liaison Counsel |
| Rec. Doc. 7287 | MOTION in Limine to Prohibit Narrative And/Or Non-Responsive Testimony by Plaintiffs' Liaison Counsel |
| Rec. Doc. 7288 | MOTION in Limine to Exclude Evidence, Testimony, and Argument Regarding Other Lawsuits or Claims (Or Absence of Other Claims or Lawsuits) by Plaintiffs' Liaison Counsel |

Rec. Doc. 7693    MOTION to Strike Lay Witness by Defendant Fleetwood Enterprises, Inc.

New Orleans, Louisiana, this 10th day of November, 2011.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**