# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Susan Baugh v. Jayco, Inc.* | | * | |
| No. 09-6964 | | * | |
| Plaintiff:   Robert Conder | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiff's Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendant's Motion to Dismiss, Rec. Doc. 23337, is continued to Wednesday, November 30, 2011, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

This   10th   day of   November  , 2011

United States District Judge