UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                        SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NOS. 09-5377,
09-5382, 09-5383, 09-7274, 09-8708,
09-8746, 10-2460, 10-2461

## O R D E R

       Considering that related motions are set for submission to the Court on November 30,

2011 (*see* Rec. Docs. 23443, 23445), **IT IS ORDERED** that the submission date for Defendant

Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32

Relating to Plaintiff Fact Sheets (**Rec. Doc. 23240**), currently set for November 16, 2011, is

hereby **CONTINUED** to **November 30, 2011 at 9:30 a.m.,** without oral argument.

       New Orleans, Louisiana, this 10th day of November, 2011.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**