UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Lorry Gilmore, as next friend of | * | |
| Samantha Washington | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. No. 23360) filed by Jayco, Inc., Bechtel National, Inc., and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** as to plaintiff Lorry Gilmore as next friend of Samantha Washington only.

New Orleans, Louisiana, this   10th   day of   November  , 2011.

_____
UNITED STATES DISTRICT JUDGE

1