**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  **FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Mary Allison, obo Marvin Hamilton | * | |
| Lorry Gilmore, obo Tyree Washington | * | |
| Jenio Thomas, obo Jeina Thomas | * | |
| Shawntel Walker | * | |
| Shawntel Walker, obo Shawn Walker | * | |
| Athena Walstrum | * | |

**************************************************************************

**UNOPPOSED PARTIAL MOTION WITHDRAW DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS**
**NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On October 26, 2011, Defendants Jayco, Inc. ("Jayco"), Bechtel National, Inc., and Fluor

Enterprises, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs,

Mary Allison on behalf of Marvin Hamilton, Tiffany Johnson on behalf of Roger King, Lorry

Gilmore on behalf of Tyree Washington, Jenio Thomas on behalf of Jeina Thomas, Shawntel

Walker, individually on behalf of Shawn Walker, and Athena Walstrum, ("Plaintiffs"), against the

Defendants [Rec. Doc. No. 23320] on the grounds that the Plaintiffs identified in the motion failed

to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec.

Doc. No. 22607].

On January 19, 2011, Jayco sent a Rule 37 letter outlining the deficiencies of Plaintiffs'

fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of

Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for

Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' counsel on August 30,

2011. Two follow-up e-mails regarding the proposed Motion were sent to Plaintiffs' counsel on

September 29, 2011 and October 6, 2011; on October 13, 2011, Jayco received a response from Nicole Porter with Watts, Guerra, Craft, LLP advising that a separate e-mail would be sent containing information to "cure" Plaintiffs' deficiencies. However, Jayco never received such information despite subsequent follow-up e-mails sent on October 17, 2011 and October 27, 2011.

On October 26, 2011, Jayco proceeded with filing the motion to dismiss as opposed due to the lack of response regarding Plaintiffs' "cured" deficiencies. On October 28, 2011, Jayco received deficiency answers from Plaintiffs' counsel containing deficiency answers for Plaintiffs Mary Allison on behalf of Marvin Hamilton, Lorry Gilmore on behalf of Tyree Washington, Jenio Thomas on behalf of Jeina Thomas, Shawntell Walker, and Shawntell Walker on behalf of Shawn Walker (*See* Deficiency Answers received from Plaintiff Counsel on October 28, 2011 attached as Exhibit A). On October 31, 2011, Jayco received additional deficiency answers from Plaintiffs' counsel containing deficiency answers for Plaintiff Athena Walstrum (*See* Deficiency Answers received from Plaintiffs' counsel on October 31, 2011 attached as Exhibit B).  Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to only the Plaintiffs noted below:

Mary Allison on behalf of Marvin Hamilton,

Lorry Gilmore on behalf of Tyree Washington,

Jenio Thomas on behalf of Jeina Thomas,

Shawntell Walker,

Shawntell Walker on behalf of Shawn Walker, and

Athena Walstrum

However, because Plaintiffs' counsel has yet to provide fact sheet, or to cure deficient plaintiff fact sheets for Tiffany Johnson on behalf of Roger King, Defendants are not withdrawing

their previously filed motion to dismiss as to Tiffany Johnson on behalf of Roger King. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiffs listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiff noted below:

Tiffany Johnson on behalf of Roger King

Accordingly, Jayco, Inc., Bechtel National, Inc., and Fluor Enterprises, Inc. respectfully move the Court to grant their Unopposed Partial Motion to Withdraw their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, for Plaintiffs Mary Allison on behalf of Marvin Hamilton, Lorry Gilmore on behalf of Tyree Washington, Jenio Thomas on behalf of Jeina Thomas, Shawntell Walker, Shawntell Walker on behalf of Shawn Walker, and Athena Walstrum. Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

3

FRILOT L.L.C.

By:    s/*John J. Hainkel*_____
        JOHN J. HAINKEL, III – La. Bar No. 18246
        A.J. KROUSE – La. Bar No. 14426
        PETER R. TAFARO – La. Bar No. 28776
        3600 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: (504) 599-8000
        Facsimile: (504) 599-8100

        **Attorneys for Bechtel National, Inc.**


        **MIDDLEBERG, RIDDLE & GIANNA**


By:    s/*Charles R. Penot, Jr.*_____
        Charles R. Penot, Jr. (La. Bar No. 1530 &
        TX Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        (214) 220-6334 – Telephone
        (214) 220-6807 – Facsimile

           *-and-*

        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        (504) 525-7200 – Telephone
        (504) 581-5983 – Facsimile

           *-and-*

        Richard A. Sherburne., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        (225) 381-7700 – Telephone
        (225) 381-7730 – Facsimile


        **Attorneys for Fluor Enterprises, Inc.**

## <u>CERTIFICATE OF CONFERENCE</u>

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

  s/<i>Thomas L. Cougill</i>
THOMAS L. COUGILL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 10th day of November, 2011.

  s/Thomas L. Cougill
THOMAS L. COUGILL
