# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250886

**Cause No.** 09-7887

**Case Name** Hamilton, Marvin

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**          **SSN**

| Question # | Question |
|---|---|
| 1 | Symptoms: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
My symptoms that I suffered for are: burning sensation in chest, eye irritation/excessive tears, nausea, headaches, dizziness, coughing/shortness of breath, pharyngitis: inflammation of throat, sinus infections/sinusitis, irregular heartbeat, and nose bleeds.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
My symptoms that I suffered for are: burning sensation in chest, eye irritation/excessive tears, nausea, headaches, dizziness, coughing/shortness of breath, pharyngitis: inflammation of throat, sinus infections/sinusitis, irregular heartbeat, and nose bleeds. All of my symptoms were diagnosed at Waveland Medical Center- Chilimigras at 200 Highway 90, Waveland, MS. 39576-2621, phone: 228-467-9281.

| Question # | Question |
|---|---|
| 4 | Psych treatment: |

**Pet ID**

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250886

**Case Name** Hamilton, Marvin

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

1403

**Def ID**
26

**Notice #**
Draft

**Answer**
Yes I am making a claim for mental or emotional damages. Yes I did have had psychiatric treatment at Alexandria VA Medical Center, 2495 Shreveport Highway, Pineville, LA 71360 318-473-0010.

---

**Question #**
5

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Question**
If requesting medical expenses:

**Answer**
No, I am not making a claim for medical expenses.

---

**Question #**
6

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Question**
If making a wage claim:

**Answer**
No, I am not making a wage loss claim.

---

**Question #**
7

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Question**
Manufacturer

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

---

**Question #**          **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250886

**Case Name** Hamilton, Marvin

**DOB**　　　　**SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| 8 | VIN: |
|---|---|

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. The VIN number of that trailer was 1UJBJ02R151EL1193.

| Question # | Question |
|---|---|
| 9 | Bar Code: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1155746.

| Question # | Question |
|---|---|
| 10 | # of hours in the trailer/day: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

I spent an average of over eight hours per day in the trailer.

| Question # | Question |
|---|---|
| 11 | Names of all trailer residents: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250886                                    **Cause No.** 09-7887

**Case Name** Hamilton, Marvin                     **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**              **SSN**

| Draft |

**Answer**

The names of other residents in trailer with me were: Mary Allison, Nicole Thomas, Jeina Thomas, Roger Thomas, Roderick Thomas, and Ross Ventress.

| **Question #** | **Question** |
|---|---|
| 12 | Plaintiffs smoking history: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

I have never smoked or used tobacco products.

| **Question #** | **Question** |
|---|---|
| 13 | Smoking history of other residents: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

No one else in the trailer smoked or used tobacco products.

| **Question #** | **Question** |
|---|---|
| 14 | Ever suffered from lung/respiratory disease or skin disease: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

I have never suffered from lung/respiratory disease or skin disease.

| **Question #** | **Question** |
|---|---|
| 15 | Treatment for Formaldehyde related injury: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250886

**Case Name** Hamilton, Marvin

**DOB**          **SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**Notice #**
| Draft |

**Answer**

I was treated at Waveland Medical Center- Chilimigras at 200 Highway 90, Waveland, MS. 39576 -2621, phone: 228-467-9281 and Alexandria VA Medical Center 2495 Shreveport Highway Pineville, LA 71360 318-473-0010.

**Question #**
| 16 |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Question**
| Records: |

**Answer**

Please see attached standard form 95.

**Question #**
| 17 |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Question**
| Cert page |

**Answer**

Please see attached certification.

_____          10/28/2011
Plaintiff or Representative                        Date

Hamilton, Marvin - WGC#250886

# CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Mary Allison, as Representative of the Estate of Marvin Hamilton, deceased**

_Signature of Plaintiff_

**Print Your Name**

Mary Allison

9-29-2011

**Date**

250886



**U.S. Department of Homeland Security**
500 C Street, SW, Suite 715
Washington, DC 20472

**FEMA**

**VIA CERTIFIED MAIL**

May 25, 2010

132 - 421/2000 · 105300

WATTS HILLIARD LLC
2506 N PORT AVE
CORPUS CHRISTI, TX 78401-1219

**RE: Administrative Tort Claim of MARVIN HAMILTON, Claim No. 10060971**

Dear WATTS HILLIARD LLC

This notice constitutes final administrative action on the Claim for Damage, Injury or Death (SF-95) of MARVIN HAMILTON, with a signature dated November 18, 2009, filed against the United States pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and any other administrative claims seeking damages for alleged personal injury, property damage, and/or wrongful death, which MARVIN HAMILTON claims resulted from exposure to formaldehyde in emergency housing units provided by the Federal Emergency Management Agency (FEMA) in response to Hurricanes Katrina and Rita.

In accordance with the FTCA, the United States can only be held liable under limited circumstances where the negligent acts or omissions of United States' employees acting within the scope of their employment proximately caused injury. See 28 U.S.C. §§ 1346(B), 2671. FEMA has determined that this claim does not meet the requirements of the FTCA. Specifically, FEMA did not find evidence of negligence on the part of any federal employee relating to the alleged formaldehyde exposure, nor have we determined that the government has waived its sovereign immunity in this case. Further, the FTCA does not apply to actions of federal contractors. See 28 U.S.C. § 2671. Accordingly, I hereby finally deny the claim of MARVIN HAMILTON Claim No. , and any other related claims submitted on behalf of MARVIN HAMILTON.

I am required by law (see 44 C.F.R. § 11.18(a)) to inform you that if MARVIN HAMILTON is dissatisfied with this determination, MARVIN HAMILTON may file suit in an appropriate U.S. District Court not later than six (6) months after the date of mailing of this letter. This notice of final denial should not be construed as a concession by the United States that MARVIN HAMILTON has complied with the applicable requirements of 28 U.S.C. § 2675(a) or 44 C.F.R. § 11.11, nor should this be construed as a waiver by the United States of any of its defenses regarding any such claim.

Sincerely,

BRAD J. KIESERMAN
Chief Counsel of FEMA
Department of Homeland Security

**RECEIVED**

**Sept 30 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223063

**Case Name** W           , T

**DOB**                    SSN

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Symptoms - |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
The minor plaintiff suffered itching and irritation of his skin, dry skin, skin rashes, irritation or swelling of his eyelids and eye area, and sinus infections.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim - |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
At this time, the minor plaintiff is not making a claim for future medical expenses.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness - |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
All symptoms the minor plaintiff suffered were diagnosed by Dr. Francis Donner Jr. at 15695 Professional Plaza in Hammond, LA 70403;  15756 Medical Arts Drive, Hammond, LA. 70403 Phone: 985-542-4950.

| Question # | Question |
|---|---|
| 4 | Psych treatment - |

**Pet ID**
1403

**Def ID**
26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223063

**Case Name** W.          , T

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Notice # |
| --- |
| Draft |

**Answer**

| The minor plaintiff was not treated for mental or emotional damages. |
| --- |

| Question # | Question |
| --- | --- |
| 5 | If requesting medical expenses - |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| Draft |
| --- |

**Answer**

| Yes, I, as representative and next friend, am claiming medical expenses in the amount of $500. |
| --- |

| Question # | Question |
| --- | --- |
| 6 | If making a wage claim - |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| Draft |
| --- |

**Answer**

| No, I, s representative and next friend, am not making a wage loss claim for him. |
| --- |

| Question # | Question |
| --- | --- |
| 7 | Manufacturer - |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| Draft |
| --- |

**Answer**

| According to the information provided by the US government through the FEMA offices in the matching process, the minor plaintiff lived in a Jayco, Inc. trailer. |
| --- |

| Question # | Question |
| --- | --- |
| 8 | VIN - |

**Pet ID**

| 1403 |
| --- |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223063                                   **Cause No.** 09-7887

**Case Name** W          , T          **Case Style** Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**                    **SSN**

---

**Def ID**
26

**Notice #**
Draft

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, the minor plaintiff lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02PX61EN0860.

---

**Question #** | **Question**
9 | Bar Code -

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, The minor plaintiff lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1281443

---

**Question #** | **Question**
10 | # of hours in the trailer/day -

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

The minor plaintiff spent at least 8 hours or more per day in the trailer on average.

---

**Question #** | **Question**
11 | Names of all trailer residents -

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223063

**Case Name** W        , T

**DOB**              **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

Mother, Lorry Gilmore, Age 42
Address: PO BOX 884, Greensburg LA 70441
Telephone number: 985-517-6400
Resided in trailer from: December, 2005 - December, 2006

Sister, Samantha Washington, age 13
Address: PO BOX 884, Greensburg LA 70441
Telephone number: 985-517-6400
Resided in trailer from: December, 2005 - December, 2006

---

| Question # | Question |
|---|---|
| 12 | Plaintiffs smoking history - |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
The minor plaintiff never smoked or used tobacco products.

---

| Question # | Question |
|---|---|
| 13 | Smoking history of other residents - |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
No one else occupying the trailer smoked or used tobacco products.

---

| Question # | Question |
|---|---|
| 14 | Ever suffered from lung/respiratory disease or skin disease - |

**Pet ID**
1403

**Def ID**
26

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223063

**Case Name** W               , T

**DOB**                SSN

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Draft |
|---|

**Answer**

The minor plaintiff suffered from difficulty breathing, wheezing, shortness of breath, cough and skin problems and rashes. These conditions worsened over the period of time he lived in the trailer.

| **Question #** | **Question** |
|---|---|
| 15 | Treatment for Formaldehyde related injury - |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| Draft |
|---|

**Answer**

All symptoms the minor plaintiff suffered were diagnosed and treated by Dr. Francis Donner Jr. at 15695 Professional Plaza in Hammond, LA 70403; 15756 Medical Arts Drive, Hammond, LA. 70403 Phone: 985-542-4950.

| **Question #** | **Question** |
|---|---|
| 16 | Records - none |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| Draft |
|---|

**Answer**

After a careful and thorough review, I, as representative and next friend of the minor plaintiff, have been unable to locate any documents responsive to this request. Should any such documents be located in the future, this request will be supplemented in accordance with the Court's order.

_____
Plaintiff or Representative

10/28/2011
_____
Date

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Leary Gilmore_                    _Lorry Gilmore_          _9/26/2011_
**Signature of Plaintiff**              **Print Your Name**          **Date**

**RECEIVED**

**Sep 21 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251272

**Case Name** T    J

**DOB**              **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Symptoms |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
She suffered from Rashes and allergies.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I do not know but understand that my claim is about formaldehyde
being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
None of her symptoms were diagnosed by physician.

| Question # | Question |
|---|---|
| 4 | Psych treatment |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

WGC# 251272                    Cause No. 09-7887

Case Name T      J          Case Style Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

DOB              SSN

| | |
|---|---|
| | I am not claiming mental or emotional damages on her behalf. |

| Question # | Question |
|---|---|
| 5 | If requesting medical expenses |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| | **Answer** |
| | I am not making a claim for medical expenses on her behalf. |

| Question # | Question |
|---|---|
| 6 | If making a wage claim |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| | **Answer** |
| | I am not making a wage loss claim on her behalf. |

| Question # | Question |
|---|---|
| 7 | Manufacturer |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| | **Answer** |
| | According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. |

| Question # | Question |
|---|---|
| 8 | VIN |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251272

**Cause No.** 09-7887

**Case Name** T        J

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**                        **SSN**

---

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. The VIN number of that trailer was 1UJBJ02R151EL1193.

| **Question #** | **Question** |
|---|---|
| 9 | Bar Code |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1155746

| **Question #** | **Question** |
|---|---|
| 10 | # of hours in the trailer/day |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

She was born after the trailer and did not live in trailer.

| **Question #** | **Question** |
|---|---|
| 11 | Names of all trailer residents |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

The names of people residing in trailer were:
Thomas, Roderick
Allison, Mary
Thomas, Nicole
Ventress, Ross
Hamilton, Marvin
Thomas, Jeina

| **Question #** | **Question** |
|---|---|
| | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251272

**Cause No.** 09-7887

**Case Name** T      J

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**              **SSN**

| Question # | Question |
|---|---|
| 12 | Plaintiffs smoking history |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

She does nor did smoke or use tobacco products.

| Question # | Question |
|---|---|
| 13 | Smoking history of other residents |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

No one in her family used tobacco products.

| Question # | Question |
|---|---|
| 14 | Ever suffered from lung/respiratory disease or skin disease |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

She never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 15 | Treatment for Formaldehyde related injury |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

**Answer**

She was not treated for any Formaldehyde related injuries.

**Question #**      **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251272

**Case Name** T        J

**DOB**                      **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| 16 | Records |
|---|---|

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| Draft |
|---|

**Answer**

| Please see attached standard form 95. |
|---|

| **Question #** | **Question** |
|---|---|
| 17 | Cert page |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| Draft |
|---|

**Answer**

| Please see attached Certification page. |
|---|

_____     10/28/2011
Plaintiff or Representative                Date

U.S. Department of Homeland Security
500 C Street, SW, Suite 715
Washington, DC 20472

251272



**FEMA**

**VIA CERTIFIED MAIL**                    May 25, 2010

132 - 1355/2000  107234

WATTS HILLIARD LLC
2506 N PORT AVE
CORPUS CHRISTI, TX  78401-1219

**RE: Administrative Tort Claim of JEINA THOMAS, Claim No. 10062105**

Dear WATTS HILLIARD LLC

This notice constitutes final administrative action on the Claim for Damage, Injury or Death (SF-95) of JEINA THOMAS, with a signature dated November 18, 2009, filed against the United States pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and any other administrative claims seeking damages for alleged personal injury, property damage, and/or wrongful death, which JEINA THOMAS claims resulted from exposure to formaldehyde in emergency housing units provided by the Federal Emergency Management Agency (FEMA) in response to Hurricanes Katrina and Rita.

In accordance with the FTCA, the United States can only be held liable under limited circumstances where the negligent acts or omissions of United States' employees acting within the scope of their employment proximately caused injury. See 28 U.S.C. §§ 1346(B), 2671. FEMA has determined that this claim does not meet the requirements of the FTCA. Specifically, FEMA did not find evidence of negligence on the part of any federal employee relating to the alleged formaldehyde exposure, nor have we determined that the government has waived its sovereign immunity in this case. Further, the FTCA does not apply to actions of federal contractors. See 28 U.S.C. § 2671. Accordingly, I hereby finally deny the claim of JEINA THOMAS Claim No.., and any other related claims submitted on behalf of JEINA THOMAS.

I am required by law (see 44 C.F.R. § 11.18(a)) to inform you that if JEINA THOMAS is dissatisfied with this determination, JEINA THOMAS may file suit in an appropriate U.S. District Court not later than six (6) months after the date of mailing of this letter. This notice of final denial should not be construed as a concession by the United States that JEINA THOMAS has complied with the applicable requirements of 28 U.S.C. § 2675(a) or 44 C.F.R. § 11.11, nor should this be construed as a waiver by the United States of any of its defenses regarding any such claim.

Sincerely,

BRAD J. KIESERMAN
Chief Counsel of FEMA
Department of Homeland Security

www.fema.gov

09/30/2011  09:39    3374330856              FEDEXKINKOS LAKE CHP                PAGE  01/02

Thomas Jeina - WGC#251272

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**

Jenio Thomas, as Next Friend of
**J     T          , a minor**
**Print Your Name**

9-2 9-2011
**Date**

_correct spelling/J_

_Roderick Thomas, as farther of_

_J          T_

**RECEIVED**

**Sept 30 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165                           **Cause No.** 09-7887
**Case Name** Walker, Shawntel Evette      **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB**                   **SSN**

| Question # | Question |
|---|---|
| 1 | Symptoms: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

I experienced abnormal bleeding, sinus infections, and shortness of breath while I resided in my FEMA trailer. The conditions of the trailer also exasperated, prolonged and worsened the symptoms of my existing seizure disorder. I continue to experience respiratory and other medical problems to date.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

I am not making a claim for future Medical expenses.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**

My medical provider has confirmed that the conditions of the trailer have exasperated, prolonged and worsened the symptoms of my existing seizure disorder, as well as caused or contributed to my high blood pressure. My treating physician is, Dr. Charles Humphries, 2025 Oak Park Blvd., Lake Charles, LA 70601-7827, phone: 337-479-0212. I was diagnosed in June 2003.

| Question # | Question |
|---|---|
| 4 | Psych treatment (pg.6 ): |

**Pet ID**
1403

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165

**Case Name** Walker, Shawntel Evette

**DOB**             **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

26

**Notice #**
Draft

**Answer**
I am not making a claim for mental or emotional damages.

| **Question #** | **Question** |
|---|---|
| 5 | If requesting medical expenses |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I am not making a claim for medical expenses.

| **Question #** | **Question** |
|---|---|
| 6 | If making a wage claim: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I am not making a claim for wages loss or lost earning capacity.

| **Question #** | **Question** |
|---|---|
| 7 | Manufacturer: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
The manufacturer of the trailer unit was Jayco Inc.

| **Question #** | **Question** |
|---|---|
| 8 | VIN: |

**Pet ID**
1403

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165

**Case Name** Walker, Shawntel Evette

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

26

**Notice #**

Draft

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1ULBJ0217351ET0365.

---

| **Question #** | **Question** |
|---|---|
| 9 | Bar Code: |

**Pet ID**

1403

**Def ID**

26

**Notice #**

Draft

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1057801.

---

| **Question #** | **Question** |
|---|---|
| 10 | # of hours in the trailer/day: |

**Pet ID**

1403

**Def ID**

26

**Notice #**

Draft

**Answer**

I spent approximately eight hours per day in the trailer.

---

| **Question #** | **Question** |
|---|---|
| 11 | Names of all trailer residents: |

**Pet ID**

1403

**Def ID**

26

**Notice #**

Draft

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165                                    **Cause No.** 09-7887
**Case Name** Walker, Shawntel Evette              **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB**                    **SSN**

Walker, Shaun (my husband)
W        S        (my son)

| Question # | Question |
|---|---|
| 12 | Plaintiffs smoking history: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I have never smoked or used tobacco products.

| Question # | Question |
|---|---|
| 13 | Smoking history of other residents: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
No one else in the trailer smoked or used tobacco products.

| Question # | Question |
|---|---|
| 14 | Ever suffered from lung/respiratory disease or skin disease: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I have never suffered from lung disease, respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 15 | Treatment for Formaldehyde related injury: |

**Pet ID**
1403

**Def ID**
26

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165

**Case Name** Walker, Shawntel Evette

**DOB**                    **SSN** ·

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

Draft

**Answer**

I continued to be treated symptomatically for my seizure disorder, which was exasperated, prolonged and worsened by my exposure to the formaldehyde emitted from the trailer.

_____                    10/28/2011
Plaintiff or Representative                    Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248165

**Case Name** Walker, Shawntel Evette

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 16 | Records |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD 1

**Answer**
See attached Standard Form 95.

| Question # | Question |
|---|---|
| 17 | Certification page: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD 1

**Answer**
Please see attached certification page.

_____        10/28/2011
Plaintiff or Representative                         Date

Walker, Shawntel Evette - WGC#248165

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **Shawntel Walker**          9-23-11
**Signature of Plaintiff**                        **Print Your Name**          _____
                                                                              **Date**

**RECEIVED**

**Sep 23 2011**

**WATTS GUERRA CRAFT, LLP**

09/23/2011 15:07 FAX  3374805568          Dr. Mouton                    ☑0002/0020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE | MDL No. 1873
PRODUCT LIABILITY LITIGATION |

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: Walker, Shawntel Evette

Date of Birth:

Last Four Numbers of SSN:

I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
|---|---|

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name:  Walker, Shawntel Evette

Date of Birth:

Last Four Numbers of SSN:

    I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____**and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above.  This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

Walker, Shawntel Evette - WGC#248165

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

09/23/2011 15:10 FAX  3374805568          Dr. Mouton                    ☑0008/0020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

| | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Walker, Shawntel Evette

Date of Birth:

Last Four Numbers of SSN:

    I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

09/23/2011 15:11 FAX  3374805568          Dr. Mouton                    Ø0012/0020

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |

**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)**

Name:  Walker, Shawntel Evette

Date of Birth:

Last Four Numbers of SSN:

I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

Walker, Shawntel Evette - WGC#248165

      This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

      Any copy of this document shall have the same authority as the original, and may be substituted in its place.

      Dated this __ day of _____, 2008.

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

09/23/2011 15:13 FAX  3374805568          Dr. Mouton                    ☑0016/0020

NAME OF FACILITY:_____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Walker, Shawntel Evette | Birth Date | Social Security No. |
|---|---|---|
| Address: 2119 Tulip St<br>City: Lake Charles          State: LA | | Telephone No.:<br>Zip Code: 70601 |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:
Name. ._____
Title. ._____
Address._____
Purpose: To Protect My Legal Rights _____
For Treatment Date(s): All Available

| Type of Access | | | | |
|---|---|---|---|---|
| Requested: | q  Abstract/pertinent<br>q  Emergency Room<br>q  H&P<br>q  Consult Report<br>q  Operative Report<br>q  Rehab Services | q  Lab<br>q  Imaging/Radiology<br>q  Cardiac Studies<br>q  Face Sheet<br>q  Nursing Notes<br>q  Medication Record | q  Progress Notes<br>q  Physician's Orders<br>q  Entire Record<br>❑  Other_____ | |
| q  Copies of the<br>records &<br>q  Inspection of the<br>record | | | | |

I acknowledge, and hereby consent to such, that the released information may contain
alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

* I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must
do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation
will not apply to information that has already been released in response to this authorization. I understand that the revocation
will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
* I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the
recipient and no longer protected.
* Fees/charges will comply with all laws and regulations applicable to release information.
* I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My
refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
* I understand that I may inspect or copy the information used or disclosed upon request.
* **You are specifically not authorized to speak or confer with anyone except me, or my attorneys,
unless you have the written consent of my attorneys or me.**
Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____               9-23-11
Signature of Patient/Legal Representative          Date
If signed by legal representative, relationship to patient: _____

09/23/2011 15:11 FAX  3374805568        Dr. Mouton                      ⌀0010/0020

Walker, Shawntel Evette - WGC#248165

## PRIVACY ACT RELEASE LANGUAGE

I, **Shawntel Walker** _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.L.C. _____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: 9-23-11

Name: **Shawntel Walker**

Signature: _Shawntel Walker_

**RECEIVED**

**Sep 23 2011**

**WATTS GUERRA CRAFT, LLP**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251323

**Case Name** W      S

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Symptoms: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
Shawn suffered from frequent cold symptoms, sinus infections, coughing, and asthmatic symptoms.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
No I am not filing any future medical claim on his behalf.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
He was diagnosed with asthma.

| Question # | Question |
|---|---|
| 4 | Psych treatment: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I am not making a claim for mental or emotional damages on his behalf.

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 251323

**Cause No.** 09-7887

**Case Name** W          S

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**                    **SSN**

| Question # | Question |
|---|---|
| 5 | If requesting medical expenses: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I am not making a claim for medical expenses on his behalf.

| Question # | Question |
|---|---|
| 6 | If making a wage claim: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
I am not making a wage loss claim on his behalf.

| Question # | Question |
|---|---|
| 7 | Manufacturer: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, He lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 8 | VIN: |

**Pet ID**
1403

**Def ID**
26

**Notice #**
Draft

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251323

**Cause No.** 09-7887

**Case Name** W          , S

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**                     **SSN**

| | |
|---|---|
| **Answer** | According to the information provided by the US government through the FEMA offices in the matching process, He lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1ULBJ0217351ET0365. |

| Question # | Question |
|---|---|
| 9 | Bar Code |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

| | |
|---|---|
| **Answer** | According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1057801 |

| Question # | Question |
|---|---|
| 10 | # of hours in the trailer/day: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

| | |
|---|---|
| **Answer** | He spent an average of eight to 12 hours per day in the trailer. |

| Question # | Question |
|---|---|
| 11 | Names of all trailer residents: |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| Draft |

| | |
|---|---|
| **Answer** | The following people resided in the trailer:<br>Walker, Shawntel (his mother)<br>Walker, Shaun (Father)<br>W        , S |

| Question # | Question |
|---|---|
| 12 | Plaintiffs smoking history: |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251323
**Case Name** W   S.
**DOB**            **SSN**

**Cause No.** 09-7887
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| | |
|---|---|
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| **Answer** | |
| | He has never smoked or used tobacco products. |

| **Question #** | **Question** |
|---|---|
| 13 | Smoking history of other residents: |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| **Answer** | |
| | No one in the trailer smoked or used tobacco products. |

| **Question #** | **Question** |
|---|---|
| 14 | Ever suffered from lung/respiratory disease or skin disease: |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| **Answer** | |
| | He has suffered from Asthma March 22, 2009 and Seborrheic dermatiti on April 13, 2005. |

| **Question #** | **Question** |
|---|---|
| 15 | Treatment for Formaldehyde related injury: |
| **Pet ID** | |
| 1403 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| Draft | |
| **Answer** | |
| | He was treated by Dr. Gerald W. Mouton, MD, family doctor, located at 1890 Gauthier Rd. Ste 155 Lake Charles LA 70605. The telephone to Dr. Gerald W. Mouton 330-480-5550. Shawn has |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251323

**Case Name** W.      S

**DOB**                **SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

received treatment for asthma and Seborrheic dermatiti from 2003 to the present.

| Question # | Question |
| --- | --- |
| 16 | Cert page: |

**Pet ID**

1403

**Def ID**

26

**Notice #**

Draft

**Answer**

Please see attached certification page.

_____       10/28/2011

Plaintiff or Representative                    Date

09/23/2011 15:14 FAX  3374805568          Dr. Mouton                      ☑0020/0020

Walker, Shawn K. - WGC#251323

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          **Shawntel Walker, as Next Friend**        9-23-11
**Signature of Plaintiff**                      **of S        .W.        , a minor**    _____
                                 **Print Your Name**                      **Date**

**RECEIVED**

**Sep 23 2011**

**WATTS GUERRA CRAFT, LLP**