# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251325  
**Case Name** Walstrum, Athnea  
**DOB**            **SSN**  

**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Symptoms |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft  

**Answer**  
I suffered from burning of eyes, irritation to nasal membranes, irritation or itching of skin, rashes of skin, headaches, nausea, persistent cough, and allergies for the first time in my life.

| Question # | Question |
|---|---|
| 2 | Future Medical Claim |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft  

**Answer**  
I am making a claim for medical expenses; however, I do not know the amount at this time.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft  

**Answer**  
None of my symptoms where diagnosed by a healthcare provider, because I treated my aliments by myself.

| Question # | Question |
|---|---|
| 4 | Psych treatment |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft  

EXHIBIT B

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251325  
**Case Name** Walstrum, Athnea  
**DOB**       **SSN**  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Answer**  
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 5 | If requesting medical expenses |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft

**Answer**  
I am making a claim for medical expenses; however, I do not know the amount at this time.

| Question # | Question |
|---|---|
| 6 | If making a wage claim |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft

**Answer**  
I am not making a claim for loss wages.

| Question # | Question |
|---|---|
| 7 | Manufacturer |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** Draft

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 8 | VIN |

**Pet ID** 1403  
**Def ID** 26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251325  **Cause No.** 09-7887
**Case Name** Walstrum, Athnea  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB**  **SSN**

**Notice #** Draft

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02PX61EP1028.

| Question # | Question |
|---|---|
| 9 | # of hours in the trailer/day |

**Pet ID** 1403
**Def ID** 26
**Notice #** Draft

**Answer**
I spent at least eight hours a day in the Unit.

| Question # | Question |
|---|---|
| 10 | Names of all trailer residents |

**Pet ID** 1403
**Def ID** 26
**Notice #** Draft

**Answer**
The names of the people residing in the trailer were Athnea Walstrum and Madison Walstrum who is the daughter of Athnea Walstrum.

| Question # | Question |
|---|---|
| 11 | Plaintiffs smoking history |

**Pet ID** 1403
**Def ID** 26
**Notice #** Draft

**Answer**
I have smoked for the past two years, and I am still a current smoker. I smoke on average half a pack of cigarettes per day.

| Question # | Question |
|---|---|
| 12 | Smoking history of other residents |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251325  
**Case Name** Walstrum, Athnea  
**DOB**    **SSN**  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

1403

**Def ID**  
26

**Notice #**  
Draft

**Answer**  
No other resident in the trailer smoked.

| Question # | Question |
|---|---|
| 13 | Ever suffered from lung/respiratory disease or skin disease |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
Draft

**Answer**  
I never suffered from lung disease, respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 14 | Treatment for Formaldehyde related injury |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
Draft

**Answer**  
I did not receive or seek medical attention. I self treated my aliments related to my formaldehyde exposure.

| Question # | Question |
|---|---|
| 15 | Records |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
Draft

**Answer**  
Please see attached standard form 95.

| Question # | Question |
|---|---|
| 16 | Cert page |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251325  
**Case Name** Walstrum, Athnea  
**DOB**           **SSN**

**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
Draft

**Answer**  
Plaintiff will supplement the Certification page.

_____  
Plaintiff or Representative

10/31/2011  
Date

251325



U.S. Department of Homeland Security
500 C Street, SW, Suite 715
Washington, DC 20472

**VIA CERTIFIED MAIL**        May 25, 2010

132 - 1403/2000 : 107282

WATTS HILLIARD LLC
2506 N PORT AVE
CORPUS CHRISTI, TX 78401-1219

**RE: Administrative Tort Claim of ATHENA WALSTRUM, Claim No. 10062153**

Dear WATTS HILLIARD LLC

This notice constitutes final administrative action on the Claim for Damage, Injury or Death (SF-95) of ATHENA WALSTRUM, with a signature dated November 18, 2009, filed against the United States pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and any other administrative claims seeking damages for alleged personal injury, property damage, and/or wrongful death, which ATHENA WALSTRUM claims resulted from exposure to formaldehyde in emergency housing units provided by the Federal Emergency Management Agency (FEMA) in response to Hurricanes Katrina and Rita.

In accordance with the FTCA, the United States can only be held liable under limited circumstances where the negligent acts or omissions of United States' employees acting within the scope of their employment proximately caused injury. See 28 U.S.C. §§ 1346(B), 2671. FEMA has determined that this claim does not meet the requirements of the FTCA. Specifically, FEMA did not find evidence of negligence on the part of any federal employee relating to the alleged formaldehyde exposure, nor have we determined that the government has waived its sovereign immunity in this case. Further, the FTCA does not apply to actions of federal contractors. See 28 U.S.C. § 2671. Accordingly, I hereby finally deny the claim of ATHENA WALSTRUM Claim No. , and any other related claims submitted on behalf of ATHENA WALSTRUM.

I am required by law (see 44 C.F.R. § 11.18(a)) to inform you that if ATHENA WALSTRUM is dissatisfied with this determination, ATHENA WALSTRUM may file suit in an appropriate U.S. District Court not later than six (6) months after the date of mailing of this letter. This notice of final denial should not be construed as a concession by the United States that ATHENA WALSTRUM has complied with the applicable requirements of 28 U.S.C. § 2675(a) or 44 C.F.R. § 11.11, nor should this be construed as a waiver by the United States of any of its defenses regarding any such claim.

Sincerely,

BRAD J. KIESERMAN
Chief Counsel of FEMA
Department of Homeland Security

www.fema.gov