UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER     *    MDL NO. 1873
FORMALDEHYDE     *
PRODUCT LIABILITY LITIGATION     *    SECTION "N-5"
    *
    *    JUDGE ENGELHARDT
    *    MAG. JUDGE CHASEZ
    *
THIS DOCUMENT IS RELATED TO:     *
*Taylor v. Keystone Coach, Inc. et al, 09-5976*     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD GULF STREAM AND TO DISMISS KEYSTONE**

MAY IT PLEASE THE COURT:

Plaintiffs respectfully request that this Court grant Plaintiff's Motion, add Gulf Stream Coach, Inc. ("Gulf Stream"), and dismiss Keystone RV Company ("Keystone"). Plaintiffs incorrectly named Keystone as the manufacturer of their FEMA-provided trailer. By e-mail of October 28, 2011, counsel for Keystone informed the undersigned that Keystone was not the proper manufacturing defendant in this case. Thereafter, the undersigned confirmed that the Plaintiff's VIN indeed matched a Gulf Stream Coach, Inc. trailer, installed by Shaw Environmental, Inc. In the instant Motion for Leave to Amend, Plaintiff seeks to add the proper party, Gulf Stream, and to dismiss the improper party, Keystone.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL Plaintiff, justice requires leave to file

their amended complaints to preserve Plaintiff's claim against the proper manufacturing defendant. Leave to amend Plaintiff's complaints should therefore be granted. *See Id.*

WHEREFORE, Plaintiff respectfully prays that this Honorable Court grant her Motion to Amend Complaint, add Gulf Stream, and dismiss Keystone from the above-captioned matter without prejudice.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  /s Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713