UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Taylor v. Keystone Coach, Inc. et al*, 09-5976 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
COMPLAINT FOR DAMAGES**

NOW INTO COURT, comes Plaintiff, who through undersigned counsel, supplements and amends her original Complaint for Damages to add Gulf Stream Coach, Inc. ("Gulf Stream") in place of the incorrectly named manufacturer, Keystone RV Company ("Keystone"), which has been concurrently dismissed at the time of this amendment.

Plaintiff, through undersigned counsel, supplements and amends her original Complaint for Damages in the following respects and otherwise reiterates and reavers all of the allegations, claims and prayers for relief contained therein:

1.

By amending paragraph 2 to reflect the addition of Gulf Stream as a defendant, and the deletion of Keystone as a defendant:

> 3. Defendant Gulf Stream Coach, Inc. ("Gulf Stream"), is, upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units

as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

By replacing all other references to "Keystone" with "Gulf Stream," in order to reflect the substitution of Gulf Stream for Keystone.

3.

By amending the Compensatory Damages section to read:

## COMPENSATORY DAMAGES

106.   In addition to and by way of summarizing the compensatory damages prayed for herein, Named Plaintiff avers that the defendants, the United States of America through FEMA, Gulf Stream and Shaw, individually and/or jointly are responsible for all damages which Named Plaintiff herein has suffered and continues to suffer as a consequence of defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

4.

By amending the Prayer for Relief to read:

## PRAYER FOR RELIEF

WHEREFORE, the Named Plaintiff prays that the original Complaint be amended to reflect the substitution of Gulf Stream for Keystone, and that Gulf Stream, Shaw, and the United States be served with a copy of this Amended Complaint and the Original Complaint, and that, after due proceedings:

1. there be a judgment herein in favor of the Named Plaintiff and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in the Named Plaintiff's favor, provisions for the following damages and relief as found applicable and supported by the evidence:

    a. past and future physical injuries,

    b. past and future mental and physical pain and suffering,

    c. past and future physical impairments and disability,

    d. past and future reasonable and necessary medical expenses,

    e. past and future loss of earning capacity,

    f. past and future loss of enjoyment and quality of life,

    g. loss of consortium and/or society,

    h. compensable out-of-pocket expenses related to Defendants' wrongdoing, and

    i. costs of court,

3

3. all other general, equitable, and further relief as the Court may deem just and proper.

                  Respectfully submitted:

                  **GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

                  BY:    s/Justin I. Woods
                            GERALD E. MEUNIER, #9471
                            JUSTIN I. WOODS, #24713
                            Gainsburgh, Benjamin, David,
                            Meunier & Warshauer, L.L.C.
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana 70163
                            Telephone:    504/522-2304
                            Facsimile:    504/528-9973
                            jwoods@gainsben.com

**PLEASE SERVE:**

GULF STREAM COACH, INC.
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods
                                                JUSTIN I. WOODS, #24713