# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224619  **Cause No.** 09-4734
**Case Name** Hardy, Ethan  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 5/22/2003   **SSN**

| Question # | Question |
|---|---|
| 1 | Checklist III. C. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall any of the symptoms that I claim that I experienced during the time I lived in the FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Diagnosed Illness III. C.3. (Second question below the chart) |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall any of the diseases that I have experienced as a result to living in the FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Psychological Treatment III.C.8. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am claiming mental and or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 4 | Only if you are requesting reimbursement of medical expenses III. C.9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT D

**Plaintiff Fact Sheet Deficiency Answers**

Pet ID

Def ID
  WGC# 224619                                       Cause No. 09-4734
Case Name  Hardy, Ethan                             Case Style  Gwendolyn White, et. al.  vs. R-Vision, Inc., et.
Notice #
  DOB  5/22/2003      SSN

**Answer**
I do not recall If I am making a claim for medical expenses therefore, I do not know an amount that I am claiming.

| Question # | Question |
|---|---|
| 5 | Only if you are making a wage claim IV F3 |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall if I am making a wage claim.

| Question # | Question |
|---|---|
| 6 | Bar Code V. A.4. |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall the BarCode to the FEMA trailer that I lived in.

| Question # | Question |
|---|---|
| 7 | Number of hours spent in the trailer each day V.13. |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall the number of hours spent in the trailer each day.

| Question # | Question |
|---|---|
| 8 | Names of all trailer residents (residing) V. E. |

Pet ID: 931
Def ID: 46
Notice #

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

| | | | |
|---|---|---|---|
| Pet ID | | | |
| Def ID | WGC# 224619 | Cause No. | 09-4734 |
| Case Name | Hardy, Ethan | Case Style | Gwendolyn White, et. al. vs. R-Vision, Inc., et. |
| DOB | 5/22/2003   SSN | | |

Def 1

**Answer**
I do not recall the names of all trailer residents.

| Question # | Question |
|---|---|
| 9 | Smoking History of Other Trailer Resident(s) VI .D. |

Pet ID: 931

Def ID: 46

Notice #: Def 1

**Answer**
I do not recall if anyone else was a smoker if any one else lived in the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI(F) (1&4) |

Pet ID: 931

Def ID: 46

Notice #: Def 1

**Answer**
I do not recall if I had any Prior Medical History.

| Question # | Question |
|---|---|
| 11 | Treatment for Formaldehyde Related Injury VII. B. |

Pet ID: 931

Def ID: 46

Notice #: Def 1

**Answer**
I do not recall if I sought treatment for Formaldehyde for any disease, or illness that I may have had.

| Question # | Question |
|---|---|
| 12 | Plaintiffs Fact Sheet Signed and Dated |

Pet ID: 931

Def ID: 46

Notice #

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224619  
**Case Name** Hardy, Ethan  
**DOB** 5/22/2003   **SSN**

**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

Def 1

**Answer**  
Please see attached Fact Sheet.

_____  
Plaintiff or Representative

7/12/2011  
Date