# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222160  
**Case Name** Palmer, Joshua  
**DOB** 7/27/1947    **SSN**  

**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness<br>o III.C.3. (Second question below the chart) |
| **Pet ID** 931 | |
| **Def ID** 46 | |
| **Notice #** Def 1 | |
| | **Answer**<br>I know now injury occurred on the date I moved in, but I did not know that at the time. |
| 2 | Psychological Treatment III,C.8. |
| **Pet ID** 931 | |
| **Def ID** 46 | |
| **Notice #** Def 1 | |
| | **Answer**<br>I do not recall any if I am making a claim for mental and/or emotional damages. |
| 3 | Only if you are requesting reimbursement of medical expenses III,C.9. |
| **Pet ID** 931 | |
| **Def ID** 46 | |
| **Notice #** Def 1 | |
| | **Answer**<br>I do not recall if I am making a claim for medical expenses. |
| 4 | Only if you are making a wage claim IV.F.3 |
| **Pet ID** 931 | |
| **Def ID** 46 | |
| **Notice #** Def 1 | |
| | **Answer** |

EXHIBIT H

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| Def ID | |
| WGC# | 222160 |
| Notice # | |
| Case Name | Palmer, Joshua |
| DOB | 7/27/1947   SSN |
| Cause No. | 09-4734 |
| Case Style | Gwendolyn White, et. al. vs. R-Vision, Inc., et. |

| | |
|---|---|
| | I do not recall if I am making a wage loss claim or claim for lost earning capacity. |
| **Question #** | **Question** |
| 5 | Number of hours spent in the trailer each day V,13. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall the average number of hours spent in the FEMA home each day. |
| **Question #** | **Question** |
| 6 | Names of all trailer residents (residing) V.E. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall any other residents living with me in the FEMA home. |
| **Question #** | **Question** |
| 7 | Smoking History of Other Trailer Resident(s) VI.D. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |
| | I do not recall the tobacco use history of others that resided in the FEMA trailer. |
| **Question #** | **Question** |
| 8 | Prior Medical History VI(F)(1&4) |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 1 | |
| | **Answer** |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222160  **Cause No.** 09-4734
**Case Name** Palmer, Joshua  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 7/27/1947  **SSN**

I do not recall any prior medical history.

| Question # | Question |
|---|---|
| 9 | Treatrnent for Formaldehyde Related Injury VII.B |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if a doctor or health care provider treated me for disease, illness or injury suffered as a result of living in the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____   7/12/2011
Plaintiff or Representative             Date