Kristopher M. Redmann
Tel.: (504) 568-1990
Fax: (504) 310-9195

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
kredmann@lawla.com

May 20, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that several claimants in the case captioned *Gwendolyn White et al. v. R-Vision, Inc., et al.*, No. 09-4734, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Cornelious Thibodeaux
2. Dawn Esposito obo Elizabeth Esposito
3. Dawn Esposito obo Cameron Esposito
4. Erica Allen obo Jonique Wilkerson
5. Heather Atlow obo Cody Doulette
6. Heather Atlow
7. Heather Atlow obo Katlyn Atlow
8. Heather Atlow obo Kiara Atlow
9. Irvin Vaultz
10. Jeffrey Hardy obo Ethan Hardy
11. Joshua Palmer
12. Keishauna Stephen
13. Keishauna Stephen obo Kailan Stephen
14. Keishauna Stephen obo Kailan Stephen
15. Keishauna Stephen obo Kyla Stephen
16. Kuashika Stephen
17. Kulmar Stephen
18. Louise Barthelemy
19. Maranda Maria White
20. Monique Cooper obo Cornelious Thibodeaux, Jr.
21. Peggy Rudolph obo Myranda Batiste
22. Peggy Rudolph obo Cardarrell Rudolph

959653_1

EXHIBIT G

23. Peggy Rudolph obo Darious Rudolph
24. Peggy Rudolph obo Tyrese Rudolph
25. Reginald Hall
26. Sabrina Mitchell
27. Thomas Barthelemy
28. Vernon Lewis, Jr.
29. Vernon Lewis, Sr.

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

Kristopher M. Redmann

KMR/aeb

959653_1

EXHIBIT G