UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
|    *Gwendolyn White v. R-Vision, Inc.* | * | |
|    No. 09-4734 | * | |
|    Plaintiffs: | * | |
|       Peggy Rudolph obo Myranda Batiste | * | |
|       Peggy Rudolph obo Cardarrell Rudolph | * | |
|       Peggy Rudolph obo Darious Rudolph | * | |
|       Peggy Rudolph obo Tyrese Rudolph | * | |
|       Reginald Hall | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Peggy Rudolph obo Myranda Batiste
2. Peggy Rudolph obo Cardarrell Rudolph
3. Peggy Rudolph obo Darious Rudolph
4. Peggy Rudolph obo Tyrese Rudolph
5. Reginald Hall

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana