UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                 JUDGE ENGELHARDT
                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION OF PSC TO FURTHER
AMEND ORDER FOR PLAINTIFFS' COUNSEL
TIME AND EXPENSE SUBMISSIONS**

   NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, for the reasons more fully set forth in the memorandum attached hereto, respectfully moves to further amend a prior Order of this Court governing the common benefit time and expense submissions by counsel for plaintiffs, and which further represents that this motion and the proposed Order are not opposed by other counsel representing plaintiffs and/or by defendants herein.

               Respectfully submitted:

               FEMA TRAILER FORMALDEHYDE
               PRODUCT LIABILITY LITIGATION

           BY:  s/Gerald E. Meunier
              GERALD E. MEUNIER, #9471
              **PLAINTIFFS' CO-LIAISON COUNSEL**
              Gainsburgh, Benjamin, David, Meunier &
              Warshauer, L.L.C.
              2800 Energy Centre, 1100 Poydras Street
              New Orleans, Louisiana 70163
              Telephone:  504/522-2304
              Facsimile:   504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820
    ROBERT C. HILLIARD, Texas ##09677700

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471