**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE | |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION OF PSC TO FURTHER**
**AMEND ORDER FOR PLAINTIFFS' COUNSEL**
**TIME AND EXPENSE SUBMISSIONS**

**MAY IT PLEASE THE COURT:**

On March 20, 2008, the Court entered an Order for Plaintiffs' Counsel Time and Expense Submissions (Doc. 110-2). This Order established the protocol for the submission of time and expense records by all plaintiffs' counsel (including members of the PSC) who have undertaken, and continue to perform, legal services for the common benefit of all plaintiffs in this MDL.

On December 17, 2008, the Court entered an Amended Order (Doc. 998), which made allowance for counsel to submit by December 31, 2008 all time records for common benefit legal services performed before that date, notwithstanding the provision in the original Order that time and expense submissions could only be reflective of the thirty-day period preceding submission. The Amended Order otherwise reiterated and maintained the requirement that counsel make time and expense submissions on a monthly basis and for the prior thirty-day period only.

Counsel in leadership positions with the PSC periodically monitor time and expense

submissions on file in this matter with the CPA firm of Bourgeois Bennett.  In doing so, it has

become evident that a number of counsel performing important common benefit work for

plaintiffs, have not been able to remain current in their submissions as provided under the thirty-

day submission protocol.  Since these same counsel are the most active plaintiffs' counsel in this

litigation, and given the pace of the litigation activity, this inability to remain current with

monthly submissions is not surprising.

The PSC accordingly, and respectfully, submits that an additional — and hopefully final

— "catch-up" submission now should be permitted by a seconded Amended Order, so that

legitimate services and expenditures for the benefit of all plaintiffs will not go unrecognized.

The now-proposed Amended Order, like the first Amended Order, modifies Section I(5) of the

original Order of March 20, 2008.  It further specifies that the new "catch-up" submission date of

September 30, 2011 will extend back in time only until December 31, 2008, since that was the

"catch-up" submission date established by the first Amended Order.  Finally, consistent with the

earlier amendment, the now-proposed Amended Order stipulates that, subject to further Orders of

the Court, common benefit services rendered prior to the new catch-up date of September 30,

2011 shall not hereafter be the subject of time and expense submissions.  The proposed deadline

to submit for time and expenses between December 31, 2008 and September 30, 2011, is

December 31, 2011. Thereafter, all time and expense submissions shall be submitted quarterly

and will be due thirty days after the end of each quarter.

For the foregoing reasons, the PSC requests that the attached Order be entered by the

Court.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**

**PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      ROBERT M. BECNEL, #14072
      RAUL BENCOMO, #2932
      FRANK D'AMICO, JR., #17519
      MATT MORELAND, #24567
      DENNIS REICH, Texas #16739600
      MIKAL C. WATTS, Texas #20981820
      ROBERT C. HILLIARD, Texas ##09677700

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 11, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471