UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
| *Gwendolyn White  v. R-Vision, Inc.* | * | |
| No. 09-4734 | * | |
| Plaintiffs: | * | |
| Heather Atlow obo Cody Doulette | * | |
| Heather Atlow | * | |
| Heather Atlow obo Katlyn Atlow | * | |
| Heath Atlow obo Kiara Atlow | * | |
| Irvin Vaultz | * | |

* * * * * * * * * * * * * * * * * * * *

MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual

Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims

of the following plaintiffs:

1. Heather Atlow obo Cody Doulette
2. Heather Atlow
3. Heather Altow obo Katlyn Atlow
4. Heather Altow obo Kiara Atlow
5. Irvin Vaultz

(collectively, the "*White* Plaintiffs") with prejudice, for failure to comply with the terms of the

Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The

reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned counsel has contacted counsel for the *White* Plaintiffs who advised that he opposes this Motion to Dismiss.

Respectfully submitted,

_____s/ Kristopher M. Redmann_____
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

_____s/Kristopher M. Redmann_____

Kristopher M. Redmann, La. Bar No. 18397

2