# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221906  **Cause No.** 09-4734
**Case Name** Doulette, Cody  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 11/6/1996  **SSN**

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness. III. C.3. (Second question below the chart) |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I know now injury occurred on the date I moved in, but I did not know that at the time

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III .C .8. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am claiming mental or emotional damages.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III .C.9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Bar Code V. A.4. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

**Def ID**

**WGC#** 221906      **Cause No.** 09-4734
**Notice #**
**Case Name** Doulette, Cody      **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 11/6/1996    **SSN**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision trailer. The Barcode Number of that trailer was 1306967.

| Question # | Question |
|---|---|
| 5 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the daily number of hours spent in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Names of all trailer residents (residing) V E. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the information for other residents of the FEMA trailer.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VID. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the smoking history of others that may have resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI(F)(1&4) |

**Pet ID** 931
**Def ID** 46
**Notice #**

**Answer**

**EXHIBIT D**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221906  
**Case Name** Doulette, Cody  
**DOB** 11/6/1996   **SSN**  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

Def 1

**Answer**

1. I do not recall whether I suffered from lung or other respiratory disease.

2. I do not recall whether I suffered from infectious disease.

3. I do not recall whether I suffered from long-term stomach or bowel disease.

4. I do not recall whether I suffered from skin disease.

| Question # | Question |
|---|---|
| 9 | Treatment for Formaldehyde Related Injury VII. B |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**

I do not recall the doctor or health care provider who treated me for disease, illness or injury I suffered as a result of living in the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**

I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided

_____  
Plaintiff or Representative

7/12/2011  
Date

EXHIBIT D