# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222345  **Cause No.** 09-4734
**Case Name** Atlow, Heather  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 1/28/1973  **SSN**

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III.C.3. (Second question below the chart) |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall when the injury or disease first occurred.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III.C.8. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am claiming mental and/or emotional damages as a result of the residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III.C.9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV.F.3 |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT H

# Plaintiff Fact Sheet Deficiency Answers

| | | |
|---|---|---|
| Def ID | | |
| WGC# 222345 | Cause No. 09-4734 | |
| Notice # | | |
| Case Name Atlow, Heather | Case Style Gwendolyn White, et. al. vs. R-Vision, Inc., et. | |
| DOB 1/28/1973   SSN | | |

I do not recall if I am making a wage loss claim.

| Question # | Question |
|---|---|
| 5 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall the number of hours I spent in the trailer each day.

| Question # | Question |
|---|---|
| 6 | Narnes of all trailer residents (residing) V.E. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall all residents that resided in the trailer.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI.D, |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall smoking history of other trailer residents.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI(F)(1&4) |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**

EXHIBIT H

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222345      **Cause No.** 09-4734
**Case Name** Atlow, Heather      **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 1/28/1973    **SSN**

> 1. I do not recall suffering from lung or other respiratory disease.
>
> 4. I do not recall suffering from any skin disease

| Question # | Question |
|---|---|
| 9 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID**: 931
**Def ID**: 46
**Notice #**: Def 1

**Answer**
I do not recall being treated by any doctor.

| Question # | Question |
|---|---|
| 10 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID**: 931
**Def ID**: 46
**Notice #**: Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided

_[signature]_      7/12/2011
Plaintiff or Representative      Date

**EXHIBIT H**