# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221908  
**Case Name** Atlow, Katlyn  
**DOB** 5/6/1999   **SSN**

**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C.3. (Second question below the chart) |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall the date the injury or disease first occurred.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C.8. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall If I am making a claim for mental and/or emotional damages.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C.9. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV. F.3 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am making a wage loss claim.

| Question # | Question |
|---|---|

Pet ID

EXHIBIT L

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221908  
**Case Name** Atlow, Katlyn  
**DOB** 5/6/1999   **SSN**  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 5 | Bar Code V. A.4. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
The barcode number is 1306967.

| Question # | Question |
|---|---|
| 6 | Number of hours spent in the trailer each day V.13 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall the number of hours I spent in the trailer each day.

| Question # | Question |
|---|---|
| 7 | Names of all trailer residents (residing) V.E. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall all trailer residents that resided in the trailer.

| Question # | Question |
|---|---|
| 8 | Smoking History of Other Trailer Resident(s) VID. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall the smoking history of other trailer residents.

| Question # | Question |
|---|---|
| | |

Pet ID

EXHIBIT L

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221908  
**Case Name** Atlow, Katlyn  
**DOB** 5/6/1999   **SSN**  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 9 | Prior Medical History VI(F)(1&4) |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**
1. I do not recall if I suffered from lung or other respiratory disease.
2. I do not recall if I suffered from skin disease.

| Question # | Question |
|---|---|
| 10 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I saw any doctor for any treatment.

| Question # | Question |
|---|---|
| 11 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided

_____  
Plaintiff or Representative

7/12/2011  
Date

EXHIBIT L