# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221907  
**Case Name** Atlow, Kiara  
**DOB** 11/17/1993   **SSN**  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III.C.3. (Second question below the chart) |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
The symptoms that I have experienced are as follow:  
Eye Irritation/Excessive Tears  
Nausea  
Headaches  
Dizziness  
Coughing/Shortness of Breath  
Pharyngitis: Inflammation of Throat  
Sinus Infections/Sinusitis

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C.8. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C.9. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am making a claim for medical expenses as a result of the injury or disease or the amount I am claiming.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV. F.3 |

**Pet ID**

**Def ID**

EXHIBIT P

# Plaintiff Fact Sheet Deficiency Answers

WGC# 221907  
Question # Question  
Case Name Atlow, Kiara  
DOB 11/17/1993   SSN

Cause No. 09-4734  
Case Style Gwendolyn White, et. al. vs. R-Vision, Inc., et.

931

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall if I am making a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 5 | Bar Code V. A.4. |

**Pet ID**  
931

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall the Bar code number.

| Question # | Question |
|---|---|
| 6 | Number of hours spent in the trailer each day V.13. |

**Pet ID**  
931

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall the number of hours I spent in the trailer each day.

| Question # | Question |
|---|---|
| 7 | Names of all trailer residents (residing) V. E. |

**Pet ID**  
931

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall the names of any residents that may have stayed with me in the FEMA trailer.

| Question # | Question |
|---|---|
| 8 | Smoking History of Other Trailer Resident(s) VID. |

Def ID

EXHIBIT P

# Plaintiff Fact Sheet Deficiency Answers

WGC# 221907                                    Cause No. 09-4734
Case Name  Atlow, Kiara                        Case Style  Gwendolyn White, et. al. vs. R-Vision, Inc., et.
Question #  Question
DOB 11/17/1993   SSN

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall if any other residents if any smoked in the FEMA trailer.

| Question # | Question |
|---|---|
| 9 | Prior Medical History VI(F)(18z4) |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall my prior medical history.

| Question # | Question |
|---|---|
| 10 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall if I received any treatment for Formaldehyde.

| Question # | Question |
|---|---|
| 11 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided

EXHIBIT P

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221907  **Cause No.** 09-4734
**Case Name** Atlow, Kiara  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 11/17/1993  **SSN**

_____  7/12/2011
Plaintiff or Representative   Date

EXHIBIT P