# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 213344  
**Case Name** Vaultz, Irvin  
**DOB** 9/21/1951   **SSN**  

**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness: III.C.3. (Second question below the chart) |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I suffered from eye irritation/excessive tears, coughing/shortness of breath, and irregular heartbeat.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment: III.C.8. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am claiming mental and/or emotional damages as a result of residing in a FEMA housing unit.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses: III.C.9. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am making a claim for medical expenses as a result of the injury, illness or disease.

| Question # | Question |
|---|---|
| 4 | Number of hours spent in the trailer each day: V.13. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**

**EXHIBIT T**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| Pet ID | |
| Def ID | |
| WGC# 213344 | Cause No. 09-4734 |
| Case Name Vaultz, Irvin | Case Style Gwendolyn White, et. al. vs. R-Vision, Inc., et. |
| Notice # | |
| DOB 9/21/1951   SSN | |

**Answer**
I do not recall how many hours I spent in the trailer each day.

| Question # | Question |
|---|---|
| 5 | Names of all trailer residents (residing): V.E. |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I was the only one who resided in my trailer.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s): VI.D. |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I was the only one who resided in my trailer.

| Question # | Question |
|---|---|
| 7 | Prior Medical History: VI(F)(1&4). |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall if I have ever suffered from lung or other respiratory disease, infectious disease, long-term stomach or bowel disease, or skin disease.

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury: VII. B. |

Pet ID: 931
Def ID: 46
Notice #

**Answer**

EXHIBIT T

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213344  **Cause No.** 09-4734
**Case Name** Vaultz, Irvin  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 9/21/1951  **SSN**

**Def 1**

**Answer**
I do not recall who treated me for the injury related to formaldehyde.

| Question # | Question |
|---|---|
| 9 | Plaintiffs Fact Sheet Signed and Dated. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
Please see attached recompiled fact sheet.

_[signature]_                              7/14/2011
Plaintiff or Representative          Date

EXHIBIT T