UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Gwendolyn White v. R-Vision, Inc.*<br>   No. 09-4734<br>   Plaintiffs:<br>      Heather Atlow obo Cody Doulette<br>      Heather Atlow<br>      Heather Atlow obo Katlyn Atlow<br>      Heath Atlow obo Kiara Atlow<br>      Irvin Vaultz | * * * * * * * * * * * * | MDL NO. 1873<br><br>SECTION: N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Heather Atlow obo Cody Doulette
2. Heather Atlow
3. Heather Altow obo Katlyn Atlow
4. Heather Altow obo Kiara Atlow
5. Irvin Vaultz

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana