# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| 09-7857 | **Acker, Chiquita v. Forest River** | |
| | Brown, Leonard | Jeremiah Martin |
| | Jabralyn Martin | Keener, Charlotte |
| | | |
| 09-7889 | **Alexander, Rikita v. Forest River** | |
| | Chad Oubre | Moore, Keisha |
| | Dearek Fairley | Nguyen, Tran |
| | Excell Dorsette | Octavia Nunn |
| | Draughon, Darrell | Riley, Ronald |
| | Darrell Draughon | Franklin Wells |
| | Lynnard, Paul | |



EXHIBIT A

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 2 of 16*

| | | |
|---|---|---|
| **09-6496** | **Baker, Susan v. Forest River** | |
| | Baker, Susan | Demoll, Terry |
| | Collier, Sandy | Lyons, Becky |
| | Covington, Kathleen | Walker, Edward |
| **08-5031** | **Bauer, Belinda v. Liberty Homes** | |
| | Giavotella, Michele o/b/o L.G | |
| **10-2324** | **Boutachanthavong, Pear v. Forest River** | |
| | Boutachanthavong, Kham Phong | Boutachanthavong, Phimphone o/b/o A.B. |
| | Boutachanthavong, Pear | Boutachanthavong, Phimphone o/b/o A.K. |
| | Boutachanthavong, Phimphone o/b/o A.B. | Khamphiphone, Isreth |
| **09-6504** | **Bradley, Latoya v. Forest River** | |
| | Adams, Heather | Keel, Kelly o/b/o Z▮ K▮ |
| | Alford, Joseph | Ladner, Leah o/b/o L▮ L▮ |
| | Alfred, Janice | Ladner, Leah o/b/o N▮ L▮ |
| | Arceneaux, Courtney o/b/o B▮ G▮ | Ladner, Leah o/b/o S▮ S▮ |
| | Arceneaux, Courtney o/b/o C▮ G▮ | Ladner, Lyonie |
| | Arceneaux, Courtney o/b/o M▮ G▮ | Ledma, Lulu o/b/o C▮ C▮ |
| | Arceneaux, Courtney o/b/o V▮ G▮ | Marek, Ruth o/b/o A▮ L▮ |
| | Bardwell, David | Marek, Ruth o/b/o D▮ L▮ |
| | Bishop, Charles | McKay, Theresa o/b/o T▮ I▮ |
| | Bishop, Sandra | Necaise, Kay |
| | Bishop, Sandra o/b/o S▮ B▮ | Osterholm, Tammy o/b/o A▮ F▮ |
| | Bishop, Sandra o/b/o T▮ B▮ | Page, James |
| | Blank, Gail | Patterson, Rita o/b/o K▮ P▮ |
| | Bosarge, Pamela o/b/o G▮ B▮ | Poillion, Ashley |
| | Boyd, Mark o/b/o A▮ B▮ | Rager, Harry |
| | Boyd, Mark o/b/o D▮ B▮ | Robertson, Danielle |
| | Bradicich, Dennis | Rothwell, Dorothy |
| | Branger, Peggy | Rothwell, Fredrick |
| | Brown, Edgar | Ruffin, Breana |
| | Cannette, Claire | Ruffin, Robert |
| | Carver, Evelyn o/b/o J▮ C▮ | Ruffin, Robert |
| | Courteaux, Jody o/b/o A▮ C▮ | Schwartz, Tracy |
| | Davenport, Myron | Schwartz, Tracy o/b/o A▮ S▮ |
| | Dillard, William | Smith, Donna |
| | Esquivel, Beverly o/b/o C▮ E▮ | Spiers, Regina o/b/o D▮ S▮ |
| | Fricke, Lance | Swicegood, Rick |

| | |
|---|---|
| Green, Ashley | Trawick, Trawick |
| Green, George | Trotter-Dedeaux, Kathryn obo C___ B___ |
| Green, Mary | Walters, Ruby |
| Green, Patricia | Walton, Barbara obo J___ M___ |
| Honea, William | Wilson, Cassey |
| Impson, Jon | Wittmann, Michael |
| Jones, Korridon o/b/o L___ J___ | Wittmann, Phillip |

**09-7072    Burks, Aarien v. Forest River**

| | |
|---|---|
| Adams, Heather o/b/o G___ P___ | Leshore, Avery |
| Adams, Sheronda o/b/o M___ F___ | Leshore, Torie |
| Albert, Reyon o/b/o C___ A___ | Leshore, Torie o/b/o T___ L___ |
| Amacker, Challice o/b/o J___ J___ | Leshore, Torie o/b/o T___ L___ |
| Anderson, Jan | Loper, Sarah |
| Arceneaux, Billy | Loper, Sarah o/b/o S___ L___ |
| Bailey, Roxanne | Lucas, Clarence |
| Bailey, Roxannie o/b/o A___ B___ | Luton, Aaron |
| Baptiste, Tiffany | Mallini, Anthony o/b/o A___ M___ |
| Baptiste, Tiffany o/b/o R___ B___ | Mallini, Anthony o/b/o A___ M___ |
| Baptiste, Tiffany o/b/o R___ B___ | Mallini, Anthony o/b/o K___ M___ |
| Baptiste, Tiffany o/b/o R___ B___ | McNair, Kimberly o/b/o C___ M___ |
| Baptiste, Tiffany o/b/o R___ S___ | Mistretta, Jessica |
| Barns, Peggy | Mistretta, Jessica o/b/o J___ H___ |
| Batiste, Arian | Mistretta, Jessica o/b/o J___ W___ |
| Bermond, Annette | Mitchell, Ethel |
| Bermond, Christopher | Mitchell, Yvonne |
| Bermond, Chris o/b/o Estate of Dalton | Moody, Johnna |
| Biggs, Raven | Moody, Johnna o/b/o T___ T___ |
| Biggs, Raven o/b/o D___ B___ | Moore, Brenda |
| Bolden, Donnell | Moore, Charles |
| Bolden, Elizabeth | Moore, Charod |
| Bolden, Elizabeth o/b/o D___ B___ | Moore, Daniel |
| Bolden, Kevin | Moore, Derrick |
| Bright, Juanita | Moore, Derrick o/b/o D___ M___ |
| Brimage, Charity | Moore, Emma |
| Brimage, Dajanae | Moore, Eric |
| Brimage, Deonshae | Moore, Lakeshia |
| Brimage, Valecia | Moore, Sammie |
| Brimage, Valecia o/b/o K___ B___ | Nguyen, May o/b/o B___ V___ |
| Brooks, Charmaine o/b/o N___ W___ | Nguyen, May o/b/o B___ V___ |
| Brown, Sherman o/b/o S___ M___ | Nunn, Shana |
| Burks, Aarien o/b/o A___ B___ | Ordone, Terrence o/b/o G___ O___ |

Burks, Aarien o/b/o A▮▮▮ B▮▮▮
Burks, Aarien o/b/o D▮▮▮ B▮▮▮
Burton, Antonio
Byrd, Jennifer
Carbo, Danielle
Cuevas, Jearlene
Cuevas, Theofield
Dallas, Christine
Dedeaux, Marietta
Dedeaux, Marietta o/b/o J▮▮▮ D▮▮▮
Dedeaux, Marietta o/b/o P▮▮▮ C▮▮▮
Dedeaux, Tenia
Drake, Wilfred
Draughon, Nora
Dugas, Delrick
Durby, Victoria
Echoles, Angie o/b/o J▮▮▮ E▮▮▮
Enterkin, Arnold
Evans, Sheila o/b/o D▮▮▮ E▮▮▮
Evans, Sheila o/b/o S▮▮▮ E▮▮▮
Evans, Sheila o/b/o W▮▮▮ E▮▮▮
Ewing, William
Formica, Anthony
Fowler, Lucy
Gaines, Sheila
Gaines, Sheila o/b/o A▮▮▮ S▮▮▮
Gaines, Sheila o/b/o A▮▮▮ S▮▮▮
Gaines, Sheila o/b/o R▮▮▮ G▮▮▮
Gallimore, Candy
Gardina, Michelle
Giardina, Danny
Giardina, Loren
Giardina, Mary
Giardina, Ross
Goleman, Rebecca
Griffin, Linda o/b/o R▮▮▮ G▮▮▮
Hanshaw, Willie
Harbin, Bridgette o/b/o C▮▮▮ H▮▮▮
Harris, Charles
Hatampa, Esther o/b/o E▮▮▮ H▮▮▮
Havard, Linda
Haynes, Lionel

Ordoyne, Skyler
Passaro, Cheryl
Passaro, Cheryl o/b/o B▮▮▮ D▮▮▮
Passaro, Cheryl o/b/o J▮▮▮ P▮▮▮
Passaro, Cheryl o/b/o S▮▮▮ M▮▮▮
Pearson, Yvetta
Pearson, Yvetta o/b/o E▮▮▮ M▮▮▮
Pearson, Yvetta o/b/o N▮▮▮ M▮▮▮
Peters, Myra
Pohlmann, Corey
Pohlmann, Jeffery
Pohlmann, Keely
Pohlmann, Keely o/b/o A▮▮▮ P▮▮▮
Pohlmann, Keely o/b/o A▮▮▮ P▮▮▮
Pohlmann, Laura
Porter, Natasha o/b/o N▮▮▮ P▮▮▮
Potter, Marybelle
Ragins, Oki
Ragins, Oki o/b/o K▮▮▮ C▮▮▮
Ratliff, Ernest
Ratliff, Joan
Ray, Donovan
Ray, Jeanne
Ray, Patricia
Ray, Patricia o/b/o C▮▮▮ R▮▮▮
Raymond, Lisa
Riley, Robert
Robbins, Barbara
Roberson, Andrea
Robinson, Leslie o/b/o I▮▮▮ R▮▮▮
Ruffin, Breana o/b/o A▮▮▮ R▮▮▮
Ruffin, Breana o/b/o D▮▮▮ R▮▮▮
Ruffin, Breana o/b/o T▮▮▮ R▮▮▮
Rusfin, Andre
Rusfin, Leqaya
Ryan, Verna o/b/o D▮▮▮ H▮▮▮
Schwartz, Tracy o/b/o D▮▮▮ H▮▮▮
Seaman, Deborah
Simon, Carlee
Singley, Melissa
Smith, Bertrand
Smith, Donna

Henderson, David obo Z█████ H█
Hoda, Carolyn
Holifield, Danny
Holifield, Darla
Horn, Deborah
House, Norman
Huyah, Ky
Ingram, Keiosha o/b/o K█████ J█
Ingram, Keisoha o/b/o J█████
Jackson, John
James, Alberta
James, Early Larry
James, Katona
James, Keith
Johnson, Theresa
Johnson, Theresa o/b/o A█ J█
Johnson, Theresa o/b/o T█ L█
Ladner, Billy
Larkin, Carlos
Larkin, Deborah
Leonard, Dezmeon
McCann, Kimberly
McClantoc, Sheila
McConnell, Terry
McCord, Cindy o/b/o J█ M█
McCord, Cindy o/b/o P█ M█
McDaniel, Linda
McDaniel, Peggy
McDaniel, Peggy o/b/o T█ F█
McDaniel, Richard
McDevitt, Colleen
McInis, Darryl
McNair, Kimberly

Smith, Douglas & Havalyn obo A█ S█
Smith, Douglas o/b/o K█ S█
Sprouse, Andy o/b/o K█ S█
Steddum, Nichole
Stephens, Brenda
Stork, Christopher o/b/o A█ S█
Taylor, April o/b/o B.T.
Thompson, Carolyn
Tran, Uyen
Twilbeck, Gloria
Walker, Erica
Walker, Erica o/b/o K█ G█
Walker, Kelly
Ware, Vanessa
Washington, Elizabeth
Wehmeyer, Susan
Wells, Iris
Wescovich, Eli
Wescovich, Linda
Widle, Stacy
Wilkerson, Albert
Willard, Kimberly o/b/o A█ W█
Willard, Kimberly o/b/o L█ G█
Williams, Albert
Williams, Maxie
Williams, Ralph
Williams, Stanford
Williams, Tomeika
Wilson, Ronnie
Woods, Bonnie
Wright, Eileen
Young, Brandon

**09-7892**  **Byron, Gerald v. Forest River**
Dawson, Felissia o/b/o S█ B█
Decoux, Karen

Jones, Torrey

**10-2184**  **Clements, Bernell v. Forest River**
Allen, Elica o/b/o I.A.
Anderson, Harold
Antoine, Gerald o/b/o Z.A.

Earl, Yvette o/b/o B.E.
Earl, Yvette o/b/o M.E.
Gary, Valarie o/b/o J.G.

*Robert C. Hilliard, Esq.*
*Kevin W. Gillo, Esq.*
*May 2, 2011*
*Page 6 of 16*

| | |
|---|---|
| Antoine, Robert | Goodwin, Shirley |
| Bailey, Heidi | Haynes, Mayola |
| Bailey, Heidi o/b/o A.B. | Haynes, Mayola o/b/o L.H. |
| Bailey, Heidi o/b/o R.L | Malone, Troy |
| Bardwell, Heather | McGowan, Audroy o/b/o J.M. |
| Bardwell, Laura | McGowan, Audroy o/b/o S.R. |
| Bardwell, Laura o/b/o B.B. | Mitchell, Amanda |
| Bardwell, Monica | Moore, Michelle |
| Barnes, Alexandria o/b/o A.B. | Morel, Harry |
| Barnes, Alexandria o/b/o B.B. | Murphy, Kellie |
| Barnes, Alexandria o/b/o K.B. | Murphy, Kellie o/b/o Estate of Terry Smith |
| Bradburry, Linda o/b/o D.S. | Murphy, Kellie o/b/o J.S. |
| Bradburry, Linda o/b/o L.A. | Nolan, Ballard |
| Brooks, Jennifer | Nolan, Robert |
| Brooks, Jennifer o/b/o J.B. | Nolan, Robert |
| Brumfield, LaBaron | Santiago, Bernard |
| Carter, McKinley | Santiago, Tamika |
| Clements, Bernell | Santiago, Tamika o/b/o E.H. |
| Cole, LaQuetta | Smith, Hubert |
| Cole, Laquetta o/b/o B.S. | Smith, Joseph |
| Davis, Leonisa | Swanson, Linda o/b/o D.E. |
| Davis, Leonisa o/b/o J.B. | Tran, Lien |
| Davis, Wade | Tran, Linh |
| Dicks, Christopher | Twilbeck, Clarence |
| Dupuy, Greg | Williams, Rudolph |
| Durbin, Glenda | Wilson, Andrew |
| Earl, Joseph | Wilson, Don |
| Earl, Yvette | Wilson, Don o/b/o D.W. |

**09-7117** **Frierson, Shelly v. Vanguard**
Bilbo, Jacqueline o/b/o K███ L███
Bilbo, Jacqueline o/b/o M███ G███
Frierson, Shelly o/b/o C███ B███
Frierson, Shelly o/b/o J███ B███
Frierson, Shelly o/b/o L███ B███

Hawkins, Leroy
Hawkins, Shenea
Hawkins, Shenea o/b/o J███ J███
Hawkins, Shenea o/b/o J███ J███
Seaman, Julie

**10-1296** **Ratliff, Jasmine v. Vanguard, LLC**
Bilbo, Jacqueline
Lacy, Elaine
Moore, Paulette
Paquet, Lori
Ratliff, Andrea

Ratliff, Joseph
Trahan, June
Williams, Michelle
Williams, Michelle o/b/o M███ W███
Williams, Michelle o/b/o R███ W███

|        |                                          |                          |
|--------|------------------------------------------|--------------------------|
|        | Ratliff, Andrea o/b/o J____ R____        | Williams, Michelle o/b/o R____ W____ |
|        | Ratliff, Jasmine                          | Williams, Richard         |
| 10-1265 | **Rogers, Cherlyn v. Forest River**     |                          |
|        | Flores, Rachael o/b/o T____ W____        | Oliver, Herbert           |
|        | Goodley, Bernilla                         | Webb, Elizabety           |
| 09-7834 | **Seaman, Julie v. Vanguard, LLC**      |                          |
|        | McDaniel, Jack                            |                          |
| 10-2190 | **Stallworth, Lemuel v. Forest River** |                          |

| | |
|---|---|
| Babineaux, Phillip | Lee, Shondreka |
| Bermond, Christopher | Lewis, Kimberly o/b/o R.S. |
| Bolden, Charles | Lewis, Kimberly o/b/o S.S |
| Bouie, Leta | Manuel, Tammy o/b/o J.M. |
| Bradbury, Linda | Minor, Tammy o/b/o T.M. |
| Brooks, Jessica | Minor, Tammy o/b/o T.M. |
| Burrage, Zanbernia | Moore, Ruby |
| Carter, Berry | Percle, August |
| Chan, Quang | Perrin, Judy |
| Coleman, Pauline | Perrin, Watson |
| Coleman, Wanda | Powell, Carleta |
| Coleman, Wanda o/b/o L.C. | Powell, Carleta o/b/o D.R. |
| Coleman, Wanda o/b/o T.C. | Powell, Carleta o/b/o L.P. |
| Cu, Karen | Price, Betty |
| Cuevas, Amber | Raine, Emma |
| Cuevas, Amber o/b/o C | Raine, James |
| Cuevas, Amber o/b/o J.C. | Raine, James o/b/o J.R. |
| Cuevas, Meghan | Rancifer, Lamonty |
| Daniels, Jerry | Ratliff, Felisha |
| Dauphin, Lucille | Ratliff, Felisha o/b/o A.B. |
| DeLeon, Oscar | Ratliff, Felisha o/b/o M.R. |
| DeLeon, Sophia | Ratliff, Lucious |
| DeLeon, Sophia o/b/o A.D. | Rayburn, Travis |
| DeLeon, Sophia o/b/o O.D. | Reed, Andrea |
| DeLeon, Sophia o/b/o R.D. | Reed, Andrea o/b/o D.R. |
| Epps, Deborah | Reynolds, Jamie |
| Epps, Mark | Scogin, Amanda |
| Epps, Meagan | Scogin, Rebecca |
| Epps, Travis | Scogin, Rebecca o/b/o J.H. |
| Fairley, Jocelyn | Scogin, Rebecca o/b/o J.H. |
| Fells, Johnny | Sellers, Anthony |

| | |
|---|---|
| Galmore, Essie | Simmons, Renada |
| Galmore, Essie o/b/o A.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simmons, Renada o/b/o J.S. |
| Galmore, Essie o/b/o C.G. | Simoneaux, Tracy |
| Galmore, Essie o/b/o C.G. | Smith, Ben |
| Galmore, Essie o/b/o J.R. | Somphouk, Bun |
| Galmore, Essie o/b/o S.G. | Somphouk, Bun o/b/o J.P. |
| Galmore, Kenny | Stagg, Sylvia |
| Galmore, Larry | Stallworth, Lemuel |
| Galmore, Shelia | Stallworth, Maxine |
| Godwin, Dwight | Stallworth, Seth |
| Gowland, Kirby | Sterling, Monique |
| Guyton, Sharon | Sterling, Monique o/b/o S.S. |
| Guyton, Sharon o/b/o B.G. | Sterling, Monique o/b/o S.S. |
| Guyton, Tyrell | Sterling, Monique o/b/o S.S. |
| Guyton, Wesley | Sterling, Sean |
| Hahn, Holley | Stewart, Marvell |
| Hart, Jeanette | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie | Stewart, Marvell o/b/o K.S. |
| Hecker, Cle'lie o/b/o B.R. | Taylor, Dorothy |
| Hecker, Cle'lie o/b/o J.H. | Taylor, Dorothy o/b/o C.T. |
| Hinton, Tommy | Taylor, Dorothy o/b/o D.T. |
| Hockett, Shirley | Taylor, Dorothy o/b/o R.T. |
| Howell, Pamela o/b/o K.J. | Tran, Linh o/b/o V.C. |
| Hughes, Rusty | Tran, Linh o/b/o V.C. |
| Johnson, Herman | Tran, Linh o/b/o V.T. |
| Johnson, Jesse | Tran, Linh o/b/o V.T. |
| Johnson, Joshuary | Tran, Trang |
| Jones, Ozell o/b/o Z.B. | Tran, Trang o/b/o K.T. |
| Laneaux, Keoki | Tuberville, Caffie |
| Lasy, Sanh | Ulrich, Ann |
| Lasy, Sanh o/b/o J.L. | Ulrich, John |
| Lasy, Sanh o/b/o V.L. | Vanderbilty, Eugene |
| Lasy, Soumaly | Villareal, Jessica |
| Lasy, Soumaly | Vince, Nolan |
| Lasy, Soumaly o/b/o D.L. | Walker, Candice |
| Lasy, Soumaly o/b/o J.L. | Washington, Bernita |
| Lasy, Vixay | Washington, Bernita |
| Lee, Don | Washington, Joshua |
| Lee, Don | Washington, Joshua o/b/o J.G. |
| Lee, Pamela | Washington, Kevin |
| McGowan, Audroy o/b/o S.S. | Washington, Kevin |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Case 2:07-md-01873-KDE-MBN  Document 23503-2  Filed 11/11/11  Page 9 of 16

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 9 of 16

|  |  |  |
|---|---|---|
|  | Minor, Bobby | Watson, Diedre |
|  | Minor, Maggie | Williams, Yvonne |
|  | Minor, Tammy | Young, Theresa |
| 09-4713 | **Strickland, Ruth v. Forest River** | |
|  | Alexander, Augustine | Salter, Inoka o/b/o M▓▓▓ S▓ |
|  | Marshall, Della | Salter, Jeanette |
|  | Pierre | Spiehler, Anthony |
|  | Salter, Clifford | Spiehler, Pamela |
|  | Salter, Inoka | |
| 09-7855 | **Vallare, Jemalla v. Forest River** | |
|  | Galvan, Emma | Wilmore, Yvonne |
|  | Galvan, Emma o/b/o E▓▓ G▓ | |
| 09-6503 | **Walton, Barbara v. Forest River** | Impson, Jon |
|  | Adams, Heather | Jones, Korridon o/b/o L▓▓▓ J▓ |
|  | Arceneaux, Courtney o/b/o B▓▓ G▓ | Keel, Kelly o/b/o Z▓ K▓ |
|  | Arceneaux, Courtney o/b/o C▓ G▓ | Ladner, Leah o/b/o L▓ L▓ |
|  | Arceneaux, Courtney o/b/o M▓ G▓ | Ladner, Leah o/b/o N▓ L▓ |
|  | Arceneaux, Courtney o/b/o V▓ G▓ | Ladner, Leah o/b/o S▓ S▓ |
|  | Bardwell, David | Ledma, Lulu o/b/o C▓ C▓ |
|  | Bishop, Charles | Marek, Ruth o/b/o A▓ L▓ |
|  | Bishop, Sandra | Marek, Ruth o/b/o D▓ L▓ |
|  | Bishop, Sandra o/b/o S▓ B▓ | McKay, Theresa o/b/o T▓ L▓ |
|  | Bishop, Sandra o/b/o T▓ B▓ | Osterholm, Tammy o/b/o A▓ F▓ |
|  | Blank, Gail | Page, James |
|  | Bosarge, Pamela o/b/o G▓ B▓ | Patterson, Rita o/b/o K▓ P▓ |
|  | Boyd, Mark o/b/o A▓ B▓ | Poillion, Ashley |
|  | Boyd, Mark o/b/o D▓ B▓ | Rager, Harry |
|  | Bradicich, Dennis | Rothwell, Dorothy |
|  | Branger, Peggy | Rothwell, Fredrick |
|  | Cannette, Claire | Ruffin, Breana |
|  | Carver, Evelyn o/b/o J▓ C▓ | Ruffin, Robert |
|  | Courteaux, Jody o/b/o A▓ C▓ | Ruffin, Robert |
|  | Davenport, Myron | Schwartz, Tracy |
|  | Dillard, William | Schwartz, Tracy o/b/o A▓ S▓ |
|  | Esquivel, Beverly o/b/o C▓ E▓ | Smith, Donna |
|  | Fricke, Lance | Spiers, Regina o/b/o D▓ S▓ |
|  | Green, Ashley | Trotter-Dedeaux, Kathryn obo C▓ B▓ |
|  | Green, George | Walters, Ruby |
|  | Green, Mary | Walton, Barbara o/b/o J▓ M▓ |

|  |  |  |
|---|---|---|
|  | Green, Patricia | Wilson, Casey |
|  | Honea, William |  |
| 09-6505 | **Wells-Thompson, Najee v. Forest River** | |
|  | Gasaway, Robert | Reed, Marry |
|  | Ladner, Thomas | Wells-Thompson, Najee |
|  | Moore, Anna o/b/o M.M. |  |
| 09-7855 | **Wilkerson, Mary v. Forest River** | |
|  | Wilkerson, Mary | Woulard, Tammy |
|  | Woods, Celestine | Young, Linda |
|  | Woods, Maurice |  |
| 09-7070 | **Williams, Albert v. Forest River** | |

| | |
|---|---|
| Acker, Rene o/b/o J█ Acker | Ly, Sony |
| Acker, Rene o/b/o M█ Acker | Ly, Yen |
| Adams, Heather o/b/o G█ Poillion | Maillet, Aaron o/b/o A█ M█ |
| Adams, Heather o/b/o K█ Adams | Mallini, Anthony o/b/o A█ M█ |
| Adams, Sheronda o/b/o M█ F█ | Mallini, Anthony o/b/o A█ M█ |
| Alexander, Rikita o/b/o M█ T█ | Mallini, Anthony obo K█ M█ |
| Alford, Karen o/b/o N█ B█ | Martin, Luz |
| Alford, Karen o/b/o S█ B█ | Martin, Percy |
| Alford, Karen o/b/o T█ B█ | McCord, Anastasia |
| Almacker, Derwood | McCord, Cindy |
| Amacker, Challice | McDevitt, Colleen |
| Ambrose, Yashenma o/b/o A█ P█ | McDuffie, Robert |
| Ambrose, Yashenma o/b/o E█ L█ | Melton, Michelle o/b/o S█ M█ |
| Andrews, Mark | Mitchell, Darlene obo B█ D█ |
| Barbazon, Margie o/b/o A█ B█ | Mitchell, Katrise |
| Bardwell, David | Mitchell, Obadiah |
| Barnes, Edgar | Mitchell, Steven |
| Barrington, Ross | Moran, Tina o/b/o K█ M█ |
| Beamon, Wilson | Myers, Terriea o/b/o S█ M█ |
| Bennett, Carrie o/b/o K█ M█ | Nash, Edan |
| Bennett, Pamela o/b/o C█ B█ | Nguyen, An |
| Bermond, Annette | Nguyen, An o/b/o A█ N█ |
| Bermond, Christopher | Nguyen, An o/b/o A█ N█ |
| Bermond, Christopher o/b/o Estate of Dalton | Nguyen, An o/b/o T█ N█ |
| Biehl, Jacqueline o/b/o D█ B█ | Nguyen, Hong o/b/o S█ N█ |
| Bilbo, Tally | Nguyen, Men |
| Brennan, Merle | Nguyen, Tina |
| Bridges, Carvin | Odom, Sylvia o/b/o J█ O█ |

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 11 of 16



| | |
|---|---|
| Brothern, Valerie | Odom, Sylvia o/b/o J___ O___ |
| Brothern, Valerie o/b/o T___ B___ | Pace, Rhonda |
| Brown, Frances | Page, Nicole |
| Brown, Frances o/b/o N___ B___ | Page, Nicole o/b/o M___ P___ |
| Brown, Janie | Page, Nicole o/b/o X___ P___ |
| Brown, Sherman | Patton, Dwanna |
| Brown, Sonya | Patton, T'Chete |
| Brown, Sonya o/b/o Ch___ C___ | Patton, T'Chete o/b/o J___ P___ |
| Brown, Sonya o/b/o C___ C___ | Peterson, Laura |
| Brown, Stacy | Peterson, Laura o/b/o C___ P___ |
| Brown, Vincent | Peterson, Laura o/b/o Da___ Pe___ |
| Bui, Tong | Peterson, Laura o/b/o T___ P___ |
| Burks, Aarien | Peterson, Steve |
| Burrage, Willie | Pizzo, Steven |
| Burton, Bobbie | Poindexter, Ingrid |
| Byrd, Jennifer | Poindexter, Keith |
| Cadwell, Frances | Poindexter, Keith obo K___ P___ |
| Carbo, Nathan | Poindexter, Keith o/b/o K___ P___ |
| Collins, Bryant | Prentiss, Cuevas |
| Collins, Bryant Sr. o/b/o B___ C___ | Price, Sonja |
| Conerly, Bernette o/b/o J___ D___ | Price, Sonja o/b/o Ny___ I___ |
| Cox, Regena | Rainey, Alice o/b/o C___ R___ |
| Crockett, Grace | Rainey, Alice o/b/o ___ R___ |
| Crockett, Roosevelt | Rainey, Carl |
| Cuevas, Chassidy | Rasco, Maggie o/b/o K___ B___ |
| Cuevas, Chassidy o/b/o K___ C___ | Reaux, Page |
| Cuevas, Chassidy o/b/o K___ C___ | Reaux, Ryan |
| Cuevas, Damein | Reddix, John |
| Cuevas, Jearlene | Reddix, Pennie |
| Cuevas, Pansy o/b/o B___ C___ | Rieux, Herman |
| Cuevas, Prentiss | Riley, Kimeta o/b/o K___ R___ |
| Cuevas, Theofield | Roberson, Carolyn |
| Curtis, James o/b/o C___ C___ | Ruffin, Breana o/b/o A___ R___ |
| Davis, Carl | Ruffin, Breana o/b/o D___ R___ |
| DeAngelo, Courtney | Ruffin, Breana o/b/o T___ R___ |
| DeAngelo, Theresa | Rusfin, Andre |
| Dedeaux, Melissa o/b/o R___ D___ | Rusfin, Leqaya |
| Delaney, Fara | Salter, Ricky |
| Duplessis, Antoine | Salter, Steven |
| Duplessis, Miranda | Saucier, Sharon |
| Duplessis, Yolanda | Saunders, Helen |
| Durby, Victoria | Saunders, Helen o/b/o N___ S___ |

GIEGER, LABORDE & LAPEROUSE, L.L.C.
Case 2:07-md-01873-KDE-MBN Document 23503-2 Filed 11/11/11 Page 12 of 16

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 12 of 16

| | |
|---|---|
| Evans, Sean | Saurage, Robert o/b/o A▮ S▮ |
| Ezell, Danial | Saurage, Robert o/b/o G▮ A▮ |
| Farrior, Sandra | Saurage, Robert o/b/o R▮ A▮ |
| Fleming, Gerald o/b/o M▮ F▮ | Scherick, Brandy o/b/o L▮ T▮ |
| Fricke, Cynthia | Schlickbernd, Kathy |
| Gaines, Kenneth | Schlickbernd, Vincent |
| Gaines, Sheba | Schroeder, Henry |
| Garcia, Oscar | Schwartz, Tracy o/b/o D▮ H▮ |
| Garcia, Theresa | Scott, Garval o/b/o J▮ A▮ |
| Garcia, Theresa o/b/o A▮ G▮ | Singleton, Danelle o/b/o A▮ D▮ |
| Gardina, Michelle | Singleton, Danelle o/b/o A▮ S▮ |
| Garriga, Evelyn | Singley, Summer o/b/o M▮ S▮ |
| Gibson, Gayle o/b/o D▮ G▮ | Smith, Doug & Havalyn obo A▮ S▮ |
| Green, James | Smith, Douglas o/b/o K▮ S▮ |
| Grego, Lynn | Smith, Jasmine |
| Grego, Lynn o/b/o J▮ G▮ | Smith, Jasmine o/b/o J▮ S▮ |
| Grego, Lynn o/b/o P▮ G▮ | Smith, Nyasha o/b/o R▮ S▮ |
| Grego, Paul | Spell, Jerry |
| Griffin, Tranett o/b/o R▮ D▮ | Stephens, Brenda |
| Hanshaw, Kim o/b/o T▮ H▮ | Stevison, Jannie |
| Harbin, Bridgette o/b/o C▮ H▮ | Stevison, Jannie o/b/o G▮ S▮ |
| Hatampa, Esther o/b/o L▮ E▮ | Stockman, Johnny |
| Haynes, Yolunda o/b/o D▮ H▮ | Stockman, Walter |
| Hearndon, Randel | Strickland, Lionel |
| Henderson, David o/b/o Z▮ H▮ | Stucke, Clinton |
| Hill, Brandy o/b/o A▮ H▮ | Stucke, Jeannette |
| Hill, Brandy o/b/o X▮ H▮ | Stucke, Jeannette o/b/o J▮ D▮ |
| Hillhouse, Brenda | Sutton, Jamie o/b/o R▮ S▮ |
| Hillhouse, Eric | Taylor, Marthina o/b/o R▮ S▮ |
| Horn, Deborah | Thomas-Burton, Corinn o/b/o K▮ J▮ |
| Hughes, Geraldine | Tillison, Georgia |
| Hughes, Richard | Tillison, Georgia o/b/o G▮ T▮ |
| Huynh, My | Tillison, Georgia o/b/o I▮ T▮ |
| Huynh, Phuoc | Tillison, Larry |
| Isabel, Paula o/b/o K▮ W▮ | Tran, Chin |
| Isabell, James | Tran, Chin o/b/o C▮ T▮ |
| Isabell, Jason | Tran, Chin o/b/o C▮ T▮ |
| Isabell, Jeff o/b/o J▮ I▮ | Tran, Chin o/b/o N▮ T▮ |
| Isabell, Jeffery | Tran, Nga |
| Isabell, Kimberly | Tran, Tuan |
| Isabell, Paula | Truong, Em |
| Johnson, Abigail | Verzal, Jerri o/b/o B▮ V▮ |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 13 of 16

| | |
|---|---|
| Johnson, Charles | Verzal, Jerri o/b/o S___ V___ |
| Johnson, Deborah | Walker, Erica o/b/o K___ G___ |
| Johnson, Hannah | Walkes, Nichole o/b/o C___ W___ |
| Johnson, Mia o/b/o J___ J___ | Walkes, Nichole o/b/o M___ W___ |
| Johnson, Peggy | Watson, Mary o/b/o A___ S___ |
| Johnson, Peggy o/b/o M___ J___ | Wescovich, Eli |
| Johnson, Peggy o/b/o P___ J___ | Weston, Danneil o/b/o D___ W___ |
| Johnson, Peggy o/b/o S___ J___ | Williams, Albert |
| Johnson, Renee | Williams, Carzell o/b/o D___ W___ |
| Johnson, Renee o/b/o R___ E___ | Williams, Debra |
| Johnson, Renee o/b/o R___ | Williams, Debra o/b/o D___ W___ |
| Johnson, Theresa | Williams, Gabriel |
| Johnson, Theresa o/b/o A___ | Williams, Jucinta |
| Johnson, Theresa o/b/o T___ L___ | Williams, Jucinta o/b/o T___ W___ |
| Jones, Bobbie | Williams, Matilde |
| Jones, Phillip | Williams, Raven o/b/o N___ W___ |
| Jordan, Henry o/b/o H___ | Williams, Unetra |
| Kitchens, Brenda | Wills, David |
| Ladner, Lisa o/b/o E___ S___ | Wilson, Robert |
| Lam, Hen | Woulard, Tammy o/b/o J___ A___ |
| Loper, Sarah | Young, Cynthia |
| Loper, Sarah o/b/o S___ L___ | Ziegler, Farrell |
| Ly, Chen | Zollicoffer, Lakita |
| Ly, Chen o/b/o B___ C___ | Zollicoffer, Lakita o/b/o K___ R___ |
| Ly, Chen o/b/o C___ | Zollicoffer, Lakita o/b/o R___ G___ |
| Ly, Chen o/b/o T___ C___ | |



**09-6502**  **Young, Rufus v. Forest River**

| | |
|---|---|
| Alexander, Tonya o/b/o A.V. | Neese, Jessica o/b/o A.N. |
| Alexander, Tonya o/b/o D.A. | Neese, Jessica o/b/o L.N. |
| Arceneaux, Andrew o/b/o B.A. | Neese, Jessica o/b/o M.N. |
| Arceneaux, Andrew o/b/o L.A. | Neese, Jessica o/b/o W.N. |
| Ashley, Bryan | Nguyen, Ann o/b/o P.N. |
| Baker, Niny o/b/o Z.B. | Nguyen, Bich o/b/o A.N. |
| Ballard, Christopher o/b/o L.B. | Nguyen, Bich o/b/o D.N. |
| Ballard, Seketha o/b/o C.B. | Nguyen, Bich o/b/o J.N. |
| Bello-Pike, Daphane o/b/o C.B. | Nguyen, Bich o/b/o S.N. |
| Bennett, Elizabeth o/b/o E.B. | Nguyen, Dung |
| Bennett, Pamela o/b/o J.B. | Nguyen, Gong o/b/o L.N. |
| Biehl, Jacqueline o/b/o B.B. | Nguyen, Gong o/b/o S.N. |
| Biehl, Jacqueline o/b/o M.B. | Nguyen, Hong o/b/o L.N. |
| Blackston, Clarrisa o/b/o D.B. | Nguyen, Hong o/b/o L.N. |

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 14 of 16

| | |
|---|---|
| Blackston, Clarrisa o/b/o L.B. | Nguyen, John o/b/o T.N. |
| Bonnett, Elizabeth o/b/o T.B. | Nguyen, Lina o/b/o A.D. |
| Booker, Orlanda o/b/o S.B. | Nguyen, Lina o/b/o D.N. |
| Bourg, Tricia o/b/o B.B. | Nguyen, Long o/b/o S.N. |
| Bourgeois, April o/b/o J.D. | Nguyen, Nhan o/b/o V.N. |
| Bourgeois, April o/b/o J.F. | Odom, Krista o/b/o K.W. |
| Bourgeois, April o/b/o L.B. | Owenby, Valerie o/b/o D.M. |
| Bourgeois, April o/b/o P.B. | Pace, Tonya o/b/o J.M. |
| Branom, Teresa o/b/o H.B. | Pace, Tonya o/b/o T.P. |
| Broussard, Clifton o/b/o J.B. | Parkinson, Lora o/b/o G.P. |
| Bui, Bich o/b/o M.N. | Parkinson, Lora o/b/o M.P. |
| Caraviello, Dorena o/b/o K.C. | Parkinson, Lora o/b/o S.P. |
| Catalanotto, Lisa o/b/o D.W. | Patrick, Jeremy o/b/o J.P. |
| Cochran, Amy o/b/o A.C. | Perks, David o/b/o E.S. |
| Danley, Kristie o/b/o J.D. | Perks, David o/b/o K.P. |
| Danley, Kristie o/b/o K.D. | Peterson, Carolyern |
| Davis, Willie o/b/o J.D. | Peterson, Christopher o/b/o B.P. |
| Davis, Willie o/b/o M.D. | Phillips, Samantha o/b/o A.P. |
| Dillard, Carleaner o/b/o S.B. | Piot, Pamela o/b/o C.K. |
| Doan, Dan o/b/o C.N. | Piot, Pamela o/b/o C.K. |
| Doan, Dan o/b/o I.N. | Piot, Pamela o/b/o D.T. |
| Duong, Lieu o/b/o A.P. | Preston, Lucy o/b/o D.C. |
| Feigel, Kimberly o/b/o K.P. | Preston, Lucy o/b/o K.C. |
| Feigel, Kimberly o/b/o M.B. | Preston, Lucy o/b/o K.M. |
| Feigel, Kimberly o/b/o T.D. | Preston, Lucy o/b/o L.D. |
| Fleming, Gerald o/b/o Z.F. | Preston, Lucy o/b/o T.S. |
| Foster, Rondeshia o/b/o A.F. | Preston, Lucy o/b/o Z.M. |
| Galloway, Jennifer o/b/o K.G. | Pullman, Kayla o/b/o M.M. |
| Garcia, Kevin o/b/o K.G. | Rainey, Alice |
| Garry, Kanita o/b/o K.M. | Rasco, Maggie o/b/o C.W. |
| Giavotella, Michele o/b/o L.G. | Rasco, Maggie o/b/o K.W. |
| Goff, Frank o/b/o S.B. | Rasco, Maggie o/b/o K.W. |
| Goff, Luctrecia o/b/o K.G. | Rasco, Maggie o/b/o Z.W. |
| Guy, Jennifer o/b/o W.G. | Rasmussen, Tina o/b/o J.R. |
| Harbin, Bridgette o/b/o A.H. | Ray, Dori o/b/o S.R. |
| Henderson, Stuart o/b/o R.H. | Richardson, Amanda o/b/o K.R. |
| Hoda, Miranda o/b/o A.H. | Richardson, Amanda o/b/o P.R. |
| Hoda, Miranda o/b/o A.P. | Robbins, Richie o/b/o Z.Q. |
| Hoda, Miranda o/b/o B.H. | Robinson, Angela o/b/o D.R. |
| Hoda, Miranda o/b/o B.P. | Robinson, Angela o/b/o T.R. |
| Hoda, Miranda o/b/o C.P. | Rogers, Cecil o/b/o E.R. |
| Hood, Harvey o/b/o R.H. | Rowell, Amber o/b/o Z.F. |

| | |
|---|---|
| Hutto, Tammy o/b/o J.M. | Rowell, Noel o/b/o J.R. |
| Jackson, Arlene o/b/o Z.T. | Saunders, Sharice o/b/o C.W. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o J.P. |
| Jackson, Darian o/b/o D.J. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Evette o/b/o K.T. | Shannon, Ashunda o/b/o M.S. |
| Jenkins, Rose o/b/o A.J. | Shipman, Shirley o/b/o K.S. |
| Jenkins, Rose o/b/o C.J. | Shipman, Shirley o/b/o K.S. |
| Johnson, Brenda o/b/o S.S. | Smith, Jasmine o/b/o D.S. |
| Jones, Shawn o/b/o S.J. | Smith, Jasmine o/b/o N.S. |
| Kendrick, Shoneen o/b/o H.A. | Smith, Kiona o/b/o T.S. |
| Kendrick, Shoneen o/b/o N.A. | Smith, Mary o/b/o K.S. |
| Keppard, Kathy o/b/o K.V. | Smith, Mary o/b/o S.S |
| Keppard, Kathy o/b/o K.V. | Sonnier, Patricia o/b/o M.S. |
| Knight, Erika o/b/o J.L. | Speir, Stephanie o/b/o L.S. |
| Ladner, Yolaine | Speir, Stephanie o/b/o M.S. |
| Ladner, Yolaine o/b/o C.L. | Spiers, Michael o/b/o M.B. |
| Ladner, Yolaine o/b/o M.L. | Spiers, Regina o/b/o M.S. |
| Lafontaine, Kermit o/b/o D.L. | Swicegood, Dick o/b/o C.S. |
| Lafontaine, Kermit o/b/o K.L. | Thomas, Melanie o/b/o K.V. |
| Lafontaine, Kermit o/b/o Z.L. | Thomas, Pernice o/b/o C.T. |
| Lafontaine, Steven o/b/o J.L. | Thomas, Pernice o/b/o M.M. |
| Lafontaine, Steven o/b/o S.L. | Thompson, Gatric o/b/o L.M. |
| Laneaux, Mary | Thompson, Gatrick o/b/o C.S. |
| Lawrence, Mary o/b/o L.L. | Thompson, Gatrick o/b/o S.T. |
| Lawrence, Mary o/b/o V.B. | Tyler, Debra o/b/o K.T. |
| Le, Kim o/b/o K.L. | Varnado, Teressa o/b/o K.N. |
| Martin, Chrystal o/b/o E.M. | Varnado, Teressa o/b/o T.N. |
| Martin, Chrystal o/b/o M. | Vaughen, Kerry o/b/o K.V. |
| Martin, Glinda o/b/o V.M. | Vaughen, Kerry o/b/o K.V. |
| Mason, Shauna o/b/o A.B. | Vaughen, Kerry o/b/o T.R. |
| Mauffray, Lora | Vu, Hue o/b/o V.N. |
| Mauffray, Lora o/b/o A.M. | Walks, Marvin |
| Mauffray, Lora o/b/o J.M. | Walks, Nichole |
| McDaniel, Ethel | Watson, Ivy o/b/o A.W. |
| McDaniel, Ethel o/b/o L.A. | Watson, Ivy o/b/o L.W. |
| McDaniel, Ethel o/b/o L.M. | Welch, Aimee o/b/o G.W. |
| McDaniel, Tracy o/b/o M.M. | Welch, Aimee o/b/o T.F. |
| McDaniel, Tracy o/b/o P.M. | Wells, Tess o/b/o H.W. |
| Mclain, Walter o/b/o W.M. | White, Nikita o/b/o N.W. |
| Moffet, Brenna o/b/o A.S. | Williams, Raven o/b/o D.W. |
| Moffett, Brenna o/b/o H.M. | Williams, Robert o/b/o R.W. |
| Moran, Brandy o/b/o E.M. | Williams, Robert o/b/o T.W. |

Robert C. Hilliard, Esq.
Kevin W. Gillo, Esq.
May 2, 2011
Page 16 of 16

| | |
|---|---|
| Moran, Brandy o/b/o J.M. | Willis, Heather o/b/o J.D. |
| Moran, Marisa o/b/o K.S. | Willis, Heather o/b/o V.D. |
| Moran, Marisa o/b/o M.M. | Yarborough, Sherry o/b/o K.R. |
| Moran, Melissa o/b/o A.B. | Young, Katrina o/b/o J.W. |
| Moran, Tina o/b/o K.M. | Young, Katrina o/b/o J.W. |
| Morgan, Angel o/b/o N.M. | Young, Katrina o/b/o J.W. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Deborah o/b/o M.Z. |
| Necaise, Kimberlee o/b/o D.N. | Zoerner, Katie o/b/o M.G. |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

*Carson Strickland*

Carson W. Strickland

CWS/flj

cc    Andrew Weinstock
      Justin Woods
      Dave Kurtz