# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Wednesday, November 09, 2011 12:57 PM |
| **To:** | 'Robert Hilliard'; Watts, Mikal |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; Ashley Bouchon |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's REVISED Motion to Dismiss attached |
| **Attachments:** | Motion (Hilliard-Corrected).pdf; Memo (Hilliard-Corrected).pdf |
| **Importance:** | High |

Please disregard the email and draft Motion to Dismiss which was forwarded to you yesterday as it erroneously seeks dismissals of the suits listed in their entirety as opposed to particular plaintiffs from those suits.

**Attached is a revised draft Motion to Dismiss along with Memorandum in Support** which we intend to file on behalf of Forest River, Inc. on the afternoon of Friday, November 11, 2011. Please advise whether you will oppose or consent to the filing of the attached revised Motion to Dismiss. If we do not hear from you by Noon on Friday, November 11, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

I apologize for any confusion which may have been caused. Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
Assistant to William A. Barousse and J. Michael DiGiglia
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

