# Fran Jeblonski

| | |
|---|---|
| **From:** | Roberta Burns [rburns@torres-law.com] |
| **Sent:** | Friday, November 11, 2011 12:33 PM |
| **To:** | Mike DiGiglia; Jessica Bastoe |
| **Cc:** | Fran Jeblonski; Phyllis Michon; Ernie Gieger; Megan Cambre |
| **Subject:** | RE: FEMA Trailer Formaldehdye Litigation - Forest River's Motion to Dismiss attached |

No opposition to dismissing Mark Morise from the suit

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


-----Original Message-----
From: Mike DiGiglia [mailto:mdigiglia@glllaw.com]
Sent: Friday, November 11, 2011 11:03 AM
To: Jessica Bastoe
Cc: Fran Jeblonski; Roberta Burns; Phyllis Michon; Ernie Gieger; Megan Cambre
Subject: Re: FEMA Trailer Formaldehdye Litigation - Forest River's Motion to Dismiss attached

Jessica,

Since Joann Morise is not already in that case, we will oppose a motion to substitute Ms. Joann Morise for Mr. Mark Morise.  Do you consent to our motion to dismiss Mr. Mark Morise?

Thanks,

Mike

J. Mike DiGiglia
Of Counsel
Gieger, Laborde & Laperouse, LLC
Sent from my iPhone



On Nov 11, 2011, at 10:42 AM, "Jessica Bastoe" <jbastoe@torres-law.com> wrote:

1

> Ms. Jeblonshi:
>
> In response to your motion to dismiss Mark Morise attached please find PFS for claimant Joann Morise. We have verified that she was in the same THU and would like to move to substitute Ms. Joann Morise for Mr. Mark Morise.
>
> Please do not hesitate to contact me with any questions that you may have.
>
> Thank you,
>
> Jessica Bastoe
> Law Offices of Sidney D. Torres, III
> 8301 W. Judge Perez Dr., Suite 303
> Chalmette, LA 70043
> (504) 271-8422
> Fax: (504)-271-1961
> Email: jbastoe@torres-law.com<mailto:jbastoe@torres-law.com>
> www.torres-law.com<http://www.torres-law.com/>
>
> CONFIDENTIALITY NOTICE:  INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE.  This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed.  This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others.  Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments.  Thank you.
>
>
> From: Fran Jeblonski
> [mailto:fjeblonski@glllaw.com]<mailto:[mailto:fjeblonski@glllaw.com]>
> Sent: Tuesday, November 08, 2011 4:13 PM
> To: Sidney Torres; Roberta Burns
> Cc: Ernie Gieger; Mike DiGiglia; Megan Cambre; Ashley Bouchon
> Subject: FEMA Trailer Formaldehdye Litigation - Forest River's Motion
> to Dismiss attached
> Importance: High
>
> Attached is a draft Motion to Dismiss along with Memorandum in Support which we intend to file on behalf of Forest River, Inc. in the afternoon of Friday, November 11, 2011.  Please advise whether you will oppose or consent to the filing of the Motion to Dismiss.  If we do not hear from you  by Noon on Friday, November 11, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.
>
> Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.
>
>
> [smalllogo]
> Fran Jeblonski
> Assistant to William A. Barousse and J. Michael DiGiglia Direct Dial:
> 504-654-1359
> Facsimile: 504-561-1011
> www.glllaw.com<http://www.glllaw.com/>
>

> CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.
>
>
>
> <image001.jpg>
> <Motion to Dismiss in Entirety (Torres).pdf> <Memo (Torres).pdf>
> <Forest River-morise, joann.PDF>

3