UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION 'N-5' |
| THIS DOCUMENT RELATES TO: Case No. 10-3731 | * * * | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the forgoing Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted dismissing the claim of the following Plaintiff, and the accompanying case in its entirety:

**10-3731**        **Authement, Jay J. v. Forest River**

Morise, Mark

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT