## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Brooks, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 09-8367 | * | |
| Plaintiff:  Preston Hawkins | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss is **GRANTED**, as to **PRESTON HAWKINS**.


_____
UNITED STATES DISTRICT JUDGE


00270148-1