-----Original Message-----
From: Trevino, Marilyn J. [mailto:MTrevino@nexsenpruet.com]
Sent: Friday, October 21, 2011 11:01 AM
To: Carmen Motes
Cc: Dominick, Paul A.; McNair, William Chase
Subject: RE: Amended PFS-PRESTON HAWKINS [IWOV-NPCHAR1.FID132081]

Carmen: It just dawned on me that I never got back to you on this one or the others. We are fine with the dismissal of Gulfstream. His claim is against Fleetwood.

Marilyn J. Trevino
Paralegal
Nexsen Pruet, LLC
205 King St, Suite 400
Charleston, SC  29402
Post Office Box 486 (29402)
T: 843.720.1733  F: 8434148225
MTrevino@nexsenpruet.com

www.nexsenpruet.com

-----Original Message-----
From: Carmen Motes [mailto:cmotes@duplass.com]
Sent: Sunday, October 09, 2011 8:56 AM
To: McNair, William Chase
Cc: Trevino, Marilyn J.
Subject: FW: Amended PFS-PRESTON HAWKINS
Importance: High

The attached Amended PFS identifies Mr. Hawkins trailer as being a Fleetwood. As this is not a GSCI vin or trailer, do you have any oppositions to a Mtn. to Dismiss Gulf Stream only?


Thanks

Carmen

-----Original Message-----
From: McNair, William Chase [mailto:CMcNair@nexsenpruet.com]
Sent: Wednesday, June 15, 2011 3:19 PM
To: CARMEN MOTES

1

Cc: Trevino, Marilyn J.
Subject: Amended PFS

Carmen,

Attached are amended PFS for the plaintiffs that had deficiencies. With these being sent, Nexsen Pruet/Nicaud & Sunseri should be current through August 4th. If you have any questions please don't hesitate to ask.

Thanks,

Chase McNair

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.