UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                     MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 8:30 a.m. conference on **Thursday, November 17, 2011**, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court.  To be clear, the only individuals who will be granted admittance to the 8:30 a.m. conference on November 17, 2011 are:

                         Jerry Meunier
                         Justin Woods
                         Matt Moreland
                         Raul Bencomo
                         Frank D'Amico, Jr.
                         Tony Buzbee
                         Mikal Watts
                         Dennis Reich
                         Robert Becnel
                         Robert Hilliard
                         Andy Weinstock
                         Joe Glass
                         Ernie Gieger
                         Stewart Tharp
                         Ryan Johnson (in the event of Jim Percy's absence)
                         Tim Scandurro

        Dave Kurtz
        Karen Whitfield
        Charlie Penot
        Gerry Barrios
        John Hainkel
        Lamont Domingue (in Tom Thagard's absence)
        Henry Miller (attendance optional)
        Adam Dinnell (attendance optional)
        Ralph Hubbard
        Charles Leche
        John Perry (attendance optional)
        Dan Balhoff (attendance optional)
        Randi Ellis (attendance optional)

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Thursday, November 17, 2011, is open to all.

New Orleans, Louisiana, this 11th day of November, 2011.

                                **KURT D. ENGELHARDT**
                                **UNITED STATES DISTRICT JUDGE**