UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Mary Allison, obo Marvin Hamilton | * | |
| Tiffany Johnson, obo Roger King | * | |
| Lorry Gilmore, obo Tyree Washington | * | |
| Jenio Thomas, obo Jeina Thomas | * | |
| Shawntel Walker | * | |
| Shawntel Walker, obo Shawn Walker | * | |
| Athena Walstrum | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. No. 23320) filed Jayco, Inc., Bechtel National, Inc., and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED**, as to plaintiffs, Mary Allison on behalf of Marvin Hamilton, Lorry Gilmore on behalf of Tyree Washington, Jenio Thomas on behalf of Jeina Thomas, Shawntell Walker, Shawntell Walker on behalf of Shawn Walker, and Athena Walstrum, only.

New Orleans, Louisiana, this ___14th___ day of ___November___, 2011.

_____
UNITED STATES DISTRICT JUDGE

1