UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 09-5976

### **O R D E R**

Considering that Plaintiff's Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (Rec. Doc. 23498) is opposed, **IT IS ORDERED** that the motion is set for submission to the Court on **November 30, 2011 at 9:30 a.m.**, without oral argument.

New Orleans, Louisiana, this 14th day of November, 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**