UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Brian Alexander, et al., v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 09-8646*
*********************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
## FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8646 to include the following named Plaintiffs:

Keith Brown

Willie Brown

Joseph Jones

Glen Robert

Glenda Williams

Rhonda King

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants

involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs were originally placed in place-holder suits, *Cynthia Davis, et al., v. Cavalier Home Builders, LLC/Cavalier Homes, et al.,* Case No. 2:09-cv-8656 (Keith Brown, Willie Brown, Joseph Jones, Glen Robert, and Glenda Williams) and *Silverine Ambeau, et al. v. Forest River, Inc., et al.,* Case No. 2:09-cv-8702 (Rhonda King) based upon the information provided at the time of filing. A review of documents and materials available to Plaintiffs now show that Plaintiffs were erroneously placed in the above-referenced suits and are now able to be matched to Gulf Stream Coach, LLC. This motion is solely intended to place the above-named Plaintiffs in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, these Plaintiffs resided in the same type of FEMA supplied emergency housing unit manufactured by Gulf Stream Coach, LLC, as the existing Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to add the above-named Plaintiffs to an existing complaint and remove their names from the erroneous Complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)