Anne E. Briard
Tel.: (504) 568-1990
Fax: (504) 310-9195

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
abriard@lawla.com

June 15, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that the Plaintiff Fact Sheet for plaintiff James Allen, in *Amber Jones et al. v. R-Vision, Inc., et al.*, No. 09-7104, is deficient in the following key data fields:

| | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☒ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☐ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |

deficiency letter-james allen

**EXHIBIT D**

| ☒ | Number of hours spent in the trailer each day | V.13. |
| --- | --- | --- |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☒ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1&4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

It appears the treatment for Formaldehyde-related injury item does not indicate whether any doctor diagnosed any condition as occurring as a result of living in the trailer.

The information provided by the Government indicates that plaintiff lived in an R-Vision trailer, but the Plaintiff Fact Sheet states that Gulfstream was the manufacturer. Please clarify which is the correct manufacturer. In addition, the Plaintiff Fact Sheet is unsigned.

We also noted the following additional deficiencies:

1. Page 2: cell phone number, work telephone number, other telephone number, email address
2. Page 7:
    a. Dates of residence at each address
    b. Place of birth
    c. state driver's license number and the state issuing license
    d. Educational and employment information
3. Page 9: previous claims information
4. Page 10: Family information
5. Page 12 – 13: Please complete information about R-Vision
6. Page 14:
    a. Height
    b. Current weight
    c. Weight prior to living in a FEMA trailer or mobile home
7. Page 15-16: medical history not provided
8. Page 16:
    a. No answer to whether plaintiff has ever had a chest x-ray, CT scan or MRI
9. Page 18:
    a. Identify your current family doctor
    b. Identify your primary care physicians for the last 7 years
    c. Identify each hospital where you received outpatient treatment or been admitted as a patient during the last 7 years
    d. Each hospital, clinic or healthcare facility where you received outpatient treatment during the last 7 years
    e. Each physician or healthcare provider from whom you have received treatment during the last 7 years
    f. Each pharmacy that has dispensed medication to you during the last 7 years.
10. Medical releases are not signed.

deficiency letter-james allen

EXHIBIT D

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days. Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

*[signature]*

Anne E. Briard

AEB/
Cc:  All liaison counsel (by email)
     Government counsel (by email)

deficiency letter-james allen

**EXHIBIT D**