# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225733  
**Case Name** Allen, James  
**DOB** 12/5/1969   **SSN**  
**Cause No.** 09-7104  
**Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.

| Question # | Question |
|---|---|
| 1. | Psychological Treatment PFS Section III.C.8. |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall whether I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 2. | Only if you are requesting reimbursement of medical expenses PFS Section III.C.9. |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall whether I am making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 3. | Only if you are making a wage claim PFS Section IV.F.3 |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall whether I am making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 4. | Number of hours spent in the trailer each day PFS Section V.13. |

**Pet ID** 1264  
**Def ID** 46

**Answer**

EXHIBIT F

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| WGC# 225733 | Cause No. 09-7104 |
| Case Name Allen, James | Case Style Amber Jones, et al. vs. R-Vision, Inc., et al. |
| DOB 12/5/1969   SSN | |

**Question #** Question

**Pet ID**

**Def ID**

**Notice #**
Def 1

**Answer**
I do not recall the average number of daily hours I spent in my FEMA housing unit.

**Question #** Question
5.   Names of all trailer residents (residing) PFS Section V.E.

**Pet ID**
1264

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall the information of other persons who resided with me in my FEMA housing unit.

**Question #** Question
6.   Plaintiff's Smoking History PFS Section VI.C.

**Pet ID**
1264

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall whether I have ever smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

**Question #** Question
7.   Smoking History of Other Trailer Resident(s) PFS Section VI.D.

**Pet ID**
1264

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall whether anyone who resided with me used any kind of tobacco product.

**Question #** Question
8.   Prior Medical History PFS Section VI(F)(1&4)

**Pet ID**

**Def ID**

EXHIBIT F

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225733  
**Case Name** Allen, James  
**DOB** 12/5/1969   **SSN**

**Cause No.** 09-7104  
**Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.

**Pet ID**  
1264

**Def ID**  
46

**Notice #**  
Def 1

**Answer**
1. I do not recall whether I have ever suffered from lung or other respiratory disease.
2. I do not recall whether I have ever suffered from an infectious disease.
3. I do not recall whether I have ever suffered from long term stomach or bowel disease.
4. I do not recall whether I have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 9. | Treatment for Formaldehyde Related Injury PFS Section VII.B. |

**Pet ID**  
1264

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall whether any doctor(s) or health care provider(s) treated me for disease/illness/injury that I have suffered due to formaldehyde exposure.

_[signature]_                                      7/11/2011  
Plaintiff or Representative                         Date

EXHIBIT F