| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

**BY FACSIMILE: 361-882-3015**
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re:   In Re: **FEMA Trailer Formaldehyde Products Liability Litigation**
**United States District Court, Eastern District of Louisiana**
**MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez**
**Our File No. 14257-09563**

Dear Mr. Hilliard:

Our records reflect that several claimants in the case captioned *Amber Jones et al. v. R-Vision, Inc., et al.*, No. 09-7104, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Gloria Bridges
2. James Allen
3. Nelson Bartholomew
4. Takenya Collins
5. Takenya Collins obo Kelsey Collins

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher M. Redmann/AEB*

Kristopher M. Redmann

KMR/aeb

959603_1

**EXHIBIT G**