Anne E. Briard
Tel.: (504) 568-1990
Fax: (504) 310-9195

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
abriard@lawla.com

June 15, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that the Plaintiff Fact Sheet for plaintiff Nelson Bartholomew, in *Amber Jones et al. v. R-Vision, Inc., et al.*, No. 09-7104, is deficient in the following key data fields:

| | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☒ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☒ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |

deficiency letter-nelson bartholomew

EXHIBIT H

| | | |
|---|---|---|
| ☒ | Number of hours spent in the trailer each day | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☒ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1&4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

It appears the treatment for Formaldehyde-related injury item does not indicate whether any doctor diagnosed any condition as occurring as a result of living in the trailer. In addition, the Plaintiff Fact Sheet is not signed.

We also noted the following additional deficiencies:

1. Page 2: cell phone number, work telephone number, other telephone number, email address
2. Page 7:
    a. Dates of residence at each address
    b. State driver's license number and state issuing license
    c. Place of birth
    d. Male or female
    e. Educational and employment information
3. Page 9: previous claims information
4. Page 10: Family information
5. Page 12-13: Please complete information about the trailer.
6. Page 13:
    a. Height
    b. Current weight
    c. Weight prior to living in a FEMA trailer or mobile home
7. Page 14-15: medical history not provided
8. Page 15:
    a. No answer to whether plaintiff has ever had a chest x-ray, CT scan or MRI
9. Page 18-19:
    a. Identify your current family doctor
    b. Identify your primary care physicians for the last 7 years
    c. Identify each hospital where you received outpatient treatment or been admitted as a patient during the last 7 years
    d. Each hospital, clinic or healthcare facility where you received outpatient treatment during the last 7 years
    e. Each physician or healthcare provider from whom you have received treatment during the last 7 years
    f. Each pharmacy that has dispensed medication to you during the last 7 years.
10. Medical releases are not signed by plaintiff.

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days. Please

deficiency letter-nelson bartholomew

EXHIBIT H

let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

Anne E. Briard

AEB/
Cc: All liaison counsel (by email)
    Government counsel (by email)

EXHIBIT H