# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637  
**Case Name** Bartholmew, Nelson  
**DOB** 11/30/1947 **SSN** 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  
**Cause No.** 09-7104  
**Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.

| Question # | Question |
|---|---|
| 1 | Psychological Treatment Section III (C)(8): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I am not claiming mental or emotional damages as a result of living in the FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses; Section III (C)(9): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall if I am making a claim for medical expenses.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim; Section IV. (F)(3): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I am not making a wage loss claim or claim for lost earning capacity.

| Question # | Question |
|---|---|
| 4 | Move Out Date; Section V (A)(8): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall my move out date.

| Question # | Question |
|---|---|
| | |

Pet ID

EXHIBIT J

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637  **Cause No.** 09-7104
**Case Name** Bartholmew, Nelson  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 11/30/1947  **SSN** 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

| Question # | Question |
|---|---|
| 4 | Move Out Date; V (13): |

**Pet ID**: 1264
**Def ID**: 46
**Notice #**: Def 1

**Answer**
I do not recall my move out date.

| Question # | Question |
|---|---|
| 5 | Names of all trailer residents (residing); VI (C): |

**Pet ID**: 1264
**Def ID**: 46
**Notice #**: Def 1

**Answer**
I do not recall the information of other persons that resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Plaintiff's Smoking History; VI (D): |

**Pet ID**: 1264
**Def ID**: 46
**Notice #**: Def 1

**Answer**
I do not recall my personal smoking history. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s); VI (D): |

**Pet ID**: 1264
**Def ID**: 46
**Notice #**: Def 1

**Answer**

EXHIBIT J

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637  
**Case Name** Bartholmew, Nelson  
**DOB** 11/30/1947   **SSN** 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  
**Cause No.** 09-7104  
**Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.

I do not recall the smoking history of others that resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 8 | Prior Medical History; VI (F)(1-4): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1

**Answer**

1. I do not recall if I suffered from lung or other respiratory disease.

2. I do not recall if I suffered from infectious disease.

3. I do not recall if I suffered from long term stomach or bowel disease.

4. I do not recall if I suffered from skin disease.

| Question # | Question |
|---|---|
| 9 | Treatment for Formaldehyde Related Injury; VII (B): |

**Pet ID** 1264  
**Def ID** 46  
**Notice #** Def 1

**Answer**

I do not recall the doctors, treatments, or date of treatments received for the disease, illness, or injury related from living in the FEMA trailer.

_[signature]_                                7/11/2011  
Plaintiff or Representative                  Date

EXHIBIT J