UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SECOND AMENDMENT TO ORDER FOR
PLAINTIFFS' COUNSEL TIME AND EXPENSE SUBMISSIONS

Considering the foregoing motion,

IT IS ORDERED that the Court's Order for Plaintiffs' Counsel Time and Expense Submissions entered on March 24, 2008 as Doc. 115, and amended by this Court's Order entered on December 17, 2008 as Doc. 998, be further amended by adding the following language to Section I(5) of the original Order:

All time and expense submissions for common benefit services rendered between December 31, 2008 and September 30, 2011 must be reflected in time records submitted by December 31, 2011. After December 31, 2011, no time records for common benefit services rendered prior to September 30, 2011 shall be considered. Thereafter, all time and expense submissions shall be submitted quarterly and will be due thirty days after the end of each quarter (i.e. October 1, 2011 - December 31, 2011 submission shall be due

on January 31, 2012, January 1, 2012 - March 31, 2012 submission shall be due on April 30, 2012, etc.). Hereafter, no common benefit services rendered outside of that quarterly period will be considered included in that submission, subject to further orders of the Court;

IT IS FURTHER ORDERED that the provisions of the Court's March 24, 2008 Order (Doc. 115), as amended by the Court's December 17, 2008 Order (Doc. 998) and as further amended by this Order, are applicable to, and binding upon, any and all plaintiffs' counsel (whether of record or not) who submit a request to be compensated for common benefit services or reimbursed for common benefit expenses in the course of these MDL proceedings; and

IT IS FINALLY ORDERED that any and all internal operating rules and procedures adopted by the Plaintiffs' Steering Committee (PSC) with regard to time and expense record-keeping shall be modified to the extent inconsistent with the foregoing, but otherwise not affected by this Order.

THIS DONE the 14th day of ___November___, 2011, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT