**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Kristopher M. Redmann
Tel.: (504) 568-1990
Fax: (504) 310-9195

e-mail:
kredmann@lawla.com

May 20, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that several claimants in the case captioned *Marica Stephen et al. v. R-Vision, Inc., et al.*, No. 09-7917, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Carol Wilkinson
2. Cornell Keller
3. Danell Dallon obo Dareion Dallon
4. Danell Dallon obo Davon Dallon
5. Don Murray, Jr.
6. Ervin Melancon
7. Jerrell Zeno
8. Jeffery Barrett
9. Jimmy Diggs
10. Joan Lee obo Marina Lee
11. Joseph Dice
12. Joseph Perry
13. Joshua Palmer
14. Joshua McGowan
15. Dylan Coleman
16. Kevin Wayne Perry
17. Marica Stephens
18. Martin Gilbert Zeno
19. Martin Zeno obo Aajaylah Zeno
20. Monique Cooper
21. Monique Cooper obo Deonte Cooper

959342_1

**EXHIBIT J**

22. Patricia Harris obo Sanya Harris
23. Robert Lee Jr.
24. Sharon Dice
25. Shauron Willis obo J'shaun Piernas
26. Steve Dice
27. Takena Collins obo Lamar Veasley
28. Thanh Thi Nguyen obo Thanh Thi Nguyen
29. Thanh Nguyen obo Thanh Nguyen
30. Thuy Le Pham
31. Trenice Felton
32. Trenice Felton obo Jayson Bardell
33. Troy Zeno
34. Velvet Davis
35. Victoria Harris
36. Victoria Harris obo Estate of Lillian Harris, deceased

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher M. Redmann/AEB*

Kristopher M. Redmann

KMR/aeb

959342_1

EXHIBIT J