UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>    *Stephen v. R-Vision, Inc.*<br>    No. 09-7917<br>    Plaintiffs:<br>    Marica Stephen<br>    Takena Collins obo Lamar Veasley<br>    Shauron Willis obo J'Shaun Piernas<br>    Steve Dice | * * * * * * * * * * * | MDL NO. 1873<br><br>SECTION: N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs Marica Stephen, Takena Collins obo Lamar Veasley, Shauron Willis obo J'Shaun Piernas, and Steve Dice against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of _____, 2011.

Hon. Kurt D. Engelhardt<br>
Judge, United States District Court<br>
Eastern District of Louisiana
