UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Marla Raffield v. R-Vision, Inc.*<br>   No. 2010-1261<br>   Plaintiffs: Devin Frank<br>             Hazel Frank<br>             Mary Smyth<br>             Rashad Frank<br>             Shawn White<br>             Stacey Frank<br>             Tyrone Frank<br>             Yvonne Frank | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of the following plaintiffs:

1. Devin Frank

2. Hazel Frank

3. Mary Smythe

4. Rashad Frank

5. Shawn White

6. Stacey Frank

7. Tyrone Frank

8. Yvonne Frank

(collectively, the "*Raffield* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned counsel has contacted counsel for the *Raffield* Plaintiffs, who has advised that he <u>opposes</u> this motion.

Respectfully submitted,

<u>s/ Kristopher M. Redmann</u>
KRISTOPHER T. WILSON, La. Bar #23978
KRISTOPHER M. REDMANN, La. Bar #18397
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

<u>s/Kristopher M. Redmann</u>
Kristopher M. Redmann, La. Bar No. 18397