UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Marla Raffield v. R-Vision, Inc.*<br>   No. 2010-1261<br>   Plaintiffs: Devin Frank<br>              Hazel Frank<br>              Mary Smyth<br>              Rashad Frank<br>              Shawn White<br>              Stacey Frank<br>              Tyrone Frank<br>              Yvonne Frank | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Devin Frank

2. Hazel Frank

3. Mary Smythe

4. Rashad Frank

    5. Shawn White

    6. Stacey Frank

    7. Tyrone Frank

    8. Yvonne Frank

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.

_____

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana