| | | |
|---|---|---|
| Kristopher M. Redmann<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>kredmann@lawla.com |

May 20, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re:  In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that several claimants in the case captioned *Elica Allen et al. v. R-Vision, Inc., et al.*, No. 10-2201, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Andre LeCoq
2. Andre LeCoq obo Kayla LeCoq
3. Andrea LeCoq
4. Betty Smith
5. Betty Smith obo Frederickas Smith
6. Billy Wilkinson
7. Don Wilson
8. Don Wilson obo D.W.
9. Elica Allen obo I.A.
10. Elliott Clark
11. Emma Orman
12. Irene Carrier
13. Jacoby Smith
14. Jennifer Brooks
15. Jennifer Brooks obo Jaylen Brooks
16. Paul Watson obo Jonathan Watson
17. Paul Watson obo Paul O. Watson III
18. Walter Orman

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

958991_1

EXHIBIT A

Sincerely,

*Kristopher Redmann*/AEB

Kristopher M. Redmann

KMR/aeb

958991_1

**EXHIBIT A**