# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER      \*    MDL No. 1873
FORMALDEHYDE      \*
PRODUCTS LIABILITY      \*    SECTION N(5)
LITIGATION      \*
     \*    JUDGE ENGELHARDT
     \*
THIS DOCUMENT RELATES TO:      \*    MAGISTRATE CHASEZ
*Gable, et al. v. Keystone RV*      \*
*Company, et al.,*      \*
*Case No. 09-5291*      \*
     \*
     \*
     \*
     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' VOLUNTARY DISMISSAL OF THE DEFENDANTS WITH PREJUDICE UNDER FRCP 41(a)(1) (A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Kenneth and Marlene Gable, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby give notice of their voluntarily dismissal, with prejudice, of their individual claims only against Defendant Keystone RV Company, United States Of America through the Federal Emergency Management Agency, and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings.

By: s/Paul A. Dominick
Paul A. Dominick
Richard L. Tapp, Jr.
Dennis J. Lynch
Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
Telephone: (843) 577-9440
Facsimile:  (843) 720-1777


J. Michael Vernon (La. Bar No. 7570)
J. Rock Palermo (LA Bar No. 21793)

Bice, Palermo & Veron, LLC
P. O. Box 2125
Lake Charles, LA  70602
Telephone:  (337) 310-1600
Facsimile:  (337&) 310-1601

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

s/Paul A. Dominick
PAUL A. DOMINICK