**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-5"

                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

# Special Master's Recommendations
# Concerning Manufactured Home
# Class Representative Awards

The Court has asked the Special Master to recommend an amount to be awarded to each class representative as an enhancement with respect to the Manufactured Home settlement (RD 20476-1).

There are 25 class representatives. Given the limited nature of the settlement corpus, and given the relatively minimal expenditure of time by the class representatives themselves (as opposed to their attorneys) in prosecuting the case, the Special Master recommends that the Court award a $750 enhancement award to each class representative.

Baton Rouge, Louisiana, this 15th day of November, 2011.

Daniel J. Balhoff_____
Daniel J. Balhoff (#18776)
Randi S. Ellis (#25251)