UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS | * | |
|      LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bertrand, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-565 | * | |
| Plaintiffs:  Kaiyln Thomas, Kerra Thomas | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiffs:  Paula West, Amanda Ross-Populis, | * | |
| Jeffrey Scott | * | |
| | * | |
| *Abrahms, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5392 | * | |
| Plaintiffs:  Bethany Singletary, Linda Shelley, | * | |
| Dorothy Thomas | * | |
| | * | |
| *Carter, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2426 | * | |
| Plaintiffs:  Amanda Ross-Populis o/b/o A.P., C.P., | * | |
| and L.P. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who moves this Honorable Court to dismiss the claims of the following Plaintiffs listed below, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

> ***Bertrand, et al v. Gulf Stream Coach, Inc., et al***
> **Docket No. 10-565**
> Plaintiffs:  Kaiyln Thomas, Kerra Thomas

00270958-1

*Acklin, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-7304**
Plaintiffs:  Paula West, Amanda Ross-Populis, Jeffrey Scott

*Carter, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-2426**
Plaintiffs:  Amanda Ross-Populis o/b/o A.P., C.P., L.P.

*Abrahms, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-5392**
Plaintiff:  Bethany Singletary, Linda Shelley, Dorothy Thomas

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that they have no objection to the dismissal of these plaintiffs.

Respectfully Submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana  70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

SCANDURRO & LAYRISSON
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this 15th day of November, 2011, a copy of the above and foregoing was filed electronically. Notice of this pleading was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK**