

**Parker | Waichman | Alonso LLP**
A NATIONAL LAW FIRM

FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

REPLY TO: LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

www.yourlawyer.com
800.LAW.INFO (529.4636)

Via Federal Express

October 5, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:   Gulf Stream Coach, Inc. Deficiencies in Production of PFS

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Paula West
2. Tiffany Yoe

We received your letter dated September 8, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Attached please find a CD containing the Plaintiff Fact Sheet for Tiffany Yoe. Please be advised that to date we have not received a completed Plaintiff Fact Sheet for Paula West.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP

Enc:



# Parker | Waichman | Alonso LLP
### A NATIONAL LAW FIRM

| | | | |
|---|---|---|---|
| **FLORIDA** | **NEW JERSEY** | **NEW YORK CITY** | **REPLY TO: LONG ISLAND** |
| 3301 Bonita Beach Road | 2300 Woodridge Avenue | 111 John Street, 14th Floor | 6 Harbor Park Drive |
| Bonita Springs, Florida 34134 | Edison, New Jersey 08817 | New York, New York 10038 | Port Washington, New York 11050-4647 |
| P 239.390.1000 | P 732.985.8888 \| 973.297.1020 | P 212.267.6700 | P 516.466.6500 |
| F 239.390.0055 | | | F 516.466.6665 |
| | | | www.yourlawyer.com |
| | | | 800.LAW.INFO (529.4636) |

**Via Federal Express**

October 5, 2011

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bougeois, Pfister & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re: **Gulf Stream Coach, Inc. Deficiencies in Production of PFS**

Dear Mr. Weinstock:

We represent the following plaintiffs in the above referenced action.

1. Brenda Toepfer
2. Sarah Toepfer
3. Kaiyln Thomas
4. Kerra Thomas
5. King Thomas
6. Stephanie Travis
7. Cecille Weathersby

We received your letter dated September 7, 2011 pursuant to Pretrial Order No. 2 concerning deficiencies in the Plaintiffs' production of the Plaintiff Fact Sheets (PFS). Please allow this letter to serve as our response to your letter.

Attached please find a CD containing the Plaintiff Fact Sheets for Sarah Toepfer and King Thomas. Please be advised that Brenda Toepfer is not a claimant in the litigation against Gulfstream. To date we have not received a completed plaintiff fact sheet on behalf of Kaiyln or Kerra Thomas.

Plaintiff reserves the right to supplement the responses herein.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Gary P. Falkowitz
Parker, Waichman, Alonso LLP
Enc:

## CRYSTLE ACCARDO

| | |
|---|---|
| From: | Falkowitz, Gary P. <gfalkowitz@yourlawyer.com> |
| Sent: | Monday, November 14, 2011 10:03 AM |
| To: | CRYSTLE ACCARDO |
| Cc: | Carmen Motes; ANDREW WEINSTOCK; Schmitt, Lauren |
| Subject: | RE: FEMA |

That is correct Crystle.

Gary P. Falkowitz
Attorney
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4632
516-723-4732 Fax
www.yourlawyer.com
gfalkowitz@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND
CONFIDENTIAL information. If the reader of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution, printing or copying of this
communication is strictly prohibited. If you have received this communication in error, please
erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman Alonso LLP or any individual thereat should be followed up by
hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at
any time without notice being provided to either the intended recipient or the sender. Further, to
the extent permitted by law or rule, Parker Waichman Alonso LLP does not accept service by
email.
================================================================

**From:** CRYSTLE ACCARDO [mailto:caccardo@duplass.com]
**Sent:** Monday, November 14, 2011 11:02 AM
**To:** Falkowitz, Gary P.
**Cc:** Carmen Motes; ANDREW WEINSTOCK
**Subject:** FEMA

Per our conversation, this will confirm that we can dismiss any claims of Amanda Ross-Populis, individually and o/b/o of A.P., C.P. and L.P., against Gulf Stream, as you have never received PFS for these plaintiffs.

Also, this will confirm that we can dismiss any individual claims for Bethany Singletary, as she has not produced a PFS.

Thanks for your assistance.

Crystle A. Burns
Legal Assistant to Andrew D. Weinstock, Guyton H. Valdin, Jr.
and Joseph G. Glass
Duplass, Zwain, Bourgeois, Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
(504) 832-3700

1

(504) 830-4409 (direct line)
(504) 837-3119 (FAX)
caccardo@duplass.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Disclaimer\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.

If you have received this e-mail in error, please immediately notify the sender by telephone at (504) 832-3700.