UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Bertrand, et al v. Gulf Stream Coach, Inc., et al* | * | MAG: CHASEZ |
| Docket No. 10-565 | * | |
| Plaintiffs:  Kaiyln Thomas, Kerra Thomas | * | |
| | * | |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-7304 | * | |
| Plaintiffs:  Paula West, Amanda Ross-Populis, Jeffrey Scott | * | |
| | * | |
| *Abrahms, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 09-5392 | * | |
| Plaintiffs:  Bethany Singletary, Linda Shelley, Dorothy Thomas | * | |
| | * | |
| *Carter, et al v. Gulf Stream Coach, Inc., et al* | * | |
| Docket No. 10-2426 | * | |
| Plaintiffs:  Amanda Ross-Populis o/b/o A.P., C.P., and L.P. | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

    *Bertrand, et al v. Gulf Stream Coach, Inc., et al*
    **Docket No. 10-565**
    Plaintiffs:  Kaiyln Thomas, Kerra Thomas

00271134-1

*Acklin, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-7304**
Plaintiffs:  Paula West, Amanda Ross-Populis, Jeffrey Scott

*Carter, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-2426**
Plaintiffs:  Amanda Ross-Populis o/b/o A.P., C.P., L.P.

*Abrahms, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-5392**
Plaintiff:  Bethany Singletary, Linda Shelley, Dorothy Thomas

---
UNITED STATES DISTRICT JUDGE