UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873  SECTION: "N"(5) |
| **This Document Relates to:** *Scott Ihli, et al versus Sunnybrook RV, Inc., et al* *E.D. La. Suit No. 10-2293* | | * * * * | **JUDGE: ENGELHARDT**  **MAG: CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who moves this Honorable Court to dismiss the claims of the following plaintiff, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The plaintiff is:

Crystal Lynn Hester (Plaintiff in *Scott Ihli, et al v. SunnyBrook RV*, No. 10-2293)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Undersigned counsel has contacted counsel for Crystal Lynn Hester who advised that he opposes this Motion to Dismiss.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,
SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of November, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

|  |  |
|---|---|
| (   ) Hand Delivery | (   ) Facsimile |
| (   ) Prepaid U.S. Mail | (   ) UPS/Federal Express |
| ( X ) Electronic Mail | (   ) Certified Mail, Return Receipt Requested |

___/s/ Cynthia J. Thomas___
CYNTHIA J. THOMAS

2