# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296  
**Case Name** Hester, Crystal Lynn  
**DOB** 7/14/1986   **SSN** 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  
**Cause No.** 10-2293  
**Case Style** Scott Ihli, et. al. vs. Sunnybrook R.V., Inc., et.

| Question # | Question |
|---|---|
| 1 | III. C3-9 Symptoms |

**Pet ID** 1829  
**Def ID** 75  
**Notice #** Def 1

**Answer**

3. I do not recall if I experienced or reported any of these symptoms. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

4. I have not been diagnosed with Cancer since I moved into the FEMA trailer and up to the present date.

5. I now know that the injury occurred on the date I moved in, but I did not know that at the time.

6. I do not recall if I suffered this type of illness or disease prior to living in the FEMA trailer.

7. I do not recall if I am claiming that my use of a FEMA trailer or mobile home worsened a condition that I already had or had in the past.

8. I do not recall if I am making a claim for mental and/or emotional damages as result of residing in a FEMA trailer or mobile home.

9. I do not recall if I am making a claim for medical expenses as a result of the injury, illness or disease.

| Question # | Question |
|---|---|
| 2 | IV. F3 Statement re wage loss claim |

**Pet ID** 1829  
**Def ID** 75  
**Notice #** Def 1

**Answer**

I do not recall if I am making a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 3 | IV. G Previous claims/suits |

**Pet ID** 1829  
**Def ID** 75

EXHIBIT B

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296  
**Case Name** Hester, Crystal Lynn  
**DOB** 7/14/1986    **SSN** 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  
**Cause No.** 10-2293  
**Case Style** Scott Ihli, et. al. vs. Sunnybrook R.V., Inc., et.

**Notice #**  
Def 1

**Answer**  
I do not recall if I ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents.

**Question #** 4  
**Question** V. A 1-20 Trailer information

**Pet ID** 1829

**Def ID** 75

**Notice #** Def 1

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a (manufacturer was not provided) trailer.

The VIN number of that trailer was 4uba50r2761d48218 and the bar code number was 1265265.

**Question #** 5  
**Question** V. D Repairs

**Pet ID** 1829

**Def ID** 75

**Notice #** Def 1

**Answer**  
They had to come out and repair the leaks in the roof and the stove.

**Question #** 6  
**Question** VI. A-G Medical Background

**Pet ID** 1829

**Def ID** 75

**Notice #** Def 1

**Answer**  
A. I do not recall my height. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

B. I do not recall my current weight or weight prior to living in a FEMA trailer or mobile home. If I remember or if in the course of researching the claim, my attorney finds the information, a

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296  
**Case Name** Hester, Crystal Lynn  
**DOB** 7/14/1986   **SSN** 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  
**Cause No.** 10-2293  
**Case Style** Scott Ihli, et. al. vs. Sunnybrook R.V., Inc., et.

supplemental response will be provided.

C. I do not recall my personal tobacco use history. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

D. I do not recall the smoking history of anyone who resides or resided with me in my FEMA housing unit. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 7 | VII. A-D Medical Diagnosis |

**Pet ID**  
1829

**Def ID**  
75

**Notice #**  
Def 1

**Answer**

A. I do not recall the doctor or health care provider(s) who treated me for each disease, illness or injury that I claim I suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

B. I do not recall the doctor's name, specialty, address, phone, treatment received, or dates of treatment. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

C. I do not recall if I am alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

D. I do not recall if any health care professional has told me that my alleged illness, disease or injury is related to living in a FEMA trailer or mobile home.

_____  
Plaintiff or Representative

6/14/2011  
Date