Hester, Crystal Lynn - WGC#250296

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Hester, Crystal Lynn

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:      9121839541067

Defendants Named:   Sunnybrook R.V., Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer:
VIN/Serial #:  44ba50r2761d48218
Barcode:       1265265
Unit:          TT
Contractor:    Fluor

Manufacturer:
VIN/Serial #:  44ba50r2761d48218
Barcode:       1265265
Unit:          TT
Contractor:    Fluor

Manufacturer:
VIN/Serial #:  44ba50r2761d48218
Barcode:       1265265
Unit:          TT
Contractor:    Fluor

Manufacturer:
VIN/Serial #:  44ba50r2761d48218
Barcode:       1265265
Unit:          TT
Contractor:    Fluor

Manufacturer:
VIN/Serial #:  44ba50r2761d48218
Barcode:       1265265
Unit:          TT
Contractor:    Fluor


EXHIBIT C

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Cristal Histi_  _Crystal Hestie_  _9-2-09_
Signature of Plaintiff   Print Your Name   Date