UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | MDL NO. 1873 |
| | * | SECTION: "N"(5) |
| **This Document Relates to:** | * | JUDGE: ENGELHARDT |
| *Scott Ihli, et al versus Sunnybrook RV, Inc., et al* | * * | |
| *E.D. La. Suit No. 10-2293* | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering SunnyBrook RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

**IT IS ORDERED** that the Motion is **GRANTED**, and that Crystal Lynn Hester's claims against SunnyBrook RV, Inc. are hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
U. S. District Court
Eastern District of Louisiana