

**WILLINGHAM, FULTZ & COUGILL LLP**

TEXAS          LOUISIANA          MISSISSIPPI

ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                    *TomC@Willingham-law.com*
Partner

June 6, 2011

Mr. Mikal C. Watts                                                  *<u>Via Email</u>*
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

        Re:     In Re:  FEMA Trailer Formaldehyde
                Products Liability Litigation
                MDL No. 1873, Section "N" (4)
                Plaintiff Fact Sheets

Dear Mr. Watts:

        Enclosed please find a deficiency letter on behalf of  STARCRAFT RV, INC. pursuant
to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets
and Authorizations recently received by our office.  We respectfully request you to supplement
or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial
Order No. 2.

        Thank you for your cooperation and assistance in this matter.   If you have any questions
or comments, please do not hesitate to contact me.

                                Very truly yours,

                                **WILLINGHAM, FULTZ & COUGILL LLP**

                                *Thomas L. Cougill*

                                Thomas L. Cougill

TLC/HR:rkr

cc:     Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)

EXHIBIT B

## STARCRAFT RV, INC.

### GEORGE POWE

1.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### RONALD RAMSEY

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

### SYLVIA RUSCH

1.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### AMANDA SAWIN

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

### JESSICA SHAW

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.     The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.     The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.     The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.     The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**PAUL SHAW, JR.**

1.     The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**SANDRA SMITH**

1.     The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**WILLIAM SMITH**

1.     The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.     The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.     The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.     The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.     The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**MARY THOMAS**

1.     The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**RONALD THOMPSON, SR.**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.

6.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**HENRY TOPPS, JR.**

1.      The plaintiff failed to include a response to Section III (C) No. 8.

2.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

3.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**DONG TRAN**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.

6.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ALFRED VEGA**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.

6.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**DENESE WILLIAMS**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.

6.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**NGOE MINH NGUYEN**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to produce Authorizations for release of medical and other records.

**CHERRY NURSE**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Unit number.

**ERIC PERKINS**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ROMAN PIERNAS, JR.**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**GEORGE POWE, III**

1.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**WILLIAM JACKSON**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**APRIL JONES**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ROBERT MCCLAIN**

1.      The plaintiff failed to provide information in Section V relating to any Starcraft trailer.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**GABRIELLE MITCHELL**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**PAIGE GOMILLION**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**TONY NATIONS**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**DUNG NGUYEN**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**FRANK NGUYEN**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      No information was provided in Section IV(C) regarding plaintiff's smoking history.

**HUE NGUYEN**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**MY NGUYEN**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**TRACY GAVNEY**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**RAYMOND GOINS**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**STACEY GOODOLE**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**BRENDA GREEN**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**KY HOANG**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**SON HOANG**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ROBERT HUMPHREY**

1.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**MARY HALL**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**KEVIN HILL, JR.**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**KEVIN HILL, SR.**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailers.

**NGAN HOANG**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ELLIOT JACKSON**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

**JOSEPH CRAPEAU**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**<u>DANIELLE CULLUM</u>**

1.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**<u>DONNIE DAVIS</u>**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**<u>JAMES DAVIS</u>**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**<u>JESSICA DAVIS</u>**

1.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**<u>DARLENE FAVRE</u>**

1.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**SAMANTHA FAVRE**

1.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**SHALON FINCHER**

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**CORIEL GALLOWAY**

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.

**DAVID GALLOWAY, JR.**

1.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**DAVID GALLOWAY, SR**

1.    The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**RANDALL GALLOWAY**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide information in Section V relating to Starcraft trailer's Barcode and Unit information.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the Privacy Act Release was not completed.