## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|             FORMALDEHYDE PRODUCTS | * | |
|             LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Edwin Bennett v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7920 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Delores Beard, as Next Friend of | * | |
|             Toarean Cousin, a minor | * | |
|             Isame Faciene | * | |
|             Jessica Reed | * | |
|             Jessica Reed, as Next Friend of | * | |
|             Chesni Jones, a minor | * | |

*************************************************************************

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Starcraft RV, Inc. ("Starcraft") and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Delores Beard, as Next Friend of Toarean Cousin, a minor (Plaintiff in *Bennett,* C.A. 09-7920)

- Isame Faciene (Plaintiff in *Bennett,* C.A. 09-7920)

- Jessica Reed (Plaintiff in *Bennett,* C.A. 09-7920)

- Jessica Reed, as Next Friend of Chesni Jones, a minor (Plaintiff in *Bennett,* C.A. 09-7920)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:  s/*Thomas L. Cougill*
     THOMAS L. COUGILL
     Texas State Bar No. 04877300
     Louisiana State Bar No. 31112
     R. MARK WILLINGHAM
     Texas State Bar No. 21641500
     JEFFREY P. FULTZ
     Texas State Bar No. 00790728
     Mississippi Bar No. 101058
     Niels Esperson Building
     808 Travis Street, Suite 1608
     Houston, Texas  77002
     (713) 333-7600 – Telephone
     (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By:  s/*Charles R. Penot, Jr.*
     Charles R. Penot, Jr. (La. Bar No. 1530 &
     Tx. Bar No. 24062455)
     717 North Harwood, Suite 2400
     Dallas, Texas 75201
     (214) 220-6334 – Telephone
     (214) 220-6807 – Facsimile

          -and-

     Dominic J. Gianna, La. Bar No. 6063
     Sarah A. Lowman, La. Bar No. 18311
     201 St. Charles Avenue, Suite 3100
     New Orleans, Louisiana 70170
     (504) 525-7200 – Telephone
     (504) 581-5983 – Facsimile

          -and-

>Richard A. Sherburne., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>(225) 381-7700 – Telephone
>(225) 381-7730 – Facsimile
>
>**Attorneys for Fluor Enterprises, Inc.**

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, opposes this motion.

>  s/*Thomas L. Cougill*
>  THOMAS L. COUGILL

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

>  s/Thomas L. Cougill
>  THOMAS L. COUGILL