

## WILLINGHAM, FULTZ & COUGILL LLP
TEXAS    LOUISIANA    MISSISSIPPI
### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill *TomC@Willingham-law.com*
Partner

January 19, 2011

Mr. Mikal C. Watts **_Via Email_**
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

     Re:    In Re:  FEMA Trailer Formaldehyde
               Products Liability Litigation
               MDL No. 1873, Section "N" (4)
               Plaintiff Fact Sheets

Dear Mr. Watts:

     Enclosed please find a deficiency letter on behalf of STARCRAFT RV, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

     Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

                                      Very truly yours,

                                      **WILLINGHAM, FULTZ & COUGILL LLP**

                                      *Thomas L. Cougill*

                                      Thomas L. Cougill

TLC/HR/sjm

cc:    Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)

**EXHIBIT D**

# **STARCRAFT RV, INC.**

### **WILMER ARRINGTON**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education, subsection (F) regarding employment history and lost wage claim and subsection (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions, including but not limited to the reason he moved out of the trailer and where he temporarily lived in another location.

5. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6. The plaintiff failed to respond to Section VII (D).

7. The plaintiff failed to respond to Section IX (C) and (D). There is incomplete location/address information for the pharmacy identified in response to subsection(F).

8. The plaintiff failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed.

### **RUTH BENNETT**

1. The plaintiff failed to include a response to Section III (C) (8) regarding mental anguish claims.

2. The plaintiff failed to include a complete response to Section IV (F) regarding employment history, the information provided is illegible.

3. On the attachment entitled "Trailer 1," the plaintiff failed to provide the VIN and FEMA Bar Code number.

4. The plaintiff failed to provide a complete response to Section VI (C) regarding current smoking.

5. That attached authorizations for release of medical and other records are limited to a single provider and are dated. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete and includes a date.

### **LINDA D. BROWN**

1. The plaintiff failed to include a complete response to Section III (C) (8) and provided no response to subsection (9).

2. The plaintiff failed to include a complete response to Section IV (F) (3) regarding lost wage claims and subsection (G) regarding prior claims.

3. On the attached "Trailer 1," the plaintiff failed to provide a response to questions regarding air quality testing and fumigation.

4. Plaintiff failed to provide a complete response to Section VI (F) (1) (no dates of claimed illnesses).

5. Plaintiff failed to date the attached Certifications.

6. The attached Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

7. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **JAMES CRAWFORD**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education, subsection (F) regarding employment history and lost wage claim and subsection (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions and failed to provide the VIN and FEMA Bar Code for the Starcraft unit identified in the "Amendment to the Plaintiff Fact Sheet.

5. The plaintiff failed to include a complete response to Section V (E) regarding trailer occupants.

6. The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and did not provide a response to subsection (C), (D), (F) or (G) including subparts.

7. The plaintiff failed to respond to Section VII (D).

8. The plaintiff failed to respond to Section IX (A) through (F).

9. The plaintiff failed to complete the Certification.

10.  The plaintiff failed to complete the attached authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

### TOAREAN COUSIN

1.  Plaintiff's representative failed to complete Section III (A) (6) through (8) regarding representative capacity.

2.  The plaintiff failed to include a response to Section III (C) (8) or (9).

3.  The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education and subsection (G) regarding prior claims.

4.  The plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5.  On the attachment entitled "Trailer 1," the plaintiff failed to respond to multiple questions and failed to provide the VIN and FEMA Bar Code number.

6.  The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and did not provide a response to subsection (F) or (G) including subparts.

7.  The plaintiff failed to respond to Section VII (D).

8.  The plaintiff failed to respond to Section IX (A) through (F).

9.  The plaintiff's representative failed to complete the Certification.

10. The plaintiff's representative failed to complete the attached authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

### DIEGO JAMES NUNEZ

1.  The plaintiff failed to include a complete response to Section III (C) (8) regarding the mental anguish claim.

2.  The plaintiff failed to respond to Section IX (A) through (D) and failed to provide complete address information for the pharmacy (Walgreens) in Lake Charles, LA, which has multiple locations.

3.  Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### MYKILEE GWEN RASBERRY

1.  On the attached "Trailer 1," the plaintiff failed to provide the FEMA Bar Code number.

4

2.     The plaintiff failed to respond to Section IX (A) through (E) and failed to provide complete address information for the pharmacy (Wal-Mart) in Lake Charles, LA, which has multiple locations.

### **CHRISTY NICHOLE RASBERRY**

1. The plaintiff failed to include a complete response to Section III (C) (8) regarding the mental anguish claim.

2. On the attached "Trailer 1," the plaintiff failed to state the reason she stopped living in the FEMA trailer.

3. The plaintiff failed to respond to Section IX (C) and (D). Plaintiff failed to provide complete address information for the pharmacy (Walmart) in Lake Charles, LA, which has multiple locations.

4. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

5. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **MERISSA KAY RODRIGUEZ**

1. On the attached "Trailer 1," the plaintiff failed to provide the FEMA Bar Code number.

2. The plaintiff failed to respond to Section IX (A) through (D) and failed to provide complete address information for the pharmacy (Walgreens) in Lake Charles, LA, which has multiple locations.

### **NADOSHA FONTENOT**

1. The plaintiff failed to provide a response to Section IV (F) regarding employment history.

2. On the attached "Trailer 1," the plaintiff failed to provide the VIN and FEMA Bar Code numbers.

3. The plaintiff failed to respond to Section IX (A), (B) and (D). Plaintiff failed to provide complete address information for the pharmacy (Walmart) in Lake Charles, LA, which has multiple locations.

### **TROY FONTENOT**

1. The plaintiff failed to include a complete response to Section III (C) (9) omitting the amount of the claim.

2. Plaintiff failed to provide a response to Section IV (F) (3) regarding assertion of a lost wage claim.

3. On the attached Amendment to Plaintiff Fact Sheet, the plaintiff identified two separate FEMA trailers. However, on the attached "Trailer 1," no separate occupancy information is provided for each trailer.

4. Plaintiff failed to provide a response to Section IX (A) through (D). The plaintiff also failed to provide adequate address/location information for the pharmacy identified in response to subsection (F).

5. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

**ERIC EDWARDS**

1. On the attached Amendment to Plaintiff Fact Sheet, the plaintiff identified two separate FEMA trailers. However, on the attached "Trailer 1," no separate occupancy information is provided for each trailer.

2. Plaintiff failed to provide a response to Section IX (C) through (D). The plaintiff also failed to provide adequate address/location information for the pharmacy (Walgreens) identified in response to subsection (F), which has multiple locations in Lake Charles, LA.

3. Plaintiff failed to date the signed Certification.

4. Plaintiff failed to complete the attached Authorization for Release of Records (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity).

5. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**IRA BRYANT, JR.**

1. On the attached Amendment to Plaintiff Fact Sheet, the plaintiff identified two separate FEMA trailers. However, on the attached "Trailer 1," no separate occupancy information is provided for each trailer.

2. Plaintiff failed to provide a response to Section IX (C) through (D). The plaintiff also failed to provide adequate address/location information for the pharmacy (Walgreens) identified in response to subsection (F), which has multiple locations in Lake Charles, LA.

3. Plaintiff failed to date the signed Certification.

4. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **NASHONNA RACHEL FONTENOT**

1. On the attached Amendment to Plaintiff Fact Sheet, the plaintiff identified two separate FEMA trailers. However, on the attached "Trailer 1," no separate occupancy information is provided for each trailer.

2. Plaintiff failed to provide a response to Section IX (C).

3. Additionally, the Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### **JESSICA B. REED**

1. The plaintiff failed to include a response to Section III (C) (8) or (9).

2. The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education, subsection (F) regarding employment history and lost wage claim and subsection (G) regarding prior claims.

3. The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4. The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1."

5. The plaintiff failed to respond to Section V (E) regarding trailer occupants.

6. The plaintiff failed to provide a response to Section VI (A) through (G) including subparts.

7. The plaintiff failed to respond to Section VII (D).

8. The plaintiff failed to respond to Section IX (A) through (F).

9. The plaintiff failed to complete the attached Certification.

10. The plaintiff failed to complete the proper authorization authorizations for release of medical and other records (executed on behalf of Chesni Jones). Additionally, the Privacy Act Release was not properly completed (Chesni Jones).

### **DAMIAN CHAD REED**

1. The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1."

2. Plaintiff's representative failed to date the Certification.

3. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **CHESNI Z. JONES**

1. The plaintiff failed to respond to multiple questions on the attachment entitled "Trailer 1."

2. The plaintiff failed to respond to Section IX (C) and (D).

3. Plaintiff's representative failed to complete the Certification.

### **KERIA EDWARDS**

1. Plaintiff failed to identify the school described in response to Section IV (E).

2. Plaintiff failed to respond to Section IX (C) and (D). The plaintiff failed to provide sufficient address information for the pharmacy identified in response to subsection (F).

3. Plaintiff failed to include a date on the signed Certification.

4. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### **JAYLA D. GUILLORY**

1. Plaintiff failed to include a response to Section III (C) (8) and (9).

2. Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims.

3. Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

4. On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the FEMA Bar Code number.

5. Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6. Plaintiff failed to responds to Section VI (A) through (D), subsection (F) and (G) including subparts.

7. Plaintiff failed to respond to Section VII (D).

8. Plaintiff failed to provide a response to Section IX (A) through (F).

9. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

10. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### LELAND RYAN, SR.

1. Plaintiff failed to fully respond to Section III (C) (9), omitting the amount of the claim.

2. Plaintiff failed to complete the response to Section IV (E) regarding education history and subsection (F) regarding employment history.

3. On the attached "Trailer 1," Plaintiff's response regarding the number of hours spent in the FEMA trailer and temporary residence in another location are unclear and/or inconsistent.

4. Plaintiff failed to provide a response to Section VI (A) and (B).

### CHAD ANTHONY REED

1. Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school and subsection (F) regarding employment.

2. On the attached "Trailer 1," the plaintiff failed to provide a response to the questions regarding fumigation, air quality testing and maintenance.

3. Plaintiff failed to provide a response to Section IX (A) through (E); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

4. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### CYDNI J. REED

1. On the attached "Trailer 1," the plaintiff failed to provide a response to the questions regarding fumigation, air quality testing and maintenance.

2. Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### KEVRIC EDWARDS

1. Plaintiff failed to complete the response to Section IV (A) regarding dates of residence.

2. On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to the VIN, FEMA Bar Code numbers.

3.  Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

4.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.  The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### KEMIRA EDWARDS

1.  On the attached "Trailer 1," the plaintiff failed to provide the VIN and FEMA Bar Code numbers.

2.  Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3.  The Authorization for Release of Records (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity) is incomplete.

4.  The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### ANTHONY FOTENOT, III

1.  On the attached "Trailer 1," Plaintiff failed to provide the VIN and FEMA Bar Code numbers.

2.  Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3.  The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### ISAME FACIENE

1.  Plaintiff's representative failed to respond to Section III (A) (6) through (8) regarding representative capacity.

2.  Plaintiff failed to include a response to Section III (C) (8) and (9).

3.  Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (B), subsection (E) regarding education/school, subsection (F) and subsection (G) regarding prior claims.

4.   Plaintiff failed to respond to Section IV (*sic*) (A) entitled "Family Information."

5.   On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to VIN and FEMA Bar Code number.

6.   Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

7.   Plaintiff failed to responds to Section VI (A) and (B), and subsections (F) and (G) including subparts.

8.   Plaintiff failed to respond to Section VII (D).

9.   Plaintiff failed to provide a response to Section IX (A) through (F).

10.  Plaintiff's representative failed to execute the Certification.

11.  Plaintiff's representative failed to execute the attached authorizations for release of medical and other records.

12.  The Privacy Act Release is incomplete.

### KATRINA KREEGER

1.   Plaintiff failed to provide a complete response to Section III (C) (9), omitting the amount of the claim.

2.   Plaintiff failed to provide a response to Section IV (F) regarding employment history.

3.   Plaintiff failed to fully respond to Section VI (C) regarding current smoking.

4.   The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete.

5.   The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

### KEJAHANEA EDWARDS

1.   On the attached "Trailer 1," the plaintiff failed to provide the VIN and FEMA Bar Code numbers.

2.   Plaintiff failed to provide a response to Section IX (C) and (D); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3.   The Privacy Act Release is not dated.  In the event FEMA rejects the release, Defendant will seek supplementation.

### ALIJAH GREEN

1. On the attached "Trailer 1," the plaintiff failed to provide the VIN and FEMA Bar Code numbers.

2. Plaintiff failed to provide a response to Section IX (A) through (C); the plaintiff failed to provide sufficient address information for the pharmacy (multiple locations) identified in response to subsection (F).

3. The Authorization for Use and Disclosure of Protected Health Information pursuant to HIPPA is incomplete (not initialed).

### JACI CHERIE JONES

1. Plaintiff failed to complete the response to Section IV (A) regarding dates of residence and subsection (E) regarding education/school.

2. On the attached "Trailer 1," the plaintiff failed to provide responses to questions regarding air quality testing, fumigation and trailer maintenance.

3. Plaintiff failed to provide a response to Section IX (C) and (D).

4. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### EDWIN GROVER BENNETT, JR.

1. Plaintiff failed to complete the response to Section III (C) (9), omitting the amount of the claim.

2. On the attached "Trailer 1," the plaintiff failed to provide the FEMA Bar and VIN numbers. Additionally, Plaintiff failed to provide occupancy and manufacturer information for "Trailer 2."

3. The plaintiff's response to Section VI (C) regarding smoking/tobacco use (denied) is unclear (responses to current and other smoking/tobacco use).

4. The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.

### SARAH SHENETTE YOUNG

1. Plaintiff failed to include a response to Section III (C) (8) and (9).

2. Plaintiff failed to complete the response to Section IV (A) regarding dates of residence, subsection (E) regarding education/school, subsection (F) and subsection (G) regarding prior claims.

3.  Plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information."

4.  On the attached "Trailer 1," the plaintiff failed to provide responses to multiple questions including but not limited to VIN and FEMA Bar Code number.

5.  Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

6.  Plaintiff failed to responds to Section VI (A) through (D), and subsections (F) and (G) including subparts.

7.  Plaintiff failed to respond to Section VII (D).

8.  Plaintiff failed to provide a response to Section IX (A) through (F).

**ROBERT THOMAS, JR.**

1.  Plaintiff failed to include a complete response to Section III (C) (8).

2.  On the attached "Trailer 1," the plaintiff failed to provide the FEMA Bar Code number.

3.  Plaintiff failed to provide a response to Section IX (A), (C) and (D).

4.  The Privacy Act Release is not dated. In the event FEMA rejects the release, Defendant will seek supplementation.