UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sheila Bonney v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4327 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Darnell Robinson | * | |

*****************************************************************************

### NOTICE OF SUBMISSION

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Jayco Enterprises, Inc., and Shaw Environmental, Inc., is **Wednesday, December 14, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt; pertaining to plaintiff Darnell Robinson.

                                          Respectfully submitted,
                                          **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile

        **Attorneys for Jayco Enterprises, Inc.**

BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC


By:   s/*M. David Kurtz*
      M. DAVID KURTZ (#23821)
      KAREN KALER WHITFIELD (#19350)
      CATHERINE N. THIGPEN (#30001)
      201 St. Charles Avenue, Suite 3600
      (504) 566-5200 – Telephone
      (504) 636-4000 – Facsimile

**Attorneys for Shaw Environmental, Inc.**


## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

         s/Thomas L. Cougill
         THOMAS L. COUGILL