Amendment to the Plaintiff Fact Sheet

Claimant Name:  Robinson, Darnell

Claimant's Attorney:  Gainsburgh Benjamin

Please note the following updates to the previously submitted Plaintiff Fact Sheet

## Section V.  FEMA Trailer or Mobile Home Unit

## Manufacturer:     Jayco

## Vin Number:      1UJBJ02P061ENO365

## Bar Code:         1147076

DEC 31 2009

_____

**Plaintiff or Representative**                        **Date**

