# Roslyn West

| | |
|---|---|
| **From:** | Sherrie Moseley |
| **Sent:** | Wednesday, August 04, 2010 12:07 PM |
| **To:** | 'Justin Woods' |
| **Cc:** | Tom Cougill |
| **Subject:** | FEMA: Formaldehyde Litigation re: PFS |
| **Attachments:** | image001.jpg |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Woods,

I am requesting copies of Plaintiffs' Fact Sheets for the following:

Darrell Fortenberry
Jalisa Fortenberry
Otis Kelly, and
Darnell Robinson

We represent Jayco and received Amendments to the above Plaintiffs' Fact Sheets on or about December 31, 2009 whereby they identified living in a Jayco trailer; however, we never received their actual Plaintiff Fact Sheets. This is probably due to the fact when the actual Plaintiff Fact Sheets were produced they did not identify a specific manufacturer and our firm was not requesting fact sheets for "unknown manufacturers".

Thank you for your assistance in this regard, if you have any questions, please do not hesitate to contact me or Tom Cougill.

Thanks, Sherrie


Sherrie J. Moseley
Senior Paralegal
**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com


***********************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**



1