UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Rhonda Bowens v. Starcraft RV, Inc.* | * | |
| Docket No. 09-4740 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Inoka Salter | * | |
| Inoka Salter, obo Makayla Salter | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION HEARING

Notice is hereby given that the submission date for the Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets filed by defendants, Starcraft RV, Inc. ("Starcraft"), Fluor Enterprises, Inc. and Shaw Environmental, Inc., is **Wednesday, December 14, 2011 at 9:30 a.m.,** before Judge Kurt Engelhardt; pertaining to plaintiffs: Inoka Salter, individually and on behalf of Makayla Salter.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Starcraft RV, Inc.**




**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      (214) 220-6334 – Telephone
      (214) 220-6807 – Facsimile

            -*and*-

      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      (504) 525-7200 – Telephone
      (504) 581-5983 – Facsimile

            -*and*-

        Richard A. Sherburne., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        (225) 381-7700 – Telephone
        (225) 381-7730 – Facsimile

        **Attorneys for Fluor Enterprises, Inc.**


        **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

        By:   s/*M. David Kurtz*
        M. DAVID KURTZ (#23821)
        KAREN KALER WHITFIELD (#19350)
        CATHERINE N. THIGPEN (#30001)
        201 St. Charles Avenue, Suite 3600
        (504) 566-5200 – Telephone
        (504) 636-4000 – Facsimile

        **Attorneys for Shaw Environmental, Inc.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

         s/*Thomas L. Cougill*
        THOMAS L. COUGILL