## WILLINGHAM, FULTZ & COUGILL LLP

TEXAS        LOUISIANA        MISSISSIPPI

### ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                                                  *TomC@Willingham-law.com*
Partner

May 31, 2011

Mr. Mikal C. Watts                                                                  ***Via Email***
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

Re:     In Re:  FEMA Trailer Formaldehyde
        Products Liability Litigation
        MDL No. 1873, Section "N" (4)
        Plaintiff Fact Sheets

Dear Mr. Watts:

Enclosed please find a deficiency letter on behalf of  STARCRAFT RV, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets and Authorizations recently received by our office.  We respectfully you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter.   If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

TLC/HR:rkr

cc:     Jerry Meunier (*via email*)
        Andrew Weinstock (*via email*)
        Henry Miller (*via email*)

EXHIBIT C

## STARCRAFT RV, INC.

### JERRY BANKS

1.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### RHONDA BOWENS

1.     The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### ELIZABETH DANYELLE WEBB

1.     The plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

2.     Plaintiff failed to include a response to Section IX (A) through (E).

### JULIET N. WEBB

1.     The plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

2.     Plaintiff failed to include a response to Section IX (A) through (E).

### QUINTIN LEON WEBB

1.     The plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

2.     Plaintiff failed to include a response to Section IX (A) through (E).

**CLIFFORD SALTER**

1.      The plaintiff failed to include a complete response to Section III (C) (8) by providing information on medical providers plaintiff is alleging receiving treatment and incurring expenses from.

2.      The information provided in Section V relating to FEMA trailer manufacturers is illegible due to plaintiff's electronic file or printing error.

3.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**INOKA SALTER**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

4.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**MAKAYLA SALTER**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**STEVE POYADOU**

1.      The plaintiff failed to provide any FEMA trailer manufacturer information relating to a Starcraft RV trailer in Section V.

2.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**MITCHELL DEDEAUX**

1.      The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

## LINDA BRADBURY

1.    The plaintiff failed to provide a Bar Code No. for the FEMA trailer manufacturer information in Section V.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

## DEBORAH GOINS

1.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

## JAMES HARVEY

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to include a FEMA Identification No. in response to Section V (A) No. 3.

4.    The plaintiff failed to provide a Bar Code No. for the FEMA trailer manufacturer information in Section V.

5.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

## LULA HARVEY

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to include a FEMA Identification No. in response to Section V (A) No. 3.

4.    The plaintiff failed to provide a Bar Code No. for the FEMA trailer manufacturer information in Section V.

5.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

6.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**LOGAN KREEGER**

1.    The plaintiff failed to provide any FEMA trailer manufacturer information relating to a Starcraft RV trailer in Section V.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**KAREN LEWIS**

1.    The plaintiff failed to provide a Bar Code No. for the FEMA trailer manufacturer information in Section V.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**MAKALIA MERCADEL**

1.    The plaintiff failed to provide a Bar Code No. for the FEMA trailer manufacturer information in Section V.

2.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**THOMAS MORGAN**

1.    The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

**GLENDA SIMPSON**

1.    The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.    The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.    The plaintiff failed to provide any FEMA trailer manufacturer information relating to a Starcraft RV trailer in Section V.

4.    The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.    The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**JERRY SMITH, SR.**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide any FEMA trailer manufacturer information relating to a Starcraft RV trailer in Section V.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.

5.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**NATHAN SPEARS**

1.      The plaintiff failed to provide the VIN or Bar Code No. for the Starcraft trailer listed in Section V.

2.      The plaintiff failed to complete and execute the Certification and Authorizations for release of medical and other records.  Additionally, the attached Privacy Act Release was not completed.

**WINNIFRED WILLIAMS**

1.      The plaintiff failed to include a response to Section III (C) No.'s 8-9.

2.      The plaintiff failed to include a complete response to Section IV (F) No. 3.

3.      The plaintiff failed to provide any FEMA trailer manufacturer information relating to a Starcraft trailer in Section V.

4.      The plaintiff failed to respond to Section VI (F) No.'s 1-4.