UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charles Burns v. Jayco, Inc.* | * | |
| Docket No. 10-2238 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Derek Daughtry, as Next Friend of | * | |
| A.B., a minor | * | |
| Dorothy Dillon | * | |
| Dianne Gordon, as Next Friend of | * | |
| A.G., D.G. and J.G., minors | * | |

*************************************************************************

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco, Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Derek Daughtry, as Next Friend of A.B., a minor (Plaintiff in *Burns,* C.A. 10-2238)

- Dorothy Dillon (Plaintiff in *Burns,* C.A. 10-2238)

- Dianne Gordon, as Next Friend of A.G., a minor (Plaintiff in *Burns,* C.A. 10-2238)

- Dianne Gordon, as Next Friend of D.G., a minor (Plaintiff in *Burns,* C.A. 10-2238)

- Dianne Gordon, as Next Friend of J.G., a minor (Plaintiff in *Burns,* C.A. 10-2238)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

          Respectfully submitted,
          **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

**Attorneys for Jayco, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, opposes this motion.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

      s/Thomas L. Cougill
      THOMAS L. COUGILL