

**WILLINGHAM, FULTZ & COUGILL LLP**
TEXAS   LOUISIANA   MISSISSIPPI
ATTORNEYS AT LAW

Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002
Phone: 713/333-7600
Fax: 713/333-7601

Thomas L. Cougill                                              *TomC@Willingham-law.com*
Partner

May 31, 2011

Mr. Mikal C. Watts                                                     <u>***Via Email***</u>
Watts Hilliard, L.L.C.
2506 N. Port Avenue
Corpus Christi, Texas 78401

Re:   In Re: FEMA Trailer Formaldehyde
      Products Liability Litigation
      MDL No. 1873, Section "N" (4)
      Plaintiff Fact Sheets

Dear Mr. Watts:

Enclosed please find a deficiency letter on behalf of JAYCO, INC. pursuant to Pretrial Order No. 2 (Doc. 87), and related to the "cured" and Original Plaintiff Fact Sheets and Authorizations recently received by our office. We respectfully request you to supplement or otherwise "cure" the specified deficiencies within thirty (30) days as specified in Pretrial Order No. 2.

Thank you for your cooperation and assistance in this matter. If you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**WILLINGHAM, FULTZ & COUGILL LLP**

*Thomas L. Cougill*

Thomas L. Cougill

TLC/HR:rkr

cc:   Jerry Meunier (*via email*)
      Andrew Weinstock (*via email*)
      Henry Miller (*via email*)



**EXHIBIT D**

# JAYCO, INC.

### JOYCE LAFONTONA

1. The plaintiff failed to provide a response to Section III (C) No. 9.

2. The Authorization for Release of Medical Records not signed.

### TIRA NUNNALLY

1. No information was provided in Section V relating to FEMA trailer manufacturer information.

### KAYANA BEEMON-PITTMAN

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification and any of the Authorizations for release of records.

### ANDREA BILBO

1. No information was provided in Section V relating to FEMA trailer manufacturer information.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### CHESTER BILBO

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. No information was provided in Section V relating to FEMA trailer manufacturer information.

3. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**TYLER BILBO**

1. The plaintiff failed to provide a response to Section IV (F) No. 3.

2. No information was provided in Section V relating to FEMA trailer manufacturer information.

3. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

4. The plaintiff failed to sign the Certification and any of the Authorizations for release of records.

5. The plaintiff failed to sign and include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ROBERT HARTMAN, JR.**

1. No information was provided in Section V relating to FEMA trailer manufacturer information.

**SACHA HARTMAN**

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2. The plaintiff failed to sign and include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**LASS HARTMAN**

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2. The plaintiff failed to sign and include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

**ROBERT HARTMAN, SR.**

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

**RONDA CAMPBELL**

1. No information was provided in Section V relating to FEMA trailer manufacturer information.

2. The plaintiff failed to include a complete response to Section III (C) (8) by providing information on medical providers plaintiff is alleging receiving treatment and incurring expenses from.

3. The plaintiff failed to sign and include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### L'TRAIL CEASAR

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. No information was provided in Section V relating to FEMA trailer manufacturer information.

3. The plaintiff failed to provide a response to Section VI (C) regarding smoking history.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### KEVIN CENALES

1. The plaintiff failed to sign the Authorizations for release of records include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### JASMINE CEASAR

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information.

4. The plaintiff failed to provide a response to Section VI (C) regarding smoking history.

5. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

6. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### TERRY BILBO

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information and the text in this section was illegible.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5.  The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### **DESTINY COUSIN**

1.  No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2.  The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **ALEXANDER WILKINS**

1.  No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2.  The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **GRACE COUSIN**

1.  No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2.  The plaintiff failed to include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

### **KEINRA GATES**

1.  The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2.  The plaintiff failed to provide a response to Section IV (F) No. 3.

3.  No information was provided in Section V relating to FEMA trailer manufacturer information.

4.  The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5.  The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### **PATRICK HARTMAN**

1.  No information was provided in Section V relating to FEMA trailer manufacturer information.

2.  The plaintiff failed to sign and include a date on the Privacy Act Release.  If FEMA refuses to accept the Release, Defendant will seek supplementation.

5

### ELIZABETH STEWART o/b/o MARCUS GRAHAM

1. The plaintiff failed to provide a trailer manufacturer, VIN, FEMA ID or FEMA Bar Code numbers in response to Section V (A) (1) through (4).

### DEANTE HINTON

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### TERRELL JONES

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

### TERRELL JONES, JR.

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

### LENORA JONES

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

### LENORA JONES o/b/o CHRISTIAN STOCKMAN

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

### LINDA HINTON

1. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### LINDA HINTON o/b/o DARVIS PITTMAN

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### LINDA HINTON o/b/o AL-JUNA WILLIAMS

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### JABAREE HINTON

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### FULSTON HINTON

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No information was provided in Section V relating to FEMA trailer manufacturer

    information relating to JAYCO trailers.

4.     The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5.     The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### CAMERON NECAISE

1.     No Bar Code No. and VIN was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2.     The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### SCOTT NECAISE

1.     No Bar Code No. and VIN was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

2.     The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### ALPHONSE ROBINSON

1.     The plaintiff failed to provide a response to Section IV (F) No. 3.

2.     The plaintiff failed to provide a response to Section VI (C) regarding smoking history.

3.     The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### DESMOND ROBINSON

1.     The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2.     The plaintiff failed to provide a response to Section IV (F) No. 3.

3.     No information was provided in Section V relating to FEMA trailer manufacturer information relating to JAYCO trailers.

4.     The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

### SAMANTHA SEYMOUR

1.     No information was provided in Section V relating to FEMA trailer manufacturer Bar Code No.

### WILLIAM SEYMOUR, II

1. No information was provided in Section V relating to FEMA trailer manufacturer Bar Code No.

2. The plaintiff failed to include a date on the Privacy Act Release. If FEMA refuses to accept the Release, Defendant will seek supplementation.

### WILLIAM SEYMOUR

1. No information was provided in Section V relating to FEMA trailer manufacturer Bar Code No.

### JAMES SMITH

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No FEMA Identification No. or Bar Code No. for the listed Jayco trailer were provided.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### YVONNE SMITH

1. The plaintiff failed to provide a response to Section III (C) No.'s 8, 9.

2. The plaintiff failed to provide a response to Section IV (F) No. 3.

3. No FEMA Identification No. or Bar Code No. for the listed Jayco trailer were provided.

4. The plaintiff failed to provide a response to Section VI (F) No.'s 1-4.

5. The plaintiff failed to sign the Certification, the Authorizations for release of records and the Privacy Act Release.

### ROBERT LEO TAYLOR

1. No Bar Code information was provided in trailer manufacturer information relating to JAYCO trailers.

### MARY LINDSEY

1. In response to Section V, the plaintiff identified the manufacturer as "Pilgrim" and provided a VIN that does not correspond to a unit manufactured by Jayco, Inc.

### SARAH MAY

1. Plaintiff failed to provide a response to Section III (C) (8) regarding mental anguish/emotional damages claims.

2. In response to Section V, the plaintiff identified the manufacturer as "Pilgrim" and provided a VIN that does not correspond to a unit manufactured by Jayco, Inc. No FEMA Bar Code number was provided.

3. Plaintiff failed to complete the response to Section VI (C) regarding the claimed current cigarette smoking.

### CAITLYN MCDAVELL

1. Plaintiff failed to provide a response to Section III (C) (8) and (9) regarding claims for mental anguish and medical expenses.

2. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers, as well as other questions in Section V.

3. Plaintiff failed to provide a response to Section V (E) regarding trailer occupants.

4. Plaintiff failed to provide a response to Sections VI (F) through (G).

5. Plaintiff failed to provide any response to Section IX regarding past medical treatment.

6. Plaintiff's representative failed to sign the Certification attached to Plaintiff's Fact Sheet.

7. Plaintiff's representative failed to execute the attached authorizations for release of medical and other records, or the attached Privacy Act Release.

### MASON METZ

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers, as well as other questions in Section V.

2. Plaintiff failed to fully respond to Section IX regarding past medical treatment.

3. Plaintiff failed to complete the attached Authorization for Use and Disclosure of Protected Health Information Pursuant to HIPPA.

4. Plaintiff failed to complete the attached Privacy Act Release.

### KATHRYN TILLISON

1. Plaintiff failed to provide a response to Section III (C) (8) regarding mental anguish/emotional damages claims.

2. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN,

10

    FEMA ID and Bar Code numbers, as well as other questions in Section V.

3. Plaintiff failed to complete the response to Section VI (C) regarding smoking history.

4. Plaintiff failed to fully respond to Section IX regarding past medical treatment.

5. Plaintiff failed to complete/sign the attached Authorization for Release of Medical Records.

### LARRY G. TILLISON

1. In response to Section V, the plaintiff identified the manufacturer as "Forest River" and provided a VIN that does not correspond to a unit manufactured by Jayco, Inc.

2. Plaintiff failed to complete the response to Section VI (C) regarding smoking history.

3. Plaintiff failed to provide a response to Section IX (A) through (E) regarding past medical treatment.

### BRITTANY VAULTZ

1. In response to Section V, the plaintiff failed to identify the trailer manufacturer and provided a VIN that does not correspond to a unit manufactured by Jayco, Inc.

2. The plaintiff failed to provide sufficient address/location information for the physician identified in response to Section IX

### SETH WOLFE

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

2. Plaintiff failed to provide a complete response to Section IX (A) through (E).

### LISA AUTRY

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

### DARRIAN ELLIOTT

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.
2. Plaintiff failed to provide a complete response to Section IX (A) through (E).

### KIARA ELLIS

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

### LATARYN ELLIS

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

2. Plaintiff failed to provide a complete response to Section IX (A) through (E).

### TIARA ELLIS

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

### TOOCARA C. ELLIS

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

### JADEN MCCRAY

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

2. Plaintiff failed to provide sufficient identifying information for the healthcare provider listed in response to Section IX (E), and the pharmacy listed in response to subsection (F).

### KAREN L. NETTLES

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

2. Plaintiff failed to provide a response to Section IX (F) regarding pharmacies.

### MYANGEL NETTLES

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

2. Plaintiff failed to provide a response to Section IX (F) regarding pharmacies.

### HERBERT POWE

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN, FEMA ID and Bar Code numbers.

### JOSEPHINE POWE

1. Plaintiff failed to provide a response to Section V regarding trailer manufacturer, VIN,

      FEMA ID and Bar Code numbers.

**DESTIN SWANSON**

1. Plaintiff identified the trailer manufacturers as "Forest River" and "Gulfstream," but failed to provide VIN, FEMA ID and Bar Code numbers.