## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER      *      **MDL NO. 1873**
        FORMALDEHYDE PRODUCTS    *
        LIABILITY LITIGATION     *      **SECTION "N-5"**
                             *
**THIS DOCUMENT RELATES TO:**    *      **JUDGE ENGELHARDT**
*Bruce Robinson v. Starcraft RV, Inc.*   *
Docket No. 09-7090        *      **MAG. JUDGE CHASEZ**
Plaintiffs:  Howard Dilley       *
           Kelly Galloway       *
           Derrick Robinson     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-
## TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

      **NOW INTO COURT**, through undersigned counsel comes, defendants, Starcraft RV, Inc.

("Starcraft"), Bechtel National, Inc. and CH2M Hill Constructors, Inc., who move this Honorable

Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with

the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact

Sheets. The plaintiffs are:

- Howard Dilley (Plaintiff in *Robinson,* C.A. 09-7090)

- Kelly Galloway (Plaintiff in *Robinson,* C.A. 09-7090)

- Derrick Robinson (Plaintiff in *Robinson,* C.A. 09-7090)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
   THOMAS L. COUGILL
   Texas State Bar No. 04877300
   Louisiana State Bar No. 31112
   R. MARK WILLINGHAM
   Texas State Bar No. 21641500
   JEFFREY P. FULTZ
   Texas State Bar No. 00790728
   Mississippi Bar No. 101058
   Niels Esperson Building
   808 Travis Street, Suite 1608
   Houston, Texas  77002
   (713) 333-7600 – Telephone
   (713) 333-7601 – Facsimile

   **Attorneys for Starcraft RV, Inc.**




**FRILOT L.L.C.**


By:   s/*John J. Hainkel*
   JOHN J. HAINKEL, III – La. Bar No. 18246
   A.J. KROUSE – La. Bar No. 14426
   PETER R. TAFARO – La. Bar No. 28776
   3600 Energy Centre, 1100 Poydras Street
   New Orleans, Louisiana 70163
   Telephone : (504) 599-8000
   Facsimile: (504) 599-8100

   **Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*
   ROY C. CHEATWOOD (La. Bar No. 4010)
   GERARDO R. BARRIOS (La. Bar No. 21223)
   M. DAVID KURTZ (La. Bar No. 23821)
   KAREN KALER WHITFIELD (La. Bar No. 19350)
   WADE M. BASS (La. Bar No. 29081)
   No. 3 Sanctuary Boulevard, Suite 201
   Mandeville, La 70471
   (985) 819-8400 – Telephone
   (985) 819-8484 – Facsimile
   rcheatwood@bakerdonelson.com
   gbarrios@bakerdonelson.com
   dkurtz@bakerdonelson.com
   kwhitfield@bakerdonelson.com
   wbass@bakerdonelson.com

   **Attorneys for CH2M Hill Constructors, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, CHRIS PINEDO, opposes this motion.

   s/*Thomas L. Cougill*
   THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

   s/Thomas L. Cougill
   THOMAS L. COUGILL