# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226058  **Cause No.** 09-4690
**Case Name** Dilley, Howard  **Case Style** Aarien Burks, et. al. vs. Gulf Stream Coach,
**DOB**  **SSN**

| Question # | Question | Answer |
|---|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsection (E) regarding education and subsection (F) regarding employment. Plaintiff also failed to respond to subsection (F) (3) regarding lost wage claims and subsection (G) regarding prior claims | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." | Will Supplement |
| 4 | The plaintiff failed to respond to multiple questions on the attachments entitled "Trailer 1" regarding trailer occupancy. Additionally, on the attachment entitled "Trailer 1," the plaintiff identified the manufacturer as "Gulf Stream." Defendant seeks clarification on whether or not the plaintiff resided in a "Gulf Stream" trailer. | After matching my information with the government, it was found that I lived in a Starcraft trailer. |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) and (B) regarding height and weight, as well as subsection (C) regarding smoking/tobacco use, and subsection (F) and (G) including subparts. | Will Supplement |
| 7 | The plaintiff failed to respond to Section VII (D). | D. I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | The plaintiff failed to respond to Section IX (A) through (F). | |

**EXHIBIT C**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 226058 | **Cause No.** 09-4690 |
| **Case Name** Dilley, Howard | **Case Style** Aarien Burks, et. al. vs. Gulf Stream Coach, |
| **DOB**           **SSN** | |

| Question # | Question |
|---|---|
| | IX. I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| **9** | The plaintiff failed to complete the attached Certification. |
| | **Answer** |
| | Will Supplement |
| **10** | The plaintiff failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____    9/29/2010
Plaintiff or Representative     Date