# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229722  **Cause No.** 09-4693
**Case Name** Galloway, Kelly A.  **Case Style** Dawn Reffells, as Next Friend of C. C., a minor,
**DOB**        **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsections (D), (E) and (F), as well as subsection (F) (3) regarding assertion of a lost wage claim, and subsection (G) regarding prior claims. |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4 | The plaintiff failed to respond to multiple questions on the attachments entitled "Trailer 1" and "Trailer 2," including the manufacturer and corresponding occupancy information. |
| | **Answer** |
| | After matching my information with the government, it was found that I lived in a Starcraft trailer with a VIN# of 1SABS0ZR962CK6630 and a Barcode of 1240659. |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
| | **Answer** |
| | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and did not provide a response to subsection (E), (F) and (G) including subparts. |
| | **Answer** |
| | Will Supplement |
| 7 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | D. I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 8 | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |
| | I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

**EXHIBIT E**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229722    **Answer**    **Cause No.** 09-4693

**Case Name** Galloway, Kelly A.    **Case Style** Dawn Reffells, as Next Friend of C. C., a minor,

**DOB**    **SSN**

| Question # | Question |
|---|---|
| 9 | The plaintiff failed to complete the attached Certification. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 10 | The plaintiff failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____  9/29/2010
Plaintiff or Representative      Date