# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226800   **Cause No.** 09-4691
**Case Name** Robinson, Derrick   **Case Style** John Johnson, et. al. vs. Gulf Stream Coach,
**DOB**      **SSN**

| Question # | Question | Answer |
|---|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) or (9). | Will Supplement |
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence, subsections (E) and (F), as well as subsection (F) (3) regarding assertion of a lost wage claim, and subsection (G) regarding prior claims | Will Supplement |
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." | I do not recall if any child, parent, sibling, or grandparent of mine. suffered from any type of disease. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 4 | The plaintiff failed to respond to multiple questions on the attachments entitled "Trailer 1" regarding trailer occupancy | Will Supplement |
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants | Will Supplement |
| 6 | The plaintiff failed to provide a response to Section VI (A) or (B) regarding height and weight, and did not provide a complete response to subsection (C) regarding smoking history. Additionally, Plaintiff failed to respond to subsection (F) and (G) including subparts. | Will Supplement |
| 7 | The plaintiff failed to respond to Section VII (D). | |
| 8 | The plaintiff failed to respond to Section IX (A) through (F). | Will Supplement |
| 9 | The plaintiff failed to complete the attached Certification | |

**EXHIBIT G**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226800  **Cause No.** 09-4691
**Case Name** Robinson, Derrick  **Case Style** John Johnson, et. al. vs. Gulf Stream Coach,
**DOB**  **SSN**

| Question # | Question |
|---|---|
| | **Answer** |
| | Will Supplement |
| 10. | The plaintiff failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed. |
| | **Answer** |
| | Will Supplement |

_____   9/29/2010
Plaintiff or Representative      Date