# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216343  **Cause No.** 09-4699
**Case Name** Boyd, Jaden  **Case Style** Adrian Raymond, et. al. vs. Gulf Stream Coach,
**DOB**  **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to include a response to Section III (6) through (8) regarding representative capacity |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 2 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 3 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims. |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 4 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 5 | In response to Section V, the plaintiff identified three manufacturers, including Starcraft RV, Inc. However, on the attached "Trailer 1," the only manufacturer identified was "Gulf Stream." The plaintiff failed to respond to multiple questions on the attachments entitled "Trailer 1" regarding trailer occupancy. Defendant seeks clarification of if/when the plaintiff lived in each trailer identified. |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 6 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 7 | The plaintiff failed to provide a response to Section VI (F) and (G) including subparts. |
|  | **Answer** |
|  | Will Supplement |

| Question # | Question |
|---|---|
| 8 | The plaintiff failed to respond to Section VII (D). |
|  | **Answer** |
|  | I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9 | The plaintiff failed to respond to Section IX (A) through (D) and (F). |
|  | **Answer** |

**EXHIBIT C**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216343     **Cause No.** 09-4699

**Case Name** Boyd, Jaden     **Case Style** Adrian Raymond, et. al. vs. Gulf Stream Coach,

**Question #**

**DOB**     **SSN**

**Answer**

I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 10 | The plaintiff's representative failed to complete the attached Certification. |

**Answer**

Will Supplement

| Question # | Question |
|---|---|
| 11 | The plaintiff's representative failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed. |

**Answer**

Will Supplement

_____      9/29/2010
Plaintiff or Representative     Date