**Roslyn West**

| | |
|---|---|
| **From:** | Michael Hoffstadt <ahoffstadt@wgclawfirm.com> |
| **Sent:** | Wednesday, September 29, 2010 3:55 PM |
| **To:** | Sherrie Moseley |
| **Subject:** | MDL Litigation #1873 - Watts Hilliard Answers to Deficiencies in     Plaintiff Fact Sheets |
| **Attachments:** | Stallworth, Melissa.pdf; Stallworth, Michael.pdf; Stallworth, Napoleon.pdf; Taylor, Herbert.pdf; Tillman, Jr., Lewis.pdf; Victor, Nettie.pdf; Victor, Quartez.pdf; Ward, Tameka.pdf; Williams, Marquis.pdf; Wolfe, Alan.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Cougill,

Please find attached documents containing answers to deficiency notices for the following clients:

1. Albin, Regina R.
2. Amacker, Jon T.
3. Beard, Delores
4. Beard, Ellis
5. Bell, Aaron
6. Bell, Jahlani
7. Bell, Jr., Joseph
8. Bennett, Carrie
9. Boyd, Jaden
10. Boyd, Joseph
11. Boyd, Jossie
12. Brauner, Franly
13. Carreras, Tracey
14. Collins, Jr., Marshall
15. Collins, Sr., Marshall
16. Cowan, Johnny Lynn
17. Crawford, Jeremiah
18. Cuevas, Edward K.
19. Dallas, Mark
20. Dallas, Torrey
21. Dilley, Anita C.
22. Dilley, Donald E.
23. Dilley, Howard
24. Dixon, Jr., Eddie D.
25. Doyle, Barbara
26. Doyle, Dominick
27. Doyle, Jr., Ronald
28. Ducre, Patricia
29. Faciane, Joan D.
30. Faulk, Samuel
31. Fletcher, Bert Kevin
32. Fletcher, Brandon William
33. Fletcher, Sherry Lynn

**EXHIBIT F**

34. Galloway, Kelly A.
35. Giveans, Cherry
36. Goertzen, Melissa
37. Hill, Jr., Kevin
38. Jackson, Jr., Harold
39. Khadaroo, Delilah
40. Lachney, Tina
41. Ladner, Brittany
42. Ladner, Jr., Thomas
43. Ladner, Myles
44. Ladner, Patricia
45. Larter, Brittany
46. Leitz, Lori
47. Lewis, Connie M.
48. Lewis, Taishana A.
49. Luck, Jr., Robert
50. Martinez, Candace
51. Martinez, Edward
52. Martinez, Mario
53. May, Amanie
54. McDonald, Ellen
55. Morgan, Jaxene
56. Morgan, Jeffery
57. Pavolini, Jessica
58. Peterson, Donna
59. Peterson, Randy
60. Reeder, Wayne
61. Robinson, Derrick
62. Schultz, Crystal
63. Smith, Arthur
64. Spaulding, Daniel
65. Stallworth, Brittany
66. Stallworth, Cheryl
67. Stallworth, Melissa
68. Stallworth, Michael
69. Stallworth, Napoleon
70. Taylor, Herbert
71. Tillman, Jr., Lewis
72. Victor, Nettie
73. Victor, Quartez
74. Ward, Tameka
75. Williams, Marquis
76. Wolfe, Alan

Please let me know if you have any questions.

Sincerely,

Michael Hoffstadt
Watts Hilliard
2506 North Port Ave

2

Corpus Christi, TX 78401
361-693-3100 Ext 1433
ahoffstadt@wgclawfirm.com

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216342  **Cause No.** 1:09-cv-563 HSO JMR
**Case Name** Boyd, Joseph  **Case Style** Ida Anderson, et. al. vs. Scotbilt Homes, Inc., et.
**DOB**   **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff failed to include a response to Section III (6) through (8) regarding representative capacity. |
| | **Answer** |
| | Will Supplement |
| 2 | The plaintiff failed to include a response to Section III (C) (8) or (9). |
| | **Answer** |
| | Will Supplement |
| 3 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (G) regarding prior claims. |
| | **Answer** |
| | Will Supplement |
| 4 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 5 | In response to Section V, the plaintiff identified three manufacturers, including Starcraft RV, Inc. However, on the attached "Trailer 1," the only manufacturer identified was "Gulf Stream." The plaintiff failed to respond to multiple questions on the attachments entitled "Trailer 1" regarding trailer occupancy. Defendant seeks clarification of if/when the plaintiff lived in each trailer identified. |
| | **Answer** |
| | Will Supplement |
| 6 | The plaintiff failed to respond to Section V (E) regarding trailer occupants |
| | **Answer** |
| | Will Supplement |
| 7 | The plaintiff failed to provide a response to Section VI (F) and (G) including subparts |
| | **Answer** |
| | Will Supplement |
| 8 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | I do not recall if any health care professional told me that my illness, disease, or injury is related to living in a FEMA trailer. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 9 | The plaintiff failed to respond to Section IX (A) through (D) and (F |
| | **Answer** |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216342  **Cause No.** 1:09-cv-563 HSO JMR
**Case Name** Boyd, Joseph  **Case Style** Ida Anderson, et. al. vs. Scotbilt Homes, Inc., et.
**Question #**
**DOB**  **SSN**

**Answer**
I do not recall my past or present primary care physician, when or if I received outpatient or inpatient treatment, or any pharmacy that has been used to fill prescriptions. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

**Question #** 10
**Question** The plaintiff's representative failed to complete the attached Certification.
**Answer** Will Supplement

**Question #** 11
**Question** The plaintiff's representative failed to complete the attached authorizations for release of medical and other records. Additionally, the attached Privacy Act Release was not completed.
**Answer** Will Supplement

_____   9/29/2010
Plaintiff or Representative       Date