# Roslyn West

| | |
|---|---|
| **From:** | Sherrie Moseley |
| **Sent:** | Thursday, July 08, 2010 3:14 PM |
| **To:** | 'Michael Hoffstadt' |
| **Cc:** | Christina Wanies |
| **Subject:** | RE: MDL Litigation #1873 - Watts Hilliard Request for Extension on     Deficiencies in Plaintiff Fact Sheets |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

We agree to a 30-day extension for the plaintiffs identified in the attached letter.

Sherrie J. Moseley
Senior Paralegal

Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com

**********************************************************
Privileged Attorney-Client Communication and/or Attorney Work Product:
The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

-----Original Message-----
From: Michael Hoffstadt [mailto:ahoffstadt@wgclawfirm.com]
Sent: Thursday, July 08, 2010 1:48 PM
To: Sherrie Moseley
Cc: Christina Wanies
Subject: MDL Litigation #1873 - Watts Hilliard Request for Extension on Deficiencies in Plaintiff Fact Sheets

Dear Mr. Cougill,

We respectfully request an extension for the following client's deficiencies:

1. Batiste, Melchi Jordan
2. Batiste, Tiesha M.
3. Bethencourt, DeJuan R.
4. Brown, Sasson
5. Cowan, Mavis E.
6. Daughtry, Ariel A.



**EXHIBIT C**

1

7. Encalade, Graven
8. Encalade, Kimberly
9. Gelinas, Lauren
10. George, Chester
11. Gilmore, Lorry
12. Giveans, Caleb
13. Giveans, II, Roger
14. Gordon, Dianne
15. Johnson, Arthur
16. Johnson, Tiffany M.
17. Lafontana, Joyce A.
18. Lord, Peter
19. Marston, Gretchen L.
20. McMannis, Patrick
21. Mitchell, Monte
22. Naguin, Wayne
23. Naquin, Brandon Michael
24. Naquin, Cheryl
25. Owens, Erial
26. Owens, Yoursheko
27. Pepp, Jimmie Lawrence
28. Pittman, Damian
29. Porterfield, Lamont
30. Roberts, Reco
31. Rosenburg, Cristen
32. Roush, Martha Diane
33. Roush, Richard L.
34. Sloan, Dwayne
35. Sloan, Miranda
36. Smith, Dimond
37. Stamper, Maya Lynn
38. Stevenson, Travis
39. Stewart, Artie
40. Stewart, Lindsey
41. Swanier, Tarique
42. Tarver, Mary
43. Taylor, Carrie
44. Taylor, Melody
45. Taylor, Michael
46. Taylor, Shannyn
47. Thomas, Marinda
48. Tran, Len
49. Walstrum, Madison
50. Wilkinson, Brittany M.
51. Wilkinson, Dalton
52. Wilkinson, Denise
53. Wilkinson, Michael
54. Yarborough, Cameron
55. Yarborough, Marrylou
56. Jones, Sr., Christopher M.

Please inform us as soon as possible of your decision as the deadline for these clients is on July 12, 2010.

Please let me know if you have any questions.

Sincerely,

Michael Hoffstadt
Watts Hilliard
2506 North Port Ave
Corpus Christi, TX 78401
361-693-3100 Ext 1433
ahoffstadt@wgclawfirm.com

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free<br>info@fematrailerlitigation.com | 2506 N. Port Avenue<br>Corpus Christi, TX 78401 | Mikal C. Watts, P.C.<br>Robert Hilliard, L.L.P. |

July 8, 2010

**_Via EMAIL_**
Willingham, Fultz & Cougill LLP
Attn: Thomas L. Cougill
Niels Esperson Building
808 Travis Street, Ste 1608
Houston, TX 77002

Re:     FEMA Trailer Formaldehyde Product Liability Litigation
           Request for extension on Deficiencies

Dear Mr. Cougill,

We respectfully request an extension for the following client's deficiencies:

1. Batiste, Melchi Jordan
2. Batiste, Tiesha M.
3. Bethencourt, DeJuan R.
4. Brown, Sasson
5. Cowan, Mavis E.
6. Daughtry, Ariel A.
7. Encalade, Graven
8. Encalade, Kimberly
9. Gelinas, Lauren
10. George, Chester
11. Gilmore, Lorry
12. Giveans, Caleb
13. Giveans, II, Roger
14. Gordon, Dianne
15. Johnson, Arthur
16. Johnson, Tiffany M.
17. Lafontana, Joyce A.
18. Lord, Peter
19. Marston, Gretchen L.
20. McMannis, Patrick
21. Mitchell, Monte
22. Naguin, Wayne
23. Naquin, Brandon Michael
24. Naquin, Cheryl
25. Owens, Erial
26. Owens, Yoursheko
27. Pepp, Jimmie Lawrence
28. Pittman, Damian

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

Client Name
Page 2

29. Porterfield, Lamont
30. Roberts, Reco
31. Rosenburg, Cristen
32. Roush, Martha Diane
33. Roush, Richard L.
34. Sloan, Dwayne
35. Sloan, Miranda
36. Smith, Dimond
37. Stamper, Maya Lynn
38. Stevenson, Travis
39. Stewart, Artie
40. Stewart, Lindsey
41. Swanier, Tarique
42. Tarver, Mary
43. Taylor, Carrie
44. Taylor, Melody
45. Taylor, Michael
46. Taylor, Shannyn
47. Thomas, Marinda
48. Tran, Len
49. Walstrum, Madison
50. Wilkinson, Brittany M.
51. Wilkinson, Dalton
52. Wilkinson, Denise
53. Wilkinson, Michael
54. Yarborough, Cameron
55. Yarborough, Marrylou
56. Jones, Sr., Christopher M.

Please inform us as soon as possible of your decision as the deadline for these clients is on July 12, 2010.

Please let me know if you have any questions.


Sincerely,

*Wynter Lee*

Wynter Lee
Mass Tort Coordinator