# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216146  **Cause No.** 09-4699
**Case Name** Brown, Sasson  **Case Style** Adrian Raymond, et. al. vs. Gulf Stream Coach,
**DOB**  **SSN**

| Question # | Question |
|---|---|
| 1. | The plaintiff failed to include a response to Section III (C) (8) and (9). |
| | **Answer** |
| | Will Supplement |
| 2. | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was incomplete and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims. |
| | **Answer** |
| | Will Supplement |
| 3. | The plaintiff failed to respond to Section IV (*sic*) (A) and (B) entitled "Family Information." |
| | **Answer** |
| | Will Supplement |
| 4. | In response to Section V, the plaintiff identified two trailer manufacturers, Thor Industries and Jayco. However, no additional information was provided on the attached "Trailer 1." Defendant seeks clarification of whether or not the plaintiff resided in one or two trailers and the manufacturer and occupancy information on each. |
| | **Answer** |
| | After matching my information with the government, it was found that I lived in a Thor Industries, Inc. trailer, VIN/Serial #: 4XTTN30236C26477, Barcode: 1373299 and a Jayco, Inc. trailer, VIN/Serial #: 1UJBJ02RX51CW0413, Barcode: 1146494.  Will supplement dates of residency. |
| 5. | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |
| | **Answer** |
| | Will Supplement |
| 6. | The plaintiff failed to provide a response to Section VI (A) and (B) regarding height and weight and subsection (C) regarding current smoking was not completed. |
| | **Answer** |
| | Will Supplement |
| 7. | The plaintiff failed to respond to Section VI (E), (F) and (G) including subparts |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

**EXHIBIT D**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 216146  **Cause No.** 09-4699

**Case Name** Brown, Sasson  **Case Style** Adrian Raymond, et. al. vs. Gulf Stream Coach,

**DOB**  **SSN**

| Question # | Question |
|---|---|
| 8. | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 9. | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |
| 10. | Plaintiff failed to complete the attached Certification. |
| | **Answer** |
| | Will Supplement |
| 11. | The attached authorizations for release of medical and other records are incomplete. |
| | **Answer** |
| | Will Supplement |
| 12. | The attached Privacy Act Release is incomplete. |
| | **Answer** |
| | Will Supplement |

_____   8/12/2010
Plaintiff or Representative           Date