# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223290                                **Cause No.** 09-4688
**Case Name** Roush, Richard L.                **Case Style** Pamela Jones, et. al. vs. Gulf Stream Coach,
**DOB**                  **SSN**

| Question # | Question |
|---|---|
| 1 | The plaintiff failed to include a response to Section III (C) (8) and (9). |

**Answer**

No I am not claiming mental or emotional damages as a result of living in the trailer.

Yes I am making a claim for medical bills because of the FEMA trailer
I would like 50,000 dollars for my claim.

| Question # | Question |
|---|---|
| 2 | The plaintiff failed to include a complete response to Section IV (A) regarding dates of residence and subsection (E) regarding education. Subsection (F) regarding employment history was incomplete and there was no response to (F) (3) regarding assertion of a claim for lost wages/lost earning capacity. There was no response to subsection (G) regarding previous claims. |

**Answer**

A.  3810 Orchard Rd in Pascagoula MS  39567     2001-2005
    9712 Old Stage Rd. Moss Point MS  39563     8/2007-4/2008
    4710 Legare Ave , Pascagoula MS   39581     4/2008-5/2010
    1808 Prospect Ave. Pascagoula MS  39567     6/2010-Present

E.  Agua Fria Highschool Avondale, AZ   1969/1972  Did not graduate.

F.  Walter's Diving and Marine    2008-Present    Commercial Diver- Bury cable and salvage
    Lake Avenue   Pascagoula, MS  39567                               wrecks

    J.E. Borries      11/2006-4/2008              Commercial Diver- Bury cable and salvage
    Vancleve, MS                                                     wrecks

3.) No i am not making a claim for lost wages.

4.)  Yes I have made a previous claim. Concerning Asbestus. Defendant: Ingal's Shipyard. A Texas court.

| Question # | Question |
|---|---|
| 3 | The plaintiff failed to respond to Section IV (sic) (A) and (B) entitled "Family Information." |

**Answer**

I lived in the trailer with my wife , daughter and myself
223290 Richard Roush
223291 Martha Roush
220580 Rebecca Roush
No there have not been any deaths because of living in the FEMA trailer
M y daughter Rebecca has had breathing problems since the trailer

| Question # | Question |
|---|---|
| 4 | On the attachment entitled "Trailer 1," the plaintiff failed to answer multiple questions. |

**Answer**

Will Supplement

| Question # | Question |
|---|---|
| 5 | The plaintiff failed to respond to Section V (E) regarding trailer occupants. |

**Answer**

**EXHIBIT G**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| WGC# 223290 | Cause No. 09-4688 |
| Case Name Roush, Richard L. | Case Style Pamela Jones, et. al. vs. Gulf Stream Coach, |
| DOB             SSN | |

| Question # | Question |
|---|---|
| | The trailer was issued to Richard Roush and him his wife and daughter were living there |

| Question # | Question |
|---|---|
| 6 | The plaintiff failed to provide a response to Section VI (A) and (B) regarding height and weight, subsection (C) regarding smoking history and subsection (F) and (G). |
| | **Answer** |
| | A. 5 feet 6 inches<br>B. 170 lbs. currently and 162 lbs. before living in the FEMA trailer.<br>C. I am a current user of tobacco products. 10 cigarettes per day for 5 years.<br>F. I have not suffered from a lung or respiratory disease, infectious disease, long term stomach or bowel disease, or skin disease.<br><br>G. Chest X-Ray  2004  Emergency Room Doctor   Singing River Hospital   Fell off roof<br>    Cat Scan       2004  Emergency Room Doctor   Singing River Hospital   Fell off roof<br>    MRI             2003  Emergency Room Doctor   Singing River Hospital   Hurt ankle |

| Question # | Question |
|---|---|
| 7 | The plaintiff failed to respond to Section VII (D). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 8 | The plaintiff failed to respond to Section IX (A) through (F). |
| | **Answer** |
| | I do not recall. If I remember or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided. |

| Question # | Question |
|---|---|
| 9 | Plaintiff failed to complete the Certification. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 10 | The attached Privacy Act Release was not complete. |
| | **Answer** |
| | Will Supplement |

| Question # | Question |
|---|---|
| 11 | The attached authorizations for release of medical and other records are all incomplete. |
| | **Answer** |
| | Will Supplement |

_____     8/12/2010
Plaintiff or Representative                     Date