UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Chester Bilbo, as next friend of | * | |
| Terry Bilbo and Tyler Bilbo | * | |
| Stacie Pierre, as next friend of | * | |
| Keinra Gates | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco"), Bechtel National, Inc. and CH2M Hill Constructors, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Chester Bilbo, as next friend of Terry Bilbo (Plaintiff in *Thomas,* C.A. 10-1277)
- Chester Bilbo, as next friend of Tyler Bilbo (Plaintiff in *Thomas,* C.A. 10-1277)
- Stacie Pierre, as next friend of Keinra Gates (Plaintiff in *Thomas,* C.A. 10-1277)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
  THOMAS L. COUGILL
  Texas State Bar No. 04877300
  Louisiana State Bar No. 31112
  R. MARK WILLINGHAM
  Texas State Bar No. 21641500
  JEFFREY P. FULTZ
  Texas State Bar No. 00790728
  Mississippi Bar No. 101058
  Niels Esperson Building
  808 Travis Street, Suite 1608
  Houston, Texas  77002
  (713) 333-7600 – Telephone
  (713) 333-7601 – Facsimile

  **Attorneys for Jayco, Inc.**


**FRILOT L.L.C.**

By:   s/*John J. Hainkel*
  JOHN J. HAINKEL, III – La. Bar No. 18246
  A.J. KROUSE – La. Bar No. 14426
  PETER R. TAFARO – La. Bar No. 28776
  3600 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone : (504) 599-8000
  Facsimile: (504) 599-8100

  **Attorneys for Bechtel National, Inc.**

2

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*
      ROY C. CHEATWOOD (La. Bar No. 4010)
      GERARDO R. BARRIOS (La. Bar No. 21223)
      M. DAVID KURTZ (La. Bar No. 23821)
      KAREN KALER WHITFIELD (La. Bar No. 19350)
      WADE M. BASS (La. Bar No. 29081)
      No. 3 Sanctuary Boulevard, Suite 201
      Mandeville, La 70471
      (985) 819-8400 – Telephone
      (985) 819-8484 – Facsimile
      rcheatwood@bakerdonelson.com
      gbarrios@bakerdonelson.com
      dkurtz@bakerdonelson.com
      kwhitfield@bakerdonelson.com
      wbass@bakerdonelson.com

**Attorneys for CH2M Hill Constructors, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, opposes this motion.

      s/*Thomas L. Cougill*
      THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 16th day of November, 2011.

      s/Thomas L. Cougill
      THOMAS L. COUGILL