**Roslyn West**

| | |
|---|---|
| **From:** | Maria Garcia |
| **Sent:** | Thursday, September 30, 2010 1:44 PM |
| **To:** | 'Michael Hoffstadt' |
| **Cc:** | Sherrie Moseley |
| **Subject:** | RE: FEMA: Missing Plaintiffs' Fact Sheets |
| **Attachments:** | image001.jpg |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Michael,

Below is a list of the plaintiffs for whom we received amendments on or around August 16, 2010, but have never received original Plaintiff Fact Sheets. Please forward them at your earliest convenience and do not hesitate to contact me if you have any questions.

Thanks.

| **JAYCO** | | **STARCRAFT** | |
|---|---|---|---|
| Campbell | Ronda | McDavell | Caitlyn |
| Ayo III | Roland | Vaultz | Brittany |
| Sheldon | China Kevale | Cook | Allison E. |
| Sheldon | Jail Meanoka | Wolfe | Seth |
| Sheldon | Xavier | Alligood | Eric B. |
| Mays | Kelly D. | Tillison | Larry |
| Cenales | Kevin | Kelly | Ronald |
| Pinkney | Whitney | Kelly, III | Ronald |
| Lawless | Natalie | Kelly, Sr. | Ronald |
| Bilbo | Chester | Metz | Mason |
| Bilbo | Tyler | Tillison | Kathryn |
| Bilbo | Terry | Cousin | Walter |
| Hartman | Patricka | Gintz | Dean Allen |
| Hartman | Robert | Gintz | Brianna C. |
| Mitchell | Branden | Gintz | Carmen L. |
| Mitchell | Keith | Gintz | Joshua L. |
| Mitchell | Joshua | Gintz | Cheyenne N. |
| Turner | Edward | Webb | Elizabeth |
| Gates | Keinra | Webb | Quintin Leon |
| Stone | Twyla R. | Webb | Juliet N. |
| Bilbo | Andrea | Gintz | Shilah |
| Perez | Manuel Aaron | Goodly | Bernilla |
| Marasco | Michelle | | |
| Perez | Hugo Aaron | | |
| Perez | Ivan | | |
| Perez | Alana Marie | | |
| Toomer | Jamaal | | |
| Toomer | Gizelda | | |
| Payne | Warren Anthony | | |



**EXHIBIT B**

| | | |
|---|---|---|
| Lavine | Amaree Keyon | |
| Petroski | Eric | |
| Ponthieux | Kellie Dixon | |
| Ceasar | Jasmin | |
| Ceasar | L'Rail | |
| Lee | Carleen | |
| Lee | James | |
| Petroski | Ashley N. | |
| Touson | LaKoya Unek | |
| Touson | Leaaij | |
| Touson | Leroy Joseph | |
| Turner | Asian | |
| Thomas | Jessie | |

**Maria M. Garcia**
Legal Assistant

Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Direct Line: 713.333.7604
Facsimile: 713.333.7601
Email: mariag@willingham-law.com
Website: www.willingham-law.com

**************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**

---

**From:** Sherrie Moseley
**Sent:** Tuesday, September 28, 2010 1:35 PM
**To:** Michael Hoffstadt
**Cc:** Maria Garcia
**Subject:** FEMA: Missing Plaintiffs' Fact Sheets

Hey Michael!!  We have run across some other amendments whereby we never received the original PFS.  Maria, another paralegal on the FEMA team in our firm is going to follow-up to this email and provide you with a list of the PFS we are missing.  If you could forward those to us at your convenience, as always, it would be greatly appreciated!!!  Please let me know if you have any questions.

Thanks, Sherrie

Sherrie J. Moseley
Senior Paralegal
**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608

Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Privileged Attorney-Client Communication and/or Attorney Work Product:**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**