Bilbo, Tyler - WGC#211294

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** Bilbo, Tyler

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    921225985

Defendants Named:    Jayco, Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer:
VIN/Serial #:   1UJBJ02P36EN0344
Barcode:        1153439
Unit:           MOBILE HOME
Contractor:



## **CERTIFICATION**

      I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

|  | **Chester Bilbo, as Next Friend of Tyler Bilbo, a minor** |  |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |