## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Gates, Keinra

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:        940779216

Defendants Named:    Waverlee Homes, Inc.
                     Jayco, Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer:
VIN/Serial #:   17L10052F
Barcode:
Unit:
Contractor:

Manufacturer:
VIN/Serial #:   17L10052F
Barcode:        1201086
Unit:           MOBILE HOME
Contractor:

Manufacturer:
VIN/Serial #:   17L10052F
Barcode:        1201086
Unit:           MOBILE HOME
Contractor:

Manufacturer:   JAYCO
VIN/Serial #:   1UJBJ02M251JZ0276
Barcode:        1144646
Unit:           TRAVEL TRAILER
Contractor:     Bechtel

**EXHIBIT H**

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

|  | **Stacie Pierre, as Next Friend of** |  |
|---|---|---|
|  | **Keinra Gates, a minor** |  |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |