UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * * * * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT RELATES TO: | * * | |
| *Terry Lynn Gervais, et al. v Morgan Buildings & Spas, Inc., et al. (10-3743)* | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. move this Honorable Court to dismiss the claims of plaintiffs Shantell Smith o/b/o JS, DS and CS and Shantell Tranell Smith, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  Specifically, these plaintiffs have not submitted plaintiff fact sheets as required by Pre-Trial Order Nos. 2 and 32.

In support of this motion, Morgan submits the following exhibits:

- Exhibit 1 – June 20, 2011, letter from Amanda Stout to David C. Jarrell; and
- Exhibit 2 – July 27, 2011, letter from Roberta Burns to Amanda Stout.

Counsel for the plaintiffs has advised that they do not oppose Morgan's motion.  Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., therefore, pray that their Motion to Dismiss with Prejudice be granted, dismissing the claims of Shantell Smith o/b/o JS, DS and CS and Shantell Tranell Smith,, plaintiffs in *Terry Lynn Gervais, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-3743, with prejudice for their failure to comply with Pre-Trial Order Nos. 2 and 32.

        Respectfully submitted,

        */s/ Amanda S. Stout*
        Christine Lipsey (La. Bar Roll No. 1182), T.A.
        Dan E. West (La. Bar Roll No. 13372)
        Amanda S. Stout (La. Bar Roll No. 29001)
        McGLINCHEY STAFFORD, PLLC
        One American Place, 14th floor
        Baton Rouge, Louisiana 70825
        Telephone: (225) 383-9000
        Facsimile: (225) 343-3076

        Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on November 16, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

        */s/ Amanda S. Stout*
        Amanda S. Stout