UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          *  MDL NO. 1873
PRODUCTS LIABILITY LITIGATION             *
                                          *
                                          *
                                          *
                                          *  JUDGE ENGELHARDT
                                          *
THIS DOCUMENT RELATES TO:                 *
                                          *
*Terry Lynn Gervais, et al. v Morgan Buildings &*  MAGISTRATE CHASEZ
*Spas, Inc., et al. (10-3743)*             *
*********************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Shantell Smith o/b/o JS, DS and CS and Shantell Tranell Smith against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of November , 2011.


_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

394631.1

1