UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Terry Lynn Gervais, et al. v Morgan Buildings & Spas, Inc., et al. (10-3743)* | * | MAGISTRATE CHASEZ |

*************************************************

**Pre-Trial Order No. 10 Certificate of Compliance**

In accordance with Pre-trial Order No. 10, I hereby certify that on or about July 27, 2011, counsel for the plaintiffs advised that the plaintiff would not oppose Morgan's motion to dismiss.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

394632.1

1