

# McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA   LOUISIANA   MISSISSIPPI   NEW YORK   OHIO   TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 20, 2011

David C. Jarrell
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043

RE: *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan Buildings & Spas, Inc.*

*Terry Lynn Gervais, et al. v. Morgan Buildings & Spas, Inc., et al. (E.D. La. 10-3743)*

Dear David:

On October 15, 2010, you filed the matter styled *Terry Lynn Gervais, et al. v. Morgan Buildings & Spas, Inc., et al.* in the Eastern District of Louisiana, bearing Suit No. 10-3743. Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) are named as manufacturing defendants. We are writing pursuant to Pre-Trial Order No. 86 to request that you correct several deficiencies with the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

We have no record of the following plaintiffs submitting a PFS: Shantell Smith o/b/o C.S., D.S. and J.S and Shantell Trenell Smith. Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. As this suit was filed After November 30, 2009, the plaintiffs were required to submit completed PFS within 30 days of the filing of their complaint. *See* Pretrial Order No. 32, page 4 § G. Thus, the plaintiffs were to file completed PFS by November 15, 2010. We are not aware of any request by the plaintiffs for an extension of the applicable PFS deadlines.

Pre-Trial Orders No. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing. As Shantell Smith o/b/o C.S., D.S. and J.S and Shantell Trenell Smith are not in compliance with Pre-Trial Orders No. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and PFS was timely filed, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

380430.1

EXHIBIT
1

June 20, 2011
Page 2

Please contact me on or before July 13, 2011 at 4:00 p.m. to hold a Rule 37.1 conference concerning the plaintiffs' PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

Additionally, the PFS submitted by plaintiff Terry Lynn Gervais is deficient in several respects. Specifically, deficient responses were provided for Sections IV(A), IV(G)(1), V(A)(20) and V(E). In accordance with Pretrial Order Nos. 2, 32 and 86, please provide an amended PFS addressing these deficiencies within 30 days. Otherwise, Morgan will proceed with filing a motion to dismiss her claims as well.

With kindest regards we remain,

Very truly yours,

McGlinchey Stafford, PLLC

*Amanda Stout*

Amanda S. Stout

380430.1

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

July 27, 2011

Amanda Stout
301 Main Street
One American Place, Fourteenth Floor
Baton Rouge, Louisiana 70825

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
            MDL No. 07-1873
            Terry Lynn Gervais, et al v. Morgan Buildings & Spas, Inc., et al (EDLA 10-3743)

Dear Counsel:

After researching our files, we are unable to locate a PFS for Shantell Smith obo Cierra Smith, Shantell Smith obo Dimonique Smith, Shantell Smith obo Janell Smith and Shantell Trenell Smith; therefore, we do not oppose your move for dismissal regarding the clients Shantell Smith obo Cierra Smith, Shantell Smith obo Dimonique Smith, Shantell Smith obo Janell Smith and Shantell Trenell Smith identified herein."

Thanking you for your attention to this matter, I remain

            Sincerely,

            s/Roberta L. Burns

            Roberta L. Burns

RLB/jb
Encls.

cc:

**Defense Liaison:**


EXHIBIT 2

PERSONAL INJURY · REAL ESTATE · CLASS ACTIONS · COMPLEX LITIGATION
8301 W. JUDGE PEREZ DRIVE · SUITE 303 · CHALMETTE, LOUISIANA 70043 · (504) 271-8422   FAX: (504) 271-

Law Offices of
# SIDNEY D. TORRES, III
*A Professional Law Corporation*

SIDNEY D. TORRES, III
storres@torres-law.com

ROBERTA L. BURNS
rburns@torres-law.com

BECKY R. CIEUTAT
bcieutat@torres-law.com

CHRISTOPHER I. GANT
cgant@torres-law.com

www.torres-law.com

Andrew D. Weinstock
Duplass Zwain Bourgeois Morton Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002
email: andreww@duplass.com

**U.S. Government Liaison**:
Henry T. Miller
U.S. Department of Justice
Senior Trial Counsel
U. S. Department of Justice
Civil Division, Environmental Torts Section
1331 Penn Avenue, NW
Room 8220-N
Washington, DC 20004
email: henry.miller@usdoj.gov

**PSC Liaison:**
Mikal C. Watts
Watts Guerra Craft LLP
Four Dominion Drive
Building Three
Suite 100
San Antonio, Texas 78257
email: mcwatts@wgclawfirm.comWatts

w/encls.



PERSONAL INJURY · REAL ESTATE · CLASS ACTIONS · COMPLEX LITIGATION
8301 W. JUDGE PEREZ DRIVE · SUITE 303 · CHALMETTE, LOUISIANA 70043 · (504) 271-8422 FAX: (504) 271-1961