UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| THIS DOCUMENT RELATES TO: | *<br>* |
| *Robert Moise Legendre, et al. v Morgan Buildings &*<br>*Spas, Inc., et al. (10-3831)* | * MAGISTRATE CHASEZ<br>* |

**********************************************

**Unopposed Motion to Dismiss with Prejudice for Failure to Comply with
Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets**

Morgan Buildings & Spas, Inc. moves this Honorable Court to dismiss the claims of plaintiffs Shari Neumann o/b/o AN, BN and NN and Todd Neumann, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. Specifically, these plaintiffs have not submitted plaintiff fact sheets as required by Pre-Trial Order Nos. 2 and 32.

In support of this motion, Morgan submits the following exhibits:

- Exhibit 1 – June 17, 2011, letter from Amanda Stout to Sidney D. Torres; and

- Exhibit 2 – July 27, 2011, letter from Roberta Burns to Amanda Stout.

Counsel for the plaintiffs has advised that they do not oppose Morgan's motion. Morgan Buildings & Spas, Inc., therefore, pray that its Motion to Dismiss with Prejudice be granted, dismissing the claims of Shari Neumann o/b/o AN, BN and NN and Todd Neumann, plaintiffs in *Robert Moise Legendre, et al. v. Morgan Buildings and Spas, Inc., et al.*, E.D. La. Suit No. 10-3831, with prejudice for their failure to comply with Pre-Trial Order Nos. 2 and 32.

        Respectfully submitted,

        */s/ Amanda S. Stout*
        Christine Lipsey (La. Bar Roll No. 1182), T.A.
        Dan E. West (La. Bar Roll No. 13372)
        Amanda S. Stout (La. Bar Roll No. 29001)
        McGLINCHEY STAFFORD, PLLC
        One American Place, 14th floor
        Baton Rouge, Louisiana 70825
        Telephone:  (225) 383-9000
        Facsimile:  (225) 343-3076

        Attorneys for Morgan Buildings & Spas, Inc. and
        Morgan Building Systems, Inc.

## Certificate of Service

I certify that, on November 16, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

        */s/ Amanda S. Stout*
        Amanda S. Stout