UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | * | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | |
| | * | |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Robert Moise Legendre, et al. v Morgan Buildings &* | * | **MAGISTRATE CHASEZ** |
| *Spas, Inc., et al. (10-3831)* | * | |

**********************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Shari Neumann o/b/o AN, BN and NN and Todd Neumann against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this _____ day of November , 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

394640.1