# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

### ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 20, 2011

**_Via E-mail:_**
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Lawrence J. Centola
lcentola@hurricanelegal.com
Dennis Vega
dvega@trailerclaims.net
Hurricane Legal Center
600 Carondelet St., Suite 602
New Orleans, LA 70130

Re:    In Re: FEMA Trailer Formaldehyde Products Liability Litigation
       USDC-EDLA, MDL No. 07-1873
       Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as a notice that the plaintiffs named below, who have instituted lawsuits against Recreation By Design, LLC, have submitted deficient Plaintiff Fact Sheets. The deficient responses are noted on the attached sheets.

Case:    _Malvin Cavalier, et al. v. Recreation By Design, LLC, et al._ USDC-EDLA
         _No. 09-5653_

Plaintiffs:

1. Lillie Sartan


> **EXHIBIT**
>
> **A**
> ___

April 20, 2011
Page 2



8.  Lillie Mae Sartan on behalf of M███ W███

12. Tacara Scott

Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

Very truly yours,

Kelly M. Morton

KMM/klm

Cc:   David Kurtz – dkurtz@bakerdonelson.com
      Charles Leche – cleche@dkslaw.com
      Henry Miller – henry.miller@usdoj.gov

**Plaintiff Fact Sheet Deficiency Notice**

Name:       Donna Fournier

Case:       *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
            *EDLA No. 09-5653*

Attorney:   Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| Question | Deficiency |
|----------|------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
| --- |
|  |

| Question | Deficiency |
| --- | --- |
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 |  |
| A. 9 | Not answered |
| A. 10 | Not answered |
| A. 11 | Not answered |
| A. 12 | Not answered |
| A. 13 | Not answered |
| A. 14 | Not answered |
| A. 15 | Not answered |
| A. 16 | Not answered |
| A. 17 | Not answered |
| A. 18 | Not answered |
| A. 19 | Not answered |
| A. 20 | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
| --- | --- |
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| C. 1 | Not answered |
| C. 2 | Not answered |
| C. 1 | Not answered |
| D. 1 | Not answered |
| D. 2 | Not answered |
| D. 3 | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| F. 4 | Not answered |
| G. 1 | Not answered |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
| --- | --- |
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|----------------------------------------------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|----------------------------------------------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:       Ronald Fournier on behalf of Matthew Fournier

Case:       *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
            *EDLA No. 09-5653*

Attorney:   Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | Not answered |
| A. 2 | Not answered |
| A. 3 | Not answered |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 | Not answered |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| | |
|------|------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 | |
| A. 9 | Not answered |
| A. 10 | Not answered |
| A. 11 | Not answered |
| A. 12 | Not answered |
| A. 13 | Not answered |
| A. 14 | Not answered |
| A. 15 | Not answered |
| A. 16 | Not answered |
| A. 17 | Not answered |
| A. 18 | Not answered |
| A. 19 | Not answered |
| A. 20 | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| C. 1 | Not answered |
| C. 2 | Not answered |
| C. 1 | Not answered |
| D. 1 | Not answered |
| D. 2 | Not answered |
| D. 3 | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| F. 4 | Not answered |
| G. 1 | Not answered |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|-----------------------------------------------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|-----------------------------------------------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:      Ronald Fournier

Case:      *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
           *EDLA No. 09-5653*

Attorney:  Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| Question | Deficiency |
|----------|------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

**SECTION V. FEMA TRAILER OR MOBILE HOME UNIT**

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

**SECTION VI. MEDICAL BACKGROUND**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

**SECTION VII. MEDICAL DIAGNOSIS**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|---|---|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---|---|
| Psychological | **Not completed or signed, no Social Security Number provided** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|---|---|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:        Jordan Hartman

Case:        *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
             *EDLA No. 09-5653*

Attorney:    Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| | |
|----------|------------|
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
| --- |
|  |

| Question | Deficiency |
| --- | --- |
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 |  |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:         Randi Hartman on behalf of Noah Hartman

Case:         *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
              *EDLA No. 09-5653*

Attorney:     Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|--------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|--------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| Question | Deficiency |
|----------|--------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|--------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|--------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|-----------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|----------|-----------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|-----------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|----------|-----------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|----------|-----------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:        Randi Hartman

Case:        *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
             *EDLA No. 09-5653*

Attorney:    Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| C. 5 | Not answered |
|------|--------------|
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
| --- |
| |

| Question | Deficiency |
| --- | --- |
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|----------|------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:       Brian Hill on behalf of Brandon Hill

Case:       *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
            *EDLA No. 09-5653*

Attorney:   Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| | |
|----------|------------|
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 |  |
| A. 9 | Not answered |
| A. 10 | Not answered |
| A. 11 | Not answered |
| A. 12 | Not answered |
| A. 13 | Not answered |
| A. 14 | Not answered |
| A. 15 | Not answered |
| A. 16 | Not answered |
| A. 17 | Not answered |
| A. 18 | Not answered |
| A. 19 | Not answered |
| A. 20 | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| C. 1 | Not answered |
| C. 2 | Not answered |
| C. 1 | Not answered |
| D. 1 | Not answered |
| D. 2 | Not answered |
| D. 3 | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| F. 4 | Not answered |
| G. 1 | Not answered |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|----------------------------------------------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|----------------------------------------------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:        Brian Hill on behalf of Brian Hill, Jr.

Case:        *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
             *EDLA No. 09-5653*

Attorney:    Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| | |
|----------|------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 |  |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|---|---|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---|---|
| Psychological | **Not completed or signed, no Social Security Number provided** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|---|---|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:        Brian Hill

Case:        *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
             *EDLA No. 09-5653*

Attorney:    Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| | |
|----------|------------|
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|---|---|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|---|---|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---|---|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:        Lillie Mae Sartan on behalf of Nicholas McDonald

Case:        *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
             *EDLA No. 09-5653*

Attorney:    Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | **Not answered** |
| A. 2 | **Not answered** |
| A. 3 | **Not answered** |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | **Not answered** |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| Question | Deficiency |
|----------|------------|
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|-----------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|-----------------------------------------------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|-----------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|-----------------------------------------------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:       Lillie Sartan

Case:       *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
            *EDLA No. 09-5653*

Attorney:   Lawrence J. Centola, Jr.

**SECTION II. PERSONAL INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

**SECTION III. CASE INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

**SECTION IV. BACKGROUND INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

**SECTION IV. (*sic*) FAMILY INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

**SECTION VIII. DOCUMENTS**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|---|---|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

**CERTIFICATION PAGE**

| Signature | **Not signed and dated** |
|---|---|

**AUTHORIZATIONS**

| Medical | **Not completed or signed, no Social Security Number provided** |
|---|---|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:     Tacara Scott

Case:     *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
          *EDLA No. 09-5653*

Attorney:  Lawrence J. Centola, Jr.

**SECTION II. PERSONAL INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | **Not answered** |
| D. | |
| E. | |

**SECTION III. CASE INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| | |
|----------|------------|
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

**SECTION IV. BACKGROUND INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

**SECTION IV. (*sic*) FAMILY INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 |  |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|---|---|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|---|---|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---|---|
| Psychological | **Not completed or signed, no Social Security Number provided** |

**Plaintiff Fact Sheet Deficiency Notice**

Name:  Lillie Mae Sartan on behalf of Monica Williams

Case:  *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al.,*
*EDLA No. 09-5653*

Attorney:  Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
|----------|------------|
| A. 1 | Not answered |
| A. 2 | Not answered |
| A. 3 | Not answered |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 | Not answered |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |

| | |
|------|------------|
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | Not answered |
| B. | Not answered |

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 |  |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|-----------|--------------------------|

## AUTHORIZATIONS

| Medical | **Not completed or signed, no Social Security Number provided** |
|---------|---------------------------------------------------------------|
| Psychological | **Not completed or signed, no Social Security Number provided** |

| Employment and Education | **Not completed or signed, no Social Security Number provided** |
|--------------------------|---------------------------------------------------------------|
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |