# Kelly Morton

**From:** Jackie Edmundson [jedm602@gmail.com]
**Sent:** Friday, May 20, 2011 4:02 PM
**To:** Kelly Morton
**Cc:** Denis Vega
**Subject:** FEMA (Recreation by Design) Response to Deficiency letters dated April 21, 2011
**Attachments:** ERRATAS REC1.zip; PFS REC1.zip

Counsel,

Contained in the table below is a status summary for each individual named in the April 2011 Defienciency notices.   Please see attachments.

| Plaintiff | Case No. | Status |
|---|---|---|
| ███████████████ | ███ | ███████████████ |
| ███████████████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| ███████████ | ███ | ███████████████ |
| ███████████████ | ███ | ███████████████ |
| Fournier, Donna | 9-5633 | Attempting to reach client |
| ███████████ | ███ | ███████████ |
| Fournier, Ronald | 9-5633 | Attempting to reach client |
| Fournier, Ronald obo M████ F████ | 9-5633 | Attempting to reach client |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| Hartman, Jourdan | 9-5633 | Attempting to reach client |
| Hill, Brian | 9-5633 | Attempting to reach client |
| Hill, Brian obo B██████ | 9-5633 | Attempting to reach client |
| Hill, Brian obo Brian Hill, Jr. | 9-5633 | Attempting to reach client |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |
| ███████████ | ███ | ███████████ |

**EXHIBIT G-2**

Case 2:07-md-01873-KDE-MBN    Document 23554-20    Filed 11/16/11    Page 2 of 2



| | | |
|---|---|---|
| Randi Hartman | 9-5633 | Attempting to reach client |
| Randi Hartman obo N█ H█ | 9-5633 | Attempting to reach client |
| Sartan, Lillie Mae obo N█ | | |
| M█ | 9-5633 | Attempting to reach client |

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLP at the telephone number above or by return e-mail. Thank you.

2