**Plaintiff Fact Sheet Deficiency Notice**

Name: Lillie Mae Sartan on behalf of N████ M████

Case: *Malvin Cavalier, et al. V. Recreation By Design, LLC, et al., EDLA No. 09-5653*

Attorney: Lawrence J. Centola, Jr.

**SECTION II. PERSONAL INFORMATION**

| Question | Deficiency |
|---|---|
| A. | |
| B. | |
| C. | Not answered |
| D. | |
| E. | |

**SECTION III. CASE INFORMATION**

| Question | Deficiency |
|---|---|
| A. 1 | Not answered |
| A. 2 | Not answered |
| A. 3 | Not answered |
| A. 4 | Not answered |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 | Not answered |
| B. 1 | |
| C. 1 | |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

**SECTION IV. BACKGROUND INFORMATION**

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

**SECTION IV. (*sic*) FAMILY INFORMATION**

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |

**EXHIBIT K-1**

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|  |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 |  |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 |  |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

**SECTION VIII. DOCUMENTS**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

| | |
|---|---|
| Employment and Education | **Not completed or signed, no Social Security Number provided** |
| HIPAA | **Not completed or signed, no Social Security Number provided** |
| Privacy Act Release | **Not signed** |

**IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

**CERTIFICATION PAGE**

| | |
|---|---|
| Signature | **Not signed and dated** |

**AUTHORIZATIONS**

| | |
|---|---|
| Medical | **Not completed or signed, no Social Security Number provided** |
| Psychological | **Not completed or signed, no Social Security Number provided** |