| | |
|---|---|
| **From:** | Jackie Edmundson |
| **To:** | Kelly Morton |
| **Subject:** | Re: In Re FEMA~Motion to Dismiss |
| **Date:** | Wednesday, November 16, 2011 3:17:45 PM |

On Tue, Nov 15, 2011 at 4:21 PM, Kelly Morton <KMorton@garrisonyount.com> wrote:

> Counsel,
>
> Attached please find a copy of a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 regarding a plaintiff/plaintiffs named in the *Malvin Cavalier, et al v. Recreation by Design, LLC,* complaint at Docket No. 09-5653. Due to the voluminous nature of the exhibits to this motion, same will only be provided upon request.
>
> Please let me know by 5:00 p.m. on Thursday, November 17, 2011, if you will oppose this motion.
>
> Please let me know if you have any questions.
>
> Thanks,
>
> **Kelly M. Morton**
>
> *Attorney*
>
> Garrison, Yount, Forte
>
> & Mulcahy, L.L.C.
>
> 909 Poydras Street, Suite 1800
>
> New Orleans, LA 70112
>
> (504)527-0680 Main
>
> (504)412-7131 Direct Dial
>
> (504)527-0686 Facsimile



EXHIBIT L

kmorton@garrisonyount.com

garrisonyount.com

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

Kelly,

Denis Vega instructed me to tell you that HLC will not file an opposition to dismissal of Donna Fournier, Ronald Fournier, Ronald Fournier obo M.F., Randi Hartman, Randi Hartman obo N.H., Jordan Hartman, Brian Hill, Brian Hill, Sr. obo B.H., Jr. Brian Hill obo B.H., Lillie Mae Sartan obo N.H.,

Thanks,

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521.  It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law.  Dissemination or copying of this e-mail and/or any attachments by

anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.