UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER  　　　　　　MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION　　SECTION "N-5"

　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT

　　　　　　　　　　　　　　　　　MAGISTRATE CHASEZ

**THIS DOCUMENT RELATES TO:**
　　*Evelena Sam, et al., v. Skyline Corporation, et al.*
　　*Civil Action No. 09-8485*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL
### OF ETTA VARNADO INDIVIDUALLY AND ON BEHALF OF R.V.

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Etta Varnado individually and on behalf of her minor child, R.V., who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Skyline Corporation, Shaw Environmental, Inc., and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings. These claims are duplicative of claims asserted by Plaintiff in No. 09-8613. The dismissal of this Plaintiff's claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　  */s/Frank J. D'Amico, Jr.*
　　　　　　　　　　　　　　　　　FRANK J. D'AMICO, JR. (LSBA# 17519)
　　　　　　　　　　　　　　　　　Frank J. D'Amico, Jr., APLC
　　　　　　　　　　　　　　　　　4731 Canal St.
　　　　　　　　　　　　　　　　　New Orleans, LA  70119
　　　　　　　　　　　　　　　　　Phone: (504) 525-7272
　　　　　　　　　　　　　　　　　Fax: (504) 525-9522

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

 /s/Frank J. D'Amico, Jr.
Frank J. D'Amico, Jr.