# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:**<br>*Bertrand, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-565<br>Plaintiffs: Kaiyln Thomas, Kerra Thomas | * *<br>*<br>*<br>* | MAG: CHASEZ |
| *Acklin, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-7304<br>Plaintiffs: Paula West, Amanda Ross-Populis,<br>Jeffrey Scott | *<br>*<br>*<br>*<br>* | |
| *Abrahms, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 09-5392<br>Plaintiffs: Bethany Singletary, Linda Shelley,<br>Dorothy Thomas | *<br>*<br>*<br>*<br>* | |
| *Carter, et al v. Gulf Stream Coach, Inc., et al*<br>Docket No. 10-2426<br>Plaintiffs: Amanda Ross-Populis o/b/o A.P., C.P.,<br>and L.P. | *<br>*<br>*<br>* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

**IT IS ORDERED** that Gulf Stream Coach, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets is **GRANTED**, as to the following plaintiffs, as captioned above.

*Bertrand, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-565**
Plaintiffs: Kaiyln Thomas, Kerra Thomas

00271134-1

*Acklin, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-7304**
Plaintiffs:  Paula West, Amanda Ross-Populis, Jeffrey Scott

*Carter, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 10-2426**
Plaintiffs:  Amanda Ross-Populis o/b/o A.P., C.P., L.P.

*Abrahms, et al v. Gulf Stream Coach, Inc., et al*
**Docket No. 09-5392**
Plaintiff:  Bethany Singletary, Linda Shelley, Dorothy Thomas

New Orleans, Louisiana this 16th day of November, 2011.

_____
United States District Judge