UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1873 |
| | * JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * |
| *Terry Lynn Gervais, et al. v Morgan Buildings &*<br>*Spas, Inc., et al. (10-3743)* | * MAGISTRATE CHASEZ |

*************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Shantell Smith o/b/o JS, DS and CS and Shantell Tranell Smith against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this __17th__ day of November , 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

394631.1

1