UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Robert Moise Legendre, et al. v Morgan Buildings & Spas, Inc., et al. (10-3831)* | * | MAGISTRATE CHASEZ |

************************************************

## Order

Considering the Unopposed Motion to Dismiss with Prejudice for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets:

IT IS ORDERED, ADJUDGED AND DECREED that Morgan's motion is GRANTED and the claims of plaintiffs Shari Neumann o/b/o AN, BN and NN and Todd Neumann against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. are dismissed WITH PREJUDICE.

New Orleans, Louisiana, this __17th__ day of November , 2011.

                                      Hon. Kurt D. Engelhardt
                                   Judge, United States District Court
                                          Eastern District of Louisiana

394640.1