UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| **This Document Relates to:** | * | |
| *Marvin Cavalier, et al v.* | * | MAGISTRATE: CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 09-5653 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Donna Fournier
2. Ronald Fournier
3. Ronald Fournier obo M.F.
4. Randi Hartman
5. Randi Hartman obo N.H.
6. Jordan Hartman
7. Brian Hill
8. Brian Hill, Sr. obo B.H., Jr.
9. Brian Hill obo B.H.
10. Lillie Mae Sartan obo N. M.

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this __17th__ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

1