UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                              SECTION "N-5"

                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER

Considering the Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorneys' Fees and Reimbursement of Common Benefit Expenses (Doc. 22781), and the Reply Memorandum filed on behalf of the PSC,

**IT IS ORDERED** that the motion is **DENIED** in part and **GRANTED** in part, that is, the request by movants for payment of a common benefit fee from the fund established in connection with the manufactured-housing settlement herein, is **DENIED** as to this settlement, reserving the right of movants to request the payment of a common benefit fee in connection with other settlements which might be entered into in the litigation, and the request of Rodney & Etter, LLC Law Firm for the reimbursement of common benefit expenses from the fund established in connection with the manufactured housing settlement, is considered limited by agreement of the parties to a request for cost reimbursement out of this settlement in the amount of $1,414.40, i.e., 13.39% of the total expenses itemized on Exhibit D of intervening counsel's motion, and to the extent so modified is **GRANTED**; and

**IT IS FINALLY ORDERED** that the effective date of the provision in this Order for the reimbursement of common benefit costs will be five (5) days after both of the following have

occurred: (1) the Final Settlement Date; and (2) Defendants and their insurers have obtained from all Governmental Authority Third Party Payer/Providers satisfactory proof of satisfaction and discharge of (a) all statutory Medicare claims asserted as to any Entitled Class Member, (b) all statutory liens asserted by a state Medicaid agency or agencies as to any Entitled Class Member and (c) any statutory reimbursement or subrogation right asserted by any other Governmental Third Party Payer/Provider, along with a certification from the LRA as to the same.

This done the 17th day of November, 2011, New Orleans, Louisiana.

_____
**KURT D. ENGELHARDT**
**United States District Court**