UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 92

On November 17, 2011, the Court held a status conference at 8:30 a.m. in chambers with liaison counsel and steering committee members. The following individuals were in attendance:   Daniel Balhoff, Amanda Ballay, Gerardo Barrios, Robert Bechnel, Raul Bencomo, Frank D'Amico, Jr., Lamont Domingue, Randi Ellis, Ernest Gieger, Jr., Joe Glass, John J. Hainkel, Robert Hilliard, M. David Kurtz, Gerald Meunier, Matthew Moreland, Charles Penot, Jr., Ryan Johnson, Dennis Reich, Tim Scandurro, Tom Thagard, John Stewart Tharp, Mikal Watts, Andrew Weinstock, Karen Whitfield, and Justin Woods.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    On **Thursday, January 5, 2012, at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or

individuals who have received prior permission of the Court will be allowed admission to this meeting.

(2)     A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Thursday, January 5, 2012, at 10:00 a.m.**

(3)     On **Friday, February 3, 2012, at 9:00 a.m.,** the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to this meeting.

(4)     A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, February 3, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 17th day of November, 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**