PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**  _____

_____  Magistrate: _____
**DEFENDANT(S)**

# FEMA MDL

*************************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 11-17-11   TIME: 10 AM

## PLEASE PRINT     PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Dan Balhoff | Perry Atkinson Special Master | Special Master |
| Randi Ellis | Perry Atkinson | Special Master |
| Amanda Ballay | | " " |
| Joe Glass | Duplass | GSCI |
| Andy Weinstock | Duplass | GSCI |
| Gerald Meunier | Gainsburgh Benjamin | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
**PLAINTIFF(S)**

CIVIL/CRIMINAL ACTION NO.:

**VERSUS**

_____

_____
**DEFENDANT(S)**

Magistrate: _____

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** \_\_\_\_\_ PRE-TRIAL   ✓ STATUS   \_\_\_\_\_ SETTLEMENT

DATE: 11-17-11      TIME: 10 AM

**PLEASE PRINT**   **PLEASE PRINT**   **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Earnie Gieger | Gieger Laborde | Forest River |
| Dennis Reich | Reich & Binstock | PSC |
| Justin Woods | Gainsburgh | PLC |
| Tim Thagard | Maynard | MFG Hsing |
| Lamont Domingue | Voorhies & Labbe | Cavalier et al |
| Charles Penot | MRG | Fluor Enter. Inc. |

PTO Received: _____

Trial Set: _____
          Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
      PLAINTIFF(S)

**VERSUS**                    _____

_____        Magistrate: _____
      DEFENDANT(S)

## FEMA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **11-17-11**             TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| David Kurtz | Baker Donelson | Shaw |
| Robert M. Becnel | Becnel | PSC |
| Ryan Johnson | Jones W. | Defendants |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Karen Whitfield | Baker Donelson | SHAW |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

VERSUS                     _____

_____   Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **11-17-11**     TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Robert Sheesley | McGlinchey Stafford | Skyline Corp/Clayton Homes |
| Denis Vega | Heeeican Legal | TT |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**
_____

_____  Magistrate: _____
**DEFENDANT(S)**

FEMA MDL

*************************************************************

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: 11-17-11    TIME: 10:00 AM

## PLEASE PRINT        PLEASE PRINT        PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Brent Maggio | Allen + Gooch | Sun Valley / Heartland |
| Joe Glass | Duplass | GSCI |
| Andy Weinstock | Duplass | GSCI |
| Shay Kulkarni | Hailey | Oak Creek/American Homestar |
| Tom Cougill | W/F ^ C | Jayco or Starcraft |
| David Moragas | Galloway Johnson | DelJen |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
**PLAINTIFF(S)**

CIVIL/CRIMINAL ACTION NO.:

**VERSUS**

_____

_____
**DEFENDANT(S)**

Magistrate: _____

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** _____ **PRE-TRIAL** ✓ **STATUS** _____ **SETTLEMENT**

**DATE:** 11-17-11  **TIME:** 1000 AM

| **PLEASE PRINT** | **PLEASE PRINT** | **PLEASE PRINT** |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Lori Barker | Allen & Gooch | SV/ Heartland |
| Palmer Lambert | Gainsburgh | Plaintiffs |
| Christine Lipsey | McGlinchey | Morgan |
| Anne E. Briard | Lugenbuhl | Liberty Mutual |
| Keelie Broom | Provosty & Gankendorff | C. Martin |
| Theresa Anderson | MMP | Athens |

PTO Received: _____

Trial Set: _____
　　　　　　Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**
　　　　　　　　　　　　　　　_____

_____  Magistrate: _____
**DEFENDANT(S)**

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** _____ **PRE-TRIAL**　　✓ **STATUS**　　_____ **SETTLEMENT**

**DATE:** 11-17-11　　　　**TIME:** 10:00 AM

## PLEASE PRINT　　　PLEASE PRINT　　　PLEASE PRINT

**NAME**　　　　　　　　**FIRM**　　　　　　　　**REPRESENT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Randall Mulcahy | Garrison, Yount, et al | Recreation By Design, LLC |
| Stephanie Dovalina | Galloway Johnson | Davis Prof. Svcs. |
| Candice Sirmon | Lambert & Nelson | TLs |
| [Jill Stewart J] | Baldwin Haspel | [Jacquet Contract] |
| Jennifer Kilpatrick | Degan Blanchard | TKTMJ |
| Laura Mayes | Degan Blanchard | T-MAC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**
_____

_____  Magistrate: _____
**DEFENDANT(S)**

**FEMA MDL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFERENCE:** _____ **PRE-TRIAL** ✓ **STATUS** _____ **SETTLEMENT**

**DATE:** 11-17-11    **TIME:** 10:00 AM

| **PLEASE PRINT** | **PLEASE PRINT** | **PLEASE PRINT** |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| John Etter | Rodney & Etter | Intervening Plaintiffs Counsel |
| Kathleen Marksbury | Barry & Piccione | MLU |
| Stewart Tharp | Taylor Porter | Coachmen |
| ___ Hale | DKS | SCR |
| Amanda Vonderhaar | Leake & Andersson | DC Recovery |
| Raul R Bencomo | Bencomo & Associates | PSC |