# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213284  
**Case Name** Wilkerson, Micah  
**DOB** 3/17/2007   **SSN** 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  
**Cause No.** 09-4713  
**Case Style** Ruth Strickland, et. al. vs. Forest River, Inc., et.

| Question # | Question |
|---|---|
| 1 | Bar Code V.A.4. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 2  

**Answer**  
According to my records the bar code number is 134490.

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 2  

**Answer**  
I do not recall if someone who resides or resided with my child at the FEMA housing unit smoked or used any tobacco products.

_____   7/12/2011
Plaintiff or Representative   Date

EXHIBIT C