| | | |
|---|---|---|
| Anne E. Briard<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>abriard@lawla.com |

June 17, 2011

BY FACSIMILE: 361-882-3015
Mr. Robert C. Hilliard
719 S. Shoreline Boulevard
Suite 500
Corpus Christi, Texas 78401

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
       United States District Court, Eastern District of Louisiana
       MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
       Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that the Plaintiff Fact Sheet for plaintiff *Rebecca Poiroux*, in *Gwendolyn White v. R-Vision.*, No. 09-4734, is deficient in the following key data fields:

| | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☒ | Manufacturer<br>-two listed; please clarify | V.A.1. |
| ☒ | Vin #<br>-two listed; please clarify | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☒ | Move In Date | V.A.6. |
| ☒ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |

Deficiency Letter - Rebecca Poiroux

**EXHIBIT D**

| | | |
|---|---|---|
| ☒ | Number of hours spent in the trailer each day | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1&4) |
| ☐ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |
| ☐ | Plaintiffs Fact Sheet Signed and Dated | |
| ☐ | Plaintiffs Fact Sheet | |

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days. Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

Anne E. Briard

AEB/rw
Cc: All liaison counsel
    Government counsel

Deficiency Letter - Rebecca Poiroux

EXHIBIT D