# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213681  
**Case Name** Poiroux, Rebecca  
**DOB** 4/18/1972   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Psychological Treatment. PFS SECTION III C.8 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall if I am claiming mental or emotional damages.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses. PFS SECTION III .C.9 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
I do not recall if I am making a claim or medical expenses or an amount for those expenses.

| Question # | Question |
|---|---|
| 3 | Manufacturer - two listed ; please clarify. PFS SECTION V.A.1 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2261502038 and the barcode for the trailer was 1280109.

| Question # | Question |
|---|---|
| 4 | Vin # - two listed , please clarify. PFS SECTION V.A.2 |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1  

**Answer**

EXHIBIT F

# Plaintiff Fact Sheet Deficiency Answers

Pet ID

Def ID
WGC# 213681  Cause No. 09-4734

Notice # Case Name  Poiroux, Rebecca  Case Style  Gwendolyn White, et. al. vs. R-Vision, Inc., et.

DOB 4/18/1972  SSN 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

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in only 1 trailer, which was a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2261502038 and the barcode for the trailer was 1280109.

| Question # | Question |
|---|---|
| 5 | Move In Date. PFS SECTION V.A.6 |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall my move in date.

| Question # | Question |
|---|---|
| 6 | Move Out Date . PFS SECTION V.A.7 |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall my move out date.

| Question # | Question |
|---|---|
| 7 | Number of hours spent in the trailer each day. PFS SECTION V.13 |

Pet ID: 931
Def ID: 46
Notice #: Def 1

**Answer**
I do not recall the number of hours spent in the trailer each day.

| Question # | Question |
|---|---|
| 8 | Names of all trailers residents ( residing ). PFS SECTION V.B |

Pet ID: 931
Def ID: 46
Notice #:

EXHIBIT F

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213681  
**Case Name** Poiroux, Rebecca  
**DOB** 4/18/1972   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

**Notice #**  
Def 1

**Answer**  
I do not recall the names of all trailers residents.

**Question #** 9  
**Question** Smoking History of Other Trailer Resident(s). PFS SECTION VI.D

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall the smoking history of other trailer resident(s).

**Question #** 10  
**Question** Prior Medical History . PFS SECTION PFS SECTION VI(F) ( 1&4)

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I have ever suffered from lung lung or other respiratory disease, any Infectious disease (such as, tuberculosis, pneumonia, hepatitis), Long-term stomach or bowel disease, or any Skin disease.

_[Signature]_   7/13/2011  
Plaintiff or Representative   Date

EXHIBIT F