# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844  **Cause No.** 09-4734
**Case Name** Gibson, Quincy Demense  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 9/9/1965  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness PFS Section III. C.3. (Second question below the chart) |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
My conditions are Blurred vision, Coughing / Shortness of Breath, tingling or swelling of lips or face area, Dizziness, headaches, Sinus Infections / Sinusitis.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment PFS Section III. C. 8. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am claiming mental or emotional damage.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses PFS Section III. C. 9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if I am requesting reimbursement of medical expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim PFS Section IV. F. 3. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT I

## Plaintiff Fact Sheet Deficiency Answers

**Def ID**

**WGC#** 201844        **Cause No.** 09-4734
**Notice #**
**Case Name** Gibson, Quincy Demense      **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 9/9/1965     **SSN** 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

I do not recall if I am making a wage loss claim or claim of lost earning capacity.

**Question #** 5
**Question** Number of hours spent in the trailer each day PFS Section V . 13.
**Pet ID** 931
**Def ID** 46
**Notice #** Def 1
**Answer** I do not recall the number of hours spent in the trailer each day.

**Question #** 6
**Question** Names of all trailer residents (residing) PFS Section V. E.
**Pet ID** 931
**Def ID** 46
**Notice #** Def 1
**Answer** I do not recall the names of all trailer residents.

**Question #** 7
**Question** Smoking History of Other Trailer Resident(s) PFS Section VI. D.
**Pet ID** 931
**Def ID** 46
**Notice #** Def 1
**Answer** I do not recall the Smoking History of Other Trailer Resident(s).

**Question #** 8
**Question** Prior Medical History PFS Section VI (F)(1&4).
**Pet ID** 931
**Def ID** 46
**Notice #** Def 1
**Answer**

EXHIBIT I

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844  **Cause No.** 09-4734
**Case Name** Gibson, Quincy Demense  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 9/9/1965  **SSN** 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

I do not recall if I have suffered lung or other respiratory disease, infectious disease (such as, tuberculosis, pneumonia, hepatitis), long-term stomach or bowel disease, or Skin disease.

**Question #** | **Question**
9 | Treatment for Formaldehyde Related Injury PFS Section VII. B.

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the doctor or health care provider(s) who treated me for each disease, illness or injury that I claim I (or the person I represent) suffered as a result of living in a FEMA trailer or mobile home.

**Question #** | **Question**
10 | Plaintiff Fact Sheet Signed and Dated PFS Section

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____        7/13/2011
Plaintiff or Representative                Date

EXHIBIT I