UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
|    *Gwendolyn White v. R-Vision, Inc.* | * | |
|    No. 09-4734 | * | |
|    Plaintiffs: | * | |
|      Dawn Esposito obo Elizabeth Esposito | * | |
|      Debra Bradley | * | |
|      Dawn Esposito obo Cameron Esposito | * | |
|      Dorothy Thompson | * | |
|      Clauzell Bradley | * | |
|      Cornell Bradley | * | |
|      Charlotte Spencer | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of the following plaintiffs:

1. Dawn Esposito obo Elizabeth Esposito
2. Debra Bradley
3. Dawn Esposito obo Cameron Esposito
4. Dorothy Thompson
5. Clauzell Bradley
6. Cornell Bradley
7. Charlotte Spencer

#1,057,880

(collectively, the "*White* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned counsel has contacted counsel for the *White* Plaintiffs who advised that he <u>opposes</u> this Motion to Dismiss.

                                    Respectfully submitted,

                                    <u>s/ Kristopher M. Redmann</u>
                              **KRISTOPHER T. WILSON, La. Bar #23978**
                              **KRISTOPHER M. REDMANN, La. Bar #18397**
                              **ANNE E. BRIARD, La. Bar #29102**
                              **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
                              601 Poydras Street, Suite 2775
                              New Orleans, Louisiana 70130
                              Telephone: (504) 568-1990
                              **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

     I hereby certify that on November 18, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                  <u>s/Kristopher M. Redmann</u>

                                Kristopher M. Redmann, La. Bar No. 18397