**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Anne E. Briard
Tel.: (504) 568-1990
Fax: (504) 310-9195

e-mail:
abriard@lawla.com

June 15, 2011

**BY FACSIMILE: 361-882-3015**
Mr. Robert C. Hilliard
719 S. Shoreline Boulevard
Suite 500
Corpus Christi, Texas 78401

Re:   **In Re:  FEMA Trailer Formaldehyde Products Liability Litigation**
**United States District Court, Eastern District of Louisiana**
**MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez**
**Our File No. 14257-09563**

Dear Mr. Hilliard:

Our records reflect that the Plaintiff Fact Sheet for plaintiff *Dawn Esposito o/b/o Elizabeth Esposito*, in *Gwendolyn White v. R-Vision.*, No. 09-4734, is deficient in the following key data fields:

| | **INFORMATION/DATA** | **PFS SECTION** |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☒ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☐ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☒ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☐ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |

Deficiency Letter - Dawn Esposito obo Elizabeth Esposito

**EXHIBIT B**

| | | | |
|---|---|---|---|
| | ☐ | Number of hours spent in the trailer each day | V.13. |
| | ☐ | Names of all trailer residents (residing) | V.E. |
| | ☐ | Plaintiff's Smoking History | VI.C. |
| | ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| | ☐ | Prior Medical History | VI(F)(1&4) |
| | ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| | ☐ | Produce Records | VIII (A-D) |
| | ☒ | Plaintiffs Fact Sheet Signed and Dated | |

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days.  Please let me know immediately if our records are incomplete or inaccurate.  If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

Anne E. Briard

AEB/rw
Cc:    All liaison counsel
        Government counsel

Deficiency Letter - Dawn Esposito obo Elizabeth Esposito

EXHIBIT B