# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224647  
**Case Name** Esposito, Elizabeth  
**DOB** 5/1/1997   **SSN** 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  
**Cause No.** 09-4718  
**Case Style** Dawn Esposito, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III.C.3. (Second question below the chart) |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I know now the injury occurred on the date Elizabeth moved in, but I did not know that at the time.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III.C.8. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
Yes, I am claiming mental and emotional damages.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Elizabeth lived in a R-Vision, Inc. trailer. The matching information from that office listed R-Vision, Inc. as the manufacturer, but did not provide a bar code number.

| Question # | Question |
|---|---|
| 4 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 931  
**Def ID** 46  
**Notice #**

**Answer**

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224647  **Cause No.** 09-4718
**Case Name** Esposito, Elizabeth  **Case Style** Dawn Esposito, et. al. vs. Gulf Stream Coach,
**DOB** 5/1/1997  **SSN** 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

**Def 1**

**Answer**
I do not recall whether anyone who resided with Elizabeth used any kind of tobacco product.

| Question # | Question |
| --- | --- |
| 5 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 931

**Def ID** 46

**Notice #** Def 1

**Answer**
I do not recall whether any doctor(s) or health care provider(s) treated Elizabeth for disease/illness/injury that she has suffered due to formaldehyde exposure.

| Question # | Question |
| --- | --- |
| 6 | Plaintiffs Fact Sheet Signed and Dated |

**Pet ID** 931

**Def ID** 46

**Notice #** Def 1

**Answer**
Please see attached PFS.

_[signature]_  7/11/2011
Plaintiff or Representative  Date

EXHIBIT D