# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202872  **Cause No.** 09-4717
**Case Name** Bradley, Debra  **Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,
**DOB** 11/9/1953  **SSN** xxx-xx-1488

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness Section III C.3. (Second question below the chart) |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall whether my conditions were suffered prior to trailer or if were worsened by the trailer.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses Section III.C.9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I am making a claim for medical expenses but I do not recall an amount for which I am claiming.

| Question # | Question |
|---|---|
| 3 | Manufacturer Is R-Vision the manufacturer? Section V.A.1. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer.

| Question # | Question |
|---|---|
| 4 | Smoking History of Other Trailer Resident(s) Section VI.D. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT G

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202872  
**Case Name** Bradley, Debra  
**DOB** 11/9/1953  **SSN** xxx-xx-1488  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| | |
|---|---|
| | I do not recall the Smoking History of Other Trailer Resident(s). |

| Question # | Question |
|---|---|
| 5 | Treatment for Formaldehyde Related Injury Section VII.B. |

**Pet ID**  
931

**Def ID**  
46

**Notice #**  
Def 1

**Answer**  
I do not recall the doctor or health care provider(s) who treated me for each disease, illness or injury that I claim I (or the person I represent) suffered as a result of living in a FEMA trailer or mobile home.

_____  
Plaintiff or Representative

7/11/2011  
Date

EXHIBIT G