# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 207568  
**Case Name** Thompson, Dorothy  
**DOB** 2/19/1931   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1. | Names of all trailer residents (residing) PFS Section V.E. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall the information of other persons who resided with me in my FEMA housing unit.

| Question # | Question |
|---|---|
| 2. | Smoking History of Other Trailer Resident(s) PFS Section VI.D. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall whether anyone who resided with me used any kind of tobacco product.

_____  
Plaintiff or Representative

7/11/2011  
Date

EXHIBIT M