# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202874  
**Case Name** Bradley, Clauzell  
**DOB** 9/13/1952  **SSN** 435805184  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| Question # | Question |
|---|---|
| 1. | Diagnosed Illness PFS Section III.C.3. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I experienced these symptoms.

| Question # | Question |
|---|---|
| 2. | Psychological Treatment PFS Section III.C.8. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
I do not recall if I am claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 3. | Only if you are requesting reimbursement of medical expenses PFS Section III.C.9. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**  
Yes I am making a claim for medical expenses as a result of the injury, illness or disease but I do not recall the amount.

| Question # | Question |
|---|---|
| 4. | Manufacturer PFS Section V.A.1. |

**Pet ID** 931  
**Def ID** 46  
**Notice #** Def 1

**Answer**

EXHIBIT P

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202874
**Cause No.** 09-4717
**Case Name** Bradley, Clauzell
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,
**DOB** 9/13/1952   **SSN** 435805184

**Answer**
After matching my information with the government, it was found that I did live in a trailer manufactured by Gulfstream.

| Question # | Question |
|---|---|
| 5. | Smoking History of Other Trailer Resident(s) PFS Section VI.D. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if anyone who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 6. | Treatment for Formaldehyde Related Injury PFS Section VII.B. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the doctor or health care provider(s) who treated me for each disease, illness or injury that I claim I suffered as a result of living in a FEMA trailer or mobile home.

_____   7/11/2011
Plaintiff or Representative   Date

EXHIBIT P