# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202873  **Cause No.** 09-4717
**Case Name** Bradley, Cornell  **Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,
**DOB** 11/16/1970  **SSN** xxx-xx-5855

| Question # | Question |
|---|---|
| 1. | Diagnosed Illness PFS Section III.C.3. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I suffered from coughing/shortness of breath, headaches, nausea, sinus infections/sinusitis, skin rash/irritation, irritation or swelling of eyelids or eye area, eye irritation/excessive tears, burning of eyes, dizziness, vomiting, and other damage while living in the FEMA trailer.

| Question # | Question |
|---|---|
| 2. | Only if you are requesting reimbursement of medical expenses PFS Section III.C.9. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I am not making an mental and/or emotional damages claim as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 3. | Date of Birth PFS Section IV.C. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
My date of birth is November 16, 1970. I do not recall my place of birth.

| Question # | Question |
|---|---|
| 4. | Manufacturer PFS Section V.A.1. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**

EXHIBIT S

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202873  **Cause No.** 09-4717
**Case Name** Bradley, Cornell  **Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,
**DOB** 11/16/1970  **SSN** xxx-xx-5855

**Answer**
After matching my information with the government, it was found that I did live in a trailer manufactured by Gulfstream.

| Question # | Question |
|---|---|
| 5. | Smoking History of Other Trailer Resident(s) PFS Section VI.D. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall if anyone who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 6. | Treatment for Formaldehyde Related Injury PFS Section VII.B. |

**Pet ID**
931

**Def ID**
46

**Notice #**
Def 1

**Answer**
I do not recall the doctor or health care provider(s) who treated me for each disease, illness, or injury that I claim I suffered as result of residing in a FEMA housing unit.

_____    7/11/2011
Plaintiff or Representative    Date

EXHIBIT S