# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 215081
**Case Name** Spencer, Charlotte
**DOB** 9/10/1962     **SSN** 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

**Cause No.** 09-4734
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1. | Names of all trailer residents (residing) PFS Section V.E. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
The other people who resided with me in the FEMA trailer were Keith Parker age 55, and Nisheka Spencer age 25. I do not recall their current physical address. Their mailing address is P.O. Box 806 Hahnville, LA 70057. Their telepohone numbers are Home Phone: 985-783-1643, Cell Phone: 504-579-2182. I do not recall the dates they resided in the FEMA trailer or whether they are making a personal injury claim.

| Question # | Question |
|---|---|
| 2. | Smoking History of Other Trailer Resident(s) PFS Section VI.D. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall if someone who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 3. | Treatment for Formaldehyde Related Injury PFS Section VII.B. |

**Pet ID** 931
**Def ID** 46
**Notice #** Def 1

**Answer**
I do not recall the the doctor or health care provider(s) who treated me for each disease, illness or injury that I claim I suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis.

_____
Plaintiff or Representative

7/11/2011
Date

EXHIBIT V