UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N |
| This document relates to:<br>   *Gwendolyn White v. R-Vision, Inc.*<br>   No. 09-4734<br>   Plaintiffs:<br>      Dawn Esposito obo Elizabeth Esposito<br>      Debra Bradley<br>      Dawn Esposito obo Cameron Esposito<br>      Dorothy Thompson<br>      Clauzell Bradley<br>      Cornell Bradley<br>      Charlotte Spencer | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Dawn Esposito obo Elizabeth Esposito
2. Debra Bradley
3. Dawn Esposito obo Cameron Esposito
4. Dorothy Thompson
5. Clauzell Bradley
6. Cornell Bradley
7. Charlotte Spencer

#1,057,880

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana