**Errata**

Claimant Name: Davis, Lisa

Claimant Attorney: Frank J D'Amico, Jr.

Manufacturer: R-Vision

Plaintiff is personally not available at this time to cure deficiencies.

_____     _June 1, 2011_____
Plaintiff or Representative                                    Date

EXHIBIT B