**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 1873** |
| | | * | **SECTION "N" (5)** |
| | | * | **JUDGE ENGELHARDT** **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT PERTAINS TO** | | * | |
| CIVIL CASE NO. 09-6962 *Krista Rhodes, et al. v. Lakeside Park Homes, Inc., et al.* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NO SERVICE

1. My name is Nicole Porter and I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I am over 21 years of age and am fully competent to make this affidavit.

2. On August 20, 2009, I deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint in the above matter, properly addressed, to Defendant, Lakeside Park Homes, Inc., through its agent of service, requesting a return receipt and have received notification from the United States Postal authorities indicating that the certified copy of the summons and complaint have not been received by the addressee. Attached as Exhibit "A" is the summons stamped "NOT DELIVERABLE AS ADDRESSED".

3. After due search, careful inquiry and diligent attempts to locate Defendant, I believe that Defendant cannot be found at this time.

* * * * *

I declare under penalty of perjury that I have read the foregoing information contained in this Affidavit of Service and that the facts stated therein are true and correct.

Executed on November 18, 2011

Nicole Porter

SWORN TO AND SUBSCRIBED before me by Nicole Porter on the 18th day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# EXHIBIT A

7008 1830 0001 1499 6412

Watts Hilliard, L.L.C.
2506 N Port Ave. Corpus Christi, Texas 78401

Lakeside Park Homes, Inc.
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

RECEIVED
AUG 31 2009
WATTS GUERRA CRAFT - MT

Watts Hilliard, L.L.C.
FEMA Trailer Litigation

240058

800.994.0019 toll free
info@fematrailerlitigation.com

2506 N. Port Avenue
Corpus Christi, TX 78401

Mikal C. Watts, P.C.
Robert Hilliard, L.L.P.

August 20, 2009

***Via Certified Mail - Return Receipt Requested & Regular Mail***
Lakeside Park Homes, Inc.
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

RE: Service for Krista Rhodes, et al. v. Lakeside Park Homes, Inc., et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on July 31, 2009 in Cause No. 1:09-cv-594 HSO JMR, in the USDC Southern District of Mississippi. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Lakeside Park Homes, Inc.. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here
AUG 24 2009
USPS

Sent To: Lakeside Park Homes, Inc.
Ben C. Jarvis
Street, or PO: 70 Peachstate Drive
City, S: Adel, GA 31620
ID#904

7008 1830 0001 1499 6412

PS Form 3800, August 2006 — See Reverse for Instructions



**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lakeside Park Homes, Inc.
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620
ID#904

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☑ Addressee

B. Received by *( Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery add--- ☐ No

FEMA Service

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7008 1830 0001 1499 6412

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE