UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT PERTAINS TO | | * * | |
| CIVIL CASE NO. 09-7098 Tommanica Johnson, et al. v. Mitchell County Investments, LLC f/k/a Superior Park Model Homes, et al. | | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NO SERVICE

1. My name is Nicole Porter and I am a Project Manager with the Law Offices of Watts Hilliard, P.C. I am over 21 years of age and am fully competent to make this affidavit.

2. On March 15, 2011, I deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint in the above matter, properly addressed, to Defendant, Mitchell County Investments, LLC f/k/a Superior Park Model Home, through its agent of service, requesting a return receipt and have received notification from the United States Postal authorities indicating that the certified copy of the summons and complaint have not been received by the addressee. Attached as Exhibit "A" is the summons stamped "MOVED, UNABLE TO FORWARD".

3. After due search, careful inquiry and diligent attempts to locate Defendant, I believe that Defendant cannot be found at this time.

\* \* \* \* \*

I declare under penalty of perjury that I have read the foregoing information contained in this Affidavit of Service and that the facts stated therein are true and correct.

Executed on November 18, 2011

_____
Nicole Porter

SWORN TO AND SUBSCRIBED before me by Nicole Porter on the 18th day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2

# EXHIBIT A



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☒ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mitchell County Investments, LLC, f/k/<br>Thomas A. Shanklin, Sr.<br>2959 US Highway 19<br>Pelham, GA 31779<br><br>ID#71550 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEMA sv<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7010 0780 0000 6759 6732 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

# Watts Hilliard, L.L.C.
# FEMA Trailer Litigation

| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

March 15, 2011

*Via Certified Mail - Return Receipt Requested & Regular Mail*
Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779

RE: Service for Tommanica Johnson, et al. v. Mitchell County Investments, LLC, f/k/a Superior Park Model Homes, et al.

To Whom It May Concern:

You are being served with Plaintiffs' Original Complaint filed on October 29, 2009 in Cause No. 09-7098, in the USDC Eastern District of Louisiana. This case will become part of MDL 07-1873, styled In Re: FEMA Trailer Formaldehyde Products Liability Litigation.

Enclosed is the Court issued summons addressed to Mitchell County Investments, LLC, f/k/a Superior Park Model Homes. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert Hilliard

Enclosures



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

## USDC Eastern District of Louisiana

| | |
|---|---|
| Tommanica Johnson, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-7098 |
| Mitchell County Investments, LLC, f/k/a Superior Park Model ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Mitchell County Investments, LLC, f/k/a Superior Park Model Homes
Thomas A. Shanklin, Sr.
2959 US Highway 19
Pelham, GA 31779

A lawsuit has been filed against you.

Within ~~20~~ 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
Watts Hilliard, L.L.P.
2506 N. Port Avenue
Corpus Christi, TX 78401
1-800-994-0019

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte
Name of clerk of court

Date: Feb 28 2011

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*