UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| *Suit No. 09-5423*<br>*Plaintiff:  Noah Messa* | MAG. JUDGE CHASEZ |

**UNOPPOSED MOTION TO DISMISS CLAIMS FOR FAILURE TO
COMPLY WITH PTO 2 AND 32**

Defendant Keystone RV Company ("Keystone") moves this Court to dismiss, with prejudice, the claims of plaintiff Noah Messa, as represented by Brandy Swindler.  As explained more fully in Keystone's supporting memorandum, Mr. Messa and/or Ms. Swindler has not complied with PTO Nos. 2 and 32 because they have not cured the deficiencies in Mr. Messa's fact sheet within the deadlines for doing so.

Additionally, as indicated in Exhibit A to this motion, Plaintiff's counsel has no opposition to this motion or the proposed dismissal of Mr. Messa's claims.

Therefore, per PTO Nos. 2 and 32 and FRCP Rules 37(b)(2)VI and 41(b), and for the reasons more fully explained in its supporting memorandum, Defendant Keystone RV Company moves that the Court grant its motion and dismiss the

claims of plaintiff Noah Messa, with prejudice.

                Respectfully submitted,

                *s/ Ryan E. Johnson*
                _____
                James C. Percy (La. Bar No. 10413)
                Ryan E. Johnson (La. Bar No. 26352)
                **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                Four United Plaza
                8555 United Plaza Boulevard
                Baton Rouge, LA  70809
                Telephone: (225) 248-2080
                Facsimile:  (225) 248-3080
                      -and-
                Madeleine Fischer (La. Bar No. 5575)
                **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
                201 St. Charles Avenue, 49th floor
                New Orleans, LA   70170
                Telephone:  (504) 582-8000
                Facsimile:  (504) 589-8208

                ***Counsel for Keystone RV Company***

Date:  November 21, 2011

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

    Baton Rouge, Louisiana, this 21st day of November, 2011.

                *s/Ryan E. Johnson*
                _____
                Ryan E. Johnson