## Johnson, Ryan

| | |
|---|---|
| **From:** | Jennifer Crose [jcrose@becnellaw.com] |
| **Sent:** | Friday, November 18, 2011 12:01 PM |
| **To:** | Johnson, Ryan |
| **Subject:** | RE: Formaldehyde Litigation--Plaintiffs who have not responded to PFS deficiency sheets (Keystone) |
| **Attachments:** | Brown, Corretta PFS.pdf; Castillo, Brenda PFS.pdf; Merriell, Charles PFS.pdf; Dupuy, Lanell PFS.pdf; Bell, Diana PFS.pdf |

Ryan:

We have submitted fact sheets for all of these plaintiffs except for Noah Messa as he never completed his fact sheet. We would not oppose a motion to dismiss his claim, but we would oppose all others. I am attaching the fact sheets. Belle Greene's fact sheet will follow in another email due to size.

Jennifer L. Crose
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445

---

**From:** Matthew Moreland
**Sent:** Tuesday, November 15, 2011 10:00 AM
**To:** Jennifer Crose
**Subject:** FW: Formaldehyde Litigation--Plaintiffs who have not responded to PFS deficiency sheets (Keystone)


Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
(w) 985-536-1186
(f) 985-536-6445

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Tuesday, November 15, 2011 9:59 AM
**To:** Matthew Moreland
**Subject:** Formaldehyde Litigation--Plaintiffs who have not responded to PFS deficiency sheets (Keystone)

Matt:

Attached is a spreadsheet reflecting plaintiffs represented by your firm. Based information you provided or we have gathered, we understand that these plaintiffs



EXHIBIT A

11/21/2011

allegedly lived in Keystone travel trailers.

We have previously sent you a deficiency letter for each of these plaintiffs and have not received a response. We intend to file a motion to dismiss these plaintiffs' claims for failure to comply with PTOs 2 and 32.

Please advise by 3:00 p.m. on November 18, 2011 whether your clients will oppose the motion(s). After that point, we will assume that the motion(s) are opposed and file as such.

Thank you.

Ryan


Ryan E. Johnson | Jones Walker
8555 United Plaza Blvd. | 5th Floor | Baton Rouge, LA. | 70808
Direct Dial: 225-248-2080
rjohnson@joneswalker.com
http://www.joneswalker.com
Assistant: Jessica Oropesa (joropesa@joneswalker.com)

****************************************************************
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.
****************************************************************

11/21/2011