## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

**MDL NO. 1873**

This document relates to:

**JUDGE ENGELHARDT**

**MAG. JUDGE CHASEZ**

*Suit No. 09-5423*
*Plaintiff:  Noah Messa*

### ORDER OF DISMISSAL

Considering the Unopposed Motion to Dismiss for Failure to Comply with

PTO 2 and 32 filed by Defendant Keystone RV Company ("Keystone"), the

arguments stated therein and the applicable law,

    **IT IS HEREBY ORDERED** that the motion is granted.

    **IT IS FURTHER ORDERED** that the claims of Noah Messa, as

represented by Brady Swindler are hereby dismissed, with prejudice, each party to

bear its own costs, expenses and attorney's fees.

    New Orleans, this _____ day of _____, 2011.

_____
United States District Judge

{B0763222.1}

1