UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Gwendolyn White v. R-Vision, Inc., et al.*
No. 09-4734
Plaintiffs:
    Heather Atlow obo Cody Doulette
    Heather Atlow
    Heather Atlow obo Katlyn Atlow
    Heather Atlow obo Kiara Atlow
    Irvin Vaultz

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Heather Atlow obo Cody Doulette, Heather Atlow, Heather Atlow obo Katlyn Atlow, Heather Atlow obo Kiara Atlow, and Irvin Valutz (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23502).

With regard to Heather Atlow obo Cody Doulette, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Heather Atlow, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

With regard to Heather Atlow obo Katlyn Atlow, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

With regard to Heather Atlow obo Kiara Atlow, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "D".

With regard to Irvin Vaultz, counsel has contacted him and he has indicated he no longer wishes to pursue his lawsuit relating to his FEMA claims. Plaintiff's counsel will be filing a Voluntary Dismissal as soon as it is obtained in writing that Plaintiff does not wish to pursue the lawsuit. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "E".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700

>Southern District of TX Federal ID No.  5912
>ROBERT C. HILLIARD, L.L.P.
>719 S. Shoreline Boulevard, Suite 500
>Corpus Christi, Texas 78401
>Telephone:  (361) 882-1612
>Facsimile:  (361) 882-3015
>
>**MIKAL C. WATTS**
>Texas State Bar No. 20981820
>Southern District of TX Federal ID No. 12419
>MIKAL C. WATTS, P.C.
>2506 N. Port Ave.
>Corpus Christi, Texas 78401
>Telephone: (800) 994-0019
>Facsimile: (361) 882-1261
>
>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

>/s/ Robert C. Hilliard
>_____
>**ROBERT C. HILLIARD**