UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER  * MDL NO. 1873
FORMALDEHYDE PRODUCTS * LIABILITY LITIGATION
SECTION "N" (5) *
*
* JUDGE ENGELHARDT
* MAGISTRATE CHASEZ
*
THIS DOCUMENT IS RELATED TO: *
Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. *
Cause: 09-4734 *
Plaintiff: Heather Atlow as next friend of C.D. *
*
*
*

*************************************************************

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS       §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On October 26, 2011, Plaintiff's attorney began calling Heather Atlow as next friend of Cody Doulette twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on October 31, 2011 performed an Accurint in an attempt to locate Heather Atlow as next friend of Cody Doulette and have had no success.

Exhibit "A"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    11/10/2008 - FEMA Status Letter
    06/30/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet
    05/13/2011 - FEMA Status Letter
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/04/2011 - No Contact Ltr for Active Clients
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | *    **MDL NO. 1873** <br> *    **LIABILITY LITIGATION** <br> * <br> *    **JUDGE ENGELHARDT** <br> *    **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** <br> *Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* <br> Cause: 09-4734 <br> Plaintiff: Heather Atlow | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS            §

COUNTY OF NUECES      §

     BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Heather Atlow.

3. On October 26, 2011, Plaintiff's attorney began calling Heather Atlow twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on October 31, 2011 performed an Accurint in an attempt to locate Heather Atlow and have had no success.

5. The phone numbers on file and the phone numbers retrieved from Person Searches and

**Exhibit "B"**

Accounts appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance Ltr
   11/04/2011 - No Contact letter for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance Ltr
   11/16/2011 - FEMA Motion to Dismiss Non Compliance Ltr

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. Cause: 09-4734 Plaintiff: Heather Atlow as next friend of Katlyn Atlow | * * * * * * * | |

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Heather Atlow as next friend of K.A..

3. On October 26, 2011, Plaintiff's attorney began calling Heather Atlow as next friend of Katlyn Atlow twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on October 31, 2011 performed an Accurint in an attempt to locate Heather Atlow as next friend of Katlyn Atlow and have had no success.

**Exhibit "C"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Letter
   06/30/2009 - FEMA Town Hall Meeting Letter
   07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Letter
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Letter for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION |
| | | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. Cause: 09-4734 Plaintiff: Heather Atlow as next friend of Kiara Atlow | | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On October 26, 2011, Plaintiff's attorney began calling Heather Atlow as next friend of Kiara Atlow twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on October 31, 2011 performed an Accurint in an attempt to locate Heather Atlow as next friend of Kiara Atlow and have had no success.

Exhibit "D"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

11/10/2008 - FEMA Status Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet
02/10/2010 - FEMA No Plaintiff Fact Sheet
05/13/2011 - FEMA Status Letter
10/28/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - No Contact Ltr for Active Clients
11/07/2011 - FEMA Draft Dismiss Non Compliance
11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.*<br>Cause: 09-4734<br>Plaintiff: *Irvin Vaultz* | | |

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS         §

COUNTY OF NUECES   §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Irvin Vaultz.

3. On October 26, 2011, Plaintiff's attorney began calling Irvin Vaultz twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Irvin Vaultz.

5. On October 27, 2011, Plaintiff's attorney reached Irvin Vaultz who indicated he did not want to pursue the immediate action and would not provide answers to the questions posed by

Exhibit "E"

Defense in the immediate Motion to Dismiss. Plaintiff's counsel advised Irvin Vaultz that he would need to send in a "Letter of No Interest" in order for his case to be dismissed. Plaintiff has failed to do so.

6. As of November 21, 2011, Plaintiff's Attorney has not received a letter from Irvin Vaultz confirming that he wishes to have his file closed.

Signed this the **21st** day of **November**, 2011

*Nicole Porter* (signature)

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the **21st** day of **November**, 2011, to certify which witness my hand and seal of office.

*Wynter Lee* (signature)

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014