UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Roland Ayo v. Jayco, Inc.*
No. 09-4721
Plaintiffs:   Kedra Bienemy obo
       Davinque Bienemy and
       Kevlin Bienemy
    Margaret Eustis
    Rodney Hills

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW Kedra Bienemy obo Davinque Bienemy and Kevlin Bienemy, Margaret Eustis and Rodney Hills (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23339).

A.   **SPECIFIC PLAINTIFFS**

Defendants Jayco, Inc. ("Jayco"), CH2M Hill Constructors, Inc. ("CH2M") and Fluor Enterprises, Inc. ("Fluor") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

1.   **Kedra Bienemy obo Davinque Bienemy**

On November 16, 2011 Plaintiff's counsel reached Kedra and obtained answers to

all of the deficiency questions contained in the immediate motion, and learned that a certification page would be forthcoming. Attached hereto as Exhibit "A" is the Fact Sheet Deficiency Answers for Davinque Bienemy. Plaintiff has complied with the Fact Sheet process and his claims should not be dismissed.

### 2.     Kedra Bienemy obo Kevlin Bienemy

On November 16, 2011 Plaintiff's counsel reached Kedra and obtained answers to all of the deficiency questions contained in the immediate motion, and learned that a certification page would be forthcoming. Attached hereto as Exhibit "B" is the Fact Sheet Deficiency Answers for Kevlin Bienemy. Plaintiff has complied with the Fact Sheet process and his claims should not be dismissed.

### 3.     Margaret Eustis

Plaintiff's counsel sent a certification page to Margaret Eustis on September 28, 2011 and November 11, 2011.  On November 17, 2011 Plaintiff's counsel informed Defense counsel that they recently heard from Margaret Eustis and that a certification page would be forthcoming. Attached hereto as Exhibit "C" is the Fact Sheet Deficiency Answers for Margaret Eustis. Plaintiff has complied with the Fact Sheet process and her claims should not be dismissed.

### 4.     Rodney Hills

Plaintiff's counsel sent a certification page to Rodney Hills on September 28, 2011 and November 11, 2011.  Counsel has contacted him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "D".

**B.     CONCLUSION**

For the reasons set forth above, Plaintiffs, Kedra Bienemy obo Davinque Bienemy and Kevlin Bienemy, Margaret Eustis and Rodney Hills, pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**