# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638  **Cause No.** 09-4719
**Case Name** Bienemy, Davinque  **Case Style** Jamie Basco, as Next Friend of E. W., a minor,
**DOB** 1/1/1994  **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
Please see attached Certification.

Need new Cert page returned.

---

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Fleetwood Enterprises, Inc. trailer with a barcode of 1387390 and a Jayco, Inc trailer with a barcode of 1304089.

---

| Question # | Question |
|---|---|
| 3 | Move-in Date V.A.6. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
Davinque first occupied the FEMA housing unit in October, 2005.

---

| Question # | Question |
|---|---|
| 4 | Move-out Date V.A.7. |

**Pet ID** 893
**Def ID** 26
**Notice #**

**Answer**

**Exhibit "A"**

# Plaintiff Fact Sheet Deficiency Answers

| | | | |
|---|---|---|---|
| **Pet ID** | | | |
| **Def ID** | WGC# 224638 | **Cause No.** | 09-4719 |
| **Case Name** | Bienemy, Davinque | **Case Style** | Jamie Basco, as Next Friend of E. W., a minor, |
| **DOB** | 1/1/1994 | **SSN** | |

**Notice #**
MTD NC

**Answer**
Davinque moved out of the FEMA housing unit in June, 2008.

| | |
|---|---|
| **Question #** | **Question** |
| 5 | Installation Address V.A.8. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**
The installation address of the FEMA trailer was 101 Lindine Lot 25 Chalmette, LA 70043.

| | |
|---|---|
| **Question #** | **Question** |
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**
Nobody who resides or resided with Davinque in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or a user of chewing tobacco/snuff.

| | |
|---|---|
| **Question #** | **Question** |
| 7 | Psychological Treatment III.C.8. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**
No, Davinque is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| | |
|---|---|
| **Question #** | **Question** |
| 8 | Prior Medical History VI (F)(1&4) |
| **Pet ID** | |
| 893 | |
| **Def ID** | |

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 224638 | **Cause No.** 09-4719 |
| **Case Name** Bienemy, Davinque | **Case Style** Jamie Basco, as Next Friend of E. W., a minor, |
| **DOB** 1/1/1994   **SSN** | |

**Question #** (continued)
**Pet ID**

**Def ID**
26

**Notice #**
MTD NC

**Answer**
Davinque has never suffered from lung/respiratory disease or skin disease.

---

**Question #** 9
**Question** Produce Records VIII (A-D)

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

---

**Question #** 10
**Question** Number of hours in the trailer each day V.13.

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
Davinque spent 6-7 hours in the trailer each day.

---

**Question #** 11
**Question** If requesting reimbursement for medical expenses III.C.9.

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
No, I am not making a claim for Davinque's medical expenses as a result of living in a FEMA trailer.

---

**Question #** 12
**Question** If making a wage claim IV.F.3.

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638     **Cause No.** 09-4719

**Case Name** Bienemy, Davinque     **Case Style** Jamie Basco, as Next Friend of E. W., a minor,

**Question #**    **Question**

**DOB** 1/1/1994     **SSN**

**Pet ID**
893

**Def ID**
26

**Notice #**
MTD NC

**Answer**
No, I am not making a claim for Loss Wages of Lost Earning capacity as a result of Davinque's formaldehyde exposure while residing in a FEMA trailer.

_____     11/21/2011
Plaintiff or Representative     Date