# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  **Cause No.** 09-4719
**Case Name** Bienemy, Kevlin  **Case Style** Jamie Basco, as Next Friend of E. W., a minor,
**DOB** 1/25/1992  **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, Kevlin lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1304089.

| Question # | Question |
|---|---|
| 3 | Move-in Date V.A.6. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
The move in date was October, 2005.

| Question # | Question |
|---|---|
| 4 | Move-out Date V.A.7. |

**Pet ID** 893

## Exhibit "B"

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  **Cause No.** 09-4719
**Case Name** Bienemy, Kevlin  **Case Style** Jamie Basco, as Next Friend of E. W., a minor,
**DOB** 1/25/1992  **SSN**

| Question # | Question |
|---|---|

**Pet ID**

**Def ID** 26

**Notice #** MTD NC

**Answer**
The move out date was June, 2008.

| Question # | Question |
|---|---|
| 5 | Installation Address V.A.8. |

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
The installation address for the FEMA home was 101 Lindine Lot 25 in Chalmette, LA 70043.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
Nobody who resides or resided with Kevlin in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or a user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 7 | Psychological Treatment III.C.8. |

**Pet ID** 893

**Def ID** 26

**Notice #** MTD NC

**Answer**
No, Kevlin is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  **Cause No.** 09-4719
**Case Name** Bienemy, Kevlin  **Case Style** Jamie Basco, as Next Friend of E. W., a minor,
**DOB** 1/25/1992  **SSN**

| Question # | Question |
|---|---|
| 8 | Produce Records VIII (A-D) |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
Form 95 was previously submitted to the Defense Counsel Liason.

| Question # | Question |
|---|---|
| 9 | Number of hours in the trailer each day V.13. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
Kevlin stayed in the trailer 6-7 hours each day.

| Question # | Question |
|---|---|
| 10 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
No, I am not making a claim for Kevlin's medical expenses as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 11 | If making a wage claim IV.F.3. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| Def ID | |
| Notice # | |
| WGC# 224637 | Cause No. 09-4719 |
| Case Name Bienemy, Kevlin | Case Style Jamie Basco, as Next Friend of E. W., a minor, |
| DOB 1/25/1992   SSN | |

This question does not pertain to Kevlin, as he was a minor and did not work.

_____   11/21/2011
Plaintiff or Representative              Date