# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  **Cause No.** 09-4721
**Case Name** Eustis, Margaret  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**DOB** 11/14/1950  **SSN**

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Move-in Date V.A.6. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
I first occupied the FEMA trailer on 12/1/2011.

| Question # | Question |
|---|---|
| 3 | Move-out Date V.A.7. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
I moved out of the FEMA trailer on 1/1/2008.

| Question # | Question |
|---|---|
| 4 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**

# Exhibit "C"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  **Cause No.** 09-4721
**Case Name** Eustis, Margaret  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**DOB** 11/14/1950  **SSN**

Patrick McManis, is current smoker. He has smoked about a pack a day for about 15 years.

| Question # | Question |
|---|---|
| 5 | Psychological Treatment III.C.8. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Produce Records VIII (A-D) |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
Please see attached standard form 95.
I do not have the requested documents in my possession.

| Question # | Question |
|---|---|
| 7 | Number of hours in the trailer each day V.13. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

**Answer**
I spent on average, 10 to 20 hours per day inside of the FEMA housing unit.

| Question # | Question |
|---|---|
| 8 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 893
**Def ID** 26
**Notice #** MTD NC

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  **Cause No.** 09-4721
**Case Name** Eustis, Margaret  **Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.
**DOB** 11/14/1950  **SSN**

**Answer**
No, I am not making a claim for medical expenses as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 9 | If making a wage claim IV.F.3. |

**Pet ID**
893

**Def ID**
26

**Notice #**
MTD NC

**Answer**
Yes, I am making a claim for Loss Wages/Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

_[signature]_  11/17/2011
Plaintiff or Representative  Date