UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:    FEMA TRAILER            *    MDL NO. 1873
           FORMALDEHYDE PRODUCTS   *    LIABILITY LITIGATION
           SECTION "N" (5)           *
                                              *
                                              *    JUDGE ENGELHARDT
                                               *    MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Roland Ayo, et. al. vs. Jayco, Inc., et. al.*
*Cause: 09-4721*
*Plaintiff: Rodney Hills*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. In April 2010, Plaintiff's attorney began calling Rodney Hills on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. In May 2010, Plaintiff's attorney has performed "Person Searches" to attempt to locate Rodney Hills and have had no success.

5. In September 2010, Plaintiff's attorney contacted Rodney Hills and client started to answer deficiencies but explained that had a stroke and could not remember a lot.

Exhibit "D"

6. Between, September 2010 and April 2011 Plaintiff's attorney was able to obtain the answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet over the coarse of several phone calls.

7. On September 28, 2011, Plaintiff's attorney began calling Rodney Hills twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

8. In October 2011 Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the said client and have had no success.

9. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

09/29/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
04/30/2010 - No Contact Ltr
05/07/2010 - No Contact Ltr
06/04/2010 - No Contact Ltr
07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
10/04/2010 - Plaintiff Fact Sheet Medical Authorization/Signature Page cover ltr
10/21/2010 - Plaintiff Fact Sheet Medical Authorization/Signature Page cover ltr
11/03/2010 - Plaintiff Fact Sheet Medical Authorization/Signature Page cover ltr
05/13/2011 - FEMA Status Ltr
05/20/2011 - Non-Lit Manufactured Settlement Notice
09/28/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - No Contact Ltr for Active Clients
11/11/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS