UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER**           * | **MDL NO. 1873** | |
|         **FORMALDEHYDE PRODUCTS**    * | **LIABILITY LITIGATION** | |
|         **SECTION "N" (5)**              * | | |
| * | **JUDGE ENGELHARDT** | |
| * | **MAGISTRATE CHASEZ** | |

**THIS DOCUMENT IS RELATED TO:**
*Gwendolyn White v. R-Vision, Inc., et al.*
No. 09-4734
Plaintiffs:
    Peggy Rudolph obo Myranda Batiste
    Peggy Rudolph obo Cardarrell Rudolph
    Peggy Rudolph obo Darious Rudolph
    Peggy Rudolph obo Tyrese Rudolph
    Reginald Hall

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Peggy Rudolph obo Myranda Batiste, Peggy Rudolph obo Cardarrell Rudolph, Peggy Rudolph obo Darious Rudolph, Peggy Rudolph obo Tyrese Rudolph, and Reginald Hall (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23500).

With regard to Peggy Rudolph obo Myranda Batiste, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Peggy Rudolph obo Cardarrell Rudolph, counsel has contacted her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

With regard to Peggy Rudolph obo Darious Rudolph, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

With regard Peggy Rudolph obo Tyrese Rudolph, counsel has attempted to contact her on multiple occasions but has not been successful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "D".

With regard to Reginald Hall, counsel has attempted to contact him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "E".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3