UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* Cause: 09-4734 Plaintiff: *Peggy Rudolph, as Next Friend of M. B., a minor* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Peggy Rudolph, as Next Friend of M. B., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Peggy Rudolph as next friend of Myranda Batiste twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Peggy Rudolph as next friend of Myranda Batiste and have had no success.

**Exhibit "A"**

5.  In November, 2011, Plaintiff's attorney performed an Accurint in an attempt to locate Peggy Rudolph as next friend of Myranda Batiste and have had no success

6.  The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7.  Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    10/03/2006 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Ltr
    06/30/2009 - FEMA Town Hall Meeting Ltr
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    05/13/2011 - FEMA Status Ltr
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/11/2011 - No Contact Ltr for Active Clients
    11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION SECTION "N" (5) | * * * * * MDL NO. 1873 |
| | | * |
| | | * JUDGE ENGELHARDT * MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. Cause: 09-4734 Plaintiff: Peggy Rudolph, as Next Friend of C. R., a minor | | * * * * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS        §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Peggy Rudolph, as Next Friend of C. R., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Peggy Rudolph as next friend of Cardarrell twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Peggy Rudolph as next friend of Cardarrell and have had no success.

5. In November, 2011, Plaintiff's attorney performed an Accurint in an attempt to locate Peggy Rudolph as next friend of Cardarrell and have had no success

Exhibit "B"

6. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/11/2011 - No Contact Ltr for Active Clients
   11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. Cause: 09-4734 Plaintiff: Peggy Rudolph, as Next Friend of D. R., a minor | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Peggy Rudolph, as Next Friend of D. R., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Peggy Rudolph as next friend of Darious Rudolph twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Peggy Rudolph as next friend of Darious Rudolph and have had no success.

5. In November, 2011, Plaintiff's attorney performed an Accurint in an attempt to locate Peggy

Exhibit "C"

Rudolph as next friend of Darious Rudolph and have had no success

6. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2006 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
06/30/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet
02/10/2010 - FEMA No Plaintiff Fact Sheet
05/13/2011 - FEMA Status Ltr
10/28/2011 - FEMA Draft Dismiss Non Compliance
11/07/2011 - FEMA Draft Dismiss Non Compliance
11/11/2011 - No Contact Ltr for Active Clients
11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER * MDL NO. 1873
FORMALDEHYDE PRODUCTS * LIABILITY LITIGATION
SECTION "N" (5) *
 *
 *
 * JUDGE ENGELHARDT
 * MAGISTRATE CHASEZ
 *
THIS DOCUMENT IS RELATED TO: *
Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. *
Cause: 09-4734 *
Plaintiff: Peggy Rudolph, as Next Friend of T. R., a *
minor *
 *
 *

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Peggy Rudolph, as Next Friend of T. R., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Peggy Rudolph twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Peggy Rudolph and have had no success.

5. In November, 2011, Plaintiff's attorney performed an Accurint in an attempt to locate Peggy Rudolph and have had no success

Exhibit "D"

6. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Letter
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/11/2011 - No Contact Ltr for Active Clients
   11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** <br><br> **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** <br> Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. <br> Cause: 09-4734 <br> Plaintiff: Reginald Hall | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On October 26, 2011, Plaintiff's attorney began calling Reginald Hall twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011 Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate Reginald Hall and have had no success.

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we

**Exhibit "E"**

are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2006 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
06/30/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet
05/13/2011 - FEMA Status Ltr
10/28/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - No Contact Ltr for Active Clients
11/07/2011 - FEMA Draft Dismiss Non Compliance
11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014