UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Amber Jones v. R-Vision, Inc., et al.* | | * | |
| No. 09-7104 | | * | |
| Plaintiffs: | | * | |
|    Gloria Bridges | | * | |
|    James Allen | | * | |
|    Nelson Bartholomew | | * | |
|    Takenya Collins | | * | |
|    Takenya Collins obo Kelsey Collins | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Gloria Bridges, Nelson Bartholomew, Takenya Collins, and Takenya Collins obo Kelsey Collins (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23519).

With regard to Gloria Bridges, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "A" containing aforementioned answers and Exhibit "B" providing an updated Certification Page.

With regard to James Allen, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "C" containing aforementioned answers. Plaintiff's attorney has mailed a certification page to the Plaintiff, however has not received such document back. As soon as the document is received in our office, we will forward to the Defense Counsel.

With regard to Nelson Bartholomew, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "D" containing aforementioned answers and Exhibit "E providing an updated Certification Page.

With regard to Takenya Collins, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "F" containing aforementioned answers and Exhibit "G" providing an updated Certification Page.

With regard to Takenya Collins obo Kelsey Collins, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "H" containing aforementioned answers and Exhibit "I" providing an updated a current Certification Page.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets

in all things be denied.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No. 5912
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 882-1612
        Facsimile: (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**