# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213675  **Cause No.** 09-7104
**Case Name** Bridges, Gloria  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 10/16/1950  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Psychological treatment as required by Sec. III.C.8 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I was treated for depression after living in the FEMA unit.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses as required by Sec. III.C.9 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes I am requesting reimbursement of medical expenses in the amount of $3,000.00.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim as require by Sec. IV.F.3 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 4 | Move In Date as required by Sec. V.A.6 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I moved in the FEMA unit in 2006, however do not recall the exact month I moved in.

# EXHIBIT "A"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213675  **Cause No.** 09-7104
**Case Name** Bridges, Gloria  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 10/16/1950  **SSN** 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

| Question # | Question |
|---|---|
| 5 | Move Out Date as required by Sec. V.A.7 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I moved out of the FEMA unit in 2007, however do not recall the exact month I moved out.

| Question # | Question |
|---|---|
| 6 | Number of hours spent in the trailer each day as required by Sec. V.13 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent an average of 8 hours or more in the FEMA unit.

| Question # | Question |
|---|---|
| 7 | Names of all trailer residents (residing) V.E |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Myself, Shawanda Bridges, and Valancia Milsat resided in the trailer.

| Question # | Question |
|---|---|
| 8 | Smoking history of other trailer resident(s) VI.D. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No other person living in the FEMA unit smoked.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213675  **Cause No.** 09-7104
**Case Name** Bridges, Gloria  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 10/16/1950  **SSN** 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

---

| Question # | Question |
|---|---|
| 9 | Prior Medical History as required by Sec. VI. (F) (1&4) |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I did not have any health concerns before living in the FEMA unit.

| Question # | Question |
|---|---|
| 10 | Plaintiff Fact Sheet signed and dated |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached.

_____   11/20/2011
Plaintiff or Representative    Date