## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_*Gloria Bridges*_         Gloria Bridges  _Gloria Bridges_   _11-3-11_
**Signature of Plaintiff**         **Print Your Name**                Date

*Gloria Bridges*           *Gloria Bridges*

11-10-11

**EXHIBIT "B"**