# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225733  **Cause No.** 09-7104
**Case Name** Allen, James  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 12/5/1970  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Psychological Treatment as required by Sec. III.C.8. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I do not recall whether I am claiming I suffered from mental and/or emotional damages as a result of residing in a FEMA trailer

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses as required by Sec. III.C.9. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I do not recall if I am requesting reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim as required by IV.F.3. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 4 | Move in date as required by Sec. V.A.6. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**

# EXHIBIT "C"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225733  **Cause No.** 09-7104
**Case Name** Allen, James  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 12/5/1970  **SSN** 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

I moved in the FEMA unit 2/2006.

| Question # | Question |
|---|---|
| 5 | Move Out Date as required by Sec. V.A.7 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I moved out of the FEMA unit 9/2008

| Question # | Question |
|---|---|
| 6 | Number of hours spent in trailer each day as required by Sec. V.13 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent an average of 8 hours or more per day in the FEMA unit.

| Question # | Question |
|---|---|
| 7 | Names of all trailer residents (residing) as required by Sec. V.E |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Kelsey Diana Collins
Lamar Veasley
Takenya Collins

| Question # | Question |
|---|---|
| 8 | Smoking history of other trailer residents as required by Sec. VI.D |

**Pet ID** 1264
**Def ID** 98

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225733  **Cause No.** 09-7104
**Case Name** Allen, James  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 12/5/1970  **SSN** 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

**Notice #**
MTD NC

**Answer**
No person smoked in the FEMA unit.

| Question # | Question |
|---|---|
| 9 | Prior Medical History as required by Sec. VI. (F) (1&4) |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I have never been diagnosed with lung disease or skin disease.

| Question # | Question |
|---|---|
| 10 | Plaintiff Fact Sheet signed and dated |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
My atorrney has sent me a certification page to sign and return and my attorney will submit such document to the defense as soon as it is recieved.

_____   11/20/2011
Plaintiff or Representative   Date