## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637  **Cause No.** 09-7104
**Case Name** Bartholmew, Nelson  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 11/30/1947  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Psychological Treatment as required by Sec. III. C. 8. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not claiming mental or emotional damages as a result of living in the FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses as required by Sec. III. C. 9. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a request for reimbursement for any medical expenses that may have been incurred while residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim as required by Sec. IV. F. 3. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a wage loss claim or claim for lost earning capacity.

| Question # | Question |
|---|---|
| 4 | Move out Date as required by Sec. V.A.7. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**

**Exhibit "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637  **Cause No.** 09-7104
**Case Name** Bartholmew, Nelson  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 11/30/1947  **SSN** 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

My move out date was 08/01/2007 which was when I stopped visiting.

| Question # | Question |
|---|---|
| 5 | Number of hours spend in trailer each day as required by Sec. V.13. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I was in the trailer only about 3 hours each visit, about 2-3 times a week. I was only a visitor.

| Question # | Question |
|---|---|
| 6 | Names of all trailer residents (residing) as required by Sec. V. E. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No one resided with me in the trailer.

| Question # | Question |
|---|---|
| 7 | Plaintiffs Smoking History as required by V.I.C. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I have never smoked any cigarettes or used any tobacco products.

| Question # | Question |
|---|---|
| 8 | Smoking history of other Trailer Resident(s) as required by Sec. VI.D. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 205637     **Cause No.** 09-7104
**Case Name** Bartholmew, Nelson     **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 11/30/1947     **SSN** 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

| | |
|---|---|
| | There was no one else that resided in the trailer that ever smoked any cigarettes or used any tobacco products. |

| Question # | Question |
|---|---|
| 9 | Prior medical history as required by Sec. VI. F. (1&4). |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
1. I have never suffered from lung or other respiratory disease.

4. I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 10 | Treatment for formaldehyde related injury as required by Sec.VII. B. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No health care provider ever treated me for any illness and/or injuries that I sustained while residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 11 | Plaintiff's Fact Sheet Signed and Dated |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached Certification.

_____     11/17/2011
Plaintiff or Representative                         Date