# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225944  **Cause No.** 09-7104
**Case Name** Collins, Takenya  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 4/7/1978  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Psychological Treatment III.C.8. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes, I am claiming undiagnosed depression due to residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Only if you requesting reimbursement of medical expenses. III.C.9. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes, I am claiming medical expenses. I am claiming $15,000.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim IV.F.3 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not claiming lost wages or lost earning capacity.

| Question # | Question |
|---|---|
| 4 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**

**Exhibit "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225944  **Cause No.** 09-7104
**Case Name** Collins, Takenya  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 4/7/1978  **SSN** 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

| | |
|---|---|
| | I spent 14-15 hours per day in the temporary housing unit. |

| Question # | Question |
|---|---|
| 5 | Names of all trailer residents (residing) V.E. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

| | Answer |
|---|---|
| | The following persons resided in the FEMA trailer with me:<br><br>my daughter, Kelsey Diana Collins, age 5<br>230 Long St. Apt. 2201<br>Slidell, LA 70461<br>From 8/2006-8/2008<br>Yes, she is making a personal injury claim for asthma and other breathing symptoms.<br><br>my son, Lamar Veasley, age 12<br>230 Long St. Apt. 2201<br>Slidell, LA 70461<br>From 2/2006-8/2008<br>Yes, he is making a personal injury claim for asthma and other breathing symptoms.<br><br>my boyfriend at the time, James Arthur Allen, age 40<br>I do not know his address since we parted ways in 7/2007.<br>From 2/2006-7/2007<br>I do not know if he is making a personal injury claim. |

| Question # | Question |
|---|---|
| 6 | Smoking History of other trailer resident(s) VI.D. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

| | Answer |
|---|---|
| | Nobody who lived in the trailer smoked. |

| Question # | Question |
|---|---|
| 7 | Prior Medical History VI(F)(1&4) |

**Pet ID** 1264
**Def ID** 98

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225944  **Cause No.** 09-7104
**Case Name** Collins, Takenya  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 4/7/1978  **SSN** 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

**Notice #**
MTD NC

**Answer**
Yes, I have suffered asthma since 2006 which has become worse since living in the FEMA trailer. I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 8 | Treatment for formaldehyde related injury VII.B. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
I was treated by Dr. Allan Larcena, M.D. (985) 646-0123 105 Medical Center Drive Slidell, LA 70461 in April, 2006 and received Asthma inhaler, steroids and breathing treatments.

| Question # | Question |
|---|---|
| 9 | Plaintiffs Fact Sheet signed and dated. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached Certification

_____   11/17/2011
Plaintiff or Representative           Date