# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225943  **Cause No.** 09-7104
**Case Name** Collins, Kelsey  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 8/21/2006  **SSN**

| Question # | Question |
|---|---|
| 1 | Psychological Treatment III.C.8. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not making a claim for mental and/or emotional damages for Kelsey as a result of residing in the FEMA housing unit.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses III.C.9. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes, I am claiming medical expenses in the amount of $20,000.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim IV.F.3 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
This question does not apply as he is not of legal working age.

| Question # | Question |
|---|---|
| 4 | Number of hours spent in the trailer each day. V.13 |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**

**Exhibit "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225943  **Cause No.** 09-7104
**Case Name** Collins, Kelsey  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 8/21/2006  **SSN**

---

He spent an average of 8-10 hours in the trailer each day.

| Question # | Question |
|---|---|
| 5 | Names of all trailer residents (residing) V.E |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
The other persons who resided in the FEMA housing unit are:
Takenya Collins, age 31 and is making a claim for asthma.
Lamar Veasley, age 10, making a claim for asthma.

| Question # | Question |
|---|---|
| 6 | Smoking History of other trailer resident(s). VI.D. |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
No one else who resided in the trailer used any type of tobacco products.

| Question # | Question |
|---|---|
| 7 | Prior Medical History VI(F)(1&4) |

**Pet ID** 1264
**Def ID** 98
**Notice #** MTD NC

**Answer**
He has not suffered from lung/respiratory disease.

He have never suffered from skin disease.

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related injury |

**Pet ID** 1264
**Def ID** 98

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225943  **Cause No.** 09-7104
**Case Name** Collins, Kelsey  **Case Style** Amber Jones, et al. vs. R-Vision, Inc., et al.
**DOB** 8/21/2006  **SSN**

**Notice #**
MTD NC

**Answer**
He was treated by Dr. Richard Kutner, MD 113 Christian Lane, Slidell, LA, 70458, (985) 781-7353 in March 2010 and received emotional counseling and medications.

**Question #** **Question**
9  Plaintiff Fact sheet signed and dated.

**Pet ID**
1264

**Def ID**
98

**Notice #**
MTD NC

**Answer**
Please see attached certification

_____  11/17/2011
Plaintiff or Representative  Date