UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gwendolyn White v. R-Vision, Inc., et al.* No. 09-4734 Plaintiffs: Jeffrey Hardy obo Ethan Hardy Joshua Palmer Louise Barthelemy Thomas Barthelemy | * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Jeffrey Hardy obo Ethan Hardy, Joshua Palmer, Louise Barthelemy, and Thomas Barthelemy (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23499).

With regard to Jeffrey Hardy obo Ethan Hardy, counsel has contacted him and he has indicated he no longer wishes to pursue his lawsuit relating to his FEMA claims. Plaintff's counsel will be filing a Voluntary dismissal as soon as a written letter is received from the Plaintiff. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Joshua Palmer, counsel has reached Plaintff and obtained most of the answers to the deficiencies mentioned in the immediate action. Plaintiff's counsel

has attached such answers hereto as Exhibit "B". An updated certification page signed by the Plaintiff will be forthcoming as soon as one is obtain by Plaintiff's counsel.

With regard to Louise Barthelemy, Plaintiff's counsel has made contact with Louise Barthelemy and has obtained answers to the questions posed in the immediate motion. Attached hereto as Exhibit "C" is the Fact Sheet Deficiency Answers for Louise Barthelemy and as Exhibit "D" is a current Certification Page, verifying the information received from the Plaintiff. Plaintiff has complied with the Fact Sheet process and his claims should not be dismissed.

With regard to Thomas Barthelemy, Plaintiff's counsel has made contact with him and has obtained answers to the questions posed in the immediate motion. Attached hereto as Exhibit "E" is the Fact Sheet Deficiency Answers for Thomas Barthelemy and as Exhibit "F" is a current Certification Page, verifying the information received from the Plaintiff. Plaintiff has complied with the Fact Sheet process and his claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

2

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3