UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS    *   LIABILITY LITIGATION
       SECTION "N" (5)          *
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
                                *
THIS DOCUMENT IS RELATED TO:    *
*Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* *
Cause: 09-4734                  *
Plaintiff: Jeffrey Hardy, as Next Friend of E. H., a *
minor                           *
                                *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES            §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Jeffrey Hardy, as Next Friend of E. H., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Jeffrey Hardy twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 26, 2011, Plaintiff's attorney reached Jeffrey Hardy where he expressed his desire to drop the immediate lawsuit. At that time Plaintiff's attorney told the Plaintiff that in order to dismiss his claim he will have to send in a letter stating that no longer wishes to be a part of the lawsuit regarding his FEMA unit. Plaintiff has failed to comply with this request.

**Exhibit "A"**

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014