# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222160  **Cause No.** 09-4734
**Case Name** Palmer, Joshua  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 7/27/1947  **SSN**

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3 (Second question below the chart) |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I experienced the following symptoms while living in the trailer"
Eye Irritation / Excessive Tears
Nausea
Headaches
Dizziness
Coughing / Shortness of Breath
Sinus Infections / Sinusitis
Emphysema / Wheezing
I was also diagnosed with prostate cancer in 2006. I then had a surgery in 2007. After the surgery, the cancer moved and I had abdominal cancer.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C. 8 |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a claim for mental and/or emotional damages.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C. 9 |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not requesting any reimbursement of Medical Expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV. F. 3 |

**Pet ID**

# Exhibit "B"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222160                             **Cause No.** 09-4734
**Case Name** Palmer, Joshua                **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 7/27/1947   **SSN**

Pet ID: 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not make a claim for lost wages.

| **Question #** | **Question** |
|---|---|
| 5 | Number of hours spent in the trailer each day V. 13 |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent an average of 8 hours or more in the FEMA unit.

| **Question #** | **Question** |
|---|---|
| 6 | Names of all trailer residents (residing) V. E. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
The persons who resided in the trailer were:
(1) Kiara Atlow, 17 years old, address is P.O. Box 1181 Lacombe, LA 70445; Dates of living in trailer was from 11/2005 to 12/2006. She is making a personal claim;
(2) Cody Ducette, 15 years old, address is P.O. Box 1181 Lacombe, LA 70445; Dates of living in trailer was from 11/2005-12/2006. He is making a personal claim;
(3) Katlyn Atlow, 12 years old, address is P.O. Box 1181 Lacombe, LA 70445; Dates of living in trailer was from 11/2005-12/2006. She is making a personal claim;
(4) Heather Atlow, 39 years old, address is P.O. Box 1181 Lacombe, LA 70445; Dates of living in trailer was from 1/2005-12/2006; She is making a personal claim;
Everyone in the trailer was experiencing flu like symptoms but I do not know the other sicknesses or injuries they got as a result of living in the FEMA trailer, as they no longer live with me.

| **Question #** | **Question** |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 931
**Def ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 222160  **Cause No.** 09-4734
**Case Name** Palmer, Joshua  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 7/27/1947  **SSN**

98

**Notice #**
MTD NC

**Answer**
No persons smoked in the FEMA unit.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI (F) (1&4) |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I have nevered suffered from lung disease or any skin disease.

| Question # | Question |
|---|---|
| 9 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I do not recall the names of the physicians who treated me for my injuries.

| Question # | Question |
|---|---|
| 10 | Plaintiffs Fact Sheet Signed and Dated. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached.

_____    11/20/2011
Plaintiff or Representative               Date