## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223489  **Cause No.** 09-4734
**Case Name** Barthelemy, Louise  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 4/10/1925  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3 (Second question below the chart) |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
Eye Irritation/Excessive Tears, Skin Rash, Irritation, Nausea, headaches, Dizziness, Coughing// Shortness of Breath, Pharyngitis, Inflammation of Throat, Sinus Infections / Sinusitis. None of my illnesses were diagnosed

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C. 8 |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not claiming mental and/or emotional damages as a result of residing in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C. 9 |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses as a result of an injuries, illness or diseases as a result of residing in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV. F. 3 |

**Pet ID** 931
**Def ID** 98
**Notice #**

## Exhibit "C"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223489  **Cause No.** 09-4734
**Case Name** Barthelemy, Louise  **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 4/10/1925  **SSN** 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

MTD NC

**Answer**
I am not making a wage loss claim, or a claim of lost earning capacity as a result of any formaldehyde exposure while residing in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 5 | Number of hours spent in the trailer each day V. 13 |

**Pet ID** 931
**Def ID** 98
**Notice #**
MTD NC

**Answer**
I spent approximately 22-24 hours per day inside of the FEMA trailer or mobile home because of all the heat and mosquitos outside of the trailer, it was not good for my age.

| Question # | Question |
|---|---|
| 6 | Names of all trailer residents (residing) V. E. |

**Pet ID** 931
**Def ID** 98
**Notice #**
MTD NC

**Answer**
The following people all resided with me in the FEMA trailer or mobile home:

223489 - Barthelemy, Louise  Self, 171 St John Ln, Phoenix, LA 70040, 504-279-5982. My spouse is not making a claim for medical expenses.

226490 - Barthelemy, Thomas  Spouse, 171 St John Ln, Phoenix, LA 70040, 504-279-5982. My spouse is not making a claim for medical expenses.

229374 - Barthelemy, Viola  Daughter, 171 St John Ln, Phoenix, LA 70040, 504-279-5982. My spouse is not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 931
**Def ID** 98
**Notice #**
MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223489 **Cause No.** 09-4734
**Case Name** Barthelemy, Louise **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.
**DOB** 4/10/1925 **SSN** 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

No one ever smoked any cigarettes or used any tobacco products while residing in the FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI (F) (1&4) |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I have never suffered from any lung or respiratory disease.
No, I have never suffered from any skin disease.

| Question # | Question |
|---|---|
| 9 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
No doctor or health care provider ever treated me for any disease/illness/injury that I have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 10 | Plaintiffs Fact Sheet Signed and Dated. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached certification

_____    11/20/2011
Plaintiff or Representative    Date