# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223490                **Cause No.** 09-4734

**Case Name** Barthelemy, Thomas       **Case Style** Gwendolyn White, et. al.  vs. R-Vision, Inc., et.

**DOB** 1/16/1930     **SSN** 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

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3 (Second question below the chart) |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I have never been diagnosed by a physician for any injury relating to the FEMA unit.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C. 8 |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C. 9 |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I am not requesting reimbursement of medical expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim IV. F. 3 |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I am not making a claim for lost wages.

# Exhibit "E"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223490                                           **Cause No.** 09-4734

**Case Name** Barthelemy, Thomas          **Case Style** Gwendolyn White, et. al.  vs. R-Vision, Inc., et.

**DOB** 1/16/1930     **SSN** 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

| Question # | Question |
|---|---|
| 5 | Number of hours spent in the trailer each day V. 13 |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**

I spent 8 hours or more per day in the FEMA unit.

| Question # | Question |
|---|---|
| 6 | Names of all trailer residents (residing) V. E. |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**

Viola Barthelemy, daughter
Thomas Barthelemy, self
Louise Barthelemy, spouse

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**

No persons ever smoked in the FEMA unit.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI (F) (1&4) |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223490                    **Cause No.** 09-4734

**Case Name** Barthelemy, Thomas         **Case Style** Gwendolyn White, et. al.  vs. R-Vision, Inc., et.

**DOB** 1/16/1930     **SSN** 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

| **Answer** |
| --- |
| I have not had any health concerns prior to living in the FEMA unit. |

| **Question #** | **Question** |
| --- | --- |
| 9 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID**

| 931 |
| --- |

**Def ID**

| 98 |
| --- |

**Notice #**

| MTD NC |
| --- |

| **Answer** |
| --- |
| I have never been treated by any physician for any Formaldehyde related injury. |

| **Question #** | **Question** |
| --- | --- |
| 10 | Plaintiffs Fact Sheet Signed and Dated. |

**Pet ID**

| 931 |
| --- |

**Def ID**

| 98 |
| --- |

**Notice #**

| MTD NC |
| --- |

| **Answer** |
| --- |
| Please see attached. |

_____     11/20/2011

Plaintiff or Representative               Date