UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 | |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION | |
| | SECTION "N" (5) | * | | |
| | | * | | |
| | | * | JUDGE ENGELHARDT | |
| | | * | MAGISTRATE CHASEZ | |
| | | * | | |
| THIS DOCUMENT IS RELATED TO: | | * | | |
| *Thomas Morgan v. Starcraft RV, Inc.* | | * | | |
| No. 10-2260 | | * | | |
| Plaintiffs: | James Harvey | * | | |
| | Lula Harvey | * | | |
| | Glenda Simpson | * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW James Harvey, Lula Harvey and Glenda Simpson (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23321).

**A.    SPECIFIC PLAINTIFFS**

Defendant Starcraft RV, Inc. ("Starcraft") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

**1.    James Harvey**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

    **2.**    **Lula Harvey**

Plaintiff's counsel has attempted to contact her on multiple occasions but has not been successful in reaching her.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

    **3.**    **Glenda Simpson**

Plaintiff's counsel has attempted to contact her on multiple occasions but has not been successful in reaching her.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

By way of further answer, if such answer be necessary. Defendants are not

entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

B.  CONCLUSION

For the reasons set forth above, Plaintiffs, James Harvey, Lula Harvey and Glenda Simpson, pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

                /s/ Robert C. Hilliard
                _____
                **ROBERT C. HILLIARD**