UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| | * | |
| IN RE:    **FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| **SECTION "N" (5)** | * | |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Thomas Morgan, et. al.  vs. Starcraft RV, Inc., et. al.* | * | |
| *Cause:  10-2260* | * | |
| *Plaintiff:  Lula Harvey* | * | |
| | * | |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF NICOLE PORTER</u>

STATE OF TEXAS                    §

COUNTY OF NUECES              §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.    My name is Nicole Porter.  I am over eighteen years of age and I have personal knowledge of the facts stated herein.  The statements contained in this affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C.  I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Lula Harvey.

3.    September 23, 2011, Plaintiff's attorney began calling Lula Harvey twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.    September 23, 2011, Plaintiff's attorney has performed Accurints  to attempt to locate the said client and have had no success.

5.    October 6, 2011, Plaintiff's attorney has performed "Person Searches"  and on November 7, 2011, Accurints  to attempt to locate the said client and have had no success.

## Exhibit "B"

6.      The phone numbers on file and the phone numbers retrieved from Person Searches and
        Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we
        are unable to leave a message due to various reasons.

7.      Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2006 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
06/30/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
12/31/2009 - No Contact Letter
02/04/2010 - FEMA No FEMA Number Warning Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
05/27/2010 - FEMA No FEMA Number Final Warning Ltr
05/13/2011 - FEMA Status Ltr
09/20/2011 - FEMA Draft Dismiss Non Compliance
09/30/2011 - No Contact Ltr
11/01/2011 - FEMA Motion to Dismiss Non Compliance


Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of
November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | **FEMA TRAILER** | **MDL NO. 1873** |
|  | **FORMALDEHYDE PRODUCTS** | **LIABILITY LITIGATION** |
|  | **SECTION "N" (5)** |  |
|  |  | **JUDGE ENGELHARDT** |
|  |  | **MAGISTRATE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**

*Thomas Morgan, et. al. vs. Starcraft RV, Inc., et. al.*
*Cause: 10-2260*
*Plaintiff: Glenda Simpson*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                    §

COUNTY OF NUECES              §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Glenda Simpson.

3.  On September 20, 2011 Plaintiff's attorney began calling Glenda Simpson twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.  Plaintiff's attorney has performed "Person Searches" and Accurints in September and November of 2011 to attempt to locate the said client and have had no success.

# Exhibit "C"

5.    The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6.    Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    10/03/2006 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Ltr
    06/27/2009 - FEMA Town Hall Meeting Ltr
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    05/27/2010 - FEMA Unmatched Final Warning Ltr
    05/13/2011 - FEMA Status Ltr
    09/20/2011 - FEMA Draft Dismiss Non Compliance
    10/07/2011 - No Contact Ltr for Active Clients
    11/01/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

|  |  |  |  |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
|  | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
|  | **SECTION "N" (5)** | * | |

**JUDGE ENGELHARDT**
**MAGISTRATE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Thomas Morgan, et. al. vs. Starcraft RV, Inc., et. al.*
*Cause: 10-2260*
*Plaintiff: James Harvey*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.   My name is Nicole Porter.  I am over eighteen years of age and I have personal knowledge of the facts stated herein.  The statements contained in this affidavit are true and correct.

2.   I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C.  I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff James Harvey.

3.   September 23, 2011, Plaintiff's attorney began calling James Harvey twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.   September 23, 2011, Plaintiff's attorney has performed Accurints in to attempt to locate the said client and have had no success.

5.   October 6, 2011, Plaintiff's attorney has performed "Person Searches" and November 7, 2011, Accurints  to attempt to locate the said client and have had no success.

# Exhibit "A"

6. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    10/03/2006 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Ltr
    06/30/2009 - FEMA Town Hall Meeting Ltr
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    12/31/2009 - No Contact Ltr
    02/04/2010 - FEMA No FEMA Number Warning Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    05/27/2010 - FEMA No FEMA Number Final Warning Ltr
    05/13/2011 - FEMA Status Ltr
    09/20/2011 - FEMA Draft Dismiss Non Compliance
    09/30/2011 - No Contact Ltr
    11/01/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November , 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November , 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014