UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Susan Baugh v. Jayco, Inc., et al.* | | * | |
| No. 09-6964 | | * | |
| Plaintiffs: | Michael Jackson | * | |
| | Tiffany Johnson, as next | * | |
| | friend of W.C. | * | |
| | Andrea Merrow | * | |
| | Johnny Montgomery | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW Michael Jackson, Tiffany Johnson, as next friend of Wayne Champagne, Andrea Merrow and John Montgomery (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23356).

**A.     SPECIFIC PLAINTIFFS**

Defendants Jayco, Inc. ("Jayco") and Bechtel National, Inc. ("Bechtel") claim that deficiencies remain in Plaintiffs' Fact Sheets.  Defendants' claims will be addressed in sequence.

**1.     Michael Jackson**

Plaintiff's counsel has attempted to contact her on multiple occasions but has not been successful in reaching her.   For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

**2.     Tiffany Johnson, as next friend of W.C.**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

**3.     Andrea Merrow**

Plaintiff's counsel has attempted to contact her on multiple occasions but has not been successful in reaching her.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

**4.     John Montgomery**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "D".

**B.     CONCLUSION**

For the reasons set forth above, Plaintiffs, Michael Jackson, Tiffany Johnson, as next friend of Wayne Champagne, Andrea Merrow and John Montgomery, pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**