## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| | | * | |
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* | | * | |
| *Cause: 1:09-cv-595 HSO JMR* | | * | |
| *Plaintiff: Michael Jackson* | | * | |
| | | * | |
| | | * | |
| | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF NICOLE PORTER</u>

STATE OF TEXAS          §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1.      My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.      I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3.      In May 2010 , Plaintiff's attorney began calling Michael Jackson on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4.      In September 2010, Plaintiff's attorney has performed "Person Searches" to attempt to locate Michael Jackson and have had no success.

5.      Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

# Exhibit "A"

11/10/2008 - FEMA Status Letter
06/27/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
04/20/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Letter
04/30/2010 - No Contact Letter
05/07/2010 - No Contact Letter
06/04/2010 - No Contact Letter
07/19/2010 - Plaintiff Fact Sheet No Contact Letter Letter
09/17/2010 - No Contact Letter
10/04/2010 - Plaintiff Fact Sheet MA/Sig page
05/13/2011 - FEMA Status Letter
10/05/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - FEMA Motion to Dismiss Non Compliance

6.  On October 12 2011, Plaintiff's attorney began calling Michael Jackson twice daily with the
    phone numbers we had on file in an attempt to obtain answers to deficiency questions posed
    by the defense in the Motion to Dismiss filed before the court.

Signed this the __21st__ day of __November__, 2011



NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __21st__ day of
__November__, 2011, to certify which witness my hand and seal of office.

_Wynter Lee_ (signature)

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **FEMA TRAILER** | *      **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | *      **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | |

**IN RE:**   **FEMA TRAILER**   *  **MDL NO. 1873**
           **FORMALDEHYDE PRODUCTS** *  **LIABILITY LITIGATION**
           **SECTION "N" (5)**

                         *  **JUDGE ENGELHARDT**
                         *  **MAGISTRATE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Susan Baugh, et. al. vs. Jayco, Inc., et. al.*
*Cause: 1:09-cv-595 HSO JMR*
*Plaintiff: Tiffany Johnson as next of friend of W. C.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF NICOLE PORTER</u>

STATE OF TEXAS         §

COUNTY OF NUECES    §

     BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.    My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3.    In April 2010, Plaintiff's attorney began calling Tiffany Johnson as next of friend of W. C. on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4.    In September 2010, Plaintiff's attorney has performed Accurints to attempt to locate the said client and have had no success.

5.    On October 13, 2011, we began calling Tiffany Johnson as next of friend of W. C. twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency

# Exhibit "B"

6.  On October 6, 2011, Plaintiff's attorney has performed "Person Searches" and on October 14, 2011 Accurints were performed to attempt to locate the said client

7.  On October 19, 2011 and October 25, 2011 we did obtain a number from an individual who said she was Tiffany Johnson's mother. We have been unable to get in touch with anyone at the provided number.

8.  Furthermore, Plaintiff's Attorney has mailed letters to Plaintiff on multiple occasions.

    06/27/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet
    02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
    04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Letter
    04/30/2010 - No Contact Letter
    05/07/2010 - No Contact Letter
    06/04/2010 - No Contact Letter
    06/14/2010 - Resend Returned Mail Letter
    07/19/2010 - Plaintiff Fact Sheet No Contact Letter
    09/24/2010 - No Contact Letter
    05/13/2011 - FEMA Status Letter
    10/05/2011 - FEMA Draft Dismiss Non Compliance
    10/21/2011 - Non Contact letter for Active Clients
    10/27/2011 - Resend Returned Mail Letter
    11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the __21st__ day of __November__, 2011



NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __21st__ day of __November__ 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **FEMA TRAILER** | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | |
| | | **JUDGE ENGELHARDT** |
| | | **MAGISTRATE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Susan Baugh, et. al. vs. Jayco, Inc., et. al.*
*Cause: 1:09-cv-595 HSO JMR*
*Plaintiff: Andrea Merrow*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3.  In May 2010 , Plaintiff's attorney began calling client on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4.  In June, August, September, and November 2010 Plaintiff's attorney had performed "Person Searches" to attempt to locate Andrea Merrow and have had no success.

5.  On October 12, 2011 Plaintiff's attorney began calling Andrea Lee Merrow twice per day with the phone numbers we had on file and obtained through the Person Searches in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to

**Exhibit "C"**

6.  As of today's date Plaintiffs attorney remain unsuccessful in reaching the Plaintiff.

7.  Furthermore, Plaintiff's Attorney has mailed client letters on multiple occasions.

        10/02/2008 - FEMA Plaintiff Fact Sheet Packet
        11/10/2008 - FEMA Status Letter
        06/27/2009 - FEMA Town Hall Meeting Letter
        07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
        02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
        04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Letter
        04/30/2010 - No Contact Letter
        05/07/2010 - No Contact Letter
        06/04/2010 - No Contact Letter
        06/14/2010 - Resend Returned Mail Letter
        07/19/2010 - Plaintiff Fact Sheet No Contact Letter
        50/13/2011 - FEMA Status Letter
        10/05/2011 - FEMA Draft Dismiss Non Compliance
        10/21/2011 - No Contact Letter  for Active Clients No Deadline
        11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the __21st__ day of __November__, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __21st__ day of __November__, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * |
| | | * |
| | | * |
| | | * **JUDGE ENGELHARDT** |
| | | * **MAGISTRATE CHASEZ** |
| | | * |
| **THIS DOCUMENT IS RELATED TO:** | | * |
| *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* | | * |
| *Cause 1:09-cv-595 HSO JMR* | | * |
| *Plaintiff: John Montgomery* | | * |
| | | * |
| | | * |
| | | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.   My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.   I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3.   In April 2010, Plaintiff's attorney began calling John Montgomery on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4.   In September and October 2010, Plaintiff's attorney has performed Accurints to attempt to locate the said client and have had no success.

5.   On October 13, 2011, we began calling John Montgomery twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court

# Exhibit "D"

6.  On October 6, 2011, Plaintiff's attorney has performed "Person Searches" and on October 14, 2011 Accurints were performed to attempt to locate John Montgomery

7.  The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

8.  Furthermore, Plaintiff's Attorney has mailed client letters on multiple occasions.

    11/10/2008 - FEMA Status Letter
    06/27/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Ltr
    02/10/2010 - FEMA No PFS 30 Day Warning Letter
    04/27/2010 - FEMA PFS Deficiency Info Request Letter
    04/30/2010 - No Contact Letter
    05/07/2010 - No Contact Letter
    06/04/2010 - No Contact Letter
    07/19/2010 - Watts Hilliard - Discovery  No Contact Letter
    09/24/2010 - No Contact Letter
    05/13/2011 - FEMA Status Letter
    10/05/2011 - FEMA Draft Dismiss Non Compliance
    10/21/2011 - No Contact Letter  for Active Clients
    11/04/2011 - FEMA Motion to Dismiss Non Compliance Letter

Signed this the __21st__ day of __November_____ , 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __21st__ day of __November__ , 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS