UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Marla Raffield v. R-Vision, Inc., et al.* | | * | |
| No. 10-1261 | | * | |
| Plaintiffs: | | * | |
|    Devin Frank | | * | |
|    Hazel Frank | | * | |
|    Mary Smythe | | * | |
|    Rashad Frank | | * | |
|    Shawn White | | * | |
|    Stacey Frank | | * | |
|    Tyrone Frank | | * | |
|    Yvonne Frank | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Devin Frank, Hazel Frank, Mary Smythe, Rashad Frank, Shawn White, Stacey Frank, Tyrone Frank and Yvonne Frank (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23522).

With regard to Devin Frank, counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Hazel Frank, counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "B".

With regard to Mary Smythe, Plaintiffs' counsel did in fact submit a Plaintiff Fact Sheet to the Defense Counsel Liaison on December 18, 2009, please see attached Exhibit "C". Plaintiff's counsel then submitted an Amendment sheet to that Plaintiff Fact Sheet to the Defense Counsel Liaison on May 27, 2010, please see attached Exhibit "D". Furthermore, Plaintiff counsel would refer to the affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "J". Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

With regard to Rashad Frank, counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "E".

With regard to Shawn White, Plaintiff's counsel has reached Plaintiff and obtained all answers to deficiencies posed in immediate motion. Attached hereto are answers to the aforementioned deficiencies as Exhibit "F". On October 26, 2011, November 7, 2011, and on November 16, 2011 Plaintiff's counsel mailed a certification page to the Plaintiff requesting that the Plaintiff returned to our office signed and date. Plaintiff has not done so at this time, however states that he will return as soon as possible. An updated certification page will be forthcoming as soon as received from the Plaintiff by Plaintiff

counsel.

With regard to Stacey Frank, counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "G".

With regard to Tyrone Frank, counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "H".

With regard to Yvonne Frank, counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "I".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

    Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

4