UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: *10-1261* Plaintiff: *Devin Frank* | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. Plaintiff's attorney has attempted to contact Devin Frank to obtain missing information since February 2009. On October 26, 2011, Plaintiff's attorney began calling Devin Frank twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 11, 2010, August 23, 2011, October 28, 2011, and November 7, 2011 Plaintiff's attorney has performed "Person Searches" and on October 31, 2011 performed an Accurint in an attempt to locate Devin Frank and have had no success.

**Exhibit "A"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    10/17/2008 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Ltr
    06/30/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
    05/13/2011 - FEMA Status Letter
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/04/2011 - No Contact Ltr for Active Clients
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: *10-1261* Plaintiff: *Hazel Frank* | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS         §

COUNTY OF NUECES   §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. Plaintiff's attorney has attempted to contact Hazel Frank to obtain missing information since January 2009. On October 26, 2011, Plaintiff's attorney began calling Denese Williams twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 11, 2010, August 23, 2011, October 28, 2011, and November 7, 2011 Plaintiff's attorney has performed "Person Searches" and on October 31, 2011 performed an Accurint in an attempt to locate Hazel Frank and have had no success.

# Exhibit "B"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/17/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: *10-1261* Plaintiff: *Rashad Frank* | * * * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. Plaintiff's attorney has attempted to contact Rashad Frank on a weekly basis to obtain missing information since February 2009. On October 26, 2011, Plaintiff's attorney began calling Rashad Frank twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 11, 2010, August 23, 2011, October 28, 2011, and November 7, 2011 Plaintiff's attorney has performed "Person Searches" and on October 31, 2011 performed an Accurint in an attempt to locate Rashad Frank and have had no success.

Exhibit "E"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/17/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Letter
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*/s/ Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*/s/ Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: 10-1261 Plaintiff: Stacey Frank | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Stacey Frank.

3. Since February, 2009, Plaintiff's attorney has attempted to reach Stacey Frank to obtain missing information regarding the immediate action.

4. In November, 2010, Plaintiff's attorney performed a "Person Search" in an attempt to contact Stacey Frank to obtain missing information regarding the immediate action.

5. In August, 2011, Plaintiff's attorney performed a "Person Search" in an attempt to contact Stacey Frank to obtain missing information regarding the immediate action.

## Exhibit "G"

6. On October 26, 2011, Plaintiff's attorney began calling Stacey Frank twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

7. In October, 2011, Plaintiff's attorney performed "Person Searches" to attempt to locate Stacey Frank and have had no success.

8. In November, 2011, Plaintiff's attorney performed an Accurint in an attempt to locate Stacey Frank and have had no success.

9. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

10. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/17/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/11/2011 - No Contact Ltr for Active Clients
   11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: *10-1261* Plaintiff: *Tyrone Frank* | * * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES   §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. Plaintiff's attorney has attempted to contact Tyrone Frank on a weekly basis to obtain missing information since January 2009. On October 26, 2011, Plaintiff's attorney began calling Tyrone Frank twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On June 10, 2011, August 4, 2011, August 23, 2011, October 28, 2011, and November 7, 2011 Plaintiff's attorney has performed "Person Searches" and on October 31, 2011 performed an Accurint in an attempt to locate Tyrone Frank and have had no success.

**Exhibit "H"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions. Plaintiff was mailed a No Contact Letter on a weekly and/or by weekly basis from October 01, 2010 to November 17, 2011.

   10/17/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   12/12/2008 - No Contact Ltr
   03/06/2009 - No Contact Ltr
   03/13/2009 - No Contact Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   10/23/2009 - No Contact Ltr
   10/30/2009 - No Contact Ltr
   11/06/2009 - No Contact Ltr
   12/31/2009 - No Contact Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   06/24/2011 - No Contact Ltr
   08/05/2011 - No Contact Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: 10-1261 Plaintiff: Yvonne Frank | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. Plaintiff's attorney has attempted to contact Yvonne Frank on a weekly basis to obtain missing information since February 2009. On October 26, 2011, Plaintiff's attorney began calling Yvonne Frank twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 21, 2010, August 23, 2011, October 28, 2011, and November 7, 2011 Plaintiff's attorney has performed "Person Searches" and on October 31, 2011 performed an Accurint in an attempt to locate Yvonne Frank and have had no success.

Exhibit "I"

5.  The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6.  Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    10/17/2008 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Letter
    12/12/2008 - No Contact Letter
    03/06/2009 - No Contact Letter
    03/13/2009 - No Contact Letter
    06/30/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    10/23/2009 - No Contact Letter
    10/30/2009 - No Contact Letter
    02/10/2010 - FEMA No Plaintiff Fact Sheet Letter
    06/25/2010 - No Contact Letter
    07/02/2010 - No Contact Letter
    09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Ltr
    05/13/2011 - FEMA Status Letter
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/04/2011 - No Contact Ltr for Active Clients
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: 10-1261 Plaintiff: Mary Smythe | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS § §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 18, 2009, Plaintiff's counsel submitted Plaintiff Fact Sheet to the Defense Counsel Liaison, Carmen Motes, as per instructions given in PTO 2 and PTO 32.

4. On May 27, 2011, Plaintiff's counsel submitted an Amendment Sheet to the Defense Counsel Liaison, Carmen Motes, as per instructions given in PTO 2 and PTO 32.

# Exhibit "J"

Signed this the 21st day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS