Amendment to the Plaintiff Fact Sheet

**Claimant Name: Smythe, Mary Candyce**

**Claimant's Attorney: Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID: 921450778

Defendants Named: R-Vision, Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: R-Vision, Inc.
VIN/Serial #: 4wyt32p2361501870
Barcode: 1181953
Unit: TT
Contractor: Fluor

Manufacturer: R-Vision, Inc.
VIN/Serial #: 4wyt32p2361501870
Barcode: 1181953
Unit: TT
Contractor: Fluor

# Exhibit "D"

## CERTIFICATION

  I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Candyce Smythe_    Candyce Smythe   9-5-09
Signature of Plaintiff   Print Your Name   Date