# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213270     **Cause No.** 09-7075
**Case Name** White, Shawn     **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 1/7/1981     **SSN**

| Question # | Question |
|---|---|
| 1 | Diagnosed illness as required by Sec. III.C.3. (Second question below the chart) |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
I suffered from burning sensation in chest, eye irritation, skin rash, nausea, headaches, dizziness, coughing, inflammation of throat, inflammation of vocal cords, sinus infections, irregular heartbeat, wheezing, induced asthma, and RADS, I never saw a doctor for any symptoms I experienced.

| Question # | Question |
|---|---|
| 2 | Psychological treatment as required by Sec. III.C.8. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses as required by Sec. III.C.9. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Only if you are making a wage claim as required by Sec. IV.F.3. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

## Exhibit "F"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213270      **Cause No.** 09-7075
**Case Name** White, Shawn      **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 1/7/1981      **SSN**

**Answer**
I am making a claim for lost wages.

| Question # | Question |
|---|---|
| 5 | Manufacturer as required by Sec. V.A.1. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer.

| Question # | Question |
|---|---|
| 6 | Vin# as required by Sec. V.A.2. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2061502572

| Question # | Question |
|---|---|
| 7 | FEMA I.D.# as required by Sec. V.A.3. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. The Identification number of that trailer was 939636655.

| Question # | Question |
|---|---|
| 8 | Bar Code V.A.4 |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213270  **Cause No.** 09-7075
**Case Name** White, Shawn  **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 1/7/1981  **SSN**

---

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer, however no bar code was provided.

| **Question #** | **Question** |
| --- | --- |
| 9 | Number of Hours spent in the trailer each day. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent about 18 hours in the FEMA housing unit each day.

| **Question #** | **Question** |
| --- | --- |
| 10 | Names of all trailer residents(residing) V.E |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
My wife Lisa Mitchell, my daughter Jessica Hunter, son Shawn White Jr., and my daughter Ivy Mitchell also resided in the FEMA housing unit; they are located at 3015 Metropolitan Street New Orleans, LA 70126 and can be contacted at 504-945-1471, 985-628-0338.

| **Question #** | **Question** |
| --- | --- |
| 11 | Smoking History of other trailer residents(s). VI.D. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
No one else who lived in the trailer used any type of tobacco product.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213270  **Cause No.** 09-7075
**Case Name** White, Shawn  **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 1/7/1981  **SSN**

| Question # | Question |
|---|---|
| 12 | Prior Medical History VI(F)(1&4) |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
I have never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 13 | Treatment for Formaldehyde Related Injury VII.B |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**
I did not go to a doctor for any illnesses, injuries I attribute to living in the FEMA housing unit.

| Question # | Question |
|---|---|
| 14 | Plaintiffs Fact sheet signed and dated. |

**Pet ID** 1626
**Def ID** 98
**Notice #** MTD NC

**Answer**

_[signature]_                                         11/19/2011
Plaintiff or Representative                           Date