UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Charlotte Bell v. Starcraft RV, Inc., et al.*<br>No. 09-6931<br>Plaintiffs:   Tony Nations<br>Hue Nguyen<br>Ronald Ramsey<br>Amanda Sawin<br>Jessica Shaw | | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW Tony Nations, Hue Nguyen, Ronald Ramsey, Amanda Sawin and Jessica Shaw (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23358).

**A.   SPECIFIC PLAINTIFFS**

Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. ("Bechtel") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

**1.   Tony Nations**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

    **2.**    **Hue Nguyen**

On November 9, 2011, Plaintiff's counsel contacted Hue Nguyen and she indicated she no longer wishes to pursue her lawsuit relating to her FEMA claims, although notice in writing has not yet been received.   For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

    **3.**    **Ronald Ramsey**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

4.   **Amanda Sawin**

On November 21, 2011 Plaintiff's counsel informed Defense counsel that they recently heard from Amanda Sawin and that a certification page would be forthcoming. Attached hereto as Exhibit "D" is the Fact Sheet Deficiency Answers for Amanda Sawin. Plaintiff has complied with the Fact Sheet process and her claims should not be dismissed.

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

5.   **Jessica Shaw**

On November 21, 2011 Plaintiff's counsel informed Defense counsel that they recently heard from Jessica Shaw and that a certification page would be forthcoming.

3

Attached hereto as Exhibit "E" is the Fact Sheet Deficiency Answers for Jessica Shaw. Plaintiff has complied with the Fact Sheet process and her claims should not be dismissed.

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

**C.     CONCLUSION**

For the reasons set forth above, Plaintiffs, Tony Nations, Hue Nguyen, Ronald Ramsey, Amanda Sawin and Jessica Shaw, pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**