UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *Cause: 1:09-cv-559 HSO JMR* *Plaintiff: Tony Nations* | * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Tony Nations.

3. On October 14, 2011, Plaintiff's attorney began calling Tony Nations twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Tony Nations and have had no success.

# Exhibit "A"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Plaintiff's Attorney has mailed a letter, with a certification page, to Tony Nations On October 13, 2011. This letter notified Plaintiff of the Defense Counsel's intent on filing a Motion to Dismiss. The said letter also stated that Plaintiff was to contact our office immediately and returned the certification page signed to our office.

7. Plaintiff Attorney mailed a second letter stating the above on November 4, 2011 after the Defense's filing of the Motion to Dismiss.

9. As of today's date Plaintiff has failed to contact our office nor return the updated certification page.

10. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/27/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/13/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients

Signed this the 21st day of November, 2011

*(signature)*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*(signature)*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | **MDL NO. 1873 LIABILITY LITIGATION** |
| | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *Cause: 1:09-cv-559 HSO JMR* *Plaintiff: Hue Nguyen* | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On October 14, 2011, Plaintiff's attorney began calling Hue Nguyen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 2, 2011, Plaintiff's attorney contacted Hue Nguyen's Husband, Dong Tran, and he stated that neither he nor his wife wish to pursue their cases. At that time Plaintiff's attorney advised client that he and his wife needed to provide a No interest letter so that their cases could be dismissed.

## Exhibit "B"

5. As of today's date Plaintiff has failed to comply with all request for information and/or documents.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2006 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter
06/27/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
05/13/2011 - FEMA Status Ltr
10/13/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* 1:09-cv-559 HSO JMR *Plaintiff:* Ronald Ramsey | * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS         §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Ronald Ramsey.

3. On October 14, 2011, Plaintiff's attorney began calling Ronald Ramsey twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Ronald Ramsey and have had no success.

# Exhibit "C"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Plaintiff's Attorney has mailed a letter, with a certification page, to Ronald Ramsey On October 13, 2011. This letter notified Plaintiff of the Defense Counsel's intent on filing a Motion to Dismiss. The said letter also stated that Plaintiff was to contact our office immediately and returned the certification page signed to our office.

7. Plaintiff Attorney mailed a second letter stating the above on November 4, 2011 after the Defense's filing of the Motion to Dismiss.

9. As of today's date Plaintiff has failed to contact our office nor return the updated certification page.

10. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

11/10/2008 - FEMA Status Ltr
06/27/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
05/13/2011 - FEMA Status Ltr
10/13/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - FEMA Motion to Dismiss Non Compliance
11/04/2011 - Non Compliance Ltr


Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *Cause: 1:09-cv-559 HSO JMR* *Plaintiff: Amanda Sawin* | * * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Amanda Sawin.

3. On October 13, 2011, Plaintiff's attorney began calling Amanda Sawin twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Amanda Sawin.

5. On November 9, 2011, Plaintiff's attorney reached Amanda Sawin who needed additional time to research the requested information.

## Exhibit "D"

6. On November 14, 2011, Plaintiff's attorney reached Amanda Sawin who still needed additional time to research the requested information.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/27/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/13/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014