# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210146  
**Case Name** Shaw, Jessica  
**DOB** 11/28/1987   **SSN**

**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III.C.8. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
No, I am not claiming any mental or emotional damages as a result of living in the FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Prior Medical History VI (F)(1&4) |

**Pet ID** 944  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
No, I have ever suffered from lung/respiratory or skin disease prior to living in trailer.

| Question # | Question |
|---|---|
| 4 | Produce Records VIII (A-D) |

**Pet ID** 944  
**Def ID** 51  
**Notice #** MTD NC

# Exhibit "E"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 210146  **Cause No.** 1:09-cv-559 HSO JMR
**Case Name** Shaw, Jessica  **Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.
**DOB** 11/28/1987  **SSN**

**Answer**
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 5 | Number of hours in the trailer each day V.13. |
| **Pet ID** 944 | |
| **Def ID** 51 | |
| **Notice #** MTD NC | |

**Answer**
I spent about 8 hours per day in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | If requesting reimbursement for medical expenses III.C.9. |
| **Pet ID** 944 | |
| **Def ID** 51 | |
| **Notice #** MTD NC | |

**Answer**
No, I am not making a claim for medical expenses as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 7 | If making a wage claim IV.F.3. |
| **Pet ID** 944 | |
| **Def ID** 51 | |
| **Notice #** MTD NC | |

**Answer**
No, I am not making a claim for Loss Wages of Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

_____  11/15/2011
Plaintiff or Representative  Date