UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER           *   MDL NO. 1873
        FORMALDEHYDE PRODUCTS   *   LIABILITY LITIGATION
        SECTION "N" (5)         *
                                *
                                *   JUDGE ENGELHARDT
                                *   MAGISTRATE CHASEZ
                                *
THIS DOCUMENT IS RELATED TO:    *
*Charlotte Bell v. Starcraft RV, Inc., et al.*  *
No. 09-6931                     *
Plaintiffs:   William Smith     *
              Ronald Thompson   *
              Dong Tran         *
              Denese Williams   *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS**

COME NOW William Smith, Ronald Thompson, Dong Tran, Alfred Vega and Denese Williams (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23359).

A.   **SPECIFIC PLAINTIFFS**

Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. ("Bechtel") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

   1.   **William Smith**

Plaintiff Counsel has attempted to contact William Smith on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would

refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "A".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011 per PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

**2.    Ronald Thompson**

Plaintiff's counsel has attempted to contact him on multiple occasions but has not been successful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "B".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

**3.    Dong Tran**

Plaintiff's counsel has reached client, however Plaintiff expressed verbally that he does not wish to pursue him Katrina FEMA lawsuit. Plaintiff's Attorney has requested that the client send a "No Interest Letter" to our office, however Plaintiff has failed to

comply with such request. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard case coordinator Nicole Porter, Attached hereto as Exhibit "C".

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

4. **Denese Williams**

Plaintiff's counsel has recently been in contact with Plaintiff and obtained answers to deficiencies questions stated in the immediate action. Plaintiff counsel has attached Plaintiff Fact Sheet Deficiencies answers as Exhibit "D". Counsel has sent a certification page to the Plaintiff on multiple occasions and said document will be forwarded to the Defense counsel as soon as it is received from the Plaintiff.

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies. The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiff never received deficiency notices for these individuals.  Therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

B. **CONCLUSION**

For the reasons set forth above, Plaintiffs, William Smith, Ronald Thompson, Dong Tran, and Denese Williams, pray that Defendants' Motion to Dismiss for Failure to

Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

> Respectfully submitted,
>
> /s/ Robert C. Hilliard
> **ROBERT C. HILLIARD**
> **Trial Attorney in Charge for Plaintiff**
> Texas State Bar No. 09677700
> Southern District of TX Federal ID No. 5912
> ROBERT C. HILLIARD, L.L.P.
> 719 S. Shoreline Boulevard, Suite 500
> Corpus Christi, Texas 78401
> Telephone: (361) 882-1612
> Facsimile: (361) 882-3015
>
> **MIKAL C. WATTS**
> Texas State Bar No. 20981820
> Southern District of TX Federal ID No. 12419
> MIKAL C. WATTS, P.C.
> 2506 N. Port Ave.
> Corpus Christi, Texas 78401
> Telephone: (800) 994-0019
> Facsimile: (361) 882-1261
>
> **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

> /s/ Robert C. Hilliard
> _____
> **ROBERT C. HILLIARD**

4