UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *Cause: 1:09-cv-559 HSO JMR* *Plaintiff: William Smith* | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS         §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff William Smith.

3. On October 26, 2011, Plaintiff's attorney began calling William Smith twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate William Smith.

**Exhibit "A"**

5. The numbers on file for the Plaintiff and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we were unable to leave a message for various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/27/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/17/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients

7. As of November 21, 2011, Plaintiff's Attorney has not received any deficiencies for William Smith.

Signed this the 21st day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* Cause: 1:09-cv-559 HSO JMR Plaintiff: Ronald Thompson, Sr. | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On October 14, 2011, Plaintiff's attorney began calling Ronald Thompson twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 20, 2011, Plaintiff's attorney has performed "Person Searches" and on November 7, 2011, Accurints were preformed to attempt to locate Ronald Thompson and have had no success.

## Exhibit "B"

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/02/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/27/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/19/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance

7. As of November 21, 2011, Plainifft's Attorney has not received any deficiencies for Ronald Thompson, Sr.

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *Cause: 1:09-cv-559 HSO JMR* *Plaintiff: Dong Tran* | * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES     §

   BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.   My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.   I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3.   On October 14, 2011, Plaintiff's attorney began calling Hue Nguyen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.   On November 2, 2011, Plaintiff's attorney contacted Dong Tran, and he stated that neither he nor his wife wish to pursue their cases. At that time Plaintiff's attorney advised client that he and his wife needed to provide a "No Interest Letter" so that their cases could be dismissed.

# Exhibit "C"

5. Plaintiff's Attorney continues to call client on a daily basis requesting said information and/or documentation. As of today, November 22, 2011, Plaintiff has failed to comply with the requested information and/or documentation.

Signed this the 21st day of November, 2011

*Nicole Porter*

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014