# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  **Cause No.** 1:09-cv-559 HSO JMR
**Case Name** Williams, Denese  **Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.
**DOB** 12/19/1966  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Did not sign the certification. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer, however they did not provide a bar code number.

| Question # | Question |
|---|---|
| 3 | Move in Date V.A.6. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I moved into the FEMA housing unit on 10/01/2005.

| Question # | Question |
|---|---|
| 4 | Move out Date V.A.7. |

**Pet ID** 944
**Def ID** 51
**Notice #**

## Exhibit "D"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  **Cause No.** 1:09-cv-559 HSO JMR
**Case Name** Williams, Denese  **Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.
**DOB** 12/19/1966  **SSN** 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

Draft

**Answer**
I moved out of the FEMA housing unit on 02/01/2008.

| **Question #** | **Question** |
|---|---|
| 5 | Installation Address V.A.8. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
The trailer resided at the address of Rd 140 733 Lower Bay Rd Bay Saint Louis, MS 39520.

| **Question #** | **Question** |
|---|---|
| 6 | Plaintiff's Smoking History VI.C. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
Yes, I currently smoke. I currently smoke about 1/2 pack per day. I have been smoking for 21 years.

| **Question #** | **Question** |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
No one else who resided in the FEMA housing unit have ever smoked or used any tobacco products.

| **Question #** | **Question** |
|---|---|
| 8 | Psychological Treatment III.C.8. |

**Pet ID** 944
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890      **Cause No.** 1:09-cv-559 HSO JMR
**Case Name** Williams, Denese      **Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.
**DOB** 12/19/1966    **SSN** 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

| | |
|---|---|
| | 51 |
| **Notice #** | Draft |
| **Answer** | I am not claiming mental and/or emotional damages as a result of residing in the FEMA housing unit. |

| **Question #** | **Question** |
|---|---|
| 9 | Prior Medical History VI (F) (1&4) |
| **Pet ID** | 944 |
| **Def ID** | 51 |
| **Notice #** | Draft |
| **Answer** | I have never suffered from any lung or other respiratory disease.<br>I have never suffered from any infectious disease.<br>I have never suffered from any long-term stomach or bowel disease.<br>I have never suffered from any skin disease. |

| **Question #** | **Question** |
|---|---|
| 10 | Produce Records VIII (A-D) |
| **Pet ID** | 944 |
| **Def ID** | 51 |
| **Notice #** | Draft |
| **Answer** | Please see attached standard form 95. I do not have any other documents in possession. |

| **Question #** | **Question** |
|---|---|
| 11 | Number of hours in the trailer each day V.13. |
| **Pet ID** | 944 |
| **Def ID** | 51 |
| **Notice #** | Draft |
| **Answer** | I spent 24 hours per day in the trailer as it was extremely too hot to be outside. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  **Cause No.** 1:09-cv-559 HSO JMR
**Case Name** Williams, Denese  **Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.
**DOB** 12/19/1966  **SSN** 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

| Question # | Question |
|---|---|
| 12 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I am not making a claim for medical expenses as a result of the injury, illness, or diseases that I incurred as a result of residing in the FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | If making a wage claim IV.F.3. |

**Pet ID** 944
**Def ID** 51
**Notice #** Draft

**Answer**
I am not making a claim for loss wages.

_____   11/21/2011
Plaintiff or Representative   Date