UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* Cause: 09-4734 Plaintiff: *Keishauna A. Stephen* | * * * * * * * | |

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS        §

COUNTY OF NUECES   §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Keishauna A. Stephen.

3. On October 26, 2011, Plaintiff's attorney began calling Keishauna Stephen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Keishauna Stephen and have had no success.

**Exhibit "A"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* Cause: 09-4734 Plaintiff: *Keishauna Stephen, as Next Friend of K. S., a minor* | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Keishauna Stephen, as Next Friend of K. S., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Keishauna Stephen as next friend of Kailen Stephen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Keishauna Stephen as next friend of Kailen Stephen and have had no success.

Exhibit "B"

5.  The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6.  Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    11/10/2008 - FEMA Status Ltr
    06/30/2009 - FEMA Town Hall Meeting Ltr
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    05/13/2011 - FEMA Status Ltr
    10/28/2011 - FEMA Draft Dismiss Non Complaint
    11/04/2011 - No Contact Ltr for Active Clients
    11/07/2011 - FEMA Draft Dismiss Non Complaint
    11/15/2011 - FEMA Motion to Dismiss Non Complaint

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** <br><br> **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** <br> Gwendolyn White, et. al. vs. R-Vision, Inc., et. al. <br> Cause: 09-4734 <br> Plaintiff: Keishauna Stephen, as Next Friend of K. S., a minor | * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS        §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Keishauna Stephen, as Next Friend of K. S., a minor.

3. On October 26, 2011, Plaintiff's attorney began calling Keishauna Stephen as next friend of Kyla Stephen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Keishauna Stephen as next friend of Kyla Stephen and have had no success.

**Exhibit "C"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.* Cause: 09-4734 Plaintiff: *Kuashika Stephens* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Kuashika Stephens.

3. On October 26, 2011, Plaintiff's attorney began calling Kuashika Stephens twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on October 31, 2011 performed an Accurint in an attempt to locate Kuashika Stephens and have had no success.

**Exhibit "D"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - No Contact Ltr for Active Clients
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*[Signature]*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*[Signature]*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION SECTION "N" (5) | MDL NO. 1873 |
| | | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Gwendolyn White, et. al. vs. R-Vision, Inc., et. al.*
Cause: 09-4734
Plaintiff: Kuimar Stephen

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Kuimar Stephen.

3. On October 26, 2011, Plaintiff's attorney began calling Kuimar Stephen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney has performed a "Person Search" and on November 7, 2011 performed an Accurint in an attempt to locate Kuimar Stephen and have had no success.

**Exhibit "E"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

    11/10/2008 - FEMA Status Ltr
    06/30/2009 - FEMA Town Hall Meeting Ltr
    07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
    02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
    05/13/2011 - FEMA Status Ltr
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/11/2011 - No Contact Ltr for Active Clients
    11/15/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014