UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Stephen v. R-Vision, Inc., et al.* | | * | |
| No. 09-7917 | | * | |
| Plaintiffs: | | * | |
|     Marice Stephen | | * | |
|     Takena Collins obo Lamar Veasley | | * | |
|     Shauron Willis obo J'Shaun Piernas | | * | |
|     Steve Dice | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Marice Stephen, Takena Collins obo Lamar Veasley, Shauron Willis obo J'Shaun Piernas and Steve Dice (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23521).

With regard to Maurice Stephen, counsel has attempted contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, Attached hereto as Exhibit "A".

With regard to Takena Collins obo Lamar Veasley, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached

hereto is Exhibit "B" containing aforementioned answers and Exhibit "C" providing a more current Certification Page. Furthermore, Plaintiff's attorney has submitted such answers to Defense counsel on November 21, 2011.

With regard to Shauron Willis obo J'Shaun Piernas, counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "D".

With regard to Steve Dice, since the filing of Defendant's Motion to Dismiss on November 14, 2011, Plaintiffs' counsel has reached plaintiff and obtained answers to the deficient questions called for in the immediate motion. Attached hereto is Exhibit "E" containing aforementioned answers and Exhibit "F" providing a more current Certification Page.  Furthermore, Plaintiff's attorney has submitted such answers to Defense counsel on November 21, 2011.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

                                          Respectfully submitted,

                                          <u>/s/ Robert C. Hilliard</u>
                                          **ROBERT C. HILLIARD**
                                          **Trial Attorney in Charge for Plaintiff**
                                          Texas State Bar No. 09677700
                                          Southern District of TX Federal ID No.  5912
                                          ROBERT C. HILLIARD, L.L.P.
                                          719 S. Shoreline Boulevard, Suite 500
                                          Corpus Christi, Texas 78401
                                          Telephone:  (361) 882-1612
                                          Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**