UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marica Stephen, et. al. vs. R-Vision, Inc., et. al.* Cause: 09-7917 Plaintiff: Marice Stephen | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Marice Stephen.

3. On October 26, 2011, Plaintiff's attorney began calling Marice Stephen twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney performed "Person Searches" and Accurints to attempt to locate Marice Stephen and have had no success.

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurints appear to be invalid. To further clarify, the numbers are either disconnected or we

**Exhibit "A"**

are unable to leave a message due to various reasons.

6.  Furthermore, Plaintiff's attorney mailed letters to Plaintiff on multiple occasions.

   06/30/2009 - FEMA Town Hall Meeting Letter
   07/30/2009 - FEMA No Plaintiff Fact Sheet
   02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
   05/13/2011 - FEMA Status Letter
   10/28/2011 - FEMA Draft Dismiss NC
   11/04/2011 - No Contact Letter for Active Clients No Deadline
   11/07/2011 - FEMA Draft Dismiss Non Compliance
   11/16/2011 - FEMA Motion to Dismiss NC

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

[Notary seal: WYNTER LEE, MY COMMISSION EXPIRES June 24, 2014]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873** **LIABILITY LITIGATION** **JUDGE ENGELHARDT** **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marica Stephen, et. al. vs. R-Vision, Inc., et. al.* *Cause: 09-7917* *Plaintiff: Shauron Willis As Next Of Freind J. P.* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3. On October 26, 2011, Plaintiff's attorney began calling Shauron Willis As Next Friend Of J. P. twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October 2011, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate Shauron Willis and have had no success.

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we

**Exhibit "D"**

are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's attorney has mailed letters to Plaintiff on multiple occasions.

    10/02/2008 - FEMA Plaintiff Fact Sheet Packet
    11/10/2008 - FEMA Status Letter
    04/16/2009 - FEMA POA Cover Letter
    06/27/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet
    10/09/2009 - No Contact Letter
    02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
    05/13/2011 - FEMA Status Letter
    10/28/2011 - FEMA Draft Dismiss Non Compliance
    11/04/2011 - No Contact Letter for Active Clients No Deadline
    11/07/2011 - FEMA Draft Dismiss Non Compliance
    11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014