# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226989    **Cause No.** 09-7917
**Case Name** Veasley, Lamar    **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 11/10/1999    **SSN**

| Question # | Question |
|---|---|
| 1 | Psychological treatment as required by Sec. III.C.8 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
No, I am not making a claim for psychological claims as a result of residing in the FEMA housing unit.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses as required by Sec. III.C.9 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes, I am making a claim for medical expenses on his behalf in the amount of $20,000.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim as required by Sec. IV.F.3 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
This question does not apply as he is not of legal working age.

| Question # | Question |
|---|---|
| 4 | Manufacturer as required by Sec. V.A.1 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**

# Exhibit "B"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226989  **Cause No.** 09-7917
**Case Name** Veasley, Lamar  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 11/10/1999  **SSN**

According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer.

| Question # | Question |
|---|---|
| 5 | VIN # as required by Sec. V.A.2 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4wyt06m2561404948.

| Question # | Question |
|---|---|
| 6 | Bar code as required by Sec. V.A.4 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. The Barcode number of that trailer was 1306570.

| Question # | Question |
|---|---|
| 7 | Number of hours spent in the trailer each day as required by Sec. V.13 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
He spent 14-15 hours in the trailer each day.

| Question # | Question |
|---|---|
| 8 | Names of all trailer residents (residing) as required by Sec. V.E. |

**Pet ID** 1417

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226989  **Cause No.** 09-7917
**Case Name** Veasley, Lamar  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 11/10/1999  **SSN**

---

**Def ID**
98

**Notice #**
MTD NC

**Answer**

The following persons resided in the FEMA trailer with me:

my mother, Takenya Collins, age 33
230 Long St. Apt. 2201
Slidell, LA 70461
From 2/2006-8/2008
Yes, she is making a personal injury claim for asthma and other breathing symptoms.

my daughter, Kelsey Diana Collins, age 5
230 Long St. Apt. 2201
Slidell, LA 70461
From 8/2006-8/2008
Yes, she is making a personal injury claim for asthma and other breathing symptoms.

my mother's boyfriend at the time, James Arthur Allen, age 40
I do not know his address since him and my mother parted ways in 7/2007.
From 2/2006-7/2007
I do not know if he is making a personal injury claim.

---

**Question #** | **Question**
9 | Smoking History of other trailer resident(s) as required by Sec. VI. D.

**Pet ID**
1417

**Def ID**
98

**Notice #**
MTD NC

**Answer**

Nobody who lived in the trailer smoked.

---

**Question #** | **Question**
10 | Prior Medical History as required by Sec. VI. (F) (1&4)

**Pet ID**
1417

**Def ID**
98

**Notice #**
MTD NC

**Answer**

He suffered from bronchitis/upper-respiratory disease in April, 2006 and have had Asthma since June, 2006.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226989  **Cause No.** 09-7917
**Case Name** Veasley, Lamar  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 11/10/1999  **SSN**

| Question # | Question |
|---|---|
| 11 | Plaintiff Fact Sheet signed and dated |

**Pet ID**
1417

**Def ID**
98

**Notice #**
MTD NC

| | Answer |
|---|---|
| | Please see attached Certification |

_____   11/17/2011
Plaintiff or Representative              Date