# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201971
**Case Name** Dice, Steve
**DOB** 3/21/1988   **SSN**

**Cause No.** 09-7917
**Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Psychological treatment as required by Sec. III.C.8 |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
Yes, I am making a claim for mental and or emotional damages, and he has not received treatment, I understand that my emotional and mental damages may have been caused by formaldehyde exposure as he did not suffer from depression prior to living in the trailer and he has not been prescribed any medication for depression.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses as required by Sec.III.C.9. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
No I am not making a medical expense claim related to formaldehyde exposure while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Only if you are making a wage claim as required by Sec. IV.F.3. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
No I am not making a claim for wage loss.

| Question # | Question |
|---|---|
| 4 | Manufacturer as required by Sec. V.A.1. |

**Pet ID** 1417
**Def ID** 98
**Notice #**

**Exhibit "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201971  **Cause No.** 09-7917
**Case Name** Dice, Steve  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 3/21/1988  **SSN**

MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer. I lived in two trailer and both were R-Vision.

| Question # | Question |
|---|---|
| 5 | Vin # as required by Sec. V.A.2. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in two R-Vision, Inc. trailers. The VIN number for the first trailer was 4WYT12N2561601980. The second trailer VIN number is 4WYT12N2761601981.

| Question # | Question |
|---|---|
| 6 | Bar code as required by Sec. V.A.4. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in two R-Vision, Inc. trailers. The Barcode number for the first trailer was 1143472. The second trailer barcode number was 1143474.

| Question # | Question |
|---|---|
| 7 | Move In Date as required by Sec. V.A.6. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
I moved into the first trailer 9/12/2005.
I moved into the second trailer 10/3/2005.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201971  **Cause No.** 09-7917
**Case Name** Dice, Steve  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 3/21/1988  **SSN**

| Question # | Question |
|---|---|
| 8 | Move Out Date as required by Sec. V.A.7. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
I moved out of the first trailer 10/3/2005.
I moved out of the second trailer 7/1/2006.

| Question # | Question |
|---|---|
| 9 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent at least 8 hours or more per day in the trailer.

| Question # | Question |
|---|---|
| 10 | Names of all trailer residents (residing) as required by Sec. V.E. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
Those who resided in the FEMA housing unit with me were Sharon and Joseph Dice.

| Question # | Question |
|---|---|
| 11 | Smoking history of all other trailer resident(s) as required by Sec. VI.D. |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201971  **Cause No.** 09-7917
**Case Name** Dice, Steve  **Case Style** Marica Stephen, et. al. vs. R-Vision, Inc., et. al.
**DOB** 3/21/1988  **SSN**

No one who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 12 | Prior Medical History as required by Sec. VI. (F) (1&4). |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
No I have never suffered from lung or other respiratory disease.

I have only suffered from skin rash during the time we resided in the trailer.

| Question # | Question |
|---|---|
| 13 | Plaintiffs Fact Sheet signed and dated |

**Pet ID** 1417
**Def ID** 98
**Notice #** MTD NC

**Answer**
Please see attached Certificaion.

_____   11/18/2011
Plaintiff or Representative   Date