UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Elica Allen, as Next Friend of I.A, a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: 10-2201 Plaintiff: Billy Wilkinson | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF NICOLE PORTER**

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Billy Wilkinson.

3. On October 26, 2011, Plaintiff's attorney began calling Billy Wilkinson twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. In October, 2011, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the said client and have had no success.

**Exhibit "A"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or Plaintiff's Attorney are unable to leave a message due to various reasons.

6. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2006 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
06/30/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
05/27/2010 - FEMA Unmatched Final Warning Ltr
05/13/2011 - FEMA Status Ltr
10/28/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - No Contact Ltr for Active Clients
11/07/2011 - FEMA Draft Dismiss Non Compliance
11/16/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014