UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* *Cause 1:09-cv-595 HSO JMR* *Plaintiff: Johnny Morris* | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF NICOLE PORTER</u>

STATE OF TEXAS         §

COUNTY OF NUECES    §

  BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff .

3. In April 2010, Plaintiff's attorney began calling Johnny Morris on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. In June 2010 and September 2010, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the said client and have had no success.

5. On October 14, 2011, we began calling Johnny Morris twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

## Exhibit "D"

6. On November 1, 2011, Plaintiff's attorney called number that was on file for client and was told that he was unavailable and left message. Furthermore, we have gotten the same results multiple times on multiple occasions.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   04/30/2010 - No Contact Ltr
   05/07/2010 - No Contact Ltr
   06/04/2010 - No Contact Ltr
   06/11/2010 - No Contact Ltr
   07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
   02/10/2011 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the _21st_ day of _November_, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the _21st_ day of _November_, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* Cause: *1:09-cv-595 HSO JMR* Plaintiff: *Clint Morris* | * * * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. In April 2010, Plaintiff's attorney began calling Clint Morris on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. In June 2010 and October 2010, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the said client and have had no success.

5. On October 31, 2011, we began calling Clint Morris twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court

## Exhibit "C"

6. On November 1, 2011, Plaintiff's attorney called number that was on file for client and was told that he was unavailable and left message. Furthermore, we have gotten the same results multiple times on multiple occasions.

7. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2006 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   04/30/2010 - No Contact Ltr
   05/07/2010 - No Contact Ltr
   06/04/2010 - No Contact Ltr
   06/11/2010 - No Contact Ltr
   07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
   02/10/2011 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*[signature: Nicole Porter]*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*[signature: Wynter Lee]*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* *Cause: 1:09-cv-595 HSO JMR* *Plaintiff: Tara Kutz* | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. April 2, 2010, Plaintiff's attorney began calling Tara Kutz on a weekly basis in to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. October 14, 2010, Plaintiff's attorney has performed "Person Searches" and on October 21, 2010, Accurints, to attempt to locate the Tara Kutz and have had no success.

5. October 14, 2011, we began calling Tara Kutz twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

## Exhibit "B"

6. November 4, 2011, Plaintiff's attorney has performed "Person Searches" and on November 10, 2011, Accurints to attempt to locate the Tara Kutz and have had no success.

7. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

8. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/03/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/30/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   04/30/2010 - No Contact Ltr
   05/07/2010 - No Contact Ltr
   06/04/2010 - No Contact Ltr
   07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*[signature: Nicole Porter]*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*[signature: Wynter Lee]*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* *Cause: 1:09-cv-595 HSO JMR* *Plaintiff: Steve Kutz* | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. In April 2010, Plaintiff's attorney began calling Steve Kutz on a weekly basis in to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. In October 2010, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the said client and have had no success.

5. On October 14, 2011, we began calling Steve Kutz twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

**Exhibit "A"**

6. In November 2011, Plaintiff's attorney has performed "Person Searches" and Accurints to attempt to locate the Steve Kutz and have had no success.

7. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

8. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

10/03/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Ltr
06/30/2009 - FEMA Town Hall Meeting Ltr
07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
04/30/2010 - No Contact Ltr
05/07/2010 - No Contact Ltr
06/04/2010 - No Contact Ltr
07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
05/13/2011 - FEMA Status Ltr
10/28/2011 - FEMA Draft Dismiss Non Compliance
11/04/2011 - FEMA Motion to Dismiss Non Compliance

Signed this the 21st day of November, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Susan Baugh, et. al. vs. Jayco, Inc., et. al.* *Cause: 1:09-cv-595 HSO JMR* *Plaintiff: Lindsey Stewart* | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. In April 2010, Plaintiff's attorney began calling Lindsey Stewart on a weekly basis to obtain answers to deficiencies called by the defense in regards to the Plaintiff Fact Sheet.

4. In October 2010, Plaintiff's attorney has performed "Person Searches" to attempt to locate Lindsey Stewart and have had no success.

5. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

# Exhibit "E"

6. On October 12, 2011, Plaintiff's Attorney began calling Lindsey Stewart twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

7. In October 2011, Plaintiff's attorney has performed "Person Searches" and accurints to attempt to locate Lindsey Stewart and have had no success.

8. Furthermore, Plaintiff's Attorney mailed letters to Plaintiff on multiple occasions.

   10/02/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Ltr
   06/27/2009 - FEMA Town Hall Meeting Ltr
   07/30/2009 - FEMA No Plaintiff Fact Sheet Ltr
   02/10/2010 - FEMA No Plaintiff Fact Sheet Ltr
   04/27/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Ltr
   04/30/2010 - No Contact Ltr
   05/07/2010 - No Contact Ltr
   06/04/2010 - No Contact Ltr
   07/19/2010 - Plaintiff Fact Sheet No Contact Ltr
   05/13/2011 - FEMA Status Ltr
   10/28/2011 - FEMA Draft Dismiss Non Compliance
   11/04/2011 - FEMA Motion to Dismiss Non Compliance
   11/11/2011 - No Contact Ltr

Signed this the 21st day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 21st day of November, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014