MINUTE ENTRY
ENGELHARDT, J.
November 17, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


     A status conference was conducted on Thursday, November 17, 2011, at 8:30 a.m. with

liaison counsel, steering committee members, and counsel for the Government.   Participating were

Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank

D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass,  Mikal C. Watts, Gerald E.

Meunier, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Lamont P. Domingue, Raul R.

Bencomo, John Stewart Tharp, Robert Hilliard, Daniel J. Balhoff, Amanda J. Ballay, Robert M.

Becnel, Randi S. Ellis, Ryan Johnson, Timothy D. Scandurro and Thomas W. Thagard III.

**Court Reporter: Susan Zielie**

JS10(0:15)