MINUTE ENTRY
ENGELHARDT, J.
November 17, 2011

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                     SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

        A status conference was conducted on Thursday, November 17, 2011, at 10:00 a.m.

Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo

R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C.

Watts, Gerald E. Meunier, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Lamont P.

Domingue, Raul R. Bencomo, John Stewart Tharp, Robert Hilliard, Daniel J. Balhoff, Amanda J.

Ballay, Robert M. Becnel, Randi S. Ellis, Ryan Johnson, Timothy D. Scandurro and Thomas W.

Thagard III.

        A complete list of attendees is attached as a supplement to the Court's Pretrial Order #92

dated November 17, 2011 (Rec. Doc. No. 23566).

**Court Reporter: Susan Zielie**

JS10(0:30)