MINUTE ENTRY
ENGELHARDT, J.
November 17, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                        SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Thursday, November 17, 2011, at 10:30 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Joe Glass, Gerald E. Meunier, Daniel J. Balhoff, Randi S. Ellis, Thomas W. Thagard III and Lamont Domingue.

JS10(0:30)