UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION:  N |
| This document relates to:<br>  *Lisa Davis v. Liberty Mutual Ins. Corp.*<br>  No. 09-8464 | * * * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs:

1. Amy Williams
2. Ava Julien
3. Brent A. Hunter, obo Jordan Hunter
4. Brent A. Hunter, obo Taylor Hunter
5. Camda Ann Eames
6. Camda Ann Eames, obo Ava Julien
7. Christopher Terrence Julien
8. Fabian Chapuis
9. Leroy Hagan
10. Lezel Atkins obo Halana Walter

#1020846

11. Lezel Atkins obo Hannan Walter
12. Lezel Atkins obo Hunter Walter
13. Lisa Davis
14. Tranisha Walker
15. Tranisha Walker obo Ayden Walker

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 22nd day of November, 2011.

Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

#1020846