# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| This document relates to: | JUDGE ENGELHARDT |
| *Suit No. 09-5423*<br>*Plaintiff: Noah Messa* | MAG. JUDGE CHASEZ |

## ORDER OF DISMISSAL

Considering the Unopposed Motion to Dismiss for Failure to Comply with PTO 2 and 32 filed by Defendant Keystone RV Company ("Keystone"), the arguments stated therein and the applicable law,

**IT IS HEREBY ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims of Noah Messa, as represented by Brady Swindler are hereby dismissed, with prejudice, each party to bear its own costs, expenses and attorney's fees.

New Orleans, this \_\_\_\_22nd\_\_\_\_ day of \_\_\_\_November\_\_\_\_, 2011.

_____
United States District Judge

{B0763222.1}           1