UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

This document relates to:
*Nero,* No. 09-4730
Plaintiff: Penny Saunders

MDL NO. 1873

JUDGE ENGELHARDT

MAG. JUDGE CHASEZ

### *SUPPLEMENTAL* MEMORANDUM IN OPPOSITION TO MOTION FOR NEW TRIAL OR ALTERNATIVE MOTION FOR RELIEF FROM A JUDGMENT OR ORDER

Defendant, Sentry Insurance A Mutual Company ("Sentry") submits this supplemental memorandum in opposition to the Plaintiff's Motion for New Trial, or alternative Motion for Relief from Judgment or Order.[1]

As the Court is aware, the plaintiff's motion seeks relief from the Court's September 2, 2011 order which dismissed her claims for failure to comply with Pretrial Order Nos. 2 and 32. On October 19, 2011, the Court granted the plaintiff's motion, reinstating her claims.[2]

Then, upon the Motion for Reconsideration filed by Sentry, the Court vacated its October 19th ruling and ordered that the plaintiff's original Motion for New

---

[1] Rec. Doc. No. 23032.

[2] Rec. Doc. No. 23235.

{B0763631.1}                                1

Trial, or alternative Motion for Relief from Judgment or Order would be submitted for decision on November 30, 2011.[3] As Sentry appreciates the situation, the Court will now hear the plaintiff's motion on the merits and consider the briefs filed by the parties.

Rather than resubmit its original opposition brief and burden the Court (and the record) with additional filings, Sentry hereby adopts and restates its original memorandum in opposition to the Plaintiff's Motion for New Trial or alternative Motion for Relief from Judgment or Order.[4] Sentry requests that the Court consider its previously filed memorandum in connection with the hearing date presently set for November 30, 2011.

        Respectfully submitted,

        *s/ Ryan E. Johnson*
        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        Telephone: (225) 248-2080
        Facsimile:  (225) 248-3080
            -and-
        Madeleine Fischer (La. Bar No. 5575)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000

---

[3] Rec. Doc. No. 23558, p. 13-14.

[4] Sentry's previously filed memorandum is Rec. Doc. No. 23238.  Sentry also filed the memorandum as an exhibit to its Motion for Reconsideration.  *See* Rec. Doc. No. 23276-2.

          Facsimile: (504) 589-8208

          ***Counsel for Sentry Insurance A Mutual Company***

Date: November 22, 2011.

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, a true and correct copy of the foregoing pleading has been filed via the Court's electronic filing system and will be served on all parties via that system.

    Baton Rouge, Louisiana, this 22nd day of November, 2011.

          *s/Ryan E. Johnson*
          _____

          Ryan E. Johnson