## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| <u>Cause Nos.</u> | * | |
| 09-4713, 09-7889, 09-7070, 10-2190 | * | |
| *Plaintiffs:* | * | |
| *Pierre* | * | |
| *Della Marshall* | * | |
| *Pamela Howell as next friend of K.J., a minor* | * | |
| *Iris Wells as next friend of F.W., a minor* | * | |
| *Nyasha Smith as next friend of R.S., a minor* | * | |
| *An Nguyen as next friend of A.L., a minor* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>

COME NOW Pierre (Pierre Clark), Della Marshall (ReEella Marshall), Pamela Howell, as Next Friend of Korde Jefferson, a minor, Iris Wells, as Next Friend of F.W., a minor, Nyasha Smith as next friend of R.S., a minor, and An Nguyen as next friend of Andy Ly, a minor (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23503).

With regard to Plaintiffs' listed above, Plaintiffs' counsel would show that all Plaintiff Fact Sheets and Amendment sheet were submitted to Defense Liaison Counsel in a timely manner. Plaintiffs' counsel would refer to the affidavit of Nicole Porter, Watts Hilliard Project Coordinator attached hereto as Exhibit "A".

Plaintiff's counsel would state with regards to Plaintiff Pierre, that it was filed simply as "Pierre", however the correct name for this Plaintiff was Peirre Clark hence Plaintiff's counsel submitted a Plaintiff Fact Sheet for Pierre Clark.

Plaintiff's counsel would state with regards to Plaintiff Della Marshall, that it was filed simply as "Della Marshall", however the correct name for this Plaintiff was ReEella Marshall hence Plaintiff's counsel submitted a Plaintiff Fact Sheet for ReElla Marshall.

By way of further answer, if such answer be necessary. Defendants are not entitled to the relief they seek on these clients.  PTO 2, paragraph D, states that before a motion for dismissal may be filed, the Defendant must first give notice of deficiencies.  The deadline for deficiencies was June 30, 2011. PTO 88, page 1.  Counsel for Plaintiffs never received deficiency notices for these individuals.  Plaintiffs' counsel would note that they received a letter on May 2, 2011, requesting the fact sheets for these individuals, however said fact sheets have already been sent to Liaison counsel as required.  Be that as it may, Plaintiffs' counsel resent the fact sheets for these individuals in May 2011.  Plaintiffs' counsel still never received any deficiencies; therefore Defendants have not complied with the procedures entitling them to ask for a dismissal.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3