UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:** <u>Cause Nos.</u> 09-4713, 09-7889, 09-7070, 10-2190 *Plaintiffs:* Pierre Della Marshall Pamela Howell as next friend of K.J., a minor Iris Wells as next friend of F.W., a minor Nyasha Smith as next friend of R.S., a minor An Nguyen as next friend of A.L., a minor | | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES      §

  BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiffs, Pierre "Pierre Clark", Della Marshall "Rehella Marshall", Pamela Howell as next friend of K.J., a minor, Iris Wells as next firend of F.W.,a minor, Nyasha Smith as next friend of R.S., a minor, An Nguyen as next friend of A.L., a minor.

3. On November 19, 2009 Plaintiff's counsel submitted a Plaintiff's Fact Sheet for all Plaintiff's listed above to the Defense Counsel Liason.

# Exhibit "A"

4. On December 4, 2009 Plaintiff's counsel submitted an Amendment sheet to the Plaintiff Fact Sheet for Plaintiffs, Nyasha Smith as next friend of R.S., a minor and An Nguyen as next friend of A.L., a minor, to the Defense Counsel Liason.

5. On January 14, 2010 Plaintiff's counsel submitted an Amendment sheet to the Plaintiff Fact Sheet for Plaintiff, Iris Wells as next firend of F.W., a minor, to the Defense Counsel Liason.

6. On August 25, 2010 Plaintiff's counsel submitted an Amendment sheet to the Plaintiff Fact Sheet for Plaintiff, Pamela Howell as next friend of K.J., a minor, to the Defense Counsel Liason.

7. Furthermore, Plaintiff's counsel submitted a courtesy copy to the counsel for Forest River for the above mentioned Plaintiffs in May 2011.

Signed this the 22nd day of November, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 22nd day of November 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

2