UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | |
| *Aaron Bell v. Starcraft RV, Inc.* | | * | |
| No. 09-7837 | | * | |
| Plaintiffs: | Tina Lachney | * | |
| | Tina Lachney obo Sierra | * | |
| | Lachney and Zachery Lachney | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

COME NOW Tina Lachney and Tina Lachney obo Sierra Lachney and Zachery Lachney (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss Duplicative Claims (Rec. Doc. 23338).

Edward Gibson, Plaintiffs' counsel for Tina Lachney and Tina Lachney obo Sierra Lachney and Zachery Lachney in *James T. Chandler, et al. v. Starcraft RV, Inc. et al.*, Cause No. 10-264, has agreed to file a Notice of Voluntary Dismissal Without Prejudice for these claimants. Therefore, Defendant's Motion is moot.[1]

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss Duplicative Claims in *Aaron Bell v. Starcrafrt RV, Inc.* all things be denied.

---

[1] Plaintiff's counsel Watts Hilliard understands that Starcraft RV, Inc. will be withdrawing their Motion to Dismiss Duplicative Claims, however, November 22, 2011 is the deadline to file memoranda in opposition to this Motion and such a withdrawal has not been received at the time of this filing, out of an abundance of precaution Plaintiffs are filing this Memorandum in Opposition.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 22nd day of November, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**