# GIEGER, LABORDE & LAPEROUSE, L.L.C.

FORTY-EIGHTH FLOOR

ONE SHELL SQUARE

701 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70139-4800

TELEPHONE (504) 561-0400

FACSIMILE (504) 561-1011

WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750

1177 WEST LOOP SOUTH

HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000

FACSIMILE (832) 255-6001

ERNEST P. GIEGER, JR.¹²
KENNETH H. LABORDE¹²
LAMBERT M. LAPEROUSE¹
ROBERT I. SIEGEL¹²
ANDREW A. BRAUN¹²
LEO R. McALOON III¹²
JOHN E. W. BAAY II¹²³
ANDREW M. ADAMS¹²
MARGARET L. SUNKEL¹
DANIEL G. RAUH¹
RACHEL G. WEBRE¹
BRENDAN P. DOHERTY¹

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER²
MICHAEL D. CANGELOSI
TARA E. CLEMENT²
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE²
ERIC C. WALTON
MARK T. MAHFOUZ

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON⁵
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SCALE⁴
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS⁴
CHARLOTTE A. FIELDS⁴

¹ LAW CORPORATION
² ALSO ADMITTED IN TEXAS
³ ALSO ADMITTED IN MISSISSIPPI
⁴ ONLY ADMITTED IN TEXAS
⁵ ALSO ADMITTED IN WASHINGTON

May 4, 2011

Mr. Michael C. Watson
Woodfill & Pressler, LLP
909 Fannin, Ste. 1470
Houston, Texas 77010

RE:    **FEMA Trailer Formaldehyde Product Liability Litigation**
      **MDL No.: 1873, Sec. N(4)**
      **Our File No.: 0200-24-7**

Dear Counsel:

      Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by June 3, 2011. Please contact us if you have any questions or concerns.

**M█████ R███████ D██████: (Majority Blank)**
- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- V. FEMA Trailer or Mobile Home Unit
  - Move In/Move Out date
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills



EXHIBIT

B

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Woodfill & Pressler, LLP
May 4, 2011
Page 2 of 4

- o Questionnaires
- o Death Certificate
- o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**T█████, D████ L██████: *(Majority Blank)***
- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- V. FEMA Trailer or Mobile Home Unit
  - o Move In/Move Out date
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- Signed Certification
- Signed medical, psychological, and employment authorizations

**Taylor, Harriette: *(Majority Blank)***
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Woodfill & Pressler, LLP
May 4, 2011
Page 3 of 4

- V. FEMA Trailer or Mobile Home Unit
  o VIN
- V. FEMA Trailer or Mobile Home Unit
  o Move In/Move Out date
- VI. Medical Background (Section C-D)
  o Past/Current Smoking/Tobacco use
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  o Identify current family and/or primary care physician
  o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  o Identify each pharmacy that has dispensed medication during the last 7 years
- VIII. Documents (Section A-G)
  o Medical Records
  o Standard Form 95
  o Test Results
  o Medical Bills
  o Questionnaires
  o Death Certificate
  o Autopsy Report
- Signed Certification
- Signed medical, psychological, and employment authorizations

**T▮▮▮, K▮ D▮▮▮: *(Majority Blank)***
- III. Case Information (Section C-4)
  o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    ▪ If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  o VIN
  o Move In/Move Out date
- VI. Medical Background (Section C-D)
  o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  o Medical Records
  o Standard Form 95
  o Test Results
  o Medical Bills
  o Questionnaires
  o Death Certificate
  o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  o Identify current family and/or primary care physician
  o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Woodfill & Pressler, LLP
May 4, 2011
Page 4 of 4

- o  Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed Privacy Act Release Language
- Signed medical, psychological, and employment authorizations

**Taylor, Sharon Denise:** *(Majority Blank)*
- III. Case Information (Section C-4)
    - o  Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
        - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - o  VIN
- V. FEMA Trailer or Mobile Home Unit
    - o  Move In/Move Out date
- VIII. Documents (Section A-G)
    - o  Medical Records
    - o  Standard Form 95
    - o  Test Results
    - o  Medical Bills
    - o  Questionnaires
    - o  Death Certificate
    - o  Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o  Identify current family and/or primary care physician
    - o  Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o  Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

Sincerely,

Carson W. Strickland

CWS/kbd

cc:    Andrew Weinstock
       Justin Woods
       Dave Kurtz

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[6]ALSO ADMITTED IN WASHINGTON
[7]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Michael C. Watson
Woodfill & Pressler, LLP
909 Fannin
Suite 1470
Houston, TX 77010

      Re:    FEMA Trailer Formaldehyde Product Liability Litigation
             MDL No.: 1873, Sec. N(4)
             Our File No.: 0200-24-7
             Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

      Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

      We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

      If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

Baham, Anysha
Baylis, Kizzy Curtis-
Baylis, Megan
Burton, Charlie
Burton, Ja'cory
Burton, Lorraine Viola
Burton, Melvin Shamon
Burton, Norris
Burton, Ronisha Leann
Curtis, Irma J.
Hill, Rusheal Dominique
Hill, Ruston Moliere
Hollins, Sr., Melvin
Moliere, Jr., Henry Herman
Mosbroker, Cassandra Candi
Taylor, Harriette
Taylor, Sharon Denise
Wallace, Torrey Matthew

Baylis, Janet Decaila
Baylis, Maggie Lee
Burton, April Deonsha
Burton, India A.
Burton, Jolicia
Burton, Malody
Burton, Nakeisha Monique
Burton, Re'nyia
Burton, Sameisha Marie
Hill, Peggy Moliere
Hill, Russell
Hollins, Ora Lee Burton
Love, Terran
M███, R█████D████
T███, D█ L███
T███, K█ D████
Wallace, Marguerite Mary

# Woodfill & Pressler, LLP

## Baham, Anysha

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Baylis, Janet Decaila

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Baylis, Kizzy Curtis-

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Woodfill & Pressler, LLP

### Baylis, Maggie Lee

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Baylis, Megan

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Burton, April Deonsha

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Burton, Charlie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Burton, India A.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Burton, Ja'cory

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Woodfill & Pressler, LLP

### Burton, Jolicia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)

Certification Signed by Plaintiff

### Burton, Lorraine Viola

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)

Certification Signed by Plaintiff

### Burton, Malody

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day (PFS Sec. V.13)

Certification Signed by Plaintiff

## Woodfill & Pressler, LLP

### Burton, Melvin Shamon

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Burton, Nakeisha Monique

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Burton, Norris

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Burton, Re'nyia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Burton, Ronisha Leann

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Burton, Sameisha Marie

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Curtis, Irma J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Hill, Peggy Moliere

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Hill, Rusheal Dominique

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Hill, Russell

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Hill, Ruston Moliere

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Hollins, Ora Lee Burton

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Hollins, Sr., Melvin

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Love, Terran

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Moliere, Jr., Henry Herman

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Woodfill & Pressler, LLP

### M███, R█████ D█████

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Mosbroker, Cassandra Candi

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### T████, D████ L████

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Woodfill & Pressler, LLP

### Taylor, Harriette

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### T███, K███ D█████

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Taylor, Sharon Denise

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# Woodfill & Pressler, LLP

## Wallace, Marguerite Mary

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Wallace, Torrey Matthew

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Michael C. Watson
June 29, 2011

      If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
       Justin Woods, Esq.
       Dave Kurtz, Esq.
       Henry T. Miller