## NICAUD & SUNSERI, L.L.C.

A Group of Professional Law Corporations
3000 18ᵗʰ Street
Metairie, Louisiana 70002

*Albert J. Nicaud\**
*J. Douglas Sunseri\**
*Svetlana "Lana" Crouch*
*Timothy P. Farrelly*
*Kristin J. Milano*
*Edward C. Vocke, IV*
*Peter J. Perez, Jr.*
*(\*A Professional Law Corporation)*

*Telephone (504) 837-1304*
*Facsimile (504) 833-2843*

October 27, 2008

Mr. Paul A. Dominick
Nexsen Pruet, LLC
205 King Street
Suite 400
Charleston, SC 29401

|       |               |                  |
|-------|---------------|------------------|
| Re:   | FEMA/Formaldehyde |              |
|       | Client:       | Gable Family     |
|       | Our File #:   | 0803-08-2590 A-B |

Dear Paul:

Enclosed please find the initial file contents for Kenneth Gable and Marlene Gable for filing a claim for Formaldehyde exposure for trailers provided by FEMA as follows:

1. Contract of Engagement of Legal Services;

2. Plaintiff Fact Sheet;

3. Executed Medical Authorizations;

4. Executed SR 95 Form.

Please note, the SR 95 forms were left blank with several spaces to be filled in by you.

We have opened a file for this family claim of Kenneth Gable and Marlene Gable. We request you include the Gable family in the filing of their Formaldehyde claim.



RECEIVED
MAY 31 2011

EXHIBIT
A

Paul A. Dominick
October 27, 2008
Page 2


Thank you for your consideration in this regard.

Sincerely,

SARAH A. MARTINEZ
Legal Secretary to
J. DOUGLAS SUNSERI

JDS/sam
Enclosures
cc:     Mr. J. Rock Palermo
        Bice, Palermo & Vernon, LLC
        721 Kirby Street
        P.O. Box 2125
        Lake Charles, Louisiana 70602

        Mr. Kenneth Gable
        Mrs. Marlene Gable
        3903 Virgil Blvd.
        New Orleans, Louisiana 70122