UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT REPORT NO. 27 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a full reservation of rights and defenses, respectfully submit this Joint Report No. 27.

## I.      REPORT OF CLAIMS AND CASE INVENTORY:

Since the inception of this MDL in 2007, 938 cases have been transferred in from other courts, pursuant to MDL panel orders. 777 of those cases are currently pending, and 161 cases have been closed. Further, 3632 cases have been filed in this court. 3207 cases of those are currently pending, and 425 cases have been closed. Still further, 123 cases have been removed to this Court from state courts.  119 cases of those are currently pending, and 4 cases have been closed.  In all, 4693 cases are associated with this MDL.  4103 cases of those are currently pending, and 590 cases have been closed.  The attached appendix lists the complaints that were filed or transferred into the MDL.

## II.     PLAINTIFF FACT SHEETS (PFS)

Counsel representing parties are obligated to comply with the provisions of Pretrial Order

Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth

mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a

procedure for dismissal of claims for failure to comply with these deadlines).  Plaintiff attorneys

are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel

pursuant to Pretrial Order Nos. 2, 32 and 88.

## III.     MOTION PRACTICE

The following Motions are pending:

**<u>SUBMITTED:</u>**

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |

Rec. Doc. 17836          Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130)

Rec. Doc. 17882          Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125)

Rec. Doc. 17884          Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126)

Rec. Doc. 17885          Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127)

Rec. Doc. 22283          PSC's Motion to Approve Deduction of Common Benefit Expenses from Manufactured Housing Class Settlement Fund

Rec. Doc. 22487          Joint Motion for Final Approval of Class Settlement

Rec. Doc. 22781          Intervening Plaintiffs' Counsel's Motion for Common Benefit Attorney's Fees and Reimbursement of Common Benefit Expenses

## PENDING SUBMISSION:

Rec. Doc. 23240          Forest River Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets (Case Nos. 09-5377, 09-5382, 09-5383, 09-7274, 09-8708, 09-8746, 10-2460, and 10-2461)

Rec. Doc. 23276          Sentry Insurance's Motion for Reconsideration of Court's 10/19/11 Ruling (Rec. Doc. No. 23235) (*Nero* - 09-4730; Plaintiff:  Penny Saunders)

Rec. Doc. 23277          Sentry Insurance's Motion for Reconsideration of Court's 10/19/11 Ruling (Rec. Doc. No. 23236) (*Nero* - 09-4730; Plaintiff:  Laura Domingo)

Rec. Doc. 23321          Starcraft RV, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Thomas Morgan, et al v. Starcraft RV, Inc., et al*; Docket No. 10-2260)

Rec. Doc. 23338          Starcraft RV, Inc.'s Motion to Dismiss Duplicative Claims (*Aaron Bell, et al v. Starcraft RV, Inc., et al*; Docket No. 09-7837)

Rec. Doc. 23339          Jayco, Inc., CH2M Hill Constructors, Inc. and Fluor Enterprises, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial

|  | Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Roland Ayo v. Jayco, Inc., et al*; Docket No. 09-4721) |
|---|---|
| Rec. Doc. 23356 | Jayco, Inc. and Bechtel National, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Susan Baugh, et al v. Jayco, Inc., et al*; Docket No. 09-6964) |
| Rec. Doc. 23357 | Jayco, Inc. and Bechtel National, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Susan Baugh, et al v. Jayco, Inc., et al*; Docket No. 09-6964) |
| Rec. Doc. 23358 | Starcraft RV, Inc. and Bechtel National, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Charlotte Bell, et al v. Starcraft RV, Inc., et al*; Docket No. 09-6931) |
| Rec. Doc. 23359 | Starcraft RV, Inc. and Bechtel National, Inc.'s Motion to Dismiss for Failure to Comply with Pretrial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Charlotte Bell, et al v. Starcraft RV, Inc., et al*; Docket No. 09-6931) |
| Rec. Doc. 23443 | Forest River, Inc.'s Motion Seeking Leave to File Reply to Plaintiff's Opposition to Forest River's Motion to Dismiss for Failure to Comply with Pretrial Orders Relating to Plaintiff Fact Sheets (Docket Nos. 09-5377, 09-5382, 09-5383, 09-7274, 09-8708, 09-8746, 10-2460, 10-2461) |
| Rec. Doc. 23468 | Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Early, et al v. Thor Industries, Inc., et al*; Docket No. 09-8570) |
| Rec. Doc. 23478 | Plaintiff's Motion for Relief from a Judgment or Order (*Kasinda Brumfield obo K.B., et al v. Pilgrim International, Inc., et al*; Docket No. 10-2248; Plaintiff:  Javious Magee) |
| Rec. Doc. 23498 | Plaintiff's Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (*Taylor v. Keystone Coach, Inc., et al*; Docket No. 09-5976) |
| Rec. Doc. 23499 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pretrial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Gwendolyn White, et al v. R-Vision, Inc., et al*; Docket No. 09-4734) |

| | |
|---|---|
| Rec. Doc. 23500 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pretrial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Gwendolyn White, et al v. R-Vision, Inc., et al*; Docket No. 09-4734) |
| Rec. Doc. 23502 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pretrial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Gwendolyn White, et al v. R-Vision, Inc., et al*; Docket No. 09-4734) |
| Rec. Doc. 23503 | Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Docket Nos. 09-4713, 09-7070, 09-7889, 10-2190) |
| Rec. Doc. 23504 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pretrial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Gwendolyn White, et al v. R-Vision, Inc., et al*; Docket No. 09-4734) |
| Rec. Doc. 23511 | Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Brian Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8646) |
| Rec. Doc. 23513 | Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Leo Quezergue, et al v. Jayco, Inc., et al*; Docket No. 09-8640) |
| Rec. Doc. 23516 | Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Vincent Beverly, et al v. Recreation By Design, LLC, et al*; Docket No. 09-8650) |
| Rec. Doc. 23517 | Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Janet Bracy, et al v. Monaco Coach Corp., et al*; Docket No. 09-8695) |
| Rec. Doc. 23519 | Liberty Mutual Insurance Company's Motion to  Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Amber Jones, et al v. R-Vision, Inc., et al*; Docket No. 09-7104) |
| Rec. Doc. 23521 | Liberty Mutual Insurance Company's Motion to  Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Stephen v. R-Vision, Inc., et al*; Docket No. 09-7917) |

| | |
|---|---|
| Rec. Doc. 23522 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Marla Raffield v. R-Vision, Inc., et al*; Docket No. 10-1261) |
| Rec. Doc. 23523 | Liberty Mutual Insurance Company's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Elica Allen v. R-Vision, Inc., et al*; Docket No. 10-2201) |
| Rec. Doc. 23527 | Gulf Stream Coach, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Bertrand, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-565; *Acklin, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-7304; *Abrahms, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-5392; *Carter, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 10-2426) |
| Rec. Doc. 23528 | Sunnybrook RV, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (*Scott Ihli, et al v. Sunnybrook RV, Inc., et al*; Docket No. 10-2293) |

## MATTERS ON APPEAL

| | |
|---|---|
| Fifth Circuit No. 09-30821 | Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants. A Joint Motion to Extend Deadline to Reinstate Appeal was filed on 9/30/11 and granted on 10/6/11. |
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011. Argument is scheduled for Monday, December 5, 2011, afternoon session. |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011. Argument is scheduled for Monday, December 5, 2011, afternoon session. |

Fifth Circuit No. 10-31045        Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense); briefing completed on August 8, 2011.

## IV.    MANUFACTURED HOUSING NON-LITIGATION "TRACK"

On August 22, 2011, the Court held the Fairness Hearing on the proposed settlement filed by the Class, as represented by the PSC and the Manufactured Housing Defendants (Rec. Doc. No. 20669). No ruling has yet been entered. The ninety (90) day notice to governmental entities required under CAFA, and specifically 28 U.S.C. § 1715(b) will mature on November 14, 2011. After that day, the Court will be able to enter an order regarding the proposed settlement.

## V.    MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom matching information had not yet been obtained from the USA by providing a "last chance" process for them to obtain whatever other information was efficiently obtainable from other sources and to provide a date certain by which the matching effort would end. Under this process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the Government passed on June 15, 2010. The deadline for plaintiffs' counsel to submit matching requests to FEMA also passed on June 15, 2010. Counsel should consult amended PTO 68 (Rec. Doc. 14779) to ensure they are aware of its content. The Court has already begun to dismiss, on motion by the defendants, cases that remain unmatched. Additional motions to dismiss are expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO

#68 and as amended by PTO #83.  The PLC does not represent that the listings are 100% accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed.  The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching.  The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455).  The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

Certain Manufacturer Defendants and Installation Contractor Defendants are awaiting the production of the searchable database contemplated pursuant to PTO #88 to aid in the accurate determination of claims pending against these manufacturers and the contractors.

## VI.    BELLWETHER AND SUMMARY JURY TRIALS

    A.    Bellwether cases set for trial at this time:

        1.    The Jayco Summary Jury Trial has been continued until January 23-24, 2012.  The parties have selected Quiniece Lambert-Dolliole as the plaintiff for this trial.  The parties have agreed to conduct this as a summary jury trial.  FEMA and the installation contractor, CH2M Hill, will not participate in this summary jury trial.

Previously scheduled trials involving claims against Sun Valley, Inc., Coachmen RV and KZRV, LLP have been taken off of the Court's trial docket pending finalization of settlement between those entities and Plaintiffs.

## VII.    CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States pending before the District Court are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and two actions involving three Texas Plaintiffs.  On May 18, 2010, the Court issued an Order and Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana plaintiffs against the United States.  Since entering that Order, the Court denied PSC's Motion seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197) and granted PSC's Motion for certification for interlocutory appeal (Rec. Doc. 15976).  PSC petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed that motion.  The Fifth Circuit denied the PSC's motion on December 3, 2010.

The United States has filed an opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana Plaintiffs claims for gross negligence and willful and wanton misconduct.  That motion was taken under advisement by the District Court on January 25, 2011.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc. 15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the government in the following actions.

00265592-1

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims and has also filed with the Fifth Circuit motions requesting that the Court certify questions of unsettled state law to the Supreme Court of Mississippi and Alabama.  The parties briefing of PSC's substantive appeals and motions to certify questions of state law was completed on April 18, 2011.  The Fifth Circuit has scheduled argument for Monday, December 5, 2011, afternoon session.

**VIII.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.**

Special Master, Dan Balhoff has filed into the Court's record a Motion to Distribute Fleetwood Settlement Funds (Rec. Doc. No. 22804).  The Motion to Distribute Fleetwood Settlement Funds was granted on 10/5/11 (Rec. Doc. No. 23048).

Settlement proceeds have been distributed to claimants however, Plaintiffs' Liaison counsel have been notified by the CADA that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable.  The CADA has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions.

**IX.   MISCELLANEOUS**

A.   John Perry has been appointed as Mediator for the purposes of exploring the potential for global settlement as to any and all non-government defendants in this MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

B.   Amanda J. Ballay has been appointed as Special Master in this MDL (Rec. Doc. 23284).

C.   The Court has amended the Order regarding common benefit time and expense submissions at Rec. Doc. No. 23520.  All Plaintiff's counsel are to submit, for consideration, common benefit time and expense records for the period of December 31, 2008 through September 30, 2011 by no later than December 31, 2011.

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     504/832-3700
Facsimile:     504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF
AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:     202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street
New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com