UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873 SECTION N(5) JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Gable, et al. v. Forrest River, Inc., et al.,* *Case No. 09-6429* | * * * * * * * | MAGISTRATE CHASEZ |

*****************************************************************************************

## PLAINTIFFS' VOLUNTARY DISMISSAL OF THE DEFENDANTS WITH PREJUDICE UNDER FRCP 41(a)(1) (A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Kenneth and Marlene Gable, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby give notice of their voluntarily dismissal, with prejudice, of their individual claims only against Defendant Forrest River, Inc., United States Of America through the Federal Emergency Management Agency, and Fluor Enterprises, Inc., in the Complaint previously filed in these proceedings.

By: s/Paul A. Dominick
Paul A. Dominick
Richard L. Tapp, Jr.
Dennis J. Lynch
Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
Telephone: (843) 577-9440
Facsimile:  (843) 720-1777


J. Michael Vernon (La. Bar No. 7570)
J. Rock Palermo (LA Bar No. 21793)

Bice, Palermo & Veron, LLC
P. O. Box 2125
Lake Charles, LA  70602
Telephone:  (337) 310-1600
Facsimile:  (337&) 310-1601

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

s/Paul A. Dominick
PAUL A. DOMINICK
