UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-5377, 09-5382,
09-5383, 09-7274, 09-8708, 09-8746,
10-2460, 10-2461

# O R D E R

       Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to **"Forest River's Motion Seeking Leave to File a Reply to Plaintiffs' Opposition to Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 23443)**, noticed for submission on November 30, 2011, was filed.  Accordingly, **IT IS ORDERED** that the motion is **GRANTED**.  **IT IS FURTHER ORDERED** that the **"Motion for Expedited Submission by Defendant Forest River, Inc." (Rec. Doc. 23445)** is **DENIED AS MOOT**.

       New Orleans, Louisiana, this 23rd day of November 2011.

                                                                     **KURT D. ENGELHARDT**
                                                                    **UNITED STATES DISTRICT JUDGE**