UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE PRODUCT | * | | |
| LIABILITY LITIGATION | * | | |
| | * | SECTION "N-5" | |
| THIS DOCUMENT RELATES TO: | * | | |
| Case Nos.  09-5377, 09-5382, | * | JUDGE ENGELHARDT | |
| 09-5383, 09-7274, | * | | |
| 09-8708, 09-8746, 10-2460 | * | | |
| and 10-2461 | * | MAG. JUDGE CHASEZ | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### REPLY TO PLAINTIFF'S OPPOSITION TO FOREST RIVER INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

MAY IT PLEASE THE COURT:

In response to Plaintiff's Opposition to Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets [Rec. Doc. 23286], Forest River submits this Reply memorandum, which includes a request to partially withdraw Forest River, Inc.'s Motion to Dismiss.  On Wednesday, October 19, 2011, Defendants Forest River, Inc. ("Forest River") moved this Court to dismiss the claims of certain plaintiffs against Forest River on the grounds that these plaintiffs failed to produce Plaintiff Facts Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 23240].

Plaintiffs then filed an Opposition to Forest River's Motion to Dismiss (filed October 24, 2011) to which they attached the missing PFSs for the first group of plaintiffs listed below, which plaintiffs assert had previously been provided to Defense Liaison Counsel.  Therefore, in this Reply, Forest River requests this Court to allow the partial withdrawal of Forest River's previously filed motion to dismiss as to just the plaintiffs listed below ("first group") because

PFSs have finally been provided for these plaintiffs:

| | |
|---|---|
| 09-5382 | Gasper, Reginald Jr. |
| 09-5383 | Hebert, Karen |
| 09-5383 | Spears, Marvin |
| 09-7274 | Navarre, Reynolds |
| 09-7274 | Roberson, Danny |
| 09-8746 | Robinson, Ralph |
| 09-5382 | Robertson, Willie Sr. |
| 09-7274 & 10-2461 | Ruffin, Sheila |
| 10-2461 | Watts, Lawrence Jr. |
| 09-5377 | Tenner, Betty |
| 10-2460 | Jackson, Marguerite |
| 09-5377 | Hughes, Tonya o/b/o K.H. |
| 09-5377 | Hughes, Tonya |
| 10-2461 | Griffin, Patricia |
| 09-5383 | Kelly, Natasha o/b/o N.K. |

For clarification purposes, Forest River is not requesting the Court to withdraw its Motion to Dismiss for Failure to Comply with PTOs No. 2 and 32 for failure to provide PFSs as to the following plaintiffs ("second group") for whom PFSs were not provided by Plaintiffs in their opposition:

| | |
|---|---|
| 09-5382 | Gasper, Reginald Jr. v. Forest River<br>Landry, Bonnie |
| 09-8708 | Carr, Chandra v. Forest River<br>Hargrove, Margie<br>Hargrove, Paul |
| 10-2460 | Kelly, Yolanda v. Forest River<br>Stewart, Deborah |

Forest River would like to make it known to the Court that Plaintiffs have had several opportunities to notify Forest River that they had PFSs for the first group of plaintiffs listed above. Most recently, on October 13, 2011, Forest River emailed a copy of the draft Motion to Dismiss to plaintiffs' counsel requesting that they advise no later than October 18, 2011 whether plaintiffs would consent to or oppose the filing of the Motion. Plaintiffs' counsel did not

respond either way to the email, prompting Forest River to file its Motion to Dismiss on October 19, 2011, as Forest River's email indicated would happen.

Previously, plaintiffs had the opportunity to provide Forest River with the PFSs in response to Forest River's Deficiency Letter of May 2, 2011, which stated that no PFSs had been received for a group of Plaintiffs that included all of the above-listed Plaintiffs.  Subsequent to receiving that Deficiency Letter, plaintiffs made no efforts to notify Forest River of the existence of the PFSs for any of the above listed plaintiffs.  Plaintiffs even failed to notify Forest River of the existence of these PFS after the filing of the Motion to Dismiss.  Instead, Forest River did not find out about the existence of the PFSs until plaintiffs filed their opposition to the Motion to Dismiss.

Forest River has made several attempts to ascertain the whereabouts of the PFSs for the plaintiffs indicated above; however, such efforts have proven futile.   Plaintiffs have wasted both Forest River's and the Court's time and resources in waiting to provide the PFSs for the first time as exhibits to their opposition.  Had Forest River been provided with the PFSs sooner, it would have either not filed the Motion to Dismiss as to the first group of plaintiffs listed above or more timely filed a motion to partially withdraw the Motion to Dismiss.  There was no need for Plaintiffs to file an opposition in this matter, which included over 900 or more pages of exhibits consisting of the very PFSs that Forest River has been requesting since May 2, 2011.

In light of the above, Forest River requests the Court to grant its request to Partially Withdraw its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets, as to the first group of plaintiffs listed above and requests the Court to grant its originally filed Motion to Dismiss as the second group of plaintiffs listed above.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 8, 2011via electronic filing.


/s/ Ernest P. Gieger, Jr.