# Fran Jeblonski

**From:** Jennifer Crose [jcrose@becnellaw.com]
**Sent:** Saturday, November 05, 2011 10:18 AM
**To:** Fran Jeblonski
**Cc:** Matthew Moreland
**Subject:** FW: FEMA Trailer Formaldehyde Litigation - Motion for Leave to File Reply to Plaintiffs' Opposition to Forest River's Motion to Dismiss

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

We would not oppose the filing as long as the reply does not include the diatribe alleging we wasted everyone's time by not providing fact sheets when they were previously sent to defense, nor did we receive an email requesting permission to file the MTD as unopposed. Most likely because there is no "Matthew Morgan" at this firm as indicated in your email below. Additionally, it seems inappropriate to accuse our firm of wasting your time when you continually send fact sheet deficiency letters for deficiencies that don't exist. If you will not remove that language from the reply, you can file it as opposed.

Jennifer L. Crose
Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
Fax: (985) 536-6445

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Friday, November 04, 2011 4:17 PM
**To:** Daniel Becnel; Matthew Morgan
**Cc:** Ernie Gieger; Mike DiGiglia; Megan Cambre; Donna Uli; Karen B. Davis; Megan Cambre
**Subject:** FEMA Trailer Formaldehyde Litigation - Motion for Leave to File Reply to Plaintiffs' Opposition to Forest River's Motion to Dismiss
**Importance:** High

Gentlemen:

Attached are drafts of Forest River's Motion for Leave, Proposed Order and Reply to Plaintiffs' Opposition to Motion to Dismiss. We have prepared the documents as **unopposed** and would like to file them on Tuesday, November 8. Accordingly, please advise at your first opportunity, but no later than close of business on Monday, November 7, if you oppose the filing.

Should you have any questions regarding this matter, please do not hesitate to contact me.


EXHIBIT A



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011

HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.