# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Kasinda Brumfield obo K.B., et al v.* | * | Magistrate: Chasez |
| *Pilgrim International, Inc., et al* | * | |
| No: 10-2248 | * | |

**************************************************************************

## JOINDER IN SENTRY INSURANCE A MUTUAL COMPANY'S MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM AJUDGMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, and for joining in the Memorandum in Opposition filed by Sentry Insurance A Mutual Company ("Sentry") [Rec. Doc. 23518] in Response to the Plaintiff's Motion for Relief from a Judgment or Order [Rec. Doc. No. 23478] and for adopting the arguments made by Sentry *in toto* as if copied herein, respectfully avers that the Motion for Relief from a Judgment as to plaintiff Javious Magee be denied.

|  | Respectfully submitted: |
|---|---|
| **CERTIFICATE OF SERVICE** | __/s Eric B. Berger_____ |
| I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS ___23rd__ DAY OF ___November__, 2011.. \_\_\_\_/s Eric B. Berger\_ | SIDNEY J. ANGELLE, #1002<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br>ANGELLE & NADER<br>400 POYDRAS STREET, SUITE 2300<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292   FAX (504) 586-1290 |