UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Roland Ayo v. Jayco, Inc.* | * | |
| Docket No. 09-4721 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Kedra Bienemy, obo | * | |
| Davinque Bienemy | * | |
| Kedra Bienemy, obo Kevlin Bienemy | * | |
| Margaret Eustis | * | |

*************************************************************************

**UNOPPOSED PARTIAL MOTION WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On October 26, 2011, Defendants Jayco, Inc. ("Jayco"), CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs, Kedra Bienemy on behalf of Davinque Bienemy, Kedra Bienemy on behalf of Kevlin Bienemy, Margaret Eustis, and Rodney Hills, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23339] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec. Doc. No. 22607].

On April 9, 2010, Jayco sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants received Plaintiff Fact Sheet Deficiency Answers that did not cure any of the deficiencies indicated by Jayco. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' counsel on September 28, 2011. Defendants never received a response regarding the proposed motion, despite two subsequent follow-up e-mail sent on October 12, 2011 and October 19, 2011.

On October 26, 2011, Jayco proceeded with filing the motion to dismiss as opposed due to the lack of response from Plaintiffs' Counsel. On November 22, 2011, Jayco received deficiency

1

answers from Plaintiffs' counsel containing deficiency answers for Plaintiffs Kedra Bienemy on behalf of Davinque Bienemy, Kedra Bienemy on behalf of Kevlin Bienemy, and Margaret Eustis (*See* Deficiency Answers received from Plaintiff Counsel on November 22, 2011 attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to only the Plaintiffs noted below:

> Kedra Bienemy on behalf of Davinque Bienemy
>
> Kedra Bienemy on behalf of Kevlin Bienemy
>
> Margaret Eustis

However, because Plaintiffs' counsel has yet to provide fact sheet, or to cure deficient plaintiff fact sheets for Rodney Hills, Defendants are not withdrawing their previously filed motion to dismiss as to Rodney Hills. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiffs listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiff noted below:

> Rodney Hills

Accordingly, Jayco, Inc., CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiffs Kedra Bienemy on behalf of Davinque Bienemy, Kedra Bienemy on behalf of Kevlin Bienemy, and Margaret Eustis, and grant their Motion to Dismiss as to Plaintiff Rodney Hills.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
　　THOMAS L. COUGILL
　　Texas State Bar No. 04877300
　　Louisiana State Bar No. 31112
　　R. MARK WILLINGHAM
　　Texas State Bar No. 21641500
　　JEFFREY P. FULTZ
　　Texas State Bar No. 00790728
　　Mississippi Bar No. 101058
　　Niels Esperson Building
　　808 Travis Street, Suite 1608
　　Houston, Texas  77002
　　(713) 333-7600 – Telephone
　　(713) 333-7601 – Facsimile

　　**Attorneys for Jayco, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: s/*Gerardo R. Barrios*
　　ROY C. CHEATWOOD (La. Bar No. 4010)
　　GERARDO R. BARRIOS (La. Bar No. 21223)
　　M. DAVID KURTZ (La. Bar No. 23821)
　　KAREN KALER WHITFIELD (La. Bar No. 19350)
　　WADE M. BASS (La. Bar No. 29081)
　　No. 3 Sanctuary Boulevard, Suite 201
　　Mandeville, La 70471
　　(985) 819-8400 – Telephone
　　(985) 819-8484 – Facsimile
　　rcheatwood@bakerdonelson.com
　　gbarrios@bakerdonelson.com
　　dkurtz@bakerdonelson.com
　　kwhitfield@bakerdonelson.com
　　wbass@bakerdonelson.com

　　**Attorneys for CH2M Hill Constructors, Inc.**

3

**MIDDLEBERG, RIDDLE & GIANNA**

By:  s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (LA Bar No. 1530 &
TX Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

*-and-*

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

s/Thomas L. Cougill  
THOMAS L. COUGILL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 28th day of November, 2011.

s/Thomas L. Cougill  
THOMAS L. COUGILL