# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638  
**Case Name** B, D  
**DOB**        **SSN**

**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
Please see attached Certification.

Need new Cert page returned.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Fleetwood Enterprises, Inc. trailer with a barcode of 1387390 and a Jayco, Inc trailer with a barcode of 1304089.

| Question # | Question |
|---|---|
| 3 | Move-in Date V.A.6. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
D first occupied the FEMA housing unit in October, 2005.

| Question # | Question |
|---|---|
| 4 | Move-out Date V.A.7. |

**Pet ID** 893  
**Def ID** 26  
**Notice #**

EXHIBIT "A"

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638  
**Case Name** B_____, D_____  
**DOB** _____  **SSN** _____  
**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

**Notice #**  
MTD NC

**Answer**  
D_____ moved out of the FEMA housing unit in June, 2008.

| | |
|---|---|
| **Question #** | **Question** |
| 5 | Installation Address V.A.8. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**  
The installation address of the FEMA trailer was 101 Lindine Lot 25 Chalmette, LA 70043.

| | |
|---|---|
| **Question #** | **Question** |
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**  
Nobody who resides or resided with D_____ in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or a user of chewing tobacco/snuff.

| | |
|---|---|
| **Question #** | **Question** |
| 7 | Psychological Treatment III.C.8. |
| **Pet ID** | |
| 893 | |
| **Def ID** | |
| 26 | |
| **Notice #** | |
| MTD NC | |

**Answer**  
No, D_____ is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| | |
|---|---|
| **Question #** | **Question** |
| 8 | Prior Medical History VI (F)(1&4) |
| **Pet ID** | |
| 893 | |

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224638  
**Case Name** B        , D  
**DOB**           **SSN**  
**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
D         has never suffered from lung/respiratory disease or skin disease.

**Question #** 9  
**Question** Produce Records VIII (A-D)  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

**Question #** 10  
**Question** Number of hours in the trailer each day V.13.  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
D         spent 6-7 hours in the trailer each day.

**Question #** 11  
**Question** If requesting reimbursement for medical expenses III.C.9.  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
No, I am not making a claim for D    medical expenses as a result of living in a FEMA trailer.

**Question #** 12  
**Question** If making a wage claim IV.F.3.

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 224638　　　　　　　　　　**Cause No.** 09-4719
**Case Name** B　　　, L　　　　　　**Case Style** Jamie Basco, as Next Friend of E. W., a minor,
　　**DOB**　　　　　**SSN**

**Pet ID**
893

**Def ID**
26

**Notice #**
MTD NC

**Answer**
No, I am not making a claim for Loss Wages of Lost Earning capacity as a result of D: formaldehyde exposure while residing in a FEMA trailer.

_____　　11/21/2011
Plaintiff or Representative　　　　　　　Date

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  
**Case Name** Bi_____, K____  
**DOB** _____   **SSN** _____  
**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, K____ lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1304089.

| Question # | Question |
|---|---|
| 3 | Move-in Date V.A.6. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
The move in date was October, 2005.

| Question # | Question |
|---|---|
| 4 | Move-out Date V.A.7. |

**Pet ID** 893

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  
**Case Name** B         , K  
**DOB**            **SSN**  
**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

**Def ID** 26  
**Notice #** MTD NC  
**Answer** The move out date was June, 2008.

**Question #** 5  
**Question** Installation Address V.A.8.  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  
**Answer** The installation address for the FEMA home was 101 Lindine Lot 25 in Chalmette, LA 70043.

**Question #** 6  
**Question** Smoking History of Other Trailer Resident(s) VI.D.  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  
**Answer** Nobody who resides or resided with K         in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or a user of chewing tobacco/snuff.

**Question #** 7  
**Question** Psychological Treatment III.C.8.  
**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  
**Answer** No, K         is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  
**Case Name** B       , K  
**DOB**            **SSN**  
**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

| Question # | Question |
|---|---|
| 8 | Produce Records VIII (A-D) |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
Form 95 was previously submitted to the Defense Counsel Liason.

| Question # | Question |
|---|---|
| 9 | Number of hours in the trailer each day V.13. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
K       stayed in the trailer 6-7 hours each day.

| Question # | Question |
|---|---|
| 10 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
No, I am not making a claim for K       medical expenses as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 11 | If making a wage claim IV.F.3. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 224637  
**Case Name** B       , K  
**DOB**            **SSN**

**Cause No.** 09-4719  
**Case Style** Jamie Basco, as Next Friend of E. W., a minor,

| This question does not pertain to K( , as he was a minor and did not work. |

_[signature]_                                      11/21/2011

Plaintiff or Representative                        Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  
**Case Name** Eustis, Margaret  
**DOB**   **SSN**  
**Cause No.** 09-4721  
**Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Plaintiff's fact sheet is unsigned and undated. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Move-in Date V.A.6. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I first occupied the FEMA trailer on 12/1/2011.

| Question # | Question |
|---|---|
| 3 | Move-out Date V.A.7. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I moved out of the FEMA trailer on 1/1/2008.

| Question # | Question |
|---|---|
| 4 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  
**Case Name** Eustis, Margaret  
**DOB**   **SSN**  
**Cause No.** 09-4721  
**Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.

Patrick McManis, is current smoker. He has smoked about a pack a day for about 15 years.

| Question # | Question |
|---|---|
| 5 | Psychological Treatment III.C.8. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Produce Records VIII (A-D) |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
Please see attached standard form 95.  
I do not have the requested documents in my possession.

| Question # | Question |
|---|---|
| 7 | Number of hours in the trailer each day V.13. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I spent on average, 10 to 20 hours per day inside of the FEMA housing unit.

| Question # | Question |
|---|---|
| 8 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 893  
**Def ID** 26  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 229680  
**Case Name** Eustis, Margaret  
**DOB**    **SSN**  

**Cause No.** 09-4721  
**Case Style** Roland Ayo, et. al. vs. Jayco, Inc., et. al.

**Answer**  
No, I am not making a claim for medical expenses as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 9 | If making a wage claim IV.F.3. |

**Pet ID**  
893

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
Yes, I am making a claim for Loss Wages/Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

_____     11/17/2011
Plaintiff or Representative                    Date