UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Denese Williams | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On October 31, 2011, Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs William Smith, Ronald Thompson, Dong Tran, Alfred Vega, and Denese Williams, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23359] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607]. Plaintiff Alfred Vega was withdrawn from this Motion on November 9, 2011 [Rec. Doc. No. 23469].

On June 6, 2011, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 14, 2011. Defendants never received a response regarding the proposed motion, despite a subsequent follow-up e-mail sent on October 24, 2011.

On October 31, 2011, Defendants proceeded with filing the motion as opposed due to the

1

lack of response from Plaintiffs' counsel. On November 21, 2011, Defendants received deficiency answers for Plaintiff Denese Williams, included in Defendant's October 31 motion (*See* deficiency answers received from Plaintiffs' counsel November 21, 2011, attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiff noted below:

                Denese Williams

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for William Smith, Ronald Thompson, and Dong Tran, Defendants are not withdrawing their previously filed motion to dismiss as to William Smith, Ronald Thompson, and Dong Tran. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiff listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

                William Smith

                Ronald Thompson

                Dong Tran

Accordingly, Starcraft RV, Inc. and Bechtel National, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Denese Williams only, and grant their Motion to Dismiss as to Plaintiffs William Smith, Ronald Thompson, and Dong Tran.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
 THOMAS L. COUGILL
 Texas State Bar No. 04877300
 Louisiana State Bar No. 31112
 R. MARK WILLINGHAM
 Texas State Bar No. 21641500
 JEFFREY P. FULTZ
 Texas State Bar No. 00790728
 Mississippi Bar No. 101058
 Niels Esperson Building
 808 Travis Street, Suite 1608
 Houston, Texas  77002
 (713) 333-7600 – Telephone
 (713) 333-7601 – Facsimile

 **Attorneys for Starcraft RV, Inc.**


**FRILOT L.L.C.**

By: s/*John J. Hainkel*
 JOHN J. HAINKEL, III – La. Bar No. 18246
 A.J. KROUSE – La. Bar No. 14426
 PETER R. TAFARO – La. Bar No. 28776
 3600 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone : (504) 599-8000
 Facsimile: (504) 599-8100

 **Attorneys for Bechtel National, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 28th day of November, 2011.

    s/*Thomas L. Cougill*
THOMAS L. COUGIL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL