# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  
**Case Name** Williams, Denese  
**DOB**  **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | Did not sign the certification. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching the claim, my attorney finds the information, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer, however they did not provide a bar code number.

| Question # | Question |
|---|---|
| 3 | Move in Date V.A.6. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I moved into the FEMA housing unit on 10/01/2005.

| Question # | Question |
|---|---|
| 4 | Move out Date V.A.7. |

**Pet ID** 944  
**Def ID** 51  
**Notice #**

EXHIBIT "A"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  
**Case Name** Williams, Denese  
**DOB**            **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

Draft

**Answer**  
I moved out of the FEMA housing unit on 02/01/2008.

| Question # | Question |
|---|---|
| 5 | Installation Address V.A.8. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
The trailer resided at the address of Rd 140 733 Lower Bay Rd Bay Saint Louis, MS 39520.

| Question # | Question |
|---|---|
| 6 | Plaintiff's Smoking History VI.C. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
Yes, I currently smoke. I currently smoke about 1/2 pack per day. I have been smoking for 21 years.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
No one else who resided in the FEMA housing unit have ever smoked or used any tobacco products.

| Question # | Question |
|---|---|
| 8 | Psychological Treatment III.C.8. |

**Pet ID** 944  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  
**Case Name** Williams, Denese  
**DOB**   **SSN**  
**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

51

**Notice #**  
Draft

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in the FEMA housing unit.

**Question #** 9  
**Question** Prior Medical History VI (F) (1&4)  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I have never suffered from any lung or other respiratory disease.  
I have never suffered from any infectious disease.  
I have never suffered from any long-term stomach or bowel disease.  
I have never suffered from any skin disease.

**Question #** 10  
**Question** Produce Records VIII (A-D)  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
Please see attached standard form 95. I do not have any other documents in possession.

**Question #** 11  
**Question** Number of hours in the trailer each day V.13.  
**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I spent 24 hours per day in the trailer as it was extremely too hot to be outside.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 221890  
**Case Name** Williams, Denese  
**DOB**              **SSN**

**Cause No.** 1:09-cv-559 HSO JMR  
**Case Style** Charlotte Bell, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 12 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I am not making a claim for medical expenses as a result of the injury, illness, or diseases that I incurred as a result of residing in the FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | If making a wage claim IV.F.3. |

**Pet ID** 944  
**Def ID** 51  
**Notice #** Draft

**Answer**  
I am not making a claim for loss wages.

_____  
Plaintiff or Representative

11/21/2011  
Date