UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Jessica Shaw | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On October 31, 2011, Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Tony Nations, Hue Nguyen, Ronald Ramsey, Amanda Sawin, and Jessica Shaw, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23358] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On June 6, 2011, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 13, 2011. Defendants never received a response regarding the proposed motion, despite a subsequent follow-up e-mail sent on October 24, 2011.

On October 31, 2011, Defendants proceeded with filing the motion as opposed due to the lack of response from Plaintiffs' counsel. On November 21, 2011, Defendants received deficiency

1

answers attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss [Rec. Doc. No. 23591], providing deficiency answers for plaintiff Jessica Shaw (*See* deficiency answers received from Plaintiffs' counsel November 21, 2011, attached as Exhibit A).  Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiff noted below:

> Jessica Shaw

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for Tony Nations, Hue Nguyen, Ronald Ramsey, and Amanda Sawin, Defendants are not withdrawing their previously filed motion to dismiss as to Tony Nations, Hue Nguyen, Ronald Ramsey, and Amanda Sawin. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiff listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

> Tony Nations
>
> Hue Nguyen
>
> Ronald Ramsey
>
> Amanda Sawin

Accordingly, Starcraft RV, Inc. and Bechtel National, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Jessica Shaw only, and grant their Motion to Dismiss as to Plaintiffs Tony Nations, Hue Nguyen, Ronald Ramsey, and Amanda Sawin.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas 77002
      (713) 333-7600 – Telephone
      (713) 333-7601 – Facsimile

      **Attorneys for Starcraft RV, Inc.**


**FRILOT L.L.C.**

By:   s/*John J. Hainkel*
      JOHN J. HAINKEL, III – La. Bar No. 18246
      A.J. KROUSE – La. Bar No. 14426
      PETER R. TAFARO – La. Bar No. 28776
      3600 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone : (504) 599-8000
      Facsimile: (504) 599-8100

      **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 28th day of November, 2011.

    s/*Thomas L. Cougill*
    THOMAS L. COUGIL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

    s/*Thomas L. Cougill*
    THOMAS L. COUGILL