UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Jessica Shaw | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. No. 23358) filed by Starcraft RV, Inc. and Bechtel National, Inc.;

**IT IS ORDERED** that the Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** as to plaintiff Jessica Shaw only.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1