UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>　*Gwendolyn White v. R-Vision, Inc.*<br>　　No. 09-4734<br>　Plaintiffs:<br>　　Jeffrey Hardy obo Ethan Hardy<br>　　Joshua Palmer | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION:  N |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23499) is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE