UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>*Stephen v. R-Vision, Inc.*<br>No. 09-7917 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * *

**UNOPPOSED PARTIAL MOTION TO WITHDRAW MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS (REC. DOC. 23521)**

On November 14, 2011 defendant Liberty Mutual Insurance Company ("Liberty Mutual") moved this Court to dismiss the claims of certain plaintiffs against Liberty Mutual on the ground that those plaintiffs had failed to provide a completed Plaintiff Fact Sheet ("PFS") in compliance with the Court's Pretrial Orders No. 2 and 32. (Rec. Doc. 23521.) Subsequently, plaintiffs' counsel filed an Opposition that attached as exhibits Deficiency Answers for the following plaintiffs:

1. Takena Collins obo Lamar Veasley

2. Steve Dice.

(See Rec. Doc. 23594.) Undersigned counsel has reviewed the Deficiency Answers which appear to substantially comply with PTO Nos. 2 and 32.

#1076158

Accordingly, Liberty Mutual respectfully moves the Court to partially withdraw its previously filed Motion to Dismiss only as to plaintiffs Takena Collins obo Lamar Veasley and Steve Dice.

Respectfully submitted,

  /s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
   **HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

        s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

#1075453

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>*Stephen v. R-Vision, Inc.*<br>No. 09-7917 | * * * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23521);

**IT IS HEREBY ORDERED** that the Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted as to plaintiffs Takena Collins obo Lamar Veasley and Steve Dice only.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

#1076158