UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>*Stephen v. R-Vision, Inc.*<br>No. 09-7917 | * * * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23521);

**IT IS HEREBY ORDERED** that the Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted as to plaintiffs Takena Collins obo Lamar Veasley and Steve Dice only.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

#1076158