UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Taylor v. Keystone Coach, Inc. et al, 09-5976* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO GULF STREAM'S OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD GULF STREAM AND TO DISMISS KEYSTONE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who respectfully requests an Order from this Honorable Court granting her leave to file a reply memorandum to Gulf Stream Coach, Inc.'s Opposition (Rec. Doc. 23506) to Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (Rec. Doc. 23498). A reply is necessary to address issues raised by Gulf Stream, which are unaddressed in Plaintiff's original memorandum in support. Counsel for Gulf Stream has been contacted and has expressed no opposition to this motion.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  /s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre

1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Justin I. Woods
JUSTIN I. WOODS, #24713