# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAG. JUDGE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| ***Taylor v. Keystone Coach, Inc. et al, 09-5976*** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Gulf Stream's Opposition to Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone:

IT IS ORDERED that Plaintiff is hereby granted leave to file a Memorandum in Reply to Gulf Stream's Opposition to Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE KURT D. ENGELHARDT