UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *
*Lewis, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-4998;
*Black, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5225;
*Hills, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5227;
*Ellis, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5236;
*Barthelemy v. Crum and Forster Specialty Ins. Co. et al*, 09-5829 ;
*Ellis v. Crum and Forster Specialty Ins. Co., et al*, 09-7703; and
*Sorino v. Crum and Forster Specialty Ins. Co., et al*, 10-2400 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT