UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: William Smith | * | |
| Ronald Thompson | * | |
| Dong Tran | * | |
| Denese Williams | * | |

**************************************************************************

**MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc., who file this Motion for Leave to File Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets. The Defendants aver that this Reply is necessary to address the arguments asserted in Plaintiffs' Opposition [Rec. Doc. No. 23592] to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 [Rec. Doc. No. 23359].

**WHEREFORE**, the Defendants pray that this Honorable Court issue an Order granting it leave to file this Reply to Plaintiffs' Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets [Rec. Doc. No. 23592] which is attached herein.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
 THOMAS L. COUGILL
 Texas State Bar No. 04877300
 Louisiana State Bar No. 31112
 R. MARK WILLINGHAM
 Texas State Bar No. 21641500
 JEFFREY P. FULTZ
 Texas State Bar No. 00790728
 Mississippi Bar No. 101058
 Niels Esperson Building
 808 Travis Street, Suite 1608
 Houston, Texas  77002
 (713) 333-7600 – Telephone
 (713) 333-7601 – Facsimile

 **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By: s/*John J. Hainkel*
 JOHN J. HAINKEL, III – La. Bar No. 18246
 A.J. KROUSE – La. Bar No. 14426
 PETER R. TAFARO – La. Bar No. 28776
 3600 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone : (504) 599-8000
 Facsimile: (504) 599-8100

 **Attorneys for Bechtel National, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the____ day of _____, 2011.

    _s/Thomas L. Cougill_
    THOMAS L. COUGILL