UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: William Smith | * | |
| Ronald Thompson | * | |
| Dong Tran | * | |
| Denese Williams | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS
NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc., who file this Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets [Rec. Doc. No. 23592] filed on behalf of plaintiffs, William Smith, Ronald Thompson, Dong Tran and Denese Williams.

**I.**

**BACKGROUND**

Plaintiffs have filed an Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 relating to Plaintiff Fact Sheets [Rec. Doc. No. 23592]. In their opposition, Plaintiffs contend that they never received a proper Rule 37 deficiency letter from Defendants concerning the Plaintiff Fact Sheets for the plaintiffs at issue. Defendants would show that this contention is without merit. In fact, Defendants would show that Plaintiffs received two separate Rule 37 deficiency letters relating to each of the four plaintiffs at issue in this motion.

1

## II.

## **LAW/ARGUMENT**

**A. Plaintiffs did receive proper Rule 37 deficiency letters**

The original complaint in *Charlotte Bell v. Starcraft RV, Inc.* was filed on or about July 31, 2009. Although the Pre-Trial Orders entered by this Court established deadlines for the production of Plaintiff Fact Sheets following the filing of a complaint, almost two years elapsed following the filing of the original complaint in this case and Starcraft still had not received any Plaintiff Fact Sheets for the five plaintiffs at issue in this motion. Therefore, on April 13, 2011, Starcraft sent correspondence to plaintiffs' counsel advising that the above mentioned plaintiffs had failed to provide Plaintiff Fact Sheets. (*See* correspondence to Counsel for plaintiffs, April 13, 2011, attached as Exhibit "A"). This April 13, 2011 letter to Plaintiffs' Counsel advising that no Plaintiff Fact Sheets had ever been produced for these plaintiffs constitutes a proper Rule 37 deficiency letter. Subsequently, Plaintiff Counsel complied with Starcraft's request by producing unsigned, undated fact sheets for the plaintiffs. Starcraft reviewed the fact sheets and deemed them deficient. As a courtesy to the plaintiffs, Starcraft drafted a second Rule 37 letter outlining all the plaintiffs' deficiencies and forwarded the correspondence on June 6, 2011. (*See* email correspondence from Renee Rupert at Willingham, Fultz and Cougill, counsel for Starcraft to Watts Hilliard, counsel for plaintiffs, June 6, 2011, attached as Exhibit "B"). It is the second Rule 37 deficiency letter of June 6, 2011 which Plaintiffs contend they never received. However, Defendants would show that this deficiency letter was properly forwarded to both Plaintiffs' Liaison Counsel and Counsel for these specific plaintiffs. In spite of this, Defendants have received no requests for extensions, responses or production of Plaintiff Fact Sheet Amendments in regard to three of these four plaintiffs. The fact sheets at issue here remain deficient to this day,

and the plaintiffs have not come forward with information necessary to cure their fact sheets.

**B. Denese Williams**

Plaintiffs' Counsel has produced Fact Sheet Deficiency Answers for Denese Williams [Rec. Doc. No. 23592-2]. Plaintiffs' Counsel alleges that a signed certification page will be forthcoming.

After careful review of all information provided on behalf of the plaintiff by Starcraft, it is determined that notwithstanding the missing plaintiff certification, the plaintiff has sufficiently answered the minimal 23 of 122 questions in the plaintiff fact sheet. Therefore, Starcraft will file a Motion to Withdraw its motion for dismissal pertaining to plaintiff Denese Williams only.

### III.

### CONCLUSION

In view of the foregoing, plaintiff(s), William Smith, Ronald Thompson and Dong Tran have not provided satisfactory responses to Starcraft's requests to cure deficiencies in the Plaintiff Fact Sheets, nor have they responded to their attorneys' numerous requests to contact them with the necessary information. Such actions are impeding the Defendants' efforts to effectively resolve this matter.

The defendants have been exceedingly patient with this process; however, as they prepare for additional litigation, evaluate the possibility of settlement and analyze other issues concerning the progress of this lawsuit, the Defendants must be able to obtain verified and accurate information about those who make allegations against them.

The Plaintiff Fact Sheet serves as the best way to acquire such information as the Sheet acts as the initial round of discovery responses. Without this simulated discovery response, the Defendants are significantly prejudiced and there is good cause for the Court to discontinue any potential for further prejudice against the Defendants by dismissing the claims of William Smith,

Ronald Thompson and Dong Tran with prejudice.

Defendants, Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc., therefore, move for dismissal with prejudice of the claims of William Smith, Ronald Thompson and Dong Tran in accordance with Pre-Trial Orders #2 and #32 and Federal Rules of Civil Procedure Nos. 37(b)(2) VI and 41(b) for failure to comply with Pre-Trail Orders #2 and #32.  Additionally, the Defendants will file a Motion to Withdraw their Motion to Dismiss against plaintiff Denese Williams only.

        Respectfully submitted,
        **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile

        **Attorneys for Starcraft RV, Inc.**

    **FRILOT L.L.C.**

    By:   s/*John J. Hainkel*
        JOHN J. HAINKEL, III – La. Bar No. 18246
        A.J. KROUSE – La. Bar No. 14426
        PETER R. TAFARO – La. Bar No. 28776
        3600 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone : (504) 599-8000
        Facsimile: (504) 599-8100

    **Attorneys for Bechtel National, Inc.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the____ day of _____, 2011.

                                                           _s/*Thomas L. Cougill*_
                                                         THOMAS L. COUGILL