UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Dupree v. Crum and Forster Specialty Ins. Co., et al*, 09-4964; | * | |
| *Thompson, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-4966; | * | |
| *Filmore v. Crum and Forster Specialty Ins. Co., et al*, 09-6166; | * | |
| *Copelin, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-6688; | * | |
| *Brown v. Crum and Forster Specialty Ins. Co., et al*, 09-7744; | * | |
| *Roman v. Crum and Forster Specialty Ins. Co., et al*, 09-7773; and | * | |
| *Storvall, et al v. Crum and Forster Specialty Ins. Co., et al*, 10-3905 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINTS**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced cases. Pursuant to Louisiana's Direct Action Statute, LSA-R.S. 22:1269, Plaintiffs seek to add to each complaint a direct cause of action against Burlington Insurance Company ("Burlington") for the damages caused by their insured, Pilgrim International, Inc. Plaintiffs have contacted counsel for defendants and have been notified that defendants will file no opposition.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

```
                              BY:    s/Justin I. Woods
                                     GERALD E. MEUNIER, #9471
                                     JUSTIN I. WOODS, #24713
                                     Gainsburgh, Benjamin, David,
                                     Meunier & Warshauer, L.L.C.
                                     2800 Energy Centre
                                      1100 Poydras Street
                                     New Orleans, Louisiana  70163
                                     Telephone:    504/522-2304
                                     Facsimile:    504/528-9973
                                     jwoods@gainsben.com
```

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

```
                              s/Justin I. Woods
                              JUSTIN I. WOODS, #24713
```

2