UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS * | | |
| LIABILITY LITIGATION * | | SECTION "N" (5) |
| * | | |
| * | | JUDGE ENGELHARDT |
| * | | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:** *

*Dupree v. Crum and Forster Specialty Ins. Co., et al*, 09-4964;

*Thompson, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-4966;

*Filmore v. Crum and Forster Specialty Ins. Co., et al*, 09-6166;

*Copelin, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-6688;

*Brown v. Crum and Forster Specialty Ins. Co., et al*, 09-7744;

*Roman v. Crum and Forster Specialty Ins. Co., et al*, 09-7773; and

*Storvall, et al v. Crum and Forster Specialty Ins. Co., et al*, 10-3905

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT