UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Copelin, et al v. Crum and Forster Specialty Ins.* | * | |
| *Co., et al*, 09-6688 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED
PETITION FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original Petition for Damages to add a direct action cause of action against Burlington Insurance Company ("Burlington") as an insurer of Pilgrim International, Inc. ("Pilgrim").

Plaintiffs, through undersigned counsel, supplement and amend their original Petition for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By adding the following paragraph in section II.A to reflect the addition of Burlington as a defendant:

A(1).   Defendant Burlington Insurance Company (hereinafter, "Burlington"), is, upon

information and belief, an entity incorporated in the state of North Carolina, with its

principle place of business in the state of North Carolina. Further, defendant Burlington

provided insurance coverage for the risks involved herein of Pilgrim International, Inc.

(hereinafter, "Pilgrim"), which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana.

2.

By amending paragraph V to read:

Plaintiffs aver that Crum & Forster, Sentry, and Burlington had in full force and effect policies of liability insurance affording coverage to Pilgrim with respect to the matters, risks and things for which this defendant is liable herein, thereby affording plaintiffs the right to proceed against this defendant insurer under the provisions of the Louisiana Direct Action Statute, LSA-R.S. 22:655.

3.

By amending paragraph XXXVI to read:

Plaintiffs assert their claims against Crum & Forster, Sentry, Burlington, and Shaw under the laws of the State of Louisiana and under any other state and federal statutes which may be applicable.

4.

By amending the Prayer for Relief to read:

WHEREFORE, Plaintiffs pray that the Original Petition be amended to reflect the addition of Burlington as a defendant, and that Crum & Forster, Burlington, Sentry, and Shaw be served with a copy of this Amended Petition and the original Petition, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiffs and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and

attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court,

3. all other general, equitable, and further relief as the Court may deem just and proper.

          Respectfully submitted:

          **GAINSBURGH, BENJAMIN, DAVID,**
          **MEUNIER & WARSHAUER, L.L.C.**

          BY:   s/Justin I. Woods
                   GERALD E. MEUNIER, #9471
                   JUSTIN I. WOODS, #24713
                   Gainsburgh, Benjamin, David,
                   Meunier & Warshauer, L.L.C.
                   2800 Energy Centre

1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**PLEASE SERVE:**

Burlington Insurance Company
through:
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                    */s/Justin I. Woods*
                                    JUSTIN I. WOODS, #24713