UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Thomas Morgan v. Starcraft RV, Inc.* | * | |
| Docket No. 10-2260 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: James Harvey | * | |
| Lula Harvey | * | |
| Glenda Simpson | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS
NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel, come defendant, Starcraft RV, Inc. ("Starcraft"), who files this Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets [Rec. Doc. No. 23588] filed on behalf of plaintiffs, James Harvey, Lula Harvey and Glenda Simpson.

**I.**

**BACKGROUND**

Plaintiffs have filed an Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 relating to Plaintiff Fact Sheets [Rec. Doc. No. 23592]. In their opposition, Plaintiffs contend that they never received a proper Rule 37 deficiency letter from Defendants concerning the Plaintiff Fact Sheets for the plaintiffs at issue. Defendants would show that this contention is without merit. In fact, Defendants would show that Plaintiffs received two separate Rule 37 deficiency letters relating to each of the four plaintiffs at issue in this motion.

1

## II.

## LAW/ARGUMENT

**Plaintiffs did receive proper Rule 37 deficiency letters**

The original complaint in *Thomas Morgan v. Starcraft RV, Inc.* was filed on or about July 30, 2010. Although the Pre-Trial Orders entered by this Court established deadlines for the production of Plaintiff Fact Sheets following the filing of a complaint, almost one year lapsed following the filing of the original complaint in this case and Starcraft still had not received any Plaintiff Fact Sheets for the five plaintiffs at issue in this motion. Therefore, on April 13, 2011, Starcraft sent correspondence to plaintiffs' counsel advising that the above mentioned plaintiffs had failed to provide Plaintiff Fact Sheets. [Rec. Doc. No. 23321-3]. This April 13, 2011 letter to Plaintiffs' Counsel advising that no Plaintiff Fact Sheets had ever been produced for these plaintiffs constitutes a proper Rule 37 deficiency letter. Subsequently, Plaintiff Counsel complied with Starcraft's request by producing unsigned, undated fact sheets for the plaintiffs. Starcraft reviewed the fact sheets and deemed them deficient. As a courtesy to the plaintiffs, Starcraft drafted a second Rule 37 letter outlining all the plaintiffs' deficiencies and forwarded the correspondence on May 31, 2011. (*See* email correspondence from Renee Rupert at Willingham, Fultz and Cougill, counsel for Starcraft to Watts Hilliard, counsel for plaintiffs, May 31, 2011, attached as Exhibit "A"). It is the second Rule 37 deficiency letter of May 31, 2011 which Plaintiffs contend they never received. However, Defendants would show that this deficiency letter was properly forwarded to both Plaintiffs' Liaison Counsel and Counsel for these specific plaintiffs. In spite of this, Defendants have received no requests for extensions, responses or production of Plaintiff Fact Sheet Amendments in regards to the plaintiffs. The fact sheets at issue here remain deficient to this day, and the plaintiffs have not come forward with information

necessary to cure their fact sheets.

### III.

### CONCLUSION

In view of the foregoing, plaintiff(s), James Harvey, Lula Harvey and Glenda Simpson have not provided satisfactory responses to Starcraft's requests to cure deficiencies in the Plaintiff Fact Sheets, nor have they responded to their attorneys' numerous requests to contact them with the necessary information.  Such actions are impeding the Defendants' efforts to effectively resolve this matter.

The defendants have been exceedingly patient with this process; however, as they prepare for additional litigation, evaluate the possibility of settlement and analyze other issues concerning the progress of this lawsuit, the Defendants must be able to obtain verified and accurate information about those who make allegations against them.

The Plaintiff Fact Sheet serves as the best way to acquire such information as the Sheet acts as the initial round of discovery responses.  Without this simulated discovery response, the Defendants are significantly prejudiced and there is good cause for the Court to discontinue any potential for further prejudice against the Defendants by dismissing the claims of James Harvey, Lula Harvey and Glenda Simpson with prejudice.

Starcraft RV, Inc., therefore, moves for dismissal with prejudice of the claims of James Harvey, Lula Harvey and Glenda Simpson in accordance with Pre-Trial Orders #2 and #32 and Federal Rules of Civil Procedure Nos. 37(b)(2) VI and 41(b) for failure to comply with Pre-Trail Orders #2 and #32.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: _s/Thomas L. Cougill_
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the____ day of _____, 2011.

_s/Thomas L. Cougill_
THOMAS L. COUGILL