# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

May 11, 2011

<u>Via E-mail</u>
Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Frank J. D'Amico, Jr.
frank@damicolaw.net
Law Offices of Frank J. D'Amico, Jr.
4731 Canal Street
New Orleans, LA 70119

    Re:    In Re: FEMA Trailer Formaldehyde Products Liability Litigation
              USDC-EDLA, MDL No. 07-1873
              Our file: 1376-41971

Dear Counsel:

      Please allow this correspondence to serve as a deficiency notice that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32.

      The plaintiffs listed below have submitted an "Amendment to the Plaintiff Fact Sheet," only, and have not submitted a complete Plaintiff Fact Sheet.

*Cynthia Crawford, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 09-8629*:

1. Karen Esquivel
2. Bobby Barnett



EXHIBIT A

May 11, 2011
Page 2

5. Edison Hockaday, Jr.

Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

Very truly yours,

*Kelly M. Morton*

Kelly M. Morton

KMM/klm

cc: David Kurtz – dkurtz@bakerdonelson.com
Charles Leche – cleche@dkslaw.com
Henry Miller – henry.miller@usdoj.gov

GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.