## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Barnett, Bobby

**Claimant's Attorney:** Frank D'Amico, Jr.

**Manufacturer:** Recreation by Design

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**III. CASE INFORMATION (B)**

**V. FEMA Trailer or Mobile Home Unit**

**Manufacturer: Recreation by Design**

**VIN # 5CZ200P2661128314**

**FEMA ID # 921176037**

**Barcode # 1372659**

FEB 1 9 2010

_Frank D'amico cs_

**Plaintiff or Representative**          **Date**



EXHIBIT B