## Amendment to the Plaintiff Fact Sheet

Claimant Name: Esquivel, Karen

Claimant's Attorney: Frank J. D'Amico, Jr.

Manufacturer: Recreation By Design

Please note the following updates to the previously submitted Plaintiff Fact Sheet

### III. CASE INFORMATION (B)

### V. FEMA Trailer or Mobile Home Unit

**Manufacturer: Recreation By Design**

Vin # 5CZ200R2061120013

FEMA ID # 931119985

Barcode # 1327088

FEB 2 0 2010

_____
**Plaintiff or Representative**                    Date



EXHIBIT C