| | |
|---|---|
| **From:** | Kelly Moorman |
| **To:** | Kelly Morton |
| **Cc:** | Frank J. D"Amico; Tequilla Hargrove |
| **Subject:** | RE: In Re FEMA~Motion to Dismiss |
| **Date:** | Monday, November 28, 2011 3:40:49 PM |

Kelly,

We have no opposition to the dismissal of Barnett or Esquivel.  Thank you for your patience.

Sincerely,

Kelly B. Moorman
Sr. Litigation Paralegal
FRANK J. D'AMICO, JR., APLC
4731 Canal St.
New Orleans, LA  70119
Telephone (504) 525-7272

**From:** Kelly Morton [mailto:KMorton@GarrisonYount.com]
**Sent:** Monday, November 28, 2011 3:31 PM
**To:** Kelly Moorman
**Subject:** RE: In Re FEMA~Motion to Dismiss

Hi Kelly,

Regarding Bobby Barnett and Karen Esquivel, can the MTD be filed as unopposed?

Thanks,


**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte
& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com



EXHIBIT D

**LEGAL NOTICE**
This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation

of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).





**From:** Kelly Morton [mailto:KMorton@GarrisonYount.com]
**Sent:** Monday, November 21, 2011 2:26 PM
**To:** Gerald E. Meunier; 'Justin Woods'; Frank J. D'Amico; Reed G. Bowman; Kelly Moorman; 'CHELE TALLON'
**Cc:** 'ANDREW WEINSTOCK'; 'Carmen Motes'; Jill Marie Kenyon; 'cleche@dkslaw.com'; 'Miller, Henry (CIV)'; 'Kurtz, David'; Whitfield, Karen
**Subject:** In Re FEMA~Motion to Dismiss

Counsel,

Attached please find a copy of a Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 & 88 regarding a plaintiff/plaintiffs named in the *Cynthia Crawford, et al v. Recreation by Design, LLC,* complaint at Docket No. 09-8629. Due to the voluminous nature of the exhibits to this motion, same will only be provided upon request.

Please let me know by 5:00 p.m. on Wednesday, November 23, 2011, if you will oppose this motion.

Please let me know if you have any questions.

Thanks,

**Kelly M. Morton**
*Attorney*
Garrison, Yount, Forte

& Mulcahy, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, LA 70112
(504)527-0680 Main
(504)412-7131 Direct Dial
(504)527-0686 Facsimile
kmorton@garrisonyount.com
garrisonyount.com

**LEGAL NOTICE**

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).