UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
*Mary H. Smith, et al., v. Jayco Enterprises, Inc., et al.*
Civil Action No. 10-4055
*************************************************************************

## NOTICE OF VOLUNTARY DISMISSAL
## OF MARY H. SMITH

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Mary H. Smith, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal, without prejudice, of her claims asserted against the Defendants, Jayco Enterprises, Inc. and the United States of America through the Federal Emergency Management Agency in the Complaint previously filed in these proceedings. These claims are duplicative of claims asserted by Plaintiff in No. 09-7887. The dismissal of this Plaintiff's claims does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

/s/Douglas M. Schmidt
(DOUGLAS M. SCHMIDT LSBA# 11789)
Douglas M. Schmidt, APLC
335 City Park Avenue.
New Orleans, LA  70119
Phone:  (504) 482-5711
Fax:     (504) 482-5755

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/Douglas M. Schmidt*
Douglas M. Schmidt