UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Roland Ayo v. Jayco, Inc.* | * | |
| Docket No. 09-4721 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Kedra Bienemy, obo | * | |
| Davinque Bienemy | * | |
| Kedra Bienemy, obo Kevlin Bienemy | * | |
| Margaret Eustis | * | |

*******************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. No. 23339) filed by Jayco, Inc., CH2M Hill Constructors, Inc., and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Partial Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets is **GRANTED** as to plaintiffs Kedra Bienemy on behalf of Davinque Bienemy, Kedra Bienemy on behalf of Kevlin Bienemy, and Margaret Eustis only.

New Orleans, Louisiana, this   28th   day of   November  , 2011.

_____
UNITED STATES DISTRICT JUDGE