UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
| *Gwendolyn White v. R-Vision, Inc.* | * | |
| No. 09-4734 | * | |
| **Plaintiffs:** | * | |
| Heather Atlow obo Cody Doulette | * | |
| Heather Atlow | * | |
| Heather Atlow obo Katlyn Atlow | * | |
| Heath Atlow obo Kiara Atlow | * | |
| Irvin Vaultz | * | |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23502) is hereby **GRANTED**.

New Orleans, Louisiana this 28th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE