UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N |
| | * | |
| This document relates to: | * | |
|    *Gwendolyn White  v. R-Vision, Inc.* | * | |
|     No. 09-4734 | * | |
|    Plaintiffs: | * | |
|      Keishauna Stephen | * | |
|      Keishauna Stephen obo Kailen Stephen | * | |
|      Keishauna Stephen obo Kyla Stephen | * | |
|      Kuashika Stephen | * | |
|      Kuimar Stephen | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23504) is hereby **GRANTED**.

New Orleans, Louisiana this 28th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE