UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>  *Amber Jones v. R-Vision, Inc.*<br>  No. 09-7104<br>PLAINTIFFS:<br>  Gloria Bridges<br>  James Allen | * * * * * * * | JUDGE ENGELHARDT<br><br><br><br><br>MAGISTRATE CHASEZ |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23519) is hereby **GRANTED**.

New Orleans, Louisiana this  28th  day of    November  , 2011.

_____
UNITED STATES DISTRICT JUDGE