UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Stephen v. R-Vision, Inc.* | * | |
|  No. 09-7917 | * | |
|  PLAINTIFFS: | * | |
|  Marica Stephen | * | |
|  Shauron Willis obo J'Shaun Piernas | * | MAGISTRATE CHASEZ |
| * * * * * * * * * * * * * * * * * * * * * * | * | |
| | * | |

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23521) is hereby **GRANTED**.

New Orleans, Louisiana this  28th  day of   November  , 2011.

_____
UNITED STATES DISTRICT JUDGE