UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION:  N, 5** |
| | * | |
| **This document relates to:** | * | **JUDGE ENGELHARDT** |
| *Marla Raffield v. R-Vision, Inc.* | * | |
|  No. 2010-1261 | * | |
|  **Plaintiffs:** | * | |
|   Devin Frank | * | |
|   Hazel Frank | * | |
|   Mary Smythe | * | |
|   Rashad Frank | * | |
|   Shawn White | * | |
|   Stacey Frank | * | |
|   Tyrone Frank | * | |
|   Yvonne Frank | * | |
| | * | **MAGISTRATE CHASEZ** |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**LIBERTY MUTUAL'S REPLY IN SUPPORT OF MOTION
TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDER NOS. 2 AND 32 (REC. DOC. 23522)**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), with this Reply in support of Liberty Mutual's Motion

#1074862

to Dismiss (Rec. Doc. 23522) and in response to Plaintiff's Opposition (Rec. Doc. 23590). Liberty Mutual is entitled to an Order dismissing the claims of the following plaintiffs:

1. Devin Frank
2. Hazel Frank
3. Mary Smythe
4. Rashad Frank
5. Shawn White
6. Stacey Frank
7. Tyrone Frank
8. Yvonne Frank

(collectively, the "*Raffield* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

## LAW AND ARGUMENT

Counsel for Plaintiffs has filed an Opposition detailing her attempts to obtain completed PFS information from each of the *Raffield* Plaintiffs. However, despite the diligent efforts of plaintiffs' counsel, the *Raffield* Plaintiffs still have not provided completed, signed PFS in a timely manner as required by the Court's pretrial orders. Accordingly, the *Raffield* Plaintiffs' claims are due to be dismissed with prejudice.

1. Devin Frank, Hazel Frank, Rashad Frank, Stacey Frank, Tyrone Frank and Yvonne Frank.

In opposition to Liberty Mutual's Motion, Plaintiffs have provided affidavits of Nicole Porter, an employee of Watts Hilliard, stating that they have been unable to reach plaintiffs Devin Frank, Hazel Frank, Rashad Frank, Stacey Frank, Tyrone Frank or Yvonne Frank. (See Rec. Doc. 23590, Ex. A, B, E, G, H, I.) Ms. Porter's affidavit evidences a long history of these plaintiffs' failure to comply with the Court's pretrial orders. For example, the affidavit reflect that Plaintiff's counsel sent two "No Plaintiff Fact Sheet" letters to each of these plaintiffs on 7/30/2009 and 2/10/2010. (See id., ¶6.)

#1074862

Moreover, there has not been substantial compliance with the Court's pretrial orders. As pointed out in Liberty Mutual's original Motion, each of these plaintiffs' fact sheets are incomplete, unsigned and do not contain any information matching the plaintiffs to R-Vision. Instead, the PFSs identify "Cavalier" as the manufacturer and each provides VIN number that is not one of R-Vision's. In addition, as explained in Liberty Mutual's original Motion, the responses to several other items on the PFSs simply consist of boilerplate responses asserting a lack of knowledge as to the specific informational requests. The foregoing facts are clear evidence of delay or contumacious conduct, and these deficiencies have not been corrected. Dismissal with prejudice is appropriate sanction to serve the interests of justice.

2. <u>Mary Smythe.</u>

Plaintiff Mary Smythe opposes dismissal of her claims against Liberty Mutual on grounds that she previously submitted a PFS to the manufacturer defense counsel liaison on December 18, 2009, before Liberty Mutual was named as a defendant in the *Raffield* action. Liberty Mutual did not receive a copy of Mary Smythe's PFS in response to its May 20, 2011 deficiency letter. Further, the PFS filed with the *Raffield* Plaintiffs' Opposition brief as amended is deficient in the following key datafields:

|   | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☒ | Checklist | III.C. |
| ☒ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |

#1074862

| ☒ | Only if you are making a wage claim | IV.F.3 |
|---|---|---|
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☐ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |
| ☒ | Number of hours spent in the trailer each day | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☒ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1&4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☒ | Produce Records | VIII (A-D) |
| ☐ | Plaintiffs Fact Sheet Signed and Dated | |

(See Rec. Doc. 23590, Ex. C and D.)  Plaintiff Mary Smythe has not cured the foregoing deficiencies, and dismissal is appropriate.

    3. <u>Shawn White.</u>

Plaintiff's Opposition attaches updated Plaintiff Fact Sheet Deficiency Answers for Shawn White dated November 19, 2011, which like his original PFS is unsigned. (See Rec. Doc. 23590, Ex. F.)  These deficiency answers are untimely. Under PTO No. 32, Section G, each plaintiff named in the *Raffield* matter was required to provide "a completed and verified PFS form" within 30 days of filing the individual claim. Shawn White's deficiency answers however were filed 1 ½ years after the *Raffield* claims were filed.

The deficiency answers submitted on behalf of Shawn White also fail to correct the deficiencies raised in Liberty Mutual's Motion. In response to Item No. III.F.3, requesting information about his wage claim, Shawn White simply responds:

#1074862

> **Answer**
> I am making a claim for lost wages.

(See Rec. Doc. 23590, Ex. F.)  This response is incomplete.

Shawn White's answers also fail to correct deficiencies in Items V.A.1 (Manufacturer information), V.A.2 (VIN number) or V.A.4 (bar code).  The deficiency answers identify R-Vision as the manufacturer and an R-Vision VIN but no bar code number. (See Rec. Doc. 23590, Ex. F.)   Shawn White's original PFS identified "Gulf Stream Coach" as the manufacturer and provides a VIN number that is not one of R-Vision's.  (See Rec. Doc. 23522-10, Exhibit I.)  The deficiency corrections fail to provide any explanation for this discrepancy and Plaintiff's counsel has been unable to obtain a certification for these new, contradictory responses from Shawn White despite several requests.  Accordingly, Shawn White has failed to comply with the Court's pretrial orders regarding PFSs and his claims should be dismissed.

## CONCLUSION

For the reasons set forth above and in Liberty Mutual's Motion to Dismiss, the *Raffield* Plaintiffs named herein have not submitted a completed, signed PFS as directed by PTO Nos. 2 and 32. Therefore, Liberty Mutual's Motion to Dismiss should be granted, dismissing the claims of the aforementioned plaintiffs, with prejudice.

Respectfully submitted,

   **/s/ Kristopher M. Redmann**
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

#1074862

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                             s/Kristopher M. Redmann

                                       Kristopher M. Redmann, La. Bar No. 18397

#1074862