UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>  *Elica Allen v. R-Vision, Inc.*<br>   No. 10-2201<br>   Plaintiff:<br>    Billy Wilkinson | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873<br><br>SECTION: N |

O R D E R

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23523) is hereby **GRANTED**.

New Orleans, Louisiana this 28th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE