UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Charlotte Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-6931 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Tony Nations | * | |
| Hue Nguyen | * | |
| Ronald Ramsey | * | |
| Amanda Sawin | * | |
| Jessica Shaw | * | |

***********************************************************************

## ORDER

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** by the Court that Defendants, Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc., are **GRANTED** leave to filed their Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

New Orleans, Louisiana, this ___28th___ day of ___November___, 2011.

_____
UNITED STATES DISTRICT JUDGE