UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Taylor v. Keystone Coach, Inc. et al, 09-5976* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Gulf Stream's Opposition to Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone:

IT IS ORDERED that Plaintiff is hereby granted leave to file a Memorandum in Reply to Gulf Stream's Opposition to Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone.

New Orleans, Louisiana, this 28th day of November, 2011.

_____
JUDGE KURT D. ENGELHARDT