UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|        FORMALDEHYDE PRODUCTS | * | |
|        LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Thomas Morgan v. Starcraft RV, Inc.* | * | |
| Docket No. 10-2260 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: James Harvey | * | |
|        Lula Harvey | * | |
|        Glenda Simpson | * | |

**************************************************************************

## ORDER

CONSIDERING THE FOREGOING,

IT IS ORDERED by the Court that Defendant, Starcraft RV, Inc. ("Starcraft"), is **GRANTED** leave to filed their Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders #2 and #32 Relating to Plaintiffs' Fact Sheets.

New Orleans, Louisiana, this ___28th___ day of ___November___, 2011.

_____
UNITED STATES DISTRICT JUDGE