**Roslyn West**

| | |
|---|---|
| **From:** | Renee Rubert |
| **Sent:** | Monday, June 06, 2011 12:14 PM |
| **To:** | 'mcwatts@wgclawfirm.com'; 'ahoffstadt@wgclawfirm.com' |
| **Cc:** | 'ANDREW WEINSTOCK'; 'Henry Miller'; 'gmeunier@gainsben.com'; 'kwilliams@trailerclaims.net' |
| **Subject:** | FEMA: Formaldehyde Litigation - Deficiency Letters on behalf of Starcraft RV, Inc. |
| **Attachments:** | 060611 Deficiency Letter Watts-Hilliard - Starcraft.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Good afternoon:

Attached please find a deficiency letter on behalf of Starcraft RV, Inc. from Tom Cougill.

Thank you,
Renee


Renee K. Rubert
Legal Assistant to Thomas L. Cougill

**WILLINGHAM,
FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Direct Line: 713.333.7623
Facsimile: 713.333.7601
Email: reneer@willingham-law.com
Website: www.willingham-law.com

***********************************************************
Privileged Attorney-Client Communication and/or Attorney Work Product:

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

