# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>   *Jones v. R-Vision, Inc.*<br>   No. 09-7104 | * * * * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23519);

**IT IS HEREBY ORDERED** that the Unopposed Partial Motion to Withdraw Liberty Mutual's Motion to Dismiss for Failure to Comply With Pre-trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets is granted as to plaintiffs Nelson Bartholomew, Takenya Collins and Takenya Collins obo Kelsey Collins only.

New Orleans, Louisiana, this  28th  day of    November   , 2011.

_____
UNITED STATES DISTRICT JUDGE

#1076180