UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos.  09-4713, 09-7070, | * | JUDGE ENGELHARDT |
| 09-7889, 10-2190 | * | |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * *

### FOREST RIVER'S MOTION SEEKING LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO FOREST RIVER INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT** comes Defendant, Forest River, Inc., who respectfully moves this Court for leave to file a Reply to Plaintiffs' Opposition to Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets.

Plaintiffs counsel filed its Opposition to Forest River's Motion to Dismiss on November 22, 2010, two days before Thanksgiving, but did not send Forest River a courtesy copy.  Forest River  received Plaintiffs' Opposition from Defense Liaison Counsel on Saturday, November 26, 2010, over the holiday weekend when Forest River's counsels'  offices were closed.  Thus, Forest River saw Plaintiffs' Opposition for the first time on Monday, November 28, 2011. Accordingly, Forest River is submitting its Motion for Leave to file its Reply and the Reply brief as soon as it could.

Wherefore, Forest River prays that this Honorable Court issue an Order granting it leave to file a Reply to Plaintiffs' Opposition to Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**


BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on November 29, 2011 via electronic filing.

/s/ Ernest P. Gieger