| Anne E. Briard | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | |
|---|---|---|
| Tel.: (504) 568-1990 | A LAW CORPORATION | |
| Fax: (504) 310-9195 | SUITE 2775 PAN AMERICAN LIFE CENTER | e-mail: |
| | 601 POYDRAS STREET | abriard@lawla.com |
| | NEW ORLEANS, LOUISIANA 70130 | |

June 17, 2011

BY FACSIMILE: 504-525-1279
Lawrence J Centola, Jr
Hurricane Legal Center
600 Carondelet Street Suite 602
New Orleans, La. 70130

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Centola:

Our records reflect that the Plaintiff Fact Sheet for plaintiff *Lucy Walton*, in *Lawson v. Liberty Mutual Ins. Corp.*, No. 09-5317, is deficient in the following key data fields:

|  | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☒ | Manufacturer   not R-Vision | V.A.1. |
| ☒ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☒ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☐ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |
| ☒ | Number of hours spent in the trailer each day | V.13. |

Deficiency Letter -Lucy walton

EXHIBIT A

|   | Names of all trailer residents (residing) | V.E. |
|---|---|---|
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☐ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☐ | Prior Medical History | VI(F)(1&4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |
| ☐ | Plaintiffs Fact Sheet Signed and Dated |   |

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days. Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

Anne E. Briard

AEB/rw
Cc: All liaison counsel
Government counsel

Deficiency Letter -Lucy walton

**EXHIBIT A**