**Anne Briard**

| | |
|---|---|
| **From:** | Anne Briard |
| **Sent:** | Thursday, November 10, 2011 10:53 AM |
| **To:** | 'lcentola@hurricanelegal.com'; 'dvega@hurricanelegal.com' |
| **Cc:** | Kristopher Redmann; Lam Nguyen; Tina Hebert |
| **Subject:** | FEMA Trailers Litigation |
| **Attachments:** | Ltr Centola and Vega end draft Motions to Dismiss.pdf |

Mr. Centola and Mr. Vega: Please see attached correspondence. Thanks, Anne

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

Anne E. Briard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Phone: (504) 568-1990
Fax: (504) 310-9195

EXHIBIT C

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
kredmann@lawla.com

November 10, 2011

**VIA EMAIL ONLY**
Lawrence J. Centola, Jr.
Dennis Vega
Hurricane Legal Center, LLC
600 Carondelet Street, Ste. 602
New Orleans, LA 70163

Re:   *In re FEMA Trailers Formaldehyde Litigation*
      United States District Court for the Eastern District of Louisiana
      MDL No. 1873, Section N, Mag. 5
      Our File No. 14257-09574

Dear Messrs. Centola and Vega:

Attached are draft Unopposed Motions to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets in the following actions:

1. *Daniel Lawson v. Liberty Mutual, et al.*, No. 09-5317
2. *John Bailey v. Liberty Mutual, et al.*, No. 09-5736

Please let me know by close of business on Monday November 14 if you oppose these motions. If I do not hear from you we will file the motions as opposed.

Sincerely,

Anne E. Briard

AEB/lr
Enclosures

1065572_1

**EXHIBIT C**