**Anne Briard**

**From:** Denis Vega [dvega@hurricanelegal.com]
**Sent:** Thursday, November 10, 2011 11:50 AM
**To:** Anne Briard
**Subject:** Re: FW: FEMA Trailers Litigation

Ms. Briard,

Re: Iona Franklin and Frank Franklin, Sr. We authorize the dismissal of the two named Plaintiffs from the action numbered (09-5749). We preserve all rights under the action numbered (09-3984).

Re: Lucy Walton, William Jones, Jr. and Rita Jones, we are examining these file and I will have a response in the near future. At this point we are not in a position to consent.
Denis E. Vega

On Wed, Nov 9, 2011 at 11:57 AM, Anne Briard <abriard@lawla.com> wrote:

Mr. Centola and Mr. Vega- I am following up on my November 3 email below. Please let me know if you will agree to filing the attached motion as unopposed. If I do not hear from you by close of business on Friday 11/11/2011, we will file it as opposed.

Thanks, Anne

**From:** Anne Briard
**Sent:** Thursday, November 03, 2011 5:08 PM
**To:** 'lcentola@hurricanelegal.com'
**Cc:** Kristopher Redmann; Lam Nguyen; Tina Hebert
**Subject:** FEMA Trailers Litigation

Mr. Centola- Attached is a Motion to Dismiss one plaintiff who appears to be a duplicate. Please let me know if you have any opposition to the motion to dismiss.

Thanks, Anne

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

Anne E. Briard

**EXHIBIT D**

601 Poydras Street, Suite 2775

New Orleans, LA 70130

Phone: (504) 568-1990

Fax: (504) 310-9195

---

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

EXHIBIT D