# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION:  N** |
| | * | |
| This document relates to: | * | |
|     *Lisa Davis v. Liberty Mutual Ins. Corp.* | * | |
|       No. 09-8464 | * | |
|       Plaintiff: Damian Lebeaud | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
## 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of plaintiff Damian Lebeaud, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.  The reasons for the Motion are more fully set forth in the attached Memorandum in Support.  Further, the undersigned has contacted opposing counsel to request consent to file a Motion to Dismiss but has not received a response for this plaintiff.  Therefore, this Motion is being filed as <u>opposed.</u>

#1072015

Respectfully submitted,

    **s/ Kristopher M. Redmann**
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &
   HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

    s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

#1072015