**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Kristopher M. Redmann
Tel.: (504) 568-1990
Fax: (504) 310-9195

e-mail:
kredmann@lawla.com

May 20, 2011

**BY FACSIMILE: 525-9522**
Mr. Frank J. D'Amico, Jr., Esq.
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans LA 70113

> Re: **In Re: FEMA Trailer Formaldehyde Products Liability Litigation**
> **United States District Court, Eastern District of Louisiana**
> **MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez**
> **Our File No. 14257-09563**

Dear Mr. D'Amico:

Our records reflect that several claimants in the case captioned *Lisa Davis et al. v. Liberty Mutual Insurance Corporation, et al.*, No. 09-8464, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Amy Williams
2. Ava Julien
3. Ayden Walker
4. Brent A. Hunter
5. Brent A. Hunter, obo Jordan Hunter
6. Brent A. Hunter, obo Taylor Hunter
7. Camda Ann Eames
8. Camda Ann Eames, obo Ava Julien
9. Christopher Terrence Julien
10. Damian Lebeaud
11. Earline Foy
12. Earline Foy obo Nakiya Coleman
13. Fabian Chapuis
14. Brent A. Hunter
15. Halana Walter
16. Hannah Walter
17. Hunter Walter
18. Jabriel Jones
19. Jane Coleman
20. Joan Jones
21. Joan Jones obo Jabriel Jones
22. Joann Jones

958852_1

**EXHIBIT A**

23. Jordan Hunter
24. Joseph Jones
25. Juanita Gibson
26. Karen Ross
27. Leroy Hagan
28. Lezel Atkins obo Halana Walter
29. Lezel Atkins obo Hannan Walter
30. Lezel Atkins obo Hunter Walter
31. Lisa Davis
32. Nakiya Coleman
33. Pamela Hunter
34. Raymond Stewart Jr.
35. Raymond Stewart
36. Steve Coleman obo Juanita Gibson
37. Taylor Hunter
38. Terel Jones
39. Tranisha Walker
40. Tranisha Walker obo Ayden Walker

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

Kristopher M. Redmann/AEB

Kristopher M. Redmann

KMR/aeb

EXHIBIT A