## Lam Nguyen

| | |
|---|---|
| **From:** | Anne Briard |
| **Sent:** | Thursday, November 10, 2011 9:09 AM |
| **To:** | 'thargrove@damicolaw.net'; 'rbowman@damicolaw.net' |
| **Cc:** | Kristopher Redmann |
| **Subject:** | FW: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011 |
| **Attachments:** | Stewart, Raymond Jr.pdf; Coleman, Jane.pdf; Coleman, Nakiya.pdf; Davis, Lisa.pdf; Foy, Earline.pdf; Gibson, Juanita.pdf; Ross, Karen.pdf; R-Vision Deficiencies 6.2.2011 (REDMANN).pdf; Motion to Dismiss- Lisa Davis.DOC |
| **Importance:** | High |

Ms. Hargrove and Ms. Bowman - Thank you for forwarding signed PFSs for plaintiffs Jane Coleman, Juanita Gibson, Nakiya Coleman and Raymond Stewart. At this time, we do not plan to file a motion to dismiss for these plaintiffs.

We have not received a signed PFS for the remaining plaintiffs. Let me know if you will consent to filing the attached Motion to Dismiss as unopposed. Unless we hear from you by Monday, November 14, we will proceed with filing it as <u>opposed.</u>

Thanks, Anne

---

**From:** Tequilla Hargrove [mailto:thargrove@damicolaw.net]
**Sent:** Thursday, August 25, 2011 10:25 AM
**To:** Kristopher Redmann
**Cc:** Reed G. Bowman; Kelly Moorman; Frank J. D'Amico; 'dmartin@gainsben.com'; 'yjohnson@bencomolaw.com'; 'Chele'; 'Douglas Schmidt'
**Subject:** FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

Dear Mr. Redmann,

     In response to your letter dated August 24, 2011, please see attached Plaintiff Fact Sheets, letter addressed to you, USPS receipt dated June 2, 2011 and return receipt dated June 3, 2011. Please be advised that some of the clients listed do not belong to our firm.

     The attorneys who represent the remaining clients listed are Raul Bencomo and Douglas Schmidt. Their offices are copied on this email. We ask that they respond directly to you. Your letter dated May 20, 2011 has been forwarded to those attorneys.

     Please advise if the Motion to Dismiss will be pursued. If we can assist you in any way, please do not hesitate to contact Reed G. Bowman at (504) 525-7272 ext. 233 or email: rbowman@damicolaw.net.

Thank you,
*Tequilla L. Hargrove*
*Law Office of Frank J. D'Amico, Jr., APLC*
*Reich & Binstock, LLP*
*4731 Canal Street*
*New Orleans, LA 70119*
*Phone: (504) 525-7272 Ext. 240*
*Fax: (504) 525-9522*
*Email: thargrove@damicolaw.net*

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law.

1

**EXHIBIT B**

The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or by electronic mail and delete the original message from your e-mail system. Thank you.

EXHIBIT B