**Lam Nguyen**

| | |
|---|---|
| **From:** | CHELE TALLON [cheletallon@gmail.com] |
| **Sent:** | Monday, November 14, 2011 9:33 AM |
| **To:** | Anne Briard |
| **Cc:** | Kelly Moorman; Frank J. D'Amico; Tequilla Hargrove; Douglas Schmidt; Raul Bencomo; Yolanda Johnson; Patricia Riegler; Deborah Ramil; Kristopher Redmann |
| **Subject:** | Re: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011 |

Anne,

I apologise. I wasn't quite awake. On the list below I have high-lighted clients that are NOT SCHMIDT. It appears that Brent Hunter and Jordan Hunter may be duplicates. Except for BRENT HUNTER and PAMELA HUNTER, we will not oppose the the rest of Schmidt plaintiffs only. I hope that clarifies it enough. If not please do not hesitate to let me know. Thank you for your patience in this matter.

Chele

1. Amy Williams
2. Ava Julien
3. Brent A. Hunter PFS SENT
4. Brent A. Hunter, obo Jordan Hunter
5. Brent A. Hunter, obo Taylor Hunter
6. Camda Ann Eames
7. Camda Ann Eames, obo Ava Julien
8. Christopher Terrence Julien
9. Damian Lebeaud NOT SCHMIDT
10. Fabian Chapuis
11. Brent A. Hunter DUPLICATE?
12. Jane Coleman NOT SCHMIDT
13. Joan Jones NOT SCHMIDT
14. Joan Jones obo Jabriel Jones NOT SCHMIDT
15. Joann Jones NOT SCHMIDT
16. Jordan Hunter DUPLICATE?
17. Joseph Jones NOT SCHMIDT
18. Leroy Hagan
19. Lezel Atkins obo Halana Walter NOT SCHMIDT
20. Lezel Atkins obo Hannan Walter NOT SCHMIDT
21. Lezel Atkins obo Hunter Walter NOT SCHMIDT
22. Lisa Davis NOT SCHMIDT
23. Pamela Hunter PFS SENT
24. Terel Jones NOT SCHMIDT
25. Tranisha Walker
26. Tranisha Walker obo Ayden Walker

On Mon, Nov 14, 2011 at 8:59 AM, Anne Briard <abriard@lawla.com> wrote:

EXHIBIT D

Privileged/atty-client

Ms. Tallon – Thanks. I will remove these plaintiffs from the draft motion. Just to clarify, are you consenting for all the remaining plaintiffs on the *Lisa Davis* motion? From the pleadings I can't tell which plaintiff belongs to which attorney(s).

Thanks, Anne

**From:** CHELE TALLON [mailto:cheletallon@gmail.com]
**Sent:** Monday, November 14, 2011 8:16 AM
**To:** Kelly Moorman; Anne Briard
**Cc:** Frank J. D'Amico; Tequilla Hargrove; Douglas Schmidt; Raul Bencomo; Yolanda Johnson; Patricia Riegler; Deborah Ramil
**Subject:** Re: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011

Ms. Briard,

Please find attached the PFS for Brent Hunter and Pamela Hunter. We will not oppose your Motion to Dismiss for the rest.

Thank you.

Chele

On Fri, Nov 11, 2011 at 2:04 AM, CHELE TALLON <cheletallon@gmail.com> wrote:

Thank you, Kelly. I will look into this today and respond regarding Schmidt clients.

On Thu, Nov 10, 2011 at 4:10 PM, Kelly Moorman <kmoorman@damicolaw.net> wrote:

Dear Anne,

2

**EXHIBIT D**

Pursuant to our conversation and the Motion provided to our office, please let this confirm that Mr. D'Amico has no objection regarding Lisa Davis. Additionally, we ask that you remove Jane Coleman from the Motion as our review shows that she was erroneously filed on the *Davis* suit. We respectfully ask for additional time in which to amend her onto a Forest River suit. We will file a Notice of Voluntary Dismissal after the Judge has granted same.

Regarding the remaining claimants on your attached motion, although they were filed by this office, the other claimants are represented by either Douglas Schmidt or Raul Bencomo. By copy of this email to their offices, we ask that they respond to you regarding these issues. Please contact our office if there are any questions. Thank you.

Sincerely,

Kelly B. Moorman

Sr. Litigation Paralegal

FRANK J. D'AMICO, JR., APLC

4731 Canal St.

New Orleans, LA  70119

Telephone (504) 525-7272

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and delete any copies from your system.

---

**From:** Anne Briard [mailto:abriard@lawla.com]
**Sent:** Thursday, November 10, 2011 9:09 AM
**To:** Tequilla Hargrove; Reed G. Bowman
**Cc:** Kristopher Redmann
**Subject:** FW: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

EXHIBIT D

Ms. Hargrove and Ms. Bowman - Thank you for forwarding signed PFSs for plaintiffs Jane Coleman, Juanita Gibson, Nakiya Coleman and Raymond Stewart. At this time, we do not plan to file a motion to dismiss for these plaintiffs.

We have not received a signed PFS for the remaining plaintiffs. Let me know if you will consent to filing the attached Motion to Dismiss as unopposed. Unless we hear from you by Monday, November 14, we will proceed with filing it as opposed.

Thanks, Anne

---

**From:** Tequilla Hargrove [mailto:thargrove@damicolaw.net]
**Sent:** Thursday, August 25, 2011 10:25 AM
**To:** Kristopher Redmann
**Cc:** Reed G. Bowman; Kelly Moorman; Frank J. D'Amico; 'dmartin@gainsben.com'; 'yjohnson@bencomolaw.com'; 'Chele'; 'Douglas Schmidt'
**Subject:** FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

Dear Mr. Redmann,

  In response to your letter dated August 24, 2011, please see attached Plaintiff Fact Sheets, letter addressed to you, USPS receipt dated June 2, 2011 and return receipt dated June 3, 2011. Please be advised that some of the clients listed do not belong to our firm.

  The attorneys who represent the remaining clients listed are Raul Bencomo and Douglas Schmidt. Their offices are copied on this email. We ask that they respond directly to you. Your letter dated May 20, 2011 has been forwarded to those attorneys.

  Please advise if the Motion to Dismiss will be pursued. If we can assist you in any way, please do not hesitate to contact Reed G. Bowman at (504) 525-7272 ext. 233 or email: rbowman@damicolaw.net.

Thank you,

*Tequilla L. Hargrove*

*Law Office of Frank J. D'Amico, Jr., APLC*

*Reich & Binstock, LLP*

*4731 Canal Street*

**EXHIBIT D**

New Orleans, LA 70119

Phone: (504) 525-7272 Ext. 240

Fax: (504) 525-9522

Email: thargrove@damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed.  The message may contain information that is privileged, confidential and exempt from disclosure under applicable law.  The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4).  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or by electronic mail and delete the original message from your e-mail system.  Thank you.

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

--

**CHELE TALLON**
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

**EXHIBIT D**

--

***CHELE TALLON***
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755
TOLL FREE  800-375-1193

\*\*\* *CONFIDENTIAL COMMUNICATION* \*\*\* *The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.*

\*\*\* *IRS CIRCULAR 230 NOTICE* \*\*\* *Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.*

---

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

--

***CHELE TALLON***
PROGRAM DIRECTOR

DOUGLAS M. SCHMIDT, APLC
335 CITY PARK AVE.
NEW ORLEANS, LA. 70119
TEL. 504-482-5711
FAX 504-482-5755

EXHIBIT D

TOLL FREE  800-375-1193

*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.

EXHIBIT D