## Lam Nguyen

| | |
|---|---|
| **From:** | Patricia Riegler [priegler@bencomolaw.com] |
| **Sent:** | Monday, November 14, 2011 12:32 PM |
| **To:** | Anne Briard |
| **Cc:** | Frank J. D'Amico; Tequilla Hargrove; Douglas Schmidt; 'CHELE TALLON'; Raul Bencomo; Yolanda Johnson; Deborah Ramil; Kelly Moorman |
| **Subject:** | RE: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011 |
| **Attachments:** | Jones, Terel.pdf; Jones, Jabriel.pdf; Jones, Jabriel 2.pdf; Jones, Joann.pdf; Jones, Joseph, Sr..pdf |

Dear Ms. Briard:

Pursuant to the Motion to Dismiss filed by your office, please let this confirm that Mr. Bencomo has no objection to dismissing the following plaintiffs, without prejudice, from the *Davis* suit:

Lezel Atkins obo Halana Walter;
Lezel Atkins obo Hanna Walter ; and,
Lezel Atkins obo Hunter Walter .

In regards to Joan Jones, we do not have a client by that name; however, we do have a Joann Jones, individually and obo Jabriel Jones. I have attached the PFS for Joann Jones, Jabriel Jones, Joseph Jones and Terel Jones, which were previously submitted to the defense on May 6, 2009.

Thank you.

---

**From:** Kelly Moorman [mailto:kmoorman@damicolaw.net]
**Sent:** Thursday, November 10, 2011 4:10 PM
**To:** 'Anne Briard'
**Cc:** Frank J. D'Amico; Tequilla Hargrove; Douglas Schmidt; 'CHELE TALLON'; Raul Bencomo; Yolanda Johnson; Patricia Riegler; Deborah Ramil
**Subject:** FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

Dear Anne,

Pursuant to our conversation and the Motion provided to our office, please let this confirm that Mr. D'Amico has no objection regarding Lisa Davis. Additionally, we ask that you remove Jane Coleman from the Motion as our review shows that she was erroneously filed on the *Davis* suit. We respectfully ask for additional time in which to amend her onto a Forest River suit. We will file a Notice of Voluntary Dismissal after the Judge has granted same.

Regarding the remaining claimants on your attached motion, although they were filed by this office, the other claimants are represented by either Douglas Schmidt or Raul Bencomo. By copy of this email to their offices, we ask that they respond to you regarding these issues. Please contact our office if there are any questions. Thank you.

Sincerely,

1

EXHIBIT E

Kelly B. Moorman
Sr. Litigation Paralegal
FRANK J. D'AMICO, JR., APLC
4731 Canal St.
New Orleans, LA 70119
Telephone (504) 525-7272

The information contained in this e-mail is privileged and confidential information intended only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender and delete any copies from your system.

---

**From:** Anne Briard [mailto:abriard@lawla.com]
**Sent:** Thursday, November 10, 2011 9:09 AM
**To:** Tequilla Hargrove; Reed G. Bowman
**Cc:** Kristopher Redmann
**Subject:** FW: FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

Ms. Hargrove and Ms. Bowman - Thank you for forwarding signed PFSs for plaintiffs Jane Coleman, Juanita Gibson, Nakiya Coleman and Raymond Stewart. At this time, we do not plan to file a motion to dismiss for these plaintiffs.

We have not received a signed PFS for the remaining plaintiffs. Let me know if you will consent to filing the attached Motion to Dismiss as unopposed. Unless we hear from you by Monday, November 14, we will proceed with filing it as opposed.

Thanks, Anne

---

**From:** Tequilla Hargrove [mailto:thargrove@damicolaw.net]
**Sent:** Thursday, August 25, 2011 10:25 AM
**To:** Kristopher Redmann
**Cc:** Reed G. Bowman; Kelly Moorman; Frank J. D'Amico; 'dmartin@gainsben.com'; 'yjohnson@bencomolaw.com'; 'Chele'; 'Douglas Schmidt'
**Subject:** FEMA Formaldehyde Products Liability Litigation - Lisa Davis, et al v. Liberty Mutual, Ins., Co., et al (09-8464) Unopposed Motion To Dismiss Dated 8/24/2011
**Importance:** High

Dear Mr. Redmann,

In response to your letter dated August 24, 2011, please see attached Plaintiff Fact Sheets, letter addressed to you, USPS receipt dated June 2, 2011 and return receipt dated June 3, 2011. Please be advised that some of the clients listed do not belong to our firm.

The attorneys who represent the remaining clients listed are Raul Bencomo and Douglas Schmidt. Their offices are copied on this email. We ask that they respond directly to you. Your letter dated May 20, 2011 has been forwarded to those attorneys.

Please advise if the Motion to Dismiss will be pursued. If we can assist you in any way, please do not hesitate to contact Reed G. Bowman at (504) 525-7272 ext. 233 or email: rbowman@damicolaw.net.

Thank you,
Tequilla L. Hargrove
Law Office of Frank J. D'Amico, Jr., APLC

**EXHIBIT E**

Reich & Binstock, LLP
4731 Canal Street
New Orleans, LA 70119
Phone: (504) 525-7272 Ext. 240
Fax: (504) 525-9522
Email: thargrove@damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-9561 or by electronic mail and delete the original message from your e-mail system. Thank you.

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

3

EXHIBIT E