UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION: N** |
| * | | |
| **This document relates to:** * | | |
| *John Bailey v. Liberty Mutual Ins. Corp.* * | | |
| *Plaintiffs:* Williams Jones, Jr. * | | |
| Rita Jones * | | |
| No. 09-5736 * | | |
| * | | |

* * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS FOR
### FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
### 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company (incorrectly named as Liberty Mutual Insurance Corporation) ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of plaintiffs Williams Jones, Jr. and Rita Jones with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provisions of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

On November 10, 2011 the undersigned contacted opposing counsel regarding this Motion, and opposing counsel has not responded with consent or objection. Therefore, Liberty Mutual is filing this Motion as opposed.

#1064657

Respectfully submitted,

    **s/ Kristopher M. Redmann**
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

    s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

#1064657