UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 1873 |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * * | |
| *Shelley Robin, et al. v. Insurco, Ltd., et al* (E.D. La. Suit No. 09-7996) | * * | MAGISTRATE CHASEZ |

*******************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER RULE FRCP 41(a)(1)(A)(i) OF MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.**

NOW INTO COURT, through undersigned counsel, come all plaintiffs in this matter, who, pursuant to provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., only, in the complaints previously filed in these proceedings in Case No. 09-7996.  The dismissal of the plaintiffs' claims against Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. does not in any way affect the claims asserted against the other defendants in the above captioned matter.  No defendant has filed an answer or a motion or summary judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

Respectfully submitted,

                                        LAW OFFICES OF SIDNEY D. TORRES, III,
                                        *A PROFESSIONAL LAW CORPORATION*

                                        BY:   s/ Roberta L. Burns
                                        SIDNEY D. TORRES, III, La. Bar No. 12869
                                        ROBERTA L. BURNS, La. Bar No. 14945
                                        Torres Park Plaza
                                        8301 West Judge Perez Drive, Suite 303

Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail: storres@torres-law.com
rburns@torres-law.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that, on the 29th of November, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

*s/ Roberta L. Burns*
Roberta L. Burns