## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| ***Vincent Beverly, et al v. Recreation by Design,*** | * | MAG. CHASEZ |
| ***LLC, et al.*** | * | |
| ***Civil Action No. 09-8650*** | * | |

*************************************************************************

## UNOPPOSED MOTION TO WITHDRAW
## SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Esther Brown, Kendall Banks, Lena Brown, and Sharon DeHesa who moves this Honorable Court to withdraw an earlier-filed Second Supplemental and Amended Complaint (Rec. Doc. No. 23516) in the above-captioned matter.

Mover sought to Supplement and Amend the Complaint as to the claims of Esther Brown, Kendall Banks, Lena Brown, and Sharon DeHesa to properly include them the underlying Recreation by Design lawsuit. Subsequent to the filing of the motion, it was discovered that the Plaintiffs were previously correctly added to the suit. Therefore, Plaintiffs wish to withdraw this duplicative pleading.

WHEREFORE, Plaintiffs pray that its Motion to Withdraw be granted, removing the Supplemental and Amending Petition [No. 23516] from the Court's November 30, 2011 docket.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775