UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N (5) |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Leo Quezergue v. Jayco, Inc.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8640* | * | |
| *Plaintiff: George Brown* | * | |

*************************************************************************

## UNOPPOSED MOTION TO WITHDRAW
## SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff George Brown, who moves this Honorable Court to withdraw an earlier-filed Second Supplemental and Amended Complaint (Rec. Doc. No. 23513) in the above-captioned matter.

Mover sought to Supplement and Amend the Complaint as to the claims of George Brown to properly include him the underlying Jayco lawsuit. Subsequent to the filing of the motion, it was discovered that the Plaintiff was previously correctly added to the suit. Therefore, Plaintiff wishes to withdraw this duplicative pleading.

WHEREFORE, Plaintiff prays that its Motion to Withdraw be granted, removing the Supplemental and Amending Petition [No. 23513] from the Court's November 30, 2011 docket.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775