UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*James T. Chandler v. Starcraft RV, Inc., et al.*<br>No. 09-0792<br>Plaintiffs:<br>    Ruby Wallace | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Ruby Wallace, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal, without prejudice, of her claim asserted against the Defendants in the Complaint previously filed in these proceedings.

This dismissal in no way affect the claims of the remaining plaintiffs in the above-captioned matter (*James T. Chandler, et al. v. Starcraft RV, Inc., et al.,* EDLA No. 09-0792).

Respectfully submitted, this the 29th day of November, 2011.

By:     *s / Edward Gibson*
                EDWARD GIBSON

OF COUNSEL:

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
egibson@hsglawfirm.net

1

## CERTIFICATE OF SERVICE

    I DO HEREBY CERTIFY that I have this day caused to be served the above and foregoing Notice of Voluntary Dismissal Without Prejudice via the Electronic Filing System which then did forward a true and correct copy to all known counsel of record.

    SO CERTIFIED, this the 29th day of November, 2011,

                                             *Edward Gibson*
                                             EDWARD GIBSON, ESQ.