UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Alexander et al. v. Gulf Stream, Inc. et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8646* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED PARTIAL MOTION TO WITHDRAW
SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who move this Honorable Court to withdraw an earlier-filed First Supplemental and Amended Complaint (Rec. Doc. No. 23511) in the above-captioned matter.

Mover sought to Supplement and Amend the Complaint as to the claims of Keith Brown, Willie Brown, Joseph Jones, Glenda Williams and Rhonda King to properly include them in the underlying Gulf Stream lawsuit. Subsequent to the filing of the motion, it was discovered that the Plaintiffs were previously correctly added to the suit. Therefore, Plaintiffs wish to withdraw this duplicative pleading with regard to Keith Brown, Willie Brown, Joseph Jones, Glenda Williams and Rhonda King.

WHEREFORE, Plaintiffs pray that its Motion to Withdraw be granted, removing the Supplemental and Amending Petition with regard to the aforementioned Plaintiffs [No. 23511] from the Court's November 30, 2011 docket.

        Respectfully submitted,

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (#3604)
        Bruno & Bruno, LLP
        855 Baronne St.
        New Orleans, LA 70113
        Phone: (504) 525-1335
        Fax: (504) 561-6775

### CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO