# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Alexander et al. v. Gulf Stream Coach, Inc. et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8646* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT WITH INCORPORATED MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Glen Robert, who requests this Honorable Court grant leave to file a Reply to Defendant's Opposition to Motion for Leave to File First Supplemental and Amended Complaint. Plaintiff wishes to provide the Court with additional facts not included in his Supplemental and Amended Complaint.

WHEREFORE, Plaintiff prays that this Honorable Court grant his Motion for Leave and allow him to file his Reply to Defendant's Opposition to Motion for Leave to File First Supplemental and Amended Complaint.

Respectfully submitted:

BRUNO & BRUNO, LLP

    s/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic service this 30th day of November, 2011.

                                             s/ Joseph M. Bruno
                                               Joseph M. Bruno