UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Alexander et al. v. Gulf Stream Coach, Inc. et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8646* | * | |

**************************************************************************

### PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff Glen Robert provides the following reply to Defendant Gulf Stream's Opposition to Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 23580). Plaintiff seeks to supplement his claim to be added to the Gulf Steam complaint, as he has not previously filed suit against Gulf Stream. Although he has not previously brought direct suit against Gulf Stream, he resided in two emergency housing units: one manufactured by Cavalier Home Builders, LLC and another manufactured by Gulf Stream. Therefore, he has necessarily and appropriately moved to supplement and amend the underlying Complaint for Damages and be added as a plaintiff therein.

Plaintiff's claim is not prescribed as he timely filed suit against Cavalier. Only after timely filing suit was it discovered that Plaintiff also resided in an emergency housing unit manufactured by Gulf Stream. For the foregoing reasons, Plaintiff respectfully requests this Honorable Court grant him leave to file his Supplemental and Amended Complaint.

                                                Respectfully submitted,

                                                /s/ Joseph M. Bruno

JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO