UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *James T. Chandler v. Starcraft RV, Inc., et al.* | | * | |
| No. 10-0264 | | * | |
| Plaintiffs: | | * | |
| Tina Lachney | | * | |
| Tina Lachney obo SL and ZL | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Tina Lachney, Tina Lachney obo her minor children SL and ZL**,** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Defendants in the Complaint previously filed in these proceedings.

These dismissals in no way affect the claims of the remaining plaintiffs in the above-captioned matter (*James T. Chandler , et al. v. Starcraft RV, Inc., et al.,* EDLA No. 09-0792).

1

Respectfully submitted, this the 29th day of November, 2011.

By: _____*s / Edward Gibson*_____
　　　　EDWARD GIBSON

**OF COUNSEL:**

John Hawkins, Esq., MS Bar No. 9556
Edward Gibson, Esq., MS Bar No. 100640
HAWKINS, STRACENER & GIBSON, PLLC
153 Main Street
Bay St. Louis, MS 39520
Ph. (228) 469-0785; Fx: (228) 467-4212
egibson@hsglawfirm.net

## CERTIFICATE OF SERVICE

　　I DO HEREBY CERTIFY that I have this day caused to be served the above and foregoing Notice of Voluntary Dismissal Without Prejudice via the Electronic Filing System which then did forward a true and correct copy to all known counsel of record.

　　SO CERTIFIED, this the 29th day of November, 2011,

_____*Edward Gibson*_____
EDWARD GIBSON, ESQ.