UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Vincent Beverly, et al v. Recreation by Design,* | * | MAG. CHASEZ |
| *LLC, et al.* | * | |
| *Civil Action No. 09-8650* | * | |

*************************************************************************

## MOTION TO WITHDRAW UNOPPOSED MOTION TO WITHDRAW SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Esther Brown, Kendall Banks, Lena Brown, and Sharon DeHesa who moves this Honorable Court to withdraw an earlier-filed Motion to Withdraw Second Supplemental and Amended Complaint (Rec. Doc. No. 23677) in the above-captioned matter.

Mover erroneously sought to withdraw their Supplemental and Amend Complaint (Rec. Doc. No. 23516) as to the claims of Esther Brown, Kendall Banks, Lena Brown, and Sharon DeHesa. Subsequent to the filing of the motion to withdraw, it was discovered that the Plaintiffs correctly sought to leave to Supplement and Amend their Complaint and be added to the suit. Therefore, Plaintiffs wish to withdraw this erroneously filed pleading.

WHEREFORE, Plaintiffs pray that its Motion to Withdraw be granted, removing the Motion to Withdraw their Supplemental and Amending Petition (No. 23677).

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic service this 30th  day of November, 2011.

    s/ Joseph M. Bruno
Joseph M. Bruno