UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Vincent Beverly, et al., v. Recreation by Design, LLC, et al.*
*Civil Action No. 09-8650*
**************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Unopposed Motion to Withdraw Supplemental and Amended Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Motion to Withdraw Unopposed Motion to Withdraw Supplemental and Amended Complaint is GRANTED.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE