## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sheila Bonney v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4327 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Darnell Robinson | * | |

*******************************************************************************

### UNOPPOSED MOTION TO WITHDRAW JAYCO, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On November 16, 2011, Defendants Jayco Enterprises, Inc. ("Jayco") and Shaw Environmental, Inc., moved this Court to dismiss the claims of the plaintiff against the Defendants on the grounds that the plaintiff identified in the motion failed to produce Plaintiff Fact Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec. Doc. No. 23532].

On November 29, 2011 Jayco received an email communication from Plaintiff Counsel containing a Plaintiff Fact Sheet and Amendment to Plaintiff Fact Sheet for the plaintiff in Jayco's November 16th Motion.  (*See* Plaintiff Fact Sheet and Amendment to Plaintiff Fact Sheet of Darnell Robinson from Plaintiff Counsel November 29, 2011, attached as Exhibit "A").  Thus, Jayco moves this Court withdraw its previously filed motion to dismiss as to the plaintiff noted below:

**09-4327          Sheila Bonney v. Jayco Enterprises, Inc.**

Darnell Robinson

Since Darnell Robinson was the only plaintiff named in Jayco's Motion to Dismiss [Rec. Doc. No. 23532], Jayco is asking for a complete withdrawal of the motion.  Additionally,

Plaintiff's Counsel has stated that they are not opposed to the withdrawal of Jayco's previously filed motion to dismiss as to the plaintiff listed above.

Accordingly, Jayco respectfully moves the Court to grant its withdrawal of its Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, for plaintiff Darnell Robinson.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
        THOMAS L. COUGILL
        Texas State Bar No. 04877300
        Louisiana State Bar No. 31112
        R. MARK WILLINGHAM
        Texas State Bar No. 21641500
        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas  77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile

        **Attorneys for Jayco Enterprises, Inc.**


**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**


By:   s/*M. David Kurtz*
        M. DAVID KURTZ  (#23821)
        KAREN KALER WHITFIELD (#19350)
        CATHERINE N. THIGPEN (#30001)
        201 St. Charles Avenue, Suite 3600
        (504) 566-5200 – Telephone
        (504) 636-4000 – Facsimile

        **Attorneys for Shaw Environmental, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 30th day of November, 2011.

　　　 s/*Thomas L. Cougill*　　　　　　
THOMAS L. COUGILL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results:  Plaintiffs' counsel, M. PALMER LAMBERT, does not oppose this motion.

　　　 s/*Thomas L. Cougill*　　　　　　
THOMAS L. COUGILL