UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Vincent Beverly, et al v. Recreation by Design, LLC, et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8650* | * | |

*****************************************************************************

## MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO ADD NEW PLAINTIFFS WITH INCORPORATED MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs Esther Brown, Kendall Banks, Lena Brown and Sharon Dehesa who request this Honorable Court grant leave to file a Reply to Defendant's Memorandum in Opposition to Motion for Leave to Add New Plaintiffs. Plaintiff wishes to provide the Court with additional facts not included in their Supplemental and Amended Complaint.

WHEREFORE, Plaintiffs pray that this Honorable Court grant their Motion for Leave and allow them to file their Reply to Defendant's Memorandum in Opposition to Motion for Leave to Add New Plaintiffs.

Respectfully submitted:

BRUNO & BRUNO, LLP

    s/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 525-1335
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic service this 30th day of November, 2011.

                                        s/ Joseph M. Bruno
                                        Joseph M. Bruno