**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Beverly et al. v. Recreation by Design, LLC. et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8650* | * | |

**************************************************************************

**PLAINTIFFS' REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION
TO MOTION FOR LEAVE TO ADD NEW PLAINTIFFS**

MAY IT PLEASE THE COURT:

Plaintiffs provide the following reply to Defendant Recreation by Design, LLC's (hereinafter referred to as "Rec by Design") Memorandum in Opposition to Motion for Leave to Add New Plaintiffs (Rec. Doc. 23516). Plaintiffs seek to supplement their claim to be properly added to the Rec by Design complaint, as they have not previously filed suit against Rec by Design. When plaintiffs originally filed suit, they were erroneously matched with Oak Creek Homes. Only after suit was filed against Oak Creek, were Plaintiffs' correct emergency housing unit manufacturers discovered. Therefore, Plaintiffs have necessarily and appropriately moved to supplement and amend the underlying Complaint for Damages and be added as a plaintiff therein.

Plaintiffs' claim is not prescribed as they timely filed suit. "Good cause" exists for granting this amendment because only after timely filing suit was it discovered that Plaintiff resided in an emergency housing unit manufactured by Rec by Design. Disallowing the Plaintiffs from properly amending the complaint would be unduly prejudicial; therefore, the "importance" of allowing the amendment is clear. As Plaintiffs have not unduly delayed or prejudiced Rec by Design by the filing of their Amended Complaint, Plaintiffs' Motion for Leave should be granted.

For the foregoing reasons, Plaintiffs respectfully request this Honorable Court grant them leave to file their Supplemental and Amended Complaint.

                                          Respectfully submitted,

                                          /s/ Joseph M. Bruno
                                          JOSEPH M. BRUNO (#3604)
                                          Bruno & Bruno, LLP
                                          855 Baronne St.
                                          New Orleans, LA  70113
                                          Phone: (504) 525-1335
                                          Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          /s/ Joseph M. Bruno
                                          JOSEPH M. BRUNO