UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   FEMA TRAILER                         MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION                 JUDGE ENGELHARDT

                                              MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO:
*Ora Brock, et al v Recreation by Design, LLC, et al.*,
**Docket No. 09-5847**

---

**MOTION FOR RECONSIDERATION AND IN
THE ALTERNATIVE MOTION FOR NEW TRIAL**

**COMES NOW** Plaintiff, Ora Brock, individually and on behalf of Lionel Brock (deceased), who for the reasons more fully assigned in the attached memorandum, respectfully moves this Court to reconsider its Order entered November 2, 2011 (Rec. Doc. No. 3 in docket no. 09-5847) dismissing the Plaintiffs' claims in the above styled and numbered cause of action, or, in the alternative, for a new trial under Rule 59 of the Federal Rules of Civil Procedure. Plaintiff submits with this Motion (1) Plaintiff Fact Sheets for Ora and Lionel Brock submitted to Defendants on December 30, 2008, attached as Exhibit A; (2) Errata Sheets sent to Defendants in February, 2009, attached as Exhibit B; (3) medical records of Ora Brock submitted to Defendants on August 22, 2008, attached as Exhibit C; and (4) amendments to Plaintiff Fact Sheets in compliance with Pre-Trial Order 88, attached as Exhibit D.

        Respectfully submitted,

By: */s/ Jonathan B. Andry*____
   Jonathan B. Andry (# 20081)
   **The Andry Law Group, L.L.C.**
   610 Baronne Street
   New Orleans, Louisiana 70113
   Telephone: (504) 525-5535
   Fax: (504) 586-8933
   Email: jandry@andrylawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of November, 2011.

        */s/ Jonathan B. Andry*____
        Jonathan B. Andry