ERRATA SHEET

Claimant Name:                     Ora Brock

Claimant's Attorney:          Jonathan B. Andry, Andry Law Firm, LLC


1.  Section III(C)(2) plaintiff's understanding of illness not provided.

    Wheezing.

2.  Section III(C)(8), treatment sought for mental or emotional damages not provided.
    None sought.

3. Section IV(B), driver's license number and state not provided.

    003295524, Louisiana.

4. Section IV(E) highest level of education not provided.

    Plaintiff went to the 9th grade, then, after she was married she obtained a GED from a community school on Baronne Street, the name of which she does not remember.  It was in the 1960's.

5. Section IV(F)(2) identity of employers for last ten years not provided.

    Plaintiff retired from Sears Parts & Service in New Orleans, Louisiana in 2002.  This was her only employer for the last ten years.

6. Section V(A)(3) FEMA ID Number not provided.

    911927662D

7. Section V(A)(11) and (12) square footage, length and width of trailer not provided.

    Unknown; Awaiting FEMA Disaster File.

8. Section VI(A) and (B) height and weight not provided.

    Weight before living in trailer was 265 lbs.; current weight is 255 lbs.; height is 5'7".


PLAINTIFF'S EXHIBIT B

9. Section IX(A) and (B) current and past primary care physicians not provided.

**Dr. Laurent, 1323 S. Tyler Street, Suite 106, Covington, LA.**

**Dr. Richie Spector at Touro Infirmary.**

**Dr. Brian Payne, current address unknown.  Plaintiff does not believe he has returned to New Orleans since Hurricane Katrina.**

10. Section IX(D) outpatient treatment at any hospital, clinic or healthcare facility during past seven years not provided.

**None.**

11. Section IX(F) identity of pharmacies for past seven years not provided.

**Winn-Dixie in Franklinton, Louisiana; and Walgreen's, Hwy. 190, Covington, LA**

| | |
|---|---|
| **Plaintiff or Representative** | 2-17-09 |
| | **Date** |

**ERRATA SHEET**

| | |
|---|---|
| **Claimant Name:** | Lionel Brock |
| **Claimant's Attorney:** | Jonathan B. Andry, Andry Law Firm, LLC |

1. Statement 1 is incorrect. Mr. Brock's Plaintiff Fact Sheet does state that he is represented by his widow, Ora Brock.

2. Section III(C)(2) plaintiff's understanding of illness not provided.

   **Flu-like illness.**

3. Section III(C)(8), treatment sought for mental or emotional damages not provided.
   **None.**

4. Section IV(B), driver's license number and state not provided.

   **Unknown.**

5. Section IV(F)(2) identity of employers during last ten years not provided.

   **None.**

6. Section V(A)(3) FEMA ID Number not provided.

   **911927662D**

7. Section V(A)(11) and (12) square footage, length and width of trailer not provided.

   **Awaiting FEMA disaster file.**

8. Section VII(A) and (B) names of health care providers who treated plaintiff for alleged injury or illness not provided.

   **None.**

9. Section IX(A) and (B) current and past primary care physicians not provided.

   **Dr. James Adrian, Louisiana Avenue Medical Center, Inc., 4301 Elysian Fields Ave., New Orleans, LA 70122, treated plaintiff for high blood pressure. Upon information and belief, this is the only doctor plaintiff saw.**

10. Section IX(C) and (D) treatment at any hospital, clinic or healthcare facility during past seven years not provided.

Dr. James Adrian, Louisiana Avenue Medical Center, Inc., 4301 Elysian Fields Ave., New Orleans, LA 70122, treated plaintiff for high blood pressure. Upon information and belief, this is the only doctor plaintiff saw.

11. Section IX(E) identity of healthcare providers for last seven years not provided.

Dr. James Adrian, Louisiana Avenue Medical Center, Inc., 4301 Elysian Fields Ave., New Orleans, LA 70122, treated plaintiff for high blood pressure. Upon information and belief, this is the only doctor plaintiff saw.

12. Section IX(F) identity of pharmacies for past seven years not provided.

Winn-Dixie on Almonaster Road, New Orleans, LA – prior to Hurricane Katrina.

Winn-Dixie in Franklinton, LA

Rite-Aid, Gentilly Boulevard, New Orleans, LA.

13. Section VIII(C) test results not attached.

See attached test results.

_____                    2-17-09
**Plaintiff or Representative**                                              **Date**