GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*



†Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law

THE
ANDRY
LAW FIRM LLC

TOLL FREE 1.800.536.8899

CHALMETTE 504.276.8899

BELLE CHASSE 504.366.8899

610 BARONNE STREET | NEW ORLEANS | LOUISIANA 70113    TELEPHONE 504.586.8899 | FAX 504.586.8911

August 22, 2008

Medical Records Custodian
Dr. Reba S. Weymouth
1203 S. Tyler Street
Suite E.
Covington, LA 70433

Re:   Ora Brock
DOB: 4-19-1948

To Whom It May Concern:

Please be advised that our office is representing the above referenced client on behalf of injuries sustained from exposure to formaldehyde while residing in a "FEMA" trailer. I have enclosed a properly executed HIPAA form signed by the client authorizing your facility to provide any/all medical records, hospital charges, bills, reports, x-rays, and any information, including opinions, which will aid said attorney in the prosecution of claims for injuries sustained. Should you require pre-payment, please fax invoice to (504)586-8933.

Kindly forward requested information to the above address at your earliest convenience,

Yours very truly,

Jonathan B. Andry, Esq.

JBA/glh
Enclosure

RECEIVED AUG 25 2008
MEDSOUTH

SEP 1 1 2008        AUG 28 2008

Pnd'g        Pbl'd Prc'd        Pnd'g        Pbl'd

PLAINTIFF'S
EXHIBIT

**THE ANDRY LAW FIRM, LLC**
610 Baronne Street, New Orleans, Louisiana 70113
(504) 536-8899  Facsimile (504) 586-8933

**HIPAA Compliant Medical Authorization**
(Authorization is compliant with the HIPAA Privacy Regulations, 45 CFR §§ 160 and 164)

Patient:     Ora Brock

Date of Birth: 4-19-1948     Social Security #: 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  Telephone: (504) 782-4789

**Authority to Release Protected Health Information**
I hereby authorize Dr. Reba S. Weymouth                 to release the information identified in this
authorization form from the medical records of   Ora Brock                    and provide
such information to:

The Andry Law Firm, L.L.C.
Jonathan B. Andry, Esq.
610 Baronne Street
New Orleans, Louisiana   70113

**Information To Be Released - Covering the Periods of Health Care**
From (date) 8-29-05  to (date)              Present

| ☑ Complete health record | ☑ Diagnosis & treatment codes | ☑ Discharge summary |
|---|---|---|
| ☑ History and Initial Eval | ☑ Consultation reports | ☑ FCE |
| ☑ Progress notes | ☑ Itemized bill | ☐ |
| ☑ Photographs, videotapes | ☑ Complete billing record | ☐ |
| ☐ Other, (specify) | | |

**Purpose of the Requested Disclosure of Protected Health Information**

I am authorizing the release of my Protected Health Information for the following purposes (e.g.
a purpose may be "at the request of the individual"):          LAW SUIT

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
Understand if my medical or billing record contains information in referenced to drug and/or
alcohol abuse, psychiatric care, sexually transmitted disease, hepatitis B or C testing, and/or
other sensitive information, I agree to its release. **Check One:** ☑ Yes   ☐ No

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release. *Check One:* ☑ Yes   ☐ No

**Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization the authorization may be revoked at any time by submitting a written notice to Dr. Reba S. Weymouth _____ at 1203 S. Tyler St. Suite E, Covington, LA 70433 Unless revoked, this authorization will expire on the following date, or after the following time period or event **CONCLUSION OF LITIGATION.**

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form. However, if health care services are being provided to me for the purpose of providing information to a third party (e.g. fitness for work test), I understand that services may be denied if I do not authorize the release of information related to such health care services to the third party. I can inspect or copy the protected health information to be used or disclosed. I hereby release and discharge Dr. Reba S. Weymouth _____ of any liability and the undersigned will hold Dr. Reba S. Weymouth _____ harmless for complying with this Authorization.

Signature: _Dr. Broll_ _____   Date: 6/2/08

Description of relationship if not patient:

_____

## Patient Information

Farhad X. Aduli, M.D., F.A.C.C., Hamid Salam, M.D., F.A.C.C. Adriana R. Nagy, M.D., F.A.C.C., James E. Mace, M.D., F.A.C.C.
Reba S. Weymouth, A.P.R.N., Allyson S. Callahan, A.P.R.N, Lisa A. Golden, A.P.R.N

| Print Patient Name | Last _Brock_ | First _Ora_ | Middle Initial |
|---|---|---|---|

| Sex: Male / **Female** | Birthday _4.19.1948_ | Social Security Number _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_ | Home Phone#: | Cell Phone#: _504-782-4729_ | Referring Doctor Name _Dr. Hill_ |
|---|---|---|---|---|---|

Patient's Address: _P.O. Box 322_    City: _Franklinton_    State: _La_    Zip code: _70438_

Patient's Employer: _Retain_    Employer Address:

Employer's Phone Number:    Marital Status:  Married   Divorced   Widowed   Single

Financial Responsible Name and Information    D.O.B:

Last Name: _____    First: _____    MI. ____ Relationship to patient _____

Employer Name: _____    Employer Phone No. _____    Social Security No. _____

Employer Address: _____    City: _____    State ____ Zip ____

### Primary Insurance Information

Insurance Co. Name:

Carrier Address:

Policy Number:    Group Number:

Policy Holder's Last Name:    First:    MI:   Sex  Male / Female

Birthday:    SSN:

How is the patient related to the policy holder?

### Secondary Insurance Information

Insurance Co. Name:

Carrier Address:

Policy Number:    Group Number:

Policy Holder's Last Name:    First:    MI:   Sex  Male / Female

Birthday:    SSN:

How is the patient related to the policy holder?

### EMERGENCY INFORMATION

Name of Friend or relative to contact in case of emergency  (not living in your home if possible)

Name _Ora Warren_    Phone _839-9626_    Relationship _Sister_

1/2

## AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize my physician at Saint Tammany Heart & Vascular Institute L.L.C or any holder of medical information about me to release to the Health Care Financing Administration and its agents (Medicare) or Insurance Companies or Third Parties, any information needed to determine these benefits payable for related services.

## ASSIGNMENT OF BENEFITS

I request that authorized Medicare or Insurance payments of medical benefits be made to any consulting physician or entity used in connection with this service (to be used only if necessary to file claims).

## GUARANTOR RESPONSIBILITY

I understand that I am ultimately responsible for payment of any and all charges for medical services rendered by any physician at this facility, and if this assignment is rejected, modified, or not paid within a reasonable time after it has been filed, it will be my responsibility to pay any unpaid charges in full.  If it is necessary to collect unpaid fees for services rendered, I agree to pay the charge assessed by the collection service, legal counsel or court.

This authorization and assignment may be revoked by me at any time by a written notice.

I agree that a photocopy of this form may be used in lieu of the original.

Please show your medical insurance cards to the receptionist.


_____          1-7-08
Signature of Insured/Patient                      Date


2/2



Brock,Ora
ID: 21452

FEMALE
Dr:
Tech: Ap

60 YEARS

07/23/2008 11:48:32

| Vent. Rate: | 70 | bpm |
| RR Interval: | 854 | ms |
| PR Interval: | 148 | ms |
| QRS Duration: | 88 | ms |
| QT Interval: | 412 | ms |
| QTc Interval: | 429 | ms |
| QT Dispersion: | 48 | ms |
| P-R-T AXIS: | 51° | 14° -2° |

Sinus rhythm with PAC(s)
Inferior T wave changes are nonspecific

Borderline ECG

* Unconfirmed Analysis *

BURDICK REORDER NO/REF 716.0037-00

St. Tammany Heart & Vascular Institute, L.L.C.
**FARHAD X. ADULI, M.D., F.A.C.C.**
**HAMID SALAM, M.D., F.A.C.C.**
**JAMES E. MACE, M.D., F.A.C.C.**
**ADRIANA R. NAGY, M.D., F.A.C.C.**
**REBA S. WEYMOUTH, M.S.N., A.P.R.N.**
**CHERYL W. RUTTER, M.S.N., A.P.R.N.**
Specializing in the diagnosis and treatment of heart
And peripheral vascular disease

1203 S. Tyler Street/Suite E
Covington, LA 70433

Tel: (985) 871-6020
Fax: (985) 871-6025

## PROGRESS NOTE

Name: **Ora Brock**
Chart#: 21452
Date: 07-23-2008
DOB: 04-19-1948
Attending Physician: Merrill Laurent, M.D.

This patient is a 59-year-old female.

**PROBLEM LIST:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post VP shunt placement for spinal fluid leak.
10. Obstructive sleep apnea, using CPAP.

**ALLERGIES:** None.

**MEDICATIONS:**
1. Aspirin 325 mg q.d.
2. Byetta 10 mcg p.o. b.i.d.
3. Nifedipine 30 mg q.d.
4. Neurontin 300 mg one to three times q.d.
5. Glucovance.
6. Xanax 0.5 mg p.r.n.
7. Mega Vitamin q.d.
8. Omega-3 fish oil 1000 mg q.d.
9. Crestor 10 mg q.d.
10. Lantus 50 mg q.h.s.
11. KCl 20 mEq q.d.
12. Lasix 40 mg q.d.
13. Lisinopril 20 mg q.d.
14. Aldactone 25 mg q.d.

Page 1 of 3

July 23, 2008
Ora Brock
Page 2 of 3

**ANGIOGRAPHIC DATA:**
**11-09-2007 Left Heart Catheterization:** No significant coronary artery disease by angiography. Noted anomalous origin of the right coronary. Unremarkable renal arteries. Normal LV systolic function. Normal LVEDP.

**ECHOCARDIOGRAM:**
**10-30-2007:** Technically slightly limited study concentric LVH with normal LV systolic function. Left ventricular relaxation abnormality was seen on mitral inflow pattern. EF was estimated at 65%.

**STRESS TEST:**
**10-30-2007:** EKG portion was negative for ischemia. Fixed anterior wall defect likely representing breast attenuation; clinical correlation was recommended. On diagnostics, sensitivity of the test was impaired due to baseline ST segment abnormalities.

**LABORATORY DATA:**
**01-14-2008:** BUN 10, creatinine 1.0, glucose 167.

**11-09-2007:** Triglycerides 102, cholesterol 204, HDL 43, LDL 141.

**SUBJECTIVE:**
Ms. Brock comes in today for a followup visit. The patient states that the increase in lisinopril made her sick. It made her heartbeat fast and sleepy. She did not take it. She has no other significant complaints of chest pain. She has occasional shortness of breath. No nausea or vomiting. She has occasional headaches. No dizziness. No PND or edema. She has lost about 10 pounds. Her energy level is well since her brain surgery. She continues to take her CPAP at night. Her blood pressures have been stable. Her blood sugars have been elevated. She is seeing Dr. Hill in the near future; she is not sure why. She did take nifedipine a couple of times when she could not tolerate her lisinopril at 40 mg.

**PHYSICAL EXAMINATION:**
Weight: 262 lbs.
Blood pressure: 145/77
Heart rate: 82
General: She is awake, alert, pleasant, and in no apparent distress.
HEENT: Within normal limits.
Neck: Neck veins are nondistended. No JVD. Left bruit heard.
Lungs: Clear to auscultation. No added sounds.
Heart: Normal 1st and 2nd heart sounds. No murmurs, rubs, or gallops. Regular rhythm.
Abdomen: Soft and nondistended. Positive bowel sounds. No organomegaly.
Extremities: No cyanosis or clubbing. Decreased edema.
CNS: Intact.

EKG: Sinus rhythm with PACs.

**IMPRESSION:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.

July 23, 2008
Ora Brock
Page 3 of 3

6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post ventriculoperitoneal shunt placement for spinal fluid leak.
10. Obstructive sleep apnea, using continuous positive airway pressure.

PLAN:
1. She is unable to tolerate lisinopril at 40 mg. We will go back and add lisinopril at 20 mg daily and discontinue nifedipine. Lisinopril is an ACE-inhibitor and is a better drug for Ms. Brock related to her diabetes and renal protection as well.
2. We will obtain BMP, magnesium, and TSH, and decide at that time whether the patient needs to be on both Aldactone and potassium at 20 mEq.
3. Maintain followup with primary care physician.
4. Follow up in six months.
5. Dr. Salam has seen, examined, chart reviewed and agrees with the plan.


Reba S. Weymouth, M.S.N., A.P.R.N./Hamid Salam, M.D., F.A.C.C.
Dictated But Not Proofread

RSW: tll/sa/fct
DD: 07-23-2008
DT: 07-24-2008

St. Tammany Heart & Vascular Institute, L.L.C.
FARHAD X. ADULI, M.D., F.A.C.C.
HAMID SALAM, M.D., F.A.C.C.
ADRIANA R. NAGY, M.D., F.A.C.C.
REBA S. WEYMOUTH, M.S.N., A.P.R.N.
ALLYSON S. CALLAHAN, M.S.N., A.P.R.N.
LISA A. GOLDEN, M.S.N., A.P.R.N.
Specializing in the diagnosis and treatment of heart
And peripheral vascular disease

1203 S. Tyler Street/Suite E
Covington, LA 70433

Tel: (985) 871-6020
Fax: (985) 871-6025

## PROGRESS NOTE

Name:         Ora Brock
Chart#:       21452
Date:         03-05-2008
DOB:          04-19-1948
Attending Physician:  Merrill Laurent, M.D.

This patient is a 59-year-old female.

**PROBLEM LIST:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post VP shunt placement for spinal fluid leak.
10. Obstructive sleep apnea, using CPAP.

**ALLERGIES:**  None.

**MEDICATIONS:**
1. Aspirin 325 mg q.d.
2. Byetta 10 mcg p.o. b.i.d.
3. Nifedipine 30 mg q.d.
4. Neurontin 300 mg one to three times q.d.
5. Glucovance.
6. Xanax 0.5 mg p.r.n.
7. Mega Vitamin q.d.
8. Omega-3 fish oil 1000 mg q.d.
9. Crestor 10 mg q.d.
10. Lantus 50 mg q.h.s.
11. KCl 20 mEq q.d.
12. Lasix 40 mg q.d.
13. Lisinopril 20 mg q.d.

Page 1 of 3



March 5, 2008
Ora Brock
Page 2 of 3

**ANGIOGRAPHIC DATA:**
**11-09-2007 Left Heart Catheterization:** No significant coronary artery disease by angiograph. Noted anomalous origin of the right coronary. Unremarkable renal arteries. Normal LV systolic function. Normal LVEDP.

**ECHOCARDIOGRAM:**
**10-30-2007:** Technically slightly limited study concentric LVH with normal LV systolic function. Left ventricular relaxation abnormality was seen on mitral inflow pattern. EF was estimated at 65%.

**STRESS TEST:**
**10-30-2007:** EKG portion was negative for ischemia. Fixed anterior wall defect likely representing breast attenuation; clinical correlation was recommended. On diagnostics, sensitivity of the test was impaired due to baseline ST segment abnormalities.

**LABORATORY DATA:**
**01-14-2008:** BUN 10, creatinine 1.0, glucose 167.

**11-09-2007:** Triglycerides 102, cholesterol 204, HDL 43, LDL 141.

**SUBJECTIVE:**
Ms. Brock comes in today for a follow up visit. The CPAP is now in use. She states she seems to be feeling better with this. She does have occasional diarrhea. No shortness of breath or chest pain. Her blood pressures are not checked at home. Her blood sugars have been labile. She is to follow up with Dr. Laurent or Dr. Angelo with the same. She has decreased edema since being on Lasix. She did say she has a lot of stress issues and depression. She did lose everything in the storm. Her husband died about a year ago as well.

**PHYSICAL EXAMINATION:**
Weight: 273 lbs.
Blood pressure: 131/77
Heart rate: 72
General: She is awake, alert, pleasant and in no apparent distress.
HEENT: Within normal limits.
Neck: Neck veins are nondistended. No JVD. Left bruit heard.
Lungs: Clear to auscultation. No added sounds.
Heart: Normal 1st and 2nd heart sounds. No murmurs, rubs or gallops. Regular rhythm.
Abdomen: Soft and nondistended. Positive bowel sounds. No organomegaly.
Extremities: No cyanosis or clubbing. Decreased edema.
CNS: Intact.

EKG: Sinus rhythm with ST changes in the lateral leads, unchanged.

**IMPRESSION:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.

March 5, 2008
Ora Brock
Page 3 of 3

7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post ventriculoperitoneal shunt placement for spinal fluid leak.
10. Obstructive sleep apnea, using continuous positive airway pressure.

PLAN:
1. Discontinue the nifedipine.
2. Increase the lisinopril to 40 mg orally at bedtime.
3. Continue the rest of her current medication regimen.
4. Add Lexapro 10 mg orally daily for depression.
5. The patient will maintain followup with Dr. Laurent for blood sugar control.
6. The patient will follow up in three months with Dr. Salam.
7. We will repeat CMP and lipids to monitor her response to Crestor which she is now tolerating.
8. Call with any immediate problems.

Reba S. Weymouth, M.S.N., A.P.R.N./Hamid Salam, M.D., F.A.C.C.
Dictated But Not Proofread

RSW: ge/ab/mo
DD: 03-05-2008
DT: 03-06-2008

St. Tammany Heart & Vascular Institute, L.L.C.
FARHAD X. ADULI, M.D., F.A.C.C.
HAMID SALAM, M.D., F.A.C.C.
ADRIANA R. NAGY, M.D., F.A.C.C.
REBA S. WEYMOUTH, M.S.N., A.P.R.N.
ALLYSON S. CALLAHAN, M.S.N., A.P.R.N.
LISA A. GOLDEN, M.S.N., A.P.R.N.
Specializing in the diagnosis and treatment of heart
And peripheral vascular disease

1203 S. Tyler Street/Suite E
Covington, LA 70433

Tel: (985) 871-6020
Fax: (985) 871-6025

## PROGRESS NOTE

Name:      **Ora Brock**
Chart#:    21452
Date:      02-06-2008
DOB:       04-19-1948
Attending Physician:  Michael Hill, M.D.

This patient is a 59-year-old female.

**PROBLEM LIST:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post VP shunt placement for spinal fluid leak.

**ALLERGIES:** None.

**MEDICATIONS:**
1. Aspirin 325 mg q.d.
2. Humalog 75/25 50 U q.a.m. and 25 U q.p.m.
3. Byetta 10 mcg b.i.d.
4. Sotalol 80 mg b.i.d.
5. Nifedipine 60 mg q.d.
6. Neurontin 300 mg one to three times q.d.
7. Xanax 0.5 mg q.d.
8. Vitamin B12 1000 mg q.d.
9. Mega Vitamin q.d.
10. Omega-3 fish oil 1000 mg q.d.
11. Crestor 10 mg q.d.
12. Lantus 50 mg p.o. q.h.s.
13. KCl 20 mEq q.d.
14. Lasix 40 mg q.d.

Page 1 of 3

February 6, 2008
Ora Brock
Page 2 of 3

**ANGIOGRAPHIC DATA:**
**11-09-2007 Left Heart Catheterization:** No significant coronary artery disease by angiograph. Noted anomalous origin of the right coronary. Unremarkable renal arteries. Normal LV. systolic function. Normal LVEDP.

**ECHOCARDIOGRAM:**
**10-30-2007:** Technically slightly limited study concentric LVH with normal LV systolic function. Left ventricular relaxation abnormality was seen on mitral inflow pattern. EF was estimated at 65%.

**STRESS TEST:**
**10-30-2007:** EKG portion was negative for ischemia. Fixed anterior wall defect likely representing breast attenuation; clinical correlation was recommended. On diagnostics, sensitivity of the test was impaired due to baseline ST segment abnormalities.

**LABORATORY DATA:**
**01-14-2008:** BUN 10, creatinine 1.0, glucose 167.

**11-09-2007:** Triglycerides 102, cholesterol 204, HDL 43, LDL 141.

**SUBJECTIVE:**
Ms. Brock comes in today for a followup visit. On the previous visit, we added Lasix and potassium which did seem to help with her shortness of breath but not her fatigue. She is still having some fatigue. She did get a sleep study done with Somnos and CPAP is to be done this week. She did have a followup with Dr. Hill who manages her blood sugar. She is now on Lantus for a better blood sugar control. She has no significant chest pain. Her blood pressures are not checked at home. No PND or orthopnea. She has decreased edema to her lower extremities with Lasix.

**PHYSICAL EXAMINATION:**
Height: 5'4"
Weight: 275 lbs.
Blood pressure: 110/60
Heart rate: 68
HEENT: Normal and unremarkable.
Neck: Neck veins are nondistended. A faint systolic sound on the left, possibly bruit.
Heart: Regular rhythm. Normal S1 and S2. There is no audible murmur or gallop.
Lungs: Fair air entry. Clear to auscultation. Normal percussion. Mild expiratory wheezing.
Abdomen: Soft and nontender. Bowel sounds are audible.
Extremities: No evidence of clubbing or cyanosis. There is trivial edema.
Neurological: There is no focal neurologic deficit.

**EKG:** Sinus rhythm with ST changes.

**IMPRESSION:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.

February 6, 2008
Ora Brock
Page 3 of 3

7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post ventriculoperitoneal shunt placement for spinal fluid leak.

PLAN:
1. Somnos will adjust her CPAP and titrate this week.
2. We will make the following medication changes: we will decrease her nifedipine to 30 mg once a day and add lisinopril 20 mg before bedtime in anticipation of discontinuing her nifedipine altogether on her next visit.
3. We will obtain labs for followup.
4. The patient was recently started back on Crestor. We will follow up on that as well.
5. The patient will follow up in one month for blood pressure check.
6. Call with any immediate problems.
7. Dr. Salam agrees with the plan.

Reba S. Weymouth, M.S.N., A.P.R.N./Hamid Salam, M.D., F.A.C.C.
Dictated But Not Proofread

RSW: va/mc
DD: 02-06-2008
DT: 02-07-2008

St. Tammany Heart & Vascular Institute, L.L.C.
FARHAD X. ADULI, M.D., F.A.C.C.
HAMID SALAM, M.D., F.A.C.C.
ADRIANA R. NAGY, M.D., F.A.C.C.
REBA S. WEYMOUTH, M.S.N., A.P.R.N.
ALLYSON S. CALLAHAN, M.S.N., A.P.R.N.
LISA A. GOLDEN, M.S.N., A.P.R.N.
Specializing in the diagnosis and treatment of heart
And peripheral vascular disease

1203 S. Tyler Street/Suite E
Covington, LA 70433

Tel: (985) 871-6020
Fax: (985) 871-6025

## PROGRESS NOTE

Name:  **Ora Brock**
Chart#:  21452
Date:  01-07-2008
DOB:  04-19-1948
Attending Physician:  Michael Hill, M.D.

This patient is a 59-year-old female.

**PROBLEM LIST:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post VP shunt placement for spinal fluid leak.

**ALLERGIES:** None.

**MEDICATIONS:**
1. Aspirin 325 mg q.d.
2. Humalog 75/25 50 U q.a.m. and 25 U q.p.m.
3. Byetta 10 mcg b.i.d.
4. Sotalol 80 mg b.i.d.
5. Nifedipine 60 mg b.i.d.
6. Neurontin 300 mg one to three times q.d.
7. Glucovance 6 mg b.i.d.
8. Xanax 0.5 mg q.d.
9. Vitamin B12 1000 mg q.d.
10. Mega Vitamin q.d.
11. Omega-3 fish oil 1000 mg q.d.
12. Dyazide 37.5/25 mg q.d.
13. Crestor 10 mg q.d.
14. Lasix 10 mg p.r.n.

January 7, 2008
Ora Brock
Page 2 of 3

**ANGIOGRAPHIC DATA:**
**11-09-2007 Left Heart Catheterization:** No significant coronary artery disease by angiograph. Noted anomalous origin of the right coronary. Unremarkable renal arteries. Normal LV systolic function. Normal LVEDP.

**ECHOCARDIOGRAM:**
**10-30-2007:** Technically slightly limited study concentric LVH with normal LV systolic function. Left ventricular relaxation abnormality was seen on mitral inflow pattern. EF was estimated at 65%.

**STRESS TEST:**
**10-30-2007:** EKG portion was negative for ischemia. Fixed anterior wall defect likely representing breast attenuation; clinical correlation was recommended. On diagnostics, sensitivity of the test was impaired due to baseline ST segment abnormalities.

**LABORATORY DATA:**
**11-09-2007:** Triglycerides 102, cholesterol 204, HDL 43, LDL 141.

**SUBJECTIVE:**
Ms. Brock comes in today for a followup visit, status post angiogram. The patient states the day of her survey was cancelled secondary to a mix-up and now, she has no further insurance and was not able to have her dental procedures done. Her blood pressures are not checked at home. Her blood sugars are variable and under the direction of Dr. Hill which have been now controlled. She has no significant shortness of breath. She does state she is not sleeping well. She does have obesity and witnessed sleep apnea. No nausea, vomiting or diarrhea. No headache, dizziness or syncope episodes. No PND or edema. No energy since her VP shunts. Dr. Hill did give her some Lasix at 10 mg that she takes as needed secondary to increasing blood pressures. The patient states she had been wheezing intermittently in the past in a couple of weeks. She states that her energy level is diminished and has been for quite sometime.

**PHYSICAL EXAMINATION:**
Height: 5'4"
Weight: 276 lbs.
Blood pressure: 146/89
Heart rate: 79
HEENT: Normal and unremarkable.
Neck: Neck veins are nondistended. A faint systolic sound on the left, possibly bruit.
Heart: Regular rhythm. Normal S1 and S2. There is no audible murmur or gallop.
Lungs: Fair air entry. Clear to auscultation. Normal percussion. Mild expiratory wheezing.
Abdomen: Soft and nontender. Bowel sounds are audible.
Extremities: No evidence of clubbing or cyanosis. There is trivial edema.
Neurological: There I no focal neurologic deficit.

EKG: Showed sinus rhythm with PACs.

**IMPRESSION:**
1. Paroxysmal atrial fibrillation.
2. Insulin-requiring diabetes mellitus.
3. Normal coronary arteries per angiogram on November 9, 2007.
4. Hypertension.

January 7, 2008
Ora Brock
Page 3 of 3

5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post ventriculoperitoneal shunt placement for spinal fluid leak.

PLAN:
1. We will obtain a sleep study to further evaluate her obstructive sleep apnea, obesity and probably her fatigue as well.
2. We will give the patient QVAR inhaler to use for her wheezing.   We will discontinue the Dyazide, discontinue the Lasix 10 mg and put the patient on Lasix 40 mg orally daily and KCl 20 mEq daily.
3. Obtain labs in one week for followup.
4. The patient will follow-up in one month as well.
5. Call with any immediate problems.

Reba S. Weymouth, M.S.N., A.P.R.N./Hamid Salam, M.D., F.A.C.C.
Dictated But Not Proofread

RSW: jr/eb/fct
DD: 01-08-2008
DT: 01-08-2008

St. Tammany Heart & Vascular Institute, L.L.C.
**FARHAD X. ADULI, M.D., F.A.C.C.**
**HAMID SALAM, M.D., F.A.C.C.**
**ADRIANA R. NAGY, M.D., F.A.C.C.**
**REBA S. WEYMOUTH, M.S.N., A.P.R.N.**
**ALLYSON S. CALLAHAN, M.S.N., A.P.R.N.**
**LISA A. GOLDEN, M.S.N., A.P.R.N.**
Specializing In the diagnosis and treatment of heart
And peripheral vascular disease

1203 S. Tyler Street/Suite E
Covington, LA 70433

Tel: (985) 871-6020
Fax: (985) 871-6025

### CONSULTATION NOTE

Name:    **Ora Brock**
Chart#:   21452
Date:     10-29-2007
DOB:      04-19-1948
Attending Physician:  Michael Hill, M.D.

This patient is a 59-year-old woman.

**PROBLEM LIST:**
1. Paroxysmal atrial fibrillation.
2. Preoperative evaluation for dental surgery.
3. Insulin-requiring diabetes mellitus.
4. Hypertension.
5. Dyslipidemia.
6. Morbid obesity.
7. Symptoms of dyspnea on exertion.
8. Questionable carotid bruit.
9. History of four cranial surgeries, status post VP shunt placement for spinal fluid leak.

**ALLERGIES:** None.

**MEDICATIONS:**
1. Aspirin 325 mg q.d.
2. Humalog 75/25 50 U q.a. m. and 25 U q.p.m.
3. Byetta 10 mcg b.i.d.
4. Sotalol 80 mg b.i.d.
5. Nifedipine 60 mg b.i.d.
6. Neurontin 300 mg one to three times q.d.
7. Glucovance 6 mg b.i.d.
8. Xanax 0.5 mg q.d.
9. Vitamin B12 1000 mg q.d.
10. Mega Vitamin q.d.
11. Omega-3 fish oil 1000 mg q.d.

**PAST MEDICAL HISTORY:**
1. Insulin-requiring diabetes mellitus.
2. Paroxysmal atrial fibrillation.
3. Hypertension.
4. Dyslipidemia.

Page 1 of 3

October 29, 2007
Ora Brock
Page 2 of 3

**PAST SURGICAL HISTORY:**
1. Complete hysterectomy in 1979.
2. She did take hormone replacement therapy for about 10 years or so.
3. She also has a history of three brain surgeries.

**SOCIAL HISTORY:**
1. She is an ex-smoker, quit in the 80s. She used to be a relatively light smoker.

**FAMILY HISTORY:**
Her mother has heart disease at the age of 60. All family members have diabetes mellitus.

**HISTORY OF PRESENT ILLNESS:**
Mrs. Brock is a 59-year-old woman who has a history of diabetes mellitus and hypertension for 15 years. Lately, her insulin has been increased and the blood sugars are apparently running a little better. She described having evaluated for heart condition and having heart trouble three years ago. At that time, she has developed a very fast heartbeat. She was evaluated, placed on medication and was told that if her rhythm does not recover, she will require a DC cardioversion. She converted on her own; I suppose this was atrial fibrillation at that point. Since then, she has been on the sotalol medicine in which her compliance has been borderline. She did report when she does not take her sotalol, she developed this fast heart rate and heartbeats. She does not report any exertional chest pain but does report dyspnea. No orthopnea. No PND reported. Her husband had sudden cardiac death with massive MIs so she is a little apprehensive and wanted her heart to be checked out. There is a family history of heart disease in her mother who died at the age of 60. She has eight siblings; all of them have diabetes mellitus. The patient is the second oldest to her brother, who has no known heart condition. She denies any other specific symptoms. She is planning to undergo a dental procedure and needed clearance from a cardiac standpoint.

**REVIEW OF SYSTEMS:**
Review of systems is noncontributory except for what is mentioned in the HPI.

**PHYSICAL EXAMINATION:**
Height: 5'4"
Weight: 272 lbs.
Blood pressure: 158/87
Pulse: 82
Respirations: 20
HEENT: Normal and unremarkable.
Neck: Neck veins are nondistended. A faint systolic sound on the left, possibly bruit.
Heart: Regular rhythm. Normal S1 and S2. There is no audible murmur or gallop.
Lungs: Fair air entry. Clear to auscultation. Normal percussion.
Abdomen: Soft and nontender. Bowel sounds are audible.
Extremities: No evidence of clubbing or cyanosis. There is trivial edema.
Neurological: There I no focal neurologic deficit.

**EKG:** Showed sinus rhythm with occasional PACs and diffused nonspecific ST and T wave abnormalities; cannot rule out ischemia.

**IMPRESSION:**
1. Dyspnea on exertion.

October 29, 2007
Ora Brock
Page 3 of 3

2. Possible left carotid bruit.
3. Hypertension.
4. Hypercholesterolemia.
5. Dyslipidemia.
6. Paroxysmal atrial fibrillation.
7. Insulin-requiring diabetes mellitus.

PLAN:

1. Schedule patient for a dipyridamole/Cardiolite stress test, an echocardiogram, a 48-hour Holter monitor and a carotid Doppler study.
2. Start patient on Dyazide one everyday at 37.5/25 mg daily.
3. Check BMP in one week.
4. Add Crestor 10 mg daily and check lipids, CMP, CPK and a TSH in six weeks.
5. The patient will return in two months for a followup appointment.
6. I do incline to adjust multiple of her medication starting with nifedipine and then consider taking her off sotalol. Again, it depends on the paroxysms of her atrial fibrillation. I believe the blood pressure control should improve with taking diuretic. The patient was on Lasix which she has not been taking for at least a month or so.

Hamid Salam, M.D., F.A.C.C.
Dictated But Not Proofread

HS: gn/ab/va
DD: 10-29-2007
DT: 10-30-2007



Name: BROCK ORA
ID:
Date: 03/05/08          Time:01:37PM
Age: 59                 Sex: FEMALE
Hgt:           IN       Wgt:           LBS
Med1:
Med2:
Cc11:
Cc12:
Cmnt:

Vent rate:   75

--Durations--
P :    120
QRS:    88

--Intervals--
PR :   156
QT :   406
QTc:   432

--Axes--
P :     43
QRS:    40
T :     40

SINUS RHYTHM
SUPRAVENTRICULAR EXTRASYSTOLES
MINOR I.V. CONDUCTION DEFECT
ST-T change in the lateral leads
THESE MINOR CHANGES ARE OF EQUIVOCAL SIGNIFICANCE ONLY

SUMMARY: BORDERLINE NORMAL          ** UNCONFIRMED ANALYSIS **
WARNING: DATA QUALITY MAY AFFECT INTERPRETATION.



Name: BROCK ORA
ID   : 21452
Date : 02/06/08        Time:02:30PM
Age  : 59             Sex : FEMALE
Hgt  :     IN         Wgt :     LBS
Med1:
Med2:
Col1:
Col2:
Cmt:

| Vent rate:  68 | SINUS RHYTHM |
| --Durations-- | MINOR T-V CONDUCTION DEFECT |
| P  : 104 | Extensive ST-T changes |
| QRS:  86 | BORDERLINE ABNORMAL CHANGES POSSIBLY DUE TO MYOCARDIAL |
| --Intervals-- | ISCHEMIA |
| PR : 138 | |
| QT : 424 | |
| QTc: 438 | |
| --Axes-- | SUMMARY: |
| P  :  25 | BORDERLINE ABNORMAL |
| QRS:  29 | |
| T  :   0 | ** UNCONFIRMED ANALYSIS ** |

BURDICK REORDER NO./REF:716-0284-00

Brock, Ora
ID:  21452

FEMALE          BLACK     59 YEARS
Dr:
Tech:     Gv

01/07/2008  14:38:04

| | |
|---|---|
| Vent. Rate: | 75 bpm |
| RR Interval: | 796 ms |
| PR Interval: | 156 ms |
| QRS Duration: | 80 ms |
| QT Interval: | 400 ms |
| QTc Interval: | 426 ms |
| QT Dispersion: | 46 ms |
| P-R-T AXIS: | 3°   28°  -26° |

Sinus rhythm with PAC(s)
Inferior/lateral T wave changes are nonspecific

Border-line ECG

* Unconfirmed Analysis *



Brock,Ora
ID:   21452

FEMALE                BLACK        59 YEARS
Dr:
Tech:   Gv

10/29/2007  12:12:46          Sinus rhythm with PACs
                              Inferior/lateral ST-T changes may be due to myocardial ischemia

| | |
|---|---|
| Vent. Rate: | 80 bpm |
| RR Interval: | 745 ms |
| PR Interval: | 154 ms |
| QRS Duration: | 78 ms |
| QT Interval: | 370 ms |
| QTc Interval: | 405 ms |
| QT Dispersion: | 126 ms |
| P-R-T AXIS: | 56°  37°  -81° |

Abnormal ECG

* Unconfirmed Analysis *

St. Tammany Heart and Vascular

Farhad Aduli, M.D., F.A.C.C.
Hamid Salam, M.D., F.A.C.C.
Adriana Nagy, M.D. F.A.C.C.
Reba Weymouth, A.P.R.N.
Lisa Golden, A.P.R.N.
Allyson Callahan, A.P.R.N.

1203 S. Tyler St., Suite E
Covington, La. 70433

**Name:** BROCK, ORA

**Date:** 10-30-07   **Physician:** SALAM/HILL

**Tape #** 21452   Teresa Shows, RDCS, RVT, 71725
DOB 4-19-1948

## ECHOCARDIOGRAM

| AGE 59 | SEX FE | HEIGHT | WEIGHT | CLINICAL DIAGNOSIS AFIB | | | BP |
|---|---|---|---|---|---|---|---|

| | Patient | Normal Adult Values | | Patient | Normal Adult Values |
|---|---|---|---|---|---|
| Right Ventricle | | 0.9-2.6 cm | Mitral Valve E-F | | |
| Left Ventricle LIDD | 4.3 | 3.5-5.7 cm | D-E | | |
| LIDS | 2.6 | Variable | Aortic Valve Opening | 1.7 | 1.5-2.6 cm |
| IV Septum | 1.2 | 0.6-1.1 cm | Aortic Root | 2.1 | 2.0-3.7 cm |
| LVPW | 1.2 | 06-1.1 cm | Left Atrium | 3.4 | 1.9-4.0 cm |
| % Fractional Shortening | 39% | 32-44% | % Ejection Fraction | 65% | 50-75% |

### DOPPLER AND COLOR FLOW STUDIES

| Area Interrogated | Max Velocity (M/Sec) | Adult Normals | Gradient (mmHg) | |
|---|---|---|---|---|
| | | | | Aortic Valve Area _____ cm² |
| | | | | Mitral Valve Area   2.7   cm² |
| Mitral Flow | 0.9 | (0.6-1.3) | | E:A 0.7 |
| Aortic Flow | 2.0 | (1.0-1.7) | | DECEL 281 ms |
| Tricuspid Flow | | (0.3-0.7) | | DPDT 1685 mmHg/sec |
| Pulmonic Flow | 1.1 | (0.6-0.9) | | EPAP 28 mmHg |

INTERPRETATION:
2-dimensional, color flow, M-mode and Doppler echocardiography was reviewed.    All four cardiac chamber dimensions are normal.
Left ventricular wall thickness is suggestive of mild concentric LVH.   Overall left ventricular systolic function is within normal limits.
Estimated EF is around 65%.   Mitral, aortic and tricuspid valves are structurally normal.   No significant pericardial effusion is seen.
No obvious intracardiac mass or thrombi are visualized.

Color flow reveals mild tricuspid and mitral insufficiency.  Tricuspid regurge velocities are suggestive of normal pulmonary artery
systolic pressure.  Mitral inflow shows a prominent A wave suggestive of left ventricular relaxation abnormalities.

CONCLUSION:
1.   Technically slightly limited study.
2.   Concentric LVH with normal systolic function.
3.   Left ventricular relaxation abnormalities seen on mitral inflow pattern.
DD:11-4-07 DT:11-5-07

Hamid Salam, M.D. F.A.C.C.
HS/bs                                              DICTATED BUT NOT PROOF READ

# ECHOCARDIOGRAPHIC REPORT

St. Tammany Heart & Vascular Institute, L.L.C.
Farhad X. Aduli, M.D., F.A.C.C.
Hamid Salam, M.D., F.A.C.C.
Adriana Nagy, M.D. F.A.C.C.
Reba Weymouth, A.P.R.N.
Lisa Golden, A.P.R.N.
Allyson Callahan, A.P.R.N.

1203 S. Tyler Street/Suite E
Covington, LA 70433
Phone: (985) 871-6020
Fax: (985) 871-6025

SPECIALIZING IN THE DIAGNOSIS AND TREATMENT
OF HEART AND PERIPHERAL VASCULAR DISEASE

## DIPYRIDAMOLE STRESS TEST

NAME: Ora Brock
Chart#: 21452, DOB 4-19-1948
DATE: 10-30-07
Referring Physician: Salam/Hill

FINDINGS:

Baseline electrocardiogram revealed sinus rhythm with poor R wave progression and inferolateral ST segment abnormality.

The patient then received intravenous Dipyridamole 60 mgs under continuous electrocardiographic monitoring over 4 minutes. Patient tolerated the procedure well. No diagnostic ST segment changes were noted during this protocol.

IMPRESSION:
1. EKG portion of this test is negative for ischemia.
2. Diagnostic sensitivity of the test is impaired due to baseline ST segment abnormalities.
3. Patient remained hemodynamically stable.
4. No significant arrhythmias are present.
5. The test was performed in conjunction with nuclear perfusion images the results of which will be reported separately.

NM:bs

Naveed Malik, M.D/Hamid Salam, MD:F.A.C.C.
Dictated But Not Proof Read

St. Tammany Heart & Vascular Institute, L.L.C.
Farhad X. Aduli, M.D., F.A.C.C.
Hamid Salam, M.D., F.A.C.C.
Reba Weymouth, A.P.R.N.
Lisa Golden, A.P.R.N.
Allyson Callahan, A.P.R.N.

1203 S. Tyler Street/Suite E
Covington, LA 70433
Phone: (985) 871-6020
Fax: (985) 871-6025

SPECIALIZING IN THE DIAGNOSIS AND TREATMENT
OF HEART AND PERIPHERAL VASCULAR DISEASE

**NUCLEAR MYOCARDIAL PERFUSION SCAN:**

NAME: Ora Brock
Chart#: 21452  DOB 4-19-1948
DATE: 10-30-07
Referring Physician: Salam/Hill

**FINDINGS:**

Patient was given 15.5 millicuries of intravenous Cardiolite and resting SPECT cardiac images obtained. Patient subsequently received intravenous Dipyridamole 60 mgs followed by an injection of 29.9 millicuries of intravenous Cardiolite. Post stress SPECT cardiac images were obtained and compared to the resting images. The EKG portion of this test will be dictated separately.

There appears to be a fixed anterior wall defect. No definite stress induced reversible perfusion abnormalities are noted. Gated images reveal normal wall motion. Calculated LVEF is 73%.

**CONCLUSION:**
1. Fixed anterior wall defect likely representing breast attenuation, clinical correlation is recommended.
2. Wall motion and EF are both within normal limits.

NM:bs
DD:11-1-07 DT:11-2-07

Naveed Malik, M.D./Hamid Salam, M.D. F.A.C.C.
Dictated But Not Proof Read

St. Tammany Heart & Vascular Institute, L.L.C.
Farhad X. Aduli, M.D., F.A.C.C.
Hamid Salam, M.D., F.A.C.C.
Reba Weymouth, A.P.R.N.
Lisa Golden, A.P.R.N.
Allyson Callahan, A.P.R.N.

1203 S. Tyler Street/Suite E
Covington, LA 70433
Phone: (985) 871-6020
Fax: (985) 871-6025

SPECIALIZING IN THE DIAGNOSIS AND TREATMENT
OF HEART AND PERIPHERAL VASCULAR DISEASE

## HOLTER MONITOR REPORT:

NAME:  Ora Brock
Chart#: 21452  DOB 4-19-1948
DATE:  11-5-07
Referring Physician: Salam/Hill

### FINDINGS:

Predominant rhythm is sinus rhythm with a minimum of 55 and a maximum of 146 bpm. Average heart rate is 85 bpm. Occasional isolated PVCs are noted some of them in bigeminy and two couplets.  Isolated PACs were also noted with a short 7 beat run of a narrow complex tachycardia at a rate of 169 bpm.  No high grade SA or AV nodal block is noted.    Technical quality of the holter is excellent.

### IMPRESSION:

1.  Sinus rhythm with rare PVCs and two couplets.
2.  Rare isolated PACs are also present with short 7 beat run of ectopic atrial tachycardia.

NM:bs
DD:11-25-07 DT:11-26-07

Naveed Malik, M.D./Hamid Salam, M.D. F.A.C.C.
Dictated But Not Proof Read

*pull chart*
*12/9*

St. Tammany Heart and Vascular
Farhad Aduli, M.D., F.A.C.C.
Hamid Salam, M.D., F.A.C.C.
Adriana Nagy, M.D., F.A.C.C.

## Patient Information

| | |
|---|---|
| Name: BROCK, ORA | Gender: Female |
| ID: 21452 | Height: |
| Age: 59 Years | Weight: 250 Pounds |
| Medications: | Race: African-American |
| | Hookup Technician: GENISIS |
| | Scan Technician: JENNIFER |
| | Referred By: DR. HILL |
| Indications: | Overreading Physician: DR. SALAM |
| HYPERTENSION | Channels Analyzed: Ch 1 2 3 |
| | Duration: 47:43 |
| | Artifact: <1 % |
| | Hookup Date: 11/05/07 09:39:00am Mon |

## Holter Report Summary

Total QRS Complexes:    243925
Ventricular Ectopics:       169 (<1%).
Supraventricular Ectopics:   1743 (<1%)

Heart Rate:
  min:  55 bpm at 09:50:57am Mon
  max: 146 bpm at 12:51:35pm Mon
  avg:  85 bpm

rate >= 120 bpm for 00:00:03
rate <= 50 bpm for 00:00:00

Pause(s):    0 pauses (>= 2.0 seconds )

### Ventricular Events
Isolateds:              165
In Bigeminal Cycles:     24
Couplets:                 2
Runs:                     0

### Supraventricular Events
Isolateds:    1728
Couplets:     4
Runs:         1
Longest:   7 beats, 169 bpm at 12:51:34pm Mon

## ST Events
ST Depression
  Ch1:  6 episodes max -2.7mm 10:01:44pm Mon
  Ch2:  0 episodes
  Ch3:  0 episodes

ST Elevation
  Ch1:   0 episodes
  Ch2:   0 episodes
  Ch3:   0 episodes

## Interpretation

SR w/ rare PVCs, 2 Couplets
Isolated PACs wtth short 7 beat
run of EAT
                      yaSp-

Signed   Dr M          Date  11/28/07

Facility: St. Tammany Heart and Vascular  
Name: BROCK, ORA                                     TABULAR                          ID: 21452  
                                                                                     Hookup 09:39 AM

| Time | Heart Rate | | | Total | Ventricular | | | | | Supraventricular | | | | Pauses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Min | Avg | Max | QRS | Runs | Couplets | Isolated | Total | /1000 | Runs | Couplets | Isolated | Total | |
| 09:44 Mon | 55 | 64 | 86 | 1028 | 0 | 0 | 13 | 13 | 13 | 0 | 0 | 12 | 12 | 0 |
| 10:00 | 55 | 72 | 92 | 4338 | 0 | 0 | | | 0 | 0 | 0 | 27 | 27 | 0 |
| 11:00 | 65 | 81 | 96 | 4872 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 55 | 0 |
| 12:00pm | 76 | 85 | 146 | 5124 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 26 | 0 |
| 01:00 | 73 | 89 | 104 | 5341 | 0 | 0 | 16 | 16 | 3 | 0 | 0 | 40 | 40 | 0 |
| 02:00 | 74 | 91 | 106 | 5432 | | | | | | | 0 | 55 | 55 | 0 |
| 03:00 | 77 | 95 | 109 | 5706 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 21 | 0 |
| 04:00 | 70 | 91 | 102 | 5440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 9 | 0 |
| 05:00 | 74 | 85 | 99 | 5106 | 0 | 0 | 1 | 1 | <1 | 0 | 0 | 3 | 3 | 0 |
| 06:00 | 73 | 88 | 106 | 5302 | | | | | | | 0 | 12 | 12 | 0 |
| 07:00 | 72 | 89 | 101 | 5357 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 0 |
| 08:00 | 71 | 83 | 102 | 4952 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 11 | 0 |
| 09:00 | 69 | 82 | 97 | 4917 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 8 | 0 |
| 10:00 | 75 | 86 | 102 | 146 | 0 | 0 | | | <1 | 0 | 0 | 17 | 17 | 0 |
| 11:00 | 77 | 87 | 104 | 5197 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 0 |
| 12:00 Tue | 79 | 85 | 94 | 5105 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 8 | 0 |
| 01:00 | 74 | 88 | 105 | 5274 | 0 | 1 | | 2 | <1 | 0 | 1 | 5 | 7 | 0 |
| 02:00 | 75 | 88 | 110 | 5281 | 0 | 0 | | | | | 0 | 2 | 2 | 0 |
| 03:00 | 79 | 89 | 104 | 5347 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 11 | 0 |
| 04:00 | 72 | 89 | 107 | 5360 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 29 | 0 |
| 05:00 | 70 | 87 | 103 | 5195 | 0 | 0 | 3 | 3 | <1 | 0 | 0 | 14 | 14 | 0 |
| 06:00 | 71 | 84 | 106 | 5029 | 0 | 0 | 3 | 3 | <1 | 0 | 0 | 14 | 14 | 0 |
| 07:00 | 69 | 88 | 108 | 5270 | 0 | 0 | 23 | 23 | 4 | 0 | 0 | 41 | 41 | 0 |
| 08:00 | 67 | 92 | 115 | 5538 | 0 | 0 | 13 | 13 | 3 | 0 | 0 | 40 | 40 | 0 |
| 09:00 | 71 | 85 | 102 | 5092 | 0 | 0 | 13 | 13 | 3 | 0 | 1 | 82 | 84 | 0 |
| Total | 55 | 86 | 146 | 125752 | 0 | 2 | 117 | 121 | <1 | 1 | 3 | 520 | 533 | 0 |

Facility: St. Tammany Heart and Vascular     ID: 21452
Name: BROCK, ORA       **TABULAR**     Hookup: 09:39 AM

| Time | Heart Rate | | | Total | Ventricular | | | | | Supraventricular | | | | Pauses |
|------|-----|-----|-----|------|------|---------|----------|-------|-------|------|----------|----------|-------|--------|
| | Min | Avg | Max | QRS | Runs | Couplets | Isolated | Total | /1000 | Runs | Couplets | Isolated | Total | |
| 10:00 Tue | 75 | 88 | 102 | 5285 | 0 | 0 | 3 | 3 | <1 | 0 | 0 | 47 | 47 | 0 |
| 11:00 | 73 | 83 | 106 | 4965 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 64 | 64 | 0 |
| 12:00pm | 73 | 84 | 103 | 5032 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 55 | 55 | 0 |
| 01:00 | 74 | 91 | 108 | 5456 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 107 | 107 | 0 |
| 02:00 | 76 | 91 | 105 | 5468 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 204 | 204 | 0 |
| 03:00 | 77 | 99 | 115 | 5932 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115 | 115 | 0 |
| 04:00 | 76 | 98 | 115 | 5902 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 126 | 126 | 0 |
| 05:00 | 68 | 92 | 112 | 5508 | 0 | 0 | 12 | 12 | 2 | 0 | 0 | 62 | 62 | 0 |
| 06:00 | 76 | 97 | 115 | 5822 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 26 | 0 |
| 07:00 | 78 | 90 | 110 | 5422 | 0 | 0 | 2 | 2 | <1 | 0 | 0 | 20 | 20 | 0 |
| 08:00 | 76 | 87 | 103 | 5187 | 0 | 0 | 0 | 0 | <1 | 0 | 0 | 14 | 14 | 0 |
| 09:00 | 71 | 84 | 105 | 5042 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 36 | 0 |
| 10:00 | 70 | 82 | 104 | 4952 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 14 | 0 |
| 11:00 | 69 | 81 | 95 | 4855 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 12 | 0 |
| 12:00 Wed | 66 | 77 | 90 | 4630 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 21 | 0 |
| 01:00 | 63 | 74 | 87 | 4427 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 21 | 0 |
| 02:00 | 65 | 74 | 85 | 4407 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 17 | 0 |
| 03:00 | 61 | 76 | 93 | 4544 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 16 | 0 |
| 04:00 | 63 | 77 | 96 | 4616 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 6 | 0 |
| 05:00 | 66 | 78 | 107 | 4690 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 8 | 0 |
| 06:00 | 62 | 80 | 106 | 4739 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 16 | 0 |
| 07:00 | 71 | 96 | 115 | 5431 | 0 | 0 | 1 | 1 | <1 | 0 | 0 | 49 | 50 | 0 |
| 08:00 | 64 | 81 | 103 | 3796 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 148 | 147 | 0 |
| 09:00 | 67 | 79 | 103 | 2070 | 0 | 0 | 3 | 3 | 1 | 0 | 0 | 21 | 21 | 0 |
| 10:00 | | | | | | | | | | | | | | |
| Total | 61 | 85 | 115 | 118173 | 0 | 0 | 48 | 48 | <1 | 0 | 1 | 1208 | 1210 | 0 |
| Procedure | 55 | 85 | 146 | 243925 | 0 | 2 | 165 | 169 | <1 | 1 | 4 | 1728 | 1743 | 0 |

Printed: 11/03/07 07:25:10 AM The Pause Duration: >= 2.0 seconds

Bradycardia Rate: <= 50 bpm
Tachycardia Rate: >= 120 bpm

SVE Prematurity: >= 25 % early
SVE ATach: >= 85 bpm

ST Elevation: >= 3.0mm
ST Depression: <= -1.0mm
ST Duration: >= 60 seconds
ST Reset: >= 60 seconds

© Copyright SpaceLabs Burdick Inc 1993-2000 All Rights Reserved 600 V3.2

Page 3

Facility: St Tammany Heart and Vascular                                              ID: 21452
Name: BROCK, ORA                          ST SUMMARY                          Hookup 09:59 AM

## ST CHANNEL SUMMARY

| ST Depression | Total Episodes | Total Duration (minutes) | Maximum ST Depression (level/time) |
|---|---|---|---|
| Ch. 1 | 6 | 282.4 | -2.7 10:01:44pm Mon |
| Ch. 2 | 0 | 0 | |
| Ch. 3 | 0 | | |

| ST Elevation | Total Episodes | Total Duration (minutes) | Maximum ST Elevation (level/time) |
|---|---|---|---|
| Ch. 1 | 0 | | |
| Ch. 2 | 0 | | |
| Ch. 3 | 0 | | |

## ST EPISODE SUMMARY

| Time and Day | Maximum Depression | Maximum Elevation | Slope U,D,H | Duration (minutes) | Ch. | Heart Rate Onset | Heart Rate Maximum |
|---|---|---|---|---|---|---|---|
| 09:44:41am Mon | -2.7 | | H | 2747.7 | 1 | 68 | 93 |
| 07:40:19am Wed | -2.3 | | H | 38.7 | 1 | 105 | 106 |
| 31:57am | -1.5 | | H | 2.4 | 1 | 78 | 79 |
| 38:43am | -1.4 | | H | 2.4 | 1 | 76 | 75 |
| 08:42:27am | -1.5 | | H | 5.5 | 1 | 66 | 77 |
| 08:59:01am | -1.9 | | H | 27.7 | 1 | 77 | 77 |





Facility: St. Tammany Heart and Vascular
Name: BROCK, ORA
ID: 21452
STRIPS  Ch: 1,2,3
Hookup: 09:39 AM

09:44:04am Mon    Baseline
HR: 59

09:44:21am Mon    SV Isolated
HR: 67

09:44:30am Mon    SV Isolated
HR: 60

09:45:04am Mon    SV Isolated
HR: 66

09:45:34am Mon    SV Isolated
HR: 66

09:50:57am Mon    Minimum Heart Rate
HR: 55

10:41:39am Mon    V Isolated
HR: 83

10:50:24am Mon    V Isolated
HR: 82

© Copyright SpaceLabs Burdick Inc 1993-2000. All Rights Reserved  600 V3.2

Page 6







Facility: St. Tammany Heart and Vascular
Name: BROCK, ORA                                    ID: 21452
                          STRIPS: Ch 1 2 3             Hookup: 09:39 AM

Printed: 11/28/07 07:25:11 AM Thu
Pause Duration: >= 2.0 seconds
        Bradycardia Rate: <= 50 bpm
        Tachycardia Rate: >= 120 bpm
SVB Prematurity: >= 25 % early
SVE ATach: >= 85 bpm
ST Elevation: >= 3.0mm
ST Depression: <= -1.0mm
ST Duration: >= 60 seconds
ST Reset: >= 60 seconds
© Copyright SpaceLabs Burdick Inc 1998-2000. All Rights Reserved  609 V3.2                      Page 10

© Copyright SpaceLabs Burdick Inc 1998-2006 All Rights Reserved  600 V3.2

Angio Coronary Diagnostic Results Report

| Pt Name: | BROCK, ORA W | MRN: | 242056 |
| Pt ID: | 2005015263 | Acct No: | 375861261 |
| DOB: | 04/19/1948 | Age/Sex | 59Y/F |
| Adm DTime: | 11/09/2007 05:01 | Atn Dr: | SALAM,, HAMID MD |
| Nurse Sta: | OPCVO | Rm/Bed: | |
| Dx: | | | |
| Alrg: | NKDA | | |

| Order Name: | Angio Coronary Diagnostic | Observation Dtime: | 11/09/2007 09:05 |
| Result Name: | Angio Coronary Diagnostic | Result Status: | Final Result |

Reading Physician: ID=023358, SALAM, HAMID
Result Status: Final
Date: 11/09/2007.   ORDER ACCESSION #: 1611284
ANGIO CORONARY DIAGNOSTIC
RESULT:
1. LEFT HEART CATHETERIZATION.
2. LEFT VENTRICULAR ANGIOGRAPHY.
3. LEFT AND RIGHT CORONARY ANGIOGRAPHY.
4. SELECTIVE BILATERAL RENAL ARTERY ANGIOGRAPHY.
5. AORTIC ROOT ANGIOGRAPHY.
Indication: This is a 59 year old woman who has history of diabetes,
hypertension, hypercholesterolemia who has been having chest discomfort
and exertional SOB.  She underwent a stress test showing abnormalities.
Patient is brought in for evaluation of her coronary and renal anatomy.
PROCEDURE:
The right groin was infiltrated with Xylocaine.  Right femoral arterial
puncture was made and a 4 French sheath was introduced.  A 4 French JL4
catheter was introduced and used for left coronary angiography.  The
catheter was then exchanged for a JR4 catheter which was tried but it
would not engage into the right coronary.  Nonselective angio shows ?
anomalus origin of the right coronary.  A pigtail catheter was then
inserted where left heart catheterization and left ventricular angio was
performed.  After performing the pullback pressure aortic root angio was
performed also.  The catheter was then exchanged for a AL1 catheter which
was used for selective angiography of the right coronary artery which
seems to have anomalus origin towards the left coronary cusp although it
does not seem to be all the way back to the left coronary cusp.  The AL1
was exchanged for a JR4 catheter again which was used for selective
angibgraphy of bilateral renal arteries.  Femoral artery angio was then
performed and Perclose device was deployed to obtain hemostasis.  No
immediate complications.  The patient tolerated the procedure well.
CORONARY ANGIOGRAPHY:
The left main was a large caliber vessel without significant disease.  It
gives rise to a large LAD which proximally bifurcates into what appears
to be like two equally caliber branches medium to large caliber LAD and a
diagonal branch.  Both of them did not show any focal stenosis.  The left
circumflex system is relatively smaller.  Large caliber to start with
then dividing into medium caliber and obtuse marginal branches without
significant disease.
The right coronary has somewhat anomalus origin towards the left coronary

Angio Coronary Diagnostic Results Report

| Pt Name: | BROCK, ORA W | MRN: | 242056 |
|---|---|---|---|
| Pt ID: | 2005015263 | Acct No: | 375661261 |
| DOB: | 04/19/1948 | Age/Sex | 59Y/F |
| Adm DTime: | 11/09/2007 05:01 | Atn Dr: | SALAM,, HAMID MD |
| Nurse Sta: | OPCVO | Rm/Bed: | |
| Dx: | | | |
| Alrg: | NKDA | | |

| Order Name: | Angio Coronary Diagnostic | Observation Dtime: | 11/09/2007 09:05 |
|---|---|---|---|
| Result Name: | Angio Coronary Diagnostic | Result Status: | Final Result |

cusp.  Again no focal stenosis of right coronary system.
LEFT VENTRICULOGRAPHY
Normal LV systolic function.  EF is around 55-60%.  No wall motion
abnormalities.
There is a single renal artery on the left, large caliber without
significant disease.
On the right there is a small accessory superior renal artery which
supplies the lower pole and a the larger inferior renal artery which
supplies rest of the kidney.
EMPRESSION:
1. No significant coronary artery disease by angiography.
2. Note anomalus origin of right coronary as described above.
3. Unremarkable renal arteries.
4. Normal LV systolic function and normal LVEDP.
DD:DT:11-9-07
HS

Comments

Result Comments:

Requisition Comments:

| Ordering Dr: | SALAM, HAMID | Order Date/Time: | 11/09/2007 07:15 |
|---|---|---|---|
| | | Ord#/Occurrence#: | 4252471 / 8327796 |

Pt Name: BROCK, ORA W                                    MRN: 242056
Rm/Bed:                                Page 2 of 2                Angio Coronary Diagnostic Results Report
© 2004-2007 Siemens Medical Solutions Health Services Corporation.  All rights reserved.              ORE_0126.rpt Version 1.00
Crystal Reports © 1991-2007 Business Objects Software Limited. All rights reserved.              Printed By: Snow, Alison

30-APR-2008   05:33          ST. TAMMANY PARISH HOSPITAL                    Page 8/91

(R)

ST. TAMMANY PARISH HOSPITAL                          Patient: BROCK, ORA W
1202 SOUTH TYLER STREET - COVINGTON, LA 70433        Med Rec#: {0000}0000-242056
(985) 898-4417                                       DOB: 04/19/1948  Age/Sex: 60 YRS F

Department of Pathology                              Physician: SALAM, HAMID
Dale J. Morvant, M.D., Medical Director              Service Date: 04/29/08  Loc: OPD
                                                     Copy to: SALAM, HAMID

                              CHEMISTRY - ROUTINE

   COLLECTION DATE   04/29/08
   COLLECTION TIME   1312
                                    (4-30-08)        REFERENCE      UNITS
SODIUM             141                               (137-145)      MMOL/L
POTASSIUM          3.4L    4.7                        (3.5-5.1)      MMOL/L
CHLORIDE           99                                (98-107)       MMOL/L
CO2                32H   — 27                         (22-31)        MMOL/L
ANION GAP          10                                (8-16)         MMOL/L
GLUCOSE            245H  — 216                        (80-115)       MG/DL
BUN                10                                 (7-18)         MG/DL
CREATININE         0.75                              (0.52-1.04)    MG/DL
eGFR ESTIMATED     95≥                               (> 61)         mL/min
BUN/CREAT RATIO    13.3                                              %
TOTAL PROTEIN      7.9                                (6.3-8.2)      G/DL
ALBUMIN            4.1                                (3.5-5.0)      G/DL
A/G RATIO          1.1                                (1.1-2.6)
CALCIUM            9.4                                (8.4-10.2)     MG/DL
TRIGLYCERIDES      79F  —100                          (70-290)       MG/DL

*(handwritten: need f/w/c PCD for B5 control; ?get to Dr. Laurent)*

*(handwritten: Lisinopril 40y qHS; Crestor 10y qd; Fish oil 1000y qd)*

*(handwritten: make sure pt is on ... 40 mg qd ... KCL 20 meq bid ... repeat it 2 wk ...)*

Legend:
L = Low, H = High, f = Footnote
ESTIMATED (01/23/08 -- Current)
         Units are mL/min/1.73 d2

         ADULT REFERENCE RANGE: > 60 mL/min/1.73m2

         Estimated GFR values above 60 mL/min/1.73m2 should be interpreted as "above
         60 mL/min/1.73m2, not as an exact number.

         The eGFR is calculated based on the patient race entered at registration.
TRIGLYCERIDES (Initial -- Current)
         Recommended (desirable) levels for adults:
         Male: 40-160 MG/DL
         Female: 35-135 MG/DL

                                          RECEIVED
                                          APR 3 0 2008
                                          BY:

                                       Patient Name: BROCK, ORA W

                              Report Date/Time : 04/30/2008 0530    Page :  1
────────────────────── FAX REPORT ──────────────                   Continued

30-APR-2008  05:33          ST. TAMMANY PARISH HOSPITAL                    Page 9/91

ST. TAMMANY PARISH HOSPITAL                          Patient: BROCK, ORA W
1202 SOUTH TYLER STREET, COVINGTON, LA 70433         Med Rec#: (0000)0000-242056
                                                     DOB: 04/19/1948  Age/Sex: 60 YRS F
Department of Pathology                              Physician: SALAM, HAMID
Dale J. Morvant, M.D., Medical Director              Service Date: 04/29/08  Loc: OPD

                              CHEMISTRY - ROUTINE

COLLECTION DATE   04/29/08
COLLECTION TIME   1312

| | | | REFERENCE | UNITS |
|---|---|---|---|---|
| CHOLESTEROL | 154H | 154 | | MG/DL |
| HDL CHOLESTEROL | 39 | 40 | (39-60) | MG/DL |
| LDL CHOL CALC | 99H | 99 | | MG/DL |
| CHD RISK | 3.95 | | | |
| BILIRUBIN TOTAL | 0.6 | | (0.2-1.3) | MG/DL |
| MAGNESIUM | 1.7 | | (1.7-2.2) | MG/DL |
| AST (SGOT) | 27 | | (14-36) | U/L |
| ALT (SGPT) | 32 | | (7-56) | U/L |
| PHOS | 142H | 130 | (38-126) | U/L |

CHD INTERP    04/29/08 1312 Based on the results of the Cholesterol, Triglyceride,
                           HDL Cholesterol, and LDL Cholesterol this patient has an
                           average risk of developing Coronary Heart Disease.

| | | | | |
|---|---|---|---|---|
| CPK | 197H | | (30-135) | U/L |

Legend:
High, H = Footnote
CHOLESTEROL (05/01/05 -- Current)
        Adult levels in terms of risk for coronary heart disease:
        Desirable: less than 200 MG/DL
        Borderline High: 200-239 MG/DL
        High: greater than or equal to 240 MG/DL
LDL CHOL CALC (05/01/05 -- Current)
        Adult levels in terms of risk for coronary heart disease:
        Optimal: less than 100 MG/DL
        Near to above Optimal: 100-129 MG/DL
        Borderline High: 130-159 MG/DL
        High: 160-189 MG/DL
        Very High: greater than 190 MG/DL

                              Patient Name:  BROCK, ORA W

                              Report Date/Time : 04/30/2008 0530    Page :  2
                                                                    Continued
_____ F A X   R E P O R T _____

30-APR-2008  05:33          ST. TAMMANY PARISH HOSPITAL          Page 10/91

ST. TAMMANY PARISH HOSPITAL
1202 SOUTH TYLER STREET, COVINGTON, LA 70433

Department of Pathology
Dale J. Morvant, M.D., Medical Director

Patient: BROCK, ORA W
Med Rec#: (D000)0000-262056
DOB: 04/19/1948  Age/Sex:  60 YRS F
Physician: SALAH, HAMID
Serviced Date: 04/29/08  Loc: OPØ

CHEMISTRY - SPECIAL

COLLECTION DATE  04/29/08
COLLECTION TIME  1342

| | | REFERENCE | UNITS |
|---|---|---|---|
| TSH | 0.7311 | (0.465-4.680) | uIU/mL |

HEMATOLOGY - CBC/DIFF

COLLECTION DATE  04/29/08
COLLECTION TIME  1312

(1-28-08)

| | | REFERENCE | UNITS |
|---|---|---|---|
| WBC | 13.6H | (4.5-11.0) | K/uL |
| | 5.18 | (3.80-5.20) | M/uL |
| HEMOGLOBIN | 14.3 | (11.7-15.7) | gm/dl |
| HEMATOCRIT | 42.9 | (34.9-46.9) | % |
| RCV | 82.8 | (80.8-100.0) | FL |
| MCH | 27.6 | (26.4-34.0) | PG |
| MCHC | 33.3 | (30.0-36.5) | g/dl |
| RDW | 14.0 | (11.5-14.5) | % |
| PLT | 410H | (130-400) | K/uL |
| MPV | 11.4 | (8.3-14.0) | FL |
| SEGS | 47 | (36-66) | % |
| BANDS | 0 | (0-11) | % |
| IMMATURE GRANS | 0 | (0-0) | % |
| LYMPHOCYTE | 19L | (24-44) | % |
| MONOCYTES | 5 | (0-10) | % |
| EOSINOPHIL | 29H | (0-5) | % |

Legend:
L=Low, H=High, f = Footnote
(03/14/06 -- Current)

TEST INFORMATION: TSH Ultrasensitive
Performance of this assay has not been established with neonatal specimens.

Thyroid hormone autoantibodies in samples may cause interference with the VITROS TSH assay. Results that are inconsistent with clinical observations indicate the need for additional testing.

WARNING: Heterophilic antibodies in serum or plasma of certain individuals are known to cause interference with immunoassays. There antibodies may be present in blood samples from individuals regularly exposed to animal or who have been treated with animal products.

Patient Name: BROCK, ORA W

Report Date/Time : 04/30/2008 0530   Page : 3 Continued

FAX REPORT

30-APR-2008   05:33          ST. TAMMANY PARISH HOSPITAL          Page 11/91

ST. TAMMANY PARISH HOSPITAL                      Patient:  BROCK, ORA W
1202 SOUTH TYLER STREET, COVINGTON, LA 70433     Med Rec#: (0000)0000-242055
                                                 DOB: 04/19/1948  Age/Sex:  60 YRS F
Department of Pathology                          Physician: SALAM, HAMID
Dale J. Morvant, M.D., Medical Director          Service Date: 04/29/08  Loc: OPD

                          HEMATOLOGY - CBC/DIFF

COLLECTION DATE : 04/29/08
COLLECTION TIME    1312

                                          REFERENCE        UNITS
BASOPHILS            0                     (0-2)            %
NEUTROPHIL#          6.4                    (1.6-7.3)       K/uL
LYMPHOCYTES#         2.6                    (1.1-4.8)       K/uL
MONOCYTES#           0.7                    (0.0-1.5)       K/uL
EOSINOPHILS#         3.9H                   (0.0-0.8)       K/uL
BASOPHILS#           0.0                    (0.0-0.3)       K/uL

Legend:
H = High

                                          Patient Name:  BROCK, ORA W

                          Report Date/Time :  04/30/2008 0530    Page :  4
                                                                 Continued
_____ F A X   R E P O R T _____

30-APR-2008  05:33          ST. TAMMANY PARISH HOSPITAL          Page 12/91

ST. TAMMANY PARISH HOSPITAL                     Patient: BROCK, ORA W
1202 SOUTH TYLER STREET, COVINGTON, LA 70433    Med Rec#: (0000)0000-242056
                                                DOB: 04/19/1948  Age/Sex:  60 YRS F
Department of Pathology                         Physician: SALAM, HAMID
Dale J. Morvant, M.D., Medical Director         Service Date: 04/29/08  Loc: CPD

HEMATOLOGY - SPECIAL

COLLECTION DATE:  04/29/08
COLLECTION TIME:  1312

HGB A1C              3.3Hf            REFERENCE      UNITS
                                      (0.0-5.9)      %

Legend:
H = High, f = Footnote
HGB A1C (02/02/06 -- Current)
        Normal Ranges: < 6.0 Non-Diabetic Range
                       6.0 - 7.0 ADA Therapeutic Range
                       > 7.0 Action Suggested

        Hgb A1c results are standardized based on the (NGSP) National
        Glycohemoglobin Standardization Program.

        Hemoglobin A1c levels are related to mean serum/plasma glucose during the
        preceding 2-3 months. The relationship table below may be used as a general
        guide.

        HGB A1C         APPROX. MEAN GLUCOSE
        -----------------------------------
          4%              .65 MG/DL
          5%             100 MG/DL
          6%             135 MG/DL
          7%             170 MG/DL
          8%             205 MG/DL
          9%             240 MG/DL
         10%             275 MG/DL
         11%             310 MG/DL
         12%             345 MG/DL

        Each 1% increase in HGB A1C is a reflection of an increase in mean glucose
        of approximately 35 MG/DL serum/plasma glucose.

                                        Patient Name:  BROCK, ORA W


                                        Report Date/Time:  04/30/08  0530    Page:   5
                                                                       END OF CHART
_____ F A X   R E P O R T _____



ST. TAMMANY PARISH HOSP...

B-2008  05:34                          (R)

ST. TAMMANY PARISH HOSPITAL                    Patient: BROCK, ORA W.
1202 SOUTH TYLER STREET, COVINGTON, LA 70433   Med Rec#: (0000)0000-242056
(985) 898-4417                                 DOB: 04/19/1948  Age/Sex: 59 YRS F

Department of Pathology                        Physician: SALAM, HAMID
Dale J. Morvant, M.D., Medical Director        Service Date: 02/20/08  Loc: OPD
                                               Copy to: SALAM, HAMID

CHEMISTRY - ROUTINE

| | | REFERENCE | UNITS |
|---|---|---|---|
| COLLECTION DATE | 02/20/08 | (137-145) | MMOL/L |
| COLLECTION TIME | 1134 | (3.5-5.1) | MMOL/L |
| | | (98-107) | MMOL/L |
| SODIUM | 140 | (22-31) | MMOL/L |
| POTASSIUM | 4.7 | (8-16) | MG/DL |
| CHLORIDE | 101 | (70-105) | MG/DL |
| CO2 | 27 | (7-18) | MG/DL |
| ANION GAP | 12 | (0.52-1.04) | MG/DL |
| GLUCOSE | 216H | (> 61) | ML/MIN |
| CREATININE | 0.77 | | % |
| eGFR ESTIMATED | 93† | (6.3-8.2) | G/DL |
| BUN/CREAT RATIO | 16.9 | (3.5-5.0) | G/DL |
| TOTAL PROTEIN | 7.9 | (1.1-2.6) | |
| ALBUMIN | 4.2 | (8.4-10.2) | MG/DL |
| A/G RATIO | 1.1 | (70-290) | MG/DL |
| CALCIUM | 9.9 | | |
| TRIGLYCERIDES | 100† | | |

*(handwritten notes across report)*

needs flu & RSV
for BS control
pt is on corticos
+ fluoronol...

Aston 10z qd
Fish al 1000z qd

OK

2-21-08  12:50 pm   unc

RECEIVED
FEB 2 1 2008
BY:

Legend:
High. † = Footnote
ESTIMATED (01/23/08 -- Current)
     Units are ml/min/1.73 m2

ADULT REFERENCE RANGE: > 60 mL/min/1.73m2

Estimated GFR values above 60 mL/min/1.73m2 should be interpreted as "above
60 mL/min/1.73m2, not as an exact number.

The eGFR is calculated based on the patient race entered at registration.

TRIGLYCERIDES (Initial -- Current)
     Recommended (desirable) levels for adults:
     Male: 40-160 MG/DL
     Female: 35-135 MG/DL

2-21-08 11:04pm
Raviar Am

Patient Name: BROCK, ORA W

Report Date/Time : 02/21/2008 0531   Page
                                     Cont'...

_____ F A X  R E P O R T _____

21-FEB-2008  05:34

ST. TAMMANY PARISH HOSPITAL

Page 3/67

ST. TAMMANY PARISH HOSPITAL
1202 SOUTH TYLER STREET, COVINGTON, LA 70433

Department of Pathology
Dale J. Morvant, M.D., Medical Director

Patient: BROCK, ORA W
Med Rec#: (0000)0000-242056
DOB: 04/15/1948  Age/Sex: 59 YRS F
Physician: ISALAM, HAMID
Service Date: 02/20/08  Loc: OPD

CHEMISTRY - ROUTINE

COLLECTION DATE  02/20/08
COLLECTION TIME   1734

| | | REFERENCE | UNITS |
|---|---|---|---|
| CHOLESTEROL | 154f | | MG/DL |
| HDL CHOLESTEROL | 40 | | MG/DL |
| LDL CHOL CALC | 94f | (39-60) | MG/DL |
| CHD RISK | 3.85 | | |
| BILIRUBIN TOTAL | 0.3 | | MG/DL |
| MAGNESIUM | ?.6L | (0.2-1.3) | MG/DL |
| AST (SGOT) | 21 | (1.7-2.2) | MG/DL |
| ALT (SGPT) | 26 | (16-36) | U/L |
| PHOS | 130H | (7-56) | U/L |
| CHD INTERP | | (38-126) | U/L |

02/20/08 1734 Based on the results of the Cholesterol, Triglyceride,
HDL Cholesterol, and LDL Cholesterol this patient has an
average risk of developing Coronary Heart Disease.

Legend:
L=Low, H=High, f=Footnote
CHOLESTEROL (06/01/06 -- Current)
        Adult levels in terms of risk for coronary heart disease:
        Desirable: less than 200 MG/DL
        Borderline High: 200-239 MG/DL
        High: greater than or equal to 240 MG/DL
LDL CHOL CALC (06/01/06 -- Current)
        Adult levels in terms of risk for coronary heart disease:
        Optimal: less than 100 MG/DL
        Near to above Optimal: 100-129 MG/DL
        Borderline High: 130-159 MG/DL
        High: 160-189 MG/DL
        Very High: greater than 190 MG/DL

Patient Name:  BROCK, ORA W

Report Date/Time:  02/21/08  0537    Page:  2
                                    END OF CHART

F A X   R E P O R T

15-JAN-2008  05:34          ST. TAMMANY PARISH HOSPITAL          Page 4/85

ST. TAMMANY PARISH HOSPITAL
1202 SOUTH TYLER STREET, COVINGTON, LA 70433
(985) 898-4417

.Department of Pathology
Dale-J. Morvant M.D., Medical Director

Patient: BROCK, ORA W
Med Rec#: (0000)0000-242056
DOB: 04/19/1948  Age/Sex: 59 YRS F

Physician: SALAM, HAMID
Service Date: 01/14/08  Loc: OPD
Copy to: SALAM, HAMID

CHEMISTRY - ROUTINE

COLLECTION DATE   01/14/08
COLLECTION TIME   1307

| | | REFERENCE | UNITS |
|---|---|---|---|
| SODIUM | 141 | (137-145) | MMOL/L |
| POTASSIUM | 3.9 | (3.5-5.1) | MMOL/L |
| CHLORIDE | 103 | (98-107) | MMOL/L |
| CO2 | 30 | (22-31) | MMOL/L |
| ANION GAP | 8 | (8-16) | MMOL/L |
| GLUCOSE | 189  11-9-07 | (70-105) | MG/DL |
| CREATININE | 1.0 | (0.8-1.5) | MG/DL |
| BUN/CREAT RATIO | 18.0 | | % |
| CALCIUM | 10.1 | (8.4-10.2) | MG/DL |
| MAGNESIUM | 1.7 | (1.7-2.2) | MG/DL |

*needs of reg KP*
*to manage*
*BS—*

*Lasix 40mg qd*
*KCl 20mEq qd*

*DC RM*

*1-15-08 1:22pm UMC*
*1-15-08 2:35pm UMC*
*1-15-08 pt given Results*
  *Mon appt ̄c PCP on Thurs 1/17/08*

Legend:
H = High

Patient Name: BROCK, ORA W

Report Date/Time : 01/15/2008 0531   Page : 1
                                    Continued

_____ F A X   R E P O R T _____

15-JAN-2008  05:34        ST. TAMMANY PARISH HOSPITAL        Page 5/85

ST. TAMMANY PARISH HOSPITAL                    Patient: BROCK, ORA W
1202 SOUTH TYLER STREET, COVINGTON, LA 70433   Med Rec#: (0000)0000-242056
                                               DOB: 04/19/1948  Age/Sex: 59 YRS F
Department of Pathology                        Physician: SALAM, HAMID
Dale J. Moryant, M.D., Medical Director        Service Date: 01/14/08  Loc: OPD

                    CHEMISTRY - SPECIAL

COLLECTION DATE   01/14/08
COLLECTION TIME   1307

TSH              0.568*            REFERENCE        UNITS
                                  (0.465-4.680)    uIU/mL

mend:
      Footnote
TSH (03/14/06 -- Current)

        TEST INFORMATION: TSH Ultrasensitive
        Performance of this assay has not been established with neonatal specimens.

        Thyroid hormone autoantibodies in samples may cause interference with the
        VITROS TSH assay. Results that are inconsistent with clinical observations
        indicate the need for additional testing.

        WARNING: Heterophilic antibodies in serum or plasma of certain individuals
        are known to cause interference with immunoassays. These antibodies may be
        present in blood samples from individuals regularly exposed to animal or who
        have been treated with animal products.

                                Patient Name:  BROCK, ORA W

                                Report Date/Time:  01/15/08  0531    Page:  2
                                                                    END OF CHART
_____ F A X   R E P O R T _____

St. Tammany Heart & Vascular Institute, L.L.C.
**Farhad X. Aduli, M.D., F.A.C.C.**
**Hamid Salam, M.D., F.A.C.C.**
**Adriana Nagy, M.D. F.A.C.C.**
Reba Weymouth, A.P.R.N.
Lisa Golden, A.P.R.N.
Allyson Callahan, A.P.R.N.

1203 S. Tyler Street/Suite E
Covington, LA 70433
Phone: (985)-871-6020
Fax: (985) 871-6025

SPECIALIZING IN THE DIAGNOSIS AND TREATMENT
OF HEART AND PERIPHERAL VASCULAR DISEASE

## CAROTID ULTRASOUND REPORT:

NAME: Ora Brock
Chart#: 21452  DOB 4-19-1948
DATE: 10-30-07
Referring Physician: Salam/Hill

### FINDINGS:

2-D and Doppler examination of the extracranial carotid system was performed bilaterally.

There is mild eccentric calcified plaque involving the carotid bulb and the proximal internal carotid arteries bilaterally. Systolic velocity ratio on the right is 0.74 and on the left it is 0.32.

Antegrade flow is noted in the vertebral arteries bilaterally.

### CONCLUSION:

1. Mild eccentric calcified plaque bilaterally as noted above.
2. No significant flow limiting obstruction is noted in the internal carotid arteries bilaterally.
3. Antegrade flow is noted in the vertebral arteries bilaterally.

NM:bs
DD:11-1-07 DT:11-2-07
Cc:

Naveed Malik, M.D./Hamid Salam, M.D. F.A.C.C.
Dictated But Not Proof Read

GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*



THE
ANDRY
LAW FIRM L.L.C.

TOLL FREE 1.800.559.8899

CHALMETTE 504.276.8899

BELLE CHASSE 504.366.8899

†*Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law

610 BARONNE STREET | NEW ORLEANS | LOUISIANA 70113 | TELEPHONE 504.586.8899 | FAX 504.586.8911

August 22, 2008

Medical Records Custodian
Dr. Reba S. Weymouth
1203 S. Tyler Street
Suite E
Covington, LA 70433

Re:  Ora Brock
      DOB: 4-19-1948

To Whom It May Concern:

Please be advised that our office is representing the above referenced client on behalf of injuries sustained from exposure to formaldehyde while residing in a "FEMA" trailer. I have enclosed a properly executed HIPAA form signed by the client authorizing your facility to provide any/all medical records, hospital charges, bills, reports, x-rays, and any information, including opinions, which will aid said attorney in the prosecution of claims for injuries sustained. Should you require pre-payment, please fax invoice to (504)586-8933.

Kindly forward requested information to the above address at your earliest convenience.

Yours very truly,

Jonathan B. Andry, Esq.

JBA/glh
Enclosure

**THE ANDRY LAW FIRM, LLC**
610 Baronne Street, New Orleans, Louisiana 70113
(504) 536-8899  Facsimile (504) 586-8933

**HIPAA Compliant Medical Authorization**
(Authorization is compliant with the HIPAA Privacy Regulations, 45 CFR §§ 160 and 164)

**Patient:**     Ora Brock

**Date of Birth:** 4-19-1948   **Social Security #:** 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   **Telephone:** (504) 782-4789

**Authority to Release Protected Health Information**
I hereby authorize Dr. Reba S. Weymouth to release the information identified in this authorization form from the medical records of Ora Brock and provide such information to:

    The Andry Law Firm, L.L.C.
    Jonathan B. Andry, Esq.
    610 Baronne Street
    New Orleans, Louisiana  70113

**Information To Be Released - Covering the Periods of Health Care**
From (date) 8-29-05 to (date) _____ Present

| | | |
|---|---|---|
| ☑ Complete health record | ☑ Diagnosis & treatment codes | ☑ Discharge summary |
| ☑ History and Initial Eval | ☑ Consultation reports | ☑ FCE |
| ☑ Progress notes | ☑ Itemized bill | ☐ |
| ☑ Photographs, videotapes | ☑ Complete billing record | ☐ |
| ☐ Other, (specify) | | |

**Purpose of the Requested Disclosure of Protected Health Information**

I am authorizing the release of my Protected Health Information for the following purposes (e.g. a purpose may be "at the request of the individual"): _____ LAW SUIT

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release**
Understand if my medical or billing record contains information in referenced to drug and/or alcohol abuse, psychiatric care, sexually transmitted disease, hepatitis B or C testing, and/or other sensitive information, I agree to its release. *Check One:* ☑ Yes  ☐ No

I understand if my medical or billing record contains information in reference to HIV/AIDS (Human Immunodeficiency Virus/Acquired Immunodeficiency Syndrome) testing and/or treatment I agree to its release. **Check One:** ☑ Yes  ☐ No

**Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization the authorization may be revoked at any time by submitting a written notice to Dr Reba S. Weymouth_____ at 1203 S.Tyler St, Suite E, Covington LA 70433. Unless revoked, this authorization will expire on the following date, or after the following time period or event **CONCLUSION OF LITIGATION.**

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form. However, if health care services are being provided to me for the purpose of providing information to a third party (e.g. fitness for work test), I understand that services may be denied if I do not authorize the release of information related to such health care services to the third party. I can inspect or copy the protected health information to be used or disclosed. I hereby release and discharge Dr. Reba S. Weymouth_____ of any liability and the undersigned will hold Dr. Reba S. Weymouth_____ harmless for complying with this Authorization.

Signature: _Dr Brow_____ Date: 4/2/08

Description of relationship if not patient:

_____

# RECORD CERTIFICATION

Physician: _____

Patient Name: _____
_____

     I hereby certify that the following is true and correct and complete (check the appropriate response):

_____ I have attached _____ pages.

_____ There are no such records in our possession due to:

     _____ Our records are destroyed after _____ years.

     _____ Our records are the same as the hospital.

     _____ Original records are in possession of _____
     since (date) _____

_____ We have no records of a person by this name.

     _____ Please check to indicate that all A.K.A.'s were researched.

     _____ Other _____
_____

Signature: _____   Date: _____

Name - Please print _____

## PLEASE SIGN AND RETURN THIS PAGE

```
ST TAMMANY HEART AND VASCULAR INSTITUTE                    [COEMAIN]   Inquiry
PO BOX 62600 DEPT 1392                                     Date       09/11/2008
                                                           Time        1:08p
NEW ORLEANS, LA 70162-2600                                 User       VHM309
985 809 5294                                               Page           1
=================================================================================

Patient #:  21452                         Patient Name:  ORA W BROCK
Bill To #:  21452                         Resp Party:    ORA W BROCK
DOB:        04/19/1948                     Dr #:          S HAMID SALAM MD
Age:        60  Sex:  F                    RDr #:     646 MICHAEL HILL MD
SSN:        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                     Patient Type:   20  MEDICARE ALT PLAN
H/Ph #:     504-782-4789                    Bill Cycle:      4  CYCLE 4
W/Ph #:     985-839-1198                    Credit Status:   1
                                           Date Registered: 10/24/2007
Patient E-mail:
Responsible Party E-mail: 985-839-9626
-------------------------------------------------------------------------------
Balances
  0 -  30:                   .00       Responsible Party Address:
 31 -  60:                 15.00           P O BOX 322
 61 -  90:                   .00
 91 - 120:                   .00           FRANKLINTON, LA 70438
122 - 150:                   .00
151+                       167.25       Patient Address:
Updated:                   182.25           P O BOX 322
Not Updated:                 .00
Total Balance:             182.25           FRANKLINTON, LA 70438
- Pending:                   .00
= Patient Balance:         182.25       ------------------------------------
                                        Last Transactions:
                                           Charge:     07/23/2008      220.00
                                           Personal:   07/23/2008       15.00
                                           Insurance:  08/08/2008       76.44
                                           Aging:      09/01/2008      182.25
                                        Location:           1  OFFICE
                                        Diagnosis:        401.9  HYPERTENSION, E
                                        Billing History:  08/21/2008   07/23/2008
                                                          06/16/2008   05/21/2008
-------------------------------------------------------------------------------
                              Current Coverages
-------------------------------------------------------------------------------
Cov#   Insurance Company      Insurance Plan         Subscriber
 1      699 HUMANA GOLD                              ORA W BROCK
          Subscriber ID:  H44546399
          Patient ID:

*******************************************************************************
                             Debit mode details
*******************************************************************************

Patient#/Name: 21452    ORA W BROCK
Post Date     Debit# Batch#/User   Dr# Name          Loc# Name    Orig Pend      Total
10/29/2007    138529U 8087/si1201    5 H SALAM MD       1 OFFICE     290.00      290.00
  Cov#    Claim# Ins Co# Name          Filed      Refiled  BA  PB Status
   1     1385291    1 MEDICARE DIVISION 11/08/2007          Y   N  Paid
   2     1385292  650 CIGNA            12/07/2007          Y   N  Paid
Dates of Service     Proc    Desc         Mod Diag.   PRT  Units   Unit Chg  Line Chg
10/29/2007-10/29/2007 99244   CONSULT-COMP   427.31   YYY   1.00    205.00    205.00
10/29/2007-10/29/2007 93000   EKG            427.31   YYY   1.00     85.00     85.00
10/29/2007-10/29/2007         ADDITIONAL D   786.05   YYY   1.00       .00       .00
10/29/2007-10/29/2007         ADDITIONAL D   272.0    YYY   1.00       .00       .00
10/29/2007-10/29/2007         ADDITIONAL D   401.9    YYY   1.00       .00       .00
Post Date    Receipt#  Cov# Transaction Type                      Amount    Applied
12/07/2007   324919U  1  2000001 *PAYMENT  MEDICARE DIVISION      152.92    152.92
12/07/2007   324920U  1  9000101 *-Co-ins           38.22            .00       .00
12/07/2007   324921U  1  4000001 *WRITE-OFF MEDICARE DIVISION      98.86     98.86
01/14/2008   335236U  2  2000650 PMT CIGNA                         39.54     39.54
               Paid     Write-off
Primary:     152.92     98.86     Personal Paid:        .00     Total Balance:    1.32
```

```
ST TAMMANY HEART AND VASCULAR INSTITUTE                    [CQFMAIN]    Inquiry
PO BOX 62600 DEPT 1392                                     Date       09/11/2008
                                                           Time          1:08p
NEW ORLEANS, LA 70162-2600                                 User        vmm309
985 809.5294                                               Page             2
=================================================================================
```

| Secondary: | 39.54 | .00 | Other Paid: | | Pending: | | .00 |
|---|---|---|---|---|---|---|---|
| Tertiary: | .00 | .00 | Pat Paid On Form: | .00 | | | |
| Ins. Total: | 192.46 | 98.86 | | .00 | Patient Balance: | | 1.32- |

```
---------------------------------------------------------------------------------
```

Patient#/Name: 21452        ORA W BROCK

| Post Date | Debit# | Batch#/User | | Dr# Name | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 10/30/2007 | 138836U | 8084/si4101 | | 5 H SALAM MD | 1 OFFICE | 860.00 | 860.00 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 1388361 | 1 MEDICARE DIVISION | | 11/12/2007 | | Y | N Paid |
| 2 | 1388362 | 650 CIGNA | | 12/07/2007 | | Y | N Paid |

| Dates of Service | | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|---|
| 10/30/2007-10/30/2007 | | 93307 | ECHOCARDIOGR | 427.31 | YYY | 1.00 | 450.00 | 450.00 |
| 10/30/2007-10/30/2007 | | 93320 | ECHOCARDIOGR | 427.31 | YYY | 1.00 | 240.00 | 240.00 |
| 10/30/2007-10/30/2007 | | 93325 | ECHOCARDIOGR | 427.31 | YYY | 1.00 | 170.00 | 170.00 |

| Post Date | Receipt# | Cov# | Transaction Type | | | | Amount | Applied |
|---|---|---|---|---|---|---|---|---|
| 12/07/2007 | 324922U | 1 | 2000001 *PAYMENT | MEDICARE DIVISION | | | 269.42 | 269.42- |
| 12/07/2007 | 324923U | 1 | 9000101 * Co-ins | 67.35 | | | .00 | .00 |
| 12/07/2007 | 324924U | 1 | 4000001 *WRITE-OFF | MEDICARE DIVISION | | | 523.23 | 523.23- |
| 01/14/2008 | 335234U | 2 | 2000650 PMT CIGNA | | | | 53.88 | 53.88- |
| 01/14/2008 | 335235U | 2 | 9000101 Co-ins | 13.47 | | | .00 | .00 |

| | Paid | Write-off | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary: | 269.42 | 523.23 | Personal Paid: | | .00 | Total Balance: | | 13.47 |
| Secondary: | 53.88 | .00 | Other Paid: | | .00 | Pending: | | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | | .00 | Patient Balance: | | 13.47 |
| Ins Total: | 323.30 | 523.23 | | | | | | |

```
---------------------------------------------------------------------------------
```

Patient#/Name: 21452        ORA W BROCK

| Post Date | Debit# | Batch#/User | | Dr# Name | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 10/30/2007 | 138837U | 8085/si4101 | | 5 H SALAM MD | 1 OFFICE | 4,952.50 | 4,952.50 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 1388371 | 1 MEDICARE DIVISION | | 11/12/2007 | | Y | N Paid |
| 2 | 1388372 | 650 CIGNA | | 12/07/2007 | | Y | N Paid |

| Dates of Service | | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|---|
| 10/30/2007-10/30/2007 | | 78465 | MYOCARDIAL P | V81.2 | YYY | 1.00 | 1,700.00 | 1,700.00 |
| 10/30/2007-10/30/2007 | | 78478 | MYOCARDIAL P | V81.2 | YYY | 1.00 | 295.00 | 295.00 |
| 10/30/2007-10/30/2007 | | 78480 | MYOCARDIAL P | V81.2 | YYY | 1.00 | 280.00 | 280.00 |
| 10/30/2007-10/30/2007 | | 93015 | STRESS TEST | V81.2 | YYY | 1.00 | 525.00 | 525.00 |
| 10/30/2007-10/30/2007 | | A9502 | SUPPLY TC-99 | V81.2 | YYY | 2.00 | 250.00 | 500.00 |
| 10/30/2007-10/30/2007 | | J1245 | PERSANTINE I | V81.2 | YYY | 6.00 | 275.00 | 1,650.00 |
| 10/30/2007-10/30/2007 | | J0280 | AMINOPHYLLIN | V81.2 | YYY | 1.00 | 2.50 | 2.50 |

| Post Date | Receipt# | Cov# | Transaction Type | | | | Amount | Applied |
|---|---|---|---|---|---|---|---|---|
| 12/07/2007 | 324925U | 1 | 2000001 *PAYMENT | MEDICARE DIVISION | | | 713.20 | 713.20- |
| 12/07/2007 | 324926U | 1 | 9000101 * Co-ins | 178.31 | | | .00 | .00 |
| 12/07/2007 | 324927U | 1 | 4000001 *WRITE-OFF | MEDICARE DIVISION | | | 4,060.99 | 4,060.99- |
| 01/14/2008 | 335239U | 2 | 2000650 PMT CIGNA | | | | 142.65 | 142.65- |
| 01/14/2008 | 335240U | 2 | 9000101 Co-ins | 35.66 | | | .00 | .00 |

| | Paid | Write-off | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Primary: | 713.20 | 4,060.99 | Personal Paid: | | .00 | Total Balance: | | 35.66 |
| Secondary: | 142.65 | .00 | Other Paid: | | .00 | Pending: | | .00 |
| Tertiary: | .00 | .00 | Pat Paid On Form: | | .00 | Patient Balance: | | 35.66 |
| Ins Total: | 855.85 | 4,060.99 | | | | | | |

```
---------------------------------------------------------------------------------
```

Patient#/Name: 21452        ORA W BROCK

| Post Date | Debit# | Batch#/User | | Dr# Name | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 10/30/2007 | 138839U | 8083/si4101 | | 5 H SALAM MD | 1 OFFICE | 355.00 | 355.00 |

| Cov# | Claim# | Ins Co# Name | | Filed | Refiled | BA | PB Status |
|---|---|---|---|---|---|---|---|
| 1 | 1388391 | 1 MEDICARE DIVISION | | 11/12/2007 | | Y | N Paid |
| 2 | 1388392 | 650 CIGNA | | 12/07/2007 | | Y | N Paid |

| Dates of Service | | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|---|
| 10/30/2007-10/30/2007 | | 93880 | CAROTID ULTR | 433.10 | YYY | 1.00 | 355.00 | 355.00 |

| Post Date | Receipt# | Cov# | Transaction Type | | Amount | Applied |
|---|---|---|---|---|---|---|
| 12/07/2007 | 324928U | 1 | 2000001 *PAYMENT | MEDICARE DIVISION | 126.76 | 126.76- |
| 12/07/2007 | 324929U | 1 | 9000101 * Co-ins | 31.69 | .00 | .00 |
| 12/07/2007 | 324930U | 1 | 4000001 *WRITE-OFF | MEDICARE DIVISION | 196.55 | 196.55- |

```
ST TAMMANY HEART AND VASCULAR INSTITUTE                    [CQFMAIN]    Inquiry
PO BOX 62600 DEPT-1392                                      Date      09/11/2008
                                                            Time         1:08p
NEW ORLEANS, LA 70162-2600                                  User        vmm309
985 809 5294                                                Page            3


   01/14/2008   335241U  2   2000650 PMT CIGNA
   01/14/2008   335242U  2   9000101 Co-ins            6.34           25.35     25.35-
                 Paid     Write-off                                    .00       .00
   Primary:    126.76      196.55    Personal Paid:           .00
   Secondary:   25.35        .00     Other Paid:              .00   Total Balance:       6.34
   Tertiary:      .00        .00     Pat Paid On Form:        .00   Pending:              .00
   Ins Total:  152.11      196.55                                   Patient Balance:     6.34
------------------------------------------------------------------------------------------------
Patient#/Name: 21452      ORA W BROCK
Post Date    Debit#   Batch#/User   Dr# Name            Loc# Name      Orig Pend     Total
10/30/2007   138838U  8065/si4101   11 N NUCLEAR        1 OFFICE           .00        .00
Dates of Service      Proc       Desc       Mod Diag    PRT  Units   Unit Chg   Line Chg
10/30/2007-10/30/2007 VOID        VOIDED TICKE   V81.2   YYY  1.00        .00        .00
              Paid     Write-off
   Primary:      .00        .00    Personal Paid:           .00
   Secondary:    .00        .00    Other Paid:              .00   Total Balance:        .00
   Tertiary:     .00        .00    Pat Paid On Form:        .00   Pending:              .00
   Ins Total:    .00        .00                                   Patient Balance:      .00
------------------------------------------------------------------------------------------------
Patient#/Name: 21452      ORA W BROCK
Post Date    Debit#   Batch#/User   Dr# Name            Loc# Name      Orig Pend     Total
11/05/2007   138841U  8081/pdf001    5 H SALAM MD       1 OFFICE         1,030.00   1,030.00
Cov#     Claim#  Ins Co# Name            Filed      Refiled  BA  PB Status
  1      1388411     1 MEDICARE DIVISION 11/06/2007 05/26/2008 Y   N Paid
  2      1388412   650 CIGNA            06/25/2008             Y   N Paid
Dates of Service      Proc       Desc       Mod Diag    PRT  Units   Unit Chg   Line Chg
11/05/2007-11/05/2007 93230     ELECTROCARDI    786.56  YYY  1.00     515.00     515.00
11/05/2007-11/05/2007 93230     ELECTROCARDI    786.50  YYY  1.00     515.00    -515.00
Post Date    Receipt#  Cov# Transaction Type                          Amount     Applied
06/25/2008   387320U  1   2000001 *PAYMENT    MEDICARE DIVISION        224.36     224.36-
06/25/2008   387321U  1   9000101 * Co-ins              56.10            .00        .00
06/25/2008   387322U  1   4000001 *WRITE-OFF  MEDICARE DIVISION          .00        .00
07/07/2008   390471U  2   2000650 PMT CIGNA                            749.54     749.54-
07/07/2008   390472U  2   9000101 Co-ins                11.22            .00        .00
              Paid     Write-off                              .00        .00        .00
   Primary:   224.36     749.54    Personal Paid:           .00
   Secondary:  44.88        .00    Other Paid:              .00   Total Balance:      11.22
   Tertiary:     .00        .00    Pat Paid On Form:        .00   Pending:              .00
   Ins Total:  269.24     749.54                                  Patient Balance:    11.22
------------------------------------------------------------------------------------------------
Patient#/Name: 21452      ORA W BROCK
Post Date    Debit#   Batch#/User   Dr# Name            Loc# Name      Orig Pend     Total
01/07/2008   138840U  8083/si2201  205 H SALAM MD       1 OFFICE          185.00     185.00
Cov#     Claim#  Ins Co# Name            Filed      Refiled  BA  PB Status
  1      1388401     1 MEDICARE DIVISION 01/09/2008             Y   N Paid
  2      1388402   650 CIGNA            01/31/2008             Y   N Paid
Dates of Service      Proc       Desc       Mod Diag    PRT  Units   Unit Chg   Line Chg
01/07/2008-01/07/2008 99213     ESTABLISHED     786.05  YYY  1.00     100.00     100.00
01/07/2008-01/07/2008 93000     EKG             786.05  YYY  1.00      85.00      85.00
01/07/2008-01/07/2008           ADDITIONAL D    780.57  YYY  1.00        .00        .00
01/07/2008-01/07/2008           ADDITIONAL D    401.1   YYY  1.00        .00        .00
01/07/2008-01/07/2008           ADDITIONAL D    272.0   YYY  1.00        .00        .00
Post Date    Receipt#  Cov# Transaction Type                          Amount     Applied
01/31/2008   338381U  1   2000001 *PAYMENT    MEDICARE DIVISION          .00        .00
01/31/2008   338382U  1   9000100 * Deduct               76.57           .00        .00
01/31/2008   338383U  1   4000001 *WRITE-OFF  MEDICARE DIVISION        108.43     108.43-
04/11/2008   355250U  2   2000650 DENIED CIGNA              c#  138       .00        .00
              Paid     Write-off
   Primary:      .00     108.43    Personal Paid:           .00
   Secondary:    .00        .00    Other Paid:              .00   Total Balance:      76.57
   Tertiary:     .00        .00    Pat Paid On Form:        .00   Pending:              .00
   Ins Total:    .00     108.43                                   Patient Balance:    76.57
------------------------------------------------------------------------------------------------
Patient#/Name: 21452      ORA W BROCK
```

```
ST. TAMMANY HEART AND VASCULAR INSTITUTE                      [CQFMAIN]  Inquiry
PO BOX 62600 DEPT 1392                                        Date      09/11/2008

NEW ORLEANS, LA 70162-2600                                   Time      1:08p
985 809-5294                                                 User      vmm309
                                                             Page      4
===================================================================================
```

| Post Date | Debit# | Batch#/User | Dr# Name | | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 01/21/2008 | 147839U | 8084/si2201 | 5 H SALAM MD | | 32 OP ST TAM | 3,585.00 | 3,685.00 |
| Cov# | Claim# | Ins Co# Name | | Filed | Refiled   BA | PB Status | |
| 1 | 1478391 | 1 MEDICARE DIVISION | | 01/22/2008 | Y | N Paid | |
| 2 | 1478392 | 650 CIGNA | | 02/16/2008 | Y | N Paid | |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 11/09/2007-11/09/2007 | 93510 | LEFT HEART C | 26 786.59 | YYY | 1.00 | 1,255.00 | 1,255.00 |
| 11/09/2007-11/09/2007 | 93543 | INJECTION LE | 786.59 | YYY | 1.00 | 95.00 | 95.00 |
| 11/09/2007-11/09/2007 | 93545 | INJECTION SE | 786.59 | YYY | 1.00 | 95.00 | 95.00 |
| 11/09/2007-11/09/2007 | 93555 | IMAGING, S & | 26 786.59 | YYY | 1.00 | 100.00 | 100.00 |
| 11/09/2007-11/09/2007 | 93556 | IMAGING S & | 26 786.59 | YYY | 1.00 | 90.00 | 90.00 |
| 11/09/2007-11/09/2007 | 93544 | INJECTION FO | 786.59 | YYY | 1.00 | 120.00 | 120.00 |
| 11/09/2007-11/09/2007 | 36245 | CATHETER PLA 1159 401.9 | YYY | 1.00 | 190.00 | 190.00 |
| 11/09/2007-11/09/2007 | 36245 | CATHETER PLA 1259 401.9 | YYY | 1.00 | 780.00 | 780.00 |
| 11/09/2007-11/09/2007 | 75724 | ANGIOGRAPHY, 2659 401.9 | YYY | 1.00 | 275.00 | 275.00 |

| Post Date | Receipt# | Cov# Transaction Type | | Amount | Applied |
|---|---|---|---|---|---|
| 02/26/2008 | 344017U | 1 2000001 *PAYMENT   MEDICARE DIVISION | | 526.43 | 526.43- |
| 02/26/2008 | 344018U | 1 9000101 * Co-ins | 131.60 | .00 | .00 |
| 02/26/2008 | 344019U | 1 4000001 *WRITE-OFF MEDICARE DIVISION | | 3,026.97 | 3,026.97- |
| 03/31/2008 | 355149U | 2 2000650 PMT CIGNA | | 105.29 | 105.29- |

```
              Paid      Write-off
Primary:     526.43    3,026.97     Personal Paid:      .00    Total Balance:     26.31
Secondary:  -105.29         .00     Other Paid:         .00    Pending:            .00
Tertiary:       .00         .00     Pat Paid On Form:   .00    Patient Balance:   26.31
Ins Total:   631.72    3,026.97
```

---

```
Patient#/Name: 21452          ORA W BROCK
```

| Post Date | Debit# | Batch#/User | Dr# Name | | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 02/06/2008 | 145701U | 8084/si2201 | 205 H SALAM MD | | 1 OFFICE | 185.00 | 185.00 |
| Cov# | Claim# | Ins Co# Name | | Filed | Refiled   BA | PB Status | |
| 1 | 1457011 | 1 MEDICARE DIVISION | | 02/08/2008 | Y | N Paid | |
| 2 | 1457012 | 650 CIGNA | | 03/13/2008 | Y | N Paid | |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 02/06/2008-02/06/2008 | 99213 | ESTABLISHED | 427.31 | YYY | 1.00 | 100.00 | 100.00 |
| 02/06/2008-02/06/2008 | 93000 | EKG | 427.31 | YYY | 1.00 | 85.00 | 85.00 |
| 02/06/2008-02/06/2008 | | ADDITIONAL D | 786.05 | YYY | 1.00 | .00 | .00 |
| 02/06/2008-02/06/2008 | | ADDITIONAL D | 401:1 | YYY | 1.00 | .00 | .00 |
| 02/06/2008-02/06/2008 | | ADDITIONAL D | 272.0 | YYY | 1.00 | .00 | .00 |

| Post Date | Receipt# | Cov# Transaction Type | | Amount | Applied |
|---|---|---|---|---|---|
| 03/13/2008 | 349054U | 1 2000001 *PAYMENT   MEDICARE DIVISION | | 61.26 | 61.26- |
| 03/13/2008 | 349065U | 1 9000101 * Co-ins | 15.31 | .00 | .00 |
| 03/13/2008 | 349066U | 1 4000001 *WRITE-OFF MEDICARE DIVISION | | 108.43 | 108.43- |
| 04/22/2008 | 363585U | 2 2000650 PMT CIGNA | | 4.38 | 4.38- |
| 04/22/2008 | 363586U | 2 9000101 Co-ins | 11.45 | .00 | .00 |

```
              Paid      Write-off
Primary:      61.26     108.43     Personal Paid:      .00    Total Balance:     10.93
Secondary:     4.38         .00     Other Paid:         .00    Pending:            .00
Tertiary:       .00         .00     Pat Paid On Form:   .00    Patient Balance:   10.93
Ins Total:    65.64     108.43
```

---

```
Patient#/Name: 21452          ORA W BROCK
```

| Post Date | Debit# | Batch#/User | Dr# Name | | Loc# Name | Orig Pend | Total |
|---|---|---|---|---|---|---|---|
| 03/05/2008 | 148563U | 8087/si5201 | 205 H SALAM MD | | 1 OFFICE | 185.00 | 185.00 |
| Cov# | Claim# | Ins Co# Name | | Filed | Refiled   BA | PB Status | |
| 1 | 1485631 | 1 MEDICARE DIVISION | | 03/07/2008 | Y | N Paid | |
| 2 | 1485632 | 650 CIGNA | | 04/03/2008 | Y | N Paid | |

| Dates of Service | Proc | Desc | Mod Diag | PRT | Units | Unit Chg | Line Chg |
|---|---|---|---|---|---|---|---|
| 03/05/2008-03/05/2008 | 99213 | ESTABLISHED | 401.0 | YYY | 1.00 | 100.00 | 100.00 |
| 03/05/2008-03/05/2008 | 93000 | EKG | 401:1 | YYY | 1.00 | 85.00 | 85.00 |
| 03/05/2008-03/05/2008 | | ADDITIONAL D | 786.05 | YYY | 1.00 | .00 | .00 |

| Post Date | Receipt# | Cov# Transaction Type | | Amount | Applied |
|---|---|---|---|---|---|
| 04/04/2008 | 359772U | 1 2000001 *PAYMENT   MEDICARE DIVISION | | 61.26 | 61.26- |
| 04/04/2008 | 359773U | 1 9000101 * Co-ins | 15.31 | .00 | .00 |
| 04/04/2008 | 359774U | 1 4000001 *WRITE-OFF MEDICARE DIVISION | | 108.43 | 108.43- |

```
ST. TAMMANY HEART AND VASCULAR INSTITUTE                    [CQFMAIN]   Inquiry
PO BOX 62600 DEPT 1392                                      Date      09/11/2008
                                                            Time          1:08p
NEW ORLEANS, LA 70162-2600                                  User       vmm309
985 809 5294                                                Page            5
=================================================================================
 05/19/2008   373409U  2   2000650 PMT CIGNA                    12.24       12.24-
            Paid    Write-off
Primary:       61.26      108.43   Personal Paid:       .00  Total Balance:    3.07
Secondary:     12.24        .00    Other Paid:          .00  Pending:           .00
Tertiary:        .00        .00    Pat Paid On Form:    .00  Patient Balance:  3.07
Ins Total:     73.50      108.43
---------------------------------------------------------------------------------
Patient#/Name: 21452     ORA W BROCK
Post Date    Debit#   Batch#/User   Dr# Name          Loc# Name    Orig Pend    Total
07/23/2008   155937U  8091/si3201   205 H SALAM MD       1 OFFICE     220.00   220.00
  Cov#    Claim# Ins Co# Name            Filed     Refiled   BA  PB Status
   1      1659371  699 HUMANA GOLD       07/24/2008           Y   N Paid
Dates of Service      Proc    Desc          Mod Diag   PRT  Units   Unit Chg  Line Chg
07/23/2008-07/23/2008 99214   ESTABLISHED      401.9   YYY  1.00    135.00    135.00
07/23/2008-07/23/2008 93000   EKG              401.9   YYY  1.00     85.00     85.00
07/23/2008-07/23/2008         ADDITIONAL D     427.31  YYY  1.00       .00       .00
07/23/2008-07/23/2008         ADDITIONAL D     786.05  YYY  1.00       .00       .00
07/23/2008-07/23/2008         ADDITIONAL D     780.79  YYY  1.00       .00       .00
  Post Date   Receipt# Cov# Transaction Type                       Amount    Applied
  07/23/2008  396202U    1  1000104 VISA/M.C.                        15.00     15.00-
  08/08/2008  402682U    1  2000699 PMT HUMANA                       76.44     76.44-
  08/08/2008  402683U    1  4000699 W/O HUMANA                      128.56    128.56-
  08/08/2008  402684U    1  9000101 Co-ins          15.00             .00
            Paid    Write-off
Primary:       76.44     128.56    Personal Paid:     15.00  Total Balance:     .00
Secondary:       .00        .00    Other Paid:          .00  Pending:           .00
Tertiary:        .00        .00    Pat Paid On Form:  15.00  Patient Balance:   .00
Ins Total:     76.44     128.56
---------------------------------------------------------------------------------
*********************************************************************************
---------------------------------------------------------------------------------
```