## AMENDMENT TO PLAINTIFF FACT SHEET IN COMPLIANCE WITH PTO 88

**Claimant Name:**           Lionel Brock

**Claimant's Attorney:**     Jonathan B. Andry, The Andry Law Group, L.L.C.

1. Claims for medical expenses as a result of injury or illness of emotional and/or mental damages, as required by Section III(C)(9)
   The Yes box was checked in error. See the answer to III(C)(8) on the Errata Sheet submitted February, 2009. There is no medical expenses claimed for emotion and/or mental damages.

2. Did not provide other tobacco use history, as required by Section VI(D)
   Ora Brock was the only other individual residing in the FEMA trailer. Mrs. Brock did not smoke.

_____
Plaintiff or Representative

11/16/2011
Date



PLAINTIFF'S EXHIBIT
D

## AMENDMENT TO PLAINTIFF FACT SHEET IN COMPLIANCE WITH PTO 88

**Claimant Name:**         Ora Brock

**Claimant's Attorney:**   Jonathan B. Andry, The Andry Law Group, L.L.C.

1. Did not provide other tobacco use history, as required by Section VI(D)
   **Lionel Brock was the only other individual residing in the FEMA trailer. Mr. Brock did not smoke.**

2. Doctor or health care provider who treated plaintiff, as required by Section VII(A-B)
   **Dr. Reba S. Weymouth**
   a. Did not identify specialty
      **Family practitioner**
   b. Did not identify phone
      **1-985-871-6020**
   c. Did not identify dates of treatment
      - 10/29/2007
      - 10/30/2007
      - 1/7/2008
      - 2/6/2008
      - 3/5/2008
      - 7/23/2008

Note: medical records from Dr. Weymouth were submitted on August 22, 2008.

_____          11/16/2011
Plaintiff or Representative          Date