UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER** | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | |
| | **LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
| | | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO:**
*Ora Brock, et al v Recreation by Design, LLC, et al.*,
**Docket No. 09-5847**

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiff Ora Brock, individually and on behalf of Lionel Brock's (deceased) Motion for Reconsideration and in the Alternative Motion for New Trial will be submitted to the Honorable Kurt Engelhardt, in the United States District Court for the Eastern District of Louisiana on December 28, 2011 at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted,

By:   */s/ Jonathan B. Andry*
Jonathan B. Andry (# 20081)
**The Andry Law Group, L.L.C.**
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-5535
Fax: (504) 586-8933
Email: jandry@andrylawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 30th day of November, 2011.

/s/ *Jonathan B. Andry*
Jonathan B. Andry