## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** * | | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** * | | |
| **LIABILITY LITIGATION** * | | **SECTION "N" (5)** |
| * | | |
| * | | **JUDGE:  ENGELHARDT** |
| **This Document Relates to:** * | | |
| *Goldie Cross, et al v.* * | | **MAGISTRATE:  CHASEZ** |
| *Recreation by Design, LLC,* * | | |
| Docket No. 10-1252 * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Recreation by Design, LLC ("RBD"), who moves this Honorable Court to dismiss the claims of the plaintiffs:

1. Mel Eskridge obo J.B.
2. David Bruce
3. Ellen Bruce
4. Alphonse Campbell obo S.C.
5. Nancy Campbell
6. Alphonse Campbell
7. Joyce Clayton
8. Rhonda Fleeton obo D.C.
9. Cleophas Cole
10. Leah Cole

.

with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2, 32 & 88 relating to Plaintiff Fact Sheets.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,

/s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation By Design, LLC
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

/s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645