**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** ▮

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:      911927480

Defendants Named:    Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: K-Z
VIN/Serial #:  5CZ200R2661119545
Barcode:       1244836
Unit:          TRAVEL TRAILER
Contractor:    Bechtel



EXHIBIT E

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Arthur Campbell_ / ALPHONS CAMPB__ / 7/11/08
Signature of Plaintiff / Print Your Name / Date

AS NEXT FRIEND OF
████████████████
A MINOR