Clayton, Joyce M. - WGC#242999

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Clayton, Joyce M.

**Claimant's Attorney:** Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:   939357450

Defendants Named:   Monaco Coach Corporation
Recreation By Design, LLC

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: ORGANIC
VIN/Serial #: 1KB131L29W160632
Barcode: 1227551
Unit: TT
Contractor: Fluor

Manufacturer: Recreation by Design
VIN/Serial #: 5CZ200R2861119532
Barcode: 1307049
Unit: TT
Contractor: Fluor

Manufacturer: TL Industries
VIN/Serial #: 5CZ200R2861119532
Barcode: 1307049
Unit: TT
Contractor: Fluor

Manufacturer: Monaco Coach Corp
VIN/Serial #: 1KB131L29W160632
Barcode: 1227551
Unit: TT
Contractor: Fluor


EXHIBIT H

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Virginia Peck_      _Virginia Peck_      _____
**Signature of Plaintiff**      **Print Your Name**      **Date**

As next Friend of: Joyce Clayton