**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** Cole, Cleophas C.

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:        921136266

Defendants Named:   Gulf Stream Coach, Inc.
                    Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer:
VIN/Serial #:   5CZ200R2861119028
Barcode:        1173326
Unit:
Contractor:     Anderson Contruction

Manufacturer:
VIN/Serial #:   1NL1GTR2561074453
Barcode:        1109349
Unit:
Contractor:     Anderson Contruction


EXHIBIT J

## **CERTIFICATION**

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   **Cleophas Cole**_____   _____
**Signature of Plaintiff**                            **Print Your Name**                     **Date**