# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 8, 2011

*Via E-mail*

Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Mikal C. Watts
mcw@wgclawfirm.com
Robert C. Hilliard
bobh@hmglawfirm.com
Wynter Lee
info@fematrailerlitigation.com
Kendra Saxvik
ksaxvik@wgclawfirm.com
719 Shoreline Drive, Suite 500
Corpus Christi, TX 78401

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
USDC-EDLA, MDL No. 07-1873
Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as a deficiency notice that the below-listed plaintiffs, who have instituted a lawsuit against Recreation By Design, LLC, have not submitted a Plaintiff Fact Sheet as directed by Pre-Trial Orders 2 and 32.

The plaintiffs listed below have submitted an "Amendment to the Plaintiff Fact Sheet," only, and have not submitted a complete Plaintiff Fact Sheet.

**EXHIBIT A**

*Goldie Cross, et al. v. Recreation By Design, LLC, et al.; USDC-EDLA No. 10-1252*:

1. Mel Eskridge
2. Mel Eskridge on behalf of [redacted]
3. Mel Eskridge on behalf of [redacted], Jr.

[redacted]

14. Esther Lois Davis-Vincent

[redacted]

30. Sonia Edwards

[redacted]

32. Henry Edwards, Jr.

[redacted]

40. Deridre Cole-Craig on behalf of de [redacted]
41. Marcus E. Craig

April 8, 2011
Page 3

42. Deridre Cole-Craig on behalf of M████ C██
43. Sanchez Craig-Lawson

[redacted]

    Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

<div style="text-align:right">Very truly yours,

*Kelly M. Morton*

Kelly M. Morton</div>

KMM/klm

Cc:    David Kurtz – dkurtz@bakerdonelson.com
        Charles Leche – cleche@dkslaw.com
        Henry Miller – henry.miller@usdoj.gov