Davis, Jr., Rishard - WGC#202088

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** █████████████

**Claimant's Attorney:**  Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:     931101240

Defendants Named:   Lakeside Park Homes, Inc.
                            Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Lake Side Homes
VIN/Serial #:  LSPH201254609GA06
Barcode:      1383823
Unit:         PM
Contractor:   UFAS-FEMA

Manufacturer: Lake Side Homes
VIN/Serial #:  LSPH201254609GA06
Barcode:      1383823
Unit:         PM
Contractor:   UFAS-FEMA

Manufacturer: Recreation by Design
VIN/Serial #:  5CZ200R2561125112
Barcode:      1276120
Unit:         PM
Contractor:   Shaw

Manufacturer: Recreation by Design
VIN/Serial #:  5CZ200R2561125112
Barcode:      1276120
Unit:         PM
Contractor:   Shaw

Manufacturer: Recreation by Design
VIN/Serial #:  5CZ200R2561125112
Barcode:      1276120
Unit:         PM
Contractor:



EXHIBIT

F

202088

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   _____   _____
Signature of Plaintiff                                   Print Your Name                Date

as rep for

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

a Minor