## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Davis-Vincent, Esther Lois

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:   921414026

Defendants Named:   Recreation By Design, LLC

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: TL Industries
VIN/Serial #:  5CZ200R2661119903
Barcode:       1325998
Unit:          TT
Contractor:    Fluor

Manufacturer: Recreation by Design
VIN/Serial #:  5CZ200R2661119903
Barcode:       1325998
Unit:          TT
Contractor:    Fluor

Manufacturer: Recreation by Design
VIN/Serial #:  5CZ200R2661119903
Barcode:       1325998
Unit:          TT
Contractor:    Fluor


EXHIBIT G

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Esther Lois Davis Vincent_  _Esther Lois Davis Vincent_  _9-24-09_
**Signature of Plaintiff**         **Print Your Name**                **Date**