UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | \* | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | \* | |
| **LIABILITY LITIGATION** | \* | **SECTION "N" (5)** |
| | \* | |
| | \* | **JUDGE: ENGELHARDT** |
| **This Document Relates to:** | \* | |
| *Goldie Cross, et al v.* | \* | **MAGISTRATE: CHASEZ** |
| *Recreation by Design, LLC,* | \* | |
| Docket No. 10-1252 | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Victoria Fleeton
2. Andrea Granger
3. Meagan Greene
4. Sonia Edwards obo J.H.
5. Kim Johnson obo D.J.
6. Kim Johnson obo D.J.
7. Kim Johnson
8. Shabree Page obo T.J.
9. Shabree Page obo T.J.
10. Deridre Craig obo M.K.
11. Deridre Craig obo Z.K.

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

1