**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** ███████████

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    911960692

Defendants Named:   CMH Manufacturing, Inc.
                    Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer:
VIN/Serial #:   ROC719406
Barcode:
Unit:
Contractor:     CH2MHILL

Manufacturer:
VIN/Serial #:   ROC719406
Barcode:        1222600
Unit:           MOBILE HOME
Contractor:     CH2MHILL

Manufacturer:
VIN/Serial #:   ROC719406
Barcode:        1222600
Unit:           MOBILE HOME
Contractor:     CH2MHILL

Manufacturer:
VIN/Serial #:   5CZ200R2461118510
Barcode:        1144798
Unit:           TRAVEL TRAILER
Contractor:     Bechtel



EXHIBIT I

Jordan, Takiyah - WLF#203486

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Shabree Page, as Next Friend of _____, a minor<br>Print Your Name | Date |