UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *        MDL NO. 1873
FORMALDEHYDE PRODUCTS            *
LIABILITY LITIGATION             *        SECTION "N" (5)
                                 *
                                 *        JUDGE:  ENGELHARDT
**This Document Relates to:**    *
*Goldie Cross, et al v.*         *        MAGISTRATE:  CHASEZ
*Recreation by Design, LLC,*     *
Docket No. 10-1252               *
*****************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1.   Darrineka Hodges
2.   Temechius Reynolds obo J.K.
3.   Eric Mayer
4.   Eric Mayer obo M.M.
5.   An Nguyen obo B.N.
6.   Danielle O'Berry
7.   Rufus Hall obo D.O.
8.   Shabree Page
9.   Henry Pittman
10.  Robert Reynolds

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, this _____ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE