Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Hodges, Darrineka

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** FEMA Trailer or Mobile Home Unit

FEMA ID: 931143401

Defendants Named: Fleetwood Enterprises, Inc.
Coachmen Industries, Inc.
Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Recreation by Design
VIN/Serial #: 5CZ200P2961128372
Barcode: 1382713
Unit: TT
Contractor: Fluor

Manufacturer: Fleetwood Enterprises
VIN/Serial #: 4CJ1F322761506247
Barcode: 1306827
Unit: TT
Contractor: Fluor

Manufacturer: Fleetwood Enterprises
VIN/Serial #: 1TC2B969561002007
Barcode: 1327143
Unit: TT
Contractor: Shaw

Manufacturer: Fleetwood Enterprises
VIN/Serial #: 1TC2B969561002007
Barcode: 1327143
Unit: TT
Contractor: Shaw

Manufacturer: Recreation by Design
VIN/Serial #: 5CZ200P2961128372
Barcode: 1382713
Unit: TT
Contractor: Fluor



EXHIBIT B

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Darrineka Hodges_      _Darrineka Hodges_      _____
**Signature of Plaintiff**     **Print Your Name**     **Date**