Mayer, Eric J. - WGC#226557

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:  Mayer, Eric J.**

**Claimant's Attorney:  Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    940763235

Defendants Named:    Gulf Stream Coach, Inc.
                     Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Gulfstream
VIN/Serial #:  1NL1GTR2261038610
Barcode:     1299524
Unit:        TT
Contractor:   Fluor

Manufacturer: Gulf Stream Coach
VIN/Serial #:  1NL1GTR2261038610
Barcode:     1299524
Unit:        Travel Trailer
Contractor:   Fluor

Manufacturer: Gulf Stream Coach
VIN/Serial #:  1NL1GTR2561038651
Barcode:     1299876
Unit:        Travel Trailer
Contractor:   Fluor

Manufacturer: FLEETWOOD
VIN/Serial #:  5CZ200R2X61119810
Barcode:     1317303
Unit:        TT
Contractor:   FLUOR

Manufacturer: GULF STREAM
VIN/Serial #:  1NL1GTR2561036754
Barcode:     1128730
Unit:        TT
Contractor:   FLUOR


EXHIBIT
D

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Signature of Plaintiff          ERIC J MAYOR         8-6-09

Print Your Name                              Date