- WGC#237785

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** ███████████

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** **FEMA Trailer or Mobile Home Unit**

FEMA ID: 931252080

Defendants Named: KZRV, LP
Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: ORGANIC
VIN/Serial #: 5CZ200P2861728587
Barcode: 1373864
Unit: TT
Contractor: Fluor

Manufacturer: K-Z
VIN/Serial #: 4EZTS322X6X116664
Barcode: 1242932
Unit: TRAVEL TRAILER
Contractor: Bechtel

Manufacturer: K-Z
VIN/Serial #: 4EZTS322X65116664
Barcode: 1242932
Unit: TRAVEL TRAILER
Contractor: Bechtel

Manufacturer: K-Z
VIN/Serial #: 4EZTS322X6X116664
Barcode: 1242932
Unit: TRAVEL TRAILER
Contractor: BECHTEL

EXHIBIT F

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          __AN Nguyen_____          __4/18/09__
Signature of Plaintiff                                    Print Your Name                            Date

As Next Friend Of
[redacted]
a Minor