**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:** O'Berry, Danielle

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:        921227852

Defendants Named:    Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: DESIGN
VIN/Serial #:  5CZ200R2761118307
Barcode:       1166160
Unit:          TRAVEL TRAILER
Contractor:    Bechtel



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_/s/ Danielle Oberry_          _____          _____
**Signature of Plaintiff**          **Print Your Name**          **Date**