## Amendment to the Plaintiff Fact Sheet

**Claimant Name:**

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:      939631196

Defendants Named:   Keystone RV Company
                    Keystone Industries, Inc.
                    Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer:
VIN/Serial #:   5CZ200R2461118961
Barcode:        1173056
Unit:
Contractor:     Anderson Contruction

Manufacturer:
VIN/Serial #:   4YDT32B205E315306
Barcode:        119907
Unit:
Contractor:     Anderson Contruction


EXHIBIT H

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Rufus Xallas next of friend of [redacted]_     _Rufus Xallas Next of [redacted]_     _3/2/09_
**Signature of Plaintiff**                       **Print Your Name**            **Date**