Reynolds, Robert - WGC#239805

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Reynolds, Robert

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** FEMA Trailer or Mobile Home Unit

FEMA ID: 940756981

Defendants Named: Gulf Stream Coach, Inc.
Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Gulf Stream Coach
VIN/Serial #: 1NL1GTR2661019154
Barcode: 1352290
Unit: TT
Contractor: Fluor

Manufacturer: Recreation By Design
VIN/Serial #: 5CZ200P2861127326
Barcode: 1373602
Unit: TT
Contractor: Fluor

Manufacturer: Recreation By Design
VIN/Serial #: 5CZ200P2861127326
Barcode: 1373602
Unit: TT
Contractor: Fluor

Manufacturer: Gulf Stream Coach
VIN/Serial #: 1NL1GTR2661019154
Barcode: 1352290
Unit: TT
Contractor: Fluor

Manufacturer: Recreation By Design
VIN/Serial #: 5CZ200P2861127326
Barcode: 1373602
Unit: TT
Contractor: Fluor



EXHIBIT K

## CERTIFICATION

    I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Robert Reynolds_       _Robert Reynolds_       _____
**Signature of Plaintiff**      **Print Your Name**      **Date**