Sellers, Dianne M. - WGC#238744

Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Sellers, Dianne M.

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** FEMA Trailer or Mobile Home Unit

FEMA ID: 939576842

Defendants Named: Lexington Homes
Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: LEXINGTON HOMES
VIN/Serial #: LH010520721460F
Barcode: 1200309
Unit: MOBILE HOME
Contractor: Bechtel

Manufacturer: LEXINGTON HOMES
VIN/Serial #: LH010520721460F
Barcode: 1200309
Unit: MOBILE HOME
Contractor: Bechtel

Manufacturer: LEXINGTON HOMES
VIN/Serial #: LH010520721460F
Barcode: 1200309
Unit: MOBILE HOME
Contractor: Bechtel

Manufacturer: LEXINGTON HOMES
VIN/Serial #: LH010520721460F
Barcode: 1200309
Unit: MOBILE HOME
Contractor: Bechtel

Manufacturer: LEXINGTON HOMES
VIN/Serial #: 5CZ200R2161119534
Barcode: 1244863
Unit: MOBILE HOME
Contractor: Bechtel



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Christopher Elly_     _Christopher Elly_  7-06-09
Signature of Plaintiff    Print Your Name    Date

As Representative of the Estate Dianna Sellers, Deceased