- WGC#237432

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:**

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:      931390857

Defendants Named:    Fleetwood Enterprises, Inc.
                                  Recreation By Design, LLC

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: Fleetwood Enterprise
VIN/Serial #: 5CZ200R2961125176
Barcode:      1281799
Unit:         Travel Trailer
Contractor:   Fluor

Manufacturer: FLEETWOOD
VIN/Serial #: 1EB1B312764011335
Barcode:      1198756
Unit:         TRAVEL TRAILER
Contractor:   Bechtel

Manufacturer: FLEETWOOD
VIN/Serial #: 1EB1B312764011335
Barcode:      1198756
Unit:         TRAVEL TRAILER
Contractor:   Bechtel



EXHIBIT H

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X_____    X_____    _____
Signature of Plaintiff             Print Your Name                        Date

Mother of ▮                        MELISSA
                                   MOTHER OF ▮