- WGC#242966

## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** ▮▮▮▮▮▮▮▮

**Claimant's Attorney:** Watts Hilliard, LLP

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.** FEMA Trailer or Mobile Home Unit

FEMA ID:      940764128

Defendants Named:   Gulf Stream Coach, Inc.
                    Recreation By Design, LLC

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: Gulfstream
VIN/Serial #:  1NL1VTR2361048424
Barcode:       1352460
Unit:          TT
Contractor:    Fluor

Manufacturer: TL Industries
VIN/Serial #:  5CZ200P2761127222
Barcode:       1373032
Unit:          TT
Contractor:    Fluor

Manufacturer: Gulfstream
VIN/Serial #:  1NL1VTR2361048424
Barcode:       1352460
Unit:          TT
Contractor:    Fluor

Manufacturer: TL Industries
VIN/Serial #:  5CZ200P2761127222
Barcode:       1373032
Unit:          TT
Contractor:    Fluor


EXHIBIT J

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Terrell Watts_　　　　_Terrell Watts_　　　　_____
**Signature of Plaintiff**　　　**Print Your Name**　　　**Date**

as next friend
to ████
a minor