# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN Re: FEMA TRAILER     MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION   SECTION: N (5)

THIS DOCUMENT RELATES TO:
   Member Case No. 09-8763

### MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE
### RELIEF FROM JUDGMENT OR ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Jerry Louis, who, for reasons more fully assigned in the attached memorandum, pursuant to Rule 59 and/or Rule 60 of the Federal Rules of Civil Procedure, respectfully moves this Court for reconsideration of the Court's Order entered November 2, 2011 (Rec. Doc. 23391) dismissing the plaintiff's claim, with prejudice. Plaintiff respectfully requests this Honorable Court grant his Motion for Reconsideration for the foregoing reasons more fully stated in the attached Memorandum.

Plaintiff has contacted Defendant regarding this filing, but have not received a response.

**WHEREFORE**, Plaintiff prays this Honorable Court grant his Motion and reconsider the previous Order dismissing his case against Defendant Vanguard Industries of Michigan, Inc. with prejudice.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

 S/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
Melissa DeBarbieris, No. 32124
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)525-1335
Facsimile: (504)581-1493

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record,

through the CM/ECF system on this 30th day of November, 2011.

S/ Joseph M. Bruno
Joseph M. Bruno