UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: FEMA TRAILER | MDL NO. 07-1873 |
|       FORMALDEHYDE PRODUCTS | |
|       LIABILITY LITIGATION | SECTION: N (5) |

**THIS DOCUMENT RELATES TO:**
    Member Case No. 09-8763

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

**MAY IT PLEASE THE COURT:**

Plaintiff Jerry Louis provides the following memorandum in opposition to Defendant Vanguard Industries of Michigan, Inc.'s ("Vanguard") Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and No. 32.[1]

On May 4, 2011, Plaintiffs provided a disc to Vanguard containing complete Plaintiff Fact Sheets, in compliance with PTO No. 2 and No. 32. According to Defendant, Plaintiff Jerry Louis was erroneously omitted from the file production. However, Plaintiff Jerry Louis does have a complete PFS that was intended to be produced to Vanguard in the May 4, 2011 batch of documents.

After the documents were sent to Vanguard, Plaintiff believed he had complied with all PTOs and did not believe it was necessary to provide any additional Plaintiff Fact Sheets to Vanguard. Had Plaintiff realized the error, Plaintiff would have immediately transmitted the document. Further, Plaintiff did not receive any additional correspondence from Vanguard regarding incomplete Plaintiff Fact Sheets after the May 4, 2011 production.

Plaintiff has attached his substantially completed Plaintiff Fact Sheet to this Opposition. (See attached Exhibit "A").

---

[1] Vanguard has named additional Plaintiffs in their Motion to Dismiss; however, undersigned does not oppose the dismissal of any Plaintiffs with the exception of Jerry Louis.

Therefore, for the foregoing reasons, Plaintiff Jerry Louis respectfully requests this Honorable Court denies Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and No. 32.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

 /s/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
Melissa DeBarbieris, No. 32124
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)525-1335
Facsimile: (504)581-1493
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, through the CM/ECF system on this 30th day of November, 2011.

 /s/ Joseph M. Bruno
Joseph M. Bruno