**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION: N (5) |

**THIS DOCUMENT RELATES TO:**
Member Case No. 09-8763

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE**, that Plaintiff, through undersigned counsel, will bring on for hearing the attached Motion on the 28th day of December, 2011 at 9:30 a.m. before the Honorable Kurt D. Engelhardt.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

 S/ Joseph M. Bruno
Joseph M. Bruno, No. 3604
Melissa DeBarbieris, No. 32124
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504)525-1335
Facsimile: (504)581-1493
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record, through the CM/ECF system on this 30th day of November, 2011.

 S/ Joseph M. Bruno
Joseph M. Bruno