UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN Re: FEMA TRAILER                                MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION                           SECTION: N (5)

**THIS DOCUMENT RELATES TO:**
    Member Case No. 09-8763

## O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that Plaintiff's foregoing Motion for to Amend Judgement, or in the alternative, Relief from Judgment or Order is hereby **GRANTED**.

New Orleans, Louisiana this ___ day of _____ 2011.

_____
**DISTRICT J U D G E**