UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Jerry Louis, et al v. Vanguard Industries of* | * | MAG. CHASEZ |
| *Michigan, Inc., et al.* | * | |
| *Civil Action No. 09-8673* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW PLAINTIFF'S MOTION TO ALTER JUDGEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jerry Louis who moves this Honorable Court to withdraw an earlier-filed Motion for New Trial, or in the Alternate Relief From Judgement or Order (Rec. Doc. No. 23696) in the above-captioned matter.

Mover erroneously sought to reconsider this Court's November 2, 2011 Order (Rec. Doc. No. 23391) dismissing with prejudice the claim of Jerry Louis. Subsequent to the filing of the Motion to Alter Judgement, it was discovered that the Defendant Vanguard did not seek to dismiss the claim of Jerry Louis. Therefore, Plaintiffs wish to withdraw this erroneously filed pleading.

WHEREFORE, Plaintiffs pray that its Motion to Withdraw be granted, removing the Motion to Alter Judgement or in the Alternate Relief for Judgement from the court's docket.

Respectfully submitted,

/s/ Joseph M. Bruno

        JOSEPH M. BRUNO (#3604)
        Bruno & Bruno, LLP
        855 Baronne St.
        New Orleans, LA  70113
        Phone: (504) 525-1335
        Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic service this 1st day of December, 2011.

        s/ Joseph M. Bruno
        Joseph M. Bruno