UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Jerry Louis, et al., v. Vanguard Industries of Michigan, Inc., et al.*
*Civil Action No. 09-8673*
**************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Plaintiff's Motion to Alter Judgment or in the Alternative Relief from Judgment or Order:

IT IS SO ORDERED that the Plaintiffs Motion to Withdraw Plaintiff's Motion to Alter Judgment or in the Alternative Relief from Judgment or Order is GRANTED.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE