OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

```
                FILED
          U.S. DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA

          2011 NOV 30  AM 10: 20

          LORETTA G. WHYTE
                CLERK
```

DATE: NOVEMBER 28, 2011

DORIS MOLDEN and ORANGE PAYNE

Vs.

SUNRAY RV, LLC, et al

Case No. 2:11-cv-02177 KDE-ALC

Section N

**Dear Sir:**

Please issue summons to the following defendants:

1. SUNRAY RV, LLC and 2. SUNRAY INVESTMENTS, LLC
Through its registered agent:

ALAN NEELY
405 S. BROAD STREET
NEW TAZEWELL, TN 37825

3, 2. BECHTEL CORPORATION
Through its registered agent:

CT CORPORATION SYSTEM
645 LAKELAND EAST DRIVE
SUITE 101
FLOWOOD, MS 39232

Very truly yours,

/s/Denis E. Vega

**DENIS E. VEGA**  MS BAR# 100000
LA BAR#  26740

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
**Counsel for Plaintiff**

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 NOV 30  AM 10: 20

LORETTA G. WHYTE
CLERK

DATE: NOVEMBER 28, 2011

DORIS MOLDEN and ORANGE PAYNE

Vs.

SUNRAY RV, LLC, et al

Case No. 2:11-cv-02177  KDE-ALC

Section N

**Dear Sir:**

Please issue summons to the following defendants:

1. SUNRAY RV, LLC and 2. SUNRAY INVESTMENTS, LLC
Through its registered agent:

ALAN NEELY
405 S. BROAD STREET
NEW TAZEWELL, TN 37825

3. BECHTEL CORPORATION
Through its registered agent:

CT CORPORATION SYSTEM
645 LAKELAND EAST DRIVE
SUITE 101
FLOWOOD, MS 39232

Very truly yours,

/s/Denis E. Vega

**DENIS E. VEGA**  MS BAR# 100000
LA BAR#  26740

335 City Park Ave.
New Orleans, LA 70119
Telephone: (504) 482-5711
**Counsel for Plaintiff**