UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
| FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
| LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Aaron Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7837 | * | |
| Plaintiffs: Tina Lachney | * | JUDGE ENGELHARDT |
| Tina Lachney, obo Sierra Lachney | * | |
| and Zachery Lachney | * | MAG. JUDGE CHASEZ |

************************************************************************

### UNOPPOSED MOTION TO WITHDRAW STARCRAFT RV, INC.'S MOTION TO DISMISS DUPLICATIVE CLAIMS

On October 26, 2011, Defendant Starcraft RV, Inc. ("Starcraft") moved this Court to dismiss the claims of Plaintiffs Tina Lachney, Tina Lachney on behalf of Sierra Lachney, and Tina Lachney on behalf of Zachery Lachney, ("Plaintiffs"), against Defendant [Rec. Doc. No. 23338] on the grounds that the Plaintiffs identified in the motion were named plaintiffs in another lawsuit.

On August 25, 2011, Starcraft sent correspondence to Plaintiffs' counsel advising of Plaintiffs' duplicative claims. Defendants had not received any response or resolution to these duplicate claims in regards to these Plaintiffs, despite two subsequent follow-up e-mails sent on September 28, 2011 and October 19, 2011. On October 26, 2011, Defendants proceeded with filing the Motion as opposed due to the lack of response from Plaintiffs' counsel. On December 1, 2011, Defendants received notice from Plaintiffs' counsel that the Plaintiffs' duplicate claims were voluntarily dismissed from their duplicate lawsuit. Thus, Defendant moves this Court to withdraw its previously filed Motion to Dismiss the Duplicative Claims of Plaintiffs Tina Lachney, Tina Lachney on behalf of Sierra Lachney, and Tina Lachney on behalf of Zachery Lachney. Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this

1

motion.

           Respectfully submitted,
           **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
           THOMAS L. COUGILL
           Texas State Bar No. 04877300
           Louisiana State Bar No. 31112
           R. MARK WILLINGHAM
           Texas State Bar No. 21641500
           JEFFREY P. FULTZ
           Texas State Bar No. 00790728
           Mississippi Bar No. 101058
           Niels Esperson Building
           808 Travis Street, Suite 1608
           Houston, Texas 77002
           (713) 333-7600 – Telephone
           (713) 333-7601 – Facsimile
           **Attorneys for Starcraft RV, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 1st day of December, 2011.

           s/*Thomas L. Cougill*
           THOMAS L. COUGILL

## **CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

           s/*Thomas L. Cougill*
           THOMAS L. COUGIL