UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Lucas Fundrial v. Starcraft RV, Inc.* | * | |
| Docket No. 10-02598 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Peggy Bang | * | |
|     (individually and o/b/o T.B.) | * | |

*************************************************************************

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CONSIDERING THE FOREGOING, LET the claims of Plaintiffs, Peggy Bang, individually and on behalf of T.B., be dismissed without prejudice.

New Orleans, Louisiana this 1st day of December, 2011. .

_____
United States District Court Judge