UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *  MDL NO. 1873<br>*  LIABILITY LITIGATION<br>*<br>*<br>*<br>*  JUDGE ENGELHARDT<br>*  MAGISTRATE CHASEZ<br>* |
| THIS DOCUMENT IS RELATED TO:<br>*James T. Chandler v. Starcraft RV, Inc., et al.*<br>No. 10-0264<br>Plaintiffs:<br>    Tina Lachney<br>    Tina Lachney obo SL and ZL | | *<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs' Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

**IT IS FURTHER ORDERED** that the claims of the Plaintiffs, Tina Lachney, Tina Lachney obo her minor children SL and ZL, are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this 1st day of December, 2011.

_____
HONORABLE KURT ENGELHARDT

1