## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Leo Quezergue, et al., v. Jayco Inc., et al.* | | |
| *Civil Action No. 09-8640* | | |

*********************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Withdraw Supplemental and Amended Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Unopposed Motion to Withdraw Supplemental and Amended Complaint is GRANTED, allowing plaintiffs to withdraw Rec. Doc. 23513.

DATED this ___1st___ day of ___December___, 2011, in New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE