UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
MEMBER CASE NO. 09-7837

## **O R D E R**

Considering that plaintiffs Tina Lachney, Tina Lachney on behalf of Sierra Lachney, and Tina Lachney on behalf of Zachery Lachney have filed a Notice of Voluntary Dismissal in *James T. Chandler, et al v. Starcraft RV, Inc., et al*, Civil Action No. 10-264 (E.D. La.), *see* Rec. Doc. 23684, accordingly,

**IT IS ORDERED** that the Motion to Dismiss Duplicative Claims (Rec. Doc. 23338), filed by Starcraft RV, Inc., is **DENIED AS MOOT**.

New Orleans, Louisiana, this  1st  day of December, 2011.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**