UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: Case Nos. 09-4713, 09-7070, 09-7889, 10-2190 | * * * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

### ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS ORDERED** by the Court that Defendant, Forest River, Inc., is granted leave to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial orders No. 2 and 32 Relating to Plaintiff Fact Sheets.

**NEW ORLEANS, LOUISIANA,** this __1st__ day of ____December____, 2011.

_____
UNITED STATES DISTRICT JUDGE