# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER            *      MDL No. 1873
FORMALDEHYDE                    *
PRODUCTS LIABILITY LITIGATION   *      JUDGE ENGELHARDT
                                *
                                *      MAGISTRATE CHASEZ
THIS DOCUMENT RELATED TO:       *
*Vincent Beverly, et al., v. Recreation by Design, LLC, et al.*
*Civil Action No. 09-8650*
*****************************************************************************

## ORDER

Considering the foregoing Motion to Withdraw Unopposed Motion to Withdraw

Supplemental and Amended Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Motion to Withdraw Unopposed Motion to

Withdraw Supplemental and Amended Complaint is GRANTED and R.Doc.23677 is withdrawn.

DATED this _____1st_____day of _____December_____, 2011, in New Orleans,

Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE