UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N (5) |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| *This Document Relates to:* | * | |
| *Vincent Beverly, et al v. Recreation by Design, LLC, et al.* | * | MAG. CHASEZ |
| *Civil Action No. 09-8650* | * | |

*************************************************************************

**O R D E R**

Considering the foregoing motion;

**IT IS ORDERED** that Plaintiffs foregoing Motion for Leave to file their Reply to Defendant's Memorandum in Opposition to Motion for Leave to Add New Plaintiffs is hereby **GRANTED**.

New Orleans, Louisiana this 1st day of December 2011.

_____
United States District Judge