UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Lewis, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-4998; | * | |
| *Black, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5225; | * | |
| *Hills, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5227; | * | |
| *Ellis, et al v. Crum and Forster Specialty Ins. Co., et al*, 09-5236; | * | |
| *Barthelemy v. Crum and Forster Specialty Ins. Co. et al*, 09-5829; | * | |
| *Ellis v. Crum and Forster Specialty Ins. Co., et al*, 09-7703; and | * | |
| *Sorino v. Crum and Forster Specialty Ins. Co., et al*, 10-2400 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this 1st day of December, 2011.

_____
HONORABLE KURT D. ENGELHARDT