# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

**_Brian Alexander, et al., v. Gulf Stream Coach, Inc., et al._**
**_Civil Action No. 09-8646_**
*************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully reiterate and re-aver all of the allegations, claims and prayers for relief contained in their Complaint for Damages filed on their behalf with this Court on December 30, 2009.

1.

This First Supplemental and Amending Complaint for Damages name Glen Robert, as previously identified Plaintiff (hereinafter referred to as "Previously Identified Plaintiff"), in the above-captioned matter.

2.

Consistent with the above, all Plaintiffs request that Previously Identified Plaintiff be added to Exhibit "A" of the above captioned matter.

3.

Previously Identified Plaintiff recently was able to correctly identify their manufacturer. Plaintiff seeks to remedy this and in doing so comply with the Court's goal of ending the matching process and moving toward an accurate count of the exact number of claimants involved in the litigation.

4.

Upon information and belief, the Previously Identified Plaintiff resided in the same type of emergency housing unit manufactured by Gulf Stream Coach, as the other Plaintiffs who are named in the operative complaint.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Supplemental and Amending Complaint seeks to add the Previously Identified Plaintiff to a First Supplemental and Amending Complaint for Damages against the same manufacturer (Gulf Stream Coach, Inc.).

5.

Previously Identified Plaintiff adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604))
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)