UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Alexander, et al., v. Gulf Stream, Inc., et al.* | | |
| Civil Action No. 09-8646 | | |

********************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Supplemental and Amended Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Unopposed Partial Motion to Withdraw Supplemental and Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Supplemental and Amended Complaint with regard to Plaintiffs Keith Brown, Willie Brown, Joseph Jones, Glenda Williams and Rhonda King is withdrawn.

IT IS FURTHER ORDERED Plaintiff Glen Robert properly requested to be added to the suit and does not wish to withdraw his supplemental and amend Complaint.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE