UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER **\*** | | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS **\*** | | |
| LIABILITY LITIGATION **\*** | | SECTION "N" (5) |
| **\*** | | |
| **\*** | | JUDGE ENGELHARDT |
| **\*** | | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**   *
*Dupree v. Crum and Forster Specialty Ins. Co., et*   *
*al*, 09-4964;   *
*Thompson, et al v. Crum and Forster Specialty Ins.*   *
*Co., et al*, 09-4966;   *
*Filmore v. Crum and Forster Specialty Ins. Co., et*   *
*al*, 09-6166;   *
*Copelin, et al v. Crum and Forster Specialty Ins.*   *
*Co., et al*, 09-6688;   *
*Brown v. Crum and Forster Specialty Ins. Co., et*   *
*al*, 09-7744;   *
*Roman v. Crum and Forster Specialty Ins. Co., et*   *
*al*, 09-7773; and   *
*Storvall, et al v. Crum and Forster Specialty Ins.*   *
*Co., et al*, 10-3905   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Unopposed Motion for Leave to File Amended Complaints is GRANTED.

New Orleans, Louisiana this 1st day of December, 2011.

_____
HONORABLE KURT D. ENGELHARDT