# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | **MDL No. 1873** |
| | | **SECTION N(5)** |
| | | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT RELATES TO:** *Mary Bonner v. Southern Energy Homes, Inc., et al.,* *Case No. 09-5290* | * * * * * * * * | **MAGISTRATE CHASEZ** |

*****************************************************************************************

## PLAINTIFF'S VOLUNTARY DISMISSAL OF THE DEFENDANTS WITH PREJUDICE UNDER FRCP 41(a)(1) (A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiff, Mary Bonner, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby give notice of her voluntarily dismissal, with prejudice, of her individual claims against Defendants Southern Energy Homes, Inc., United States Of America through the Federal Emergency Management Agency, and American Radiation Services, Inc., in the Complaint previously filed in these proceedings. This dismissal shall have no adverse impact on Case No. 09-7944 or the claims alleged therein.

By: s/Paul A. Dominick
Paul A. Dominick
Richard L. Tapp, Jr.
Dennis J. Lynch
Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC 29402
Telephone: (843) 577-9440
Facsimile: (843) 720-1777

J. Michael Vernon (La. Bar No. 7570)
J. Rock Palermo (LA Bar No. 21793)
Bice, Palermo & Veron, LLC
P. O. Box 2125
Lake Charles, LA  70602
Telephone:  (337) 310-1600
Facsimile:  (337&) 310-1601

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

<u>s/Paul A. Dominick</u>
PAUL A. DOMINICK