UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| | | JUDGE ENGELHARDT |
| **THIS DOCUMENT RELATES TO:** *Katherine Turner v. Coachman Industries, inc., et al.,* *Case No. 09-7943* | * * * * * * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S VOLUNTARY DISMISSAL OF THE DEFENDANTS WITH PREJUDICE UNDER FRCP 41(a)(1) (A)(i)

NOW INTO COURT, through undersigned counsel, comes plaintiff, Katherine Turner, who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby give notice of her voluntarily dismissal, with prejudice, of her individual claims against Defendants Shaw Environmental, Inc.; Fluor Enterprises, Inc.; CH2M Hill Contractors, Inc.; and American Radiation Services, Inc., in the Complaint previously filed in these proceedings.

By: s/Paul A. Dominick
Paul A. Dominick
Richard L. Tapp, Jr.
Dennis J. Lynch
Nexsen Pruet, LLC
P. O. Box 486
Charleston, SC  29402
Telephone: (843) 577-9440
Facsimile:  (843) 720-1777


J. Michael Vernon (La. Bar No. 7570)
J. Rock Palermo (LA Bar No. 21793)

Bice, Palermo & Veron, LLC
P. O. Box 2125
Lake Charles, LA  70602
Telephone:  (337) 310-1600
Facsimile:  (337&) 310-1601

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2011, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

<u>s/Paul A. Dominick</u>
PAUL A. DOMINICK