UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N, 5 |
| This document relates to: *Donald Trask v. Fluor Enterprises, Inc.* No. 09-4039 | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| PLAINTIFFS: Barbara Morgan Hunter Amesha Morgan Antavius Morgan Frederick Morgan Michael Willis Sr. Nia Williams Samuel Hartley Sr. | * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

NOW INTO COURT, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of plaintiffs:

1. Barbara Morgan Hunter
2. Amesha Morgan
3. Antavius Morgan
4. Frederick Morgan
5. Michael Willis Sr.
6. Nia Williams

1057025

    7.   Samuel Hartley Sr.

(collectively, the "Trask Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provisions of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing counsel regarding this Motion, and opposing counsel has stated that he does not oppose this Motion to Dismiss.

                                            Respectfully submitted,

                                            **s/ Kristopher M. Redmann**
                                      **KRISTOPHER T. WILSON, La. Bar #23978**
                                      **KRISTOPHER M. REDMANN, La. Bar #18397**
                                      **ANNE E. BRIARD, La. Bar #29102**
                                      **LUGENBUHL, WHEATON, PECK, RANKIN &**
                                          **HUBBARD**
                                      601 Poydras Street, Suite 2775
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 568-1990
                                      **Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                      s/Kristopher M. Redmann
                                      Kristopher M. Redmann, La. Bar No. 18397

1057025