| | | |
|---|---|---|
| Anne E. Briard<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>abriard@lawla.com |

June 30, 2011

**BY FACSIMILE: 525-1279**
Mr. Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center, LLC
600 Carondelet Street, Suite 602
New Orleans, LA 70163

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Centola:

Our records reflect that several claimants in the case captioned *Donald Trask v. Fluor Enterprises, et al.*, No. 09-4039, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Barbara Morgan Hunter
2. Amesha Morgan
3. Antavius Morgan
4. Courtney Hunter
5. Emmanuel Hartley
6. Frederick Morgan
7. Gerald Mercadel obo Brandon Mercadel
8. Gerald Mercadel obo Gerald Mercadel
9. Michael Johnson
10. Michael Willis Sr.
11. Montrell Willis obo Michael Willis Jr.
12. Mia Williams
13. Samuel Hartley
14. Susan Carcich & Michael Carcich obo Makayla N. Spatafora
15. Veronica Hartley obo Daniel Hartley
16. Veronica Hartley obo Danielle Hartley
17. Veronica Hartley obo Elizabeth Hartley
18. Veronica Hartley obo Samuel Hartley
19. Veronica Hartley obo Solomon Hartley

986838_1

**EXHIBIT A**

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of the foregoing plaintiff, we will have to move forward with a Motion to Dismiss.

Sincerely,

*[signature]*

Anne E. Briard

AEB/lr

986838_1

EXHIBIT A