**Lam Nguyen**

| | |
|---|---|
| From: | Jackie Edmundson [jedm602@gmail.com] |
| Sent: | Wednesday, November 30, 2011 2:44 PM |
| To: | Anne Briard |
| Cc: | Denis Vega |
| Subject: | HLC Response to Motion to Dismiss in Donald Trask matter |
| Attachments: | Johnson, Michael VIS1.pdf |

Anne,

Denis Vega instructed me to tell you that HLC will not file an opposition to dismissal of Barbara Morgan Hunter, Amesha Morgen, Antavius Morgan, Frederick Morgan, Michael Willis, Sr., Nia Williams and Samuel Hartley, Sr.

We have a PFS for Michael Johnson and would appreciate your withdrawing his name from those being dismissed. Please see attached PFS.

Thanks,

Jackie

--
Jacqueline Edmundson
Legal Assistant
Hurricane Legal Center, LLC
504.525.1944 Telephone
504.525.1279 Telefax

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It may contain information from the law firm of Hurricane Legal Center, LLP that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please permanently delete it from your system and notify Hurricane Legal Center, LLC at the telephone number above or by return e-mail. Thank you.

**EXHIBIT C**