# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Donald Trask v.* | * | |
| *Fluor Enterprises, Inc.* | * | MAGISTRATE CHASEZ |
| No. 09-4039 | * | |
| | * | |
| PLAINTIFFS: | * | |
| Barbara Morgan Hunter | * | |
| Amesha Morgan | * | |
| Antavius Morgan | * | |
| Frederick Morgan | * | |
| Michael Willis Sr. | * | |
| Nia Williams | * | |
| Samuel Hartley Sr. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With

Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's

Motion is Granted and the claims of plaintiffs

1. Barbara Morgan Hunter
2. Amesha Morgan
3. Antavius Morgan
4. Frederick Morgan

1057025

5.  Michael Willis Sr.
6.  Nia Williams
7.  Samuel Hartley Sr.

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

1057025