UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | |
|      FORMALDEHYDE PRODUCTS | * | MDL NO. 1873 |
|      LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION "N-5" |
| *Aaron Bell v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7837 | * | |
| Plaintiffs: Tina Lachney | * | JUDGE ENGELHARDT |
|     Tina Lachney, obo Sierra Lachney | * | |
|       and Zachery Lachney | * | MAG. JUDGE CHASEZ |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Jayco, Inc.'s Motion to Dismiss Duplicative Claims (Rec. Doc. No. 23338) filed Starcraft RV, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Starcraft RV, Inc.'s Motion to Dismiss Duplicative Claims is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23338) filed by Starcraft RV, Inc. on October 26, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this ___2nd___ day of _____December_____, 2011.

_____
UNITED STATES DISTRICT JUDGE