## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Rhonda Bowens v. Starcraft RV, Inc.* | * | |
| Docket No. 09-4740 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Inoka Salter | * | |
| Inoka Salter, obo Makayla Salter | * | |

*******************************************************************************

### UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On November 16, 2011, Defendants Starcraft RV, Inc. ("Starcraft"), Fluor Enterprises, Inc., and Shaw Environmental, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Inoka Salter, individually and on behalf of Makayla Salter, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23533] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On July 31, 2009, Starcraft sent correspondence to Plaintiffs' counsel advising that the defendant had not received a fact sheet from Plaintiffs. After receiving the fact sheets and deeming them deficient, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' Counsel on April 13, 2011. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on September 27, 2011. Defendants never received a response regarding the proposed motion, despite 3 subsequent follow-up e-mails sent on October 11, 2011, October 18, 2011, and October 25, 2011.

1

On November 16, 2011, Defendants proceeded with filing the motion as opposed due to the lack of response from Plaintiffs' counsel. On December 2, 2011, Defendants received deficiency answers for Plaintiffs Inoka Salter, individually and on behalf of Makayla Salter (*See* deficiency answers received from Plaintiffs' counsel December 2, 2011, attached as Exhibit A). Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion. Thus, Defendants move this Court to withdraw their previously filed motion to dismiss as to the Plaintiffs noted below:

    Inoka Salter

    Inoka Salter, on behalf of Makayla Salter

Accordingly, Starcraft RV, Inc., Fluor Enterprises, Inc., and Shaw Environmental, Inc. respectfully move the Court to grant their Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

         Respectfully submitted,
         **WILLINGHAM, FULTZ & COUGILL LLP**

        By: s/*Thomas L. Cougill*
          THOMAS L. COUGILL
          Texas State Bar No. 04877300
          Louisiana State Bar No. 31112
          R. MARK WILLINGHAM
          Texas State Bar No. 21641500
          JEFFREY P. FULTZ
          Texas State Bar No. 00790728
          Mississippi Bar No. 101058
          Niels Esperson Building
          808 Travis Street, Suite 1608
          Houston, Texas  77002
          (713) 333-7600 – Telephone
          (713) 333-7601 – Facsimile

        **Attorneys for Starcraft RV, Inc.**

**MIDDLEBERG, RIDDLE & GIANNA**

By: s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

-and-

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

-and-

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: s/*M. David Kurtz*
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
(504) 566-5200 – Telephone
(504) 636-4000 – Facsimile

**Attorneys for Shaw Environmental, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 5th day of December, 2011.

                                                          s/*Thomas L. Cougill*
                                                        THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

                                                          s/*Thomas L. Cougill*
                                                        THOMAS L. COUGIL