# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213313  
**Case Name** Salter, Inoka  
**DOB**            **SSN**

**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Bar Code V.A.4. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
The bar code number was 1160749.

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
Nobody who lived in the trailer smoked in the trailer. I have been a very light smoker of approximately one cigarette per week since 2002.

| Question # | Question |
|---|---|
| 3 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I received treatment on October 11, 2008 for my illness caused by formaldehyde exposure at: Slidell Memorial Hospital Emergency Room, 1001 Gause Blvd., Slidell, LA 70458. Phone: 985-643-2200. I was prescribed anti-inflamatory medication, antibiotics and an antihistamine.

| Question # | Question |
|---|---|
| 4 | Psychological Treatment III. C. 8. |

**Pet ID** 945  
**Def ID** 51  
**Notice #**

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213313  
**Case Name** Salter, Inoka  
**DOB**   **SSN**  
**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

**Notice #**  
MTD NC

**Answer**  
No, I am not claiming mental and/or emotional damages.

| Question # | Question |
|---|---|
| 5 | Prior Medical History VI. (F) 1 |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I have never suffered from Lung disease.

| Question # | Question |
|---|---|
| 6 | Prior Medical History VI. (F) 4 |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 7 | Produce Records VIII. A. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I do not have any medical records in my possession.

| Question # | Question |
|---|---|
| 8 | Produce Records VIII. B. |

**Pet ID** 945  
**Def ID** 51

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213313  
**Case Name** Salter, Inoka  
**DOB**  **SSN**  
**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

---

**Notice #** MTD NC

**Answer**: Please see attached Standard form 95.

**Question #** 9  
**Question**: Produce Records VIII. C.  
**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**: I do not have any test results in my possession.

**Question #** 10  
**Question**: Produce Records VIII. D.  
**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**: I do not have any medical bills in my possession.

**Question #** 11  
**Question**: Number of hours in the trailer each day V. 13.  
**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**: I spent an average of eight hours in the trailer per day.

**Question #** 12  
**Question**: If requesting reimbursement for medical expense III.C.9.  
**Pet ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213313  
**Case Name** Salter, Inoka  
**DOB**    **SSN**

**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
Yes, I am claiming medical expenses.

**Question #** | **Question**
13 | If making a wage claim IV.F.3.

**Pet ID**  
945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
Yes, I am making a wage loss claim.

_____  
Plaintiff or Representative

12/2/2011  
Date

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213314  
**Case Name** S     M    
**DOB**          **SSN**

**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Bar Code V.A.4. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Starcraft RV, Inc. trailer, The barcode was 1160749

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
Nobody who lived in the trailer smoked.

| Question # | Question |
|---|---|
| 3 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
The medical provider who treated M        for disease/illness/injury that she suffered as a result of living in a FEMA trailer was John Roheim at the Northshore Hospital located on 105 Medical Center Drive in Slidell, LA 70460. The contact number is (985) 645-8996. The symptoms treated were: burning in chest, eye irritation, nausea, headaches, dizziness, coughing, pharyngitis, sinus problems, emphysema, and irritant induced asthma.

| Question # | Question |
|---|---|
| 4 | Psychological Treatment III. C. 8. |

**Pet ID** 945  
**Def ID** 51

## Plaintiff Fact Sheet Deficiency Answers

WGC# 213314  
Case Name S     , M  
DOB          SSN

Cause No. 09-4713  
Case Style Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

**Notice #**  
MTD NC

**Answer**  
No, I am not claiming mental and/or emotional damages on her behalf.

**Question #** 5  
**Question** Prior Medical History VI. (F) 1

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
She has never suffered from lung disease.

**Question #** 6  
**Question** Prior Medical History VI. (F) 4

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
She has never suffered from skin disease.

**Question #** 7  
**Question** Produce Records VIII. A.

**Pet ID** 945  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I do not have any medical records for her in my possession.

**Question #** 8  
**Question** Produce Records VIII. B.

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213314  
**Case Name** S    , M  
**DOB**         **SSN**  
**Cause No.** 09-4713  
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
Please see attached standard form 95.

| Question # | Question |
|---|---|
| 9 | Produce Records VIII. C. |

**Pet ID**  
945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
I do not have any test results for her in my possession.

| Question # | Question |
|---|---|
| 10 | Produce Records VIII. D. |

**Pet ID**  
945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
I do not have any medical bills for her in my possession.

| Question # | Question |
|---|---|
| 11 | Number of hours in the trailer each day V. 13. |

**Pet ID**  
945

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
She spent approximately 17 hours per day in the trailer.

| Question # | Question |
|---|---|
| 12 | If requesting reimbursement for medical expense III.C.9. |

**Pet ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213314
**Case Name** S        , M
**DOB**           **SSN**

**Cause No.** 09-4713
**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

945

**Def ID**
51

**Notice #**
MTD NC

**Answer**
No, I am not claiming medical expenses on her behalf.

**Question #** **Question**
13          If making a wage claim IV.F.3.

**Pet ID**
945

**Def ID**
51

**Notice #**
MTD NC

**Answer**
This question does not pertain to M        because she is not of legal age to work.

_____        12/2/2011
Plaintiff or Representative      Date