UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>   *Donald Trask v.*<br>   *Fluor Enterprises, Inc.*<br>     No. 09-4039 | * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| PLAINTIFFS:<br>Barbara Morgan Hunter<br>Amesha Morgan<br>Antavius Morgan<br>Frederick Morgan<br>Michael Willis Sr.<br>Nia Williams<br>Samuel Hartley Sr. | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of plaintiffs

1. Barbara Morgan Hunter
2. Amesha Morgan
3. Antavius Morgan
4. Frederick Morgan

1057025

5. Michael Willis Sr.
6. Nia Williams
7. Samuel Hartley Sr.

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 5th day of December, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

1057025