UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Alexander, et al., v. Gulf Stream, Inc., et al.* Civil Action No. 09-8646 | * | |

**************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Supplemental and Amended Complaint on Plaintiffs' behalf:

IT IS SO ORDERED that the Plaintiffs Unopposed Partial Motion to Withdraw Supplemental and Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 23511) is withdrawn with regard to plaintiffs Keith Brown, Willie Brown, Joseph Jones, Glenda Williams and Rhonda King only and is not withdrawn as to plaintiff Glen Robert.

This __5th__ day of ____December____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE