UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Edwin Bennett v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7920 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Delores Beard, as Next Friend of | * | |
| Toarean Cousin, a minor | * | |
| Isame Faciene | * | |
| Jessica Reed | * | |
| Jessica Reed, as Next Friend of | * | |
| Chesni Jones, a minor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS**

On November 16, 2011, Defendants Starcraft RV, Inc. ("Starcraft") and Fluor Enterprises, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Delores Beard as next friend of Toarean Cousin, Isame Faciene, Jessica Reed, and Jessica Reed as next friend of Chesni Jones, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23530] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On August 3, 2010, Starcraft sent correspondence to Plaintiffs' counsel advising that the defendant had not received a fact sheet from Plaintiffs. After receiving the fact sheets and deeming them deficient, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' Counsel on January 19, 2011. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on

1

October 19, 2011. Defendants received a response of opposition regarding the proposed motion after 2 subsequent follow-up e-mails were sent on October 26, 2011 and November 8, 2011.

On November 16, 2011, Defendants proceeded with filing the motion as opposed due to the response from Plaintiffs' counsel. On December 2, 2011, Defendants received deficiency answers for Plaintiffs Delores Beard as next friend of Toarean Cousin, Isame Faciene, Jessica Reed, and Jessica Reed as next friend of Chesni Jones (*See* deficiency answers received from Plaintiffs' counsel December 2, 2011, attached as Exhibit A). Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion. Thus, Defendants move this Court to withdraw their previously filed motion to dismiss as to the Plaintiffs noted below:

> Delores Beard, as next friend of Toarean Cousin
>
> Isame Faciene
>
> Jessica Reed
>
> Jessica Reed, as next friend of Chesni Jones

Accordingly, Starcraft RV, Inc. and Fluor Enterprises, Inc. respectfully move the Court to grant their Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

> Respectfully submitted,
> **WILLINGHAM, FULTZ & COUGILL LLP**
>
> By:   s/*Thomas L. Cougill*
>       THOMAS L. COUGILL
>       Texas State Bar No. 04877300
>       Louisiana State Bar No. 31112
>       R. MARK WILLINGHAM
>       Texas State Bar No. 21641500
>       JEFFREY P. FULTZ
>       Texas State Bar No. 00790728
>       Mississippi Bar No. 101058
>       Niels Esperson Building

808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**


**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334 – Telephone
(214) 220-6807 – Facsimile

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
(504) 525-7200 – Telephone
(504) 581-5983 – Facsimile

*-and-*

Richard A. Sherburne., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
(225) 381-7700 – Telephone
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 5th day of December, 2011.

                                               s/*Thomas L. Cougill*
                                               THOMAS L. COUGILL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

                                               s/*Thomas L. Cougill*
                                               THOMAS L. COUGIL