# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213529  
**Case Name** C⟨ ⟩, T  
**DOB**   **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | Manufacturer |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer. The VIN number of that trailer was 1SABS02RX61CK6979

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer. The Barcode number of that trailer was 1276527

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A. E. |

**Pet ID** 1422  
**Def ID** 51

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213529  
**Case Name** C            , T  
**DOB**              **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

**Notice #**  
MTD NC

**Answer**  
A VIN provided was provided.

| Question # | Question |
|---|---|
| 5 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
No one smoked in the trailer. Delores Beard had smoked in the past, but she had quit smoking in 1991. She had smoked one pack a day for 20-25 years.

| Question # | Question |
|---|---|
| 6 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I was treated at Children's International Medical Center at 1430 Lindberg Drive Slidell, LA 70458 (985) 781-7337. I do not know the treatment dates but know they were during the time that was residing in trailer. I received injection and antibiotic prescription medication

| Question # | Question |
|---|---|
| 7 | Psychological Treatment III. C. 8. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 8 | Prior Medical History VI. (F) 1 |

**Pet ID** 1422

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213529  
**Case Name** C, T  
**DOB**  **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

**Def ID** 51  
**Notice #** MTD NC  
**Answer** I have no prior lung/respiratory disease.

| Question # | Question |
|---|---|
| 9 | Prior Medical History VI. (F) 4 |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** I have no prior skin disease.

| Question # | Question |
|---|---|
| 10 | Produce Records VIII. A. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** I do not have these documents in my possession.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII. B. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** Please see attached Standard form 95.

| Question # | Question |
|---|---|
| 12 | Produce Records VIII. C. |

**Pet ID** 1422

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213529  
**Case Name** C, T  
**DOB**   **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

**Def ID** 51  
**Notice #** MTD NC  
**Answer** I do not have test results in my possession.

**Question #** 13  
**Question** Produce Records VIII. D.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** I do not have medical bills in my possession.

**Question #** 14  
**Question** Number of hours in the trailer each day V. 13.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** I spent an average of 12 hours a day in the trailer each day.

**Question #** 15  
**Question** If requesting reimbursement for medical expense III.C.9.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  
**Answer** I am not making a claim for medical expenses.

**Question #** 16  
**Question** If making a wage claim IV.F.3.  
**Pet ID** 1422

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213529  
**Case Name** C , T  
**DOB**    **SSN**  

**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

**Def ID**  
51

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for lost wages.

_____  
Plaintiff or Representative

11/30/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213528  
**Case Name** Faciene, Isame  
**DOB**  **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | Did not provide the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Starcraft RV, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | Did not provide the VIN Number, as required by Section V (A)(2). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
The VIN number was 1SABS02RX61CK6979.

| Question # | Question |
|---|---|
| 3 | Did not provide the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
The bar code number was 1276527.

| Question # | Question |
|---|---|
| 4 | Did not provide information of other persons who resided in the FEMA housing unit, as required by Section V (E). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213528  
**Case Name** Faciene, Isame  
**DOB**         **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

Beard, Delores  
Faciene, Isame  
C    , T  
Ellis Beard, Deceased

| Question # | Question |
|---|---|
| 5 | Did not provide other tobacco use history, as required by Section VI (D) |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
No one smokes in the home . Delores beard used to smoke. She quit smoking in 1991. She smoked 1 pack per day for 20-25 years.

| Question # | Question |
|---|---|
| 6 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I did not receive treatment.

| Question # | Question |
|---|---|
| 7 | Did not state whether plaintiff was treated for psychological, psychiatric or emotional problems Section III (C)(8). |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 8 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |

**Pet ID** 1422  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213528  
**Case Name** Faciene, Isame  
**DOB**  **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

| | |
|---|---|
| | 51 |
| **Notice #** | MTD NC |
| **Answer** | I have No prior lung/respiratory treatment. |

| Question # | Question |
|---|---|
| 9 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4) |
| **Pet ID** | 1422 |
| **Def ID** | 51 |
| **Notice #** | MTD NC |
| **Answer** | I have No prior skin damage. |

| Question # | Question |
|---|---|
| 10 | Failed to attach medical records which plaintiff indicated were in plaintiff's possession as required by Section VIII (A). |
| **Pet ID** | 1422 |
| **Def ID** | 51 |
| **Notice #** | MTD NC |
| **Answer** | I do not have medical records in my possession. |

| Question # | Question |
|---|---|
| 11 | Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B). |
| **Pet ID** | 1422 |
| **Def ID** | 51 |
| **Notice #** | MTD NC |
| **Answer** | Please see attached the Standard Form 95. |

| Question # | Question |
|---|---|
| 12 | Did not provide test results, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (C). |
| **Pet ID** | 1422 |
| **Def ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213528  
**Case Name** Faciene, Isame  
**DOB**   **SSN**

**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

---

Def ID: 51  
Notice #: MTD NC  
**Answer:** I do not have test results in my possession.

**Question #** 13  
Pet ID: 1422  
**Question:** Did not indicate the average number of daily hours spent in the temporary housing unit, as required by Section V (A)(13)  
Def ID: 51  
Notice #: MTD NC  
**Answer:** I spent an average of 12 hours per day in trailer.

**Question #** 13  
Pet ID: 1422  
**Question:** Did not state whether plaintiff was making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer, as required by Section III (C)(9).  
Def ID: 51  
Notice #: MTD NC  
**Answer:** I am not making a claim for medical expenses.

**Question #** 14  
Pet ID: 1422  
**Question:** Did not state whether plaintiff was making a claim for Loss Wages or Lost Earning Capacity as a result of formaldehyde exposure while residing in a FEMA trailer, as required by Section IV (F)(3).  
Def ID: 51  
Notice #: MTD NC  
**Answer:** I am not making a wage loss claim.

_____  
Plaintiff or Representative

12/2/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248034  
**Case Name** Reed, Jessica B.  
**DOB**   **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | Plaintiff's Smoking History VI.C |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I have never used any type of tobacco product.

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Resident(s) VI. D |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
No one who resided with me used any type of tobacco product.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness III. C. 3. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I suffered from coughing, wheezing and headaches. I did not seek medical attention, but non were diagnosed as I did not seek medical attention.

| Question # | Question |
|---|---|
| 4 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248034  
**Case Name** Reed, Jessica B.  
**DOB**   **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

I did not seek medical attention.

| Question # | Question |
|---|---|
| 5 | Psychological Treatment III. C. 8. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I was not seen for psychological care.

| Question # | Question |
|---|---|
| 6 | Prior Medical History VI. (F) 1 |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I have not suffered from skin or lung/respiratory disease.

| Question # | Question |
|---|---|
| 7 | Prior Medical History VI. (F) 4 |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I have not suffered from skin or lung/respiratory disease.

| Question # | Question |
|---|---|
| 8 | Produce Records VIII. A. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248034  
**Case Name** Reed, Jessica B.  
**DOB**   **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

Notice # MTD NC

**Answer**  
I do not have these records in my possession. See attached standard form 95.

**Question #** 9  
**Question** Produce Records VIII. B.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
Please see the attached Standard Form 95. I do not have other documents in possession.

**Question #** 10  
**Question** Produce Records VIII. C.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I do not have these records in my possession. See attached standard form 95.

**Question #** 11  
**Question** Produce Records VIII. D.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I do not have these records in my possession. See attached standard form 95.

**Question #** 12  
**Question** Checklist III.C.  
**Pet ID** 1422  
**Def ID** 51  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248034  
**Case Name** Reed, Jessica B.  
**DOB**  **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

**Notice #**  
MTD NC

**Answer**  
I suffered from coughing, wheezing and headaches. I did not seek medical attention.

**Question #** 13  
**Question** Number of hours in the trailer each day V. 13.

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I spent an average of 4 hrs/day in the trailer.

**Question #** 14  
**Question** If requesting reimbursement for medical expense III.C.9.

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

**Question #** 15  
**Question** If making a wage claim IV.F.3.

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I am not making a wage loss claim.

_____  
Plaintiff or Representative

11/30/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248036  
**Case Name** J      , C  
**DOB**            **SSN**

**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1 | VIN # V.A.2. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, C       lived in a Starcraft RV, Inc. trailer. The VIN number of that trailer was 1SAB502R861CM6869.

| Question # | Question |
|---|---|
| 2 | Bar Code V.A.4. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, C       lived in a Starcraft RV, Inc. trailer. The Barcode number of that trailer was 1229788.

| Question # | Question |
|---|---|
| 3 | Move in Date V.A.6. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
C       moved in on June 26, 2006.

| Question # | Question |
|---|---|
| 4 | Move out Date V.A.6. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248036  
**Case Name** J , C  
**DOB**    **SSN**  
**Cause No.** 09-7920  
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

MTD NC

**Answer**  
C moved out on September 17, 2008.

| Question # | Question |
|---|---|
| 5 | Installation Address V.A.8. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
The installation address of C 's FEMA housing unit was 100 Debra Lane Lot 9B Cameron, LA 70631.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
No one who resided with me used any type of tobacco product.

| Question # | Question |
|---|---|
| 7 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 1422  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
She did not seek medical attention.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 248036
**Case Name** J , C
**DOB**          **SSN**

**Cause No.** 09-7920
**Case Style** Edwin Bennett, et. al. vs. Starcraft RV, Inc., et.

_____
Plaintiff or Representative

12/2/2011
Date