UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Edwin Bennett v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7920 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Delores Beard, as Next Friend of | * | |
| Toarean Cousin, a minor | * | |
| Isame Faciene | * | |
| Jessica Reed | * | |
| Jessica Reed, as Next Friend of | * | |
| Chesni Jones, a minor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 (Rec. Doc. No. 23530) filed by Starcraft RV, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23530) filed by Starcraft RV, Inc. and Fluor Enterprises, Inc. on November 16, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1