# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL NO. 1873** |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | **MAG. JUDGE CHASEZ** |
| Plaintiffs: Chester Bilbo, as next friend of | * | |
| Terry Bilbo and Tyler Bilbo | * | |
| Stacie Pierre, as next friend of | * | |
| Keinra Gates | * | |

**************************************************************************

## UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On November 16, 2011, Defendants Jayco, Inc. ("Jayco"), Bechtel National, Inc., and CH2M Hill Constructors, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Chester Bilbo as next friend of Terry Bilbo and Tyler Bilbo, and Stacie Pierre as next friend of Keinra Gates, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23541] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On September 30, 2010, Jayco sent correspondence to Plaintiffs' counsel advising that the defendant had not received a fact sheet from Plaintiffs. After receiving the fact sheets and deeming them deficient, Jayco sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' Counsel on April 13, 2011. Defendants had not received any response or production of Plaintiff Fact Sheets Amendments in regards to these Plaintiffs. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 28, 2011. Defendants received a response of opposition regarding the proposed motion after a

follow-up e-mail was sent on November 4, 2011.

On November 16, 2011, Defendants proceeded with filing the motion as opposed due to the response from Plaintiffs' counsel. On December 2, 2011, Defendants received deficiency answers for Plaintiffs Chester Bilbo as next friend of Terry Bilbo and Tyler Bilbo, and Stacie Pierre as next friend of Keinra Gates (*See* deficiency answers received from Plaintiffs' counsel December 2, 2011, attached as Exhibit A). Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion. Thus, Defendants move this Court to withdraw their previously filed motion to dismiss as to the Plaintiffs noted below:

Chester Bilbo, as next friend of Terry Bilbo

Chester Bilbo, as next friend of Tyler Bilbo

Stacie Pierre, as next friend of Keinra Gates

Accordingly, Jayco, Inc., Bechtel National, Inc., and CH2M Hill Constructors, Inc. respectfully move the Court to grant their Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
　　　THOMAS L. COUGILL
　　　Texas State Bar No. 04877300
　　　Louisiana State Bar No. 31112
　　　R. MARK WILLINGHAM
　　　Texas State Bar No. 21641500
　　　JEFFREY P. FULTZ
　　　Texas State Bar No. 00790728
　　　Mississippi Bar No. 101058
　　　Niels Esperson Building
　　　808 Travis Street, Suite 1608
　　　Houston, Texas  77002
　　　(713) 333-7600 – Telephone
　　　(713) 333-7601 – Facsimile
　　　**Attorneys for Jayco, Inc.**

**FRILOT L.L.C.**


By:   s/*John J. Hainkel*_____
       JOHN J. HAINKEL, III – La. Bar No. 18246
       A.J. KROUSE – La. Bar No. 14426
       PETER R. TAFARO – La. Bar No. 28776
       3600 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone : (504) 599-8000
       Facsimile: (504) 599-8100

       **Attorneys for Bechtel National, Inc.**




**BAKER DONELSON BEARMAN CALDWELL
& BERKOWITZ, PC**


By:   s/*Gerardo R. Barrios*_____
       ROY C. CHEATWOOD (La. Bar No. 4010)
       GERARDO R. BARRIOS (La. Bar No. 21223)
       M. DAVID KURTZ (La. Bar No. 23821)
       KAREN KALER WHITFIELD (La. Bar No. 19350)
       WADE M. BASS (La. Bar No. 29081)
       No. 3 Sanctuary Boulevard, Suite 201
       Mandeville, La 70471
       (985) 819-8400 – Telephone
       (985) 819-8484 – Facsimile
       rcheatwood@bakerdonelson.com
       gbarrios@bakerdonelson.com
       dkurtz@bakerdonelson.com
       kwhitfield@bakerdonelson.com
       wbass@bakerdonelson.com

       **Attorneys for CH2M Hill Constructors, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 5th day of December, 2011.

   s/*Thomas L. Cougill*
THOMAS L. COUGILL


## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

   s/*Thomas L. Cougill*
THOMAS L. COUGIL