# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211295  
**Case Name** B     , T  
**DOB**             **SSN**  
**Cause No.** 09-4682  
**Case Style** Randi Cuevas, et. al.  vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1. | Manufacturer |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, T    lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2. | Smoking History of Other Trailer Resident(s) |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
Chester and Andrea Bilbo smoked outside of the FEMA trailer. Chester has been smoking about 30 years and Andrea for about 25 years. They both smoke about a pack a day.

| Question # | Question |
|---|---|
| 3. | Diagnosed Illness |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
He has not had any illness diagnosed.

| Question # | Question |
|---|---|
| 4. | Treatment for Formaldehyde Related Injury |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

WGC# 211295  
Case Name  B    , T  
DOB              SSN  

Cause No. 09-4682  
Case Style  Randi Cuevas, et. al.  vs. Gulf Stream Coach,

**Answer**  
He has not been treated for any formaldehyde related injuries.

| Question # | Question |
|---|---|
| 5. | Psychological Treatment |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
I am not claiming any mental or emotional damages on his behalf.

| Question # | Question |
|---|---|
| 6. | Prior Medical History VI (F) (1&4) |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
He has never suffered from lung or other respiratory disease or any skin disease.

| Question # | Question |
|---|---|
| 7. | Produce Records VIII (A-D) |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
I do not have medical records, test results and medical bills for him in my possession. However, please see the attached Standard Form 95.

| Question # | Question |
|---|---|
| 8. | Checklist III.C. |

Pet ID: 1611  
Def ID: 26  
Notice #:

# Plaintiff Fact Sheet Deficiency Answers

WGC# 211295  
Case Name  B       T  
DOB              SSN  

Cause No. 09-4682  
Case Style  Randi Cuevas, et. al.  vs. Gulf Stream Coach,

MTD NC

**Answer**  
He experienced allergy symptoms.

| Question # | Question |
|---|---|
| 9. | Number of hours spent in the trailer each day V.13. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**  
He spent an average of 10 hours per day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 10. | If requesting reimbursement for medical expenses III.C.9. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**  
I am not claiming medical expenses on his behalf.

| Question # | Question |
|---|---|
| 11. | If making a wage claim IV.F.3. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**  
This question does not pertain to T         s case because he was a minor when he resided in the trailer.

_____          12/2/2011  
Plaintiff or Representative          Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211294  
**Case Name** B , T  
**DOB**   **SSN**  
**Cause No.** 09-4682  
**Case Style** Randi Cuevas, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1. | Manufacturer V.A.1. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, T ived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2. | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
Chester and Andrea Bilbo smoked outside of the FEMA trailer. Chester has been smoking about 30 years and Andrea for about 25 years. They both smoke about a pack a day.

| Question # | Question |
|---|---|
| 3. | Diagnosed Illness III.C.3. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
He did not have any diagnosed illnesses.

| Question # | Question |
|---|---|
| 4. | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211294  
**Case Name** B    , T  
**DOB**          **SSN**  
**Cause No.** 09-4682  
**Case Style** Randi Cuevas, et. al. vs. Gulf Stream Coach,

**Answer**
He did not receive any treatments for formaldehyde related injury.

| Question # | Question |
|---|---|
| 5. | Psychological Treatment III.C.8. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I am not claiming mental or emotional damages on his behalf.

| Question # | Question |
|---|---|
| 6. | Prior Medical History VI (F) (1&4) |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
He have never suffered from lung or other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 7. | Produce Records VIII (A-D) |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I do not have any medical records, test results and medical bills for him in my possession. Please see the attached Standard Form 95.

| Question # | Question |
|---|---|
| 8. | Checklist III.C. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 211294  
**Case Name** B    C        **SSN**  
**DOB**  

**Cause No.** 09-4682  
**Case Style** Randi Cuevas, et. al. vs. Gulf Stream Coach,

Notice # MTD NC

**Answer**
He experienced itchy, water eyes and burning sinus.

| Question # | Question |
|---|---|
| 9. | Number of hours spent in the trailer each day V.13. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**
He spent an average of 10 hours per day in the trailer.

| Question # | Question |
|---|---|
| 10. | If requesting reimbursement for medical expenses III.C.9. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**
I am not claiming medical expenses on his behalf.

| Question # | Question |
|---|---|
| 11. | If making a wage claim IV.F.3. |

Pet ID: 1611  
Def ID: 26  
Notice #: MTD NC

**Answer**
This question does not pertain to T____'s case because he was a minor when he resided in the trailer.

_____    12/2/2011
Plaintiff or Representative    Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226168  
**Case Name** G____, K____  
**DOB**          **SSN**

**Cause No.** 09-7858  
**Case Style** Antoinette Brown, as Next Friend of J. B., a

| Question # | Question |
|---|---|
| 1. | Move in Date |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02M251JZ0276. The bar code was 1144646. The move in date was October, 2005 and the move out date was January, 2006.

According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Waverlee Homes, Inc. trailer. The VIN number of that trailer was 17L10052F. The barcode number was 1201086. This was a rental home She stayed in from January, 2006 till August, 2006

| Question # | Question |
|---|---|
| 2. | Move out Date V.A.7. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02M251JZ0276. The bar code was 1144646. The move in date was October, 2005 and the move out date was January, 2006.

According to the information provided by the US government through the FEMA offices in the matching process, She lived in a Waverlee Homes, Inc. trailer. The VIN number of that trailer was 17L10052F. The barcode number was 1201086. This was a rental home She stayed in from January, 2006 till August, 2006

| Question # | Question |
|---|---|
| 3. | Installation Address V.A.8. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226168  
**Case Name** G      , K  
**DOB**           **SSN**  
**Cause No.** 09-7858  
**Case Style** Antoinette Brown, as Next Friend of J. B., a

**Answer**  
Trailer 1: 6498 Rd. 318 Pass Christian, MS 39571  
Trailer 2: 6498 Rd. 318 Pass Christian, MS 39571  

| Question # | Question |
|---|---|
| 4. | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
No one who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 5. | Psychological Treatment III.C.8. |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
No, she is not making a claim fro mental or emotional damages, and has not received treatment.

| Question # | Question |
|---|---|
| 6. | Prior Medical History VI (F) (1&4) |

**Pet ID** 1611  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
She has never suffered from lung or other respiratory diseases, long term stomach or bowel disease, infectious disease or skin disease.

| Question # | Question |
|---|---|
| 7. | Produce Records VIII (A-D) |

**Pet ID** 1611  
**Def ID** 26

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226168  **Cause No.** 09-7858
**Case Name** G   K  **Case Style** Antoinette Brown, as Next Friend of J. B., a
**DOB**   **SSN**

**Notice #**
MTD NC

**Answer**
Please see attached standard form 95, however I do not have any of the other requested documents in my possession

**Question #** 8.
**Question** Number of hours spent in the trailer each day V.13.
**Pet ID** 1611
**Def ID** 26
**Notice #** MTD NC

**Answer**
K   spent in the trailer was 16 hours a day.

**Question #** 9.
**Question** If requesting reimbursement for medical expenses III.C.9.
**Pet ID** 1611
**Def ID** 26
**Notice #** MTD NC

**Answer**
No, I am not making a claim for Ke   's medical expenses.

**Question #** 10.
**Question** If making a wage claim IV.F.3.
**Pet ID** 1611
**Def ID** 26
**Notice #** MTD NC

**Answer**
This does not pertain to K   is she is a minor.

_____     11/30/2011
Plaintiff or Representative          Date