UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Adams, et al v. Jayco Enterprises, Inc., et al* | * | |
| CASE NO. 09-8407 | * | |
| Kenny Anderson, Leo Sherman, and Kennis Hagan, | * | |
| individually and on behalf of Kia Hagan and Jasmin | * | |
| Youngblood, ONLY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF KENNY ANDERSON, LEO SHERMAN,  AND KENNIS HAGAN'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Kenny Anderson, Leo Sherman, and Kennis Hagan, individually and on behalf

of Kia Hagan and Jasmin Youngblood (only), pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby

give notice of their dismissal of all claims made in this lawsuit against defendant, Jayco

Enterprises, Inc., and Jayco, Inc. ONLY without prejudice.  This does not affect any of the

claims made by any other plaintiff in this lawsuit or any claims made by Kenny Anderson, Leo

Sherman, or Kennis Hagan, in an individual or representative capacity, in any other complaints

in this MDL.

Respectfully submitted:

By: */s/ Peter K. Taaffe*
    Anthony G. Buzbee
    Texas Bar No. 24001820
    Peter K. Taaffe
    Texas Bar No. 24003029
    THE BUZBEE LAW FIRM
    600 Travis, Suite 7300
    Houston, Texas 77002
    Tel.: (713) 223-5393
    Fax: (713) 223-59009
    JOHN MUNOZ (#9830)

GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5th, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

_/s/ Peter K. Taaffe_
Peter K. Taaffe