UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Bruce Robinson v. Starcraft RV, Inc.* | * | |
| Docket No. 09-7090 | * | MAG. JUDGE CHASEZ |
| Plaintiffs:  Howard Dilley | * | |

*************************************************************************

## UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On November 16, 2011, Defendants Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc., and CH2M Hill Constructors, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Howard Dilley, Kelly Galloway, and Derrick Robinson, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23537] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On July 29, 2010, Starcraft sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Although Plaintiffs' Counsel forwarded amendments to the Plaintiff Fact Sheets of the Plaintiffs, the Plaintiffs' deficiencies were not cured and the amendments did not provide any additional information. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 25, 2011. Defendants received a response of opposition regarding the proposed motion after 2 follow-up e-mails were sent on November 1, 2011 and November 10, 2011.

On November 16, 2011, Defendants proceeded with filing the motion as opposed due to the

1

response from Plaintiffs' counsel. On December 2, 2011, Defendants received deficiency answers from Plaintiffs' counsel containing deficiency answers for Plaintiff Howard Dilley  (*See* deficiency answers received from Plaintiffs' counsel December 2, 2011, attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiff noted below:

        Howard Dilley

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheets for Kelly Galloway and Derrick Robinson, Defendants are not withdrawing their previously filed motion to dismiss as to Kelly Galloway and Derrick Robinson.  Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiff listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiffs noted below:

        Kelly Galloway

        Derrick Robinson

Accordingly, Starcraft RV, Inc., Bechtel National, Inc., and CH2M Hill Constructors, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Howard Dilley only, and grant their Motion to Dismiss as to Plaintiffs Kelly Galloway and Derrick Robinson.

        Respectfully submitted,
        **WILLINGHAM, FULTZ & COUGILL LLP**

By:   s/*Thomas L. Cougill*
       THOMAS L. COUGILL
       Texas State Bar No. 04877300
       Louisiana State Bar No. 31112
       R. MARK WILLINGHAM
       Texas State Bar No. 21641500

        JEFFREY P. FULTZ
        Texas State Bar No. 00790728
        Mississippi Bar No. 101058
        Niels Esperson Building
        808 Travis Street, Suite 1608
        Houston, Texas 77002
        (713) 333-7600 – Telephone
        (713) 333-7601 – Facsimile
        **Attorneys for Starcraft RV, Inc.**

**FRILOT L.L.C.**

By:   s/*John J. Hainkel*_____
       JOHN J. HAINKEL, III – La. Bar No. 18246
       A.J. KROUSE – La. Bar No. 14426
       PETER R. TAFARO – La. Bar No. 28776
       3600 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone : (504) 599-8000
       Facsimile: (504) 599-8100
       **Attorneys for Bechtel National, Inc.**

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   s/*Gerardo R. Barrios*_____
       ROY C. CHEATWOOD (La. Bar No. 4010)
       GERARDO R. BARRIOS (La. Bar No. 21223)
       M. DAVID KURTZ (La. Bar No. 23821)
       KAREN KALER WHITFIELD (La. Bar No. 19350)
       WADE M. BASS (La. Bar No. 29081)
       No. 3 Sanctuary Boulevard, Suite 201
       Mandeville, La 70471
       (985) 819-8400 – Telephone
       (985) 819-8484 – Facsimile
       rcheatwood@bakerdonelson.com
       gbarrios@bakerdonelson.com
       dkurtz@bakerdonelson.com
       kwhitfield@bakerdonelson.com
       wbass@bakerdonelson.com
       **Attorneys for CH2M Hill Constructors, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 5th day of December, 2011.

                                                      s/*Thomas L. Cougill*
                                                     THOMAS L. COUGIL

**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

                                                      s/*Thomas L. Cougill*
                                                   THOMAS L. COUGILL