# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226058  
**Case Name** Dilley, Howard  
**DOB**  **SSN**  
**Cause No.** 09-7090  
**Case Style** Bruce Robinson, et. al. vs. Starcraft RV, Inc., et.

| Question # | Question |
|---|---|
| 1. | Plaintiff's Smoking History VI.C. |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I did not smoke when I lived in the trailer. I am currently smoking. I smoke 3-4 cigars a week. I have been smoking since 2008.

| Question # | Question |
|---|---|
| 2. | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
Nobody else who resided in the trailer smoked or used tobacco products.

| Question # | Question |
|---|---|
| 3. | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC

**Answer**  
I received treatments for breathing problems and anxiety. I went to emergency room at Hancock Medical Center located at 149 Drinkwater Boulevard Bay St. Louis, Mississippi 39520, phone (228) 467-8600. Dates: 6/2006.

| Question # | Question |
|---|---|
| 4. | Psychological Treatment III.C.8. |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226058  
**Case Name** Dilley, Howard  
**DOB**   **SSN**  
**Cause No.** 09-7090  
**Case Style** Bruce Robinson, et. al. vs. Starcraft RV, Inc., et.

**Answer**  
I went to emergency room at Hancock Medical Center located at 149 Drinkwater Boulevard Bay St. Louis, Mississippi 39520, phone (228) 467-8600. Dates: 6/2006. I took Valium for my anxiety.

| Question # | Question |
|---|---|
| 5. | Prior Medical History VI (F) (1&4) |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
No, I have not ever suffered from lung/other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 6. | Produce Records VIII (A-D) |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I do not have medical records, test results, and medical bills. Please see the attached Standard Form 95.

| Question # | Question |
|---|---|
| 7. | Number of hours in the trailer each day V.13. |

**Pet ID** 1269  
**Def ID** 51  
**Notice #** MTD NC  

**Answer**  
I was in the trailer for 24 hours a day.

| Question # | Question |
|---|---|
| 8. | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1269  
**Def ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226058  
**Case Name** Dilley, Howard  
**DOB**     **SSN**  
**Cause No.** 09-7090  
**Case Style** Bruce Robinson, et. al. vs. Starcraft RV, Inc., et.

51

**Notice #**
MTD NC

**Answer**
Yes, I am making a claim for medical expenses as a result of the injury, illness or disease. The amount is $800.

| Question # | Question |
|---|---|
| 9. | If making a wage claim IV.F.3. |

**Pet ID**
1269

**Def ID**
51

**Notice #**
MTD NC

**Answer**
No, I am not making a claim for lost wages.

_____   11/30/2011
Plaintiff or Representative    Date