UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|           FORMALDEHYDE PRODUCTS | * | |
|           LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Rhonda Bowens v. Starcraft RV, Inc.* | * | |
| Docket No. 09-4740 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Inoka Salter | * | |
|           Inoka Salter, obo Makayla Salter | * | |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 (Rec. Doc. No. 23533) filed Starcraft RV, Inc., Fluor Enterprises, Inc., and Shaw Environmental, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23533) filed by Starcraft RV, Inc., Fluor Enterprises, Inc., and Shaw Environmental, Inc. on November 16, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this ____6th____ day of _____December_____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1