UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|          FORMALDEHYDE PRODUCTS | * | |
|          LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Jessie Thomas v. Jayco, Inc.* | * | |
| Docket No. 10-1277 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Chester Bilbo, as next friend of | * | |
|            Terry Bilbo and Tyler Bilbo | * | |
|            Stacie Pierre, as next friend of | * | |
|            Keinra Gates | * | |

************************************************************************

## ORDER

Considering the foregoing Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 (Rec. Doc. No. 23541) filed by Jayco, Inc., Bechtel National, Inc., and CH2M Hill Constructors, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23541) filed by Jayco, Inc., Bechtel National, Inc., and CH2M Hill Constructors, Inc. on November 16, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this __6th__ day of __December__, 2011.

_____
UNITED STATES DISTRICT JUDGE

1