## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |

**THIS DOCUMENT IS RELATED TO:**            *

*Gwendolyn White v. R-Vision, Inc., et al.*   *

No. 09-4734                                   *

Plaintiffs:                                   *

     Dawn Esposito obo Elizabeth Esposito   *

     Debra Bradley                          *

     Dawn Esposito obo Cameron Esposito     *

     Dorothy Thompson                       *

     Clauzell Bradley                       *

     Cornell Bradley                        *

     Charlotte Spencer                      *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
## DEFENDANT'S MOTION TO DISMISS

COME NOW Dawn Esposito obo Elizabeth Esposito, Debra Bradley**,** Dawn Esposito obo Cameron Esposito, Dorothy Thompson, Clauzell Bradley, Cornell Bradley, and Charlotte Spencer (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23568).

**A.    SPECIFIC PLAINTIFFS**

Defendant Liberty Mutual Insurance Company ("Liberty Mutual") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

1.      **Dawn Esposito obo Elizabeth Esposito**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "A".

2.      **Debra Bradley**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on December 2, 2011, please see attached Exhibit "B". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff counsel. As soon as this is received it will be forwarded to the Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

3.      **Dawn Esposito obo Cameron Esposito**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

4.      **Dorothy Thompson**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on December 2, 2011, please see attached Exhibit "D".  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

**5.      Clauzell Bradley**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on December 2, 2011, please see attached Exhibit "E".  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

**6.      Cornell Bradley**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on December 2, 2011, please see attached Exhibit "F".  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore his claims should not be dismissed.

**7.      Charlotte Spencer**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "G".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of December, 2011.

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**