# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202872  
**Case Name** Bradley, Debra  
**DOB** 11/9/1953   **SSN** xxx-xx-1488  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

| Question # | Question |
|---|---|
| 2. | Diagnosed Illness III. C. 3. ( second question below the chart ) |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I suffered with panic attacks & chronic sleep disorder. I do not recall the doctor who diagnosed these illnesses nor the dates of diagnosis.

| Question # | Question |
|---|---|
| 3. | Only if you are requesting reimbursement of medical expenses III. C. 9. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I am making a claim for medical expenses but I do not know the amount for which I am claiming.

| Question # | Question |
|---|---|
| 4. | Smoking History of other trailer resident(s) VI. D. |

**Pet ID** 931  
**Def ID**

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202872  
**Case Name** Bradley, Debra  
**DOB** 11/9/1953   **SSN** xxx-xx-1488  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| | |
|---|---|
| Def ID | 98 |
| Notice # | MTD NC |

**Answer**
No one who resided in the trailer smoked.

| | |
|---|---|
| Question # | 5. |
| Question | Treatment for formaldehyde Related Injury VII. B. |
| Pet ID | 931 |
| Def ID | 98 |
| Notice # | MTD NC |

**Answer**
I have been taking Medicine for Formaldehyde they are called zolpidem & altrazolam, I do not recall the Doctor who prescribed this medication or the dates of treatment

_____       12/5/2011
Plaintiff or Representative         Date