# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 207568  
**Case Name** Thompson, Dorothy  
**DOB** 2/19/1931    **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Names of all trailer residents (residing) V. E. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
There were no other trailer residents.

| Question # | Question |
|---|---|
| 2 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
There were no other trailer residents.

| Question # | Question |
|---|---|
| 3 | Plaintiff's Fact Sheet Signed and Dated. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
Please see attached certification.

_[signature]_                            11/30/2011  
Plaintiff or Representative              Date

**EXHIBIT "D"**

207568-DSI- Cert Page

Thompson, Dorothy - WGC#207568

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Dorothy Thompson_   __Dorothy Thompson__   1-17-11
Signature of Plaintiff     Print Your Name         Date