# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202874  
**Case Name** Bradley, Clauzell  
**DOB** 9/13/1952   **SSN** 435805184  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3 (Second question below the chart) |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
I suffered from the following: coughing / shortness of breath, dizziness, headaches, nausea, eye irritation / excessive tears, burning of eyes, skin rash / irritation, diarrhea, and a persistent cough. None of these conditions were diagnosed as I did not seek or receive medical treatment.

| Question # | Question |
|---|---|
| 2 | Psychological Treatment III. C. 8 |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in a FEMA housing unit.

| Question # | Question |
|---|---|
| 3 | Only if you are requesting reimbursement of medical expenses III. C. 9 |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 4 | Manufacturer V. A. 1 |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202874  
**Case Name** Bradley, Clauzell  
**DOB** 9/13/1952   **SSN** 435805184  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a R-Vision, Inc. trailer.

| Question # | Question |
|---|---|
| 5 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Nobody who resided with me used any kind of tobacco product.

| Question # | Question |
|---|---|
| 6 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I did not seek or receive medical attention.

| Question # | Question |
|---|---|
| 7 | Plaintiff's Fact Sheet Signed and Dated. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Please see attached Certification

_____   11/30/2011  
Plaintiff or Representative          Date

Bradley, Clauzell - WGC#202874

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Clauzell Bradley_  
**Signature of Plaintiff**

**Clauzell Bradley**  
**Print Your Name**

11/30/2011  
**Date**