# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202873  
**Case Name** Bradley, Cornell  
**DOB** 11/16/1970   **SSN** xxx-xx-5855  
**Cause No.** 09-4717  
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3 (Second question below the chart) |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I suffered from: Coughing shortness of breath, Headaches, Nausea, sinus infections/sinusitis, Irritation or swelling of the eyelids or eye area, Eye irritation/excessive tears, Burning of the eyes, Vomiting occasionally, Diarrhea, Difficulty in breathing, Persistent cough, but none of my symptoms were diagnosed as I did not seek or receive medical treatment.

| Question # | Question |
|---|---|
| 2 | Only if you are requesting reimbursement of medical expenses III. C. 9 |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
No I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 3 | Manufacturer V. A. 1 |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
After matching my information with the government, it was found that I did live in a trailer manufactured by R-Vision, Inc.

| Question # | Question |
|---|---|
| 4 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 931  
**Def ID**

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202873
**Case Name** Bradley, Cornell
**DOB** 11/16/1970   **SSN** xxx-xx-5855
**Cause No.** 09-4717
**Case Style** Lester Davis, et. al. vs. Gulf Stream Coach, Inc.,

**Def ID**
98

**Notice #**
MTD NC

**Answer**
No one who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 5 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
Yes I received treatment from East Jefferson Urgent Care 708 West Esplanade Avenue, Kenner, LA (504) 461-9660, I had severe cold like symptoms and I do not know the dates of treatment.

| Question # | Question |
|---|---|
| 6 | Plaintiff's Fact Sheet Signed and Dated. |

**Pet ID**
931

**Def ID**
98

**Notice #**
MTD NC

**Answer**
Please see attached Certification

_____
Plaintiff or Representative

11/30/2011
Date

Bradley, Cornell - WGC#202873

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Cornell Bradley_      **Cornell Bradley**     11-15-2011
**Signature of Plaintiff**     **Print Your Name**     **Date**