# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213284

**Case Name** Wilkerson, Micah

**DOB** 3/17/2007    **SSN** 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

**Cause No.** 09-4713

**Case Style** Gerod Macon, et. al. vs. Sun Valley, Inc., et. al.

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 931

**Def ID** 98

**Notice #** MTD NC

**Answer**
Please see attached certification.

| Question # | Question |
|---|---|
| 2. | Bar Code V. A. 4. |

**Pet ID** 931

**Def ID** 98

**Notice #** MTD NC

**Answer**
I lived in a R-Vision, Inc. trailer. The Barcode number of that trailer was 134490

| Question # | Question |
|---|---|
| 3. | Smoking History of other trailer resident(s) VI. D. |

**Pet ID** 931

**Def ID** 98

**Notice #** MTD NC

**Answer**
Nobody who resided in the trailer used any type of tobacco product.

_____
Plaintiff or Representative

11/30/2011
_____
Date

**EXHIBIT "A"**

Wilkerson, Micah - WGC#213284

# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

X ___Germaine Miller_____     **Germaine Miller, as Next Friend**     __11/15/2011__
**Signature of Plaintiff**          **of Micah Wilkerson, a minor**          **Date**
                                    **Print Your Name**

GERMAINE miller
MICAh Wilkerson