# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213681

**Cause No.** 09-4734

**Case Name** Poiroux, Rebecca

**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

**DOB** 4/18/1972     **SSN** 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

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 98 | |
| **Notice #** | |
| MTD NC | |
| **Answer** | |
| I do not have this document at this time. | |

| Question # | Question |
|---|---|
| 2. | Psychological Treatment III. C. 8. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 98 | |
| **Notice #** | |
| MTD NC | |
| **Answer** | |
| I am not claiming mental or emotional damages. | |

| Question # | Question |
|---|---|
| 3. | Only if you are requesting reimbursement of medical expenses III. C. 9. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 98 | |
| **Notice #** | |
| MTD NC | |
| **Answer** | |
| I am requesting medical reimbursement of $600.00 | |

| Question # | Question |
|---|---|
| 4. | Move in date V. A. 6. |
| **Pet ID** | |
| 931 | |
| **Def ID** | |
| 98 | |
| **Notice #** | |
| MTD NC | |
| **Answer** | |
| I moved in my trailer December 16, 2005. | |

EXHIBIT "B"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213681

**Cause No.** 09-4734

**Case Name** Poiroux, Rebecca

**Case Style** Gwendolyn White, et. al.  vs. R-Vision, Inc., et.

**DOB** 4/18/1972    **SSN** 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

| Question # | Question |
|---|---|
| 5. | Move out date V. A. 7. |
| **Pet ID** 931 | |
| **Def ID** 98 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | I moved out of my trailer January, 2007. |

| Question # | Question |
|---|---|
| 6. | Number of hours spent in the trailer each day V. 13. |
| **Pet ID** 931 | |
| **Def ID** 98 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | I spent about 20 hours I spend in the FEMA trailer each day. |

| Question # | Question |
|---|---|
| 7. | Names of all trailer residents (residing) V. E. |
| **Pet ID** 931 | |
| **Def ID** 98 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | The following are those who resided in the trailer.<br>213681 Poiroux, Rebecca - self<br>213680 Poiroux, Patrick - my husband<br>213682 Poiroux, Ronnie - son<br>Current address and phone number for myself, my husband, and son 3261 Reine Ave, Slidell, LA 70458 985-718-9055<br>213679 Gimnick, Diane - mother<br>Current address and phone number for my mother 100 Foxbriar St. Slidell, LA 70461 985-718-9055. |

| Question # | Question |
|---|---|
| 8. | Smoking History of other trailer resident(s) VI. D. |
| **Pet ID** | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213681                                       **Cause No.** 09-4734

**Case Name** Poiroux, Rebecca                        **Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

**DOB** 4/18/1972      **SSN** 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

| 931 |
|---|

**Def ID**

| 98 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

Diane Gimnick, my mother smoked while we resided in the trailer, she smoked outside about half a pack a day. She no longer smokes but did for about 30 years and stopped in 2007.

| **Question #** | **Question** |
|---|---|
| 9. | Prior Medical History VI (F) (1&4) |

**Pet ID**

| 931 |
|---|

**Def ID**

| 98 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

No, I have not suffered from respiratory disease, any Infectious disease, Long-term stomach or bowel disease, or Skin disease.

_____          11/30/2011
_____

Plaintiff or Representative              Date