# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844  
**Case Name** Gibson, Quincy Demense  
**DOB** 9/9/1965   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1. | Diagnosed Illness III. C. 3. ( second question below the chart ) |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
My conditions are Blurred vision worsened by the trailer, Coughing / Shortness of Breath was worsened by the trailer. Tingling or swelling of lips or face area was worsened by the trailer. Dizziness, headaches, Sinus Infections / Sinusitis were also worsened by the trailer.

| Question # | Question |
|---|---|
| 2. | Psychological Treatment III. C. 8. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I am claiming making a psychological claim. Since staying in the FEMA trailer I do not feel safe in a trailer of mobile home.

Dr. Diana MD 2820 Napoleon Ave, STE 890, New Orleans, LA, (504) 412-1366. Dr. McDermott ran blood test to see if I had formaldehyde in my system.

Dr. Carol Barton, 2820 Napolean Ave. Suite 890 New Orleans, LA 70115. Dr. Baton ran evaluation test for my health.

| Question # | Question |
|---|---|
| 3. | Only if you are making a wage claim IV. F. 3. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I am not making a wage claim.

| Question # | Question |
|---|---|
| 4. | |

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844
**Case Name** Gibson, Quincy Demense
**DOB** 9/9/1965    **SSN** 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
**Cause No.** 09-4734
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
I spent a total of 15 hours a day in the FEMA trailer. We were back and forth between the FEMA trailer and a rental home in Alabama: 347 Howell St., Chickasaw, AL. 36611.

| Question # | Question |
|---|---|
| 5. | Names of all trailer residents (residing) V. E. |

**Pet ID** 931
**Def ID** 98
**Notice #** MTD NC

**Answer**
Quincy Gibson,
Age: 46
Address: 3401 Roger Williams St., New Orleans, LA, 70119.
I am making a personal injury claim
The nature of the personal injury is psychological and having breathing problems, I have been diagnosed with sleep apnea, but not told if it was due to formaldehyde and also have migraine headaches

Brandis R. Wilson, stayed approximately 3 months in FEMA trailer, he worked with me and I allowed him to stay to avoid hotel cost. I am uncertain of his age and current address information, will need to notify him.
1-985-369-2823
1-985-513-2846

My wife Yvonne C. Gibson is 65. Her phone number is 504-919-4931, No, she is not making a claim for medical expenses, not. Her address is 3401 Roger Williams St., New Orleans, LA, 70119.

| Question # | Question |
|---|---|
| 6. | Smoking History of other trailer resident(s) VI. D. |

**Pet ID** 931
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844  
**Case Name** Gibson, Quincy Demense  
**DOB** 9/9/1965   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

Def ID: 98  
Notice #: MTD NC

**Answer**  
Brandis R. Wilson did smoke but I do not have any information regarding his history of smoking.

| Question # | Question |
|---|---|
| 7. | Prior Medical History VI (F) (1&4) |

Pet ID: 931  
Def ID: 98  
Notice #: MTD NC

**Answer**  
1. Lung/ Respiratory Disease- Never suffered form this  
2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)- Never suffered form this  
3. Long-term stomach or bowel disease- Never suffered form this  
4. Skin disease- I saw a Dermatologist in 08/2004 for a skin rash between my legs.

| Question # | Question |
|---|---|
| 8. | Treatment for formaldehyde Related Injury VII. B. |

Pet ID: 931  
Def ID: 98  
Notice #: MTD NC

**Answer**  
I was treated by Dr. Diana T. McDermott, Internal Medicine/ Pediatrics at 2820 Napoleon Avenue New Orleans, LA 70115, phone number 504-412-1366, received Medical Evaluations from 09/2005 -12/2005

| Question # | Question |
|---|---|
| 9. | Is client claiming mental or emotional damage/disease. |

Pet ID: 931  
Def ID: 98  
Notice #: MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201844  
**Case Name** Gibson, Quincy Demense  
**DOB** 9/9/1965   **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

**Answer**  
Yes. I am. Since staying in the FEMA trailer I do not feel safe in a trailer of mobile home.

| Question # | Question |
|---|---|
| 10. | Does client want medical reimbursement? |

**Pet ID**  931  
**Def ID**  98  
**Notice #**  MTD NC

**Answer**  
No I do not want to make a claim for medical reimbursement.

| Question # | Question |
|---|---|
| 11. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID**  931  
**Def ID**  98  
**Notice #**  MTD NC

**Answer**  
Please see attached certification page.

_____  
Plaintiff or Representative

12/5/2011  
Date

Gibson, Quincy Demense - WGC#201844

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    Quincy D Gibson    11-16-11
Signature of Plaintiff        **Quincy Gibson**
                              Print Your Name         Date

Nov 16 11 01:39p    Quincy & Yvonne C. Gibson    1-504-940 5900    p.2