# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226617  
**Case Name** Mitchell, Blessing  
**DOB** 11/12/2000    **SSN** 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  
**Cause No.** 09-4734  
**Case Style** Gwendolyn White, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
Please see attached certification

| Question # | Question |
|---|---|
| 2. | Bar Code V. A. 4. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Blessing lived in a R-Vision, Inc. trailer. The Barcode number of that trailer was 1360746.

| Question # | Question |
|---|---|
| 3. | Smoking History of other trailer resident(s) VI. D. |

**Pet ID** 931  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
No one who lived in the trailer smoked.

_____  
Plaintiff or Representative

11/30/2011  
Date

**EXHIBIT "D"**

226617-051-

Mitchell, Blessing - WGC#226617

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Sabrina Mitchell-Mother_    Sabrina Mitchell, as Next Friend    11-15-11
**Signature of Plaintiff**    of Blessing Mitchell, a minor      **Date**
                              **Print Your Name**