UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Charlotte Bell v. Starcraft RV, Inc., et al.* | | * | |
| No. 09-6931 | | * | |
| Plaintiffs: | Joseph Crapeau | * | |
| | Shalon Fincher | * | |
| | Coriel Galloway | * | |
| | Randall Galloway | * | |
| | Stacey Goodole | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

COME NOW Joseph Crapeau, Shalon Fincher, Coriel Galloway, Randall Galloway and Stacey Goodole (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23529).

**A.    SPECIFIC PLAINTIFFS**

Defendants Starcraft RV, Inc. ("Starcraft") and Bechtel National, Inc. ("Bechtel") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

**1.    Joseph Crapeau**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "A".

    2.    **Shalon Fincer**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".

    3.    **Coriel Galloway**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

    4.    **Randall Galloway**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "D".

    5.    **Stacey Goodole**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "E".

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**