UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* *1:09-cv-559 HSO JMR* Plaintiff: *Joseph Crapeau* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS             §

COUNTY OF NUECES      §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Joseph Crapeau.

3. On October 12, 2011, Plaintiff's attorney began calling Joseph Crapeau twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On October 29, 2011, Plaintiff's attorney had performed "Person Searches" and on November 7, 2011, Accurints were performed to attempt to locate the said client and have had no success.

5. Plaintiff's counsel has sent Plaintiff numerous written correspondence to attempt to answer

**EXHIBIT "A"**

outstanding questions regarding the Plaintiff's claim to include:
10/02/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/13/2011 - FEMA 5-13-2011 Status Letter
10/28/2011 - FEMA Draft Dismiss
11/11/2011 - No Contact Letter for Active Clients
11/21/2011 - FEMA Motion to Dismiss

7. As of today's date Counsel has not heard back from Plaintiff.

Signed this the 6th day of December, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of December, 2011, to certify which witness my hand and seal of office.



WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS