UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* | | * | |
| *1:09-cv-559 HSO JMR* | | * | |
| *Plaintiff: Randall Galloway* | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>AFFIDAVIT OF NICOLE PORTER</u>

STATE OF TEXAS            §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Randall Galloway.

3.  On October 14, 2011, Plaintiff's attorney began calling Randall Galloway twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.  On November 4, 2011, Plaintiff's attorney had performed "Person Searches" and on November 10, 2011, Accurints were performed to attempt to locate the said client and have had no success.

5.  On November 30, 2011, Plaintiff's attorney made contact with client and obtained some of

---

# EXHIBIT "D"

the deficient answers but client needed more time to research some of them. Plaintiff's attorney continues to call in order to cure all of deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

6.    Plaintiff's counsel has sent Plaintiff numerous written correspondence to attempt to answer outstanding questions regarding the Plaintiff's claim to include:
11/10/2008 - FEMA Status Letter
06/27/2009 - FEMA Town Hall Meeting Letter - Returned: 7/6/2009
07/08/2009 - Resend Returned Mail Letter - Returned: 7/16/2009
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter - Returned: 8/10/2009
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter - Returned: 3/1/2010
05/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/27/2011
10/28/2011 - FEMA Draft Dismiss NC - Returned: 11/21/2011
11/18/2011 - No Contact Letter for Active Clients
11/21/2011 - FEMA Motion to Dismiss

7.    As of today's date Counsel has not heard back from Plaintiff.

Signed this the _10th_ day of __December__, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the _10th_ day of __December__, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS