# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223290  
**Case Name** Roush, Richard L.  
**DOB** 10/16/1952  **SSN** 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  
**Cause No.** 09-7083  
**Case Style** Mark Stockman, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| | Number of hours in the trailer each day V. 13. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I spent 12-16 hours in the trailer each day.

| Question # | Question |
|---|---|
| 1 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
My wife smoked 1/2 to a full pack of cigarettes each day for 6 years.

| Question # | Question |
|---|---|
| 2 | Diagnosed Illness III. C. 3. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I suffered from two stints, headaches, nose sores, staph infection.

| Question # | Question |
|---|---|
| 3 | Treatment for Formaldehyde Related Injury VII. B. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

WGC# 223290  
Case Name Roush, Richard L.  
DOB 10/16/1952    SSN 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  
Cause No. 09-7083  
Case Style Mark Stockman, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 4 | Produce Records VIII. A. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I do not have these records in my possession. Please see standard form 95.

| Question # | Question |
|---|---|
| 5 | Produce Records VIII. B. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I do not have these records in my possession. Please see standard form 95.

| Question # | Question |
|---|---|
| 6 | Produce Records VIII. C. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I do not have these records in my possession. Please see attached standard form 95.

| Question # | Question |
|---|---|
| 7 | Produce Records VIII. D. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 223290  
**Case Name** Roush, Richard L.  
**DOB** 10/16/1952   **SSN** 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  
**Cause No.** 09-7083  
**Case Style** Mark Stockman, et. al. vs. Jayco, Inc., et. al.

MTD NC

**Answer**
I do not have these records in my possession. Please see attached standard form 95.

| Question # | Question |
|---|---|
| 8 | Checklist III.C. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I suffered from two stints, headaches, nose sores, staph infection.

| Question # | Question |
|---|---|
| 9 | Number of hours in the trailer each day V. 13. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I spent 12-16 hours in the trailer each day.

| Question # | Question |
|---|---|
| 10 | If requesting reimbursement for medical expense III.C.9. |

**Pet ID** 1252  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I am requesting reimbursement of medical expenses in the amount of $38,000.

_[signature]_   11/30/2011  
Plaintiff or Representative   Date