# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

John Hawkins, Esq.
Edward Gibson, Esq.
Rose M. Hurder, Esq.
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520

Re: *FEMA Trailer Formaldehyde Product Liability Litigation*
USDC, EDLA, MDL № 09-1873
Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

| | | |
|---|---|---|
| 10-1041 | **Burge, James D. v. Cavalier Homes**<br>Burge, James D. | |
| 10-4126 | **Cook, Tina v. Forest River**<br>Cook, Tina o/b/o CC | Cook, Tina o/b/o CCJ |
| 10-4127 | **Crawford, Mary & Keith v. Forest River**<br>Crawford, Mary<br>Crawford, Mary & Keith o/b/o EC | Crawford, Mary & Keith o/b/o KC |


EXHIBIT A

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hawkins, Stracener & Gibson, PLLC*
*May 2, 2011*
*Page 2 of 3*

| | | |
|---|---|---|
| **09-7555** | **Curol, Janine & Perry v. Forest River** | |
| | Curol, Janine | Taylor, Brandon |
| | Curol, Perry | |
| | | |
| **10-2362** | **Davis, Henry L. v. Forest River** | |
| | Davis, Henry L. | McNair, Angela o/b/o K.N.E. |
| | Evans, Nykia o/b/o V▮▮▮ | |
| | | |
| **10-1358** | **Gonzales, Grace A. v. Forest River** | |
| | Badon, Stacey | Norwood, Brandy o/b/o L.N. |
| | Badon, Stacey o/b/o T.H. | Norwood, Brandy o/b/o S.N. |
| | Blackmon-Thompson, Cornelius o/b/o D.B. | Pettigrew, Nicole o/b/o N.W. |
| | Bond, Henry | Potee, Earnest |
| | Cook, Ralph o/b/o T.C. | Potee, Linnette |
| | Cook, Tina o/b/o C.C. | Potts, Charles E. Jr. o/b/o C.P. |
| | Cook, Tina o/b/o C.C. | Potts, Charles E. Jr. o/b/o C.P. |
| | Davis, Pamela o/b/o J.D. | Reynolds, Jeremy |
| | Edwards, Michelle o/b/o C.E. | Reynolds, Jolissa |
| | Edwards, Michelle o/b/o C.E. | Riley, Nikkie o/b/o S.R. |
| | Faye, Rebecca o/b/o A.B. | Riley, Nikkie R. o/b/o J.D. |
| | Ferrell, Orville | Small, Beverly o/b/o A.H. |
| | Galle, Amie | Small, Beverly o/b/o B.H. |
| | Galle, Amie o/b/o S.G. | Stallworth, Lashawnda |
| | Gebbia, Constance o/b/o G.G. | Stallworth, Lashawnda o/b/o J.C. |
| | Gonzales, Grace o/b/o S.M. (deceased) | Thompson, Patricia o/b/o R.T. |
| | Harried, LaMarcus | Tolbert, Jelissa |
| | Johnson, Darren o/b/o D.L. | Tolbert, Jelissa o/b/o J.T. |
| | Johnson, Darren o/b/o R.J. | Walker, Kennyetta o/b/o A.W. |
| | Johnson, Larmar | Walker, Kennyetta o/b/o D.M. |
| | Lindsey, Tammy o/b/o A.L. | Walker, Kennyetta o/b/o K.M. |
| | Lindsey, Tammy o/b/o C.L. | Walker, Kennyetta o/b/o S.J. |
| | Maerker, Betty | Warfield, Angela |
| | Maerker, Betty o/b/o Eva Brent | Williams, Angela |
| | Maerker, Joshua | Young, Erica o/b/o K.M. |
| | | |
| **10-4130** | **Hammons, Jessica v. Vanguard** | . |
| | Hammons, Jessica o/b/o B.H.H | Hammons, Jessica o/b/o S.E.H. |
| | | |
| **10-482** | **Magee, Pearlie v. Forest River** | |
| | Ratliff, Sabrina L. o/b/o J.R.R. | Ratliff, Sabrina L. o/b/o J.R.R. |
| | Ratcliff, Valerie D. o/b/o R.N.K. | |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hawkins, Stracener & Gibson, PLLC*
*May 2, 2011*
*Page 3 of 3*

      Should you have any questions regarding the above, please do not hesitate to contact me.

                                  Cordially,

                                  Carson W. Strickland

CWS/flj

cc    Andrew Weinstock
      Justin Woods
      Dave Kurtz