UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Bruce Robinson v. Starcraft, Inc., et al.* | | * | |
| No. 09-7090 | | * | |
| Plaintiffs: | | * | |
|    Joseph Boyd, as Next Friend of | | * | |
|      Jayden Boyd, Joseph Boyd, Jr. and | | * | |
|      Jossie Boyd, minors | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**

COME NOW Joseph Boyd, as Next Friend of Jayden Boyd, Joseph Boyd, Jr. and Jossie Boyd, minors (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23538).

Plaintiffs' counsel has attempted to contact Plaintiffs' on multiple occasions but has been unsuccessful in reaching him.  For more detail, Plaintiffs' counsel would refer you to the Affidavits of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibits "A", "B", and "C".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**