UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Bruce Robinson, et. al. vs. Starcraft RV, Inc., et. al.* *09-7090* *Plaintiff: Joseph Boyd, as Next Friend of J. B., a minor* | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES       §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Joseph Boyd, as Next Friend of J. B., a minor.

3. On November 15, 2011, Plaintiff's attorney began calling Joseph Boyd, as Next Friend of J. B., a minor twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 7, 2011, Plaintiff's attorney had performed "Person Searches" and on March 4, 2011, Accurints were performed to attempt to locate the said client and have had no success.

5. Plaintiff's counsel has sent Plaintiff numerous written correspondence to attempt to answer

**EXHIBIT "B"**

outstanding questions regarding the Plaintiff's claim to include:
10/17/2008 - FEMA Plaintiff Fact Sheet Packet
10/17/2008 - FEMA Plaintiff Fact Sheet Packet
10/17/2008 - FEMA Plaintiff Fact Sheet Packet
10/17/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter
04/16/2009 - FEMA Power of Attorney Cover Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline letter - Returned: 8/10/2009
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter - Returned: 2/22/2010
08/06/2010 - Watts Hilliard - Plaintiff Fact Sheet No Contact Letter - Returned: 8/20/2010
09/24/2010 - No Contact Letter No Deadline - Returned: 10/8/2010
09/29/2010 - FEMA Fleetwood Need Plaintiff Fact Sheet Letter - Returned: 10/8/2010
05/13/2011 - FEMA 5-13-2011 Status Letter
05/20/2011 - Non-Lit Manufactured Settlement Notice - Returned: 6/10/2011
11/15/2011 - FEMA Draft Dismiss
11/21/2011 - FEMA Motion to Dismiss

6. As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the __6th__ day of __December__, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __6th__ day of __December__, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014