**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |
| | | * | |
| | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Bruce Robinson v. Starcraft, Inc., et al.* | | * | |
| No. 09-7090 | | * | |
| Plaintiffs: | | * | |
| Howard Dilley | | * | |
| Kelly Galloway | | * | |
| Derrick Robinson | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**
**DEFENDANTS' MOTION TO DISMISS**

COME NOW Howard Dilley**,** Kelly Galloway and Derrick Robinson (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23537).

**A.    SPECIFIC PLAINTIFFS**

Defendants Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. ("Bechtel") and CH2M Hill Constructors, Inc. ("CH2M") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

1.    **Howard Dilley**

Defendants have withdraw their Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets as to Plaintiff Howard Dilley (Rec. Doc. No. 23785).   An Order granting Defendant's Unopposed Partial Motion to

Withdraw was entered on December 6, 2011 (Rec. Doc. No. 23789).

**2.    Kelly Galloway**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "A".

**3.    Derrick Robinson**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**