UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Bruce Robinson, et. al. vs. Starcraft RV, Inc., et. al.* *09-7090* *Plaintiff: Kelly Galloway* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS           §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Kelly Galloway.

3. On November 11, 2011, Plaintiff's attorney began calling Kelly Galloway twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 21, 2011, Plaintiff's attorney had performed "Person Searches" to attempt to locate the said client.

5. On November 30, 2011, Plaintiff's attorney reached Plaintiff, however was only able to obtain partial information for the questions asked in the immediate motion.

**EXHIBIT "A"**

6. Plaintiff's counsel has sent Plaintiff several written correspondence to attempt to answer outstanding questions regarding the Plaintiff's claim to include:

    06/27/2009 - FEMA Town Hall Meeting Letter
    07/30/2009 - FEMA No Plaintiff Fact Sheet Letter
    02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
    08/09/2010 - FEMA Plaintiff Fact Sheet Deficiency Info Request Letter
    08/13/2010 - Watts Hilliard - Plaintiff Fact Sheet No Contact Letter
    08/20/2010 - Watts Hilliard - Plaintiff Fact Sheet Medical Authorization/Signature Page cover letter
    05/13/2011 - FEMA 5-13-2011 Status Letter
    11/11/2011 - FEMA Draft Dismiss
    11/21/2011 - FEMA Motion to Dismiss

7. As of today's date Plaintiff's attorney as not heard from Plaintiff.

Signed this the 6th day of December, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of December, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

*Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS