UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Scott Ihli, et al. v. Sunnybrook RV, Inc., et al.*<br>No. 10-2293<br>Plaintiff:  Crystal Lynn Hester | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Crystal Lynn Hester (hereinafter "Plaintiff") and files this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23528).

Plaintiff's counsel has since spoken with Plaintiff, Crystal Lynn Hester and was able to cure the deficiencies noted in the immediate action, attached as Exhibit "A". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff counsel. As soon as this is received it will be forwarded to the Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore his claims should not be dismissed.

For the reasons set forth above, Plaintiff prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 6th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**