# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296  **Cause No.** 10-2293
**Case Name** Hester, Crystal Lynn  **Case Style** Scott Ihli, et. al. vs. Sunnybrook R.V., Inc., et.
**DOB** 7/14/1986  **SSN** 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

| Question # | Question |
|---|---|
| 1. | III. C3-9 Symptoms |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
I saw the doctor for my headaches. I do not recall the name of the doctor that treated me as I went to the emergency room at Women's and Children's Hospital 4200 Nelson Road, Lake Charles, Louisiana (337) 474-6370. I was diagnosed with cervical cancer, but now it is gone. I now know that the injury occurred on the date I moved in, but I did not know that at the time. I suffered from headaches prior to living in the FEMA unit, and I am claiming that the FEMA trailer worsened my headaches. No I am not making a claim for mental or emotional damages, and no I am not making a claim for medical expenses as I was on medicaid.

| Question # | Question |
|---|---|
| 2. | IV. F3 Statement re: wage loss claim |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
Yes, I am making a wage loss claim.

| Question # | Question |
|---|---|
| 3. | IV. G Previous claims/suits |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
No, I have never filed a lawsuit or claim other than the present suit.

| Question # | Question |
|---|---|
| 4. | V. A 1-20 Trailer information |

**Pet ID** 1829
**Def ID**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296      **Cause No.** 10-2293
**Case Name** Hester, Crystal Lynn      **Case Style** Scott Ihli, et. al. vs. Sunnybrook R.V., Inc., et.
**DOB** 7/14/1986    **SSN** 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

---

75

**Notice #**
MTD NC

**Answer**
I lived in a Sunnybrook trailer. The VIN number of that trailer was 4uba50r2761d48218 and the bar code number was 1265265.

| Question # | Question |
|---|---|
| 5. | V. D Repairs |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
They had to come out and repair the leaks in the roof and the stove in November 2007 or November 2008.

| Question # | Question |
|---|---|
| 6. | VI. A-G Medical Background |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
I am 5'2" and currently weight 140 lbs. I weighed about 125 prior to living in the FEMA trailer. I do not smoke and no one who resided in the trailer smoked either.

| Question # | Question |
|---|---|
| 7. | VII A-D Medical Diagnosis |

**Pet ID** 1829
**Def ID** 75
**Notice #** MTD NC

**Answer**
I saw the doctor for my headaches. I do not recall the name of the doctor that treated me as I went to the emergency room at Women's and Children's Hospital 4200 Nelson Road, Lake Charles, Louisiana (337) 474-6370.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250296  
**Case Name** Hester, Crystal Lynn  
**DOB** 7/14/1986   **SSN** 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  

**Cause No.** 10-2293  
**Case Style** Scott Ihli , et. al.  vs. Sunnybrook R.V., Inc., et.

_____  
Plaintiff or Representative

11/30/2011  
_____  
Date