# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.¹ᵉ
KENNETH H. LABORDE¹ᵉ
LAMBERT M. LAPEROUSE¹
ROBERT I. SIEGEL¹ᵉ
ANDREW A. BRAUN¹ᵉ
LEO R. McALOON III¹ᵉ
JOHN E. W. BAAY II¹ᵉ³
ANDREW M. ADAMS¹ᵉ
MARGARET L. SUNKEL¹
DANIEL G. RAUH¹
RACHEL G. WEBRE¹
BRENDAN P. DOHERTY⁵ᵉ

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER²
MICHAEL D. CANGELOSI
TARA E. CLEMENT²
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE²
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON⁵
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE⁴
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS⁴
CHARLOTTE A. FIELDS⁴

¹ LAW CORPORATION
² ALSO ADMITTED IN TEXAS
³ ALSO ADMITTED IN MISSISSIPPI
⁴ ONLY ADMITTED IN TEXAS
⁵ ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Casey L. Lott
Langston & Lott, P. A.
100 S. Main St.
Booneville, MS 38829

    RE:    FEMA Trailer Formaldehyde Product Liability Litigation
             MDL No.: 1873, Sec. N(4)
             Our File No.: 0200-24-7

Dear Counsel:

    Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

**Berry, Cody:**
- III. Case Information (Section C-3)
  - Symptoms
- VIII. Documents (Section B)
  - Standard Form 95

**Berry, Jesse:**
- III. Case Information (Section C-3)
  - Symptoms
- VIII. Documents (Section B)
  - Standard Form 95

**Brown, Jr., Grady J.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VIII. Documents (Section D)


EXHIBIT B

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Langston & Lott, P.A.
April 6, 2011
Page 5 of 13

**Hill, III, Cy:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out date for Forest River unit
- VIII. Documents (Section B)
    - Standard Form 95

**H███, J███:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out date for Forest Rive unit
- VIII. Documents (Section B)
    - Standard Form 95

**H███, J███:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
- VIII. Documents (Section B)
    - Standard Form 95

**H███, J███:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out date for Forest River unit
- VIII. Documents (Section B)
    - Standard Form 95

**Hoang, Tuang Anh:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move In/Move Out date for Forest River unit
- VIII. Documents (Section B)
    - Standard Form 95

**Howard, Amanda:**
- V. FEMA Trailer or Mobile Home Unit
    - VIN
    - Move Out date
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - Identify current family and/or primary care physician
    - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - Identify each pharmacy that has dispensed medication during the last 7 years

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Langston & Lott, P.A.
April 6, 2011
Page 10 of 13

- o Symptoms
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out date
- VIII. Documents (Section B)
  - o Standard Form 95

**O'Neal, Tommy J.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Paige, Mariah:**
- III. Case Information (Section C-3)
  - o Symptoms
- VIII. Documents (Section B)
  - o Standard Form 95

**Paige, Xavior:**
- III. Case Information (Section C-3)
  - o Symptoms
- VIII. Documents (Section B)
  - o Standard Form 95

**Pham, Lien:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out date for Forest River unit
- VIII. Documents (Section B)
  - o Standard Form 95

**Saunders, Lesleigh:**
- III. Case Information (Section C-3)
  - o Symptoms
- VIII. Documents (Section B)
  - o Standard Form 95

**Smith, Dane:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VIII. Documents (Section B)
  - o Standard Form 95

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Langston & Lott, P.A.
April 6, 2011
Page 13 of 13

- o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
    - o VIN
- VIII. Documents (Section A-G)
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
    - o Identify current family and/or primary care physician
    - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
    - o Identify each pharmacy that has dispensed medication during the last 7 years

**White, Dakota:**
- III. Case Information (Section C-3)
    - o Symptoms
- VIII. Documents (Section B)
    - o Standard Form 95

**White, Sydney:**
- III. Case Information (Section C-3)
    - o Symptoms
- VIII. Documents (Section B)
    - o Standard Form 95

**Wright, Jennifer:**
- V. FEMA Trailer or Mobile Home Unit
    - o VIN
- VIII. Documents (Section B)
    - o Standard Form 95

Sincerely,

Carson Strickland

Carson W. Strickland

CWS/kbd

cc:   Andrew Weinstock, Esq.
      Justin Woods, Esq.
      Dave Kurtz, Esq.

## GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[6]ALSO ADMITTED IN WASHINGTON
[6]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Casey L. Lott
Langston & Lott, P.A.
100 S. Main Street
Booneville, MS 38829

  Re: FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No.: 1873, Sec. N(4)
     Our File No.: 0200-24-7
     Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

  Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

  We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

  If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

Bell, Steven
Berry, Jesse
Brown, Jr., Grady J.
Casey, Delmontraz
Cronier, Tommy
Currerra, Dianne
Deano, Alice
Dedeaux, C'era M.
Fortner, Blake
Green, Dahrius
Herrion, II, Tierre
Hill, Isaiah G.
H███, J██ T██
H███, J██ T██
Howard, Amanda
Hunnicutt, Ashley
Hunnicutt, Sheryl
Ladner, Diann
Le, Leland
McDonald, Brenda
Meshell, Michael
Myles, Janet
Myles, Wilbert
O'Neal, Tommy Joe
Paige, Xavior
Saunders, Lesleigh
Smith, Daphine Ann
Smith, Destin
Taconi, Anna
Tang, Vivian
VonKanel, Anna
Whaver, Winston
White, Sydney

Berry, Cody
Brown, Irene S.
Cao, Bai
Cronier, Cynthia
Cunningham, Jr., Roger
Day, Tockneea Michelle
Deano, Dylan
Easterling, Richard
Gaines, Jessica Samantha
Green, Laila
Hill, III, Cy
Hill, Jr., Sidney
H███ J██████ L██
Hoang, Tuan Anh
Howard, Stephen D.
Hunnicutt, Phillip
Ladner, Buela
Landry, Braeleigh
Le, Lilian
Meshell, Brenda
Morales, Tenea
Myles, Valtresa
Nguyen, Jaylin
Paige, Mariah
Pham, Lien
Smith, Dane Humphrey
Smith, Delaina Ann
Swift, Amber Nicole
Taconi, Sofia
Terry, Mary
VonKanel, Louis
White, Dakota
Wright, Jennifer

## Langston & Lott, P.A.

### Hill, Isaiah G.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

### Hill, Jr., Sidney

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

  Certification Signed by Plaintiff

### 

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

### 

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

### H___, J___ T___

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

### Hoang, Tuan Anh

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

  Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

  Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

  Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

# Langston & Lott, P.A.

## O'Neal, Tommy Joe

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Paige, Mariah

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

## Paige, Xavior

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

## Pham, Lien

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

## Saunders, Lesleigh

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)
- Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

## Smith, Dane Humphrey

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

- Bar Code  (PFS Sec. V.A.4)
- Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)
- Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Casey L. Lott
June 29, 2011

    If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

*J. Mike DiGiglia*

J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
       Justin Woods, Esq.
       Dave Kurtz, Esq.
       Henry T. Miller