## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charles Burns, et. al. vs. Jayco, Inc., et. al.* *10-2238* *Plaintiff: Derek Daughtry, as Next Friend of A. B., a minor* | * * * * * * * | |

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Derek Daughtry, as Next Friend of A. B., a minor.

3. On November 3, 2011, Plaintiff's attorney began calling Derek Daughtry, as Next Friend of A. B., a minor twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4. On November 4, 2011, Plaintiff's attorney had performed "Person Searches" and on November 10, 2011, Accurints were performed to attempt to locate the said client and have had no success.

**EXHIBIT "A"**

5. Plaintiff's counsel has sent Plaintiff several written correspondence to attempt to answer outstanding questions regarding the Plaintiff's claim to include:
01/09/2009 - No Contact Letter No Deadline - Returned: 1/15/2009
04/16/2009 - FEMA Power Of Attorney Cover Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/27/2010 - FEMA Unmatched Final Warning Letter
05/13/2011 - FEMA Status Letter
11/01/2011 - FEMA Draft Dismiss
11/11/2011 - FEMA Draft Dismiss
11/18/2011 - No Contact Letter for Active Clients No Deadline
11/21/2011 - FEMA Motion to Dismiss

6. As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the 6th day of December, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of December, 2011, to certify which witness my hand and seal of office.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS