**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER** | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | |
| | | **JUDGE ENGELHARDT** |
| | | **MAGISTRATE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Charles Burns, et. al. vs. Jayco, Inc., et. al.*
*10-2238*
*Plaintiff: Dorothy Dillon*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                §

COUNTY OF NUECES          §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.    My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Dorothy Dillon.

3.    On November 1, 2011, Plaintiff's attorney began calling Dorothy Dillon twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.    On November 4, 2011, Plaintiff's attorney had performed "Person Searches" and on November 10, 2011, Accurints were performed to attempt to locate the said client and have had no success.

5.    Plaintiff's counsel has sent Plaintiff several written correspondence to attempt to answer

**EXHIBIT "B"**

outstanding questions regarding the Plaintiff's claim to include:

10/02/2008 - FEMA Plaintiff Fact Sheet Packet - Returned: 11/17/2008
11/10/2008 - FEMA Status Letter - Returned: 11/17/2008
06/30/2009 - FEMA Town Hall Meeting Letter - Returned: 7/14/2009
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline Letter - Returned: 8/5/2009
12/31/2009 - No Contact Letter No Deadline - Returned: 1/6/2010
02/04/2010 - FEMA No FEMA Number Warning Letter - Returned: 2/19/2010
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter - Returned: 2/22/2010
05/27/2010 - FEMA - No FEMA # Final Warning Letter - Returned: 6/7/2010
05/13/2011 - FEMA Status Letter - Returned: 6/23/2011
11/01/2011 - FEMA Draft Dismiss - Returned: 11/16/2011
11/11/2011 - FEMA Draft Dismiss - Returned: 11/28/2011
12/31/2009 - No Contact Letter for Active Clients No Deadline - Returned: 11/29/2011
11/21/2011 - FEMA Motion to Dismiss

6.      As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the 6th day of December, 2011



NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 6th day of December, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS