**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER** | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | |
| | | **JUDGE ENGELHARDT** |
| | | **MAGISTRATE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Charles Burns, et. al. vs. Jayco, Inc., et. al.*
*10-2238*
*Plaintiff: Dianne Gordon, as Next Friend of A. G., a minor*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS                §

COUNTY OF NUECES            §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.  My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2.  I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Dianne Gordon, as Next Friend of A. G., a minor.

3.  On November 2, 2011, Plaintiff's attorney began calling Dianne Gordon, as Next Friend of A. G., a minor twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

4.  On November 4, 2011, Plaintiff's attorney had performed "Person Searches" and on November 10, 2011, Accurints were performed to attempt to locate the said client and have had no success.

**EXHIBIT "C"**

5.    On November 17, 2011, Plaintiff's attorney reached Dianne Gordon, as Next Friend of A. G., a minor but Plaintiff did not have all information asked for in the immediate motion and required additional time to research requested information.

6.    Plaintiff's counsel has sent Plaintiff numerous written correspondence to attempt to answer outstanding questions regarding the Plaintiff's claim to include:
11/12/2008 - FEMA Status Letter
04/16/2009 - FEMA Power of Attorney Cover Letter
06/30/2009 - FEMA Town Hall Meeting Letter
07/30/2009 - FEMA No Plaintiff Fact Sheet Deadline
02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
05/27/2010 - FEMA Unmatched Final Warning Letter
05/13/2011 - FEMA Status Letter
11/01/2011 - FEMA Draft Dismiss - Returned: 11/28/2011
11/11/2011 - FEMA Draft Dismiss
11/21/2011 - FEMA Motion to Dismiss

7.    As of today's date Plaintiff's attorney has not heard from Plaintiff.


Signed this the ___6th___ day of __December_____, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the ___6th___ day of __December__, 2011, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014