UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case Nos. 09-5377, 09-5382,
09-5383, 09-7274, 09-8708, 09-8746,
10-2460, 10-2461

# **ORDER AND REASONS**

Before the Court is Defendant Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23240). Plaintiffs have filed an opposition memorandum. (Rec. Doc. 23286). Forest River has filed a Reply Memorandum. (Rec. Doc. 23614).

In its reply, Forest River withdraws its motion as to the following plaintiffs, for whom plaintiffs' counsel submitted a PFS in connection with their opposition memorandum:

| | |
|---|---|
| 09-5382 | Gasper, Reginald Jr. |
| 09-5383 | Hebert, Karen |
| 09-5383 | Spears, Marvin |
| 09-7274 | Navarre, Reynolds |
| 09-7274 | Roberson, Danny |
| 09-8746 | Robinson, Ralph |
| 09-5382 | Robertson, Willie Sr. |
| 09-7274 & 10-2461 | Ruffin, Sheila |
| 10-2461 | Watts, Lawrence Jr. |
| 09-5377 | Tenner, Betty |
| 10-2460 | Jackson, Marguerite |
| 09-5377 | Hughes, Tonya o/b/o K.H. |

|          |                      |
|----------|----------------------|
| 09-5377  | Hughes, Tonya        |
| 10-2461  | Griffin, Patricia    |
| 09-5383  | Kelly, Natasha o/b/o N.K. |

With regard to the remaining plaintiffs (Bonnie Landry, Margie Hargrove, Paul Hargrove, and Deborah Stewart), plaintiffs have submitted no PFS and no argument as to why their claims should not be dismissed. However, because it is unclear from the record the extent to which the fault for this failure lies with these four plaintiffs themselves, as opposed to their counsel, the Court will give them one final opportunity to produce a PFS. Accordingly,

**IT IS ORDERED** that the **Defendant Forest River, Inc.'s Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23240)** is hereby **DENIED IN PART**, in that it is denied with respect to (1) Bonnie Landry, (2) Margie Hargrove, (3) Paul Hargrove, and (4) Deborah Stewart, and **DENIED AS WITHDRAWN IN PART**, in that it is denied as withdrawn as to the following plaintiffs:

|                    |                          |
|--------------------|--------------------------|
| 09-5382            | Gasper, Reginald Jr.     |
| 09-5383            | Hebert, Karen            |
| 09-5383            | Spears, Marvin           |
| 09-7274            | Navarre, Reynolds        |
| 09-7274            | Roberson, Danny          |
| 09-8746            | Robinson, Ralph          |
| 09-5382            | Robertson, Willie Sr.    |
| 09-7274 & 10-2461  | Ruffin, Sheila           |
| 10-2461            | Watts, Lawrence Jr.      |
| 09-5377            | Tenner, Betty            |
| 10-2460            | Jackson, Marguerite      |
| 09-5377            | Hughes, Tonya o/b/o K.H. |
| 09-5377            | Hughes, Tonya            |
| 10-2461            | Griffin, Patricia        |
| 09-5383            | Kelly, Natasha o/b/o N.K.|

**IT IS FURTHER ORDERED** that plaintiffs (1) Bonnie Landry, (2) Margie Hargrove, (3) Paul Hargrove, and (4) Deborah Stewart shall provide a PFS to Forest River within fifteen (15) days. Upon failure to do so, any defendant may move for dismissal, as provided in Pre-

Trial Orders Nos. 2, 32 and 88.

New Orleans, Louisiana, this __6th__ day of December 2011.

_____
**KURT D. ENGELHARDT
United States District Court**