UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos. 09-8035, 09-8080 | * | JUDGE ENGELHARDT |
| 09-8089, 09-8098, 09-8125, 09-8142 | * | |
| 09-8176, 09-8184, 09-8216, 09-8264, | * | |
| 09-8289, 10-2132, 10-2166, | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT FOREST RIVER'S UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets with respect to the claims of the following plaintiffs, with prejudice. The reasons for this Motion to Dismiss are more fully set forth in the attached Memorandum in Support. These plaintiffs include:

**09-8035**  **Ladner, Ronald P. v. Forest River**
Kover, Wayne                     Pierce, Jennifer o/b/o S.D.
McLeod, Eddie Dean               Watkins, William R.
McLeod, Sandra o/b/o B.M.

**09-8080**  **Bullock, Charlotte v. Forest River**
Fairley, Crystal                 Myles, Ramon Sr.
McGinty, Dionne                  Ratliff, James
McGinty, Dionne o/b/o A.M.       Richardson, James
McGinty, Dionne o/b/o I.M.       Richardson, Robert
Murrill, Theora                  Russell, Mae Ola

**09-8089**  **Quinn, Tomeka v. Forest River**
Brown Speed, Ashaki o/b/o L.B.   Quinn, Tomeka o/b/o J.Q.
Carney, Sue E.                   Runnels, Starla S.

        Holloway, Clifton T.        Runnels, Valarie N.
        Holloway, Tiffany        Shows, Joyce
        Holloway, Tiffany o/b/o A.H.        Shows, William H.
        Holloway, Tiffany o/b/o C.H.        Whisenhunt, Chasity
        Holloway, Tiffany o/b/o J.H.        Whisenhunt, Tina B.
        Holloway, Tiffany o/b/o J.H.        Quinn, Tomeka o/b/o J.Q.
        Quinn, Clinton

**09-8098**    **Magee, Kenneth v. Forest River**
        Greer, Eric        Rowell, Anna
        Leake, Annette        Rowell, Brandon
        Magee, Kenneth        Rowell, Kasie
        Ratliff, Catherine        Rowell, Mitchell
        Ratliff, Elijah        Rowell, Tracy
        Ratliff, Jazmyne S.

**09-8125**    **Reed, Deborah v. Forest River**
        Andrews, LaTarrus        Hicks, Margaret
        Andrews, LaTarrus o/b/o S.A.        Reed, Deborah
        Andrews, LaTarrus o/b/o S.A.        Reed, Deborah o/b/o R.L.
        Franks, Tammy        Reed, Deborah o/b/o T.L.
        Hicks, George Jr.        Reed, Xavier Ralstin

**09-8142**    **Long, Liston v. Forest River**
        Brisco, Earnerst o/b/o T.R.        McMillan, James D.
        Brisco, Earnest o/b/o D.R.        Moffett, Randall L.
        Long, Jennifer        Ogarro, Shanterrica A.
        Long, Jennifer o/b/o L.P.        Peairs, Eric
        Long, Jennifer o/b/o L.L.        Peairs, Gloria Jean
        Long, Jennifer o/b/o S.P.        Sims, James Edward
        Long, Liston        Slaughter, Dinines
        Martin, Everett Wayne        Slaughter, Lois Janell
        McCorvey, John Curtis        Thames, Carla o/b/o T.P.

**09-8176**    **Ladner, Lois D. v. Forest River**
        Mateen, Katrina o/b/o A.M.        Mayes, Howard M.
        Mateen, Katrina o/b/o J.M.        McMillan, Joseph L.
        Mateen, Katrina o/b/o J.M.        NaShannia, LeToya Burten
        Matthews, Eleanor Alanna

**09-8184**    **Anderson, Jean Marie v. Forest River**
        Clayton, Cecil D.        Craig, Patricia

| | | |
|---|---|---|
| **09-8216** | **Polk, Sarah N. v. Forest River** | |
| | Bacon, Charles Dean | Polk, Byron O. |
| | Barnes, Sannie | Polk, Sarah N. |
| | Barnes, Shamonia Denise | Rice, John Douglas |
| | Barnes, Walter Sr. | |
| | | |
| **09-8264** | **Amos, Benjamin v. Forest River** | |
| | Belille, Viola | Buchana, Pamela M. |
| | Boney, Danny P. Jr. | Byrd, Pamela Sue |
| | Brown, Antisha | Cooper, Francisco Butch |
| | Brown, Antisha o/b/o S.B. | Shannon, William V. |
| | Brown, Nashikia | Tregob, Barry Bennett |
| | Brown, Nashikia o/b/o K.B. | Williams, Jerry L. |
| | Buchana, Aubles D. | |
| | | |
| **09-8289** | **Gunther, Atwood v. Forest River** | |
| | Gunther, Atwood Henry | Holifield, Karen Jean |
| | Holifield, James L. | Hutson, Deanne D. |
| | | |
| **10-2132** | **Edings, Essie v. Forest River** | |
| | Duckworth, Octavia | Jackson, Melva A. |
| | Duckworth, Octavia o/b/o D.H. | Jackson, Willie Charles |
| | Duckworth, Octavia o/b/o E.H. | Jones, Marvin Lewis |
| | Foster, Charles Joseph | Kelly, Sarah Leigh |
| | Freeman, Cathy L. | Shepherd, Barbara o/b/o B.L. |
| | Jackson, Darrell K. | |
| | | |
| **10-2166** | **Austin, Melvin E. v. Forest River** | |
| | Penton, Gleness | Wernowsky, Mary |
| | Thames, Carla Marie | Wernowsky, Crystal |
| | Theriot, Toby S. Jr. | Williams, Kathy R. |
| | Theriot, Toby S. Sr. | Wonsley, Cynthia Latrice |
| | Varnado, Millerree | Wonsley, O'Nicholas Demetris |
| | Waltman, Marty | |

WHEREFORE, defendant, Forest River prays that its Motion to Dismiss be granted, dismissing the claims of the above listed plaintiffs from the indicated cases, with prejudice, for failure to comply with Pre-Trial Order Nos. 2 and 32.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 7, 2011 via electronic filing.

/s/ Ernest P. Gieger, Jr.