UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8035, 09-8080 | * | |
| 09-8089, 09-8098, 09-8125, 09-8142 | * | |
| 09-8176, 09-8184, 09-8216, 09-8264, | * | |
| 09-8289, 10-2132, 10-2166 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted dismissing the claims of the following Plaintiffs:

**09-8035**  **Ladner, Ronald P. v. Forest River**
Kover, Wayne                          Pierce, Jennifer o/b/o S.D.
McLeod, Eddie Dean                    Watkins, William R.
McLeod, Sandra o/b/o B.M.

**09-8080**  **Bullock, Charlotte v. Forest River**
Fairley, Crystal                      Myles, Ramon Sr.
McGinty, Dionne                       Ratliff, James
McGinty, Dionne o/b/o A.M.            Richardson, James
McGinty, Dionne o/b/o I.M.            Richardson, Robert
Murrill, Theora                       Russell, Mae Ola

**09-8089**  **Quinn, Tomeka v. Forest River**
Brown Speed, Ashaki o/b/o L.B.        Quinn, Tomeka o/b/o J.Q.
Carney, Sue E.                        Runnels, Starla S.
Holloway, Clifton T.                  Runnels, Valarie N.
Holloway, Tiffany                     Shows, Joyce
Holloway, Tiffany o/b/o A.H.          Shows, William H.
Holloway, Tiffany o/b/o C.H.          Whisenhunt, Chasity
Holloway, Tiffany o/b/o J.H.          Whisenhunt, Tina B.
Holloway, Tiffany o/b/o J.H.          Quinn, Tomeka o/b/o J.Q.
Quinn, Clinton

**09-8098**     **Magee, Kenneth v. Forest River**
                Greer, Eric                                     Rowell, Anna
                Leake, Annette                              Rowell, Brandon
                Magee, Kenneth                             Rowell, Kasie
                Ratliff, Catherine                           Rowell, Mitchell
                Ratliff, Elijah                                 Rowell, Tracy
                Ratliff, Jazmyne S.

**09-8125**     **Reed, Deborah v. Forest River**
                Andrews, LaTarrus                          Hicks, Margaret
                Andrews, LaTarrus o/b/o S.A.         Reed, Deborah
                Andrews, LaTarrus o/b/o S.A.         Reed, Deborah o/b/o R.L.
                Franks, Tammy                              Reed, Deborah o/b/o T.L.
                Hicks, George Jr.                            Reed, Xavier Ralstin

**09-8142**     **Long, Liston v. Forest River**
                Brisco, Earnerst o/b/o T.R.              McMillan, James D.
                Brisco, Earnest o/b/o D.R.              Moffett, Randall L.
                Long, Jennifer                                Ogarro, Shanterrica A.
                Long, Jennifer o/b/o L.P.                 Peairs, Eric
                Long, Jennifer o/b/o L.L.                 Peairs, Gloria Jean
                Long, Jennifer o/b/o S.P.                 Sims, James Edward
                Long, Liston                                   Slaughter, Dinines
                Martin, Everett Wayne                    Slaughter, Lois Janell
                McCorvey, John Curtis                   Thames, Carla o/b/o T.P.

**09-8176**     **Ladner, Lois D. v. Forest River**
                Mateen, Katrina o/b/o A.M.            Mayes, Howard M.
                Mateen, Katrina o/b/o J.M.             McMillan, Joseph L.
                Mateen, Katrina o/b/o J.M.             NaShannia, LeToya Burten
                Matthews, Eleanor Alanna

**09-8184**     **Anderson, Jean Marie v. Forest River**
                Clayton, Cecil D.                             Craig, Patricia

**09-8216**     **Polk, Sarah N. v. Forest River**
                Bacon, Charles Dean                        Polk, Byron O.
                Barnes, Sannie                                Polk, Sarah N.
                Barnes, Shamonia Denise              Rice, John Douglas
                Barnes, Walter Sr.

**09-8264**     **Amos, Benjamin v. Forest River**
                Belille, Viola                                    Buchana, Pamela M.
                Boney, Danny P. Jr.                         Byrd, Pamela Sue

|  |  |  |
|---|---|---|
|  | Brown, Antisha | Cooper, Francisco Butch |
|  | Brown, Antisha o/b/o S.B. | Shannon, William V. |
|  | Brown, Nashikia | Tregob, Barry Bennett |
|  | Brown, Nashikia o/b/o K.B. | Williams, Jerry L. |
|  | Buchana, Aubles D. |  |
| **09-8289** | **Gunther, Atwood v. Forest River** | |
|  | Gunther, Atwood Henry | Holifield, Karen Jean |
|  | Holifield, James L. | Hutson, Deanne D. |
| **10-2132** | **Edings, Essie v. Forest River** | |
|  | Duckworth, Octavia | Jackson, Melva A. |
|  | Duckworth, Octavia o/b/o D.H. | Jackson, Willie Charles |
|  | Duckworth, Octavia o/b/o E.H. | Jones, Marvin Lewis |
|  | Foster, Charles Joseph | Kelly, Sarah Leigh |
|  | Freeman, Cathy L. | Shepherd, Barbara o/b/o B.L. |
|  | Jackson, Darrell K. |  |
| **10-2166** | **Austin, Melvin E. v. Forest River** | |
|  | Penton, Gleness | Wernowsky, Mary |
|  | Thames, Carla Marie | Wernowsky, Crystal |
|  | Theriot, Toby S. Jr. | Williams, Kathy R. |
|  | Theriot, Toby S. Sr. | Wonsley, Cynthia Latrice |
|  | Varnado, Millerree | Wonsley, O'Nicholas Demetris |
|  | Waltman, Marty |  |

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT

3