## Fran Jeblonski

**From:** Trevino, Marilyn J. [MTrevino@nexsenpruet.com]
**Sent:** Thursday, December 01, 2011 3:02 PM
**To:** Fran Jeblonski
**Cc:** jdsunseri@nslawla.com; Dominick, Paul A.
**Subject:** RE: FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion to Withdraw attached [IWOV-NPCHAR1.FID132081]


Thanks, Fran.  Please let Mr. Gieger know that we do not oppose his motion.

Thanks again,
Marilyn

**Marilyn Trevino**
Litigation Paralegal
Business and Consumer Litigation
Nexsen Pruet, LLC
205 King Street, Suite 400
Charleston, SC 29401
T: 843.720.1733, F: 843.414.8225
mtrevino@nexsenpruet.com
www.nexsenpruet.com


# NEXSEN PRUET

| Home | Practice Areas | Attorneys | Offices |

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Thursday, December 01, 2011 3:50 PM
**To:** Trevino, Marilyn J.
**Subject:** FW: FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion to Withdraw attached

Resending - typo in your email address.

**From:** Fran Jeblonski
**Sent:** Thursday, December 01, 2011 2:48 PM
**To:** jdsunseri@nslawla.com; pdominick@nexsenpruet.com; mtrevino@nexenpruet.com
**Cc:** Ernie Gieger; Megan Cambre; Mike DiGiglia; Ashley Bouchon; Karen B. Davis; Donna Uli
**Subject:** FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion to Withdraw attached

We have received the voluntary dismissals filed on behalf of Kenneth and Marlene Gable.  Accordingly, attached is a draft Motion to Withdraw Forest River, Inc.'s Motion to Dismiss.  We would like to file this Motion on Wednesday, December 7th and ask that you advise whether you oppose no later than close of business Tuesday, December 6th.

Should you have any difficulty accessing the attached document, please do not hesitate to contact me.



EXHIBIT A

1



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.




*** CONFIDENTIAL COMMUNICATION *** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

*** IRS CIRCULAR 230 NOTICE *** Any federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed in this communication.