UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION "N" (5) |
| | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Early, et al. v. Thor Industries, Inc., et al.* 09-8570 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
A REPLY TO THOR'S OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT TO
<u>ADD THOR AND TO DISMISS FOREST RIVER</u>**

NOW INTO COURT comes plaintiff, Marjorie Boudreaux, who respectfully moves this Court for leave to file a Reply to Thor's Opposition to Plaintiff's Motion for Leave to Amend Complaint to Add Thor and to Dismiss Forest River.

Defendant's counsel filed its Opposition to Plaintiff's Motion for Leave to Amend Complaint on November 10, 2011, despite the fact that it is not yet a party to the action at issue, and thus has no standing to oppose the motion. Additionally, counsel for Thor has no objection to the filing of this reply.

Wherefore, plaintiff, Marjorie Boudreaux, prays that this Honorable Court issue an Order granting her leave to file a Reply to Thor's Opposition to Plaintiff's Motion for Leave to Amend Complaint to Add Thor and to Dismiss Forest River.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)