UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| | * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Early, et al. v. Thor Industries, Inc., et al.* 09-8570 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that Plaintiff, Marjorie Boudreaux, is granted leave to file its Reply to Defendant, Thor's, Opposition to Plaintiffs Motion for Leave to Amend Complain to Add Thor and to Dismiss Forest River.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE