**Plaintiff Fact Sheet Deficiency Notice**

Name:      Albert Joseph

Case:      *Martinez Hayes, et al. v. Recreation By Design, LLC, et al.,*
           *EDLA No. 10-0440*

Attorney:  Frank J. D'Amico, Jr.

### SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
|---|---|
| A. | |
| B. | Not answered |
| C. | |
| D. | |
| E. | |

### SECTION III. CASE INFORMATION

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | Not answered |
| C. 2 | Not answered |
| C. 3 | Not answered |
| C. 4 | Not answered |
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

### SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | |
| C. | |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

### SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |

EXHIBIT
B-1

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
|   |

| Question | Deficiency |
|---|---|
| A. 1 |  |
| A. 2 |  |
| A. 3 | Not answered |
| A. 4 |  |
| A. 5 | Not answered |
| A. 6 | Not answered |
| A. 7 | Not answered |
| A. 8 | Not answered |
| A. 9 | Not answered |
| A. 10 | Not answered |
| A. 11 | Not answered |
| A. 12 | Not answered |
| A. 13 | Not answered |
| A. 14 | Not answered |
| A. 15 | Not answered |
| A. 16 | Not answered |
| A. 17 | Not answered |
| A. 18 | Not answered |
| A. 19 | Not answered |
| A. 20 | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| C. 1 | Not answered |
| C. 2 | Not answered |
| C. 1 | Not answered |
| D. 1 | Not answered |
| D. 2 | Not answered |
| D. 3 | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| F. 4 | Not answered |
| G. 1 | Not answered |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | |
| B. | |
| C. | |
| D. | |
| E. | |
| F. | |
| G. | |

| Privacy Act Release | Not attached. |
|---|---|

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | Not answered |
| D. | Not answered |
| E. | Not answered |
| F. | Not answered |

## CERTIFICATION PAGE

| Signature | Not signed and dated |
|---|---|

## AUTHORIZATIONS

| Medical | Not attached. |
|---|---|
| Psychological | Not attached. |
| Employment and Education | Not attached. |
| HIPAA | Not attached. |