UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8035, 09-8080 | * | |
| 09-8089, 09-8098, 09-8125, 09-8142 | * | |
| 09-8176, 09-8184, 09-8216, 09-8264, | * | |
| 09-8289, 10-2132, 10-2166 | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 is granted dismissing the claims of the following Plaintiffs:

**09-8035**   **Ladner, Ronald P. v. Forest River**
  Kover, Wayne                           Pierce, Jennifer o/b/o S.D.
  McLeod, Eddie Dean                     Watkins, William R.
  McLeod, Sandra o/b/o B.M.

**09-8080**   **Bullock, Charlotte v. Forest River**
  Fairley, Crystal                       Myles, Ramon Sr.
  McGinty, Dionne                        Ratliff, James
  McGinty, Dionne o/b/o A.M.             Richardson, James
  McGinty, Dionne o/b/o I.M.             Richardson, Robert
  Murrill, Theora                        Russell, Mae Ola

**09-8089**   **Quinn, Tomeka v. Forest River**
  Brown Speed, Ashaki o/b/o L.B.         Quinn, Tomeka o/b/o J.Q.
  Carney, Sue E.                         Runnels, Starla S.
  Holloway, Clifton T.                   Runnels, Valarie N.
  Holloway, Tiffany                      Shows, Joyce
  Holloway, Tiffany o/b/o A.H.           Shows, William H.
  Holloway, Tiffany o/b/o C.H.           Whisenhunt, Chasity
  Holloway, Tiffany o/b/o J.H.           Whisenhunt, Tina B.
  Holloway, Tiffany o/b/o J.H.           Quinn, Tomeka o/b/o J.Q.
  Quinn, Clinton

| | |
|---|---|
| **09-8098** | **Magee, Kenneth v. Forest River** |
| | Greer, Eric |
| | Leake, Annette |
| | Magee, Kenneth |
| | Ratliff, Catherine |
| | Ratliff, Elijah |
| | Ratliff, Jazmyne S. |

Rowell, Anna
Rowell, Brandon
Rowell, Kasie
Rowell, Mitchell
Rowell, Tracy

**09-8125**      **Reed, Deborah v. Forest River**
Andrews, LaTarrus                    Hicks, Margaret
Andrews, LaTarrus o/b/o S.A.         Reed, Deborah
Andrews, LaTarrus o/b/o S.A.         Reed, Deborah o/b/o R.L.
Franks, Tammy                        Reed, Deborah o/b/o T.L.
Hicks, George Jr.                    Reed, Xavier Ralstin

**09-8142**      **Long, Liston v. Forest River**
Brisco, Earnerst o/b/o T.R.          McMillan, James D.
Brisco, Earnest o/b/o D.R.           Moffett, Randall L.
Long, Jennifer                       Ogarro, Shanterrica A.
Long, Jennifer o/b/o L.P.            Peairs, Eric
Long, Jennifer o/b/o L.L.            Peairs, Gloria Jean
Long, Jennifer o/b/o S.P.            Sims, James Edward
Long, Liston                         Slaughter, Dinines
Martin, Everett Wayne                Slaughter, Lois Janell
McCorvey, John Curtis                Thames, Carla o/b/o T.P.

**09-8176**      **Ladner, Lois D. v. Forest River**
Mateen, Katrina o/b/o A.M.           Mayes, Howard M.
Mateen, Katrina o/b/o J.M.           McMillan, Joseph L.
Mateen, Katrina o/b/o J.M.           NaShannia, LeToya Burten
Matthews, Eleanor Alanna

**09-8184**      **Anderson, Jean Marie v. Forest River**
Clayton, Cecil D.                    Craig, Patricia

**09-8216**      **Polk, Sarah N. v. Forest River**
Bacon, Charles Dean                  Polk, Byron O.
Barnes, Sannie                       Polk, Sarah N.
Barnes, Shamonia Denise              Rice, John Douglas
Barnes, Walter Sr.

**09-8264**      **Amos, Benjamin v. Forest River**
Belille, Viola                       Buchana, Pamela M.
Boney, Danny P. Jr.                  Byrd, Pamela Sue

2

|  |  |
|--|--|
| Brown, Antisha | Cooper, Francisco Butch |
| Brown, Antisha o/b/o S.B. | Shannon, William V. |
| Brown, Nashikia | Tregob, Barry Bennett |
| Brown, Nashikia o/b/o K.B. | Williams, Jerry L. |
| Buchana, Aubles D. | |

**09-8289    Gunther, Atwood v. Forest River**

|  |  |
|--|--|
| Gunther, Atwood Henry | Holifield, Karen Jean |
| Holifield, James L. | Hutson, Deanne D. |

**10-2132    Edings, Essie v. Forest River**

|  |  |
|--|--|
| Duckworth, Octavia | Jackson, Melva A. |
| Duckworth, Octavia o/b/o D.H. | Jackson, Willie Charles |
| Duckworth, Octavia o/b/o E.H. | Jones, Marvin Lewis |
| Foster, Charles Joseph | Kelly, Sarah Leigh |
| Freeman, Cathy L. | Shepherd, Barbara o/b/o B.L. |
| Jackson, Darrell K. | |

**10-2166    Austin, Melvin E. v. Forest River**

|  |  |
|--|--|
| Penton, Gleness | Wernowsky, Mary |
| Thames, Carla Marie | Wernowsky, Crystal |
| Theriot, Toby S. Jr. | Williams, Kathy R. |
| Theriot, Toby S. Sr. | Wonsley, Cynthia Latrice |
| Varnado, Millerree | Wonsley, O'Nicholas Demetris |
| Waltman, Marty | |

NEW ORLEANS, Louisiana, this  8th  day of        December       , 2011.

_____
HONORABLE KURT D. ENGELHARDT