UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Civil Action No. 09-8681* | | |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8681 to include the following named Plaintiffs:

    Richard Caronia

    Nathan Favaroth

    Damion LaFrance

    Gwendolyn LaFrance

    Gwendolyn LaFrance obo D. D.

    Gwendolyn LaFrance obo R. D.

    Vance LaFrance Sr.

Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the

matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs' suit, *Bernard, et al v. Thor Industries, Inc., et al,* Case No. 2:09-cv-8681 (Richard Caronia, Nathan Favaroth, Damion LaFrance, Gwendolyn LaFrance, Individually and on behalf of minor children, D. D. and R. D., and Vance LaFrance) named Thor Industries, Inc. as the correct manufacturing defendant. Recently, information became available to Plaintiffs that indicate Plaintiffs erroneously filed suit against Thor Industries, Inc; the actual name of the defendant manufacturer is Thor California, Inc. This motion solely intends to correctly name the proper manufacturer entity in a previously filed correctly matched suit. The above named Plaintiffs were previously named in a correctly matched suit. This supplemental and amended complaint is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, these Plaintiffs resided in a FEMA supplied emergency housing unit manufactured by Thor California, Inc., not Thor Industries, Inc. as was previously alleged in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to supplement and amend their complaint to properly name

the defendant.  Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)