UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case Nos. 10-2248

**O R D E R**

      Before the Court is Plaintiff's Motion for Relief from a Judgment or Order (Rec. Doc. 23478), filed by Javious Magee, seeking reconsideration of an Order and Reasons (Rec. Doc. 23040) in which the Court dismissed Magee's claims on grounds that he failed to comply with the Court's orders by failing to cure material deficiencies in his Plaintiff Fact Sheet ("PFS"). The movant argues that it was a mistake, inadvertence, or excusable neglect within the meaning of Rule 60(b)(1) that "his address was not recorded correctly" in his attorneys' files, so that the multiple letters seeking PFS information were sent to the wrong address. On this point, the supporting affidavit by plaintiff's counsel's employee states only: "We had learned that address where we [were] sending mail to Javious was wrong..." and "None of the phone numbers we had on file for Javious Magee worked." (Rec. Doc. 23478-3). Neither the memorandum nor the affidavit explains how or when the attorney's file came to contain an incorrect address and telephone number. Based on the offering made, it is impossible for the Court to determine whether the circumstances were caused by neglect and, if so, whether the neglect was excusable. Accordingly,

      **IT IS ORDERED** that the movant may submit on this issue a short supplemental memorandum with supporting affidavits to be filed not later than Wednesday, December 14, 2011.

1

If the movant does so, the motion's opponents may file a supplemental response not later than Monday, December 19, 2011.

    New Orleans, Louisiana, this __8th__ day of December, 2011.

                                                   **KURT D. ENGELHARDT**
                                                   **United States District Court**