UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Mark Stockman v. Jayco, Inc.* | * | |
| Docket No. 09-7083 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Richard Roush | * | |

****************************************************************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On November 16, 2011, Defendants Jayco, Inc. ("Jayco"), Bechtel National, Inc., and Fluor Enterprises, Inc. (collectively "Defendants") moved this Court to dismiss the claims of Plaintiffs Sasson Brown and Richard Roush, ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23540] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [Rec. Doc. No. 22607].

On April 13, 2010, Jayco sent a Rule 37 letter outlining the deficiencies of Plaintiffs' fact sheets to Plaintiffs' counsel. Although Plaintiffs' Counsel forwarded amendments to the Plaintiff Fact Sheets of the Plaintiffs, the Plaintiffs' deficiencies were not cured and the amendments did not provide any additional information. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on October 18, 2011. Defendants received a response of opposition regarding the proposed motion after a follow-up e-mail was sent on October 25, 2011.

On November 16, 2011, Defendants proceeded with filing the motion as opposed due to the response from Plaintiffs' counsel. On December 6, 2011, Defendants received deficiency answers

1

from Plaintiffs' counsel attached to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss for Plaintiff Richard Roush (*See* deficiency answers received from Plaintiffs' counsel December 6, 2011, attached as Exhibit A). Thus, Defendants move this Court to partially withdraw their previously filed motion to dismiss as to the Plaintiff noted below:

                Richard Roush

However, because Plaintiffs' counsel has yet to provide fact sheets or to cure deficient plaintiff fact sheet for Sasson Brown, Defendants are not withdrawing their previously filed motion to dismiss as to Sasson Brown. Additionally, Plaintiffs' Counsel has stated that they are not opposed to the partial withdrawal of Defendants' previously filed motion to dismiss as to the Plaintiff listed above, therefore leaving the previously filed motion to dismiss in place as to the Plaintiff noted below:

                Sasson Brown

Accordingly, Jayco, Inc., Bechtel National, Inc., and Fluor Enterprises, Inc. respectfully move the Court to grant their Motion for Partial Withdrawal of their Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32, as to Plaintiff Richard Roush only, and grant their Motion to Dismiss as to Plaintiff Sasson Brown.

                Respectfully submitted,
                **WILLINGHAM, FULTZ & COUGILL LLP**

            By:   s/*Thomas L. Cougill*
                THOMAS L. COUGILL
                Texas State Bar No. 04877300
                Louisiana State Bar No. 31112
                R. MARK WILLINGHAM
                Texas State Bar No. 21641500
                JEFFREY P. FULTZ
                Texas State Bar No. 00790728
                Mississippi Bar No. 101058
                Niels Esperson Building

       808 Travis Street, Suite 1608
       Houston, Texas  77002
       (713) 333-7600 – Telephone
       (713) 333-7601 – Facsimile

       **Attorneys for Jayco, Inc.**


**FRILOT L.L.C.**


By:   s/*John J. Hainkel*___
       JOHN J. HAINKEL, III – La. Bar No. 18246
       A.J. KROUSE – La. Bar No. 14426
       PETER R. TAFARO – La. Bar No. 28776
       3600 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone : (504) 599-8000
       Facsimile: (504) 599-8100

       **Attorneys for Bechtel National, Inc.**


**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
       Charles R. Penot, Jr. (La. Bar No. 1530 &
       Tx. Bar No. 24062455)
       717 North Harwood, Suite 2400
       Dallas, Texas 75201
       (214) 220-6334 – Telephone
       (214) 220-6807 – Facsimile

         *-and-*

       Dominic J. Gianna, La. Bar No. 6063
       Sarah A. Lowman, La. Bar No. 18311
       201 St. Charles Avenue, Suite 3100
       New Orleans, Louisiana 70170
       (504) 525-7200 – Telephone
       (504) 581-5983 – Facsimile

         *-and-*

> Richard A. Sherburne., La. Bar No. 2106
> 450 Laurel Street, Suite 1101
> Baton Rouge, Louisiana 70801
> (225) 381-7700 – Telephone
> (225) 381-7730 – Facsimile
>
> **Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 12th day of December, 2011.

> s/*Thomas L. Cougill*
> THOMAS L. COUGIL

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, CHRIS PINEDO, does not oppose this motion.

> s/*Thomas L. Cougill*
> THOMAS L. COUGILL