## Plaintiff Fact Sheet Deficiency Answers

WGC# 223290
Case Name Roush, Richard L.
DOB            SSN

Cause No. 09-7083
Case Style Mark Stockman, et. al. vs. Jayco, Inc., et. al.

**Question #**
**Question**
Number of hours in the trailer each day V. 13.

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
I spent 12-16 hours in the trailer each day.

**Question #**: 1
**Question**
Smoking History of Other Trailer Resident(s) VI. D.

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
My wife smoked 1/2 to a full pack of cigarettes each day for 6 years.

**Question #**: 2
**Question**
Diagnosed Illness III. C. 3.

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
I suffered from two stints, headaches, nose sores, staph infection.

**Question #**: 3
**Question**
Treatment for Formaldehyde Related Injury VII. B.

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**

EXHIBIT A

## Plaintiff Fact Sheet Deficiency Answers

WGC# 223290  
Case Name Roush, Richard L.  
DOB           SSN  

Cause No. 09-7083  
Case Style Mark Stockman, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 4 | Produce Records VIII. A. |

Pet ID: 1252  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
I do not have these records in my possession. Please see standard form 95.

| Question # | Question |
|---|---|
| 5 | Produce Records VIII. B. |

Pet ID: 1252  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
I do not have these records in my possession. Please see standard form 95.

| Question # | Question |
|---|---|
| 6 | Produce Records VIII. C. |

Pet ID: 1252  
Def ID: 26  
Notice #: MTD NC  

**Answer**  
I do not have these records in my possession. Please see attached standard form 95.

| Question # | Question |
|---|---|
| 7 | Produce Records VIII. D. |

Pet ID: 1252  
Def ID: 26  
Notice #

## Plaintiff Fact Sheet Deficiency Answers

WGC# 223290
Case Name Roush, Richard L.
DOB
SSN

Cause No. 09-7083
Case Style Mark Stockman, et. al. vs. Jayco, Inc., et. al.

MTD NC

**Answer**
I do not have these records in my possession. Please see attached standard form 95.

| Question # | Question |
|---|---|
| 8 | Checklist III.C. |

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
I suffered from two stints, headaches, nose sores, staph infection.

| Question # | Question |
|---|---|
| 9 | Number of hours in the trailer each day V. 13. |

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
I spent 12-16 hours in the trailer each day.

| Question # | Question |
|---|---|
| 10 | If requesting reimbursement for medical expense III.C.9. |

Pet ID: 1252
Def ID: 26
Notice #: MTD NC

**Answer**
I am requesting reimbursement of medical expenses in the amount of $38,000.

_____
Plaintiff or Representative

11/30/2011
Date