UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N,5 |
| | * | |
| This document relates to: | * | |
|    *Gwendolyn White v. R-Vision, Inc.* | * | |
|     No. 09-4734 | * | |
|    Plaintiffs: | * | |
|     Germaine Miller obo Micah Wilkerson | * | JUDGE ENGELHARDT |
|     Rebecca Poiroux | * | MAGISTRATE CHASEZ |
|     Sabrina Mitchell obo Blessing Mitchell | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

### LIBERTY MUTUAL'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 (REC. DOC. 23567)

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), with this Reply in support of Liberty Mutual's Motion to Dismiss (Rec. Doc. 23567) and in response to Plaintiff's Opposition (Rec. Doc. 23792). Liberty Mutual is entitled to an Order dismissing the claims of the following plaintiffs:

1. Germaine Miller obo Micah Wilkerson
2. Rebecca Poiroux
3. Sabrina Mitchell obo Blessing Mitchell

(collectively, the "*White* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.[1]

---

[1] Liberty Mutual included plaintiff Quincy Demense Gibson in its original Motion (Rec. Doc. 23567); however, after the Motion was filed Plaintiff's counsel has provided deficiency corrections for this plaintiff, which substantially

2

**LAW AND ARGUMENT**

Counsel for Plaintiffs has filed an Opposition detailing attempts to obtain completed PFS information from each of the *White* Plaintiffs. However, despite the diligent efforts of Plaintiffs' counsel, the *White* Plaintiffs still have not provided completed, signed PFSs in a timely manner as required by the Court's pretrial orders. Accordingly, the *White* Plaintiffs' claims are due to be dismissed with prejudice.

In opposition to Liberty Mutual's Motion, Plaintiffs attached Plaintiff Fact Sheet Deficiency Answers for each of the *White* Plaintiffs. (See Rec. Doc. 23792, Ex. A, B, C, and D.) However, there still has not been substantial compliance.

1. Germaine Miller obo Micah Wilkerson.

As pointed out in Liberty Mutual's original Motion to Dismiss, Germaine Miller obo Micah Wilkerson's PFS identified two trailer manufacturers: Forest River and R-Vision, and provided a VIN number for both. The original PFS for Micah Wilkerson only provided bar code, move-in and move-out dates and other pertinent information for a "Cavalier" trailer.

Micah Wilkerson has provided Plaintiff Fact Sheet Deficiency Answers by email on December 2, 2011 and as Exhibit A to Plaintiffs' Opposition (Rec. Doc. 23792), but the Deficiency Answers do not provide this necessary information. The bar code provided with Micah Wilkerson's Deficiency Answers is the same number listed as a "Cavalier" bar code number on the original PFS. Further, the Deficiency Answers also still fail to provide a Move-in date [V.A.6], move-out date [V.A.7], installation address [V.A.8], number of hours spent in the trailer each day [V.13], names of other trailer residents [V.E] or smoking history [VI.D] for the R-Vision trailer.

---

comply with this Court's Orders. Therefore, Liberty Mutual is filing a Motion to Withdraw its Motion to Dismiss for Quincy Demense Gibson only.

2. <u>Rebecca Poiroux</u>.

Plaintiff Rebecca Poiroux's original PFS also identified two trailer manufacturers: Gulfstream and R-Vision, and provided a VIN number for both. The original PFS did not provide barcodes, move-in or move-out dates, or the names of other trailer residents or smoking history for either trailer. Rebecca Poiroux has provided Plaintiff Fact Sheet Deficiency Answers by email on December 2, 2011 and as Exhibit B to Plaintiffs' Opposition (Rec. Doc. 23792), but the Deficiency Answers only provide one set of move-in and move-out dates, number of hours spent in the trailer, names of residents and smoking history and do not indicate whether the amended responses are intended to apply to the Gulfstream trailer or the R-Vision trailer. Thus, the Move-in date [V.A.6], move-out date [V.A.7], installation address [V.A.8], number of hours spent in the trailer each day [V.13], names of other trailer residents [V.E] or smoking history [VI.D] for the <u>R-Vision trailer</u> are still unknown. Further, Rebecca Poiroux still has not provided a signed certification.

3. <u>Sabrina Mitchell obo Blessing Mitchell.</u>

Sabrina Mitchell obo Blessing Mitchell's PFS als identified two trailer manufacturers: Gulfstream and R-Vision, and provided a VIN number for both. The original PFS for Sabrina Mitchell obo Blessing Mitchell only provided bar code, move-in and move-out dates and other pertinent information for the Gulfstream trailer.

Sabrina Mitchell obo Blessing Mitchell has provided Plaintiff Fact Sheet Deficiency Answers by email on December 2, 2011 and as Exhibit D to Plaintiffs' Opposition (Rec. Doc. 23792), but the Deficiency Answers do not provide this necessary information. The bar code provided with Micah Wilkerson's Deficiency Answers is the same number listed for Gulfstream trailer, VIN #1NIGTR2261029676, on the original PFS. Further, the Deficiency Answers also

4

still fail to provide a Move-in date [V.A.6], move-out date [V.A.7], installation address [V.A.8], number of hours spent in the trailer each day [V.13], names of other trailer residents [V.E] or smoking history [VI.D] for the R-Vision trailer.

The foregoing facts are clear evidence of delay or contumacious conduct, and these deficiencies have not been corrected. Dismissal with prejudice is appropriate sanction to serve the interests of justice.

## CONCLUSION

For the reasons set forth above and in Liberty Mutual's Motion to Dismiss, the *White* Plaintiffs named herein have not submitted a completed, signed PFS as directed by PTO Nos. 2 and 32. Liberty Mutual's Motion to Dismiss should be granted, dismissing the claims of the aforementioned plaintiffs, with prejudice.

Respectfully submitted,

  /s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &
    HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

1083737

## CERTIFICATE OF SERVICE

     I hereby certify that on December 12, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                            s/Kristopher M. Redmann

                                         Kristopher M. Redmann, La. Bar No. 18397