## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N,5 |
| | * | |
| This document relates to: | * | |
| *Gwendolyn White v. R-Vision, Inc.* | * | |
| No. 09-4734 | * | |
| Plaintiffs: | * | |
| Germaine Miller obo Micah Wilkerson | * | JUDGE ENGELHARDT |
| Rebecca Poiroux | * | MAGISTRATE CHASEZ |
| Sabrina Mitchell obo Blessing Mitchell | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23567) is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2011.

_____

UNITED STATES DISTRICT JUDGE

#1075447