UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-8057, 09-8142, 09-8176 | * | |
| 09-8184, 10-2132 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

**FOREST RIVER'S UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS AND THE MATCHING REQUIREMENTS OF PRE-TRIAL ORDERS NO. 38, 49 AND 68**

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Orders No. 38, 49, and 68, with respect to the claim of the following plaintiffs, with prejudice. The reasons for this Motion to Dismiss are more fully set forth in the attached Memorandum in Support.

- Alisha Keys o/b/o A.K. (Plaintiff in *Chambers,* C.A. 09-8057)
- Tommie Lee Keys, Sr. (Plaintiff in *Chambers,* C.A. 09-8057)
- Alisha Keys and Tommie Keys, Sr. o/b/o T.K. (Plaintiff in *Chambers,* C.A. 09-8057)
- Eric Paul Pike (Plaintiff in *Long*, C.A. 09-8142)
- Bettie K. Nance[1] (Plaintiff in *Ladner*, C.A. 09-8176)
- Colleen O'Neal (Plaintiff in *Ladner*, C.A. 09-8176)
- Asheca Glaude (Plaintiff in *Anderson*, C.A. 09-8184)
- Kenneth F. Gentry, Jr. (Plaintiff in *Edings*, C.A. 10-2132)
- Kenny Gentry, Sr. (Plaintiff in *Edings*, C.A. 10-2132)

---

[1] Counsel for Forest River has been informed there is a name discrepancy for this plaintiff. Opposing counsel confirms that suit has been filed under the name Bettie K. Nance and plaintiff's PFS identifies her as Betty Nance. For purposes of this Motion and accompanying Memorandum in Support, Forest River will refer to this plaintiff as Bettie K. Nance. See Exhibit "A", *Email dated November 11, 2011.*

1

- Pamela Gentry (Plaintiff in *Edings*, C.A. 10-2132)
- Pamela Gentry o/b/o T.G. (Plaintiff in *Edings*, C.A. 10-2132)

WHEREFORE, defendant, Forest River prays that its Unopposed Motion to Dismiss be granted, dismissing the claims of the above listed plaintiffs from the indicated case, with prejudice, for failure to comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 12, 2011 via electronic filing.

 /s/ Ernest P. Gieger, Jr.