UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos.  09-8057, 09-8142, 09-8176 | * | |
| 09-8184, 10-2132 | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 38, 49, and 68;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68 is granted dismissing the claims of the following Plaintiffs:

- Alisha Keys o/b/o A.K. (Plaintiff in *Chambers,* C.A. 09-8057)
- Tommie Lee Keys, Sr. (Plaintiff in *Chambers,* C.A. 09-8057)
- Alisha Keys and Tommie Keys, Sr. o/b/o T.K. (Plaintiff in *Chambers,* C.A. 09-8057)
- Eric Paul Pike (Plaintiff in *Long*, C.A. 09-8142)
- Bettie K. Nance (Plaintiff in *Ladner*, C.A. 09-8176)
- Colleen O'Neal (Plaintiff in *Ladner*, C.A. 09-8176)
- Asheca Glaude (Plaintiff in *Anderson*, C.A. 09-8184)
- Kenneth F. Gentry, Jr. (Plaintiff in *Edings*, C.A. 10-2132)
- Kenny Gentry, Sr. (Plaintiff in *Edings*, C.A. 10-2132)
- Pamela Gentry (Plaintiff in *Edings*, C.A. 10-2132)
- Pamela Gentry o/b/o T.G. (Plaintiff in *Edings*, C.A. 10-2132)

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT