UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| Case Nos. 09-4234, 09-5552, and 09-6633 | * | |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the forgoing Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32, 38, 49, and 68;

IT IS ORDERED that Forest River, Inc.'s Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68 is granted dismissing the claims of the following Plaintiffs:

- Keshia Mitchell (Plaintiff in *Bradley*, C. A. 09-4234)
- Keshia Mitchell (Plaintiff in *Ladner*, C.A. 09-5552)
- Johnny Harris, Sr. (Plaintiff in *Barbour*, C.A. 09-6633)
- John Nelson, Jr. (Plaintiff in *Barbour*, C.A. 09-6633)

NEW ORLEANS, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE KURT D. ENGELHARDT