UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Stefanie Adkison v. R-Vision, Inc.* | * | |
| No. 09-7814 | * | |
| Plaintiff: Patrick Poiroux | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

NOW INTO COURT, through undersigned counsel comes defendant, Liberty Mutual

Insurance Company, incorrectly named as Liberty Mutual Insurance Corporation ("Liberty

Mutual"), who moves this Honorable Court to dismiss the claims of Plaintiff Patrick Poiroux

with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32

relating to the provisions of Plaintiff Fact Sheets. The reasons for the Motion are more fully set

forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing

counsel who has not responded regarding whether he will consent to voluntarily dismiss plaintiff

Patrick Poiroux. Therefore, Liberty Mutual is filing this Motion as opposed.

#1064519

Respectfully submitted,


_____s/ Kristopher M. Redmann_____
KRISTOPHER T. WILSON, La. Bar #23978
KRISTOPHER M. REDMANN, La. Bar #18397
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**


## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**


_____s/Kristopher M. Redmann_____

Kristopher M. Redmann, La. Bar No. 18397

#1064519