| Anne E. Briard | LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | |
|---|---|---|
| Tel.: (504) 568-1990 | A LAW CORPORATION | e-mail: |
| Fax: (504) 310-9195 | SUITE 2775 PAN AMERICAN LIFE CENTER | abriard@lawla.com |
| | 601 POYDRAS STREET | |
| | NEW ORLEANS, LOUISIANA 70130 | |

June 21, 2011

**BY FACSIMILE: 361-882-3015**
Watts Hilliard, LLC
2506 North Port Avenue
Corpus Christi, TX 78401

Re: In Re: FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court, Eastern District of Louisiana
MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that the Plaintiff Fact Sheet for plaintiff Patrick Poiroux, in *Stefanie Adkison v. R-Vision et al.*, no. 09-7814, is deficient in the following key data fields:

|  | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☒ | Checklist | III.C. |
| ☒ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☒ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☒ | Move In Date | V.A.6. |
| ☒ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |
| ☒ | Number of hours spent in the trailer each day | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |

Deficiency Letter - Patrick Poiroux

**EXHIBIT B**

|  | Plaintiff's Smoking History | VI.C. |
|---|---|---|
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1&4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☒ | Produce Records | VIII (A-D) |

*Additionally, please clarify whether the trailer at issue was manufactured by R-Vision. The Plaintiff Fact sheet indicates that a trailer may have been manufactured by "Gulfstream." Finally, Plaintiff indicated that he is in possession of a completed form 95. Please produce the completed form 95.*

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) Pretrial Order 32 (Rec. Doc. 1180) and Pretrial Order 88, please provide a completed, signed Plaintiff Fact Sheet within sixty (60) days. Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet, we will have to move forward with a Motion to Dismiss.

Sincerely,

Anne E. Briard

AEB/rw
Cc:   All liaison counsel
       Government counsel

Deficiency Letter - Patrick Poiroux

**EXHIBIT B**