# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  **Cause No.** 09-7814
**Case Name** Poiroux, Patrick  **Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.
**DOB** 6/23/1963  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Checklist PFS Section III (C). |

**Pet ID**
1351

**Def ID**
46

**Notice #**
Def 2

**Answer**
Yes, I am claiming that I have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home.

I do not recall my understanding of the illness or disease I claim to have developed, or may in the future develop, from living in a FEMA trailer or mobile home.

I am claiming to have suffered irritation or itching of skin, rashes on skin, drying or scaling of skin, scaling or itching of eyelids, irritation or swelling of eyelids or eye area and headaches during the time that I lived in my FEMA trailer.

I also claim to have suffered from sleep apnea as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 2 | Diagnosed illness PFS Section III (C)(3). |

**Pet ID**
1351

**Def ID**
46

**Notice #**
Def 2

**Answer**
I do not recall who had diagnosed me with any illness/disease.

| Question # | Question |
|---|---|
| 3 | Psychological treatment PFS Section III (C)(8). |

**Pet ID**
1351

**Def ID**
46

**Notice #**
Def 2

**Answer**
I do not recall if I am making a claim for mental and/or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 4 | Only if you are requesting reimbursement of medical expenses PFS Section III (C)(9). |

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963  **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

**Pet ID**  
1351

**Def ID**  
46

**Notice #**  
Def 2

**Answer**  
I do not recall if I am making a claim or medical expenses.

**Question #** 5  
**Question** Manufacturer PFS Section V (A)(1).

**Pet ID**  
1351

**Def ID**  
46

**Notice #**  
Def 2

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a (R-Vision) trailer.

**Question #** 6  
**Question** Move in date PFS Section V (A)(6).

**Pet ID**  
1351

**Def ID**  
46

**Notice #**  
Def 2

**Answer**  
I do not recall the date I first occupied the temporary housing unit.

**Question #** 7  
**Question** Move out date PFS Section V (A)(7).

**Pet ID**  
1351

**Def ID**  
46

**Notice #**  
Def 2

**Answer**  
I do not recall the date I moved out of the temporary housing unit.

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680    **Cause No.** 09-7814
**Case Name** Poiroux, Patrick    **Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.
**DOB** 6/23/1963    **SSN** 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

| Question # | Question |
|---|---|
| 8 | Number of hours spent in the trailer each day PFS Section V (13). |

**Pet ID** 1351
**Def ID** 46
**Notice #** Def 2

**Answer**
I do not recall the hours spent in the trailer each day.

| Question # | Question |
|---|---|
| 9 | Names of all trailer residents (residing) PFS Section V (E). |

**Pet ID** 1351
**Def ID** 46
**Notice #** Def 2

**Answer**
I do not recall the information of other persons who resided in the FEMA housing unit.

| Question # | Question |
|---|---|
| 10 | Smoking history of Other Trailer Resident(s) PFS Section VI (D). |

**Pet ID** 1351
**Def ID** 46
**Notice #** Def 2

**Answer**
I do not recall if someone who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 11 | Did not indicate whether plaintiff has ever suffered from lung or other respiratory disease, as required by Section VI (F)(1). |

**Pet ID** 1351
**Def ID** 46
**Notice #** Def 2

**Answer**

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

| | | | |
|---|---|---|---|
| WGC# | 213680 | Cause No. | 09-7814 |
| Case Name | Poiroux, Patrick | Case Style | Stefanie Adkison, et. al. vs. R-Vision, Inc., et. |
| DOB | 6/23/1963   SSN 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 | | |

. I do not recall whether I have ever suffered from lung or other respiratory disease.

| Question # | Question |
|---|---|
| 12 | Treatment for formaldehyde related injury PFS Section VII (B). |

Pet ID: 1351
Def ID: 46
Notice #: Def 2

**Answer**
I do not recall if any health care professional told me that the illness/disease/injury was related to living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | Failed to attach medical records which plaintiff indicated were in plaintiff's possession as required by Section VIII (A). |

Pet ID: 1351
Def ID: 46
Notice #: Def 2

**Answer**
I do not have medical records in my possession.

| Question # | Question |
|---|---|
| 14 | Did not indicate whether plaintiff has ever suffered from skin disease, as required Section VI (F)(4). |

Pet ID: 1351
Def ID: 46
Notice #: Def 2

**Answer**
I do not recall whether I have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 15 | Did not provide Standard Form 95, which plaintiff indicated was in his possession, as required by Section VIII (B). |

Pet ID: 1351
Def ID: 46
Notice #: Def 2

EXHIBIT D

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  **Cause No.** 09-7814
**Case Name** Poiroux, Patrick  **Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.
**DOB** 6/23/1963   **SSN** 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

**Answer**
Please see attached Standard Form 95.

| Question # | Question |
|---|---|
| 16 | Did not provide test results, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (C). |
| **Pet ID** | |
| 1351 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 2 | |

**Answer**
I do not have test results in my possession.

| Question # | Question |
|---|---|
| 17 | Did not provide medical bills, which plaintiff indicated was in plaintiff's possession, as required by Section VIII (D). |
| **Pet ID** | |
| 1351 | |
| **Def ID** | |
| 46 | |
| **Notice #** | |
| Def 2 | |

**Answer**
I do not have medical bills in my possession.

_____     8/15/2011
Plaintiff or Representative    Date

EXHIBIT D