UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>   *Stefanie Adkison v. R-Vision, Inc.*<br>   No. 09-7814<br>   Plaintiffs: Patrick Poiroux<br>   Robert A. Collier | * * * * * | JUDGE ENGELHARDT<br><br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claim of Plaintiff Patrick Poiroux, against Liberty Mutual Insurance Company in *Stefanie Adkison et al. v. R-Vision, Inc. et al.*, 09-7814, be and are dismissed without prejudice.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

#1064519