UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>  *Elica Allen v. R-Vision, Inc.*<br>  No. 10-2201<br>  Plaintiffs:<br>  Don Wilson<br>  Don Wilson obo D.W.<br>  Elica Allen obo I.A. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br><br><br><br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS FOR
## FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.
## 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of plaintiffs Don Wilson, Don Wilson obo D.W., and Elica Allen obo I.A. with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned counsel has contacted counsel for plaintiffs, who has not responded to advise whether he will consent to this motion. Therefore, Liberty Mutual is filing this Motion to Dismiss as <u>opposed.</u>

#1074504

Respectfully submitted,

    s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

    s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397