Amendment to the Plaintiff Fact Sheet

Claimant Name:  Wilson, Don K.

Claimant's Attorney:  Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

Section V. FEMA Trailer or Mobile Home Unit

FEMA ID:  921182470

Defendants Named:   Forest River, Inc.
                    R-Vision, Inc.

**GOVERNMENT PROVIDED INFORMATION**

Manufacturer: R-VISION
VIN/Serial #: 4WYT34P2X61405066
Barcode:      1246433
Unit:         TRAVEL TRAILER
Contractor:   Bechtel

Manufacturer: FOREST RIVER
VIN/Serial #: 4X4TSMH296J030244
Barcode:      1234918
Unit:         TRAVEL TRAILER
Contractor:   Bechtel

EXHIBIT C

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   _____   _____
**Signature of Plaintiff**            **Print Your Name**   Don K. Wilson                  **Date**   3/11/10

EXHIBIT C