## Amendment to the Plaintiff Fact Sheet

**Claimant Name:** Allen, Isaiah Elijah

**Claimant's Attorney:** Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:   912094565

Defendants Named:   Forest River, Inc.
                    R-Vision, Inc.

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: Forest River
VIN/Serial #: 4x4twdp255j044341
Barcode:
Unit:         TT - Regular
Contractor:   Fluor

Manufacturer: R-Vision
VIN/Serial #: 4WYT12S2161603861
Barcode:
Unit:         TT - Regular
Contractor:   Fluor

EXHIBIT G

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Ora Allen as next friend of Isaiah Allen (minor)_ / _Isaiah Allen_ / _____
**Signature of Plaintiff** / **Print Your Name** / **Date**



(24)

EXHIBIT G