AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Crystal Estes, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-3610  "N"  (5) |
| Crum & Forster Specialty Insurance Company, et al. ) | |
| *Defendant* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Burlington Insurance Company
Through the Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., APLC
4731 Canal St.
New Orleans, LA 70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Oct 11 2011__

_Loretta G. Whyte_
Name of clerk of court

_B. Gregory_
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-3610

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Burlington Insurance, Co., Louisiana Secretary of State
was received by me on *(date)* 10-13-11 .                                                                 ATTN: Commercial Division

☑ I personally served the summons on the individual at *(place)* 8585 Archives Ave
Baton Rouge, LA 70809                 on *(date)*    10-14-11    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____                on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Certified Mail
# 7010 1670 0000 5165 2797

My fees are $ _____ for travel and $ _____ for services, for a total of $  16.10  .

I declare under penalty of perjury that this information is true.

Date: Nov 11, 2011

*Server's signature*

Frank J. D'Amico, Jr. APLC (17519)
*Printed name and title*

4731 Canal St., New Orleans, LA 70119
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BATON ROUGE LA 70809

| | |
|---|---|
| Postage | $10.95 |
| Certified Fee | $2.85 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $16.10 |

Postmark Here — 10/13/2011

Sent To: LOUISIANA SECRETARY STATE
Street, Apt. No.; or PO Box No.: 8585 ARCHIVES AVE
City, State, ZIP+4: BATON ROUGE LA 70809

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0000 5165 2797

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
BURLINGTON INS. CO. THROUGH
LOUISIANA SECRETARY of STATE
ATTN: COMMERCIAL DIV
8585 ARCHIVES AVE
BATON ROUGE LA 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X __Lomean__  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lomean
C. Date of Delivery: 10/14/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7010 1670 0000 5165 2797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540