# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. McALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]

[1] LAW CORPORATION
[2] ALSO ADMITTED IN TEXAS
[3] ALSO ADMITTED IN MISSISSIPPI
[4] ONLY ADMITTED IN TEXAS
[5] ALSO ADMITTED IN WASHINGTON

May 2, 2011

Writer's E-Mail Address: CSTRICKLAND@GLLLAW.COM
Writer's Direct Dial Telephone No.: (504) 654-1324

Lawrence J. Centola, Jr., Esq.
Hurricane Legal Center
602 Carondelet Street, Suite 602
New Orleans, LA 70130

Re:  *FEMA Trailer Formaldehyde Product Liability Litigation*
     USDC, EDLA, MDL № 09-1873
     Our Ref №: 0200-24-7

Dear Counsel:

Below please find a list of plaintiffs asserting claims against Forest River, Inc. and/or Vanguard, LLC for whom no Plaintiff Fact Sheet has been provided. To the extent that these individuals are represented by your firm, please provide a Plaintiff Fact Sheet for each within thirty (30) days, or June 1, 2011. In the event these individuals are not represented by your firm, please notify us in writing of that fact as soon as possible, but in no event later than thirty (30) days.

**09-5637**  **Aguilar, Silvio v. Forest River**

| | |
|---|---|
| Aguilar, Cassandra | Cheramie, Ojess |
| Aguilar, Gema | Goldman, Linda |
| Aguilar, Juana | Hall, Ivey |
| Aguilar, Silvio | Hall, Lawrence |
| Nubia Aguilar | Harris, Darlene |
| Javante Bailey | Harris, Devis |
| Bovia, Kishon | La'Dora Harris |
| Bovia, Linda | Harris, Marquis |
| Cheramie, Joshua | Thomas, Joyce R. |
| Cheramie, Julia | Walker, Bertlar |
| Cheramie, Kelsey | White, Pamela |



EXHIBIT A

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hurricane Legal Center*
*May 2, 2011*
*Page 2 of 6*

|  | | |
|---|---|---|
|  | **Belcher, Phillip v. Vanguard**<br>Belcher, Patty<br>Belcher, Phillip | Enclarde, Mary |
| 09-7581 | **Broussard, Joey v. Vanguard**<br>Broussard, Joey | Dunklin, Bernard |
| 09-7357 | **Carpenter, Glenn v. Forest River**<br>Carpenter, Glenn<br>Carpenter, Glenn o/b/o I███ C███ | Carpenter, Karen |
| 10-709 | **Cuneo, Lionel v. Forest River**<br>Cuneo, Lionel Sr. | |
| 09-4009 | **Duplessis, Irma v. Forest River**<br>Duplessis, Irma<br>Miller, Ebony | Miller, Irma<br>Miller, Irma o/b/o D███ M███ |
| 09-4001 | **Gaines, Joseph v. Forest River**<br>Etienee, Brian o/b/o B███ E███ Jr.<br>Etienne, Brian o/b/o T█ E███<br>Etienne, Brian Sr.<br>Etienne, Tori<br>Gaines, Douglas<br>Gaines, Douglas | Gaines, Joseph<br>Grant, Anitra<br>Grant, Bonnie<br>Grant, Terry<br>Thompson, Denise |
| 09-5656 | **Griffin, Leanna v. Forest River**<br>Griffin, Leanna<br>Griffin, Leanna SUC James Griffin, Sr. | Turner, Evelyn |
| 09-7354 | **Hawkins, Edward v. Forest River**<br>Hawkins, Edward<br>Hawkins, Edward obo T███ H███ | Hawkins, Martrenia |
| 09-4017 | **Hughes, Bessie v. Vanguard**<br>Hughes, Bessie | |
| 09-4000 | **Heintz, Justin Sr. v. Forest River**<br>Griffin, Glenda<br>Griffin, Robert<br>Heintz, Justin Sr.<br>Sandifer, Booker | Stevens, Catherine<br>Griffin, Robert obo GG<br>Heintz, Jesse<br>Heintz, Tammy |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hurricane Legal Center*
*May 2, 2011*
*Page 3 of 6*

| | | |
|---|---|---|
| **09-4044** | **Jones, Claudia v. Forest River** | |
| | Green, Darcell | Stevenson, Denise obo J█████ C█████ |
| | Green, Troy Jr. | Stevenson, Denise obo T█████ C█████ |
| | Jones, Claudia | Stevenson, Doreyan |
| | McDonald, Jennifer | Turner, Orazella |
| | Parquet, Leonard | Turner, Randee |
| | Scott, Arthur | Turner, Robert |
| | Stevenson, Anderson | Washington, Danielle |
| | Stevenson, Denise | Washington, Irma |
| | Stevenson, Denise obo D████ S████ | Williams, Laronda |
| **09-4921** | **Jones, Janice v. Forest River** | |
| | Amison, April | Bell, Donald |
| | Amison, Raychelle | Bell, Pauline P. |
| | Amison, Raymond | Bell-Matthews, Tonya obo J████ M████ |
| | Anthony, Colson | Henry, Dominique |
| **09-7355** | **Jones, Lynette v. Forest River** | |
| | Jones, Lynette | Jones, Ronald |
| | Jones, Rashaad | |
| **09-8313** | **Kieff, Lorey v. Forest River** | |
| | Kieff, Lorey | Kieff, Melanie o/b/o C.K. |
| | Kieff, Lorey o/b/o C.K. | Lucas, Romona |
| | Kieff, Melanie | |
| **09-4071** | **Knight, Dorothy v. Forest River** | |
| | Edwards, James | Washington, Kimberly |
| | Hodge, Karen | Washington, Randy |
| | Torregano, Timothy | Washington, Randy o/b/o T████ J████ |
| **09-7153** | **LaHoste, Ronald Jr. v. Forest River** | |
| | LaHoste, Ronald Jr. | LaHoste, Ronald o/b/o A████ L████ |
| | LaHoste, Ronald o/b/o A████ L████ | |
| **09-5692** | **Long, Tyrone v. Forest River** | |
| | Couvillion, Laurene P. | Stamps, Michael |
| | Gelpi, Rita | Sylvester, Gary o/b/o T████ S████ |
| | Griffin, Leanna | Sylvester, Gary Sr. |
| | Lewis, Kennard | Sylvester, Gary Sr. obo G████ S████, Jr. |
| | Nuccio, Kelley | Sylvester, Trinese |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hurricane Legal Center*
*May 2, 2011*
*Page 4 of 6*

| | | |
|---|---|---|
| **09-3977** | **Martin, Robert v. Forest River** | |
| | Courtney, Kynomi o/b/o K███ C███ | Porter, Dolores |
| | Gaines, Glenn | Scott, Tammy M. |
| | Grady, Jennifer o/b/o D.C. | Williams, Aldai |
| | Martin, Cynthia | Williams, Drenaner |
| | Martin, Robert | |
| | | |
| **09-8334** | **Martinez, Debra v. Forest River** | |
| | Martinez, Debra | Martinez, Kenneth Sr. |
| | Martinez, Kenneth Jr. | Martinez, Sommer |
| | | |
| **09-6567** | **Morgan, Carolyn v. Forest River** | |
| | Morgan, Donald Sr. | Morgan, Donald Sr. obo D███ M███, Jr. |
| | | |
| **09-5698** | **Northern, Betty v. Forest River** | |
| | Armstead, Chinette | Rodriguez, Lazaro |
| | Battiste, Kenneth | Rodriguez, Narey Lidia |
| | Martinez, Keisha | Rodriguez, Narey o/b/o I███ R███ |
| | Martinez, Keisha o/b/o B███ M███ | Rodriguez, Roberto |
| | Northern, Betty | |
| | | |
| **09-6565** | **Norwood, Patrick v. Forest River** | |
| | Norwood, Patrick | Turner, Christine |
| | Turner, Arriane | Turner, Yolanda |
| | | |
| **09-5690** | **Page, Lucille v. Forest River** | |
| | Barnes, Levy O. | Marie, Mertis |
| | Boyd, Keisha Paige | Morgan, Josephine |
| | Carter, Bobby | Nicholson, Olivia |
| | Carter, Sheryl | Paul, Derrick Sr. |
| | Chartian, Donyel | Paul, Derrick Sr. o/b/o K███ P███ |
| | Chartian, Francois | Paul, Derrick Sr. o/b/o of D███ P███, Jr. |
| | Chartian, Sylvia | Paul, Derrick Sr. o/b/o of S███ P███ |
| | Collins, Derrick | Paul, Derrick Sr. o/b/of K███ P███ |
| | Coney, Jimmie L. | Paul, Senora |
| | Dauphine, Lucille | Pritchett, Benny |
| | Garibaldi, Augustin | Pritchett, Benny o/b/o K███ P███ |
| | Garibaldi, Terry | Richardson, Joyce |
| | Garman, George Jr. | Roles, Cynthia |
| | Hart, Melvin | Roles, John |
| | Jarvis, Maria | Roles, John o/b/o J███ A. M. R███ |
| | Jarvis, Maria o/b/o D███ J███ | Saderman, Christa |
| | Johnson, Hiram | Scramuzza, Albert |

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hurricane Legal Center*
*May 2, 2011*
*Page 5 of 6*

|  |  |  |
|---|---|---|
|  | Jolly, Christopher | Scramuzza, Darlene |
|  | Landry-Sanchez, Vanessa | Scramuzza, Sarah |
|  | Lee, Marilou | Smith, Lloyd |
|  | Lee, Randy Jr. | Soderman, James Jr. |
|  | Lee, Randy o/b/o A___ L__ | Thornton, Lorraine |
|  | Lee, Randy o/b/o N__ L__ | Thornton, Lorraine o/b/o S__ T__ |
|  | Lee, Randy Sr. | Tilton, Edgar Jr. |
|  | London, Gaynell | Tilton, Edgar Sr. |
|  | London, Gaynell o/b/o D__ L__ | Tilton, Lola |

**09-4072**  **Pecot, Richard v. Forest River**
 Breland, Claudia
 Brooks, Frank Jr.
 Brooks, James
 Brown, Frances
 Brown, Frances o/b/o N___ B__
 Brown, Katherline
 Bryson, Leonard
 DiGangi, Shereen
 Goffner, Ethel
 Goffner, Vernon
 Lewis, Karen
 Livaudais, Eileen Yolanda
 McCants, Patsy
 Montegue, Latonya
 Montegue, Rogest
 Montegue, Rogest o/b/o R___ M__
 Payne, Corey
 Pecot, Brenda
 Philip, Gladys
 Powell, Lisa
 Powell, Lisa o/b/o C__ P__
 Powell, Lisa o/b/o M__ P__

 Powell, Lisa o/b/o D__ P__
 Powell, Lisa o/b/o M__ P__
 Powell, Lisa o/b/o M__ P__
 Ray, Alvin
 Ray, Patricia Thomas
 Richardson, John III
 Thompson, Lillie
 Thompson, Peter
 Thornton, Elvera
 Thornton, Trenese
 Trotter, Johnny
 Tyler, Harrison
 Tyler, Marcus
 Tyler, Melinda
 Wilkerson, Gwendolyn
 Williams, Jacqueline
 Williams, Jacqueline o/b/o J__ W__
 Williams, Jacqueline o/b/o M__ W__
 Young, Kendrick
 Young, Steven
 Young, Steven Jr.
 Young, Steven Sr.

**09-4892**  **Petite, Trineil v. Forest River**
 Brown, Sherman
 Etienne, Brian admin. of T__ E__
 Petite, Trineil
 Petite, Trineil o/b/o T__ P__
 Petite, Trineil o/b/o T__ P__
 Saavedra, Ruben

**09-3899**  **Schmitz, Helen v. Forest River**
 Schmitz, Helen

GIEGER, LABORDE & LAPEROUSE, L.L.C.

*Hurricane Legal Center*
*May 2, 2011*
*Page 6 of 6*

| | | |
|---|---|---|
| **09-5527** | **Tate, Leona v. Forest River** | |
| | Tate, Leona | |
| **09-5672** | **Williams, Kendrick v. Vanguard** | |
| | Leblanc, Gretel | Leblanc, Joseph |
| **09-4011** | **Williams, Marsha v. Forest River** | |
| | Loria, Stephen | Williams, Aaron |
| | Myles, Ida | Williams, Marsha |
| | Perkins, Priscilla Ann | Williams, Rashad |
| | Thomas, Wilma W. | |

Should you have any questions regarding the above, please do not hesitate to contact me.

Cordially,

Carson Strickland

Carson W. Strickland

CWS/flj

cc    Andrew Weinstock
      Justin Woods
      Dave Kurtz