UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Pohlmann, et al, v. Dutchmen Manufacturing, Inc., et al*
*Civil Action No. 09-8660*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who, in the interest of preventing an injustice, respectfully move this Honorable Court for leave to supplement and amend their Complaint for Damages in the underlying action, Case No. 2:09-cv-8660 to include the following named Plaintiffs:

Carolyn Audrict

Erroll Audrict

Willie Arthur Jr.

Betty Buckles

Betty Buckles obo E. B.

Betty Buckles obo K. B.

Ronald Cordier

Angela Dace

Angela Dace obo L. D.

Angela Dace obo L. D.

Angela Dace obo M. D.

Larry Dace Jr.

Larry Dace

Diana Delillis

Antoinette Dickerson-Tate obo D. D.

Antoinette Dickerson-Tate obo R. D.

Donavoin Dickerson

Berva Halphen

Alfred Jones

Aaron Jordan

Nicole Jordan

Nicole Jordan obo B. J.

Nicole Jordan obo C. J.

Nicole Jordan obo D. J.

Nicole Jordan obo D. J.

Nicole Jordan obo N. J.

Nicole Jordan obo T. J.

Nicole Jordan obo T. J.

Henry Jordan Jr.

Joann Jordan

        Denea Junius obo K. J.

        Archie McDonald Jr.

        David Perniciaro

        Deborah Perniciaro

        Matthew Perniciaro

        Aunitra Rodgers

        Devonte Rodgers

        Freddie Rodgers

        Steven Rodgers Jr.

        Steven Rodgers Sr.

        Albert Scramuzza

        Shelly Tate

        Ronald Taylor Sr.

        Jonathan Zardies

        Joseph A. Zardies

        Joseph Zardies

        Toni Zardies

        Mary Arthur

        Tyrone Jordan

        Plaintiffs respectfully move this Honorable Court for leave to supplement and amend their Complaint in the interest of justice and to comply with the Court's goal of ending the

matching process and moving toward an accurate count of the exact number of claimants involved in the litigation. Fed. Rules Civ. Proc. Rule 15 provides the vehicle for this correction and states that "[t]he court should freely give leave when justice so requires."

Plaintiffs were originally placed in place-holder suits, *Bernard, et al v. Thor Industries, Inc., et al,* Case No. 2:09-cv-8681 (Carolyn Audrict, Erroll Audrict, Willie Arthur Jr., Betty Buckles, Individual and on behalf of minors, E. B. and K. B., Ronald Cordier, Angela Dace, Individually and on behalf of minor children, L. D., L. D. and M. D., Larry Dace, Jr., Larry Dace, Diana Delillis, Antoinette Dickerson-Tate on behalf of minor children, D. D. and R. D., Donavoin Dickerson, Berva Halphen, Alfred Jones, Aaron Jordan, Nicole Jordan, Individually and on behalf of minor children, B. J., C. J., D. J., D. J., N. J., T. J. and T. J., Henry Jordan Jr., Joann Jordan, Denea Junius on behalf of Kenden Junius, Archie Mc Donald Jr., David Perniciaro, Deborah Perniciaro, Matthew Perniciaro, Aunitra Rodgers, Devonte Rodgers, Freddie Rodgers, Steven Rodgers Jr., Steven Rodgers Sr., Albert Scramuzza, Shelly Tate, Ronald Taylor Sr., Jonathan Zardies, Joseph A. Zardies, Joseph Zardies, Toni Zardies, Mary Arthur, and Tyrone Jordan) based upon the information provided at the time of filing. A review of documents and materials available to Plaintiffs now show that Plaintiffs were erroneously placed in the above-referenced suits and are now able to be matched to Dutchmen Manufacturing, Inc. This motion is solely intended to place the above-named Plaintiffs in the correct matched suit and is not intended to constitute either a direct filing into this MDL or the addition of new Plaintiffs.

Upon information and belief, these Plaintiffs resided in the same type of FEMA supplied emergency housing unit manufactured by Dutchmen Manufacturing, Inc., as the existing

Plaintiffs named in the Complaint for Damages. Further, no undue prejudice will result in allowing the First Supplemental and Amending Complaint for Damages to be filed since the defendants have not yet answered this Complaint and defendant's trial date has not yet been scheduled. To prevent the injustice of barring the above stated Plaintiffs from making their proper claim against the proper defendant, Plaintiffs seek to add the above-named Plaintiffs to an existing complaint and remove their names from the erroneous Complaint. Allowing this request would not only prevent an injustice, but would also meet the Court's underlying goal of assembling a complete list of matched Plaintiffs.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)