## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Pohlmann, et al. v. Ducthmen* | * | |
| *Manufacturing, Inc., et al.* | * | |
| 09-8660 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File Amended Complaint in the above-captioned matters, out of an abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 28th day of December, 2011, at 9:30 a.m.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (LSBA# 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                  /s/ Joseph M. Bruno
                                  JOSEPH M. BRUNO (LSBA# 3604)