UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER　　FORMALDEHYDE PRODUCTS　　LIABILITY LITIGATION | * MDL NO. 1873　* * SECTION "N" (5)　* JUDGE ENGELHARDT　* MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:　*Alexander et al v. Keystone RV Company et al.*　C.A. No. 2:10-cv-02333　Plaintiff Shelton Anderson, individually, only | * * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF SHELTON ANDERSON'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Shelton Anderson, individually only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of his dismissal of all claims, made in his individual capacity, that he makes in this lawsuit, without prejudice. This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims that Shelton Anderson, in an individual or representative capacity, in any other complaints in this MDL.

            Respectfully submitted:

            By: */s/ Peter K. Taaffe*
              Anthony G. Buzbee
              Texas Bar No. 24001820
              Peter K. Taaffe
              Texas Bar No. 24003029
              THE BUZBEE LAW FIRM
              600 Travis, Suite 7300
              Houston, Texas 77002
              Tel.: (713) 223-5393
              Fax: (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Peter K. Taaffe
Peter K. Taaffe