UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| *Kahla Roach, as Next Friend of H.R., a minor, et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 09-7081 | § § § § | MAG. JUDGE CHASEZ |

### ORDER ON PLAINTIFF'S, MANFRED BRODERICK, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, MANFRED BRODERICK, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 12th day of December, 2011.

_____
HONORABLE KURT ENGELHARDT