UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION:  N |
| This document relates to:<br>    *Gwendolyn White  v. R-Vision, Inc.*<br>     No. 09-4734<br>    Plaintiffs:<br>        Dawn Esposito obo Elizabeth Esposito<br>        Debra Bradley<br>        Dawn Esposito obo Cameron Esposito<br>        Dorothy Thompson<br>        Clauzell Bradley<br>        Cornell Bradley<br>         Charlotte Spencer | * * * * * * * * * | |

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23568) is hereby **GRANTED**.

New Orleans, Louisiana this 12th day of December, 2011.

_____
United States District Judge

#1075447