UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Scott Ihli, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 10-2293* | | * | MAG: CHASEZ |

## ORDER

Considering SunnyBrook RV, Inc.'s Motion for Leave to File a Reply to Plaintiff Crystall Lynn Hester's Opposition to its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 and 32 Relating to Plaintiff Fact Sheets and for Failure to Comply with the Court's Pre-Trial Order.

**IT IS ORDERED** that the Motion is **GRANTED**, and that plaintiff, Crystal Lynn Hester's claim against SunnyBrook RV, Inc. is hereby dismissed with prejudice.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**