UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Terry Lynn Gervais, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3743) | * MAGISTRATE CHASEZ <br> * |

*************************************************

## MOTION FOR SUMMARY JUDGMENT

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan),[1] move this Court for summary dismissal of the claims filed by plaintiff Terry Lynn Gervais. The evidence establishes that Ms. Gervais did not live in a temporary housing unit (THU) procured by Morgan. Accordingly, Ms. Gervais cannot state a claim against Morgan. Morgan's motion for summary judgment should be granted, and Ms. Gervais' claims against Morgan should be dismissed with prejudice at her costs.

In support of this motion, Morgan submits the following exhibits[2]:

 Exhibit A – Terry Lynn Gervais' Plaintiff Fact Sheet dated December 23, 2009;

 Exhibit B – Terry Lynn Gervais' Plaintiff Fact Sheet dated July 11, 2011;

 Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13;

 Exhibit D – October 22, 2009 Morgan Buildings & Spas deposition excerpts, 19:9-20:21 and 24:12-23; and

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

[2] Exhibits have been redacted to remove personal identifiers.

396413.1

1

Exhibit E – July 14, 2011, letter from A. Stout to R. Burns with James Schilligo affidavit.

**WHEREFORE**, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s motion for summary judgment should be granted, dismissing the claims of Terry Lynn Gervais against Morgan, with prejudice at her costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

**Certificate of Service**

I certify that, on December 14, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

396413.1

2