UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873<br>*<br>*<br>*<br>*<br>* JUDGE ENGELHARDT<br>* |
| This Document Relates To: | *<br>* |
| *Terry Lynn Gervais, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3743) | * MAGISTRATE CHASEZ<br>* |

*************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. submit that there is no genuine issue concerning the following material facts:

1. Ms. Gervais was provided with a mobile home from FEMA.[1]

2. The VIN number of Ms. Gervais' FEMA-supplied mobile home was TXFL412A862808A33.[2]

3. Ms. Gervais' FEMA-supplied mobile home's approximate length and width was 14 feet by 80 feet.[3]

4. Morgan procured temporary housing units directly from Fleetwood, Recreation by Design, and Monaco for the Katrina/Rita disasters.[4]

5. Morgan did not construct any temporary housing units for the Katrina / Rita disasters.[5]

6. Morgan did not purchase a mobile home unit bearing VIN number TXFL412A862808A33 for sale to FEMA.[6]

---

[1] Exhibits A and B.
[2] *Id.*
[3] *Id.*
[4] Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit D – October 22, 2009 Morgan Buildings & Spas., Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9-20:2.
[5] Exhibit D - 24:12-23; Exhibit E.
[6] Exhibit E.

396413.1

1

7.    The mobile homes Morgan purchased from Fleetwood measured 14 feet by 60 feet.[7]

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC. AND MORGAN BUILDING
SYSTEMS, INC.

### Certificate of Service

I certify that, on December 14, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

---

[7] *Id.*

396413.1