UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 * * * * * JUDGE ENGELHARDT * |
| This Document Relates To: | * * |
| *Elizabeth M. Baker, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3967) | * MAGISTRATE CHASEZ * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

Defendants, Morgan Buildings & Spas, Inc., Morgan Building and Morgan Building Systems, Inc. (collectively, Morgan),[1] move this Court for summary dismissal of the claims filed by plaintiff Elizabeth M. Baker and Edgar W. Galjour. The evidence establishes that neither Ms. Baker nor Mr. Galjour lived in a temporary housing unit (THU) procured by Morgan. Accordingly, Ms. Baker and Mr. Galjour cannot state a claim against Morgan. Morgan's motion for summary judgment should be granted, and Ms. Baker's and Mr. Galjour's claims against Morgan should be dismissed with prejudice at their costs.

In support of this motion, Morgan submits the following exhibits[2]:

        Exhibit A - Elizabeth M. Baker's 2009 Plaintiff Fact Sheet;

        Exhibit B – Edgar Galjour, Jr.'s 2009 Plaintiff Fact Sheet

        Exhibit C – Elizabeth M. Baker's July 2011 Plaintiff Fact Sheet;

        Exhibit D – Edgar Galjour's July 2011 Plaintiff Fact Sheet;

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.
[2] Exhibits have been redacted to remove personal identifiers.

394879.1                                1

Exhibit E – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13;

Exhibit F – October 22, 2009 Morgan Buildings & Spas deposition excerpts, 24:12-23;

Exhibit G - Exhibit HHH, Sidney Torres Client List (Aug. 5, 2009), excerpts, FEMA 10-003008 and FEMA 10-003017;

Exhibit H – FEMA's response to Exhibit HHH, Sidney Torres Client List, at FEMA 10-003056;

Exhibit I - July 14, 2011 letter from A. Stout to R. Burns;

Exhibit J - June 17, 2011 letter from A. Stout to D. Jarrell; and

Exhibit K - July 11, 2011 letter from R. Burns to A. Stout.

**WHEREFORE**, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s motion for summary judgment should be granted, dismissing the claims of Elizabeth M. Baker and Edgar W. Galjour against Morgan, with prejudice at their costs.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

## Certificate of Service

I certify that, on December 14, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

394879.1