UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Elizabeth M. Baker, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3967) | * MAGISTRATE CHASEZ <br> * <br> * |

*************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. submit that there is no genuine issue concerning the following material facts:

1. Ms. Baker and Mr. Galjour lived in the same temporary housing unit.[1]

2. Mr. Galjour was assigned a mobile home from FEMA.[2]

3. Mr. Galjour's FEMA mobile home was located at 630 Brothers Rd., Lot # 43, Lafayette, LA.[3]

4. Mr. Galjour's FEMA Id. No. was 940782255.[4]

5. FEMA Id. No. 940782255 was assigned mobile home manufactured by Fleetwood Enterprises bearing VIN No. TXFL486A06163.[5]

6. Morgan procured temporary housing units directly from Fleetwood, Recreation by Design, and Monaco for the Katrina/Rita disasters.[6]

---

[1] Exhibits A, B, C and D.
[2] Exhibit H, at FEMA 10-003056, at OriginalKey 520.
[3] Exhibits B, D and H, at FEMA 10-003056, at OriginalKey 520.
[4] Exhibits B, D, G, at FEMA 10-003017 at OriginalKey 520, and H, at FEMA 10-003056, at OriginalKey 520.
[5] Exhibit H, at FEMA 10-003056, at OriginalKey 520.
[6] Exhibit E – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit F – October 22, 2009 Morgan Buildings & Spas., Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9-20:21.

394879.1                                                1

7. Morgan did not construct any temporary housing units for the Katrina / Rita disasters.[7]

8. Morgan did not purchase a Fleetwood mobile home unit bearing VIN number TXFL486A061631.[8]

9. The mobile homes Morgan purchased from Fleetwood measured 14 feet by 60 feet.[9]

10. The mobile home in which Ms. Baker and Mr. Galjour resided measured either 14 feet by 70 feet or 20 feet by 80 feet.[10]

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on December 14, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

---

[7] Exhibit F – 19:9-20:21; 24:12-23; Exhibit I.
[8] Exhibit I.
[9] *Id.*
[10] Exhibits A - D.
394879.1