UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                    SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-5736

## ORDER AND REASONS

Before the Court is a **"Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 23674)**, filed by Liberty Mutual Insurance Company, seeking to dismiss with prejudice the claims of plaintiffs Williams Jones, Jr. and Rita Jones. No opposition was filed. However, the Court notes that on June 30, 2011, Williams Jones, Jr. and Rita Jones filed a "Notice of Voluntary Dismissal of Claims of Rita Jones and Williams Jones, Jr. (Rec. Doc. 22142) in the instant member case (*John Bailey, et al v. Liberty Mutual Ins. Co.*, Civ. Action 09-5736). Accordingly,

**IT IS ORDERED** that the **"Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 23674)**, filed by Liberty Mutual Insurance Company, is hereby **DENIED AS MOOT**. If Liberty Mutual wishes to address the active claims of these two plaintiffs, it must file a motion referencing the proper

member case number (*Andrew Douglas, et al v. Liberty Mutual Ins. Corp.*, Civ. Action No. 09-8461).

New Orleans, Louisiana, this 14th day of December 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**