UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Chasley, et al  v. Dutchman, et al* | * | MAGISTRATE CHASEZ |
| Number 09-410 | * | |

*******************************************************************

**PLAINTIFF'S MOTION FOR LEAVE TO
FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for Leave to amend the original Complaint for Damages, and all subsequent amending complaints, in the above referenced case for the reasons more specifically outlined in the attached Memorandum in Support of Plaintiff's Motion for Leave to File Third Supplemental and Amending Complaint.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE         :        (985) 732-5651
> FAX             :        (985) 735-5579
> E-MAIL        :        fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> MaryAnna Penton (#32920)
> Trial Counsel for Plaintiffs

1

2

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 14, 2011.

                              s/Ronnie G. Penton
                              Ronnie G. Penton

## CERTIFICATE OF OPPOSITION

Counsel for Plaintiffs have contacted counsel for Defendants and they have advised that they do oppose the filing of the above Third Supplemental and Amending Complaint, therefore, a Notice of Submission is attached hereto.

                                                    s/Ronnie G. Penton
                                                    Ronnie G. Penton