## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| **THIS DOCUMENT IS** | * | **JUDGE ENGELHARDT** |
| **RELATED TO:** | * | |
| *Chasley, et al  v. Dutchman, et al* | * | **MAGISTRATE CHASEZ** |
| **Number 09-410** | * | |

**********************************************************************

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs request Leave to amend the original Complaint for Damages and all subsequent amendments in the above-referenced case to add Plaintiffs into the litigation against Dutchman Manufacturing, Inc., Bechtel National, Inc., and the United States of America through the Federal Emergency Management Agency, for the reasons more specifically outlined below.

Mover has just recently been informed and become aware that the Plaintiffs listed herein should be in the above referenced lawsuit.

For all of the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Third Supplement and Amending Complaint.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
FAX               :          (985) 735-5579
E-MAIL          :          fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiffs