UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *Chasley, et al v. Dutchman, et al* Number 09-410 | * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that Plaintiffs be and hereby are granted Leave of Court and their Third Supplemental and Amending Complaint be filed herein and the Original Complaint and all subsequent amending complaints be amended thereby.

Signed in New Orleans, Louisiana, this the _____ day of December, 2011.

_____
J U D G E

1