UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Chasley, et al v. Dutchman, et al* | * | MAGISTRATE CHASEZ |
| Number 09-410 | * | |

*********************************************************************

## PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who do desire to supplement and amend their Original Complaint in the following respects, to wit:

1.

Plaintiffs supplement Exhibit A of their Original Complaint by adding the following additional Plaintiffs:

1. Malacki Goodman
2. Alex Middleton
3. Sidney Middleton
4. Brandon Sibley
5. LaDarius Sibley
6. Jamal Williams
7. Micah Williams
8. Neoh Olyah Williams
9. Tyrone Williams

1

**2.**

Plaintiffs reiterate and reaver all allegations contained in the Original Complaint and all subsequent amending complaints, as if copied herein *in extenso*.

WHEREFORE, Plaintiffs pray that Defendants be duly cited to appear and answer this Third Supplemental and Amending Complaint, and after the legal delays and due proceedings had, there be judgment herein in favor of Plaintiffs and against the Defendants in a full and true sum sufficient to compensate Plaintiffs for all damages and losses, and for such other and further relief as this Honorable Court deems just and proper.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE      :      (985) 732-5651
FAX           :      (985) 735-5579
E-MAIL      :      fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiff