UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Todd Franklin, Jr. v. R-Vision, Inc.*<br>   No. 09-5749<br>   Plaintiff: Frank Franklin, Sr. *and*<br>   Plaintiff: Iona Franklin | * * * * * * * * * | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS
THE DUPLICATIVE CLAIMS OF
PLAINTIFFS FRANK FRANKLIN, SR. and IONA FRANKLIN**

**MAY IT PLEASE THE COURT:**

Liberty Mutual Insurance Company ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc. moves this Honorable Court to dismiss the duplicative claims of Frank Franklin, Sr. and Iona Franklin in the captioned matter.

On or about June 15, 2009, Plaintiffs, Frank Franklin, Sr. and Iona Franklin, were named as plaintiffs in the case styled *Frank Franklin Sr. et al. v. CH2M Enterprises, Inc.*, 09-3984. Subsequently, on or about August 14, 2009, Frank Franklin, Sr. and Iona Franklin were named as plaintiffs in *Todd Franklin, Jr. et al. v. R-Vision, Inc. et al.*, 09-5749. Defendant would show that these are the same plaintiffs, alleging the same claims and causes of action against the same defendant.

#1054698

In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *See In re Katrina Breaches Consolidated Litig.*, 05-4182, 2009 WL 88612 (E.D.La. Jan. 7, 2009) (noting that in general "where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action."). Because Frank Franklin, Sr. and Iona Franklin appear in multiple lawsuits, defendant would show that his claims and causes of action as alleged in those cases should be dismissed with prejudice. Plaintiffs' counsel does not oppose the dismissal of the plaintiffs from *Todd Franklin, Jr. et al. v. R-Vision, Inc. et al.*, 09-5749. (See Exhibit A.) This motion has no effect on the claims of Frank Franklin, Sr. and Iona Franklin in the case styled *Frank Franklin Sr. et al. v. CH2M Enterprises, Inc.*, 09-3984.

**WHEREFORE**, defendant, Liberty Mutual Insurance Company, prays the Court dismiss the claims of Frank Franklin, Sr. and Iona Franklin in the lawsuit captioned *Todd Franklin, Jr. et al. v. R-Vision, Inc. et al.*, 09-5749 without prejudice as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

                              Respectfully submitted,

                              <u>/s/ Kristopher M. Redmann</u>
                              **KRISTOPHER T. WILSON, La. Bar #23978**
                              **KRISTOPHER M. REDMANN, La. Bar #18397**
                              **ANNE E. BRIARD, La. Bar #29102**
                              **LUGENBUHL, WHEATON, PECK, RANKIN &**
                                    **HUBBARD**
                              601 Poydras Street, Suite 2775
                              New Orleans, Louisiana 70130
                              Telephone: (504) 568-1990
                              **Attorneys for Liberty Mutual Insurance Company**

#1054698

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                                                  s/Kristopher M. Redmann

                                                    Kristopher M. Redmann, La. Bar No. 18397

#1054698