UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Todd Franklin, Jr. v. R-Vision, Inc.*<br>   No. 09-5749<br>   Plaintiff: Frank Franklin, Sr. *and*<br>   Plaintiff: Iona Franklin | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Duplicative Claims;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Liberty Mutual's Motion is Granted and the claims of Plaintiffs Frank Franklin, Sr. and Iona Franklin against Liberty Mutual Insurance Company in *Todd Franklin, Jr. et al. v. R-Vision, Inc. et al.*, 09-5749, be and are dismissed without prejudice.

New Orleans, Louisiana, this ____ day of _____, 2011.

                                              Hon. Kurt D. Engelhardt
                                  Judge, United States District Court
                                       Eastern District of Louisiana

#1054698