UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>   *John Bailey v. R-Vision, Inc.*<br>   No. 09-5736<br>   Plaintiff: Montriell Willis-Jackson | *<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DUPLICATIVE CLAIMS OF PLAINTIFF MONTRIELL WILLIS-JACKSON**

MAY IT PLEASE THE COURT:

Liberty Mutual Insurance Company ("Liberty Mutual"), as an alleged insurer of R-Vision, Inc. moves this Honorable Court to dismiss the duplicative claims of Montriell Willis-Jackson in the captioned matter.

On or about June 15, 2009 Plaintiff, Montriell Willis-Jackson was named as a plaintiff in *Donald Trask v. Fluor Enterprises, Inc.* No. 09-4039. Subsequently, on or about August 14, 2009, Montriell Willis-Jackson was named as a plaintiff in *John Bailey et al. v. R-Vision, Inc. et al.*, 09-5736. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

#1054671

In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *See In re Katrina Breaches Consolidated Litig.*, 05-4182, 2009 WL 88612 (E.D.La. Jan. 7, 2009) (noting that in general "where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action."). Because Montriell Willis-Jackson appears in multiple lawsuits, defendant would show that his claims and causes of action as alleged in those cases should be dismissed with prejudice. Plaintiff's counsel does not oppose the dismissal of the plaintiff from *John Bailey et al. v. R-Vision, Inc. et al.*, 09-5736. (See Exhibit A.) This motion has no effect on the claims of Montriell Willis-Jackson in the case styled *Donald Trask v. Fluor Enterprises, Inc.* No. 09-4039.

**WHEREFORE**, defendant, Liberty Mutual Insurance Company, prays the Court dismiss the claims of Montriell Willis-Jackson in the lawsuit captioned *John Bailey et al. v. R-Vision, Inc. et al.*, 09-5736 without prejudice as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

Respectfully submitted,

  /s/ Kristopher M. Redmann  
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
  **HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

#1054671

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

                                                                                                      _____s/Kristopher M. Redmann_____

                                                                                 Kristopher M. Redmann, La. Bar No. 18397

#1054671