## Anne Briard

| | |
|---|---|
| **From:** | Denis Vega [dvega@hurricanelegal.com] |
| **Sent:** | Tuesday, November 15, 2011 4:36 PM |
| **To:** | Anne Briard |
| **Subject:** | Re: FW: FEMA Trailers Litigation |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Anne,

It is ok to dismiss Montriell Willis Jackson from Suit No: 5736 reserving all rights in Suit No. 4039.

Re: Yvette Joseph, we have not heard back from Gainsburgh Benjamin regarding their filing. Can you please give me till tomorrow to have a response for you.

Thank You

Denis Vega.

On Wed, Nov 9, 2011 at 11:57 AM, Anne Briard <abriard@lawla.com> wrote:

Mr. Centola and Mr. Vega- I am following up on my November 3 email below. Please let me know if you will agree to filing the attached motion as unopposed. If I do not hear from you by close of business on Friday 11/11/2011, we will file it as opposed.

Thanks, Anne

**From:** Anne Briard
**Sent:** Thursday, November 03, 2011 5:08 PM
**To:** 'lcentola@hurricanelegal.com'

**Cc:** Kristopher Redmann; Lam Nguyen; Tina Hebert
**Subject:** FEMA Trailers Litigation

Mr. Centola- Attached is a Motion to Dismiss one plaintiff who appears to be a duplicate. Please let me know if you have any opposition to the motion to dismiss.

Thanks, Anne

Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

Anne E. Briard

601 Poydras Street, Suite 2775

New Orleans, LA 70130

Phone: (504) 568-1990

Fax: (504) 310-9195

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.

## Anne Briard

| | |
|---|---|
| **From:** | Roberta Burns [rburns@torres-law.com] |
| **Sent:** | Friday, November 04, 2011 1:05 PM |
| **To:** | Anne Briard |
| **Cc:** | Kristopher Redmann; Lam Nguyen; Tina Hebert; dvega@hurricanelegalcenter.com; Jessica Bastoe; Roberta Burns |
| **Subject:** | RE: FEMA Trailers Litigation |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Anne:

Our office has spoken to Mr. Vega at the Hurricane Legal Center and there are duplicate claims filed for Mr. Patrick Williams by our respective offices. We have a timely completed PFS form for Mr. Williams and Mr. Vega has agreed to the dismissal of Mr. Williams' claim from the suit filed by the Hurricane Legal Center. Therefore our case will preserve Mr. Williams' claims so we cannot consent to the proposed Motion to Dismiss.

Thanks,
Roberta


Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


**From:** Anne Briard [mailto:abriard@lawla.com]
**Sent:** Thursday, November 03, 2011 5:07 PM
**To:** Roberta Burns
**Cc:** Kristopher Redmann; Lam Nguyen; Tina Hebert
**Subject:** FEMA Trailers Litigation

Roberta- Attached is a Motion to Dismiss one plaintiff who appears to be a duplicate. Please let me know if you have any opposition to the motion to dismiss.

Thanks, Anne


Lugenbuhl, Wheaton, Peck, Rankin & Hubbard

Anne E. Briard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Phone: (504) 568-1990

Fax: (504) 310-9195

---

This message is intended solely for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately. Thank you.