UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *John Bailey v. R-Vision, Inc.*<br>   No. 09-5736<br>   Plaintiff: Montriell Willis-Jackson | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Liberty Mutual's Motion is Granted and the claims of Plaintiff Montriell Willis-Jackson against Liberty Mutual Insurance Company in *John Bailey et al. v. R-Vision, Inc. et al.*, 09-5736, be and are dismissed without prejudice.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

#1054671