## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Chasley, et al  v. Thor of* | * | |
| *California, et al* | * | MAGISTRATE CHASEZ |
| Number 09-404            . | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S MOTION FOR LEAVE TO
### FILE FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this

Court for Leave to amend the original Complaint for Damages, and all subsequent

amending complaints, in the above referenced case for the reasons more specifically

outlined in the attached Memorandum in Support of Plaintiff's Unopposed Motion for

Leave to File Fourth Supplemental and Amending Complaint.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiffs

1

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 14, 2011.

s/Ronnie G. Penton
Ronnie G. Penton

**CERTIFICATE OF OPPOSITION**

Counsel for Plaintiffs have contacted counsel for Defendants and they have advised that they do oppose the filing of the above Fourth Supplemental and Amending Complaint, therefore, a Notice of Submission is attached hereto.

s/Ronnie G. Penton
Ronnie G. Penton