UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Chasley, et al  v. Thor of* | * | |
| *California, et al* | * | MAGISTRATE CHASEZ |
| Number 09-404          . | * | |

************************************************************

PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE FOURTH
SUPPLEMENTAL AND AMENDING COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiffs request Leave to amend the original Complaint for Damages and all

subsequent amendments in the above-referenced case to add Plaintiffs into the litigation

against Thor of California, Inc., d/b/a Thor Manufacturing Company, Bechtel National,

Inc., and the United States of America through the Federal Emergency Management

Agency,  for the reasons more specifically outlined below.

Mover has just recently been informed and become aware that the Plaintiff listed

herein should be in the above referenced lawsuit.

For all of the above reasons, Plaintiffs respectfully request this Court grant their

Motion for Leave to File Amended Complaint.

1

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :         (985) 732-5651
FAX           :         (985) 735-5579
E-MAIL        :         fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiffs