UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: "N"(5)** |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Scott Ihli, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 10-2293* | | * | **MAG: CHASEZ** |
| | | * | |

## REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS #2 AND #32 RELATING TO PLAINTIFFS' FACT SHEETS

NOW INTO COURT, through undersigned counsel, comes defendant, SunnyBrook RV, Inc. ("SunnyBrook"), who files this Reply to Plaintiff, Crystal Lynn Hester's Memorandum in Opposition (Rec. Doc. #23800) to Defendant's Motion to Dismiss (Rec. Doc. #23528).

### A.  PLAINTIFF'S FACT SHEET DEFICIENCY ANSWERS DO NOT CURE DEFICIENCIES IN HER FACT SHEET

Plaintiff Crystal Lynn Hester ("Hester") has now filed an updated Plaintiff Fact Sheet ("PFS"), dated November 30, 2011 (Rec. Doc. #23800-1) in an attempt to cure deficiencies

noted in the previous PFS (See Deficiency Notice, Rec. Doc. #23528-3) and pointed out in SunnyBrook's Motion to Dismiss.[1]

Nevertheless, these attempts to cure essential deficiencies fall short. For example, Plaintiff's Statement re: wage loss claim (IV. F3) was not completely filled out. Plaintiff does not state her income from employment for each of the last five years and she does not list the total amount of time which she claims to have lost from work as a result of any and all conditions related to living in the FEMA trailer, and the amount of income she alleges to have lost.

Under Part V. A 1-20, "Trailer Information", numbers 9-20 were not completed. Plaintiff's information regarding "Medical Background", parts E., F. and G. were not completed and under part VII (A), "Medical Diagnosis", the dates of plaintiff's treatment were not stated. Lastly, part VII (D) was not filled out at all.

As stated in SunnyBrook's Memorandum in Support of its Motion to Dismiss (Rec. Doc. #23528- 2): "All of these questions solicit vital information that this Court has identified as essential for the purpose of moving this matter forward toward resolution." (See Order and Reasons, Rec. Doc. #22803 and Pre-Trial Order No. 88, pp. 1-2 (Rec. Doc. #22124.)

B.  **CONCLUSION**

Accordingly, SunnyBrook RV moves for an Order dismissing this plaintiff. As it prepares for additional litigation, evaluates the possibility of settlement and analyzes other issues concerning the progress of this lawsuit, Sunnybrook must be able to obtain

---

[1] The original PFS is identified as Rec. Doc. 23528-6 and the Amended PFS is Rec. Doc. 23528-5. The first attempt at answering Deficiencies can be found at Rec. Doc. #23528-6.

information about those who make allegations against it. Plaintiff's paucity of information is non-responsive and her claims should be dismissed as she has had more than sufficient time to address the deficiencies.

Moreover, the Plaintiff Fact Sheet serves as the best way to acquire such information as the Sheet acts as the initial round of discovery responses. Without this simulated discovery response, Sunnybrook is significantly prejudiced and there is good cause for the Court to discontinue any potential for further prejudice against Sunnybrook by dismissing the claims of Crystal Lynn Hester.

In accordance with Pre-Trial Orders Nos. 2 and 32, and Federal Rules of Civil Procedure Nos. 37(b)(2) VI and 41(b), the Motion to Dismiss filed by Sunnybrook to dismiss against Crystal Lynn Hester for Failure to Comply with Pre-Trial Orders 2 and 32, should be granted, dismissing this plaintiff with prejudice.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR & SMITH, APLC**

By:     /s/ Cynthia J. Thomas
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)**
**CYNTHIA J. THOMAS, LA Bar #22631**
**MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone:  (985)674-6680
Facsimile:   (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,*
*SunnyBrook RV, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13th day of December, 2011, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

|  |  |
|---|---|
| (  ) Hand Delivery | (  ) Facsimile |
| (  ) Prepaid U.S. Mail | (  ) UPS/Federal Express |
| ( X ) Electronic Mail | (  ) Certified Mail, Return Receipt Requested |

                                                                                                   /s/ Cynthia J. Thomas
                                                                                                   **CYNTHIA J. THOMAS**