UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| Civil Action No. 09-7804<br>*Donald Acker, et al. v.*<br>*Jayco, Inc., et al.* | § § § | |

**ORDER ON PLAINTIFF'S, SHANNON LARTER, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, Shannon Larter (205250), Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 14th day of December, 2011.

_____
HONORABLE KURT ENGELHARDT