UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT RELATES TO: | * | |
| Case Nos.  09-8374, 11-0410 | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## FOREST RIVER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS AND THE MATCHING REQUIREMENTS OF PRE-TRIAL ORDERS NO. 38, 49 AND 68

**MAY IT PLEASE THE COURT:**

Forest River, Inc. ("Forest River") moves this Honorable Court for an Order granting Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Orders No. 38, 49, and 68, with respect to the claims of the following plaintiffs, with prejudice. The reasons for this Motion to Dismiss are more fully set forth in the attached Memorandum in Support.

- Valerie C. Barnes (Plaintiff in *Albert*, C.A. 09-8374)
- Bradford C. Brooks (Plaintiff in *Albert*, C.A. 09-8374)
- Shalonda Captain o/b/o S.C. (Plaintiff in *Albert*, C.A. 09-8374)
- Melwyn Clayton o/b/ D.C. (Plaintiff in *Albert*, C.A. 09-8374)
- Kenneth J. Dimery (Plaintiff in *Albert*, C.A. 09-8374)
- Angiela L. Green (Plaintiff in *Albert*, C.A. 09-8374)
- Keith Heechung, Jr. o/b/o E.H. (Plaintiff in *Albert*, C.A. 09-8374)
- Michelle Johnson (Plaintiff in *Albert*, C.A. 09-8374)
- Joseph Johnson o/b/o S.J. (Plaintiff in *Albert*, C.A. 09-8374)
- John Kissanis (Plaintiff in *Albert*, C.A. 09-8374)
- Spencer E. Vitto, Sr. (Plaintiff in *Albert*, C.A. 09-8374)
- Eloise E. Gums (Plaintiff in *Gums,* C.A. 11-0410)

WHEREFORE, defendant, Forest River prays that its Motion to Dismiss be granted, dismissing the claims of the above listed plaintiffs from the indicated case, with prejudice, for failure to comply with Pre-Trial Order Nos. 2, 32, 38, 49, and 68.

Respectfully Submitted,

**GIEGER, LABORDE & LAPEROUSE, LLC**

BY: /s/ Ernest P. Gieger, Jr.
ERNEST P. GIEGER, JR. (6154)
ANDREW A. BRAUN (#3415)
J. MICHAEL DIGIGLIA (24378)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
egieger@glllaw.com
abraun@glllaw.com
mdigiglia@glllaw.com
**ATTORNEYS FOR FOREST RIVER, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the forgoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 14, 2011 via electronic filing.

/s/ Ernest P. Gieger, Jr.