# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.<sup>L2</sup>
KENNETH H. LABORDE<sup>L2</sup>
LAMBERT M. LAPEROUSE<sup>1</sup>
ROBERT I. SIEGEL<sup>L2</sup>
ANDREW A. BRAUN<sup>L2</sup>
LEO R. McALOON III<sup>L2</sup>
JOHN E. W. BAAY II<sup>L2,3</sup>
ANDREW M. ADAMS<sup>L2</sup>
MARGARET L. SUNKEL<sup>1</sup>
DANIEL G. RAUH<sup>1</sup>
RACHEL G. WEBRE<sup>1</sup>
BRENDAN P. DOHERTY<sup>L2</sup>

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER<sup>2</sup>
MICHAEL D. CANGELOSI
TARA K. CLEMENT<sup>2</sup>
CARSON W. STRICKLAND
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE<sup>2</sup>
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACSIMILE (504) 561-1011
WWW.GLLLAW.COM

HOUSTON OFFICE:
SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027
TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON<sup>3</sup>
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE<sup>4</sup>
VICTORIA E. EMMERLING
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS<sup>4</sup>
CHARLOTTE A. FIELDS<sup>4</sup>

<sup>1</sup> LAW CORPORATION
<sup>2</sup> ALSO ADMITTED IN TEXAS
<sup>3</sup> ALSO ADMITTED IN MISSISSIPPI
<sup>4</sup> ONLY ADMITTED IN TEXAS
<sup>5</sup> ALSO ADMITTED IN WASHINGTON

April 6, 2011

Mr. Anthony Buzbee
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002

> RE: **FEMA Trailer Formaldehyde Product Liability Litigation**
> **MDL No.: 1873, Sec. N(4)**
> **Our File No.: 0200-24-7**

Dear Counsel:

Below please find a list of deficiencies associated with the Plaintiff Fact Sheets submitted by your firm for Forest River, Inc. and/or Vanguard, LLC Plaintiffs. We ask that you provide the requested information within the 30 day time frame set forth in Pre-Trial Orders #2 and #32. Accordingly, all deficiencies must be provided by May 6, 2011. Please contact us if you have any questions or concerns.

## Agnew, Chelsea L.:
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use

## Agnew, Cynthia J.:
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use

## Alexander, Errol:
- V. FEMA Trailer or Mobile Home Unit
  - VIN

## Alexander, Horace:
- V. FEMA Trailer or Mobile Home Unit
  - VIN

## Alexcee, Christopher:
- V. FEMA Trailer or Mobile Home Unit
  - VIN



EXHIBIT
B

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 3 of 54

  o Test Results
  o Medical Bills
  o Questionnaires
  o Death Certificate
  o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Ballard, Sr., Eric:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- Signed Certification
- Signed Privacy Act Release Language

**Barnes, Valerie C.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Bartie, Ruth Marie:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Battie, Helen Hutchinson:**
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

**Bell, Sr., Shannon D.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

**Bentel, IV, Henry:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 4 of 54

- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Blanchard, Selena M.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Brooks, Bradford C.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Brooks, Georgia S.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Broussard, Sheila F.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Brown, Christopher:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Brown, Donna L.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Burch, Bobby: *(Blank in its entirety)***
- III. Case Information (Section C-3)
  - Symptoms
- III. Case Information (Section C-4)
  - Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 6 of 54

- o Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Captain, Shalonda N.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

**Captain, Shaundrica:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Captain, Shelia F.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Carter, Barry Lett:**
- V. FEMA Trailer or Mobile Home Unit
  - o Move In/Move Out date
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

**Casnave, Irma L.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Chattman, Geraldine M.:**
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

**Chretien, Nichelle:**
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 7 of 54

- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Clark, Pierre:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years

**Clark, Shonda C.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - Identify current family and/or primary care physician
  - Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - Identify each pharmacy that has dispensed medication during the last 7 years

**Clayton, Dante:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Clayton, Melwyn E.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN

**Clofer, Leroy J.:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Coleman, Daniel G.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 9 of 54

**Dennis, LaToya K.:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Dennis, Sanai:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- VI. Medical Background (Section C-D)
  - o  Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Dimery, Kenneth J.:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Driebe, Paul R.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Dyer, Trinice:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Elliott, Kyren:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 13 of 54

**Godwin, Moriah J.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Gomez, Neff:**
- VIII. Documents (Section B)
  - o Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Gomez, Sierra A.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN

**Green, Angiela:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪ If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 16 of 54

**Green, Perry:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Gums, Eloise E.:**
- V. FEMA Trailer or Mobile Home Unit
  - o VIN - verify
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 17 of 54

**Harris, Eartha J.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Harris, Fred:**
- V. FEMA Trailer or Mobile Home Unit
    - o   VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Harris, LeRoy J.:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Harris, Mariah:**
- V. FEMA Trailer or Mobile Home Unit
    - o   VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Heechung, Eisabella:**
- V. FEMA Trailer or Mobile Home Unit
    - o   VIN
- VI. Medical Background (Section C-D)
    - o   Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Heechung, Hazel:**
- VIII. Documents (Section C)
    - o   Test Results

**Heechung, Jr., Keith A.:**
- V. FEMA Trailer or Mobile Home Unit
    - o   VIN
- VI. Medical Background (Section C-D)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 22 of 54

- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Jacob, Calvin:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- VI. Medical Background (Section C-D)
  - Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Jacobs, Troy:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Johnson, Dorothy:**
- VIII. Documents (Section A-G)
  - Medical Records
  - Standard Form 95
  - Test Results
  - Medical Bills
  - Questionnaires
  - Death Certificate
  - Autopsy Report

**Johnson, Joseph:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Johnson, Michael:**
- V. FEMA Trailer or Mobile Home Unit
  - VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 23 of 54

- Signed Privacy Act Release Language

**Johnson, Michelle:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - ○ Symptoms
- III. Case Information (Section C-4)
  - ○ Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - ▪ If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - ○ VIN
  - ○ Move In/Move Out
- VI. Medical Background (Section C-D)
  - ○ Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - ○ Medical Records
  - ○ Standard Form 95
  - ○ Test Results
  - ○ Medical Bills
  - ○ Questionnaires
  - ○ Death Certificate
  - ○ Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - ○ Identify current family and/or primary care physician
  - ○ Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - ○ Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Johnson, O'Neisha D.:**
- V. FEMA Trailer or Mobile Home Unit
  - ○ VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Johnson, Sean:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - ○ Symptoms
- III. Case Information (Section C-4)

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 24 of 54

- o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
  - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate
  - o Autopsy Report
- IX. List of Medical Providers and Other Sources of Information (Section A-F)
  - o Identify current family and/or primary care physician
  - o Identify each hospital, clinic or health care facility where you have received outpatient, inpatient or emergency care during the last 7 years
  - o Identify each pharmacy that has dispensed medication during the last 7 years
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Jones, Gilda:** *(Blank in its entirety)*
- III. Case Information (Section C-3)
  - o Symptoms
- III. Case Information (Section C-4)
  - o Since you moved in the FEMA housing unit and up to the present date, have you been diagnosed with cancer?
    - If yes, which kind of cancer?
- V. FEMA Trailer or Mobile Home Unit
  - o VIN
  - o Move In/Move Out
- VI. Medical Background (Section C-D)
  - o Past/Current Smoking/Tobacco use
- VIII. Documents (Section A-G)
  - o Medical Records
  - o Standard Form 95
  - o Test Results
  - o Medical Bills
  - o Questionnaires
  - o Death Certificate

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 26 of 54

**Kissanis, John:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- VI. Medical Background (Section C-D)
  - o  Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Lacey, Belinda:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Lampkin, Denise:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- VI. Medical Background (Section C-D)
  - o  Past/Current Smoking/Tobacco use
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Lampkin, Gerald:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- VIII. Documents (Section B)
  - o  Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Lampkin, Glenda:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- VIII. Documents (Section B)
  - o  Standard Form 95
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 48 of 54

- o  Standard Form 95
- o  Test Results
- o  Medical Bills
- o  Questionnaires
- o  Death Certificate
- o  Autopsy Report
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Vaughn, Sr., William:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Villa, Pamela:**
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Vitto, Joshua J.:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Vitto, Jr., Spencer:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Vitto, Sr., Spencer E.:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification
- Signed medical, psychological, and employment authorizations
- Signed Privacy Act Release Language

**Walker, Larry J.:**
- V. FEMA Trailer or Mobile Home Unit
  - o  VIN
- Signed Certification

GIEGER, LABORDE & LAPEROUSE, L.L.C.

The Buzbee Law Firm
April 6, 2011
Page 54 of 54

Sincerely,

Carson W. Strickland

CWS/kbd

cc:     Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz , Esq.

# GIEGER, LABORDE & LAPEROUSE, L.L.C.

ERNEST P. GIEGER, JR.[1,2]
KENNETH H. LABORDE[1,2]
LAMBERT M. LAPEROUSE[1]
ROBERT I. SIEGEL[1,2]
ANDREW A. BRAUN[1,2]
LEO R. MCALOON III[1,2]
JOHN E. W. BAAY II[1,2,3]
ANDREW M. ADAMS[1,2]
MARGARET L. SUNKEL[1]
DANIEL G. RAUH[1]
RACHEL G. WEBRE[1]
BRENDAN P. DOHERTY[1,2]

———

WILLIAM A. BAROUSSE
KRYSTENA L. HARPER[2]
MICHAEL D. CANGELOSI
TARA E. CLEMENT[2]
ELIZABETH A. CHICKERING
LAUREN C. CANCIENNE[2]
ERIC C. WALTON
MARK T. MAHFOUZ

FORTY-EIGHTH FLOOR
ONE SHELL SQUARE
701 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70139-4800
TELEPHONE (504) 561-0400
FACISIMILE (504) 561-1011
WWW.GLLLAW.COM

———

HOUSTON OFFICE:

SUITE 750
1177 WEST LOOP SOUTH
HOUSTON, TEXAS 77027

TELEPHONE (832) 255-6000
FACSIMILE (832) 255-6001

MICHAEL E. HILL
A. SIMONE MANUEL
JAMESON M. TAYLOR
SARAH MILLER JOHNSON[5]
CHRISTOPHER R. TESKE
EMILY E. EAGAN
MATTHEW F. MORGAN
PATRICK A. SEALE[4]
GINA S. MONTGOMERY
JANET H. ASCHAFFENBURG

———

OF COUNSEL
ALISTAIR M. WARD
CONNIE L. HAWKINS[4]
CHARLOTTE A. FIELDS[4]
J. MICHAEL DIGIGLIA[6]

[1]LAW CORPORATION
[2]ALSO ADMITTED IN TEXAS
[3]ALSO ADMITTED IN MISSISSIPPI
[4]ALSO ADMITTED IN FLORIDA
[5]ONLY ADMITTED IN TEXAS
[4]ALSO ADMITTED IN
WASHINGTON
[6]ALSO ADMITTED IN COLORADO

June 29, 2011

Mr. Anthony Buzbee
The Buzbee Law Firm
JP Morgan Chase Tower
600 Travis Street, Suite 7300
Houston, TX 77002

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No.: 1873, Sec. N(4)
      Our File No.: 0200-24-7
      Notice of Plaintiff Fact Sheet Deficiencies

Dear Counsel,

Below is a list of your clients that have one or more Plaintiff Fact Sheet ("PFS") deficiencies pursuant to PTOs 2, 32 and 88. Each of the specific PTO deficiencies are specified by client.

We understand that you may have received deficiency letters from our firm in the last month or two regarding some of these same clients; however, the attached deficiencies are IN ADDITION to the deficiencies that were noted in those previous deficiency letters. Any deficiency response that you made to deficiency letters that you previously received from our firm shall NOT serve as a response to this deficiency letter.

If you feel that you may have previously submitted a PFS for a specific client that satisfies these required items, please communicate that belief to us as soon as possible so that we can pull that plaintiff's PFS, and either confirm or defeat that belief. Please direct any questions and your deficiency responses to the undersigned.

Acevedo-Pena, Rafael
Agnew, Cynthia J.
Alexander, Horace
Alexcee, Lynette
Ally, Wanda
Autman, Lorraine M.
Ballard, Sr., Eric
Banks, Shamani
Barnes, Valerie C.
Bolden, Osmond
Broussard, Shelia F.
Brown, Christopher
Burch, Bobby
Captain, Jaylin
Captain, Shalonda N.
Captain, Shelia F.
Casnave, Irma L.
Chretien, Michelle
Clark, Shonda C.
Clayton, Melwyn E.
Coleman, Andre D.
Coleman, Daniel G.
Coston, Ernest
Davenport, Louis
Davenport, Sandra
Davis, Anthony
Dennis, LaToya K.
Cou
Dimery, Kenneth J.
Driebe, Paul R.
Elliott, Kyren
Enines, Stephanie
Fontenot, Sr., Johnathan
Fulk, Sandra K.
Gaines, Arthurnisha
Gaines, Eroger
Garrett, Javion O.
Gerdes, Jr., Vernon
Gobert, Seleste A.
Godwin, III, James T.
Godwin, Meagan
Gomez, Neff
Green, Angiela L.
Green, Diane
Green, Perry
Hargrave, Britlyn P.
Harris, Fred
Harris, Mariah
Heechung, Hazel

Agnew, Chelsea L.
Alexander, Errol
Alexcee, Christopher
Alfred, Jr., Kirby
Anderson, Kainan
Autman, Sean
Banks, Kerriell
Banks, Tina
Bentel, Amber
Brooks, Georgia S.
Brown, Bruce Daniel
Brown, Donna L.
Captain, Brittany
Captain, Kithen
Captain, Shaundrica
Carter, Barry Lett
Chattman, Geraldine M.
Chretien, Nichelle
Clayton, Donte
Clofer, Leroy J.
Coleman, Andre R.
Copeland, Shannon C.
Davenport, IV, Louis
Davenport, Mercedes
Davis, Angela
Davis, III, Clarence

Dennis, Sanai
Dimery, Sylvia
Dyer, Trinice
Enines, Jr., William
Finch, Charles
Foster, Napoleon
Fulton, Glenda
Gaines, Charmaine
Gaines, My'Cal
George, Johnny
Gill, Venita A.
Gobert, Stephanie
Godwin, Jr., James
Godwin, Moriah
Gomez, Sierra
Green, Ashia
Green, Latasha
Gums, Eloise E.
Harris, Eartha L.
Harris, LeRoy J.
Heechung, Eisabella
Heechung, Jr., Keith A.

2

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

| | |
|---|---|
| Hill, Addie | Hill, Darius Q. |
| Hill, Tameka S. | Hillard, Raymond |
| Holmes, Deborah N. | Hurst, Corey |
| Hurst, Danielle N. | Hurst, Terry R. |
| Irza, Thomas M. | Issac, Kaswanna |
| Jackson, Laterrian | Jackson, Victoria |
| Jacob, Calvin | Jacobs, Troy |
| Johnson, Dorothy | Johnson, Joseph |
| Johnson, Michael F. | Johnson, Michelle |
| Johnson, O'Neisha D. | Johnson, Sean |
| Jones, Gilda | Jones, Jamie L. |
| Jones, Levon | Jordan, Brunica |
| Kelly, Louisc | Kinkella, Jan M. |
| Kissanis, John | Lacey, Belinda |
| Lampkin, Denise | Lampkin, Gerald |
| Lampkin, Glenda R. | Landry, Courtney |
| Landry, D'Tizhana | Landry, Jr., Adam |
| LeBlanc, Dolores J. | LeBlanc, Edwin |
| Leday, Beverly J. | Ledet, III, Leon A. |
| Leo-Carter, Dolly | Lewis, Adrienne M. |
| Lewis, Jr., William M. | Lewis, Malijah |
| Lewis, Mary J. | Magee, Dedrick R. |
| Magee, Jalisha | Magee, Jaliyah |
| Magee, Jaterion | Magee, Shamika |
| McCrary, Gregory | McGee, Tiffany |
| Mckenzie, Eddie L. | Moore, Jr., Elton |
| Moore, Sr., Larry | Netto, Michael |
| Newman, Ranardia | Palmer, Donna |
| Papalin, Bill | Parish, Helena |
| Peck, Ashley | Randazzo, Angela Y. |
| Randazzo, Isabella A. | Randazzo, Kody - DELETE DUP |
| Reed, Chadneisha | Reed, Cherish |
| Reed, Marguerite | Richardson, A'Donna |
| Richardson, Cheryl A. | Richardson, Jaleel M. |
| Richardson, Tessie M. | Richmond, Coquise W. |
| Richmond, Darlene W. | Richmond, Ja'Myreia |
| Richmond, Ja'Quise | Richmond, Ja'Tavien |
| Richmond, Ja'Zyreia | Rizzuto, Blake |
| Robesten, Linda M. R. | Robinson, Gertrude B. |
| Robinson, Jada A. | Robinson, Michelle |
| Robinson, O'Neisha | Robinson, Rodney |
| Robinson, Stephen J. | Robinson, Terry G. |
| Rodney, Gary | Rodney, Jasmine |
| Romich, Jennifer | Romich, Monette |
| Romich, Wyatt | Rust, Logan C. |
| Rust, Samien | Ryan, Jamarus |

3

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

| | |
|---|---|
| Ryan, Patsy | Schexnayder, Lula Mae |
| Scott, Clarence | Shabazz, Xavier |
| Sims, Ke'Monei | Slater, Angela |
| Slater, Harold | Slater, Lorenzo |
| Slater, Willie | Smith, Alvin |
| Smith, Kelsey | Smith, Lisa M. |
| Smith, Milford | Smith, Paula R. |
| Smith, Rickell | Snow, Brittany |
| Stampley, Cleveland | Stepter, Carey |
| Stepter, Miracle | Stuart, Travis |
| Thomas, Alberta | Thomas, Alvin |
| Thomas, Chelsea | Thomas, Deborah |
| Thomas, Jervis W. | Thomas, Paul |
| Thomas, Stacy L. | Thornton, Delisa |
| Valentine, Jamarius | Vaughn, Charlene A. |
| Vaughn, Sr., William C. | Villa, Pamela E. |
| Vitto, Joshua J. | Vitto, Jr., Spencer E. |
| Vitto, Sr., Spencer E. | Walker, Larry J. |
| Washington, Jamar R. | Washington, Jamie L. |
| Weber, Marion | White, Diamond |
| White, Jennifer A. | White, John C. |
| White, Laura A. | White, Shawna M. |
| Whitfield, Bettie | Whitfield, Brittany A. |
| Whitfield, Emmett | Williams, Gloria S. |
| Williams, Johnnie L. | Wilson, Jaden |
| Wilson, Kierra | Womack, Patricia |
| Woodridge, Regina E. | Wright, Brionne |
| Wright-Smith, Carolyn | |

# The Buzbee Law Firm

## Banks, Shamani

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Banks, Tina

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## Barnes, Valerie C.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

8

## The Buzbee Law Firm

### Captain, Kithen

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

### Captain, Shalonda N.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

### Captain, Shaundrica

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Captain, Shelia F.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

# The Buzbee Law Firm

## Clayton, Donte

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Clayton, Melwyn E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

## Clofer, Leroy J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## Coleman, Andre D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Coleman, Andre R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

14

## The Buzbee Law Firm

### Dimery, Kenneth J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

### Dimery, Sylvia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Driebe, Paul R.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## The Buzbee Law Firm

### Green, Angiela L.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

### Green, Ashia

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Certification Signed by Plaintiff

### Green, Diane

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# The Buzbee Law Firm

## Harris, Fred

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Harris, LeRoy J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

## Harris, Mariah

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Only if You are Making a Wage Claim (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Heechung, Eisabella

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. # (PFS Sec. V.A.3)

Bar Code (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Heechung, Hazel

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s) (PFS Sec. VI.D)

Prior Medical History [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses (PFS Sec. III.C.9)

## The Buzbee Law Firm

### Jacobs, Troy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

### Johnson, Dorothy

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Johnson, Joseph

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

### Johnson, Michael F.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

## The Buzbee Law Firm

### Johnson, Michelle

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

### Johnson, O'Neisha D.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

### Johnson, Sean

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

### Jones, Gilda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Names of All Trailer Residents  (PFS Sec. V.E)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Future Medical Claim  (PFS Sec. III. C. 2)

Psychological Treatment  (PFS Sec. III.C.8)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Number of Hours Spent in the Trailer Each Day  (PFS Sec. V.13)

Certification Signed by Plaintiff

# The Buzbee Law Firm

## Kinkella, Jan M.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Kissanis, John

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Making a Wage Claim  (PFS Sec. IV.F.3)

## Lacey, Belinda

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Lampkin, Denise

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

## Lampkin, Gerald

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

Manufacturer  (PFS Sec. V.A.1)

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

# The Buzbee Law Firm

## Villa, Pamela E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Only if You are Making a Wage Claim   (PFS Sec. IV.F.3)

Certification Signed by Plaintiff

## Vitto, Joshua J.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Vitto, Jr., Spencer E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

## Vitto, Sr., Spencer E.

The following items are missing from the above Plaintiff's PFS and constitute a Plaintiff Fact Sheet deficiency:

FEMA I.D. #  (PFS Sec. V.A.3)

Bar Code  (PFS Sec. V.A.4)

Smoking History of Other Trailer Resident(s)  (PFS Sec. VI.D)

Prior Medical History  [PFS Sec. VI (F) (1 & 4)]

Only if You are Requesting Reimbursement of Medical Expenses  (PFS Sec. III.C.9)

Certification Signed by Plaintiff

**Gieger, Laborde & Laperouse, L.L.C.**

Mr. Anthony Buzbee
June 29, 2011

       If you should have any questions regarding this deficiency letter, please contact the undersigned at your earliest convenience at (504)654-1347.

Sincerely,

J. Mike DiGiglia

JMD/maa/kbd

cc:    Andrew Weinstock, Esq.
        Justin Woods, Esq.
        Dave Kurtz, Esq.
        Henry T. Miller