## Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Tuesday, December 06, 2011 1:38 PM |
| **To:** | Anthony Buzbee |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; Ashley Bouchon; Donna Uli; Karen B. Davis |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Resending Forest River's Draft Motion to Dismiss |
| **Attachments:** | Draft Motion.pdf; Draft Memo.pdf; Draft Order.pdf |

**Importance:**       High

Please disregard my earlier email as it incorrectly requested a response by Noon on November 9th. It should have read as follows:

Attached is a draft Motion to Dismiss along with Memorandum in Support and a Proposed Order which we intend to file on behalf of Forest River, Inc. in the afternoon of Friday, December 9, 2011.  Please advise whether you will oppose or consent to the filing of the Motion to Dismiss.  If we do not hear from you  by Noon on Friday, December 9, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.

 GIEGER, LABORDE & LAPEROUSE, L.L.C.
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.



1

# Fran Jeblonski

| | |
|---|---|
| **From:** | Fran Jeblonski |
| **Sent:** | Tuesday, December 06, 2011 12:08 PM |
| **To:** | Anthony Buzbee |
| **Cc:** | Ernie Gieger; Mike DiGiglia; Megan Cambre; Ashley Bouchon; Donna Uli; Karen B. Davis |
| **Subject:** | FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion to Dismiss attached |
| **Attachments:** | Draft Motion.pdf; Draft Memo.pdf; Draft Order.pdf |

**Importance:**          High

Attached is a draft Motion to Dismiss along with Memorandum in Support and a Proposed Order which we intend to file on behalf of Forest River, Inc. in the afternoon of Friday, December 9, 2011.   Please advise whether you will oppose or consent to the filing of the Motion to Dismiss.  If we do not hear from you  by Noon on Friday, November 9, 2011, we will assume that you oppose the Motion and will advise the Court accordingly.

Should you have any difficulty viewing the attached documents, please do not hesitate to contact me.

 GIEGER, LABORDE & LAPEROUSE, L.L.C.
**NEW ORLEANS:** 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
**HOUSTON:** 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

## Fran Jeblonski

| | |
|---|---|
| **From:** | Anthony Buzbee [Tbuzbee@txattorneys.com] |
| **To:** | Fran Jeblonski |
| **Sent:** | Tuesday, December 06, 2011 12:44 PM |
| **Subject:** | Read: FEMA Trailer Formaldehyde Litigation - Forest River's Draft Motion to Dismiss attached |

Your message was read on Tuesday, December 06, 2011 6:44:10 PM UTC.

1