UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Kasinda Brumfield obo K.B et al v.* | | * | |
| *Pilgrim International, Inc. et al* | | * | |
| No. 10-2248; | | * | |
| Plaintiff: Javious Magee | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF**
**MOTION FOR RELIEF FROM A JUDGMENT OR ORDER**

COMES NOW Plaintiff, Javious Magee, and files this Supplemental Memorandum in Support of Motion New Trial and in the Alternative Motion for Relief from a Judgment or Order and in support of the same would show the Court as follows:

**I.     INTRODUCTION**

On October 5, 2011, the Court dismissed the case of Javious Magee with prejudice for failure to comply with Pre-trial Order No. 32 relating to plaintiff fact sheets. Rec. Doc. 23040. Plaintiff now seeks relief from the Court's order dismissing his claim with prejudice under Federal Rule of Civil Procedure 60(b). Counsel had considerable difficulty contacting Javious Magee to respond to the deficiency requests due to a file error. Fortunately, after the Court dismissed his case, counsel was able to contact Javious Magee. Javious Magee has now addressed the deficiency requests (Exhibit "A") and seeks reinstatement of his case, inter alia. Case law on Rule 60 Motions reflects the law favors a resolution of a case on the merits. On December 8, 2011, the Court issued an Order inviting Plaintiff to file a Supplemental

Memorandum explaining how or when Plaintiff's attorneys file came to contain an incorrect address and telephone number (23816). This filing is in response is to the Court's request.

II.  **ARGUMENT**

Plaintiff's counsel would show that they used the phone numbers and addresses they had on file for Javious Magee in order to contact Plaintiff. However, it appears that there was a data entry error when this file was set up which resulted in a bad address and phone number in Plaintiff's file. Plaintiff's file contained the correct street, but the city and state listed was that of his grandmother, who lived in Louisiana, while the Plaintiff lived in Mississippi. Plaintiff's counsel reference the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B" for additional detail. Plaintiff's counsel first learned of this file error in October, after the Court had dismissed Plaintiff's case. Plaintiff's counsel first spoke to Javious Magee's relatives in October 2011. The street address for the grandmother was incorrect and the city for the Plaintiff was incorrect, resulting in the inability to contact Plaintiff or Plaintiff's grandmother. Since this was a clerical error, and not intentional neglect on behalf of Plaintiff, counsel respectfully request relief from the Order dismissing the case of Javious Magee and that Plaintiff Javious Magee's case be in all things reinstated.

                Respectfully submitted,

                /s/ Robert C. Hilliard

                _____
                **ROBERT C. HILLIARD**
                **Trial Attorney in Charge for Plaintiff**
                Texas State Bar No. 09677700
                Southern District of TX Federal ID No. 5912
                ROBERT C. HILLIARD, L.L.P.
                719 S. Shoreline Boulevard, Suite 500
                Corpus Christi, Texas 78401
                Telephone:  (361) 882-1612
                Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 14th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3