# Plaintiff Fact Sheet Deficiency Answers

WGC# 201225
Case Name  Magee, Javious
DOB 12/27/1990   SSN

Cause No. 10-2248
Case Style  Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 1 | Defense requesting: whether the plaintiff is making a claim for medical expenses and, if so, the amount of the claim (III.C.9) |
| Pet ID | |
| 1808 | |
| Def ID | |
| 42 | |
| Notice # | |
| OTD - | |

**Answer**
Yes, I am making a claim for medical expenses, and the amount of the claim is $1,500.00.

| Question # | Question |
|---|---|
| 2 | Defense requesting: whether the plaintiff is making a claim for mental or emotional damages, and if so, the names of providers of psychological treatment (III.C.8) |
| Pet ID | |
| 1808 | |
| Def ID | |
| 42 | |
| Notice # | |
| OTD - | |

**Answer**
No, I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 3 | Defense requesting: whether the plaintiff ever suffered from any skin disease or any lung or respiratory disease and if so, the name, date, and description of such illness (VI.F.1 & 4) |
| Pet ID | |
| 1808 | |
| Def ID | |
| 42 | |
| Notice # | |
| OTD - | |

**Answer**
I have never suffered from lung or skin disease.

| Question # | Question |
|---|---|
| 4 | Defense Requesting: the average number of hours spent in the FEMA unit each day (V.A.13). |
| Pet ID | |
| 1808 | |
| Def ID | |
| 42 | |
| Notice # | |
| OTD - | |

**Answer**
The average number of hours spent in the FEMA unit each day is eight to 15 hours per day.

EXHIBIT "A"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990  **SSN**  
**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 5 | Defense requesting: whether the plaintiff is making a lost wage claim and, if so, the amount of the claim (IV.F.3) |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
No, I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 6 | Defense requesting: what symptoms, if any, the plaintiff experienced while residing in a FEMA trailer (III.C) |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
The symptoms that I experienced are as follows:  
Eye irritation  
Burning eyes  
Watery eyes  
Headaches  
Difficulty Breathing

| Question # | Question |
|---|---|
| 7 | Defense requesting: the plaintiff's personal smoking history (VI.C). |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
I have never smoked.

| Question # | Question |
|---|---|
| 8 | Defense requesting: whether any physician has diagnosed the plaintiff as having a condition resulting from living in a FEMA trailer (III.C.3 and VII.D) |

**Pet ID** 1808  
**Def ID** 42

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990   **SSN**  
**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Notice #**  
OTD -

**Answer**  
No, physician has diagnosed me as having a condition resulting from living in a FEMA trailer.

**Question #** 9  
**Question** Defense requesting: the name of any healthcare provider who treated the plaintiff for a condition that the plaintiff claims resulted from living in a FEMA trailer (VII.B)

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
The health care provider that treated me for a condition that I claim resulted from living in a FEMA trailer:  
Walthall General Hospital  
On-call doctor  
100 Hospital Drive  
Tylertown, MS 39667  
Phone: 601-876-2122  
Fax: 601-876 - 4190.

**Question #** 10  
**Question** Defense requsting: the move-in date for the FEMA unit (V.A.6)

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
The move-in date was January of 2006.

**Question #** 11  
**Question** Defense requesting: the move-out date for the FEMA unit (V.A.7).

**Pet ID** 1808  
**Def ID** 42  
**Notice #** OTD -

**Answer**  
The move out-out date was May of 2006.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990   **SSN**

**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

---

_[signature]_  
Plaintiff or Representative

11/7/2011  
Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990   **SSN**  
**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

| Question # | Question |
|---|---|
| 1 | Plaintiff has not identified what symptoms he experienced, if any at all. |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** MTD NC

**Answer**  
The symptoms that I experienced are as follows:  
Eye irritation  
Burning eyes  
Watery eyes  
Headaches  
Difficulty Breathing

| Question # | Question |
|---|---|
| 2 | Whether he is making a claim for emotional damages, medical expenses, or lost wages? |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** MTD NC

**Answer**  
No claim is being made for emotional damages, medical expenses, or lost wages.

| Question # | Question |
|---|---|
| 3 | Dates he moved into or out of the FEMA trailer |

**Pet ID** 1808  
**Def ID** 42  
**Notice #** MTD NC

**Answer**  
I moved in during January 2006 and out during May 2006.

| Question # | Question |
|---|---|
| 4 | Failed to provide the physical address for the trailer. |

**Pet ID** 1808

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990  **SSN**  
**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Def ID**  
42

**Notice #**  
MTD NC

**Answer**  
The physical address for the trailer was 30320 Marshall Warner Road in Franalinton, LA 70438.

| Question # | Question |
|---|---|
| 5 | The average number of hours he spent in the trailer each day |

**Pet ID**  
1808

**Def ID**  
42

**Notice #**  
MTD NC

**Answer**  
I spent an average of eight to 15 hours each day in the trailer.

| Question # | Question |
|---|---|
| 6 | Any information regarding his own smoking history |

**Pet ID**  
1808

**Def ID**  
42

**Notice #**  
MTD NC

**Answer**  
Not applicable, I do not smoke.

| Question # | Question |
|---|---|
| 7 | fails to answer whether he has ever suffered from lung or other respiratory disease or skin disease |

**Pet ID**  
1808

**Def ID**  
42

**Notice #**  
MTD NC

**Answer**  
No, I have never suffered from lung or other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 8 | Identified the doctor or health care provider who treated him for each disease, illness or injury he claims to have suffered as a result of living in a FEMA trailer |

**Pet ID**  
1808

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201225  
**Case Name** Magee, Javious  
**DOB** 12/27/1990   **SSN**

**Cause No.** 10-2248  
**Case Style** Kasinda Brumfield, as Next Friend of K.B, a

**Def ID**  
42

**Notice #**  
MTD NC

**Answer**

I was treated at Walthall General Hospital by the On-call doctor located at 100 Hospital Drive Tylertown, MS 39667; Phone: 601-876-2122; Fax: 601-876 - 4190. The Treatment dates are 2/2006. I received Breathing treatments in 2/2006, Chest X-Ray in 8/2011, Asthma treatment/inhalers starting in 4/2006-5/2006.

_____        11/7/2011
Plaintiff or Representative           Date

Magee, Javious - WGC#201225

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_/s/ Javious Magee_　　　　　　　　 **Javious Magee**　　　　　　　　 10/29/2011
**Signature of Plaintiff**　　　　　　　　 **Print Your Name**　　　　　　　　 **Date**