UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** |
| | * * | **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| THIS DOCUMENT IS RELATED TO: *Kasinda Brumfield, as Next Friend of K.B, a minor, et. al. vs. Pilgrim International, Inc., et. al.* *10-2248* *Plaintiff: Javious Magee* | * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Javious Magee.

3. Plaintiff's attorney has made numerous attempts to contact the Plaintiff in the course of the past 3 years. Plaintiff's attorney's have also performed Person Searches and Accurints in an attempt to verify phone numbers and the address on file for the Plaintiff.

4. Plaintiff's attorney did not learn until recently that the phone numbers and addresses on file for the Plaintiff were incorrect. This information was obtained by speaking with the Plaintiff's mother.

**EXHIBIT "B"**

5. We researched our records and it is not clear how the mistake on Javious Magee's address was made. We had the correct street, however instead of his city of Tylertown and state of Mississippi, we inappropriately had the city of Franklinton and state of Louisiana, which was that of his grandmother, We only discovered this in October of 2011.

6. It appears the city and state error with regard to Plaintiff Javious Magee this client was a data entry error in our data base at the time we opened the file for the Plaintiff.

Signed this the 14th day of December, 2011

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 14th day of December, 2011, to certify which witness my hand and seal of office.

*Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014