# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*Estes, et al. v. Crum & Forster Specialty Ins., Co., et al.*
*10-3610*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR RECONSIDERATION AND/OR RELIEF FROM AN ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(a)

NOW INTO COURT comes plaintiff, Precious Dundy, who respectfully moves this this Honorable Court for relief from an Order or reconsideration from its ruling on the Motion for Leave to File Second Supplemental and Amended Complaint (Order Rec. Doc. 23546), which said Order was rendered and denied on November 16, 2011.

Mover was electronically served with Notice that the Order was denied on November 16, 2011, and that this Motion is timely pursuant to F.R.C.P. Rule 60(a).

That the reasons submitted for the filing of this Motion are more fully set forth in the Memorandum in Support filed herewith.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr ._____
FRANK J. D'AMICO, JR. (LSBA# 17519)

2