UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*Estes, et al. v. Crum & Forster Specialty Ins., Co., et al.*
*10-3610*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE ABOVE AND FOREGOING,

**IT IS ORDERED** by the Court that Plaintiff, Precious Dundy, is granted leave to file its Reply to Defendant, Thor's, Opposition to Plaintiffs Motion for Leave to Amend Complain to Add Thor and to Dismiss Forest River.

**NEW ORLEANS, LOUISIANA,** this _____day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE