UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |

*Estes, et al. v. Crum & Forster Specialty Ins., Co., et al.*
*10-3610*
*************************************************************************

### NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

  IT IS HEREBY ORDERED that the Plaintiffs' Motion for Reconsideration and/or Relief from an Order Pursuant to Federal Rule of Civil Procedure 60(a) in the above-captioned matter, pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 11th day of January, 2012, at 9:30 a.m.

            Respectfully submitted,

            /s/ Frank J. D'Amico, Jr.
            FRANK J. D'AMICO, JR. (LSBA# 17519)
            Frank J. D'Amico, Jr., APLC
            4731 Canal St.
            New Orleans, LA  70119
            Phone: (504) 525-7272
            Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2011, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)