UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | JUDGE KURT D. ENGELHARDT<br><br>DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Ethel Mitchell, et al versus Heartland Recreational, et al*<br>E.D. La. Suit No. 09-5555<br>Plaintiffs: Natley Mitchell individually and on behalf of her minor children, NM, PM, DM, JM, JM and NM. | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the Court's Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- Natley Mitchell (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo PM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo DM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

The reasons for the Motion are more fully set forth in the attached supporting memorandum. Opposing counsel has been contacted regarding this motion and has stated they do not oppose the motion.

Respectfully submitted,
ALLEN & GOOCH

/s/ Lori D. Barker
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 15th day of December, 2011.

/s/ Lori D. Barker
LORI D.BARKER