UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | JUDGE KURT D. ENGELHARDT<br><br>DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Ethel Mitchell, et al versus Heartland Recreational., et al*<br>E.D. La. Suit No. 09-5555<br>Plaintiffs: Natley Mitchell individually and on behalf of her minor children, NM, PM, DM, JM, JM and NM. | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32
<u>RELATING TO PLAINTIFF FACT SHEETS</u>

MAY IT PLEASE THE COURT:

Heartland Recreational Vehicles("Heartland"), moves this Court for an Order dismissing the claims of the following plaintiffs, with prejudice, for failure to comply with Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- Natley Mitchell (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo PM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo DM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

I.   CREATION OF MDL AND FACT SHEET PROCESS

This Multi-District Litigation was created in 2007. On January 30, 2008, the Court issued Pre-Trial Order No. 2 (PTO 2), establishing procedures for various case management issues. PTO 2 introduced the "Plaintiff Fact Sheet" (PFS), as a substitute for initial Interrogatories and Requests for Production of Documents. (Rec. Doc. 87) PTO 2 also established a process for "curing" PFS that were not properly completed. Under PTO 2, when any plaintiff failed to produce or complete a PFS within the timelines established by the order, counsel for the defendant was to send plaintiff's counsel a letter identifying the plaintiff's failure to produce a PFS or the deficiencies in a PFS produced by the plaintiff, and stating dismissal would be sought if the PFS was not timely produced or cured. The plaintiff was then required to submit a cured PFS within 30 days of the notification. On March 18, 2009, the Court amended PTO 2 with Pre-Trial Order No. 32 (PTO 32), which provided new deadlines within which plaintiffs were required to submit PFS to defense counsel. (Rec. Doc. 1180)

II.   LAW AND ARGUMENT

The plaintiffs identified above have failed to comply with PTO 2 and PTO 32, and this Court should dismiss their claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA / RSI-CIGNA,* 975 F.2d 1188, 1190 (5th Cir. 1992); *Colle v. Brazos County, Tex.,* 981 F.2d 237, 242-243 (5th Cir. 1993). Specifically, Rule 41(b) states: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of

an action or of any claim against him." The established rule in the 5th Circuit is that dismissal under Rule 41(b) is appropriate when there is a clear record of delay or contumacious conduct and lesser sanctions would not serve the best interest of justice.[1]

On July 1, 2009, plaintiffs filed a Complaint naming Heartland Recreational Vehicles as a defendant in the matter of *Ethel Mitchell, et al v Heartland, Inc., et al,*, SDMS 09-0412, EDLA No. No. 09-5555. (Rec. Doc. 2) According to PTO 32, plaintiffs were required to produce a PFS within 30 days of filing their lawsuit. On April 18, 2011, counsel for Heartland notified plaintiffs' counsel that Natley Mitchell and her children had failed to produce a PFS and that if they failed to produce a PFS within the applicable deadlines, Heartland would move to dismiss their claims. (Ex. A.)

On May 3, 2011, plaintiff's counsel responded by letter that they filed an Amending Petition to remove Ms. Mitchell and her children from the heartland suit and place them into a correct suit against Destiny Homes. (Ex. B *see also* R.doc 16721) Counsel for Defendants sent counsel for plaintiffs an email correspondence on June 29, 2011, requesting they file a Motion to Dismiss to clarify the record. (Ex. C). On July 7, 2011, counsel for plaintiffs indicated that they would file a Motion to Dismiss. (Ex. D) On July 15, 2011, counsel for plaintiffs sent correspondence stating that they are unopposed to defendants Motion to Dismiss. (Ex. E) As such, defendants now submit this Motion to Dismiss in order to clarify the record.

---

[1] *Wrenn v. American Cast Iron Pipe Co.*, 575 F.2d 544, 546 (5th Cir. 1978); *Connolly v. Papachristid Shipping Ltd.*, 504 F.2d 917 (5th Cir. 1974); *Pond v. Braniff Airways, Inc.*, 453 F.2d 347 (5th Cir. 1972); *Brown v. Thompson*, 430 F2d 1214 (5th Cir. 1970).

III. CONCLUSION

For the reasons set forth above, and in accordance with Pre-Trial Orders 2 and 32, and Fed. Rules Civ. Proc. 37(b)(2)VI and 41(b), the Unopposed Motion to Dismiss filed by Heartland Recreational Vehicles should be granted, dismissing the following plaintiffs claims, with prejudice.

- Natley Mitchell (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo PM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo DM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

The undersigned has forwarded a copy of this motion to Counsel for Plaintiffs who do not oppose this Motion.

                Respectfully submitted,
                ALLEN & GOOCH

                */s/ Lori D. Barker*
                BRENT M. MAGGIO, T.A., # 19959
                MARK W. VERRET, #23583
                LORI D. BARKER, # 31687
                SCOTT F. DAVIS, # 26013
                JEFFREY E. MCDONALD, #33270
                3900 N. Causeway Blvd, Suite 1450
                Metairie, Louisiana 70002
                Tel: 504.836.5260
                Fax: 504.836.5265
                Attorneys for Heartland, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 15th day of December, 2011.

/s/ Lori D. Barker
LORI D.BARKER