UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY<br>LITIGATION | :<br><br>:<br>: | JUDGE KURT D. ENGELHARDT<br><br>DOCKET NO:   MDL 1873 (N-5) |
| This Document Relates to:<br>*Ethel Mitchell, et al versus*<br>*Heartland Recreational, et al*<br>E.D. La. Suit No. 09-5555<br>Plaintiffs:   Natley Mitchell individually<br>and on behalf of her minor children,<br>NM, PM, DM, JM, JM and NM. | :<br><br>:<br><br>: | MAG. JUDGE ALMA L. CHASEZ |

*   *   *   *   *   *   *   *   *   *   *   *   *   *

ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Natley Mitchell (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo PM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo DM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge.