Ronnie G. Penton
Trial Attorney
rgp@rgplaw.com
Licensed in LA. TX

MaryAnna Penton
Trial Attorney
mpenton@rgplaw.com
Licensed in LA. MS



THE PENTON LAW FIRM

Trial Lawyers
Since 1981

REPRESENTING PEOPLE WORLDWIDE SINCE 1981

May 3, 2011

Mr. Brent Maggio
Allen & Gooch
3900 North Causeway Boulevard
Suite 1450
Metairie, LA 70002

RE:   FEMA Trailer Formaldehyde Product Liability Litigation
      MDL No.: 1873, Sec. N (5)
      Your Claim No.: JY08J0372449 (Heartland)

Dear Mr. Maggio:

In response to your letter dated April 18, 2011, I have determined that Natley Mitchell, individually, and on behalf of her minor children: Darius, Joseph, Joshua, Nakesla, and Parish Mitchell were originally filed in the Heartland Recreational Vehicles, LLC suit. In October 2010, after correctly matching Ms. Mitchell and her children, our office filed an Amending Petition to remove them from that suit and place them into the correct suit.

My records indicate Ms. Mitchell and her minor children are now placed into the correct lawsuit, and were removed from Heartland. I enclose the relevant pleadings which evidence this fact.

Please contact me if you wish to discuss this matter, or if we need to do anything further.

Also, the address for our firm on your letter to us is incorrect, please note the correct address located on the top of this letter.

Sincerely,

Jan Harris
Assistant to Ronnie G. Penton

Enclosures:   As Stated

cc:   Andrew Weinstock
      Henry Miller

EXHIBIT
B

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 877.412.5392 | FAX: 985.735.5579

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

THIS DOCUMENT RELATES
TO THE FOLLOWING CASES:
*Ethel Mitchell, et al v.*
*Heartland Recreational, et al*
*Number 09-5555*

MDL NO. 07-1873

SECTION "N" (5)

## PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

referenced matter, who amends their Original Complaint in the following respects:

### I.

By amending **Paragraph I Parties** to remove the following Plaintiffs from this

action:

1. Natley Mitchell, individually, and on behalf of her minor children, N.M.,
   P.M., D.M., J.M. J.M., and N.M

### II.

Plaintiffs reiterate and reaver all remaining allegations contained in their Original

Complaint as if copied therein, in extenso.

WHEREFORE, Plaintiffs pray that their Supplemental and Amending Complaint

be filed and amended thereby.

1

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
FAX               :          (985) 735-5579
E-MAIL          :          fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiff


# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the above and foregoing pleading on all

counsel of record by placing a copy of same in the United States Mail, properly addressed

and postage pre-paid, on October 12, 2010.


s/Ronnie G. Penton
Ronnie G. Penton

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

GULFPORT DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 0 1 2009

J. T. NOBLIN, CLERK
BY_____DEPUTY

Natley Mitchell,                                    *
together with all individuals and entities          *
whose names appear on the attached                  *
"Exhibit A"                                          *
                                                    *          DOCKET NO. 1:09cv 418 HSO-JMR
                                                    *
versus                                              *          09-5561 LaED
                                                    *
DESTINY INDUSTRIES, LLC.,                           *
BECHTEL NATIONAL, INC., and                         *
UNITED STATES OF AMERICA THROUGH                    *
THE FEDERAL EMERGENCY                               *
MANAGEMENT AGENCY                                   *
*******************************************

THIS LAWSUIT INVOLVES A
MULTI-DISTRICT LITIGATION PENDING
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CAPTIONED "IN RE: FEMA TRAILER FORMALDEHYDE
LITIGATION" BEARING MDL NO. 1873

PURSUANT TO PRETRIAL ORDER NO. 38 IN THE
ABOVE CAPTIONED MDL LITIGATION, EXECUTED
BY KURT D. ENGELHARDT, JUDGE IN THE EASTERN
DISTRICT OF LOUISIANA, ON MAY 27, 2009, BEARING
DOCUMENT NUMBER 1596, AND ATTACHED HEREIN
AS REFERENCE, IT WAS ORDERED THAT
EACH INDIVIDUAL COMPLAINT SHALL CONTAIN
NO MORE THAN 300 PLAINTIFFS. AS THIS MATTER IS
FILED IN THIS COURT FOR PROCEDURAL REASONS ONLY,
AND WILL BE TRANSFERRED TO THE MDL LITIGATION UPON
RECEIPT BY THIS HONORABLE COURT, PLAINTIFFS ARE
FOLLOWING THE ABOVE REFERENCED ORDER FOR THIS FILING.

## COMPLAINT FOR DAMAGES

This Complaint of certain persons of the full age of majority, on behalf of

themselves and, in some instances, on behalf of individuals who lack the capacity to sue

## EXHIBIT A

1.  Natley Mitchell, individually, and on behalf of Nakesha Mitchell, Parish Mitchell, Darious Mitchell, Joseph Mitchell, Joshua Mitchell, Nakeisha Mitchell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

GULFPORT DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 0 1 2009

J.T. NOBLIN, CLERK
By_____ Deputy

Ethel Mitchell,                                    *
together with all individuals and entities         *
whose names appear on the attached                 *
"Exhibit A"                                         *
                                                   *      DOCKET NO.
versus                                             *
                                                   *      1:09cv412HSO-JMR
HEARTLAND RECREATIONAL                             *      09-555 LaED
VEHICLES, LLC,                                     *
BECHTEL NATIONAL, INC., and                        *
UNITED STATES OF AMERICA THROUGH                   *
THE FEDERAL EMERGENCY                              *
MANAGEMENT AGENCY                                  *
********************************************

THIS LAWSUIT INVOLVES A
MULTI-DISTRICT LITIGATION PENDING
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
CAPTIONED "IN RE: FEMA TRAILER FORMALDEHYDE
LITIGATION" BEARING MDL NO. 1873

PURSUANT TO PRETRIAL ORDER NO. 38 IN THE
ABOVE CAPTIONED MDL LITIGATION, EXECUTED
BY KURT D. ENGELHARDT, JUDGE IN THE EASTERN
DISTRICT OF LOUISIANA, ON MAY 27, 2009, BEARING
DOCUMENT NUMBER 1596, AND ATTACHED HEREIN
AS REFERENCE, IT WAS ORDERED THAT
EACH INDIVIDUAL COMPLAINT SHALL CONTAIN
NO MORE THAN 300 PLAINTIFFS.  AS THIS MATTER IS
FILED IN THIS COURT FOR PROCEDURAL REASONS ONLY,
AND WILL BE TRANSFERRED TO THE MDL LITIGATION UPON
RECEIPT BY THIS HONORABLE COURT, PLAINTIFFS ARE
FOLLOWING THE ABOVE REFERENCED ORDER FOR THIS FILING.

## COMPLAINT FOR DAMAGES

This Complaint of certain persons of the full age of majority, on behalf of

themselves and, in some instances, on behalf of individuals who lack the capacity to sue

## EXHIBIT A

1.  Ethel Mitchell, individually, and on behalf of Danielle Mitchell and Daniel Mitchell

2.  Kwamaine H. Mitchell

3.  Natley Mitchell, individually, and on behalf of Nakesha Mitchell, Parish Mitchell, Darious Mitchell, Joseph Mitchell, Joshua Mitchell, and Nakeisha Mitchell