# Barker, Lori

| | |
|---|---|
| **From:** | Ronnie Penton [rgp@rgplaw.com] |
| **Sent:** | Thursday, July 07, 2011 7:12 AM |
| **To:** | Lori Barker; DIANNE SCHILLING; Janice Harris |
| **Cc:** | jharris@rgplaw.com; Delorimier, Rachel |
| **Subject:** | RE: Mitchell v. Heartland 09-5555 |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Monday, July 18, 2011 4:00 PM |
| **Flag Status:** | Flagged |

NO LORI WE WILL FILE IT UNLESS YOU JUST WANT TO DO IT. PLEASE INCLUDE DIANNE AND JAN ON YOUR EMAILS AS THEY CAN HELP YOU GET A FAST RESPONSE TO ANYTHING YOU NEED.

---

**From:** Lori Barker [mailto:LoriBarker@allengooch.com]
**Sent:** Wednesday, July 06, 2011 10:34 AM
**To:** 'rgp@rgplaw.com'
**Cc:** 'jharris@rgplaw.com'; Delorimier, Rachel
**Subject:** RE: Mitchell v. Heartland 09-5555

Mr. Penton,
Just following up on the below...



Lori D. Barker
504.836.5216 Direct Dial
504.836.5219 Direct Fax

Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

---

**From:** Barker, Lori
**Sent:** Wednesday, June 29, 2011 5:04 PM
**To:** 'rgp@rgplaw.com'
**Cc:** 'jharris@rgplaw.com'; Delorimier, Rachel; Maggio, Brent
**Subject:** Mitchell v. Heartland 09-5555

Mr. Penton,
I spoke to your assistant Jan today and she was able to clarify your letter of May 3, 2011 regarding Natley Mitchell and her children regarding the amended complaint that was filed to change their manufacturer from Heartland to Destiny. However, filing the amended complaint did not accomplish dismissing Ms. Mitchell and her children from the 09-5555 suit. Please advise whether you will file a Motion to Dismiss regarding Natley Mitchell, Darius Mitchell, Joseph Mitchell, Joshua Mitchell, Nakesla Mitchell and Parish Mitchell in order to clarify the record. If you refuse to file a Motion to Dismiss, please advise whether you will oppose such a motion filed by this office.

Please feel free to contact me directly at the number below if you wish to discuss this matter further.



Lori D. Barker
504.836.5216 Direct Dial
504.836.5219 Direct Fax



1

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card