## Barker, Lori

| | |
|---|---|
| **From:** | Janice Harris [jharris@rgplaw.com] |
| **Sent:** | Friday, July 15, 2011 11:00 AM |
| **To:** | Barker, Lori |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Tuesday, July 26, 2011 1:30 PM |
| **Flag Status:** | Flagged |



### LAW OFFICES OF RONNIE G. PENTON

Representing Injured People Worldwide Since 1981

BOGALUSA, LA | HAMMOND, LA | LAFAYETTE, LA | GULFPORT, MS | NATCHEZ, MS | PICAYUNE, MS

**Ms. Barker:**

I have received a response from our Litigation Specialist, Dianne Schilling, in reference to your dismissing Ms. Mitchell and her children from the 09-5555 suit.

Ms. Schilling says if you would like to dismiss the Mitchell's we are unopposed to this. She says you can prepare the dismissal.

If you have any questions, please give me a call.

**Jan Harris**
**Assistant to Ronnie G. Penton**

209 HOPPEN PLACE | BOGALUSA, LA 70427 | TEL: 985.732.5651 | TOLL FREE: 800.419.3445 | FAX: 985.735.5579

1



EXHIBIT E