UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 09-3867 | * | |
| *Earle Bryant, III vs. Crum & Forster Specialty Ins. Co.,et al.* | * * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiff in the above-captioned matter; that on November 4, 2011, she deposited in the United States Mail, postage prepaid, a certified copy of the summons, Plaintiff's Original Complaint for Damages, Plaintiff's First Supplemental and Amending Complaint for Damages, Plaintiff's Second Supplemental and Amending Complaint for Damages, and Plaintiff's Third Supplemental and Amending Complaint for Damages in the above captioned matter, properly addressed, to Defendant, The Burlington Insurance Company through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons, Plaintiff's Original Complaint for Damages, Plaintiff's First Supplemental and Amending

Complaint for Damages, Plaintiff's Second Supplemental and Amending Complaint for Damages, and Plaintiff's Third Supplemental and Amending Complaint for Damages have been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*[signature]*

CANDICE C. SIRMON, ESQ. (LA Bar #30728)
LAMBERT & NELSON, PLC

Sworn to and subscribed before me,
this 15th day of December, 2011.

*[signature]*

CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Burlington Insurance Company
*Through the Louisiana Secretary of State*
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *[signature]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Kiyana Patton
C. Date of Delivery: NOV 08 REC'D
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 3611 4754

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154