UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * | MDL NO. 1873 |
| | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO: 07-5709 | * | |
| *Joseph M. Pujol vs. Pilgrim International Inc., et al.* | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiff in the above-captioned matter; that on November 4, 2011, she deposited in the United States Mail, postage prepaid, a certified copy of the summons, Plaintiffs' Original Class Action Complaint, Plaintiffs' Amended and Restated Class Action Complaint with Jury Demand, Plaintiffs' Second Supplemental and Amending Complaint for Damages, Plaintiffs' Third Supplemental and Amending Complaint for Damages, Plaintiffs' Motion to Deem *Joseph M. Pujol, et al. v. Pilgrim Int'l, Inc., et al.*, (Civil Action No. 07-5709), A Matched Complaint Pursuant to Pre-Trial Orders 40 and 68, and Plaintiffs' Fourth Supplemental and Amending Complaint for Damages in the above captioned matter, properly addressed, to Defendant, The Burlington Insurance Company through the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana

70809, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and above listed pleadings have been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
CANDICE C. SIRMON, ESQ. (LA Bar #30728)
LAMBERT & NELSON, PLC

Sworn to and subscribed before me,
this 15th day of December, 2011.

_____
CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Kiyana Patter  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes ☐ No  If YES, enter delivery address below: |
| 1. Article Addressed to:<br>The Burlington Ins. Co.<br>Through Louisiana<br>Secretary of State<br>8585 Archives Avenue<br>Baton Rouge, LA 70809 | NOV 0 8 REC'D<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1830 0001 1683 8192 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |