UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-5" |
| THIS DOCUMENT IS RELATED TO:  09-5493 | * | |
| *Byron J. Veal, et al. vs. Crum & Forster Specialty Ins. Co.,* | * | JUDGE ENGELHARDT |
| *et al.* | * | |
| | * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That she is counsel for plaintiff in the above-captioned matter; that on November 4,

2011, she deposited in the United States Mail, postage prepaid, a certified copy of the

summons, Plaintiff's Original Complaint for Damages, and Plaintiff's First Supplemental and

Amending Complaint for Damages in the above captioned matter, properly addressed, to

Defendant, The Burlington Insurance Company through the Louisiana Secretary of State,

8585 Archives Avenue, Baton Rouge, Louisiana 70809, requesting a return receipt and has

now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons, Plaintiff's Original Complaint for Damages and Plaintiff's

First Supplemental and Amending Complaint for Damages have been received by the

addressee; that the affiant herewith makes this affidavit pursuant to the provisions of

Federal Rule of Civil Procedure 4(l).

_____

**CANDICE C. SIRMON, ESQ. (LA Bar #30728)**
**LAMBERT & NELSON, PLC**

Sworn to and subscribed before me,
this 15th day of December, 2011.

_____
CAYCE C. PETERSON (LA Bar Roll #32217)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee  B. Received by (Printed Name) **Kiyana Patton**  C. Date of Delivery |
| 1. Article Addressed to:  The Burlington Insurance Company  *Through the Louisiana Secretary of State*  8585 Archives Avenue  Baton Rouge, Louisiana 70809 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  **NOV 0 8 REC'D** |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0002 3611 5270 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Page 2 of 2