UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Albert Croon, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 09-5548) | * MAGISTRATE CHASEZ <br> * |

***********************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan),[1] move to dismiss the claim of Mr. Croon with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. Mr. Croon failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions" and failed to appropriately respond to Morgan's letter requesting that he cure his Plaintiff Fact Sheet deficiencies. Dismissal of Mr. Croon's claims with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(iv), is appropriate. Moreover, the Court has dismissed claims under similar circumstances in other cases pending in this MDL. *See* R. Docs. 22803, where the plaintiff's Plaintiff Fact Sheet was nearly entirely blank with the exception of the plaintiff's address, attorney, date of birth and FEMA ID number. *See also*, R. Docs. 23552, 23550, 23549, 22802 and 22694, which involved plaintiffs who failed to answer numerous key questions.

In support of this motion, Morgan submits the following exhibits:

395455.1

1

Exhibit A – Albert Croon's Plaintiff Fact Sheet;

Exhibit B – August 16, 2011 letter from J. Harris to A. Stout;

Exhibit C – Albert Croon's Plaintiff Fact Sheet submitted August 17, 2011;

Exhibit D – June 17, 2011 letter from A. Stout to R. Pemton.

**WHEREFORE**, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s motion to dismiss should be granted, dismissing the claims of Albert Croon against Morgan, with prejudice at his costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on December 16, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

395455.1

2