UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al (E.D. La. 10-3702)* | * MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. submit that there is no genuine issue concerning the following material facts:

1. Clarence Blagio, Rosemary Blasio and Faith Blasio lived in the same temporary housing unit.[1]

2. The VIN number of Clarence Blagio's Rosemary Blasio's and Faith Blasio's FEMA-supplied mobile home was ACBC06AL031166.[2]

3. The manufacturer of Clarence Blagio's Rosemary Blasio's and Faith Blasio's FEMA-supplied mobile home was Cavalier.[3]

4. The VIN number of Linda Begnaud's mobile home was TNFL427A296048A33.[4]

5. The manufacturer of Ms. Begnaud's mobile home was Fleetwood.[5]

---

[1] Exhibits A – D, at pp. 8-9.
[2] Exhibit H – FEMA's response to Exhibit D, Sidney Torres Client List (April 27, 2009), excerpts, FEMA 10-001778; *See also* Exhibit BB - FEMA's response to Exhibit EE, Sidney Torres Client List (July 1, 2009), excerpts, FEMA 10-002190 at lines 183-187; and Exhibit CC - FEMA's response to Exhibit HHH, Sidney Torres Client List (September 9, 2009), excerpts, FEMA 10-003043 at OriginalKey 139-142.
[3] *Id.*
[4] Exhibits E, F and G, at pp. 8-9; Exhibit H – FEMA's response to Exhibit D, Sidney Torres Client List (April 27, 2009), excerpts, FEMA 10-001780; *See also* Exhibit BB - FEMA's response to Exhibit EE, Sidney Torres Client List (July 1, 2009), excerpts, FEMA 10-002189 at line 153.
[5] Exhibit H – at FEMA 10-001780; Exhibit BB - FEMA 10-002189 at line 153

396452.2

6. The approximate length and width of Ms. Begnaud's FEMA-supplied mobile home was either 14 feet by 80 feet or 14 feet by 70 feet.[6]

7. Morgan procured temporary housing units directly from Fleetwood, Recreation by Design, and Monaco for the Katrina/Rita disasters.[7]

8. Morgan did not construct any temporary housing units for the Katrina / Rita disasters.[8]

9. Morgan did not purchase THUs manufactured by Cavalier for sale to FEMA for the Katrina / Rita disasters.[9]

10. Morgan did not purchase a Fleetwood mobile home unit bearing VIN number TNFL427A296048A3 or TNFL427A296048A33.[10]

11. The mobile homes Morgan purchased from Fleetwood measured 14 feet by 60 feet.[11]

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

---

[6] Exhibits E, F and G, at pp. 8-9.
[7] Exhibit I – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit J – October 22, 2009 Morgan Buildings & Spas., Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9-20:21 and 24:12-23.
[8] Exhibit J - 24:12-23; Exhibit K.
[9] Exhibit I – 21:6-13; Exhibit J –19:9-20:21 and 24:12-23
[10] Exhibit K.

396452.2

2

## Certificate of Service

I certify that, on December 16, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

---

[11] *Id.*

396452.2