IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to:<br>*Barbarin v. Forest River, Inc.* | SECTION: N (4) |
| Docket No. 09-8699 | JUDGE: ENGELHARDT |
| Plaintiffs: Lydia C. Hunter<br>  Ablioncia Lindsey<br>  Demetria Winchester, minor, by Lydia Hunter<br>  Sierra Bright | MAG.: ROBY |

## UNOPPOSED MOTION TO DISMISS PLACEHOLDER SUIT AS IT PERTAINS TO CERTAIN PLAINTIFFS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, C. Martin Company, Inc., who moves this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, from the claimed "Placeholder Suit" as Plaintiffs have represented that they are not appropriate plaintiffs in the suit at issue. Plaintiffs are Sierra Bright, Lydia C. Hunter, Ablioncia Lindsey, and Demetria Winchester, minor, by Lydia Hunter.

The reasons for the Motion are more fully set forth in the attached Memorandum in Support. The undersigned has contacted opposing counsel regarding this Motion requesting that counsel advised whether the motion was opposed, who has since advised that they do not oppose the motion herein.

Respectfully submitted,

PROVOSTY & GANKENDORFF, L.L.C.

By: */s/ Edgar D. Gankendorff*
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056

Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the ___ day of December, 2011.

/s/ Edgar D. Gankendorff
Edgar D. Gankendorff

## CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion on December 7, 2011, via an email correspondence to counsel, with the following results: Plaintiffs' counsel, Bruno Law Firm, has advised that it has no opposition to the within motion.

/s/ Lena D. Giangrosso
Lena D. Giangrosso

2