# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO.: 1873 |
| This Document Relates to: ) *Barbarin v. Forest River, Inc.* ) Docket No. 09-8699 ) Plaintiffs: Lydia C. Hunter )    Ablioncia Lindsey )    Demetria Winchester, minor, by Lydia Hunter )    Sierra Bright ) | SECTION: N (4) JUDGE: ENGELHARDT MAG.: ROBY |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS PLACEHOLDER SUIT AS IT APPLIES TO CERTAIN PLAINTIFFS

**MAY IT PLEASE THE COURT:**

Defendant, C. Martin Company, Inc. ("C. Martin"), moves this Honorable Court for an Order dismissing the claims of the following Plaintiffs, with prejudice, in the "Placeholder Suit" as Plaintiffs have admitted that they have no claims against Defendant C. Martin. Plaintiffs are Sierra Bright, Lydia C. Hunter, Ablioncia Lindsey, and Demetria Winchester, minor, by Lydia Hunter.

Plaintiffs, Lydia C. Hunter, Ablioncia Lindsey, and Demetria Winchester have averred that they were mistakenly placed in the above case. Rec. Doc. No. 23517-1. On November 30, 2011, this Honorable Court granted the Plaintiffs' Motion to Amend a separate Petition to add these Plaintiffs based upon their Motion and Memorandum. Rec. Doc. No. 23697P. Clearly, then, the Plaintiffs have admitted that they do not have a valid claim against the Defendants herein. *See*, Rec. Doc. No. 23517-1.

Additionally, Plaintiff, Sierra Bright, per her PFS, resided in the same trailer(s) as the other named Plaintiffs and, as such, also has no claims against the Defendants in the above-

captioned suit. *See*, Exhibit 1, pertinent pages of PFS's for all four plaintiffs. Because Plaintiffs have admitted that they have no claims against Defendants in the Placeholder suit, and because Plaintiffs' counsel has advised it has no opposition to the motion herein, it is respectfully submitted that same should be granted without delay.

WHEREFORE, PREMISES CONSIDERED, Defendant C. Martin Company, prays that the Motion to Dismiss Placeholder Suit as it Applies to Certain Plaintiffs filed by C. Martin Company be granted, and that the claims of Plaintiffs, Sierra Bright, Lydia C. Hunter, Ablioncia Lindsey, and Demetria Winchester, minor, by Lydia Hunter be dismissed with prejudice.

Respectfully submitted,

**PROVOSTY & GANKENDORFF, L.L.C.**

By: /s/ Edgar D. Gankendorff
Edgar D. Gankendorff
Louisiana Bar No.: 20550
Henry S. Provosty
Louisiana Bar No. 2056
Lena D. Giangrosso
Louisiana Bar No. 31464
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
(504) 410-2795 • (504) 410-2796 Fax

*Attorneys for C. Martin Company, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the ____ day of December, 2011.

                                         /s/ Edgar D. Gankendorff
                                         Edgar D. Gankendorff