UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Janet Bracy, et al v. Monaco Coach Corp., et al.* | | |
| Civil Action No. 09-8695 | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFFS' MOTION FOR LEAVE TO FILE**</u>
<u>**THIRD SUPPLEMENTAL AND AMENDED COMPLAINT**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying Complaint for Damages to add one named plaintiff who, on information and belief, resided in the same type of emergency housing unit manufactured by Monaco Coach Corp. because the denial of inclusion would be unjust and prevent the aggrieved Plaintiff from having his claims heard.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court to grant Plaintiffs' Motion for Leave to file the attached Third Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Janet Bracy, et al., v. Monaco Coach, Corp., et al.*, Case No. 2:09-cv-8695, filed December 30, 2009, in the Eastern District of Louisiana.

Respectfully submitted,

/s/ Joseph M. Bruno\_\_\_
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)