UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Janet Bracy, et al. v. Monaco Coach* | * | |
| *Corp., et al.* | * | |
| *Civil Action No. 09-8695* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File Amended Complaint in the above-captioned matters, out of an abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. 1015), is hereby set for hearing on the 28th day of December, 2011, at 9:30 a.m.

        Respectfully submitted,

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO (LSBA# 3604)
        BRUNO & BRUNO, L.L.P.
        855 Baronne Street
        New Orleans, LA 70113
        Phone: (504) 525-1335
        Fax: (504) 561-6775

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                /s/ Joseph M. Bruno
                JOSEPH M. BRUNO (LSBA# 3604)