UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>    *Todd Franklin, Jr. v. R-Vision, Inc.*<br>    No. 09-5749<br>    Plaintiff: Frank Franklin, Sr. *and*<br>    Plaintiff: Iona Franklin | * * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Duplicative Claims;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Liberty Mutual's Motion is Granted and the claims of Plaintiffs Frank Franklin, Sr. and Iona Franklin against Liberty Mutual Insurance Company in *Todd Franklin, Jr. et al. v. R-Vision, Inc. et al.*, 09-5749, be and are dismissed without prejudice.

New Orleans, Louisiana, this 15th day of December, 2011.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana

#1054698