UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Motion for Court Approval and Adoption of Special Master's Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement)

NOW INTO COURT COMES Daniel J. Balhoff, Special Master, and moves for the Court's approval and adoption of Special Master's Recommendation on Methodology as Required by Court's Order of April 5, 2011 (filed on August 17, 2011) and Special Master's Supplemental Rulings and Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement) (filed on December 19, 2011) for the following reasons:

1.

The Special Master has coordinated with the PSC, the CADA, and the Court-Appointed Data Management Consultant to procure and evaluate the claims submitted in accordance with the Court-established procedure in the matter between the PSC and Manufactured Home Defendants (as well as its insurers).

2.

The Special Master has made a determination on a methodology and the most just allocation

of the settlement funds. The Special Master has also developed and implemented a method of informing the claimants and has recommended specific deadlines and procedures for claimants to object and appeal their allocations.

3.

The Special Master anticipates that no one will object to the methodology, allocations, and procedures suggested in his motion.

WHEREFORE, the Special Master prays that Motion for Court Approval and Adoption of Special Master's Recommendations on Methodology and Allocations be granted.

Respectfully Submitted:

PERRY, ATKINSON, BALHOFF, MENGIS & BURNS, L.L.C.
P. O. Drawer 83260
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730
Facsimile: (225) 767-7967


BY:___s/Daniel J. Balhoff_____
      Daniel J. Balhoff (18776)
      Randi S. Ellis (25251)

## Certificate of Service

I hereby certify that on December 19, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

s/Daniel J.Balhoff