UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to:<br>*Ethel Mitchell, et al versus Heartland Recreational, et al*<br>*E.D. La. Suit No. 09-5555*<br>Plaintiffs: Natley Mitchell individually and on behalf of her minor children, NM, PM, DM, JM, JM and NM. | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDER that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Natley Mitchell (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo PM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo DM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)
- Natley Mitchell obo JM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

- Natley Mitchell obo NM (Plaintiff in *Ethel Mitchell, et al v Heartland, Inc., et al*, No. 09-5555)

New Orleans, Louisiana, this __16th__ day of __December__, 2011.

                                                                   _____
                                                                   United States District Judge.