UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Phillip Benoit | * | |
| Ruth Bolden | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes, defendants, Jayco, Inc. ("Jayco") and Fluor Enterprises, Inc., who move this Honorable Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the terms of the Court's Pre-Trial Orders Nos. 2 and 32 relating to the production of Plaintiff Fact Sheets. The plaintiffs are:

- Phillip Benoit (Plaintiff in *Barnes,* C.A. 09-7887)

- Ruth Bolden (Plaintiff in *Barnes,* C.A. 09-7887)

The reasons for the Motion are more fully set forth in the attached Memorandum in Support.

1

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
       THOMAS L. COUGILL
       Texas State Bar No. 04877300
       Louisiana State Bar No. 31112
       R. MARK WILLINGHAM
       Texas State Bar No. 21641500
       JEFFREY P. FULTZ
       Texas State Bar No. 00790728
       Mississippi Bar No. 101058
       Niels Esperson Building
       808 Travis Street, Suite 1608
       Houston, Texas  77002
       (713) 333-7600 – Telephone
       (713) 333-7601 – Facsimile

       **Attorneys for Jayco, Inc.**



**MIDDLEBERG, RIDDLE & GIANNA**


By:   s/*Charles R. Penot, Jr.*
       Charles R. Penot, Jr. (La. Bar No. 1530 &
       Tx. Bar No. 24062455)
       717 North Harwood, Suite 2400
       Dallas, Texas 75201
       (214) 220-6334 – Telephone
       (214) 220-6807 – Facsimile

          -*and*-

       Dominic J. Gianna, La. Bar No. 6063
       Sarah A. Lowman, La. Bar No. 18311
       201 St. Charles Avenue, Suite 3100
       New Orleans, Louisiana 70170
       (504) 525-7200 – Telephone
       (504) 581-5983 – Facsimile

          -*and*-

2

Richard A. Sherburne., La. Bar No. 2106<br>
450 Laurel Street, Suite 1101<br>
Baton Rouge, Louisiana 70801<br>
(225) 381-7700 – Telephone<br>
(225) 381-7730 – Facsimile

**Attorneys for Fluor Enterprises, Inc.**

## **CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiffs' counsel, WATTS HILLIARD, opposes this motion.

s/<i>Thomas L. Cougill</i><br>
THOMAS L. COUGILL

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 19th day of December, 2011.

s/Thomas L. Cougill<br>
THOMAS L. COUGILL