**Roslyn West**

| | |
|---|---|
| **From:** | Sherrie Moseley |
| **Sent:** | Thursday, June 03, 2010 1:15 PM |
| **To:** | Nicole Porter |
| **Cc:** | Ashlee Hoffstadt; Kendra Saxvik |
| **Subject:** | FW: Watts Hilliard Plaintiffs Missing Original PFS |
| **Attachments:** | Watts Hilliard Plaintiffs Missing Original PFS.xls |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thanks for getting back with me Nicole!!  We really appreciate all of you helping us out!!! I am attaching a list of the PFS we are missing – there are 173.  You will need to send a few at a time because our email server will not be able to handle too many at once.  Also, send them at your convenience.  No rush!!

Thanks again, Sherrie


Sherrie J. Moseley
Senior Paralegal
**WILLINGHAM, FULTZ & COUGILL LLP**
Niels Esperson Building
808 Travis, Suite 1608
Houston, Texas 77002
Telephone: 713.333.7600
Facsimile: 713.333.7601
Email: SherrieM@willingham-law.com
Website: www.willingham-law.com


*************************************************************
**Privileged Attorney-Client Communication and/or Attorney Work Product:**

**The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.**



EXHIBIT B

| Plaintiff Name | Manufacturer |
|---|---|
| Alfred, Lorena | Jayco |
| Allison, Mary | Jayco |
| Arrington, Wilmer | Starcraft |
| Arvie, Layonya Denise | Jayco |
| Arvie, Reginald Gerard | Jayco |
| Banks, Artanette | Jayco |
| Barnes, Sandy | Jayco |
| Bellard, Tessa A. | Jayco |
| Bennett, Grover Edwin Jr. | Starcraft |
| Bennett, Ruth | Starcraft |
| Bennette, Aaron | Jayco |
| Benoit, Phillip | Jayco |
| Bernard, Aquetta D. | Jayco |
| Bernard, Jazmyn Joy | Jayco |
| Bernard, Justine | Jayco |
| Bernard, Warner | Jayco |
| Bernard, Wendy | Jayco |
| Bethencourt, Joyce S. | Jayco |
| Bolden, Ruth A. | Jayco |
| Bounds, Kenneth | Jayco |
| Bounds, Kevin Ray | Jayco |
| Bounds, Sylvia | Jayco |
| Brignac, Gloria | Jayco |
| Broussard, Emma L. | Jayco |
| Brown, Linda | Starcraft |
| Bryant, Ira Jr. | Starcraft |
| Carter, Beverly J. | Jayco |
| Carter, Inola | Jayco |
| Carter, Shelby | Jayco |
| Ceasar, Valerie Ann | Jayco |
| Chapman, Joseph James | Jayco |
| Cochran, Bethany | Jayco |
| Cochran, Justin Lee | Jayco |
| Cousin, Toarean | Starcraft |
| Crawford, James | Starcraft |
| Daigle, Brandon A. | Jayco |
| Daigle, Kristen | Jayco |
| Dartez, Von Keith | Jayco |
| Drounett, Roland Sr. | Jayco |
| Dunn, Burnell | Jayco |
| Edwards, Eric | Starcraft |
| Edwards, Kejahanea | Starcraft |
| Edwards, Kemira | Starcraft |
| Edwards, Keria | Starcraft |
| Edwards, Kevric | Starcraft |
| Faciene, Isame | Starcraft |
| Farrell, James IV | Jayco |
| Fontenot, Anthony III | Starcraft |
| Fontenot, Nadosha | Starcraft |
| Fontenot, Nashonna Rachal | Starcraft |

| | |
|---|---|
| Fontenot, Troy | Starcraft |
| Frank, Judith Ann | Jayco |
| Geoge, Chesshiara | Jayco |
| Gervais, Jessica Lynn | Jayco |
| Gervais, Karren R. | Jayco |
| Gervais, Trey Anthony | Jayco |
| Giles, Isaih Alexander | Jayco |
| Giles, Josiah Conway | Jayco |
| Giles, Tyler Christianson | Jayco |
| Green, Alijah | Starcraft |
| Guillory, Jayla D. | Starcraft |
| Hamilton, Marvin | Jayco |
| Hamilton, Rhonda | Jayco |
| Havens, Charles Ray | Jayco |
| Havens, Shirley Ann | Jayco |
| Hinton, Zonaida | Jayco |
| Hood, Julian J. | Jayco |
| Hood, Wayne A. Jr. | Jayco |
| Huval, Ashley | Jayco |
| Isaac, Cher'yia | Jayco |
| Issac, Francesca | Jayco |
| January, John Albert Jr. | Jayco |
| January, Lakesha D'Nay | Jayco |
| January, LaTosha Riane | Jayco |
| January, LaTrall | Jayco |
| January, Victoria Denise | Jayco |
| January, Wendy Rene | Jayco |
| Johnston, Fallon | Jayco |
| Jones, Chesni Z. | Starcraft |
| Jones, Jaci Cherie | Starcraft |
| King, Roger L. | Jayco |
| Knight, Jennifer E. | Jayco |
| Knight, Wayne A. | Jayco |
| Kreeger, Katrina | Starcraft |
| Ladner, Macaleb L. | Starcraft |
| Lartigue, August Jr. | Jayco |
| Ledoux, Carla | Jayco |
| LeDoux, Isaac Joseph | Jayco |
| Lewis, Brittney Claudette | Jayco |
| Lewis, Darriyon K. | Jayco |
| Lewis, Dequarno | Jayco |
| Lewis, Helen Mae | Jayco |
| Lewis, Keziah Michelle | Jayco |
| Lewis, LaToya Michelle | Jayco |
| Lewis, Latoya Rochelle | Jayco |
| Lumpkin, Jewell | Jayco |
| Lundy, Billy Darrel | Jayco |
| Lyons, Antoine | Jayco |
| Lyons, Kristian | Jayco |
| Mars, Brandon | Jayco |
| Mars, Christopher | Jayco |

| | |
|---|---|
| Mars, Glenda | Jayco |
| Martin, Cheryln Ann | Jayco |
| Martin, Ed J. | Jayco |
| Martin, Eddie | Jayco |
| Naquin, Courtney Lynn | Jayco |
| Naquin, Wayne Joseph Jr. | Jayco |
| Nunez, Diego James | Starcraft |
| Olsen, Richard | Jayco |
| Palmer, Wayne Oneal | Jayco |
| Payne, Kymberlee L. | Jayco |
| Payne, Tarsha Layne | Jayco |
| Peranich, Anthony | Jayco |
| Peranich, Evyn Elizabeth | Jayco |
| Peranich, Katy Ann Marie | Jayco |
| Peranich, Stacy L. | Jayco |
| Perrie, Marcel E. Jr. | Jayco |
| Pete, Keylen D. | Jayco |
| Pete, Mejel L. Jr. | Jayco |
| Pete, Mejel Lamark | Jayco |
| Pitre, Lynette Cormier | Jayco |
| Poullard, Arthur James | Jayco |
| Poyadou, Steve Edward Jr. | Starcraft |
| Prater, Tyrielle | Jayco |
| Rasberry, Christy Nichole | Starcraft |
| Rasberry, Mykilee Gwen | Starcraft |
| Reed, Chady Anthony | Starcraft |
| Reed, Cydni J. | Starcraft |
| Reed, Damian Chad | Starcraft |
| Reed, Jessica B. | Starcraft |
| Richerson, Paul | Jayco |
| Rodriguez, Merissa Kay | Starcraft |
| Rogers, Doris | Jayco |
| Ryan, Leland Sr. | Starcraft |
| Siverand, Darius S. | Jayco |
| Siverand, David W. II | Jayco |
| Smith, Brian | Jayco |
| Smith, Mary | Jayco |
| Smith, Melissa L. | Jayco |
| Smith, Morris | Jayco |
| Sonnier, Andrew | Jayco |
| Sonnier, Sophie Ann | Jayco |
| Speaks, Byron Joseph | Jayco |
| Speaks, Gwendolyn Antonio | Jayco |
| Speaks, Kenneth Byron | Jayco |
| Theodore, Rosalind | Jayco |
| Thomas, Jeina | Jayco |
| Thomas, John | Jayco |
| Thomas, Nicole | Jayco |
| Thomas, Robert | Starcraft |
| Thomas, Roderick | Jayco |
| Thomas, Vondrika L. | Jayco |

| | |
|---|---|
| Townley, Judith A. | Jayco |
| Venable, Brenda | Jayco |
| Venable, Clyde | Jayco |
| Venable, John | Jayco |
| Ventress, Ross | Jayco |
| Walker, Shaun | Jayco |
| Walker, Shawn K. | Jayco |
| Walker, Shawntel Evette | Jayco |
| Walstrum, Athnea | Jayco |
| Washington, Samantha | Jayco |
| Washington, Tyree | Jayco |
| Watkin, Michael | Jayco |
| Watkins, Pamela | Jayco |
| White, Denene S. | Jayco |
| White, James | Jayco |
| White, Jedidiyah Devontae' | Jayco |
| Withers, Dianne S. | Jayco |
| Withers, James E. | Jayco |
| Woodard, Flora | Jayco |
| Wright, Sandy Kay | Jayco |
| Young, Sarah Shenette | Starcraft |