**Amendment to the Plaintiff Fact Sheet**

**Claimant Name: January, LaTosha Riane**

**Claimant's Attorney: Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID: 912190874

Defendants Named: Jayco, Inc.

**GOVERNMENT PROVIDED INFORMATION**



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_/s/ LaTosha January_	_LaTosha January_	_____
Signature of Plaintiff	Print Your Name	Date