## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873 |
| This Document Relates to: | SECTION: N (4) |
| *Barbarin v. Forest River, Inc.* | |
| Docket No. 09-8699 | JUDGE: ENGELHARDT |
| Plaintiffs: Lydia C. Hunter | |
| Ablioncia Lindsey | MAG.: ROBY |
| Demetria Winchester, minor, by Lydia Hunter | |
| Sierra Bright | |

## ORDER

Considering the foregoing Motion to Dismiss Placeholder Suit filed by C. Martin Company;

**IT IS ORDERED THAT** the Unopposed Motion to Dismiss Placeholder Suit be and is hereby **GRANTED** and the claims and causes of action of Plaintiffs, Sierra Bright, Lydia C. Hunter, Ablioncia Lindsey, and Demetria Winchester, minor, by Lydia Hunter, are hereby dismissed with prejudice as to Docket No. 09-8699.

New Orleans, Louisiana, this 19th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE