**Roslyn West**
___

| | |
|---|---|
| **From:** | Tom Cougill |
| **Sent:** | Wednesday, August 10, 2011 9:54 AM |
| **To:** | bobh@hmglawfirm.com; mcw@wgclawfirm.com; ksaxvik@wgclawfirm.com |
| **Cc:** | Renee Rubert; Roslyn West; John Hainkel (jhainkel@frilot.com) (jhainkel@frilot.com); Barrios, Gerardo (gbarrios@bakerdonelson.com) |
| **Subject:** | RE: FEMA - Motion to Dismiss - Starcraft - Charlotte Bell |
| **Attachments:** | Memo in Support MTD - no PFS - Bell.rtf; MTD - no PFS - Bell.rtf; Watts (No PFS) Exhibit A.pdf; Watts (No PFS) Exhibit B.pdf; Watts (No PFS) Exhibit C.pdf; Watts (No PFS) Exhibit D.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | MTD sent to PC - update DB |

Counselors:

Please see the attached Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets.

It is our intention to file this Motion with the court one week from today.  In the spirit of cooperation, we welcome any amicable resolutions to the matter.  However, any requests, suggestions or production of documents must be made within the next seven days.  Thereafter, we will file the Motion with the court.

**If we do not receive a reply to the attached motion within the week, the Motion to Dismiss will be filed as though it is contested.**

Feel free to contact me if any further discussion is necessary.

Thanks, Tom

**Thomas L. Cougill**



**Neil Esperson Building**
**808 Travis Street, Suite 1608**
**Houston, Texas 77002**
**(713) 333.7600 (office)**
**(713) 333.7601 (fax)**
tomc@willingham-law.com

The above message and any attachment(s) are confidential and may be protected by the attorney/client privilege and/or attorney work product. The unauthorized disclosure, use, dissemination or copying of this e-mail, or any information it contains, by anyone other than the intended recipient(s), is prohibited. If you are not the named recipient, or have otherwise received this communication in error, delete it immediately and notify the sender of the wrong delivery and deletion.

**EXHIBIT B**