UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Robert Moise Legendre, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3831) | * MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendant, Morgan Buildings & Spas, Inc. (Morgan), moveS to dismiss the claim of Audrey Randazzo and Louis J. Randazzo, Sr. with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. Audrey Randazzo and Louis Randazzo failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions" and failed to appropriately respond to Morgan's letter requesting that they cure their Plaintiff Fact Sheet deficiencies. Dismissal of Ms. Randazzo's and Mr. Randazzo's claims against Morgan with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(iv), is appropriate.

In support of this motion, Morgan submits the following exhibits:[1]

  Exhibit A – June 17, 2011 letter from A. Stout to S. Torres;

  Exhibit B – Audrey Randazzo's Plaintiff Fact Sheet;

  Exhibit C – Louis J. Randazzo, Sr.'s Plaintiff Fact Sheet;

  Exhibit D – October 22, 2009 Morgan Buildings & Spas deposition excerpts, at 19:9-20:21 and 24:12-23; and

---

[1] Exhibits have been redacted to remove personal identifiers.

396802.1

1

Exhibit E - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13.

**WHEREFORE**, Morgan Buildings & Spas, Inc.'s motion to dismiss should be granted, dismissing the claims of Audrey Randazzo and Louis J. Randazzo, Sr.'s claims against Morgan, with prejudice at their costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

### Certificate of Service

I certify that, on December 19, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

396802.1