UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Jacklyn Aguilar, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3732) | * MAGISTRATE CHASEZ <br> * |

**************************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan),[1] move to dismiss the claim of Petrina Bondio with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. Ms. Bondio failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions" and failed to appropriately respond to Morgan's letter requesting that he cure his Plaintiff Fact Sheet deficiencies. Dismissal of Ms. Bondio's claims with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(iv), is appropriate. Moreover, the Court has dismissed claims under similar circumstances in other cases pending in this MDL. *See* R. Doc. Nos. 23552, 23550, 23549, 22802 and 22694, which involved plaintiffs who failed to answer several key questions.

In support of this motion, Morgan submits the following exhibits:[2]

Exhibit A – Petrina Bondio's Plaintiff Fact Sheet;

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.
[2] Exhibits have been redacted to remove personal identifiers.

396824.1

1

Exhibit B – June 17, 2011, letter from A. Stout to D. Jarrell;

Exhibit C – July 28, 2011, letter from A. Stout to R. Burns;

Exhibit D – August 2, 2011, letter from R. Burns to A. Stout;

Exhibit E - October 22, 2009 Morgan Buildings & Spas deposition excerpts, 19:9-20:21 and 24:12-23; and

Exhibit F - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13.

**WHEREFORE**, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s motion to dismiss should be granted, dismissing the claims of Petrina Bondio against Morgan, with prejudice at his costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on December 19, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

396824.1