**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  **FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| *Ernest Anthony v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4586 | * | **MAG. JUDGE CHASEZ** |
| Plaintiff: Betty Vanderpool | * | |

*************************************************************************

**MOTION TO DISMISS THE DUPLICATIVE**
**CLAIMS OF PLAINTIFF BETTY VANDERPOOL**

**NOW INTO COURT**, through undersigned counsel comes, defendant, Jayco Enterprises,

Inc. ("Jayco"), who moves this Honorable Court to dismiss the claims of the following plaintiff,

without prejudice, because this person is a named plaintiff in another lawsuit. The plaintiff at

issue is:

- Betty Vanderpool (Plaintiff in *Anthony*, C.A. 09-4586)

The reasons for the Motion are more fully set forth in the attached Memorandum in

Support.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**


By:   s/*Thomas L. Cougill*
      THOMAS L. COUGILL
      Texas State Bar No. 04877300
      Louisiana State Bar No. 31112
      R. MARK WILLINGHAM
      Texas State Bar No. 21641500
      JEFFREY P. FULTZ
      Texas State Bar No. 00790728
      Mississippi Bar No. 101058
      Niels Esperson Building
      808 Travis Street, Suite 1608
      Houston, Texas  77002

1

(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**Attorneys for Jayco Enterprises, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 19th day of December, 2011.

　　s/*Thomas L. Cougill*
THOMAS L. COUGILL

### CERTIFICATE OF CONFERENCE

As required by Pretrial Order Number 10, Paragraph 1, I certify that I (and/or my legal assistant) have sent plaintiffs' counsel, Jim Hall and/or Mr. Hall's legal assistant, numerous e-mails requesting dismissal of the duplicate filed plaintiff described in the foregoing motion and attached memorandum in support. As of this date, plaintiffs' counsel has not dismissed the duplicate filed plaintiff; therefore, it is believed that plaintiffs' counsel opposes the foregoing Motion to Dismiss.

　　s/*Thomas L. Cougill*
THOMAS L. COUGILL

2