UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Ernest Anthony v. Jayco Enterprises, Inc.* | * | |
| Docket No. 09-4586 | * | MAG. JUDGE CHASEZ |
| Plaintiff: Betty Vanderpool | * | |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
## DUPLICATIVE CLAIMS OF PLAINTIFF BETTY VANDERPOOL

**COMES NOW**, Defendant, Jayco Enterprises, Inc., and files this Memorandum in Support of the Motion to Dismiss the Duplicative Claims of Plaintiff Betty Vanderpool, and in support defendant would respectfully show the court as follows:

I. On or about July 29, 2009, Plaintiff Betty Vanderpool was named as a plaintiff in a case styled *Alec Causey, Jr., et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-4596. Subsequently, on or about February 3, 2011, Betty Vanderpool was named as a plaintiff in a case styled *Ernest Anthony, et al. v. Jayco Enterprises, Inc., et al*, Cause No. 09-4586. Defendant would show that this is the same plaintiff, alleging the same claims and causes of action against the same defendant.

II. In the Fifth Circuit, a defendant may seek to dismiss without prejudice a lawsuit filed by a plaintiff that is duplicative of another lawsuit. *In Re: Katrina Canal Breaches Consolidated Litig.*, 2009 U.S. Dist. LEXIS 1148 (Jan. 7, 2009). Under the "first to file" rule, where a party has filed multiple lawsuits concerning the same facts, the district court can dismiss the later-filed action. *Id*. The first to file rule seeks "to avoid the waste of duplication, to avoid rulings which may trench upon the authority of

sister courts, and to avoid piecemeal resolution of issues that call for a uniform result." *Emanuel David v. Hartford Ins. Co. of the Midwest,* 2009 U.S. Dist. LEXIS 95510 (Oct. 9, 2009). Because Betty Vanderpool appears in multiple lawsuits, defendant would show that her claims and causes of action as alleged in this case should be dismissed without prejudice. Defendant would further show that this motion has no effect on the claims of Betty Vanderpool as filed in the case styled *Alec Causey, Jr., et al. v. Jayco Enterprises, Inc., et al.*, Cause No. 09-4596.

WHEREFORE, defendant, Jayco Enterprises, Inc. prays the Court dismiss without prejudice the claims of Betty Vanderpool in this lawsuit as duplicative, and prays for such further relief, in law or in equity, to which defendant may be justly entitled.

        Respectfully submitted,
        **WILLINGHAM, FULTZ & COUGILL LLP**

    By:   s/*Thomas L. Cougill*
           THOMAS L. COUGILL
           Texas State Bar No. 04877300
           Louisiana State Bar No. 31112
           R. MARK WILLINGHAM
           Texas State Bar No. 21641500
           JEFFREY P. FULTZ
           Texas State Bar No. 00790728
           Mississippi Bar No. 101058
           Niels Esperson Building
           808 Travis Street, Suite 1608
           Houston, Texas  77002
           (713) 333-7600 – Telephone
           (713) 333-7601 – Facsimile

        **Attorneys for Jayco Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 19th day of December, 2011.

    s/*Thomas L. Cougill*
THOMAS L. COUGILL