UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| THIS DOCUMENT IS | * | JUDGE ENGELHARDT |
| RELATED TO: | * | |
| *Chasley, et al  v. Dutchman, et al* | * | MAGISTRATE CHASEZ |
| **Number 09-5553** | * | |

*****************************************************************

## O R D E R

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that Plaintiffs be and hereby are granted Leave of Court and their Third Supplemental and Amending Complaint be filed herein and the Original Complaint and all subsequent amending complaints be amended thereby.

Signed in New Orleans, Louisiana, this the _____ day of December, 2011.

_____
J U D G E

1