## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * * | JUDGE ENGELHARDT |
| *Chasley, et al  v. Dutchman, et al* Number 09-5553 | * * | MAGISTRATE CHASEZ |

*******************************************************************

## NOTICE OF SUBMISSION

Please take notice that Plaintiffs will bring for submission the accompanying Motion for Leave to File Third Supplemental and Amending Compalint on the 25th day of January, 2012, at 9:30 o'clock A.M., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C351, New Orleans, Louisiana.

```
THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE     :    (985) 732-5651
FAX       :    (985) 735-5579
E-MAIL    :    fedcourtmail@rgplaw.com
```

s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiff

1