UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *Chasley, et al v. Thor of California, et al* Number 09-5547       . | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

**********************************************************************

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs request Leave to amend the original Complaint for Damages and all subsequent amendments in the above-referenced case to add Plaintiffs into the litigation against Thor of California, Inc., d/b/a Thor Manufacturing Company, Bechtel National, Inc., and the United States of America through the Federal Emergency Management Agency, for the reasons more specifically outlined below.

Mover has just recently been informed and become aware that the Plaintiff listed herein should be in the above referenced lawsuit.

For all of the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Amended Complaint.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE : (985) 732-5651
FAX : (985) 735-5579
E-MAIL : fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
MaryAnna Penton (#32920)
Trial Counsel for Plaintiffs