UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *Chasley, et al v. Thor of California, et al* Number 09-5547    . | * * * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

*******************************************************************

NOTICE OF SUBMISSION

Please take notice that Plaintiffs will bring for submission the accompanying Motion for Leave to File Fourth Supplemental and Amending Complaint on the 25th day of January, 2012, at 9:30 o'clock A.M., before the Honorable Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C351, New Orleans, Louisiana.

        THE PENTON LAW FIRM
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE    :    (985) 732-5651
        FAX        :    (985) 735-5579
        E-MAIL   :    fedcourtmail@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton (#10462)
        MaryAnna Penton (#32920)
        Trial Counsel for Plaintiff