# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | * * * * * | **MDL NO. 1873** |
| | * | **SECTION N (5)** |
| **THIS DOCUMENT RELATES TO** | * * | **JUDGE ENGELHARDT** |
| *Joseph Floyd BC, et al v. Keystone Industries, Inc., and Keystone RV Company Case No. 09-3887* | * * | **MAGISTRATE CHASEZ** |

*************************************************************************

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PAUL BROWN UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Plaintiff **Paul Brown** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses his claims against all defendants in the above captioned matter. This dismissal applies to the named Plaintiff only and does not affect the claims of the remaining Plaintiffs in this matter.

This dismissal is without prejudice and **Paul Brown** reserves all rights and allegations in *Cornell Darby, et al v. Keystone RV Company, Fluor Enterprises, Inc., Shaw Environmental, Inc., CH2M Hill Constructors, Inc. and United States of America through the Federal Emergency Management Agency.* Case No. 2:09-cv-8372 (E.D. La 2009)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY: /s/ Lawrence J. Centola, Jr.

LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile: (504) 525-1279
lcentola@hurricanelegal.com


**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


 s/ Lawrence J. Centola, Jr.
LAWRENCE J. CENTOLA, JR.