*Sent to A 12/30/08 copy Andy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) MDL NO. 1873 |
| ——————————————— | ) ) SECTION: N(4) |
| THIS RELATES TO: | ) ) JUDGE: ENGELHARDT ) MAG: ROBY |
| Plaintiff: _____ | ) ) |
| Lionel Brock | ) ) |
| ——————————————— | ) |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person. Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

I



EXHIBIT
A

## II.    PERSONAL INFORMATION

A.    Name (person completing form): Ora Brock

B.    Maiden or other names used or by which you have been known:

C.    Current Street Address: 23675 Hwy. 430
                                       Franklinton               LA     70438

D.    Home Telephone No.: n/a
     Cell Phone No.: (504) 782-4789
     Work Telephone No.: n/a
     Other Telephone Nos.: n/a

E.    Email address:  lola4@msn.com

## III.    CASE INFORMATION

A.    If you are completing this questionnaire in a representative capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

    1.    State which individual or estate you are representing:
        Deceased Husband – Lionel Brock

    2.    Maiden Or Other Names Used or By Which Such Person Has Been Known:
        none

    3     Address (or last known address if deceased):
        2026 Clouet Street              New Orleans    LA    70117

    4.    Home Telephone No.: n/a
        Cell Phone No.: n/a
        Work Telephone No.: n/a
        Other Telephone Nos. n/a

    5.    E-mail address: n/a

    6.    If you were appointed as a representative by a court, state the:

2

Court: n/a _____     Date of Appointment: n/a _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? widow

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

New Orleans, LA
_____

B.   Please state the name and address of the attorney representing you:

Jonathan B. Andry/The Andry Law Firm, LLC
     Attorney's Name/Law Firm
New Orleans, LA 70113
     City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☑        No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? unknown

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| | |
|---|---|
| ☐ irritation to eyes | ☐ tingling or swelling of lips or face area |
| ☐ burning of eyes | ☑ headaches |
| ☑ tearing of eyes | ☑ nausea |
| ☐ irritation to nasal membranes (inside of nose) | ☐ vomiting |
| ☐ burning of nasal membranes (inside of nose) | ☐ bloody vomiting |
| ☐ bleeding of nasal membranes (inside of nose) | ☐ abdominal pain |
| ☐ irritation or itching of skin | ☑ diarrhea |
| ☐ burning of skin | ☐ difficulty in breathing |
| ☐ rashes on skin | ☐ wheezing |
| ☐ drying or scaling of skin | ☐ shortness of breath |
| ☐ scaling or itching of eyelids | ☑ persistent cough |
| ☐ irritation or swelling of eyelids or eye area | ☐ tightness of the chest |

3

☐ bronchitis
☐ throat irritation
☑ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous to living in FEMA trailer

☐ allergic contact dermatitis
☐ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____

_____

_____

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?   Yes ☐   No ☑

If yes, which kind of cancer?

_____

5.    When do you claim this injury or disease first occurred? soon after moving in

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐          No ☑

If "Yes," when and who diagnosed the condition at that time?

_____

_____

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐          No ☑

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____

_____

8. Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?
   Yes ☑        No ☐

   *If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

   Name and address of each person who treated or counseled you:

   _____

   _____

   _____

   To your understanding, describe the condition for which treated:

   _____

   _____

   _____

   State when you were treated for this psychological, psychiatric or emotional problem

   _____

   _____

   _____

   List the medications prescribed or recommended by the physician or counselor

   _____

   _____

   _____

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above? .
   Yes ☑        No ☐

   *If "Yes,"* state the amount of your claim: unknown at this time

5

## IV. BACKGROUND INFORMATION

A. Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | | | Dates of Residence |
|---|---|---|---|
| 2026 Clouet St. | New Orleans | LA | 1977 - 2005 |
| 44391 Friendship | | | 2005 - 2006 |
| 2026 Clouet St. | New Orleans | LA | FEMA trailer 2006 - 4/29/07 |
| | | | |
| | | | |

B. State Driver's License Number and State Issuing License: _____

C. Date and Place of Birth: _____ New Orleans, LA

D. Sex: Male ☑          Female ☐

E. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| unknown | | | 6th grade? |
| | | | |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired Longshoreman | | since 1989 | |
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

6

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
    Yes ☒   No ☒

    *If "Yes," state the following:*

    a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

    | Year | Income |
    |------|--------|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

    b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

    _____

    _____

G.  Previous Claims Information

    1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
        Yes ☒   No ☒   Don't recall ☒

        *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

        _____

        _____

7

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐       No ☐       Don't Know ☒

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐       No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

## V.   FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to <u>each</u> FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A.   Please provide the following information regarding the FEMA trailer or mobile home:

1.   Manufacturer of trailer or mobile home:   Cavalier

2.   VIN: 1NL1GTR2361038809

3.   FEMA Identification No.: unknown

4.   Bar Code Number on FEMA housing unit: 1348056

8

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☒    Mobile Home ☐

6. Move-in Date: 05/19/2006

7. Move-out Date: 04/29/2007

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
   2026 Clouet St.                    New Orleans  LA            70117

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? private property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    Death.

11. Please state the approximate square footage of the FEMA housing unit unknown

12. Please state the approximate length and width of the FEMA housing unit unknown

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 16

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒        No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒        No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒        No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐        No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒        No ☐

9

19.  How many days per week did you work outside of the home during the
time you lived in the FEMA trailer or mobile home? none

20.  Did you ever temporarily live in another location during the time you
resided in the FEMA trailer or mobile home:
Yes ☒          No ☐

If "Yes," please state the following:

Where did you temporarily live? with family in Frankinton, LA

For what period of time did you temporarily live in another location?
on weekends sometimes

B.  Have any air quality tests ever been performed on your FEMA trailer or mobile
home?
Yes ☒          No ☐

If "Yes," please state when the test was performed and who prepared this
testing: 06/11/08 by Advanced Chemical Sensors

C.  Was your FEMA trailer or mobile home ever fumigated for insects or any other
reason?
Yes ☐          No ☒

If "Yes," please state the following:

Date and reason for fumigation: _____

D.  Were any repairs, service, or maintenance performed on your FEMA trailer or
mobile home?
Yes ☒          No ☐

If "Yes," please state the date and reason for repair, service or maintenance:
unknown              stove, toilet and refrigerator
_____

_____

E.  Please state in the chart provided below the name and present address and
telephone number of every person who resided in your FEMA trailer or mobile
home, the period of time such person resided in the FEMA trailer or mobile home
(however brief), and whether such person is making a claim for personal injury as
a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Ora Brock | 60 | 23675 Hwy. 430 Franklinton        LA | From 05/19/2006 To 01/01/2008 | Yes ☑ No ☐ Don't Know ☐ | Formaldehyde Exposure |
| Lionel Brock | | n/a | From 05/19/2006 To 04/29/2007 | Yes ☑ No ☐ Don't Know ☐ | Formaldehyde Exposure |
| | | | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ | |
| | | | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ | |

## VI.    MEDICAL BACKGROUND

A.    Height: 6'2"

B.    Current Weight: 140

Weight prior to living in a FEMA trailer or mobile home: 185

C.    Personal Smoking/Tobacco Use History:  *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒    Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐    Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

    1.     Date on which smoking/tobacco use ended:_____

    2.     Amount smoked or used on average:
           _____ per day for _____ years.

☒    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.     Amount currently smoked or used on average:
           _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

    If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.     Amount smoked or used on average, if you know:
           _____ per day for _____ years.

    2.     Relationship to you: _____

    3.     Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
    Yes ☒     No ☒

    *If "Yes,"* what was the date of birth: _____.

    Did your pregnancy terminate in a miscarriage or a stillborn child?
    Yes ☒     No ☒

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.     Lung or other respiratory disease
        Yes ☒     No ☒

        *If "Yes,"* please indicate the following:

        Name and description of each illness, disease, or abnormal condition:
        _____
        _____

        The date of illness:
        _____
        _____

    2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

Yes ☐          No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____

_____

3.    Long-term stomach or bowel disease
      Yes ☐     No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

      _____

      The date of illness:

      _____

      _____

4.    Skin disease
      Yes ☐          No ☒

      *If "Yes,"* please indicate the following.

      Name and description of each illness, disease, or abnormal condition:

      _____

      The date of illness:

      _____

      _____

G.   Please indicate to the best of your knowledge whether you have ever received any
     of the following treatments or diagnostic procedures:

     1.    To your knowledge, have you ever had any of the following tests
           performed: chest X-ray, CT scan, MRI.

           Yes ☐          No ☐          Don't Recall ☒

           *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

13

| | | | | |
|---|---|---|---|---|
| | | | | |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name: n/a _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

> None

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐      No ☒

*If "Yes,"* please provide the name and address of the health care professional.

_____
_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A.   Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐          No ☑

B.   Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☐          No ☑

C.   Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☑          No ☐

D.   All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐          No ☑

E.   Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐          No ☑

F.   Decedent's death certificate, if applicable.
Yes ☐          No ☑

G.   Report of autopsy of decedent, if applicable.
Yes ☐          No ☑

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

15

A.   Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| n/a | |
| | |
| | |

B.   Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| n/a | | |
| | | |
| | | |
| | | |
| | | |

C.   Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

E.   Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| See A-D above. | | |
| | | |
| | | |

16

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.  Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Ora Brock_     _Ora Brock_     _12/17/08_
**Signature of Plaintiff**     **Print Your Name**     **Date**

17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            )      MDL NO. 1873
FORMALDEHYDE                   )
PRODUCT LIABILITY LITIGATION · )
                               )
_____ )
                               )      SECTION: N(4)
                               )
                               )      JUDGE: ENGELHARDT
THIS RELATES TO:               )      MAG: ROBY
                               )
Plaintiff: _____   )
                               )
Ora Brock                      )
_____ )

PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY
IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND
RECEIVED BY JUNE 18, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN
THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS
FORM TO YOUR ATTORNEY.

Please provide the following information for each person claiming a formaldehyde related
injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes
Katrina and Rita in August and September, 2005. A separate Plaintiff Fact Sheet must be
completed for each individual claiming exposure to formaldehyde. For example, a parent
must complete a separate form for each minor child and a personal representative must
complete a separate form for each deceased person. Whether you are completing this fact
sheet for yourself or for someone else, please assume that "You" means the person who resided
in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the
person completing this Fact Sheet does not know or does not recall the information requested in
any question, that response should be entered in the appropriate location.

1

## II.    PERSONAL INFORMATION

A.    Name (person completing form): Ora Brock

B.    Maiden or other names used or by which you have been known:

C.    Current Street Address: 23675 Hwy. 430
      Franklinton                                    LA    70438

D.    Home Telephone No.: n/a
      Cell Phone No.: (504) 782-4789
      Work Telephone No.: n/a
      Other Telephone Nos.: n/a

E.    Email address: lola4@msn.com

## III.   CASE INFORMATION

A.    If you are completing this questionnaire in a representative capacity (for
      example, on behalf of the estate of a deceased person or on behalf of a minor),
      please complete the following information on such person:

      1.    State which individual or estate you are representing:
            n/a

      2.    Maiden Or Other Names Used or By Which Such Person Has Been
            Known:
            n/a

      3     Address (or last known address if deceased):
            n/a

      4.    Home Telephone No.: n/a
            Cell Phone No.: n/a
            Work Telephone No.: n/a
            Other Telephone Nos.: n/a

      5.    E-mail address: n/a

      6.    If you were appointed as a representative by a court, state the:

2

Court: n/a _____    Date of Appointment: n/a _____

7.  What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.  If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

    n/a _____

    _____

B.  Please state the name and address of the attorney representing you:

    Jonathan B. Andry/The Andry Law Firm, LLC
    _____
    Attorney's Name/Law Firm
    New Orleans, LA  70113
    _____
    City, State and Zip Code

C.  Please state the following: (If you are a representative, please state this information for each such person being represented):

    1.  Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
        Yes ☑        No ☐

    2.  What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? unknown

    3.  During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

☐ irritation to eyes
☑ burning of eyes
☐ tearing of eyes
☐ irritation to nasal membranes (inside of nose)
☑ burning of nasal membranes (inside of nose)
☑ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☐ drying or scaling of skin
☐ scaling or itching of eyelids
☐ irritation or swelling of eyelids or eye area

☐ tingling or swelling of lips or face area
☐ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☑ diarrhea
☐ difficulty in breathing
☑ wheezing
☐ shortness of breath
☐ persistent cough
☐ tightness of the chest

3

☐ bronchitis
☑ throat irritation
☑ hoarseness
☐ laryngitis
☐ pneumonia
☐ upper respiratory tract infections
☐ pulmonary edema
☐ asthma attacks for the first time in your life
☐ asthma attacks that are recurrence of childhood asthma
☐ allergies for the first time in your life
☐ worsening of allergies that you had previous to living in FEMA trailer

☐ allergic contact dermatitis
☑ dizziness
☐ unconsciousness
☐ convulsions or seizures
☐ blood in urine
☐ abnormal liver enzymes
☐ nephritis (inflammation of kidneys)
☐ low blood pressure
☐ hypothermia (low body temperature)
☐ miscarriage or stillbirth
☐ abnormal laboratory tests on blood
☐ abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician. _____

_____

_____

_____

4.   Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?   Yes ☐   No ☑

If yes, which kind of cancer?

_____

5.   When do you claim this injury or disease first occurred? soon after moving in

6.   Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes ☐        No ☑

If "Yes," when and who diagnosed the condition at that time?

_____

_____

7.   Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes ☐        No ☑

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____

_____
_____
_____

8.   **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☑         No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

_____
_____
_____

To your understanding, describe the condition for which treated:

_____
_____
_____

State when you were treated for this psychological, psychiatric or emotional problem

_____
_____
_____

List the medications prescribed or recommended by the physician or counselor

_____
_____
_____

9.   Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☑         No ☐

*If "Yes,"* state the amount of your claim:  unknown at this time _____

5

## IV. BACKGROUND INFORMATION

A. Identify each address at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | | | Dates of Residence |
|---|---|---|---|
| 2026 Clouet St. | New Orleans | LA | 1977 - 2005 |
| 44391 Friendship Rd | | | 2005 - 2006 |
| 2026 Clouet St. | New Orleans | LA | FEMA trailer 2006 - 2008 |
| | | | |
| | | | |

B. State Driver's License Number and State Issuing License: _____

_____

C. Date and Place of Birth: ____          _____    Franklinton, LA

D. Sex: Male ☐          Female ☑

E. Identify the highest level of education (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| Retired | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| | | | |
| | | | |

6

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

   Yes ☐   No ☑

   *If "Yes,"* state the following:

   a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

   | Year | Income |
   |------|--------|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |

   b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

   _____

   _____

G.  Previous Claims Information

   1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

      Yes ☐      No ☑    Don't recall ☐

      *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____

      _____

      _____

7

IV.  **FAMILY INFORMATION**

A.  To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☐          No ☒          Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|------|--------------|-------------------------------|-------------------|-------------------------------|
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |
|      |              |                               |                   |                               |

B.  Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐          No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

V.  **FEMA TRAILER OR MOBILE HOME UNIT**

Please respond to Sections V. A-B below, including all subparts, with respect to each FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

A.  Please provide the following information regarding the FEMA trailer or mobile home:

1.  Manufacturer of trailer or mobile home: Cavalier _____

2.  VIN: 1NL1GTR2361038809 _____

3.  FEMA Identification No.: unknown _____

4.  Bar Code Number on FEMA housing unit: 1348056 _____

8

5.  Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel Trailer ☒     Mobile Home ☐

6.  Move-in Date: 05/19/2006

7.  Move-out Date: 01/01/2008

8.  Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
    2026 Clouet St.                    New Orleans  LA          70117

9.  Was the FEMA trailer or mobile home located in a trailer park or on private property? private property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    Someone broke into it and FEMA took it.

11. Please state the approximate square footage of the FEMA housing unit: unknown

12. Please state the approximate length and width of the FEMA housing unit: unknown

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒     No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒     No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒     No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐     No ☒

18. Is/was propane gas used in the FEMA housing unit?
    Yes ☒     No ☐

9

19. How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? none

20. Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home:
Yes ☒      No ☐

If "Yes," please state the following:

Where did you temporarily live? at sister's in Franklinton, LA

For what period of time did you temporarily live in another location?
on weekends sometimes

B. Have any air quality tests ever been performed on your FEMA trailer or mobile home?
Yes ☒      No ☐

If "Yes," please state when the test was performed and who prepared this testing: 06/11/08 by Advanced Chemical Sensors

C. Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?
Yes ☐      No ☒

If "Yes," please state the following:

Date and reason for fumigation: _____

D. Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?
Yes ☒      No ☐

If "Yes," please state the date and reason for repair, service or maintenance:
unknown        stove, toilet and refrigerator
_____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

10

| Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|
| Ora Brock | 60 | 23675 Hwy. 430 Franklinton     LA | From 05/19/2006 To 01/01/2008 | Yes ☑ No ☐ Don't Know ☐ | Formaldehyde Exposure |
| Lionel Brock | deceased | n/a | From 05/19/2006 To 01/01/2007 | Yes ☑ No ☐ Don't Know ☐ | Formaldehyde Exposure |
|  |  |  | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☑ No ☐ Don't Know ☐ |  |
|  |  |  | From _____ To _____ | Yes ☐ No ☐ Don't Know ☐ |  |

## VI.   MEDICAL BACKGROUND

A.   Height: _____

B.   Current Weight: _____

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History: *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

11

    1.    Date on which smoking/tobacco use ended: _____

    2.    Amount smoked or used on average:
           _____ per day for _____ years.

☒    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.    Amount currently smoked or used on average:
           _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.    Amount smoked or used on average, if you know:
           _____ per day for _____ years.

    2.    Relationship to you: _____

    3.    Please state whether the smoking occurred inside, outside or both. |_____|

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐     No ☒

*If "Yes,"* what was the date of birth: _____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐     No ☒

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.    Lung or other respiratory disease
        Yes ☐     No ☒

        *If "Yes,"* please indicate the following:

        Name and description of each illness, disease, or abnormal condition:

        _____
        _____

        The date of illness:

        _____
        _____

    2.    Infectious disease (such as, tuberculosis, pneumonia, hepatitis)

12

Yes ☐        No ☑

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____
_____

3.    Long-term stomach or bowel disease

Yes ☐        No ☑

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____
_____

4.    Skin disease

Yes ☐        No ☑

*If "Yes," please indicate the following.*

Name and description of each illness, disease, or abnormal condition:

_____

The date of illness:

_____
_____

G.    Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.    To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI

Yes ☐        No ☑        Don't Recall ☐

*If "Yes," answer the following:*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

13

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

## VII.  MEDICAL DIAGNOSIS

A.  Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of living in a FEMA trailer or mobile home and the date of the diagnosis.

B.  Doctor's Name: Reba S. Weymouth
Specialty, if any: _____
Address: 1203 S. Tyler Street, Suite E          Covington     LA  70433
Phone: _____
Treatment received: prescription spray in mouth for wheezing
Dates of treatment: unknown

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

Doctor's Name: _____
Specialty, if any: _____
Address: _____
Phone: _____
Treatment received: _____
Dates of treatment: _____

C.  If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

| None |
|------|

D.  Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐          No ☒

If "Yes," please provide the name and address of the health care professional.

_____

_____

14

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking "*Yes*" or "*No.*" Where you have indicated "*Yes,*" please attach a copy of the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐        No ☑

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☐        No ☑

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☑        No ☐

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐        No ☑

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☑

F.  Decedent's death certificate, if applicable.
Yes ☐        No ☑

G.  Report of autopsy of decedent, if applicable.
Yes ☐        No ☑

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

15

A.    Identify your current family and/or primary care physician:

| Name | Address |
|---|---|
| n/a | |
| | |
| | |

B.    Identify your primary care physicians for the last seven (7) years.

| Name | Address | Approximate Dates |
|---|---|---|
| n/a | | |
| | | |
| | | |
| | | |
| | | |

C.    Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| Ochsner | 1514 Jefferson Hwy. New Orleans   LA 70121 | 2000 | brain surgery |
| Touro | Foucher St. New Orleans   LA 70115 | twice, dates unknown | brain surgery |
| | | | |
| | | | |

D.    Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

E.    Each physician or healthcare provider from whom you have received treatment during the last seven (7) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| See A-D above. | | |
| Reba S. Weymouth | 1203 S. Tyler St., Suite E Covington   LA 70433 | unknown |
| | | |

16

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.

| Name | Address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____        Ora Brock            12/17/08
Signature of Plaintiff              Print Your Name       Date

17

## FEMA TRAILER LITIGATION

**Head of Household Name:** Ora Brock

**E Mail Address:** LoLa4@msn.com

**Physical Address:** 2026 Clouet St

**Mailing Address:** P.O. box 322 Franklinton La 70438

**Telephone:** 504-782-4789

**Work or Cell Phone:**

**Social Security No.:** 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

**Date of Birth:**

## OTHER PERSON(S) LIVING OR THAT HAVE LIVED IN THE HOUSEHOLD

1.

| Brock | Lionel | |
|-------|--------|--|
| Last Name | First Name | Middle Initial |

| | | Husband |
|--|--|--------|
| Soc. Sec. Number | Date of Birth | Relation |

2.

| | | |
|--|--|--|
| Last Name | First Name | Middle Initial |

| | | |
|--|--|--|
| Soc. Sec. Number | Date of Birth | Relation |

3.

| | | |
|--|--|--|
| Last Name | First Name | Middle Initial |

| | | |
|--|--|--|
| Soc. Sec. Number | Date of Birth | Relation |

4.

| | | |
|--|--|--|
| Last Name | First Name | Middle Initial |

| | | |
|--|--|--|
| Soc. Sec. Number | Date of Birth | Relation |

5.

| | | |
|--|--|--|
| Last Name | First Name | Middle Initial |

| | | |
|--|--|--|
| Soc. Sec. Number | Date of Birth | Relation |

6.

| | | |
|--|--|--|
| Last Name | First Name | Middle Initial |

| | | |
|--|--|--|
| Soc. Sec. Number | Date of Birth | Relation |

DO CLIENTS STILL OCCUPY FEMA TRAILER: YES or NO (Circle one)

ADDRESS OF FEMA TRAILER WHILE CLIENTS OCCUPIED IT:

2026 Clouet St N.O- La 70117

# DON'T FORGET TO COMPLETE NARRATIVES FOR EACH MEMBER OF THE HOUSEHOLD IN THE SPACES PROVIDED ON THE FOLLOWING PAGES!

## CLIENT NARRATIVE

For each and every person listed on the previous pages, please describe, with as much detail as possible, any and all ailments, illnesses and/or symptoms experienced by that person from the date that they moved into the FEMA trailer to the present and all health care providers (doctors, hospitals, pharmacies, etc.) from whom they have received treatment for said symptoms and the type of treatment received from each:

Name of Client _Ora Brock_

Check all of the Symptoms and/or Illness which you've Experienced since moving into a FEMA trailer:

Watery Eyes _____
Burning in Eyes, Nose and/or Throat _____
Nausea _____
Coughing ✓
Chest Tightness _____
Wheezing ✓
Skin Rash and/or Hives _____
Allergic Reactions _____
Cancer _____
Cold and/or Flu like symptoms _____
Headache ✓
Gastric, stomach or bladder problems _____
Sleep disturbance _____
Memory problems _____
Irritability, depression and/or mood changes _____
Problems during pregnancy and/or with menstrual cycles (Women Only) _____

List any Additional Symptoms and/or Illnesses: _____

_____

Health Care Providers and Treatment: My Doctor put
me on Qvar 140 mcg. spray 2
times a day in my mouth.
I was wheezing bad. Her
Name Reba S. Weymouth M.S.N A.P.R.N
1203 S. Tyler st
Suite E
Covington La 70433