# Kelly Morton

| | |
|---|---|
| **From:** | Microsoft Exchange |
| **To:** | Jill Marie Kenyon; Kim Marshall |
| **Sent:** | Wednesday, April 13, 2011 2:38 PM |
| **Subject:** | Delivered: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Your message has been delivered to the following recipients:**

Jill Marie Kenyon

Kim Marshall

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007

1



# Kelly Morton

| | |
|---|---|
| **From:** | Microsoft Exchange |
| **To:** | 'jandry@andrylawgroup.com' |
| **Sent:** | Wednesday, April 13, 2011 2:38 PM |
| **Subject:** | Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'jandry@andrylawgroup.com'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007

1

# Kelly Morton

| | |
|---|---|
| **From:** | Microsoft Exchange |
| **To:** | dkurtz@bakerdonelson.com |
| **Sent:** | Wednesday, April 13, 2011 2:38 PM |
| **Subject:** | Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

dkurtz@bakerdonelson.com

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007

1

## Kelly Morton

| | |
|---|---|
| **From:** | Microsoft Exchange |
| **To:** | 'cleche@dkslaw.com' |
| **Sent:** | Wednesday, April 13, 2011 2:38 PM |
| **Subject:** | Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'cleche@dkslaw.com'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007

1

Kelly Morton

| | |
|---|---|
| **From:** | Microsoft Exchange |
| **To:** | 'Miller, Henry (CIV)' |
| **Sent:** | Wednesday, April 13, 2011 2:38 PM |
| **Subject:** | Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'Miller, Henry (CIV)'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007

1

# Kelly Morton

| | |
|---|---|
| From: | Microsoft Exchange |
| To: | 'ANDREW WEINSTOCK'; 'CARMEN MOTES' |
| Sent: | Wednesday, April 13, 2011 2:38 PM |
| Subject: | Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry |

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'ANDREW WEINSTOCK'

'CARMEN MOTES'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

Sent by Microsoft Exchange Server 2007

1

# Kelly Morton

**From:** Microsoft Exchange
**To:** Gerald E. Meunier; 'Justin Woods'
**Sent:** Wednesday, April 13, 2011 2:38 PM
**Subject:** Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

Gerald E. Meunier

'Justin Woods'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

Sent by Microsoft Exchange Server 2007