# Kelly Morton

**From:** ANDREW WEINSTOCK [andreww@duplass.com]
**To:** Kelly Morton
**Sent:** Wednesday, April 13, 2011 3:24 PM
**Subject:** Read: In Re FEMA~Plaintiff Fact Sheets~Andry

Your message was read on Wednesday, April 13, 2011 3:23:45 PM (GMT-06:00) Central Time (US & Canada).

1



## Kelly Morton

**From:** Denise Martin [dmartin@gainsben.com]
**To:** Kelly Morton
**Sent:** Wednesday, April 13, 2011 2:43 PM
**Subject:** Read: In Re FEMA~Plaintiff Fact Sheets~Andry

Your message was read on Wednesday, April 13, 2011 2:43:11 PM (GMT-06:00) Central Time (US & Canada).

# Kelly Morton

**From:** Miller, Henry (CIV) [Henry.Miller@usdoj.gov]
**Sent:** Wednesday, April 13, 2011 2:50 PM
**Subject:** Read: In Re FEMA~Plaintiff Fact Sheets~Andry

Your message was read on Wednesday, April 13, 2011 2:49:48 PM (GMT-06:00) Central Time (US & Canada).