Case 2:07-md-01873-KDE-MBN   Document 23940-6   Filed 12/20/11   Page 1 of 1

## Kelly Morton

**From:** Microsoft Exchange
**To:** 'jandry@andrylawgroup.com'
**Sent:** Wednesday, April 13, 2011 2:38 PM
**Subject:** Relayed: In Re FEMA~Plaintiff Fact Sheets~Andry

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'jandry@andrylawgroup.com'

Subject: In Re FEMA~Plaintiff Fact Sheets~Andry

---

Sent by Microsoft Exchange Server 2007



EXHIBIT F

1