# Kelly Morton

| | |
|---|---|
| **From:** | John Andry [JAndry@Andrylawgroup.com] |
| **To:** | Kelly Morton |
| **Sent:** | Monday, April 25, 2011 2:07 PM |
| **Subject:** | Not read: In Re FEMA~Plaintiff Fact Sheets~Andry |

Your message was deleted without being read on Monday, April 25, 2011 2:06:54 PM (GMT-06:00) Central Time (US & Canada).



EXHIBIT G