**Kelly Morton**

**From:** Microsoft Exchange
**To:** 'jandry@andrylawgroup.com'
**Sent:** Monday, September 19, 2011 11:45 AM
**Subject:** Relayed: In re FEMA~ Motion to Dismiss

**Delivery to these recipients or distribution lists is complete, but delivery notification was not sent by the destination:**

'jandry@andrylawgroup.com'

Subject: In re FEMA~ Motion to Dismiss

Sent by Microsoft Exchange Server 2007



EXHIBIT I