UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** | * | |
| *Goldie Cross, et al v.* | * | MAGISTRATE:  CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 10-1252 | * | |

**************************************************************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW RECREATION BY DESIGN, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS

On November 30, 2011, Defendant Recreation by Design, LLC ("RBD") moved this Court to dismiss the claims of various plaintiffs against RBD on the ground that the plaintiffs had failed to produce a complete Plaintiff Fact Sheet ("PFS") in compliance with Pre-Trial Orders ("PTO") Nos. 2, 32 and 88.[1]  Subsequent to the November 30, 2011 filing, counsel for the plaintiffs named in the motion, namely, Mel Eskridge obo JB, David Bruce, Ellen Bruce, Alphonse Campbell obo SC and Alphonse Campbell, forwarded via email on December 18, 2011, ERRATA Forms for the aforementioned plaintiffs.  As the five (5) plaintiffs have now complied with PTO Nos. 2, 32 and 88, RBD moves this Court to partially withdraw its previously filed motion to dismiss as to only plaintiffs, Mel Eskridge obo JB, David Bruce, Ellen Bruce, Alphonse Campbell obo SC and Alphonse Campbell.

Accordingly, RBD respectfully moves this Court to grant its partial withdrawal of its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets at Record Document Number 23691, for the above identified plaintiffs only.

---

[1] *See* R. Doc. No. 23691.

Respectfully submitted,

 /s/ Kelly M. Morton
LYON H. GARRISON, Bar No. 19591
SCOTT P. YOUNT, Bar No. 22679
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
KELLY M. MORTON, Bar No. 30645
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Recreation by Design, LLC
Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

 /s/ Kelly M. Morton
KELLY M. MORTON, Bar No. 30645