UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** | * | |
| *Goldie Cross, et al v.* | * | MAGISTRATE:  CHASEZ |
| *Recreation by Design, LLC,* | * | |
| Docket No. 10-1252 | * | |

*************************************************************************

### UNOPPOSED PARTIAL MOTION TO WITHDRAW RECREATION BY DESIGN, LLC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2, 32 & 88 RELATING TO PLAINTIFF FACT SHEETS

On November 30, 2011, Defendant Recreation by Design, LLC ("RBD") moved this Court to dismiss the claims of various plaintiffs against RBD on the ground that the plaintiffs had failed to produce a complete Plaintiff Fact Sheet ("PFS") in compliance with Pre-Trial Orders ("PTO") Nos. 2, 32 and 88.[1]  Subsequent to the November 30, 2011 filing, counsel for the plaintiffs named in the motion, namely, Kayla Schmidt, Vince Stewart, Marie Thomas, Melissa Toups obo G.T., Griffin Vincent, Terrell Watts obo Z.W., L.W. and M.W., Terrell Watts and Lillie Mae Williams, forwarded via email on December 18, 2011, ERRATA Forms for the aforementioned plaintiffs.  As the ten (10) plaintiffs have now complied with PTO Nos. 2, 32 and 88, RBD moves this Court to partially withdraw its previously filed motion to dismiss as to only plaintiffs, Kayla Schmidt, Vince Stewart, Marie Thomas, Melissa Toups obo G.T., Griffin Vincent, Terrell Watts obo Z.W., L.W. and M.W., Terrell Watts and Lillie Mae Williams.

Accordingly, RBD respectfully moves this Court to grant its partial withdrawal of its Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to

---

[1] *See* R. Doc. No. 23695.

Plaintiffs Fact Sheets at Record Document Number 23695, for the above identified plaintiffs only.

        Respectfully submitted,

        */s/ Kelly M. Morton*
        LYON H. GARRISON, Bar No. 19591
        SCOTT P. YOUNT, Bar No. 22679
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        KELLY M. MORTON, Bar No. 30645
        GARRISON, YOUNT, FORTE
        & MULCAHY, LLC
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        Attorneys for defendant,
        Recreation by Design, LLC
        Email: kmorton@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        */s/ Kelly M. Morton*
        KELLY M. MORTON, Bar No. 30645