UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                           JUDGE ENGELHARDT
                                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO AMEND TO ADD PLAINTIFFS**

MAY IT PLEASE THE COURT:

Plaintiffs in the above named suit respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiffs to their complaint:

1. Selina Hargis
2. Barbara Duncan

Plaintiffs originally sued in *Duncan, et al v. Thor California, Inc., et al*, E.D. La. No. 09-3304 against Thor California, Inc., a subsidiary of Thor Industries, Inc.; however, it has become apparent that Dutchmen Manufacturing, Inc., another subsidiary of Thor Industries, Inc., is the proper manufacturing defendant. Therefore, the claims of Barbara Duncan and Selina Hargis are being added to the above-captioned complaint. Upon this Court's granting of the instant Motion, Plaintiffs will file a motion for leave to amend the *Hargis* complaint to substitute the proper manufacturing defendant, Dutchmen Manufacturing, Inc., for the improper manufacturing defendant, Thor California, Inc.. Because other plaintiffs in *Duncan* are properly matched to Thor California, Inc., this amendment is necessary to move Barbara Duncan and

Selina Hargis to a complaint with the same posture.[1] Indeed, both the *Duncan* and *Hargis* matters involve the same named defendants.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to preserve Plaintiffs' claims against the proper manufacturing defendant. Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.* Furthermore, Defendants will not be prejudiced as both the *Duncan* and *Hargis* matters involve the same named defendants.

Therefore, Plaintiffs' respectfully request that this Court grant their instant Motion for Leave to Amend to Add Plaintiffs. Upon entry of the attached proposed order, Plaintiffs will voluntarily dismiss their claims in the *Duncan* matter.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
      GERALD E. MEUNIER, #9471
      JUSTIN I. WOODS, #24713
      Gainsburgh, Benjamin, David,
      Meunier & Warshauer, L.L.C.
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana  70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

---

[1] In fact, Selina Hargis lived in the same trailer as the *Hargis* plaintiffs.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    s/Justin I. Woods  
                                                   JUSTIN I. WOODS, #24713