UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO:　　ALL COUNSEL OF RECORD

　　　　**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is hereby set for submission on the 11th day of January, 2012, at 9:00 a.m.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　**GAINSBURGH, BENJAMIN, DAVID,
　　　　　　　　　　　　　　　　　　　MEUNIER & WARSHAUER, L.L.C.**

　　　　　　　　　　　　　　　　　　　BY:　s/Justin I. Woods
　　　　　　　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　　　　　　　JUSTIN I. WOODS, #24713
　　　　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David,
　　　　　　　　　　　　　　　　　　　　　　Meunier & Warshauer, L.L.C.
　　　　　　　　　　　　　　　　　　　　　　2800 Energy Centre
　　　　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　　　　　　　　　jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Justin I. Woods
                                          JUSTIN I. WOODS, #24713