UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION |
| | | *<br>* | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| | | * | |
| THIS DOCUMENT IS RELATED TO:<br>*Stefanie Adkison v. R-Vision, Inc., et al.*<br>No. 09-7814<br>Plaintiff:   Patrick Poiroux | | *<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
### DEFENDANT'S MOTION TO DISMISS

COMES NOW Patrick Poiroux (hereinafter "Plaintiff") and files this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23824).

Defendant Liberty Mutual Insurance Corporation ("Liberty Mutual") claims that deficiencies remain in Plaintiff's Fact Sheet.

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to Defense counsel on December 17, 2011. See Exhibit "A" attached hereto. Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel.

Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and his claims should not be dismissed.

For the reasons set forth above, Plaintiff prays that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**