# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963   **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
A certification has been requested and it will be forwarded upon receipt of the same.

| Question # | Question |
|---|---|
| 2 | Checklist III.C. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
I am claiming to have suffered irritation or itching of skin, rashes on skin, drying or scaling of skin, scaling or itching of eyelids, irritation or swelling of eyelids or eye area and headaches during the time that I lived in my FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness III.C.3. (Second question below the chart) |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC  

**Answer**  
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 4 | Psychological Treatment III.C.8. |

**Pet ID** 1351  
**Def ID** 98  

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963   **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for mental and/or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I do not recall if I am making a claim or medical expenses.

| Question # | Question |
|---|---|
| 6 | Move-in Date V.A.6. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I first occupied the trailer on December 16, 2005.

| Question # | Question |
|---|---|
| 7 | Move-out Date V.A.7. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I moved out of the trailer in January, 2007.

| Question # | Question |
|---|---|
| 8 | Number of hours in the trailer each day V.13. |

**Pet ID** 1351  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680
**Case Name** Poiroux, Patrick
**DOB** 6/23/1963  **SSN** 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
**Cause No.** 09-7814
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I spent on average, 14 hours per day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 9 | Names of all trailer residents (residing) V.E. |

**Pet ID**
1351

**Def ID**
98

**Notice #**
MTD NC

**Answer**
The following are those who resided in the trailer.
213681 Poiroux, Rebecca - my wife
213680 Poiroux, Patrick - self
213682 Poiroux, Ronnie - son
Current address and phone number for myself, my husband, and son 3261 Reine Ave, Slidell, LA 70458 985-718-9055
213679 Gimnick, Diane - mother-in-law
Current address and phone number for my mother 100 Foxbriar St. Slidell, LA 70461 985-718-9055.

| Question # | Question |
|---|---|
| 10 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**
1351

**Def ID**
98

**Notice #**
MTD NC

**Answer**
Diane Gimnick, my mother-in-law smoked while we resided in the trailer, she smoked outside about half a pack a day. She no longer smokes but did for about 30 years and stopped in 2007.

| Question # | Question |
|---|---|
| 11 | Prior Medical History VI (F)(1&4) |

**Pet ID**
1351

**Def ID**
98

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963   **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

MTD NC

**Answer**  
I do not recall whether I have ever suffered from lung/respiratory or skin disease.

| Question # | Question |
|---|---|
| 12 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | Produce Records VIII (A-D) |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/20/2011  
Plaintiff or Representative    Date