UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
|              FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
|              SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Elica Allen v. R-Vision, Inc., et al.* | * | |
| No. 10-2201 | * | |
| Plaintiffs: | * | |
|     Don Wilson | * | |
|     Don Wilson obo D.W. | * | |
|     Elica Allen obo I.A. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Don Wilson, Don Wilson obo D. W. and Elica Allen obo I.A. (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23825).

A.    SPECIFIC PLAINTIFFS

Defendant Liberty Mutual Insurance Company ("Liberty Mutual") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

    1.    **Don Wilson**

Plaintiff's counsel previously submitted a Plaintiff Fact Sheet for Don Wilson aka Don K. Wilson, aka Don K. Wilson, Sr., on November 19, 2009, however Plaintiff's counsel also submitted an updated Plaintiff Fact Sheet to Defense counsel on December

18, 2011.  See attached Exhibit "A".  Also, contrary to Defendant's representation, Plaintiff's counsel previously sent a *signed* PFS amendment for Plaintiff to Defendant. See Exhibit C, to Defendant's Memorandum, Rec. Doc. 23825-4.  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore his claims should not be dismissed.

    **2.**    **Don Wilson obo D.W.**

Plaintiff's counsel previously submitted a Plaintiff Fact Sheet for Don Wilson obo D.W. (aka Don K. Wilson aka Don Wilson, Jr.) on November 19, 2009, however Plaintiff's counsel also submitted an updated Plaintiff Fact Sheet to Defense counsel on December 18, 2011. See attached Exhibit "B".  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore the claims of Don Wilson on behalf of D.W. should not be dismissed.

    **3.**    **Elica Allen obo I.A.**

Plaintiff's counsel previously submitted a Plaintiff Fact Sheet for Elica Allen (aka Isaiah Allen, aka Isaiah Elijah Allen) on November 19, 2009, however Plaintiff's counsel also submitted an updated Plaintiff Fact Sheet to Defense counsel on December 18, 2011. See attached Exhibit "C".  Also, contrary to Defendant's representation, Plaintiff's counsel sent a *signed* PFS amendment for Plaintiff to Defendant. See Exhibit G, to Defendant's Memorandum, Rec. Doc. 23825-8.  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore the claims of Elicia Alllen obo I.A. should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets

in all things be denied.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No.  5912
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone:  (361) 882-1612
        Facsimile:  (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**

3