UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Goldie Cross v. Recreation by Design, LLC, et al.* | | * | |
| No. 10-1252 | | * | |
| Plaintiffs: | | * | |
| | Victoria Fleeton | * | |
| | Andrea Granger | * | |
| | Meagan Greene | * | |
| | Sonia Edwards obo J.H. | * | |
| | Kim Johnson obo D.J. | * | |
| | Kim Johnson obo D.J. | * | |
| | Kim Johnson | * | |
| | Shabree Page obo T.J. | * | |
| | Shabree Page obo T.J. | * | |
| | Deridre Craig obo M.K. | * | |
| | Deridre Craig obo Z.K. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Victoria Fleeton, Andrea Granger, Meagan Greene, Sonia Edwards obo J.H., Kim Johnson obo D.J., Kim Johnson obo D.J., Kim Johnson, Shabree Page obo T.J., Shabree Page obo T.J., Deridre Craig obo M.K., Deridre Craig obo Z.K. (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23693).

**A.    SPECIFIC PLAINTIFFS**

Defendant Recreation by Design, LLC ("RBD") claims that deficiencies remain in

Plaintiffs' Fact Sheets.  Defendant's claims will be addressed in sequence.

1.   **Victoria Fleeton**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "A".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

2.   **Andrea Granger**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 20, 2011. See attached Exhibit "B".  Also, an updated certification page has been requested from Plaintiff.  When it is received, it will be forwarded to Defense counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

3.   **Meagan Greene**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

4.   **Sonia Edwards obo J.H.**

Plaintiff's counsel has recently spoken with Plaintiff Sonia Edwards on behalf of J. H. (Jorran Hodges) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached "D".  Also, an updated certification page has been requested from Plaintiff.  When it is received, it will be

forwarded to Defense counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

    5.    **Kim Johnson obo D.J.**

Plaintiff's counsel has attempted to contact Kim Johnson on behalf of D.J. (Devin Johnson) on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "E".

    6.    **Kim Johnson obo D.J.**

Plaintiff's counsel has attempted to contact Kim Johnson on behalf of D.J. (David Johnson) multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "F".

    7.    **Kim Johnson**

Plaintiff's counsel has attempted to contact Kim Johnson on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "G".

    8.    **Shabree Page obo T.J.**

Plaintiff's counsel has recently spoken with Shabree Page obo T.J. (Taliyah Jordan) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "H". Plaintiff materially has complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**9.  Shabree Page obo T.J.**

Plaintiff's counsel has recently spoken with Shabree Page obo T.J. (Takiyah Jordan) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011.  See attached Exhibit "I".  Plaintiff materially has complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**10.  Deridre Craig obo M.K.**

Plaintiff's counsel has recently spoken with Deridre Craig obo M.K (MeShayla Kennedy) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "J". Also, an updated certification page has been requested from the Plaintiff.  When it is received it will be forwarded to Defense counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**11.  Deridre Craig obo Z.K.**

Plaintiff's counsel has recently spoken with Plaintiff Deridre Craig obo Z.K. (Zion Kennedy) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "K". Also, an updated certification page has been requested from the Plaintiff.  When it is received, it will be forwarded to Defense counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

/s/ Robert C. Hilliard
_____

5

6

**ROBERT C. HILLIARD**

**ROBERT C. HILLIARD**