# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced during the time I lived in the FEMA housing unit are as follows:

Coughing / Shortness of Breath  
Headaches  
Nausea  
Sinus Infections / Sinusitis  
Persistent Cough

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was not diagnosed with any illnesses, only treated for my symptoms related to formaldehyde exposure.

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  **Cause No.** 09-7891
**Case Name** Fleeton, Victoria R.   **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 12/26/1990   **SSN** 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

Pet ID: 1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No, I am not claiming mental and or emotional damages.

| Question # | Question |
|---|---|
| 5 | III.C.9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Yes, I am making a claim for medical expenses in the amount of $2,000.

| Question # | Question |
|---|---|
| 6 | IV.C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
My date of birth is 12/26/1990.

| Question # | Question |
|---|---|
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not making a wage claim.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 8 | V.A.6. Move in Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

I resided in two different trailers, all which were located on the same property, 1714 Perch Dr, Mobile, AL 36605. The information regarding these trailers is as follows:

43 Recreation by Design, LLC  
VIN: 5CZ200R2861119028  
BC 1173326  
Move In Date: 11/01/2005  
Move Out Date: 10/01/2006

22 Gulfstream Coach, Inc.  
VIN: 1NL1GTR251074453  
BC 1109349  
Move In Date: 10/01/2006  
Move Out Date: 08/01/2007

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

I resided in two different trailers, all which were located on the same property, 1714 Perch Dr, Mobile, AL 36605. The information regarding these trailers is as follows:

43 Recreation by Design, LLC  
VIN: 5CZ200R2861119028  
BC 1173326  
Move In Date: 11/01/2005  
Move Out Date: 10/01/2006

22 Gulfstream Coach, Inc.  
VIN: 1NL1GTR251074453

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

BC 1109349  
Move In Date: 10/01/2006  
Move Out Date: 08/01/2007

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The installation address of both FEMA trailers was 1714 Perch DR. Mobile AL 36605.

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The information of the other trailer residents is as follows:

11/2005 - 08/2007  
Deridre M Cole-Craig - Age 36  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches/Nausea  
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007  
Sanchez Craig-Lawson- Age 19  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches/Throat irritation  
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007  
De Marcus Craig- Age 14  
Making a personal injury claim? Yes  
Nature of the personal injury? Abdominal Pain/Headaches  
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007  
Marcus Craig- Age 43  
Making a personal injury claim? Yes

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990 **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

Nature of the personal injury? Headaches  
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007  
Victoria Fleeton - Age 18  
Making a personal injury claim? Yes  
Nature of the personal injury? Nausea  
1317 Innsbruck Dr Mobile, AL 36608

FEMA has matched all trailer residents to BOTH trailers.

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The average number of daily hours I spent in my FEMA housing units was 8-10 hours.

| Question # | Question |
|---|---|
| 13 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never used any tobacco product.

| Question # | Question |
|---|---|
| 14 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Nobody who resided in the trailer used any kind of tobacco product.

| Question # | Question |
|---|---|
| 15 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No, I have never suffered from a lung or respiratory disease or a skin disease.

| Question # | Question |
|---|---|
| 16 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I received treatment from Dr. Bowman located at 6701 Airport Blvd # B216, Mobile, AL (251) 633-8830 for migraines, nausea, and congestion; on 4/2006, 6/2006, 9/2006.

| Question # | Question |
|---|---|
| 17 | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 18 | Sign and date the Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226128  
**Case Name** Fleeton, Victoria R.  
**DOB** 12/26/1990   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Please see attached certification. |

_____     12/16/2011
Plaintiff or Representative                    Date

Fleeton, Victoria R. - WGC#226128

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____    **Victoria Fleeton**          12-8-11
**Signature of Plaintiff**       **Print Your Name**         **Date**

Case # 226128