# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905

**Cause No.** 10-1252

**Case Name** Granger, Andrea

**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**DOB** 12/03/1969   **SSN** 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

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
A certification page has been provided to the plaintiff, at the time such as been received and will be provided to the defense council.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The symptoms that I have experienced are burning of eyes, tearing of eyes, headaches, drying scaling skin, shortness of breath, scaling or itching of eyelids, tightness if chest.

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Yes, I am making a medial claim.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

## EXHIBIT "B"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905

**Case Name** Granger, Andrea

**DOB** 12/03/1969   **SSN** 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

**Cause No.** 10-1252

**Case Style** Goldie Cross, et. al.  vs. Recreation By Design,

**Answer**

I was never diagnosed with any illness while residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

No, I am not receiving any psychological treatment, nor am I making a personal claim for any mental and/or emotional damages.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

My total medical expenses to date is $800.00.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

My date of birth is 12/3/1969.

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID**
1623

**Def ID**
43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905                      **Cause No.** 10-1252

**Case Name** Granger, Andrea        **Case Style** Goldie Cross, et. al.  vs. Recreation By Design,

**DOB** 12/03/1969    **SSN** 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

---

**Notice #**
| MTD NC |

**Answer**
| I am not makaing a wage claim. |

---

| **Question #** | **Question** |
| --- | --- |
| 9 | V.A.6. Move in Date |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
| My move in date was 3/1/2007. |

---

| **Question #** | **Question** |
| --- | --- |
| 10 | V.A.7. Move out Date |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
| My move out date was 7/1/2009. |

---

| **Question #** | **Question** |
| --- | --- |
| 11 | V.A.8. Installation Address |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
| The address is 6456 Sand Diego Street Lake Charles LA, 70607. |

---

| **Question #** | **Question** |
| --- | --- |
| 12 | V.E. Name of all trailer residents |

**Pet ID**
| 1623 |

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905                  **Cause No.** 10-1252

**Case Name** Granger, Andrea       **Case Style** Goldie Cross, et. al. vs. Recreation By Design,

       **DOB** 12/03/1969    **SSN** 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

---

43

**Notice #**

MTD NC

**Answer**

The following information is of all residents that resided with me in the FEMA trailer.:

James White, Age 43
6456 Sand Diego Street Lake Charles, LA 70607, 337-912-4596
Dates lived in trailer: 3/1/2007-7/1/2009
Yes, James is making a personal injury claim due to rash,and respiratory problems.

Denene White, Age 36
6456 Sand Diego Street Lake Charles, LA 70607, 337-912-4596
Dates lived in trailer: 3/1/2007-7/1/2009
Yes, Denene is making a personal injury claim due to rash,and respiratory problems.

Jedidiyah White, Age 3
6456 Sand Diego Street Lake Charles, LA 70607, 337-912-4596
Dates lived in trailer: 3/1/2007-7/1/2009
Yes Jeddidiyah is making a personal injury claim due to rash,and respiratory problems.

Stacy Ryan
6456 San Diego St. Lake Charles, LA 70607
Home Phone: 337-474-1051, Cell Phone: 337-502-6222. Age 61
Dates lived in trailer:3/1/2007-7/1/2009,
Yes, Stacy is making a personal injury claim due to rash,and respiratory problems.

Andrea Granger
415 16th St. Lake Charles, LA 70601
Home Phone: 337-802-0657 Age 42.
Dates lived in trailer: 3/1/2007-7/1/2009,
Yes, Andrea is making a personal injury claim due to rash,and respiratory problems.

---

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID**

1623

**Def ID**

43

**Notice #**

MTD NC

**Answer**

I spent 4 hours per day in the FEMA housing unit.

---

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID**

1623

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905
**Case Name** Granger, Andrea
**DOB** 12/03/1969    **SSN** 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

**Cause No.** 10-1252
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

---

43

**Notice #**
MTD NC

**Answer**
I never smoked cigarettes/Cigars/Pipe tobacco or used chewing tobacco/snuff.

---

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No one else who resided in the FEMA trailer ever smoked or used tobacco products.

---

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
1. I was not diagnosed with lung and respiratory disease.

4. Yes, I was diagnosed with skin disease.

---

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The doctors that treated me for formaldehyde are as follows:

Dr. Bukker
Emergency Room Physician

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245905        **Cause No.** 10-1252

**Case Name** Granger, Andrea     **Case Style** Goldie Cross, et. al. vs. Recreation By Design,

   **DOB** 12/03/1969 **SSN** 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

---

524 S. Ryan St. Lake Charles, LA 70601
337-491-7518
Treatment received: CT and MRI
Dates of treatment 2-14-2009

Dr Lilawa Ramos
Ste 225
2270 3rd Ave
Lake Charles, LA 70601
337-478-2573
Treatment: High Blood Pressure
Dates Seen: 09/012008

| Question # | Question |
| --- | --- |
| 18 | VIII(A-D) Produce Records |

**Pet ID**

1623

**Def ID**

43

**Notice #**

MTD NC

**Answer**

A-I do not have medical records in my possession.
B-Please see attached Standard Form 95.
C-I do not have test results in my possession.
D-I do not have medical bills in my possession.

_____  12/20/2011

Plaintiff or Representative     Date