# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  
**Case Name** Hodges, Jorran  
**DOB** 5/1/1995    **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
A certification page has been provided to the plaintiff, at the time such as been received and will be provided to the defense council.

| Question # | Question |
|---|---|
| 2 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms that Jorran experienced during the time he lived in a FEMA trailer were:  
Eye Irritation / Excessive Tears  
Burning of Eyes  
Persistent Cough  
Sinus Infections / Sinusitis  
Headaches  
Bleeding of Nasal Membranes

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  
**Case Name** Hodges, Jorran  
**DOB** 5/1/1995   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Jorran has been diagnosed with sinus infection by Dr. Carl Robinson, his address is 3600 Prytania St Ste 100, New Orleans, LA, phone (504) 899-5437.

**Question #** 5  
**Question** III.C.8. Psychological Treatment

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
No, Jorran is not claiming Mental and or emotional damages.

**Question #** 6  
**Question** III.C.9. Total Medical Expenses

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
This question does not pertain to me since Jorran is not making a claim for medical expenses as a result of injury.

**Question #** 7  
**Question** IV.C. Date of Birth

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
Jorran's date of birth is 5/1/1995. He was born in New Orleans, LA.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  **Cause No.** 09-7819
**Case Name** Hodges, Jorran  **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,
**DOB** 5/1/1995   **SSN** 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

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
No, Jorran is not making a wage claim.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Trailer 1. Gulf Stream Coach, Inc.
Jorran move in date is 03/01/2006 for
Jorran move in date is 11/01/2007 for trailer two and three

Trailer 2. Cavalier Home Builders, LLC
He did not reside in this 2nd trailer, but he did visit it because it was on our property and I was residing in this trailer

Trailer 3. Recreation by Design, LLC
Jorran move in date is 11/01/2007

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Trailer 1. Gulf Stream Coach, Inc.
He moved out of my trailer in 11/012006

Trailer 2. Cavalier Home Builders, LLC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  **Cause No.** 09-7819
**Case Name** Hodges, Jorran  **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,
**DOB** 5/1/1995  **SSN** 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

He did not reside in this 2nd trailer, but he did visit it because it was on our property and I was residing in this trailer.

Trailer 3. Recreation by Design, LLC
He moved out of my trailer in 12/01/2008

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Jorran mailing address for trailer 1 is 1 Avenger Park , New Orleans LA 70118.
Jorran mailing address for trailer 2/3 is 1323 Mandolin Street, New Orleans LA. 70122.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The following list is of all information of everyone who resided in the trailer.
Jorran Hoodges age 14. His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Jorran is making a personal injury claim for sinus infection, headaches.
Henry Edwards age 44 .His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Henry is making a personal injury claim for sinus infection and headaches.
Sonia Edwards Age 39. Her phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. I lived in the trailer from 3/1/2006-12/1/2008. I am making a personal injury claim for sinus infection and headaches.
Henry Pittman age 19 His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Henry is making a personal injury claim for sinus infection and headaches.
Darrineka Hodges age 20. Her phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. She lived in the trailer from 3/1/2006-12/1/2008. Darrineka is making a personal injury claim for sinus infection and headaches.

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  
**Case Name** Hodges, Jorran  
**DOB** 5/1/1995   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The average number of daily hours Jorran spent in my FEMA housing unit was 14 hours.

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Jorran never smoked.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Nobody who resided with my son used any kind of tobacco product.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No, Jorran has never suffered from lung or other Respiratory disease.  
No, Jorran has never suffered from a skin disease.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244935  
**Case Name** Hodges, Jorran  
**DOB** 5/1/1995   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The doctor who treated Jorran was Dr. Carl Robinson, his address is 3600 Prytania St Ste 100 New Orleans, LA, phone (504) 899-5437. I do not recall the treatment received, or the dates of treatment

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_[signature]_   12/20/2011  
Plaintiff or Representative   Date