# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486  
**Case Name** Jordan, Takiyah  
**DOB** 12/3/1995   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached certification.

| Question # | Question |
|---|---|
| 2 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The following is a list of symptoms She experienced while living in a trailer:  
Headaches and persistent cough.

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I understand that her claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486  
**Case Name** Jordan, Takiyah  
**DOB** 12/3/1995   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Notice #**
MTD NC

**Answer**
I do not have any diagnosed illness.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not claiming mental or emotional damages as a result of residing in a FEMA trailer or mobile home on her behalf.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not claiming medical expenses as a result of the injury, illness or disease on her behalf.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
Her date of birth is 12/3/1995 and the place of birth is Gulf Port MS.

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486  **Cause No.** 09-7122
**Case Name** Jordan, Takiyah  **Case Style** Shabree Page, et. al. vs. CMH Manufacturing,
**DOB** 12/3/1995  **SSN** 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

43

**Notice #**
MTD NC

**Answer**
I am not making a loss claim, or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home on her behalf.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved in the trailer 09/2005.
I moved in the other trailer 06/2006
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which she lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved out of the trailer 06/2006.
I moved out of the trailer 01/2007.
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which she lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486  
**Case Name** Jordan, Takiyah  
**DOB** 12/3/1995   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

MTD NC

**Answer**  
The address of the trailers location was 14269 County Farm Rd. Gulfport MS 395303.  
The address of the trailers location was 7481 Lobely Rd. Pass Christian MS 39571  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which she lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Those who resided in the trailer are  
Trailer 1:  
Shabree Page, my current age is 33, current address is 7481 Lobouy Road Pass Christian MS 39571, moved in to the trailer 9/2005 and moved out in 5/2006 I am making a personal injury claim.  
Takiyah Jordan, her current age is 16, current address is 7481 Lobouy Road Pass Christian MS 39571, moved in the trailer in 9/2005 and moved out in 5/2006, She is making a personal injury claim.  
Christopher Jordan, his current age is 34, his is currently incarcerated, he moved in 9/2005 and moved out 5/2006. He is not making a personal injury claim.  
Abel Page, his current age is 55, his current address is 7481 Lobouy Road Pass Christian MS 39571 and moved in the trailer in 9/2005 and moved out in 5/2006. He is not making a personal injury claim.

In trailer number 2  
Shabree Page, age 33, her current address is 7481 Lobouy Road Pass Christian MS 39571 Moved in the trailer 5/2006 and moved out 9/2007. She is not making a personal claim. I am making a personal injury claim

Taliyah Jordan, age 5, her current address is 7481 Lobouy Road Pass Christian MS 39571. Moved in the trailer 5/2006 and moved out 9/2007. She is making a personal claim.

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486  
**Case Name** Jordan, Takiyah  
**DOB** 12/3/1995  **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Answer**  
She spent about 15 hours each day in the trailer.

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
She has never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Those who resided in the trailer did not smoke nor had a smoking history.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
She did not have any lung or respiratory disease and or skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203486
**Case Name** Jordan, Takiyah
**DOB** 12/3/1995    **SSN** 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
**Cause No.** 09-7122
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

---

**Notice #**
MTD NC

**Answer**
She did not receive any treatment for formaldehyde related injuries.

---

**Question #** | **Question**
18 | VIII(A-D) Produce Records

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

---

_[signature]_                                12/16/2011
Plaintiff or Representative                  Date

Jordan, Takiyah - WGC#203486

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff: *Shabree Page* | Print Your Name: Shabree Page, as Next Friend of Takiyah Jordan, a minor | Date: 12-7-11 |