# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487  
**Case Name** Jordan, Taliyah  
**DOB** 11/4/2006  **SSN** 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

**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached certification.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was pregnant with Taliyah while I resided in the trailer, I did not have her until 11/4/2006. She did not show any symptoms during the time we lived there.

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**EXHIBIT "I"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487  
**Case Name** Jordan, Taliyah  
**DOB** 11/4/2006   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Answer**
I was pregnant with Taliyah while I resided in the trailer, I did not have her until 11/4/2006. She did not show any symptoms during the time we lived there, so no symptoms were reported to a doctor.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not claiming mental or emotional damages as a result of residing in a FEMA trailer or mobile home on her behalf.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not claiming medical expenses as a result of the injury, illness or disease on her behalf.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
Taliyah date of birth is 11/4/2006. The place of birth is in Gulf Port MS.

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487  
**Case Name** Jordan, Taliyah  
**DOB** 11/4/2006    **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Notice #**  
MTD NC

**Answer**  
She is not making a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623

**Def ID** 43

**Notice #**  
MTD NC

**Answer**  
She moved in the trailer 11/2006.  
She was born 11/4/2006, and there fore only resided in the second trailer that I Shabree Page, resided in. According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623

**Def ID** 43

**Notice #**  
MTD NC

**Answer**  
She moved out of the trailer 09/2007.  
She was born 11/4/2006, and there fore only resided in the second trailer that I Shabree Page, resided in. According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487
**Case Name** Jordan, Taliyah
**DOB** 11/4/2006   **SSN** 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
**Cause No.** 09-7122
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

---

| | |
|---|---|
| **Def ID** | 43 |
| **Notice #** | MTD NC |

**Answer**

The address the trailer was located was on 7481 Lobely Rd. Pass Christian MS 39571.
She was born 11/4/2006, and there fore only resided in the second trailer that I Shabree Page, resided in. According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

---

| **Question #** | **Question** |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**

Those who resided in the trailer were as follows.

Shabree Page, ago 30. current address of 707 E. North St. Pass Christian MS 34571. Moved in the trailer 09/2005 and moved out 06/2006. She is not making a personal injury claim.

Takiyah Jordan, ago 13. Current address is 707 E. North St. Pass Christian, MS 39571. Moved in 09/2005, moved out 06/2006. She is not making a personal injury claim.

---

| **Question #** | **Question** |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**

Taliyah spent about 20 hours in the trailer each day.

---

| **Question #** | **Question** |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487  
**Case Name** Jordan, Taliyah  
**DOB** 11/4/2006   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Notice #**  
MTD NC

**Answer**  
She never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No one who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
She has not suffered from any lung or other respiratory disease and skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Taliyah has not been treated for formaldehyde related injuries.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID**  
1623

**Def ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203487  
**Case Name** Jordan, Taliyah  
**DOB** 11/4/2006   **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

| 43 |

**Notice #**

| MTD NC |

**Answer**

| Please see attached Standard form 95, however I do not have any of the other requested documents in my possession. |

_[signature]_       12/16/2011

Plaintiff or Representative       Date

Jordan, Taliyah - WGC#203487

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Shabree Page_ (signature)
**Signature of Plaintiff**

Shabree Page, as Next Friend of Taliyah Jordan, a minor
**Print Your Name**

12-7-11
**Date**