# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393  
**Cause No.** 09-7891  
**Case Name** Kennedy, MeShayla  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,  
**DOB** 9/9/2004    **SSN** 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

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I do not have this at this time.

| Question # | Question |
|---|---|
| 2 | III.C. Checklist |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
The symptoms Meshayla experienced/reported to a physician during the time he lived in a FEMA trailer are as follows:

Headaches  
Shortness Of Breath  
Persistent Cough  
Throat Irritation  
Hoarseness  
Dizziness  
Sinus Infection/Sinusitis

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**EXHIBIT "J"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393
**Case Name** Kennedy, MeShayla
**DOB** 9/9/2004    **SSN** 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
**Cause No.** 09-7891
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The symptoms MeShayla experienced/reported to a physician during the time he lived in a FEMA trailer are as follows:

Headaches
Shortness Of Breath
Persistent Cough
Throat Irritation
Hoarseness
Dizziness
Sinus Infection/Sinusitis
I do not recall if any of these were diagnosed by a doctor.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer for MeShayla's case.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer on her behalf.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393  
**Case Name** Kennedy, MeShayla  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,  
**DOB** 9/9/2004    **SSN** 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

Pet ID: 1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
MeShayla's date of birth is 9/9/2004. The place of birth is Mobile AL.

| **Question #** | **Question** |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for loss of wages or lost earning capacity for MeShayla because she is only 7.

| **Question #** | **Question** |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
MeShayla moved into the trailer in November, 2005.  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| **Question #** | **Question** |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393  **Cause No.** 09-7891
**Case Name** Kennedy, MeShayla  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 9/9/2004  **SSN** 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

MeShayla moved out of the trailer in February, 2006.
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were vacated at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The location of the trailer was 1714 Perch Dr. Mobile AL 36605.
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The address is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
11/2005 - 08/2007
Deridre M Cole-Craig - Age 36
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Nausea
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Sanchez Craig-Lawson- Age 19
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Throat irritation
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
De Marcus Craig- Age 14
Making a personal injury claim? Yes
Nature of the personal injury? Abdominal Pain/Headaches
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393  
**Case Name** Kennedy, MeShayla  
**DOB** 9/9/2004   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

---

Marcus Craig- Age 43  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches  
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007  
Victoria Fleeton - Age 18  
Making a personal injury claim? Yes  
Nature of the personal injury? Nausea  
1317 Innsbruck Dr Mobile, AL 36608

---

**Question #** 13  
**Question** V.13. Number of hours spent in trailer each day  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The average number of daily hours MeShayla spent in my FEMA housing unit was 20 hours.

---

**Question #** 14  
**Question** VI.C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
MeShayla never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

---

**Question #** 15  
**Question** VI.D. Smoking History of Other Trailer Resident(s)  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Nobody who resided with MeShayla used any kind of tobacco product.

---

**Question #** **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226393  
**Case Name** Kennedy, MeShayla  
**DOB** 9/9/2004   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| | |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
She has not ever suffered from lung or other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not recall whether any doctor(s) or health care provider(s) treated her for disease/illness/injury that I have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____    12/16/2011  
Plaintiff or Representative    Date