# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not have this at this time.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms Zion experienced/reported to a physician during the time he lived in a FEMA trailer are as follows:

Headaches  
Shortness Of Breath  
Persistent Cough  
Throat Irritation  
Hoarseness  
Dizziness  
Sinus Infection/Sinusitis

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**EXHIBIT "K"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I do not recall her symptoms experienced or whether I reported to a physician during the time I lived in a FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer on his behalf.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for medical expenses related to formaldehyde exposure while residing in a FEMA trailer for Zion.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Zion's date of birth is 7/8/2006. Place of birth is Mobile, AL.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for loss of wages or lost earning capacity for Zion because he is only 5 years old.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zion moved into the trailers in November, 2005.  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zion moved out of the trailer in February, 2006.  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move out date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006    **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The address the trailer was located on 1714 Perch Dr. Mobile AL 36605.  
According to the information provided by the US government through the FEMA offices in the matching process, she lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The address is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
11/2005 - 08/2007  
Deridre M Cole-Craig - Age 36  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches/Nausea  
1317 Innsbruck Dr Mobile, AL 36608  

11/2005 - 08/2007  
Sanchez Craig-Lawson- Age 19  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches/Throat irritation  
1317 Innsbruck Dr Mobile, AL 36608  

11/2005 - 08/2007  
De Marcus Craig- Age 14  
Making a personal injury claim? Yes  
Nature of the personal injury? Abdominal Pain/Headaches  
1317 Innsbruck Dr Mobile, AL 36608  

11/2005 - 08/2007  
Marcus Craig- Age 43  
Making a personal injury claim? Yes  
Nature of the personal injury? Headaches  
1317 Innsbruck Dr Mobile, AL 36608  

11/2005 - 08/2007  
Victoria Fleeton - Age 18  
Making a personal injury claim? Yes  
Nature of the personal injury? Nausea

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

1317 Innsbruck Dr Mobile, AL 36608

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The average number of daily hours Zion spent in my FEMA housing unit was 20 hours.

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zion has never smoker cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Nobody who resided with Zion used any kind of tobacco product.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226394  
**Case Name** Kennedy, Zion M.  
**DOB** 7/8/2006     **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

**Answer**
I do not recall whether she have ever suffered from lung or other respiratory disease.
I do not recall whether she have ever suffered from skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I do not recall whether any doctor(s) or health care provider(s) treated her for disease/illness/injury that I have suffered due to formaldehyde exposure.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_[signature]_     12/16/2011

Plaintiff or Representative     Date