UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:   FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Goldie Cross v. Recreation by Design, LLC, et al.* | * | |
| No. 10-1252 | * | |
| Plaintiffs: | * | |
|     Deridre Cole-Craig obo D.C. | * | |
|     Marcus Craig | * | |
|     Deridre Craig obo M.C. | * | |
|     Sanchez Craig-Lawson | * | |
|     Mel Eskridge obo R.D. | * | |
|     Esther Davis-Vincent | * | |
|     Sonia Edwards | * | |
|     Henry Edwards, Jr. | * | |
|     Mel Eskridge obo J.E. | * | |
|     Mel Eskridge | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Deridre Cole-Craig obo D.C., Marcus Craig, Deridre Craig obo M.C., Sanchez Craig-Lawson, Mel Eskridge obo R.D., Esther Davis-Vincent, Sonia Edwards, Henry Edwards, Jr., Mel Eskridge obo J.E., and Mel Eskridge (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23692).

A.   **SPECIFIC PLAINTIFFS**

Defendant Recreation by Design, LLC ("RBD") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

### 1. Deridre Cole-Craig obo D.C.

Plaintiff's counsel has recently spoken with Plaintiff Deridre Cole-Craig obo Davia Craig and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "A". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

### 2. Marcus Craig

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 18, 2011. See attached Exhibit "B". Furthermore, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

### 3. Deridre Cole-Craig obo M.C.

Plaintiff's counsel has recently spoken with Plaintiff Deridre Cole-Craig obo MarQuaz Craig and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "C". Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

### 4. Sanchez Craig-Lawson

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011.

See attached Exhibit "D".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

    **5.**    **Mel Eskridge obo R.D.**

Plaintiff's counsel has recently spoken with Plaintiff Mel Eskridge obo Rishard Davis, Jr., and did in fact submit supplemental answers to Defense counsel on December 18, 2011.  See attached Exhibit "E".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

    **6.**    **Esther Davis-Vincent**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "F". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

    **7.**    **Sonia Edwards**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 18, 2011.  See attached Exhibit "G".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

    **8.**    **Henry Edwards, Jr.**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "H". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**9.     Mel Eskridge obo J.E.**

Plaintiff's counsel has recently spoken with Plaintiff Mel Davis obo Jada Eskridge and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "I". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**10.    Mel Eskridge**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 18, 2011. See attached Exhibit "J". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**