# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  
**Case Name** Craig, Davia  
**DOB** 1/1/1992   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced while residing in the FEMA trailer consist of irritation to eyes, tearing of eyes, headaches, nausea, and vomiting.

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was diagnosed with headaches, and vomiting/nausea by the Mobile County Board of Health.

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  
**Case Name** Craig, Davia  
**DOB** 1/1/1992    **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Answer**  
No, I am not claiming any mental or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am making a claim for medical expenses as a result of residing in the FEMA trailer, at this time I do not recall the amount of my medical expenses.

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was born in Mobile, AL on 01/01/1992.

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No, I am not making a claim for loss wages or lost earning capacity as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  **Cause No.** 09-7891
**Case Name** Craig, Davia  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 1/1/1992  **SSN** 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

**Notice #**
MTD NC

**Answer**
I moved into the FEMA trailer on 11/2/2005.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved out of the FEMA trailers in August, 2007.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move out date is the same for both trailers and They were vacated at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The installation address of the trailers was 1714 Peach Dr Mobile, AL 36605.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. Both trailers were located at the same address.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  
**Case Name** Craig, Davia  
**DOB** 1/1/1992   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Notice #**  
MTD NC

**Answer**  
The other people who resided with me in the FEMA housing unit were

Deidre Craig age 36 current address 1317 Innsbauck Dr Mobile Al 36608 phone number 251-751-5725 lived in the FEMA trailer from 11/2005-08/2007 yes making a personal injury claim for headaches

Marcus Craig age 43 current address 1317 Innsbauck Dr Mobile Al 36608 phone number 251-751-5725 lived in the FEMA trailer from 11/2005-08/2007 yes making a personal injury claim for dizziness,vomiting,sinuses

Demarcus Craig age 14 current address 1317 Innsbauck Dr Mobile Al 36608 phone number 251-751-5725 lived in the FEMA trailer from 11/2005-08/2007 yes making a personal injury claim for dizziness, vomiting,sinuses

Marquaz Craig age 11 current address 1556 Navco Rd Mobile,Al 36605 phone number 251-471-8083 lived in the FEMA trailer 11/2005-08/2007 yes making a personal injury claim for headaches, shortness of breath, headaches

Davia Craig age 17 current address 1556 Navco Rd Mobile,Al 36605 phone number 251-471-8083 lived in the FEMA trailer 11/2005-08/2007 yes making a personal injury claim for headaches, shortness of breath, headaches

Victoria Fleeton age 18 urrent address 1556 Navco Rd Mobile,Al 36605 phone number 251-471-8083 lived in the FEMA trailer 11/2005-08/2007 yes making a personal injury claim for nausea, vomiting, dizziness

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent 8 hours each day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  
**Case Name** Craig, Davia  
**DOB** 1/1/1992  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Answer**
I have never smoked or used any tobacco products.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**
No one who resided in the FEMA trailer smoked or used any tobacco products.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**
No, I have never suffered from lung or respiratory disease.
No, I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**
The healthcare provider that treated me for my Formaldehyde Related Injury was the Mobile County Board of Health Clinic, they treated me for headaches, nausea, in 04/2006, 05/2006, 06/2007.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225965  
**Case Name** Craig, Davia  
**DOB** 1/1/1992   **SSN** 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

**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Notice #**  
| MTD NC |

**Answer**  
| Please see attached standard form 95, however I do not have any of the other requested documents. |

_____  
Plaintiff or Representative

12/16/2011  
_____  
Date