# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967                                    **Cause No.** 09-7891

**Case Name** Craig, Marcus E.                     **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

**DOB** 6/17/1965    **SSN** 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

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

The symptoms I experienced/reported to a physician during the time I lived in the FEMA trailer are as follows:

Irritation/Burning/Tearing of eyes
Bleeding of nasal membranes
Headaches
Nausea
Difficulty breathing
Persistent cough
Tightness of chest
Throat irritation
Dizziness

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

I do not know but understand that my claim is about formaldehyde
being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

The doctors/health care providers who diagnosed my illnesses are as follows:

12/2005

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967                                          **Cause No.** 09-7891

**Case Name** Craig, Marcus E.                           **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

**DOB** 6/17/1965     **SSN** 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

Headaches
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552

03/2006
Difficulty Breathing
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552

03/2006
Persistent cough
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552

03/2006
Tightness of chest
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552
06/2006
Irritation/Burning/Tearing of eyes
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552
08/2006Throat Irritation
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552
04/2006
Dizziness/Nausea
Suffered Prior? No
Condition Worsened? Yes
Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552
06/2006
Bleeding of nose
Suffered Prior? No
Condition Worsened? Yes

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967                                **Cause No.** 09-7891

**Case Name** Craig, Marcus E.                 **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

**DOB** 6/17/1965      **SSN** 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

Dr. Cecil Parker
2866 Dauphin St # V, Mobile, AL 36606
(251) 470-0552

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not claiming mental and or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Yes, I am making a claim for medical expenses related to formaldehyde. The amount I'm claiming for medical expenses is $300.00

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I was born on June 17, 1965 in Mobile, Al.

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID**
1623

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967

**Case Name** Craig, Marcus E.

**DOB** 6/17/1965     **SSN** 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

**Cause No.** 09-7891

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

---

| 43 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| I am not making a wage loss claim/claim of lost earning capacity. |
| --- |

---

| **Question #** | **Question** |
| --- | --- |
| 8 | V. A.6. Move in Date |

**Pet ID**

| 1623 |
| --- |

**Def ID**

| 43 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| I moved into trailers on  November 2005. According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not. |
| --- |

---

| **Question #** | **Question** |
| --- | --- |
| 9 | V. A.7. Move out Date |

**Pet ID**

| 1623 |
| --- |

**Def ID**

| 43 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| I moved out of trailers in August, 2007. According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move out date is the same for both trailers and They were vacated at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not. |
| --- |

---

| **Question #** | **Question** |
| --- | --- |
| 10 | V. A.8. Installation Address |

**Pet ID**

| 1623 |
| --- |

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967

**Case Name** Craig, Marcus E.

**DOB** 6/17/1965    **SSN** 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

**Cause No.** 09-7891

**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

43

**Notice #**

MTD NC

**Answer**

The Installation Address of the FEMA housing units was 1714 Perch Dr Mobile, AL 36605. According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. Both trailers were located at the same address.

| Question # | Question |
| --- | --- |
| 11 | V. E. Name of all trailer residents |

**Pet ID**

1623

**Def ID**

43

**Notice #**

MTD NC

**Answer**

The information of the other people who lived in the FEMA housing unit is as follows:

11/2005 - 08/2007
Deridre M Cole-Craig - Age 36
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Nausea
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Sanchez Craig-Lawson- Age 19
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Throat irritation
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
De Marcus  Craig- Age 14
Making a personal injury claim? Yes
Nature of the personal injury? Abdominal Pain/Headaches
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
MarQuaz Craig- Age 11
Making a personal injury claim? Yes
Nature of the personal injury? Dizziness/Headaches
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Victoria Fleeton - Age 18
Making a personal injury claim? Yes
Nature of the personal injury? Nausea
1317 Innsbruck Dr Mobile, AL 36608

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967                                              **Cause No.** 09-7891

**Case Name** Craig, Marcus E.                    **Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

**DOB** 6/17/1965      **SSN** 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

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

I spent about 8-10 hours in the FEMA housing unit each day.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

I have never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

No one who resides or resided with me in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225967

**Cause No.** 09-7891

**Case Name** Craig, Marcus E.

**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**DOB** 6/17/1965     **SSN** 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

**Answer**

I have never suffered from lung/other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**

1623

**Def ID**

43

**Notice #**

MTD NC

**Answer**

The doctors/health care providers who treated me for disease/illness/injury that I suffered as a result of living in a FEMA trailer are as follows:

Dr. Cecil Parker
Address: 2866 Dauphin St. Suite V
Mobile, AL 36606
Tel:251-470-0552
Dates: 12/2005-02/2008
Treatment: Sinus, Chest Pain, Upper Respiratory, Stomach Cramps.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**

1623

**Def ID**

43

**Notice #**

MTD NC

**Answer**

Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

_____     12/16/2011
Plaintiff or Representative          Date