# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968  
**Case Name** Craig, MarQuaz  
**DOB** 2/26/1997   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

The symptoms MarQuaz experienced/reported to a physician during the time he lived in a FEMA trailer are as follows:

Headaches  
Shortness Of Breath  
Persistent Cough  
Throat Irritation  
Hoarseness  
Dizziness  
Sinus Infection/Sinusitis

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

I do not know but understand that MarQuaz claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

The doctors/health care providers who treated MarQuaz for disease/illness/injury that he suffered as a result of living in a FEMA trailer are as follows:

All Symptoms Diagnosed - 12/2005

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968  
**Case Name** Craig, MarQuaz  
**DOB** 2/26/1997   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

USA Children & Woman  
1700 Center Street, Mobile, AL 36604  
(251) 415-1000  
Dr. Thomas Martinko at 1504 Spring Hill Ave # 1600, Mobile, AL 36604-3207, phone (251) 434-3915.

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
MarQuaz is not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am making a claim for MarQuaz's medical expenses as a result of residing in a FEMA housing unit, the amount $300.

| Question # | Question |
|---|---|
| 6 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
MarQuaz was born on February 26, 1997 in Mobile, AL.

| Question # | Question |
|---|---|
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968  
**Case Name** Craig, MarQuaz  
**DOB** 2/26/1997   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

---

43

**Notice #**  
MTD NC

**Answer**  
MarQuaz is not making a wage loss claim/claim of lost earning capacity as a result of his exposure to formaldehyde while residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 8 | V.A.6. Move in Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
MarQuaz moved into the trailers in November, 2005.  
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
MarQuaz moved out of the trailers in August, 2007.  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move out date is the same for both trailers and They were vacated at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968
**Case Name** Craig, MarQuaz
**DOB** 2/26/1997    **SSN** 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
**Cause No.** 09-7891
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Answer**
The installation address of MarQuaz's trailers was 1714 Perch Dr Mobile, AL 36605.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. Both trailers were located at the same address.

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
11/2005 - 08/2007
Deridre M Cole-Craig - Age 36
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Nausea
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Sanchez Craig-Lawson- Age 19
Making a personal injury claim? Yes
Nature of the personal injury? Headaches/Throat irritation
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
De Marcus Craig- Age 14
Making a personal injury claim? Yes
Nature of the personal injury? Abdominal Pain/Headaches
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Marcus Craig- Age 43
Making a personal injury claim? Yes
Nature of the personal injury? Headaches
1317 Innsbruck Dr Mobile, AL 36608

11/2005 - 08/2007
Victoria Fleeton - Age 18
Making a personal injury claim? Yes
Nature of the personal injury? Nausea
1317 Innsbruck Dr Mobile, AL 36608

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968  
**Case Name** Craig, MarQuaz  
**DOB** 2/26/1997    **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

43

**Notice #**
MTD NC

**Answer**
MarQuaz spent 8-10 hours per day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | VI.C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
MarQuaz has never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 14 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No one who resides or resided with MarQuaz in his FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
MarQuaz has never suffered from lung/other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225968  
**Case Name** Craig, MarQuaz  
**DOB** 2/26/1997   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The doctors/health care providers who treated MarQuaz for disease/illness/injury that he suffered as a result of living in a FEMA trailer are as follows:

All Symptoms Diagnosed - 12/2005  
USA Children & Woman  
1700 Center Street, Mobile, AL 36604  
(251) 415-1000  
Dr. Thomas Martinko at 1504 Spring Hill Ave # 1600, Mobile, AL 36604-3207, phone (251) 434-3915.

| Question # | Question |
|---|---|
| 17 | VIII(A-D) Produce Records |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/16/2011  
Plaintiff or Representative      Date