# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989    **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from the following symptoms such as rashes on skin, throat irritation, headaches, nausea, dizziness.

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from rashes on skin, throat irritation, headaches, nausea, dizziness but did not seek medical attention.

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Answer**
I am not making a claim for mental or emotional damages as a result of residing in the FEMA housing unit.

| Question # | Question |
|---|---|
| 5 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
Yes I am making a claim for medical expenses. I do not know the amount.

| Question # | Question |
|---|---|
| 6 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
My date of birth is October 2, 1989.

| Question # | Question |
|---|---|
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 8 | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Notice #**  
MTD NC

**Answer**  
I moved into my trailer in November, 2005. Only one of the trailers was used for living purposes, the other was used for storage due to the heat not working. Therefore I do not have a specific move in date for the storage trailer. I do not recall which trailer manufacture was used for the storage.

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I moved out of the trailer in August, 2007. Only one of the trailers was used for living purposes, the other was used for storage due to the heat not working. Therefore I do not have a specific move in date for the storage trailer. I do not recall which trailer manufacture was used for the storage.

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The installation address of the trailer was 1714 Perch Dr. Mobile, AL 36605. The Second trailer was on the same property. They were located side by side.

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The information of the other trailer residents is as follows:

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

---

Demarcus Craig, age 14, residing at 1714 Perch St. .Mobile, AL 36605 whose phone number is 251-751-7525, resided in the trailer from October, 2005 through August, 2007. Is making a personal injury claim for headaches and shortness of breath.

Marquez Craig, age 11, residing at 1714 Perch St. .Mobile, AL 36605 whose phone number is 251-751-7525, resided in the trailer from October, 2005 through August, 2007. Is making a personal injury claim for headaches and nose bleeds.

Sanchez Craig Lawson, age 18, residing at 1714 Perch St. .Mobile, AL 36605 whose phone number is 251-751-7525, resided in the trailer from October, 2005 through August, 2007. Is making a personal injury claim for sinus infection and nose bleeds.

Marcus Craig, age 46, residing at 1714 Perch St. .Mobile, AL 36605 whose phone number is 251-751-7525, resided in the trailer from October, 2005 through August, 2007. Is making a personal injury claim for headaches and sinus infection.

Clephas Cole, age 30, residing at 2452 First Ave, Mobile AL, 36617, whose phone number is 251-457-2874, resided in the trailer from October, 2005 through August, 2007 is making a personal injury claim for headaches and sinus infection.

Deidre Craig, age 40, residing at 1714 Perch St. .Mobile, AL 36605 whose phone number is 251-751-7525. resided in the trailer from October, 2005 through August, 2007. Is making a personal injury claim for headaches and nose bleeds. I do not recall the dates Deidre resided in the trailer

---

**Question #** 12  
**Question** V.13. Number of hours spent in trailer each day  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I spent 8-10 hours in the trailer each day.

**Question #** 13  
**Question** VI.C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I never used any type of tobacco product.

**Question #** 14  
**Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** No other resident used any type of tobacco product.

**Question #** 15  
**Question** VI(F)(1 & 4) Prior Medical History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I never suffered from lung/respiratory disease or skin disease.

**Question #** 16  
**Question** VII.B. Treatment for Formaldehyde Related Injury  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I did not seek medical attention for my injuries.

**Question #** 17  
**Question** VIII(A-D) Produce Records  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225969  
**Case Name** Craig-Lawson, Sanchez  
**DOB** 10/2/1989     **SSN** 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  

**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al.  vs. Gulf Stream Coach,

---

_[signature]_                                              12/16/2011

Plaintiff or Representative                         Date