# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088                                **Cause No.** 09-7907

**Case Name** Davis, Jr., Rishard           **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

**DOB** 7/4/2005      **SSN** 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

| Question # | Question |
|---|---|
| 1 | 1. III.C.   Checklist |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

He suffered from being constantly ill, bronchitis, asthma attacks for the first time in my life, worsening of allergies that I had previous to living in a FEMA trailer and sinus infection/sinusitis.

| Question # | Question |
|---|---|
| 2 | 2. III.C.2. Future Medical Claim |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

I do not know but understand that Jasmine's claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 3 | 3. III.C.3. Diagnosed Illness |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

He was treated for bronchitis and asthma by Dr. Despinasse located at 730 Colonial Drive, Baton Rouge, LA 70806 whose phone number is 225-924-7343, he received treatment 2006-present.

| Question # | Question |
|---|---|
| 4 | 4. III.C.8. Psychological Treatment |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**

EXHIBIT "E"

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088

**Case Name** Davis, Jr., Rishard

**DOB** 7/4/2005     **SSN** 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

**Cause No.** 09-7907

**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

| MTD NC |
|---|

**Answer**

He is not making a claim for mental, emotional damages and he has not received treatment.

| **Question #** | **Question** |
|---|---|
| 5 | 5. III.C.9. Total Medical Expenses |

**Pet ID**

| 1623 |
|---|

**Def ID**

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

He is not making a claim for medical expenses.

| **Question #** | **Question** |
|---|---|
| 6 | 6. IV.C. Date of Birth |

**Pet ID**

| 1623 |
|---|

**Def ID**

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

His date of birth is July 4, 2005 and I was born in Metarie, LA.

| **Question #** | **Question** |
|---|---|
| 7 | 7. IV.F.3. Only if you are making a wage claim |

**Pet ID**

| 1623 |
|---|

**Def ID**

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

He is not making a claim for lost wages.

| **Question #** | **Question** |
|---|---|
| 8 | 8. V.A.6. Move in Date |

**Pet ID**

| 1623 |
|---|

**Def ID**

| 43 |
|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088       **Cause No.** 09-7907

**Case Name** Davis, Jr., Rishard    **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

**DOB** 7/4/2005  **SSN** 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

**Notice #**
MTD NC

**Answer**
He moved into the trailer in May, 2006.

| **Question #** | **Question** |
|---|---|
| 9 | 9. V.A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
He moved out of the trailer in August, 2006.

| **Question #** | **Question** |
|---|---|
| 10 | 10. V.A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The installation addresses of the trailer 3939 Voctoria Drive,  Baton Rouge, LA 70805 and 3700 Blount Rd at S. Gibbons, Baton Rouge, LA 70815.

| **Question #** | **Question** |
|---|---|
| 11 | 11. V.E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The other trailer residents were:
Mel Eskridge, age 36, residing at 5453 B. Banyan Trace. Baton Rouge, LA 70805, lived in the trailer from March, 2006 through August, 2006 is making a personal injury claim for illness.

Romel Cross, age 51, residing at 8165 Plank #121, Baton Rouge, LA, lived in the trailer from March, 2006 through August, 2008 is making a personal injury claim for illness.

Goldie Cross, age 56, residing at 8165 Plank #121, Baton Rouge, LA, lived in the trailer from

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088      **Cause No.** 09-7907

**Case Name** Davis, Jr., Rishard      **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

**DOB** 7/4/2005     **SSN** 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

---

March, 2006 through August, 2008 is making a personal injury claim for illness.

Jasmine Breaux, residing at 5453 B. Banyan Trace. Baton Rouge, LA 70805, lived in the trailer from March, 2006 through August, 2006 is making a personal injury claim for illness.

Jada Eskridge, 5453 B. Banyan Trace. Baton Rouge, LA 70805, lived in the trailer from March, 2006 through August, 2006 is making a personal injury claim for illness.

| Question # | Question |
|---|---|
| 12 | 12. V.13. Number of hours spent in trailer each day |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
He spent 24 hours in the trailer each day.

| Question # | Question |
|---|---|
| 13 | 13. VI.C. Plaintiff's Smoking History |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
He never used any type of tobacco product.

| Question # | Question |
|---|---|
| 14 | 14. VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
Romel Cross smoked one pack per day for twenty years while he resided in the trailer but he smoked outside.

| Question # | Question |
|---|---|
| 15 | 15. VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088                                    **Cause No.** 09-7907
**Case Name** Davis, Jr., Rishard                   **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,
**DOB** 7/4/2005     **SSN** 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

---

**Def ID**
43

**Notice #**
MTD NC

**Answer**
He has suffered from asthma since 2005. He has not suffered from skin disease.

---

| **Question #** | **Question** |
|---|---|
| 16 | 16. VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
He was treated for bronchitis and asthma by Dr. Despinasse located at 730 Colonial Drive, Baton Rouge, LA 70806 whose phone number is 225-924-7343 2006-present.

---

| **Question #** | **Question** |
|---|---|
| 17 | 17. VIII(A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession for him.

---

| **Question #** | **Question** |
|---|---|
| 18 | Certification page |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached certification.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202088                      **Cause No.** 09-7907

**Case Name** Davis, Jr., Rishard          **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

**DOB** 7/4/2005      **SSN** 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

_____          12/7/2011
Plaintiff or Representative                Date

Davis, Jr., Rishard - WGC#202088

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**

**Mel Eskridge, as Next Friend of
Rishard Davis, a minor**
**Print Your Name**

12/5/11
**Date**