# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  
**Case Name** Davis-Vincent, Esther Lois  
**DOB** 1/22/1948   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 1 | III.C.  Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced were.  
Sinus Infections  
Sinusitis  
Allergies for the first time in my life  
Other Damage (eyes)

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced/reported to a physician during the time I lived in the FEMA housing unit are as follows:

Sinus Infections  
Sinusitis  
Allergies for the first time in my life  
Other Damage (eyes)  
Diagnosed by:  
Dr. Mark Williams  
501 Dr. Michael DeBakey Dr. Lake Charles 70601

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  
**Case Name** Davis-Vincent, Esther Lois  
**DOB** 1/22/1948  **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

Tel: 337-477-6172

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for metal or emotional damages.

| Question # | Question |
|---|---|
| 5 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a medical expenses claim.

| Question # | Question |
|---|---|
| 6 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
My date of birth is 1/22/1948, and I was born in Lake Charles, LA.

| Question # | Question |
|---|---|
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  **Cause No.** 10-1252
**Case Name** Davis-Vincent, Esther Lois  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 1/22/1948   **SSN** 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

**Answer**
I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 8 | V.A.6. Move in Date |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I moved into my Recreation By Design trailer on 2/6/2006.

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I moved out my Recreation By Design trailer on 2/6/2008.

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
My installation address for my Recreation By Design trailer was 6303 Estate Lane, Lake Charles, LA 70607.

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID** 1623

**Def ID** 43

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  
**Case Name** Davis-Vincent, Esther Lois  
**DOB** 1/22/1948     **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

MTD NC

**Answer**

The information of the other trailer residents is as follows:

Mabel C. Davis  
Age: 82  
Dates: 2/6/2006 - 2/8/2008  
Address: 333 Mill St., Lake Charles, LA 70601  
Telephone: 337-515-2072  
Making a personal injury claim: Yes, for Headaches

Criffin Kary Vicen  
Age: 61  
Dates: 2/6/2006 - 2/8/2008  
Address: 6303 Estate Lane, Lake Charles, LA 70601  
Telephone: 337-515-2073  
Making a personal injury claim: Yes, for Headaches

Edtherlosis Davis Vineat  
Age: 61  
Dates: 2/6/2006 - 2/8/2008  
Address: 6303 Estate Lane, Lake Charles, LA 70601  
Telephone: 337-515-2073  
Making a personal injury claim: Yes, for Headaches

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent 16-18 hours a day inside of my Recreation by Design Trailer.

| Question # | Question |
|---|---|
| 13 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never smoked or used tobacco products.

**Question #**   **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  
**Case Name** Davis-Vincent, Esther Lois  
**DOB** 1/22/1948 **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| 14 | VI.D. Smoking History of Other Trailer Resident(s) |
|---|---|
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** Nobody that resided in the FEMA trailer used any tobacco products. |

| Question # | Question |
|---|---|
| 15 | VI(F)(1 & 4) Prior Medical History |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** I have not suffered from any type of skin, or lung or other respiratory diseases, |

| Question # | Question |
|---|---|
| 16 | VII.B. Treatment for Formaldehyde Related Injury |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** I received treatment at the following facilities: Lake Charles Memorial Hospital - Craig Brossard 1701 Oak Park Blvd. Lake Charles, LA (337) 494-3000 Treatment received: Sinus Infections, Sinusitis Dates of Treatment: 07/2006 Mark Williams 524 Dr. Michael DeBakey Drive, Lake Charles, LA Tel: 337-477-6172 Treatment received: Allergies for the first time in my life. Dates of Treatment: 01/2008 Hart Eye Center - Hart 1920 W. Sale Road, Bldg. E, Suite 3, Lake Charles, LA 70601 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246705  **Cause No.** 10-1252
**Case Name** Davis-Vincent, Esther Lois  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 1/22/1948  **SSN** 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

(337) 439-4014
Treatment received: Other Damages (to my eyes)
Dates of Treatment: 01/2008

| Question # | Question |
|---|---|
| 17 | VIII(A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/12/2011
Plaintiff or Representative   Date

Davis-Vincent, Esther Lois - WGC#246705

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Esther Davis Vincent*  
**Signature of Plaintiff**

**Esther Davis-Vincent**  
**Print Your Name**

12-7-11  
**Date**