# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946

**Cause No.** 09-7819

**Case Name** Edwards, Sonia

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**DOB** 10/30/1969   **SSN** 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

| Question # | Question |
|---|---|
| 1 | . III.C. Checklist |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I experienced the following symptoms as a results of living in the FEMA trailer:
Irritation of eyes, burning of eyes, headaches, persistent cough, hoarseness, and sinus infection/sinusitis. All were diagnosed by Dr. Mary Abell located at 1020 Saint Andrew Street New Orleans, LA 70130, phone (504) 529-5558.

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I experienced the following symptoms as a results of living in the FEMA trailer:
Irritation of eyes, burning of eyes, headaches, persistent cough, hoarseness, and sinus infection/sinusitis. All were diagnosed by Dr. Mary Abell located at 1020 Saint Andrew Street New Orleans, LA 70130, phone (504) 529-5558.

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID**
1623

**Def ID**

## EXHIBIT "G"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946

**Case Name** Edwards, Sonia

**DOB** 10/30/1969   **SSN** 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

**Cause No.** 09-7819

**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

---

| 43 |

**Notice #**

| MTD NC |

**Answer**

No, I am not making a claim for mental or emotional damages.

---

| **Question #** | **Question** |
| 5 | III.C.9. Total Medical Expenses |

**Pet ID**

| 1623 |

**Def ID**

| 43 |

**Notice #**

| MTD NC |

**Answer**

I am making a medical expense claim for $500.00.

---

| **Question #** | **Question** |
| 6 | IV.C. Date of Birth |

**Pet ID**

| 1623 |

**Def ID**

| 43 |

**Notice #**

| MTD NC |

**Answer**

My date of birth is 10/30/1969. I was born in New Orleans, LA.

---

| **Question #** | **Question** |
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID**

| 1623 |

**Def ID**

| 43 |

**Notice #**

| MTD NC |

**Answer**

I am not making a loss wage claim.

---

| **Question #** | **Question** |
| 8 | V.A.6. Move in Date |

**Pet ID**

| 1623 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946  
**Case Name** Edwards, Sonia  
**DOB** 10/30/1969   **SSN** 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

**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises,

---

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

Trailer 1. Gulf Stream Coach, Inc.
I moved into my trailer in 3/01/2006

Trailer 2. Cavalier Home Builders, LLC
I moved into my trailer in 11/01/2007

Trailer 3. Recreation by Design, LLC
I did not reside in this 3rd trailer, but I did visit it because it was on my property and my children were residing in this trailer.

---

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

Trailer 1. Gulf Stream Coach, Inc.
I moved out of my trailer in 11/012006

Trailer 2. Cavalier Home Builders, LLC
I moved out of my trailer in 12/01/2008

Trailer 3. Recreation by Design, LLC
I did not reside in this 3rd trailer, but I did visit it because it was on my property and my children were residing in this trailer.

---

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

The installation addresses are as follows:
Trailer 1. Gulf Stream Coach, Inc.
1 Avenger Park, New Orleans, LA, 70118

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946
**Case Name** Edwards, Sonia
**DOB** 10/30/1969   **SSN** 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

**Cause No.** 09-7819
**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises,

---

Trailer 2. Cavalier Home Builders, LLC
1323 Mandolin St., New Orleans, LA, 70122.

Trailer 3. Recreation By Design, LLC
1323 Mandolin St., New Orleans, LA, 70122.

---

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

The following list is of all information of everyone who resided in the trailer.
Jorran Hoodges age 14. His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Jorran is making a personal injury claim for sinus infection, headaches.
Henry  Edwards age 44 .His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Henry is making a personal injury claim for sinus infection and headaches.
Sonia Edwards Age 39. Her phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. I lived in the trailer from 3/1/2006-12/1/2008. I am making a  personal injury claim for sinus infection and headaches.
Henry Pittman age 19 His phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. He lived in the trailer from 3/1/2006-12/1/2008. Henry is making a  personal injury claim for sinus infection and headaches.
Darrineka Hodges age 20. Her phone number and address is Mandolin Street New Orleans, La 70122, phone 504-650-4267. She lived in the trailer from 3/1/2006-12/1/2008. Darrineka is making a personal injury claim for sinus infection and headaches.

---

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

I spent about 14 hours a day in the trailer.

---

| Question # | Question |
|---|---|
| 13 | VI.C. Plaintiff's Smoking History |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946
**Case Name** Edwards, Sonia
**DOB** 10/30/1969    **SSN** 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

**Cause No.** 09-7819
**Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises,

| | |
|---|---|
| 1623 | |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 14 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
Nobody who resided with me used any kind of tobacco product.

| Question # | Question |
|---|---|
| 15 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**
I have never suffered from lung or respiratory disease, infectious disease, long term stomach or bowel disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244946                    **Cause No.** 09-7819

**Case Name** Edwards, Sonia        **Case Style** Dora Howard, et. al.  vs. Fleetwood Enterprises,

        **DOB** 10/30/1969  **SSN** 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

---

I received treatments for sinus infection from Dr. Mary Abell located at 1020 Saint Andrew Street New Orleans, LA 70130, phone (504) 529-5558.

| Question # | Question |
|---|---|
| 17 | VIII(A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

---

_____     12/16/2011
Plaintiff or Representative                 Date

Edwards, Sonia - WGC#244946

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | Sonia Edwards | 12/2/11 |
| **Signature of Plaintiff** | **Print Your Name** | **Date** |