# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Case Name** Edwards, Jr., Henry  
**DOB** 10/24/1964  **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 1 | III.C.  Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The following is a list of symptoms I experienced while living in a trailer:  
Allergies for the first time in my life  
Eye Irritation  
Excessive Tears  
Persistent Cough  
Other Damage Checkup

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The following is a list of symptoms I experienced while living in a trailer:  
Allergies for the first time in my life  
Eye Irritation  
Excessive Tears  
Persistent Cough  
Other Damage Checkup

| Question # | Question |
|---|---|
| 4 | |

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Case Name** Edwards, Jr., Henry  
**DOB** 10/24/1964   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am not making a claim for metal or emotional damages.

| Question # | Question |
|---|---|
| 5 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am making a claim for medical expenses but the amount is unknown.

| Question # | Question |
|---|---|
| 6 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
My date of birth is 10/24/1964, and I as born in Ferriday, LA.

| Question # | Question |
|---|---|
| 7 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes I am making a claim for wage loss. I lost 3 weeks of work, and that equals $1500.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Case Name** Edwards, Jr., Henry  
**DOB** 10/24/1964   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 8 | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

Trailer 1: I moved into my Coachmen trailer on March 1, 2006

Trailer 2: I moved into my Cavalier trailer on November 1, 2007. This trailer resided on my Property.

Trailer 3: I moved into of my Recreation by Design trailer in November 1, 200. This trailer resided Next to my wife's employment.

I spent time back and forth between trailer 2 and 3.

| Question # | Question |
|---|---|
| 9 | V.A.7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

Trailer 1: I moved out of my Coachmen trailer in November 1, 2007

Trailer 2: I moved out of my Cavalier trailer in December 1, 2008. This trailer resided on my Property.

Trailer 3: I moved out of my Recreation by Design trailer in December 1, 2008. This trailer resided Next to my wife's employment.

I spent time back and forth between trailer 2 and 3.

| Question # | Question |
|---|---|
| 10 | V.A.8. Installation Address |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Case Name** Edwards, Jr., Henry  
**DOB** 10/24/1964 **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**Notice #**  
MTD NC

**Answer**

The installation address for my Gulf Stream trailer was 1 Avenger park Drive, New Orleans, LA 70118.

The installation address for my Cavalier trailer was 1323 Mandolin Street, New Orleans, LA 70112.

The installation address for the Recreation by Design trailer 3 was 1323 Mandolin Street, New Orleans, LA 70112.

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

The information of the other trailer residents is as follows:

Henry Edwards Sr  
Age: 44  
Sonia Edwards  
Age: 39  
Darrenaka Hodges  
Age: 20  
Henry Henry Pittman  
Age: 19  
Henry Jorran Hodges  
Age: 14

| Question # | Question |
|---|---|
| 12 | . V.13. Number of hours spent in trailer each day |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Cause No.** 09-7819  
**Case Name** Edwards, Jr., Henry  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,  
**DOB** 10/24/1964   **SSN** 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

> I spent up to 10 hours a day in side of my Gulf Stream trailer, and I would spend on average 10 hours a day inside of my Cavalier trailer. Finally, I would spend around 10 hours a day inside of trailer 3. However, I do not recall how many hours I would spend inside of my Recreation by Design trailer.

**Question #** 13  
**Question** VI.C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I have never smoked or used tobacco products.

**Question #** 14  
**Question** VI.D. Smoking History of Other Trailer Resident(s)  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I do not recall whether anyone who resided with me used any kind of tobacco product.

**Question #** 15  
**Question** VI(F)(1 & 4) Prior Medical History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I have not suffered from any type of skin, or lung or other respiratory diseases.

**Question #** 16  
**Question** VII.B. Treatment for Formaldehyde Related Injury  
**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244986  
**Case Name** Edwards, Jr., Henry  
**DOB** 10/24/1964 **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

---

| 43 |

**Notice #**
| MTD NC |

**Answer**

I received treatment at the following facilities:

I do not recall DOCTORS NAME  
2820 Napoleon Ave. New Orleans ,LA 70115  
I do not recall TELEPHONE NUMBER  
Treatment received: Allergies for the first time in my life  
Dates of Treatment: I do not recall DATES OF TREATMENT

I do not recall DOCTORS NAME  
2820 Napoleon Ave. New Orleans ,LA 70115  
I do not recall TELEPHONE NUMBER  
Treatment received: Eye Irritation, Excessive Tears  
Dates of Treatment: I do not recall DATES OF TREATMENT

I do not recall DOCTORS NAME  
2820 Napoleon Ave. New Orleans ,LA 70115  
I do not recall TELEPHONE NUMBER  
Treatment received: Persistent Cough  
Dates of Treatment: I do not recall DATES OF TREATMENT

I do not recall DOCTORS NAME  
1415 Napoleon St. Ste. 890 New Orleans LA 70115  
I do not recall TELEPHONE NUMBER  
Treatment received: Other Damages  
Dates of Treatment: I do not recall DATES OF TREATMENT

---

**Question #** **Question**
| 17 | VIII(A-D) Produce Records

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

---

_____  12/16/2011  
Plaintiff or Representative           Date

Davis-Vincent, Esther Lois - WGC#246705

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Esther Davis Vincent*
**Signature of Plaintiff**

**Esther Davis-Vincent**
**Print Your Name**

12-7-11
**Date**