# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895
**Case Name** Eskridge, Jada
**DOB** 9/25/1998   **SSN** 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
**Cause No.** 09-7907
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

| Question # | Question |
|---|---|
| 1 | III.C. Checklist |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The symptoms Jada experienced are as follows:
irritation or itching of skin, burning of skin, rashes on skin, drying or scaling of skin, scaling or itching of eyelids, worsening of allergies that she had previous to living in FEMA trailer, and sinus infection/sinusitis.

| Question # | Question |
|---|---|
| 2 | III.C.2. Future Medical Claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I do not know but understand that Jada's claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 3 | III.C.3. Diagnosed Illness |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Her rash, skin problems, allergies and sinusitis were diagnosed by Dr. Despinasse located at 730 Colonial Drive in Baton Rouge, LA 70806. Office contact number is (225) 924-7343.

| Question # | Question |
|---|---|
| 4 | III.C.8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43

**EXHIBIT "I"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895  
**Case Name** Eskridge, Jada  
**DOB** 9/25/1998  **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

**Notice #**  
MTD NC

**Answer**  
Jada is not making a claim for metal or emotional damages.

**Question #** 5  
**Question** III.C.9. Total Medical Expenses  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for Jada's medical expenses.

**Question #** 6  
**Question** IV.C. Date of Birth  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Jada was born on 9/25/1998, in New Orleans, LA.

**Question #** 7  
**Question** IV.F.3. Only if you are making a wage claim  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Jada is not making a wage claim.

**Question #** 8  
**Question** V.A.6. Move in Date  
**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895  **Cause No.** 09-7907
**Case Name** Eskridge, Jada  **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,
**DOB** 9/25/1998  **SSN** 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

**Notice #**
MTD NC

**Answer**
Jada lived in two different trailers, along with her other siblings and myself:

30 Lakeside Park Homes, Inc.
3939 Victoria Dr
Baton Rouge, LA 70812
VIN: LSPH201254609GA06
BC 1383823
Move In Date: 05/20/2006
Move Out Date: 07/15/2006

43 Recreation by Design, LLC
1609 Westminster Blvd
Marrero, LA 70072
VIN: 5CZ200R2561125112
BC 1276120
Move In Date: 07/16/2006
Move Out Date: 08/10/2006

**Question #** **Question**
9  V.A.7. Move out Date

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Jada lived in two different trailers, along with her other siblings and myself:

30 Lakeside Park Homes, Inc.
3939 Victoria Dr
Baton Rouge, LA 70812
VIN: LSPH201254609GA06
BC 1383823
Move In Date: 05/20/2006
Move Out Date: 07/15/2006

43 Recreation by Design, LLC
1609 Westminster Blvd
Marrero, LA 70072
VIN: 5CZ200R2561125112
BC 1276120
Move In Date: 07/16/2006
Move Out Date: 08/10/2006

**Question #** **Question**
10

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895  
**Case Name** Eskridge, Jada  
**DOB** 9/25/1998  **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

The address for which the trailer manufactured by Recreation by Design, LLC is 1609 Westminster Blvd, Marrero, LA 70072.

The address for the Lakside park homes was 3939 Victoria Dr Baton Rouge, LA 70812

| Question # | Question |
|---|---|
| 11 | V.E. Name of all trailer residents |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

The information of the other trailer residents is as follows:

Mel Eskridge  
Age: 36  
Dates: 3/2006- 8/2006  
Address: 5453 B Banyon Trace Dr. Baton Rouge, LA 70805  
Home Phone: 225-454-6146, Cell Phone: 225-288-6577  
Making a personal injury claim: Yes, for illness

Jasmine Breaux  
Age: 15  
Dates: 3/2006- 8/2006  
Address: 5453 B Banyon Trace Dr. Baton Rouge, LA 70805  
Home Phone: 225-454-6146, Cell Phone: 225-288-6576  
Making a personal injury claim: Yes, for illness

Rishard Davis, Jr.  
Age: 4  
Dates: 3/2006- 8/2006  
Address: 5453 B Banyon Trace Dr. Baton Rouge, LA 70805  
Home Phone: 225-454-6146, Cell Phone: 225-288-6576  
Making a personal injury claim: Yes, for illness

Romal Cross, Jr.  
Age: 51  
Dates: 3/2006- 8/2006

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895  **Cause No.** 09-7907
**Case Name** Eskridge, Jada  **Case Style** Mel Eskridge, as Next Friend of J. B., a minor,
**DOB** 9/25/1998  **SSN** 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

8165 Plank Rd Apt 121 Baton Rouge, LA 70811
Home Phone: 225-357-6951, Cell Phone: 225-284-4818
Making a personal injury claim: Yes, for illness

Goldie M. Cross
Age: 56
Dates: 3/2006- 8/2006
8165 Plank Rd Apt 121 Baton Rouge, LA 70811
Home Phone: 225-357-6951, Cell Phone: 225-284-4818
Making a personal injury claim: Yes, for illness

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Jada spent 24 hours a day in the trailer.

| Question # | Question |
|---|---|
| 13 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Jada has never smoked or used tobacco.

| Question # | Question |
|---|---|
| 14 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Romel Cross is the only person who resided with Jada who smoked/used tobacco products. He smoked one pack per day for twenty years while he resided in the trailer. He smoked outside.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895  **Cause No.** 09-7907
**Case Name** Eskridge, Jada  **Case Style** Mel Eskridge, as Next Friend of J. B., a minor,
**DOB** 9/25/1998  **SSN** 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

| Question # | Question |
|---|---|
| 15 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
No, Jada never suffered form Lung Or respiratory disease, However she has suffered from the skin disease Excema. I do not recall when she started having Excema. The last time I brought my daughter to see the doctor was in April and May, 2010.

| Question # | Question |
|---|---|
| 16 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The doctors/health care providers who treated Jada for disease/illness/injury that she suffered as a result of living in a FEMA trailer are as follows:

Client does not recall dates of treatments
Strep throat and Sinus Problems
Dr. Pespinasse - Pediatrics
730 Colonial Dr, Baton Rouge, LA 70806.
(225) 924-7343.

| Question # | Question |
|---|---|
| 17 | VIII(A-D) Produce Records |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201895          **Cause No.** 09-7907
**Case Name** Eskridge, Jada          **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,
**DOB** 9/25/1998   **SSN** 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

_____          12/16/2011
Plaintiff or Representative          Date

Case 2:07-md-01873-KDE-MBN   Document 23950-9   Filed 12/20/11   Page 8 of 8
DEC-5-2011 08:21 FROM:MR CASH                2259252240           TO:13618821261         P.3/4

Eskridge, Jada - WGC#201895

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Mel Eskridge_ (signature)
**Signature of Plaintiff**

Mel Eskridge, as Next Friend of Jada Eskridge, a minor
**Print Your Name**

12/5/11
**Date**