# Plaintiff Fact Sheet Deficiency Answers

| | |
|---|---|
| **WGC#** 201896 | **Cause No.** 09-7907 |
| **Case Name** Eskridge, Mel M. | **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, |
| **DOB** 3/12/1973    **SSN** 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 | |

**Notice #**

MTD NC

**Answer**

My date of birth is 2/1973 and the place of birth is New Orleans, LA.

---

**Question #**  7

**Question**

IV.F.3. Only if you are making a wage claim

**Pet ID**  1623

**Def ID**  43

**Notice #**

MTD NC

**Answer**

I am not making a wage loss claim.

---

**Question #**  8

**Question**

V.A.6. Move in Date

**Pet ID**  1623

**Def ID**  43

**Notice #**

MTD NC

**Answer**

I moved in the trailer 5/2006.

---

**Question #**  9

**Question**

V.A.7. Move out Date

**Pet ID**  1623

**Def ID**  43

**Notice #**

MTD NC

**Answer**

I moved out of the trailer 8/2006.

---

**Question #**  10

**Question**

V.A.8. Installation Address

**Pet ID**  1623

**Def ID**  43

# EXHIBIT "J"

# Plaintiff Fact Sheet Deficiency Answers

| | | | |
|---|---|---|---|
| **WGC#** 201896 | | **Cause No.** 09-7907 | |
| **Case Name** Eskridge, Mel M. | | **Case Style** Mel Eskridge, as Next Friend of J. B. , a minor, | |
| **DOB** 3/12/1973 | **SSN** 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 | | |

**Notice #**
| MTD NC |

**Answer**

The address the trailer's address was located on 3939 Victoria Drive, Lot 37.

---

**Question #** | **Question**

| 11 | V.E. Name of all trailer residents |

**Pet ID**
| 1623 |

**Def ID**
| 43 |

**Notice #**
| MTD NC |

**Answer**

The information of the other trailer residents is as follows:

Jada Eskridge,
5453 B. Banyan Trace. Baton Rouge, LA 70805,
lived in the trailer from March, 2006 through August, 2006
is making a personal injury claim for illness.

Jasmine Breaux
Age: 15
Dates: 3/2006- 8/2006
Address: 5453 B Banyon Trace Dr.  Baton Rouge, LA 70805
Home Phone: 225-454-6146, Cell Phone: 225-288-6576
Making a personal injury claim: Yes, for illness

Rishard  Davis, Jr.
Age: 4
Dates: 3/2006- 8/2006
Address: 5453 B Banyon Trace Dr.  Baton Rouge, LA 70805
Home Phone: 225-454-6146, Cell Phone: 225-288-6576
Making a personal injury claim: Yes, for illness

Romal  Cross, Jr.
Age: 51
Dates: 3/2006- 8/2006
8165 Plank Rd Apt 121 Baton Rouge, LA 70811
Home Phone: 225-357-6951, Cell Phone: 225-284-4818
Making a personal injury claim: Yes, for illness

Goldie M. Cross
Age: 56
Dates: 3/2006- 8/2006
8165 Plank Rd Apt 121 Baton Rouge, LA 70811
Home Phone: 225-357-6951, Cell Phone: 225-284-4818
Making a personal injury claim: Yes, for illness

---

**Question #** | **Question**

| 12 | |

DEC-5-2011  08:21  FROM:MR CASH          2259252240        TO:13618821261      P.1/4

Eskridge, Mel M. - WGC#201896

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| Signature of Plaintiff | Mel Eskridge | 12/5/11 |
| | Print Your Name | Date |