UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Goldie Cross v. Recreation by Design, LLC, et al.* No. 10-1252 Plaintiffs: Mel Eskridge obo J.B. David Bruce Ellen Bruce Alphonse Campbell obo S.C. Nancy Campbell Alphonse Campbell Joyce Clayton Rhonda Fleeton obo D.C. Cleophas Cole Leah Cole | * * * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COME NOW Mel Eskridge obo J.B., David Bruce, Ellen Bruce, Alphonse Campbell obo S.C., Nancy Campbell, Alphonse Campbell, Joyce Clayton, Rhonda Fleeton obo D.C., Cleophas Cole, and Leah Cole (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23691).

**A.    SPECIFIC PLAINTIFFS**

Defendant Recreation by Design, LLC ("RBD") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

1. **Mel Eskridge obo J.B.**

Plaintiff's counsel has recently spoken with Plaintiff Mel Eskridge obo J. B. (Jasmine Breaux) and did in fact submit supplemental answers to the deficiencies to the Defense counsel on December 18, 2011. See attached Exhibit "A". Plaintiff Mel Eskridge on obo Jasmine Breaux has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

2. **David Bruce**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 18, 2011. See attached Exhibit "B". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

3. **Ellen Bruce**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 18, 2011. See attached Exhibit "C". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

4. **Alphonse Campbell obo S.C.**

Plaintiff's counsel has recently spoken with Plaintiff Alphonse Campbell obo S.C. (SaCorey Campbell) and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "D". Plaintiff Alphonse Campbell obo SaCorey Campbell has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**5.     Nancy Campbell**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "E". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

**6.     Alphonse Campbell**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "F". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

**7.     Joyce Clayton**

Plaintiff's counsel has attempted to contact Joyce Clayton on multiple occasions but as of the date of this filing has not been successful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "G".

**8.     Rhonda Fleeton obo D.C.**

Plaintiff's counsel has recently spoken with Plaintiff Rhonda Fleeton obo D.C. (de Marcus-Donovan Craig) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "H". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.  Also, an updated certification page has been requested from the Plaintiff, and it will be forwarded to Defense Counsel when it is received.

3

9. **Cleophas Cole**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "I".

10. **Leah Cole**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "J".

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

4

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

5