# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928  
**Case Name** Breaux, Jasmine  
**DOB** 3/25/1994    **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Jasmine suffered from headaches and sinus infection/sinusitis.

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I do not know but understand that Jasmine's claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The symptoms Jasmine experienced/reported to a physician during the time she resided in the FEMA housing unit are as follows:

Sinus Infections/Headaches - I can not recall the month as Dr. Despinasse has treated Jasmine many times in 2006  
Dr. Despinasse  
730 Colonial Dr, Baton Rouge, LA 70806  
(225) 924-7343

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928  
**Case Name** Breaux, Jasmine  
**DOB** 3/25/1994  **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No, Jasmine is not claiming mental and/or emotional damages as a result of residing in a FEMA housing unit.

---

**Question #** 5  
**Question** III. C.9. Total Medical Expenses

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No, I am not making a claim for Jasmine's medical expenses as a result of living in a FEMA trailer.

---

**Question #** 6  
**Question** IV. C. Date of Birth

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Jasmine's date of birth is 3/25/1994.

---

**Question #** 7  
**Question** IV. F.3. Only if you are making a wage claim

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No, Jasmine is not making a claim for Loss Wages of Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928
**Case Name** Breaux, Jasmine
**DOB** 3/25/1994  **SSN** 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
**Cause No.** 09-7907
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Jasmine first occupied the FEMA housing unit on 5/1/2006.

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Jasmine moved out of the FEMA housing unit on 8/1/2006.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The installation address of Jasmine's FEMA housing unit was 393 Victoria Dr Lot 37 Baton Rouge LA 70812.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928  
**Case Name** Breaux, Jasmine  
**DOB** 3/25/1994   **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

**Answer**

The residents of the trailer were:
Mel Eskridge, age 36, residing at 5433 B. Bonyan Tr. Baton Rouge, LA 70805. Phone number 225-268-6577. Lived in the trailer from May, 2006 through August, 2006. Is making a claim for personal injury for breast cancer.

Richard Davis Jr., age 4, residing at 5433 B. Bonyan Tr. Baton Rouge, LA 70805. Phone number 225-268-6577. Lived in the trailer from May, 2006 through August, 2006. Is making a claim for personal injury for Asthma.

Jada Eskridge, age 10, residing at 5433 B. Bonyan Tr. Baton Rouge, LA 70805. Phone number 225-268-6577. Lived in the trailer from May, 2006 through August, 2006. Is making a claim for personal injury for allergies.

Goldie Cross, age 56, residing at 8165 Plank Rd. Apt 121, Baton Rouge, LA 70811. Phone number 225-357-6951. Lived in the trailer from May, 2006 through August, 2006. Is making a claim for personal injury, but I do not recall the nature of the injury.

Romel Cross, age 51, residing at 8165 Plank Rd. Apt 121, Baton Rouge, LA 70811. Phone number 225-357-6951. Lived in the trailer from May, 2006 through August, 2006. Is making a claim for personal injury, but I do not recall the nature of the injury.

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
She spent 24 hours each day in the trailer.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
She have never used any type of tobacco product.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928  
**Case Name** Breaux, Jasmine  
**DOB** 3/25/1994   **SSN** 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  
**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B., a minor,

**Def ID**
43

**Notice #**
MTD NC

**Answer**
My Grandmother's husband smoked one pack per day for twenty years outside the trailer.

| Question # | Question |
|---|---|
| 15 | VI (F)(1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
She have not suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
She was treated for any and all symptoms she was experiencing, she was diagnosed with sinusitis and meningitis by Dr. Pespinasse located at 730 Colonial Dr, Baton Rouge, LA 70806. His phone number is (225) 924-7343.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199928  
**Case Name** Breaux, Jasmine  
**DOB** 3/25/1994   **SSN** 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

**Cause No.** 09-7907  
**Case Style** Mel Eskridge, as Next Friend of J. B. , a minor,

_____  
Plaintiff or Representative

12/7/2011  
_____  
Date

Breaux, Jasmine - WGC#199928

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  Mel Eskridge, as Next Friend of   12/5/11
Signature of Plaintiff           Jasmine Breaux, a minor        Date
                                 Print Your Name