# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199821  
**Case Name** Bruce, David  
**DOB** 8/5/1959    **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from blood in urine, irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, headaches, throat irritation, worsening of allergies that I had previous to living in a FEMA trailer and sinus infection/sinusitis.

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was diagnosed for blood in urine, irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, headaches, throat irritation, worsening of allergies that I had previous to living in a FEMA trailer and sinus infection/sinusitis by Dr. Lynda Haynes located at 10075 Grand Bay Wilmer Rd S, Grand Bay, AL 36541 and whose phone number is (251) 865-1852.

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID**

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199821  
**Case Name** Bruce, David  
**DOB** 8/5/1959  **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

---

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for mental or emotional damage. I have not received any psychological treatments.

---

**Question #** 5  
**Question** III. C.9. Total Medical Expenses

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

---

**Question #** 6  
**Question** IV. C. Date of Birth

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
My date of birth is 8/5/1959.

---

**Question #** 7  
**Question** IV. F.3. Only if you are making a wage claim

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

---

**Question #** 8  
**Question** V. A.6. Move in Date

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199821  **Cause No.** 09-7828
**Case Name** Bruce, David  **Case Style** Shirley Acker, as Next Friend of C. A., a minor,
**DOB** 8/5/1959  **SSN** 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

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved into the trailer in September, 2005.

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved out of the trailer in January, 2007.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The installation address of the trailer is 14191 S. Wintzell Ave. Bayou La Batre, AL 36509.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The names of trailer residents are:
Ellen Bruce, age 54 residing at 14191 S. Wintzell Ave. Bayou La Batre, AL 36509. Lived in the trailer from September, 2005 through January, 2007. Is making a personal injury claim for bad health.
David Bruce, age 49 residing at 14191 S. Wintzell Ave. Bayou La Batre, AL 36509. Lived in the

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199821  
**Case Name** Bruce, David  
**DOB** 8/5/1959   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

trailer from September, 2005 through January, 2007. Is making a personal injury claim for bad health.

| Question # | Question |
|---|---|
| 12 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent an average of 12 hours each day in the trailer.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am a past smoker and smoked two packs each day for seventeen years. My smoking stopped in December, 1990.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
My wife, Ellen Bruce, smokes one pack each day for 35 years and smoked both inside and outside the trailer.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199821  
**Case Name** Bruce, David  
**DOB** 8/5/1959   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

**Notice #**  
MTD NC

**Answer**  
I never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I was diagnosed for blood in urine, irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, headaches, throat irritation, worsening of allergies that I had previous to living in a FEMA trailer and sinus infection/sinusitis by Dr. Lynda Haynes located at 10075 Grand Bay Wilmer Rd S, Grand Bay, AL 36541 and whose phone number is (251) 865-1852.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____  
Plaintiff or Representative

12/7/2011  
Date

Bruce, David - WGC#199821

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____     **David Bruce**    _12-9-11_
**Signature of Plaintiff**    **Print Your Name**    **Date**