# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954  **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

The symptoms I experienced our as follows  
burning of the eyes  
irritation of itching of skin  
rashes on skin  
drying or scaling of skin  
headaches  
nausea  
difficulty in breathing  
wheezing  
shortness of breath  
persistent cough  
bronchitis  
throat irritation  
upper respiratory tract infections  
allergies for the first time in your life  
nephritis (inflammation of kidneys )  
renal acidosis  
residuary  

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**

My understanding of the illness or disease I claim I have developed or may in the future develop from living in a fema trailer or mobile home is renal acidosis, wheezing, and persistent cough.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623

**Def ID**

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

| 43 |

**Notice #**

| MTD NC |

**Answer**

The following illnesses, diseases or conditions have been diagnosed
Bronchitis, 1/2006, I did not suffer prior to living in the trailer. Dr. Linda Hanes diagnosed me the condition did worsen by the trailer. The address of physician is neuphrology of Mobil AL. Grand Bay Medical Center located at 10075 Grand Bay Wilmer Rd S, Grand Bay, AL 36541-5003; (251) 865-1852.

Upper respiratory infection, 4/2006. I did not suffer prior to living in the fema trailer. The condition did worsen while living in the trailer. Dr. Linda Hanes diagnosed me. at the Grand Bay Medical Center located at 10075 Grand Bay Wilmer Rd S, Grand Bay, AL 36541-5003; (251) 865-1852.

Throat Irritation, 12/2006, I did not have prior to living in the trailer. The condition did worsen while living in the trailer. Dr. Linda Hanes diagnosed me at the Grand Bay Medical Center located at 10075 Grand Bay Wilmer Rd S, Grand Bay, AL 36541-5003; (251) 865-1852.

Allergies for the first time, 9/2006. I did not suffer prior to living in the trailer. The condition did worsen during my time in the trailer. I did not seek medical attention nor did a doctor diagnose me.

Nephritis of the kidneys, I did not have this prior to living in the trailer. My condition did worsen while living in the trailer. Dr. Philip Butera diagnosed me. The address is Nephrology Associates of Mobile, P.C. Nephrology Associates, 142 South University Boulevard
Mobile, AL 36608; Phone: (251) 343-5004.

Burning of the eyes. I did not suffer prior to living in the trailer. The condition did worsen. I did not seek medical attention.

Irritation of itching skin. I did not suffer prior to living in the trailer and the condition did worsen while living in the trailer. I did not seek medical attention.

Rash on the skin. I did not suffer prior to living in the trailer. The condition did worsen. I did not seek medical attention.

Drying or scaling of the skin, I did not suffer prior to living in the trailer. The condition did get worse. I did not seek medical attention.

Headaches. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

Nausea. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

Difficult breathing. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

Wheezing. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

Shortness of breath. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  **Cause No.** 09-7828
**Case Name** Bruce, Ellen L.   **Case Style** Shirley Acker, as Next Friend of C. A., a minor,
**DOB** 12/14/1954   **SSN** 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

Persistent cough. I did not have prior to living in the trailer. The condition did worsen while living in the trailer. I did not seek medical attention.

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not claiming mental and/or emotional treatment.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am making a medical expense claim of 10,000.00

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
My date of birth is December 14, 1954

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

**Answer**  
I am not making a lost wage claim or loss of earning capacity as a result of my exposure to formaldehyde while residing in a fema trailer or mobile home.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
My move in date was September, 2005

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
My move out date was January, 2007.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
My installation address was 14191 S. Wintzell Ave. Bayou La Batre, AL 36509.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

| MTD NC |
|---|

**Answer**
My husband lived in the trailer with my self.
David Bruce, 49, his current address is 252-2 South Wintzell Ave Bayou, La Batre, AL 36509, 251-824-2017. Dates living in the trailer 9/2005- 01/2007. He is making a personal injury claim. He is claiming headaches, and sinus infection.

Ellen Bruce, 54, my current address is 252-2 South Wintzell Ave Bayou, La Batre, AL 36509, 251-824-2017. Dates lived in the trailer 9/2005- 01/2007. I am making a personal injury claim. I am claiming Bronchitis, throat irritation, and allergies.

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I spent about 18-20 hours in the trailer each day.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I am a past smoker from 1972 until 10/2011. I smoked 1 pack per day. Since 10/2011, I had been on nicotine patches.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
No one who resided with me in the trailer smoked cigarettes, cigars, pipe tobacco or a user of chewing tobacco/snuff.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954    **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Lung or other respiratory disease: Yes, COPD (Chronic Obstructive Pulmonary Disease) diagnosed in 1981

Chronic Kidney Renal Failure diagnosed in 9/2005.

Skin Disease: Yes, I had skin cancer 2001.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Doctors name: Lynda Haynes  
Specialty: Family doctor  
Address: Grand Bay Medical Center  
Phone: 251-865-1852  
Treatment received: throat, bronchitis, upper respiratory and allergies for the first time  
Dates of treatment: 1/2006, 4/2006, 12/2006 and 6/2006.

Doctors name: Phillip Butera  
Specialty: Nephrology Kidneys  
Address: 4682 Airport Blvd 36608  
Phone: 251-343-5004  
Treatment received: Kidneys ( nephritis )  
Dates of treatment: 5/2005.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 199822  
**Case Name** Bruce, Ellen L.  
**DOB** 12/14/1954   **SSN** 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  
**Cause No.** 09-7828  
**Case Style** Shirley Acker, as Next Friend of C. A., a minor,

MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____  
Plaintiff or Representative

12/7/2011  
Date

Bruce, Ellen L. - WGC#199822

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_[signature]_      **Ellen Bruce**     12-9-11
**Signature of Plaintiff**     **Print Your Name**     **Date**