# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994  **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

SaCorey D'Andre Campbell experienced the following diseases and illnesses during the time that he lived in the trailer:

Eye Irritation / Excessive Tears  
Difficulty in Breathing  
Coughing / Shortness of Breath  
Persistent Cough  
Bronchitis  
Upper Respiratory Tract Infections  
Asthma Attacks for the first time in your life  
Sinus Infections / Sinusitis  
Sinus Infections / Sinusitis  
Asthma Attacks for the first time in your life  
Upper Respiratory Tract Infections  
Bronchitis  
Persistent Cough  
Abdominal Pain  
Coughing / Shortness of Breath  
Difficulty in Breathing  
Eye Irritation / Excessive Tears  
Other Damage Sevenal treatment

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

I do not know but understand that SaCorey D'Andre Campbell's claim is about formaldehyde being in the trailer and that it caused his illnesses and disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Def ID** 43

**Notice #** MTD NC

**Answer**
SaCorey D'Andre Campbell was diagnosed with Sinus Infections / Sinusitis, Asthma Attacks for the first time in life, Upper Respiratory Tract Infections, Bronchitis, Persistent Cough, Coughing / Shortness of Breath, and Difficulty in Breathing. I took him to Dr. Reeves David MD at Children's Clinic located at 20091 Pineville Road, Long Beach, MS, phone (228) 868-3684 .

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I am not making a claim for SaCorey D' Andre Campbell for mental and/or emotional damages as a result of residing in a Fema trailer or mobile home.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I am not making a claim for SaCorey D' Andre Campbell for medical expenses as a result of the injury, illness or disease cause by the Fema trailer.

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
SaCorey D' Andre Campbell 's date of birth is 9/17/1994 and place of birth was in Gulf Port MS.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
SaCorey D' Andre Campbell was a minor when her resided in the trailer. He is not making a wage loss claim.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The move in date was October, 2005

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The move-out date was February, 2007.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

The installation address was 316 Seal Pass Christian MS 39571.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**

Name of all trailer residents are:
1. Alphonse Campbell. Current age is 70 years old. Current address is 316 Seal Ave Pass Christian, MS, phone number is 228-452-0842. Move in date was 10/01/2005. and move out date was 03/01/2007. I am not making a claim for personal injury.
2. Dsroney Campbell. Current age is 13 years old. Current address is 316 Seal Ave Pass Christian, MS, phone number is 228-452-0842. Move in date was 10/01/2005. and move out date was 03/01/2007. This person is not making a claim for personal injury.
3. Nancly Campbell. Current age is 24 years old. Current address is 316 Seal Ave Pass Christian, MS, phone number is 228-452-0842. Move in date was 10/01/2005. and move out date was 03/01/2007. This person is not making a claim for personal injury.

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**

SaCorey D' Andre Campbell spent 18 hours a day in the trailer.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**

SaCorey D' Andre Campbell never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. He was a minor when he resided in the trailer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994  **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I, Alphonse Campbell, smoked cigarettes while I resided in the trailer but did not smoke inside. I have been smoking for ten years since 2000.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
SaCorey D' Andre Campbell suffered from Asthma Bronchitis and the date of illness was 11/01/2007. He never suffered from skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I took SaCorey D' Andre Campbell to Dr. David Reeves MD at Children's Clinic located at 20091 Pineville Road, Long Beach, MS, phone (228) 868-3684, he received treatment for his cold like symptoms, he was treated in 9/2006.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID** 1623  
**Def ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238484  
**Case Name** Campbell, SaCorey D'Andre  
**DOB** 9/17/1994   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

43

**Notice #**  
MTD NC

**Answer**  
Please see the attached Standard Form 95. However, I do not have in my possession any other records or documents.

_____    12/9/2011  
Plaintiff or Representative              Date

238484-DSF-Cert Pg

Campbell, SaCorey D'Andre - WGC#238484

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  **Alphonse Campbell, as Next Friend of SaCorey Campbell, a minor**  12/5/2011
**Signature of Plaintiff**        **Print Your Name**               **Date**