# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238483  
**Case Name** Campbell, Nancy Joy  
**DOB** 1/26/1985   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| | |
|---|---|
| MTD NC | |

**Answer**
My date of birth is 01/26/1985. My place of birth is MS.

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I am making a loss wage claim or claim or lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home. In 2006, My income was 200.00. I lost a total of 2 weeks from work as a result of any and all conditions related to residing in a FEMA trailer or mobile home. My current employer is Gulf Coast Enterprise in Gulf Port MS. I am a food server. I started 05/2003 - 06/2009. My other employer I have worked for in the past ten years is Winn Delight and I worked in the bakery and deli. I also worked at subway as a cashier and at a Waffle shop as a waitress.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I moved in the trailer 10/2006.

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I moved out 03/02/2007.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238483  
**Case Name** Campbell, Nancy Joy  
**DOB** 1/26/1985   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The address the trailer was located on was 316 Seal Ave. Hue Pass Christian MS 39571.

| Question # | Question |
|---|---|
| 11 | V. E. Name of all trailer residents |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Alphonse Campbell (myself) my age is 70. I moved in the trailer 10/2006- 03/02/2007. Her current address is 3169 Seal Avenue Pass Christian MS 34571 228-452-0848. She is not making a personal injury claim.

Sacorey Campbell who is 14. I moved in the trailer 10/2006- 03/02/2007. Her current address is 3169 Seal Avenue Pass Christian MS 34571 228-452-0848. She is not making a personal injury claim.

Nancy Campbell who is 24. I moved in the trailer 10/2006- 03/02/2007. Her current address is 3169 Seal Avenue Pass Christian MS 34571 228-452-0848. I am not making a personal injury claim.

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I spent on average about 8 hours inside the trailer each day.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID**  
1623

**Def ID**

Campbell, Nancy Joy - WGC#238483

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Nancy Campbell_                  **Nancy Campbell**                  12/5/2011
**Signature of Plaintiff**        **Print Your Name**                  **Date**