# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  
**Case Name** Campbell, Alphonse  
**DOB** 6/5/1939     **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The following is a list of symptoms I experienced while living in a FEMA trailer.  
irritation to the eyes  
burning of the eyes  
tearing of the eyes  
irritation to nasal membranes ( inside of nose )  
burning of nasal membranes ( inside of nose )  
bleeding of nasal membranes ( inside of nose )  
irritation of itching of skin  
drying or scaling of skin  
irritation or swelling of eyelids or eye area  
headaches  
difficulty in breathing  
wheezing  
persistent cough  
tightness of the chest  
bronchitis  
throat irritation  
upper respiratory tract infection  
worsening of allergies that I had previous to living in FEMA trailer  
sinus infection / sinusitis  
dizziness  

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623  

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  
**Case Name** Campbell, Alphonse  
**DOB** 6/5/1939   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

The following is the illnesses, diseases, or conditions I have been diagnosed with.

Irritation to eyes, 01/2007. I did not suffer from this prior, The condition worsened by the trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

Burning to the eyes, 01/2007. I did suffer prior to living in the trailer, The condition did worsen by the trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

Tearing of the eyes. 01/2007. I did not suffer prior to living in the trailer, this was caused by the trailer, Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

Irritation to nasal membranes, 01/2007. I did suffer prior to living in the trailer, the trailer caused this condition, Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

Bleeding of nasal membranes. 01/2007. I did not suffer from prior to living in the trailer, this was caused by the trailer, Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

Irritation of itchy skin, 01/2007. I did not suffer prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Drying of scaling skin 01/2007. I did suffer from prior to living in the trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Irritation of swelling eyelids 01/2007. I did not suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Headaches, 01/2007. I did suffer prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was worsened by the trailer.

Difficulty in breathing, 01/2007. I did not suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Wheezing 01/2007. I did suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 the Ave Gulfport MS 3950, this was caused by the trailer.

Persistent Cough, 01/2007. I did not suffer prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Tightness of chest, 01/2007. I did suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Bronchitis 01/2007. I did not suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Throat Irritation, 01/2007. I did suffer from prior to living in trailer. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Upper respiratory infection. 01/2007. I did not suffer from prior to living in trailer. Dr. Fason

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  
**Case Name** Campbell, Alphonse  
**DOB** 6/5/1939    **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501, this was caused by the trailer.

Worsening of allergies 01/2007. I did suffer prior to living in trailer and the condition did become worse. Dr. Fason diagnosed me and his address is 1924 30 th Ave Gulfport MS 39501.

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not claiming mental or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses. I have medicaid and medicare.

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
My date of birth is 06/5/1939. And the place of birth Louisiana.

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  **Cause No.** 10-1252
**Case Name** Campbell, Alphonse  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 6/5/1939  **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not making a wage loss claim or claim of lost earning capacity as a result of my exposure to formaldehyde while residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved in on October, 2005.

| Question # | Question |
|---|---|
| 9 | V. A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved out on March 02, 2007.

| Question # | Question |
|---|---|
| 10 | V. A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The mailing address and physical location for the trailer or mobile home unit is 316 Seal Ave Pass Christian, MS 39571.

**Question #**  **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  **Cause No.** 10-1252
**Case Name** Campbell, Alphonse  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 6/5/1939   **SSN** 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

| 11 | V. E. Name of all trailer residents |
|---|---|

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Alphonse Campbell (myself) my age is 70. I moved in the trailer 10/2006- 03/02/2007. I am making a personal injury claim. I am claiming respiratory infections, allergies, sinuses, and bronchitis.

Sacorey Campbell who is 14. moved in the trailer 10/2006- 03/02/2007. She is making a personal injury claim. She is claiming respiratory infections, allergies, sinuses, and bronchitis.

Nancy Campbell who is 24. moved in the trailer 10/2006- 03/02/2007. She is making a personal injury claim. She is making a personal injury claim. She is claiming bronchitis, allergies, sinuses, and respiratory infection.

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I spent on average about 24 hours each day in the trailer.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am a past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. I smoked one pack a day for three years.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  **Cause No.** 10-1252
**Case Name** Campbell, Alphonse  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 6/5/1939  **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No one who resided in the trailer was a smoker of cigarettes, cigars, pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I have suffered from lung or other respiratory disease. I have suffered from asthma and bronchitis. I have not suffered from skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The following is the doctors who treated me for formaldehyde related injuries.

Doctors name: Dr. Fason is diseased but Dr. Candave Worsham took over for him.
Specialty: She is his PPO
Address: 1924 30th Ave. Gulf Port MS 39507
Phone: 228-863-7117
Treatment received: Basic check ups.
Dates of treatment: 03/2007- 2010
Started seeing Dr. Worsham 2010-present

Doctors name: Dr. Nievas
Specialty: Cardiologist
Address: 1391 Broad Ave. Gulf Port MS 39507
Phone:228-863-8868
Treatment received: treats him for his heart
Dates of treatment: 03/2007 - present

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238482  
**Case Name** Campbell, Alphonse  
**DOB** 6/5/1939   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

Doctors name: Dr. Tetaryana  
Specialty: Cardiologist,  
Address: 1391 Broad Ave. Gulf Port MS 39507  
Phone: 228-863-8868  
Treatment received: put in the pass maker  
Dates of treatment: 03/2007 - present  

Dr. Edwin Davidson  
Oncology  
1340 Brpad Ave. Gulf Port, MS 39507  
228-575-1234  
treatment received: treats him for his cancer  
Dates of treatment: 11/2011 - present  

Dr. Matthew Miceli  
Oncology  
416 E. Pass Road Gulf Port, MS 39507  
228-896-6505  
treatment received: treats him for his cancer  
Dates of treatment: 11 or 12/2010  

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**  
1623  

**Def ID**  
43  

**Notice #**  
MTD NC  

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/12/2011  
Plaintiff or Representative      Date

238482-D57- Cert Pg

Campbell, Alphonse - WGC#238482

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Alphonse Campbell_ (signature)   **Alphonse Campbell**   12/5/2011
**Signature of Plaintiff**   **Print Your Name**   **Date**