UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Goldie Cross, et. al. vs. Recreation By Design, LLC, et. al.* Cause: 10-1252 Plaintiff: Joyce Clayton | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS               §

COUNTY OF NUECES        §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 2, 2011, Plaintiff's attorney began calling Virginia Peck, the daughter of Joyce Clayton twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court. We were calling Virginia Peck as those are the only numbers counsel has on file.

4. On December 2, 2011, Plaintiff's attorney has performed "Person Searches" and on December 9, 2011 Accurints were performed to attempt to locate the said client and have had no success.

**EXHIBIT "G"**

5. The phone numbers on file and the phone numbers retrieved from Person Searches and Accurrints appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

6. Plaintiff's attorney has mailed letters to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

    11/29/2011 - FEMA Draft Dismiss Non Compliant Letter
    12/1/2011 - FEMA Motion to Dismiss Non Compliant Letter

7. As of today's date Plaintiff counsel has not heard from Joyce Clayton nor Virgina Peck.

Signed this the 20th day of December, 2011

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of December, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS