# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  
**Cause No.** 09-7891  
**Case Name** Craig, de Marcus-Donovan  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,  
**DOB** 7/30/1994   **SSN** 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

| Question # | Question |
|---|---|
| 1 | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
De Marcus suffered from headaches, nausea, abdominal pain, difficulty in breathing, shortness of breath, persistent cough, tightness of the chest, throat irritation, hoarseness, sinus infection/sinusitis and dizziness.

| Question # | Question |
|---|---|
| 2 | III. C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
My understanding of De Marcus's illness that has developed as a result of the formaldehyde exposure in the FEMA trailer is headaches, stomach problems, coughing, etc.

| Question # | Question |
|---|---|
| 3 | III. C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
De Marcus was diagnosed with bronchitis and sinusitis in 2/2006 by Dr. Thomas Mortinko located at USA Children's Medical Center; 1504 Spring Hill Avenue Suite 1600, Mobile, AL 36604; Phone: (251) 434-3915.

| Question # | Question |
|---|---|
| 4 | III. C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  
**Case Name** Craig, de Marcus-Donovan  
**DOB** 7/30/1994  **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Notice #**
MTD NC

**Answer**
De Marcus has not received any treatment from a medical provider or counselor. He is claiming stress and depression as a result of the illness side effects caused by living in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | III. C.9. Total Medical Expenses |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I am claiming $100 in De Marcus's medical expenses.

| Question # | Question |
|---|---|
| 6 | IV. C. Date of Birth |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
De Marcus's date of birth in 7/30/1994.

| Question # | Question |
|---|---|
| 7 | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
This question does not pertain to De Marcus because he was not of legal working age at the time he resided in the trailer. He am not making a wage loss claim.

| Question # | Question |
|---|---|
| 8 | V. A.6. Move in Date |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  
**Case Name** Craig, de Marcus-Donovan  
**DOB** 7/30/1994   **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
De Marcus moved into the trailers in 11/1/2005.
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move in date is the same for both trailers and They were received at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

**Question #** | **Question**
9 | V. A.7. Move out Date

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
De Marcus moved out of the trailers in 8/1/2007.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. The move out date is the same for both trailers and They were vacated at the same time on the same lot. The only difference was one trailer was a handicapped trailer and one was not.

**Question #** | **Question**
10 | V. A.8. Installation Address

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The trailers were located at 1714 Perch Dr. Mobile, AL 36605.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. Both trailers were located at the same address.

**Question #** | **Question**
11 | V. E. Name of all trailer residents

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  **Cause No.** 09-7891
**Case Name** Craig, de Marcus-Donovan   **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 7/30/1994   **SSN** 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

1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Those who resided in the FEMA trailer are as follows:

Sanchez Craig Lawaru, age 19 who resides at 1317 Iansbruck Dr. Mobile, AS 36608; 251-751-5725, who resided in the FEMA trailer from 11/1/2005 - 8/1/2007 and is claiming headache and rash as a result of the trailer.
Mar Quaz Craig, age 11, who resided in the FEMA trailer from 11/1/2005 - 8/1/2007 and is resides at 1317 Iansbruck Dr. Mobile, AS 36608; 251-751-5725 who is claiming headache as a result of the trailer.
Devidre Craig, age 36, who resides at 1317 Iansbruck Dr. Mobile, AS 36608; 251-751-5725, who resided in the FEMA trailer from 11/1/2005 - 8/1/2007 and is claiming headache and rash as a result of the trailer.
Marcus Craig, age 43, who resides at 1317 Iansbruck Dr. Mobile, AS 36608; 251-751-5725, who resided in the FEMA trailer from 11/1/2005 - 8/1/2007 and is claiming headache and rash as a result of the trailer.
Davia Crag, age 17, who resides at 1556 Navco Rd, Mobile, AS; 251-471-8083, who resided in the FEMA trailer from 11/1/2005 - 8/1/2007 and is claiming headache and rash as a result of the trailer.

| Question # | Question |
|---|---|
| 12 | V. 13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
De Marcus spent 8-10 hours in the trailer each day.

| Question # | Question |
|---|---|
| 13 | VI. C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
De Marcus has never smoked.

| Question # | Question |
|---|---|
| 14 | VI. D. Smoking History of Other Trailer Resident(s) |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  
**Case Name** Craig, de Marcus-Donovan  
**DOB** 7/30/1994    **SSN** 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  
**Cause No.** 09-7891  
**Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Nobody who resided in the trailer smoked.

| Question # | Question |
|---|---|
| 15 | VI (F) (1 & 4) Prior Medical History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
De Marcus has never suffered from lung or other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16 | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
De Marcus's primary care physician is Dr. Thomas Mortinko located at USA Children's Medical Center 1504 Spring Hill Avenue Suite 1600, Mobile, AL 36604; Phone: (251) 434-3915. I began seeing the doctor for treatment of my symptoms in 2/2006. De Marcus received Zyrtec, other allergy medication, Murilax for nausea, and antibiotics for treatment of his symptoms.

| Question # | Question |
|---|---|
| 17 | VIII (A - D) Produce Records |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 225966  **Cause No.** 09-7891
**Case Name** Craig, de Marcus-Donovan  **Case Style** LaSonia Davison, et. al. vs. Gulf Stream Coach,
**DOB** 7/30/1994   **SSN** 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

| in my possession. |
|---|

_____   12/16/2011
Plaintiff or Representative        Date