# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Goldie Cross v. Recreation by Design, LLC, et al.*<br>No. 10-1252<br>Plaintiffs:<br>    Darrineka Hodges<br>    Temechius Reynolds obo J.K.<br>    Eric Mayer<br>    Eric Mayer obo M.M.<br>    An Nguyen obo B.N.<br>    Danielle O'Berry<br>    Rufus Hall obo D.O.<br>    Shabree Page<br>    Henry Pittman<br>    Robert Reynolds | | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Darrineka Hodges, Temechius Reynolds obo J.K., Eric Mayer, Eric Mayer obo M.M., An Nguyen obo B.N., Danielle O'Berry, Rufus Hall obo D.O., Shabree Page, Henry Pittman, and Robert Reynolds (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23694).

### A.     SPECIFIC PLAINTIFFS

Defendant Recreation by Design, LLC ("RBD") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

1.  **Darrineka Hodges**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "A". Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

2.  **Temechius Reynolds obo J.K.**

Plaintiff's counsel has recently spoken with Plaintiff Temechius Reynolds obo J.K. (Jarred Kirsh) and did in fact submit supplemental answers to Defense counsel on December 20, 2011. See attached Exhibit "B". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

3.  **Eric Mayer**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "C". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

4.  **Eric Mayer obo M.M.**

Plaintiff's counsel has recently spoken with Mariah Mayer and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See

attached Exhibit "D". Plaintiff would note that the claim for Mariah Mayer was originally filed as Eric Mayer obo M.M. in July 2009 as an unmatched claim, at a time when Mariah Mayer was a minor. Her date of birth is August 6, 1991. Plaintiff Mariah Mayer is now of majority age and she has supplied a certification page for her own fact sheet. Exhibit "D". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

   5.   **An Nguyen obo B.N.**

Plaintiff's counsel has attempted to contact An Nguyen obo B.N. on multiple occasions but has been unsuccessful in reaching the client. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "E".

   6.   **Danielle O'Berry**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "F". Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

   7.   **Rufus Hall obo D.O.**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching Rufus Hall obo D.O. reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "G". Plaintiff would note as set forth in the Affidavit of Nicole

Porter, Plaintiff's counsel has been informed that Rufus Hall who was handling the claim for the minor, D.O. has passed away and that the minor D.O. has also passed away. Exhibit "G". Counsel just learned of this in December 2011. Exhibit "G". Given these unusual circumstances, counsel does not believe that dismissal is justified at this time.

### 8. Shabree Page

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "H". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

### 9. Henry Pittman

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 20, 2011. See attached Exhibit "I". Also, an updated certification page has been requested. When it is received, it will be forwarded to Defense counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

### 10. Robert Reynolds

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 20, 2011. See attached Exhibit "J". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

                                          /s/ Robert C. Hilliard
                                          _____
                                          **ROBERT C. HILLIARD**