# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not have this at this time.

| Question # | Question |
|---|---|
| 2 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from the following symptoms:  
Eye Irritation / Excessive Tears  
Irritation to Nasal Membranes  
Skin Rash / Irritation  
Tingling or Swelling of Lips or Face Area  
Persistent Cough  
Headaches  
Bronchitis

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989  **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I did not see any doctors for any of the following symptoms and was not diagnosed.  
Eye Irritation / Excessive Tears  
Irritation to Nasal Membranes  
Skin Rash / Irritation  
Tingling or Swelling of Lips or Face Area  
Persistent Cough  
Headaches  
Bronchitis

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am making a claim for mental and/or emotional damages as a result of residing in the FEMA trailer. I was treated by Dr. Andrew William at North Hospital in New Orleans LA.  
I am suffering from depression, as a result of residing in the FEMA formaldehyde trailer, I was treated in 2008 or 2009. I do not recall any medications prescribed.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID**  
1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

**Def ID**: 43  
**Notice #**: MTD NC  
**Answer**: My date of birth is 02/23/1989. I was New Orleans, LA.

**Question #**: 8  
**Question**: IV.F.3. Only if you are making a wage claim  
**Pet ID**: 1623  
**Def ID**: 43  
**Notice #**: MTD NC  
**Answer**: I am not making a wage loss claim.

**Question #**: 9  
**Question**: V.A.6. Move in Date  
**Pet ID**: 1623  
**Def ID**: 43  
**Notice #**: MTD NC  
**Answer**:  
Trailer 1. Gulf Stream Coach, Inc.  
I moved into my trailer in 3/01/2006

Trailer 2. Cavalier Home Builders, LLC  
I moved into my trailer in 11/01/2007

Trailer 3. Recreation by Design, LLC  
I moved out of my trailer in 11/01/2008

**Question #**: 10  
**Question**: V.A.7. Move out Date  
**Pet ID**: 1623  
**Def ID**: 43  
**Notice #**: MTD NC  
**Answer**:

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989  **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

Trailer 1. Gulf Stream Coach, Inc.
I moved out of my trailer in 11/2006.

Trailer 2. Cavalier Home Builders, LLC
I moved out of my trailer in 12/2008.

Trailer 3. Recreation by Design, LLC
I moved out of my trailer in 12/2008.

---

**Question #** 11
**Question** V.A.8. Installation Address

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
The installation addresses are as follows:
Trailer 1. Gulf Stream Coach, Inc.
1 Avenger Park, New Orleans, LA, 70118

Trailer 2. Cavalier Home Builders, LLC
1323 Mandolin St., New Orleans, LA, 70122.

Trailer 3. Recreation By Design, LLC
1323 Mandolin St., New Orleans, LA, 70122.

---

**Question #** 12
**Question** V.E. Name of all trailer residents

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
Names of all trailer residents are Darrineka Hodges, current age is 20; Tarian Hodges, current age is 14; Henry Pittman, current age is 19. Henry Edward, current age is 14; Sonia Edwards, current age is 39. All of them are living at 1323 Mandolin Street New Orleans, LA 70122. The date when everybody moved in the trailer was 03/01/2006 and move-out date was 12/01/2008. They are making personal injury claim.

---

**Question #** **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** I spent 14 hours a day in the three FEMA trailers. |

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** I am a current smoker of cigarettes/cigars/pipe tobacco. I smoked 4 cigarettes a day for 5 years. |

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** Nobody who resided with me used any kind of tobacco product. |

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** I have never suffered from any lung or other respiratory disease or skin disease. |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 244963  
**Case Name** Hodges, Darrineka  
**DOB** 02/23/1989  **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I believe I did receive a shot. I do not recall where I received it, by whom, or when I received the shot.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_[signature]_  12/16/2011

Plaintiff or Representative     Date