# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  
**Case Name** Kirsh, Jarred  
**DOB** 11/09/1992   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
A certification page has been provided to the plaintiff, at the time such as been received and will be provided to the defense council.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
During the time that I lived in the FEMA trailer, I experienced the following symptoms:  
Skin Rash / Irritation  
Eye Irritation / Excessive Tears  
Headaches  
Dizziness  
Sinus Infections / Sinusitis Eye Irritation / Excessive Tears  
Headaches  
Headaches  
Sinus Infections / Sinusitis  
Sinus Infections / Sinusitis  
Dizziness

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID**  1623  
**Def ID**  43  
**Notice #**  MTD NC

**Answer**  
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  
**Case Name** Kirsh, Jarred  
**DOB** 11/09/1992  **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et  

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
During the time that I lived in the FEMA trailer, I experienced the following symptoms:  
Skin Rash / Irritation  
Eye Irritation / Excessive Tears  
Headaches  
Dizziness  
Sinus Infections / Sinusitis Eye Irritation / Excessive Tears  
Headaches  
Headaches  
Sinus Infections / Sinusitis  
Sinus Infections / Sinusitis  
Dizziness  
However I do not recall if I was diagnosed if such symptoms.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am making a claim for mental and/or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am making a medical expense claim. However I do not recall the total expense at this time.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  
**Case Name** Kirsh, Jarred  
**DOB** 11/09/1992  **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
My date of birth is 11/09/1992.

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am not making a claim for lost wages because at the time I was a minor when he resided in the trailer.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The move in date for trailer 1 was 04/01/2006.  
The move in date for trailer 2 was 03/01/2006.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  
**Case Name** Kirsh, Jarred  
**DOB** 11/09/1992  **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Notice #**  
MTD NC

**Answer**  
The move out date for trailer 1 was 05/01/2008.  
The move out date for trailer 2 was 7/1/2007.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The installation address of trailer 1 was 405 Fox Croft, Slidell, LA 70460  
The installation address of trailer 2 was 405 Fox Croft, Slidell, LA 70460.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not recall the trailer residents at this time.

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent about 24 hours in the trailer each day.

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  **Cause No.** 09-7893
**Case Name** Kirsh, Jarred  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 11/09/1992   **SSN** 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

43

**Notice #**
MTD NC

**Answer**
I have never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I do not recall whether anyone who resided with Jarred used any kind of tobacco product.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I have not suffered from lung or respiratory diseases or skin diseases.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I do not recall whether any doctor(s) or health care provider(s) treated Jarred Kirsh for disease/illness/injury that I have suffered due to formaldehyde exposure

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 243469  **Cause No.** 09-7893
**Case Name** Kirsh, Jarred  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 11/09/1992  **SSN** 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

1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see the attached Standard Form 95. I do not have the other records in my possessions

_____  12/20/2011
Plaintiff or Representative  Date