# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  
**Case Name** Mayer, Eric J.  
**DOB** 2/7/1962    **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached signed Certification.

| Question # | Question |
|---|---|
| 2 | III.C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced/reported to a physician during the time I lived in the FEMA housing unit are as follows:

Irritation/Tearing/Burning of eyes  
Irritation/burning/bleeding of nasal membranes  
Irritation/Itching/Burning/Rashing/Drying/Scaling of skin  
Scaling/Itching of eyelids  
Headaches  
Nausea  
Vomiting  
Throat irritation/Hoarseness  
Upper respiratory tract infection  
Asthma attacks that are recurrence of childhood  
Worsening of allergies that I had previous to living in FEMA trailer  
Sinus infection/Sinusitis  
Allergic contact dermatitis  
Dizziness

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  **Cause No.** 09-7075
**Case Name** Mayer, Eric J.  **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 2/7/1962  **SSN** 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

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The names of the persons who treated me for any damages I suffered as a result of residing in a FEMA trailer are as follows:

All symptoms - February 2006
Dr. Bryan Bertucci
7718 West Judge Perez Drive
Arabi, LA 70032
(504) 281-2800

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Yes, I am claiming mental/emotional damages as a result of residing in a FEMA trailer.
I was treated for anxiety and depression by Eleanor Krimmermann. Her address is 719 Elysian Fields Ave New Orleans, LA 70117. I have been treated since 2006. I have been prescribed Lexapro (30mg) and Seraquel (50mg).

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  
**Case Name** Mayer, Eric J.  
**DOB** 2/7/1962   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

I am making a claim for medical expenses. The amount is $2000.

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I was born on February 2, 1962 in New Orleans, LA.

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes, I am making a wage loss claim. I am claiming $68,000 over 17 months of time lost.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I moved in to the trailer February, 2006.  
I lived in only the Gulfstream Trailer.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  
**Case Name** Mayer, Eric J.  
**DOB** 2/7/1962  **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Notice #**  
MTD NC

**Answer**  
I moved out of the trailer January 17, 2009.  
I lived in only the Gulfstream trailer

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623  
**Def ID** 43

**Notice #**  
MTD NC

**Answer**  
The Installation address of the trailer was 2036 North River Park Dr Violet, LA 70092.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43

**Notice #**  
MTD NC

**Answer**  
The information of the other trailer residents is as follows:

02/2006 - 01/2009  
Jesse Schmidt  
Making a personal injury claim? No  
2036 North River Park Dr Violet, LA 70092.  
(504) 453 - 4222

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  
**Case Name** Mayer, Eric J.  
**DOB** 2/7/1962   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Notice #**  
MTD NC

**Answer**  
On average, I spent 12 hours a day in the trailer.

---

**Question #** 14  
**Question** VI.C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

---

**Question #** 15  
**Question** VI.D. Smoking History of Other Trailer Resident(s)  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No one who resided with me in my FEMA housing unit was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

---

**Question #** 16  
**Question** VI(F)(1 & 4) Prior Medical History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never suffered from lung/other respiratory disease or skin disease.

---

**Question #** 17  
**Question** VII.B. Treatment for Formaldehyde Related Injury  
**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226557  
**Case Name** Mayer, Eric J.  
**DOB** 2/7/1962   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The names of the persons who treated me for formaldehyde related injury that I suffered as a result of residing in a FEMA trailer are as follows:

All symptoms - February 2006
Dr. Bryan Bertucci
7718 West Judge Perez Drive
Arabi, LA 70032
(504) 281-2800

**Question #** 18
**Question** VIII(A-D) Produce Records

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/16/2011
Plaintiff or Representative      Date

Mayer, Eric J. - WGC#123457

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  **Eric Mayer**  Dec 6, 2011
**Signature of Plaintiff**  **Print Your Name**  **Date**