# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Certification.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms that Mariah experienced while residing in the trailer are as follows:

Burning Sensation in Chest  
Eye Irritation / Excessive Tears  
Nausea  
Dizziness  
Coughing / Shortness of Breath  
Pharyngitis: Inflammation of Throat  
Laryngitis: Inflammation of Vocal Cords  
Irritation to Nasal Membranes  
Headaches  
Throat Irritation  
Upper Respiratory Tract Infections  
Allergies for the first time in your life  
Sinus Infections / Sinusitis

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991   **SSN** 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  

**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| | |
|---|---|
| | cause illness or disease. |

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The diagnosed illness were sinus infection and throat irritation. The diagnosing doctor's information is as follows:

Dr. Bryan Bertucci  
7718 West Judge Perez Drive  
Arabi, LA 70032  
phone (504) 281-2800  
Dates: 1/2006 - to present.

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes, I am claiming mental and or emotional damages. I was not treated for my damages by any health care provider or counselor. I do not recall my understanding of what was suffered from.

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am not claiming medical expenses.

| Question # | Question |
|---|---|
| 7 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
My date of birth is 8/6/1991.

**Question #** 8  
**Question** IV.F.3. Only if you are making a wage claim  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I am not making a wage claim.

**Question #** 9  
**Question** V.A.6. Move in Date  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I first occupied the trailer on 2/1/2006 I only lived in the Rec By design Trailer.

**Question #** 10  
**Question** V.A.7. Move out Date  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I moved out of the FEMA housing unit on 8/1/2007. I only lived in the Rec By design Trailer.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  **Cause No.** 09-7075
**Case Name** Mayer, Mariah K.  **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 8/16/1991   **SSN** 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

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The installation address of the trailer is 2036 N River Park Dr, Violet LA 70092. I lived in only the Rec. by Design trailer.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The information of the other persons living in the FEMA housing unit is as follows:

Mellisa Mayer age 38. Her address and phone number are 2036 North River Park, Dr Violet, LA 70092, 504-453-4222. She lived in the trailer from 2/1/2006-1/17/2009, Mellisa is making a personal injury claim for the followings:
Eye Irritation / Excessive Tears
Nausea
Headaches
Dizziness
Coughing / Shortness of Breath
Pharyngitis: Inflammation of Throat
Laryngitis: Inflammation of Vocal Cords
Sinus Infections / Sinusitis
Eye Irritation / Excessive Tears
Burning of Eyes
Eye Irritation / Excessive Tears
Irritation to Nasal Membranes
Burning of Nasal Membranes
Bleeding of Nasal Membranes
Tingling or Swelling of Lips or Face Area
Headaches
Nausea
Vomiting
Abdominal Pain

Kayla Schimicll age 19. Her address is 2036 North River Park, Dr Violet, LA 70092, Phone number 504-453-4222. She lived in the trailer from 2/1/2006-1/17/2009, Kayla is making a personal injury claim for the followings:

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| |
|---|
| Burning Sensation in Chest |
| Eye Irritation / Excessive Tears |
| Nausea |
| Headaches |
| Dizziness |
| Coughing / Shortness of Breath |
| Pharyngitis: Inflammation of Throat |
| Laryngitis: Inflammation of Vocal Cords |
| Sinus Infections / Sinusitis |
| Eye Irritation / Excessive Tears |
| Irritation to Nasal Membranes |
| Headaches |
| Persistent Cough |
| Worsening of Allergies that you had previous to living in FEMA Trailer |
| Sinus Infections / Sinusitis |

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent 18 hours in the trailer on average each day.

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never used any type of tobacco product.

| Question # | Question |
|---|---|
| 15 | VI.D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991  **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Answer**  
Nobody who resided in the trailer used any kind of tobacco product.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No, I have never suffered from lung or respiratory disease or a skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The doctors/health care providers who treated me for disease/illness/injury that I suffered as a result of living in a FEMA trailer are as follows:

Dr. Bryan Bertucci  
7718 West Judge Perez Drive  
Arabi, LA 70032  
phone (504) 281-2800  
Dates: 1/2006 - to present.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226558  
**Case Name** Mayer, Mariah K.  
**DOB** 8/16/1991     **SSN** 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

**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

_____     12/16/2011
Plaintiff or Representative    Date

226558-DSI- Cert pg

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Marish Mayer_　　_Marish Mayer_　　_11-15-2011_
**Signature of Plaintiff**　　**Print Your Name**　　**Date**