# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235  
**Case Name** O'Berry, Danielle  
**DOB** 12/29/1984   **SSN**  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
A certification page has been provided to the Plaintiff. As soon as one is received of the same it will be provided to the Defense.

| Question # | Question |
|---|---|
| 2 | III.C.   Checklist |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
During the time that you lived in your FEMA trailer, I experienced or reported to a physician the following symptoms:  
Headaches  
Dizziness  
Persistent Cough

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID**  
1623

**Def ID**

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235
**Case Name** O'Berry, Danielle
**DOB** 12/29/1984   **SSN**
**Cause No.** 10-1252
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

---

43

**Notice #**
MTD NC

**Answer**
I was not diagnosed with any illness.

---

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No, I am not claiming mental and or emotional damages.

---

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not claiming medical expenses.

---

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
My date of birth is 12/29/1984.

---

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235  **Cause No.** 10-1252
**Case Name** O'Berry, Danielle  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 12/29/1984   **SSN**

| | | |
|---|---|---|
| 8 | IV.F.3. Only if you are making a wage claim | |
| **Pet ID** 1623 | | |
| **Def ID** 43 | | |
| **Notice #** MTD NC | | |
| | **Answer** I am not making a wage claim. | |

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** The move in date is 10/01/2005. I lived in only the Recreation by Design trailer. |

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** The movie out date is 01/01/2008. I lived in only a Recreation by Design trailer. |

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235  
**Case Name** O'Berry, Danielle  
**DOB** 12/29/1984   **SSN**  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Answer**  
The installation address for the FEMA trailer is 66346 Chris Kennedy Road, Pearl River, LA 70452.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The following lived in the FEMA trailer :  
Tyler Roach Sr 66346 Chris Kennedy Rd. Pearl River, LA 70452, 25, he is my husband, and he is making a personal injury claim for headaches.  
Tyler Roach Jr 66346 Chris Kennedy Rd. Pearl River, LA 70452, 5, he is my son, and yes he is making a personal injury claim for trouble breathing.  
Madison Roach 66346 Chris Kennedy Rd. Pearl River, LA 70452, 9, he is my daughter, yes she is making a personal injury claim for headaches and trouble breathing.

| Question # | Question |
|---|---|
| 13 | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I spent 24 hours a day in the FEMA trailer

| Question # | Question |
|---|---|
| 14 | VI.C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never used any tobacco product.

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235  
**Case Name** O'Berry, Danielle  
**DOB** 12/29/1984   **SSN**  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| | |
|---|---|
| **15** | VI.D. Smoking History of Other Trailer Resident(s) |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** Nobody smoked any cigarettes or used any tobacco while residing in the FEMA housing unit. |

| **Question #** | **Question** |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** No, I have never suffered from lung or respiratory disease or a skin disease, |

| **Question #** | **Question** |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** No health care provider ever treated me for any injuries or illnesses while residing in the FEMA trailer. |

| **Question #** | **Question** |
|---|---|
| 18 | VIII(A-D) Produce Records |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239235  
**Case Name** O'Berry, Danielle  
**DOB** 12/29/1984 **SSN**

**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Answer**

Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____  
Plaintiff or Representative

12/20/2011  
Date