UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Goldie Cross, et. al. vs. Recreation By Design, LLC, et. al.* *Cause: 10-1252* *Plaintiff: Rufus Hall as next of friend of D.O.* | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS            §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 2, 2011 Plaintiff's attorney performed "Person Searches" on December 2, 2011 and Accurints were performed on December 9, 2011 to attempt to locate the said client and have had no success.

4. On December 5, 2011, we began calling Rufus Hall twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On December 7 2011, Plaintiff's Attorney contacted Helen Hall, the Granddaughter in-law

**EXHIBIT "G"**

of Rufus Hall. She stated that Rufus Hall Jr. was now in charge of both the estates of Rufus hall and Daniel Orsag due to the fact that Rufas Hall Passed away in January 2011 and Daniel Orsag Passed away in October of 2011. She stated that she and her Husband would try to obtain the contact info for Rufus Hall Jr. in order to provide us with it, but to date this information has not been provided yet.

Signed this the 20th day of December, 2011

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 20th day of December, 2011, to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS