# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203549  **Cause No.** 09-7122
**Case Name** Page, Shabree  **Case Style** Shabree Page, et. al. vs. CMH Manufacturing,
**DOB** 9/15/1978  **SSN** 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

| Question # | Question |
|---|---|
| 1. | III.C. Checklist |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | I am not claiming I developed any disease or illness as a result of being exposed to formaldehyde while residing in a FEMA provided trailer or mobile home. |

| Question # | Question |
|---|---|
| 2. | III.C.2. Future Medical Claim |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease. |

| Question # | Question |
|---|---|
| 3. | III.C.3. Diagnosed Illness |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |
| | **Answer** |
| | I have not been diagnosed with any illness or disease. |

| Question # | Question |
|---|---|
| 4. | III.C.8. Psychological Treatment |
| **Pet ID** 1623 | |
| **Def ID** 43 | |
| **Notice #** MTD NC | |

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203549  
**Case Name** Page, Shabree  
**DOB** 9/15/1978  **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Answer**
I am not making a claim for mental or emotional damages, and did not receive any type of psychological treatment.

| Question # | Question |
|---|---|
| 5. | III.C.9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 6. | IV.C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
My date of birth is September 15, 1978.

| Question # | Question |
|---|---|
| 7. | IV.F.3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 8. | V.A.6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203549  **Cause No.** 09-7122
**Case Name** Page, Shabree  **Case Style** Shabree Page, et. al. vs. CMH Manufacturing,
**DOB** 9/15/1978  **SSN** 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

MTD NC

**Answer**
I moved in the trailer 09/2005. The smaller trailer
I moved in the other trailer 06/2006. Larger trailer
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 9. | V.A.7. Move out Date |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
I moved out of the trailer 06/2006.
I moved out of the trailer 09/2007.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 10. | V.A.8. Installation Address |

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**
The address of the trailers location was 14269 County Farm Rd. Gulfport MS 395303.
The address of the trailers location was 7481 Lobely Rd. Pass Christian MS 39571.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a CMH Manufacturing, Inc. and a Recreation By Design, LLC trailer, but I do not recall which I lived in first. I only know that one was smaller trailer and the other was a larger trailer.

| Question # | Question |
|---|---|
| 11. | V.E. Name of all trailer residents |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203549      **Cause No.** 09-7122
**Case Name** Page, Shabree      **Case Style** Shabree Page, et. al. vs. CMH Manufacturing,
**DOB** 9/15/1978     **SSN** 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

Pet ID: 1623
Def ID: 43
Notice #: MTD NC

**Answer**
The two other residents of the trailer were:

Taliyah Jordan, age 2, residing at 707 E North St. Apt 1405, Pass Christian, MS 39571. Lived in the trailer from September, 2005 through June, 2006, is not making a claim for personal injury.

Takiyah Jordan, age 13, residing at 707 E North St. Apt 1405, Pass Christian, MS 39571. Lived in the trailer from September, 2005 through June, 2006, is not making a claim for personal injury.

| Question # | Question |
|---|---|
| 12. | V.13. Number of hours spent in trailer each day |

Pet ID: 1623
Def ID: 43
Notice #: MTD NC

**Answer**
I spent an average of 15 hours in the trailer each day.

| Question # | Question |
|---|---|
| 13. | VI.C. Plaintiff's Smoking History |

Pet ID: 1623
Def ID: 43
Notice #: MTD NC

**Answer**
I never used any type of tobacco products.

| Question # | Question |
|---|---|
| 14. | VI.D. Smoking History of Other Trailer Resident(s) |

Pet ID: 1623
Def ID: 43
Notice #: MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 203549  
**Case Name** Page, Shabree  
**DOB** 9/15/1978    **SSN** 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  
**Cause No.** 09-7122  
**Case Style** Shabree Page, et. al. vs. CMH Manufacturing,

**Answer**
No other resident used any type of tobacco product.

| Question # | Question |
|---|---|
| 15. | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I have not suffered form lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16. | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I did not seek treatment for any medical condition. I sought psychological treatment from my mother.

| Question # | Question |
|---|---|
| 17. | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____    12/16/2011
Plaintiff or Representative              Date

Page, Shabree - WGC#203549

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Shabree Page_  | **Shabree Page** | 12-7-11
**Signature of Plaintiff** | **Print Your Name** | **Date**