# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  
**Case Name** Pittman, Henry  
**DOB** 12/15/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| Question # | Question |
|---|---|
| 1. | III.C.   Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from irritation to eyes, burning of eyes, headaches, persistent cough, throat irritation, and sinus infection / sinusitis. I was seen for all symptoms by Dr. Pasternak located at 1661 Canal Street Suite 1200, New Orleans, LA 70112. The phone number is 504-294-9980. I was seen in March of 2006.

| Question # | Question |
|---|---|
| 2. | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 3. | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was diagnosed by Dr. Pasternak located at 1661 Canal Street Suite 1200, New Orleans, LA 70112. The phone number is 504-294-9980. I was seen in March of 2006.

Need to know if actually diagnosed and treatments received.

| Question # | Question |
|---|---|
| 4. | III.C.8. Psychological Treatment |

**Pet ID** 1623

**EXHIBIT "I"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  
**Case Name** Pittman, Henry  
**DOB** 12/15/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

---

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I was never seen for psychological care.

---

**Question #** 5.  
**Question** III.C.9. Total Medical Expenses

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

---

**Question #** 6.  
**Question** IV.C. Date of Birth

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
My date of birth is December 15, 1989.

---

**Question #** 7.  
**Question** IV.F.3. Only if you are making a wage claim

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I am not making a claim for lost wages.

---

**Question #** 8.  
**Question** V.A.6. Move in Date

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  **Cause No.** 09-7819
**Case Name** Pittman, Henry  **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,
**DOB** 12/15/1989  **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Trailer 1.
I moved into my trailer in 3/2006.

Trailer 2.
I moved into my trailer in 11/2006.

Trailer 3.
I moved into my trailer in 11/2007.

| Question # | Question |
|---|---|
| 9. | V.A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Trailer 1.
I moved out of my trailer in 11/2006.

Trailer 2.
I moved out of my trailer in 12/2008.

Trailer 3.
I moved out of my trailer in 12/2008.

| Question # | Question |
|---|---|
| 10. | V.A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The installation address for the first trailer was 1 Avenger Park Dr., New Orleans, LA 70118. The installation address for the second and third trailers was 1323 Mandolin St., New Orleans, LA 70122.

| Question # | Question |
|---|---|
| 11. | V.E. Name of all trailer residents |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  **Cause No.** 09-7819
**Case Name** Pittman, Henry  **Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,
**DOB** 12/15/1989  **SSN** 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

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The names of all other trailer residents were:
Henry Lee Pittman, age 19, residing at 1323 Mandolin St., New Orleans, LA 70122 whose phone number is 504-309-5813, resided in the trailer from March, 2006 through December, 2008 and is not making a personal injury claim.
Sonia Edwards, age 39, residing at 1323 Mandolin St., New Orleans, LA 70122 whose phone number is 504-309-5813, resided in the trailer from March, 2006 through December, 2008 and is not making a personal injury claim.
Darrinka Hodges, age 20, residing at 1323 Mandolin St., New Orleans, LA 70122 whose phone number is 504-309-5813, resided in the trailer from March, 2006 through December, 2008 and is not making a personal injury claim.
Jorran Hodges age 14 residing at 1323 Mandolin St., New Orleans, LA 70122 whose phone number is 504-309-5813, resided in the trailer from March, 2006 through December, 2008 and is not making a personal injury claim.
Henry Edwards age 44, residing at 1323 Mandolin St., New Orleans, LA 70122 whose phone number is 504-309-5813, resided in the trailer from March, 2006 through December, 2008 and is not making a personal injury claim.

| Question # | Question |
|---|---|
| 12. | V.13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I spent an average of fourteen hours in the trailer each day.

| Question # | Question |
|---|---|
| 13. | VI.C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I never used any type of tobacco product.

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  
**Case Name** Pittman, Henry  
**DOB** 12/15/1989   **SSN** 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  
**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

| 14. | VI.D. Smoking History of Other Trailer Resident(s) |
|---|---|

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No one who resided in the trailer used any type of tobacco product.

| Question # | Question |
|---|---|
| 15. | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I have never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16. | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was seen for all symptoms by Dr. Pasternak located at 1661 Canal Street Suite 1200, New Orleans, LA 70112. The phone number is 504-294-9980. I was seen in March of 2006.

| Question # | Question |
|---|---|
| 17. | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard Form 95. I do not have any other records in my possession.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 245143  
**Case Name** Pittman, Henry  
**DOB** 12/15/1989    **SSN** 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  

**Cause No.** 09-7819  
**Case Style** Dora Howard, et. al. vs. Fleetwood Enterprises,

_____  
Plaintiff or Representative

12/19/2011  
_____  
Date