# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239805  
**Case Name** Reynolds, Robert  
**DOB** 9/12/1975    **SSN** 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  
**Cause No.** 09-7894  
**Case Style** Darris Moore, as Next Friend of A. M., a minor,

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see the attached Certification page

| Question # | Question |
|---|---|
| 2 | III.C.    Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from headaches, wheezing, shortness of breath, persistent cough, and dizziness. I did not seek medical attention for these symptoms.

| Question # | Question |
|---|---|
| 3 | III.C.2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4 | III.C.3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

**EXHIBIT "J"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239805  
**Case Name** Reynolds, Robert  
**DOB** 9/12/1975   **SSN** 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  
**Cause No.** 09-7894  
**Case Style** Darris Moore, as Next Friend of A. M., a minor,

| MTD NC | |
|---|---|
| | **Answer** |
| | I did not seek medical attention however I have experienced headaches, coughing, upset stomach and irritated nasal membranes. |

| Question # | Question |
|---|---|
| 5 | III.C.8. Psychological Treatment |
| **Pet ID** | |
| 1623 | |
| **Def ID** | |
| 43 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I was not seen for psychological care therefore I am not claiming mental or emotional damages. |

| Question # | Question |
|---|---|
| 6 | III.C.9. Total Medical Expenses |
| **Pet ID** | |
| 1623 | |
| **Def ID** | |
| 43 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | I am not making a claim for medical expenses. |

| Question # | Question |
|---|---|
| 7 | IV.C. Date of Birth |
| **Pet ID** | |
| 1623 | |
| **Def ID** | |
| 43 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | My date of birth is September 12, 1975. |

| Question # | Question |
|---|---|
| 8 | IV.F.3. Only if you are making a wage claim |
| **Pet ID** | |
| 1623 | |
| **Def ID** | |
| 43 | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239805　　　　　　　　　**Cause No.** 09-7894
**Case Name** Reynolds, Robert　　　**Case Style** Darris Moore, as Next Friend of A. M., a minor,
**DOB** 9/12/1975　**SSN** 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

**Notice #**
MTD NC

**Answer**
I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 9 | V.A.6. Move in Date |

**Pet ID** 1623
**Def ID** 43

**Notice #**
MTD NC

**Answer**
I moved into the trailer in April of 2007.

| Question # | Question |
|---|---|
| 10 | V.A.7. Move out Date |

**Pet ID** 1623
**Def ID** 43

**Notice #**
MTD NC

**Answer**
I moved out of the trailer in February of 2008.

| Question # | Question |
|---|---|
| 11 | V.A.8. Installation Address |

**Pet ID** 1623
**Def ID** 43

**Notice #**
MTD NC

**Answer**
The installation address of the trailer was 405 Fox Craft, Slidell, LA 70461.

| Question # | Question |
|---|---|
| 12 | V.E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239805  
**Case Name** Reynolds, Robert  
**DOB** 9/12/1975    **SSN** 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  
**Cause No.** 09-7894  
**Case Style** Darris Moore, as Next Friend of A. M., a minor,

**Notice #**  
MTD NC

**Answer**  
The names of all trailer residents are:  
Robert Reynolds, age 34  
Temechius Reynolds, age 35  
Jonnie Kirsh, age 55  
Jarred Kirsh, age 16  
Kendell Kirsh, age 17  
Wayne Bernard, age 14  
Dedrick Williams, age 9  
Shanina Gray, age 12  
All residents currently reside at 405 Fox Craft, Slidell, LA 70461 with a phone number of 985-201-8168. All residents moved into the trailer in April of 2007 and moved out in February of 2008, and are making a personal injury claim for illness.

**Question #** 13  
**Question** V.13. Number of hours spent in trailer each day

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I stayed in the trailer for an average of sixteen hours each day.

**Question #** 14  
**Question** VI.C. Plaintiff's Smoking History

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I never used any type of tobacco product.

**Question #** 15  
**Question** VI.D. Smoking History of Other Trailer Resident(s)

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 239805  
**Case Name** Reynolds, Robert  
**DOB** 9/12/1975    **SSN** 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  
**Cause No.** 09-7894  
**Case Style** Darris Moore, as Next Friend of A. M., a minor,

**Answer**  
No trailer resident used any type of tobacco product.

| Question # | Question |
|---|---|
| 16 | VI(F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 17 | VII.B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I did not seek medical attention for formaldehyde related injury.

| Question # | Question |
|---|---|
| 18 | VIII(A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard Form 95. I do not have any other records in my possession.

_____    12/20/2011
Plaintiff or Representative     Date