UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER** | * | **MDL NO. 1873** |
|           **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
|           **SECTION "N" (5)** | * | |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Goldie Cross v. Recreation by Design, LLC, et al.* | * | |
| No. 10-1252 | * | |
| Plaintiffs: | * | |
|     Stacey Ryan | * | |
|     Kayla Schmidt | * | |
|     Christopher Elly obo Dianne Sellers | * | |
|     Vince Stewart | * | |
|     Larry Stewart | * | |
|     Marie Thomas | * | |
|     Melissa Toups obo G.T. | * | |
|     Griffin Vincent | * | |
|     Terrell Watts obo Z.W. | * | |
|     Terrell Watts obo L.W. | * | |
|     Terrell Watts obo M.W. | * | |
|     Terrell Watts | * | |
|     Lillie Mae Williams | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS</u>**

COME NOW Stacey Ryan, Kayla Schmidt, Christopher Elly obo Dianne Sellers, Vince Stewart, Larry Stewart, Marie Thomas, Melissa Toups obo G.T., Griffin Vincent, Terrell Watts obo Z.W., Terrell Watts obo L.W., Terrell Watts obo M.W., Terrell Watts, and Lillie Mae Williams (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets (Rec. Doc. 23695).

### A.  SPECIFIC PLAINTIFFS

Defendant Recreation by Design, LLC ("RBD") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

#### 1.  Stacey Ryan

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 20, 2011. See attached Exhibit "A". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, & 88 and her claims should not be dismissed.

#### 2.  Kayla Schmidt

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "B". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, & 88 and her claims should not be dismissed.

#### 3.  Christopher Elly obo Dianne Sellers

Plaintiff's counsel has attempted to contact Christopher Elly obo Dianne Sellers on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

#### 4.  Vince Stewart

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "D".

**5.    Larry Stewart**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 20, 2011.  See attached Exhibit "E".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32, & 88 and his claims should not be dismissed.

**6.    Marie Thomas**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011.  See attached Exhibit "F". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

**7.    Melissa Toups obo G.T.**

Plaintiff's counsel has recently spoken with Plaintiff Melissa "Toups" Goodman obo G.T. (Gavin Goodman) and did in fact submit supplemental answers to Defense counsel on December 17, 2011.  See attached "G".  Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

**8.    Griffin Vincent**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011.  See attached Exhibit "H". Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

**9.    Terrell Watts obo Z.W.**

Plaintiff's counsel has recently spoken with Plaintiff Terrell Watts obo Z. W. (Zachary Watson) and did in fact submit supplemental answers to the deficiencies to

Defense counsel on December 17, 2011. See attached Exhibit "I". Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

10. **Terrell Watts obo L.W.**

Plaintiff's counsel has recently spoken with Plaintiff Terrell Watts obo L.W. (Larisha Watts) and did in fact submit supplemental answers to the deficiencies to Defense counsel on December 17, 2011. See attached Exhibit "J". Also, an updated certification page has been requested from the Plaintiff. When it is received it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

11. **Terrell Watts obo M.W.**

Plaintiff's counsel has recently spoken with Plaintiff Terrell Watts obo M.W. (Meleeseia Watts) and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "K". Also, an updated certification page has been requested from the Plaintiff. When it is received it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and these claims should not be dismissed.

12. **Terrell Watts**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "L". Also, an updated certification page has been requested from Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with

4

the Fact Sheet process set forth in PTO's 2, 32 & 88 and his claims should not be dismissed.

13. **Lillie Mae Williams**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to Defense counsel on December 17, 2011. See attached Exhibit "M". Also, an updated certification page has been requested from the Plaintiff. When it is received, it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in PTO's 2, 32 & 88 and her claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2, 32 & 88 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of December, 2011.

      /s/ Robert C. Hilliard

      _____
      **ROBERT C. HILLIARD**