# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845
**Case Name** Schmidt, Kayla Marie
**DOB** 7/20/1990     **SSN** 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
**Cause No.** 09-7075
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Please see attached certification

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The symptoms I experienced while residing in the FEMA trailer consist of irritation to eyes, irritation to nasal membranes, headaches, persistent cough, worsening of allergies that I had previous to residing in the FEMA trailer, and sinus infection/sinusitis.

| Question # | Question |
|---|---|
| 3. | III. C.2. Future Medical Claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C.3. Diagnosed Illness |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845  
**Case Name** Schmidt, Kayla Marie  
**DOB** 7/20/1990   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Answer**  
I was diagnosed with irritated eyes, irritated nasal membranes, headaches, persistent cough, and worsening of allergies on 02/2006 by Dr. Bryan Bertucci located on 7718 Judge Perez Chalmette, LA 70043 Phone: (504) 281-2800.

| Question # | Question |
|---|---|
| 5. | III. C.8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Yes, I am claiming mental or emotional damages as a result of residing in the FEMA trailer.  
I have been treated since 2006 to present date by Dr. Bryan Bertucci located on 7718 Judge Perez Chalmette, LA 70043 Phone: (504) 281-2800 for anxiety, O.C.D, and depression.  
I have been prescribed Lexapro.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was born on 07/20/1990 in New Orleans, LA.

| Question # | Question |
|---|---|
| 8. | IV. F.3. Only if you are making a wage claim |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845  **Cause No.** 09-7075
**Case Name** Schmidt, Kayla Marie   **Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,
**DOB** 7/20/1990   **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No, I am not making a claim for loss wages or lost earning capacity.

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved into the FEMA trailer in 02/2006. I lived in the Rec by Design trailer only.

| Question # | Question |
|---|---|
| 10. | V. A.7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I moved out of the FEMA trailer in 01/2009. I lived in the Rec. By Design trailer only.

| Question # | Question |
|---|---|
| 11. | V. A.8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The installation address of the FEMA housing unit was 2036 N. River Pack Dr. Voilet, LA 70092. I lived in the Rec By Design trailer only.

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845  
**Case Name** Schmidt, Kayla Marie  
**DOB** 7/20/1990  **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

| 1623 |
|---|

**Def ID**

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

The following list is of all people who resided in the FEMA trailer :

Mellisa Mayer age 38. Her address and phone number are 2036 North River Park, Dr Violet, LA 70092, 504-453-4222. She lived in the trailer from 2/1/2006-1/17/2009, Mellisa is making a personal injury claim for the followings:
Eye Irritation / Excessive Tears
Nausea
Headaches
Dizziness
Coughing / Shortness of Breath
Pharyngitis: Inflammation of Throat
Laryngitis: Inflammation of Vocal Cords
Sinus Infections / Sinusitis
Eye Irritation / Excessive Tears
Burning of Eyes
Eye Irritation / Excessive Tears
Irritation to Nasal Membranes
Burning of Nasal Membranes
Bleeding of Nasal Membranes
Tingling or Swelling of Lips or Face Area
Headaches
Nausea
Vomiting
Abdominal Pain

Mariah Schimicll age 19. Her address and phone number are 2036 North River Park, Dr Violet, LA 70092, 504-453-4222. She lived in the trailer from 2/1/2006-1/17/2009, Mariah is making a personal injury claim for the followings:
Burning Sensation in Chest
Eye Irritation / Excessive Tears
Nausea
Dizziness
Coughing / Shortness of Breath
Pharyngitis: Inflammation of Throat
Laryngitis: Inflammation of Vocal Cords
Irritation to Nasal Membranes
Headaches
Throat Irritation
Upper Respiratory Tract Infections
Allergies for the first time in your life
Sinus Infections / Sinusitis

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845  
**Case Name** Schmidt, Kayla Marie  
**DOB** 7/20/1990   **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I spent an average of 14 hours per day in the FEMA trailer.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am a current cigarette/cigar/pipe smoker, I have smoked 1 pack per day for the last 2 years.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
No one who resided with me smoked or used any tobacco products.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I did not suffer from lung or respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 226845  
**Case Name** Schmidt, Kayla Marie  
**DOB** 7/20/1990    **SSN** 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  
**Cause No.** 09-7075  
**Case Style** Casey Brown, et. al. vs. Gulf Stream Coach,

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The doctor that treated me for my illness/injury I suffered as a result of residing in the FEMA trailer is Bryan Bertucci located on 7718 Judge Perez Chalmette, LA 70043 Phone: (504) 281-2800/504-271-8952, treated my sinus/sore throat, mental damages, since 2006 to present date.

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____    12/16/2011
Plaintiff or Representative       Date

Schmidt, Kayla Marie - WGC420049

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Kayla Schmidt_ (signature)  
**Signature of Plaintiff**

**Kayla Schmidt**  
**Print Your Name**

12-6-11  
**Date**