# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744
**Cause No.** 09-7110
**Case Name** Sellers, Dianne M.
**Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.
**DOB** 5/23/1950   **SSN** 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

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
A certification page has been provided to plaintiff, at the time such as has been received and will be provided to the defense council.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
During the time Dianne resided in the FEMA trailer she suffered from irritation to eyes, burning of eyes, tearing of eyes, rashes on skin, headaches, diarrhea, wheezing, shortness of breath, persistent cough, tightness of chest.

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I understand that Diane's claim is about formaldehyde being in the trailer and that may have caused illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623
**Def ID** 43
**Notice #**

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  
**Case Name** Sellers, Dianne M.  
**Cause No.** 09-7110  
**Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.  
**DOB** 5/23/1950   **SSN** 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

MTD NC

**Answer**

The symptoms Dianne experienced/reported to a doctor/healthcare provider are as follows:

Date of diagnosis: 04/2006  
Symptom: Irritation/tearing/burning of eyes, Skin rashes, headaches  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

Date of diagnosis: 06/2007  
Symptom: Diarrhea  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

Date of diagnosis: 03/2006  
Symptom: Wheezing, Persistent Cough, Tightness of chest  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

Date of diagnosis: 08/2006  
Symptom: Shortness of breath  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID**  
1623

**Def ID**  
43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  
**Case Name** Sellers, Dianne M.  
**DOB** 5/23/1950   **SSN** 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  
**Cause No.** 09-7110  
**Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.

**Notice #**  
MTD NC

**Answer**  
No, Dianne is not claiming mental and or emotional damages.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Dianne is making a claim for medical expenses however, she does not recall the amount of her claim.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Dianne's date of birth is 5/23/1950.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Dianne is not making a wage claim.

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  
**Case Name** Sellers, Dianne M.  
**DOB** 5/23/1950   **SSN** 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  
**Cause No.** 09-7110  
**Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Dianne's move in date for trailer 1 was 10/1/2005.  
Dianne's move in date for trailer 2 was 2/1/2008.

| Question # | Question |
|---|---|
| 10. | V. A. 7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Dianne's move out date for trailer 1 is 11/1/2007.  
Dianne's move out date for trailer 2 is 4/1/2009.

| Question # | Question |
|---|---|
| 11. | V. A. 8. Installation Address |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
Dianne's installation address for the fema trailer is 3719 Mayo Ave, Moss Point MS 39563 for both trailers.

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The following information is a list of all people who resided in the fema trailer:  
Christopher Elly age 38, His address and phone number are 3719 Mayo ave, Moss Point, MS . 228

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  **Cause No.** 09-7110
**Case Name** Sellers, Dianne M.    **Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.
**DOB** 5/23/1950   **SSN** 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

-623-8468. He lived there from 10/01/2005-02/01/2008 and 11/01/2007/04/01/2009, Yes, Christopher is making a personal injury claim due to tearing of eyes, irritation of eyes.

Krisopher Elly age 6. His address and phone number are 3719 Mayo ave, Moss Point, MS . 228-623-8468. He lived there from 10/01/2005-02/01/2008 and 11/01/2007/04/01/2009, Yes, Christopher is making a personal injury claim due to Nose bleeding, and shortness of breath.

Eddie R Wash age 42 His address and phone number are 3719 Mayo ave, Moss Point, MS . 228-623-8468. He lived there from 10/01/2005-02/01/2008 and 11/01/2007/04/01/2009, Yes, Christopher is making a personal injury claim due to Shortness of breath.

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Dianne spent about 20 hours each day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Dianne is a past smoker. She 1 pack per day for 10 years, Dianne stopped smoking on 01/01/1996.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Dianne's son smoked half a pack per day for 13 years. He smoked outside outside.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  
**Case Name** Sellers, Dianne M.  
**DOB** 5/23/1950   **SSN** 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  
**Cause No.** 09-7110  
**Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

Yes, Dianne has suffered from the lung/other respiratory disease Chronic obstructive pulmonary disease. She was diagnosed with Chronic obstructive pulmonary disease on 01/01/1996.

Yes, Dianne has suffered from the skin disease psoriasis. She was was diagnosed with psoriasis on 01/01/1971.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**

The doctors/health care providers who treated Dianne for disease/illness/injury that she suffered as a result of living in a FEMA trailer are as follows:

Date of diagnosis: 04/2006  
Symptom:Irritation/tearing/burning of eyes, Skin rashes, headaches  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

Date of diagnosis: 06/2007  
Symptom:Diarrhea  
Suffered prior to trailer? No  
Condition Worsened by trailer? Yes  
Diagnosing Physician:  
Dr. Stewart Jefferson - Pas Point Internal Medicine  
3702 Jefferson Avenue  
Moss Point, MS 39563  
Phone: (228) 769-116

Date of diagnosis: 03/2006  
Symptom: Wheezing, Persistent Cough, Tightness of chest

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238744  **Cause No.** 09-7110
**Case Name** Sellers, Dianne M.  **Case Style** Cathy Diamond, et. al. vs. Lexington Homes, et.
**DOB** 5/23/1950   **SSN** 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

| |
|---|
| Suffered prior to trailer? No<br>Condition Worsened by trailer? Yes<br>Diagnosing Physician:<br>Dr. Stewart Jefferson - Pas Point Internal Medicine<br>3702 Jefferson Avenue<br>Moss Point, MS 39563<br>Phone: (228) 769-116<br><br>Date of diagnosis: 08/2006<br>Symptom: Shortness of breath<br>Suffered prior to trailer? No<br>Condition Worsened by trailer? Yes<br>Diagnosing Physician:<br>Dr. Stewart Jefferson - Pas Point Internal Medicine<br>3702 Jefferson Avenue<br>Moss Point, MS 39563<br>Phone: (228) 769-116 |

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

| |
|---|
| A-I do not have medical records in my possession.<br>B-Please see attached Standard Form 95.<br>C-I do not have test results in my possession.<br>D-I do not have medical bills in my possession. |

_____   12/20/2011
Plaintiff or Representative   Date