# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251263  **Cause No.** 10-1252
**Case Name** Stewart, Vince  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 9/28/1964  **SSN** 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

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I do not have this at this time.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I suffer from Headaches and Chest Pains and Shortness of Breath. I did report this to a physician at the Emergency Room located at Picayune Hospital 801 Goodyear Blvd. Picayune, MS. 39466. (601) 798-4711. I do recall the physician's name.

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251263  **Cause No.** 10-1252
**Case Name** Stewart, Vince  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 9/28/1964  **SSN** 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

**Answer**
I suffer from Headaches and Chest Pains and Shortness of Breath. I did report this to a physician at the Emergency Room located at Picayune Hospital 801 Goodyear Blvd. Picayune, MS. 39466. (601) 798-4711. I do recall the physician's name.

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not making claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
My date of birth is 9/28/1964.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251263  **Cause No.** 10-1252
**Case Name** Stewart, Vince  **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 9/28/1964  **SSN** 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

| 43 |
|---|

**Notice #**
| MTD NC |
|---|

**Answer**
| I am not making a claim for lost wages. |
|---|

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID**
| 1623 |
|---|

**Def ID**
| 43 |
|---|

**Notice #**
| MTD NC |
|---|

**Answer**
| I moved into the trailer in November, 2005. |
|---|

| Question # | Question |
|---|---|
| 10. | V. A. 7. Move out Date |

**Pet ID**
| 1623 |
|---|

**Def ID**
| 43 |
|---|

**Notice #**
| MTD NC |
|---|

**Answer**
| I moved out of the trailer in June, 2007. |
|---|

| Question # | Question |
|---|---|
| 11. | V. A. 8. Installation Address |

**Pet ID**
| 1623 |
|---|

**Def ID**
| 43 |
|---|

**Notice #**
| MTD NC |
|---|

**Answer**
| The installation address for the trailer was 4020 Baraaudda St., Bay Saint Louis, MS, 39520 |
|---|

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251263  **Cause No.** 10-1252
**Case Name** Stewart, Vince   **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 9/28/1964   **SSN** 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

1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I was the only person who resided in the trailer.

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I spent an average of 16 hours in the trailer each day.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I was the only person resided in the trailer. I never smoked.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 251263  
**Case Name** Stewart, Vince  
**DOB** 9/28/1964   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I have never suffered from lung disease or skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I did not receive any treatment for formaldehyde related injury.

| Question # | Question |
|---|---|
| 18. | VIII( A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____  
Plaintiff or Representative  

12/16/2011  
Date