# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704  
**Case Name** Thomas, Marie E.  
**DOB** 4/12/1960   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Certification.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I experienced or reported to a physician of the following symptoms:  
Headaches  
Vomiting  
Skin Rash / Irritation

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704
**Case Name** Thomas, Marie E.
**DOB** 4/12/1960    **SSN** 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
**Cause No.** 10-1252
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

MTD NC

**Answer**
I was treated for Headaches, Vomiting, and Skin Rash / Irritation, I was diagnosed with migraines by Dr. Alka Shirodkar, MD, 2000 Opelousas St, Lake Charles, LA 70601, 337-439-9983.

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
My date of birth is 4/12/1960.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704  
**Case Name** Thomas, Marie E.  
**DOB** 4/12/1960    **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Notice #**  
MTD NC

**Answer**  
I am not making a wage loss claim.

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Move-in date was 8/3/2006.

| Question # | Question |
|---|---|
| 10. | V. A. 7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Move-out Date was 2/1/2009

| Question # | Question |
|---|---|
| 11. | V. A. 8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The installation address of trailer was 811 North Goos St. Lake Charles, LA 70601.

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704  
**Case Name** Thomas, Marie E.  
**DOB** 4/12/1960   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

---

43

**Notice #**  
MTD NC

**Answer**  
Name of all trailer residents:

Marie E. Thomas, Self, 1402 Graceland, Abbiville, LA 70510. Move in date 8/3/2006; move out date 02/01/2009. I am not making a personal injury claim for my injuries.

Collin Johnson. 54 years old. Current address 811 North Goos St. Lake Charles LA 70601. Move-in date: 8/3/2006; move-out date 2/1/2009. Collin makes a personal injury claim for headaches.

Thomas Davsella. 49 years old. Current address: 9107 Woodring St., Lake Charles, LA, phone 337-502-7208. Move-in date: 8/3/2006; move-out date 2/1/2009. Thomas makes a personal injury claim for headaches and eye irritation.

No other persons stayed in this trailer but the three of us.

---

**Question #** | **Question**
13. | V.13. Number of hours spent in trailer each day

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The average hours I spent in the trailer was 5-6 hours.

---

**Question #** | **Question**
14. | VI. C. Plaintiff's Smoking History

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am a current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff. I have smoked half of a pack a day for 15 years.

---

**Question #** | **Question**
15. | VI. D. Smoking History of Other Trailer Resident(s)

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704  
**Case Name** Thomas, Marie E.  
**DOB** 4/12/1960   **SSN** 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  
**Cause No.** 10-1252  
**Case Style** Goldie Cross, et. al. vs. Recreation By Design,

**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes, Charles Thomas smoked cigarettes, he smoked inside the trailer. He smoked 1/2 pack per day. He smoked inside of the trailer the entire time that he resided in the trailer.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes, I do suffer from emphysema and I have not suffered from skin disease, I only suffered from skin rashes. I was first diagnosed with emphysema on 5/1/2009.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes I did receive treatment for headaches, skin rashes by Dr. Alka Shirodkar, MD, 2000 Opelousas St, Lake Charles, LA 70601, 337-439-9983. The doctor prescribed Zomig to treat the symptoms of migraine headache and Advair for breathing problem, and and Ventolin to treat difficulty breathing and chest tightness caused by lung diseases. I was prescribed with Mupirocin for skin rashes. I am just taking the medicine right now.

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246704      **Cause No.** 10-1252
**Case Name** Thomas, Marie E.      **Case Style** Goldie Cross, et. al. vs. Recreation By Design,
**DOB** 4/12/1960    **SSN** 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

43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____       12/15/2011
Plaintiff or Representative      Date