# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004   **SSN** \*\*\*-\*\*-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Certification.

| Question # | Question |
|---|---|
| 2. | III . C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I suffered from the following syptoms:  
Asthma Attacks that are recurrence of childhood asthma  
Other Damage  
Sinus Infections / Sinusitis  
Emphysema / Wheezing  
Coughing / Shortness of Breath

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID**

**EXHIBIT "G"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004  **SSN** \*\*\*-\*\*-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

---

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
The following doctors treated Gavin for Asthma Attacks that are recurrence of childhood asthma, Sinus Infections / Sinusitis, Emphysema / Wheezing, Coughing / Shortness of Breath:

Dr. Shakir  
U.S. 90  
Bay St. Louis, MS 39520  
(228) 463-9666

Dr. Needles - He is no longer in practice. So I do not have this doctors contact information.

---

**Question #** 5.  
**Question** III. C. 8. Psychological Treatment

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
I am not making a mental or emotional damage claim on his behalf.

---

**Question #** 6.  
**Question** III. C. 9. Total Medical Expenses

**Pet ID** 1623

**Def ID** 43

**Notice #** MTD NC

**Answer**  
Yes, I am making a claim for medical expenses on his behalf. About $500 in medical expenses.

---

**Question #** 7.  
**Question** IV. C. Date of Birth

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004   **SSN** \*\*\*-\*\*-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

**Def ID**
43

**Notice #**
MTD NC

**Answer**
His DOB is 5/8/2004, His place of birth is Bay Saint Louis, MS.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
This does not pertain to him as he is a young child.

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The move in date was 9/2005. He did not live in two trailers. His grandmother and grandfather lived on same property but in there own trailer. I do not recall which one of the two trailers belonged to the grandparents.

| Question # | Question |
|---|---|
| 10. | V. A. 7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The move out date was 2/2008. He did not live in two trailers. His grandmother and grandfather lived on same property but in there own trailer. I do not recall which one of the two trailers belonged to the grandparents.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004   **SSN** ***-**-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

| Question # | Question |
|---|---|
| 11. | V. A. 8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The installation address was 904 Shipp Street, Waveland, MS, 39576. He did not live in two trailers. His grandmother and grandfather lived on same property but in there own trailer. I do not recall which one of the two trailers belonged to the grandparents.

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Melissa Troups-Goodman, age 22  
9043 Emily Ct.  
Bay St. Louis, MS 39520  
9/1/2005-2/1/2008  
228-342-9248  
Yes, I am making a personal injury claim for sinus and respiratory symptoms.

Gavin Goodman, self  
9043 Emily Ct.  
Bay St. Louis, MS 39520  
9/1/2005-2/1/2008  
228-342-9248  
Yes, I am making a personal injury claim for sinus and respiratory symptoms.

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004  **SSN** \*\*\*-\*\*-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

MTD NC

**Answer**  
He spent about 18 hours a day in the trailer.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
This question does not pertain to him as he is a young child.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
No one who lived in the trailer smoked.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
He has never suffered from any type of other lung or respiratory diseases, other than his asthma, and he has never suffered from any skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 237432  
**Case Name** Toups, Gavin  
**DOB** 5/8/2004   **SSN** \*\*\*-\*\*-0118  
**Cause No.** 09-7069  
**Case Style** Angel Steber, as Next Friend of K. S., a minor,

**Notice #**  
MTD NC

**Answer**  
The following doctors treated Gavin for Asthma Attacks that are recurrence of childhood asthma, Sinus Infections / Sinusitis, Emphysema / Wheezing, Coughing / Shortness of Breath:

Dr. Shakir  
U.S. 90  
Bay St. Louis, MS 39520  
(228) 463-9666

Dr. Needles - He is no longer in practice. So I do not have this doctors contact information.

**Question #** 18.  
**Question** VIII (A-D) Produce Records

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____    12/16/2011  
Plaintiff or Representative    Date

Toups, Gavin - WGC#237432

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Melissa Goodman_
**Signature of Plaintiff**

Melissa ~~Troups~~-goodman, as Next Friend of Gavin Goodman, a minor
**Print Your Name**

12-10-11
**Date**