# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  **Cause No.** 09-7423
**Case Name** Vincent, Griffin K.  **Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,
**DOB** 2/27/1948  **SSN** 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

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Certification Page.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The following our symptoms I experienced while residing in the trailer.
occasionally irritation to eyes
occasionally burning of eyes
occasionally tearing of eyes
Sinus Infections / Sinusitis
Irritation to Nasal Membranes
Burning of Nasal Membranes
Worsening of Allergies that you had previous to living in FEMA TrailerSinus Infections / Sinusitis

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID**

**EXHIBIT "H"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  
**Case Name** Vincent, Griffin K.  
**DOB** 2/27/1948   **SSN** 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  
**Cause No.** 09-7423  
**Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The following are the symptoms I experienced while living in the trailer.
occasionally irritation to eyes
occasionally burning of eyes
occasionally tearing of eyes
Sinus Infections / Sinusitis
Irritation to Nasal Membranes
Burning of Nasal Membranes
Worsening of Allergies that you had previous to living in FEMA TrailerSinus Infections / Sinusitis
None of these were diagnosed as I did not seek or receive medical treatment.

| Question # | Question |
|---|---|
| 5. | III. C.8. Psychological Treatment |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I am not making a claim for medical expenses as a result of the injury, illness or disease.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  
**Case Name** Vincent, Griffin K.  
**Cause No.** 09-7423  
**Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,  
**DOB** 2/27/1948   **SSN** 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

**Notice #**  
MTD NC

**Answer**  
My date of birth is 2/27/1948 and the place of birth is Port Arthur, TX.

**Question #** 8.  
**Question** IV. F. 3. Only if you are making a wage claim

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a wage claim or claim of lost earnings capacity as a result of exposure to formaldehyde.

**Question #** 9.  
**Question** V. A. 6. Move in Date

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved out of the trailer February 6, 2006.

**Question #** 10.  
**Question** V. A. 7. Move out Date

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved out of the trailer February 6, 2008.

**Question #** 11.  
**Question** V. A. 8. Installation Address

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  **Cause No.** 09-7423
**Case Name** Vincent, Griffin K.  **Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,
**DOB** 2/27/1948   **SSN** 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

| | |
|---|---|
| 43 | |
| **Notice #** | |
| MTD NC | |
| | **Answer** |
| | The Address the trailer was located on 6303 Estate Ln. Lake Charles State: LA Zip: 70607. |

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The following are those who resided in the trailer
Mabel Davis
Age: 84
6303 Estate Lane
Lake Charles, LA 70607
337-478-5877
Dates Lived in Fema: 02/06/2006-02/06/20008
I am making personal injury claim nature of headaches.

Esther Vincent
Age: 63
6303 Estate Lane
Lake Charles, LA 70607
337-478-5877
Dates Lived in Fema: 02/06/2006-02/06/20008
I am making personal injury claim nature of headaches.

Griff K. Vincent
Age: 63
6303 Estate Lane
Lake Charles, LA 70607
337-478-5877
Dates Lived in Fema: 02/06/2006-02/06/20008
I am making personal injury claim nature of headaches.

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  **Cause No.** 09-7423
**Case Name** Vincent, Griffin K.  **Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,
**DOB** 2/27/1948   **SSN** 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

**Answer**
The average number of hours I spent in the FEMA trailer or mobile home each day is 16 hours.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I am a past smoker of cigarettes I stopped smoking on 01/01/1981, I smoked 10 cigarettes per day for 20 years.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
My wife, Esther Vincent also smoked 10 cigarettes per day for 20 years. My wife quit smoking in 1986. At the time residing in FEMA housing unit they were not smoking.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I have not suffered from lung or other respiratory disease.
I have not suffered from skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 246707  
**Case Name** Vincent, Griffin K.  
**DOB** 2/27/1948    **SSN** 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  
**Cause No.** 09-7423  
**Case Style** Christian Dixon, et. al. vs. Gulf Stream Coach,

---

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| I was not provided treatment related to formaldehyde related injury |
|---|

| **Question #** | **Question** |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID**

| 1623 |
|---|

**Def ID**

| 43 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| Please see attached Standard form 95, however I do not have any of the other requested documents in my possession. |
|---|

_[signature]_     12/8/2011

Plaintiff or Representative     Date

Vincent, Griffin K. - WGC#246707

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____  Griffin Vincent _____  12-7-2011
**Signature of Plaintiff**      **Print Your Name**              **Date**

Catherine D. Tobin
State Bar No. 24013642
John B. Martinez
State Bar No. 24010212
Marion M. Reilly
State Bar No. 24079195
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401
Telephone No.: (361) 882-1612
Facsimile No.: (361) 882-3015

## ATTORNEYS FOR PLAINTIFF

### FIAT

PLEASE TAKE NOTICE that on the 23rd day of December, 2011 beginning at 8:30 a.m., hearing on Plaintiffs' Motion to compel Defendant Missionhurst-CICM, a Canonical Entity, to Respond to Plaintiffs' Third and Fourth Set of Request for Production will be heard before this Court.

### CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff attempted to confer with Defendant Missionhurst via email in compliance with Texas Rules of Civil Procedure on th 20th 7th, 15th and day19th days of December, 2011.

_____
Catherine D. Tobin

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 20th day of December, 2011.