# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242966  
**Case Name** Watson, Zachary  
**DOB** 08/01/2001   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I do not have this at this time.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
The following is a list of symptoms Zachary experienced while living in the trailer.  
Burning of eyes  
headaches  
nausea

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  

**EXHIBIT "I"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242966  
**Case Name** Watson, Zachary  
**DOB** 08/01/2001   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Notice #**  
MTD NC

**Answer**  
Zachary was diagnosed with burning eyes, headaches, and nausea. I do not recall the date of diagnosis or who diagnosed these symptoms.

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zachary is not making a mental and or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zachary is not making a claim for medical expenses as a result of the injury, illness or disease.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zachary's date of birth is 8/1/2001. He was born in Covington, LA.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242966  **Cause No.** 09-7893
**Case Name** Watson, Zachary  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 08/01/2001  **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Zachary is not making a wage loss claim, or claim of lost earning capacity as a result of his exposure to formaldehyde while residing in a FEMA trailer or mobile home.

**Question #** | **Question**
9. | V. A. 6. Move in Date

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Zachary moved in the trailer 11/2005.
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. I do not recall which trailer this applies to.

**Question #** | **Question**
10. | V. A. 7. Move out Date

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Zachary moved out of the trailer 7/2007.
According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. I do not recall which trailer this applies to.

**Question #** | **Question**
11. | V. A. 8. Installation Address

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242966  **Cause No.** 09-7893
**Case Name** Watson, Zachary  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 08/01/2001  **SSN** 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

The installation address of the FEMA housing unit was 71493 St. Charles St. Abita LA 70420. According to the information provided by the US government through the FEMA offices in the matching process, he lived in a Gulf Stream Coach, Inc. and a Recreation by design trailer. I do not recall which trailer this applies to.

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**

The information of the other trailer residents is as follows:

Melissa Watts, age 17, her current address is 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim.

Lorrisha Watts, age 15, her current address is 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim.

Lillie Williams, ago 82, current address 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim.

Jornell Watts, age 38, current address 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim.

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**

Zachary spent 18-20 hours each day in the trailer.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623
**Def ID** 43
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242966  
**Case Name** Watson, Zachary  
**DOB** 08/01/2001    **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Notice #**  
MTD NC

**Answer**  
Zachary has never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Nobody that resided in the FEMA trailer smoked cigarettes or used any type of tobacco products.

| Question # | Question |
|---|---|
| 16. | VI (F)(1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zachary has not suffered from lung or other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Zachary sought treatment for formaldehyde related injuries from Dr. Aaron Karlin located at 2810 E. Causeway Approach Mandeville, LA (985) 809-5800. He received treatment 8/24/2009. He received a physical.

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID** 1623

# **Plaintiff Fact Sheet Deficiency Answers**

**WGC#** 242966  **Cause No.** 09-7893
**Case Name** Watson, Zachary  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 08/01/2001   **SSN** 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

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____
Plaintiff or Representative

12/16/2011
Date