# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242967

**Cause No.** 09-7893

**Case Name** Watts, Larrisha

**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**DOB** 07/20/1994   **SSN** 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

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The following symptoms are what Larrisha experienced while in the trailer
irritation to eyes
nausea

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
I understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Dr. Aaron Karlin treated Larrisha his specialty is a pediatrician and his location is 2810 E. Causeway Approach Mandeville, LA (985) 809-5800.  The treatment received was immunizations and the dates of treatment was 8/7/2009.

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID**
1623

**Def ID**
43

EXHIBIT "J"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242967                                   **Cause No.** 09-7893
**Case Name** Watts, Larrisha                     **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 07/20/1994   **SSN** 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

| Notice # | |
|---|---|
| MTD NC | |

**Answer**
Larrisha is not claiming mental or emotional damages as a result of residing in a FEMA trailer or mobile home.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha is not making a medical expense claim as a result of the injury, illness, or disease.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha's date of birth is 7/20/1994 and the place of birth is Covington, LA.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha is not making a wage loss claim, or claim or lost earning capacity as a result of her formaldehyde exposure.

| Question # | Question |
|---|---|
| 9. | V. A. 6. Move in Date |

**Pet ID**
1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242967

**Cause No.** 09-7893

**Case Name** Watts, Larrisha

**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**DOB** 07/20/1994   **SSN** 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

---

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha moved in the trailer 11/2005. FEMA brought 2 trailers, but she only lived in one. I do not recall which manufacture she lived in.

---

| **Question #** | **Question** |
|---|---|
| 10. | V. A. 7. Move out Date |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha moved out of the trailer 7/2007. FEMA brought 2 trailers, but she only lived in one. I do not recall which manufacture she lived in.

---

| **Question #** | **Question** |
|---|---|
| 11. | V. A. 8. Installation Address |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
The address of the trailer was 71493 St. Charles Street Abita Spring, LA 70420. FEMA brought 2 trailers, but Larisha only lived in one. I do not recall which manufacture she lived in.

---

| **Question #** | **Question** |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242967

**Cause No.** 09-7893

**Case Name** Watts, Larrisha

**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**DOB** 07/20/1994   **SSN** 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

| | Answer |
|---|---|
| | The information of the other trailer residents is as follows: <br><br> Melissa Watts, age 17, her current address is 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim. <br><br> Zachary Watson, age 8, her current address is 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim. <br><br> Lillie Williams, age 82, current address 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim. <br><br> Terell Watts, age 38, current address 71493 St. Charles St. Abita Springs, LA 70420, Client moved in 11/2005 until 7/2009. She is not making a personal injury claim. |

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

| | Answer |
|---|---|
| | Larrisha spent about 18-20 hours in the trailer each day. |

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

| | Answer |
|---|---|
| | Larrisha has never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff. |

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242967
**Case Name** Watts, Larrisha
**DOB** 07/20/1994   **SSN** 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

**Cause No.** 09-7893
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

Nobody that resided in the FEMA trailer smoked cigarettes or used any type of tobacco products.

| Question # | Question |
|---|---|
| 16. | VI (F) (1 & 4) Prior Medical History |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha has not suffered from lung or respiratory disease nor has she suffered from skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Larrisha was not treated for formaldehyde related injury.

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID**
1623

**Def ID**
43

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____
Plaintiff or Representative

12/16/2011
Date