# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968  
**Case Name** Watts, Meleeseia  
**DOB** 07/21/1992   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not have this at this time.

| Question # | Question |
|---|---|
| 2. | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced while residing in the FEMA trailer consist of burning of eyes, headaches, and nausea.

| Question # | Question |
|---|---|
| 3. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 4. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**EXHIBIT "K"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968  
**Case Name** Watts, Meleeseia  
**DOB** 07/21/1992   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Answer**  
I was diagnosed with headaches, burning of eyes, and nausea by Dr. Karlin in Mandeville, LA in May of 2006. Contact information is as follows; 2810 E Causeway Approach. Mandeville, LA 70448  
(985) 727-2100

| Question # | Question |
|---|---|
| 5. | III. C. 8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not claiming mental and or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 6. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 7. | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was born on 07/21/1992 in Covington, LA.

| Question # | Question |
|---|---|
| 8. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968  
**Case Name** Watts, Meleeseia  
**DOB** 07/21/1992   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Notice #**  
MTD NC

**Answer**  
No, I am not making a claim for loss wages or claim for lost earning as a result of exposure to formaldehyde while residing in the FEMA trailer.

**Question #** 9.  
**Question** V. A. 6. Move in Date  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved into the FEMA trailer in November of 2005. FEMA brought 2 trailers, a Gulfsream and recreation by design, but I only lived in one. I do not recall which one I lived in.

**Question #** 10.  
**Question** V. A.7. Move out Date  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved out of the FEMA trailer in July of 2007. FEMA brought 2 trailers, a Gulfsream and recreation by design, but I only lived in one. I do not recall which one I lived in.

**Question #** 11.  
**Question** V. A. 8. Installation Address  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The installation address for the trailer was 71493 St. Charles Street Abita Springs, LA 70420. FEMA brought 2 trailers, but I only lived in one, although I did not use the other trailer it was located at this address. I do not recall which one I lived in.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968  
**Case Name** Watts, Meleeseia  
**DOB** 07/21/1992   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 12. | V. E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

The people who resided with me in the FEMA trailer consist of:

Larvisha Watson age 15 address 22228 9th St. Abrita Springs, LA 70420, lived in the FEMA trailer from 11/2005-07/2007, no is not making a personal injury claim

Zachary Watson age 8 address 22228 9th St. Abrita Springs, LA 70420, lived in the FEMA trailer from 11/2005-07/2007, no is not making a personal injury claim

Lillie Williams age 82 address 71493 St. Cahrles St Abilita Springs, LA 70420 lived in the FEMA trailer 11/2005-07/2007 no is not making a personal injury claim

Terrel Watts age 38 address 71493 St. Cahrles St Abilita Springs, LA 70420 lived in the FEMA trailer 11/2005-07/2007 no is not making a personal injury claim

| Question # | Question |
|---|---|
| 13. | V.13. Number of hours spent in trailer each day |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

I spent 18-20 hours in the FEMA trailer each day.

| Question # | Question |
|---|---|
| 14. | VI. C. Plaintiff's Smoking History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968  
**Case Name** Watts, Meleeseia  
**DOB** 07/21/1992  **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Answer**
I have never smoked or used any kind of tobacco products.

| Question # | Question |
|---|---|
| 15. | VI. D. Smoking History of Other Trailer Resident(s) |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
No one who resided with me in the FEMA trailer smoked or used any kind of tobacco products.

| Question # | Question |
|---|---|
| 16. | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
No, I have never suffered from lung/respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 17. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
I was treated by Dr. Arron Karlin located on 2810 E Causeway Approach, Mandeville, LA (985) 809-5800 in Mandeville, LA on 05/2009.

| Question # | Question |
|---|---|
| 18. | VIII (A-D) Produce Records |

**Pet ID** 1623  
**Def ID** 43

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242968   **Cause No.** 09-7893
**Case Name** Watts, Meleeseia   **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 07/21/1992   **SSN** 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

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/16/2011
Plaintiff or Representative   Date