# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  
**Case Name** Watts, Terrell  
**DOB** 09/27/1970   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 1. | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced while residing in the FEMA trailer consist of irritation to eyes, burning of eyes, tearing of eyes, headaches, nausea, and sinus infection.

| Question # | Question |
|---|---|
| 2. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

| Question # | Question |
|---|---|
| 3. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was diagnosed in 07/2006 with irritation to eyes, burning of eyes, tearing of eyes, sinus infection, headaches, and nausea by the LSU Medical Center located at 433 Plaza St, Bogalusa, LA (985) 730-6700.

| Question # | Question |
|---|---|
| 4. | III. C. 8. Psychological Treatment |

**Pet ID** 1623  
**Def ID** 43  
**Notice #**

EXHIBIT "L"

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  
**Case Name** Watts, Terrell  
**DOB** 09/27/1970   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

MTD NC

**Answer**  
No, I am not claiming mental or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 5. | III. C. 9. Total Medical Expenses |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 6. | IV. C. Date of Birth |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I was born on 09/27/1970 in Bogalusa, LA.

| Question # | Question |
|---|---|
| 7. | IV. F. 3. Only if you are making a wage claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Yes, I am making a claim for loss wages attached is my income for the past five years. My income information is as follows:

2008, $20,000  
2007 $20,000  
2006 $20,000  
2005 $20,000  
2004 $20,000  

I am claiming I lost 3 months of income totaling $5100.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  
**Case Name** Watts, Terrell  
**DOB** 09/27/1970   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 8. | V. A. 6. Move in Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved into the FEMA trailer in 11/2005. FEMA brought 2 trailers, a Gulfsream and recreation by design, but I only lived in one. I do not recall which one I lived in.

| Question # | Question |
|---|---|
| 9. | V. A. 7. Move out Date |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I moved out of the FEMA trailer 07/2007. FEMA brought 2 trailers, a Gulfsream and recreation by design, but I only lived in one. I do not recall which one I lived in.

| Question # | Question |
|---|---|
| 10. | V. A. 8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
The address to the FEMA trailer was 71493 St. Charles Street Abita Springs, LA 70400. FEMA brought 2 trailers, a Gulfsream and recreation by design, but I only lived in one. both of them resided at this address.

| Question # | Question |
|---|---|
| 11. | V. E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  
**Case Name** Watts, Terrell  
**DOB** 09/27/1970  **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Notice #**  
MTD NC

**Answer**  
The other people who resided with me in the FEMA housing unit consist of

Lillie Williams. Age: 82. Current address 71493 Saint Charles St Abita Spring LA 70420.  
Dates lived in the FEMA trailer were 11/01/2005-07/01/2007. This person did not make personal injury claim.

Meleela Watts. Age: 17. Larresha Watts. Age: 15. Zachary Watson. Age 8. Their current address is 22228 9th St., Abita Spring, LA 70420. Dates lived in the FEMA trailer were 11/01/2005 -07/01/2007. They did not make personal injury claim.

I do not recall the phone numbers for either person.

**Question #** 12.  
**Question** V.13. Number of hours spent in trailer each day  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I spent about 18-20 hours a day inside of my trailer.

**Question #** 13.  
**Question** VI. C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  
**Answer** I have never used tobacco products.

**Question #** 14.  
**Question** VI. D. Smoking History of Other Trailer Resident(s)  
**Pet ID** 1623  
**Def ID** 43  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  **Cause No.** 09-7893
**Case Name** Watts, Terrell  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 09/27/1970   **SSN** 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

MTD NC

**Answer**
No one who resided with me in the FEMA trailer smoked or used any kind of tobacco products.

| Question # | Question |
|---|---|
| 15. | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I have not suffered from any type of skin, or lung or other respiratory diseases,

| Question # | Question |
|---|---|
| 16. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I was treated for eye irritation, excessive tearers, burning of eyes, sinus infections, sinusitis, headaches, and nausea at LSU Medical Center located at 433 Plaza St. Bogalusa, LA 70427. The telephone number to LSU Medical Center is 985-730-6700.

| Question # | Question |
|---|---|
| 17. | VIII (A-D) Produce Records |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 18. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1623

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242969  
**Case Name** Watts, Terrell  
**DOB** 09/27/1970   **SSN** 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

**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I do not have this at this time.

_____  
Plaintiff or Representative

12/16/2011  
Date