# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| Question # | Question |
|---|---|
| 1. | III. C. Checklist |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

The symptoms I experienced/reported to a physician during the time I lived in a FEMA trailer are as follows:

Burning of eyes  
Headaches  
Difficulty breathing  
Wheezing  
Shortness of breath  
Persistent cough  
Tightness of chest  
Dizziness  
Upper respiratory tract infections  
Blood in urine  
Worsening of allergies that I had previous to living in FEMA trailer

| Question # | Question |
|---|---|
| 2. | III. C. 2. Future Medical Claim |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause Illness or disease.

| Question # | Question |
|---|---|
| 3. | III. C. 3. Diagnosed Illness |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**

**EXHIBIT "M"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

---

The symptoms diagnosed/reported to a physician during the time I resided in the FEMA housing unit are as follows:

Date of diagnosis: 07/2006

Diagnosing Physician:
Dr Ronald Kluchin
784 Asbury Drive
Mandeville, LA 70471-1844
(985) 626-8110

Symptoms diagnosed: Burning of eyes, Headaches, Difficulty breathing, Wheezing, Shortness of breath, Persistent cough, Tightness of chest, Dizziness, Upper respiratory tract infections, Blood in urine, Worsening of allergies that I had previous to living in FEMA trailer

Symptoms suffered prior to trailer? No

Conditions Worsened? No, my symptoms have subsided slightly since I have left the trailer.

---

**Question #** 4.  
**Question** III. C. 8. Psychological Treatment  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

---

**Question #** 5.  
**Question** III. C. 9. Total Medical Expenses  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
Yes, I am claiming $3,500.00 in medical expenses.

---

**Question #** 6.  
**Question** IV. C. Date of Birth  
**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I was born on 1/3/1928 in Manners, LA.

| **Question #** | **Question** |
|---|---|
| 7. | IV. F. 3. Only if you are making a wage claim |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
No, I am not making a claim for Loss Wages of Lost Earning capacity as a result of formaldehyde exposure while residing in a FEMA trailer.

| **Question #** | **Question** |
|---|---|
| 8. | V. A. 6. Move in Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**  
MTD NC

**Answer**  
I first occupied the trailer in 11/2005.  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a recreation by design trailer. I do not recall which manufacture this date applies to.

| **Question #** | **Question** |
|---|---|
| 9. | V. A. 7. Move out Date |

**Pet ID**  
1623

**Def ID**  
43

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928 **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Answer**
I moved out of the trailer in 7/2007.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a recreation by design trailer. I do not recall which manufacture this date applies to.

| Question # | Question |
|---|---|
| 10. | V. A. 8. Installation Address |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
The installation address of the FEMA trailer was 71493 St. Charles St. Abita Springs, LA 70420.
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Gulf Stream Coach, Inc. and a recreation by design trailer. I do not recall which manufacture this date applies to.

| Question # | Question |
|---|---|
| 11. | V. E. Name of all trailer residents |

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**
The information of the other trailer residents is as follows:

Terrell Michele Watts - Current Age 41
22228 9th St.
Abita Springs, LA 70420
Dates Lived in FEMA trailer/mobile home: 11/2007 - 7/2007
Making a personal injury claim? No
Nature of the injury? N/A

Meleeseia Terrell Watts - Current Age 19
22228 9th St.
Abita Springs, LA 70420
Dates Lived in FEMA trailer/mobile home: 11/2007 - 7/2007
Making a personal injury claim? No
Nature of the injury? N/A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

| |
|---|
| Larrisha Danielle Watts - Current Age 17<br>22228 9th St.<br>Abita Springs, LA 70420<br>Dates Lived in FEMA trailer/mobile home: 11/2007 - 7/2007<br>Making a personal injury claim? No<br>Nature of the injury? N/A<br><br>Zachary Tyrell Watson - Current Age 10<br>22228 9th St.<br>Abita Springs, LA 70420<br>Dates Lived in FEMA trailer/mobile home: 11/2007 - 7/2007<br>Making a personal injury claim? No<br>Nature of the injury? N/A |

**Question #** 12.  
**Question** V.13. Number of hours spent in trailer each day  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I spent 10-20 hours per day in the FEMA housing unit.

**Question #** 13.  
**Question** VI. C. Plaintiff's Smoking History  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC  

**Answer**  
I have never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

**Question #** 14.  
**Question** VI. D. Smoking History of Other Trailer Resident(s)  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  **Cause No.** 09-7893
**Case Name** Williams, Lillie Mae  **Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et
**DOB** 01/03/1928   **SSN** 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

**Answer**
No one who resides or resided with me in my FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

| Question # | Question |
|---|---|
| 15. | VI (F) (1 & 4) Prior Medical History |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
I have never suffered from lung/other respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 16. | VII. B. Treatment for Formaldehyde Related Injury |

**Pet ID** 1623
**Def ID** 43
**Notice #** MTD NC

**Answer**
The symptoms diagnosed/reported to a physician during the time I resided in the FEMA housing unit are as follows:

Date of diagnosis: 07/2006

Diagnosing Physician:
Dr Ronald Kluchin
784 Asbury Drive
Mandeville, LA 70471-1844
(985) 626-8110

Symptoms diagnosed: Burning of eyes, Headaches, Difficulty breathing, Wheezing, Shortness of breath, Persistent cough, Tightness of chest, Dizziness, Upper respiratory tract infections, Blood in urine, Worsening of allergies that I had previous to living in FEMA trailer

Symptoms suffered prior to trailer? No

Conditions Worsened? No, my symptoms have subsided slightly since I have left the trailer.

| Question # | Question |
|---|---|
| 17. | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 242965  
**Case Name** Williams, Lillie Mae  
**DOB** 01/03/1928   **SSN** 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  
**Cause No.** 09-7893  
**Case Style** Von Duong, et. al. v. Gulf Stream Coach, inc., et

**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

**Question #** 18.  
**Question** Plaintiff Fact Sheet Signed and Dated  
**Pet ID** 1623  
**Def ID** 43  
**Notice #** MTD NC

**Answer**  
I do not have these documents in my possession. If I obtain these documents, or if in the course of researching my claim, my attorney obtains these documents, a supplemental response will be provided.

_____  
Plaintiff or Representative

12/16/2011  
Date