UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * * | CIVIL ACTION NO. 1873 |
| | * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *Leanderous McClendon, et al. v. Morgan Building Systems, Inc., et al* (E.D. La. 10-2279) | * * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendant, Morgan Building Systems, Inc. (Morgan),[1] moves to dismiss the claim of Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, Jerry Womack, and Kenny James Womack with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, Jerry Womack, and Kenny James Womack failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions." Dismissal of Leanderous McClendon's, Edgar J. Jacobs', Joseph Scott's, Jerry Womack's, and Kenny James Womack's claims against Morgan with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(iv), is appropriate.

In support of this motion, Morgan submits the following exhibits:[2]

Exhibit A – June 17, 2011, letter from A. Stout to K. Grillo;

Exhibit B – July 6, 2011, letter from W. Lee to A. Stout;

Exhibit C – Leanderous McClendon's Plaintiff Fact Sheet;

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.
[2] Exhibits have been redacted to remove personal identifiers.

396916.1

1

Exhibit D – Leanderous McClendon's Amendment to the Plaintiff Fact Sheet;

Exhibit E - Edgar J. Jacobs Plaintiff Fact Sheet;

Exhibit F - Edgar J. Jacobs' Amendment to the Plaintiff Fact Sheet;

Exhibit G – Joseph Scott's Plaintiff Fact Sheet;

Exhibit H – Joseph Scott's Amendment to the Plaintiff Fact Sheet;

Exhibit I – Kenny James Womack's Plaintiff Fact Sheet;

Exhibit J – Kenny James Womack's Amendment to the Plaintiff Fact Sheet;

Exhibit K – October 22, 2009 Morgan Buildings & Spas deposition excerpts, at 19:9-20:21 and 24:12-23;

Exhibit L - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13;

Exhibit M - Jerry Womack's Plaintiff Fact Sheet;

Exhibit N – Jerry Womack's Amendment to the Plaintiff Fact Sheet.

**WHEREFORE**, Morgan Buildings & Spas, Inc.'s motion to dismiss should be granted, dismissing Leanderous McClendon's, Edgar J. Jacobs', Joseph Scott's, Jerry Womack's, and Kenny James Womack's claims against Morgan, with prejudice at their costs.

Respectfully submitted,

*/s/ Amanda S. Stout*
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

**Certificate of Service**

I certify that, on December 21, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

*/s/ Amanda S. Stout*
Amanda S. Stout

396916.1