UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| **Plaintiff: Womack, Kenny James** | ) | |

**PLAINTIFF FACT SHEET**

# I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT
I

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Kenny Womack

B.   Maiden or other names used or by which you have been known:

C.   Current Street Address: 455 Pistol Womack Rd. Greensburg, LA 70441

D.   Home Telephone No.: 985-514-2815
Cell Phone No.: 985-514-9390
Work Telephone No:
Other Telephone Nos.:

E.   Email address:

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

3    Address (or last known address if deceased):

4.   Home Telephone No.:
Cell Phone No.:
Work Telephone No:
Other Telephone Nos.:

5.   E-mail address:

6.   If you were appointed as a representative by a court, state the:

Court: ______________________________

Date of Appointment: ______________________________

7. What is your relationship to the deceased or represented person or person claimed to be injured? ______________________

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

______________________________

______________________________

B. Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
Attorney's Name/Law Firm

2506 N. Port Ave, Corpus Christi, TX 78401
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒ No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| Coughing / Shortness of Breath |
|---|
| Other Damage Blurred Vision |
| Dizziness |
| Headaches |
| Sinus Infections / Sinusitis |
| Skin Rash / Irritation |
| Eye Irritation / Excessive Tears |
| Irritation to Nasal Membranes |
| Headaches |
| Skin Rash / Irritation |
| Skin Rash / Irritation |
| Drying or Scaling of Skin |
| Persistent Cough |
| |
| |
| |
| |
| |
| |
| |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition: Coughing / Shortness of Breath<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Other Damage<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Dizziness<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Headaches<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Sinus Infections / Sinusitis<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Skin Rash / Irritation<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Eye Irritation / Excessive Tears<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Irritation to Nasal Membranes<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Headaches<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Skin Rash / Irritation<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Skin Rash / Irritation<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Drying or Scaling of Skin<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Persistent Cough<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition:<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| | |
| | |

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

If yes, which kind of cancer? ____________________

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ____________________

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐ No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

| . |
|---|
| |
| |

To your understanding, describe the condition for which treated:

| . |
|---|
| |
| |

State when you were treated for this psychological, psychiatric or emotional problem

| . |
|---|
| |
| |

List the medications prescribed or recommended by the physician or counselor

| . |
|---|
| |
| |

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐ No ☒

*If "Yes,"* state the amount of your claim: ____________________

## IV. BACKGROUND INFORMATION

A. Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 455 Pistol Womack Rd.<br>Greensburg, LA 70441 | 1/1/2006<br>current |
| Silo Trailer Rd lot #9<br>Tangipahoa, LA 70450 | 11/1/2005<br>1/1/2006 |
| , | |
| | |
| | |

B. State Driver's License Number and State Issuing License: 008111678 LA

C. Date and Place of Birth 1980 LA

D. Sex: Male ☒ Female ☐

E. Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| St. Helena High | 01/01/2000 | General | Diploma |
| | | | |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Not employed | | | |
| **Address** | | | |

2. List the following for each employer you have had in the last ten (10) years:

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Not employed | | | |
| **Address** | | | |
| | | | |
| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
| RCS Construction | 01/01/2002 - 01/01/2003 | | Construction work |
| **Address** | | | |
| Baton Rouge, LA | | | |
| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
| **Address** | | | |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐ No ☒

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:
________________________________________
________________________________________

G. Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐ No ☒ Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

## IV. FAMILY INFORMATION

A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐ No ☒ Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐ No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: ______________________________

## V. FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named: Plaintiff Unmatched to Specific Manufacturing Defendant

A. Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3. Please provide your FEMA Identification No.: 410748599

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Morgan

VIN: ______

Bar Code Number: ______

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 04/11/2006

Move-out Date: 12/14/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 70450 Silo Rd. Lot # 9

City: Tangipahoa State: LA Zip: 70465

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

Moved trailer.

Please state the approximate square footage of the FEMA housing unit: ______

Please state the approximate length and width of the FEMA housing unit: ______

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 24 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ______

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? ______

If "Yes," where did you temporarily live? ______

For what period of time did you temporarily live in another location? ______

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing: ______

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation: ______

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance: ______

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|---|
| | Alice White | | 70450 Silo Trailer Rd. Lot # 9 Tangipahoa, LA | 04/01/2006 - 12/01/2007 | Don't Know | |
| | James White | 23 | 70450 Silo Trailer Rd. Lot # 9 Tangipahoa, LA | 04/01/2006 - 12/01/2007 | Yes | Illness |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## VI. MEDICAL BACKGROUND

A. Height: 5'8"

B. Current Weight: 224 lbs

Weight prior to living in a FEMA trailer or mobile home: 230 lbs

C. Personal Smoking/Tobacco Use History: ***Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.***

☒ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

      1. Date on which smoking/tobacco use ended:____________________
2. Amount smoked or used on average:
   ________ per day for _____ years.

☐ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1. Amount currently smoked or used on average:
   ________ per day for _____ years.

D. Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1. Amount smoked or used on average, if you know:
   ________ per day for _____ years.
2. Relationship to you: ______________________________________
3. Please state whether the smoking occurred inside, outside or both.____________________

E. Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐ No ☒

***If "Yes,"*** what was the date of birth:________________________________.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐ No ☒

F. Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1. Lung or other respiratory disease
   Yes ☐ No ☒

   ***If "Yes,"*** please indicate the following:

   Name and description of each illness, disease, or abnormal condition:
   ______________________________________________________________
   ______________________________________________________________

   The date of illness:
   ______________________________________________________________
   ______________________________________________________________

2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
   Yes ☐ No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

The date of illness:

3. Long-term stomach or bowel disease
Yes ☐ No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

The date of illness:

4. Skin disease
Yes ☐ No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

The date of illness:

G. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

Yes ☐ No ☒ Don't Recall ☐

*If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## VII. MEDICAL DIAGNOSIS

A. Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B. Doctor's Name: ____________________
Specialty, if any: ____________________
Address: ____________________
Phone: ____________________
Treatment received: ____________________
Dates of treatment: ____________________

**Please refer to Section III. Part C Question 3**

C. If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

____________________

____________________

D. Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐ No ☒

*If "Yes,"* please provide the name and address of the health care professional.

____________________

____________________

## VIII. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking ***"Yes"*** or ***"No."*** Where you have indicated ***"Yes,"*** please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐ No ☒

B. Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒ No ☐

C. Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐ No ☒

D. All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐ No ☒

E. Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐ No ☒

F. Decedent's death certificate, if applicable.
Yes ☐ No ☒

G. Report of autopsy of decedent, if applicable.
Yes ☐ No ☒

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization. You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A. Identify your current family and/or primary care physician:

**Do Not Recall** ☐ **N/A** ☐

| **Name** | **Address** |
|---|---|
| | |

B. Identify your primary care physicians for the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| | | | |
|---|---|---|---|
| **Name** | **Dates** | | |
| **Address** | **City** | **ST** | **Zip** |
| **Name** Dr. Valet | **Dates** 01/01/2007 | | |
| **Address** | **City** Greensburg | **ST** LA | **Zip** |
| **Name** | **Dates** | | |
| **Address** | **City** | **ST** | **Zip** |
| | | | |
| | | | |
| | | | |

C. Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| | | | |
|---|---|---|---|
| **Name** | **Admission Dates** | | |
| **Address** | **City** | **ST** | **Zip** |
| **Reason For Admission** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| **Name**<br>**Address**<br>**Reason For Admission** | **Admission Dates**<br>**City** | <br>**ST** | <br>**Zip** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| **Name** Dr. Valet<br>**Address** | **Dates** 01/01/2007<br>**City** Greensburg | <br>**ST** LA | <br>**Zip** |
|---|---|---|---|
| **Name**<br>**Address** | **Dates**<br>**City** | <br>**ST** | <br>**Zip** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

F. Each pharmacy that has dispensed medication to during the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| | | | |
|---|---|---|---|
| **Name** Kerry Pharmacy<br>**Address** | **City** Greensburg | **ST** LA | **Zip** |
| **Name**<br>**Address** | **City** | **ST** | **Zip** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Kenny Womack | Kenny Womack | 10-3-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |
|---|---|

Name: Womack, Kenny James

Date of Birth: /1980

Last Four Numbers of SSN: 5768

I hereby authorize ______________________________ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** ______________________ **and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of 10-15, 2008.

Kenny Womack
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Kenny Womack

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)** |
|---|---|

Name: Womack, Kenny James

Date of Birth: /1980

Last Four Numbers of SSN: 5768

I hereby authorize ______________________________ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of 10\15, 2008.

_______________________

*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Kenny Womack

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)** |
|---|---|

Name: Womack, Kenny James

Date of Birth: /1980

Last Four Numbers of SSN: 5768

I hereby authorize ______________________________ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of 10\15, 2008.

Kenny Womack
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Kenny Womack

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)** |
|---|---|

Name: Womack, Kenny James

Date of Birth: 1980

Last Four Numbers of SSN: 5768

I hereby authorize ______________________________ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of 10\15, 2008.

Kenny Womack
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: Kenny Womack

NAME OF FACILITY:______________________

Authorization for Use and Disclosure of Protected Health Information (PHI) pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes, Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Womack, Kenny James | Birth Date<br>1980 | Social Security No.<br>5768 |
|---|---|---|
| Address: 455 Pistol Womack Rd.<br>City: Greensburg | State: LA | Telephone No.: 985-514-2815<br>Zip Code: 70441 |

I hereby authorize the Medical Records Custodian of ______________________

To disclose medical record information and/or protect health information and to provide a complete and certified copy of my entire record of the patient listed above to:

*Name.* ______________________

*Title.* ______________________

*Address.* ______________________

Purpose: To Protect My Legal Rights

For Treatment Date(s): All Available

| Type of Access Requested: | | | |
|---|---|---|---|
| q Copies of the records & | q Abstract/pertinent | q Lab | q Progress Notes |
| q Inspection of the record | q Emergency Room | q Imaging/Radiology | q Physician's Orders |
| | q H&P | q Cardiac Studies | q Entire Record |
| | q Consult Report | q Face Sheet | ☐ Other______ |
| | q Operative Report | q Nursing Notes | |
| | q Rehab Services | q Medication Record | |

I acknowledge, and hereby consent to such, that the released information may contain ______ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an expiration date or event, this authorization will expire in four [4] years from the date on which it was signed):__________

You have my specific consent to meet and discuss in person or by telephone with my attorneys only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

[signature] 10-3-08

Signature of Patient/Legal Representative Date

If signed by legal representative, relationship to patient: Kenny Womack

## PRIVACY ACT RELEASE LANGUAGE

I, **Kenny Womack** __________ [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney Watts Hilliard, L.LC. __________, Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated: ____________________

Name: **Kenny Womack** __________

Signature: Kenny Womack

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name: Womack, Kenny James**

**Claimant's Attorney: Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID: 941074859

Defendants Named: Morgan Building Systems, Inc.

**GOVERNMENT PROVIDED INFORMATION**



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Kenny Womack | Kenny Womack | 10-3-08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

Transcript of the Testimony of

# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

**Date taken: October 22, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)**

*****Note*****

All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

**Professional Shorthand Reporters, Inc.**

**Phone:** 504-529-5255
**Fax:** 504-529-5257
**Email:** reporters@psrdocs.com
**Internet:** www.psrdocs.com

EXHIBIT
K

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | SECTION N(4) |
| LIABILITY LITIGATION | JUDGE ENGELHARDT |

* * *

(RE: DUBUCLET)

VIDEOTAPED DEPOSITION OF MORGAN BUILDINGS & SPAS THROUGH ITS CORPORATE REPRESENTATIVE JAMES SCHILLIGO, 2800 MCCREE ROAD, GARLAND, TEXAS 75041, TAKEN AT THE OFFICES OF MCGLINCHEY, STAFFORD, PLLC, 601 POYDRAS STREET, 12TH FLOOR, NEW ORLEANS, LOUISIANA, ON THE 22ND DAY OF OCTOBER, 2009.

REPORTED BY:

PAT KENNEDY QUINTINI, CCR
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

VIDEOGRAPHER:

MICHAEL BERGERON
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 2

APPEARANCES:

T. CHRISTOPHER PINEDO
ATTORNEY AT LAW
4550 JERICHO ROAD
CORPUS CHRISTI, TEXAS 78413

(ATTORNEY FOR THE PLAINTIFFS)

BENCOMO & ASSOCIATES
(BY: RAUL R. BENCOMO, ESQUIRE - VIA TELEPHONE)
639 LOYOLA AVENUE, SUITE 2110
NEW ORLEANS, LOUISIANA 70113

(ATTORNEYS FOR THE PLAINTIFFS)

NELSON, MULLINS, RILEY & SCARBOROUGH
(BY: TAYLOR T. DALY, ESQUIRE)
201 17TH STREET, NW, SUITE 1700
ATLANTIC STATION
ATLANTA, GEORGIA 30363

(ATTORNEYS FOR DEFENDANT, FLEETWOOD ENTERPRISES, INC.)

MIDDLEBERG, RIDDLE & GIANNA
(BY: RICHARD SHERBURNE, JR., ESQUIRE)
450 LAUREL STREET, SUITE 1101
BATON ROUGE, LOUISIANA 70801

(ATTORNEYS FOR DEFENDANT, FLUOR ENTERPRISES, INC.)

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, TORTS BRANCH
(BY: HENRY MILLER, ESQUIRE)
1331 PENN AVENUE, N.W.
ROOM 8220-N
WASHINGTON, D.C. 20004

(ATTORNEYS FOR DEFENDANT, UNITED STATES OF AMERICA)

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 3

APPEARANCES CONTINUED:

JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP
(BY: WILLIAM D. LAMPTON, ESQUIRE - VIA TELEPHONE)
FOUR UNITED PLAZA
8555 UNITED PLAZA BOULEVARD
BATON ROUGE, LOUISIANA 70809
ATTORNEYS FOR DEFENDANTS, KEYSTONE RV COMPANY, THOR CALIFORNIA, THOR INDUSTRIES, DUTCHMEN MANUFACTURING, DS CORP (d/b/a CROSSROADS RV) AND KZ RV, LP

GARRISON, YOUNT, LORMAND, FORTE & MULCAHY
(BY: RANDALL C. MULCAHY, ESQUIRE)
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LOUISIANA 70112
(ATTORNEYS FOR DEFENDANTS RECREATION BY DESIGN, LLC, TL INDUSTRIES, INC., FRONTIER RV, INC. AND CRUISER RV)

WILLINGHAM, FULTZ & COUGILL
(BY: THOMAS L. COUGILL, ESQUIRE - VIA TELEPHONE)
NIELS ESPERSON BUILDING
808 TRAVIS, SUITE 1608
HOUSTON, TEXAS 77002
(ATTORNEYS FOR DEFENDANTS JAYCO AND STARCRAFT)

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ
(BY: GERARDO R. BARRIOS, ESQUIRE)
201 ST. CHARLES AVENUE, SUITE 3600
NEW ORLEANS, LOUISIANA 70170
(NOT PRESENT)
(ATTORNEYS FOR DEFENDANTS, CH2M HILL CONSTRUCTORS, INC. AND SHAW ENVIRONMENTAL, INC.)

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

APPEARANCES CONTINUED:

McGLINCHEY STAFFORD
(BY: CHRISTINE LIPSEY, ESQUIRE)
643 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130

(AND)

MCGLINCHEY STAFFORD PLLC
(BY: DAN E. WEST, ESQUIRE)
301 MAIN STREET, 14TH FLOOR
ONE AMERICAN PLACE
BATON ROUGE, LOUISIANA 70805

(ATTORNEYS FOR MORGAN BUILDINGS AND SPAS, INC. APPEARING UNDER RESERVATION OF RIGHTS)

(AND)

MORGAN MANAGEMENT CORPORATION
(BY: ALAN WINN, ESQUIRE)
CORPORATE COUNSEL
2800 MCCREE ROAD
GARLAND, TEXAS 75041

(ATTORNEYS FOR DEFENDANT MORGAN BUILDINGS AND SPAS, INC.)

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
(BY: KRISTOPHER M. REDMANN, ESQUIRE - VIA TELEPHONE)
601 POYDRAS STREET, SUITE 2775
NEW ORLEANS, LOUISIANA 70130

(ATTORNEYS FOR DEFENDANT, LIBERTY MUTUAL INSURANCE CORPORATION)

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 5

APPEARANCES CONTINUED:

FRILOT, L.L.C.
PETER R. TAFARO, ESQUIRE - VIA TELEPHONE)
3600 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70173-3600

(ATTORNEYS FOR DEFENDANT, BECHTEL NATIONAL, INC.)

* * *

EXAMINATION INDEX

| | PAGE |
|---|---|
| EXAMINATION BY MR. PINEDO | 12 |
| EXAMINATION BY MS. DALY | 68 |
| EXAMINATION BY MR. MILLER | 91 |
| EXAMINATION BY MR. SHERBURNE | 124 |
| EXAMINATION BY MR. MULCAHY | 126 |
| EXAMINATION BY MS. DALY | 133 |
| EXAMINATION BY MR. PINEDO | 134 |
| EXAMINATION BY MR. MILLER | 166 |
| EXAMINATION BY MR. PINEDO | 169 |

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 6

* * *

INDEX OF EXHIBITS

Page

Exhibit No. 1 ........................13

Notice of Videotaped Federal Rule 30(b)(6) Deposition of Morgan Buildings & Spas, Inc. (no Bates stamps)

Exhibit No. 2 ........................17

Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, dated 9/9/2005, Bates Morgan-000002 through 14

Exhibit No. 3 ........................18

Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, no effective date, Bates Morgan-000015 & 16

Exhibit No. 4 ........................24

Solicitation/Contract/Order for Commercial Items between FEMA and Morgan Buildings & Spas, effective date 9/1/2005, Bates No. Morgan-000017

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 7

Exhibit No. 5 ........................25

Fax to Brad McKinney from Kerri dated 9/1/2005, Bates Morgan-000095 & 96

Exhibit No. 6 ........................28

Email from Michael Wagner to Gay Morgan dated 8/31/2005, Bates Morgan-000097 & 98

Exhibit No. 7 ........................29

FEMA Model Travel Trailer Procurement Specifications, dated 8/12/2004, Bates FLE-00006914 through 6916

Exhibit No. 8 ........................30

Document that starts out "Question: Do you really want to ship these by rail?", Bates Morgan-000103

Exhibit No. 9 ........................52

Certificate of Origin for a Vehicle, Bates Morgan-001049 through 1050

Exhibit No. 10 .......................55

Invoice No. 4039-3022 from Morgan to FEMA dated 4/3/2006, Bates Morgan-001051

Exhibit No. 11 .......................58

Invoice No. 604001627 to Morgan from Fleetwood, dated 3/28/06, Bates Morgan-001052

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

Exhibit No. 12 ......................60
Straight Bill of Lading from Fleetwood to Morgan/FEMA dated 3/28/06, Bates Morgan-001053

Exhibit No. 13 ......................71
Fleetwood Enterprises Master Sales Agreement dated September 6, 2005, Bates Morgan-000055 through 63

Exhibit No. 14 ......................74
Email from Jim Schilligo to Guy, Dated 9/5/2005, Bates Morgan-000087 through 89

Exhibit No. 15 ......................75
Email from Doug Henriquez to Guy Morgan dated 9/9/2005, Bates Morgan-000147 & 148

Exhibit No. 16 ......................85
Email string beginning with page that says "Redacted", Bates FLE-00135116 through 135118

Exhibit No. 17 ......................87
Fleetwood Towable Group Engineering Standards Bulletin No. 10, December 1, 1997, Bates FLE_00010903 through 10918

Exhibit No. 18 ......................94
FEMA Procedure Storage Site Manual Fall 2005, Bates FLE-00001942 through 1955

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 9

Exhibit No. 19 .......................100
Important Notice, Bates FLE-00005100 through 5102

Exhibit No. 20 .......................108
Fax to Dave Busche from Guy Morgan/Elaine dated 6/1/2004, Bates FLE-00001367 through 1370

Exhibit No. 21 .......................134
Fleetwood 2006 Owner's Manual, Bates Fleetwood_EX-000003 through 105

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet) Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 10

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically ;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * *

CATHY RENEE' POWELL, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255 (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

And the document with regard to mobile homes, is that a two-page document?
A. No, sir. It's one page.
Q. You now have Bates number --
A. I'm sorry, two pages.
Q. So Exhibit 3 is Morgan's Bates No. 15 and 16; is that right?
A. Yes, sir.
Q. And now you have a document in front of you with a Morgan Bates number of 17. What does that represent?
A. It is another government contract for 15,000 travel trailers.
Q. And is that your understanding of the amount of travel trailers that Morgan sold to the United States Government for temporary housing units after Hurricane Katrina?
A. Yes, sir.
Q. And this would be the contract that we were talking about with the total amount of travel trailers that were sold by Morgan to the United States Government?
A. Yes, sir.
Q. Now, did Morgan itself manufacture

travel trailers at any particular time?

A. No, sir.

Q. So to fulfill this contract, did Morgan turn to the manufacturers of travel trailers and ask them to fill orders for them for these travel trailers?

A. Yes, sir.

Q. And did Morgan request travel trailers from Fleetwood to fulfill this request by the United States Government?

A. Yes, sir.

Q. Did they also request travel trailers from an entity called Monaco to fill this requirement for 15,000 travel trailers?

A. Yes, sir.

Q. Did they also request travel trailers from an entity called Recreation by Design to fill this order for the United States Government?

A. Yes, sir.

Q. The total amount of travel trailers that Morgan sold to the United States Government manufactured by Fleetwood, Monaco, and Recreation by Design was 15,000;

document which has been marked as Exhibit 4, which is Morgan Bates No. 17. Just for the record, so we are clear, could you identify that document for me?

A. Yes, sir. It's a contract from Department of Homeland Securities/FEMA to Morgan, for Morgan Buildings & Spas, Inc. for 15,000 travel trailers.

(Exhibit No. 4 marked for identification.)

Q. What is the date on that document?

A. 8/29/2005.

Q. And that's the contract we were discussing earlier that provides for us some of the details regarding the purchase of the 15,000 travel trailers by FEMA from Morgan; is that right?

A. Yes, sir.

Q. And what Morgan did, rather than constructing their own travel trailers, is they contacted Recreation by Design, Monaco and Fleetwood and had them construct the travel trailers to fill that order?

A. Correct.

Q. May I see that document, sir?

A. (Witness complies.)

Transcript of the Testimony of

# 30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

**Date taken: August 13, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

*****Note***** All **electronic deposition/exhibit files** are available at **www.psrdocs.com** . Please call or e-mail reporters@psrdocs.com if you need an **Username** and **Password**.

**Professional Shorthand Reporters, Inc.**

**Phone: 504-529-5255**
**Fax: 504-529-5257**
**Email: reporters@psrdocs.com**
**Internet: www.psrdocs.com**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO. 1873
SECTION "N"(4)
JUDGE ENGELHARDT

* * *

Videotaped Federal Rule 30(b)(6) Deposition of MORGAN BUILDINGS & SPAS, INC. and MORGAN BUILDING SYSTEMS, INC., through their designated representative, JAMES SCHILLIGO, 608 Wyatt Drive, St. Peters, Missouri 63376, taken at the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130, on Wednesday, the 13th day of August, 2008.

REPORTED BY:

JAMES T. BRADLE, CCR
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

VIDEOGRAPHER:

MICHAEL BERGERON
PROFESSIONAL SHORTHAND REPORTERS
(504)529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

Page 2

APPEARANCES:

LAMBERT & NELSON
(BY: HUGH P. LAMBERT, ESQUIRE)
701 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130

LAW OFFICES OF FRANK D'AMICO, JR.
(BY: AARON AHLQUIST, ESQUIRE - VIA TELEPHONE)
622 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113

ATTORNEYS FOR THE PLAINTIFFS

DAIGLE, JAMISON & RAYBURN
(BY: BRENDA L. MISTROT, ESQUIRE - VIA TELEPHONE)
303 WEST VERMILION STREET
SUITE 210
LAFAYETTE, LOUISIANA 70502

ATTORNEYS FOR DEFENDANT, SILVER CREEK

DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
(BY: RYAN M. MALONE, ESQUIRE)
3838 NORTH CAUSEWAY BOULEVARD
SUITE 2900
METAIRIE, LOUISIANA 70002

ATTORNEYS FOR DEFENDANT, GULF STREAM COACH, INC.

U.S. DEPARTMENT OF JUSTICE
(BY: HENRY MILLER, ESQUIRE)
CIVIL DIVISION
1331 PENN AVENUE, N.W.
ROOM 8220-N WASHINGTON, D.C. 20004

ATTORNEYS FOR DEFENDANT, UNITED STATES OF AMERICA

PROFESSIONAL SHORTHAND REPORTERS, INC 1(800)-536-5255 504-529-5255 BATONROUGE*NEW ORLEANS* SHREVEPORT

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

Page 3

APPEARANCES CONTINUED:

GIEGER, LABORDE & LAPEROUSE
(BY: JASON D. BONE, ESQUIRE - VIA TELEPHONE)
701 POYDRAS STREET
SUITE 4800
NEW ORLEANS, LOUISIANA 70139

ATTORNEYS FOR DEFENDANT, FOREST RIVER

LEAKE & ANDERSSON
(BY: JERRY L. SAPORITO, ESQUIRE)
1700 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163

ATTORNEYS FOR DEFENDANTS, FLEETWOOD ENTERPRISES, INC., ET AL

GARRISON, YOUNT, LORMAND, FORTE & MULCAHY, L.L.C.
(BY: RANDALL C. MULCAHY, ESQUIRE)
909 POYDRAS STREET
SUITE 1800
NEW ORLEANS, LOUISIANA 70112

ATTORNEYS FOR DEFENDANTS, RECREATION BY DESIGN, LLC, TL INDUSTRIES, INC., AND FRONTIER RV, INC.

WILLINGHAM, FULTZ & COUGILL
(BY: HAL L. ROACH, JR., ESQUIRE - VIA TELEPHONE)
NIELS ESPERSON BUILDING
808 TRAVIS, SUITE 1608
HOUSTON, TEXAS 77002

ATTORNEYS FOR DEFENDANT, JAYCO AND STARCRAFT

PROFESSIONAL SHORTHAND REPORTERS, INC 1(800)-536-5255 504-529-5255 BATONROUGE*NEW ORLEANS* SHREVEPORT

APPEARANCES CONTINUED:

HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.
(BY: DAVID C. BACH, ESQ.)
SUITE 1400, ONE GALLERIA BOULEVARD
METAIRIE, LOUISIANA 70002

ATTORNEYS FOR DEFENDANTS, AMERICAN HOMESTAR CORP. AND OAK CREEK HOMES

FOWLER RODRIGUEZ VALDES-FAULI
(BY: STEPHANIE D. SKINNER, ESQUIRE - VIA TELEPHONE)
400 POYDRAS STREET, 30TH FLOOR
NEW ORLEANS, LOUISIANA 70130

ATTORNEYS FOR DEFENDANTS, CMH MANUFACTURING, SOUTHERN ENERGY HOMES, INC., PALM HARBOR MANUFACTURING, LP, PALM HARBOR ALBERMARLE, AND GILES INDUSTRIES, INC.

McGLINCHEY STAFFORD, PLLC
(BY: CHRISTINE LIPSEY, ESQUIRE AND DAN E. WEST, ESQUIRE)
FOURTEENTH FLOOR, ONE AMERICAN PLACE
301 MAIN STREET
BATON ROUGE, LOUISIANA 70825

(and)

MORGAN MANAGEMENT CORPORATION
(BY: ALAN WINN, ESQUIRE)
CORPORATE COUNSEL
2800 McCREE ROAD
GARLAND, TEXAS 75041

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC.

ALSO PRESENT:

CANDICE SIRMON, ESQUIRE - PLAINTIFFS' STEERING COMMITTEE
RACHEAL MEZZIC - LAMBERT & NELSON

EXAMINATION INDEX

Page

EXAMINATION BY MR. LAMBERT ...........13
EXAMINATION BY MR. MILLER ...........172
EXAMINATION BY MR. MULCAHY ..........190

* * *

INDEX OF EXHIBITS

Page

Exhibit No. 1 .......................69
Morgan Purchase Order 131888, Terms of Purchase, and Amendment No. 1 to Fleetwood Enterprises, Inc. Master Sales Agreement dated 9-6-05 (MORGAN-000061 through 000063)

Exhibit No. 2 .......................76
Document from Brad McKinney, Monaco Coach Corp. to Morgan Building Systems dated 9-1-05, document entitled "32 SK Bunk House Travel Trailer by Monaco Coach" and Holiday Rambler cover sheet from Christina Detering/Brad McKinney to Jim/Guy Morgan dated 9-1-05 (MORGAN-000064 through 000066)

Exhibit No. 3 .......................78
Morgan Purchase Order 118040 dated 9-19-05, Terms of Purchase, and Morgan Purchase Order 118034 dated 9-6-05 (MORGAN-000058 through 000060)

Exhibit No. 4 ......................81
Morgan Purchase Order 118041 dated 9-29-05 (MORGAN-000067)

Exhibit No. 5 ......................85
Various e-mails and Federal Emergency Management Agency (FEMA) Ruggedized Manufactured Housing Procurement Specifications dated July 14, 2005 (MORGAN-000078 through 000086)

Exhibit No. 6 ......................95
E-mail from Michael Wagner to Guy Morgan dated August 31, 2005 (MORGAN-000097)

Exhibit No. 6(A) ..................139
FEMA Model Travel Trailer Procurement Specifications dated August 12, 2004 (MORGAN000099 through 000102)

Exhibit No. 7 .....................138
Request for Quotations letter from Bryan McCreary, FEMA to Vendors dated September 8, 2005, with attached specifications (MORGAN-000088 through 000090)

Exhibit No. 8 .....................166
Color photograph

Exhibit No. 9 .....................166
Color photograph

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * *

JAMES T. BRADLE, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

availability of inventory and pricing.

Q All right. And when you say "we," is there a team of people? Is it primarily you and Mr. Morgan, or who is it?

A Myself and Mr. Morgan.

Q Okay. And who were your suppliers?

A For --

Q For this schedule, quantity, pricing, floor plan request.

A For this disaster, it would have been Fleetwood, Recreation by Design and Monaco.

Q We have taken Fleetwood's deposition, and we have the quantities and so on. Was Fleetwood the largest supplier?

MS. LIPSEY:

Objection, vague.

EXAMINATION BY MR. LAMBERT:

Q Insofar as your procurement was concerned, was Fleetwood the largest supplier of travel trailers?

A I don't know that for sure.

Q Okay. When you contacted Fleetwood and Recreation by Design and

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1873 |
| | ) | SECTION: N(4) |
| THIS RELATES TO: | ) | JUDGE: ENGELHARDT<br>MAG: ROBY |
| Plaintiff: Womack, Gary Toney | ) | |

**PLAINTIFF FACT SHEET**

## I. INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. A separate **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT
M

## II. PERSONAL INFORMATION

A. Name (person completing form): Jerry Womack

B. Maiden or other names used or by which you have been known: ________

C. Current Street Address: 13092 Seles Point Rd. St. Amant, LA 70774

D. Home Telephone No.: 985-514-8877
Cell Phone No.: 985-514-9390
Work Telephone No: ________
Other Telephone Nos.: ________

E. Email address: ________

## III. CASE INFORMATION

A. If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1. State which individual or estate you are representing:
________

2. Maiden Or Other Names Used or By Which Such Person Has Been Known:
________

3 Address (or last known address if deceased): ________
________

4. Home Telephone No.: ________
Cell Phone No.: ________
Work Telephone No: ________
Other Telephone Nos.: ________

5. E-mail address: ________

6. If you were appointed as a representative by a court, state the:

Court: ____________________
Date of Appointment: ____________________

7. What is your relationship to the deceased or represented person or person claimed to be injured? ____________________

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

____________________
____________________

B. Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒ No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| Symptom |
|---|
| Skin Rash / Irritation |
| Other Damage Asthma |
| Coughing / Shortness of Breath |
| Headaches |
| Nausea |
| Other Damage Nose Bleeds |
| Skin Rash / Irritation |
| Sinus Infections / Sinusitis |
| Emphysema / Wheezing |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each. Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition: Skin Rash / Irritation<br>Diagnosing Physician: St. Helena Rural Health Clinic - Varnado (PCP)<br>Address of Physician: Greensburg, LA | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Other Damage<br>Diagnosing Physician: St. Helena Rural Health Clinic - Varnado (PCP)<br>Address of Physician: Greensburg, LA | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Coughing / Shortness of Breath<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Headaches<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Nausea<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Other Damage<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Skin Rash / Irritation<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Sinus Infections / Sinusitis<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: Emphysema / Wheezing<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition:<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| | |
| | |
| | |
| | |
| | |
| | |

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer? No

If yes, which kind of cancer? ______

5. When do you claim this injury or disease first occurred? I know now injury occurred on the date I moved in, but I did not know that at the time.

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer? Please see table above

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past? Please see table above

**If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. ______

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐ No ☐

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

| |
|---|
| |
| |

To your understanding, describe the condition for which treated:

| |
|---|
| |
| |

State when you were treated for this psychological, psychiatric or emotional problem

| |
|---|
| |
| |

List the medications prescribed or recommended by the physician or counselor

| |
|---|
| |
| |

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☐ No ☐

*If "Yes,"* state the amount of your claim: ______________________

## IV. BACKGROUND INFORMATION

A. Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 530 Gaylon Allen Lane<br>Greensburg, LA 70441 | |
| 13092 Seles Point Rd.<br>St. Amant, LA 70774 | |
| | |
| | |
| | |

B. State Driver's License Number and State Issuing License: 007813661

C. Date and Place of Birth: 1982

D. Sex: Male ☐ Female ☐

E. Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

F. Employment Information

1. Current employer (if not currently employed, state your last employer):

| Employer Name<br><br>Address | Dates | Job Title | Job Duties |
|---|---|---|---|
| | | | |

2. List the following for each employer you have had in the last ten (10) years:

Womack, Gary Toney - WGC#202613

| Employer Name<br><br>Address | Dates | Job Title | Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐ No ☐

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|---|---|
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |
| ________ | $________ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_______________________________________________

_______________________________________________

G. Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐ No ☐ Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

## IV. FAMILY INFORMATION

A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐ No ☐ Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐ No ☐

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: ______________________________

## V. FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named: Plaintiff Unmatched to Specific Manufacturing Defendant

A. Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3. Please provide your FEMA Identification No.: ____________________

Womack, Gary Toney - WGC#202613

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Morgan

VIN: ____

Bar Code Number: ____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 04/11/2006

Move-out Date: 12/14/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: ____

City: ____ State: ____ Zip: ____

Was the FEMA trailer or mobile home located in a trailer park or on private property? ____

State the reason you stopped living in the FEMA trailer or mobile home:

____

Please state the approximate square footage of the FEMA housing unit: ____

Please state the approximate length and width of the FEMA housing unit: ____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? ____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? ____

Is/was the FEMA housing unit hooked up to a sewer line? ____

Is/was the FEMA housing unit hooked up to an electrical line? ____

Is/was the FEMA housing unit hooked up to a natural gas line? ____

Is/was propane gas used in the FEMA housing unit? ____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? ____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? ____

If "Yes," where did you temporarily live?

____

For what period of time did you temporarily live in another location? ____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? ____

If "Yes," please state when the test was performed and who prepared this testing:

____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? ____

If "Yes," please state the date and reason for fumigation:

____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? ____

If "Yes," please state the date and reason for repair, service or maintenance:

____

E. Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## VI. MEDICAL BACKGROUND

A. Height: ______

B. Current Weight: ______

Weight prior to living in a FEMA trailer or mobile home: ________

C. Personal Smoking/Tobacco Use History: ***Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.***

☐ Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐ Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    1. Date on which smoking/tobacco use ended:____________________
2. Amount smoked or used on average:
   ________ per day for _____ years.

☒ Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

1. Amount currently smoked or used on average:
   ________ per day for _____ years.

D. Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

1. Amount smoked or used on average, if you know:
   ________ per day for _____ years.
2. Relationship to you: ______________________________
3. Please state whether the smoking occurred inside, outside or both.____________________

E. Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐ No ☐

*If "Yes,"* what was the date of birth:______________________________.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐ No ☐

F. Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

1. Lung or other respiratory disease
   Yes ☐ No ☐

   *If "Yes,"* please indicate the following:

   Name and description of each illness, disease, or abnormal condition:
   ______________________________
   ______________________________

   The date of illness:
   ______________________________
   ______________________________

2. Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
   Yes ☐ No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

______________________________________________

______________________________________________

The date of illness:

______________________________________________

______________________________________________

3. Long-term stomach or bowel disease
Yes ☐ No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

______________________________________________

______________________________________________

The date of illness:

______________________________________________

______________________________________________

4. Skin disease
Yes ☐ No ☐

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

______________________________________________

______________________________________________

The date of illness:

______________________________________________

______________________________________________

G. Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1. To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

Yes ☐ No ☐ Don't Recall ☐

*If "Yes,"* answer the following:

| **Diagnostic Test** | **When** | **Treating Physician** | **Hospital** | **Reason** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## VII. MEDICAL DIAGNOSIS

A. Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B. Doctor's Name:________________________________
Specialty, if any: ________________________________
Address: ________________________________
Phone: ________________________________
Treatment received: ________________________________
Dates of treatment: ________________________________

**Please refer to Section III. Part C Question 3**

C. If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

________________________________________
________________________________________

D. Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐ No ☐

*If "Yes,"* please provide the name and address of the health care professional.

________________________________________
________________________________________

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐      No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒      No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐      No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐      No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐      No ☒

G.  Report of autopsy of decedent, if applicable.
Yes ☐      No ☒

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

A. Identify your current family and/or primary care physician:
**Do Not Recall** ☐ **N/A** ☐

| |
|---|
| |

B. Identify your primary care physicians for the last seven (7) years.
**Do Not Recall** ☐ **N/A** ☐

| Name<br>Address | Dates<br>City | ST | Zip |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

C. Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
**Do Not Recall** ☐ **N/A** ☐

| Name<br>Address<br>Reason For Admission | Admission Dates<br>City | ST | Zip |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| Name<br>Address<br>Reason For Admission | Admission Dates<br>City | ST | Zip |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

E. Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| Name<br>Address | Dates<br>City | ST | Zip |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Womack, Gary Toney - WGC#202613

F. Each pharmacy that has dispensed medication to during the last seven (7) years.

**Do Not Recall** ☐ **N/A** ☐

| Name<br>Address | City | ST | Zip |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Womack, ~~Gary~~ Toney - WLF#202613

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

Jerry Womack
**Signature of Plaintiff**

JERRY
~~Gary~~ **Womack**
**Print Your Name**

11/11/08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)**

Name: Womack, ~~Gary~~ Jerry Toney

Date of Birth: 1982

Last Four Numbers of SSN: 2294

I hereby authorize ______________________________ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** ______________________________ **and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 11 day of NOV., 2008.

[signature]

[PLAINTIFF ~~OR REPRESENTATIVE~~]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:________________________________________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF PSYCHOLOGICAL/PSYCHIATRIC RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA) (TO BE SIGNED BY PLAINTIFFS MAKING A CLAIM FOR EMOTIONAL DISTRESS)** |
|---|---|

Name: Womack, ~~Gary~~ Jerry Toney

Date of Birth: /1982

Last Four Numbers of SSN: 2294

I hereby authorize ______________________________ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above.. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 11 day of Nov, 2008.

Jerry Womack
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: ______________________________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873<br><br>**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs making a claim for lost wages or earning capacity.)** |
|---|---|

Name: Womack, ~~Gary~~ JERRY Toney

Date of Birth: 1982

Last Four Numbers of SSN: 2294

I hereby authorize ______________________________ to release all existing records and information in its possession regarding the above-named person's employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Trailer Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Trailer Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete employment personnel file (including attendance reports, performance reports, W-4 forms, W-2 forms, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 11 day of NOV, 2008.

Jerry Womack

[PLAINTIFF OR ~~REPRESENTATIVE~~]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: ______________________________

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: Womack, ~~Gary~~ Jerry Toney

Date of Birth: /1982

Last Four Numbers of SSN: 2294

I hereby authorize ______________________ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of ______________________ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this 11 day of NOV, 2008.

Jerry Womack
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: ______________________

NAME OF FACILITY:____________________

Authorization for Use and Disclosure of Protected Health Information (PHI) pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes, Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name<br>Womack, ~~Gary~~ Jerry Toney | Birth Date<br>1982 | Social Security No.<br>2294 |
|---|---|---|
| Address: 530 Gaylon Allen Lane<br>City: Greensburg | State: LA | Telephone No.: 985-514-8877<br>Zip Code: 70441 |

I hereby authorize the Medical Records Custodian of ____________________

To disclose medical record information and/or protect health information and to provide a complete and certified copy of my entire record of the patient listed above to:

*Name.* ____________________

*Title.* ____________________

*Address.* ____________________

Purpose: To Protect My Legal Rights

For Treatment Date(s): All Available

| Type of Access Requested: | | | |
|---|---|---|---|
| q Copies of the records &<br>q Inspection of the record | q Abstract/pertinent<br>q Emergency Room<br>q H&P<br>q Consult Report<br>q Operative Report<br>q Rehab Services | q Lab<br>q Imaging/Radiology<br>q Cardiac Studies<br>q Face Sheet<br>q Nursing Notes<br>q Medication Record | q Progress Notes<br>q Physician's Orders<br>q Entire Record<br>☐ Other______ |

I acknowledge, and hereby consent to such, that the released information may contain ______ alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an expiration date or event, this authorization will expire in four [4] years from the date on which it was signed):__________

You have my specific consent to meet and discuss in person or by telephone with my attorneys only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

Jerry Womack ____________________ [redacted date]
Signature of Patient/Legal Representative Date

If signed by legal representative, relationship to patient: ____________________

Womack, ~~Gary~~ Toney - WLF#202613

## PRIVACY ACT RELEASE LANGUAGE

I, JERRY ~~Gary~~ Womack [insert name] understand that information maintained by the Federal Emergency Management Agency (FEMA) and contained in files related to disaster assistance provided to me by FEMA is subject to the Privacy Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney Watts Hilliard, L.L.C., Plaintiffs' Liaison Counsel Justin Woods and Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit provided to me by FEMA.

Dated: 11/16/08

Name: JERRY ~~Gary~~ Womack

Signature: Jerry Womack

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name: Womack, Gary Toney**

**Claimant's Attorney: Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:

Defendants Named: Morgan Building Systems, Inc.

**GOVERNMENT PROVIDED INFORMATION**

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Jerry Womack | JERRY ~~Gary~~ Womack | 11/14/08 |
|---|---|---|
| Signature of Plaintiff | Print Your Name | Date |

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name: Womack, Gary Toney**

**Claimant's Attorney: Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V. FEMA Trailer or Mobile Home Unit**

FEMA ID:

Defendants Named: Morgan Building Systems, Inc.

---

**GOVERNMENT PROVIDED INFORMATION**



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Jerry Womack | JERRY ~~Gary~~ Womack | 11/16/08 |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |