UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * * | SECTION  N (5) |
| THIS DOCUMENT RELATES TO<br>*Charleen  Condoll on behalf of Darnell<br>McKey., et al  v. Keystone Industries, Inc., et al*<br>*Case No. 09-5686* | * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

*********************************************************************

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL OF PLAINTIFFS UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come Plaintiffs **Charleen Condoll on behalf of Darnell McKey, Charleen Condoll, Charleen McKey, Daroyl McKeys, Sr.** and **Spurgeon Condoll** who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss their claims against all defendants in the above captioned matter.  This dismissal applies to the named Plaintiffs only and does not affect the claims of **Charleen Condoll on behalf of Marco Condoll** in this matter.

This dismissal is without prejudice and Plaintiffs **Charleen Condoll on behalf of Darnell McKey, Charleen Condoll, Charleen McKey, Daroyl Mckeys, Sr.** and **Spurgeon Condoll** reserves all rights and allegations in *Charleen Condoll on behalf of Darnell McKey, et al v.  Keystone Industries, Inc., Keystone RV Company; and CH2M Hill Constructors, Inc.,*   Case No. 2:09-cv-5644 (E.D. La 2009)

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC


BY:   */s/ Lawrence J. Centola, Jr.*

      LAWRENCE J. CENTOLA, JR.
Lawrence J. Centola, Jr., LA Bar #3962
Hurricane Legal Center
600 Carondelet Street, Suite 602
New Orleans, LA 70130
Telephone: (504) 525-1944
Facsimile:   (504) 525-1279
lcentola@hurricanelegal.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No non-CM/ECF Participants.


   *s/ Lawrence J. Centola, Jr.*
LAWRENCE J. CENTOLA, JR.