UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Duncan, et al v. Thor California, Inc, et al, 09-5249*
*McCrary v. Thor California, Inc., et al, 09-5975*
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suits, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaints to reflect the proper Defendant manufacturer. Plaintiffs originally sued Thor California, Inc., a subsidiary of Thor Industries, Inc.; however, it has become apparent that Dutchmen Manufacturing, Inc., another subsidiary of Thor Industries, Inc., should be substituted in place of Thor California, Inc.

The undersigned has conferred with counsel for defendants and this motion is opposed.

WHEREFORE, Plaintiffs pray that this Court grant leave to file the attached proposed amending complaints.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods

>GERALD E. MEUNIER, #9471
>JUSTIN I. WOODS, #24713
>Gainsburgh, Benjamin, David,
>Meunier & Warshauer, L.L.C.
>2800 Energy Centre
>1100 Poydras Street
>New Orleans, Louisiana  70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713

2