UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Duncan, et al v. Thor California, Inc, et al, 09-5249*
*McCrary v. Thor California, Inc., et al, 09-5975*
*Daigle v. Am. Int'l Specialty Lines, Co., et al, 09-7541*
*Keddy v. Am. Int'l Specialty Lines, Co., et al, 09-7542*
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
*Whitten, et al v. Thor Industries, Inc., et al, 11-0553*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to Amend Complaints is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.

                                   Respectfully submitted:

                                   **GAINSBURGH, BENJAMIN, DAVID,
                                   MEUNIER & WARSHAUER, L.L.C.**

                                   BY:    s/Justin I. Woods
                                          GERALD E. MEUNIER, #9471
                                          JUSTIN I. WOODS, #24713
                                          Gainsburgh, Benjamin, David,
                                          Meunier & Warshauer, L.L.C.
                                          2800 Energy Centre
                                          1100 Poydras Street
                                          New Orleans, Louisiana  70163
                                          Telephone:    504/522-2304
                                          Facsimile:    504/528-9973
                                          jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             s/Justin I. Woods
                                             JUSTIN I. WOODS, #24713