## "47CT" Excerpt from FEMA Matching Responses

| FEMA Matched Manufacturer | Number Matched | Percent Matched |
|---|---|---|
| ADVENTURE | 1 | 0% |
| CLAYTON | 1 | 0% |
| DUTCHMAN | 1 | 0% |
| DUTCHMEN | 224 | 36% |
| DUTCHMEN MANUFACTURING, INC. (THOR) | 2 | 0% |
| FLEETWOOD | 3 | 0% |
| FOREST RIVER | 1 | 0% |
| FOUR WINDS | 1 | 0% |
| Four Winds Enterprises | 2 | 0% |
| Four Winds International | 38 | 6% |
| GULFSTREAM | 1 | 0% |
| ORGANIC | 20 | 3% |
| PILGRIM | 1 | 0% |
| Thor | 30 | 5% |
| THOR CALIFORNIA | 4 | 1% |
| Thor Industries | 160 | 26% |
| Thor Industries, Inc | 1 | 0% |
| Thor Industries, Inc. | 75 | 12% |
|  | 52 | 8% |
| **Total** | **618** | **100%** |

# "47CT" Excerpt from FEMA Matching Responses

| VIN1 | Manufacturer1 |
|---|---|
| 47CT10N263M413427 | Thor Industries |
| 47CT53M2443111061 | DUTCHMEN |
| 47CT53P225L113646 | DUTCHMEN |
| 47CT55P226L116396 | DUTCHMEN |
| 47CT55P246L117 | |
| 47CT55P246L117176 | DUTCHMEN |
| 47CT55P276L116622 | DUTCHMEN |
| 47CT55P276L116748 | DUTCHMEN |
| 47CT55P286L116564 | DUTCHMEN |
| 47CT5FP266L117163 | DUTCHMEN |
| 47CT5P206L116901 | Four Winds International |
| 47CT5SP2X6L116582 | Thor Industries, Inc. |
| 47CT95P236L11G777 | DUTCHMEN |
| 47CTA1P2443112519 | |
| 47CTA1P2863116107 | DUTCHMEN |
| 47CTA2L256L115962 | Thor Industries |
| 47CTA2N205L113984 | Thor Industries |
| 47CTA2N205L113984 | Thor Industries, Inc. |
| 47CTA2N295L114079 | Thor Industries |
| 47CTA2N295L114079 | Thor Industries, Inc. |
| 47CTA2N295L114891 | Thor Industries |
| 47CTA2N295L114891 | Thor Industries, Inc. |
| 47CTA2N2X6L115274 | Thor Industries |
| 47CTA2N2X6L115274 | |
| 47CTA2P206L115555 | Thor Industries |
| 47CTA2P206L116298 | ORGANIC |
| 47CTA2P206L117841 | Thor Industries |
| 47CTA2P206L118049 | DUTCHMEN |
| 47CTA2P216417976 | PILGRIM |
| 47CTA2P216L117833 | Thor Industries |
| 47CTA2P216L117833 | Thor Industries, Inc. |
| 47CTA2P216L117847 | THOR CALIFORNIA |
| 47CTA2P216L117959 | DUTCHMEN |
| 47CTA2P216L117962 | DUTCHMEN |
| 47CTA2P216L117976 | DUTCHMEN |
| 47CTA2P226L116285 | Four Winds International |
| 47CTA2P226L117971 | DUTCHMEN |
| 47CTA2P236L116280 | Thor Industries |
| 47CTA2P236L117980 | |
| 47CTA2P236L118014 | DUTCHMEN |
| 47CTA2P23GL11T865 | DUTCHMEN |
| 47CTA2P2456114848 | DUTCHMEN |
| 47CTA2P246L116238 | Thor Industries |
| 47CTA2P246L116272 | Thor Industries |
| 47CTA2P246L116322 | Thor Industries |
| 47CTA2P256L117818 | THOR CALIFORNIA |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTA2P256L117818 | Thor Industries |
| 47CTA2P256L117933 | Thor Industries |
| 47CTA2P266L117892 | Thor Industries |
| 47CTA2P266L117892 | Thor Industries, Inc. |
| 47CTA2P266L117908 | |
| 47CTA2P266L118024 | Thor |
| 47CTA2P275L112831 | DUTCHMEN |
| 47CTA2P276L116234 | Thor |
| 47CTA2P276L116234 | Thor Industries |
| 47CTA2P276L116248 | Thor Industries |
| 47CTA2P276L116251 | Four Winds International |
| 47CTA2P276L116251 | Thor Industries, Inc. |
| 47CTA2P276L116251 | Thor Industries |
| 47cta2p276l117870 | DUTCHMEN |
| 47CTA2P276L117884 | DUTCHMEN |
| 47CTA2P276L117903 | ORGANIC |
| 47CTA2P276L117951 | DUTCHMEN |
| 47CTA2P276L118033 | DUTCHMEN |
| 47CTA2P2862117988 | DUTCHMEN |
| 47CTA2P2866L11042 | DUTCHMEN |
| 47CTA2P286L116243 | Thor Industries, Inc. |
| 47CTA2P286L116243 | |
| 47CTA2P286L116257 | Thor Industries |
| 47CTA2P286L116310 | Thor Industries |
| 47CTA2P286L117828 | Thor Industries, Inc. |
| 47CTA2P286L117957 | DUTCHMEN |
| 47CTA2P286L118056 | DUTCHMEN |
| 47CTA2P296L117823 | Thor Industries |
| 47CTA2P296L117868 | DUTCHMEN |
| 47CTA2P2X64162795 | Thor Industries, Inc. |
| 47CTA2P2X6L117927 | Thor |
| 47CTA2P2X6L118043 | DUTCHMEN |
| 47CTA2PX6L117992 | |
| 47CTA2PZ06L118049 | DUTCHMEN |
| 47CTA35205L114711 | DUTCHMEN |
| 47CTA3P276L115753 | DUTCHMEN |
| 47CTAIP2863116110 | DUTCHMEN |
| 47CTAP276L116265 | Thor Industries |
| 47CTAZP2462118037 | DUTCHMEN |
| 47CTAZPZ06L117872 | DUTCHMEN |
| 47CTBAP285L114031 | Thor Industries |
| 47CTBAP285L114031 | Thor |
| 47CTBAPZ45L113264 | DUTCHMEN |
| 47CTBAR255L113044 | Thor Industries |
| 47CTCR5206C653019 | DUTCHMEN |
| 47CTCR5236C653192 | DUTCHMEN |
| 47CTCR5246C653170 | DUTCHMEN |

## "47CT" Excerpt from FEMA Matching Responses

| VIN | Manufacturer |
|---|---|
| 47CTCR5266C653283 | |
| 47CTCR528653253 | |
| 47CTCRN205C652236 | Thor Industries |
| 47CTCRN205C652236 | |
| 47CTCRS206C653022 | DUTCHMEN |
| 47CTCRS206C653165 | DUTCHMEN |
| 47CTCRS206C653165 | Thor Industries |
| 47CTCRS206C653280 | DUTCHMEN |
| 47CTCRS216C653174 | DUTCHMEN |
| 47CTCRS236C653790 | DUTCHMEN |
| 47CTCRS246C65024 | FLEETWOOD |
| 47CTCRS246C653105 | Thor Industries |
| 47CTCRS246C653105 | |
| 47CTCRS246C653170 | DUTCHMEN |
| 47CTCRS256C653159 | Thor Industries, Inc. |
| 47CTCRS256C653176 | DUTCHMEN |
| 47CTCRS266C653140 | DUTCHMEN |
| 47CTCRS266C653283 | |
| 47CTCRS276C653003 | DUTCHMEN |
| 47CTCRS276C653003 | Thor Industries |
| 47CTCRS276C653017 | DUTCHMEN |
| 47CTCRS276C653020 | DUTCHMEN |
| 47CTCRSX6C653111 | DUTCHMEN |
| 47CTD1N2X6P614246 | Thor Industries |
| 47CTD1N2X6P614246 | Thor Industries, Inc. |
| 47CTD1NZ46P612847 | DUTCHMEN |
| 47CTD1S266P613339 | DUTCHMEN |
| 47CTD2M206M423279 | DUTCHMEN |
| 47CTD2N206M424639 | Thor Industries |
| 47CTD2N206M424639 | Thor Industries, Inc. |
| 47CTD2N206M425631 | Thor Industries, Inc. |
| 47CTD2N216M424522 | DUTCHMEN |
| 47CTD2N216M424875 | Thor Industries |
| 47CTD2N216M424875 | Thor Industries, Inc. |
| 47CTD2N216M424908 | Thor Industries, Inc. |
| 47CTD2N216M424987 | Thor Industries |
| 47CTD2N216M425203 | Thor |
| 47CTD2N216M425623 | Thor Industries, Inc. |
| 47CTD2N216M425654 | ORGANIC |
| 47CTD2N216M425878 | Thor Industries |
| 47CTD2N216M425881 | Thor Industries, Inc. |
| 47CTD2N226M424531 | Thor Industries, Inc. |
| 47CTD2N226M424643 | Thor Industries |
| 47CTD2N226M424643 | Thor Industries, Inc. |
| 47CTD2N226M424643 | Four Winds International |
| 47CTD2N226M424917 | ORGANIC |
| 47CTD2N226M425663 | Thor |

**"47CT" Excerpt from FEMA Matching Responses**

| | |
|---|---|
| 47CTD2N236M424652 | Thor Industries |
| 47CTD2N236M424652 | |
| 47CTD2N236M424750 | Thor Industries, Inc. |
| 47CTD2N236M424862 | Thor Industries |
| 47CTD2N236M424876 | Four Winds International |
| 47CTD2N236M424876 | Thor Industries |
| 47CTD2N236M424876 | Thor Industries, Inc. |
| 47CTD2N236M424960 | Thor Industries |
| 47CTD2N236M425655 | ORGANIC |
| 47CTD2N246M425017 | Four Winds International |
| 47CTD2N246M425017 | Thor Industries |
| 47CTD2N246M425017 | Thor Industries, Inc. |
| 47CTD2N246M425907 | Thor Industries, Inc. |
| 47CTD2N256M424524 | DUTCHMEN |
| 47CTD2N256M424636 | Thor Industries, Inc. |
| 47CTD2N256M424636 | Four Winds International |
| 47CTD2N256M424636 | Thor Industries |
| 47CTD2N256M424779 | Thor Industries |
| 47CTD2N266M423172 | Thor Industries, Inc. |
| 47CTD2N266M424273 | Thor Industries |
| 47CTD2N266M424273 | |
| 47CTD2N266M424919 | Thor Industries, Inc. |
| 47ctd2n276m424606 | Thor Industries |
| 47CTD2N276M424637 | ORGANIC |
| 47CTD2N276M424637 | Thor Industries |
| 47CTD2N276M425013 | Thor Industries |
| 47CTD2N286M424260 | Thor Industries |
| 47CTD2N286M424260 | Thor Industries, Inc. |
| 47CTD2N286M425201 | Thor Industries |
| 47CTD2N286M425215 | Thor Industries, Inc. |
| 47ctd2n286m425862 | |
| 47CTD2N296M424462 | DUTCHMEN |
| 47CTD2N296M425031 | Thor Industries, Inc. |
| 47CTD2N296M425059 | DUTCHMAN |
| 47CTD2N296M425059 | Thor Industries |
| 47CTD2N296M425661 | ORGANIC |
| 47ctd2n2x6m424647 | Thor |
| 47CTD2N2X6M424910 | Thor Industries |
| 47CTD2N2X6M426298 | |
| 47CTD2P206M425156 | DUTCHMEN |
| 47CTD2P216M425439 | Thor Industries |
| 47CTD2P216M425439 | Thor |
| 47CTD2P226M424218 | Thor Industries |
| 47CTD2P226M424218 | Thor Industries, Inc. |
| 47CTD2P226M425045 | DUTCHMEN |
| 47CTD2P236M424373 | DUTCHMEN |
| 47CTD2P236M424776 | |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTD2P246M424219 | DUTCHMEN |
| 47CTD2P246M425077 | FLEETWOOD |
| 47CTD2P256M424245 | Thor Industries |
| 47CTD2P256M424245 | |
| 47CTD2P256M424472 | DUTCHMEN |
| 47CTD2P276M425042 | DUTCHMEN |
| 47CTD2P276M425073 | DUTCHMEN |
| 47CTD2P286M425003 | Thor Industries |
| 47CTD2P286M425003 | Thor Industries, Inc. |
| 47CTD2P296M424216 | DUTCHMEN |
| 47CTD2P2X6M425004 | Thor Industries |
| 47CTD4N295G516745 | Four Winds International |
| 47CTD4R275G516365 | Thor Industries |
| 47CTD4R275G516365 | |
| 47CTD9M285M422081 | Thor Industries, Inc. |
| 47CTD9N205M421179 | CLAYTON |
| 47CTD9N205M421179 | DUTCHMEN |
| 47CTD9N215M420557 | Thor |
| 47CTD9N245M420055 | Thor Industries |
| 47CTD9N255M419797 | Thor Industries |
| 47CTD9N255M421615 | Thor Industries, Inc. |
| 47CTD9N265M419548 | Thor Industries |
| 47CTD9N265M420697 | DUTCHMEN |
| 47CTD9N265M421560 | Thor Industries |
| 47CTD9N274M418729 | Thor Industries |
| 47CTD9N285M419549 | ORGANIC |
| 47CTD9N285MY20989 | Thor Industries |
| 47ctd9n295m421617 | Thor Industries |
| 47CTD9N295M421813 | Thor Industries |
| 47CTD9P215M420653 | Thor |
| 47CTD9P215M421690 | DUTCHMEN |
| 47CTD9P225M422444 | |
| 47CTD9P255M422096 | DUTCHMEN |
| 47CTD9P275M420723 | ORGANIC |
| 47CTD9P285M421220 | Thor Industries, Inc. |
| 47CTDDN255G518363 | DUTCHMEN |
| 47CTDDN2X5G517533 | Thor Industries |
| 47CTDDN2X5G517533 | |
| 47CTDDR235G518355 | DUTCHMEN |
| 47CTDDR245G516615 | Thor Industries, Inc. |
| 47CTDDR255G516834 | Thor Industries, Inc. |
| 47CTDDR285G518321 | DUTCHMEN |
| 47CTDDR295G517887 | DUTCHMEN |
| 47CTDDR295G518103 | Thor Industries, Inc |
| 47CTDE296G520239 | DUTCHMEN |
| 47CTDE5216G520591 | |
| 47CTDE5266G520201 | DUTCHMEN |

**"47CT" Excerpt from FEMA Matching Responses**

| | |
|---|---|
| 47CTDE5266G520571 | DUTCHMEN |
| 47CTDEN206G519816 | DUTCHMEN |
| 47CTDEN216G520196 | DUTCHMEN |
| 47CTDEN255G518563 | |
| 47CTDEN2566520119 | DUTCHMEN |
| 47CTDEN2766521109 | Thor Industries |
| 47CTDEP225M421514 | |
| 47CTDER166521665 | DUTCHMEN |
| 47CTDER206520037 | Thor Industries |
| 47CTDER206520037 | Thor Industries, Inc. |
| 47CTDER2066521169 | |
| 47CTDER206G520622 | DUTCHMEN |
| 47CTDER206G520717 | Thor Industries |
| 47CTDER206G520717 | Thor Industries, Inc. |
| 47CTDER206G520782 | DUTCHMEN |
| 47CTDER206G521012 | Thor Industries |
| 47CTDER206G521494 | Thor Industries |
| 47CTDER206G529622 | DUTCHMEN |
| 47CTDER216G519317 | DUTCHMEN |
| 47CTDER216G520452 | |
| 47CTDER216G520547 | GULFSTREAM |
| 47CTDER216G521083 | DUTCHMEN |
| 47CTDER216G521195 | DUTCHMEN |
| 47CTDER216G521195 | |
| 47CTDER216G521388 | Thor Industries |
| 47CTDER216G521388 | Thor Industries, Inc. |
| 47CTDER216G521407 | Thor |
| 47CTDER216G521519 | Thor Industries, Inc. |
| 47CTDER216G521570 | Four Winds International |
| 47CTDER226520685 | Four Winds International |
| 47CTDER226520685 | Thor Industries |
| 47CTDER226520685 | Thor Industries, Inc. |
| 47CTDER2266520508 | Thor Industries |
| 47CTDER2266521190 | DUTCHMEN |
| 47CTDER226G520413 | DUTCHMEN |
| 47CTDER226G520671 | Thor Industries |
| 47CTDER226G520671 | Thor Industries, Inc. |
| 47CTDER226G520735 | |
| 47CTDER226G521156 | DUTCHMEN |
| 47CTDER226G521190 | DUTCHMEN |
| 47CTDER226G521528 | Thor Industries |
| 47CTDER226G521688 | DUTCHMEN |
| 47CTDER226G521691 | DUTCHMEN |
| 47CTDER235G518541 | DUTCHMEN |
| 47CTDER2366521473 | DUTCHMEN |
| 47CTDER236G520498 | DUTCHMEN |
| 47CTDER236G520551 | DUTCHMEN |

# "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTDER236G520694 | Four Winds International |
| 47CTDER236G520694 | Thor Industries, Inc. |
| 47CTDER236G520744 | DUTCHMEN |
| 47CTDER236G521005 | Thor Industries |
| 47CTDER236G521196 | DUTCHMEN |
| 47CTDER236G521487 | Thor |
| 47CTDER236G521540 | THOR CALIFORNIA |
| 47CTDER236G521540 | Thor Industries |
| 47CTDER236G521540 | THOR |
| 47CTDER236G521540 | Thor Industries |
| 47CTDER236G521585 | DUTCHMEN |
| 47CTDER246G519568 | ORGANIC |
| 47CTDER246G520512 | Thor Industries, Inc. |
| 47CTDER246G520669 | DUTCHMEN |
| 47CTDER246G520672 | Thor Industries |
| 47CTDER246G520686 | Thor Industries |
| 47CTDER246G520686 | ORGANIC |
| 47CTDER246G520719 | DUTCHMEN |
| 47CTDER246G521188 | DUTCHMEN |
| 47CTDER246G521496 | Thor Industries |
| 47CTDER246G521496 | Four Winds International |
| 47CTDER246G521627 | |
| 47CTDER256G521491 | Thor Industries |
| 47CTDER2666521712 | DUTCHMEN |
| 47CTDER2666S21161 | DUTCHMEN |
| 47CTDER266DER520687 | DUTCHMEN |
| 47CTDER266G520351 | DUTCHMEN |
| 47CTDER266G520611 | Thor Industries |
| 47CTDER266G520687 | DUTCHMEN |
| 47CTDER266G520740 | DUTCHMEN |
| 47CTDER266G521077 | ADVENTURE |
| 47CTDER266G521161 | DUTCHMEN |
| 47CTDER266G521337 | Thor Industries |
| 47CTDER266G521385 | THOR CALIFORNIA |
| 47CTDER266G521483 | Thor |
| 47CTDER266G521483 | Thor Industries |
| 47CTDER266G521497 | Four Winds International |
| 47CTDER266G521497 | Thor Industries, Inc. |
| 47CTDER266G521497 | Thor Industries |
| 47CTDER266G521502 | Thor Industries |
| 47CTDER266G521581 | |
| 47CTDER266G521659 | DUTCHMEN |
| 47CTDER266GSZ0561 | DUTCHMEN |
| 47CTDER26G520284 | DUTCHMEN |
| 47CTDER276G520360 | DUTCHMEN |
| 47CTDER276G520360 | Thor Industries |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTDER276G520469 | DUTCHMEN |
| 47CTDER276G520567 | DUTCHMEN |
| 47CTDER276G520634 | FLEETWOOD |
| 47CTDER276G520679 | Thor Industries |
| 47CTDER276G520679 | Thor Industries, Inc. |
| 47CTDER276G520763 | |
| 47CTDER276G521640 | DUTCHMEN |
| 47CTDER276G521721 | Dutchmen |
| 47CTDER276GS20410 | DUTCHMEN |
| 47CTDER2866520786 | DUTCHMEN |
| 47CTDER2866521694 | DUTCHMEN |
| 47CTDER286G519038 | |
| 47CTDER286G520545 | Thor Industries |
| 47CTDER286G520545 | Thor Industries, Inc. |
| 47CTDER286G520562 | DUTCHMEN |
| 47CTDER286G520657 | DUTCHMEN |
| 47CTDER286G520738 | DUTCHMEN |
| 47CTDER286G520741 | |
| 47CTDER286G521551 | Thor Industries |
| 47CTDER286G521551 | Four Winds International |
| 47CTDER286G521551 | Thor Industries, Inc. |
| 47CTDER286G521615 | Thor Industries |
| 47CTDER296G520411 | Thor |
| 47CTDER296G520506 | DUTCHMEN |
| 47CTDER296G520652 | Thor Industries, Inc. |
| 47ctder296g520750 | Thor Industries |
| 47CTDER296G521381 | Four Winds International |
| 47CTDER296G521493 | Thor Industries |
| 47CTDER29G521543 | DUTCHMEN |
| 47CTDER2X66521504 | Thor |
| 47CTDER2X6B520448 | DUTCHMEN |
| 47CTDER2X6G519705 | DUTCHMEN |
| 47CTDER2X6G520286 | DUTCHMEN |
| 47CTDER2X6G520353 | DUTCHMEN |
| 47CTDER2X6G520367 | DUTCHMEN |
| 47CTDER2X6G520692 | Thor Industries |
| 47CTDER2X6G520692 | Four Winds International |
| 47CTDER2X6G520692 | Thor Industries, Inc. |
| 47CTDER2X6G520708 | Thor Industries, Inc. |
| 47CTDER2X6G520787 | DUTCHMEN |
| 47CTDER2X6G521082 | DUTCHMEN |
| 47CTDER2X6G521499 | Thor Industries |
| 47CTDER2X6G521499 | Thor Industries, Inc. |
| 47CTDER2X6G521551 | DUTCHMEN |
| 47CTDER2X6G521695 | DUTCHMEN |
| 47CTDER2X6G5Z0773 | DUTCHMEN |
| 47CTDER2XGG521535 | DUTCHMEN |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTDERZ26G521657 | DUTCHMEN |
| 47CTDERZ46G520784 | DUTCHMEN |
| 47CTDERZ66G521712 | DUTCHMEN |
| 47CTDES206G520579 | DUTCHMEN |
| 47CTDES206G520937 | DUTCHMEN |
| 47CTDES206G520940 | DUTCHMEN |
| 47CTDES216G520199 | DUTCHMEN |
| 47CTDES236G520429 | DUTCHMEN |
| 47CTDES246G520200 | |
| 47CTDES246G520200 | DUTCHMEN |
| 47CTDES246G520584 | ORGANIC |
| 47CTDES246G520911 | Thor Industries |
| 47CTDES246G520942 | DUTCHMEN |
| 47CTDES266G520926 | Thor |
| 47CTDES296B519916 | DUTCHMEN |
| 47CTDES296G520239 | Thor Industries |
| 47CTDES296G520483 | DUTCHMEN |
| 47CTDES296G520919 | Thor Industries |
| 47CTDES296G520936 | DUTCHMEN |
| 47CTDES2X6G520430 | DUTCHMEN |
| 47CTDEU226G520337 | DUTCHMEN |
| 47CTDEU256G519764 | DUTCHMEN |
| 47CTDN225P611043 | |
| 47CTDP256M424472 | DUTCHMEN |
| 47CTDP26M424514 | Thor Industries |
| 47CTDWR236P614113 | Thor Industries |
| 47CTEP246M24345 | DUTCHMEN |
| 47CTER246G521661 | DUTCHMEN |
| 47CTERZ466520669 | DUTCHMEN |
| 47CTF3S245G518721 | Thor Industries, Inc. |
| 47CTFEN206M424393 | Thor |
| 47CTFEN206M424393 | Thor Industries, Inc. |
| 47CTFEN206M424829 | Thor Industries |
| 47CTFEN215G517677 | Thor |
| 47CTFEN215G517677 | Thor Industries |
| 47CTFEN225M421249 | DUTCHMEN |
| 47CTFEN236M42162 | DUTCHMEN |
| 47CTFEN236M424078 | DUTCHMEN |
| 47CTFEN236M424162 | DUTCHMEN |
| 47CTFEN246M424820 | Thor Industries |
| 47CTFEN246M424820 | Four Winds International |
| 47CTFEN246M426454 | Thor Industries |
| 47CTFEN256M424826 | Four Winds international |
| 47CTFEN266M424818 | ORGANIC |
| 47CTFEN266M42542 | Four Winds International |
| 47CTFEN266M42542 | Thor Industries |
| 47CTFEN266M42542 | Thor Industries, Inc. |

**"47CT" Excerpt from FEMA Matching Responses**

| | |
|---|---|
| 47CTFEN275M421828 | Four Winds International |
| 47CTFEN275M421828 | |
| 47CTFEN275M422395 | DUTCHMEN |
| 47CTFEN276M423354 | Thor Industries |
| 47CTFEN276M423354 | Four Winds International |
| 47CTFEN276M424391 | Four Winds International |
| 47CTFEN276M424391 | Thor Industries |
| 47CTFEN276M424391 | Thor Industries, Inc. |
| 47CTFEN276M424794 | Four Winds International |
| 47CTFEN276M424827 | |
| 47CTFEN285M422020 | Four Winds International |
| 47CTFEN286M424741 | Four Winds Enterprises |
| 47CTFEN286M424822 | ORGANIC |
| 47CTFEN286M424822 | Thor Industries |
| 47CTFEN295M420261 | DUTCHMEN |
| 47CTFEN296M423355 | Thor |
| 47CTFEN296M423355 | Thor Industries |
| 47CTFEN296M423355 | Four Winds International |
| 47CTFEN296M423355 | FOUR WINDS |
| 47CTFEN296M423727 | Four Winds International |
| 47CTFEN296M423727 | Thor Industries |
| 47CTFEN296M423727 | Thor Industries, Inc. |
| 47CTFEN2X6M424160 | DUTCHMEN |
| 47CTFENZX6M424160 | DUTCHMEN |
| 47CTFEP206M424813 | Four Winds International |
| 47CTFEP206M425184 | Four Winds International |
| 47CTFEP206M425511 | Thor Industries |
| 47CTFEP216M424318 | |
| 47CTFEP226M424314 | DUTCHMEN |
| 47CTFEP236M424286 | DUTCHMEN |
| 47CTFEP236M426359 | ORGANIC |
| 47CTFEP246M425592 | Four Winds International |
| 47CTFEP286M424356 | DUTCHMEN |
| 47CTFEP286M425191 | Thor |
| 47CTFER226M424344 | DUTCHMEN |
| 47CTFMR206P614567 | DUTCHMEN |
| 47CTFMR216P614464 | Thor Industries |
| 47CTFMR216P614464 | Four Winds International |
| 47CTFMR216P614478 | Four Winds International |
| 47CTFMR216P614478 | ORGANIC |
| 47CTFMR216P614559 | DUTCHMEN |
| 47CTFMR226P614473 | ORGANIC |
| 47CTFMR236P614496 | Thor |
| 47CTFMR236P614563 | DUTCHMEN |
| 47CTFMR246P614491 | DUTCHMEN MANUFACTURING, INC. (THOR) |
| 47CTFMR256P614449 | Thor Industries |

# "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTFMR256P614449 | Four Winds International |
| 47ctfmr266p614475 | Four Winds International |
| 47CTFMR286P614462 | Thor |
| 47CTFMR286P614462 | Thor Industries, Inc. |
| 47CTFTN256GS20068 | DUTCHMEN |
| 47CTFTN266G519981 | DUTCHMEN |
| 47CTFTN266G519981 | Thor Industries |
| 47CTFTR2056517877 | DUTCHMEN |
| 47CTFTR206G520828 | Dutchmen Manufacturing, Inc. (Thor) |
| 47CTFTR225G517668 | DUTCHMEN |
| 47CTFTR236G520015 | DUTCHMEN |
| 47CTFTR246G519990 | DUTCHMEN |
| 47CTFTR255G518457 | DUTCHMEN |
| 47CTFTR266G520848 | Four Winds International |
| 47CTFTR266G520848 | Thor Industries |
| 47CTFTR266G520896 | Thor Industries |
| 47CTFTR275G517620 | DUTCHMEN |
| 47CTFTR286G520804 | Thor Industries |
| 47CTFTR286G520818 | |
| 47CTFTR296G520875 | Thor Industries |
| 47CTFTR296G520889 | Four Winds Enterprises |
| 47CTFTR2X5G518325 | Thor Industries |
| 47CTFTR2X5G518325 | Four Winds International |
| 47CTFTR2X6G520058 | DUTCHMEN |
| 47CTFTR2X6G520884 | Four Winds International |
| 47CTFTSZ46G519725 | |
| 47CTS5M216J115546 | Thor Industries |
| 47CTS5M216J115546 | Thor Industries, Inc. |
| 47CTS5M2X5L114219 | DUTCHMEN |
| 47CTS5P206L116784 | Thor Industries, Inc. |
| 47CTS5P206L116865 | Four Winds International |
| 47CTS5P206L116977 | DUTCHMEN |
| 47CTS5P206L117093 | Thor Industries |
| 47CTS5P206L117109 | Thor Industries |
| 47CTS5P206L117143 | Four Winds International |
| 47CTS5P206L117143 | Thor Industries, Inc. |
| 47CTS5P206L117238 | Thor Industries, Inc. |
| 47CTS5P206L117241 | Thor Industries, Inc. |
| 47CTS5P215L115190 | DUTCHMEN |
| 47CTS5P215L14332 | |
| 47CTS5P216417104 | Thor Industries |
| 47CTS5P216L116440 | DUTCHMEN |
| 47CTS5P216L116602 | DUTCHMEN |
| 47CTS5P216L117023 | Thor Industries |
| 47CTS5P216L117149 | DUTCHMEN |
| 47CTS5P216L117183 | DUTCHMEN |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTS5P216L117197 | Thor Industries |
| 47CTS5P216L117216 | DUTCHMEN |
| 47CTS5P216L117250 | |
| 47CTS5P216L117250 | Thor Industries |
| 47CTS5P216L117281 | Thor Industries, Inc. |
| 47CTS5P226L116415 | DUTCHMEN |
| 47CTS5P226L116558 | DUTCHMEN |
| 47CTS5P226L116687 | |
| 47CTS5P226L116897 | Thor Industries |
| 47CTS5P226L117113 | Thor Industries |
| 47CTS5P226L117242 | Thor Industries, Inc. |
| 47CTS5P236L116388 | DUTCHMEN |
| 47CTS5P236L116407 | DUTCHMEN |
| 47CTS5P236L116505 | DUTCHMEN |
| 47CTS5P236L116665 | Thor Industries |
| 47CTS5P236L116813 | Thor Industries |
| 47CTS5P236L116908 | Thor Industries, Inc. |
| 47CTS5P236L116956 | Thor Industries |
| 47CTS5P236L1169763 | DUTCHMEN |
| 47CTS5P236L117041 | Thor |
| 47CTS5P236L117069 | |
| 47CTS5P236L117069 | Thor Industries, Inc. |
| 47CTS5P23L116548 | DUTCHMEN |
| 47CTS5P246L116478 | DUTCHMEN |
| 47CTS5P246L116609 | DUTCHMEN |
| 47CTS5P246L116707 | Thor Industries |
| 47CTS5P246L116786 | ORGANIC |
| 47CTS5P246L116786 | Thor Industries |
| 47CTS5P246L116853 | Thor Industries |
| 47CTS5P246L116884 | Thor Industries |
| 47CTS5P246L116917 | Thor |
| 47CTS5P246L116948 | Thor Industries |
| 47CTS5P246L117016 | Thor Industries |
| 47CTS5P256L116408 | DUTCHMEN |
| 47CTS5P256L116411 | DUTCHMEN |
| 47CTS5P256L116487 | DUTCHMEN |
| 47CTS5P256L116599 | |
| 47CTS5P256L117008 | |
| 47CTS5P256L117302 | |
| 47CTS5P256L117333 | Thor Industries |
| 47CTS5P256L117333 | |
| 47CTS5P266L116496 | DUTCHMEN |
| 47CTS5P266L116708 | Thor Industries |
| 47CTS5P266L116708 | |
| 47CTS5P266L116742 | DUTCHMEN |
| 47CTS5P266L116806 | Thor Industries |

# "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTS5P266L116885 | ORGANIC |
| 47CTS5P266L116918 | Thor |
| 47CTS5P266L117213 | DUTCHMEN |
| 47CTS5P266L117258 | Thor Industries |
| 47CTS5P266L117258 | Thor Industries, Inc. |
| 47CTS5P266L117325 | Thor Industries |
| 47CTS5P266L117325 | |
| 47CTS5P266L226384 | DUTCHMEN |
| 47CTS5P2766116622 | DUTCHMEN |
| 47CTS5P276L116345 | Thor Industries |
| 47CTS5P276L116541 | DUTCHMEN |
| 47CTS5P276L116751 | DUTCHMEN |
| 47CTS5P276L116779 | DUTCHMEN |
| 47CTS5P276L116796 | Thor |
| 47CTS5P276L116829 | DUTCHMEN |
| 47CTS5P276L116846 | |
| 47CTS5P276L116846 | DUTCHMEN |
| 47CTS5P276L116927 | ORGANIC |
| 47CTS5P276L117205 | DUTCHMEN |
| 47CTS5P2861116662 | Thor Industries |
| 47CTS5P286L116368 | Thor Industries |
| 47CTS5P286L116385 | DUTCHMEN |
| 47CTS5P286L116547 | DUTCHMEN |
| 47CTS5P286L116614 | DUTCHMEN |
| 47CTS5P286L116967 | Thor |
| 47CTS5P286L116970 | Thor Industries |
| 47CTS5P286L117164 | DUTCHMEN |
| 47CTS5P2961116783 | FOREST RIVER |
| 47CTS5P296L116461 | DUTCHMEN |
| 47CTS5P296L116539 | DUTCHMEN |
| 47CTS5P296L116542 | DUTCHMEN |
| 47CTS5P296L116590 | DUTCHMEN |
| 47CTS5P296L116699 | Thor Industries |
| 47CTS5P296L116699 | Thor Industries, Inc. |
| 47CTS5P296L116878 | Thor Industries |
| 47CTS5P296L116878 | Thor Industries, Inc. |
| 47CTS5P296L116931 | |
| 47CTS5P296L117030 | THOR |
| 47CTS5P296L117030 | Thor Industries |
| 47CTS5P296L117089 | Thor Industries |
| 47CTS5P296L117089 | Thor Industries, Inc. |
| 47cts5p296l117092 | Thor Industries |
| 47cts5p296l117092 | Thor Industries, Inc. |
| 47CTS5P296L117139 | Thor Industries |
| 47CTS5P296L117173 | Thor Industries |
| 47CTS5P2X6L116470 | DUTCHMEN |
| 47CTS5P2X6L116629 | DUTCHMEN |

## "47CT" Excerpt from FEMA Matching Responses

| | |
|---|---|
| 47CTS5P2X6L116758 | DUTCHMEN |
| 47CTS5P2X6L116906 | Thor Industries, Inc. |
| 47CTS5P2X6L116906 | Thor Industries |
| 47CTS5P2X6L117067 | Thor |
| 47CTS5P2X6L117103 | Thor Industries |
| 47CTS5P2X6L117215 | Thor Industries |
| 47CTS5P2X6L117215, 47CTS5P246L117212 | Thor Industries |
| 47CTS5PT2Y6L117196 | Thor Industries |
| 47CTS5R215L114828 | Thor Industries, Inc. |
| 47CTSP276L117205 | DUTCHMEN |
| 47CTSSP226L116771 | DUTCHMEN |
| 47CTU2N2X6M424714 | Thor Industries |