UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Davis v. Thor California, Inc, et al, 09-4962*
*Dupuy, et al v. Thor California, Inc., et al, 09-4986*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to File Amended Complaints is GRANTED. In the above-captioned matters, Dutchmen Manufacturing, Inc. is hereby ADDED as a defendant, and Thor California, Inc. is hereby DISMISSED.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT