UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Dupuy, et al v. Thor California, Inc., et al.,09-4986* | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original Complaint for Damages to correct the name of the proper manufacturing defendant.

Plaintiffs supplement and amend their original Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By amending paragraph 3 in section I to read:

3. Defendant, Dutchmen Manufacturing, Inc., ("Dutchmen"), is, upon information and belief, an entity incorporated in the state of Indiana, which conducts business in the State of Mississippi, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Mississippi.

2.

By replacing all references to "Thor" with "Dutchmen" to reflect the addition of Dutchmen and deletion of Thor.

WHEREFORE, Plaintiffs respectfully supplement and amend their original Complaint in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   */s/Justin I. Woods*
       GERALD E. MEUNIER, #9471
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ROBERT M. BECNEL #14072
       RAUL BENCOMO, #2932
       ANTHONY BUZBEE, Texas #24001820
       FRANK D'AMICO, JR., #17519
       ROBERT C. HILLIARD, Texas #09677700
       MATT MORELAND, #24567
       DENNIS C. REICH Texas #16739600
       MIKAL C. WATTS, Texas #20981820

**PLEASE SERVE:**

Dutchmen Manufacturing, Inc.
**through its Agent for Service of Process**
CT Corporation System
251 E. Ohio Street Suite 1100
Indianapolis , IN 46204

## CERTIFICATE OF SERVICE

  I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                 */s/Justin I. Woods*
                 JUSTIN I. WOODS, #24713