UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

                              JUDGE ENGELHARDT
                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Cooper, et al v. Keystone RV Company, et al., EDLA 10-2388*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal without prejudice of claims asserted herein, as the instant claims are duplicative of those advanced in *Cooper, et al v. Keystone RV Company, et al*, E.D. La. 09-7784. Both cases involve claims with the same parties and the same substantive allegations.

Accordingly, Plaintiffs seek to voluntarily dismiss their claims in the above-captioned matter, while reserving all rights and allegations asserted in *Cooper, et al v. Keystone RV Company, et al*, E.D. La. 09-7784.

                              Respectfully submitted:

                              **FORMALDEHYDE TRAILER FORMALDEHYDE
                              PRODUCT LIABILITY LITIGATION**

                              BY:   */s/Justin I. Woods*
                                    GERALD E. MEUNIER, #9471
                                    JUSTIN I. WOODS, #24713
                                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                                    Gainsburgh, Benjamin, David, Meunier &
                                    Warshauer, L.L.C.
                                    2800 Energy Centre, 1100 Poydras Street
                                    New Orleans, Louisiana 70163
                                    Telephone:    504/522-2304

Facsimile: 504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2