# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO:<br>*Serpas, et al., v. Keystone RV Company, et al.*<br>*Civil Action No. 09-8696* | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL OF GEORGE BROWN

NOW INTO COURT, through undersigned counsel, comes Plaintiff, George Brown, who, pursuant to the provisions of Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, or their claims asserted against the Defendant, Keystone RV Company, previously filed in these proceedings. These claims are duplicative of claims asserted by Plaintiffs in No. 09-8640. The dismissal of this Plaintiffs' claim does not in any way affect the claims of other plaintiffs in the above captioned matter.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)