UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Serpas, et al., v. Keystone RV Company, et al.* Civil Action No. 09-8696 | * | |

**************************************************************************

### ORDER

Considering the foregoing Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that Plaintiff, George Brown, Notice of Voluntary Dismissal is hereby GRANTED.

DATED this _____ day of _____, 2011, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE