MINUTE ENTRY
ENGELHARDT, J.
December 20, 2011

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A status conference was conducted on Tuesday, December 20, 2011 at 9:30 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Gerald E. Meunier, Mikal C. Watts, Daniel J. Balhoff, Timothy D. Scandurro and Robert Hilliard.

JS10(1:10)