UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE PRODUCTS                        SECTION N MAG. 5
LIABILITY LITIGATION


                                             JUDGE ENGELHARDT
                                             MAGISTRATE CHASEZ
THIS DOCUMENT IS RELATED
TO:
*Harris, et al v. Keystone RV Company et al*    JURY DEMANDED
*No. 10-2473*


### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes the following Plaintiff

herein, Woodrow Stevenson, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby gives notice of his voluntary dismissal, without

prejudice, of his claims asserted against all Defendants, in the Complaint previously filed in

these proceedings on August 2, 2010, Case No. 10-cv-2473.  This dismissal does not affect Mr.

Stevenson's claims in *Davis, et al v. Keystone RV Company, et al,* Case No. 09-4947 or *Serpas,*

*et al v. Keystone RV Company, et al,* Case No. 09-8696.


                    By:    /s/Matthew B. Moreland
                           Daniel E. Becnel, Jr. (La. Bar #2926)
                           Matthew B. Moreland  (La. Bar No. 24567)
                           **BECNEL LAW FIRM, LLC**
                           106 W. Seventh Street
                           P. O. Drawer H
                           Reserve, Louisiana  70084
                           Telephone: (985) 536-1186
                           Facsimile: (985) 536-6445

**CERTIFICATE OF SERVICE**


I hereby certify that on December 22, 2011, a true and correct copy of the foregoing

pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to

all known counsel by operation of the court's electronic filing system.


/s/Matthew B. Moreland
Matthew B. Moreland
