UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL. NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE: ENGELHARDT |
| **This Document Relates To:** *Goldie Cross, et al, v. Recreation By Design, LLC, et al,* Docket No. 10-1252 | * * * * * | MAGISTRATE:  CHASEZ |

*****************************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23691:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23691 is granted as to plaintiffs Mel Eskridge obo JB, David Bruce, Ellen Bruce, Alphonse Campbell obo SC and Alsphonse Campbell only.

New Orleans, Louisiana, this   22nd   day of    December   , 2011.

_____
UNITED STATES DISTRICT JUDGE

1