UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL. NO. 1873<br><br>SECTION "N" (5)<br><br>JUDGE: ENGELHARDT |
| **This Document Relates To:**<br>*Goldie Cross, et al, v. Recreation By Design, LLC, et al,* Docket No. 10-1252 | * * * * * | MAGISTRATE:  CHASEZ |

*************************************************************************

### ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23693:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23693 is granted as to plaintiffs Victoria Fleeton, Sonia Edwards obo J.H., Shabree Page obo T.J. and T.J. and Deridre Craig obo M.K. and Z.K. only.

New Orleans, Louisiana, this __22nd__ day of ____December____, 2011.

_____
UNITED STATES DISTRICT JUDGE