# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER       *       MDL. NO. 1873
FORMALDEHYDE PRODUCTS    *
LIABILITY LITIGATION       *       SECTION "N" (5)
      *
      *       JUDGE: ENGELHARDT
      *
This Document Relates To:       *       MAGISTRATE:  CHASEZ
*Goldie Cross, et al, v. Recreation By*    *
*Design, LLC, et al,* Docket No.       *
10-1252       *
      *

*****************************************************************

## ORDER

Considering the foregoing Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23695:

IT IS ORDERED that the Unopposed Partial Motion to Withdraw Recreation by Design, LLC's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiff Fact Sheets at R. Doc. No. 23695 is granted as to plaintiffs Kayla Schmidt, Vince Stewart, Marie Thomas, Melissa Toups obo G.T., Griffin Vincent, Terrell Watts obo Z.W., L.W. and M.W., Terrell Watts and Lillie Mae Williams only.

New Orleans, Louisiana, this __22nd__ day of ____December____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1