UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-5" JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT UNOPPOSED MOTION TO AMEND/SUBSTITUTE DOCUMENT

NOW INTO COURT, through undersigned counsel, come the Manufactured Housing Defendants and Plaintiffs' Steering Committee (PSC), who, for the reasons more fully set forth in the Memorandum filed herewith, respectfully move this Honorable Court to amend/substitute a revised version of their previously filed list of pending cases, or "Exhibit G" to the Stipulation of Settlement, (Rec. Doc. 20481-8). This motion is necessary to correct the list of matters from which the settling Defendants should be dismissed pursuant to this Court's Order (Rec. Doc. 23565) granting final approval to the manufactured housing class settlement. The undersigned certify that non-moving parties have been advised of this motion through Liaison Counsel and there is no opposition to same.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700

s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:     205/254-1091
Facsimile:     205/254-1999
tthagard@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 27, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER