UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *ALL CASES* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF JOINT UNOPPOSED MOTION TO AMEND/SUBSTITUTE DOCUMENT

MAY IT PLEASE THE COURT:

Plaintiffs, through the Plaintiffs' Steering Committee (PSC), and the Manufactured Home Defendants respectfully move this Honorable Court to amend/substitute a modified version of their previously filed list of pending cases, or "Exhibit G" to the Stipulation of Settlement, (Rec. Doc. 20481-8) to their motion for preliminary approval of a proposed class settlement of all claims asserted in this MDL against these Defendants. This motion is necessary to correct the list of matters from which the settling Defendants should be dismissed pursuant to this Court's Order (Rec. Doc. 23565) granting final approval to the manufactured housing class settlement.

Your Honor has already granted both preliminary approval of the proposed class settlement (Rec. Doc. 20668) and final approval of the class settlement (Rec. Doc. 23565). The modified version of the list of pending cases (attached hereto as Exhibit 1) revises the original list to add additional MDL cases that include a settling Defendant as a party, which were inadvertently left off of the original list. The modified version of the list of pending cases also reflects the deletion of certain previously listed cases that have since been dismissed.

WHEREFORE, Plaintiffs and Defendants respectfully pray that this Honorable Court grant their Joint Unopposed Motion to Amend/Substitute Document.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820
ROBERT C. HILLIARD, Texas #09677700


s/Thomas W. Thagard, III
THOMAS W. THAGARD, III
**DEFENDANTS' LIAISON COUNSEL**
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama  35203
Telephone:   205/254-1091
Facsimile:    205/254-1999
tthagard@maynardcooper.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on December 27, 2011.

/s/Gerald E. Meunier
GERALD E. MEUNIER