UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>   *Elica Allen v. R-Vision, Inc.*<br>   No. 10-2201<br>   Plaintiffs:<br>   *Don Wilson*<br>   *Don Wilson obo D.W.*<br>   *Elica Allen obo I.A.* | *<br>*<br>*<br>*<br>*<br>*<br>* | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDER NOS. 2 and 32 (REC. DOC. 23825)**

Defendant, Liberty Mutual Insurance Company, respectfully requests that this Honorable Court grant it leave to file a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23825). The proposed Reply is necessary to correct some inadvertent misstatements in Liberty Mutual's Motion and to address the arguments raised in Plaintiffs' Opposition to Motion to Dismiss (Rec. Doc. 23948).

Undersigned counsel has contacted counsel for the Plaintiffs and has not received a response indicating that Plaintiffs' counsel will consent. Therefore, this Motion is filed as opposed.

Respectfully submitted,

/s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397