UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Elica Allen v. R-Vision, Inc.* | * | |
| No. 10-2201 | * | MAGISTRATE CHASEZ |
| Plaintiffs: | * | |
| *Don Wilson* | * | |
| *Don Wilson obo D.W.* | * | |
| *Elica Allen obo I.A.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDER NOS. 2 and 32 (REC. DOC. 23825)**

Defendant, Liberty Mutual Insurance Company, files this Memorandum in Support of its

Motion for leave to file a Reply in Support of Motion to Dismiss for Failure to Comply With

Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23825). The proposed Reply is necessary to correct

some inadvertent misstatements in Liberty Mutual's Motion and to address the arguments raised

in Plaintiffs' Opposition to Motion to Dismiss (Rec. Doc. 23948).

Undersigned counsel has contacted counsel for the Plaintiffs and has not received a

response indicating that Plaintiffs' counsel will consent. Therefore, this Motion is filed as

<u>opposed.</u>

In their Opposition (Rec. Doc. 23948), Plaintiffs correctly point out that a signed certification page was filed for plaintiff Don K. Wilson a.k.a. Don K. Wilson, Sr., and for Elica Allen obo I.A.  Plaintiffs further argue that a PFS was timely submitted for plaintiff Don K. Wilson obo D.W.[1]  However, despite written requests (see Rec. Doc. 23825-3, 23825-5 and 23825-7) undersigned counsel never received the signed PFSs before filing its Motion.  Liberty Mutual respectfully requests that the Court grant leave for it to file a brief Reply in order to address the specific deficiencies in plaintiffs Don K. Wilson a.k.a. Don Wilson Sr., Don Wilson obo D.W. and Elica Allen obo I.A.'s PFSs.

Respectfully submitted,

/s/ Kristopher M. Redmann
KRISTOPHER T. WILSON, La. Bar #23978
KRISTOPHER M. REDMANN, La. Bar #18397
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN &
    HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Attorneys for Liberty Mutual Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: No manual participants.

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

---

[1] In fact the PFS for Don K. Wilson obo D.W. is not signed or dated, and the PFS for Elica Allen obo I.A. is not dated. (See Rec. Doc. 23948-2 and 23948-3.)  Further the PFS for Don K. Wilson a.k.a. Don Wilson, Sr. is dated November 3, 2010, making it untimely. (Rec. Doc. 23948-1.)