

McGLINCHEY STAFFORD PLLC

ATTORNEYS AT LAW

FLORIDA    LOUISIANA    MISSISSIPPI    NEW YORK    OHIO    TEXAS

AMANDA S. STOUT
(225) 382-3693
Fax (225) 343-3076
Direct Fax (225) 612-7167
astout@mcglinchey.com

June 17, 2011

Kevin W. Grillo
**Robert C. Hilliard, LLP**
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401

RE:     *FEMA Trailer Formaldehyde Product Liability Litigation/Morgan
        Buildings & Spas, Inc.*

        *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al. (E.D. La.
        10-2276)*

Dear Kevin:

On July 30, 2010, you filed the matter styled *Kinard Parish, et al. v. Morgan Buildings & Spas, Inc., et al.* in the Eastern District of Louisiana, bearing Suit No. 10-2276. Morgan Buildings & Spas, Inc. (Morgan) is named as a manufacturing defendant. Without waiver of Morgan's Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process (R. Doc 22027), we are writing pursuant to Pre-Trial Order No. 86 to request that you correct several deficiencies with the Plaintiff Fact Sheets (PFS) submitted by the plaintiffs in this matter.

We have no record of plaintiffs Viola Ishem and Kinard Parish submitting a PFS. Pursuant to Pretrial Order No. 2, each plaintiff is required to serve upon Defendants' Liaison Counsel a completed and signed PFS. As this suit was filed after November 30, 2009, each plaintiff was required to submit a PFS within 30 days. See Pretrial Order No. 32, page 4 § G. Thus, Viola Ishem and Kinard Parish had until August 30, 2010, to provide a completed PFS. We are not aware of any request by the plaintiffs for an extension of the PFS deadline.

Pre-Trial Order Nos. 2 and 32 provide that any plaintiff who fails to serve a PFS within the time period established by the court shall have his claims dismissed with prejudice, upon an appropriate showing. As Viola Ishem and Kinard Parish are not in compliance with PreTrial Order Nos. 2 and 32, we intend to move for a dismissal with prejudice on or about July 15, 2011. If we are incorrect and a PFS was timely filed, please identify the date of its original production and the title of the CD. Otherwise, please let us know if we may file our motion to dismiss as unopposed.

Please contact me on or before July 13, 2011 at 4:00 p.m. to hold a Rule 37.1 conference concerning Viola Ishem and Kinard Parish's failure to provide a PFS. If we do not hear from you by this time, we will move forward with a motion to dismiss with prejudice.

380417.1

Fourteenth Floor, One American Place • Baton Rouge, LA 70825 • (225) 383-9000 • Fax (225) 343-3076 • www.mcglinch



EXHIBIT

A

June 17, 2011
Page 2


With kindest regards we remain,

Very truly yours,

**McGlinchey Stafford, PLLC**

Amanda S. Stout

# Watts Hilliard, L.L.C.
## FEMA Trailer Litigation

| | | |
|---|---|---|
| 800.994.0019 toll free | 2506 N. Port Avenue | Mikal C. Watts, P.C. |
| info@fematrailerlitigation.com | Corpus Christi, TX 78401 | Robert Hilliard, L.L.P. |

July 6, 2011

*VIA Email delivery only*

McGlinchey Stafford PLLC
Attn: Amanda S. Stout
astout@mcglinchey.com

RE: FEMA Trailer Formaldehyde Product Liability Litigation PFS submissions

Dear Amanda,

We are in receipt of your letters dated June 17, 2011 asking for information on our PFS submissions regarding these seven clients:

| Cause number 10-2276: | | Cause number 10-2279: | |
|---|---|---|---|
| 209654 | Viola Ishem | 201133 | Leanderous McClendon |
| 203212 | Kinard Parish | 238705 | Edgar Jacobs |
| | | 238700 | Joseph Scott |
| | | 202614 | Kenny Womack |

Originally, these clients were filed on unmatched petitions. We have attached a copy of our letter, timely filing a PFS for each of these clients pursuant to PTO 32. We have highlighted the clients in question for your convenience.

Additionally, these clients were later amended to matched petitions, and we have attached a copy of our letter accompanying the Amendment Sheets, which were also timely submitted in accordance with PTO 32.

Your notice lists a Jerry Womack, however we are unable to locate a client by that name in cause number 10-2279. Regardless, all Plaintiff Fact Sheets were submitted on a timely basis.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Wynter Lee
Mass Tort Coordinator

EXHIBIT
B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: **Parish, Kinard** | ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A <u>separate</u> Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.



EXHIBIT
C

## II.   PERSONAL INFORMATION

A.   Name (person completing form): Kinard Parish _____

B.   Maiden or other names used or by which you have been known: _____

C.   Current Street Address: 2800 19th Avenue  Lot 97
Gulfport, MS 39801 _____

D.   Home Telephone No.: _____
Cell Phone No.: 228-863-8390 _____
Work Telephone No: _____
Other Telephone Nos.: _____

E.   Email address: _____

## III.   CASE INFORMATION

A.   If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.   State which individual or estate you are representing:

_____

2.   Maiden Or Other Names Used or By Which Such Person Has Been Known:

_____

3   Address (or last known address if deceased): _____

_____

4.   Home Telephone No.: _____
Cell Phone No.: _____
Work Telephone No: _____
Other Telephone Nos.: _____

5.   E-mail address: _____

6.   If you were appointed as a representative by a court, state the:

Court: _____

Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

Watts Hilliard, LLC _____
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401 _____
City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒          No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

| |
|---|
| Dizziness |
| Headaches |
| Eye Irritation / Excessive Tears |
| Skin Rash / Irritation |
| Persistent Cough |
| Allergies for the first time in your life |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| | |
|---|---|
| Condition: <u>Dizziness</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: <u>Headaches</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| Condition: <u>Eye Irritation / Excessive Tears</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☒ |
| Condition: <u>Skin Rash / Irritation</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☒ |
| Condition: <u>Persistent Cough</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☒ |
| Condition: <u>Allergies for the first time in your life</u><br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☒ |
| Condition:<br>Diagnosing Physician:<br>Address of Physician: | Suffered Prior To Trailer? ☐<br>Condition Worsened By Trailer? ☐ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

4.  Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?  No

    If yes, which kind of cancer?

5.  When do you claim this injury or disease first occurred?  I know now injury occurred on the date I moved in, but I did not know that at the time.

6.  Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?  Please see table above

7.  Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?  Please see table above

    **If "Yes"**, set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any.  no

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐          No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

|  |
|--|
|  |
|  |
|  |

To your understanding, describe the condition for which treated:

|  |
|--|
|  |
|  |
|  |

State when you were treated for this psychological, psychiatric or emotional problem

|  |
|--|
|  |
|  |
|  |

List the medications prescribed or recommended by the physician or counselor

|  |
|--|
|  |
|  |
|  |

9. Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☒          No ☐

*If "Yes,"* state the amount of your claim: _____

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 2800 19th Avenue  Lot 97<br>Gulfport, MS 39801 | 01/01/08<br>present |
| 4504 Ohio Avenue<br>Gulfport, MS 39501 | |
| 546 E Pass Rd Apt E39<br>Gulfport, MS 39501 | 01/01/2000<br>present |
| , | |

B.   State Driver's License Number and State Issuing License: _____
     MS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  MS

C.   Date and Place of Birth: ████/1984  Gulfport, MS

D.   Sex: Male ☒        Female ☐

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| HCHS | 01/01/2002 | Basic | Diploma |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Future Pipe<br>**Address**<br>Gulfport, MS | 06/01/2009 - | | Equipment Operator |

2.   List the following for each employer you have had in the last ten (10) years:

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| Future Pipe | 06/01/2009 - | | Equipment Operator |
| **Address** | | | |
| Gulfport, MS | | | |

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| Mu Point | 03/01/2004 - | | Forklift Operator |
| **Address** | | | |
| Pass , | | | |

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| Taher Metal | 01/01/2000 - 01/01/2003 | | Lead Man |
| **Address** | | | |
| Gulfport, MS | | | |

| **Employer Name** | **Dates** | **Job Title** | **Job Duties** |
|---|---|---|---|
| | | | |
| **Address** | | | |

3.   Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☒        No ☐

*If "Yes,"* state the following:

a.   If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|------|--------|
| 2006 | $ $30.00 |
| 2007 | $ $27.00 |
|      | $ |
|      | $ |
|      | $ |

b.   Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:
2
200

G.   Previous Claims Information

1.   Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐        No ☒    Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

_____
_____
_____
_____
_____
_____
_____

## IV.    FAMILY INFORMATION

A.    To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].

Yes ☒        No ☐        Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|--------------|-------------|-------------------|----------------|
| Ocra Parish | Grandmother | 62 | Cancer | Cancer |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

B.    Are you are claiming the wrongful death of a family member related to formaldehyde?

Yes ☐        No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.

Name: _____

**V.   FEMA TRAILER OR MOBILE HOME UNIT**

        **GOVERNMENT PROVIDED INFORMATION**

Defendants Named:   Plaintiff Unmatched to Specific Manufacturing Defendant

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: <u>9931189994</u>

Parish, Kinard - WGC#203212

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Morgan Building Srs Inc.

VIN: 1032954 BC

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Mobil

Move-in Date: 09/01/2005

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 2800 19th Avenue, Lot 97

City: Gulfport          State: MS          Zip: 39801

Was the FEMA trailer or mobile home located in a trailer park or on private property? Trailer

State the reason you stopped living in the FEMA trailer or mobile home:

still in

Please state the approximate square footage of the FEMA housing unit: 70 x 15

Please state the approximate length and width of the FEMA housing unit: 70 x 15

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 14 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? No

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? 5 days

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? 5 days

Have any air quality tests ever been performed on your FEMA trailer or mobile home? Yes

If "Yes," please state when the test was performed and who prepared this testing:

can't recall

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:

AC

Parish, Kinard - WGC#203212

E.   Please state in the chart provided below the name and present address and
telephone number of every person who resided in your FEMA trailer or mobile
home, the period of time such person resided in the FEMA trailer or mobile home
(however brief), and whether such person is making a claim for personal injury as
a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---------|------|-------------|--------------------------------------|------------------------------------------------|-------------------------------|------------------------------------------------------|
| | K■■■ Parish | 6 | 2800 19 Ave. Lot 47 Gulfport, MS 226-234-8664 | 09/01/08 | | |
| | C■■■ Parish | 2 | 2800 19 Ave. Lot 47 Gulfport, MS 226-234-8664 | 10/01/2007 | | |
| | Beverly Parish | 49 | 2800 19 Ave. Lot 47 Gulfport, MS 226-234-8664 | 10/01/2007 | | |
| | Marique Parish | 21 | 2800 19 Ave. Lot 47 Gulfport, MS 226-234-8664 | 10/01/2007 | | |
| | Eddie Parish | 28 | 2800 19 Ave. Lot 47 Gulfport, MS 226-234-8664 | 10/01/2007 | | |

## VI.   MEDICAL BACKGROUND

A.   Height: _6' 2"_

B.   Current Weight: _185_

Weight prior to living in a FEMA trailer or mobile home: _____

C.   Personal Smoking/Tobacco Use History:  *Check only the answer and that
applies to you and fill in the blanks applicable to your history of smoking
and/or tobacco use.*

☐   Never smoked cigarettes/cigars/pipe tobacco or used chewing
tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing
tobacco/snuff.

    1.     Date on which smoking/tobacco use ended:_____

    2.     Amount smoked or used on average:
           _____ per day for _____ years.

☒    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.     Amount currently smoked or used on average:
           <u> 1 </u> per day for <u> 2 </u> years.

**D.**    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.     Amount smoked or used on average, if you know:
           _____ per day for _____ years.

    2.     Relationship to you: _____

    3.     Please state whether the smoking occurred inside, outside or both:_____

**E.**    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐     No ☒

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐     No ☒

**F.**    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.     Lung or other respiratory disease
           Yes ☐     No ☒

           *If "Yes,"* please indicate the following:

           Name and description of each illness, disease, or abnormal condition:

           _____
           _____

           The date of illness:

           _____
           _____

    2.     Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
           Yes ☐     No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.   Long-term stomach or bowel disease
     Yes ☐        No ☒

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:

     _____

     _____

     The date of illness:

     _____

     _____

4.   Skin disease
     Yes ☐        No ☒

     *If "Yes,"* please indicate the following.

     Name and description of each illness, disease, or abnormal condition:

     _____

     _____

     The date of illness:

     _____

     _____

G.   Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.   To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

     Yes ☐        No ☒        Don't Recall ☐

     *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.   MEDICAL DIAGNOSIS

A.   Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.   Doctor's Name:_____

Specialty, if any: _____

Address: _____

Phone: _____

Treatment received: _____

Dates of treatment: _____

**Please refer to Section III. Part C Question 3**

C.   If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____

_____

D.   Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐        No ☒

*If "Yes,"* please provide the name and address of the health care professional.

_____

_____

Parish, Kinard - WGC#203212

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

A.  Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
Yes ☐        No ☒

B.  Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
Yes ☒        No ☐

C.  Any test results from any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

D.  All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
Yes ☐        No ☒

E.  Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
Yes ☐        No ☒

F.  Decedent's death certificate, if applicable.
Yes ☐        No ☒

G.  Report of autopsy of decedent, if applicable.
Yes ☐        No ☒

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

Parish, Kinard - WGC#203212

A.   Identify your current family and/or primary care physician:
     **Do Not Recall** ☐   **N/A** ☐

B.   Identify your primary care physicians for the last seven (7) years.
     **Do Not Recall** ☐   **N/A** ☐

| Name Memorial Hospital | | Dates | | |
|---|---|---|---|---|
| Address | | City Gulfport | ST MS | Zip |
| Name Memorial Hospital | | Dates 01/01/1990 | | |
| Address | | City Gulfport | ST MS | Zip |
| Name | | Dates | | |
| Address | | City | ST | Zip |
| | | | | |
| | | | | |
| | | | | |

C.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
     **Do Not Recall** ☐   **N/A** ☐

| Name | | Admission Dates | | |
|---|---|---|---|---|
| Address | | City | ST | Zip |
| Reason For Admission | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☐

| Name | | Admission Dates | | |
|------|------|------|------|------|
| Address | | City | ST | Zip |
| **Reason For Admission** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.

**Do Not Recall** ☐   **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| Name | | Dates | | |
|------|------|------|------|------|
| Address | | City | ST | Zip |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F.   Each pharmacy that has dispensed medication to during the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

| | | | |
|---|---|---|---|
| **Name** WalMart<br>**Address** | **City** Gulfport | **ST** | **Zip** |
| **Name** Walgreens<br>**Address** | **City** Gulfport | **ST** | **Zip** |
| **Name**<br>**Address** | **City** | **ST** | **Zip** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

**Signature of Plaintiff**                **Print Your Name**                **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL No. 1873 |
| | **AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)** |

Name: _Kinard Parish_

Date of Birth: _~~██~~ -84_

Last Four Numbers of SSN: _2159_

    I hereby authorize _____ (the "Provider") to release all existing records regarding the above-named person's medical care, treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, and/or to the law firm of** _____ _____ **and/or their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

    This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name: _Minard Parish_

Date of Birth: ▓▓ – _84_

Last Four Numbers of SSN: _2159_

I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____ and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA
Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name: _Kincard Parish_

Date of Birth: ████ -84

Last Four Numbers of SSN: 2159

    I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of _____
_____and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

    I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or lost
earning capacity.)**

Name: _Kinared Pavish_

Date of Birth ▓▓▓-84

Last Four Numbers of SSN: _2159_

I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard,
Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned
matter, the law firm of** _____
**and/or any of their designated agents.** These records shall be used or disclosed solely in
connection with the currently pending FEMA Formaldehyde product liability litigation involving
the person named above. This authorization shall cease to be effective as of the date on which
the above-named person's FEMA Formaldehyde product liability litigation concludes. I
understand that this authorization includes the above-named person's complete employment
personnel file with the exception of W-4 and W-2 forms (including attendance reports,
performance reports, medical reports, workers' compensation claims), and also includes all other
records relating to employment, past and present, all records related to claims for disability, and
all educational records (including those relating to courses taken, degrees obtained, and
attendance records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2008.

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

NAME OF FACILITY:_____
Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| *Kinardt Parish...* | ▓▓-▓-*84* | ▓▓▓-▓-*2159* |
| Address: *2800 Hwy Due* *Lot 47* | | Telephone No.: *39701* |
| City: *Gulfport* | State: *MS* | Zip Code *(228)274-0146* |

I hereby authorize the Medical Records Custodian of _____
To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* . _____

*Title.* . _____

*Address.* _____

Purpose: <u>To Protect My Legal Rights</u> _____

For Treatment Date(s): <u>All Available</u>

| Type of Access | | | | |
|---|---|---|---|---|
| | q Abstract/pertinent | q Lab | q Progress Notes | |
| | q Emergency Room | q Imaging/Radiology | q Physician's Orders | |
| Requested: | q H&P | q Cardiac Studies | q Entire Record | |
| | q Consult Report | q Face Sheet | ▣ Other_____ | |
| | q Operative Report | q Nursing Notes | | |
| q Copies of the records & | q Rehab Services | q Medication Record | | |
| q Inspection of the record | | | | |

*KP*    I acknowledge, and hereby consent to such, that the released information may contain
*Initials* alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed):_____

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____    _____
Signature of Patient/Legal Representative                Date
If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.LC. _____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated: _____

Name: _Kinard Parish_____

Signature: _Kinard Parish_

Parish, Kinard - WGC#203212

**Amendment to the Plaintiff Fact Sheet**

**Claimant Name:  Parish, Kinard**

**Claimant's Attorney:  Watts Hilliard, LLP**

**Please note the following updates to the previously submitted Plaintiff Fact Sheet**

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    993118999

Defendants Named:    Morgan Buildings & Spas, Inc.

**GOVERNMENT PROVIDED INFORMATION**



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | **Print Your Name** | **Date** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| THIS RELATES TO: | ) ) | |
| Plaintiff: Ishem, Viola | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A** <u>separate</u> **Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.



EXHIBIT
E

Ishem, Viola - WGC#209654

## II.    PERSONAL INFORMATION

A.    Name (person completing form): Viola Ishem

B.    Maiden or other names used or by which you have been known:_____

C.    Current Street Address: 6145  7th Ave. Pearlington, MS 39572

D.    Home Telephone No.: 228-533-0235
      Cell Phone No.: 985-288-8837
      Work Telephone No: 985-649-7070
      Other Telephone Nos.:_____

E.    Email address: _____

## III.   CASE INFORMATION

A.    If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

1.    State which individual or estate you are representing:
      _____

2.    Maiden Or Other Names Used or By Which Such Person Has Been Known:
      _____

3     Address (or last known address if deceased):_____
      _____

4.    Home Telephone No.:_____
      Cell Phone No.:_____
      Work Telephone No:_____
      Other Telephone Nos.:_____

5.    E-mail address:_____

6.    If you were appointed as a representative by a court, state the:

Court: _____

Date of Appointment: _____

7.   What is your relationship to the deceased or represented person or person claimed to be injured? _____

8.   If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:

_____

_____

B.   Please state the name and address of the attorney representing you:

Watts Hilliard, LLC
_____
Attorney's Name/Law Firm
2506 N. Port Ave, Corpus Christi, TX 78401
_____
City, State and Zip Code

C.   Please state the following: (If you are a representative, please state this information for each such person being represented):

1.   Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
Yes ☒        No ☐

2.   What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home?  I do not know but understand that my claim is about formaldehyde being in the trailer and that may cause illness or disease.

3.   During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms?  If yes, place a check mark (✓) by the symptom that you experienced.

| |
|---|
| Skin Rash / Irritation |
| Pharyngitis: Inflammation of Throat |
| Laryngitis: Inflammation of Vocal Cords |
| Irregular Heartbeat |
| Emphysema / Wheezing |
| Pulmonary Edema |
| IIA: Irritant-Induced Asthma |
| RADS: Reactive Airway Dysfunction Syndrome |
| Eye Irritation / Excessive Tears |
| Burning of Eyes |
| Eye Irritation / Excessive Tears |
| Irritation to Nasal Membranes |
| Throat Irritation |
| Skin Rash / Irritation |
| Skin Rash / Irritation |
| Drying or Scaling of Skin |
| Drying or Scaling of Skin |
| Headaches |
| Nausea |
| Vomiting |

Ishem, Viola - WGC#209654

If you have experienced any of the above illnesses, diseases or conditions, fill in the following information for each.  Please attach additional paper if you do not have enough room in the space provided.

| Condition: Skin Rash / Irritation | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Pharyngitis: Inflammation of Throat | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Laryngitis: Inflammation of Vocal Cords | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Irregular Heartbeat | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Emphysema / Wheezing | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Pulmonary Edema | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: IIA: Irritant-Induced Asthma | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: RADS: Reactive Airway Dysfunction Syndrome | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician:  Decluet | Condition Worsened By Trailer? ☐ |
| Address of Physician:  Slidell, La | |
| Condition: Eye Irritation / Excessive Tears | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Burning of Eyes | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Eye Irritation / Excessive Tears | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Irritation to Nasal Membranes | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Throat Irritation | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: | Condition Worsened By Trailer? ☐ |
| Address of Physician: | |
| Condition: Skin Rash / Irritation | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Skin Rash / Irritation | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |
| Condition: Drying or Scaling of Skin | Suffered Prior To Trailer? ☐ |
| Diagnosing Physician: North Shore Hospital | Condition Worsened By Trailer? ☒ |
| Address of Physician: 1850 Gauze Blvd 100 Medical Dr Slidell, LA 70461 | |

4.    Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with Cancer?   No

If yes, which kind of cancer?   _____

5.    When do you claim this injury or disease first occurred?   I know now injury occurred on the date I moved in, but I did not know that at the time.

6.    Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?   Please see table above

7.    Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?   Please see table above

If "Yes", set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began residing in a FEMA trailer or mobile home and the date of your recovery, if any. _____
_____
_____
_____

8.    **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☐        No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:

To your understanding, describe the condition for which treated:

State when you were treated for this psychological, psychiatric or emotional problem

List the medications prescribed or recommended by the physician or counselor

9.    Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?
Yes ☒        No ☐

*If "Yes,"* state the amount of your claim: _____

## IV.   BACKGROUND INFORMATION

A.   Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 6145  7th Ave.<br>Pearlington, MS 39572 | 1/1/80<br>Present |
| P.O. Box 313<br>Pearlington, MS 39572 | |
| , | |
| | |
| | |

B.   State Driver's License Number and State Issuing License:_____

_____

C.   Date and Place of Birth: ▆▆▆▆/1955  Logtown, MS _____

D.   Sex:  Male ☐          Female ☒

E.   Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| Rosenwala | 01/01/1968 | 8th | |
| | | | |
| | | | |

F.   Employment Information

1.   Current employer (if not currently employed, state your last employer):

| Employer Name | Dates | Job Title | Job Duties |
|---|---|---|---|
| Address | | | |

2.   List the following for each employer you have had in the last ten (10) years:

Ishem, Viola - WGC#209654

| Employer Name

Address | Dates | Job Title | Job Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3.  Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?

    Yes ☐        No ☒

    *If "Yes,"* state the following:

    a.  If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

    | Year | Income |
    |------|--------|
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |
    | _____ | $_____ |

    b.  Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

    _____

    _____

G.  Previous Claims Information

1.  Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?

    Yes ☐        No ☒     Don't recall ☐

    *If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease.

    _____

    _____

    _____

    _____

    _____

    _____

    _____

Ishem, Viola - WGC#209654

## IV.   FAMILY INFORMATION

A.   To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☐          No ☒          Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age | Medical Condition | Cause of Death |
|------|-------------|-------------|-------------------|----------------|
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |
|      |             |             |                   |                |

B.   Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐          No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: _____

Ishem, Viola - WGC#209654

## V.  FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:    Plaintiff Unmatched to Specific Manufacturing Defendant

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.     Please provide your FEMA Identification No.: 9119111336

Ishem, Viola - WGC#209654

## TRAILER 1 (Section A. 1-2, 4-20, B, C, D)

Manufacturer: Morgan

VIN:

Bar Code Number:

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Travel

Move-in Date: 10/1/2005

Move-out Date: 4/1/2008

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 6145 7th Ave

City: Pearlington          State: MS      Zip: 39572

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Home Ready


Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20-24 hrs/day

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Both

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?


For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:


Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:


Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? No

If "Yes," please state the date and reason for repair, service or maintenance:

E.   Please state in the chart provided below the name and present address and telephone number of every person who resided in your FEMA trailer or mobile home, the period of time such person resided in the FEMA trailer or mobile home (however brief), and whether such person is making a claim for personal injury as a result of residing in the FEMA trailer or mobile home.

| Trailer | Name | Current Age | Current Address and Telephone number | Dates lived in the FEMA trailer or mobile home | Making personal injury claim? | If "Yes," what is the nature of the personal injury? |
|---------|------|-------------|--------------------------------------|-----------------------------------------------|-------------------------------|------------------------------------------------------|
| 1 | Viola Ishem | 54 | 6145, 7th Ave. Pearlington, MS 39572 | 10/01/2005 - 04/01/2008 | Don't Know | |
| | | | , | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## VI.   MEDICAL BACKGROUND

A.   Height: 5'5"

B.   Current Weight: 198lbs

Weight prior to living in a FEMA trailer or mobile home: 180 lbs

C.   Personal Smoking/Tobacco Use History:   *Check only the answer and that applies to you and fill in the blanks applicable to your history of smoking and/or tobacco use.*

☒   Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

☐   Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.

    1.    Date on which smoking/tobacco use ended:_____

    2.    Amount smoked or used on average:
            _____ per day for _____ years.

☐    Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.

    1.    Amount currently smoked or used on average:
            _____ per day for _____ years.

D.    Other Smoking/Tobacco Use History:

If someone who resides or resided with you in your FEMA housing unit is or was a smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff, please state the following concerning their smoking history:

    1.    Amount smoked or used on average, if you know:
            _____ per day for _____ years.

    2.    Relationship to you: _____

    3.    Please state whether the smoking occurred inside, outside or both._____

E.    Were you pregnant during the time in which you resided in a FEMA trailer or mobile home?
Yes ☐    No ☒

*If "Yes,"* what was the date of birth:_____.

Did your pregnancy terminate in a miscarriage or a stillborn child?
Yes ☐    No ☒

F.    Have you ever suffered from any of the following illnesses, diseases or abnormal physical conditions?

    1.    Lung or other respiratory disease
        Yes ☐    No ☒

        *If "Yes,"* please indicate the following:

        Name and description of each illness, disease, or abnormal condition:
        _____
        _____

        The date of illness:
        _____
        _____

    2.    Infectious disease (such as, tuberculosis, pneumonia, hepatitis)
        Yes ☐    No ☒

*If "Yes,"* please indicate the following.

Name and description of each illness, disease, or abnormal condition:

_____

_____

The date of illness:

_____

_____

3.  Long-term stomach or bowel disease
    Yes ☐        No ☒

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

4.  Skin disease
    Yes ☐        No ☒

    *If "Yes,"* please indicate the following.

    Name and description of each illness, disease, or abnormal condition:

    _____

    _____

    The date of illness:

    _____

    _____

G.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

    1.  To your knowledge, have you ever had any of the following tests performed: chest X-ray, CT scan, MRI.

        Yes ☐        No ☒        Don't Recall ☐

        *If "Yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## VII.  MEDICAL DIAGNOSIS

A.  Please identify the doctor or health care provider(s) who treated you for each disease, illness or injury that you claim you (or the person you represent) suffered as a result of **living** in a FEMA trailer or mobile home and the date of the diagnosis.

B.  Doctor's Name:_____ _____
Specialty, if any: _____ _____
Address: _____ _____
Phone: _____ _____
Treatment received: _____ _____
Dates of treatment: _____ _____

**Please refer to Section III. Part C Question 3**

C.  If you are alleging psychological symptoms or emotional problems as a result of living in a FEMA trailer or mobile home, please identify any physician that you have received psychological care and provide a medical records authorization.

_____ _____
_____ _____

D.  Has any health care professional told you that your alleged illness, disease, or injury is related to living in a FEMA trailer or mobile home?
Yes ☐          No ☒

*If "Yes,"* please provide the name and address of the health care professional.

_____
_____

Ishem, Viola - WGC#209654

## VIII.  DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"Yes"* or *"No."* Where you have indicated *"Yes,"* please attach **a copy of** the documents and things to your responses to this Plaintiff Fact Sheet.

    A.    Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this Plaintiff Fact Sheet.
        Yes ☐       No ☒

    B.    Standard Form 95 submitted to any federal agency regarding any claim related to a FEMA trailer or mobile home, including any and all attachments.
        Yes ☒       No ☐

    C.    Any test results from any testing done on your FEMA trailer or mobile home.
        Yes ☐       No ☒

    D.    All bills from any physician, hospital, pharmacy, or other healthcare provider, if you incurred related medical expenses.
        Yes ☐       No ☒

    E.    Any questionnaires that you have filled out to assist any individual or entity with any testing done on your FEMA trailer or mobile home.
        Yes ☐       No ☒

    F.    Decedent's death certificate, if applicable.
        Yes ☐       No ☒

    G.    Report of autopsy of decedent, if applicable.
        Yes ☐       No ☒

## IX.  LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

For each medical provider and pharmacy identified in Sections A through F below, please fill out and sign and date an attached authorization.  You must also sign and date five (5) blank medical authorizations and attach them to this Form.

You must also sign and date authorizations permitting social security disability and workers' compensation records to be requested, to the extent applicable.

Ishem, Viola - WGC#209654

A.   Identify your current family and/or primary care physician:
**Do Not Recall** ☐   **N/A** ☐

|  |
|--|
|  |

B.   Identify your primary care physicians for the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

| Name<br>Address | Dates<br>City | ST | Zip |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment or been admitted as a patient during the last seven (7) years.
**Do Not Recall** ☐   **N/A** ☐

| Name<br>Address<br>Reason For Admission | Admission Dates<br>City | ST | Zip |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

D.   Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last seven (7) years.
**Do Not Recall** ☐    **N/A** ☐

| Name | | | Admission Dates | | |
|------|------|------|------|------|------|
| Address | | | City | ST | Zip |
| Reason For Admission | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

E.   Each physician or healthcare provider from whom you have received treatment **during** the last seven (7) years.
**Do Not Recall** ☐    **N/A** ☐

**Please see Section III C.3 and Section IX A, B, C and D**

| Name | | | Dates | | |
|------|------|------|------|------|------|
| Address | | | City | ST | Zip |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Ishem, Viola - WGC#209654

F.      Each pharmacy that has dispensed medication to during the last seven (7) years.
        **Do Not Recall** ☐   **N/A** ☐

| **Name** Walgreens | | | | |
|---|---|---|---|---|
| **Address** | **City** Slidell | **ST** LA | **Zip** | |
| **Name** | | | | |
| **Address** | **City** | **ST** | **Zip** | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____          Viola Ishem          _____
**Signature of Plaintiff**          **Print Your Name**          **Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO 45
C.F.R. § 164.508 (HIPAA)**

Name:_____

Date of Birth:_____

Last Four Numbers of SSN:_____

I hereby authorize _____ (the
"Provider") to release all existing records regarding the above-named person's medical care,
treatment, physical condition, and/or medical expenses to the law firm of **Duplass, Zwain,
Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900,
Metairie, LA 70002, and/or to the law firm of** _____
_____**and/or their designated agents.** These records shall be used or disclosed solely
in connection with the currently pending FEMA Formaldehyde product liability litigation
involving the person named above. This authorization shall cease to be effective as of the date
on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information. It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,
medical records provided as evidence of services provided, and any other documents or things
pertaining to services furnished under Title XVII of the Social Security Act or other forms of
public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO 45 C.F.R.
§ 164.508 (HIPAA) (TO BE SIGNED BY
PLAINTIFFS MAKING A CLAIM FOR
EMOTIONAL DISTRESS)**

Name:_____

Date of Birth:_____

Last Four Numbers of SSN:_____

    I hereby authorize _____ to release all existing records regarding the above-named person's psychological or psychiatric care, treatment, condition, and/or expenses to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of _____ _____ and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes (excluding psychotherapy notes maintained separately from the individual's medical record that document or analyze the contents of conversation during a private counseling session or a group, joint, or family counseling session by referring to something other than medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of the following items: diagnosis, functional status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills, invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological treatment and counseling records, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.

Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this __ day of _____, 2008.

_____

[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages or earning
capacity.)**

Name:_____

Date of Birth:_____

Last Four Numbers of SSN:_____

I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along
with other defense counsel in the above-captioned matter, the law firm of** _____
_____**and/or any of their designated agents.** These
records shall be used or disclosed solely in connection with the currently pending FEMA Trailer
Formaldehyde product liability litigation involving the person named above. This authorization
shall cease to be effective as of the date on which the above-named person's FEMA Trailer
Formaldehyde product liability litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any copy of this document shall have the same authority as the original, and may be
substituted in its place.

Dated this ___ day of _____, 2008.

_____
[*PLAINTIFF OR REPRESENTATIVE*]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf:_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL No. 1873

**AUTHORIZATION FOR RELEASE OF RECORDS (To be signed by plaintiffs *not* making a claim for lost wages or lost earning capacity.)**

Name: _____

Date of Birth: _____

Last Four Numbers of SSN: _____

     I hereby authorize _____ to release all existing records and information in its possession regarding the above-named person's employment and education (with the exception of W-4 and W-2 forms) to the law firm of **Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock, 3838 N. Causeway Boulevard, Suite 2900, Metairie, LA 70002, along with other defense counsel in the above-captioned matter, the law firm of** _____ **and/or any of their designated agents.** These records shall be used or disclosed solely in connection with the currently pending FEMA Formaldehyde product liability litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's FEMA Formaldehyde product liability litigation concludes. I understand that this authorization includes the above-named person's complete employment personnel file with the exception of W-4 and W-2 forms (including attendance reports, performance reports, medical reports, workers' compensation claims), and also includes all other records relating to employment, past and present, all records related to claims for disability, and all educational records (including those relating to courses taken, degrees obtained, and attendance records). This listing is not meant to be exclusive.

    Any copy of this document shall have the same authority as the original, and may be substituted in its place.

Dated this ___ day of _____, 2008.

_____
*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

NAME OF FACILITY: _____

Authorization for Use and Disclosure of Protected Health Information (PHI)
pursuant to HIPAA Privacy/Regulations, 45 CFR§§ 160&164 and Louisiana Revised Statutes,
Title 40: 1299.41, *et seq.*, 40:1299.96 *et seq.*, 13:3715 *et seq.* and C.C.P. art. 1467

| Patient Legal Name | Birth Date | Social Security No. |
|---|---|---|
| | | |

| | | |
|---|---|---|
| Address:<br>City: | State: | Telephone No.:<br>Zip Code: |

I hereby authorize the Medical Records Custodian of _____

To disclose medical record information and/or protect health information and to provide a complete and
certified copy of my entire record of the patient listed above to:

*Name.* _____

*Title.* _____

*Address.* _____

Purpose: To Protect My Legal Rights _____

For Treatment Date(s): All Available

| Type of Access | | | | | | |
|---|---|---|---|---|---|---|
| | q | Abstract/pertinent | q | Lab | q | Progress Notes |
| | q | Emergency Room | q | Imaging/Radiology | q | Physician's Orders |
| Requested: | q | H&P | q | Cardiac Studies | q | Entire Record |
| | q | Consult Report | q | Face Sheet | ❑ | Other_____ |
| | q | Operative Report | q | Nursing Notes | | |
| | q | Rehab Services | q | Medication Record | | |
| q Copies of the records & | | | | | | |
| q Inspection of the record | | | | | | |

*VIv* [ ] I acknowledge, and hereby consent to such, that the released information may contain
alcohol, drug abuse, psychiatric, HIV testing, HIV results, or AIDS information.
*Initials*

This authorization shall expire upon the following expiration date or event (if I fail to specify an
expiration date or event, this authorization will expire in four [4] years from the date on which it
was signed): *I Iv*

You have my specific consent to meet and discuss in person or by telephone with my attorneys
only, any and all protected health information.

- I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the above-named health care provider. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
- I understand that the information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and no longer protected.
- Fees/charges will comply with all laws and regulations applicable to release information.
- I understand authorizing the use or disclosure of the information identified above is voluntary and I may refuse to sign. My refusal to sign will not affect payment for or coverage of services, or ability to obtain treatment.
- I understand that I may inspect or copy the information used or disclosed upon request.
- **You are specifically not authorized to speak or confer with anyone except me, or my attorneys, unless you have the written consent of my attorneys or me.**

Pursuant to HIPAA Privacy/Regulations, 45 CFR §§ 160 & 164.

I have read the above and authorize the disclosure of the protected health information as stated.

_____      _____
Signature of Patient/Legal Representative              Date

If signed by legal representative, relationship to patient: _____

## PRIVACY ACT RELEASE LANGUAGE

I, _____ [insert name] understand that information

maintained by the Federal Emergency Management Agency (FEMA) and contained in

files related to disaster assistance provided to me by FEMA is subject to the Privacy

Act of 1974, 5 U.S.C. 552a. I hereby authorize FEMA to release to my attorney

Watts Hilliard, L.LC._____, Plaintiffs' Liaison Counsel Justin Woods and

Gerald E. Meunier, and Defense Liaison Counsel Andrew D. Weinstock, information

contained in FEMA's Privacy Act files related to the travel trailer or mobile home unit

provided to me by FEMA.

Dated:_____

Name: Viola Ishem

Signature: _____

Ishem, Viola - WGC#209654

**Amendment to the Plaintiff Fact Sheet**

Claimant Name:  Ishem, Viola

Claimant's Attorney:  Watts Hilliard, LLP

Please note the following updates to the previously submitted Plaintiff Fact Sheet

**Section V.  FEMA Trailer or Mobile Home Unit**

FEMA ID:    911911133

Defendants Named:    Morgan Buildings & Spas, Inc.

**GOVERNMENT PROVIDED INFORMATION**



## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| | | |
|---|---|---|
| **Signature of Plaintiff** | Viola Ishem <br> **Print Your Name** | **Date** |

Transcript of the Testimony of
# Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

### Date taken: October 22, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username**
and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**



EXHIBIT
6

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873

FORMALDEHYDE PRODUCTS         SECTION N(4)

LIABILITY LITIGATION          JUDGE ENGELHARDT


                    *   *   *

              (RE:  DUBUCLET)


        VIDEOTAPED DEPOSITION OF MORGAN

BUILDINGS & SPAS THROUGH ITS CORPORATE

REPRESENTATIVE JAMES SCHILLIGO, 2800 MCCREE

ROAD, GARLAND, TEXAS 75041, TAKEN AT THE

OFFICES OF MCGLINCHEY, STAFFORD, PLLC, 601

POYDRAS STREET, 12TH FLOOR, NEW ORLEANS,

LOUISIANA, ON THE 22ND DAY OF OCTOBER, 2009.


REPORTED BY:

    PAT KENNEDY QUINTINI, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255


VIDEOGRAPHER:

    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 2

```
 1    APPEARANCES:
 2        T. CHRISTOPHER PINEDO
          ATTORNEY AT LAW
 3        4550 JERICHO ROAD
          CORPUS CHRISTI, TEXAS 78413
 4
             (ATTORNEY FOR THE PLAINTIFFS)
 5
          BENCOMO & ASSOCIATES
 6        (BY:  RAUL R. BENCOMO, ESQUIRE -
             VIA TELEPHONE)
 7        639 LOYOLA AVENUE, SUITE 2110
          NEW ORLEANS, LOUISIANA  70113
 8
             (ATTORNEYS FOR THE PLAINTIFFS)
 9
          NELSON, MULLINS, RILEY & SCARBOROUGH
10        (BY: TAYLOR T. DALY, ESQUIRE)
          201 17TH STREET, NW, SUITE 1700
11        ATLANTIC STATION
          ATLANTA, GEORGIA 30363
12
             (ATTORNEYS FOR DEFENDANT,
13             FLEETWOOD ENTERPRISES, INC.)
14        MIDDLEBERG, RIDDLE & GIANNA
          (BY: RICHARD SHERBURNE, JR., ESQUIRE)
15        450 LAUREL STREET, SUITE 1101
          BATON ROUGE, LOUISIANA 70801
16
             (ATTORNEYS FOR DEFENDANT, FLUOR
17             ENTERPRISES, INC.)
18        U.S. DEPARTMENT OF JUSTICE
          CIVIL DIVISION, TORTS BRANCH
19        (BY:  HENRY MILLER, ESQUIRE)
          1331 PENN AVENUE, N.W.
20        ROOM 8220-N
          WASHINGTON, D.C.  20004
21
             (ATTORNEYS FOR DEFENDANT, UNITED
22             STATES OF AMERICA)
23
24
25
```

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 3

```
 1    APPEARANCES CONTINUED:
 2          JONES, WALKER, WAECHTER, POITEVENT,
              CARRERE & DENEGRE, LLP
 3          (BY: WILLIAM D. LAMPTON, ESQUIRE -
              VIA TELEPHONE)
 4          FOUR UNITED PLAZA
            8555 UNITED PLAZA BOULEVARD
 5          BATON ROUGE, LOUISIANA 70809
 6                ATTORNEYS FOR DEFENDANTS,
                  KEYSTONE RV COMPANY, THOR
 7                CALIFORNIA, THOR INDUSTRIES,
                  DUTCHMEN MANUFACTURING, DS CORP
 8                (d/b/a CROSSROADS RV) AND KZ RV,
                  LP
 9
            GARRISON, YOUNT, LORMAND, FORTE &
10            MULCAHY
            (BY: RANDALL C. MULCAHY, ESQUIRE)
11          909 POYDRAS STREET
            SUITE 1800
12          NEW ORLEANS, LOUISIANA  70112
13            (ATTORNEYS FOR DEFENDANTS
                  RECREATION BY DESIGN, LLC,
14                TL INDUSTRIES, INC., FRONTIER
                  RV, INC. AND CRUISER RV)
15
            WILLINGHAM, FULTZ & COUGILL
16          (BY: THOMAS L. COUGILL, ESQUIRE -
              VIA TELEPHONE)
17          NIELS ESPERSON BUILDING
            808 TRAVIS, SUITE 1608
18          HOUSTON, TEXAS  77002
19            (ATTORNEYS FOR DEFENDANTS
                  JAYCO AND STARCRAFT)
20
            BAKER, DONELSON, BEARMAN, CALDWELL &
21            BERKOWITZ
            (BY:  GERARDO R. BARRIOS, ESQUIRE)
22          201 ST. CHARLES AVENUE, SUITE 3600
            NEW ORLEANS, LOUISIANA  70170
23          (NOT PRESENT)
24            (ATTORNEYS FOR DEFENDANTS, CH2M HILL
                  CONSTRUCTORS, INC. AND SHAW
25                ENVIRONMENTAL, INC.)
```

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 4

```
 1
 2    APPEARANCES CONTINUED:
 3        McGLINCHEY STAFFORD
          (BY:  CHRISTINE LIPSEY, ESQUIRE)
 4        643 MAGAZINE STREET
          NEW ORLEANS, LOUISIANA 70130
 5
              (AND)
 6
          MCGLINCHEY STAFFORD PLLC
 7        (BY:  DAN E. WEST, ESQUIRE)
          301 MAIN STREET, 14TH FLOOR
 8        ONE AMERICAN PLACE
          BATON ROUGE, LOUISIANA  70805
 9
              (ATTORNEYS FOR MORGAN BUILDINGS AND
10                SPAS, INC. APPEARING UNDER
                  RESERVATION OF RIGHTS)
11
              (AND)
12
          MORGAN MANAGEMENT CORPORATION
13        (BY:  ALAN WINN, ESQUIRE)
          CORPORATE COUNSEL
14        2800 MCCREE ROAD
          GARLAND, TEXAS  75041
15
              (ATTORNEYS FOR DEFENDANT MORGAN
16                BUILDINGS AND SPAS, INC.)
17        LUGENBUHL, WHEATON, PECK, RANKIN &
              HUBBARD
18        (BY: KRISTOPHER M. REDMANN, ESQUIRE -
              VIA TELEPHONE)
19        601 POYDRAS STREET, SUITE 2775
          NEW ORLEANS, LOUISIANA 70130
20
              (ATTORNEYS FOR DEFENDANT,
21                LIBERTY MUTUAL INSURANCE
                  CORPORATION)
22
23
24
25
```

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

Page 5

1

2    APPEARANCES CONTINUED:

3        FRILOT, L.L.C.
         PETER R. TAFARO, ESQUIRE -
4        VIA TELEPHONE)
         3600 ENERGY CENTRE
5        1100 POYDRAS STREET
         NEW ORLEANS, LOUISIANA  70173-3600

6
         (ATTORNEYS FOR DEFENDANT, BECHTEL
7        NATIONAL, INC.)

8

9                    *    *    *

10                EXAMINATION INDEX

11                                    PAGE

12

13   EXAMINATION BY MR. PINEDO ...........12

14   EXAMINATION BY MS. DALY .............68

15   EXAMINATION BY MR. MILLER ...........91

16   EXAMINATION BY MR. SHERBURNE .......124

17   EXAMINATION BY MR. MULCAHY .........126

18   EXAMINATION BY MS. DALY ............133

19   EXAMINATION BY MR. PINEDO ..........134

20   EXAMINATION BY MR. MILLER ..........166

21   EXAMINATION BY MR. PINEDO ..........169

22

23

24

25

83f35e7d-fd08-453c-b140-b8158db27f55

Page 6

```
 1                    *     *     *

 2                INDEX OF EXHIBITS

 3

 4                                      Page

 5   Exhibit No. 1  .....................13

 6   Notice of Videotaped Federal Rule 30(b)(6)

 7   Deposition of Morgan Buildings & Spas, Inc.

 8   (no Bates stamps)

 9   Exhibit No. 2  .....................17

10   Solicitation/Contract/Order for Commercial

11   Items between FEMA and Morgan Buildings &

12   Spas, dated 9/9/2005, Bates Morgan-000002

13   through 14

14   Exhibit No. 3  .....................18

15   Solicitation/Contract/Order for Commercial

16   Items between FEMA and Morgan Buildings &

17   Spas, no effective date, Bates Morgan-000015

18   & 16

19   Exhibit No. 4  .....................24

20   Solicitation/Contract/Order for Commercial

21   Items between FEMA and Morgan Buildings &

22   Spas, effective date 9/1/2005, Bates No.

23   Morgan-000017

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 7

1   Exhibit No. 5  ......................25

2   Fax to Brad McKinney from Kerri dated

3   9/1/2005, Bates Morgan-000095 & 96

4   Exhibit No. 6  ......................28

5   Email from Michael Wagner to Gay Morgan

6   dated 8/31/2005, Bates Morgan-000097 & 98

7   Exhibit No. 7  ......................29

8   FEMA Model Travel Trailer Procurement

9   Specifications, dated 8/12/2004, Bates

10  FLE-00006914 through 6916

11  Exhibit No. 8  ......................30

12  Document that starts out "Question:  Do you

13  really want to ship these by rail?", Bates

14  Morgan-000103

15  Exhibit No. 9  ......................52

16  Certificate of Origin for a Vehicle, Bates

17  Morgan-001049 through 1050

18  Exhibit No. 10  ......................55

19  Invoice No. 4039-3022 from Morgan to FEMA

20  dated 4/3/2006, Bates Morgan-001051

21  Exhibit No. 11  ......................58

22  Invoice No. 604001627 to Morgan from

23  Fleetwood, dated 3/28/06, Bates

24  Morgan-001052

25

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 8

1  Exhibit No. 12  ......................60
2  Straight Bill of Lading from Fleetwood to
3  Morgan/FEMA dated 3/28/06, Bates
4  Morgan-001053
5  Exhibit No. 13  ......................71
6  Fleetwood Enterprises Master Sales Agreement
7  dated September 6, 2005, Bates Morgan-000055
8  through 63
9  Exhibit No. 14  ......................74
10  Email from Jim Schilligo to Guy, Dated
11  9/5/2005, Bates Morgan-000087 through 89
12  Exhibit No. 15  ......................75
13  Email from Doug Henriquez to Guy Morgan
14  dated 9/9/2005, Bates Morgan-000147 & 148
15  Exhibit No. 16  ......................85
16  Email string beginning with page that says
17  "Redacted", Bates FLE-00135116 through
18  135118
19  Exhibit No. 17  ......................87
20  Fleetwood Towable Group Engineering
21  Standards Bulletin No. 10, December 1, 1997,
22  Bates FLE_00010903 through 10918
23  Exhibit No. 18  ......................94
24  FEMA Procedure Storage Site Manual Fall
25  2005, Bates FLE-00001942 through 1955

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 9

1    Exhibit No. 19  ....................100
2    Important Notice, Bates FLE-00005100 through
3    5102
4    Exhibit No. 20  ....................108
5    Fax to Dave Busche from Guy Morgan/Elaine
6    dated 6/1/2004, Bates FLE-00001367 through
7    1370
8    Exhibit No. 21  ....................134
9    Fleetwood 2006 Owner's Manual, Bates
10   Fleetwood_EX-000003 through 105
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

83f35e7d-fd08-453c-b140-b8158db27f55

In Re: FEMA Trailer Formaldehyde Products Liability Litigation (Dubuclet)   Videotaped Deposition 30(b)(6) Morgan Bldg. & Spas through James Schilligo

Page 10

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically        ;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

                    *   *   *

CATHY RENEE' POWELL, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

PROFESSIONAL SHORTHAND REPORTERS, INC (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Shreveport

83f35e7d-fd08-453c-b140-b8158db27f55

Page 19

1      And the document with regard to

2 mobile homes, is that a two-page document?

3      A.   No, sir.  It's one page.

4      Q.   You now have Bates number --

5      A.   I'm sorry, two pages.

6      Q.   So Exhibit 3 is Morgan's Bates

7 No. 15 and 16; is that right?

8      A.   Yes, sir.

9      Q.   And now you have a document in

10 front of you with a Morgan Bates number of

11 17.  What does that represent?

12      A.   It is another government contract

13 for 15,000 travel trailers.

14      Q.   And is that your understanding of

15 the amount of travel trailers that Morgan

16 sold to the United States Government for

17 temporary housing units after Hurricane

18 Katrina?

19      A.   Yes, sir.

20      Q.   And this would be the contract

21 that we were talking about with the total

22 amount of travel trailers that were sold by

23 Morgan to the United States Government?

24      A.   Yes, sir.

25      Q.   Now, did Morgan itself manufacture

Page 20

1    travel trailers at any particular time?

2        A.    No, sir.

3        Q.    So to fulfill this contract, did

4    Morgan turn to the manufacturers of travel

5    trailers and ask them to fill orders for

6    them for these travel trailers?

7        A.    Yes, sir.

8        Q.    And did Morgan request travel

9    trailers from Fleetwood to fulfill this

10   request by the United States Government?

11       A.    Yes, sir.

12       Q.    Did they also request travel

13   trailers from an entity called Monaco to

14   fill this requirement for 15,000 travel

15   trailers?

16       A.    Yes, sir.

17       Q.    Did they also request travel

18   trailers from an entity called Recreation by

19   Design to fill this order for the United

20   States Government?

21       A.    Yes, sir.

22       Q.    The total amount of travel

23   trailers that Morgan sold to the United

24   States Government manufactured by Fleetwood,

25   Monaco, and Recreation by Design was 15,000;

83f35e7d-fd08-453c-b140-b8158db27f55

Page 24

1  document which has been marked as Exhibit 4,

2  which is Morgan Bates No. 17.   Just for the

3  record, so we are clear, could you identify

4  that document for me?

5      A.    Yes, sir.   It's a contract from

6  Department of Homeland Securities/FEMA to

7  Morgan, for Morgan Buildings & Spas, Inc.

8  for 15,000 travel trailers.

9  (Exhibit No. 4 marked for identification.)

10      Q.    What is the date on that document?

11      A.    8/29/2005.

12      Q.    And that's the contract we were

13  discussing earlier that provides for us some

14  of the details regarding the purchase of the

15  15,000 travel trailers by FEMA from Morgan;

16  is that right?

17      A.    Yes, sir.

18      Q.    And what Morgan did, rather than

19  constructing their own travel trailers, is

20  they contacted Recreation by Design, Monaco

21  and Fleetwood and had them construct the

22  travel trailers to fill that order?

23      A.    Correct.

24      Q.    May I see that document, sir?

25      A.    (Witness complies.)

Transcript of the Testimony of
# 30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

**Date taken: August 13, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\*** All **electronic deposition/exhibit files** are available at **www.psrdocs.com** . Please call or e-mail reporters@psrdocs.com if you need an **Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**



EXHIBIT

H

Page 1

1              UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4   IN RE:  FEMA TRAILER         MDL NO. 1873

5   FORMALDEHYDE PRODUCTS        SECTION "N"(4)

6   LIABILITY LITIGATION         JUDGE ENGELHARDT

7

8                     *   *   *

9

10       Videotaped Federal Rule 30(b)(6)

11   Deposition of MORGAN BUILDINGS & SPAS, INC.

12   and MORGAN BUILDING SYSTEMS, INC., through

13   their designated representative, JAMES

14   SCHILLIGO, 608 Wyatt Drive, St. Peters,

15   Missouri 63376, taken at the offices of

16   Lambert & Nelson, 701 Magazine Street, New

17   Orleans, Louisiana 70130, on Wednesday, the

18   13th day of August, 2008.

19

20   REPORTED BY:

21       JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
22       (504)529-5255

23   VIDEOGRAPHER:

24       MICHAEL BERGERON
         PROFESSIONAL SHORTHAND REPORTERS
25       (504)529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

Page 2

```
 1   APPEARANCES:

 2        LAMBERT & NELSON
          (BY: HUGH P. LAMBERT, ESQUIRE)
 3        701 MAGAZINE STREET
          NEW ORLEANS, LOUISIANA 70130
 4
          LAW OFFICES OF FRANK D'AMICO, JR.
 5        (BY: AARON AHLQUIST, ESQUIRE -
            VIA TELEPHONE)
 6        622 BARONNE STREET
          NEW ORLEANS, LOUISIANA 70113
 7
                ATTORNEYS FOR THE PLAINTIFFS
 8
          DAIGLE, JAMISON & RAYBURN
 9        (BY: BRENDA L. MISTROT, ESQUIRE -
            VIA TELEPHONE)
10        303 WEST VERMILION STREET
          SUITE 210
11        LAFAYETTE, LOUISIANA   70502

12            ATTORNEYS FOR DEFENDANT,
                SILVER CREEK
13
          DUPLASS, ZWAIN, BOURGEOIS,
14          PFISTER & WEINSTOCK
          (BY: RYAN M. MALONE, ESQUIRE)
15        3838 NORTH CAUSEWAY BOULEVARD
          SUITE 2900
16        METAIRIE, LOUISIANA  70002

17            ATTORNEYS FOR DEFENDANT,
                GULF STREAM COACH, INC.
18
          U.S. DEPARTMENT OF JUSTICE
19        (BY: HENRY MILLER, ESQUIRE)
          CIVIL DIVISION
20        1331 PENN AVENUE, N.W.
          ROOM 8220-N WASHINGTON, D.C. 20004
21
                ATTORNEYS FOR DEFENDANT, UNITED
22              STATES OF AMERICA

23

24

25
```

PROFESSIONAL SHORTHAND REPORTERS, INC       1(800)-536-5255       BATONROUGE*NEW ORLEANS* SHREVEPORT
                                            504-529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    30 (b) (6) Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., through James Schilligo

Page 3

```
 1    APPEARANCES CONTINUED:

 2            GIEGER, LABORDE & LAPEROUSE
              (BY: JASON D. BONE, ESQUIRE -
 3              VIA TELEPHONE)
              701 POYDRAS STREET
 4            SUITE 4800
              NEW ORLEANS, LOUISIANA  70139
 5
                      ATTORNEYS FOR DEFENDANT, FOREST
 6                    RIVER

 7            LEAKE & ANDERSSON
              (BY: JERRY L. SAPORITO, ESQUIRE)
 8            1700 ENERGY CENTRE
              1100 POYDRAS STREET
 9            NEW ORLEANS, LOUISIANA  70163

10                    ATTORNEYS FOR DEFENDANTS,
                      FLEETWOOD ENTERPRISES, INC.,
11                    ET AL

12            GARRISON, YOUNT, LORMAND, FORTE &
                MULCAHY, L.L.C.
13            (BY: RANDALL C. MULCAHY, ESQUIRE)
              909 POYDRAS STREET
14            SUITE 1800
              NEW ORLEANS, LOUISIANA  70112
15
                      ATTORNEYS FOR DEFENDANTS,
16                    RECREATION BY DESIGN, LLC, TL
                      INDUSTRIES, INC., AND FRONTIER
17                    RV, INC.

18            WILLINGHAM, FULTZ & COUGILL
              (BY: HAL L. ROACH, JR., ESQUIRE -
19              VIA TELEPHONE)
              NIELS ESPERSON BUILDING
20            808 TRAVIS, SUITE 1608
              HOUSTON, TEXAS  77002
21
                      ATTORNEYS FOR DEFENDANT,
22                    JAYCO AND STARCRAFT

23

24

25
```

Page 4

```
 1    APPEARANCES CONTINUED:

 2          HAILEY, McNAMARA, HALL, LARMANN
                & PAPALE, L.L.P.
 3          (BY: DAVID C. BACH, ESQ.)
            SUITE 1400, ONE GALLERIA BOULEVARD
 4          METAIRIE, LOUISIANA 70002

 5                ATTORNEYS FOR DEFENDANTS,
                  AMERICAN HOMESTAR CORP. AND
 6                OAK CREEK HOMES

 7          FOWLER RODRIGUEZ VALDES-FAULI
            (BY: STEPHANIE D. SKINNER, ESQUIRE -
 8            VIA TELEPHONE)
            400 POYDRAS STREET, 30TH FLOOR
 9          NEW ORLEANS, LOUISIANA  70130

10                ATTORNEYS FOR DEFENDANTS,
                  CMH MANUFACTURING, SOUTHERN
11                ENERGY HOMES, INC., PALM HARBOR
                  MANUFACTURING, LP, PALM
12                HARBOR ALBERMARLE, AND GILES
                  INDUSTRIES, INC.
13
            McGLINCHEY STAFFORD, PLLC
14          (BY: CHRISTINE LIPSEY, ESQUIRE
              AND DAN E. WEST, ESQUIRE)
15          FOURTEENTH FLOOR, ONE AMERICAN PLACE
            301 MAIN STREET
16          BATON ROUGE, LOUISIANA 70825

17                    (and)

18          MORGAN MANAGEMENT CORPORATION
            (BY: ALAN WINN, ESQUIRE)
19          CORPORATE COUNSEL
            2800 McCREE ROAD
20          GARLAND, TEXAS 75041

21                ATTORNEYS FOR MORGAN BUILDINGS &
                  SPAS, INC.
22
23    ALSO PRESENT:

24          CANDICE SIRMON, ESQUIRE - PLAINTIFFS'
                STEERING COMMITTEE
25          RACHEAL MEZZIC - LAMBERT & NELSON
```

Page 5

```
1                  EXAMINATION INDEX

2                                      Page

3    EXAMINATION BY MR. LAMBERT ..........13
     EXAMINATION BY MR. MILLER ..........172
4    EXAMINATION BY MR. MULCAHY ..........190

5                  *    *    *

6              INDEX OF EXHIBITS

7                                      Page

8    Exhibit No. 1 ......................69

9    Morgan Purchase Order 131888, Terms of

10   Purchase, and Amendment No. 1 to Fleetwood

11   Enterprises, Inc. Master Sales Agreement

12   dated 9-6-05 (MORGAN-000061 through 000063)

13   Exhibit No. 2 ......................76

14   Document from Brad McKinney, Monaco Coach

15   Corp. to Morgan Building Systems dated

16   9-1-05, document entitled "32 SK Bunk House

17   Travel Trailer by Monaco Coach" and Holiday

18   Rambler cover sheet from Christina

19   Detering/Brad McKinney to Jim/Guy Morgan

20   dated 9-1-05 (MORGAN-000064 through 000066)

21   Exhibit No. 3 ......................78

22   Morgan Purchase Order 118040 dated 9-19-05,

23   Terms of Purchase, and Morgan Purchase Order

24   118034 dated 9-6-05 (MORGAN-000058 through

25   000060)
```

Page 6

```
 1    Exhibit No. 4  .......................81

 2    Morgan Purchase Order 118041 dated 9-29-05

 3    (MORGAN-000067)

 4    Exhibit No. 5  .......................85

 5    Various e-mails and Federal Emergency

 6    Management Agency (FEMA) Ruggedized

 7    Manufactured Housing Procurement

 8    Specifications dated July 14, 2005

 9    (MORGAN-000078 through 000086)

10    Exhibit No. 6  .......................95

11    E-mail from Michael Wagner to Guy Morgan

12    dated August 31, 2005 (MORGAN-000097)

13    Exhibit No. 6(A)  ...................139

14    FEMA Model Travel Trailer Procurement

15    Specifications dated August 12, 2004

16    (MORGAN000099 through 000102)

17    Exhibit No. 7  ......................138

18    Request for Quotations letter from Bryan

19    McCreary, FEMA to Vendors dated September 8,

20    2005, with attached specifications

21    (MORGAN-000088 through 000090)

22    Exhibit No. 8  ......................166

23    Color photograph

24    Exhibit No. 9  ......................166

25    Color photograph
```

Page 7

1                    S T I P U L A T I O N

2

3           It is stipulated and agreed by and

4     between counsel for the parties hereto that

5     the deposition of the aforementioned witness

6     is hereby being taken for all purposes

7     allowed under the Federal Rules of Civil

8     Procedure, in accordance with law, pursuant

9     to notice;

10          That the formalities of reading and

11    signing are specifically not waived;

12          That the formalities of filing,

13    sealing, and certification are specifically

14    waived;

15          That all objections, save those as to

16    the form of the question and the

17    responsiveness of the answer, are hereby

18    reserved until such time as this deposition,

19    or any part thereof, may be used or sought

20    to be used in evidence.

21

22                    *   *   *

23          JAMES T. BRADLE, CCR, Certified Court

24    Reporter, officiated in administering the

25    oath to the witness.

PROFESSIONAL SHORTHAND REPORTERS, INC        1(800)-536-5255        BATONROUGE*NEW ORLEANS* SHREVEPORT
                                              504-529-5255

Page 21

```
 1    availability of inventory and pricing.

 2         Q    All right.  And when you say "we,"

 3    is there a team of people?  Is it primarily

 4    you and Mr. Morgan, or who is it?

 5         A    Myself and Mr. Morgan.

 6         Q    Okay.  And who were your

 7    suppliers?

 8         A    For --

 9         Q    For this schedule, quantity,

10    pricing, floor plan request.

11         A    For this disaster, it would have

12    been Fleetwood, Recreation by Design and

13    Monaco.

14         Q    We have taken Fleetwood's

15    deposition, and we have the quantities and

16    so on.  Was Fleetwood the largest supplier?

17         MS. LIPSEY:

18              Objection, vague.

19    EXAMINATION BY MR. LAMBERT:

20         Q    Insofar as your procurement was

21    concerned, was Fleetwood the largest

22    supplier of travel trailers?

23         A    I don't know that for sure.

24         Q    Okay.  When you contacted

25    Fleetwood and Recreation by Design and
```