UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
| *Stefanie Adkison v. R-Vision, Inc.* | * | |
| No. 09-7814 | * | MAGISTRATE CHASEZ |
| Plaintiffs: | * | |
| *Patrick Poiroux* | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH PRETRIAL ORDER NOS. 2 and 32 (REC. DOC. 23824)**

Defendant, Liberty Mutual Insurance Company, files this Memorandum in Support of its Motion for leave to file a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23824). The proposed Reply is necessary to correct some inadvertent misstatements in Liberty Mutual's Motion and to address the arguments raised in Plaintiffs' Opposition to Motion to Dismiss (Rec. Doc. 23947).

Undersigned counsel has contacted counsel for the Plaintiffs and has not received a response indicating that Plaintiffs' counsel will consent. Therefore, this Motion is filed as opposed.

In their Opposition (Rec. Doc. 23948), Plaintiff indicates that PFS deficiency answers were provided on December 16, and another version of the deficiency answers is attached as Rec. Doc. 23947-1. Liberty Mutual respectfully requests that the Court grant leave for it to file a brief Reply in order to address the remaining deficiencies in plaintiff Patrick Poiroux's PFS.

Respectfully submitted,

　　/s/ Kristopher M. Redmann
KRISTOPHER T. WILSON, La. Bar #23978
KRISTOPHER M. REDMANN, La. Bar #18397
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN &
　　HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

　　　　　　　　　　　　　　　　s/Kristopher M. Redmann

　　　　　　　　　　　　　　　　Kristopher M. Redmann, La. Bar No. 18397