UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | JUDGE ENGELHARDT |
|    *Stefanie Adkison v. R-Vision, Inc.* | * | |
|    No. 09-7814 | * | MAGISTRATE CHASEZ |
|    Plaintiffs: | * | |
|    *Patrick Poiroux* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LIBERTY MUTUAL'S REPLY IN SUPPORT OF MOTION
TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDER NOS. 2 AND 32 (REC. DOC. 23824)**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), with this Reply in support of Liberty Mutual's Motion to Dismiss (Rec. Doc. 23825) and in response to Plaintiff's Opposition (Rec. Doc. 23948). Liberty Mutual is entitled to an Order dismissing the claims of plaintiff Patrick Poiroux with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

### LAW AND ARGUMENT

Counsel for Plaintiffs has filed an Opposition stating that plaintiff Patrick Poiroux has provided deficiency answers after Liberty Mutual filed its Motion to Dismiss. On review of the deficiency answers, the remaining key datafields are still deficient:

| | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |

2

#1093129

| | | |
|---|---|---|
| ☒ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☐ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☐ | Move In Date | V.A.6. |
| ☐ | Move Out Date | V.A.7. |
| ☐ | Installation Address (physical location) | V.A.8. |
| ☐ | Number of hours spent in the trailer each day | V.13. |
| ☐ | Names of all trailer residents (residing) | V.E. |
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☐ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1-4) |
| ☐ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

(See 23824-5 and 23947-1 and Exhibit A, attached.)

The checklist in Item III.C. is still incomplete. Although this plaintiff has listed several symptoms in its deficiency answers, he has not indicated whether or not any of the conditions were suffered prior to living in an R-Vision trailer or were worsened by the trailer. Several other deficiency answers are simply boilerplate responses that assert a lack of knowledge. In response to Item III.C.9 (reimbursement for medical expenses), Patrick Poiroux responds:

> I do not recall if I am making a claim for medical expenses.

Similarly in response to Item VI(F)(1)-(4) (prior medical history), this plaintiff stated:

> I do not recall whether I have ever suffered from lung/respiratory or skin disease.

3

#1093129

Further, while the original PFS identifies two trailers, an R-Vision trailer and a Gulf Stream trailer and provides a VIN number for each, the deficiency answers do not identify which trailer the move-in and move-out dates, number of hours spent in the trailer, or names of the other trailer residents apply to. Plaintiff at least should be required to clarify these matters.

The foregoing facts are clear evidence of delay or contumacious conduct, and these deficiencies have not been corrected. Dismissal with prejudice is appropriate sanction in the interest of justice.

## CONCLUSION

For the reasons set forth above and in Liberty Mutual's Motion to Dismiss, plaintiff Patrick Poiroux has not submitted a completed, signed PFS as directed by PTO Nos. 2 and 32. Therefore, Liberty Mutual's Motion to Dismiss should be granted, dismissing the claims of the aforementioned plaintiffs, with prejudice.

Respectfully submitted,

/s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

#1093129

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963    **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

| Question # | Question |
|---|---|
| 1 | Sign and date Certification. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Please see attached Certification.

| Question # | Question |
|---|---|
| 2 | Checklist III.C. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I am claiming to have suffered irritation or itching of skin, rashes on skin, drying or scaling of skin, scaling or itching of eyelids, irritation or swelling of eyelids or eye area and headaches during the time that I lived in my FEMA trailer.

| Question # | Question |
|---|---|
| 3 | Diagnosed Illness III.C.3. (Second question below the chart) |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 4 | Psychological Treatment III.C.8. |

**Pet ID** 1351  
**Def ID** 98

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963  **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

**Notice #**
MTD NC

**Answer**
I am not making a claim for mental and/or emotional damages as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**
I do not recall if I am making a claim or medical expenses.

| Question # | Question |
|---|---|
| 6 | Move-in Date V.A.6. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**
I first occupied the trailer on December 16, 2005.

| Question # | Question |
|---|---|
| 7 | Move-out Date V.A.7. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**
I moved out of the trailer in January, 2007.

| Question # | Question |
|---|---|
| 8 | Number of hours in the trailer each day V.13. |

**Pet ID** 1351

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  **Cause No.** 09-7814
**Case Name** Poiroux, Patrick  **Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.
**DOB** 6/23/1963  **SSN** 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

---

**Def ID**
98

**Notice #**
MTD NC

**Answer**
I spent on average, 14 hours per day in the FEMA housing unit.

---

**Question #** 9  **Question** Names of all trailer residents (residing) V.E.

**Pet ID** 1351

**Def ID** 98

**Notice #** MTD NC

**Answer**
The following are those who resided in the trailer.
213681 Poiroux, Rebecca - my wife
213680 Poiroux, Patrick - self
213682 Poiroux, Ronnie - son
Current address and phone number for myself, my husband, and son 3261 Reine Ave, Slidell, LA 70458 985-718-9055
213679 Gimnick, Diane - mother-in-law
Current address and phone number for my mother 100 Foxbriar St. Slidell, LA 70461 985-718-9055.

---

**Question #** 10  **Question** Smoking History of Other Trailer Resident(s) VI.D.

**Pet ID** 1351

**Def ID** 98

**Notice #** MTD NC

**Answer**
Diane Gimnick, my mother-in-law smoked while we resided in the trailer, she smoked outside about half a pack a day. She no longer smokes but did for about 30 years and stopped in 2007.

---

**Question #** 11  **Question** Prior Medical History VI (F)(1&4)

**Pet ID** 1351

**Def ID** 98

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 213680  
**Case Name** Poiroux, Patrick  
**DOB** 6/23/1963   **SSN** 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  
**Cause No.** 09-7814  
**Case Style** Stefanie Adkison, et. al. vs. R-Vision, Inc., et.

MTD NC

**Answer**  
I do not recall whether I have ever suffered from lung/respiratory or skin disease.

| Question # | Question |
|---|---|
| 12 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 13 | Produce Records VIII (A-D) |

**Pet ID** 1351  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Please see attached standard form 95, however I do not have any of the other requested documents in my possession.

_____   12/16/2011  
Plaintiff or Representative            Date

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br><br>SECTION: N, 5 |
| This document relates to:<br>*Stefanie Adkison v. R-Vision, Inc.*<br>No. 09-7814<br>Plaintiff: Patrick Poiroux | * * * * * | JUDGE ENGELHARDT<br><br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS. 2 AND 32 RELATING TO PLAINTIFF FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company, incorrectly named as Liberty Mutual Insurance Corporation ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of Plaintiff Patrick Poiroux with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provisions of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Further, the undersigned has contacted opposing counsel who has not responded regarding whether he will consent to voluntarily dismiss plaintiff Patrick Poiroux. Therefore, Liberty Mutual is filing this Motion as opposed.

#1064519

Respectfully submitted,

_____s/ Kristopher M. Redmann_____
KRISTOPHER T. WILSON, La. Bar #23978
KRISTOPHER M. REDMANN, La. Bar #18397
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

_____s/Kristopher M. Redmann_____
Kristopher M. Redmann, La. Bar No. 18397

#1064519