UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Maria Raffield v. R-Vision, Inc.*<br>   No. 10-1261<br>   Plaintiffs:<br>   Latoya Batiste<br>   Damion Batiste<br>   Latoya Batiste obo Damion Batiste, Jr.<br>   Latoya Batiste obo Sa'renity Batiste<br>   Lekeshia Bradley<br>   Liz Mitchell obo Bria Mitchell<br>   Shatarra Declouiet obo Takerra Citizen | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH PRE-TRIAL ORDER NOS.**
**2 AND 32 RELATING TO PLAINTIFF FACT SHEETS**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), who moves this Honorable Court to dismiss the claims of the following plaintiffs:

1. Latoya Batiste

2. Damion Batiste

3. Latoya Batiste obo Damion Batiste, Jr.

4. Latoya Batiste obo Sa'renity Batiste

1084631

5. Lekeshia Bradley

6. Liz Mitchell obo Bria Mitchell

7. Shatarra Declouiet obo Takerra Citizen

(collectively, the "*Raffield* Plaintiffs") with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets. The reasons for the Motion are more fully set forth in the attached Memorandum in Support. Undersigned counsel has contacted counsel for the *Raffield* Plaintiffs, who has advised that he opposes this motion.

Respectfully submitted,

s/ Kristopher M. Redmann
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397