**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION

Kristopher M. Redmann
Tel.: (504) 568-1990
Fax: (504) 310-9195

SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
kredmann@lawla.com

May 20, 2011

**BY FACSIMILE: 361-882-3015**
Mr. Robert Hilliard, Esq.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
      United States District Court, Eastern District of Louisiana
      MDL No. 1873, Section N, 5, Judge Engelhardt, Magistrate Chasez
      Our File No. 14257-09563

Dear Mr. Hilliard:

Our records reflect that several claimants in the case captioned *Marla Raffield et al. v. R-Vision, Inc., et al.*, No. 09-1261, have not complied with the Court's pretrial orders regarding Plaintiff Fact Sheets. As you are no doubt aware there are certain upcoming deadlines which will require our filing the appropriate Motion to Dismiss. Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order 32 (Rec. Doc. 1180), please provide a completed, signed Plaintiff Fact Sheet for the following claimants:

1. Alishea Bartie
2. Ashley Mitchell
3. Bich Huynh obo Angelina Tran
4. Bich-Thu Huynh
5. Charles Guillory
6. Charles Guillory obo Kara Guillory
7. Charles Guillory obo Zachary Guillory
8. Charles Plumber
9. Christopher Bellard
10. Damion Batiste
11. Darlene Nero
12. Debra Williams
13. Debra Williams obo Dontrite Walters
14. Debra Williams obo Troy'lynne LaBranch
15. Deidre Mixon obo Arthur Mixon
16. Deidre Clark, obo Estate of Arthur Mixon
17. Demetrius Banks
18. Desmond Alfred
19. Devin Frank
20. Dieu Tran
21. Dorothy Williams
22. Dwayne Declouet

958765_1

**EXHIBIT M**

23. Elica Allen obo Derrick Kelly
24. Germaine Miller
25. Giang Trinh
26. Hardy McKinney
27. Harold Thibodeaux
28. Hazel Frank
29. Hillary Moulder
30. Hillary Moulder obo Jaelyn Acker
31. Iris Collins
32. Jane Jacob, obo Estate of Nettie Johnson
33. Jeannette Malone
34. Jerrel Malone
35. Jesse Raffield
36. Justin Christian
37. Katherine Banks
38. Katherine Banks obo DeAndre Banks
39. Katherine Banks obo Landan Banks
40. Kathryn Roach
41. Keirston Alfred
42. Kenneth Declouet
43. Kenneth Ladner
44. Kimberly Lee
45. Latarra Declouiet
46. Latarra Declouiet obo Tayia Landry
47. Latarra Declouiet obo Tiauna Declouiet
48. Latarra Declouiet obo Tierra Bellard
49. Latoya Batiste
50. Latoya Batiste, obo Damion Batiste
51. Latoya Batiste, obo Sa'renity Batiste
52. Laura Miller
53. Laura Miller obo Jani're Miller
54. Laura Miller obo Kendall Miller
55. Laura Miller obo Martin Miller
56. Lekeshia Bradley
57. Lekeshia Bradley obo Dejuan Bradley
58. Linda Ladner
59. Lisa Mitchell
60. Liz Mitchell obo Bria Mitchell
61. Marla Raffield obo Khoury Raffield
62. Marla Raffield
63. Marla Raffield obo Ethan Raffield
64. Marla Raffield obo Maygan Raffield
65. Marty Clark
66. Mary Smythe
67. Michael Ladner
68. Michele Ladner
69. Nancy Whitfield

958765_1

EXHIBIT M

70. Nga Pham
71. Pamela Bennett
72. Queyen Dinh
73. Rashad Frank
74. Robert Banks
75. Russell Tillis
76. Shannon Raffield
77. Shatarra Declouiet
78. Shatarra Declouiet obo Takerra Citizen
79. Shawn White
80. Stacey Frank
81. Tan Pham
82. Tara Bartie
83. Tara Bartie obo Alexis Malone
84. Tara Bartie obo Jerrica Bartie
85. Tara Bartie obo Keyonta Malone
86. Tara Ladner
87. Tara Ladner obo Alexis Ladner
88. Tara Ladner obo Malorie Ladner
89. Tyrone Frank
90. Ulonda Tillis
91. Wayne Williams
92. Wesley Citizen
93. Yvonne Frank

Please let me know immediately if our records are incomplete or inaccurate. If we do not receive a completed and signed Plaintiff Fact Sheet for each of these claimants, we will have to move forward with a Motion to Dismiss.

Sincerely,

*Kristopher Redmann /AEB*

Kristopher M. Redmann

KMR/aeb

958765_1

EXHIBIT M