UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   Maria Raffield *v. R-Vision, Inc.*<br>   No. 10-1261<br>   Plaintiffs:<br>   Latoya Batiste<br>   Damion Batiste<br>   Latoya Batiste obo Damion Batiste, Jr.<br>   Latoya Batiste obo Sa'renity Batiste<br>   Lekeshia Bradley<br>   Liz Mitchell obo Bria Mitchell<br>   Shatarra Declouiet obo Takerra Citizen | * * * * * * * * * * * * * * * | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Dismiss For Failure to Comply With Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Liberty Mutual's Motion is Granted and the claims of Plaintiffs

1. Latoya Batiste

2. Damion Batiste, Sr.

3. Latoya Batiste obo Damion Batiste, Jr.

4. Latoya Batiste obo Sa'renity Batiste

1084631

    5. Lekeshia Bradley

    6. Liz Mitchell obo Bria Mitchell

    7. Shatarra Declouiet obo Takerra Citizen

against Liberty Mutual Insurance Company be and are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2012.

_____
Hon. Kurt D. Engelhardt
Judge, United States District Court
Eastern District of Louisiana