UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * * * * * * | CIVIL ACTION NO. 1873 |
| | * * | JUDGE ENGELHARDT |
| This Document Relates To: | * * | |
| *Helen Albarado, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 10-3702) (Henry H. Vandenborre, Jr. and Brian Joseph Dobronich) | * * * | MAGISTRATE CHASEZ |

*********************************************

## MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.[1] (collectively, Morgan), move to dismiss the claims of Henry H. Vandenborre, Jr. and Brian Joseph Dobronich with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets.[2] Henry H. Vandenborre, Jr. and Brian Joseph Dobronich failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions" about their THUs. Dismissal of Mr. Vandenborre's and Mr. Dobronich's claims against Morgan with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(iv), is appropriate.

In support of this motion, Morgan submits the following exhibits:[3]

Exhibit A – June 17, 2011 letter from A. Stout to R. Burns;

Exhibit B – August 15, 2011 letter from R. Burns to A. Stout;

Exhibit C – Henry H. Vandenborre, Jr.'s Plaintiff Fact Sheet;

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.
[2] Morgan filed a similar motion in this case at R. Doc. 23911. Arguments concerning Mr. Vandenborre's and Mr. Dobronich's were mistakenly omitted from that motion.
[3] Exhibits have been redacted to remove personal identifiers.

397272.1

1

Exhibit D – Brian Joseph Dobronich's amended Plaintiff Fact Sheet;

Exhibit E – October 22, 2009 Morgan Buildings & Spas deposition excerpts, at 19:9-20:21 and 24:12-23; and

Exhibit F - August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13.

**WHEREFORE**, Morgan Buildings & Spas, Inc.'s and Morgan Building Systems, Inc.'s motion to dismiss should be granted, dismissing Henry H. Vandenborre, Jr.'s and Brian Joseph Dobronich's claims, with prejudice at their costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on December 27, 2011, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

397272.1