# ERRATA

**Claimant Name:** Audrey Alexander on behalf of Milton Vaultz

**Claimant's Attorney:** Hurricane Legal Center, LLC

1. In response to the deficiencies identified: **neither the client's representative indentified on the original Plaintiff Fact Sheet nor the successors to the deceased's estate wish to pursue the claim.  Hurricane Legal Center will file a Motion to Dismiss Plaintiff's claim.**

_[signature]_                                                                                                    7/6/10

**Plaintiff or Representative**                                                                      Date

