UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO:  MDL 1873 (N-5) |

This Document Relates to:

*Audrey Alexander o/b/o Milton Vaultz, versus Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 09-5722*       :    MAG. JUDGE ALMA L. CHASEZ

Plaintiffs:  Audrey Alexander o/b/o Milton Vaultz

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiff, with prejudice, for failure to comply with the Court's Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

Audrey Alexander on Behalf of Milton Vaultz[1](Plaintiff in *Audrey Alexander o/b/o Milton Vaultz, versusHeartland Recreational Vehicles, et al E.D. La. Suit No. 09-5722)*

The reasons for the Motion are more fully set forth in the attached supporting memorandum.  The undersigned has forwarded a copy of this motion to Counsel for Plaintiffs stating that if no response was received by 4:00 PM on December 27, 2011 we would assume that there is no opposition to this Motion. The undersigned has received no opposition.

---

[1] Also named in Audrey Alexander o/b/o Milton Vaultz  E.D.L.A. 09-3903

Respectfully submitted,
ALLEN & GOOCH

*/s/ Lori D. Barker*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 28th day of December, 2011.

*/s/ Lori D. Barker*
LORI D. BARKER
