ERRATA

**Claimant Name:** Audrey Alexander on behalf of Milton Vaultz

**Claimant's Attorney:** Hurricane Legal Center, LLC

1. In response to the deficiencies identified: **neither the client's representative indentified on the original Plaintiff Fact Sheet nor the successors to the deceased's estate wish to pursue the claim. Hurricane Legal Center will file a Motion to Dismiss Plaintiff's claim.**



7/6/10

**Plaintiff or Representative**            Date

