## Barker, Lori

| | |
|---|---|
| **From:** | Barker, Lori |
| **Sent:** | Thursday, December 22, 2011 11:04 PM |
| **To:** | 'lcentola@hurricanelegal.com' |
| **Cc:** | Delorimier, Rachel; Maggio, Brent; 'lee@kaplanleeoc.com' |
| **Subject:** | Audrey Alexander obo Milton Vaultz |
| **Attachments:** | alexander 2.docx; alexander 1.docx |

Mr. Centola,

Based on the Eratta sheet you provided us advising "neither the clients' representative identified on the original Plaintiff Fact Sheet nor the successors to the deceased's estate wish to pursue the claim. Hurricane Legal Center will file a Motion to Dismiss Plaintiff's claim" we plan to file the attached Motions regarding the claims of Audrey Alexander on behalf of Milton Vaultz as unopposed on December 27, 2011. Please confirm your consent to this motion. If we do not hear from you by 4:00 CST pm on December 27, 2011, we will assume you have no opposition.



**Lori D. Barker**
504.836.5216 Direct Dial
504.836.5219 Direct Fax

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card



1