UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. v. Keystone RV Company, et al.,*
MDL 1873, EDLA 09-3731


**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
UNDER FEDERAL RULE 41(a)(1)(a)(i)**

Now into Court, through undersigned counsel, come the following Named Plaintiffs
referenced herein who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
Procedure,  hereby give notice of their voluntary dismissal, without prejudice, of their claims in the
captioned Complaint previously filed in these proceedings on June 3, 2009, as amended, and which
bears Case No. 09-3731:

•       Ryan Miller, and,

•       Gracelyn Michelle Casanova.

The Plaintiffs' claims are duplicative of those asserted in the matter entitled ***Helen Albarado,
et al. vs. Keystone RV Company, et al.,*** **C.A. No. 10-3688**, as amended, where they have been
preserved against the properly matched defendants, filed on October 15, 2010,  pursuant to Pretrial
Order No. 68 (Rec. Doc. 14779)**.** The remaining Plaintiffs in the above captioned matter maintain
their claims against all defendants. No defendant has filed an answer or a motion or summary
judgment making dismissal pursuant to Rule 41(a)(1)(A)(i) proper.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:   s/ Roberta L. Burns
       SIDNEY D. TORRES, III, La. Bar No. 12869
       ROBERTA L. BURNS, La. Bar No. 14945
       8301 West Judge Perez Drive, Suite 303
       Chalmette, LA 70043
       Telephone: (504) 271-8421
       Facsimile: (504) 271-1961
       E-mail:   storres@torres-law.com
                  rburns@torres-law.com
       **Counsel for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of December, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
ROBERTA L. BURNS