UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-6895. SDMS 09-0519 | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiffs, without prejudice as to all defendants save for Heartland, for failure to comply with the Court's Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- Cheryl Andrews (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Huy Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Anglin on behalf of Taylor Marie Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Travis David Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mary A. Brouillette (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Abigail Byerley Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Angelique Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Sherrie & Ronald individually and on behalf of Anthony Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ronald Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa individually and on behalf of Jessee A. Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa Ann Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Lorraine J. Domingo(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffrey Michael Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Emily Leighanne Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- James Michael Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Ann Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mario Huy(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ruby D. Keaton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Mascaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Macaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Elizabeth Melton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffery Graves, Individually and on behalf of Kristen Lynn Melton-Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Cayla Jessica Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherry Pepperman, Individually and on behalf of Chaz Jacob Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Devin Paige Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Stacy Guillotte, Individually and on behalf of Robin Christine Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- John Palmer(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Aaron Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Chantell H. Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Chantell Salleen, Individually and on behalf of Khiley Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Audie L. Scott(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Brian Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Mandy Shields, Individually and on behalf of Cameron Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Mandy Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Brock Anthony Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Rock Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Christopher M. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Clayton R. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Redden Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Benjamin Henry Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Henry Herbert Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Marina Dolores Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Joyanna Mae Zilucca(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)

The reasons for the Motion are more fully set forth in the attached supporting memorandum. Opposing counsel has been contacted regarding this motion and has stated they do not oppose the motion.

Respectfully submitted,
ALLEN & GOOCH

/s/ Lori D. Barker
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 28th day of December, 2011.

/s/ Lori D. Barker
LORI D. BARKER