UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-6895, SDMS 09-0519 Plaintiffs: Pertains to all plaintiffs | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*
\*

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32
<u>RELATING TO PLAINTIFF FACT SHEETS</u>

MAY IT PLEASE THE COURT:

Heartland Recreational Vehicles("Heartland"), moves this Court for an Order dismissing the claims of the following plaintiffs, without prejudice as to all defendants safe for Heartland, for failure to comply with Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- Cheryl Andrews (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Huy Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Anglin on behalf of Taylor Marie Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Travis David Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mary A. Brouillette (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Abigail Byerley Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Sherrie & Ronald individually and on behalf of Angelique Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Anthony Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ronald Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa individually and on behalf of Jessee A. Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa Ann Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Lorraine J. Domingo(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffrey Michael Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Emily Leighanne Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- James Michael Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Ann Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mario Huy(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ruby D. Keaton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Mascaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Macaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Elizabeth Melton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffery Graves, Individually and on behalf of Kristen Lynn Melton-Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Cayla Jessica Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherry Pepperman, Individually and on behalf of Chaz Jacob Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

I.  CREATION OF MDL AND FACT SHEET PROCESS

This Multi-District Litigation was created in 2007. On January 30, 2008, the Court issued Pre-Trial Order No. 2 (PTO 2), establishing procedures for various case management issues. PTO 2 introduced the "Plaintiff Fact Sheet" (PFS), as a substitute for initial Interrogatories and Requests for Production of Documents. (Rec. Doc. 87) PTO 2 also established a process for "curing" PFS that were not properly completed. Under PTO 2, when any plaintiff failed to produce or complete a PFS within the timelines established by the order, counsel for the defendant was to send plaintiff's counsel a letter identifying the plaintiff's failure to produce a PFS or the deficiencies in a PFS produced by the plaintiff, and stating dismissal would be sought if the PFS was not timely produced or cured. The plaintiff was then required to submit a cured PFS within 30 days of the notification. On March 18, 2009, the Court amended PTO 2 with Pre-Trial Order No. 32 (PTO 32), which provided new deadlines within which plaintiffs were required to submit PFS to defense counsel. (Rec. Doc. 1180)

II  FACTUAL BASIS

On July 30, 2009, plaintiffs filed a Complaint naming Heartland Recreational Vehicles as a defendant in the matter of *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D.LA 09-6895, SDMS 09-0519*. (Rec. Doc. 2) On October 23, 2009, the case was transferred into the Eastern District of Louisiana. (09-6895 R. Doc. 1) According to PTO 32, plaintiffs were required to produce a PFS within 30 days of filing their lawsuit.

On December 7, 2010 an Order was entered which severed "matched" plaintiffs from original "unmatched" complaints for damages" (R.Doc 4). It appears that this Order was

- Stacy Guillotte, Individually and on behalf of Devin Paige Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Robin Christine Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- John Palmer(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Aaron Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell H. Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell Salleen, Individually and on behalf of Khiley Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Audie L. Scott(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brian Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields, Individually and on behalf of Cameron Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brock Anthony Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Rock Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Christopher M. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Clayton R. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Redden Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Benjamin Henry Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Henry Herbert Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Marina Dolores Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Joyanna Mae Zilucca(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

intended to remove the plaintiffs from this suit into other suits and close the *Andrews* matter.[1]

In an abundance of caution, counsel for Heartland notified plaintiffs' counsel that the aforementioned plaintiffs had failed to produce a PFS and that if they failed to produce a PFS within the applicable deadlines, Heartland would move to dismiss their claims as to case number 09-6895. (Ex. A and B)

A. <u>Plaintiffs who have not provided a PFS</u>

Counsel for Plaintiffs has recently confirmed their consent to this Motion to Dismiss as they have not provided a PFS directed to Heartland with regards to the following plaintiffs:

1. Cheryl Andrews
2. Susan Huy Anglin
3. Susan Anglin on behalf of Taylor Marie Anglin
4. Mary A. Brouillette
5. Abigail Byerley
6. Sherrie & Ronald individually and on behalf of Angelique Byerley
7. Sherrie & Ronald individually and on behalf of Anthony Byerley
8. Ronald Byerley
9. Sherrie Byerley
10. Melissa individually and on behalf of Jessee A. Cancienne
11. Melissa Ann Cancienne
12. Lorraine J. Domingo
13. Jeffrey Michael Graves
14. Stacy Guillotte, Individually and on behalf of Emily Leighanne Guillotte
15. James Michael Guillotte
16. Stacy Ann Guillotte
17. Mario Huy
18. Ruby D. Keaton
19. Louis Mascaro
20. Louis Macaro
21. Elizabeth Melton
22. Jeffery Graves, Individually and on behalf of Kristen Lynn Melton-Graves
23. Cayla Jessica Moreau
24. Sherry Pepperman, Individually and on behalf of Chaz Jacob Moreau
25. Stacy Guillotte, Individually and on behalf of Devin Paige Oliver
26. Stacy Guillotte, Individually and on behalf of Robin Christine Oliver

---

[1] According to the Plaintiff's Motion to Sever, all of the plaintiffs at issue in this Order were severed into a suit also entitled Andrews v. Heartland Recreational Vehicles Case No. 10-3724. A separate Motion to Dismiss will be filed regarding this case. As such, this motion is intended to dismiss any claims against Heartland exerted by these plaintiffs in case No. SDMS 09-519/EDLA 09-6895.

27. John Palmer
28. Aaron Sallean
29. Chantell H. Sallean
30. Chantell Salleen, Individually and on behalf of Khiley Sallean
31. Audie L. Scott
32. Brian Shields
33. Mandy Shields, Individually and on behalf of Cameron Shields
34. Mandy Shields
35. Brock Anthony Tufaro
36. Rock Tufaro
37. Christopher M. Tyler
38. Clayton R. Tyler
39. Redden Tyler
40. Benjamin Henry Vandenborre
41. Henry Herbert Vandenborre
42. Marina Dolores Vandenborre
43. Joyanna Mae Zilucca

B. <u>Plaintiffs who have provided a PFS</u>

On June 30, 2011, attorney for plaintiff forwarded a PFS for Travis David Anglin. (Ex. C) Mr. Anglin failed to respond to various vital information identified by this Court as essential for the purpose of moving this matter toward resolution.[2] Specifically, Mr. Anglin failed to respond to: Treatment for Formaldehyde Related Injury (VII. B), and Vin (V.A.2) as the only Vin Number provided belonged to a Gulfstream trailer Vin Number 1NL1GTR2967066257. On July 1, 2011, counsel for Defendant sent an email to counsel for plaintiff advising that Mr. Anglin failed to provide a Heartland PFS and requested either that Plaintiff dismiss his claims or that plaintiff agree to a dismissal by defendant. Plaintiffs have contacted Defendant and expressed their consent to this Motion to Dismiss.[3]

---

[2] See Pre-Trial Order No. 88, pp. 1-2 (Rec. Doc. 22124, as corrected at Rec. Doc. 22153)
[3] A Pacer search of suits filed by Travis Anglin reveals that he is named in the following suits: 09-6894 (against Gulf Stream Coach), 09-6895 (against Heartland), 09-6899 (against Cavalier), 10-3724 (against Heartland), 10-3843 (against Gulfstream), 10-3946 (against Gulfstream) and 10-3997 (against Cavalier)

III.  LAW AND ARGUMENT

The plaintiffs identified above have failed to comply with PTO 2 and PTO 32, and this Court should dismiss their claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA / RSI-CIGNA*, 975 F.2d 1188, 1190 (5th Cir. 1992); *Colle v. Brazos County, Tex.*, 981 F.2d 237, 242-243 (5th Cir. 1993).

III.  CONCLUSION

For the reasons set forth above, and in accordance with Pre-Trial Orders 2 and 32, and Fed. Rules Civ. Proc. 37(b)(2)VI and 41(b), the unopposed Motion to Dismiss filed by Heartland Recreational Vehicles should be granted, dismissing the following plaintiffs claims, without prejudice as to all defendants save for Heartland.

- Cheryl Andrews (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Huy Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Anglin on behalf of Taylor Marie Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Travis David Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mary A. Brouillette (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Abigail Byerley Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Angelique Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Anthony Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ronald Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Sherrie Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Melissa individually and on behalf of Jessee A. Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Melissa Ann Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Lorraine J. Domingo(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Jeffrey Michael Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Stacy Guillotte, Individually and on behalf of Emily Leighanne Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- James Michael Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Stacy Ann Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Mario Huy(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Ruby D. Keaton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Louis Mascaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Louis Macaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Elizabeth Melton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Jeffery Graves, Individually and on behalf of Kristen Lynn Melton-Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Cayla Jessica Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Sherry Pepperman, Individually and on behalf of Chaz Jacob Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Stacy Guillotte, Individually and on behalf of Devin Paige Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- Stacy Guillotte, Individually and on behalf of Robin Christine Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)
- John Palmer(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519*)

- Aaron Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell H. Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell Salleen, Individually and on behalf of Khiley Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Audie L. Scott(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brian Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields, Individually and on behalf of Cameron Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brock Anthony Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Rock Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Christopher M. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Clayton R. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Redden Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Benjamin Henry Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Henry Herbert Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Marina Dolores Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Joyanna Mae Zilucca(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

The undersigned has forwarded a copy of this motion to Counsel for Plaintiffs who do not oppose this Motion.

Respectfully submitted,
ALLEN & GOOCH

/s/ Lori D. Barker
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 28th day of December, 2011.

/s/ Lori D. Barker
LORI D. BARKER