

**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY 504-271-1961**

April 18, 2011

The Law office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

RE: FEMA Trailer Formaldehyde Product Liability Litigation
    MDL No. 1873      Section "N-5"
    Claim No. JY08J0372449 (Heartland)

Dear Sir:

Pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180), my client Heartland Recreational Vehicles LLC is requesting that you provided a completed, signed Plaintiff Fact Sheet (PFS) within the applicable deadline for your clients listed on the attached "Exhibit A" for case number **EDLA 09-6895, Cheryl Andrews, et al v. Heartland Recreational Vehicles, LLC, et al.**

Otherwise, we will move to dismiss your client's claim as was done by William Scotsman, Inc. in its Motion to Dismiss. (Rec. Doc. 16073)

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/rgd

Cc:  Gerald Meunier, Esq. (via Email)
     Andrew Weinstock, Esq. (via Email)
     David Kurtz, Esq. (via Email)
     Henry Miller, Esq. (via Email)
     Ralph Hubbard III, Esq. (via Email)
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

