

# FAX TRANSMISSION

| | |
|---|---|
| Allen & Gooch<br>A Law Corporation | Date: 6/4/2011<br>Time: 11:26:56 AM |
| One Lake Way<br>3900 N. Causeway Blvd<br>Suite 1450<br>Metairie, LA 70002 | To: Ronnie Penton Law firm<br>From: Delorimier Rachel |
| Main Phone 504.836.5200<br>Main Fax 504.836.5205 | Fax: +1 (985) 735-5579<br>Writer's Direct Fax: 504-836-5265<br>Writer's Direct Phone: 504-836-5264 |

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.

Subject: Andrews final letter EDLA/SDMS / FEMA/Heartland Trailer Class Action

Please see attached correspondence from Mr. Maggio regarding Plaintiff Fact Sheets and PTOs 2 and 32.

Thanks,

Rachel Delorimier
Paralegal to Brent Maggio
Direct Dial 504-836-5264
Direct Fax 504-836-5265
RachelDelorimier@AllenGooch.com





**Allen & Gooch**
A Law Corporation

**VIA FAX ONLY 504-271-1961, 985-735-5579**

June 4, 2011

The Law Office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

The Law Offices of Ronnie G. Penton
209 Hoppen Place,
Bogalusa, LA 70427-3827

RE:  FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No. 1873        Section "N-5"
     Claim No. JY08J0372449 (Heartland)

Dear Sir:

On or about April 18, 211, we sent you letters requesting a completed, signed Plaintiff Fact Sheet (PFS) for each plaintiff named in **EDLA 09-6895, SDMS 09-519 ANDREWS et al. v. Heartland Recreational Vehicles, LLC, et al.** pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180). To date we have not received these documents.

Please be advised that this is our final request. We will file a Motion to Dismiss each plaintiff named in the *Andrews* suit who fails to provide our office with a completed PFS by June 30, 2011.

Your cooperation would be appreciated. Thanks.

Sincerely,

*[signature]*

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)



# FAX TRANSMISSION

| | |
|---|---|
| Allen & Gooch<br>A Law Corporation | Date: 6/4/2011<br>Time: 11:26:35 AM |
| One Lake Way<br>3900 N. Causeway Blvd<br>Suite 1450<br>Metairie, LA 70002 | To: Torres Law Firm<br><br>From: Delorimier Rachel |
| | Fax: +1 (504) 271-1961 |
| Main Phone 504.836.5200<br>Main Fax 504.836.5205 | Writer's Direct Fax: 504-836-5265<br>Writer's Direct Phone: 504-836-5264 |

**CIRCULAR 230 NOTICE:** In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Allen & Gooch immediately by telephone (504-836-5200) and destroy the original message. Messages sent to and from us may be monitored.

Subject: Request for PFS

Please see attached correspondence from Mr. Maggio regarding Plaintiff Fact Sheets and PTOs 2 and 32.

Thanks,

Rachel Delorimier
Paralegal to Brent Maggio
Direct Dial 504-836-5264
Direct Fax 504-836-5265
RachelDelorimier@AllenGooch.com



**Allen & Gooch**
A Law Corporation

<u>**VIA FAX ONLY 504-271-1961, 985-735-5579**</u>

June 4, 2011

The Law Office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

The Law Offices of Ronnie G. Penton
209 Hoppen Place,
Bogalusa, LA 70427-3827

RE:  FEMA Trailer Formaldehyde Product Liability Litigation
     MDL No. 1873     Section "N-5"
     <u>Claim No. JY08J0372449</u> (Heartland)

Dear Sir:

On or about April 18, 211, we sent you letters requesting a completed, signed Plaintiff Fact Sheet (PFS) for each plaintiff named in **EDLA 09-6895, SDMS 09-519 ANDREWS et al. v. Heartland Recreational Vehicles, LLC, et al.** pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180). To date we have not received these documents.

Please be advised that this is our final request. We will file a Motion to Dismiss each plaintiff named in the *Andrews* suit who fails to provide our office with a completed PFS by June 30, 2011.

Your cooperation would be appreciated. Thanks.

Sincerely,

*/s/ BMM*

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

Cc: Gerald Meunier, Esq. (via Email)
    Andrew Weinstock, Esq. (via Email)
    David Kurtz, Esq. (via Email)
    Henry Miller, Esq. (via Email)
    Ralph Hubbard III, Esq. (via Email)
    Charles Leche, Esq. (via Email)