UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Gary McCray, et al v. Pilgrim International, Inc. et al*, 09-5991; | * | |
| *Swanica Nero, et al v. Pilgrim International, Inc., et al*, 09-4730; | * | |
| *Henrietta Barnes et al v. Pilgrim International, Inc., et al*, 09-7101; | * | |
| *Mae Aaron, as Next Friend of Jarell Aaron, A minor, et al v. Pilgrim International, Inc., et al*, 09-7808; | * | |
| *Janice Currie, et al. v. Pilgrim International, Inc., et al*, 09-7909; | * | |
| *Joan Martin et al v. Pilgrim International, Inc., et al*, 10-1253; | * | |
| *Candy Dunnaway, as Next Friend of N.A., a Minor, et al v. Pilgrim International, Inc., et al*, 10-2189; | * | |
| *Kasinda Brumfield, as Next Friend of K.B.,; a Minor, et al v. Pilgrim International, Inc., et al*, 09-10-2248 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Amended Complaints submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on January 25, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted:

/s/ Robert C. Hilliard
_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216

Phone 601-368-9310
Fax 601-368-9958


**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 28th day of December, 2011.

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**