UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER            * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS   * | |
|     LIABILITY LITIGATION         * | SECTION "N" (5) |
| * | JUDGE ENGELHARDT |
| * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:   * | |
| *Gums et al v. Forest River, Inc.*   * | |
| C.A. No. 2:11-CV-0410   * | |
| Plaintiff Eloise Gums, individually, only   * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF ELOISE GUM'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Eloise Gums, individually only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of his dismissal of all claims, made in her individual capacity, that she makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, or any claims that Eloise Gums, in an individual or representative capacity, in any other complaints in this MDL.

          Respectfully submitted:

          By: */s/ Peter K. Taaffe*
              Anthony G. Buzbee
              Texas Bar No. 24001820
              Peter K. Taaffe
              Texas Bar No. 24003029
              THE BUZBEE LAW FIRM
              600 Travis, Suite 7300
              Houston, Texas 77002
              Tel.:  (713) 223-5393
              Fax:  (713) 223-59009

JOHN MUNOZ (#9830)
GARNER & MUNOZ
1010 Common Street, Suite 3000
New Orleans, LA 70112-2411
Tel: (504) 581-7070
Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28th, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Peter K. Taaffe*
Peter K. Taaffe