**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Davis, et al v. Keystone RV Co., et al, 09-4947*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL
## OF WOODROW STEVENSON AND GAIL DAVIS

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above-caterpillar matter who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal without prejudice of claims asserted against Keystone RV Company, Fluor Enterprises, Inc., and the United States of America. These plaintiffs' claims are duplicative of claims asserted in *Serpas, et al, v. Keystone RV Co.*, et al, 09-8696.

This dismissal in no way affects the claims of the remaining Plaintiff in the above-captioned matter.

                    Respectfully submitted:

                    **FORMALDEHYDE TRAILER FORMALDEHYDE**
                    **PRODUCT LIABILITY LITIGATION**

          BY:    */s/Justin I. Woods*
                    GERALD E. MEUNIER, #9471
                    JUSTIN I. WOODS, #24713
                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                    Gainsburgh, Benjamin, David, Meunier &
                    Warshauer, L.L.C.
                    2800 Energy Centre, 1100 Poydras Street
                    New Orleans, Louisiana 70163
                    Telephone:    504/522-2304

Facsimile:      504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ROBERT M. BECNEL #14072
RAUL BENCOMO, #2932
ANTHONY BUZBEE, Texas #24001820
FRANK D'AMICO, JR., #17519
ROBERT C. HILLIARD, Texas #09677700
MATT MORELAND, #24567
DENNIS C. REICH Texas #16739600
MIKAL C. WATTS, Texas #20981820


## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing

document and the notice of electronic filing by first-class mail to all counsel of record who are

non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713

2