UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to:<br>   *Elica Allen v. R-Vision, Inc.*<br>   No. 10-2201<br>   Plaintiffs:<br>   *Don Wilson*<br>   *Don Wilson obo D.W.*<br>   *Elica Allen obo I.A.* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N, 5<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LIBERTY MUTUAL'S REPLY IN SUPPORT OF MOTION
TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDER NOS. 2 AND 32 (REC. DOC. 23824)**

**NOW INTO COURT**, through undersigned counsel comes defendant, Liberty Mutual Insurance Company ("Liberty Mutual"), with this Reply in support of Liberty Mutual's Motion to Dismiss (Rec. Doc. 23825) and in response to Plaintiff's Opposition (Rec. Doc. 23948). Liberty Mutual is entitled to an Order dismissing the claims of the following plaintiffs:

1. Don Wilson
2. Don Wilson obo D.W.
3. Elica Allen obo I.A.

with prejudice, for failure to comply with the terms of the Court's Pre-Trial Order Nos. 2 and 32 relating to the provision of Plaintiff Fact Sheets.

<u>**LAW AND ARGUMENT**</u>

Counsel for Plaintiffs has filed an Opposition stating that each of the *Allen* Plaintiffs previously submitted a PFS to manufacturer liaison counsel. However, undersigned counsel did

1

not receive the PFSs prior to filing of Liberty Mutual's Motion to Dismiss. On review of the PFSs, the *Allen* Plaintiffs still have not provided completed, signed PFSs in a timely manner as required by the Court's pretrial orders. Accordingly, the *Allen* Plaintiffs' claims are due to be dismissed <u>with prejudice.</u>

1. <u>Don K. Wilson a.k.a. Don Wilson, Sr.</u>

In opposition to Liberty Mutual's Motion, Plaintiffs have filed PFSs which they claim were submitted to defense liaison counsel in November 2009.

However, the signed certification for Don K. Wilson a.k.a. Don K. Wilson, Sr., is dated March 11, 2010, after the PFS was submitted to manufacturer liaison counsel and after the deadline set by the Court for submittal of PFSs under PTO No. 32. The signed certification for Elica Allen obo I.A. is undated.

In addition, the PFS submitted for Don K. Wilson a.k.a. Don Wilson, Sr. was also deficient in the following key datafields:

|   | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☐ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |

#1093008

| | | |
|---|---|---|
| ☒ | Move In Date- none for the R-Vision trailer | V.A.6. |
| ☒ | Move Out Date- none for the R-Vision trailer | V.A.7. |
| ☒ | Installation Address (physical location)- none for the R-Vision trailer | V.A.8. |
| ☒ | Number of hours spent in the trailer each day- not provided for the R-Vision trailer | V.13. |
| ☐ | Names of all trailer residents (residing) | V.E. |
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☐ | Prior Medical History | VI(F)(1-4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

(See 23948-1, Plaintiff Fact Sheet and 23825-4, Amendment.)

Several responses above are incomplete. For example in response to Item III.C.8, plaintiff responded that he is claiming mental and/or emotional damages but does not complete the treatment and diagnosis information. Plaintiff also failed to fill in the diagnosis information in Item VII.B. Further, this plaintiff has identified two trailers, a Forest River trailer and an R-Vision trailer, but only provided move-in and move-out date, installation address, number of hours spent in the trailer each day for the Forest River trailer.

The responses for other key datafields simply cite a lack of knowledge. Don K. Wilson a.k.a Don Wilson Sr.'s response to Item III.C.2 is simply boilerplate and asserts a lack of knowledge. And in the checklist in Item III.C., this plaintiff failed to indicate whether each listed condition was suffered prior to living in the trailer or was worsened by the trailer. The foregoing facts are clear evidence of delay or contumacious conduct, and these deficiencies have not been corrected. Dismissal with prejudice is appropriate sanction in the interest of justice.

2. <u>Don K. Wilson obo D.W.</u>

The certification for Don K. Wilson obo D.W. is unsigned and undated. In addition, the PFSs submitted for Don K. Wilson obo D.W. was also deficient in the following key datafields:

#1093008

| | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☒ | Psychological Treatment | III.C.8. |
| ☒ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☒ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☒ | Move In Date- none for the R-Vision trailer | V.A.6. |
| ☒ | Move Out Date- none for the R-Vision trailer | V.A.7. |
| ☒ | Installation Address (physical location)- none for the R-Vision trailer | V.A.8. |
| ☒ | Number of hours spent in the trailer each day- not provided for the R-Vision trailer | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☒ | Prior Medical History | VI(F)(1-4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

(See 23948-2, Plaintiff Fact Sheet and 23825-6, Amendment.)

Several responses above are incomplete. The response to Item III.C.2 is simply boilerplate and asserts a lack of knowledge. And in the checklist in Item III.C., this plaintiff failed to indicate whether each listed condition was suffered prior to living in the trailer or was worsened by the trailer. Plaintiff also failed to fill in the diagnosis information in Item VII.B. Further, this plaintiff has identified two trailers, a Forest River trailer and an R-Vision trailer, but

#1093008

only provided move-in and move-out date, installation address, number of hours spent in the trailer each day for the Forest River trailer.

3. <u>Elica Allen obo I.A.</u>

The certification for Elica Allen obo I.A. is undated, making it impossible to know if the PFS was timely submitted. In addition, the PFSs submitted for Elica Allen obo I.A. is also deficient in the following key datafields:

|  | INFORMATION/DATA | PFS SECTION |
|---|---|---|
| ☐ | Plaintiff's Name | II.A |
| ☐ | Attorney | III.B. |
| ☐ | Future Medical Claim | III.C.2. |
| ☐ | Checklist | III.C. |
| ☐ | Diagnosed Illness | III.C.3. (Second question below the chart) |
| ☐ | Psychological Treatment | III.C.8. |
| ☐ | Only if you are requesting reimbursement of medical expenses | III.C.9. |
| ☐ | Date of Birth | IV.C. |
| ☐ | Only if you are making a wage claim | IV.F.3 |
| ☐ | Manufacturer | V.A.1. |
| ☐ | Vin # | V.A.2. |
| ☐ | FEMA I.D. # | V.A.3. |
| ☐ | Bar Code | V.A.4. |
| ☒ | Move In Date- none for the R-Vision trailer | V.A.6. |
| ☒ | Move Out Date- none for the R-Vision trailer | V.A.7. |
| ☒ | Installation Address (physical location)- none for the R-Vision trailer | V.A.8. |
| ☒ | Number of hours spent in the trailer each day- not provided for the R-Vision trailer | V.13. |
| ☒ | Names of all trailer residents (residing) | V.E. |
| ☐ | Plaintiff's Smoking History | VI.C. |
| ☒ | Smoking History of Other Trailer Resident(s) | VI.D. |
| ☐ | Prior Medical History | VI(F)(1-4) |
| ☒ | Treatment for Formaldehyde Related Injury | VII.B. |
| ☐ | Produce Records | VIII (A-D) |

5

#1093008

(See 23948-3, Plaintiff Fact Sheet and 23825-8, Amendment.)

Several responses above are incomplete. Plaintiff also failed to fill in the diagnosis information in Item VII.B. Further, this plaintiff has identified two trailers, a Forest River trailer and an R-Vision trailer, but only provided move-in and move-out date, installation address, number of hours spent in the trailer each day for the Forest River trailer. In addition, this plaintiff has not identified any other trailer residents in Item V.E.

## CONCLUSION

For the reasons set forth above and in Liberty Mutual's Motion to Dismiss, the *Allen* Plaintiffs named herein have not submitted a completed, signed PFS as directed by PTO Nos. 2 and 32. Therefore, Liberty Mutual's Motion to Dismiss should be granted, dismissing the claims of the aforementioned plaintiffs, with prejudice.

Respectfully submitted,

/s/ **Kristopher M. Redmann**
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

6

#1093008

s/Kristopher M. Redmann

Kristopher M. Redmann, La. Bar No. 18397

#1093008