UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Pohlmann, et al, v. Dutchmen Manufacturing, Inc., et al*
*Civil Action No. 09-8660*
**************************************************************************

## MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY TO DUCTHMEN'S OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter who respectfully move this Honorable Court for leave to file their memorandum in reply to Dutchmen's opposition to motion for leave to amend their Complaint for Damages in the underlying action.

WHEREFORE, Plaintiff's pray that this Honorable Court grant them Motion for Leave to File their Memorandum in Reply to Dutchmen's Opposition.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA  70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)