UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Pohlmann, et al., v. Dutchmen Manufacturing Inc., et al.*
*Civil Action No. 09-8660*
**************************************************************************

## ORDER

Considering the foregoing motion;

IT IS ORDERED that Plaintiff's foregoing Motion for Leave to File Memorandum in Reply to Dutchmen's Opposition to motion for Leave to Amend Complaint is hereby GRANTED.

DATED this _____ day of _____, 201__, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE