# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (5)** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Civil Case No. 09-8681* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certify that opposing counsel of record for Thor California, Inc., have been contacted and they intend to oppose the filing of Plaintiffs' Motion for Leave to File Amended Complaint as it applies to adding an already named plaintiff from an improperly named manufacturer suit which has now been matched to Dutchmen Manufacturing, Inc.

Liaison counsel for the manufacturers and contractors, as well as, counsel for Shaw Environmental, Inc., CH2M Hill Constructors, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency have also been contacted and have not responded to date; therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File Amended Complaints.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)
Bruno & Bruno, LLP
855 Baronne St.
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (#3604)