UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | MAG. JUDGE CHASEZ |
| CASES IDENTIFIED IN EXHIBIT "1" ATTACHED HERETO | | |

## UNOPPOSED MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL OF RECORD UNDER LR 83.2.11

Now comes defendant, MLU Services, Inc., (MLU), and respectfully moves this Honorable Court for an order permitting Colin D. Stoner and the Stoner Law Firm, LLC and Lara E. White and the Law Firm of Adams & Reese, LLP to withdraw as its counsel of record and to substitute in their stead, Stephen R. Barry and Kathleen C. Marksbury and the law firm of Barry & Company, L.L.C. as counsel of record.

In accordance with Local Rule 83.2.11 of this Court, the undersigned attorneys certify that there is no opposition to this motion and that the client has fully consented to the change in representation. MLU is being provided with copies of these pleadings as they are filed.

In addition, the undersigned hereby request Colin D. Stoner and the Stoner Law Firm, LLC and Lare E. White and the law firm of Adams & Reese be removed from the record of these proceedings, including the email service lists for e-filing and that hereafter copies of all pleadings, notices, orders to be filed and so forth be served on Stephen R. Barry and Kathleen C. Marksbury whose full style is indicated below.

A proposed Order allowing the withdrawal and submission of counsel is filed herewith,

and the undersigned hereby respectfully move the granting of such order as expeditiously as possible.

        Respectfully submitted,

**ADAMS AND REEESE, LLP**

/s/Lara White
LARA E. WHITE (#23366)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504)585-3234
Facsimile: (504) 566-0210
Lara.White@arlaw.com

And

THE STONER LAW FIRM
COLIN D. STONER (pro hac vice)
(Missouri Bar # 51202; Kansas Bar #20518)
601 Walnut Street, Suite 200A
Kansas City, Missouri 64106
(816) 283-3535 Phone
(816) 283-3539 Fax
colin@stoner.org

**BARRY & COMPANY, LLC**

/s/ Stephen R. Barry
STEPHEN R. BARRY (#21465)
*A Professional Law Corporation*
KATHLEEN C. MARKSBURY (#1902)
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 525-5553
Facsimile: (504) 525-1909
sbarry@barrylawco.com
kmarksbury@lawco.com

**Attorneys for MLU Services, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of Court and is available for viewing and downloading from the CM/ECT system. Notice of Electronic Case Filing has been sent automatically to all counsel on the electronic service list on this 29th December, 2011,

/s/ *Stephen R. Barry*