## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Mary Martinez, et al v. Thor Industries, Inc., et al,* | * | |
| 09-7099; | * | |
| *Britney Bogan et al v. Thor Industries, Inc., et al,* | * | |
| 09-7812; | * | |
| *Ella Mcgee, as Next Friend of J.J., a Minor, et al* | * | |
| *v. Thor Industries, Inc., et al,* | * | |
| 09-7830; | * | |
| *Susan Pittman, as Next Friend of J.F., a Minor,* | * | |
| *et al v. Thor Industries, Inc. et al,* | * | |
| 10-1294; | * | |
| *Bertha Coleman, et al v. Thor Industries, Inc. et al,* | * | |
| 10-2275 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for leave to amend the complaints in the above-referenced actions to substitute a party as Plaintiffs have been informed that Thor Industries, Inc. who has been named in these lawsuits, is the parent company of Thor California, Inc. Plaintiffs' counsel has been informed by counsel for Thor Industries, Inc. and Thor California, Inc. that Thor California, Inc. manufactured travel trailers and that Thor Industries, Inc. did not manufacture travel trailers. Plaintiffs seek to substitute in Thor California, Inc. as a defendant for defendant Thor Industries, Inc. in the above referenced actions. In support of the same Plaintiffs would refer you to the Memorandum filed in support of the same.

Respectfully submitted:

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958


**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of December, 2011.

                                /s/ Robert C. Hilliard
                                _____
                                **ROBERT C. HILLIARD**