UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Mary Martinez, et al v. Thor Industries, Inc., et al*, | * | |
| 09-7099; | * | |
| *Britney Bogan et al v. Thor Industries, Inc., et al*, | * | |
| 09-7812; | * | |
| *Ella Mcgee, as Next Friend of J.J., a Minor, et al* | * | |
| *v. Thor Industries, Inc., et al*, | * | |
| 09-7830; | * | |
| *Susan Pittman, as Next Friend of J.F., a Minor,* | * | |
| *et al v. Thor Industries, Inc. et al*, | * | |
| 10-1294; | * | |
| *Bertha Coleman, et al v. Thor Industries, Inc. et al*, | * | |
| 10-2275 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR
MOTION FILE FOR LEAVE TO FILE AMENDED COMPLAINTS**

MAY IT PLEASE THE COURT:

Plaintiffs request leave to amend the complaints in the above-referenced cases to properly name the entity that manufactured the travel trailers at issue. Plaintiffs in the above referenced actions have previously sued Thor Industries, Inc. Plaintiffs' counsel has subsequently been informed that Thor Industries, Inc. is the parent company of Thor California, Inc. and that Thor California, Inc. manufactured travel trailers and that Thor Industries, Inc. did not manufacture travel trailers. Plaintiffs seek to substitute Thor California, Inc. for Thor Industries, Inc. in the above referenced actions.

Unless the opposing party can show prejudice, bad faith, or undue delay, the Court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); *Foman*, 371 U.S. at 182. In the case of the above-referenced MDL Plaintiffs, justice requires leave to file their amended complaints to name the proper party. Leave to amend Plaintiffs' complaints should therefore be granted. *See Id.*  Further in this regard, Plaintiff would note that Thor Industries, Inc. Industries, Inc. and Thor California, Inc. are represented by the same counsel, Jones Walker.  Defendant Thor California, Inc. would not be prejudiced by this substitution as they were aware of this misnomer from the beginning.  Any amendment would relate back to the original complaints filed.

> As the Court has noted in a noted in this litigation,
>
> In a litigation as large and complex as this, mistakes are bound to occur.  It is important here that the length of delay and its potential impact on the judicial proceedings are very slight.  Moreover prejudice to the defendants is negligible. [Rec. Doc. 23966, p. 12.]

In the case at bar, there was a mistake in naming the proper party that manufactured travel trailers.  As the Court has stated previously, in a litigation as large as this, such mistakes are bound to occur, especially where there are related entities with similar sounding names.  Moreover, the potential impact on the judicial proceedings is very slight, especially since the same counsel represents both Thor Industries, Inc. and Thor California, Inc. and it was their counsel  who brought this matter to the attention of Plaintiffs' counsel.  For all these reasons, this substitution should be allowed and the amendments should relate back to the time of the original filings.

The proposed Amended Complaints substitute Thor California, Inc. for Thor Industries, Inc. are attached hereto as Exhibits A (*Mary Martinez et al*), B (*Britney Bogan et al*), C (*Ella McGee et al*), D (*Susan Pittman et al*), and E (*Bertha Coleman et al*).

Plaintiffs' counsel attempted obtain consent from opposing counsel prior to filing this Motion, and consent was not given.

For all of the above reasons, Plaintiffs respectfully request this Court grant their Motion for Leave to File Amended Complaints and that said amendments relate back to the time of the original pleadings.

Respectfully submitted:

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and

3

        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of December, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**