UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Susan Pittman as Next Friend of Juliet Flanagan,* | * | |
| *a Minor, et al v. Thor Industries, Inc. et al,* | * | |
| Cause No. 10-1294 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' SECOND AMENDED
COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their original and Amended Complaint for Damages to substitute Thor California, Inc. for Thor Industries, Inc.

Plaintiffs, through undersigned counsel, supplement and amend their original and Amended Complaint for Damages in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein:

1.

By substituting in Thor California, Inc. as a defendant for any and all references to defendant Thor Industries, Inc. including but not limited to all references to Thor Industries, Inc. in Exhibit A.

2.

By amending Exhibit B to include the following:

Thor California, Inc.
CT Corporation
818 West Seventh Street



Los Angeles, CA 90017

>Respectfully submitted,

>/s/ Robert C. Hilliard

>_____

>**ROBERT C. HILLIARD**
>Texas State Bar No. 09677700
>ROBERT C. HILLIARD, L.L.P.
>719 S. Shoreline Boulevard, Suite 500
>Corpus Christi, Texas 78401
>Telephone: (361) 882-1612
>Facsimile: (361) 882-3015

>**MIKAL C. WATTS**
>Texas State Bar No. 20981820
>MIKAL C. WATTS, P.C.
>2506 N. Port Ave.
>Corpus Christi, Texas 78401
>Telephone: (800) 994-0019
>Facsimile: (361) 882-1261

>**RICHARD P. IEYOUB**
>Louisiana State Bar and
>Eastern District of Louisiana Federal ID No. 2217
>CARLETON DUNLAP OLINDE & MOORE, LLC
>One American Place, Suite 900
>Baton Rouge, LA 70825
>Phone 225-282-0600
>Fax 225-282-0650

>**DANIEL D. WARE**
>Mississippi State Bar and
>Southern District of Mississippi Federal ID No. 10847
>**CARROLL LOUIS CLIFFORD IV**
>Mississippi State Bar and
>Southern District of Mississippi Federal ID No. 99545
>WARE CLIFFORD LAW FIRM PLLC
>2625 Ridgewood Rd., Ste 100
>Jackson, MS 39216
>Phone 601-368-9310
>Fax 601-368-9958

>**ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of December, 2011.

      /s/ Robert C. Hilliard
      _____
      **ROBERT C. HILLIARD**

**PLEASE SERVE:**

Thor California, Inc.
CT Corporation
818 West Seventh Street
Los Angeles, CA 90017