UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873 SECTION "N" (5) JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Mary Martinez, et al v. Thor Industries, Inc., et al*, 09-7099; *Britney Bogan et al v. Thor Industries, Inc., et al*, 09-7812; *Ella Mcgee, as Next Friend of J.J., a Minor, et al v. Thor Industries, Inc., et al*, 09-7830; *Susan Pittman, as Next Friend of J.F., a Minor, et al v. Thor Industries, Inc. et al*, 10-1294 ; *Bertha Coleman, et al v. Thor Industries, Inc. et al*, 10-2275 | * * * * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion for Leave to File Amended Complaints will be submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on January 25, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted:

/s/ Robert C. Hilliard

_____

**ROBERT C. HILLIARD**
Texas State Bar No. 09677700
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **RICHARD P. IEYOUB**
        Louisiana State Bar and
        Eastern District of Louisiana Federal ID No. 2217
        CARLETON DUNLAP OLINDE & MOORE, LLC
        One American Place, Suite 900
        Baton Rouge, LA 70825
        Phone 225-282-0600
        Fax 225-282-0650

        **DANIEL D. WARE**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 10847
        **CARROLL LOUIS CLIFFORD IV**
        Mississippi State Bar and
        Southern District of Mississippi Federal ID No. 99545
        WARE CLIFFORD LAW FIRM PLLC
        2625 Ridgewood Rd., Ste 100
        Jackson, MS 39216
        Phone 601-368-9310
        Fax 601-368-9958

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of December, 2011.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**