UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 <br> SECTION "N-5" <br> JUDGE ENGELHARDT <br> MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *ALL CASES* | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Joint Unopposed Motion to Amend/Substitute Document is hereby GRANTED. Further, the list of cases attached as "Exhibit 1" shall be substituted for the original exhibit (Rec. Doc. 20481-8).

New Orleans, Louisiana this 27th day of December, 2011.

_____
HONORABLE KURT D. ENGELHARDT