# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*James H. Aldridge, et al., v. Gulfstream Coach, Inc., et al., 07-9228*
*Annie Mae Anderson, et al., v. Keystone Industries, Inc., et al., 09-2930*
*Blanca Alvarado, et al., v. Keystone Industries, Inc., et al., 09-4105*
*Anthony Graffeo, et al., v. Keystone Industries, Inc., et al., 09-4109*
*Frank R. Airhart, et al., v. The United States of America, et al., 09-5477*
*Joseph Boines, et al., v. Keystone Industries, Inc., et al., 09-8439*
*Bruce Thomas, et al., v. Keystone Industries, Inc., et al., 09-8440*
*Bessie Barnett, et al., v. Keystone Industries, Inc., et al., 09-8441*
*Randolph Holmes, et al., v. Keystone Industries, Inc., et al., 09-8442*
*Jules Ambrose, et al., v. Keystone Industries, Inc., et al., 09-8443*
*Rahneisha Bartholomew, et al.,  v. Keystone Industries, Inc., et al., 10-0442*
*George Holmes, et al., v. Keystone Industries, Inc., et al., 10-0443*
*Gerald Evans, et al., v. Keystone Industries, Inc., et al., 10-2480*
*Tyrone O. Young, et al., v. Keystone Industries, Inc., et al., 10-2524*
*Reed Deroche, et al., v. Keystone Industries, Inc., et al., 10-2561*
*Delores Fountain, et al., v. Keystone Industries, Inc., et al., 10-2588*
*Burnell Williams, et al., v. Keystone Industries, Inc., et al., 10-3598*
*Kim Brickley, et al., v. Keystone Industries, Inc., et al., 10-3606*
*Romalice Taylor, et al., v. Keystone Industries, Inc., et al., 10-3630*
**************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO
## AMEND COMPLAINT AND SUBSTITUTE A PARTY

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully submits to this Honorable Court this for leave to amend their complaints to reflect

the proper Defendant manufacturer.  Plaintiffs originally sued Keystone Industries, Inc., instead of the proper named Keystone defendant, Keystone RV, Company.

The undersigned has conferred with counsel for defendants and this motion is opposed.

WHEREFORE, Plaintiffs pray that this Court grant leave to file the attached proposed amending complaints substituting Keystone RV, Company for Keystone Industries, Inc.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)