## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*James H. Aldridge, et al., v. Gulfstream Coach, Inc., et al., 07-9228*
*Annie Mae Anderson, et al., v. Keystone Industries, Inc., et al., 09-2930*
*Blanca Alvarado, et al., v. Keystone Industries, Inc., et al., 09-4105*
*Anthony Graffeo, et al., v. Keystone Industries, Inc., et al., 09-4109*
*Frank R. Airhart, et al., v. The United States of America, et al., 09-5477*
*Joseph Boines, et al., v. Keystone Industries, Inc., et al., 09-8439*
*Bruce Thomas, et al., v. Keystone Industries, Inc., et al., 09-8440*
*Bessie Barnett, et al., v. Keystone Industries, Inc., et al., 09-8441*
*Randolph Holmes, et al., v. Keystone Industries, Inc., et al., 09-8442*
*Jules Ambrose, et al., v. Keystone Industries, Inc., et al., 09-8443*
*Rahneisha Bartholomew, et al., v. Keystone Industries, Inc., et al., 10-0442*
*George Holmes, et al., v. Keystone Industries, Inc., et al., 10-0443*
*Gerald Evans, et al., v. Keystone Industries, Inc., et al., 10-2480*
*Tyrone O. Young, et al., v. Keystone Industries, Inc., et al., 10-2524*
*Reed Deroche, et al., v. Keystone Industries, Inc., et al., 10-2561*
*Delores Fountain, et al., v. Keystone Industries, Inc., et al., 10-2588*
*Burnell Williams, et al., v. Keystone Industries, Inc., et al., 10-3598*
*Kim Brickley, et al., v. Keystone Industries, Inc., et al., 10-3606*
*Romalice Taylor, et al., v. Keystone Industries, Inc., et al., 10-3630*

**************************************************************************

## **ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Complaint and Substitute a Party is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT