## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*James H. Aldridge, et al., v. Gulfstream Coach, Inc., et al., 07-9228*
*Annie Mae Anderson, et al., v. Keystone Industries, Inc., et al., 09-2930*
*Blanca Alvarado, et al., v. Keystone Industries, Inc., et al., 09-4105*
*Anthony Graffeo, et al., v. Keystone Industries, Inc., et al., 09-4109*
*Frank R. Airhart, et al., v. The United States of America, et al., 09-5477*
*Joseph Boines, et al., v. Keystone Industries, Inc., et al., 09-8439*
*Bruce Thomas, et al., v. Keystone Industries, Inc., et al., 09-8440*
*Bessie Barnett, et al., v. Keystone Industries, Inc., et al., 09-8441*
*Randolph Holmes, et al., v. Keystone Industries, Inc., et al., 09-8442*
*Jules Ambrose, et al., v. Keystone Industries, Inc., et al., 09-8443*
*Rahneisha Bartholomew, et al., v. Keystone Industries, Inc., et al., 10-0442*
*George Holmes, et al., v. Keystone Industries, Inc., et al., 10-0443*
*Gerald Evans, et al., v. Keystone Industries, Inc., et al., 10-2480*
*Tyrone O. Young, et al., v. Keystone Industries, Inc., et al., 10-2524*
*Reed Deroche, et al., v. Keystone Industries, Inc., et al., 10-2561*
*Delores Fountain, et al., v. Keystone Industries, Inc., et al., 10-2588*
*Burnell Williams, et al., v. Keystone Industries, Inc., et al., 10-3598*
*Kim Brickley, et al., v. Keystone Industries, Inc., et al., 10-3606*
*Romalice Taylor, et al., v. Keystone Industries, Inc., et al., 10-3630*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF SUBMISSION</u>

TO: ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)