# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | **MDL No. 1873** |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | **JUDGE ENGELHARDT** |
| | * | |
| | * | **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT RELATED TO:** | * | |

*Delores Fountain, et al., v. Keystone Industries, Inc., et al.*
*Civil Action No. 10-2588*

**************************************************************************

## SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully supplements and amends the Complaint for Damages to substitute Keystone RV Company, for Keystone Industries, Inc. Plaintiffs, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by Keystone RV Company (hereinafter "Keystone RV") and not Keystone Industries, Inc., (hereinafter "Keystone").

Plaintiffs, through undersigned counsel, supplement and amend the Original Complaint for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein:

1.

1.  By amending section I.3 to reflect the substitution of Keystone RV for Keystone:

"3.     Defendant Keystone RV Company, (hereinafter "Keystone RV"), is upon information and belief a limited liability corporation incorporated in the State of Indiana which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2.  By replacing all other references to Keystone Industries, Inc., with Keystone RV Company throughout the remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the substitution of Keystone RV for Keystone, and that Keystone RV Company, Shaw Environmental, and FEMA be served with a copy of this First Amended Complaint and the Original Complaint.  Further, Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**<u>PLEASE SERVE:</u>**

Keystone RV Company
Through its Registered Agent
David G. Thomas
2642 Hackberry Dr.
Goshen, IN  46526