| Plaintiff Name |
|---|
| Alex Magee (205267) |
| Monique Magee (205272) |
| Loretha Townsend (205469) |
| Richard Suttlett (213748) |
| Lucille Suttleff (213749) |
| Candice McCray (215785) |
| Lovell McCray (215786) |
| Lester Vaultz (216057) |
| Bruce Owens (216792) |
| Kenya Galloway (220147) |
| Kevin Maynard (220301) |
| Robbie Maynard (220302) |
| Chris Schultz (220425) |
| Kelly Casnave (222685) |
| Corey LaBostrie (222841) |
| Brenda Smith (223024) |
| Donald Smith (223026) |
| Shanna Coleman (223599) |
| Darrell Jenkins (214305) |
| Patrice Jenkins (214418) |
| Darin Callen (223561) |
| Rose Callen (223562) |
| Bruce Owens, Sr., as Next Friend of E.H, a minor (216548) |
| Bruce Owens, Sr., as Next Friend of J.H, a minor (216547) |
| Patrice Jenkins, as Next Friend of O.J, a minor (214417) |
| Kelly Casnave, as Next Friend of A.L, a minor (222839) |
| Kelly Casnave, as Next Friend of A.L, a minor (222840) |
| Kelly Casnave, as Next Friend of D.L, a minor (222842) |
| Shanna Coleman, as Next Friend of A.M, a minor (223969) |
| Shanna Coleman, as Next Friend of A.M, a minor (223970) |
| Shanna Coleman, as Next Friend of R.M, a minor (223971) |
| Kassaundra Coleman, as Next Friend of D.N, a minor (212260) |
| Bruce Owens (216793) |
| Janice Petetant (222964) |
| Tommy Petetant (222967) |
| Natalie Ross (213533) |
| Rose Callen, as Next Friend of D.R, a minor (224115) |
| Shanna Coleman, as Next Friend of L.V, a minor (224205) |
| Tammy Miller (231725) |
| Alan Pittman (214938) |
| Susan Pittman (214940) |
| Susan Pittman, as Next Friend of C.P, a minor (214939) |
| Susan Pittman, as Next Friend of T.P, a minor (214941) |

EXHIBIT "1"