| Plaintiff Name |
|---|
| Terri Davis (202107) |
| Dale Griffin (207013) |

**EXHIBIT "2"**