| Plaintiff Name |
| --- |
| Bernice Chissell (215515) |
| Japheth Chissell (215516) |
| Quang Le (214254) |
| Frederick Fields (209785) |

EXHIBIT "3"