| Plaintiff Name |
| --- |
| Hilda Smith (216933) |
| Ceasar Smith (216937) |
| Warren Smith (216938) |
| Trinette Smith (216939) |
| Warnika Smith (216940) |
| Ella Mcgee, as Next Friend of E.E, a minor (201900) |
| Arnold Taylor (213346) |
| Hop Dao (239827) |
| Marlene Dao (239036) |
| Minh Dao (239060) |
| Terry Dao (239066) |
| Thai Dao (239779) |
| Thinh Dao (239825) |
| Tim Dao (239829) |
| Tony Dao (239065) |
| Tuan Dao (239830) |
| Thach Duong (239061) |
| Leonard Hursey (239275) |
| Angelique Sampson (239488) |
| Samantha Sampson (239486) |
| Jeanne Voss (239497) |
| Karon Hursey (239226) |

