| Plaintiff Name |
| --- |
| Kassaundra Coleman, as Next Friend of K.C, a minor (211736) |
| Kassaundra Coleman (211737) |
| Kassaundra Coleman, as Next Friend of A.N, a minor (212262) |
| Kassaundra Coleman, as Next Friend of N.N, a minor (212261) |

EXHIBIT "5"