| Plaintiff Name |
|---|
| Jordan Jackson (201589) |
| Tashell Jones, as Next Friend of E.J, a minor (201334) |
| Tashell Jones, as Next Friend of J.J, a minor (201338) |
| Tashell Jones, as Next Friend of L.J, a minor (201344) |
| Tashell Jones (201352) |
| Ella McGee (200991) |
| Brandon Taylor (200309) |
| Adera Weber (202475) |
| Ella Mcgee, as Next Friend of A.W, a minor (202476) |
| Natalie Ross, as Next Friend of N.C, a minor (213534) |
| Jamie Andrews (216164) |
| Tyrell Petetant (222968) |
| Craig Thibodeaux (239793) |
| Tamara Fobb (240217) |
| Tamara Fobb, as Next Friend of T.A, a minor (240218) |
| Rosemary Cannon (240240) |
| Terrence Anderson (240316) |
| Marcus Adams (241957) |
| Aisha Adams (241958) |
| Marcus Adams, as Next Friend of A.A, a minor (241968) |
| Marcus Adams, as Next Friend of M.A, a minor (241969) |
| Marcus Adams, as Next Friend of L.A, a minor (241970) |
| Marcus Adams, as Next Friend of J.A, a minor (241971) |
| Marcus Adams, as Next Friend of J.A, a minor (241973) |
| Sylvia Galleguillos (242852) |
| Joan Wood (243672) |
| Troy Sanders (243827) |

EXHIBIT "6"

| |
|---|
| Patty Richard (244393) |
| Leven Harmon (244560) |
| Bephanie Mitchell (244615) |
| Torrin White (244652) |
| Janet Karey (244700) |
| Cleveland Jones (244907) |
| Anastasia Bellow Jones, as Next Friend of A.B, a minor (24490... |
| Woodrow Karey (245068) |
| Mable Jack (245036) |
| Leonard Kately (245260) |
| Charmer Brown (245374) |
| Brandon Karey (245373) |
| Timothy Dangerfield (245486) |
| Joseph Gilbert (245474) |
| Jocelyn Willliams (245470) |
| Rose Gilbert (245681) |
| Robert Freeman (245698) |
| Anastasia Bellow Jones (245548) |
| Albert Vincent (245539) |
| Marty Daigle (245819) |
| Jamie Daigle (245818) |
| Katherine Freeman (245857) |
| TyRell Harmon (245856) |
| Faye Vincent (245829) |
| Sandra Weatheral (245808) |
| Christopher Weatherall (245908) |
| Joseph Gilbert (246135) |
| Dell Peters (246075) |
| Gloria Thomas (246087) |

| |
|---|
| Vernell Henderson (246086) |
| Maranda Busby, as Next Friend of T.B, a minor (246220) |
| Maranda Busby (246219) |
| Greg Declouiet (246304) |
| Willie Patin (246331) |
| Amanda Atwell (246284) |
| Judy Atwell (246282) |
| Mark Atwell (246281) |
| Sherry DeBarge (246561) |
| Tiffany Gilbert, as Next Friend of D.G, a minor (246722) |
| Tiffany Gilbert (246723) |
| Richard Vital (246910) |
| Ashley Gilbert (246945) |
| Michael Ashworth (247014) |
| Stacy Ashworth, as Next Friend of A.H, a minor (247015) |
| Patricia Wilson (247016) |
| Darryl Helton (247017) |
| Ashley Helton (247087) |
| Stacy Ashworth (247088) |
| Brett Jack (247269) |
| Carolyn Miller, as Next Friend of S.H, a minor (247328) |
| Carolyn Miller (247329) |
| John August (247633) |
| Carl Washington (247634) |
| Nelson Charles (247685) |
| Phil Richard (247702) |
| Ebony Richard (247716) |
| Nelson Charles, as Next Friend of M.C, a minor (247717) |
| Chastity Rosette, as Next Friend of D.R, a minor (247804) |

| |
|---|
| Chasisty Rosette (247828) |
| Trista Steward (247935) |
| Trista Steward, as Next Friend of A.C, a minor (247936) |
| Trista Steward, as Next Friend of D.W, a minor (247937) |
| Lula LeBlanc (247949) |
| Jo Daigle (248031) |
| Dorothy Cole (248038) |
| Bernandine Grindol (248065) |
| Latonia Cooper, as Next Friend of K.C, a minor (248089) |
| Michael Daigle (248099) |
| Christopher Monceaux (248131) |
| Eric Wyble (248135) |
| Jermaine Jones (248136) |
| Nolan Monceaux (248142) |
| Mary Monceaux (248143) |
| Allena Ellison (248323) |
| Zabrina Epps, as Next Friend of P.B, a minor (248428) |
| Zabrina Epps (248429) |
| Shelton Ellison (248456) |
| Tina Duhon (248565) |
| Micheal Porter (248833) |
| Eugene Fontenot (248888) |
| Patrice Fontenot (248889) |
| Russell Holloway (248979) |
| Russell Holloway, as Next Friend of R.H, a minor (248981) |
| Russell Holloway, as Next Friend of K.H, a minor (248985) |
| Lena Leday (249023) |
| Amberlyn Reney (249255) |
| Alisha Sanders, as Next Friend of A.R, a minor (249282) |

| |
|---|
| Sonett Sanders (249283) |
| Jeremy Jones (249539) |
| Edna Ellison (249549) |
| LaTonya Jones, as Next Friend of D.J, a minor (249567) |
| Edna Ellison, as Next Friend of T.H, a minor (249569) |
| Pamela Parangan (249582) |
| Pamela Patin (249725) |
| Pamela Patin, as Next Friend of G.P, a minor (249726) |
| Irving Bush (249844) |
| Deanna Cretchen (249872) |
| Michael Thompson (249903) |
| Bernice Anderson (249914) |
| Cornell Mitchell (250012) |
| Jeannell Jones (250018) |
| Eddie Jones (250019) |
| James Babin (250042) |
| Alisha Sanders (250505) |
| Eva Jones, as Next Friend of S.J, a minor (250351) |
| Eva Jones, as Next Friend of J.J, a minor (250344) |
| Jeanette Jones (250342) |
| Cornell Jones (250338) |
| Adrian Jackson (250923) |
| Betty Tolbert (251287) |
| Jasmond White (251338) |
| Percy Frank (250846) |
| Diana Ceasar (250745) |
| Craig Declociet (250794) |
| Lashonda Frank (250845) |
| Diane Ceasar, as Next Friend of T.C, a minor (250749) |

| |
|---|
| Patricia Fontenot, as Next Friend of B.F, a minor (250830) |
| Eva Jones  (250952) |
| Helen Sanders (251210) |
| Crystal Burrell (250728) |
| Leona Hopper (250913) |
| Shannon Eckler (251491) |
| Zelma Ellsworth (251527) |