| Plaintiff Name |
|---|
| Susan Pittman, as Next Friend of J.F, a minor (214560) |
| Nicole Chretien, as Next Friend of N.C, a minor (249594) |
| Nicole Chretien (250762) |
| Nelson Carmouche (250733) |
| Nathaniel Ryan (251207) |
| Barbara Geyen (245380) |
| Felicia Jack (245412) |
| Felecia Jack, as Next Friend of D.G, a minor (245411) |
| Gary Richard (248113) |
| Gary Goodly (249667) |
| Pamela Patin, as Next Friend of A.P, a minor (249727) |
| Sharon LaSalle (250986) |
| Michelle Patin (251115) |
| Marvin LaSalle (250985) |
| Loretha Townsend, as Next Friend of K.T, a minor (205270) |
| Loretha Townsend, as Next Friend of L.M, a minor (205271) |
| Monique Magee, as Next Friend of J.M, a minor (205268) |
| Kent Magee (205269) |
| John Romant (242992) |
| Keira Hathorn (242882) |
| Anthony Scott (242881) |
| Kendra Romant, as Next Friend of J.R, a minor (242973) |
| Naira Hathorn (242976) |
| Kendra Romant (242978) |
| Keila Smith, as Next Friend of L.S, a minor (242984) |
| Keynesia Hathorn (242985) |
| Jonquil Romant (242979) |

EXHIBIT "7"

| |
|---|
| Michael Cratchan (243409) |
| Delesa Cratchan (243410) |
| Thea Cratchan (243411) |
| Michael Cratchan (243408) |
| Ethel Edwards (244307) |
| Keila Smith (244323) |
| Lanita Morvant, as Next Friend of H.M, a minor (244488) |
| Lanita Morvant, as Next Friend of C.M, a minor (244484) |
| Lanita Morvant (244483) |
| Joseph Morvant (244497) |
| Esther Augustine, as Next Friend of I.G, a minor (248644) |
| Jonathan January (248654) |
| Luther James (205601) |
| Johnnie Warner (237913) |
| Willie Miller (238545) |
| Tammy Miller, as Next Friend of K.M, a minor (238546) |
| Eric Edwards (243800) |
| Kissie Edwards, as Next Friend of K.E, a minor (243811) |
| Ira Bryant (243810) |
| Kissie Edwards, as Next Friend of K.E, a minor (243809) |
| Troy Fontenot (243752) |
| Kissie Edwards, as Next Friend of K.E, a minor (244218) |
| Kissie Edwards, as Next Friend of K.E, a minor (244826) |
| Anthony Fontenot (245356) |
| Nashonna Fontenot, as Next Friend of A.G, a minor (245355) |
| Nashonna Fontenot, as Next Friend of N.F, a minor (245354) |
| Robert Cook (245746) |
| Dawn Myers (247464) |
| Christian Myers (247465) |

| |
|---|
| Dawn Myers, as Next Friend of T.H, a minor (247476) |
| James Houston (247876) |
| Nashonna Fontenot (249522) |
| Ashley Wilson, as Next Friend of C.W, a minor (246904) |
| Ryan Owens (246905) |
| Raymond LeBlanc (246954) |
| Ashley Wilson (247948) |
| Felicha Whitlock (245909) |
| Heather Trimble (247319) |
| Hillary Weatherall (248119) |
| Jung Jackson, as Next Friend of D.M, a minor (250440) |
| Jung Jackson, as Next Friend of D.J, a minor (250307) |
| Sharon Porter (250468) |
| Jung Jackson (250310) |
| Mark Royster (251202) |
| Jung Jackson, as Next Friend of M.Y, a minor (251377) |
| Jung Jackson, as Next Friend of M.D, a minor (251536) |
| Harry Johnson (201465) |
| Phillip Carmouche (205607) |
| Marion Lee (213435) |
| Eugene Lee (213588) |