| Plaintiff Name |
|---|
| Isaiah Frank (244556) |
| Vernon Geyen (248074) |

EXHIBIT "8"