UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants v. Cavalier Home Builders, L.L.C., et al., EDLA 10-3922*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO SEVER CLAIMS OF BRENDA SHARETT, SANDRA BROOKS, AND SHARETT BROOKS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Brenda Sharett, Sandra Brooks, and Sharett Brooks, who, respectfully request that this Honorable Court grant her Motion to Sever Claims. Brenda Sharett, Sandra Brooks, and Sharett Brooks lived in a FEMA temporary housing unit inadvertently identified as a Cavalier Home Builders unit, and now known to have been a Gulf Stream trailer. Counsel for defendants in the *Avants* matter have been contacted and have expressed no opposition to the instant motion.

The claims of Brenda Sharett were originally advanced in the "unmatched" complaint, *Sharett v. Alliance Homes, Inc., et al*, 09-5234. The claims of Sandra Brooks and Sharett Brooks were originally advanced in *Anderson, et al v. Alliance Homes, Inc., et al*, 09-5252. Thereafter, from information provided by these plaintiffs matching them to a "Cavalier" unit, the undersigned filed a "matched" amending complaint, *Avants v. Cavalier Home Builders,* 10-3922, and severed the allegations from the unmatched complaint into the matched complaint pursuant to the Court's Orders regarding matching. However, during the submission of claims in the manufactured housing settlement, it was brought to the attention of the undersigned that these

plaintiffs' VIN information did not match Cavalier Home Builders, LLC, but rather the information was a match to a Gulf Stream *Cavalier* model unit.

WHEREFORE, Plaintiffs, Brenda Sharett, Sandra Brooks, and Sharett Brooks, respectfully pray that this Honorable Court grant the instant Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks, and issue a new civil action number for these individuals from which Plaintiffs intend to file an additional motion to correct the manufacturing defendant.

        Respectfully submitted:

        **GAINSBURGH, BENJAMIN, DAVID,**
        **MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods
                                                JUSTIN I. WOODS, # 24713