UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants v. Cavalier Home Builders, L.L.C., et al., EDLA 10-3922*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks,

IT IS ORDERED that the Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks is hereby GRANTED. The docket clerk is hereby instructed to issue a new docket number for the severed claims.

THIS DONE the _____ day of _____, 201_, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE