UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1873 JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Shakara Lombard, et al., v. Dutchman Manufacturing, Inc.* Civil Action No. 09-8572 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is GRANTED. Doris Adams, Roxanne Hundley, Oscar Jimcoily, Lonny Toups, Jill Williams, Charles Williams, Jr., Ulysses Santiago, Jr., Rayene Miller, Monalisa Jackson, Jaime Leflore individually and on behalf of J.L. and J.L., Margie Hendricks, Melvin Hendricks, Myrtis Hendricks individually and on behalf of A.H., Trinikia Hendricks individually and on behalf of R.H. and T.H., and Rhonda Richard are hereby added as plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT