UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Shakara Lombard, et al., v. Dutchman Manufacturing, Inc.*
*Civil Action No. 09-8572*
**************************************************************************

### PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Doris Adams, et al., v. Thor Industries, Inc., et al.,* E.D. La. No 09-8566.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Doris Adams

2. Roxanne Hundley

3. Oscar Jimcoily

4. Lonny Toups

5. Jill Williams

6. Charles Williams, Jr.

7. Ulysses Santiago, Jr.

8. Rayene Miller

9. Monalisa Jackson

10. Jaime Leflore

11. Jaime Leflore on behalf of J.L.

12. Jaime Leflore on behalf of J.L.

13. Margie Hendricks

14. Melvin Hendricks

15. Myrtis Hendricks

16. Myrtis Hendricks on behalf of A.H.

17. Trinikia Hendricks

18. Trinikia Hendricks on behalf of R.H.

19. Trinikia Hendricks on behalf of T.H.

20. Rhonda Richard

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)