# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER               *       **MDL No. 1873**
**FORMALDEHYDE**                 *
**PRODUCTS LIABILITY LITIGATION**    *       **JUDGE ENGELHARDT**
                                          *
                                          *       **MAGISTRATE CHASEZ**
**THIS DOCUMENT RELATED TO:**       *
     *William Clark, et al., v. Dutchman Manufacturing, Inc.*
     *Civil Action No. 09-8573*
*************************************************************************

## <u>MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named

suit, who for the reasons set forth in the attached memorandum in support respectfully move this

Honorable Court for leave to amend their complaint to add the following plaintiffs to their

Complaint:

1.  Levell Cooper, Jr.

2.  Jim Krause

3.  Gerald Humphrey

4.  Sean Humphrey

5.  Sean Humphrey on behalf of A.H.

6.  Vanessa Humphrey

7.  Richard Parker, Jr.

8.  Heather Fellon

9.  Edward Nelson

10. Rhonda Nelson

Plaintiffs originally sued in *Collin Duet, Sr., et al., v. Thor Industries, Inc., et al.,* E.D. La. No 09-8567 or *Jim Krause, et al., v. Thor Industries, Inc., et al.,* E.D. La. No 10-2489 against Thor Industries, Inc.; however, it has become apparent that Dutchmen Manufacturing, Inc., a subsidiary of Thor Industries, Inc., is the proper manufacturing defendant. The other plaintiffs in the *Duet* and *Krause* pleadings are matched to Thor California, Inc., another subsidiary of Thor Industries, Inc.

The undersigned has conferred with counsel for defendants and this motion is opposed.

WHEREFORE, Plaintiffs pray that their Motion be granted and that the individuals listed above be added to their complaint.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)