UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*William Clark, et al., v. Dutchman Manufacturing, Inc.*
*Civil Action No. 09-8573*
**************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is GRANTED.  Levell Cooper, Jr., Jim Krause, Gerald Humphrey, Sean Humphrey individually and on behalf of A.H., Vanessa Humphrey, Richard Parker, Jr., Heather Fellon, Edward Nelson, and Rhonda Nelson are herby added as plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT