# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Brenda Blair, et al., v. Dutchman Manufacturing, Inc.* | | |
| Civil Action No. 09-8576 | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suit, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiffs to their Complaint:

1. Marie Galatas
2. Georgia Houston
3. James Houston
4. Jannie Houston
5. Kilah Martin
6. Earlette Hodges
7. Berwin Thomas
8. Michael Thomas
9. Pashenia Thomas

   10. Joycelyn Harris

 Plaintiffs originally sued in *Early et al v Thor Industries, Inc., et al.,* E.D. La. No 09-8570 against Thor Industries, Inc.; however, it has become apparent that Dutchmen Manufacturing, Inc., a subsidiary of Thor Industries, Inc., is the proper manufacturing defendant. The other plaintiffs in the *Early* Complaint are matched to Thor California, Inc., another subsidiary of Thor Industries, Inc.

 The undersigned has conferred with counsel for defendants and this motion is opposed.

 WHEREFORE, Plaintiffs pray that their Motion be granted and that the individuals listed above be added to their complaint.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA 70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)