UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Brenda Blair, et al., v. Dutchman Manufacturing, Inc.*
Civil Action No. 09-8576
*************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is GRANTED. Marie Galatas, Georgia Houston, James Houston, Jannie Houston, Kilah Martin Earlette Hodges, Berwin Thomas, Michael Thomas, Pashenia Thomas, and Joycelyn Harris are hereby added as plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT