UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | * | |

*Early, et al., v. Thor Industries, Inc., et al.., 09-8570*
*Duet, Sr., et al., v. Thor Industries, Inc., et al., 09-8567*
*Krause, et al., v. Thor Industries, Inc., et al., 10-2489*
*Adams, et al., v. Thor Industries, Inc., et al., 09-8566*
*****************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Complaint and Substitute a Party is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT