UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Collin Duet, Sr., et al., v. Thor Industries, Inc., et al..*
*Civil Action No. 09-8567*
**************************************************************************

**SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, through undersigned counsel, respectfully supplements and amends the Complaint for Damages to substitute Thor California, Inc., for Thor Industries, Inc.  Plaintiffs, based upon information now in the possession of counsel that was unknown at the time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit manufactured by Thor California, Inc. (hereinafter "Thor CA") and not Thor Industries, Inc., (hereinafter "Thor").

Plaintiffs, through undersigned counsel, supplement and amend the Original Complaint for Damages in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein:

1.

1. By amending section I.3 to reflect the substitution of Thor CA for Thor:

"3.     Defendant Thor California, Inc., (hereinafter "Thor CA"), is upon information and belief a limited liability corporation incorporated in the State of Ohio which conducts business in

the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2. By replacing all other references to Thor Industries, Inc., with Thor CA, throughout the remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to reflect the substitution of Thor CA for Thor, and that Thor California, Inc., Fluor Enterprises, and FEMA be served with a copy of this First Amended Complaint and the Original Complaint. Further, Named Plaintiffs adopt all of the allegations, claims and prayers for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA 70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**PLEASE SERVE:**

Thor California, Inc.
**Through its Attorney of Record**
John Deeds
100 S. Main Ave.
Suite 300
Sidney, OH 45365