## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

*Blatcher, et al.,  v. Thor Industries, Inc., et al., 09-8569*
*Johnson, et al., v. Thor Industries, Inc., et al., 10-2024*
*Williams, et al., v. Thor Industries, Inc., et al., 10-2476*

**********************************************************************

## NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD


IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.


Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)