**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAG. JUDGE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Edenfield, et al v. Thor industries, Inc., et al* | * | |
| *Case No. 09-6279* | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

TO: All Counsel of Record:

    IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to File Second Amended Complaint is hereby set for submission on the 25th day of January 2012, at 9:30am.

    Respectfully submitted:
    **THE ANDRY LAW GROUP, LLC**

    By: /s/Jonathan B. Andry
    JONATHAN B. ANDRY No.
    The Andry Law Group, LLC
    610 Baronne Street
    New Orleans, Louisiana 70113
    Telephone:    504/525-5535
    Facsimile:    504/586-8933
    jandry@andrylawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Jonathan B. Andry