UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAG. JUDGE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Edenfield, et al v. Thor industries, Inc., et al* | * | |
| *Case No. 09-6279* | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered Anthony Edenfield and Stacey Edenfield, individually and on behalf of their minor children, Alyssa Edenfield, Anthony Edenfield, Jr. and Edward Mixon, III ("Plaintiffs") Motion for Leave to File Second Amended Complaint:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint is GRANTED.

Dated:_____                    _____
                                            United States District Court Judge