UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                      MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION      SECTION "N-5"

                                                                 JUDGE ENGELHARDT

THIS  DOCUMENT RELATES            MAGISTRATE CHASEZ
TO THE FOLOWING CASE:
    *Magee v. Thor Industries, Inc., et al., 10-01404*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

NOW INTO COURT, through undersigned counsel, come plaintiffs in the above-captioned matter pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of Plaintiffs' voluntary dismissal, without prejudice, of all claims asserted against Defendants MVP RV, INC. F/K/A THOR CALIFORNIA, INC. DOING BUISNESS IN CALIFORNIA AS THOR MANUFACTURING, INC., ABC CORPORATION and DEF CORPORATION.  This voluntary dismissal does not affect the remaining defendants.

                                               Respectfully submitted,

                                               */s/Frank J. D'Amico, Jr.*
                                               FRANK J. D'AMICO, JR. (LSBA# 17519)
                                               Frank J. D'Amico, Jr., APLC
                                               4731 Canal St.
                                               New Orleans, LA  70119
                                               Phone: (504) 525-7272
                                               Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, a true and correct copy of the foregoing Motion was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the Court's electronic filing system.

        Respectfully submitted,

        /s/Frank J. D'Amico, Jr.
        Frank J. D'Amico, Jr.