**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Edenfield, et al v. Thor industries, Inc., et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE**
**SECOND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Anthony Edenfield and Stacey Edenfield, individually and on behalf of their minor children, Alyssa Edenfield, Anthony Edenfield, Jr. and Edward Mixon, III ("Plaintiffs") who, for the reasons set forth in the attached memorandum, respectfully move this Honorable Court for leave to file their Second Amended Complaint to add Dutchmen Manufacturing, Inc. and to dismiss Thor Industries, Inc. and Thor California, Inc. d/b/a Thor Manufacturing without prejudice in the above-captioned matter.

WHEREFORE, Plaintiffs pray that this Court grant leave to file the attached proposed Second Amended Compliant substituting Dutchmen Manufacturing, Inc. and to dismiss Thor Industries, Inc. and Thor California, Inc. d/b/a Thor Manufacturing without prejudice in the above-captioned matter.

Respectfully submitted:
**THE ANDRY LAW GROUP, LLC**

By:  /s/Jonathan B. Andry
JONATHAN B. ANDRY No.
The Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana  70113
Telephone:     504/525-5535
Facsimile:      504/586-8933
jandry@andrylawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Jonathan B. Andry