## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE** | * | |
| **PRODUCT LIABILITY LITIGATION** | * | **SECTION "N-5"** |
| | * | |
| | * | **JUDGE ENGELHARDT** |
| | * | **MAG. JUDGE CHASEZ** |
| | * | |
| **THIS DOCUMENT IS RELATED TO:** | * | |
| *Edenfield, et al v. Thor Industries, Inc., et al* | * | |
| *Case No. 09-6279* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SECOND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Anthony Edenfield and Stacey Edenfield, individually and on behalf of their minor children, Alyssa Edenfield, Anthony Edenfield, Jr. and Edward Mixon, III ("Plaintiffs"), who supplement their Original and Amended Complaint for Damages (collectively referred to as "Plaintiffs' Complaint") to substitute Dutchman Manufacturing, Inc. ("Dutchman") in place of the incorrectly named manufacturer, Thor Industries, Inc. and Thor California, Inc. d/b/a Thor Manufacturing ("Thor"), which has been concurrently dismissed at the time of this amendment.

Plaintiffs, through undersigned counsel, amend and supplement Plaintiffs' Complaint in the following respects and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

1.

By amending paragraph 3 to reflect the substitution of Dutchmen for Thor:

"3.  Defendant, Dutchman Manufacturing, Inc. ("Dutchman"), is, upon information and belief, a limited liability corporation incorporated in the State of Indiana which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2.

By deleting paragraph 4.

3.

By replacing all other references to Thor Industries, Inc. with Dutchmen throughout the remainder of Plaintiffs' Complaint.

4.

WHEREFORE, the Plaintiffs pray that Plaintiffs' Complaint be amended to reflect the substitution of Dutchmen for Thor.  Plaintiffs adopt all the allegations, claims and prayers for relief contained in the underlying Plaintiffs' Complaint.

Respectfully submitted:

By: /s/ Jonathan B. Andry
Jonathan B. Andry (#20081)
The Andry Law Group, LLC
610 Baronne Street
New Orleans, Louisiana  70113
Telephone: 504/525-5535
Facsimile: 504/586-8933
ATTORNEY FOR PLAINTIFFS

Date:  December 29, 2011

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. A copy of the Summons, Original Complaint, Amended Complaint and Second Amended Complaint will be served on Dutchman Manufacturing, Inc. through its agent for service of process, CT Corporation System, located at 251 E. Ohio St., Ste 1100, Indianapolis, IN, 46204.

/s/ Jonathan B. Andry