UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |
| *Early, et al. v. Thor Industries, Inc., et al.* | * | |
| 09-8570 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the plaintiffs be GRANTED leave to file their Second Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion, reserving to defendants, Thor Industries, Inc., and Shaw Environmental, Inc., their rights and defenses, including but not limited to (a) prescription and (b) the right to serve a notice of deficiency to this plaintiff concerning her PFS before or after April 1, 2012, notwithstanding the terms of PTOs # 86 & 88, and the right to move for dismissal if those deficiencies are not cured in accordance with processes outlined in PTOs #s 2, 32 and 88.

New Orleans, Louisiana this____day of_____, 2011.

_____
HONORABLE KURT D. ENGELHARDT