UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

    Abdelhafiz, et al. v. Thor Industries, Inc, et al., 10-1378
    Magee, et al. v. Thor Industries, Inc., et al., 10-1404
    Bracken, et al. v. Thor Industries, Inc., et al., 11-0304
    Seymour, et al. v. Thor Industries, Inc., et al., 11-0304
**************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO
### AMEND COMPLAINT AND SUBSTITUTE A PARTY

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above captioned matter, who, for reasons more fully set forth in the memorandum attached hereto, respectfully submits to this Honorable Court this for leave to amend their complaints to reflect the proper Defendant manufacturer.  Plaintiffs originally sued Thor Industries, Inc., the parent company of Dutchmen Manufacturing, Inc., and Thor California, Inc.

The undersigned has conferred with counsel for defendants and this motion is opposed.

WHEREFORE, Plaintiffs pray that this Court grant leave to file the attached proposed amending complaints substituting Dutchmen Manufacturing, Inc., for Thor Industries, Inc.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____ \_\_\_\_\_
FRANK J. D'AMICO, JR. (LSBA# 17519)