UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | |

    Abdelhafiz, et al. v. Thor Industries, Inc, et al., 10-1378
    Magee, et al. v. Thor Industries, Inc., et al., 10-1404
    Bracken, et al. v. Thor Industries, Inc., et al., 11-0304
    Seymour, et al. v. Thor Industries, Inc., et al., 11-0304
*************************************************************************

## NOTICE OF SUBMISSION

TO: ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.

    Respectfully submitted,

    /s/ Frank J. D'Amico, Jr.
    FRANK J. D'AMICO, JR. (LSBA# 17519)
    Frank J. D'Amico, Jr., APLC
    4731 Canal St.
    New Orleans, LA 70119
    Phone: (504) 525-7272
    Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)