UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 1873<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: | | |

    Abdelhafiz, et al. v. Thor Industries, Inc, et al., 10-1378
    Magee, et al. v. Thor Industries, Inc., et al., 10-1404
    Bracken, et al. v. Thor Industries, Inc., et al., 11-0303
    Seymour, et al. v. Thor Industries, Inc., et al., 11-0304
**************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Complaint and Substitute a Party is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT