UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

Barbara Abdelhafiz, et al., v. Thor Industries, Inc., et al..
Civil Action 10-1378

*****************************************************************************

SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above

captioned matter, who, through undersigned counsel, respectfully supplements and amends the

Complaint for Damages to substitute Dutchmen Manufacturing, Inc., for Thor Industries, Inc.

Plaintiffs, based upon information now in the possession of counsel that was unknown at the

time of underlying suit was filed, lived in a FEMA-supplied emergency housing unit

manufactured by Dutchmen Manufacturing, Inc. (hereinafter "Dutchmen") and not Thor

Industries, Inc., (hereinafter "Thor").

Plaintiffs, through undersigned counsel, supplement and amend the Original Complaint

for Damages in the following respects and otherwise reiterate and re-aver all of the allegations,

claims and prayers for relief contained therein:

1.

1.  By amending section I.3 to reflect the substitution of Dutchmen for Thor:

"3.      Defendant Dutchmen Manufacturing, Inc., (hereinafter "Dutchmen"), is upon

information and belief a limited liability corporation incorporated in the State of Indiana which

conducts business in the State of Mississippi, and which manufactured and supplied FEMA

trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of

Mississippi."

2.  By replacing all other references to Thor Industries, Inc., with Dutchmen, throughout the

remainder of the Complaint.

2.

WHEREFORE, the Named Plaintiffs pray that the Original Complaint be amended to

reflect the substitution of Dutchmen for Thor, and that Dutchmen Manufacturing, Inc., Shaw

Environmental, and FEMA be served with a copy of this First Amended Complaint and the

Original Complaint.  Further, Named Plaintiffs adopt all of the allegations, claims and prayers

for relief contained in the underlying Complaint for Damages.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

PLEASE SERVE:

Dutchman Manufacturing, Inc.
Through its agent for Service of Process
CT Corporation System
251 E. Ohio St. Ste. 1100
Indianapolis, IN 46204