UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Joseph Boines, et al., v. Keystone Industries, Inc., et al.*
*Civil Action No. 09-8439*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suit, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiffs to their Complaint:

1. Della Allen

2. Della Allen on behalf of T.C.

3. Della Allen on behalf of T.C.

4. Mark Collins

Plaintiffs originally sued in *Barnette, et al., v Keystone Industries, Inc., et al.,* E.D. La. No 09-8441[1], against Keystone Industries and Fluor Enterprises, or in *Adams, et al., v. Thor Industries, Inc., et al.,* E.D. La. No 09-8566[2], against Thor Industries and CH2M Hill

---

[1] Plaintiffs Della Allen, individually and on behalf of T.C. and T.C. were filed on 09-8441 on December 29, 2009.
[2] Plaintiff Mark Collins was filed on 09-8566 on December 29, 2009.

Constructors; however, it has become apparent that Keystone RV Company and CH2M Hill Constructors are the proper manufacturer and contractor defendants.

WHEREFORE, Plaintiffs pray that their Motion be granted and that the individuals listed above be added to their complaint.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)