### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Joseph Boines, et al., v. Keystone Industries, Inc., et al.*
*Civil Action No. 09-8439*
**************************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that they have contacted opposing counsel of record, and they oppose the filing of Plaintiffs' Motion for Leave to File Amended Complaints.

                                           Respectfully submitted,

                                           /s/ Frank J. D'Amico, Jr.
                                           FRANK J. D'AMICO, JR. (LSBA# 17519)
                                           Frank J. D'Amico, Jr., APLC
                                           4731 Canal St.
                                           New Orleans, LA  70119
                                           Phone: (504) 525-7272
                                           Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                           /s/ Frank J. D'Amico, Jr._____
                                           FRANK J. D'AMICO, JR. (LSBA# 17519)