## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Clayton Rayfield, et al., v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 09-8468*

**************************************************************************

### MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFF

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suit, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiff to their Complaint:

1. Dwight Singleton

Plaintiff originally sued in *Barnes, et al., v. American Specialty Lines Insurance Co., et al.,* E.D. La. No 09-8521, against American Specialty Lines Company and Shaw Environmental; however, it has become apparent that Gulf Stream Coach, Inc., is the proper manufacturer defendant.

WHEREFORE, Plaintiffs pray that their Motion be granted and that the individual listed above be added to their complaint.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)