# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Jennifer Hayes, et al., v. American International Specialty Lines, Co., et al.*
*Civil Action No. 09-8525*
**************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that they have attempted to contact opposing counsel of record and have received no response to date; therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File Amended Complaints.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)