UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*D'Jerria Demolle, et al., v. Crum & Forster Specialty Insurance, Co., et al.*
*Civil Action No. 09-8455*
**************************************************************************

### PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Bartholomew, et al., v. Cavalier Home Builders, et al.,* E.D. La. No 09-8512 or *Bartholomew, et al., v. Crossroads, RV., et al.,* E.D. La. No 09-8550.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Susan Bartholomew

2. Susan Bartholomew on behalf of B.B.

3. Leonard Bartholomew, III

4. Leonard Bartholomew, III on behalf of L.B. IV

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

                Respectfully submitted,

                /s/ Frank J. D'Amico, Jr._____
                FRANK J. D'AMICO, JR. (LSBA# 17519)
                Frank J. D'Amico, Jr., APLC
                4731 Canal St.
                New Orleans, LA  70119
                Phone: (504) 525-7272
                Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                /s/ Frank J. D'Amico, Jr._____
                FRANK J. D'AMICO, JR. (LSBA# 17519)