# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Doris Tolliver, et al., v. Forest River, Inc., et al.* | | |
| Civil Action No. 09-8635 | | |

**************************************************************************

## NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)