UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Doris Tolliver, et al., v. Forest River, Inc., et al.* | | |
| Civil Action No. 09-8635 | | |

**************************************************************************

## PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Davis, et al., v. Liberty Mutual, et al.,* E.D. La. No 09-8464 against Liberty Mutual, et al., or *Bellazar, et al., Gulf Stream Coach, et al.,* E.D. La. No 09-4108.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Jane Coleman

2. Kentrell Butler

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

          Respectfully submitted,

          /s/ Frank J. D'Amico, Jr._____
          FRANK J. D'AMICO, JR. (LSBA# 17519)
          Frank J. D'Amico, Jr., APLC
          4731 Canal St.
          New Orleans, LA  70119
          Phone: (504) 525-7272
          Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

          /s/ Frank J. D'Amico, Jr._____
          FRANK J. D'AMICO, JR. (LSBA# 17519)