# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Dorothy Butler, et al., v. Forest River, Inc., et al.* | | |
| *Civil Action No. 09-8636* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the above named suit, who for the reasons set forth in the attached memorandum in support respectfully move this Honorable Court for leave to amend their complaint to add the following plaintiffs to their Complaint:

1. Barbara Harris
2. David Turner
3. Alicia Hall-Turner
4. Alicia Hall-Turner on behalf D.H.
5. Alicia Hall-Turner on behalf of H.T.

Plaintiffs originally sued in *Alexander, et al., v. Gulf Stream Coach, et al.,* E.D. La. No 09-8470 against Gulf Stream Coach, et al., or *Nelson, et al., American International Specialty Lines Co.,* E.D. La. No 10-2479; however, it has become apparent that Forest River is the proper manufacturer defendant and Fluor Enterprises is the proper contractor defendant.

WHEREFORE, Plaintiffs pray that their Motion be granted and that the individuals listed above be added to their complaint.

Respectfully submitted,

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
4731 Canal St.
New Orleans, LA  70119
Phone: (504) 525-7272
Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)