UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Dorothy Butler, et al., v. Forest River, Inc., et al.* | | |
| Civil Action No. 09-8636 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Alexander, et al., v. Gulf Stream Coach, et al.,* E.D. La. No 09-8470 or *Nelson, et al., American International Specialty Lines Co.,* E.D. La. No 10-2479.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Barbara Harris

2. David Turner

3. Alicia Hall-Turner

4. Alicia Hall-Turner on behalf D.H.

5. Alicia Hall-Turner on behalf of H.T.

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

                                            Respectfully submitted,

                                            /s/ Frank J. D'Amico, Jr.
                                            FRANK J. D'AMICO, JR. (LSBA# 17519)
                                            Frank J. D'Amico, Jr., APLC
                                            4731 Canal St.
                                            New Orleans, LA  70119
                                            Phone: (504) 525-7272
                                            Fax: (504) 525-9522

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            /s/ Frank J. D'Amico, Jr.
                                            FRANK J. D'AMICO, JR. (LSBA# 17519)