## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATED TO: *Evelena Sam, et al., v. Skyline Corporation, et al.* Civil Action No. 09-8485 | * * | MAGISTRATE CHASEZ |

**************************************************************************

## **ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Motion for Leave to Amend to Add Plaintiffs is GRANTED. Willie Washington, Sharon Washington individually and on behalf of D.W. are hereby added as plaintiffs in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
HONORABLE KURT D. ENGELHARDT