UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |
| *Evelena Sam, et al., v. Skyline Corporation, et al.* | | |
| Civil Action No. 09-8485 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, come Plaintiffs, who through undersigned counsel, supplement and amend their Complaint for Damages to add additional plaintiffs, who originally sued defendants in *Alexander, et al., v. Gulf Stream Coach,* E.D. La. No 09-8467.

Plaintiffs supplement and amend their Complaint for Damages in the following respects and otherwise reiterate and re-aver all for the allegations, claims and prayers for relief contained therein:

1.

By adding the following individuals as named plaintiffs:

1. Willie Washington

2. Sharon Washington

3. Sharon Washington on behalf of D.W.

WHEREFORE, Plaintiffs respectfully supplement their Complaint for Damages in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained herein.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        /s/ Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR. (LSBA# 17519)