UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        *  MDL No. 1873
FORMALDEHYDE         *
PRODUCTS LIABILITY LITIGATION   *  JUDGE ENGELHARDT
                *
                *  MAGISTRATE CHASEZ

THIS DOCUMENT RELATED TO:    *
 *Evelena Sam, et al., v. Skyline Corporation, et al.*
 *Civil Action No. 09-8485*

**********************************************************************

RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that they have

attempted to contact opposing counsel of record and have received no response to date;

therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File

Amended Complaints.

        Respectfully submitted,

        /s/ Frank J. D'Amico, Jr._____
        FRANK J. D'AMICO, JR. (LSBA# 17519)
        Frank J. D'Amico, Jr., APLC
        4731 Canal St.
        New Orleans, LA  70119
        Phone: (504) 525-7272
        Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (LSBA# 17519)