UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER * | MDL NO. 1873 | |
| | FORMALDEHYDE PRODUCTS * | LIABILITY LITIGATION | |
| | SECTION "N" (5) * | | |
| | * | | |
| | * | JUDGE ENGELHARDT | |
| | * | MAGISTRATE CHASEZ | |
| | * | | |
| THIS DOCUMENT IS RELATED TO: | * | | |
| *Charlotte Bell v. Starcraft RV, Inc., et al.* | * | | |
| No. 09-6931 | * | | |
| Plaintiffs: Connie Crapeau | * | | |
| Kevin Hill, as next friend of S.D. | * | | |
| Angela Ladner | * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

COME NOW Connie Crapeau, Kevin Hill, as next friend of S.D., and Angela Ladner (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23929).

**A.    SPECIFIC PLAINTIFFS**

Defendants Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. ("Bechtel") and CH2M Hill Constructors, Inc. ("CH2M") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

**1.    Connie Crapeau**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as

Exhibit "A".

2. **Kevin Hill, as Next Friend of S.D.**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching her. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".

3. **Angela Ladner**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her until recently. On December 28, 2011, Plaintiff stated that she no longer wishes to pursue this lawsuit. As of today's date she has failed to send a letter stating such to Plaintiff's counsel. For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

        Respectfully submitted,

        /s/ Robert C. Hilliard
        **ROBERT C. HILLIARD**
        **Trial Attorney in Charge for Plaintiff**
        Texas State Bar No. 09677700
        Southern District of TX Federal ID No. 5912
        ROBERT C. HILLIARD, L.L.P.
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        Telephone: (361) 882-1612
        Facsimile: (361) 882-3015

        **MIKAL C. WATTS**
        Texas State Bar No. 20981820
        Southern District of TX Federal ID No. 12419
        MIKAL C. WATTS, P.C.
        2506 N. Port Ave.
        Corpus Christi, Texas 78401
        Telephone: (800) 994-0019
        Facsimile: (361) 882-1261

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 3rd day of January, 2012.

        /s/ Robert C. Hilliard
        _____
        **ROBERT C. HILLIARD**