UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Charlotte Bell, et. al. vs. Starcraft RV, Inc., et. al.* Cause: *09-6931* Plaintiff: *Connie Crapeau* | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES    §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 2, 2011, Plaintiff's attorney has performed "Person Searches" attempt to locate the said client and have had no success.

4. On December 5th, 2011, Plaintiff's attorney began calling Connie Crapeau twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file and the phone numbers retrieved from Person Searches appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a

**EXHIBIT "A"**

message due to various reasons.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   10/02/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter
   06/30/2009 - FEMA Town Hall Meeting Letter
   07/30/2009 - FEMA No Plaintiff Fact Sheet Letter
   02/10/2010 - FEMA No Plaintiff Fact Sheet 30 Day Warning Letter
   05/13/2011 - FEMA Status Letter
   09/15/2011 - FEMA Motion to Dismiss
   11/30/2011 - FEMA Draft Dismiss
   12/07/2011 - FEMA Draft Dismiss
   12/09/2011 - No Contact Letter for Active Clients
   12/22/2011 - FEMA Motion to Dismiss

7. As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the 2nd day of January, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 2nd day of January, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014