UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** <br><br> **JUDGE ENGELHARDT** <br> **MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** <br> *Sandy Barnes, et. al. vs. Jayco, Inc., et. al.* <br> *Cause: 09-7887* <br> *Plaintiff: Phillip Benoit* | * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 2, 2011, Plaintiff's attorney has performed "Person Searches" attempt to locate Phillip Benoit.

4. On December 5th, 2011, Plaintiff's attorney began calling Phillip Benoit twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On December 20, 2011, Plaintiff's Attorney contacted plaintiff and he stated that he no longer wished to pursue his case. Plaintiff was advised that a No Interest Letter was needed in order

**EXHIBIT "A"**

to file in court. As of today, neither the answers to deficiency questions, nor a No Interest Letter has not been received by the plaintiffs attorney.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

11/04/2008 - FEMA Plaintff Fact Sheet Packet
11/10/2008 - FEMA Status Letter
04/16/2009 - FEMA POA Cover Letter
07/30/2009 - FEMA No Plaintff Fact Sheet
02/10/2010 - FEMA No Plaintff Fact Sheet 30 Day Warning Letter
05/13/2011 - FEMA Status Letter
12/02/2011 - FEMA Draft Dismiss
12/09/2011 - No Contact Letter for Active Clients No Deadline
12/13/2011 - FEMA Draft Dismiss
12/22/2011 - FEMA Motion to Dismiss

7. As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the 2nd day of January, 2012.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 2nd day of January, 2012, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014