**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |

**THIS DOCUMENT IS RELATED TO:**                    *
*Sandy Barnes v. Jayco, Inc., et al.*                    *
No. 09-7887                    *
Plaintiffs:                    *
    Shelby Carter                    *
    John January                    *
    LaKesha January                    *
    LaTosha January                    *
    Victoria January                    *
    Wendy January                    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW Shelby Carter, John January, LaKesha January, LaTosha January, Victoria January, and Wendy January (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23927).

**A.    SPECIFIC PLAINTIFFS**

Defendants Jayco, Inc. ("Jayco") and Fluor Enterprises, Inc. ("Fluor") claim that deficiencies remain in Plaintiffs' Fact Sheets.  Defendants' claims will be addressed in sequence.

**1.    Shelby Carter**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers

to the Defense counsel on January 1, 2012, please see attached Exhibit "A". Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore his claims should not be dismissed.

**2.    John January**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "B". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore his claims should not be dismissed.

**3.    LaKesha January**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "C". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

**4.    LaTosha January**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "D". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received

it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

### 5.    Victoria January

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "E". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

### 6.    Wendy January

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "F". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 3rd day of January, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

4