# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741  
**Case Name** Carter, Shelby  
**DOB** 12/20/1938   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02PX61EP1028.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1247451.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #**

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741  
**Case Name** Carter, Shelby  
**DOB** 12/20/1938  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

MTD NC

**Answer**  
I am the only person who resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I have been smoking since 1956. I smoke about 5 to 6 cigarettes a day.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I am the only person who resided in the FEMA trailer.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced while residing in the FEMA trailer consist of burning of eyes, irritation to nasal membranes, headaches, diarrhea, persistent cough, and tightness of chest, however none of these were diagnosed as I did not seek medical attention.

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741  
**Case Name** Carter, Shelby  
**DOB** 12/20/1938  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I am not making any emotional or psychological damages claim as a result of residing in the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I did not suffer from any respiratory or lung disease.  
I did not suffer from skin disease.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741  
**Case Name** Carter, Shelby  
**DOB** 12/20/1938   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| 12 | Checklist III.C. |
|---|---|

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
The symptoms I experienced while residing in the FEMA trailer consist of burning of eyes, irritation to nasal membranes, headaches, diarrhea, persistent cough, and tightness of chest.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I spent about 8 hours each day in the trailer.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I am not requesting reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I am not making a claim for lost wages.

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741  
**Case Name** Carter, Shelby  
**DOB** 12/20/1938  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 16 | Need Certification page signed |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
Please see attached Certification.

_____  
Plaintiff or Representative

12/29/2011  
Date

Carter, Shelby - WGC#250741

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_/s/ Shelby Carter_
**Signature of Plaintiff**

**Shelby Carter**
**Print Your Name**

12-12-11
**Date**

SHELBY CARTER