# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315  
**Case Name** January, Jr., John Albert  
**DOB** 8/20/1949   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer barcode number 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315  
**Case Name** January, Jr., John Albert  
**DOB** 8/20/1949   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Answer**
All residents who lived in the trailer are as follows:

LaTrall January, my wife, age 52  
106 Miller Ave  
Grand Chenier, LA 70643  
225-266-0579

Keylen Pete, my nephew, age 9  
LaTasha January, my daughter, age 34  
Wendy January, my daughter, age 32  
LaKesha January, my daughter, age 28  
Victoria January, my daughter, age 26

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
I have never smoked.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**
No one else residing in the FEMA trailer smoked or used tobacco products.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315  **Cause No.** 09-7887
**Case Name** January, Jr., John Albert  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 8/20/1949  **SSN** 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

| | |
|---|---|
| | Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007. |

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B |

**Pet ID**  1403
**Def ID**  26
**Notice #**  MTD NC

**Answer**
Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007.

| Question # | Question |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID**  1403
**Def ID**  26
**Notice #**  MTD NC

**Answer**
We did not go see a psychiatrist or psychologist for the mental or emotional issues as a result of the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**  1403
**Def ID**  26
**Notice #**  MTD NC

**Answer**
Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007.

No, I have never suffered skin disease.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID**  1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315  
**Case Name** January, Jr., John Albert  
**DOB** 8/20/1949   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
All the symptoms that I suffered from were mental and emotional issues; and sinus infections.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I spent approximately 24 hours a day in the trailer.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expensesIII.C.9. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
No, I am not claiming reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 14 | Need Certification page signed |

**Pet ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315     **Cause No.** 09-7887
**Case Name** January, Jr., John Albert     **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 8/20/1949    **SSN** 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

1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3 |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not making a wage loss claim.

_____  1/1/2012
Plaintiff or Representative      Date