# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317  
**Cause No.** 09-7887  
**Case Name** January, Lakesha D'Nay  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.  
**DOB** 10/25/1983 **SSN** 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

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #**

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317  
**Case Name** January, Lakesha D'Nay  
**DOB** 10/25/1983  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

MTD NC

**Answer**  
The other person who resided with me in the FEMA trailer was Latosha January, age 31. The current address P.O. Box 324 Grand Chenier, LA 70643. The dates resided in the FEMA trailer were from March of 2006 to October of 2008. There is a personal injury claim being made for headaches and persistent cough.

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I have never used any type of tobacco products.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
No one who resided with me used any type of tobacco product.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I experienced headaches, but I did not report them to a physician.

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317  **Cause No.** 09-7887
**Case Name** January, Lakesha D'Nay   **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/25/1983   **SSN** 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

**Def ID** 26

**Notice #** MTD NC

**Answer**
I did not seek treatment for formaldehyde related injury.

| Question # | Question |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
I suffer from asthma.
I experience shortness of breath, but this stayed the same even after residing in FEMA trailer.
I suffered from these illnesses sometime in 2006.
I have never suffered from skin disease.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317
**Case Name** January, Lakesha D'Nay
**DOB** 10/25/1983   **SSN** 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
**Cause No.** 09-7887
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I experienced headaches, but I did not report them to a physician.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I spent up to 7 hours each day in the FEMA trailer.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I am not requesting reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317  **Cause No.** 09-7887
**Case Name** January, Lakesha D'Nay  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/25/1983  **SSN** 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

| | |
|---|---|
| | I am not making a claim for lost wages. |

| Question # | Question |
|---|---|
| 16 | Need Certification Page Signed |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_____  1/1/2012
Plaintiff or Representative      Date