# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318  **Cause No.** 09-7887
**Case Name** January, LaTosha Riane  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/8/1977  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to information provided by the government I resided in a Jayco Inc trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to information provided by the government I resided in a Jayco Inc trailer, VIN number is 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
According to information provided by the government I resided in a Jayco Inc trailer barcode number 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**EXHIBIT "D"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318  **Cause No.** 09-7887
**Case Name** January, LaTosha Riane  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/8/1977   **SSN** 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

**Answer**
The other person who resided with me in the FEMA housing unit was Laskesha January age 30 current address P.O.Box 324 Grand Chenier 70643, she resided in the FEMA trailer from 03/2006-10/2008 yes she is making a personal injury claim for headaches.

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I have never used any type of tobacco products.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
No one who resided with me used any type of tobacco product.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I experienced headaches, but I did not report them to a physician.

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID** 1403
**Def ID** 26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318  **Cause No.** 09-7887
**Case Name** January, LaTosha Riane  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/8/1977   **SSN** 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

**Notice #**
MTD NC

**Answer**
I did not seek medical treatment.

| Question # | Question |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
No I am not making a claim for mental or emotional damages.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I have never been diagnosed with lung and respiratory disease or skin disease.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
Please see attached Standard Form 95 however I do not have any of the other requested records in my possession.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID** 1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318  **Cause No.** 09-7887
**Case Name** January, LaTosha Riane  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 10/8/1977  **SSN** 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

**Def ID** 26

**Notice #** MTD NC

**Answer**
The symptoms that I have experienced are headaches and persistence cough.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
I spent four hours each day in the FEMA housing unit.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
I am not making a claim for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**
I am not making a claim for loss wages or lost earnings.

| Question # | Question |
|---|---|
| 16 | Need Certification Page signed |

**Pet ID** 1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318  
**Case Name** January, LaTosha Riane  
**DOB** 10/8/1977  **SSN** 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

**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_[signature]_  1/1/2012

Plaintiff or Representative    Date