# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935  
**Case Name** January, Victoria Denise  
**DOB** 3/22/1980   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided V.A.E. |

**Pet ID** 1403  
**Def ID** 26

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935  
**Case Name** January, Victoria Denise  
**DOB** 3/22/1980   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Notice #**  
MTD NC

**Answer**  
All residents who lived in the trailer are as follows:

LaTrall January, age 52  
106 Miller Ave  
Grand Chenier, LA 70643  
225-266-0579  

Keylen Pete, age 9  
LaTasha January, my daughter, age 34  
Wendy January, my daughter, age 32  
LaKesha January, my daughter, age 28  
Victoria January, my daughter, age 26  

**Question #** 5  
**Question** Plaintiff's Smoking History VI.C.  
**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
I have never smoked or used any tobacco products.

**Question #** 6  
**Question** Smoking History of Other Trailer Resident(s) VI.D.  
**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
No one who resided in the FEMA housing smoked or used any kind of tobacco products.

**Question #** 7  
**Question** Diagnosed Illness III.C.3.  
**Pet ID** 1403  
**Def ID** 26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935  
**Case Name** January, Victoria Denise  
**DOB** 3/22/1980  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Notice #**  
MTD NC

**Answer**  
Every time I would be in the trailer, my eyes would burn and I had a cold all the time. When I moved it cleared up a little bit. I did see a doctor for my illness. I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030.

**Question #** 8  
**Question** Treatment for Formaldehyde Related Injury VII.B.

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030. I do not recall the dates of treatment.

**Question #** 9  
**Question** Psychological Treatment III.C.8

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I am not making a claim for mental or emotional damages.

**Question #** 10  
**Question** Prior Medical History VI (F) (1&4)

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I have never suffered from lung or respiratory disease.  
I have never suffered from skin disease.

**Question #** **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935  
**Case Name** January, Victoria Denise  
**DOB** 3/22/1980   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| 11 | Produce Records VIII (A-D) |
|---|---|

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I had burning and itching eyes and a cold or sinus infection for a while.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I was in the trailer an average of 8 hours or more in the trailer unit.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expensesIII.C.9. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I am not request reimbursement for medical expenses.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935  **Cause No.** 09-7887
**Case Name** January, Victoria Denise  **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 3/22/1980  **SSN** 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

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
I am not making a claim for loss wages as a result of living in the trailer.

| Question # | Question |
|---|---|
| 16 | Need Certification page signed |

**Pet ID** 1403
**Def ID** 26
**Notice #** MTD NC

**Answer**
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_____    1/1/2012
Plaintiff or Representative           Date