# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936  
**Case Name** January, Wendy Rene  
**DOB** 3/22/1980    **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** `MTD NC  

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID** 1403  
**Def ID**

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936  
**Case Name** January, Wendy Rene  
**DOB** 3/22/1980    **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

26  
**Notice #**  
MTD NC

**Answer**  
All residents who lived in the trailer are as follows:

LaTrall January, my wife, age 52  
106 Miller Ave  
Grand Chenier, LA 70643  
225-266-0579

Keylen Pete, my nephew, age 9  
LaTasha January, my daughter, age 34  
Wendy January, my daughter, age 32  
LaKesha January, my daughter, age 28  
Victoria January, my daughter, age 26

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I have never used or smoked any tobacco products.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**  
1403

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
No one residing in the FEMA Trailer ever used tobacco products.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**  
1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936  
**Case Name** January, Wendy Rene  
**DOB** 3/22/1980   **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Def ID**  
26

**Notice #**  
MTD NC

**Answer**  
I was diagnosed with sinus infections and kidney problems while living in the FEMA trailer. I do not recall who diagnosed me or the dates of diagnosis.

**Question #** 8  
**Question** Treatment for Formaldehyde Related Injury VII.B.

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**  
I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030. I do not recall the dates of treatment.

**Question #** 9  
**Question** Psychological Treatment III.C.8.

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**  
Yes, I suffered from mental/emotional issues and stress during the time that we resided in the FEMA trailer. I do not recall the doctor who treated me, what was treated, the dates of treatment, or any medications that may have been used.

**Question #** 11  
**Question** Produce Records VIII (A-D)

**Pet ID** 1403

**Def ID** 26

**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936  
**Case Name** January, Wendy Rene  
**DOB** 3/22/1980  **SSN** 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  
**Cause No.** 09-7887  
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I had sinus infections when I lived in the trailer along with mental/emotional issues.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
I spent at least 8 hours or more in the trailer unit.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

**Answer**  
No, I am not what asking for reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID** 1403  
**Def ID** 26  
**Notice #** MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936  **Cause No.** 09-7887
**Case Name** January, Wendy Rene   **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB** 3/22/1980   **SSN** 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

**Answer**
I am not making a claim for lost wages as a result of living in a FEMA trailer.

| Question # | Question |
|---|---|
| 16 | Need Certification page signed |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_____   1/1/2012
Plaintiff or Representative           Date