UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Shelby Carter | * | |
| John January | * | |
| LaKesha January | * | |
| LaTosha January | * | |
| Victoria January | * | |
| Wendy January | * | |

*****************************************************************************

## UNOPPOSED MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NOS. 2 & 32 RELATING TO PLAINTIFF FACT SHEETS

On December 19, 2011, Defendants Jayco, Inc. ("Jayco") and Fluor Enterprises, Inc., moved this Court to dismiss the claims of Plaintiffs Shelby Carter, John January, LaKesha January, LaTosha January, Victoria January, and Wendy January ("Plaintiffs"), against the Defendants [Rec. Doc. No. 23927] on the grounds that the Plaintiffs identified in the motion failed to produce Plaintiff Fact Sheets ("PFSs") in compliance with Pre-Trial Order ("PTO") No. 2 and 32 [ Rec. Doc. No. 22607].

On June 3, 2010, Jayco sent correspondence to Plaintiffs' Counsel advising that although Jayco had possession of Plaintiffs' Amendments to the Plaintiff Fact Sheets, the Plaintiffs' failed to provide a completed Plaintiff Fact Sheet. Upon receipt of the Plaintiff Fact Sheets, Counsel for Jayco reviewed it and deemed the fact sheets deficient notwithstanding the information provided by the amendment. A proposed Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 was sent to Plaintiffs' Counsel on December 5, 2011. Counsel for Jayco received a

1

response on December 12, 2011 advising that Plaintiffs' Counsel opposed the motion.

On December 19, 2011, Defendants proceeded with filing the motion as opposed due to the response from Plaintiffs' counsel. On January 1, 2012, Defendants received deficiency answers for Plaintiffs Shelby Carter, John January, LaKesha January, LaTosha January, Victoria January, and Wendy January (*See* deficiency answers received from Plaintiffs' counsel January 1, 2012, attached as Exhibit A). Undersigned counsel certifies that he has contacted Plaintiffs' Counsel, who does not oppose this motion. Thus, Defendants move this Court to withdraw their previously filed motion to dismiss as to the Plaintiffs noted below:

> Shelby Carter
>
> John January
>
> LaKesha January
>
> LaTosha January
>
> Victoria January
>
> Wendy January

Accordingly, Jayco, Inc. and Fluor Enterprises, Inc. respectfully move the Court to grant their Motion to Withdraw the Motion to Dismiss for Failure to Comply with Pre-Trial Order No. 2 and 32.

Respectfully submitted,
**WILLINGHAM, FULTZ & COUGILL LLP**

By: s/*Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728

2

>Mississippi Bar No. 101058
>Niels Esperson Building
>808 Travis Street, Suite 1608
>Houston, Texas 77002
>(713) 333-7600 – Telephone
>(713) 333-7601 – Facsimile
>
>**Attorneys for Jayco, Inc.**

>**MIDDLEBERG, RIDDLE & GIANNA**
>
>By: _s/Charles R. Penot, Jr._
>Charles R. Penot, Jr. (La. Bar No. 1530 &
>Tx. Bar No. 24062455)
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>(214) 220-6334 – Telephone
>(214) 220-6807 – Facsimile
>
>   *-and-*
>
>Dominic J. Gianna, La. Bar No. 6063
>Sarah A. Lowman, La. Bar No. 18311
>201 St. Charles Avenue, Suite 3100
>New Orleans, Louisiana 70170
>(504) 525-7200 – Telephone
>(504) 581-5983 – Facsimile
>
>   *-and-*
>
>Richard A. Sherburne., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>(225) 381-7700 – Telephone
>(225) 381-7730 – Facsimile
>
>**Attorneys for Fluor Enterprises, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 3rd day of January, 2012.

              s/*Thomas L. Cougill*
              THOMAS L. COUGILL


**CERTIFICATE OF CONFERENCE**

As required by Pretrial Order Number 10, Paragraph 1, I certify that I have conferred, or made a reasonable attempt to confer, with all other parties about the merits of this motion with the following results: Plaintiff's counsel, CHRIS PINEDO, does not oppose this motion.

              s/*Thomas L. Cougill*
              THOMAS L. COUGIL