# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741

**Case Name** Carter, Shelby

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02PX61EP1028.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1247451.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID**
1403

**Def ID**
26

**Notice #**

EXHIBIT A

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741
**Case Name** Carter, Shelby
**DOB**                    **SSN**

**Cause No.** 09-7887
**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

---

| MTD NC |
| --- |

**Answer**

| I am the only person who resided in the FEMA trailer. |
| --- |

| Question # | Question |
| --- | --- |
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| I have been smoking since 1956. I smoke about 5 to 6 cigarettes a day. |
| --- |

| Question # | Question |
| --- | --- |
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| I am the only person who resided in the FEMA trailer. |
| --- |

| Question # | Question |
| --- | --- |
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| MTD NC |
| --- |

**Answer**

| The symptoms I experienced while residing in the FEMA trailer consist of burning of eyes, irritation to nasal membranes, headaches, diarrhea, persistent cough, and tightness of chest, however none of these were diagnosed as I did not seek medical attention. |
| --- |

| Question # | Question |
| --- | --- |
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID**

| 1403 |
| --- |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741

**Cause No.** 09-7887

**Case Name** Carter, Shelby

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**                    **SSN**

---

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
I did not seek medical attention for disease/illness/injury that I suffered as a result of living in a FEMA housing unit.

---

**Question #** | **Question**
| 9 | Psychological Treatment III.C.8. |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
I am not making any emotional or psychological damages claim as a result of residing in the FEMA trailer.

---

**Question #** | **Question**
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
I did not suffer from any respiratory or lung disease.
I did not suffer from skin disease.

---

**Question #** | **Question**
| 11 | Produce Records VIII (A-D) |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

---

**Question #** | **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741

**Case Name** Carter, Shelby

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| 12 | Checklist III.C. |
|---|---|

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

The symptoms I experienced while residing in the FEMA trailer consist of burning of eyes, irritation to nasal membranes, headaches, diarrhea, persistent cough, and tightness of chest.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

I spent about 8 hours each day in the trailer.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

I am not requesting reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

I am not making a claim for lost wages.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250741

**Case Name** Carter, Shelby

**DOB**　　　　　**SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 16 | Need Certification page signed |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| Please see attached Certification. |
|---|

Plaintiff or Representative

12/29/2011

Date

Carter, Shelby - WGC#250741

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Shelly Carter_
**Signature of Plaintiff**

**Shelby Carter**
**Print Your Name**

_12-12-11_
**Date**

SHELBY CARTER

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315

**Cause No.** 09-7887

**Case Name** January, Jr., John Albert

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**            **SSN**

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer barcode number 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315
**Case Name** January, Jr., John Albert
**DOB**        **SSN**

**Cause No.** 09-7887
**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**Answer**

All residents who lived in the trailer are as follows:

LaTrall January, my wife, age 52
106 Miller Ave
Grand Chenier, LA 70643
225-266-0579

K    P   , my nephew, age 9
LaTasha January, my daughter, age 34
Wendy January, my daughter, age 32
LaKesha January, my daughter, age 28
Victoria January, my daughter, age 26

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I have never smoked.

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
No one else residing in the FEMA trailer smoked or used tobacco products.

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315

**Case Name** January, Jr., John Albert

**DOB**                **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| | |
|---|---|
| | Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007. |

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007.

| Question # | Question |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

We did not go see a psychiatrist or psychologist for the mental or emotional issues as a result of the FEMA trailer.

| Question # | Question |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

Yes, I have suffered from Asthma and Sinus Infection. I was treated by Dr. Richard Sanders 277 N Highway 171 Ste 10, Lake Charles, LA 70611; (337) 312-0030 in 8/2007.

No, I have never suffered skin disease.

| Question # | Question |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID**
1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315

**Case Name** January, Jr., John Albert

**DOB**          **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
| Please see attached Standard form 95, however I do not have any of the other requested documents in my possession. |

---

| **Question #** | **Question** |
| 12 | Checklist III.C. |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
| All the symptoms that I suffered from were mental and emotional issues; and sinus infections. |

---

| **Question #** | **Question** |
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
| I spent approximately 24 hours a day in the trailer. |

---

| **Question #** | **Question** |
| 14 | If requesting reimbursement for medical expensesIII.C.9. |

**Pet ID**
| 1403 |

**Def ID**
| 26 |

**Notice #**
| MTD NC |

**Answer**
| No, I am not claiming reimbursement for medical expenses. |

---

| **Question #** | **Question** |
| 14 | Need Certification page signed |

**Pet ID**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250315                                              **Cause No.** 09-7887

**Case Name** January, Jr., John Albert          **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**                        **SSN**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3 |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

I am not making a wage loss claim.

_____          1/1/2012
Plaintiff or Representative                    Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317                                      **Cause No.** 09-7887
**Case Name** January, Lakesha D'Nay              **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB**              **SSN**

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID**
1403

**Def ID**
26

**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317

**Case Name** January, Lakesha D'Nay

**DOB**               **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| MTD NC |
|---|

**Answer**

| The other person who resided with me in the FEMA trailer was Latosha January, age 31. The current address P.O.Box 324 Grand Chenier, LA 70643. The dates resided in the FEMA trailer were from March of 2006 to October of 2008. There is a personal injury claim being made for headaches and persistent cough. |
|---|

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| I have never used any type of tobacco products. |
|---|

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| No one who resided with me used any type of tobacco product. |
|---|

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**

| 1403 |
|---|

**Def ID**

| 26 |
|---|

**Notice #**

| MTD NC |
|---|

**Answer**

| I experienced headaches, but I did not report them to a physician. |
|---|

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID**

| 1403 |
|---|

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317

**Case Name** January, Lakesha D'Nay

**DOB**　　　　　　　　**SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

---

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I did not seek treatment for formaldehyde related injury.

---

| **Question #** | **Question** |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
No, I am not claiming mental and/or emotional damages as a result of residing in a FEMA trailer.

---

| **Question #** | **Question** |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I suffer from asthma.
I experience shortness of  breath, but this stayed the same even after residing in FEMA trailer.
I suffered from these illnesses sometime in 2006.
I have never suffered from skin disease.

---

| **Question #** | **Question** |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317

**Case Name** January, Lakesha D'Nay

**DOB**　　　　　　**SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I experienced headaches, but I did not report them to a physician.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I spent up to 7 hours each day in the FEMA trailer.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not requesting reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250317

**Cause No.** 09-7887

**Case Name** January, Lakesha D'Nay

**Case Style** Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**                **SSN**

I am not making a claim for lost wages.

| Question # | Question |
|---|---|
| 16 | Need Certification Page Signed |

**Pet ID**

1403

**Def ID**

26

**Notice #**

MTD NC

**Answer**

A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_____          1/1/2012
Plaintiff or Representative                              Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318

**Case Name** January, LaTosha Riane

**DOB**          **SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to information provided by the government I resided in a  Jayco Inc trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to information provided by the government I resided in a Jayco Inc trailer , VIN number is 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to information provided by the government I resided in a Jayco Inc trailer barcode number 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318

**Case Name** January, LaTosha Riane

**DOB**              **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| | |
|---|---|
| **Answer** | |
| | The other person who resided with me in the FEMA housing unit was Laskesha January age 30 current address P.O.Box 324 Grand Chenier 70643, she resided in the FEMA trailer from 03/2006-10/2008 yes she is making a personal injury claim for headaches. |

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

| | |
|---|---|
| **Answer** | |
| | I have never used any type of tobacco products. |

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

| | |
|---|---|
| **Answer** | |
| | No one who resided with me used any type of tobacco product. |

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

| | |
|---|---|
| **Answer** | |
| | I experienced headaches, but I did not report them to a physician. |

| Question # | Question |
|---|---|
| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID**
1403

**Def ID**
26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318

**Case Name** January, LaTosha Riane

**DOB**              **SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

---

**Notice #**

| MTD NC |

**Answer**

| I did not seek medical treatment. |

| **Question #** | **Question** |
|---|---|
| 9 | Psychological Treatment III.C.8. |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

| No I am not making a claim for mental or emotional damages. |

| **Question #** | **Question** |
|---|---|
| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

| I have never been diagnosed with lung and respiratory disease or skin disease. |

| **Question #** | **Question** |
|---|---|
| 11 | Produce Records VIII (A-D) |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

| Please see attached Standard Form 95 however I do not have any of the other requested records in my possession. |

| **Question #** | **Question** |
|---|---|
| 12 | Checklist III.C. |

**Pet ID**

| 1403 |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318

**Cause No.** 09-7887

**Case Name** January, LaTosha Riane

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**            **SSN**

---

**Def ID**
26

**Notice #**
MTD NC

**Answer**
The symptoms that I have experienced are headaches and persistence cough.

---

| **Question #** | **Question** |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I spent four hours each day in the FEMA housing unit.

---

| **Question #** | **Question** |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not making a claim for medical expenses.

---

| **Question #** | **Question** |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not making a claim for loss wages or lost earnings.

---

| **Question #** | **Question** |
|---|---|
| 16 | Need Certification Page signed |

**Pet ID**
1403

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250318

**Case Name** January, LaTosha Riane

**DOB**          **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.

---

**Def ID**

26

**Notice #**

MTD NC

**Answer**

A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

---

Plaintiff or Representative

1/1/2012

Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935

**Case Name** January, Victoria Denise

**DOB**　　　　**SSN**

**Cause No.** 09-7887

**Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038.

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided V.A.E. |

**Pet ID**
1403

**Def ID**
26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935

**Cause No.** 09-7887

**Case Name** January, Victoria Denise

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**                **SSN**

---

**Notice #**

MTD NC

**Answer**

All residents who lived in the trailer are as follows:

LaTrall January, age 52
106 Miller Ave
Grand Chenier, LA 70643
**225-266-0579**

K        P        age 9
LaTasha January, my daughter, age 34
Wendy January, my daughter, age 32
LaKesha January, my daughter, age 28
Victoria January, my daughter, age 26

---

| Question # | Question |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**

1403

**Def ID**

26

**Notice #**

MTD NC

**Answer**

I have never smoked or used any tobacco products.

---

| Question # | Question |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**

1403

**Def ID**

26

**Notice #**

MTD NC

**Answer**

No one who resided in the FEMA housing smoked or used any kind of tobacco products.

---

| Question # | Question |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**

1403

**Def ID**

26

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935

**Cause No.** 09-7887

**Case Name** January, Victoria Denise

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**          **SSN**

---

**Notice #**

| MTD NC |

**Answer**

Every time I would be in the trailer, my eyes would burn and I had a cold all the time. When I moved it cleared up a little bit. I did see a doctor for my illness. I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030.

---

**Question #** | **Question**

| 8 | Treatment for Formaldehyde Related Injury VII.B. |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030. I do not recall the dates of treatment.

---

**Question #** | **Question**

| 9 | Psychological Treatment III.C.8 |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

I am not making a claim for mental or emotional damages.

---

**Question #** | **Question**

| 10 | Prior Medical History VI (F) (1&4) |

**Pet ID**

| 1403 |

**Def ID**

| 26 |

**Notice #**

| MTD NC |

**Answer**

I have never suffered from lung or respiratory disease.
I have never suffered from skin disease.

---

**Question #** | **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935

**Cause No.** 09-7887

**Case Name** January, Victoria Denise

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**          **SSN**

| 11 | Produce Records VIII (A-D) |
|---|---|

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| **Question #** | **Question** |
|---|---|
| 12 | Checklist III.C. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I had burning and itching eyes and a cold or sinus infection for a while.

| **Question #** | **Question** |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I was in the trailer an average of 8 hours or more in the trailer unit.

| **Question #** | **Question** |
|---|---|
| 14 | If requesting reimbursement for medical expensesIII.C.9. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not request reimbursement for medical expenses.

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250935

**Case Name** January, Victoria Denise

**DOB**                          **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I am not making a claim for loss wages as a result of living in the trailer.

| Question # | Question |
|---|---|
| 16 | Need Certification page signed |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense.

_____                    1/1/2012
Plaintiff or Representative                          Date

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936          **Cause No.** 09-7887

**Case Name** January, Wendy Rene      **Case Style** Sandy  Barnes, et. al.  vs. Jayco, Inc., et. al.

**DOB**          **SSN**

| Question # | Question |
|---|---|
| 1 | Manufacturer V.A.1. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer.

| Question # | Question |
|---|---|
| 2 | VIN # V.A.2. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The VIN number of that trailer was 1UJBJ02R061EJ1003.

| Question # | Question |
|---|---|
| 3 | Bar Code V.A.4. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
`MTD NC

**Answer**
According to the information provided by the US government through the FEMA offices in the matching process, I lived in a Jayco, Inc. trailer. The Barcode number of that trailer was 1288038

| Question # | Question |
|---|---|
| 4 | Names of all trailer residents (only if no VIN provided) V.A.E. |

**Pet ID**
1403

**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936

**Case Name** January, Wendy Rene

**DOB**                              **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

---

26

**Notice #**

MTD NC

**Answer**

All residents who lived in the trailer are as follows:

LaTrall January, my wife, age 52
106 Miller Ave
Grand Chenier, LA 70643
225-266-0579

K         P         my nephew, age 9
LaTasha January, my daughter, age 34
Wendy January, my daughter, age 32
LaKesha January, my daughter, age 28
Victoria January, my daughter, age 26

---

| **Question #** | **Question** |
|---|---|
| 5 | Plaintiff's Smoking History VI.C. |

**Pet ID**

1403

**Def ID**

26

**Notice #**

MTD NC

**Answer**

I have never used or smoked any tobacco products.

---

| **Question #** | **Question** |
|---|---|
| 6 | Smoking History of Other Trailer Resident(s) VI.D. |

**Pet ID**

1403

**Def ID**

26

**Notice #**

MTD NC

**Answer**

No one residing in the FEMA Trailer ever used tobacco products.

---

| **Question #** | **Question** |
|---|---|
| 7 | Diagnosed Illness III.C.3. |

**Pet ID**

1403

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936                          **Cause No.** 09-7887

**Case Name** January, Wendy Rene        **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.

**DOB**                    **SSN**

---

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I was diagnosed with sinus infections and kidney problems while living in the FEMA trailer. I do not recall who diagnosed me or the dates of diagnosis.

---

**Question #** | **Question**
8 | Treatment for Formaldehyde Related Injury VII.B.

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I saw Dr. Sanders, his address is 277 N. Hwy 171 Suite 8, Lake Charles, LA. His phone number is 337-312-0030. I do not recall the dates of treatment.

---

**Question #** | **Question**
9 | Psychological Treatment III.C.8.

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
Yes, I suffered from mental/emotional issues and stress during the time that we resided in the FEMA trailer. I do not recall the doctor who treated me, what was treated, the dates of treatment , or any medications that may have been used.

---

**Question #** | **Question**
11 | Produce Records VIII (A-D)

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936                                    **Cause No.** 09-7887
**Case Name** January, Wendy Rene            **Case Style** Sandy Barnes, et. al. vs. Jayco, Inc., et. al.
**DOB**                    **SSN**

Please see attached Standard form 95, however I do not have any of the other requested documents in my possession.

| Question # | Question |
|---|---|
| 12 | Checklist III.C. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I had sinus infections when I lived in the trailer along with mental/emotional issues.

| Question # | Question |
|---|---|
| 13 | Number of hours spent in the trailer each day V.13. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
I spent at least 8 hours or more in the trailer unit.

| Question # | Question |
|---|---|
| 14 | If requesting reimbursement for medical expenses III.C.9. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

**Answer**
No, I am not what asking for reimbursement for medical expenses.

| Question # | Question |
|---|---|
| 15 | If making a wage claim IV.F.3. |

**Pet ID**
1403

**Def ID**
26

**Notice #**
MTD NC

## Plaintiff Fact Sheet Deficiency Answers

**WGC#** 250936

**Case Name** January, Wendy Rene

**DOB**                    **SSN**

**Cause No.** 09-7887

**Case Style** Sandy Barnes, et. al.  vs. Jayco, Inc., et. al.

| Answer |
| --- |
| I am not making a claim for lost wages as a result of living in a FEMA trailer. |

| Question # | Question |
| --- | --- |
| 16 | Need Certification page signed |

**Pet ID**

| 1403 |
| --- |

**Def ID**

| 26 |
| --- |

**Notice #**

| MTD NC |
| --- |

| Answer |
| --- |
| A certification page has been sent to Plaintiff and as soon as one is received from Plaintiff it will be provided to the Defense. |

_____          1/1/2012
Plaintiff or Representative                      Date