UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGELHARDT |
| *Sandy Barnes v. Jayco, Inc.* | * | |
| Docket No. 09-7887 | * | MAG. JUDGE CHASEZ |
| Plaintiffs: Shelby Carter | * | |
| John January | * | |
| LaKesha January | * | |
| LaTosha January | * | |
| Victoria January | * | |
| Wendy January | * | |

**************************************************************************

### ORDER

Considering the foregoing Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 (Rec. Doc. No. 23927) filed by Jayco, Inc. and Fluor Enterprises, Inc.;

**IT IS ORDERED** that the Unopposed Motion to Withdraw Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 is **GRANTED**, and, accordingly, the Motion to Dismiss (Rec. Doc. No. 23927) filed by Jayco, Inc. and Fluor Enterprises, Inc. on December 19, 2011 be withdrawn from the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1