UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                              SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that attendance at the 9:00 a.m. conference on **Thursday, January 5, 2012**, will be limited to liaison counsel, committee members, counsel for FEMA, and a few other individuals who have sought and received prior approval of the Court. To be clear, the only individuals who will be granted admittance to the 9:00 a.m. conference on January 5, 2012 are:

                              Jerry Meunier
                              Justin Woods
                              Matt Moreland
                              Raul Bencomo
                              Frank D'Amico, Jr.
                              Tony Buzbee
                              Mikal Watts
                              Dennis Reich
                              Robert Becnel
                              Robert Hilliard
                              Andy Weinstock
                              Joe Glass
                              Ernie Gieger
                              Stewart Tharp
                              Jim Percy
                              Tim Scandurro

        Dave Kurtz
        Karen Whitfield
        Charlie Penot
        Gerry Barrios
        John Hainkel
        Lamont Domingue
        Tom Thagard
        Henry Miller (attendance optional)
        Adam Dinnell (attendance optional)
        Ralph Hubbard
        Charles Leche
        John Perry (attendance optional)
        Dan Balhoff (attendance optional)
        Randi Ellis (attendance optional)
        Amanda Ballay

Any other individuals seeking permission to attend must receive prior approval from the undersigned to be added to the above list. As usual, the 10:00 a.m. conference on Thursday, January 5, 2012, is open to all.

New Orleans, Louisiana, this 3rd day of January, 2012.

                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**