UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Emmette Burrle, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 09-4590) | * MAGISTRATE CHASEZ <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT AND ALTERNATIVE MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 32 RELATING TO PLAINTIFF FACT SHEETS

Defendants, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan),[1] move this Court for summary dismissal of the claims filed by plaintiffs Darrell Harrison and Denise Moore. The evidence establishes that neither Mr. Harrison nor Ms. Moore lived in a temporary housing unit (THU) procured by Morgan. Accordingly, Mr. Harrison and Ms. Moore cannot state a claim against Morgan. Morgan's motion for summary judgment should be granted, and Mr. Harrison's and Ms. Moore's claims against Morgan should be dismissed with prejudice at their costs.

In the alternative, Morgan moves to dismiss the claims of Mr. Harrison and Ms. Moore with prejudice for failure to comply with Pre-Trial Order No. 32, relating to Plaintiff Fact Sheets. Mr. Harrison and Ms. Moore failed to provide complete Plaintiff Fact Sheet responses, including responses to several "key questions" and failed to respond to Morgan's letter requesting that they

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

395173.2

1

cure their Plaintiff Fact Sheet deficiencies. Dismissal of Mr. Harrison's and Ms. Moore's claims with prejudice, pursuant to Fed. R. Civ. P. 41(b) and Fed. R. Civ. P. 37(b)(2)(A)(vi), is appropriate. Moreover, the Court has dismissed claims under similar circumstances in other cases pending in this MDL. *See* R. Doc. Nos. 22802 and 22803.

In support of this motion, Morgan submits the following exhibits:

> Exhibit A – Darrell Harrison's Plaintiff Fact Sheet;
>
> Exhibit B – Denise Moore's Plaintiff Fact Sheet
>
> Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13;
>
> Exhibit D – October 22, 2009 Morgan Buildings & Spas deposition excerpts, 19:9-20:21 and 24:12-23;
>
> Exhibit E – James Schilligo's December 2011 affidavit;
>
> Exhibit F - July 14, 2011 letter from A. Stout to J. Hall; and
>
> Exhibit G – June 20, 2011 letter from A. Stout to J. Hall.

**WHEREFORE**, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.'s motion for summary judgment or alternative motion to dismiss should be granted, dismissing the claims of Darrell Harrison's and Denise Moore's against Morgan, with prejudice at their costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC. AND MORGAN BUILDING
SYSTEMS, INC.

## Certificate of Service

I certify that, on January 3, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

395173.2

3