UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Emmette Burrle, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 09-4590) | * MAGISTRATE CHASEZ <br> * |

**************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. submit that there is no genuine issue concerning the following material facts:

1. Mr. Harrison and Ms. Moore lived in the same FEMA-supplied mobile home.[1]

2. Mr. Harrison and Ms. Moore lived in the same FEMA-supplied mobile home.[2]

3. The VIN number of Mr. Harrison's and Ms. Moore's FEMA-supplied mobile home was either GALF535A913848A32 or GALF53589134-8A32.[3]

4. The manufacturer of Mr. Harrison's and Ms. Moore's FEMA-supplied mobile home was Fleetwood.[4]

5. Ms. Moore's FEMA-supplied mobile home approximate length and width was 8 feet by 40 feet.[5]

6. Morgan procured temporary housing units directly from Fleetwood, Recreation by Design, and Monaco for the Katrina/Rita disasters.[6]

---

[1] Exhibits A and B.
[2] *Id.*
[3] Exhibit A, p. 8; Exhibit B, p. 8.
[4] *Id.*
[5] Exhibit B, p. 9.
[6] Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit D – October 22, 2009 Morgan Buildings & Spas., Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9-20:21 and 24:12-23.

395173.2

7. Morgan did not construct any temporary housing units for the Katrina / Rita disasters.[7]

8. Morgan did not purchase a Fleetwood mobile home unit bearing VIN number GALF535A913848A32.[8]

9. Morgan did not purchase a Fleetwood mobile home unit bearing VIN number GALF53589134-8A32.[9]

10. The mobile homes Morgan purchased from Fleetwood measured 14 feet by 60 feet.[10]

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on January 3, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

---

[7] Exhibit D - 24:12-23; Exhibit E.
[8] Exhibit E
[9] Id.
[10] Id.

395173.2

2