UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * | CIVIL ACTION NO. 1873 |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| This Document Relates To: | * | |
| | * | |
| Estella Adkins, et al. v. Morgan Buildings & Spas, Inc., et al (E.D. La. 09-5575) | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

*********************************************

## MOTION FOR SUMMARY JUDGMENT

Defendants, Morgan Buildings & Spas, Inc., Morgan Building and Spa Manufacturing Corporation, and Morgan Building Systems, Inc. (collectively, Morgan),[1] move this Court for summary dismissal of the claims filed by plaintiff Estela Adkins[2] and the minor, JL, who is represented by Maria Lennon. The evidence establishes that neither Ms. Adkins nor JL lived in a temporary housing unit (THU) procured by Morgan. Accordingly, Ms. Adkins and JL cannot state a claim against Morgan. Morgan's motion for summary judgment should be granted, and Ms. Adkins' and JL's claims against Morgan should be dismissed with prejudice at their costs.

In support of this motion, Morgan submits the following exhibits:[3]

       Exhibit A - Estela Adkins' Plaintiff Fact Sheet;

       Exhibit B – JL's Plaintiff Fact Sheet;

       Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and
       Morgan Building Systems, Inc. deposition excerpts, 21:6-13;

---

[1] Morgan Building Systems, Inc., which merged into Morgan Buildings & Spas, Inc. on January 19, 1994, no longer exists.

[2] In the complaint, Ms. Adkins' first name is listed as Estella. On her plaintiff fact sheet, she lists her first name as Estela, which is the spelling used by Morgan in this motion.

[3] All exhibits have been redacted to remove personal identifiers.

394453.2

Exhibit D – October 22, 2009 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9 - 20:2 and 24:12-23;

Exhibit E - James Schilligo affidavit; and

Exhibit F – June 17, 2011 letter from A. Stout to J. Priest.

**WHEREFORE**, Morgan Buildings & Spas, Inc., Morgan Building and Spa Manufacturing Corporation and Morgan Building Systems, Inc.'s motion for summary judgment should be granted, dismissing the claims of Estela Adkins and the minor JL against Morgan, with prejudice at their costs.

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 383-9000
Facsimile:  (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS &
SPAS, INC., MORGAN MANUFACTURING
CORPORATION, AND MORGAN BUILDING
SYSTEMS, INC.

## Certificate of Service

I certify that, on January 3, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

394453.2