UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA FORMALDEHYDE PRODUCT LIABILITY LITIGATION, | * CIVIL ACTION NO. 1873 <br> * <br> * <br> * <br> * <br> * JUDGE ENGELHARDT <br> * |
| This Document Relates To: | * <br> * |
| *Estella Adkins, et al. v. Morgan Buildings & Spas, Inc., et al* (E.D. La. 09-5575) | * MAGISTRATE CHASEZ <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Pursuant to Local Rule 56.1 of the U.S. District Court for the Eastern District of Louisiana, Morgan Buildings & Spas, Inc., Morgan Building and Spa Manufacturing Corporation, and Morgan Building Systems, Inc. submit that there is no genuine issue concerning the following material facts:

1. Ms. Adkins lived in a trailer manufactured by Fabrique, bearing VIN number 5L4TP332063015527.[1]

2. The minor, JL, lived in a Gulf Stream Cavalier trailer bearing VIN number 1NL1GTR2361023131.[2]

3. Morgan procured temporary housing units directly from Fleetwood, Recreation by Design, and Monaco for the Katrina/Rita disasters.[3]

4. Morgan did not construct any temporary housing units for the Katrina / Rita disasters.[4]

5. Morgan did not procure any trailers manufactured by Fabrique.[5]

---

[1] Exhibit A – Estela Adkins' Plaintiff Fact Sheet.
[2] Exhibit B – JL's Plaintiff Fact Sheet.
[3] Exhibit C – August 13, 2008 Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. deposition excerpts, 21:6-13; Exhibit D – October 22, 2009 Morgan Buildings & Spas., Inc. and Morgan Building Systems, Inc. deposition excerpts, 19:9-20:2.
[4] Exhibit D - 24:12-23; Exhibit E.
[5] *Id.*

394453.2

6.   Morgan did not purchase the Gulf Stream unit bearing VIN number 1NL1GTR2361023131 for sale to FEMA.[6]

Respectfully submitted,

/s/ Amanda S. Stout
Christine Lipsey (La. Bar Roll No. 1182), T.A.
Dan E. West (La. Bar Roll No. 13372)
Amanda S. Stout (La. Bar Roll No. 29001)
McGLINCHEY STAFFORD, PLLC
One American Place, 14th floor
Baton Rouge, Louisiana 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

ATTORNEYS FOR MORGAN BUILDINGS & SPAS, INC., MORGAN MANUFACTURING CORPORATION, AND MORGAN BUILDING SYSTEMS, INC.

### Certificate of Service

I certify that, on January 3, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system and by electronic mail.

/s/ Amanda S. Stout
Amanda S. Stout

---

[6] Exhibit E.

394453.2

2