# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL. No. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section: N (5) |
| | * | |
| | * | Judge: Engelhardt |
| This Document Relates To: | * | |
| *Estes v. Crum and Forster Specialty Ins. Co., et al*, | * | Magistrate: Chasez |
| *No: 10-3610* | * | |

*************************************************************************

## JOINDER IN SENTRY INSURANCE A MUTUAL COMPANY'S MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF UNDER RULE 60(a)

NOW INTO COURT, through undersigned counsel, comes defendant, Crum & Forster Specialty Insurance Company, and for joining in the Memorandum in Opposition filed by Sentry Insurance A Mutual Company ("Sentry") [Rec. Doc. 23957] in Response to the Plaintiff's Motion for Reconsideration and/or Relief from an Order Pursuant to Federal Rule of Civil Procedure 60(a) [Rec. Doc. No. 23899], and for adopting the arguments made by Sentry *in toto* as if copied herein, respectfully avers that Motion for Reconsideration and/or Relief of plaintiff Precious Dundy be denied.

                                                Respectfully submitted:

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A COPY OF THE FOREGOING PLEADING HAS BEEN SERVED UPON COUNSEL FOR ALL PARTIES BY EMAILING THE SAME TO EACH, PROPERLY THROUGH THE COURT'S E-FILING SYSTEM ON THIS ___3rd__ DAY OF ___January__, 2012..

    ____/s *Eric B. Berger*_

__/s *Eric B. Berger*_____
SIDNEY J. ANGELLE, #1002
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290