UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO CASES IDENTIFIED IN EXHIBIT "1" ATTACHED HERETO | * | MAG. JUDGE CHASEZ |

## EXHIBIT "1"

*Bachemin, et al v. Gulf Stream, et al,* Docket No. 09-8701, EDLA

*Aubert et al v. Fleetwood et al,* Docket No. 09-8647, EDLA

*Alexander et al v. Gulf Stream, et al,* Docket No. 098646, EDLA

*Ambeau et al v. Forest River Inc., et al,* Docket No. 09-8702, EDLA

*Beverly et al v. Recreation by Design, LLC, et al,* Docket No. 09-8650, EDLA

*Robert James, Jr. et al v. FRH, Inc. et al,* Docket No. 09-3604, EDLA

*Mackles v. Alliance,* Docket No. 09-4843, EDLA

*Miller v. Cavalier,* Docket No. 10-775, WDLA

*Miller v. Cavalier,* Docket No. 10-3487, EDLA

*Acosta v. Gulf Stream,* Docket No. 09-4661, EDLA

*Diaz v. Gulf Stream, et al,* Docket No. 10-3556, EDLA

*Albarado v. Keystone,* Docket No. 09-3731, EDLA

*Fava v. Keystone Industries, et al,* Docket No. 10-3741, EDLA

*Bailey v. Forest River,* Docket No. 09-3588, EDLA

*Simmons v. Insurco, et al,* Docket No. 10-3819, EDLA

*Hartle v. Patriot,* Docket No. 09-3950, EDLA

*Adams v. Fleetwood,* Docket No. 09-4371, EDLA

*Estrada v. American International, et al.,* 10-3739, EDLA

*Ladner v. Fleetwood,* 09-4372, EDLA

*Navarrete v. American,* 10-3566, EDLA

*Alverez v. Pilgrim International,* 09-4838, EDLA

*Green v. Crum and Foster,* 10-3506, EDLA