UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                            SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-4611, 09-4636

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in

opposition to a motion be filed eight days prior to the noticed submission date. No memorandum

in opposition to "Defendant Forest River Inc.'s Motion to Dismiss for Failure to Comply with

Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc. 23838), noticed for

submission on December 28, 2011, was filed. Further, it appears to the Court that this motion

has merit. Accordingly,

**IT IS ORDERED** that **"Defendant Forest River Inc.'s Motion to Dismiss for Failure**

**to Comply with Pre-Trial Orders No. 2 and 32 Relating to Plaintiff Fact Sheets" (Rec. Doc.**

**23838)** is hereby **GRANTED**, dismissing with prejudice the claims of the plaintiffs named

therein.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves

with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable

to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 30th day of December 2011.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**