UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION: N, 5 |
| This document relates to: *Stefanie Adkison v. R-Vision, Inc.* No. 09-7814 Plaintiffs: *Patrick Poiroux* | * * * * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion for Leave to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Leave to File a Reply in Support of Motion to Dismiss for Failure to Comply With Pre-Trial Order Nos. 2 and 32 (Rec. Doc. 23824) is hereby **GRANTED**.

New Orleans, Louisiana this 30th day of December, 2011.

_____
United States District Judge

#1075453