UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Pohlmann, et al., v. Dutchmen Manufacturing Inc., et al.*
*Civil Action No. 09-8660*
*************************************************************************

## ORDER

Considering the foregoing motion;

IT IS ORDERED that Plaintiff's foregoing Motion for Leave to File Memorandum in Reply to Dutchmen's Opposition to motion for Leave to Amend Complaint is hereby GRANTED.

DATED this  30th  day of  December , 2011 , in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE