UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO:   MDL 1873 (N-5) |
| This Document Relates to: *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-6895. SDMS 09-0519 Plaintiffs: Pertains to all plaintiffs | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER
---

CONSIDERING THE FOREGOING, unopposed Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** with prejudice as to Heartland Recreational Vehicles, LLC and reserving the following plaintiffs' claims as to other defendants who have been named in this and other complaints against the correct or matched manufacturers, the United States of America, and government contractors:

- Cheryl Andrews (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Huy Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Susan Anglin on behalf of Taylor Marie Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Travis David Anglin (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mary A. Brouillette (Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Abigail Byerley Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Angelique Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie & Ronald individually and on behalf of Anthony Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ronald Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Sherrie Byerley(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa individually and on behalf of Jessee A. Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Melissa Ann Cancienne(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Lorraine J. Domingo(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffrey Michael Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Emily Leighanne Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- James Michael Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Ann Guillotte(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mario Huy(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Ruby D. Keaton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Mascaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Louis Macaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Elizabeth Melton(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Jeffery Graves, Individually and on behalf of Kristen Lynn Melton-Graves(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Cayla Jessica Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Sherry Pepperman, Individually and on behalf of Chaz Jacob Moreau(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Devin Paige Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Stacy Guillotte, Individually and on behalf of Robin Christine Oliver(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- John Palmer(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Aaron Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell H. Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Chantell Salleen, Individually and on behalf of Khiley Sallean(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Audie L. Scott(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brian Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields, Individually and on behalf of Cameron Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Mandy Shields(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Brock Anthony Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Rock Tufaro(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Christopher M. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Clayton R. Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Redden Tyler(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Benjamin Henry Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Henry Herbert Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

- Marina Dolores Vandenborre(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*
- Joyanna Mae Zilucca(Plaintiff in *Cheryl Andrews, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 09-6895. SDMS 09-0519)*

New Orleans, Louisiana, this __30th__ day of _____December_____, 2011.

_____
United States District Judge.