UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| SECTION "N" (5) | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |

**THIS DOCUMENT IS RELATED TO:** *

*Maria Raffield, et al v. R-Vision, Inc. et al.* *
No. 10-1261 *
Plaintiffs:  Latoya Batiste *
         Damion Batiste *
         Latoya Batiste obo *
            Damion Batiste, Jr. *
         Latoya Batiste obo Sa'renity Batiste *
         Lakeshia Bradley *
         Liz Mitchell obo Bria Mitchell *
         Shatarra Declouiet obo *
            Takerra Citizen *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Consent Motion For Extension of Time to File Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets,

IT IS ORDERED ADJUDGED AND DECREED, that the submission date for Defendant's Motion to Dismiss, Rec. Doc. 23976, is continued to Wednesday, January 25, 2012, at 9:30 am, and any memoranda in opposition to same shall be filed in accordance with Rule 7.5 of the Local Rules of United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana this 3rd day of January, 2012.

_____
United States District Judge