UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : JUDGE KURT D. ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY
LITIGATION : DOCKET NO: MDL 1873 (N-5)

This Document Relates to:
*Rafat Alkurd, Individually and on behalf of the* : MAG. JUDGE ALMA L. CHASEZ
*Minor, A.A., et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 09-4671*
Pertains to all plaintiffs

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2 & 32 RELATING TO PLAINTIFFS FACT SHEETS

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiffs, without prejudice as to all defendants save for Heartland, for failure to comply with the Court's Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Etaf Akurd*
- *Rafat Alkurd, individually and on behalf of the Minor N.A.*
- *Rafat Alkurd*
- *Individually and on behalf of the minor R.A.*
- *Dennis C. Armitage*
- *Jakob Bennett*
- *Nicole Bennett*
- *Angela Saragusa Bernard*
- *Susan Balbon Bigting*
- *Brittany L. Brightman*
- *Robin Clark, individually and on behalf of the Minor KC*
- *Allen Couvillon*
- *Sandra Lee Couvillon*

- *Angela Crawford, Individually and on behalf of the minor CC*
- *Rick & Stacy, individually and on behalf of the minor CD*
- *Rick & Stacy, Individually and on behalf of the minor HD*
- *Richard E. Davidson*
- *Stacy Ann Davidson*
- *Brittany Michel Deano*
- *Sophie A. Dominick*
- *Helen Deloris Ducayag*
- *Helen Deloris Ducayag*
- *Ashley Dusaules individually and on behalf of the minor DD*
- *Clarence Enclade*
- *Joseph W. Gallardo*
- *Samantha Gonzales, Individually and on behalf of the Minor AG*
- *Samantha Gonzales*
- *Samantha Gonzales, Individually and on behalf of the minor TG*
- *Thomas Gonzales*
- *Toni Ann Gonzales*
- *, Individually and on behalf of the Minor TG*
- *Natalie Mary Hahlos*
- *Karen D. Harwell*
- *Shawn Hernanez, Individually and on behalf of the Minor IH*
- *Floyd William Herty*
- *Louella Hill*
- *Roosevelt Hill*
- *Jennifer M. Honore*
- *Samuel G. Howell*
- *Lanney S. Jones*
- *Michelle M. Kenney*
- *Judy B. Kieff*
- *Eva Lafuentes*
- *Gerald A. LeBlanc*
- *Derrick Dean Lewis*
- *Mardell Lewis*
- *Sherman C. Lewis*
- *Dorothy C. Lezina*
- *William Dale Lind*
- *Linda S. Lopez*
- *Clifford J. Maher*
- *Jeffery Chauppetta, Individually and on behalf of the Minor HM*
- *Jeffery Chaupetta, Individually and on behalf of the Minor KM*
- *Jerilynn Pierce Melton*
- *Donna Miller*
- *Donna Miller, Individually and on behalf of the Minor KM*
- *Rachel Montana*

- *Kenneth Nastasi*
- *Michelle Nastasi*
- *Rosalie Nastasi*
- *Rosalie Nastasi*
- *Justin G. Nikolaus*
- *Richard W. Nye*
- *Norma K. Oalmann*
- *Pepito H. Patino*
- *Thomas Payn*
- *Jamere Jarron Payne*
- *Lititia Ann Payne*
- *Tarena Troschele Payne*
- *Brian Perez*
- *Gary Perez*
- *Lee Sylvia Perez*
- *Royce Perez*
- *Deborah Proctor Richard*
- *Dwight Richard*
- *Dwight Richard*
- *Brittany Roberts*
- *Jenny Roberts Individually and on behalf of the Minor JR*
- *Martin Roberts*
- *James S. Sakobie*
- *James Salande*
- *Kevin W. Salande*
- *Teresa C. Salande*
- *Louis J. Saubat*
- *Albert Schmiderer*
- *Regina Schmiderer*
- *Ray Schultz*
- *Terri Scott, Individually and on behalf of the Minor BS*
- *Sharon Simmons, Individually and on behalf of the Minor ES*
- *Jessica Simmons*
- *Jessica Simmons*
- *Cecilia C. Slayton*
- *Tara Galbreth, Individually and on behalf of the Minor CS*
- *Ariane M. Taylor*
- *Jessie J. Taylor*
- *Sharlene Taylor*
- *Ariane Taylor, individually and on behalf of the Minor TT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Gwendolyn W. Totorico*
- *Richard Totorico*

- *Daniel Uribe*
- *Benjamin Henry Vandenborre*
- *Bridgette Walker, Individually and on behalf of the Minor LW*
- *Melvin Walker*
- *Eugene J. White*
- *Donovan Wilkinson*
- *Jasmine Williams*
- *Juline Williams, Individually and on behalf of the Minor JW*
- *Roberto Zambrano*

Further, the claims of the following plaintiffs are dismissed without prejudice as duplicative of those asserted in *Toni Ann Gonzales, et al. vs. Heartland Recreational Vehicles, et al.*, C.A. No. 10-3954:

- *Gary Leighton Howell*
- *Marilyn Howell*

The reasons for the Motion are more fully set forth in the attached supporting memorandum. Opposing counsel has been contacted regarding this motion and has stated they do oppose the motion.

Respectfully submitted,
ALLEN & GOOCH

*/s/ Lori D. Barker*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 5th day of January, 2012.

*/s/ Lori D. Barker*
LORI D. BARKER