UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | JUDGE KURT D. ENGELHARDT DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Rafat Alkurd, Individually and on behalf of the Minor, A.A., et al versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-4671 Pertains to all plaintiffs | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32
<u>RELATING TO PLAINTIFF FACT SHEETS</u>

MAY IT PLEASE THE COURT:

Heartland Recreational Vehicles ("Heartland"), moves this Court for an Order dismissing the claims of the following plaintiffs, without prejudice as to all defendants save for Heartland, for failure to comply with Pre-Trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Etaf Akurd*
- *Rafat Alkurd, individually and on behalf of the Minor N.A.*
- *Rafat Alkurd*
- *Individually and on behalf of the minor R.A.*
- *Dennis C. Armitage*
- *Jakob Bennett*
- *Nicole Bennett*
- *Angela Saragusa Bernard*
- *Susan Balbon Bigting*
- *Brittany L. Brightman*
- *Robin Clark, individually and on behalf of the Minor KC*
- *Allen Couvillon*
- *Sandra Lee Couvillon*

- *Angela Crawford, Individually and on behalf of the minor CC*
- *Rick & Stacy, individually and on behalf of the minor CD*
- *Rick & Stacy, Individually and on behalf of the minor HD*
- *Richard E. Davidson*
- *Stacy Ann Davidson*
- *Brittany Michel Deano*
- *Sophie A. Dominick*
- *Helen Deloris Ducayag*
- *Helen Deloris Ducayag*
- *Ashley Dusaules individually and on behalf of the minor DD*
- *Clarence Enclade*
- *Joseph W. Gallardo*
- *Samantha Gonzales, Individually and on behalf of the Minor AG*
- *Samantha Gonzales*
- *Samantha Gonzales, Individually and on behalf of the minor TG*
- *Thomas Gonzales*
- *Toni Ann Gonzales*
- *, Individually and on behalf of the Minor TG*
- *Natalie Mary Hahlos*
- *Karen D. Harwell*
- *Shawn Hernanez, Individually and on behalf of the Minor IH*
- *Floyd William Herty*
- *Louella Hill*
- *Roosevelt Hill*
- *Jennifer M. Honore*
- *Samuel G. Howell*
- *Lanney S. Jones*
- *Michelle M. Kenney*
- *Judy B. Kieff*
- *Eva Lafuentes*
- *Gerald A. LeBlanc*
- *Derrick Dean Lewis*
- *Mardell Lewis*
- *Sherman C. Lewis*
- *Dorothy C. Lezina*
- *William Dale Lind*
- *Linda S. Lopez*
- *Clifford J. Maher*
- *Jeffery Chauppetta, Individually and on behalf of the Minor HM*
- *Jeffery Chaupetta, Individually and on behalf of the Minor KM*
- *Jerilynn Pierce Melton*
- *Donna Miller*
- *Donna Miller, Individually and on behalf of the Minor KM*
- *Rachel Montana*

- *Kenneth Nastasi*
- *Michelle Nastasi*
- *Rosalie Nastasi*
- *Rosalie Nastasi*
- *Justin G. Nikolaus*
- *Richard W. Nye*
- *Norma K. Oalmann*
- *Pepito H. Patino*
- *Thomas Payn*
- *Jamere Jarron Payne*
- *Lititia Ann Payne*
- *Tarena Troschele Payne*
- *Brian Perez*
- *Gary Perez*
- *Lee Sylvia Perez*
- *Royce Perez*
- *Deborah Proctor Richard*
- *Dwight Richard*
- *Dwight Richard*
- *Brittany Roberts*
- *Jenny Roberts Individually and on behalf of the Minor JR*
- *Martin Roberts*
- *James S. Sakobie*
- *James Salande*
- *Kevin W. Salande*
- *Teresa C. Salande*
- *Louis J. Saubat*
- *Albert Schmiderer*
- *Regina Schmiderer*
- *Ray Schultz*
- *Terri Scott, Individually and on behalf of the Minor BS*
- *Sharon Simmons, Individually and on behalf of the Minor ES*
- *Jessica Simmons*
- *Jessica Simmons*
- *Cecilia C. Slayton*
- *Tara Galbreth, Individually and on behalf of the Minor CS*
- *Ariane M. Taylor*
- *Jessie J. Taylor*
- *Sharlene Taylor*
- *Ariane Taylor, individually and on behalf of the Minor TT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Gwendolyn W. Totorico*
- *Richard Totorico*

- *Daniel Uribe*
- *Benjamin Henry Vandenborre*
- *Bridgette Walker, Individually and on behalf of the Minor LW*
- *Melvin Walker*
- *Eugene J. White*
- *Donovan Wilkinson*
- *Jasmine Williams*
- *Juline Williams, Individually and on behalf of the Minor JW*
- *Roberto Zambrano*

Further, the claims of the following plaintiffs are dismissed without prejudice as duplicative of those asserted in *Toni Ann Gonzales, et al. vs. Heartland Recreational Vehicles, et al.*, C.A. No. 10-3954:

- *Gary Leighton Howell*
- *Marilyn Howell*

I. CREATION OF MDL AND FACT SHEET PROCESS

This Multi-District Litigation was created in 2007. On January 30, 2008, the Court issued Pre-Trial Order No. 2 (PTO 2), establishing procedures for various case management issues. PTO 2 introduced the "Plaintiff Fact Sheet" (PFS), as a substitute for initial Interrogatories and Requests for Production of Documents. (Rec. Doc. 87)  PTO 2 also established a process for "curing" PFS that were not properly completed. Under PTO 2, when any plaintiff failed to produce or complete a PFS within the timelines established by the order, counsel for the defendant was to send plaintiff's counsel a letter identifying the plaintiff's failure to produce a PFS or the deficiencies in a PFS produced by the plaintiff, and stating dismissal would be sought if the PFS was not timely produced or cured. The plaintiff was then required to submit a cured PFS within 30 days of the notification. On March 18, 2009, the Court amended PTO 2 with Pre-Trial Order No. 32 (PTO 32), which provided new deadlines within which plaintiffs were required to submit PFS to defense counsel. (Rec. Doc. 1180)

II    FACTUAL BASIS

On July 30, 2009, plaintiffs filed a Complaint for Damages entitled *Rafat Alkurd, Individually and on Behalf of the minor AA. V. Heartland Recreational Vehicles.* (EDLA 09-4671, Rec. Doc. 1) According to PTO 32, plaintiffs were required to produce a PFS within 30 days of filing their lawsuit.

Counsel for Heartland notified plaintiffs' counsel that the aforementioned plaintiffs had failed to produce a PFS and that if they failed to produce a PFS within the applicable deadlines, Heartland would move to dismiss their claims. (Ex. A)

A. <u>Plaintiffs who have not provided a PFS</u>

Counsel for Plaintiffs has recently confirmed their consent to this Motion to Dismiss as they have not provided a PFS directed to Heartland with regards to the following plaintiffs:

- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Etaf Akurd*
- *Rafat Alkurd, individually and on behalf of the Minor N.A.*
- *Rafat Alkurd*
- *Individually and on behalf of the minor R.A.*
- *Dennis C. Armitage*
- *Jakob Bennett*
- *Nicole Bennett*
- *Angela Saragusa Bernard*
- *Susan Balbon Bigting*
- *Brittany L. Brightman*
- *Robin Clark, individually and on behalf of the Minor KC*
- *Allen Couvillon*
- *Sandra Lee Couvillon*
- *Angela Crawford, Individually and on behalf of the minor CC*
- *Rick & Stacy, individually and on behalf of the minor CD*
- *Rick & Stacy, Individually and on behalf of the minor HD*
- *Richard E. Davidson*
- *Stacy Ann Davidson*
- *Brittany Michel Deano*
- *Sophie A. Dominick*
- *Helen Deloris Ducayag*

- *Helen Deloris Ducayag*
- *Ashley Dusaules individually and on behalf of the minor DD*
- *Clarence Enclade*
- *Joseph W. Gallardo*
- *Samantha Gonzales, Individually and on behalf of the Minor AG*
- *Samantha Gonzales*
- *Samantha Gonzales, Individually and on behalf of the minor TG*
- *Thomas Gonzales*
- *Toni Ann Gonzales*
- *, Individually and on behalf of the Minor TG*
- *Natalie Mary Hahlos*
- *Karen D. Harwell*
- *Shawn Hernanez, Individually and on behalf of the Minor IH*
- *Floyd William Herty*
- *Louella Hill*
- *Roosevelt Hill*
- *Jennifer M. Honore*
- *Samuel G. Howell*
- *Lanney S. Jones*
- *Michelle M. Kenney*
- *Judy B. Kieff*
- *Eva Lafuentes*
- *Gerald A. LeBlanc*
- *Derrick Dean Lewis*
- *Mardell Lewis*
- *Sherman C. Lewis*
- *Dorothy C. Lezina*
- *William Dale Lind*
- *Linda S. Lopez*
- *Clifford J. Maher*
- *Jeffery Chauppetta, Individually and on behalf of the Minor HM*
- *Jeffery Chaupetta, Individually and on behalf of the Minor KM*
- *Jerilynn Pierce Melton*
- *Donna Miller*
- *Donna Miller, Individually and on behalf of the Minor KM*
- *Rachel Montana*
- *Kenneth Nastasi*
- *Michelle Nastasi*
- *Rosalie Nastasi*
- *Rosalie Nastasi*
- *Justin G. Nikolaus*
- *Richard W. Nye*
- *Norma K. Oalmann*
- *Pepito H. Patino*

- *Thomas Payn*
- *Jamere Jarron Payne*
- *Lititia Ann Payne*
- *Tarena Troschele Payne*
- *Brian Perez*
- *Gary Perez*
- *Lee Sylvia Perez*
- *Royce Perez*
- *Deborah Proctor Richard*
- *Dwight Richard*
- *Dwight Richard*
- *Brittany Roberts*
- *Jenny Roberts Individually and on behalf of the Minor JR*
- *Martin Roberts*
- *James S. Sakobie*
- *James Salande*
- *Kevin W. Salande*
- *Teresa C. Salande*
- *Louis J. Saubat*
- *Albert Schmiderer*
- *Regina Schmiderer*
- *Ray Schultz*
- *Terri Scott, Individually and on behalf of the Minor BS*
- *Sharon Simmons, Individually and on behalf of the Minor ES*
- *Jessica Simmons*
- *Jessica Simmons*
- *Cecilia C. Slayton*
- *Tara Galbreth, Individually and on behalf of the Minor CS*
- *Ariane M. Taylor*
- *Jessie J. Taylor*
- *Sharlene Taylor*
- *Ariane Taylor, individually and on behalf of the Minor TT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Gwendolyn W. Totorico*
- *Richard Totorico*
- *Daniel Uribe*
- *Benjamin Henry Vandenborre*
- *Bridgette Walker, Individually and on behalf of the Minor LW*
- *Melvin Walker*
- *Eugene J. White*
- *Donovan Wilkinson*
- *Jasmine Williams*
- *Juline Williams, Individually and on behalf of the Minor JW*

- *Roberto Zambrano*

B. <u>Plaintiffs with duplicative claims</u>

- *Gary Leighton Howell*
- *Marilyn Howell*

Counsel for Gary Leighton Howell and Marilyn Howell have consented to dismiss the claims of these plaintiffs without prejudice as duplicative of the claims they have asserted in the matter entitled *Toni Ann Gonzales, et al. vs. Heartland Recreational Vehicles*, et. al. (EDLA # 10-3954) where they have been preserved against the properly matched defendants, filed on October 19, 2010, pursuant to Pretrial Order No. 68 (R. Doc. 14779)

III.  LAW AND ARGUMENT

The plaintiffs identified above have failed to comply with PTO 2 and PTO 32, and this Court should dismiss their claims. Rule 41(b) of the Federal Rules of Civil Procedure provides the basis for dismissal for failure to comply with a court order. The authority is based on the court's power to manage and administer its affairs, and to ensure the orderly and expeditious disposition of cases. *Berry v. CIGNA / RSI-CIGNA*, 975 F.2d 1188, 1190 (5th Cir. 1992); *Colle v. Brazos County, Tex.*, 981 F.2d 237, 242-243 (5th Cir. 1993).

III.  CONCLUSION

For the reasons set forth above, and in accordance with Pre-Trial Orders 2 and 32, and Fed. Rules Civ. Proc. 37(b)(2)VI and 41(b), the unopposed Motion to Dismiss filed by Heartland Recreational Vehicles should be granted, dismissing the following plaintiffs claims, without prejudice as to all defendants save for Heartland.

- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Etaf Akurd*
- *Rafat Alkurd, individually and on behalf of the Minor N.A.*
- *Rafat Alkurd*

- *Individually and on behalf of the minor R.A.*
- *Dennis C. Armitage*
- *Jakob Bennett*
- *Nicole Bennett*
- *Angela Saragusa Bernard*
- *Susan Balbon Bigting*
- *Brittany L. Brightman*
- *Robin Clark, individually and on behalf of the Minor KC*
- *Allen Couvillon*
- *Sandra Lee Couvillon*
- *Angela Crawford, Individually and on behalf of the minor CC*
- *Rick & Stacy, individually and on behalf of the minor CD*
- *Rick & Stacy, Individually and on behalf of the minor HD*
- *Richard E. Davidson*
- *Stacy Ann Davidson*
- *Brittany Michel Deano*
- *Sophie A. Dominick*
- *Helen Deloris Ducayag*
- *Helen Deloris Ducayag*
- *Ashley Dusaules individually and on behalf of the minor DD*
- *Clarence Enclade*
- *Joseph W. Gallardo*
- *Samantha Gonzales, Individually and on behalf of the Minor AG*
- *Samantha Gonzales*
- *Samantha Gonzales, Individually and on behalf of the minor TG*
- *Thomas Gonzales*
- *Toni Ann Gonzales*
- *, Individually and on behalf of the Minor TG*
- *Natalie Mary Hahlos*
- *Karen D. Harwell*
- *Shawn Hernanez, Individually and on behalf of the Minor IH*
- *Floyd William Herty*
- *Louella Hill*
- *Roosevelt Hill*
- *Jennifer M. Honore*
- *Samuel G. Howell*
- *Lanney S. Jones*
- *Michelle M. Kenney*
- *Judy B. Kieff*
- *Eva Lafuentes*
- *Gerald A. LeBlanc*
- *Derrick Dean Lewis*
- *Mardell Lewis*
- *Sherman C. Lewis*

- *Dorothy C. Lezina*
- *William Dale Lind*
- *Linda S. Lopez*
- *Clifford J. Maher*
- *Jeffery Chauppetta, Individually and on behalf of the Minor HM*
- *Jeffery Chaupetta, Individually and on behalf of the Minor KM*
- *Jerilynn Pierce Melton*
- *Donna Miller*
- *Donna Miller, Individually and on behalf of the Minor KM*
- *Rachel Montana*
- *Kenneth Nastasi*
- *Michelle Nastasi*
- *Rosalie Nastasi*
- *Rosalie Nastasi*
- *Justin G. Nikolaus*
- *Richard W. Nye*
- *Norma K. Oalmann*
- *Pepito H. Patino*
- *Thomas Payn*
- *Jamere Jarron Payne*
- *Lititia Ann Payne*
- *Tarena Troschele Payne*
- *Brian Perez*
- *Gary Perez*
- *Lee Sylvia Perez*
- *Royce Perez*
- *Deborah Proctor Richard*
- *Dwight Richard*
- *Dwight Richard*
- *Brittany Roberts*
- *Jenny Roberts Individually and on behalf of the Minor JR*
- *Martin Roberts*
- *James S. Sakobie*
- *James Salande*
- *Kevin W. Salande*
- *Teresa C. Salande*
- *Louis J. Saubat*
- *Albert Schmiderer*
- *Regina Schmiderer*
- *Ray Schultz*
- *Terri Scott, Individually and on behalf of the Minor BS*
- *Sharon Simmons, Individually and on behalf of the Minor ES*
- *Jessica Simmons*
- *Jessica Simmons*

- *Cecilia C. Slayton*
- *Tara Galbreth, Individually and on behalf of the Minor CS*
- *Ariane M. Taylor*
- *Jessie J. Taylor*
- *Sharlene Taylor*
- *Ariane Taylor, individually and on behalf of the Minor TT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Gwendolyn W. Totorico*
- *Richard Totorico*
- *Daniel Uribe*
- *Benjamin Henry Vandenborre*
- *Bridgette Walker, Individually and on behalf of the Minor LW*
- *Melvin Walker*
- *Eugene J. White*
- *Donovan Wilkinson*
- *Jasmine Williams*
- *Juline Williams, Individually and on behalf of the Minor JW*
- *Roberto Zambrano*

Further, the claims of the following plaintiffs are dismissed without prejudice as duplicative of those asserted in *Toni Ann Gonzales, et al. vs. Heartland Recreational Vehicles, et al.*, C.A. No. 10-3954:

- *Gary Leighton Howell*
- *Marilyn Howell*

The undersigned has forwarded a copy of this motion to Counsel for Plaintiffs who do oppose this Motion.

Respectfully submitted,
ALLEN & GOOCH
/s/ Lori D. Barker
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 5th day of January, 2012..

/s/ Lori D. Barker
LORI D.BARKER