

Allen & Gooch
A Law Corporation

<u>VIA FAX ONLY 504-271-1961</u>

June 4, 2011

The Law office of Sidney D. Torres, III
8301 W. Judge Perez Drive, Suite 303
Chalmette, LA 70043

RE:    FEMA Trailer Formaldehyde Product Liability Litigation
         MDL No. 1873     Section "N-5"
         <u>Claim No. JY08J0372449</u> (Heartland)

Dear Sir:

On or about April 18, 211, we sent you letters requesting a completed, signed Plaintiff Fact Sheet (PFS) for each plaintiff named in **EDLA 09-4671, ALKURD et al. v. Heartland Recreational Vehicles, LLC, et al.** pursuant to Pretrial Order No. 2 (Rec. Doc. 87) and Pretrial Order No. 32 (Rec. Doc. 1180). To date we have not received these documents.

Please be advised that this is our final request. We will file a Motion to Dismiss each plaintiff named in the *Alkurd* suit who fail to provide our office with a completed PFS by June 30, 2011.

Your cooperation would be appreciated. Thanks.

Sincerely,

Brent M. Maggio
Direct Dial 504.836.5260
BrentMaggio@allengooch.com

BMM/ldb

Cc:  Gerald Meunier, Esq. (via Email)
     Andrew Weinstock, Esq. (via Email)
     David Kurtz, Esq. (via Email)
     Henry Miller, Esq. (via Email)
     Ralph Hubbard III, Esq. (via Email)
     Charles Leche, Esq. (via Email)

One Lakeway
3900 N Causeway Blvd
Suite 1450
Metairie LA 70002
Phone 504.836.5200
Fax 504.836.5205

Offices in
Lafayette LA
New Orleans LA

