UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE:  ENGELHARDT |
| **This Document Relates to:** | * | |
| *Annette Patterson, et al v. Recreation by* | * | MAGISTRATE:  CHASEZ |
| *Design, LLC, et al*, Docket No. 09-4937 | * | |

**************************************************************************

## ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 regarding Plaintiff Facts Sheets:

**IT IS ORDERED** that Recreation by Design, LLC's Motion to Dismiss the claims of plaintiffs:

1. Sonya Johnson
2. Marvin Johnson
3. Shawn Johnson
4. Sonya Johnson obo J.W.

with *prejudice*, for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 relating to Plaintiff Fact Sheets is **GRANTED**.

New Orleans, Louisiana this _____ day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

1