**Plaintiff Fact Sheet Deficiency Notice**

Name:        Sonya Johnson

Case:        *Annette Patterson, et al. v. Recreation By Design, LLC, et al.,*
                *EDLA No. 09-4937*

Attorney:     Lawrence J. Centola, Jr.

## SECTION II. PERSONAL INFORMATION

| Question | Deficiency |
| --- | --- |
| A. | |
| B. | |
| C. | |
| D. | |
| E. | |

## SECTION III. CASE INFORMATION

| Question | Deficiency |
| --- | --- |
| A. 1 | |
| A. 2 | |
| A. 3 | |
| A. 4 | |
| A. 5 | |
| A. 6 | |
| A. 7 | |
| A. 8 | |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |

| | |
| --- | --- |
| C. 5 | **Not answered** |
| C. 6 | **Not answered** |
| C. 7 | **Not answered** |
| C. 8 | **Not answered** |
| C. 9 | **Not answered** |

## SECTION IV. BACKGROUND INFORMATION

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | |
| C. | |
| D. | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION IV. (*sic*) FAMILY INFORMATION

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |

EXHIBIT
B-1

**SECTION V. FEMA TRAILER OR MOBILE HOME UNIT**

| Multiple Units Appendix: |
| --- |
| |

| Question | Deficiency |
| --- | --- |
| A. 1 | |
| A. 2 | |
| A. 3 | **Not answered** |
| A. 4 | |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | **Not answered** |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

**SECTION VI. MEDICAL BACKGROUND**

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

**SECTION VII. MEDICAL DIAGNOSIS**

| Question | Deficiency |
| --- | --- |
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

**SECTION VIII. DOCUMENTS**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

**IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION**

| Question | Deficiency |
|----------|------------|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

**CERTIFICATION PAGE**

| Signature | **Not signed and dated** |
|-----------|--------------------------|

**AUTHORIZATIONS**

| Medical | **Not completed or signed** |
|---------|------------------------------|
| Psychological | **Not completed or signed** |
| Employment and Education | **Not completed or signed** |

| HIPAA | **Not completed or signed** |
|-------|------------------------------|
| Privacy Act Release | **Not signed** |