**Plaintiff Fact Sheet Deficiency Notice**

Name:   Sonya Johnson on behalf of

Case:   *Annette Patterson, et al. v. Recreation By Design, LLC, et al., EDLA No. 09-4937*

Attorney:   Lawrence J. Centola, Jr.

**SECTION II. PERSONAL INFORMATION**

| Question | Deficiency |
|---|---|
| A. | |
| B. | |
| C. | |
| D. | |
| E. | |

**SECTION III. CASE INFORMATION**

| Question | Deficiency |
|---|---|
| A. 1 | **Not answered** |
| A. 2 | **Not answered** |
| A. 3 | **Not answered** |
| A. 4 | **Not answered** |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | **Not answered** |
| B. 1 | |
| C. 1 | |
| C. 2 | **Not answered** |
| C. 3 | **Not answered** |
| C. 4 | **Not answered** |
| C. 5 | Not answered |
| C. 6 | Not answered |
| C. 7 | Not answered |
| C. 8 | Not answered |
| C. 9 | Not answered |

**SECTION IV. BACKGROUND INFORMATION**

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |
| C. | |
| D. | Not answered |
| E. | Not answered |
| F. 1 | Not answered |
| F. 2 | Not answered |
| F. 3 | Not answered |
| G. 1 | Not answered |

**SECTION IV. (*sic*) FAMILY INFORMATION**

| Question | Deficiency |
|---|---|
| A. | Not answered |
| B. | Not answered |

EXHIBIT E-1

## SECTION V. FEMA TRAILER OR MOBILE HOME UNIT

| Multiple Units Appendix: |
|---|
| |

| Question | Deficiency |
|---|---|
| A. 1 | |
| A. 2 | |
| A. 3 | **Not answered** |
| A. 4 | |
| A. 5 | **Not answered** |
| A. 6 | **Not answered** |
| A. 7 | **Not answered** |
| A. 8 | **Not answered** |
| A. 9 | **Not answered** |
| A. 10 | **Not answered** |
| A. 11 | **Not answered** |
| A. 12 | **Not answered** |
| A. 13 | **Not answered** |
| A. 14 | **Not answered** |
| A. 15 | **Not answered** |
| A. 16 | **Not answered** |
| A. 17 | **Not answered** |
| A. 18 | **Not answered** |
| A. 19 | **Not answered** |
| A. 20 | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |

## SECTION VI. MEDICAL BACKGROUND

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| C. 1 | **Not answered** |
| C. 2 | **Not answered** |
| C. 1 | **Not answered** |
| D. 1 | **Not answered** |
| D. 2 | **Not answered** |
| D. 3 | **Not answered** |
| E. | **Not answered** |
| F. 1 | **Not answered** |
| F. 2 | **Not answered** |
| F. 3 | **Not answered** |
| F. 4 | **Not answered** |
| G. 1 | **Not answered** |

## SECTION VII. MEDICAL DIAGNOSIS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |

## SECTION VIII. DOCUMENTS

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |
| G. | **Not answered** |

## IX. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

| Question | Deficiency |
|---|---|
| A. | **Not answered** |
| B. | **Not answered** |
| C. | **Not answered** |
| D. | **Not answered** |
| E. | **Not answered** |
| F. | **Not answered** |

## CERTIFICATION PAGE

| Signature | **Not signed and dated** |
|---|---|

## AUTHORIZATIONS

| Medical | **Not completed or signed; Social Security Number not provided** |
|---|---|
| Psychological | **Not completed or signed; Social Security Number not provided** |
| Employment and Education | **Not completed or signed; Social Security Number not provided** |
| HIPAA | **Not completed or signed; Social Security Number not provided** |
| Privacy Act Release | **Not signed** |