# GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.

### ATTORNEYS AT LAW

**KELLY M. MORTON**
ADMITTED IN LOUISIANA

909 POYDRAS STREET, SUITE 1800
NEW ORLEANS, LOUISIANA 70112-4053
TELEPHONE: (504) 527-0680
FACSIMILE: (504) 527-0686
www.garrisonyount.com
NEW ORLEANS • TAMPA

WRITER'S DIRECT DIAL NUMBER
(504) 412-7131
kmorton@garrisonyount.com

April 20, 2011

***Via E-mail:***

Gerald Meunier
gmeunier@gainsben.com
Justin Woods
jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier &
Warshauer
2800 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163

Andrew D. Weinstock
andreww@duplass.com
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
Three Lakeway Center, Suite 2900
3838 N. Causeway Blvd.
Metairie, LA 70002

Lawrence J. Centola
lcentola@hurricanelegal.com
Dennis Vega
dvega@trailerclaims.net
Hurricane Legal Center
600 Carondelet St., Suite 602
New Orleans, LA 70130

Re:     In Re: FEMA Trailer Formaldehyde Products Liability Litigation
        USDC-EDLA, MDL No. 07-1873
        Our file: 1376-41971

Dear Counsel:

Please allow this correspondence to serve as a notice that the plaintiffs named below, who have instituted lawsuits against Recreation By Design, LLC, have submitted deficient Plaintiff Fact Sheets. The deficient responses are noted on the attached sheets.

Case:     *Irvin Clark, et al. v. Recreation By Design, LLC, et al. USDC-EDLA No. 09-5964*

Plaintiffs:

1.  Irvin Clark
2.  Corinthian Ancar

**EXHIBIT**

**A**

April 20, 2011
Page 2


      Please cure these deficiencies within the time delays established by Pre-Trial Orders 2 and 32.

                           Very truly yours,

                           Kelly M. Morton


KMM/klm

Cc:    David Kurtz – dkurtz@bakerdonelson.com
        Charles Leche – cleche@dkslaw.com
        Henry Miller – henry.miller@usdoj.gov