MINUTE ENTRY
ENGELHARDT, J.
January 3, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                 SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


     A telephone conference was conducted on Tuesday, January 3, 2012.  Participating were

Justin I. Woods, Andrew D. Weinstock, Mikal C. Watts, Palmer Lambert and Robert Hilliard.

JS10(0:20)