MINUTE ENTRY
ENGELHARDT, J.
January 5, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                 MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

               SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Thursday, January 5, 2012 at 8:30 a.m. Participating were Justin I. Woods, Andrew D. Weinstock, Mikal C. Watts, Robert Hilliard, Timothy D. Scandurro, Charles E. Leche, Joe Glass and Daniel J. Balhoff.

JS10(0:60)