UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 93

On January 5, 2012, the Court held a status conference at 9:00 a.m. with liaison counsel and steering committee members. The following individuals were in attendance: Daniel Balhoff, Amanda Ballay, Gerardo Barrios, Robert Bechnel, Raul Bencomo, Anthony Buzbee, Frank D'Amico, Jr., Adam M. Dinnell, Ernest Gieger, Jr., Joe Glass, John J. Hainkel, Robert Hilliard, Ralph S. Hubbard, III, M. David Kurtz, Charles Leche, Henry T. Miller, Matthew Moreland, Charles Penot, Jr., James Percy, Dennis Reich, John Stewart Tharp, Mikal Watts, Andrew Weinstock, Karen Whitfield, and Justin Woods.

Following that conference, at 10:00 a.m., the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)      On **Friday, February 3, 2012, at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel and committee members. The Court notes that it will utilize a sign-in sheet and only members of the above-mentioned groups or individuals who have received prior permission of the Court will be allowed admission to

this meeting; and

(2) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, February 3, 2012, at 10:00 a.m.**

New Orleans, Louisiana, this 5th day of January, 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**