PTO Received: _____

Trial Set: _____
    Jury/Non-Jury

_____   CIVIL/CRIMINAL ACTION NO.:
     PLAINTIFF(S)
VERSUS                           07-1873 "N"

_____   Magistrate: _____
     DEFENDANT(S)

FEMA MDL

*************************************************************

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE:  1-5-12              TIME:  10:00 AM

## PLEASE PRINT        PLEASE PRINT        PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lyon Garrison | Garrison Yount | RBA, TL, Frontier |
| Candice Sirmon | Lambert & Nelson | PLs |
| M. Palmer Lambert | Gainsburgh Benjamin | Pl's |
| Jennifer Kilpatrick | Degan, Blanchard & Nash | TICTMJ |
| Mary Cryar | " " | Burlington |
| Laura Mayes | " " | T-MAC |

PTO Received: _____

Trial Set: _____
                           Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS  **07-1873**

_____  Magistrate: _____
DEFENDANT(S)

**FEMA MDL**

*********************************************************

CONFERENCE: _____ PRE-TRIAL ___✓___ STATUS _____ SETTLEMENT

DATE: **1-5-12**   TIME: **10 AM**

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Mikal Watts | Watts, Guerra, Craft | PSC |
| Dan Balhoff | PABMB | Special Master |
| Justin Woods | Gainsburgh | PSC |
| Andy Weinstock | Duplass GSCI | GSCI |
| Joe Glass | Duplass GSCI | GSCI |
| Jim Percy | Jones Walker | Thor et al. |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**

**VERSUS**                    _____07-1873_____

_____  Magistrate: _____
**DEFENDANT(S)**

FEMA MDL

*************************************************************

CONFERENCE: _____ PRE-TRIAL  __✓__ STATUS  _____ SETTLEMENT

DATE: __1-5-12__                TIME: __10:00 AM__

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| Burbee | Burbee | PSC |
| Ernie Gieger | Gieger Laborde | Forest River/Vanguard |
| Amanda Bullay | | |
| D'Amico | D'Amico | PSC |
| Charles Penot | MRG | Fluor Enterprises, Inc. |
| Adam Dinnell | USDOJ | USA |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____   PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

07-1873

_____   DEFENDANT(S)

Magistrate: _____

FemA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 1-5-12   TIME: 10:00 A.M

**PLEASE PRINT**  **PLEASE PRINT**  **PLEASE PRINT**

| NAME | FIRM | REPRESENT |
|---|---|---|
| Henry Miller | DOJ | USA |
| Stewart Tharp | Taylor Porter | Couchman |
| Robert M. Becnel | Becnel | PSC |
| Dennis Reich | Reich & Binstock | PSC |
| Karen Whitfield | Baker Donelson | Shaw |
| Raul R. Bencomo | Bencomo & Assoc. | PSC |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                   07-1873

_____  Magistrate: _____
DEFENDANT(S)

FEMA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL    ✓ STATUS    _____ SETTLEMENT

DATE: 1-5-12                    TIME: 10:00 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| NAME | FIRM | REPRESENT |
| David Kurtz | Baker Donelson | Shaw |
| Gerry Barrios | Baker Donelson | CH2M Hill |
| Ryan Johnson | Jones Walker | Defndnts |
| David Thomas | Thor Companies | |
| Janet MacDonell | same | SRS, Agbayani |
| Tom Cougill | W,F&C | Jayco & Starcraft |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
VERSUS                         07-1873

_____        Magistrate: _____
DEFENDANT(S)

FEMA MDL

*******************************************************************

CONFERENCE: ____ PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: 1-5-12                   TIME: 10:00 A.M.

PLEASE PRINT         PLEASE PRINT         PLEASE PRINT

NAME                 FIRM                 REPRESENT

Larry Feldman Jr     McGlinchey           Skyline
Kathleen Marksbury   Barry                MLU
Danny Russell        D'amico              Plaintiffs
Eric B Berger        Lobman, Carnahan     Crum + Forster Specialty Ins Co
B. Ward              Lanzelene Picou      Westchester
A. Briard            Lugenbuhl            Liberty Mutual

PTO Received: _____

Trial Set: _____
                          Jury/Non-Jury

_____
     **PLAINTIFF(S)**

CIVIL/CRIMINAL ACTION NO.:

**VERSUS**                         07-1873

_____
    **DEFENDANT(S)**

Magistrate: _____

FEMA MDL

*************************************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: 1-5-12   TIME: 10:00 AM

| PLEASE PRINT<br>NAME | PLEASE PRINT<br>FIRM | PLEASE PRINT<br>REPRESENT |
|---|---|---|
| Randall Mulcahy | Garrison Yount et al | Recreation By Design, LLC |
| Christine Lipsey | McGlinchey | Morgan |
| Mike DiGiglia | Giezer, Laborde & Lperry | Forest River & Vanguard |
| Stephanie Dovalina | Galloway Johnson | Davis Prof. |
| Meagan Messina | Galloway Johnson | Del-Jen Inc. |
| J.A. Stewart J | Baldwin Haspel | Jacquet Construct |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____
PLAINTIFF(S)

VERSUS

CIVIL/CRIMINAL ACTION NO.:

07-1873

_____
DEFENDANT(S)

Magistrate: _____

FEMA MDL

*********************************************************************

CONFERENCE: _____ PRE-TRIAL ___✓___ STATUS _____ SETTLEMENT

DATE: 1-5-12                    TIME: 10:00 AM

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
| --- | --- | --- |
| NAME | FIRM | REPRESENT |
| Cynthia Thomas | Galloway, Johnson / Cynthia Thomas | Sunny Brook |
| Jim Vin | Hurren Leard | Platiff |
| Greg Currier | Adams Hoefer | Arch |
| Stephen Barry | Marry & Co | MLU |
| Brent Maggii | Allen + Gooch | Heartland |
| Tom Bucic | Blue Williams | Heartland / Hyline / + Timberland |

PTO Received: _____

Trial Set: _____
                  Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
     PLAINTIFF(S)
VERSUS                       07-1873

_____        Magistrate: _____
     DEFENDANT(S)

                             FEMA MDL

*******************************************************************

CONFERENCE: ____ PRE-TRIAL   __✓__ STATUS   ____ SETTLEMENT

DATE: 1-5-12                 TIME: 10:00 AM

## PLEASE PRINT          PLEASE PRINT          PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Lori Barker | Allen & Gooch | Heartland |
| Edward Cankerluft | Provosty & Gankendorff | C. Martin |
| Michelle Puichner | Andry Law Group | plaintiffs |
| Lamont P. Domingue | Voorhies & Labbe | Cavalier, et al |
| John K. Etter | Rodney & Etter | Plaintiffs |
| Jerry Saporito | Leake & Anderson | D.C. Recovery |
| Amanda Vonderhaar | " " | " " |

PTO Received: _____

Trial Set: _____
                                Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
**PLAINTIFF(S)**
**VERSUS**  07-1873

_____  Magistrate: _____
**DEFENDANT(S)**

FEMA MDL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____PRE-TRIAL   ✓ STATUS   ____ SETTLEMENT

DATE: 1-5-12   TIME: 10:00 A.M.

| PLEASE PRINT | PLEASE PRINT | PLEASE PRINT |
|---|---|---|
| **NAME** | **FIRM** | **REPRESENT** |
| Jacqueline Edmundson | Herman Legal | Plaintiff |
| Raymond Lewis | Deutsch Kerrigan | Smith Research Corp. |
| Charles Leche | Deutsch Kerrigan | CCT Insur Invson |