UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-5847

# **O R D E R**

Considering that counsel for Ora Brock has represented to the Court in Rec. Doc. 23689-1 at page 9 that "counsel for Plaintiff never received notice that a Motion to Dismiss had been filed," referring to the "Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos 2, 32 and 88 Relating to Plaintiff Fact Sheets," filed on October 10, 2011, by Recreation by Design, LLC; and

Considering that the Court seeks to determine whether to issue a rule to show cause why counsel should not be sanctioned for misrepresenting facts to this Court;

Accordingly,

**IT IS ORDERED** that Plaintiffs' Liaison Counsel shall within fifteen (15) days:

(1) search their electronic mail records to determine whether they have a record of sending notice of the above motion to Jonathan Andry; and

(2) file with the Court a brief report of said search, attaching the specified record, if any.

New Orleans, Louisiana, this 5th day of January, 2012.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**