UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Collette Ann Adams, versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-3727 Pertains to all Plaintiffs | : | MAG. JUDGE ALMA L. CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH PRE-TRIAL ORDERS NO. 2 & 32
<u>RELATING TO PLAINTIFF FACT SHEETS</u>

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiffs, without prejudice as to all defendants save for Heartland, for failure to comply with the Court's Pre-trial Orders No. 2 and 32 relating to the provision of Plaintiff Fact Sheets:

- Adams, Collette Ann
- Adams, Dijae
- Alexander, Joseph
- Alexis, Paul individually and behalf of the minor Alexis, Devin
- Alexis, Paul individually and behalf of the minor Alexis, Hayven
- Alexis, Mindy
- Alexis, Paul
- Alexis, Paul J
- Alfonso, Debra
- Alfonso, Lester E.
- Alphonso, Darlene

- Alphonso, Darlene individually and behalf of the minor Alphonso, Korey
- Alphonso, Lionel
- Alphonso, Pamela
- Alphonso, Victor
- Ament, Marjorie Deroche
- Anderson, Aisha
- Ansardi, Wallace Phillip
- Antoun, Ivan Martinez
- Assavedo, Aleander J.
- Assavedo, Alexander III individually and behalf of the minor Assavedo, Alissa M
- Assevedo, Leico A.

- Atkinson, Christopher Michael
- Aucoin, Gina M.
- Aucoin, Leonard William
- Aucoin, Gina individually and behalf of the minor Aucoin, Tyler William
- Audibert, Linda
- Austin, Gordon S.
- Ayo, Leo
- Ayo, Michael
- Bachemin, David
- Bailey, Lorrie, K.
- Bailey, Lorrie individually and on behalf of the minor Bailey, Sierra
- Baltazar, Marifar
- Banks, Audrey M.
- Banks, LatoyChevelle
- Banks, Ulysses Ivory
- Banks, Ulysses Ivory
- Barnes, Karen P.
- Barras, Justin Paul
- Barras, Lillian Carmen
- Barras, Rusty Lawrence
- Barrilleaux, Aimee Lee
- Barrilleaux, Alvin J.
- Barrilleaux, Lee S.
- Bartholomew, Diane
- Bartholomew, Preston F.
- Batoe, Amy Adams
- Bauer, Angela Chimento
- Bauer, Nicky Chimento
- Bauer, Stephen Philip
- Benfatti, Mary C.
- Benfatti, Michael Joseph
- Bernard, Angela Sargusa
- Bernard, Harold Josephy
- Bertacci, Clara C.
- Bienemy, Dynel
- Bigting, Dexter M.
- Bigting, Susan individually and behalf of the minor Bigting, Joshua E.
- Bigting, Justin B.
- Bigting, Susan Balbon
- Blagio, Clarence
- Blagio, Clarence
- Blagio, Rosemary
- Blasio, Faith
- Blasio, Lynn individually and behalf of the minor Blasio, Heather M.
- Blasio, Lynn T.
- Clark, Robin individually and behalf of the minor Bobinger, Corey
- Boihem, Barbara Romano
- Boihem, Burton Ray
- Kal individually and behalf of the minor Bonura, Brett A.
- Bonura, Sandra individually and behalf of the minor Bonura, Chip J.
- Bonura, Kal J.
- Boudreaux, Brian C.
- Boudreaux, Michael D.
- Bourquard, Amanda R.
- Boyer, Keisha L.
- Bradley, Loretta
- Bradley, Willmont
- Brancaccio, Cynthia
- Brancaccio, Robert
- Braquet, Stacy
- Karcher, Jonelle individually and behalf of the minor Brauner, Devin
- Breaux, Lelia W.
- Brennan, Bonnie B
- Brennan, Daniel
- Brennan, David P.
- Pierre, Sandra individually and behalf of the minor Brown, Devonte
- Brulte, Louise C.
- Bryant, Mary
- Buckley, Carol
- Buckley, Stewart M.
- Wetherbee, Jessica individually and behalf of the minor Buras, Dale
- Buras, Dale A.
- Buras, Diana T.
- Buras, Gail C.
- Buras, Paula
- Buras, Ronald
- Burke, Irvin J.

- Burke, Lucille
- Burton, Tebault J.
- Bush, Susan Domino
- Butler, Christopher Kenneth
- Callais, Linda Lee
- Callais, Linda Lee
- Campo, Brittany Ann
- Canale, George H.
- Canale, Shriley M.
- Candebat, JerrileeLerouge
- Candebat, Thomas Peter
- Cangelosi, James
- Audibert, Linda individually and behalf of the minor Canino, Aaliyah
- Audibert, Linda individually and behalf of the minor Cannio, Frank
- Capdepon, Barbara B.
- Capdepon, Charles R.
- Ceaser, Edward
- Ceaser, Louis Bernard
- Ceaser, Yolanda Lewis
- Tina & Matthew Sr. individually and behalf of the minor Chaisson, Matthew Joseph
- Champagne, Darlyn A.
- Chaupetta, Jeffrey L.
- Cheramie, Dianne Gervais
- Tina & Matthew Sr. individually and behalf of the minor Chiasson, Alexis
- Chiasson, Matthew Joseph
- Chiasson, Tina Reeves
- Clark, Robin individually and behalf of the minor Clark, Kierstin
- Clark, Robin
- Clements, Audrey B.
- Clesi, Curtis
- Clesi, Curtis Joseph
- Conran, Stephen Vincent
- Conran, Stephen Vincent
- Cook, Carl Joseph
- Cook, Carl Joseph
- Cook, Priscilla Lucille
- Cook, Priscilla Lucille
- Cordova, Alma A.
- Corpus, Agnes Mac
- Coster, Beverly
- Coster, Raymond
- Coster, Reginald
- Couture, Patty Gene
- Crawford, Angela
- Crawford, Chrishell
- Crawford, Angela individually and behalf of the minor Crawford, Christopher
- Crawford, Christopher X.
- Crawford, Angela individually and behalf of the minor Crawford, Kendall
- Croal, Anthony
- Culotta, Gloria
- Culotta, Jennifer A.
- Cutrer, Cody Lawrence
- Rome, Roxanne individually and behalf of the minor Cutrer, Cody Lawrence
- Cutrer, Joseph
- Daggs, Lester
- Damond, Antoine
- Dantoni, Deborah
- Daquana, Debra
- Daquana, Joseph
- Darby, Anthony Vincent
- Darby, Robin James
- Darby, Robin James
- Darby, Sammi D.
- Dauterive, Scott L.
- Ricky & Stacy individually and behalf of the minor Davidson, Carly M.
- Ricky & Stacy individually and behalf of the Minor Davidson, Harly
- Davidson, Richard E.
- Davidson, Stacy Ann
- Davis, Audrey
- Clements, Kristen individually and behalf of the minor Davis, Chad
- Dean, Vanessa individually and behalf of theminor Dean, Alyssa G.

- Dean, Maris N.
- Dean, Vanessa E.
- Dean, William G.
- Deano, Brittany Michel
- Deshotel, Carol
- Deshotel, Melvin
- Desselle, Danielle Lynn
- Desselle, Elbert
- Desselle, Kenneth Michael
- Desselle, Kenneth Paul
- Desselle, Nina
- Dewint, Charles Joseph
- Tina individually and behalf of the minor Dewint, Dillian Paul
- Dewint, Tina individually and behalf of the minor Dewint, Savanna Leah
- Dewint, Tina Louise
- Dibetta, Audrey
- Dibetta, Frank
- Diecedue, Janet Lori
- Difranco, August
- Difranco, Patricia L.
- Dimaggio, Joseph Peter
- Dimaggio, Michelle Savoye
- Dixon, Deborah Ann
- Dixon, Dorothy M.
- Aucoin, Gina individually and behalf of the minor Domingo, Ashton A.
- Dominick, Sophie A.
- Dominick, Thomas J.
- Domino, Steve Joseph
- Domino, Steve Joseph
- Cynthia individually and behalf of the minor Dotson, Alexander Ellis
- Dotson, Ashley Ann
- Dotson, Cynthia Randazzo
- Dotson, Herbert E.
- Dubose, Daniel J.
- Dubose, Heather individually and behalf of the minor Dubose, Elijah
- Dubose, Heather H.
- Dubourg, Carolyn
- Dubourg, Shaw
- Dubourg, Whitney
- Dubreuil, Alison Marie
- Dubreuil, Gary Dennis
- Ducote, April Rene
- Ducote, April individually and behalf of the minor Ducote, Chad
- Dudenhefer, Ashley
- Dudenhefer, Ashley
- Dudenhefer, David
- Dudenhefer, Mary Ann
- Dunnam, Stacy Revolta
- Duplessis, Felton
- Santiago, Shelia individually and behalf of the minor Duplessis, Ulysses
- Dusaules, Ashlynne L.
- Dusaules, Ashley individually and behalf of the minor Dusaules, Devyn Michael
- Egano, Charles Robert
- Egle, Clifton Joseph
- Egle, Jeanne Payelle
- Elmer, Beryl Guillot
- Encalade, Clarence
- Encalade, Sandra
- Encalde, Danny Leonce
- Encalde, Danny Leonce
- Danny & Sandra individually and behalf of the minor Encalde, Dashan
- Encalde, Enice
- Junis, Sumitra individually and behalf of the minor Encarde, Lacondra T.
- Encardes, Jane Catherine
- Ermert, Michael C.
- Ermert, Tina M.
- Estave, Rhonda individually and behalf of the minor Estave, Daniel
- Estave, Donald
- Estave, Rhonda individually and behalf of the minor Estave, Erica
- Estave, Rhonda individually and behalf of the minor Estave, Kelly
- Estave, Rhonda

- Aucoin, Gina individually and behalf of the minor Evans, Aylmer Eugene
- Evans, Pebby
- Farrell, Rosemary A.
- Faust, Nicholas
- Braquet, Stacy individually and behalf of the minor Fayard, Brittany Lynn
- Braquet, Stacy individually and behalf of the minor Fayard, Ricky Anthony
- Faye, Joan
- Faye, Varnado Harris
- Feraci, Joseph
- Ferret, Leah Gaspard
- Ferris, Chad Michael
- Ferry, Janet D.
- Ferry, Matthew T.
- Ferry, Wayne A.
- Finkelstein, Alan Joseph
- Juanita individually and behalf of the Minor Finkelstein, Joseph
- Flynn, Rhonda individually and behalf of the MinorFlynn, Erica Lee
- Flynn, Rhonda
- Fontenot, Gloria Judy
- Forsythe, Catherine B.
- Forsythe, Christina M.
- Forsythe, Eric Eugene
- Forsythe, Ivory Ivy
- Forsythe, Patricia Ann
- Forsythe Sammi
- Fraychineaud, Trudy individually and behalf of the Minor Fraychineaud, David Allen
- Fraychineaud, David Allen
- Fraychineaud, Trudy individually and behalf of the Minor Fraychineaud, Deven Michael
- Fraychineaud, TrucyUnbehagen
- Frink, James
- Fulton, Donna Gabriel
- Fulton, Lucien Fulton
- Gabriel, Warren Peter
- Gaeta, Daniel Joseph
- Gallardo, Henry E.
- Gallardo, Joseph W.
- Garrett, Ted A.
- Gaspard, Gary Rodney
- Gaspard, Joan S.
- Gaspard, Myndi
- Gasper, Hervin
- Gauci, Anthony
- Gauci, Ricky
- Gauci, Ronald J.
- Gauci, Sarah Y.
- Gauthe, David
- Gauthier, Jacklyn M.
- Gauthier, Brandy individually and behalf of the Minor Gauthier, Lainey
- Gauthier, Michael V.
- Geeck, Sharon S.
- Geeck, Sharon S.
- Genovese, Anthony G.
- Wilerson, Michael Evans

I.  CREATION OF MDL AND FACT SHEET PROCESS

This Multi-District Litigation was created in 2007. On January 30, 2008, the Court issued Pre-Trial Order No. 2 (PTO 2), establishing procedures for various case management issues. PTO 2 introduced the "Plaintiff Fact Sheet" (PFS), as a substitute for initial Interrogatories and Requests for Production of Documents. (Rec. Doc. 87) PTO 2 also established a process for

"curing" PFS that were not properly completed. Under PTO 2, when any plaintiff failed to produce or complete a PFS within the timelines established by the order, counsel for the defendant was to send plaintiff's counsel a letter identifying the plaintiff's failure to produce a PFS or the deficiencies in a PFS produced by the plaintiff, and stating dismissal would be sought if the PFS was not timely produced or cured. The plaintiff was then required to submit a cured PFS within 30 days of the notification. On March 18, 2009, the Court amended PTO 2 with Pre-Trial Order No. 32 (PTO 32), which provided new deadlines within which plaintiffs were required to submit PFS to defense counsel. (Rec. Doc. 1180)

II   FACTUAL BASIS

Plaintiffs filed a Complaint for Damages *Collette Adams v. Heartland Recreational Vehicles.*(EDLA 09-3727) According to PTO 32, plaintiffs were required to produce a PFS within 30 days of filing their lawsuit.

Counsel for Heartland notified plaintiffs' counsel that the aforementioned plaintiffs had failed to produce a PFS and that if they failed to produce a PFS to Heartland within the applicable deadlines, Heartland would move to dismiss their claims. Counsel for Plaintiffs have indicated that they have no objection to this Motion as the Plaintiffs have been severed from this lawsuit. Heartland would like to dismiss these claims with prejudice as to Heartland in order to clarify the record.

The undersigned has forwarded a copy of this motion to Counsel for Plaintiffs who do oppose this Motion.

Respectfully submitted,
ALLEN & GOOCH

*/s/ Lori D. Barker*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 6th day of January, 2012.

*/s/ Lori D. Barker*
LORI D. BARKER