| | |
|---|---|
| **From:** | Peter Taaffe [ptaaffe@txattorneys.com] |
| **Sent:** | Friday, January 06, 2012 1:56 PM |
| **To:** | Fran Jeblonski |
| **Cc:** | Anthony Buzbee; David Carr; Leticia De La Cruz; Ernie Gieger; Mike DiGiglia; Megan Cambre; Karen B. Davis; Donna Uli; Ashley Bouchon |
| **Subject:** | RE: FEMA Trailer Formaldehyde Litigation - Forest River's DRAFT Motion to Withdraw Motion to Dismiss attached |

No opposition.
Thanks.

---

**From:** Fran Jeblonski [mailto:fjeblonski@glllaw.com]
**Sent:** Friday, January 06, 2012 1:49 PM
**To:** Peter Taaffe
**Cc:** Anthony Buzbee; David Carr; Leticia De La Cruz; Ernie Gieger; Mike DiGiglia; Megan Cambre; Karen B. Davis; Donna Uli; Ashley Bouchon
**Subject:** FEMA Trailer Formaldehyde Litigation - Forest River's DRAFT Motion to Withdraw Motion to Dismiss attached

Pursuant to communications between you and Mr. DiGiglia, attached is a draft Motion to Withdraw along with a Proposed Order. Please advise whether you will consent to the filing of the Motion and Order as written.

Should you have any questions, please do not hesitate to contact me.



**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
NEW ORLEANS: 701 Poydras Street, Suite 4800, New Orleans, LA 70139
Phone: 504-561-0400   Fax: 504-561-1011
HOUSTON: 1177 West Loop South, Suite 750, Houston, TX 77027
Phone: 832-255-6000   Fax: 832-255-6001

**Fran Jeblonski**
**Assistant to William A. Barousse and J. Michael DiGiglia**
Direct Dial: 504-654-1359
Facsimile: 504-561-1011
www.glllaw.com

CONFIDENTIALITY NOTICE: The following message may constitute a confidential attorney-client communication. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and notify the sender by reply e-mail or phone, so that our address record can be corrected.

1


EXHIBIT A