UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS | * * * * * * * | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATES TO ALL CASES | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 94

The Court enters this Order to outline and amend the procedure contemplated in Pretrial Orders No. 2 (Rec. Doc. 87), Pretrial Order No. 32 (Rec. Doc. 1180), and Pretrial Order No. 88 (Rec. Doc. 22153).

Each Plaintiff named in an action which has been filed and/or transferred to the MDL proceedings after September 2, 2011 shall comply with the requirements of PTO Nos. 2 and 32 serving Plaintiff Fact Sheets, and the requirements of PTO 88 providing answers in digital format for the twenty-three (23) key questions by **Monday, February 6, 2012**. Failure to comply with the same, will subject individual claims to dismissal pursuant to PTO's No. 2, 32 and 88.

Said PFS's shall be served though Plaintiff's Liaison Counsel upon Defendants' Liaison Counsel, Individual Assistance/Technical Assistance Counsel, and Government Counsel. Plaintiffs must use the PFS form approved by the Court (Rec. Doc. 106) and attached hereto as Exhibit "A".

Each plaintiff, through his or her counsel, shall also serve upon Mikal Watts, on

behalf of the Plaintiffs' Liaison Counsel, a true and correct copy of any such PFS's produced in response to this Order in electronic format (PDF).

This 5th day of January, 2012.

_____
Hon. Kurt Engelhardt