UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants v. Cavalier Home Builders, L.L.C., et al., EDLA 10-3922*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER CLAIMS OF BRENDA SHARETT, SANDRA BROOKS, AND SHARETT BROOKS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Brenda Sharett, Sandra Brooks, and Sharett Brooks, who, for the reasons set forth in the accompanying memorandum in support, respectfully request that this Honorable Court grant their Motion to Sever Claims.

The undersigned has contacted opposing counsel in the above-captioned matter, who advised this motion is unopposed. However, manufacturing defendants' liaison counsel, who was copied on an e-mail notification that the instant motion was unopposed by the parties in the above-captioned matter and who also happens to be counsel for Gulf Stream Coach, Inc., advised that Gulf Stream opposes this motion. Gulf Stream is not a party in the *Avants* matter. Therefore, although Plaintiffs believe Gulf Stream has no right as a non-party to oppose this motion, they are filing the same as opposed.

WHEREFORE, Plaintiffs, Brenda Sharett, Sandra Brooks, and Sharett Brooks, respectfully pray that this Honorable Court grant the instant Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks, and issue a new civil action number for these

individuals from which Plaintiffs intend to file an additional motion to correct the manufacturing defendant.

                     Respectfully submitted:

                     **GAINSBURGH, BENJAMIN, DAVID,**
                     **MEUNIER & WARSHAUER, L.L.C.**

           BY:    s/Justin I. Woods
                        GERALD E. MEUNIER, #9471
                        JUSTIN I. WOODS, #24713
                        Gainsburgh, Benjamin, David,
                        Meunier & Warshauer, L.L.C.
                        2800 Energy Centre
                         1100 Poydras Street
                        New Orleans, Louisiana  70163
                        Telephone:     504/522-2304
                        Facsimile:      504/528-9973
                        jwoods@gainsben.com

## CERTIFICATE OF SERVICE

     I hereby certify that on  January 6, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                   s/Justin I. Woods
                                   JUSTIN I. WOODS, # 24713