UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Avants v. Cavalier Home Builders, L.L.C., et al., EDLA 10-3922*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks,

IT IS ORDERED that the Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks is hereby GRANTED.  The docket clerk is hereby instructed to issue a new docket number for the severed claims.

THIS DONE the _____ day of _____, 2012, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE