UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION         SECTION "N-5"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Avants v. Cavalier Home Builders, L.L.C., et al., EDLA 10-3922*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

        **IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Sever Claims of Brenda Sharett, Sandra Brooks, and Sharett Brooks is hereby set for submission on the 25th day of January, 2012, at 9:30 a.m.

                                          Respectfully submitted:

                                          **GAINSBURGH, BENJAMIN, DAVID,**
                                          **MEUNIER & WARSHAUER, L.L.C.**

        BY:    s/Justin I. Woods
                      GERALD E. MEUNIER, #9471
                      JUSTIN I. WOODS, #24713
                      Gainsburgh, Benjamin, David,
                      Meunier & Warshauer, L.L.C.
                      2800 Energy Centre
                      1100 Poydras Street
                      New Orleans, Louisiana 70163
                      Telephone:     504/522-2304
                      Facsimile:      504/528-9973
                      gmeunier@gainsben.com
                      jwoods@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    s/Justin I. Woods
                                                    JUSTIN I. WOODS, #24713