Seal, Ray - WGC#206745

**TRAILER 3 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel

Move-in Date: 09/01/2005

Move-out Date: 10/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____ State: _____ Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property?  Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Finished our Home _____

_____

Please state the approximate square footage of the FEMA housing unit:  240

Please state the approximate length and width of the FEMA housing unit:  8 X 30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  14 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  Yes

Is/was the FEMA housing unit hooked up to a sewer line?  Yes

Is/was the FEMA housing unit hooked up to an electrical line?  Yes

Is/was the FEMA housing unit hooked up to a natural gas line?  No

Is/was propane gas used in the FEMA housing unit?  Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  No

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  No

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Electrical Carbonomonoxide Dector & Air Condintionec _____

**EXHIBIT 7 in globo**

**PART 5**

Seal, Ray - WGC#206745

**TRAILER 4 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel

Move-in Date: 09/01/2005

Move-out Date: 10/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____  State: _____  Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property?  Privat

State the reason you stopped living in the FEMA trailer or mobile home:

finshed our Home

_____

_____

Please state the approximate square footage of the FEMA housing unit:  240

Please state the approximate length and width of the FEMA housing unit:  8 X 30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  14

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  Yes

Is/was the FEMA housing unit hooked up to a sewer line?  Yes

Is/was the FEMA housing unit hooked up to an electrical line?  Yes

Is/was the FEMA housing unit hooked up to a natural gas line?  No

Is/was propane gas used in the FEMA housing unit?  Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

No

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location?  _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  No

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  No

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Electrical - Carbonomonoxide Dector & Air conditioner Kept going off

EXHIBIT 7 in globo
PART 5

Seal, Ray - WGC#206745

**TRAILER 5 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: _____

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  Travel

Move-in Date: 09/01/2005

Move-out Date: 10/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: _____

City: _____  State: _____  Zip: _____

Was the FEMA trailer or mobile home located in a trailer park or on private property?  Privat

State the reason you stopped living in the FEMA trailer or mobile home:

Finished our Home _____

_____

Please state the approximate square footage of the FEMA housing unit:  240

Please state the approximate length and width of the FEMA housing unit:  8X30

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  14 hrs

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  Yes

Is/was the FEMA housing unit hooked up to a sewer line?  Yes

Is/was the FEMA housing unit hooked up to an electrical line?  Yes

Is/was the FEMA housing unit hooked up to a natural gas line?  No

Is/was propane gas used in the FEMA housing unit?  Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  No

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  No

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  No

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  Yes

If "Yes," please state the date and reason for repair, service or maintenance:

Electrical - Carbonmonoxide Dector & air Condiationer Kept Going Off _____

EXHIBIT 7 in globo

PART 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 1873 |
| FORMALDEHYDE | ) | |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| _____ | ) | SECTION: N(4) |
| | ) | |
| | ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) | MAG: ROBY |
| | ) | |
| Plaintiff: Collier, Robert A. | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT 7 in globo
PART 5

## V.    FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:    R-Vision, Inc.

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 911909161_____

EXHIBIT 7 in globo
PART 5

Collier, Robert A. - WGC#202157

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>9119091611605</u>

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  <u>Travel</u>

Move-in Date: <u>10/1/2005</u>

Move-out Date: <u>5/1/2008</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>4151 Heron Bay Loop Rd. South</u>

City: <u>Coden</u>   State: <u>AL</u>   Zip: <u>36523</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property?  <u>Privat</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>We had to move out Fema wanted us to move out.</u>

Please state the approximate square footage of the FEMA housing unit: <u>240 sq.</u>

Please state the approximate length and width of the FEMA housing unit: <u>8 x 30</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  <u>14  or more</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line?  <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line?  <u>No</u>

Is/was propane gas used in the FEMA housing unit?  <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or

mobile home?  <u>7 days</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?

<u>Yes</u>

If "Yes," where did you temporarily live?

<u>Biloxi Ave. Dauphin Island , AL</u>

For what period of time did you temporarily live in another location?  <u>7 days</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Don't know dates water heater work , changed A/C , breakers , fridge work breakers , wall plug in bathroom.</u>

EXHIBIT 7 in globo
PART 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT MAG: ROBY |
| THIS RELATES TO: | ) ) | |
| Plaintiff: Adkison, Stefonie | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT 7 in globo
PART 5

## V.    FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Manufacturer:
VIN/Serial #:   4WYT02F2951204287
Barcode:       1056936
Unit:

Defendants Named:    R-Vision, Inc.

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 939756283

EXHIBIT 7 in globo
PART 5

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: _____

Move-out Date: _____

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>8001 Easyway Street</u>

City: <u>Ervington</u>          State: <u>AL</u>     Zip: <u>36544</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? _____

State the reason you stopped living in the FEMA trailer or mobile home:

_____

_____

_____

Please state the approximate square footage of the FEMA housing unit: _____

Please state the approximate length and width of the FEMA housing unit: _____

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? _____

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? _____

Is/was the FEMA housing unit hooked up to a sewer line? _____

Is/was the FEMA housing unit hooked up to an electrical line? _____

Is/was the FEMA housing unit hooked up to a natural gas line? _____

Is/was propane gas used in the FEMA housing unit? _____

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? _____

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? _____

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location? _____

Have any air quality tests ever been performed on your FEMA trailer or mobile home? _____

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? _____

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? _____

If "Yes," please state the date and reason for repair, service or maintenance:

_____

**EXHIBIT 7 in globo**

**PART 5**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: **Haney, Hevyn** | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005. **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde. For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.** Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT 7 in globo
PART 5

## V.    FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:    R-Vision, Inc.

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 939337095

EXHIBIT 7 in globo
PART 5

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: __CMH__

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?  __Yes__

Move-in Date: __11/01/2005__

Move-out Date: __06/01/2007__

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: __6013 E. Greene__

City: __Bay St. Louis__          State: __MS__    Zip: __39576__

Was the FEMA trailer or mobile home located in a trailer park or on private property?  __Privat__

State the reason you stopped living in the FEMA trailer or mobile home:
__We all stayed sick all the time, so Mema helped us get a cottage__

Please state the approximate square footage of the FEMA housing unit:  __400 sq. ft__

Please state the approximate length and width of the FEMA housing unit:  __18 ft - 6 ft__

What is/was the average number of hours spent in the FEMA trailer or mobile home each day?  __20 hrs. Daily__

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?  __Yes__

Is/was the FEMA housing unit hooked up to a sewer line?  __No__

Is/was the FEMA housing unit hooked up to an electrical line?  __Yes__

Is/was the FEMA housing unit hooked up to a natural gas line?  __No__

Is/was propane gas used in the FEMA housing unit?  __Yes__

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home?  __None stayed in fema__

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home?  __No__

If "Yes," where did you temporarily live?

_____

For what period of time did you temporarily live in another location?  __None stayed in fema trailer 90 % of time__

Have any air quality tests ever been performed on your FEMA trailer or mobile home?  __No__

If "Yes," please state when the test was performed and who prepared this testing:

_____

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason?  __No__

If "Yes," please state the date and reason for fumigation:

_____

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home?  __Yes__

If "Yes," please state the date and reason for repair, service or maintenance:
__Doors of cabinets fell of 01/01/2006__

**EXHIBIT 7 in globo**
**PART 5**

**TRAILER 2 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>CMH</u>

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>11/01/2005</u>

Move-out Date: <u>06/01/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>Scenic Trails (Fema Park) 126 Road 326</u>

City: <u>Perkinston</u>   State: <u>MS</u>   Zip: <u>39573</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Trailer</u>

State the reason you stopped living in the FEMA trailer or mobile home:
<u>Stayed sick, then moved in another fema trailer and still contrived to stay sick</u>

Please state the approximate square footage of the FEMA housing unit: <u>400 sq. ft.</u>

Please state the approximate length and width of the FEMA housing unit: <u>18 x 6 ft.</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>20 hrs.</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>No</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>0</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? <u>0</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:
<u>Smoke detectors broke 01/01/2007</u>

**EXHIBIT 7 in globo**

**PART 5**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Haney, Liberty | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

## I.    INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT 7 in globo
PART 5

## V.   FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Defendants Named:    R-Vision, Inc.

A.    Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.    Please provide your FEMA Identification No.: 939337095

EXHIBIT 7 in globo
PART 5

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: Gulfstream

VIN: _____

Bar Code Number: _____

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? Yes

Move-in Date: 11/01/2005

Move-out Date: 01/01/2007

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: 6013 E. Greene

City: Bay St. Louis          State: MS     Zip: 39576

Was the FEMA trailer or mobile home located in a trailer park or on private property? Privat

State the reason you stopped living in the FEMA trailer or mobile home:
Stayed sick all the time. Got a MEMA Cottage.

Please state the approximate square footage of the FEMA housing unit: 400 sqft.

Please state the approximate length and width of the FEMA housing unit: 18 ft X 6 ft.

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 20 hrs.

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? Yes

Is/was the FEMA housing unit hooked up to a sewer line? Yes

Is/was the FEMA housing unit hooked up to an electrical line? Yes

Is/was the FEMA housing unit hooked up to a natural gas line? No

Is/was propane gas used in the FEMA housing unit? Yes

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? None

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? No

If "Yes," where did you temporarily live?

For what period of time did you temporarily live in another location? None

Have any air quality tests ever been performed on your FEMA trailer or mobile home? No

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? No

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? Yes

If "Yes," please state the date and reason for repair, service or maintenance:
Smoke detecter broke.  01/01/2006

EXHIBIT 7 in globo
PART 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873 |
| _____ | ) ) | SECTION: N(4) |
| | ) ) | JUDGE: ENGELHARDT |
| THIS RELATES TO: | ) ) | MAG: ROBY |
| Plaintiff: Lee, Yvette | ) ) ) | |
| _____ | ) | |

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM.  THIS FORM MUST BE COMPLETED AND RECEIVED BY OCT. 31, 2008 OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  **A separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

EXHIBIT 7 in globo
PART 5

## V.   FEMA TRAILER OR MOBILE HOME UNIT

### GOVERNMENT PROVIDED INFORMATION

Manufacturer: R-VISION
VIN/Serial #:   4WYT34P2061209637
Barcode:
Unit:

Defendants Named:   R-Vision, Inc.

A.   Fill in the following information with respect to **EACH** FEMA trailer or mobile home that you have resided in.  Attach additional sheets if necessary.

Questions 1 and 2 are answered on the next page.

3.   Please provide your FEMA Identification No.: 938191780

EXHIBIT 7 in globo
PART 5

Lee, Yvette - WGC#209235

**TRAILER 1 (Section A. 1-2, 4-20, B, C, D)**

Manufacturer: <u>Gulf Stream</u>

VIN: <u>4WYT34P2061209637</u>

Bar Code Number: <u>1243514</u>

Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home? <u>Yes</u>

Move-in Date: <u>2/1/2006</u>

Move-out Date: <u>1/1/2007</u>

Please state the mailing address and physical location for the trailer or mobile home unit:

Address: <u>852 Hwy 90 Bay Village</u>

City: <u>Bay St. Louis</u>          State: <u>MS</u>     Zip: <u>39520</u>

Was the FEMA trailer or mobile home located in a trailer park or on private property? <u>Trailer</u>

State the reason you stopped living in the FEMA trailer or mobile home:

<u>Fema mode us move</u>

Please state the approximate square footage of the FEMA housing unit: <u>500 sq ft</u>

Please state the approximate length and width of the FEMA housing unit: <u>50 X 10</u>

What is/was the average number of hours spent in the FEMA trailer or mobile home each day? <u>16</u>

Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a sewer line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to an electrical line? <u>Yes</u>

Is/was the FEMA housing unit hooked up to a natural gas line? <u>No</u>

Is/was propane gas used in the FEMA housing unit? <u>Yes</u>

How many days per week did you work outside of the home during the time you lived in the FEMA trailer or mobile home? <u>40</u>

Did you ever temporarily live in another location during the time you resided in the FEMA trailer or mobile home? <u>No</u>

If "Yes," where did you temporarily live?

<u>No</u>

For what period of time did you temporarily live in another location? <u>40</u>

Have any air quality tests ever been performed on your FEMA trailer or mobile home? <u>No</u>

If "Yes," please state when the test was performed and who prepared this testing:

Was your FEMA trailer or mobile home ever fumigated for insects or any other reason? <u>No</u>

If "Yes," please state the date and reason for fumigation:

Were any repairs, service, or maintenance performed on your FEMA trailer or mobile home? <u>Yes</u>

If "Yes," please state the date and reason for repair, service or maintenance:

<u>Fixed cabinet door</u>

**EXHIBIT 7 in globo**

**PART 5**