UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873<br>SECTION: N, 5 |
| This document relates to:<br>ALL CASES | * * * | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT IN SUPPORT OF LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

**STATE OF NEW HAMPSHIRE**

**COUNTY OF STRAFFORD**

    **BEFORE ME**, the undersigned Notary Public, appeared Carol A. Hackett, who affirmed as follows:

    1.    She is currently employed by Liberty Mutual Insurance Company ("Liberty Mutual") as Sr. Environmental Claims Specialist. In this capacity, she is familiar with the underwriting, issuance and delivery of the following policies to R-Vision, Inc.:

    a.    Policy No. TB7-141-432629-024, effective 10/30/2004 to 10/30/2005. (See Exhibit 8-A.)

    b.    Policy No. TB7-141-432629-025, effective 10/30/2005 to 3/4/2007. (See Exhibit 8-B.)

    c.    Policy No. TB7-141-432629-027, effective 3/4/2007 to 3/4/2008. (See Exhibit 8-C.)

**EXHIBIT 8**

        d.        Policy No. TB7-141-432629-028, effective 3/4/2008 to 3/4/2009. (See Exhibit 8-D.)

(collectively, the "Policies").

        2.        The Policies were written and negotiated on behalf of Liberty Mutual in Indiana and issued form Liberty Mutual's sales office #412 in Mishawaka, Indiana. *See* Exhibits 8A, 8-B, 8-C and 8-D.

        3.        The Declarations page of each of the Policies lists Indiana as the home state of the named insured, "R-Vision, Inc." *See* Exhibits 8A, 8-B, 8-C and 8-D.

        4.        Policies (a) and (b) above were delivered to the named insured, "R-Vision, Inc.", at P.O. Box 4538, Elkhart, Indiana 48514. *See* Exhibits 8-A and 8-B.

        5.        Policies (c) and (d) above were delivered to the named insured, "R-Vision, Inc.", at 606 Nelson's Parkway, Wakarusa, Indiana 46573. *See* Exhibits 8-C and 8-D.

*Carol A. Hackett*
Name: Carol A. Hackett

Sworn to and subscribed before me
this 8th day of December, 2011.      Strafford County, New Hampshire

_____
Notary Public
Notary ID No: _____
Print Name: Steve E. Gottsche, Esq.
My Commission Expires: January 13, 2015

2

EXHIBIT 8