079200801167100002

**Liberty
Insurance Corporation**

Liberty **Mutual**

Liberty Mutual Insurance Group/Boston

**COMMERCIAL GENERAL
LIABILITY DECLARATIONS**

| ACCOUNT | SUB-ACCT NO |
|---|---|
| 43 26 29 | 0000 |

| POLICY NO. | TD/CD | SALES OFFICE | CODE | SALES REPRESENTATIVE | CODE | N/R | 1ST YR |
|---|---|---|---|---|---|---|---|
| TB7-141-432629-028 | 22/9 | MISHAWAKA, IN | 0412 | FOLEY | 7639 | 2 | 1999 |

Item 1.  Named Insured        R-Vision, Inc. and as per Endorsement #1

Address        606 Nelson's Parkway
Wakarusa, IN 46573

The named insured is:  Corporation

Business of named insured is:  Camper Trailer and Motorhome Manufacturing

| Item 2. Policy Period | From | Mo. 03 | Day 04 | Year 2008 | to | Mo. 03 | Day 04 | Year 2009 |
|---|---|---|---|---|---|---|---|---|

12:01 A.M., standard time at the address of the named insured as stated herein.

Item 3.  In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide the insurance as stated in this policy

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| **EACH OCCURRENCE LIMIT** | $ 1,000,000 | |
| **DAMAGE TO PREMISES RENTED TO YOU LIMIT** | $ 300,000 | Any one premises |
| **MEDICAL EXPENSE LIMIT** | $ 10,000 | Any one person |
| **PERSONAL & ADVERTISING INJURY LIMIT** | $ 1,000,000 | Any one person or organization |
| **GENERAL AGGREGATE LIMIT** | $ 3,000,000 | |
| **PRODUCTS / COMPLETED OPERATIONS AGGREGATE LIMIT** | $ 3,000,000 | |

Deductible Endorsement    Yes ☐    No ☒

TERRORISM RISK INSURANCE ACT    $ 0

TOTAL ADVANCE PREMIUM    $ 248,253

The premium for this policy is payable $              in advance, $              on first anniversary
and $              on the second anniversary.

Audit Basis:  1 - At Expiration

The declarations are completed on the schedules designated Declarations Extension Schedules

These declarations, together with the Common Policy Conditions and Coverage Form(s) and any endorsement(s) complete the above numbered policy.

Forms and endorsements attached to this policy:  See attached forms and endorsements schedule

This policy, including all endorsements issued herewith, is hereby countersigned by

*N*4N00*

Authorized Representative

| Loc. Code | Typed | Periodic Payment | Rating Basis | Audit Basis | Home State | Pol. H. G. | Renewal of |
|---|---|---|---|---|---|---|---|
| | JF 03/14/2008 | $ | NR | 1 | IN | S- ☐ | TB7-141-432629-027 |

GPO 4082 R3

EXHIBIT 8-D

079200801167100003

## POLICYHOLDER DISCLOSURE

## TERRORISM RISK INSURANCE ACT

**THIS ENDORSEMENT IS MADE PART OF YOUR POLICY PURSUANT TO THE TERRORISM RISK INSURANCE ACT.**

In accordance with the Terrorism Risk Insurance Act, including all amendments, ("TRIA" or the "Act"), we are required to provide you with a notice of the portion of your premium attributable to coverage for "certified acts of terrorism," the federal share of payment of losses from such acts, and the limitation or "cap" on our liability under the Act.

**Disclosure of Premium**

The Company has made available coverage for "certified acts of terrorism" as defined in the Act. If purchased, the portion of your premium attributable to coverage for "certified acts of terrorism" is shown in the Declarations, Declarations Extension Schedule or elsewhere by endorsement in your policy.

**Federal Participation In Payment Of Terrorism Losses**

If an individual insurer's losses exceed a deductible amount specified in the Act, the federal government will reimburse the insurer for 85% of losses paid in excess of the deductible, provided that aggregate industry losses from a "certified act of terrorism" exceed $100 million.

**Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to "certified acts of terrorism" exceed $100 billion in a calendar year and we have met our deductible under the Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. Nor shall Treasury make any payment for any portion of the amount of such losses that exceeds $100 billion. In such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.     TB7-141-432629-028     Expiration Date

Audit Basis

Issued To

SECRETARY          PRESIDENT

Countersigned by _____

Authorized Representative

Issued          Sales Office and No.          End. Serial No. 23

GPO 4887 12 07

EXHIBIT 8-D

079200801167100004

**Declarations Extension Schedule**

| Classifications And Locations | Code No | Premium Base | Rates | Advance Premiums |
|---|---|---|---|---|
| | | Gross Sales | per $1000 Gross Sales | |
| All Operations of the Named Insured | 20550 | | | |
| | | 212,000,000 | UD) 1.1710 | 248,253 |
| Minimum Premium:      $250 | | | | |
| UD)  Undiscounted Rate | | | | |
| M = Minimum Premium | | | Total: | 248,253 |

GPO 4054 R1                    Policy No:  TB7-141-432629-028                    Page 1

EXHIBIT 8-D

079200801167100005

## SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | Form Name | Endorsement Number | Comments / Expiring End. |
|---|---|---|---|
| GPO 4082 R3 | Com'l General Liability Declaration | | |
| GPO 4054 R1 | Declarations Extension Schedule | | |
| IL 00 17 11 98 | Common Policy Conditions | | |
| CG 00 01 12 07 | Commercial General Liability Coverage Form | | |
| LM 102 | Named Insured Endorsement | 1 | |
| CG 21 67 12 04 | Fungi Or Bacteria Exclusion | 2 | |
| CG 21 47 12 07 | Employment - Related Practices Exclusion | 3 | |
| CG 21 49 09 99 | Total Pollution Exclusion Endorsement | 4 | |
| LG 2054 R1 10 95 | Employee Benefits Liability Endorsement | 5 | |
| LG 3025 R1 02 99 | Asbestos Exclusion Endorsement | 6 | |
| LG 3026 R1 02 99 | Discrimination Exclusion Endorsement | 7 | |
| LG 6044 R1 01 93 | Amendment Non-Cumulation of Liability (Same Occurrence) | 8 | |
| LB 24 24 02 08 | Personal and Advertising Injury Amendment | 9 | |
| LG 6112 01 96 | Amendment Suits - GL | 10 | |
| IL 00 21 07 02 | Nuclear Energy Liability Exclusion Endorsement | 11 | |
| IL 02 72 09 07 | IN Changes - Cancellation and Nonrenewal | 12 | |
| CG 01 23 03 97 | Indiana Changes - Pollution Exclusion | 13 | |
| IL 01 58 04 98 | Indiana Changes | 14 | |
| LG 6035 9 87 | Composite Rating Plan | 15 | |
| CG 21 73 01 08 | Exclusion of Certified Acts Of Terrorism | 16 | |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion | 17 | |
| CG 26 88 01 08 | Alaska Exclusion of Certified Acts Of Terrorism | 18 | |
| LG 31 53 09 07 | Liberty DirectEnhancement | 19 | |
| CG 24 26 07 04 | Amendment Of Insured Contract Definition | 20 | |
| LG 3205 06 05 | Damage First Occurring Prior to Policy Period - Exclusion | 21 | |

EXHIBIT 8-D

079200801167100006

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| LG 3206 11 05 | Premium Determination - Subcontractors | 22 |
| GPO 4887 12 07 | Policyholder Disclosure - Terrorism Risk Insurance Act | 23 |
| GPO 4947 12 07 | Notice to our Business Market Policyholders | |

Policy No.  TB7-141-432629-028

Page 2   of  2

EXHIBIT 8-D

**NAMED INSURED ENDORSEMENT**

079200801167100007

It is agreed that the term "Named Insured" includes in addition to the person or organization named in Item 1 of the Declarations

    Roadmaster LLC
    Bison Manufacturing LLC
    R-Vision Holdings LLC
    R-Vision Motorized LLC

This endorsement is executed by:   Liberty Insurance Corporation

Premium $
Effective Date                      Expiration Date

*Dexter R. Legg*
SECRETARY

*Edmund F. Kelly*
PRESIDENT

For attachment to Policy or Bond No.  TB7-141-432629-028
Audit Basis
Issued To

Countersigned by _____

Authorized Representative

Issued                      Sales Office and No.                      End. Serial No. 1

**LM 102**                                                    Page 1   of   1

EXHIBIT 8-D

07920080116710008

**C.** The following definition is added to **the Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium   $

Effective Date

For attachment to Policy No.     TB7-141-432629-028

Audit Basis

Issued To

SECRETARY                PRESIDENT

Countersigned by

Authorized Representative

Issued                          Sales Office and No.            End. Serial No. 2

© ISO Properties, Inc.,  2003                CG 21 67 12 04

EXHIBIT 8-D

079200801167100009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – **Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – **Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

CG 21 47 12 07          © ISO Properties, Inc., 2006          Page 1 of 2

EXHIBIT 8-D

079200801167100010

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date                    Expiration Date

For attachment to Policy No.    TB7-141-432629-028

Audit Basis

Issued To

Dexter R. Legg
SECRETARY

Lenard F. Kff
PRESIDENT

Countersigned by

_____
Authorized Representative

Issued                    Sales Office and No.                    End. Serial No. 3

© ISO Properties, Inc., 2006                    CG 21 47 12 07

EXHIBIT 8-D

079200801167100011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium $

Effective Date                  Expiration Date

For attachment to Policy No.    TB7-141-432629-028

Audit Basis

Issued To

_Dexter R. Legg_
SECRETARY

_Edmund F. Kelly_
PRESIDENT

Countersigned by _____

Authorized Representative

Issued          Sales Office and No.          End. Serial No. 4

CG 21 49 09 99          Copyright, Insurance Services Office, Inc., 1998          Page 1 of 1

EXHIBIT 8-D

079200801167100012

(1) insureds;

(2) claims made or suits brought; or

(3) persons or organizations making claims or bringing suits.

b.   The Aggregate Limit is the most we will pay for the sum of all damages arising out of all claims made during the endorsement period.

c.   Subject to b. above, Each Claim Limit is the most we will pay for all damages arising out of any one claim.

d.   If a Deductible Each Claim is shown in the Schedule of this endorsement, you are obligated to pay that amount of damages for each claim to which this insurance applies.  We are obligated to pay only that portion of the total of all damages (subject to the Limits of Insurance) which exceeds that deductible amount.  We may investigate and settle any claim at our discretion.  However, regardless of the amount of any claim, you must;

(1)   notify us promptly as required by Condition 2 of the policy ("Duties in the Event of Occurrence, Claim or Suit"), and

(2)   reimburse us promptly for all amounts we pay within the deductible amount.

*Both your Aggregate Limit and your Each Claim Limit of Insurance are reduced by the amount of damages paid or payable by you up to the deductible amount shown in the Schedule of this endorsement.*

## 5.   PERSONS INSURED

a.   All of your elected and appointed General, Division and Department officer, Directors and Stockholders while acting within the scope of their duties as such; and

b.   Any of your employees who are authorized to act to in the "administration" of your "employee benefits programs."

## 6.   DEFINITIONS

A.   "Administration" means:

(1)   the determination of the eligibility of employees to participate in "employee benefits programs;"

(2)   The enrollment of employees in those programs;

(3)   the keeping of records as to those programs;

(4)   interpreting of the provisions of those programs; and

(5)   the giving of advice or counsel to employees or their beneficiaries as their rights or interests in those programs.

B.   "Employee Benefits programs: means those:

(1)   group life insurance

(2)   "accident and health insurance";

(3)   dental insurance;

EXHIBIT 8-D

(4) pension;

(5) employee stock subscription;

(6) profit sharing;

(7) disability;

(8) retirement; or

any similar programs described in the Schedule of this endorsement and offered to employees and their beneficiaries in the United States of America, its territories and possessions, Puerto Rico and Canada.

It also include workers compensation, unemployment insurance and social security. If during this endorsement period you offer additional "employee benefits programs" not described in the Schedule of this endorsement then this insurance will also apply to those programs, but only until the 30th after you first offer each additional programs or the end of this endorsement period, whichever is earlier. If we add such additional program to the Schedule, the insurance will then continue to apply to those programs.

7. **SCHEDULE**

a.   LIMITS OF INSURANCE AGGREGATE LIMIT          $    3,000,000

    EACH CLAIM LIMIT                                          $    1,000,000

b.   DEDUCTIBLE EACH CLAIM                               $        0

c.   LIST OF "EMPLOYEE BENEFITS PROGRAM"

d.   PREMIUM
    (1)   Number of Employees

    (2)   Rate of Employee

    (3)   Advance Premium

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date                              Expiration Date

For attachment to Policy No.      TB7-141-432629-028

Audit Basis

Issued To

                                                 *Dexter R. Fay*                 *Edmund F. Kelly*
                                                SECRETARY                      PRESIDENT

                               Countersigned by   _____

                                                           Authorized Representative

         Issued                          Sales Office and No.                      End. Serial No. 5

LG 2054 R1 (10/95)                                                                    Page 3 of 3

EXHIBIT 8-D

079200801167100014

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ASBESTOS EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusion of Section I – Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

bodily injury:
personal injury:
property damage:
caused by, or allegedly caused by, asbestos either alone or in combination with other substances or factors.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.      TB7-141-432629-028

Audit Basis

Issued To

SECRETARY                PRESIDENT

|  | Countersigned by | Authorized Representative |
|---|---|---|
| Issued | Sales Office and No. | End. Serial No. 6 |

LG 3025 R1 02 99

EXHIBIT 8-D

079200801167100015

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## EXCLUSION - DISCRIMINATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage - A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:**

**This insurance does not apply to:**
Damages arising out of unlawful discrimination.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium   $
Effective Date
For attachment to Policy No.     TB7-141-432629-028
Audit Basis

Issued To

                                     *Dexter R. Legg*       *Edmund F Kelly*
                                        SECRETARY                  PRESIDENT

                         Countersigned by     _____
                                                  Authorized Representative

Issued                       Sales Office and No.          End. Serial No.  7

LG 3026 R1 02 99                                                 Page 1 of 1

EXHIBIT 8-D

079200801167100016

**THE ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT
# NON-CUMULATION OF LIABILITY
# (SAME OCCURRENCE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to paragraph 5 of SECTION III – LIMIT OF INSURANCE:

Non-Cumulation of Liability – Same Occurrence – If one "occurrence" causes "bodily injury" and/or "property damage" during the policy period and during the policy period of one or more prior and/or future general liability policy(ies) issued to you by us, then this policy's Each Occurrence Limit will be reduced by the amount of each payment made by us under the other policy(ies) because of such "occurrence".

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.    TB7-141-432629-028

Audit Basis

Issued To

SECRETARY       PRESIDENT

Countersigned by       _____

                                           Authorized Representative

Issued            Sales Office and No.          End. Serial No. 8

LG 6044 R1 0193

EXHIBIT 8-D

07920080116710017

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### PERSONAL AND ADVERTISING INJURY AMENDMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
EXCESS COMMERCIAL GENERAL LIABILITY COVERAGE FORM

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

### Section I. - Coverages

Paragraphs 2. i and j. of the Exclusions for Coverage B – Personal and Advertising Injury Liability are deleted and replaced with:

    **i.**  **Infringement Of Copyright, Patent, Trademark or Trade Secret and Securities Fraud**

        "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights or out of securities fraud.  Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement."

        However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

    **j.**  **Insureds In Media And Internet Type Businesses**

        "Personal and advertising injury" committed by an insured whose business is:

        **(1)** Advertising, broadcasting, publishing or telecasting;

        **(2)** Designing or determining content of web-sites for others; or

        **(3)** An Internet search, access, content or service provider.

        However, this exclusion does not apply to Paragraphs b. (1), (2), and (3) of "personal and advertising injury" under the Definitions Section.

        For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### Section V. - Definitions

1.      The definition of "advertisement" is deleted and replaced with:

"Advertisement" means a paid announcement that is broadcast or published in the print, broadcast or electronic media to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.  For the purposes of this definition:

    **a.**  Announcements that are published include material placed on the Internet or on similar electronic mean of communication; and

    **b.**  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

LB 24 24 02 08

EXHIBIT 8-D

079200801167100018

2.     The definition of "personal and advertising injury" is deleted and replaced with:

"Personal and advertising injury" means:

a.     Injury, including consequential "bodily injury", to the feelings and reputation of a natural person (including mental anguish) caused by an offense arising out of your business, except injury arising out of:

   (1)     your "advertisement", or

   (2)     publishing, broadcasting or telecasting done by or for you.

b.     injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   (1)     False arrest, detention or imprisonment;

   (2)     Malicious prosecution or abuse of process;

   (3)     The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   (4)     Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   (5)     Oral or written publication of material that violates a person's right of privacy;

   (6)     The use of another's advertising idea in your "advertisement"; or

   (7)     Infringing upon another's copyright, trade dress or slogan in your "advertisement"

---

This endorsement is executed by the **LIBERTY INSURANCE CORPORATION**

Premium $

Effective Date

For attachment to Policy No.     TB7-141-432629-028

Audit Basis

Issued To

SECRETARY                    PRESIDENT

Countersigned by _____

                                                  Authorized Representative

Issued                         Sales Office and No.              Rnd. Serial No.
                                                                    9

LB 24 24 02 08                                                   Page 2 of 2

**EXHIBIT 8-D**

079200801167100019

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT SUITS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion b. of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I Coverages) is replaced by the following:

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

**B.** SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is replaced by the following:

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**1.** All expenses we incur.

**2.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**3.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**4.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss earnings up to $250 a day because of time off from work.

**5.** All costs taxed against the insured in the "suit".

**6.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

LG 6112 0196                                                    **Page 1 of 2**

EXHIBIT 8-D

079200801167100020

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $
Effective Date                              Expiration Date
For attachment to Policy No.      TB7-141-432629-028
Audit Basis

Issued To

SECRETARY                          PRESIDENT

Countersigned by

Authorized Representative

Issued                              Sales Office and No.              End. Serial No.  10

**LG 6112 0196**                                                     **Page 2 of 2**

EXHIBIT 8-D

07920080116710 00022

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY COMMERCIAL GENERAL LIABILITY COVERAGE PART EXCLUSION ENDORSEMENT
**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

IL 00 21 07 02                    © ISO Properties, Inc., 2001                    Page 1 of 2

EXHIBIT 8-D

079200801167100023

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.   TB7-141-432629-028

Audit Basis

Issued To

Dexter R. Jay
SECRETARY

Leonard F. Keff
PRESIDENT

Countersigned by _____
Authorized Representative

Issued                     Sales Office and No.                     End. Serial No. 11

IL 00 21 07 02                     © ISO Properties, Inc., 2001                     Page 2 of 2

EXHIBIT 8-D

079200801167100024

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

(2) 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

(3) 30 days before the effective date of cancellation if we cancel for any other reason.

**b. More Than 90 Days**

If this policy has been in effect for more than 90 days, or is a renewal of a policy we issued, we may cancel this policy, only for one or more of the reasons listed below, by mailing or delivering to the first Named Insured written notice of cancellation at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium;

(2) 20 days before the effective date of cancellation if you have perpetrated a fraud or material misrepresentation on us; or

(3) 45 days before the effective date of cancellation if:

(a) There has been a substantial change in the scale of risk covered by this policy;

(b) Reinsurance of the risk associated with this policy has been cancelled; or

(c) You have failed to comply with reasonable safety recommendations.

EXHIBIT 8-D

079200801167100025

**B.** The following is added to the Common Policy Conditions and supersedes any provision to the contrary.

**NONRENEWAL**

1. If we elect not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal at least 45 days before:

   a. The expiration date of this policy, if the policy is written for a term of one year or less; or

   b. The anniversary date of this policy, if the policy is written for a term of more than one year.

2. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium $
Effective Date
For attachment to Policy No.   TB7-141-432629-028
Audit Basis

Issued To

Dexter R. Legg
SECRETARY

Edward F. Kelly
PRESIDENT

Countersigned by

Authorized Representative

Issued

Sales Office and No.

End. Serial No. 12

© ISO Properties, Inc., 2006

IL 02 72 09 07

EXHIBIT 8-D

079200801167100026

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## INDIANA CHANGES - POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Subparagraph **f., Pollution** of Paragraph **2., Exclusions** of **Bodily Injury And Property Damage Liability Coverage (Section I - Coverages)** and to Paragraph **2., Exclusions** of **Personal And Advertising Injury Liability Coverage (Section I - Coverages)** or to any amendment to or replacement thereof:

This Pollution Exclusion applies whether or not such irritant or contaminant has any function in your business, operations, premises, site or location.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium $
Effective Date Expiration Date
For attachment to Policy No. TB7-141-432629-028
Audit Basis

Issued To

SECRETARY PRESIDENT

Countersigned by ______________________
Authorized Representative

Issued Sales Office and No. End. Serial No. 13

 Copyright, Insurance Services Office, Inc., 1996

EXHIBIT 8-D

079200801167100027

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INDIANA CHANGES

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL CRIME – LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX
    COVERAGE FORM K
    COMMERCIAL CRIME – LIABILITY FOR GUESTS' PROPERTY PREMIUM
    COMMERCIAL FORM L
    COMMERCIAL CRIME – SAFE DEPOSITORY LIABILITY COMMERCIAL FORM M
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL PROPERTY – LEGAL LIABILITY COVERAGE FORM
    COMMERCIAL PROPERTY – MORTGAGE HOLDER ERRORS AND OMISSIONS
    COVERAGE FORM*
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    FARM LIABILITY COVERAGE FORM
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

\*   Under the MORTGAGE HOLDERS ERRORS AND OMISSIONS COVERAGE FORM, the following condition applies only to Coverage C and Coverage D.

The following condition is added:

Notice given by or on behalf of the insured to any of our authorized agents in Indiana, with particulars sufficient to identify the insured, shall be considered to be notice to us.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium   $
Effective Date
For attachment to Policy No.   TB7-141-432629-028
Audit Basis

Issued To

Dexter R. Legg       Edmund F Kelly
    SECRETARY            PRESIDENT

Countersigned by

                           Authorized Representative

Issued                Sales Office and No.          End. Serial No.  14

IL 01 58 04 98

EXHIBIT 8-D

079200801167100028

# COMPOSITE RATING PLAN

The premiums for this policy shall be computed on the following basis:

**PER $1,000 GROSS SALES**

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $
Effective Date
For attachment to Policy No.        TB7-141-432629-028
Audit Basis

Issued To

Dexter R. Legg
SECRETARY

Edward F. Kelly
PRESIDENT

Countersigned by

_____
Authorized Representative

Issued                      Sales Office and No.           End. Serial No. 15

**LG 6035**
**(9-87)**

EXHIBIT 8-D

079200801167100029

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.     TB7-141-432629-028

Audit Basis

Issued To

Daxter R. Jay
SECRETARY

Edward F. Kelly
PRESIDENT

Countersigned by

_____
Authorized Representative

Issued          Sales Office and No.          End. Serial No. 16

CG 21 73 01 08          © ISO Properties, Inc., 2007          Page 1 of 1

EXHIBIT 8-D

079200801167100030

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

© ISO Properties, Inc., 2004

EXHIBIT 8-D

079200801167100031

**C.** The following definitions are added to the **Defini-tions** Section:

   **1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

   **2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.    TB7-141-432629-028

Audit Basis

Issued To

           Expiration Date

*Dexter R. Legg*
SECRETARY

*Edward F. Kelly*
PRESIDENT

Countersigned by       _____

                                    Authorized Representative

Issued                      Sales Office and No.           End. Serial No. 17

EXHIBIT 8-D

079200801167100032

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALASKA EXCLUSION OF
# CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising out of a "certified act of terrorism".

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

   **b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium  $
Effective Date
For attachment to Policy No.   TB7-141-432629-028
Audit Basis

Issued To

Dexter R. Legg
SECRETARY

Gerard F. Kiff
PRESIDENT

Countersigned by

_____
Authorized Representative

Issued

Sales Office and No.

End. Serial No. 18

CG 26 88 01 08

© ISO Properties, Inc., 2007

Page 1 of 2

EXHIBIT 8-D

079200801167100033

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIBERTY DirectEnhancement

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement modifies insurance by broadening the insurance provided by CG 00 01.

**Index of modified items:**

> Item 1. - REASONABLE FORCE
> Item 2. - NON-OWNED WATERCRAFT EXTENSION
> Item 3. - ALIENATED PREMISES
> Item 4. - DAMAGE TO PREMISES RENTED TO YOU - EXPANDED COVERAGE
> Item 5. - BODILY INJURY TO CO-EMPLOYEES
> Item 6. - HEALTH CARE PROFESSIONALS AS INSUREDS
> Item 7. - KNOWLEDGE OF OCCURRENCE
> Item 8. - UNINTENTIONAL ERRORS AND OMISSIONS
> Item 9. - BODILY INJURY REDEFINITION
> Item 10. - SUPPLEMENTARY PAYMENTS
> Item 11. - LIBERALIZATION

**Item 1. - REASONABLE FORCE**

    Exclusion a. of COVERAGE A is replaced by the following:

        **a.** Expected or Intended Injury
        "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Item 2. - NON-OWNED WATERCRAFT EXTENSION**

    Subparagraph g.(2) of Exclusion g. of COVERAGE A (Section I - Coverages) is replaced by the following:

        **(2)** A watercraft you do not own that is:
            **(a)** Less than 55 feet long; and
            **(b)** Not being used for public transportation or as a common carrier.

**Item 3. - ALIENATED PREMISES**

    **1.** Subparagraph j.(2) of Exclusions of Section I – Coverages – Bodily Injury And Property Damage Liability is replaced by the following:
        **(2)** Premises you sell, give away, or abandon, if the "property damage" arises out of any part of those premises, and occurs from hazards that were known by you, or should have reasonably been known by you, at the time the property was transferred or abandoned.

**Item 4. - DAMAGE TO PREMISES RENTED TO YOU - EXPANDED COVERAGE**

    **A.** Fire, Lightning Or Explosion Damage
    The last paragraph of **2.** Exclusions under Section I – Coverage A is replaced by the following:

        Exclusions c. through n. do not apply to damage to premises rented to you or temporarily occupied by you with permission of the owner when the damage is caused by fire, lightning, or explosion or subsequent damages resulting from such fire, lightening or explosion, including water damage. A separate limit of insurance applies to this coverage as described in Section III – Limits of Insurance.

    **B.** Limits for Damage to Premises Rented to You

    Paragraph **6.** of Section III – Limits of Insurance is replaced by the following:

LG 31 53 09 07                                                 **Page 1 of 3**

**EXHIBIT 8-D**

07920080116710034

Subject to 5. above, the Damage to Premises Rented to You Limit is the most we will pay under Coverage **A** for any combination of:

    (a)  damage caused by fire, lightning, or explosion or subsequent damages resulting from such fire, lightening or explosion, including water damage to premises rented to you, or temporarily occupied by you with permission of the owner; and

    (b)  "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days.

## Item 5. - BODILY INJURY TO CO-EMPLOYEES

1.    Subject to the Each Occurrence Limit and the General Aggregate Limit, Paragraphs 2.a.(1)(a), (b) and (c) of SECTION II – Who Is an Insured do not apply to your supervisory or management "employees" for "bodily injury" only.

2.    Subject to the Each Occurrence Limit and the General Aggregate Limit, Paragraphs 2.a.(1)(a), (b) and (c) of SECTION II – Who Is an Insured do not apply to your "employees" or "volunteer workers" for "bodily injury" arising out of a Good Samaritan act to a co-"employee" or co-"volunteer worker." A Good Samaritan act means an attempt to rescue or aid a person in imminent or serious peril, provided the attempt is not recklessly made.

Damages owed to an injured co-"employee" or "volunteer worker" will be reduced by any amount paid or available to the injured co-"employee" or "volunteer worker" under any other valid and collectible insurance.

## Item 6. - HEALTH CARE PROFESSIONALS AS INSUREDS

Paragraph 2.a. (1) (d) of Section II – Who Is An Insured is deleted unless:

    (i)  You are engaged in the occupation or business of providing or offering medical, surgical, dental, x-ray or nursing services, treatment, advice or instruction; or

    (ii)  The "employee" has any other insurance that would also cover claims arising under this provision, whether the other insurance is primary, excess, contingent or on any other basis.

## Item 7. - KNOWLEDGE OF OCCURRENCE

Subparagraph 2.a., b. and c. of Condition 2. Section IV – Commercial General Liability Conditions are amended to add the following:

As used in this paragraph, the word "you" refers to an "executive officer", partner, member or legal representative, and any other "employee" with insurance or risk management responsibilities.

## Item 8. - UNINTENTIONAL ERRORS AND OMISSIONS

Paragraph 6. of Section IV – Commercial General Liability Conditions is amended to add the following:

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this policy will not invalidate or affect coverage for those premises or operations. However, you must report such error or omission to us as soon as practicable after its discovery.

This provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

## Item 9. - BODILY INJURY REDEFINITION

The definition of "bodily injury" in Section **V** - DEFINITIONS section is replaced by the following:

"Bodily injury" means bodily injury, sickness or disease sustained by a person. It includes death or mental anguish, which results at any time from such physical harm, physical sickness or physical disease. Mental anguish means any type of mental or emotional illness or distress.

## Item 10. - SUPPLEMENTARY PAYMENTS

Section **I** - Coverages, Supplementary Payments - Coverages **A** and **B**, item 1. b. and 1. d., respectively, are replaced with:

b.    Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

LG 31 53 09 07                                                          Page 2 of 3

EXHIBIT 8-D

079200801167100035

    **d.**  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit" including substantiated loss of earnings up to $500 a day because of time off from work.

## Item 11. – LIBERALIZATION

Section IV - Commercial General Liability Conditions is amended to add the following:

    **10.**  Liberalization

        If we adopt a change in our forms or rule which would broaden your coverage without an extra charge, the broader coverage will apply to this policy. This extension is effective upon the approval of such broader coverage in your state.

This endorsement is executed by the LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.       Expiration Date

                      TB7-141-432629-028

Audit Basis

Issued To

                                    Dexter R. Legg        Edmund F. Kelly
                                    SECRETARY            PRESIDENT

                        Countersigned by       _____
                                          Authorized Representative

     Issued                  Sales Office and No.          End. Serial No. 19

LG 31 53 09 07                                            **Page 3 of 3**

**EXHIBIT 8-D**

079200801167100036

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

CG 24 26 07 04    © ISO Properties, Inc., 2004    Page 1 of 2

EXHIBIT 8-D

079200801167100037

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.    TB7-141-432629-028

Audit Basis

Issued To

Dexter R. Lay
SECRETARY

Lamar F Kiff
PRESIDENT

Countersigned by

Authorized Representative

Issued

Sales Office and No.

End. Serial No. 20

© ISO Properties, Inc., 2004                CG 24 26 07 04

EXHIBIT 8-D

079200801167100038

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DAMAGE FIRST OCCURRING
## PRIOR TO POLICY PERIOD -- EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" within the "products-completed operations hazard" if the injury or damage first occurred prior to the effective date of this policy.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $
Effective Date                          Expiration Date
For attachment to Policy No.    TB7-141-432629-028
Audit Basis

Issued To

SECRETARY                    PRESIDENT

Countersigned by

Authorized Representative

Issued                              Sales Office and No.                End. Serial No. 21

LG 3205 06 05

EXHIBIT 8-D

079200801167100039

**THIS ENDORSEMENT APPLIES TO YOUR POLICY.  PLEASE READ IT CAREFULLY.**

## PREMIUM DETERMINATION -- SUBCONTRACTORS

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following provision is added to Section IV—Conditions:

You shall obtain adequate certificates of insurance for commercial general liability coverage from all independent contractors and sub-contractors doing work on your behalf.  Such certificates must:

1.  Specify that you are an Additional Insured,
2.  Specify an Each Occurrence Limit at least equal to $1,000,000,
3.  Specify insurance written on an occurrence basis, and
4.  Specify insurance that is effective during the course of the work for you.

As evidence for adequate insurance, at final premium audit we will require you to provide us with certificates of insurance for all independent contractors and sub-contractors who performed work on your behalf during the policy period.  Failure to provide adequate certificates of insurance for any contractor or sub-contractors will not alter the coverage provided under this policy but will result in the treatment of that independent contractor or sub-contractor as your employee for rating purposes.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $

Effective Date

For attachment to Policy No.          TB7-141-432629-028

Audit Basis

Issued To

Expiration Date

Dexter R. Legg
SECRETARY

Edward 7 Kelly
PRESIDENT

Countersigned by

Authorized Representative

Issued                                    Sales Office and No.                        End. Serial No. 22

LG 3206 11 05                                                                          **Page 1 of 1**

EXHIBIT 8-D

079200801167100040

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

EXHIBIT 8-D

07920080116710004l

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2006

EXHIBIT 8-D

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

 © ISO Properties, Inc., 2006 CG 00 01 12 07

EXHIBIT 8-D

079200801167100044

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

        (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

        (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

        (i) Any insured; or

        (ii) Any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

        (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

        (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

        (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

    (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

EXHIBIT 8-D

079200801167100045

(2) Any loss, cost or expense arising out of any:

  (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

  (a) Less than 26 feet long; and

  (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

  (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

  (b) the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

EXHIBIT 8-D

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III -- Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

EXHIBIT 8-D

079200801167100047

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

© ISO Properties, Inc., 2006 CG 00 01 12 07

EXHIBIT 8-D

07920801167100048

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

### l. Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### m. Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

### n. Pollution-Related

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

### o. War

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

### p. Distribution Of Material In Violation Of Statutes

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

EXHIBIT 8-D

07920080116710049

## 2. Exclusions

We will not pay expenses for "bodily injury":

### a. Any Insured

To any insured, except "volunteer workers".

### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

### d. Workers Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

### e. Athletics Activities

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

### g. Coverage A Exclusions

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to:

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

© ISO Properties, Inc., 2006

CG 00 01 12 07

EXHIBIT 8-D

079200801167100050

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      **(1)** "Bodily injury" or "personal and advertising injury":

         **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

         **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

         **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

         **(a)** Owned, occupied or used by,

         **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© ISO Properties, Inc., 2006

EXHIBIT 8-D

079200801167100051

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage A; and

**b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006

EXHIBIT 8-D

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

b. Excess Insurance

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

© ISO Properties, Inc., 2006

EXHIBIT 8-D

079200801167100053

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006

CG 00 01 12 07

EXHIBIT 8-D

079200801167100054

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

 © ISO Properties, Inc., 2006

EXHIBIT 8-D

07920080116710055

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between *you and the labor leasing firm, to perform duties* related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.** While it is in or on an aircraft, watercraft or "auto"; or

    **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.** Vehicles maintained for use solely on or next to premises you own or rent;

    **c.** Vehicles that travel on crawler treads;

    **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **(1)** Power cranes, shovels, loaders, diggers or drills; or

        **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        **(2)** Cherry pickers and similar devices used to raise or lower workers;

    **f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **(1)** Equipment designed primarily for:

        **(a)** Snow removal;

        **(b)** Road maintenance, but not construction or resurfacing; or

        **(c)** Street cleaning;

    **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.** False arrest, detention or imprisonment;

    **b.** Malicious prosecution;

    **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

    **f.** The use of another's advertising idea in your "advertisement"; or

    **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2006

CG 00 01 12 07

EXHIBIT 8-D

079200801167100056

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

     **(1)** Products that are still in your physical possession; or

     **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

       **(a)** When all of the work called for in your contract has been completed.

       **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

       **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

     Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

     **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

     **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

     **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

EXHIBIT 8-D

07920080116710057

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      **(2)** The providing of or failure to provide warnings or instructions.

   © ISO Properties, Inc., 2006   CG 00 01 12 07

EXHIBIT 8-D

079200801167100058



# COMMERCIAL POLICY

GPO 4613

EXHIBIT 8-D

079200801167100060

**LIABILITY POLICY**



Liberty Mutual
Insurance Group/Boston

## Liberty Insurance Corporation

### (A Stock Insurance Company, herein called the Company)

**IN WITNESS WHEREOF,** the company has caused this policy to be signed by its President and its Secretary at Boston, Massachusetts, and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                    PRESIDENT

GPO 4080 (7-1-87)

EXHIBIT 8-D

07920080116710061



## NOTICE TO OUR BUSINESS MARKET POLICYHOLDERS

This notice has been prepared in conjunction with the implementation of changes under your Commercial General Liability (CGL) Coverage Form and endorsements. It provides a summary of significant changes that are occurring. It does not attempt to include every change.

Liberty Mutual Business Market uses forms and endorsements published by the Insurance Service Organization (ISO) and will be adopting the 12 07 CGL form editions that ISO has recently published (12 07 refers to December 2007). If you have any questions that are not addressed in this letter, please contact your Liberty Mutual representative.

No coverage is provided by this notice. If there is any conflict between the policy and this notice, the provisions of the policy will prevail.

### BACKGROUND

The expiring coverage forms used on your general liability policy or policies, issued by Liberty Mutual's Business Market, are the 12 04 editions (12 04 refers to December 2004). ISO has introduced changes to these coverage forms, therefore creating a new version, known as the 12 07 edition. In those states that have approved the new coverage forms, Liberty Mutual is adopting the 12 07 editions of the coverage forms effective February 1, 2008.

ISO has also introduced new and revised editions of general liability endorsements. The endorsements also have a 12 07 edition date and, in those states in which they are approved, we are adopting them effective February 1, 2008 as well.

At the same time, Liberty Mutual will be discontinuing the use of its Personal and Advertising Injury Endorsement, LG 60 75. Until now, the LG 60 75 endorsement replaced the Personal and Advertising Injury Coverage contained in Coverage B of the ISO policy. This discontinuation of the LG 60 75 endorsement means that the terms and conditions of your Personal and Advertising Injury coverage will track more closely with the terms and conditions contained in the ISO policy. We will, however, continue to modify four elements of the ISO language through the attachment of a new endorsement, LB 24 24 02 08,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

EXHIBIT 8-D

079200801167100062

Personal and Advertising Injury Amendment. This form is detailed below under the heading "Changes That Have No Impact On Coverage"

Business Market will be adopting the new ISO Coverage Forms and Endorsements names and numbers for insured Primary policies listed below.

## ISO FORMS AFFECTED BY 12 07 REVISION

Below is a list of coverage forms that will be affected by the 12 07 ISO changes. Note that not all changes apply to all forms:

CG 00 01 12 07 – Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 12 07 – Commercial General Liability Coverage Form (Claims-Made Version)
CG 00 09 12 07 – Owners And Contractors Protective Liability Coverage Form
CG 00 37 12 07 -- Products/Completed Operations Liability Coverage Form (Occurrence Version)
CG 00 38 12 07 – Products/Completed Operations Liability Coverage Form (Claims-Made Version)
CG 00 35 12 07 – Railroad Protective Liability Coverage Part
CG 00 33 12 07 – Liquor Liability Coverage Form (Occurrence)
CG 00 34 12 07 – Liquor Liability Coverage Form (Claims-Made)
CG 00 39 12 07 -- Pollution Liability Coverage Form (Designated Sites)
CG 00 40 12 07 -- Pollution Liability Limited Coverage Form (Designated Sites)
CG 00 65 12 07 -- Electronic Data Liability Coverage Form
CG 00 66 12 07 -- Product Withdrawal Coverage From

We intend to use the most current ISO Coverage Forms as states, territories and possessions approve them for use. We anticipate the approval process for some states, territories and possessions to take more than a year, therefore, some policies may not be impacted until 2009 or later. Refer to your Coverage Proposal to see what form applies to your coverage.

## CHANGES THAT HAVE NO IMPACT ON COVERAGE

### SUPPLEMENTARY PAYMENTS SECTION

CG 00 01 12 07 -- Commercial General Liability Coverage Form (Occurrence Version)

CG 00 02 12 07 -- Commercial General Liability Coverage Form (Claims-Made Version)

CG 00 09 12 07 -- Owners And Contractors Protective Liability Coverage Form

CG 00 33 12 07 -- Liquor Liability Coverage Form (Occurrence Version)

CG 00 34 12 07 -- Liquor Liability Coverage Form (Claims-Made Version)

CG 00 35 12 07 -- Railroad Protective Liability Coverage Form

CG 00 37 12 07 -- Products/Completed Operations Liability Coverage Form (Occurrence Version)

CG 00 38 12 07 -- Products/Completed Operations Liability Coverage Form (Claims-Made Version)

CG 00 39 12 07 -- Pollution Liability Coverage Form (Designated Sites)

CG 00 40 12 07 -- Pollution Liability Limited Coverage Form (Designated Sites)

CG 00 65 12 07 -- Electronic Data Liability Coverage Form

CG 00 66 12 07 -- Product Withdrawal Coverage From

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GPO 4947 12 07                                        2

EXHIBIT 8-D

079200801167100063

The Supplementary Payments Section in your policy provides coverage for your defense costs with respect to any claim we investigate or settle, or any suit against you that we defend.  The Supplementary Payments Section has been revised to reinforce that coverage is provided for court costs taxed against you, but this section does not provide coverage for attorneys' fees or expenses incurred by the opposing party that a court rules you must pay .

While this change is considered to be a reinforcement of our coverage intent, it may result in a decrease in coverage in jurisdictions where courts have ruled that attorneys' fees or attorneys' expenses incurred by an opposing party, and which a court orders an insured to pay, can be considered to be a supplementary payment.

## INFRINGEMENT OF COPYRIGHT, PATENT, TRADEMARK OR TRADE SECRET EXCLUSION

CG 00 01 12 07 -- Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 12 07 -- Commercial General Liability Coverage Form (Claims-Made Version)
CG 00 65 12 07 -- Electronic Data Liability Coverage Form

The Infringement Of Copyright, Patent, Trademark Or Trade Secret exclusion in your policy has been revised to reinforce that the exclusion does not apply to coverage for personal and advertising injury arising out of infringement of other intellectual property rights involving the use of another's advertising idea in your advertisement.

## DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES EXCLUSION

CG 00 01 12 07 -- Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 12 07 -- Commercial General Liability Coverage Form (Claims-Made Version)

Previously, this exclusion was added to your policy, via mandatory endorsement.  The endorsement contained an exclusion addressing injury or damage arising out of any action or omission that violates or is alleged to violate the Telephone Consumer Protection Act (TCPA), the CAN-SPAM Act of 2003 or any other similar statute, ordinance or regulation that prohibits or limits the sending, transmitting, communicating or distribution of material or information. This exclusion has now been incorporated directly into your policy.

## LIQUOR LIABILITY

CG 00 33 12 07 -- Liquor Liability Coverage Form (Occurrence)
CG 00 34 12 07 -- Liquor Liability Coverage Form (Claims-Made)

The definition of "injury" in your policy has been revised to reinforce that coverage is provided for bodily injury or property damage, as well as any related care, loss of services or loss of support.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GPO 4947 12 07                    3

EXHIBIT 8-D

079200801167100064

**PERSONAL AND ADVERTISING INJURY AMENDMENT ENDORSEMENT**

CG 00 01 12 07 -- Commercial General Liability Coverage Form (Occurrence Version)

CG 00 02 12 07 -- Commercial General Liability Coverage Form (Claims-Made Version)

Previously, endorsement LG 60 75, Personal and Advertising Injury Coverage, was added to your policy via endorsement. The endorsement replaced Coverage B of the ISO Policy but only made changes to the definitions of "advertisement" and "personal and advertising injury" as well as a modification to exclusions i. and j. of the Personal and Advertising Injury Coverage. The LG 60 75 endorsement, Personal and Advertising Injury Coverage, will be discontinued and replaced with LB 24 24 02 08. The change will not affect your coverage. Endorsement LB 24 24 02 08 will amend the ISO definitions of "advertisement" and "personal and advertising injury" just as the LG 60 75 has done and the new endorsement will also continue to modify exclusions i. and j. of the Personal and Advertising Injury Coverage, but a full replacement of the ISO Coverage B will no longer occur.

## CHANGES THAT BROADEN COVERAGE

### Existing Endorsements

CG 22 60 12 07 -- Limitation Of Coverage - Real Estate Operations

When this revised endorsement is attached to your policy, coverage is provided for injury and damage arising out of the ownership, operation, maintenance or use or premises listed or shown by you. The addition of the words "or shown" accommodates real estate agents who provide real estate professional services for properties shown but not listed by such agents.

CG 22 93 12 07 -- Lawn Care Services Coverage

When this revised endorsement is attached to your policy, insureds who apply herbicides/pesticides on lawns under their regular care are now provided bodily injury and property damage coverage.

### New Endorsements

CG 22 92 12 07 -- Snowplowing Operations Coverage

When this endorsement is attached to your policy, coverage is provided for bodily injury and property damage arising out of snow plow operations performed by an auto.

CG 24 16 12 07 -- Canoes Or Rowboats

When this endorsement is attached to your policy, coverage is provided for bodily injury and property damage arising out of the operation of any canoe or rowboat owned or used by or rented to you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GPO 4947 12 07                              4

EXHIBIT 8-D

07920080116710065

## CHANGES THAT RESULT IN REDUCTION OF COVERAGE

### Existing Endorsements

CG 21 47 12 07 -- Employment-Related Practices Exclusion (For Use With Commercial General Liability Coverage Forms)

CG 29 51 12 07 -- Employment-Related Practices Exclusion (For Use With The Owners And Contractors Protective Liability And Pollution Liability Coverage Forms)

The Employment-Related Practices Exclusion is revised to reinforce that, when these endorsements are attached to your policy, coverage is not provided for any injury to a person associated with the employment of that person, whether it occurs before employment, during employment or after employment of that person. Additionally, the exclusion is revised to reinforce that coverage does not apply for injury to a person caused by the malicious prosecution of that person.

While these changes are each a reinforcement of coverage intent, they may result in a decrease in coverage in jurisdictions where courts have ruled the exclusion to be inapplicable in employment-related malicious prosecution claims and/or post employment claims. For that reason, out of caution, we are listing it as a decrease.

### New Endorsements

CG 21 97 12 07 -- Abuse Or Molestation Exclusion - Specified Professional Services

When this endorsement is attached to your policy, coverage is not provided for injury or damage arising out of the actual or threatened abuse or molestation of a person while in the care, custody or control of any insured, during the rendering of the specified professional service.

CG 21 98 12 07 -- Total Pollution Exclusion Endorsement (For Use With The Products Completed Operations Coverage Forms)

When this endorsement is attached to your policy, coverage is not provided for bodily injury or property damage (including any loss, cost or expense) arising out of any pollution exposure.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GPO 4947 12 07                                         5

EXHIBIT 8-D

267200800530300002

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - MANAGERS OR LESSORS OF
PREMISES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

1.   **Designation of Premises (Part Leased to You):**     4000 Trindle Rd
                                                          Camp Hill, PA  17011

2.   **Name of Person or Organization     PRVCA**
     **(Additional Insured):**

3.   **Additional Premium:**

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1.  Any "occurrence" which takes place after you cease to be a tenant in that premises.

2.  Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

This endorsement is executed by the  LIBERTY INSURANCE CORPORATION

Premium  $    To be adjusted at audit           $71 Flat Charge
Effective Date    09-08-08         Expiration Date    03-04-09
For attachment to Policy No.     TB7-141-432629-028
Audit Basis     1

Issued To     R-Vision, Inc. and ETAL

*Dexter R. Jay*
SECRETARY

*Edward F. Huff*
PRESIDENT

Countersigned by

_____
Authorized Representative

Issued                          Sales Office and No.                End. Serial No. 24
DAL  09/12/08                   Mishawaka, IN 0412

CG 20 11 01 96          Copyright, Insurance Services Office, Inc. 1994

EXHIBIT 8-D

133200900899800002



**Liberty Mutual.**

Liberty Insurance Corporation

Account Number        432629 / 0000

R-Vision Inc.
606 Nelson's Parkway
Wakarusa IN 46573

Liability Only (Occurrence Basis)

Policy Number
TB7-141-432629-028          22/9

Premium for Period
03/04/2008 - 03/04/2009

Issue Date and Number
05/11/2009      1558

Page 1

| Classification Description | Codes | Exposure | Rate | Charges/Credits |
|---|---|---|---|---|
| All Operations of the Named Insured | 20550 | | | |
| Indiana | | | | |
| Undiscounted Rate | | Gross Sales 148,572,635 Flat Charge | 1.1710 | 174,096 |
| Adl Insd-Mngrs or Lessors of Premises | | | | 71 |
| State Total | | | | 174,167 |
| Total Premium | | | | 174,167 |
| Earned Premium | | | | 174,167 |
| | | | | |
| BKS        0412 / 7639 | | | | |
| Earned Premium as shown above | | | | 174,167 |
| Deduct: Advance Premium Billed | | | | 248,253 |
| Adjusted Premium | | | | -74,086 |
| Net Adjusted Premium | | | | 74,086 Credit |
| | | | | |
| Final Audit Adjustment This is Not a Bill Premium Exhibit to Follow | | | | |

**EXHIBIT 8-D**

133200900899800003

## PRODUCER NAME AND MAIL ADDRESS SCHEDULE

The Schedule Page includes the following Producer Name and Mail Address:

ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES
ONE LIBERTY SQUARE
100 LINCOLNWAY WEST
MISHAWAKA IN  46544

**Policy Number:** TB7-141-432629-028

GPO 4977 02 09

EXHIBIT 8-D

133200900899800004



R-Vision, Inc.
606 Nelson's Parkway
Wakarusa IN 46573

Liberty Mutual is the marketing name for the property and casualty insurance operations of Liberty Mutual Group Inc. Products may be written in the following stock insurance company subsidiaries of Liberty Mutual Group Inc.:

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
Liberty Insurance Corporation
LM Insurance Corporation
The First Liberty Insurance Corporation
Liberty Insurance Company of America
Liberty Surplus Insurance Corporation
Liberty County Mutual Insurance Company
Wausau Business Insurance Company
Wausau General Insurance Company
Wausau Underwriters Insurance Company
Employers Insurance Company of Wausau

Not all products and coverages are available in all companies or jurisdictions.

**GPO 4949 R1**    Copyright 2009 Liberty Mutual Group of Companies. All rights reserved.

EXHIBIT 8-D