UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N, 5 |
| | * | |
| This document relates to: | * | |
|    *Amber Jones v. R-Vision, Inc.*, No. 09-7104 | * | |
|    *Elica Allen v. R-Vision, Inc.*, No. 10-2201, | * | |
|    *Gwendolyn White v. R-Vision, Inc.*, | * | |
|       No. 09-4734, | * | |
|    *Marica Stephen v. R-Vision, Inc.*, | * | |
|       No. 09-7917, | * | |
|    *Marla Raffield v. R-Vision, Inc.*, | * | |
|       No. 10-1261, | * | |
|    *Stephanie Adkison v. R-Vision, Inc.*, | * | |
|       No. 09-7814, | * | JUDGE ENGELHARDT |
|    Plaintiffs Listed in Appendix "A" | * | MAGISTRATE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Motion for Summary Judgment filed by Liberty Mutual Insurance Company ("Liberty Mutual");

**IT IS HEREBY ORDERED** that Liberty Mutual's Motion for Summary Judgment is hereby **GRANTED**.

1

2

**IT IS FURTHER ORDERED** that the claims of the plaintiffs listed in Appendix "A" against Liberty Mutual be and are hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana this _____ day of _____, 2012.

_____
JUDGE

**APPENDIX "A"**
**Captioned Plaintiffs**

|   | Plaintiff's Name | Caption | Installation Address from Plaintiff Fact Sheet | | | |
|---|---|---|---|---|---|---|
| 1 | Brad Franks | Amber Jones, et al. v. R-Vision, Inc. et al. | 2101 41St Ave. | Gulfport | MS | 39501 |
| 2 | Callie Coursey | Amber Jones, et al. v. R-Vision, Inc. et al. | 125 Marcie Dr. | Long Beach | MS | 39560 |
| 3 | Carla Stallworth o/b/o Kyle G. Stallworth | Amber Jones, et al. v. R-Vision, Inc. et al. | 2006 Leroy St. | Moss Point | MS | 39563 |
| 4 | Carlos Stallworth | Amber Jones, et al. v. R-Vision, Inc. et al. | 4006 Leroy Street | Moss Point | MS | |
| 5 | Debra Buckhalter | Amber Jones, et al. v. R-Vision, Inc. et al. | 1228 Woodward Ave. | Gulfport | MS | 39501 |
| 6 | Debra Buckhalter o/b/o Broderick Stapleton | Amber Jones, et al. v. R-Vision, Inc. et al. | 1228 Woodward Ave. | Gulfport | MS | 39501 |
| 7 | Debra Buckhalter o/b/o Frederick Buckwalter | Amber Jones, et al. v. R-Vision, Inc. et al. | 1228 Woodward Ave. | Gulfport | MS | 39501 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Elizabeth Franks | Amber Jones, et al. v. R-Vision, Inc. et al. | 6095 Duby Lane | Long Beach | MS | 39560 |
| 9 | Elizabeth Franks o/b/o Shandy Franks | Amber Jones, et al. v. R-Vision, Inc. et al. | 2101 41ST Ave | Long Beach | MS | 39560 |
| 10 | Elizabeth Franks o/b/o Shane Franks | Amber Jones, et al. v. R-Vision, Inc. et al. | 2101 41ST Ave | Gulfport | MS | 39501 |
| 11 | Erica Culpepper | Amber Jones, et al. v. R-Vision, Inc. et al. | 2215 Taylor Ave. | Pascagoula | MS | 39567 |
| 12 | Henry Dukes | Amber Jones, et al. v. R-Vision, Inc. et al. | Airport Road | Picayune | MS | 39466 |
| 13 | Kimberly Lee | Amber Jones, et al. v. R-Vision, Inc. et al. | 93 E. Rail Rd. | Gulfport | MS | 39530 |
| 14 | Kimberly Lee o/b/o Sheena Renee Thompson | Amber Jones, et al. v. R-Vision, Inc. et al. | | Gulfport | MS | |
| 15 | Kimberly Lee o/b/o Summer Park | Amber Jones, et al. v. R-Vision, Inc. et al. | | Gulfport | MS | |
| 16 | Marsha Coursey | Amber Jones, et al. v. R-Vision, Inc. et al. | 125 Marcie Dr. | Long Beach | MS | 39560 |
| 17 | Mary Culpepper | Amber Jones, et al. v. R-Vision, Inc. et al. | 2215 Taylor Ave. | Pascagoula | MS | 39567 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Michelle Olsen o/b/o Bryonna N. Morrow | Amber Jones, et al. v. R-Vision, Inc. et al. | 1306 Commanche Drive | Pascagoula | MS | 39581 |
| 19 | Pamela Bennett | Amber Jones, et al. v. R-Vision, Inc. et al. | | Gulfport | MS | |
| 20 | Paul Watson Jr. | Amber Jones, et al. v. R-Vision, Inc. et al. | 2310 Parsley Ave. | Pascagoula | MS | 39581 |
| 21 | Paul Watson o/b/o Jayden Watson | Amber Jones, et al. v. R-Vision, Inc. et al. | 2310 Parsley Ave. | Pascagoula | MS | 39567 |
| 22 | Sarah Lee | Amber Jones, et al. v. R-Vision, Inc. et al. | 2404 Staples Rd. | Mobile | AL | 36605 |
| 23 | Stacy Summer | Amber Jones, et al. v. R-Vision, Inc. et al. | 4525 Veteran St. Lot #7 | Pascagon | MS | 39581 |
| 24 | Thomas Culpepper | Amber Jones, et al. v. R-Vision, Inc. et al. | 2215 Taylor Ave. | Pascagoula | MS | 39567 |
| 25 | Betty Smith | Elica Allen, as Next Friend of I.A, a minor, et. al. vs. R-Vision, Inc., et. al. | 384 Croesus St. | Biloxi | MS | 39531 |
| 26 | Billy Wilkinson | Elica Allen, as Next Friend of I.A, a minor, et. al. vs. R-Vision, Inc., et. al. | 2404 Staples Rd. | Mobile | AL | 36605 |
| 27 | Fredrickas Smith | Elica Allen, as Next Friend of I.A, a minor, et. al. vs. R-Vision, Inc., et. al. | 385 Croesus St. | Biloxi | MS | 39530 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | Jacoby Smith | Elica Allen, as Next Friend of I.A, a minor, et. al.  vs. R-Vision, Inc., et. al. | 384 Creosus St. | Biloxi | MS | 39530 |
| 29 | Paul Watson o/b/o Jonathan Watson | Elica Allen, as Next Friend of I.A, a minor, et. al.  vs. R-Vision, Inc., et. al. | 2310 Parsley Ave. | Pascagoula | MS | 39567 |
| 30 | Paul Watson o/b/o Paul O. Watson III | Elica Allen, as Next Friend of I.A, a minor, et. al.  vs. R-Vision, Inc., et. al. | 2310 Parsley Ave. | Pascagoula | MS | 39567 |
| 31 | Avis L. Lindsay | Marica Stephen vs. R- Vision Inc. | 10615 Rainbows Dr. | East Irvington | AL | 36544 |
| 32 | Carol Wilkinson | Marica Stephen vs. R- Vision Inc. | 2404 Staples Road | Mobile | AL | 36605 |
| 33 | Carolyn Marie Scott | Marica Stephen vs. R- Vision Inc. | 607 261/2 Street | Gulfport | MS | 39501 |
| 34 | Chinh Pham | Marica Stephen vs. R- Vision Inc. | 8440 Hemley Street | Bayou La Batre | AL | 36509 |
| 35 | Conseka Magee o/b/o Lamone Tolliver | Marica Stephen vs. R- Vision Inc. | 2117 Trotter Street | Picayune | MS | 39466 |
| 36 | Jeffery Barrett | Marica Stephen vs. R- Vision Inc. | 10124 Bancroft St. | Bay St. Louis | MS | 39520 |
| 37 | Joan Dice Lee | Marica Stephen vs. R- Vision Inc. | 8850 Little River Road | Bayou La Batre | AL | 36509 |

| 38 | Lenwood Seaman | Marica Stephen vs. R- Vision Inc. | 13250 N. Seaman Ave. | Bayou La Batre | AL | 36509 |
|---|---|---|---|---|---|---|
| 39 | Michael Lee | Marica Stephen vs. R- Vision Inc. | 8850 Little River Road | Bayou La Batre | AL | 36509 |
| 40 | Phuong Mai | Marica Stephen vs. R- Vision Inc. | 8440 Hemley Street | Bayou La Batre | AL | 36509 |
| 41 | Robert Lee | Marica Stephen vs. R- Vision Inc. | 2404 Staples Rd. | Mobile | AL | 36605 |
| 42 | Shirley Brooks o/b/o Herbert Hayes | Marica Stephen vs. R- Vision Inc. | 2008 5th Ave. | Gulfport | MS | 39501 |
| 43 | Shirley Brooks o/b/o Kristie Hayes | Marica Stephen vs. R- Vision Inc. | 2008 5th Ave. | Gulfport | MS | 39501 |
| 44 | Steve Dice | Marica Stephen vs. R- Vision Inc. | 8850 Little River Road | Bayou La Batre | AL | 36509 |
| 45 | Than Nguyen o/b/o Thanh Steve Nguyen | Marica Stephen vs. R- Vision Inc. | 8750 W. Alba St. | Bayou La Batre | AL | 36509 |
| 46 | Than Thi Nguyen o/b/o Thanh Thi Nguyen | Marica Stephen vs. R- Vision Inc. | 8750 W. Alba St. | Bayou La Batre | AL | 36509 |
| 47 | Thanh Nguyen o/b/o Teresa Nguyen | Marica Stephen vs. R- Vision Inc. | 8750 W. Alba St. | Bayou La Batre | AL | 36509 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | Thanh Van Nguyen | Marica Stephen vs. R- Vision Inc. | 13955 Lottie Ave. | Bayou La Batre | AL | 36509 |
| 49 | Thuy Le Pham | Marica Stephen vs. R- Vision Inc. | 8750 W. Alba St. | Bayou La Batre | AL | 36509 |
| 50 | Bich Huynh o/b/o Angelina Tran | Marla Raffield v. R-Vision | 13850 Schambeau Drive | Bayou La Batre | AL | 36509 |
| 51 | Bich-Thu Huynh | Marla Raffield v. R-Vision | 13850 Schambeau Drive | Bayou La Batre | AL | 36509 |
| 52 | Demetrius Banks | Marla Raffield v. R-Vision | 8461 Lucky Way | Bayou La Batre | AL | 36509 |
| 53 | Giang Trinh | Marla Raffield v. R-Vision | 1385 Schambeau Ave. | Bayou La Batre | AL | 36509 |
| 54 | Hardy McKinney | Marla Raffield v. R-Vision | 3681 Oregon Ave. | Coden | AL | 36523 |
| 55 | Hillary Moulder | Marla Raffield v. R-Vision | Lakeshore Road | Bay St. Louis | MS | 39520 |
| 56 | Hillary Moulder o/b/o Jaelyn Acker | Marla Raffield v. R-Vision | Lakeshore Road | Bay St. Louis | MS | 39520 |
| 57 | Justin Christian | Marla Raffield v. R-Vision | 802 McKindley | Pascagoula | MS | 39567 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | Katherine Banks | Marla Raffield v. R-Vision | 8461 Luckyway | Bayou La Batre | MS | 36509(AL?) |
| 59 | Katherine Banks o/b/o DeAndre Banks (Deardrew) | Marla Raffield v. R-Vision | 8461 LuckyWay | Bayou La Batre | AL | 36509 |
| 60 | Katherine Banks o/b/o Landan Banks | Marla Raffield v. R-Vision | 8461 LuckyWay | Bayou La Batre | AL | 36509 |
| 61 | Kenneth Ladner | Marla Raffield v. R-Vision | 6225 W. Wittman Road | Pass Christian | MS | 39571 |
| 62 | Linda Ladner | Marla Raffield v. R-Vision | 6255 W.Wittman Road | Pass Christian | MS | 39570 |
| 63 | Michael Ladner | Marla Raffield v. R-Vision | 6225 W. Wittman Road | Pass Christian | MS | 39571 |
| 64 | Michele Ladner | Marla Raffield v. R-Vision | 6225 W. Wittman Road | Pass Christian | MS | 39571 |
| 65 | Nancy Whitfield | Marla Raffield v. R-Vision | 3861 Oregon Ave. | Coden | AL | 36523 |
| 66 | Nga Pham | Marla Raffield v. R-Vision | 13850 Schambeau Ave. | Bayou La Batre | AL | 36509 |
| 67 | Pamela Bennett | Marla Raffield v. R-Vision | 11711 Edwin Ladner Rd. | Delisle | MS | 39572 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | Queyen Dinh | Marla Raffield v. R-Vision | 13850 Shambeau Ave. | Bayou La Batre | AL | 36509 |
| 69 | Robert Banks | Marla Raffield v. R-Vision | 8461 Lucky Way | Bayou La Batre | AL | 36509 |
| 70 | Tan Pham | Marla Raffield v. R-Vision | 8440 Hemley Street | Bayou La Batre | AL | 36509 |
| 71 | Tara Ladner | Marla Raffield v. R-Vision | 6255 W.Wittman Road | Pass Christian | MS | 39571 |
| 72 | Tara Ladner o/b/o Alexis Ladner | Marla Raffield v. R-Vision | 6255 W.Wittman Road | Pass Christian | MS | 39571 |
| 73 | Tara Ladner o/b/o Malorie Ladner | Marla Raffield v. R-Vision | 6255 W.Wittman Road | Pass Christian | MS | 39571 |
| 74 | Wayne Williams | Marla Raffield v. R-Vision | 3681 Regions Ave. | Coden | AL | 36523 |
| 75 | Alyson Ruhr | Stefanie Adkinson vs. R-Vision etal | 10329 Thirteenth Street | Bay St. Louis | MS | 39520 |
| 76 | Anthony Menotti | Stefanie Adkinson vs. R-Vision etal | 8001 Easyway Street | Irvington | AL | 36544 |
| 77 | Ashley Waters | Stefanie Adkinson vs. R-Vision etal | 7500 Penny Lane | Irvington | AL | 36544 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | Cammie Steiner | Stefanie Adkinson vs. R-Vision etal | 25143 Albert & Cuevas Road | Kiln | MS | 39556 |
| 79 | Cammie Steiner o/b/o Cassidy Steiner | Stefanie Adkinson vs. R-Vision etal | 25143 Albert & Cuevas Road | Kiln | MS | 39556 |
| 80 | Cammie Steiner o/b/o Jace Steiner | Stefanie Adkinson vs. R-Vision etal | 25143 Albert & Cuevas Road | Kiln | MS | 39556 |
| 81 | Chad Ruhr | Stefanie Adkinson vs. R-Vision etal | 10329 Thirteenth Street | Bay St. Louis | MS | 39520 |
| 82 | Christine Poillion | Stefanie Adkinson vs. R-Vision etal | 7050 S. Hancock | Bay St. Louis | MS | 39520 |
| 83 | Colin Celino | Stefanie Adkinson vs. R-Vision etal | 9015 Orange St. | Bay St. Louis | MS | 39520 |
| 84 | Gwendolyn Ladner | Stefanie Adkinson vs. R-Vision etal | 5712 Dogwood | Bay St Louis | MS | 39520 |
| 85 | Helen M. Powell | Stefanie Adkinson vs. R-Vision etal | 4509 Dunham St. | Pascagoula | MS | 39567 |
| 86 | Hubert McKinney | Stefanie Adkinson vs. R-Vision etal | 3681 Oregan Ave | Coden | AL | 36523 |
| 87 | Kerry Cuevas | Stefanie Adkinson vs. R-Vision etal | 25143 Alvert Cuevas Rd | Kiln | MS | 39556 |

| 88 | Lenard Davis | Stefanie Adkinson vs. R-Vision etal | 268 Nixon St. | Biloxi | MS | 39530 |
|---|---|---|---|---|---|---|
| 89 | Lillie Bermond | Stefanie Adkinson vs. R-Vision etal | Oak Leaver Trailer | Waveland | MS | 39576 |
| 90 | Lisa Lee | Stefanie Adkinson vs. R-Vision etal | 419 Will Lee Rd. | Lumberton | MS | 39455 |
| 91 | Martha Ann Collier | Stefanie Adkinson vs. R-Vision etal | 4151 Heron Bay Loop Road South | Coden | AL | 36523 |
| 92 | Melissa Crowe | Stefanie Adkinson vs. R-Vision etal | 6013 E. Green Street | Bay St. Louis | MS | 39520 |
| 93 | Pheland Collier | Stefanie Adkinson vs. R-Vision etal | 4191 Heron Bay Loop Rd. South | Coden | AL | 26523 |
| 94 | Ray Seal | Stefanie Adkinson vs. R-Vision etal | 26070 Creek Cove | Perkinston | MS | 39573 |
| 95 | Robert Collier | Stefanie Adkinson vs. R-Vision etal | 4151 Heron Bay Loop Rd. South | Coden | AL | 36523 |
| 96 | Stefonie Adkison | Stefanie Adkinson vs. R-Vision etal | 8001 Easyway Street | Ervington | AL | 36544 |
| 97 | Timothy Haney Jr. o/b/o Hevyn Haney | Stefanie Adkinson vs. R-Vision etal | 6013 E. Greene | Bay St. Louis | MS | 39576 |

12

| 98 | Timothy Haney Jr. o/b/o Liberty Haney | Stefanie Adkinson vs. R-Vision etal | 6013 E. Greene | Bay St. Louis | MS | 39576 |
|---|---|---|---|---|---|---|
| 99 | Yvette Lee | Stefanie Adkinson vs. R-Vision etal | 852 Hwy 90 Bay Village | Bay St. Louis | MS | 39520 |