UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  N, 5 |
| | * | |
| This document relates to: | * | |
|    *Amber Jones v. R-Vision, Inc.*, No. 09-7104 | * | |
|    *Elica Allen v. R-Vision, Inc.*, No. 10-2201, | * | |
|    *Gwendolyn White v. R-Vision, Inc.*, | * | |
|       No. 09-4734, | * | |
|    *Marica Stephen v. R-Vision, Inc.*, | * | |
|       No. 09-7917, | * | |
|    *Marla Raffield v. R-Vision, Inc.*, | * | |
|       No. 10-1261, | * | |
|    *Stephanie Adkison v. R-Vision, Inc.*, | * | |
|       No. 09-7814, | * | JUDGE ENGELHARDT |
|    Plaintiffs Listed in Appendix "A" | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that Liberty Mutual Insurance Company's Motion for Summary Judgment will be brought on for hearing on the 25th day of January 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, before Judge Engelhardt or other Judge of this Court, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

1

Respectfully submitted,

    **s/ Kristopher M. Redmann**
**KRISTOPHER T. WILSON, La. Bar #23978**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
    **HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Liberty Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2012 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants: **No manual participants.**

2