UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: "N"(5)** |
| | | * | |
| **This Document Relates to:** | | * | **JUDGE: ENGELHARDT** |
| *Scott Ihli, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 10-2293* | | * | **MAG: CHASEZ** |

*****************************************************************

## EX PARTE MOTION TO DISMISS PLAINTIFF CRYSTAL LYNN HESTER'S LOST WAGE CLAIM WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Sunnybrook RV, Inc. ("Sunnybrook"), who moves this Honorable Court to dismiss the lost wage claim of the plaintiff Crystal Lynn Hester (Plaintiff in *Scott Ihli, et al v. SunnyBrook RV*, No. 10-2293), with prejudice, for failure to comply with the Court's Order, dated December 14, 2011 (Rec. Doc. #23868), to provide defendant SunnyBrook RV with loss wage information as required by Section, IV.F.3(a) and (b) of the Plaintiff Fact Sheet. The fifteen days (15) days allotted to plaintiff by the Court have now expired without the required information being provided to SunnyBrook RV.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By: ___/s/ Cynthia J. Thomas___
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile: (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,
SunnyBrook RV, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of January, 2012, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

    ( ) Hand Delivery    ( ) Facsimile
    ( ) Prepaid U.S. Mail    ( ) UPS/Federal Express
    ( X ) Electronic Mail    ( ) Certified Mail, Return Receipt Requested

___/s/ Cynthia J. Thomas___
**CYNTHIA J. THOMAS**

2