UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: "N"(5) |
| **This Document Relates to:** *Scott Ihli, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 10-2293 | | * * * * | JUDGE: ENGELHARDT<br><br>MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MEMORANDUM IN SUPPORT OF EX PARTE MOTION TO DISMISS PLAINTIFF CRYSTAL LYNN HESTER'S LOST WAGE CLAIM WITH PREJUDICE**</u>

**MAY IT PLEASE THE COURT:**

On December 14, 2011, this Honorable Court's denied defendant SunnyBrook RV's Motion to Dismiss plaintiff Crystal Lynn Hester ((Plaintiff in *Scott Ihli, et al v. SunnyBrook RV*, No. 10-2293) for Failure to Comply with PTO # 2 and #32 (Rec. Doc. #23528) observing that "Ms. Hester has materially complied with the PFS obligations at this stage of the proceedings with the exception of the lost wage claim". (Rec. Doc. #23868).

The Court then granted plaintiff Crystal Lynn Hester an additional fifteen (15) days or December 29, 2011, to provide the required lost wage information to SunnyBrook RV (See Section IV, F.3(a) and (b), or, failing that, the claim will be dismissed.

To date, Plaintiff has failed to provide any loss wage information to defendant and the allotted time has now expired; therefore, Ms. Hester's claim for lost wages should be dismissed with prejudice for failure to comply with this Court's December 14, 2011 Order.

Accordingly, SunnyBrook moves this Honorable Court to grant its Motion to Dismiss with prejudice, for failure to comply with the Court's Order, dated December 14, 2011 (Rec. Doc. #23868), to provide defendant with loss wage information, if any, as required by Section, IV.F.3(a) and (b) of the Plaintiff Fact Sheet.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

By:    /s/ Cynthia J. Thomas
**RICHARD G. DUPLANTIER, JR., Bar # 18874 (T.A.)
CYNTHIA J. THOMAS, LA Bar #22631
MARK E. SEAMSTER, LA Bar #17136**
3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Telephone: (985)674-6680
Facsimile:   (985)674-6681
E-Mail: cthomas@gjtbs.com
E-Mail: mseamster@gjtbs.com
*Attorneys for Defendant,
SunnyBrook RV, Inc.*

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of January, 2012, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

    (  ) Hand Delivery    (  ) Facsimile
    (  ) Prepaid U.S. Mail    (  ) UPS/Federal Express
  ( X ) Electronic Mail    (  ) Certified Mail, Return Receipt Requested

/s/ Cynthia J. Thomas
**CYNTHIA J. THOMAS**
