## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: "N"(5) |
| | | * | |
| This Document Relates to: | | * | JUDGE: ENGELHARDT |
| *Scott Ihli, et al versus* | | * | |
| *Sunnybrook RV, Inc., et al* | | * | |
| *E.D. La. Suit No. 10-2293* | | * | MAG: CHASEZ |

### ORDER

Considering defendant SunnyBrook RV, Inc.'s Ex Parte Motion to Dismiss the Lost Wage Claim of plaintiff Crystal Lynn Hester, with Prejudice for failure to comply with the Court's Order of December 14, 2011 (Rec. Doc. 23868) to provide loss wage information to defendant,

**IT IS ORDERED** that the Motion is **GRANTED**, and that plaintiff, Crystal Lynn Hester's lost wage claim against SunnyBrook RV, Inc. is hereby dismissed with prejudice.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT COURT JUDGE**