UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Toni Ann Gonzales, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 10-3954*            :      MAG. JUDGE ALMA L. CHASEZ

Plaintiffs: Samuel Howell
            Toni Ann Gonzales

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

UNOPPOSED MOTION TO DISMISS FOR FAILURE TO COMPLY WITH
PRE-TRIAL ORDERS NO. 2, 32, & 88 RELATING TO PLAINTIFFS FACT SHEETS

**NOW INTO COURT**, through undersigned counsel comes defendant, Heartland Recreational Vehicles LLC("Heartland"), who moves this Court to dismiss the claims of the following plaintiffs, with prejudice, for failure to comply with the Court's Pre-trial Orders No. 2, 32 and 88 relating to the provision of Plaintiff Fact Sheets:

- Samuel Howell (Plaintiff in *Toni Ann Gonzales v. Heartland Recreational Vehicles, et al.*, E.D. La. Suit No. 10-3954)

- Toni Ann Gonzales(Plaintiff in *Toni Ann Gonzales v. Heartland Recreational Vehicles, et al.*, E.D. La. Suit No. 10-3954)

The reasons for the Motion are more fully set forth in the attached supporting memorandum. Counsel for Plaintiffs has been contacted and they do not oppose this Motion.

Respectfully submitted,
ALLEN & GOOCH

*/s/ Lori D. Barker*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 10th day of January, 2012.

*/s/ Lori D. Barker*
LORI D. BARKER