UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO:  MDL 1873 (N-5) |

This Document Relates to:

*Toni Ann Gonzales, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 10-3954*                    :         MAG. JUDGE ALMA L. CHASEZ

Plaintiffs:  Samuel Howell
            Toni Ann Gonzales
*    *    *    *    *    *    *    *    *    *    *    *    *

ORDER

CONSIDERING THE FOREGOING UNOPPOSED Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Samuel Howell (Plaintiff in *Toni Ann Gonzales v. Heartland Recreational Vehicles, et al.*, E.D. La. Suit No. 10-3954)

- Toni Ann Gonzales (Plaintiff in *Toni Ann Gonzales v. Heartland Recreational Vehicles, et al.*, E.D. La. Suit No. 10-3954)

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
United States District Judge