UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Toni Ann Gonzales, et al versus Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 10-3954*     :     MAG. JUDGE ALMA L. CHASEZ

Plaintiffs:  Samuel Howell
             Toni Ann Gonzales

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE,** that Defendant, Heartland Recreational Vehicles, through undersigned counsel, will bring its Unopposed Motion to dismiss regarding Toni Ann Gonzales and Samuel Howell for hearing before this Honorable Court on this 25th **day of January, 2011, at 9:30 am,** or as soon thereafter as this matter may be heard.

Respectfully submitted,
ALLEN & GOOCH

*/s/ Lori D. Barker*
BRENT M. MAGGIO, T.A., # 19959
MARK W. VERRET, #23583
LORI D. BARKER, # 31687
SCOTT F. DAVIS, # 26013
JEFFREY E. MCDONALD, #33270
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
Attorneys for Heartland, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; and, that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 10th day of January, 2012.

                                                    */s/ Lori D. Barker*
                                                    LORI D. BARKER