UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 18731 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |
| *Dora Ann Greco, et al. v. Jayco, Inc., et al.*, | * | |
| MDL 1873, SDMS 09-520, EDLA 10-3855 | * | |

*************************************************************************

**PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE  UNDER FEDERAL RULE 41(a)(1)(A)(i)**

Now into Court, through undersigned counsel, comes Named Plaintiff, **Chanlene Johnston**, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, represents that she incorrectly has been named as a plaintiff in the referenced matter, but has correctly been named as a plaintiff in the matter entitled *Charlene Johnston, et al. v. Timberland RV Company d/b/a Adventure Manufacturing, et al.*, EDLA No. 10-3832, and therefore hereby gives notice of Chanlene Johnston's voluntary dismissal without prejudice of all claims asserted by her against **Jayco, Inc**. in the above-referenced matter.  The claims of all other named plaintiffs in this matter are specifically preserved.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:   s/Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:       storres@torres-law.com
              rburns@torres-law.com
***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

  s/ Roberta L. Burns
ROBERTA L. BURNS
