UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |
| This Document Relates to: *Collette Ann Adams, versus Heartland Recreational Vehicles, et al* E.D. La. Suit No. 09-3727 Pertains to all Plaintiffs | : | MAG. JUDGE ALMA L. CHASEZ |

* * * * * * * * * * * *

### ORDER

CONSIDERING THE FOREGOING, unopposed Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** with prejudice as to Heartland Recreational Vehicles, LLC and reserving the following plaintiffs' claims as to other defendants who have been named in this and other complaints against the correct or matched manufacturers, the United States of America, and government contractors:

- Adams, Collette Ann
- Adams, Dijae
- Alexander, Joseph
- Alexis, Paul individually and behalf of the minor Alexis, Devin
- Alexis, Paul individually and behalf of the minor Alexis, Hayven
- Alexis, Mindy
- Alexis, Paul

- Alexis, Paul J
- Alfonso, Debra
- Alfonso, Lester E.
- Alphonso, Darlene
- Alphonso, Darlene individually and behalf of the minor Alphonso, Korey
- Alphonso, Lionel
- Alphonso, Pamela
- Alphonso, Victor
- Ament, Marjorie Deroche

- Anderson, Aisha
- Ansardi, Wallace Phillip
- Antoun, Ivan Martinez
- Assavedo, Aleander J.
- Assavedo, Alexander III individually and behalf of the minor Assavedo, Alissa M
- Assevedo, Leico A.
- Atkinson, Christopher Michael
- Aucoin, Gina M.
- Aucoin, Leonard William
- Aucoin, Gina individually and behalf of the minor Aucoin, Tyler William
- Audibert, Linda
- Austin, Gordon S.
- Ayo, Leo
- Ayo, Michael
- Bachemin, David
- Bailey, Lorrie, K.
- Bailey, Lorrie individually and on behalf of the minor Bailey, Sierra
- Baltazar, Marifar
- Banks, Audrey M.
- Banks, LatoyChevelle
- Banks, Ulysses Ivory
- Banks, Ulysses Ivory
- Barnes, Karen P.
- Barras, Justin Paul
- Barras, Lillian Carmen
- Barras, Rusty Lawrence
- Barrilleaux, Aimee Lee
- Barrilleaux, Alvin J.
- Barrilleaux, Lee S.
- Bartholomew, Diane
- Bartholomew, Preston F.
- Batoe, Amy Adams
- Bauer, Angela Chimento
- Bauer, Nicky Chimento
- Bauer, Stephen Philip
- Benfatti, Mary C.
- Benfatti, Michael Joseph
- Bernard, Angela Sargusa
- Bernard, Harold Josephy
- Bertacci, Clara C.
- Bienemy, Dynel
- Bigting, Dexter M.
- Bigting, Susan individually and behalf of the minor Bigting, Joshua E.
- Bigting, Justin B.
- Bigting, Susan Balbon
- Blagio, Clarence
- Blagio, Clarence
- Blagio, Rosemary
- Blasio, Faith
- Blasio, Lynn individually and behalf of the minor Blasio, Heather M.
- Blasio, Lynn T.
- Clark, Robin individually and behalf of the minor Bobinger, Corey
- Boihem, Barbara Romano
- Boihem, Burton Ray
- Kal individually and behalf of the minor Bonura, Brett A.
- Bonura, Sandra individually and behalf of the minor Bonura, Chip J.
- Bonura, Kal J.
- Boudreaux, Brian C.
- Boudreaux, Michael D.
- Bourquard, Amanda R.
- Boyer, Keisha L.
- Bradley, Loretta
- Bradley, Willmont
- Brancaccio, Cynthia
- Brancaccio, Robert
- Braquet, Stacy
- Karcher, Jonelle individually and behalf of the minor Brauner, Devin
- Breaux, Lelia W.
- Brennan, Bonnie B
- Brennan, Daniel
- Brennan, David P.
- Pierre, Sandra individually and behalf of the minor Brown, Devonte
- Brulte, Louise C.
- Bryant, Mary
- Buckley, Carol
- Buckley, Stewart M.

- Wetherbee, Jessica individually and behalf of the minor Buras, Dale
- Buras, Dale A.
- Buras, Diana T.
- Buras, Gail C.
- Buras, Paula
- Buras, Ronald
- Burke, Irvin J.
- Burke, Lucille
- Burton, Tebault J.
- Bush, Susan Domino
- Butler, Christopher Kenneth
- Callais, Linda Lee
- Callais, Linda Lee
- Campo, Brittany Ann
- Canale, George H.
- Canale, Shriley M.
- Candebat, JerrileeLerouge
- Candebat, Thomas Peter
- Cangelosi, James
- Audibert, Linda individually and behalf of the minor Canino, Aaliyah
- Audibert, Linda individually and behalf of the minor Cannio, Frank
- Capdepon, Barbara B.
- Capdepon, Charles R.
- Ceaser, Edward
- Ceaser, Louis Bernard
- Ceaser, Yolanda Lewis
- Tina & Matthew Sr. individually and behalf of the minor Chaisson, Matthew Joseph
- Champagne, Darlyn A.
- Chaupetta, Jeffrey L.
- Cheramie, Dianne Gervais
- Tina & Matthew Sr. individually and behalf of the minor Chiasson, Alexis
- Chiasson, Matthew Joseph
- Chiasson, Tina Reeves
- Clark, Robin individually and behalf of the minor Clark, Kierstin
- Clark, Robin
- Clements, Audrey B.
- Clesi, Curtis
- Clesi, Curtis Joseph
- Conran, Stephen Vincent
- Conran, Stephen Vincent
- Cook, Carl Joseph
- Cook, Carl Joseph
- Cook, Priscilla Lucille
- Cook, Priscilla Lucille
- Cordova, Alma A.
- Corpus, Agnes Mac
- Coster, Beverly
- Coster, Raymond
- Coster, Reginald
- Couture, Patty Gene
- Crawford, Angela
- Crawford, Chrishell
- Crawford, Angela individually and behalf of the minor Crawford, Christopher
- Crawford, Christopher X.
- Crawford, Angela individually and behalf of the minor Crawford, Kendall
- Croal, Anthony
- Culotta, Gloria
- Culotta, Jennifer A.
- Cutrer, Cody Lawrence
- Rome, Roxanne individually and behalf of the minor Cutrer, Cody Lawrence
- Cutrer, Joseph
- Daggs, Lester
- Damond, Antoine
- Dantoni, Deborah
- Daquana, Debra
- Daquana, Joseph
- Darby, Anthony Vincent
- Darby, Robin James
- Darby, Robin James
- Darby, Sammi D.
- Dauterive, Scott L.
- Ricky & Stacy individually and behalf of the minor Davidson, Carly M.

- Ricky & Stacy individually and behalf of the Minor Davidson, Harly
- Davidson, Richard E.
- Davidson, Stacy Ann
- Davis, Audrey
- Clements, Kristen individually and behalf of the minor Davis, Chad
- Dean, Vanessa individually and behalf of theminor Dean, Alyssa G.
- Dean, Maris N.
- Dean, Vanessa E.
- Dean, William G.
- Deano, Brittany Michel
- Deshotel, Carol
- Deshotel, Melvin
- Desselle, Danielle Lynn
- Desselle, Elbert
- Desselle, Kenneth Michael
- Desselle, Kenneth Paul
- Desselle, Nina
- Dewint, Charles Joseph
- Tina individually and behalf of the minor Dewint, Dillian Paul
- Dewint, Tina individually and behalf of the minor Dewint, Savanna Leah
- Dewint, Tina Louise
- Dibetta, Audrey
- Dibetta, Frank
- Diecedue, Janet Lori
- Difranco, August
- Difranco, Patricia L.
- Dimaggio, Joseph Peter
- Dimaggio, Michelle Savoye
- Dixon, Deborah Ann
- Dixon, Dorothy M.
- Aucoin, Gina individually and behalf of the minor Domingo, Ashton A.
- Dominick, Sophie A.
- Dominick, Thomas J.
- Domino, Steve Joseph
- Domino, Steve Joseph
- Cynthia individually and behalf of the minor Dotson, Alexander Ellis
- Dotson, Ashley Ann
- Dotson, Cynthia Randazzo
- Dotson, Herbert E.
- Dubose, Daniel J.
- Dubose, Heather individually and behalf of the minor Dubose, Elijah
- Dubose, Heather H.
- Dubourg, Carolyn
- Dubourg, Shaw
- Dubourg, Whitney
- Dubreuil, Alison Marie
- Dubreuil, Gary Dennis
- Ducote, April Rene
- Ducote, April individually and behalf of the minor Ducote, Chad
- Dudenhefer, Ashley
- Dudenhefer, Ashley
- Dudenhefer, David
- Dudenhefer, Mary Ann
- Dunnam, Stacy Revolta
- Duplessis, Felton
- Santiago, Shelia individually and behalf of the minor Duplessis, Ulysses
- Dusaules, Ashlynne L.
- Dusaules, Ashley individually and behalf of the minor Dusaules, Devyn Michael
- Egano, Charles Robert
- Egle, Clifton Joseph
- Egle, Jeanne Payelle
- Elmer, Beryl Guillot
- Encalade, Clarence
- Encalade, Sandra
- Encalde, Danny Leonce
- Encalde, Danny Leonce
- Danny & Sandra individually and behalf of the minor Encalde, Dashan
- Encalde, Enice
- Junis, Sumitra individually and behalf of the minor Encarde, Lacondra T.
- Encardes, Jane Catherine
- Ermert, Michael C.
- Ermert, Tina M.

- Estave, Rhonda individually and behalf of the minor Estave, Daniel
- Estave, Donald
- Estave, Rhonda individually and behalf of the minor Estave, Erica
- Estave, Rhonda individually and behalf of the minor Estave, Kelly
- Estave, Rhonda
- Aucoin, Gina individually and behalf of the minor Evans, Aylmer Eugene
- Evans, Pebby
- Farrell, Rosemary A.
- Faust, Nicholas
- Braquet, Stacy individually and behalf of the minor Fayard, Brittany Lynn
- Braquet, Stacy individually and behalf of the minor Fayard, Ricky Anthony
- Faye, Joan
- Faye, Varnado Harris
- Feraci, Joseph
- Ferret, Leah Gaspard
- Ferris, Chad Michael
- Ferry, Janet D.
- Ferry, Matthew T.
- Ferry, Wayne A.
- Finkelstein, Alan Joseph
- Juanita individually and behalf of the Minor Finkelstein, Joseph
- Flynn, Rhonda individually and behalf of the MinorFlynn, Erica Lee
- Flynn, Rhonda
- Fontenot, Gloria Judy
- Forsythe, Catherine B.
- Forsythe, Christina M.
- Forsythe, Eric Eugene
- Forsythe, Ivory Ivy
- Forsythe, Patricia Ann
- Forsythe Sammi
- Fraychineaud, Trudy individually and behalf of the Minor Fraychineaud, David Allen
- Fraychineaud, David Allen
- Fraychineaud, Trudy individually and behalf of the Minor Fraychineaud, Deven Michael
- Fraychineaud, TrucyUnbehagen
- Frink, James
- Fulton, Donna Gabriel
- Fulton, Lucien Fulton
- Gabriel, Warren Peter
- Gaeta, Daniel Joseph
- Gallardo, Henry E.
- Gallardo, Joseph W.
- Garrett, Ted A.
- Gaspard, Gary Rodney
- Gaspard, Joan S.
- Gaspard, Myndi
- Gasper, Hervin
- Gauci, Anthony
- Gauci, Ricky
- Gauci, Ronald J.
- Gauci, Sarah Y.
- Gauthe, David
- Gauthier, Jacklyn M.
- Gauthier, Brandy individually and behalf of the Minor Gauthier, Lainey
- Gauthier, Michael V.
- Geeck, Sharon S.
- Geeck, Sharon S.
- Genovese, Anthony G.
- Wilerson, Michael Evans

New Orleans, Louisiana, this __10th__ day of _____January_____, 2012.

United States District Judge.