UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: "N"(5) |
| This Document Relates to: *Scott Ihli, et al versus Sunnybrook RV, Inc., et al* E.D. La. Suit No. 10-2293 | | * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

## ORDER

Considering defendant SunnyBrook RV, Inc.'s Ex Parte Motion to Dismiss the Lost Wage Claim of plaintiff Crystal Lynn Hester, with Prejudice for failure to comply with the Court's Order of December 14, 2011 (Rec. Doc. 23868) to provide loss wage information to defendant,

**IT IS ORDERED** that the Motion is **GRANTED**, and that plaintiff, Crystal Lynn Hester's lost wage claim against SunnyBrook RV, Inc. is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this <u>10th</u> day of <u>January</u>, 2012.

United States District Judge