UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| Civil Action No. 09-4692<br>*Paula Robinson, as Next Friend of T.R., a minor, et al. v. Gulf Stream Coach Inc., et al* | § § § § | |

### ORDER ON PLAINTIFF'S, SHAUNA LADNER, AS NEXT FRIEND OF D.S., K.S. and K.S., MINORS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, SHAUNA LADNER, AS NEXT FRIEND OF D.S., K.S. and K.S., MINORS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
HONORABLE KURT ENGELHARDT