UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | § | **MDL NO. 1873** |
| **FORMALDEHYDE** | § | |
| **PRODUCT LIABILITY LITIGATION** | § | **SECTION "N-5"** |
| | § | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | § | |
| | § | |
| **Civil Action No. 09-6959** | § | |
| *Theresa Anderson, et al.* | § | |
| *v. Pilgrim International, Inc., et al.* | § | |

### ORDER ON PLAINTIFF'S, LOIS CARTER, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, LOIS CARTER, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
HONORABLE KURT ENGELHARDT