# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br><br>Civil Action No. 09-7797<br>*Rhonda Aguilar, et al. v.*<br>*Coachmen Industries, Inc., et al* | § § § § § | |

### ORDER ON PLAINTIFFS', HANG PHAM and HANG PHAM AS NEXT FRIEND OF K.P. and J.P., MINORS, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', HANG PHAM and HANG PHAM AS NEXT FRIEND OF K.P. and J.P., MINORS, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 10th day of January, 2012.

_____
HONORABLE KURT ENGELHARDT