UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § § | |
| Civil Action No. 09-4734<br>*Gwendolyn White, et al*<br>*v. R-Vision, Inc., et al* | § § § | |

### ORDER ON PLAINTIFFS', IRVIN VAULTZ and JEFFREY HARDY, AS NEXT FRIEND OF E.H., A MINOR, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', IRVIN VAULTZ and JEFFREY HARDY, AS NEXT FRIEND OF E.H., A MINOR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 10th day of January, 2012.

HONORABLE KURT ENGELHARDT