**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-5" |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | |
| | § | |
| Civil Action No. 09-6931 | § | |
| *Charlotte Bell, et al. v.* | § | |
| *Starcraft RV, Inc., et al* | § | |

## ORDER ON PLAINTIFF'S, SON HOANG, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiff's, SON HOANG, Notice of Voluntary

Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 10th day of _____ January _____, 2012.

_____
HONORABLE KURT ENGELHARDT