UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| THIS DOCUMENT RELATES TO:<br>*In re: All Cases* | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes defendant CH2M Hill Constructors, Inc. (hereinafter referred to as "CH2M Hill"), who moves this Honorable Court for an Order allowing Beatriz Q. Richmond (La. Bar No. 33336), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be enrolled as additional counsel of record for defendant CH2M Hill, together with Roy C. Cheatwood, Danny G. Shaw, Gerardo R. Barrios, M. David Kurtz, and Karen K. Whitfield, also of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, who are presently enrolled as counsel of record for defendant CH2M Hill in the captioned MDL proceeding.

WHEREFORE, defendant CH2M Hill Constructors, Inc. requests that this Honorable Court enter an Order enrolling Beatriz Q. Richmond (La. Bar No. 33336), of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as additional counsel of record.

        Respectfully submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.

        /s/ Gerardo R. Barrios
        ROY C. CHEATWOOD (La. Bar No. 4010)
        GERARDO R. BARRIOS (La. Bar No. 21223)
        M. DAVID KURTZ (La. Bar No. 23821)
        KAREN KALER WHITFIELD (La. Bar No. 19350)
        No. 3 Sanctuary Boulevard, Suite 201
        Mandeville, LA  70471
        Telephone: (985) 819-8400
        Facsimile:  (985) 819-8484
        rcheatwood@bakerdonelson.com
        gbarrios@bakerdonelson.com
        dkurtz@bakerdonelson.com
        kwhitfield@bakerdonelson.com

        **ATTORNEYS FOR**
        **CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2011, a copy of the foregoing pleading filed was sent via electronic mail to the Plaintiff's Steering Committee, Manufacturers' Liaison Counsel, Contractors' Liaison Counsel, Insurers' Liaison Counsel and Counsel for the United States of America.

        /s/ Gerardo R. Barrios
        GERARDO R. BARRIOS