UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*In re: All Cases* | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

The foregoing Ex Parte Motion to Enroll Additional Counsel of Record filed by defendant CH2M Hill Constructors, Inc. having been duly considered,

IT IS ORDERED that Beatriz Q. Richmond (La. Bar No. 33336) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby is enrolled as additional counsel of record for defendant CH2M Hill Constructors, Inc. in the captioned MDL proceeding. Roy C. Cheatwood, Danny G. Shaw, Gerardo R. Barrios, M. David Kurtz, and Karen K. Whitfield, also of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, shall remain as counsel of record for CH2M HILL Constructors, Inc. in the captioned MDL proceeding.

New Orleans, Louisiana, this _____ day of January, 2012.

_____
**UNITED STATES DISTRICT JUDGE**