# Barker, Lori

| | |
|---|---|
| **From:** | Casey L. Lott [clott@langstonlott.com] |
| **Sent:** | Friday, January 06, 2012 3:51 PM |
| **To:** | Barker, Lori |
| **Cc:** | (dmartin@gainsben.com); Denise M. Martin; Delorimier, Rachel; JustinWoods; Maggio, Brent |
| **Subject:** | RE: FEMA/Heartland |
| **Attachments:** | CompuServe GIF graphic.gif |

I'll be happy to consent to your motion.

\>\>\> "Barker, Lori" <LoriBarker@allengooch.com> 1/6/2012 3:49 PM \>\>\>
Thanks, based on the below will you either file a Motion to Dismiss her claim or consent to us filing the same since she has sued Heartland?



**Lori D. Barker**
504.836.5216 Direct Dial
504.836.5219 Direct Fax

Allen & Gooch, A Law Corporation
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
V-Card

**From:** Casey L. Lott [mailto:clott@langstonlott.com]
**Sent:** Friday, January 06, 2012 3:48 PM
**To:** Barker, Lori
**Cc:** (dmartin@gainsben.com); Denise M. Martin; Delorimier, Rachel; JustinWoods; Maggio, Brent
**Subject:** Re: FEMA/Heartland

She should have been listed as a Fleetwood plaintiff. Our apologies.

Casey

\>\>\> "Barker, Lori" <LoriBarker@allengooch.com> 1/5/2012 7:06 PM \>\>\>
Mr. Lott
Our review of the Plaintiffs' Census revealed a plaintiff that sued Heartland but was not listed as a Heartland Plaintiff on the Census. As you know, we are mediating this case on January 27, 2012, and therefore it is imperative that we timely address these discrepancies. Thus, please forward these plaintiffs completed PFS or consent to a Motion to Dismiss regarding these Plaintiffs by 2:00pm on Monday, January 9, 2012. If we do not hear from you, we will file opposed Motion to Dismiss on Monday, January 9, 2012 due to submission deadlines of the Court. The plaintiff at issue as well as the suit in which she has sued Heartland is as follows.

| Fender, Mary | 10-03403 |
|---|---|



**Lori D. Barker**
504.836.5216 Direct Dial
504.836.5219 Direct Fax

1



EXHIBIT B

**Allen & Gooch, A Law Corporation**
One Lakeway
3900 N. Causeway Blvd, Suite 1450
Metairie LA 70002
<u>V-Card</u>

This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.

This electronic mail transmission may constitute an attorney-client communication that is privileged by law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.