UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Mary Fender, et al versus*
*Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 10-03403*

                  :    MAG. JUDGE ALMA L. CHASEZ

Plaintiffs: Mary Fender
\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

  CONSIDERING THE FOREGOING UNOPPOSED Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets;

  IT IS ORDERED that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2, 32 and 88 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiff:

- Mary Fender (plaintiff in *Mary Fender, et al versus Heartland Recreational Vehicles, et al E.D. La. Suit No. 10-034)*

  New Orleans, Louisiana, this _____ day of _____, 2012.

                    _____
                    United States District Judge