**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

        Considering the above and foregoing Consent Motion for Leave to File Memorandum in

Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to Amend to

Add Plaintiffs:

        IT IS ORDERED that Plaintiff is hereby granted leave to file a Memorandum in Reply to

Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to Amend to Add

Plaintiffs.

        New Orleans, Louisiana, this _____ day of _____, 2012.


                              _____
                              JUDGE KURT D. ENGELHARDT