UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN REPLY TO THOR CALIFORNIA, INC. MEMORANDUM IN OPPOSITION TO MOTION FOR LEAVE TO AMEND TO ADD PLAINTIFFS

MAY IT PLEASE THE COURT:

Plaintiffs in the above named suit respectfully move this Honorable Court for leave to amend their complaint to add two plaintiffs, Selina Hargis and Barbara Duncan, to their complaint. Selina Hargis and Barbara Duncan originally sued Thor California, Inc. d/b/a Thor Manufacturing, Inc. ("Thor California"), Shaw Environmental, Inc., and the United States of America in case *Duncan, et al v. Thor California, Inc., et al*, E.D. La. No. 09-3304. The material allegations against these defendants in *Duncan* are the same as those advanced in this matter against the very same defendants. Therefore, there is no prejudicial effect on Thor California, Inc. by simply moving these plaintiffs from one case to another, when all defendants are the same in each case.

If the instant motion is granted, Selina Hargis and Barbara Duncan will be voluntarily dismissed from the *Duncan* matter and will become plaintiffs in this case. Plaintiffs in this case have filed a separate motion, set for submission on January 25, 2012, for leave to amend their complaint to add Dutchmen Manufacturing, Inc. ("Dutchmen") and to dismiss Thor California,

Inc., based on matching issues recently raised by counsel for the "Thor group."[1] Rec. Doc. 23959.

In Thor California's Opposition (Rec. Doc. 24024) to Plaintiffs' instant Motion, counsel for Thor California and Dutchmen, both of which are subsidiaries of Thor Industries, Inc., improperly attempts to prospectively attack the separate motion. The issue for this Court to determine at this juncture is whether Plaintiffs, Selina Hargis[2] and Barbara Duncan, may be moved from one Thor California suit to another Thor California suit; the issue is not whether Dutchmen may be substituted in place of Thor California.[3]

Therefore, the requisite standard for this Court to consider is the "when justice so requires" standard set forth in Federal Rule of Civil Procedure 15(a)(2). Under this standard, Plaintiffs' request should be granted to place them in the same posture as similarly situated Plaintiffs in the instant matter, who are concurrently requesting leave of this Court to amend their complaint to substitute Dutchmen for Thor California. Plaintiffs aver that such an amendment is necessary because other plaintiffs in the *Duncan* matter are properly matched to Thor California; therefore, it would be just and proper to move Ms. Hargis and Ms. Duncan from the *Duncan* case

---

[1] Thor Industries, Inc. is the parent company of Keystone RV Company, Dutchmen Manufacturing, Inc., Thor California, Inc., DS Corp. d/b/a Crossroads RV, Komfort Corporation, Damon Corporation, and Four Winds International Corporation. Counsel who filed the Opposition Memorandum (Rec. Doc. 24024) represents each of these entities (i.e., the "Thor group").

[2] In fact, Selina Hargis lived in the same trailer as the other plaintiffs in *Hargis*, E.D. La. No. 10-2414.

[3] This separate issue is addressed by Plaintiffs in Record Document 23959-1. Not only are Thor California and Dutchmen subsidiaries of the same parent company, Thor Industries, Inc., but also the relation back provisions in Federal Rule of Civil Procedure 15(c) would allow such an amendment. Even if Federal Rule of Civil Procedure 16 applies to such an amendment, Plaintiffs' have shown good cause because of the confusion created by FEMA matching responses. See Rec. Doc. 23959-1, 23959-4.

2

to this case so that the issues with respect to the naming of Thor instead of Dutchmen may be adjudicated for all Gainsburgh Benjamin plaintiffs in one motion (i.e., Rec. Doc. 23959).

Plaintiffs fully expect an opposition to be filed by the Thor group to the motion filed at Record Document 23959, as the undersigned has received notice that the motion is opposed. It is in that opposition that Thor California's arguments should be advanced and adjudicated, and not in the instant motion.

If this Court believes that Thor California's arguments are properly advanced at this point in time, Plaintiffs incorporate by reference, as if fully stated herein, the arguments advanced in Record Document 23959, including all attachments. In sum, Plaintiffs had a good faith basis for confusion over the proper Thor Industries, Inc. subsidiary due to the inconsistencies in matching responses produced by FEMA. Plaintiffs have timely moved for leave, given notice of the Thor/Dutchmen matching issue by opposing counsel on November 8, 2011. Plaintiffs agree as to the importance of the amendment, which will place Plaintiffs in the same posture as similarly situated Thor California plaintiffs who are requesting leave. Plaintiffs reiterate the lack of prejudice to Thor California, when an amendment seeks to move individuals from one suit to another where all defendants and arguments advanced are the same. Plaintiffs also note that neither case is set for trial and that all Thor group entities have agreed to participate in a Thor group mediation later this month; therefore, the availability of a continuance to cure any prejudice (which Plaintiffs strongly believe there is none) is unquestionable.

Therefore, this Honorable Court should grant Plaintiffs' instant Motion for Leave to Amend to Add Plaintiffs (Rec. Doc. 23945) and defer its ruling on the merits of Plaintiffs' separate Motion for Leave to File Amended Complaints (Rec. Doc. 23959) until that Motion is fully briefed.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
     GERALD E. MEUNIER, #9471
     JUSTIN I. WOODS, #24713
     Gainsburgh, Benjamin, David,
     Meunier & Warshauer, L.L.C.
     2800 Energy Centre
     1100 Poydras Street
     New Orleans, Louisiana  70163
     Telephone:     504/522-2304
     Facsimile:     504/528-9973
     gmeunier@gainsben.com
     jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

     s/Justin I. Woods
     JUSTIN I. WOODS, #24713