MINUTE ENTRY
ENGELHARDT, J.
January 5, 2012

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thursday, January 5, 2012, at 9:00 a.m. with liaison counsel, steering committee members, and counsel for the Government.  Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Raul R. Bencomo, John Stewart Tharp, Robert Hilliard, Daniel J. Balhoff, Amanda J. Ballay, Robert M. Becnel, Thomas W. Thagard III, Anthony G. Buzbee, Adam M. Dinnell, Ralph S. Hubbard, III, Charles E. Leche, Henry T. Miller and James C. Percy.

**Court Reporter: Cathy Pepper**

JS10(0:45)