MINUTE ENTRY
ENGELHARDT, J.
January 5, 2012

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                   SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Thursday, January 5, 2012, at 10:00 a.m. Participating were Justin I. Woods, John J. Hainkel, M. David Kurtz, Charles R. Penot, Jr., Gerardo R. Barrios, Frank D'Amico, Jr., Ernest P. Gieger, Jr., Andrew D. Weinstock, Joe Glass, Mikal C. Watts, Dennis C. Reich, Karen Whitfield, Matthew B. Moreland, Raul R. Bencomo, John Stewart Tharp, Robert Hilliard, Daniel J. Balhoff, Amanda J. Ballay, Robert M. Becnel, Thomas W. Thagard III, Anthony G. Buzbee, Adam M. Dinnell, Ralph S. Hubbard, III, Charles E. Leche, Henry T. Miller and James C. Percy.

       A complete list of attendees is attached as a supplement to the Court's Pretrial Order #93 dated January 5, 2012 (Rec. Doc. No. 24059).

**Court Reporter: Cathy Pepper**

JS10(0:30)