UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
          FORMALDEHYDE PRODUCTS
          LIABILITY LITIGATION
                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-4596

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to the "Motion to Dismiss the Duplicative Claims of Plaintiff Leslie Newman" (Rec. Doc. 23933), filed by defendant Jayco Enterprises, Inc., noticed for submission on January 11, 2012, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **"Motion to Dismiss the Duplicative Claims of Plaintiff Leslie Newman" (Rec. Doc. 23933)**, filed by defendant Jayco Enterprises, Inc., is hereby **GRANTED**, dismissing without prejudice the claims of Leslie Newman.

**IT IS FURTHER ORDERED** that counsel should refer to and familiarize themselves with Pretrial Order No. 10, ¶¶ (1) and (2) (Rec. Doc. 301), to the extent such rules are applicable to this particular instance.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days

of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by

opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration.  *See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule

54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later

than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 11th day of January 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2