UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT REPORT NO. 28 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel

("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel

("IALC"), U.S. Government Counsel ("GC"), and Insurer Liaison Counsel ("ILC"), subject to a

full reservation of rights and defenses, respectfully submit this Joint Report No. 28.

### I.    REPORT OF CLAIMS AND CASE INVENTORY:

Since the inception of this MDL in 2007, 938 cases have been transferred in from other

courts, pursuant to MDL panel orders. 777 of those cases are currently pending, and 161 cases

have been closed. Further, 3632 cases have been filed in this court. 3207 cases of those are

currently pending, and 425 cases have been closed. Still further, 123 cases have been removed to

this Court from state courts.  119 cases of those are currently pending, and 4 cases have been

closed.  In all, 4693 cases are associated with this MDL.  4103 cases of those are currently

pending, and 590 cases have been closed.  The attached appendix lists the complaints that were

filed or transferred into the MDL.

## II.    PLAINTIFF FACT SHEETS (PFS)

Counsel representing parties are obligated to comply with the provisions of Pretrial Order Nos. 2 (Rec. Doc. 87) and 32 (Rec. Doc. 1180) and 88 (Rec. Doc. 22153) (setting forth mandatory deadlines to complete and serve verified Plaintiff Fact Sheets and providing a procedure for dismissal of claims for failure to comply with these deadlines).  Plaintiff attorneys are required to forward copies of PFSs to the PSC, as well as Liaison and Government Counsel pursuant to Pretrial Order Nos. 2, 32 and 88.

## III.    MOTION PRACTICE

The following Motions are pending:

### SUBMITTED:

| | |
|---|---|
| Rec. Doc. 16598 | USA's Motion to Dismiss for Lack of Jurisdiction of Remaining FTCA Claims of All Louisiana Plaintiffs or Alternatively, Motion for Summary Judgment |
| Rec. Doc. 17751 | Fluor's Motion for Partial Judgment on the Pleadings Regarding Negligent Failure to Warn Claims in the Third and Fourth Supplemental and Amended Administrative Master Complaint |
| Rec. Doc. 17753 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Joint Rule 12(b)(6) Motion to Dismiss Failure to Warn claims in the Third and Fourth Supplemental and Amended Administrative Master Complaints |
| Rec. Doc. 17825 | Motion to Remand (*Kevin Ammentorp, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4120) |
| Rec. Doc. 17826 | Motion to Remand (*Catherine Mayes, et al v. Madison Services, Inc., et al*; Case No. 10-4128) |
| Rec. Doc. 17827 | Motion to Remand (*Brian Carpenter, et al v. Doug Boyd Enterprises, LLC, et al*; Case No. 10-4118) |
| Rec. Doc. 17834 | Motion to Remand (*Melissa Sommerville, et al v. Gulf Stream Coach, Inc., et al*; Case No. 10-4119) |

Rec. Doc. 17836        Motion to Remand (*Jessica Hammons, et al v. Vanguard Industries of Michigan, et al*; Case No. 10-4130)

Rec. Doc. 17882        Motion to Remand (*Sheila M. Spiers, et al v. Motex Enterprises, Inc., et al*; Case No. 10-4125)

Rec. Doc. 17884        Motion to Remand (*Tina Cook, et al v. Forest River, Inc., et al*; Case No. 10-4126)

Rec. Doc. 17885        Motion to Remand (*Mary Crawford, et al v. Forest River, Inc., et al*; Case No. 10-4127)

Rec. Doc. 23468        Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Early, et al v. Thor Industries, Inc., et al*; Docket No. 09-8570)

Rec. Doc. 23498        Plaintiff's Motion for Leave to Amend Complaint to Add Gulf Stream and to Dismiss Keystone (*Taylor v. Keystone Coach, Inc., et al*; Docket No. 09-5976)

Rec. Doc. 23511        Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Brian Alexander, et al v. Gulf Stream Coach, Inc., et al*; Docket No. 09-8646 - Glen Roberts only)

Rec. Doc. 23516        Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (*Vincent Beverly, et al v. Recreation By Design, LLC, et al*; Docket No. 09-8650)

Rec. Doc. 23839        Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Pohlmann, et al*; Docket No. 09-8660)

## PENDING SUBMISSION:

Rec. Doc. 23689        Plaintiff, Ora Brock, individually and o/b/o Lionel Brock's Motion for Reconsideration and in the Alternative Motion for New Trial (*Ora Brock, et al*; Docket No. 09-5847)

Rec. Doc. 23856        Morgan's Motion for Summary Judgment (*Terry Lynn Gervais, et al*; Docket No. 10-3743)

| | |
|---|---|
| Rec. Doc. 23857 | Morgan's Motion for Summary Judgment (*Elizabeth M. Baker, et al*; Docket No. 10-3967) |
| Rec. Doc. 23894 | Forest River's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets and the Matching Requirements of Pre-Trial Orders No. 38, 49 and 68 (*Albert, et al*; Docket No. 09-8374 & *Gums*; Docket No. 11-0410) |
| Rec. Doc. 23899 | Plaintiff, Precious Dundy's Motion for Reconsideration and/or Relief from an Order Pursuant to Federal Rule of Civil Procedure 60(a) (*Estes, et al*; Docket No. 10-3610) |
| Rec. Doc. 23910 | Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Albert Coon, et al*; Docket No. 09-5548) |
| Rec. Doc. 23911 | Morgan's Motion for Summary Judgment and Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Helen Albarado, et al*; Docket No. 10-3702) |
| Rec. Doc. 23914 | Plaintiffs' Motion for Leave to File Third Supplemental and Amended Complaint (*Janet Bracy, et al*; Docket No. 09-8695) |
| Rec. Doc. 23926 | Jayco, Fluor's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Sandy Barnes*; Docket No. 09-7887) |
| Rec. Doc. 23927 | Jayco, Fluor's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Sandy Barnes*; Docket No. 09-7887) |
| Rec. Doc. 23929 | Starcraft, Bechtel, CH2M Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Charlotte Bell*; Docket No. 09-6931) |
| Rec. Doc. 23932 | Jayco's Motion to Dismiss Duplicative Claims of Plaintiff Betty Vanderpool (*Ernest Anthony*; Docket No. 09-4586) |
| Rec. Doc. 23933 | Jayco's Motion to Dismiss Duplicative Claims of Plaintiff Leslie Newman (*Alec Causey, Jr.*; Docket No. 09-4596) |
| Rec. Doc. 23934 | Jayco's Motion to Dismiss Duplicative Claims of Plaintiff Clayton Clark (*Destiny Anthony*; Docket No. 09-4877) |

Rec. Doc. 23930     Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Robert Moise Legendre, et al*; Docket No. 10-3831)

Rec. Doc. 23931     Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Jacklyn Aguilar*; Docket No. 10-3732)

Rec. Doc. 23935     Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint (*Chasley, et al*; Docket No. 09-5553)

Rec. Doc. 23936     Plaintiffs' Motion for Leave to File Fourth Supplemental and Amending Complaint (*Chasley, et al*; Docket No. 09-5547)

Rec. Doc. 23954     Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Leanderous McClendon, et al*; Docket No. 10-2279)

Rec. Doc. 23959     Plaintiffs' Motion for Leave to File Amended Complaints (*Duncan, et al*; Docket No. 09-5249, *McCrary*; Docket No. 09-5975, *Daigle*; Docket No. 09-7541, *Keddy*; Docket No. 09-7542, *Hargis*; Docket No. 10-2412, *Whitten*; Docket No. 11-0553)

Rec. Doc. 23960     Plaintiffs' Motion for Leave to File Amended Complaints (*Davis*; Docket No. 09-4962, *Dupuy*; Docket No. 09-4986)

Rec. Doc. 23974     Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Kinard Parish*; Docket No. 10-2276)

Rec. Doc. 23977     Morgan's Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (*Helen Albarado*; Docket No. 10-3702)

Rec. Doc. 23984     Plaintiffs' Motion for Leave to File Amended Complaints (*Gary McCray*, Docket No. 09-5991; *Swanica Nero*, Docket No. 09-4730; *Henrietta Barnes*, Docket No. 09-7101; *Mae Aaron*, Docket No. 09-7808; *Janice Currie*, Docket 09-7909; *Joan Martin*, Docket No. 10-1253; *Candy Dunnaway*, Docket No. 10-2189; *Kasinda Brumfield*, Docket No. 10-2248)

Rec. Doc. 23979     Heartland's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets (*Audrey Alexander*; Docket No. 09-3903)

Rec. Doc. 23980      Heartland's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets (*Audrey Alexander*; Docket No. 09-5722)

Rec. Doc. 23982      Heartland's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets (*Cheryl Andrews*; Docket No. 09-6895)

Rec. Doc. 23983      Heartland's Motion to Dismiss for Failure to Comply with Pre-Trial Orders No. 2 & 32 Relating to Plaintiffs Fact Sheets (*Cheryl Andrews*; Docket No. 10-3724)

Rec. Doc. 23984      Plaintiffs' Motion for Leave to File Amended Complaints (*Gary McCray* - 09-5991; *Swanica Nero* - 09-4730; *Henrietta Barnes* - 09-7101; *Mae Aaron* - 09-7808; *Janice Currie* - 09-7909; *Joan Martin* - 10-1253; *Candy Dunnaway* - 10-2189; *Kasinda Brumfield* - 10-2248)

Rec. Doc. 23990      Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint (*Bernard* - 09-8681)

Rec. Doc. 23992      Plaintiffs' Motion for Leave to File Amended Complaint (*Mary Martinez* - 09-7099; *Britney Bogan* - 09-7812; *Ella Mcgee* - 09-7830; *Susan Pittman* - 10-1294; *Bertha Coleman* - 10-2275)

Rec. Doc. 23994      Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint

Rec. Doc. 23995      Plaintiffs' Motion to Sever Claims and to Join Existing Actions

Rec. Doc. 23997      Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Shakara Lombard* - 09-8572)

Rec. Doc. 23998      Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*William Clark*; Docket No. 09-8573)

Rec. Doc. 23999      Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Shalam Scott*; Docket No. 09-8574)

Rec. Doc. 24000      Plaintiffs' Motion for Leave to Amend to Add Plaintiffs (*Brenda Blair*; Docket No. 09-8576)

Rec. Doc. 24001      Plaintiffs' Motion for Leave to Amend Complaint and Substitute Party

Rec. Doc. 24002    Plaintiffs' Motion for Leave to Amend Complaint and Substitute a Party

Rec. Doc. 24006    Plaintiffs' Motion for Leave to File Second Amended Complaint

Rec. Doc. 24007    Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint

Rec. Doc. 24008    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24009    Plaintiffs' Motion for Leave to Amend Complaint and Substitute Party

Rec. Doc. 24010    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24011    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24012    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24013    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24014    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24015    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24016    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24017    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24018    Plaintiffs' Motion for Leave to Amend to Add Plaintiffs

Rec. Doc. 24027    Morgan's Motion for Summary Judgment and Alternative Motion to Dismiss with Prejudice for Failure to Comply with Pretrial Order No. 32 Relating to Plaintiff Fact Sheets as to Plaintiffs Darrell Harrison and Denise Moore (09-4590)

Rec. Doc. 24028    Morgan's Motion for Summary Judgment as to Plaintiff Estela Adkins (09-5575)

## MATTERS ON APPEAL

Fifth Circuit No. 09-30821    Preemption Appeal, voluntarily dismissed pending finalization of proposed class settlement with Manufactured Housing Defendants. Specifically,

by Order dated June 10, 2010, under Court of Appeal Doc. No. 00511131462, the appeal was dismissed without prejudice to the right of either party to request reinstatement. The last Joint Motion to Extend Deadline to Reinstate Appeal was filed on 9/30/11 and granted on 10/6/11, and extended the deadline to reinstate the appeal to January 13, 2012. The Final, Order, Judgment and Reasons approving class settlement was entered in the District Court on November 17, 2011, at Rec. Doc. No. 23565. No post-judgment motion, appeal or other relief from the Final Order has been requested or filed to date. The parties to the appeal will not seek any additional extension of the deadline to reinstate the appeal.

| | |
|---|---|
| Fifth Circuit No. 10-30349 | Alexander Trial Appeal (involves Batson Challenge & LPLA Appeal Issue); argued April 26, 2011 |
| Fifth Circuit No. 10-30921 | Mississippi Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011.  Argument was held on Monday, December 5, 2011. |
| Fifth Circuit No. 10-30945 | Alabama Plaintiffs' Appeal of Dismissal of all FTCA claims; briefing completed on April 18, 2011.  Argument was held on Monday, December 5, 2011. |
| Fifth Circuit No. 10-31045 | Earline Castanel Appeal (involves RCB's assertion of sophisticated user defense); briefing completed on August 8, 2011. |

## IV.   MANUFACTURED HOUSING NON-LITIGATION "TRACK"

On November 17, 2011, the Court entered its Final Order, Judgment and Reasons, on the proposed settlement filed by the Class as to the claims against the Manufactured Housing Defendants (Rec. Doc. No. 23565).  The Court concluded therein that all Rule 23 requirements for a settlement class had been met, finally approved the settlement as fair, adequate and reasonable, and dismissed all Actions against the Manufactured Housing Defendants.  As of the

00279240-1                                    8

date of this Joint Report, no post-judgment motion, appeal or other relief from the Final Order,

Judgment and Reasons has been requested or filed.

On December 27, 2011, the Court entered an Order amending the list of Actions from

which the Manufactured Housing Defendants are dismissed.  (Rec. Doc. No. 23993.)

## V.   MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

As stated in the order, PTO 68 was entered to assist those potential claimants for whom

matching information had not yet been obtained from the USA by providing a "last chance"

process for them to obtain whatever other information was efficiently obtainable from other

sources and to provide a date certain by which the matching effort would end.  Under this

process, the deadline for obtaining FEMA ID numbers for unmatched claimants from the

Government passed on June 15, 2010.  The deadline for plaintiffs' counsel to submit matching

requests to FEMA also passed on June 15, 2010.  Counsel should consult amended PTO 68 (Rec.

Doc. 14779) to ensure they are aware of its content.  The Court has already begun to dismiss, on

motion by the defendants, cases that remain unmatched.  Additional motions to dismiss are

expected.

On January 31, 2011, the PSC's Liaison Counsel forwarded to the Court and to Special

Master Dan Balhoff data files listing the number of plaintiffs with cases filed against each

defendant manufacturer, against each defendant contractor and against the USA pursuant to PTO

#68 and as amended by PTO #83.  The PLC does not represent that the listings are 100%

accurate but does represent that the listings reflect an overwhelming majority of plaintiffs with cases filed.  The defendants do not agree with the PSC's information in this regard.

Amended Pretrial Order #68 required all Plaintiff firms to produce spreadsheets regardless as to whether they availed themselves of last chance matching.  The deadline by which to comply with the particular provision of PTO #68 was March 24, 2011 per the Court's order (Rec. Doc. No. 20455).  The PSC produced the revised master spreadsheet containing the PTO #68 data on March 31, 2011.

Certain Manufacturer Defendants and Installation Contractor Defendants are awaiting the production of the searchable database contemplated pursuant to PTO #88 to aid in the accurate determination of claims pending against these manufacturers and the contractors.

## VI.     BELLWETHER AND SUMMARY JURY TRIALS

A.      Bellwether cases set for trial at this time:

1.      The Jayco Summary Jury Trial has been continued until January 23-24,
2012.  The parties have selected Quiniece Lambert-Dolliole as the plaintiff
for this trial.  The parties have agreed to conduct this as a summary jury
trial.  FEMA and the installation contractor, CH2M Hill, will not
participate in this summary jury trial.

Previously scheduled trials involving claims against Sun Valley, Inc., Coachmen RV and KZRV, LLP have been taken off of the Court's trial docket pending finalization of settlement between those entities and Plaintiffs.

## VII.    CLAIMS AGAINST THE UNITED STATES.

The only remaining claims against the United States pending before the District Court are Louisiana Plaintiffs' FTCA claims for gross negligence and willful and wanton misconduct, and

two actions involving three Texas Plaintiffs.  On May 18, 2010, the Court issued an Order and

Reasons (Rec. Doc. 14124) and dismissed all simple negligence claims brought by Louisiana

plaintiffs against the United States.  Since entering that Order, the Court denied PSC's Motion

seeking entry of Fed. R. Civ. P. 54(b) judgment in favor of the United States (Rec. Doc. 14197)

and granted PSC's Motion for certification for interlocutory appeal (Rec. Doc. 15976).  PSC

petitioned the Fifth Circuit for permission for interlocutory appeal and the United States opposed

that motion.  The Fifth Circuit denied the PSC's motion on December 3, 2010.

The United States has filed an opposed Fed. R. Civ. P. 12(b)(1), 12(b)(6), or in the

alternative Rule 56, motion seeking to dismiss for lack of subject matter jurisdiction Louisiana

Plaintiffs claims for gross negligence and willful and wanton misconduct.  That motion was

taken under advisement by the District Court on January 25, 2011.

On August 4, 2010, the Court granted the United States' Exparte/Consent Motion and

entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc.

15058) dismissing with prejudice any and all claims asserted by Mississippi plaintiffs against the

government.

On August 24, 2010, the Court granted the United States' Exparte/Consent Motion and

entered a Fed. R. Civ. P. 54(b) judgment in favor of the United States of America (Rec. Doc.

15827) dismissing with prejudice any and all claims asserted by Alabama plaintiffs against the

government in the following actions.

PSC has appealed the dismissal of the Mississippi and Alabama Plaintiffs' FTCA claims

and has also filed with the Fifth Circuit motions requesting that the Court certify questions of

unsettled state law to the Supreme Court of Mississippi and Alabama.  The parties briefing of

PSC's substantive appeals and motions to certify questions of state law was completed on April 18, 2011.  The Fifth Circuit held argument on Monday, December 5, 2011.

## VIII.   SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES, INC.

Special Master, Dan Balhoff has filed into the Court's record a Motion to Distribute Fleetwood Settlement Funds (Rec. Doc. No. 22804).  The Motion to Distribute Fleetwood Settlement Funds was granted on 10/5/11 (Rec. Doc. No. 23048).

Settlement proceeds have been distributed to claimants however, Plaintiffs' Liaison counsel have been notified by the CADA that several claimants have incorrect mailing addresses and therefore certain settlement checks have been returned as undeliverable.  The CADA has contacted counsel of record for such individuals to alert them to these occurrences and to request proper mailing instructions.

## IX.   MEDIATION AND REMANDS

The following mediation schedule will take place:

A.   First Mediation Week - January 4, 2012 - Gulf Stream Coach, Inc.

B.   January 12, 2012 - Jayco, Inc. and Starcraft RV, Inc.

C.   Second Mediation Week - January 18-22, 2012

1.   Thor Entitites (including Dutchman Manufacturing, Inc., Keystone RV Company, Thor Industries, Inc., DS Corp. d/b/a Crossroads RV, Inc., Damon Motor Coach, Komfort Corp., Thor California, Inc., Four Winds International, Inc. and any other Thor entities in this MDL)

    2.     Forest River, Inc.

    3.     Skyline Corporation

    4.     Sunnybrook RV, Inc.

    5.     Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

    6.     Frontier RV, Inc.

    7.     Vanguard Industries of Michigan, Inc.

    8.     Sentry Insurance A Mutual Company (for Pilgrim International, Inc.)

    9.     Gulf Stream Coach, Inc. and Jayco, Inc. (if no settlement is reached during the first mediation week)

D.    Third Mediation Week - January 23-27, 2012

    1.     Recreation By Design, LLC

    2.     TL Industries, Inc.

    3.     Heartland Recreational Vehicles, LLC

    4.     Sun Ray Investments

    5.     Sunray RV, LLC

    6.     Cruiser RV, LLC

    7.     Play'Mor Trailers, Inc.

    8.     Northwood Manufacturing d/b/a Northwood of Virginia

    9.     Allen Camper Manufacturing Company, Inc.

E.    Fourth Mediation Week - January 30 - February 3, 2012

Any manufacturing defendants not listed above who wish to avoid having their cases recommended for remand.

E.       Any defendant who is scheduled for mediation during the Third Mediation Week or who is not named in the Court's Order (Rec. Doc. 23958) may participate in a mediation during the Second Mediation Week by informing the Court and the mediator by January 9, 2012 of their desire to do so and by complying with the Court's Order.

F.       All parties and/or attendees are required to review the Court's Order (Rec. Doc. 23958) and familiarize themselves with both its terms and their obligations thereunder.

**Location of Mediations:**

For those parties represented by a law firm with a downtown New Orleans office, that defendant will host the mediation.  For those defendants represented by a law firm without a downtown New Orleans office, there are two options.  The first option is that the PSC will set up their operations at Lambert and Nelson.  Scandurro & Layrisson will host the defendant.

For these who do not wish to use option one, the PSC is agreeable to make alternate arrangements (with the cost to be split) with those defendants.   Option two is that non-downtown law firm defendants will use a mutually agreeable hotel conference room(s).

**REMANDS:**

On January 30, 2012, cases involving the following manufacturing defendants will be either recommended for remand (if they were transferred to this Court) or scheduled for original jurisdiction trials (if they were filed in this District), unless the defendant advises the Court in writing by January 9, 2012, that it has committed unequivocally to mediation, and scheduled such mediation, in accordance with this Order:

1.       Monaco Coach Corporation

## X.    MISCELLANEOUS

A.    John Perry has been appointed as Mediator for the purposes of exploring the

potential for global settlement as to any and all non-government defendants in this

MDL (Rec. Doc. 13236 and Rec. Doc. 22206).

B.    Amanda J. Ballay has been appointed as Special Master in this MDL (Rec. Doc.

23284).

> BY:    s/Gerald E. Meunier
> GERALD E. MEUNIER, #9471
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:    504/522-2304
> Facsimile:    504/528-9973
> gmeunier@gainsben.com
>
>
> s/Justin I. Woods
> JUSTIN I. WOODS, #24713
> **PLAINTIFFS' CO-LIAISON COUNSEL**
> Gainsburgh, Benjamin, David, Meunier &
> Warshauer, L.L.C.
> 2800 Energy Centre, 1100 Poydras Street
> New Orleans, Louisiana 70163
> Telephone:    504/522-2304
> Facsimile:    504/528-9973
> jwoods@gainsben.com
>
> s/Andrew D. Weinstock
> ANDREW D. WEINSTOCK, #18495
> **DEFENDANTS' LIAISON COUNSEL**
> Duplass, Zwain, Bourgeois,
> Pfister & Weinstock
> 3838 N. Causeway Boulevard, Suite 2900
> Metairie, Louisiana 70002

Telephone:     504/832-3700
Facsimile:     504/837-3119
andreww@duplass.com

s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:     202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

s/Ralph S. Hubbard, III
RALPH S. HUBBARD, III
**CO-LIAISON COUNSEL FOR INSURERS**
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
27th Floor, Pan-American Life Center
601 Poydras Street

New Orleans, LA 70130
phone: 504 568 1990
fax: (504) 310-9195
email: rhubbard@lawla.com

s/Charles E. Leche
CHARLES E. LECHE
**CO-LIAISON COUNSEL FOR INSURERS**
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA 70130
phone: 504 593 0790
fax: 504 566 4078
email: cleche@dkslaw.com