# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER PRODUCTS LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * SECTION:  N "5" |
| THIS DOCUMENT PERTAINS TO: <br> *Joseph Williams, et al. v. Skyline Corporation, et al.*, No. 09-8486. | * JUDGE: KURT D. ENGELHARDT <br> * <br> * MAGISTRATE JUDGE: <br> * ALMA CHASEZ |
| * * * * * * * * * * * * * * * * * * * * | * |

### NOTICE OF NO OBJECTION TO MOTION FOR LEAVE TO AMEND SUBJECT TO A RESERVATION OF RIGHTS BY SKYLINE CORPORATION

Defendant, Skyline Corporation ("Skyline") through undersigned counsel, respectfully provides notice that Skyline, whose counsel never received any communication concerning the motion, has no opposition to the Motion for Leave to Amend to Add Plaintiffs Shawn Matthews, Shawn Matthews on behalf of M.E., Shawn Matthews on behalf of M.E., as plaintiffs in *Joseph Williams, et al. v. Skyline Corporation, et al.*, No. 09-8486 (Doc. No. 240008), subject to a full reservation of Skyline's rights to raise any and all defenses, including, without limitation, prescription.  Accordingly, Skyline respectfully requests that any order granting the motion reflect Skyline's reservation of rights to raise any and all defenses, including, without limitation, prescription.

                                                  Submitted by:

                                                  s/ *Robert D. Sheesley*
                                                  LARRY FELDMAN, JR., T.A. (La. #5503)
                                                  ROBERT D. SHEESLEY (La. #31579)
                                                  **McGLINCHEY STAFFORD, PLLC**
                                                  601 Poydras Street, 12th Floor
                                                  New Orleans, LA  70130
                                                  Telephone:  (504) 586-1200
                                                  Facsimile:  (504) 596-2800

                                                  **ATTORNEYS FOR DEFENDANT**
                                                  **SKYLINE CORPORATION**

964373.1

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

            s/ *Robert D. Sheesley*
            ROBERT D. SHEESLEY

964373.1

2