UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Inoka Salter, as Next Friend of C.M., a minor,*<br>*et al. v. Starcraft RV, Inc., et al.*<br>No. 10-1291<br>Plaintiff: Inoka Salter, as Next Friend of<br>    Caitlyn McDavell, a minor | | *<br>*<br>*<br>*<br>*<br>* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**PLAINTIFF'S, INOKA SALTER, AS NEXT FRIEND OF CAITLYN MCDAVELL,
MOTION FOR RECONSIDERATION**</u>

COMES NOW Inoka Salter, as Next Friend of Caitlyn McDavell (hereinafter "Plaintiff") and files this Motion for Reconsideration of the Order (Doc. 23879) granting Defendants', Starcraft RV, Inc. ("Starcraft"), Bechtel National, Inc. and Shaw Environmental, Inc., Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23539) and, for the reasons set forth in the attached memorandum, respectfully requests that her motion be granted.

Respectfully submitted,

<u>/s/ Robert C. Hilliard</u>
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of January, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3