UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER           * <br>       FORMALDEHYDE PRODUCTS  * <br>       LIABILITY LITIGATION      * <br>                                       * <br>                                       * <br> THIS DOCUMENT IS RELATED TO:   * <br> *Turner et al v. Sunline Acquisition Co. Ltd. et al*   * <br> C.A. No. 2:09-cv-08382        * <br> Plaintiff Antoine Turner, individually, only   * | MDL NO. 1873 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * ** * * * * * * * * * * * * * *

**PLAINTIFF ANTOINE TURNER'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Antoine Turner, individually only, pursuant to FED. R. CIV. P. 41(a)(1)(A)(1) hereby gives notice of his dismissal of all claims, made in his individual capacity, that he makes in this lawsuit, without prejudice.  This does not affect any of the claims made by any other plaintiff in this lawsuit, any claims made by Antoine Turner, in an individual or representative capacity, in any other complaints in this MDL.

                                                      Respectfully submitted:

                                                  By: */s/ Peter K. Taaffe*
                                                        Anthony G. Buzbee
                                                        Texas Bar No. 24001820
                                                        Peter K. Taaffe
                                                        Texas Bar No. 24003029
                                                        THE BUZBEE LAW FIRM
                                                       600 Travis, Suite 7300
                                                       Houston, Texas 77002
                                                       Tel.:  (713) 223-5393
                                                       Fax:  (713) 223-59009

          JOHN MUNOZ (#9830)
          GARNER & MUNOZ
          1010 Common Street, Suite 3000
          New Orleans, LA 70112-2411
          Tel: (504) 581-7070
          Fax: (504) 581-7083

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 11th, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

           */s/ Peter K. Taaffe*
           Peter K. Taaffe