```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION
                                DOCKET MDL NO. 1873 "N"
6                               NEW ORLEANS, LOUISIANA
                                THURSDAY, JANUARY 5, 2012, 9:00 A.M.
7    THIS RELATES TO ALL CASES

8    ************************************************************

9          TRANSCRIPT OF COMMITTEE STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
10                     UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12

13   PLAINTIFFS' LIAISON
     COUNSEL:                GAINSBURGH BENJAMIN DAVID MEUNIER AND
14                           WARSHAUER
                             BY:  JUSTIN I. WOODS, ESQUIRE
15                           2800 ENERGY CENTRE
                             1100 POYDRAS STREET, SUITE 2800
16                           NEW ORLEANS LA  70163

17
     FOR THE PLAINTIFFS:     LAW OFFICES OF FRANK J. D'AMICO, JR.
18                           BY:  FRANK J. D'AMICO, JR., ESQUIRE
                             622 BARONNE STREET
19                           NEW ORLEANS LA  70113

20
                             THE BUZBEE LAW FIRM
21                           BY:  ANTHONY G. BUZBEE, ESQUIRE
                             600 TRAVIS, SUITE 7300
22                           HOUSTON TX  77002

23
                             WATTS GUERRA CRAFT
24                           BY:  MIKAL C. WATTS, ESQUIRE
                             FOUR DOMINION DRIVE
25                           BUILDING THREE, SUITE 100
                             SAN ANTONIO TX 78257
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              HILLIARD MUNOZ GUERRA
                                BY:  ROBERT C. HILLIARD, ESQUIRE
 4                              719 S. SHORELINE BOULEVARD #500
                                CORPUS CHRISTI TX 78401
 5

 6                              BENCOMO & ASSOCIATES
                                BY:  RAUL R. BENCOMO, ESQUIRE
 7                              639 LOYOLA AVENUE, SUITE 2110
                                NEW ORLEANS LA  70113
 8

 9                              REICH & BINSTOCK
                                BY:  DENNIS C. REICH, ESQUIRE
10                              4265 SAN FELIPE, SUITE 1000
                                HOUSTON TX  77027
11

12                              LAW OFFICE OF DANIEL E. BECNEL, JR.
                                BY:  DANIEL E. BECNEL, ESQUIRE
13                                   WILL PERCY, ESQUIRE
                                     MATTHEW B. MORELAND, ESQUIRE
14                              106 SEVENTH STREET
                                RESERVE LA  70084
15

16
    DEFENDANTS' LIAISON
17  COUNSEL:                    DUPLASS ZWAIN BOURGEOIS MORTON
                                PFISTER & WEINSTOCK
18                              BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                     JOSEPH G. GLASS, ESQUIRE
19                              THREE LAKEWAY CENTER
                                3838 N. CAUSEWAY BOULEVARD
20                              SUITE 2900
                                METAIRIE LA  70002
21

22
    FOR FLUOR ENTERPRISES,
23  INC.:                       MIDDLEBERG RIDDLE & GIANNA
                                BY:  CHARLES R. PENOT, JR., ESQUIRE
24                              717 N. HARDWOOD
                                DALLAS TX  75201
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE UNITED STATES
     OF AMERICA:                UNITED STATES DEPARTMENT OF JUSTICE
 4                              CIVIL DIVISION -- TORTS BRANCH
                                BY:  HENRY T. MILLER, ESQUIRE
 5                              P.O. BOX 340, BEN FRANKLIN STATION
                                WASHINGTON DC  20004
 6

 7                              U. S. DEPARTMENT OF JUSTICE
                                TAX DIVISION
 8                              BY:  ADAM M. DINNELL, ESQUIRE
                                P. O. BOX 14198
 9                              WASHINGTON DC  20044

10
     FOR THE CONTRACTOR
11   DEFENDANTS:                BAKER DONELSON BEARMAN
                                CALDWELL & BERKOWITZ
12                              BY:  MICHAEL D. KURTZ, ESQUIRE
                                     GERARDO R. BARRIOS, ESQUIRE
13                                   KAREN K. WHITFIELD, ESQUIRE
                                201 ST. CHARLES AVENUE, SUITE 3600
14                              NEW ORLEANS LA  70170

15
     INSURER LIAISON
16   COUNSEL:                   DEUTSCH KERRIGAN & STILES
                                BY:  CHARLES E. LECHE, ESQUIRE
17                              755 MAGAZINE STREET
                                NEW ORLEANS LA  70130
18

19                              LUGENBUHL WHEATON PECK RANKIN & HUBBARD
                                BY:  RALPH SHELTON HUBBARD, III, ESQUIRE
20                              601 POYDRAS STREET, SUITE 2775
                                NEW ORLEANS LA  70130
21

22   FOR FOREST RIVER,
     INC:                       GIEGER LABORDE & LAPEROUSE
23                              BY:  ERNEST P. GIEGER, JR.
                                     J. MICHAEL DIGIGLIA, ESQUIRE
24                              ONE SHELL SQUARE
                                701 POYDRAS STREET, SUITE 4800
25                              NEW ORLEANS LA  70139
```

```
1   APPEARANCES CONTINUED:

2

3   FOR BECHTEL NATIONAL,
    INC.:                   FRILOT
4                           BY:  JOHN J. HAINKEL, III, ESQUIRE
                            3600 ENERGY CENTRE, 1100 POYDRAS STREET
5                           NEW ORLEANS LA  70163

6

7   SPECIAL MASTER:         DANIEL J. BALHOFF
                            PERRY ATKINSON BALHOFF MENGIS & BURNS
8                           2141 QUAIL RUN DRIVE
                            BATON ROUGE LA  70808
9

10  SPECIAL MASTER:         AMANDA JONES BALLAY
                            ATTORNEY AT LAW
11                          P. O. BOX 104
                            BELLE CHASSE LA  70037
12

13

14  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
15                              CERTIFIED MERIT REPORTER
                                500 POYDRAS STREET, ROOM B406
16                              NEW ORLEANS LA  70130
                                (504) 589-7779
17

18  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

1                      **I N D E X**

2   AGENDA ITEMS                                    PAGE

3

4   MOTION DOCKET.......................................   7

5   22487..............................................   7

6   234688 THROUGH 23516...............................   7

7   23691, 23692.......................................   7

8   23839..............................................   7

9   23973 AND 23975....................................   7

10  REPORT OF CLAIMS AND CASE INVENTORY................   8

11  MATTERS ON APPEAL..................................   8

12  FIFTH CIRCUIT NO. 09-30821.........................   8

13  APPEAL OF DISMISSAL OF THE FTCA CLAIMS IN ALABAMA AND   8

14  MISSISSIPPI........................................

15  MANUFACTURED HOUSING NON-LITIGATION "TRACK"........   9

16  MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA   9

17  CONTRACTOR.........................................

18  NEW SUITS..........................................  12

19  PENDING MOTIONS TO AMEND...........................  13

20  MEDIATION AND REMANDS..............................  16

21  MEDIATION ORDER....................................  18

22  CONFIDENTIALITY OF THE SETTLEMENT NEGOTIATIONS AND THE  21

23  DISCUSSIONS........................................

24  CORPORATE OFFICER OR SOMEONE AUTHORIZED FOR EACH       30

25  MANUFACTURER.......................................

1   REMAND ORDER.......................................... 31

2   REMAND................................................ 32

3   LOCATION OF MEDIATIONS................................ 34

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, JANUARY 5, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE COURT:  We're running a little bit late, which I apologize for.  Let's go ahead and get started.

Typically we would start with the joint report, and the only things I have before we get into it -- Justin, I'll ask you if you want to go ahead and start with it -- the motion docket, let me give you an update on that.  On page 3 of the report, 22487 has been ruled on.  That's right above *Pending Submission*.

The following four under *Pending Submission* have now be submitted and so can be transferred into the other section, and that's 234688 through 23516.

The last two on the page, 23691, 23692, and all of the motions listed on page 4 have been ruled on and can be eliminated.

23839 at the top of page 5 is now submitted, and so it can be moved.

And then on page 6, the third and fourth motions listed, 23973 and 23975 have been ruled on, and can be taken off.

I think that's all I have with regard to the

09:35AM 1    motions.

09:35AM 2             Justin, if you want to highlight -- a lot of this

09:35AM 3    is stuff that we normally have as an update so we don't need to

09:35AM 4    discuss that here as part of this group, but why don't you go

09:35AM 5    ahead and pick up on the first issue that we have to discuss

09:35AM 6    today.

09:35AM 7        MR. WOODS:  Well, starting at Section 1 on -- just on

09:35AM 8    *Report of Claims and Case Inventory*, just as liaison counsel,

09:35AM 9    it's been reported to us, we made a call to all plaintiff lawyers

09:35AM 10   to let us know if they filed any additional actions in --

09:36AM 11   particularly Southern District of Mississippi, and I have a

09:36AM 12   report that there were approximately 4300 additional claims filed

09:36AM 13   in the Southern District of Mississippi that's not reflected in

09:36AM 14   this report because they have not been transferred yet.

09:36AM 15            That is the first section.

09:36AM 16            Going forward, just under -- just as an

09:36AM 17   administrative task under the *Matters on Appeal*, which is

09:36AM 18   Fifth Circuit No. 09-30821, that's the preemption appeal dealing

09:36AM 19   with the manufactured housing defendants, because the Court has

09:36AM 20   approved the final settlement, we are planning on submitting a

09:36AM 21   letter to the Clerk of Court asking that that particular matter

09:36AM 22   be taken off of the Fifth Circuit's docket.

09:36AM 23        THE COURT:  Okay.

09:37AM 24        MR. WOODS:  In that section the only other update is

09:37AM 25   that the FTCA claims -- the Appeal of Dismissal of the FTCA

09:37AM 1    claims in Alabama and Mississippi, that was argued on December 5,

09:37AM 2    2011.

09:37AM 3         Under Section 4, *Manufactured Housing*

09:37AM 4    *Non-Litigation "Track,"* the only update there is that on

09:37AM 5    December 27th the Court entered an order amending -- I'm sorry,

09:37AM 6    that reads wrong.  That should read that the settlement was --

09:37AM 7    the Court entered its final order, I'm sorry, on November 17,

09:37AM 8    2011, approving the proposed settlement of the nonlitigation

09:38AM 9    track.

09:38AM 10        THE COURT:  Right.  Then we had the built-in time period

09:38AM 11   we were waiting to expire, which should have expired by now, I

09:38AM 12   think.

09:38AM 13        MR. WOODS:  Yes, it has expired.

09:38AM 14        THE COURT:  Okay.

09:38AM 15        MR. WOODS:  Okay.  On Section 5, the *Matching Plaintiff*

09:38AM 16   *to Defendant Manufacturer and FEMA Contractor*, I'll ask

09:38AM 17   Mikal Watts just to give us an update on and talk about the

09:38AM 18   database that was created in India and what's the status there.

09:38AM 19   Hopefully we'll have a good enough attendance in the major

09:38AM 20   conference that we can address some of the problem cases there.

09:38AM 21        MR. WATTS:  Okay.  Do you want me to give a status now?

09:38AM 22        THE COURT:  Does everybody know this or do we need to

09:38AM 23   have Mikal cover it now?  Is there a reason to cover it now?

09:38AM 24   Obviously, we do want you to present it in the big group.

09:38AM 25        MR. WATTS:  I can do it in the big group or do it --

09:38AM 1   both of them.

09:38AM 2            THE COURT:  Does anybody need to have the update here

09:39AM 3   now for discussion purposes amongst the committees?

09:39AM 4            MR. KURTZ:  David Kurtz for the contractors.  I just

09:39AM 5   wanted to mention that although the database contains the fields

09:39AM 6   that are referenced in PTO 88, it does not have any reference to

09:39AM 7   who the contractor defendant is that's associated with each of

09:39AM 8   those claims, and so to that extent, it doesn't really provide

09:39AM 9   the claims census that we have always been expecting and

09:39AM 10  discussing with the Plaintiffs' Steering Committee.

09:39AM 11           So we can discuss that in more detail if we need

09:39AM 12  to, but when we first talked with the Plaintiffs' Steering

09:39AM 13  Committee about the possibility of global resolution, which we do

09:39AM 14  think is one of the purposes of this MDL, we've always said we

09:39AM 15  needed a claim census that answers:  Who did you sue and which

09:39AM 16  trailer did you live in?  And as of right now, we still don't

09:39AM 17  have that.

09:39AM 18           I just wanted the Court to be aware that that

09:39AM 19  database does not fully satisfy the information needs that the

09:40AM 20  contractors have.

09:40AM 21           MR. WATTS:  It satisfies what was included in PTO 88,

09:40AM 22  and that's what I was told to do and that's what we went and did.

09:40AM 23  We can't enter any fields that we weren't told to enter in.

09:40AM 24           THE COURT:  Okay.

09:40AM 25           MR. KURTZ:  I guess, Judge, what I would say to that is

09:40AM 1   PTO 88 actually doesn't say:  Create a database with these

09:40AM 2   23 fields.  That order was entered in order to compromise how the

09:40AM 3   deficiency process was, you know, working, and at the end it says

09:40AM 4   that the purpose of this is to provide a census that can be used

09:40AM 5   with the claims.  And it is not that in its present form.

09:40AM 6           I think all that would have to be done would be to

09:40AM 7   update the PTO 68 spreadsheet so that it's current, and then take

09:40AM 8   that information and correlate it with what's in PTO 88.  But

09:40AM 9   that's something that -- those are questions that the Plaintiffs'

09:41AM 10  Steering Committee has to answer.

09:41AM 11       THE COURT:  We've got to have a census that accounts for

09:41AM 12  which claims and by whom on the plaintiffs' side are being

09:41AM 13  asserted against which contractor.  Now, whether that's part of

09:41AM 14  this exercise as ordered or whether that's part of a future

09:41AM 15  exercise, it's going to be difficult, if not impossible, to

09:41AM 16  discuss global resolution, which was the point, you're right, was

09:41AM 17  the point of the order, without some type of accounting.

09:41AM 18       MR. WATTS:  If David gets me what he wants added, I

09:41AM 19  could get him what the cost is.  I agree, what I just paid India

09:41AM 20  for 23 fields is way more than what I would pay India to add one

09:41AM 21  more field to type in.  I don't know what the contractor is.  If

09:41AM 22  it's a question of just merging something from one of Henry's

09:41AM 23  databases, then that's pretty easy to do.

09:41AM 24       MR. KURTZ:  I think the Plaintiffs' Steering Committee

09:41AM 25  already has these fields in PTO 68, but PTO 68 is pretty out of

09:42AM 1    date.  It was issued on March 31st.  There has been a zillion

09:42AM 2    dismissals for various reasons.

09:42AM 3              So if that were updated and then those columns were

09:42AM 4    added to PTO 88 so that each plaintiff has the information that's

09:42AM 5    on 68, as well as 88, on one single spreadsheet, that would

09:42AM 6    satisfy what I think we need.

09:42AM 7         MR. HAINKEL:  Judge, John Hainkel for Bechtel National.

09:42AM 8    One other issue that's somewhat related to this data issue and

09:42AM 9    that is, these four thousand plus new suits that just got filed

09:42AM 10   at the end of the month.  So I don't know if you all have

09:42AM 11   discussed that separately already or if the steering committees

09:42AM 12   have discussed that, but that's not an insignificant number of

09:42AM 13   claims.

09:42AM 14        THE COURT:  Here is what we're going to do on those, and

09:42AM 15   I was going to come back to that but might as well talk about it

09:42AM 16   now since you raised it.  I think Andy needs to talk to his folks

09:42AM 17   on this side, but my intention is to go ahead and afford for

09:43AM 18   newly-filed suits -- I think, Frank, you have some, and there's a

09:43AM 19   few others; Dennis, I think, has a few, however many -- is to

09:43AM 20   afford you 30 days to go ahead and get -- you all have been in

09:43AM 21   this thing long enough to know that we need to get that

09:43AM 22   information.  You're not really part of any settlement discussion

09:43AM 23   until you've provided the fields of information that are needed

09:43AM 24   in order to facilitate that discussion.

09:43AM 25             So we do need to get the PFS information,

09:43AM 1    particularly the 23 fields, primarily, and we'll have 30 days

09:43AM 2    from the date -- well, from the date of the order, it should be

09:43AM 3    from the date of the filing, but to go ahead and get that

09:43AM 4    information.

09:43AM 5          I think some of you, maybe both of you, have

09:43AM 6    already gotten that information, and so it's not an issue.  But

09:43AM 7    we're going to get that for you post-haste so that that can all

09:43AM 8    be part of the process of global resolution, if there is going to

09:44AM 9    be any here in the MDL.

09:44AM 10         We just can't restart the process that has taken us

09:44AM 11   18 months, two years, two and a half years, and just say, "Okay.

09:44AM 12   Well, now you guys need to go back and start the process."  It's

09:44AM 13   got to be done.  Everybody that's involved in that is well

09:44AM 14   familiar with that procedure and has been for some time, so this

09:44AM 15   should not be an enormous task to accomplish.

09:44AM 16         MR. HAINKEL:  Judge, I only looked at a handful of these

09:44AM 17   in the group, but there seemed to be, at least from the few that

09:44AM 18   I've looked at, some matching issues too.  So I don't know how

09:44AM 19   all of that is going to fold into this discussion for future

09:44AM 20   handling.

09:44AM 21         THE COURT:  Again, matching is something that we've

09:44AM 22   done.

09:44AM 23         The other topic that I was going to bring up along

09:44AM 24   those same lines are the various pending motions to amend whereby

09:44AM 25   a plaintiff seeks to amend out one contractor -- I should say one

09:45AM  1    manufacturer and amend in another manufacturer.

09:45AM  2         While we are going to look at those on a

09:45AM  3    motion-by-motion basis, I can tell you as a general rule that I'm

09:45AM  4    not inclined to allow that because it completely subverts the

09:45AM  5    matching process that was established and that was long employed,

09:45AM  6    and to simply allow somebody to just show up and say, "Well,

09:45AM  7    look, I matched but now I'm matching to somebody else," you know,

09:45AM  8    at this late date, at this juncture of the MDL, once I start

09:45AM  9    that, once we go down that road, then all matching efforts in the

09:45AM 10    past will be minimized.

09:45AM 11         It will be opening the Pandora's box of matching

09:45AM 12    yet again of people jumping from one manufacturer to the other.

09:45AM 13    I've said in these conferences and I've said sitting up there

09:45AM 14    that matching has got to come to an end.

09:46AM 15         So unless there is some truly compelling equitable

09:46AM 16    reason, through no fault of the plaintiff himself or herself, and

09:46AM 17    like I say, something -- a very compelling reason that would

09:46AM 18    suggest that that would be appropriate, I'm not going to be

09:46AM 19    inclined to allow amendments which seek to achieve switching from

09:46AM 20    one manufacturer to the another.  I think that's already been

09:46AM 21    handled.  That train has left the station.

09:46AM 22         I've got several of those pending.  They are listed

09:46AM 23    here in the report.  So we're going to go through them.  We're

09:46AM 24    going to take a look at them and see what they say and what all

09:46AM 25    is involved, but as a general rule, I would not expect motions to

09:46AM 1  amend to sue another manufacturer and dismiss the one that is

09:46AM 2  being sued, I wouldn't expect too many of those to be granted.

09:47AM 3          I don't know if that specifically relates to your

09:47AM 4  point, John, but you're right, there may be instances of

09:47AM 5  mismatched new plaintiffs, and that may be a different issue.  As

09:47AM 6  far as I'm concerned, matching is something also that should be

09:47AM 7  in the rearview mirror now.

09:47AM 8          So if somebody filed a new suit and they are

09:47AM 9  mismatched, the framework has been here, starting with Henry and

09:47AM 10 the government going through their information, the framework has

09:47AM 11 been here for a long time.

09:47AM 12         MR. D'AMICO:  Judge, we had filed motions to amend on

09:47AM 13 four of the defendants because we had the wrong name.  We had the

09:47AM 14 parent company, not the RV company, because we had been given

09:47AM 15 wrong information.  It just recently came to our attention that

09:47AM 16 it was the wrong for the defendant.

09:47AM 17         THE COURT:  I'll take a look at those.  I can think of

09:47AM 18 several circumstances in how it could have happened, and that may

09:48AM 19 be one that the Court allows, the parent company or something,

09:48AM 20 bad information that was provided that was relied upon.

09:48AM 21         MR. D'AMICO:  Right.

09:48AM 22         THE COURT:  I'm not promising that that will carry the

09:48AM 23 day, but that would be something that would certainly be more

09:48AM 24 weighty than, "Gee, now I would like to go after another

09:48AM 25 manufacturer, because as I sit and think about it now for the

09:48AM 1  last few months, I think I got the wrong one."

09:48AM 2           There has got to be something that explains what

09:48AM 3  happened and how you got to the point where you need to amend.

09:48AM 4  So I'll take a look at them, and I know that there is various

09:48AM 5  circumstances, some that are more worthy of consideration and

09:48AM 6  meritful and others that either have no explanation or have an

09:48AM 7  explanation that is one that clearly could have been an avoidable

09:48AM 8  circumstance.

09:48AM 9           MR. D'AMICO:  Thank you, Judge.

09:48AM 10          THE COURT:  I know, John, you're right to raise it, but

09:48AM 11  that's where I am on it.  That doesn't really speak to

09:49AM 12  newly-filed suits that "match".  I use the word *match* in quotes.

09:49AM 13          MR. HAINKEL:  I think there are a lot of issues, Judge.

09:49AM 14  We're just going to have to try and work through them.

09:49AM 15          THE COURT:  Take them as they come.

09:49AM 16          Okay.  Justin.

09:49AM 17          MR. WOODS:  Okay.  Your Honor, I guess there was a new

09:49AM 18  section that was added to the report for the first time,

09:49AM 19  Section 9, dealing with the *Mediation and Remands*, and that's a

09:49AM 20  pretty lengthy section.  I don't know how much Your Honor wants

09:49AM 21  to discuss that or wants that discussed in the larger group.

09:49AM 22          However, I will say that we got word from

09:49AM 23  Special Master Balhoff that under *Remands* that Hy-Line

09:49AM 24  Enterprises has decided to take part in the mediation process so

09:49AM 25  that they would come off of the defendants subject to remand, and

09:49AM 1    that would leave only Timberland RV Company and Monaco Coach.

09:50AM 2         THE COURT:  Our information is that Timberland also has

09:50AM 3    decided to engage in the mediation process.

09:50AM 4         Now, so who does that leave on the remand?  Well,

09:50AM 5    the next people on the remand list are going to be those that

09:50AM 6    mediate on the dates provided and don't settle.

09:50AM 7         So don't think that you're in the clear just

09:50AM 8    because you've got off of the remand list in this order, because

09:50AM 9    you're going on the remand list if you go to the mediation and

09:50AM 10   for whatever reason the two sides can't reach a settlement, a

09:50AM 11   global settlement or some type of partial settlement.  Then the

09:50AM 12   question becomes:  What happens to you now?

09:50AM 13        The remand list will always remain open and

09:50AM 14   available for anyone who seems to, plaintiff and defendants,

09:50AM 15   anybody who feels as though they can't resolve the matter in the

09:50AM 16   MDL and is not willing to work toward that end, the spots on the

09:50AM 17   remand list are available.

09:50AM 18        If I have to, I'll just go ahead and set original

09:51AM 19   jurisdiction and venue cases, EDLA cases for trial at the end of

09:51AM 20   the summer.

09:51AM 21        For instance, and not to pick on Gulf Stream, but

09:51AM 22   since they are currently engaged in a discussion, as well as

09:51AM 23   Jayco, Jayco has got a summary jury trial coming up, but those

09:51AM 24   that come out of the mediation process unsuccessfully can expect

09:51AM 25   that their cases in EDLA, even if the MDL court hasn't remanded

09:51AM  1    them, I'll go ahead and just start setting those for trial here.

09:51AM  2           I would have to try those cases anyway.  Whether

09:51AM  3    they are viewed as a remand or whether you want to call them a

09:51AM  4    *bellwether*, they are going to be tried and reduced to judgment,

09:51AM  5    and then I'll move on to the next one.

09:51AM  6           The question is going to be who comes out of

09:51AM  7    January or who comes out of February with an agreement in hand

09:51AM  8    and who doesn't.  Those who don't, like I say -- I wish there was

09:51AM  9    another way to go, but that's what we do here, we try cases or

09:51AM 10    settle cases.  I don't know what else to do with them other than

09:52AM 11    that.

09:52AM 12           So if you can't settle them at mediation, then the

09:52AM 13    spots on the remand list will open up and they'll be filled in

09:52AM 14    with other manufacturers who have participated in mediation

09:52AM 15    albeit unsuccessfully.  So at least these two have finally

09:52AM 16    stepped up to the plate and decided that they would like to at

09:52AM 17    least engage in the process of ADR.

09:52AM 18           Yes.

09:52AM 19       MR. PERCY:  Jim Percy, Judge, on behalf of Thor

09:52AM 20    Industries, which a group of affiliated companies.  I just have a

09:52AM 21    couple of questions about the mediation order, whenever the

09:52AM 22    appropriate time is to address that.

09:52AM 23       THE COURT:  I guess we can do it now.

09:52AM 24       MR. PERCY:  I didn't want to interrupt Justin if he had

09:52AM 25    some more on that.

09:52AM 1          MR. WOODS:  No.

09:52AM 2          MR. PERCY:  Just a couple of quick ones, Judge.  First

09:52AM 3    of all, the remand order directs that the defendants who appear

09:52AM 4    for the mediation have to have somebody there with authority to

09:52AM 5    settle, but the order doesn't address the authority to settle on

09:52AM 6    the plaintiff's side.

09:53AM 7          What is the representation that the PSC can make to

09:53AM 8    us that we're sitting down with the right people?  Again, that's

09:53AM 9    just merely for information purposes.  Because if all we're

09:53AM 10   accomplishing at the mediation is setting somewhere where we can

09:53AM 11   continue to negotiate because we don't have the people on the

09:53AM 12   other side of the table with authority, that is problematic.

09:53AM 13         THE COURT:  Well, it's a good question.  My appreciation

09:53AM 14   on the plaintiff's side is that, since we have already done this,

09:53AM 15   I think, twice, if my count is correct, that settlement would be

09:53AM 16   handled globally per manufacturer and handled in terms of a class

09:53AM 17   certification settlement.  Now, if there is a different idea to

09:53AM 18   do a mass tort settlement with individualized claim, then that's

09:53AM 19   different.

09:53AM 20         Correct me if I'm wrong, but that's how I envision

09:53AM 21   that the settlement would be presented to the plaintiffs.  We

09:53AM 22   certainly can't have, well, everybody who's got a claim against

09:53AM 23   Gulf Stream show up at Andy Weinstock's office.  I don't know if

09:54AM 24   he's got enough soft drinks.

09:54AM 25         He just said something about buying lunch for those

09:54AM  1   attending the mediation.  At least everybody would be there if we

09:54AM  2   offered lunch on Andy and his firm.

09:54AM  3        MR. WEINSTOCK:  We'll use the Superdome, or the

09:54AM  4   Mercedes-Benz Superdome.

09:54AM  5        THE COURT:  That's the only reason it's not addressed is

09:54AM  6   because there are so many people per manufacturer that it would

09:54AM  7   be impractical.

09:54AM  8            But to be clear in answering your question, my

09:54AM  9   implicit understanding, to be corrected if it's wrong now, is

09:54AM 10   that these settlements would be handled presumably on the basis

09:54AM 11   of a class certification for settlement purposes as we have

09:54AM 12   already done successfully, I think, on the, what, two already

09:54AM 13   that have -- at least one has already gone through, pleaded

09:54AM 14   settlement.

09:54AM 15        MR. WATTS:  I think three things.  Since we got the

09:54AM 16   order, Jerry, Justin, and I and several others have gotten

09:54AM 17   together, assigned a PSC settlement lawyer to cover all of these,

09:55AM 18   and so that person has full authority, to answer your question.

09:55AM 19            Number two, largely because of the reference to

09:55AM 20   Gulf Stream, we have, as the judge said, said we would do, class

09:55AM 21   settlements.  If somebody has a different preference and wants to

09:55AM 22   do mass settlements, we can do that too, but we'll be ready to do

09:55AM 23   that depending on the defendant's, you know, preference.

09:55AM 24        MR. PERCY:  That's helpful, Judge.  That's exactly what

09:55AM 25   we were looking for.

09:55AM 1          My next question is, and I just want to be very

09:55AM 2     careful on this issue, the order doesn't address confidentiality

09:55AM 3     of the settlement negotiations and the discussions.  The

09:55AM 4     situation we have right now is all of the plaintiffs' counsel

09:55AM 5     know what's going on, and theoretically there is no problem with

09:55AM 6     them discussing what's going on with the settlement negotiations

09:55AM 7     of all of the defendants, each of the defendants.  I want to make

09:55AM 8     sure each defendant can decide whether they want to share with

09:55AM 9     other defendants what's going on in their settlement, but I want

09:55AM 10    to make sure that this order does not prohibit and there is

09:55AM 11    nothing else that prohibit defendants discussing among themselves

09:56AM 12    what's going on in the various settlement discussions.

09:56AM 13         THE COURT:  I think that's something that needs to be

09:56AM 14    discussed with each mediation.  Because what I envisioned in

09:56AM 15    grouping certain of the manufacturers together is that they could

09:56AM 16    have an option, if they wanted to go, to a joint mediation.  In

09:56AM 17    other words, the plaintiffs' counsel can negotiate with two or

09:56AM 18    three manufacturers at the same time, in which case

09:56AM 19    confidentiality is either not an issue or the cloak of

09:56AM 20    confidentiality would encompass those at the table.

09:56AM 21         As far as what your preferences are, if certain

09:56AM 22    manufacturers want that and plaintiffs are agreeable to that,

09:56AM 23    that's fine.  Again, like you say, if the information is all

09:56AM 24    universal among plaintiffs' counsel, then you'll have to figure

09:56AM 25    out a mechanism to preserve that.

09:56AM 1          MR. WATTS:  Just to be clear, I have a problem with

09:56AM 2     that.

09:56AM 3          MR. PERCY:  And we have a problem with the alternative.

09:56AM 4          MR. WATTS:  Hold on a second.  I have a solution as

09:56AM 5     well.  That is that the order has basically wiped out my January

09:57AM 6     and February, up to ten umpteen different mediations.  If you

09:57AM 7     guys want to talk altogether globally, let's do it in one day.

09:57AM 8     But I do have a problem going to 16 different mediations under

09:57AM 9     the cloak of confidentiality and then having a whisper campaign

09:57AM 10    among everybody else.  We might as well just do it all at once.

09:57AM 11         MR. PERCY:  But my point is we don't have a cloak of

09:57AM 12    confidentiality right now.  The order doesn't require it.  Quite

09:57AM 13    frankly, we don't think it should require it because we ought to

09:57AM 14    have the same ability to discuss among ourselves as what the

09:57AM 15    plaintiffs' ability is to discuss among theirselves.

09:57AM 16         MR. WATTS:  I can tell you thus far nothing has happened

09:57AM 17    in terms of disclosing what's happening with Gulf Stream to

09:57AM 18    anybody else other than the people in this room.  However, if you

09:57AM 19    guys want to have an open discussion, let's save the time and

09:57AM 20    let's do a global settlement conference instead of having 16 of

09:57AM 21    them.

09:57AM 22         MR. PERCY:  But we don't have anything scheduled like

09:57AM 23    that.  And, of course, if you all want to discuss that, we're

09:57AM 24    ready to.

09:57AM 25              But my point is we have these individual

09:57AM 1    independent mediations going forward -- and, Judge, I just wanted
09:58AM 2    to be sure that there is no problem because the order doesn't
09:58AM 3    require confidentiality.  But I didn't want a situation to arise
09:58AM 4    at one of the mediations where somebody says, "I was talking with
09:58AM 5    X manufacturer and this is the offer you made to them," and then
09:58AM 6    there is a blowup on the other side, "Well, you shouldn't be
09:58AM 7    talking."  I just wanted to be clear because we've always tried
09:58AM 8    to be clear with the Court on this.
09:58AM 9         MR. WATTS:  I want to be clear that that's something
09:58AM 10   that should have been brought up before the first mediation
09:58AM 11   started.  I do not waive the confidentiality in the mediation
09:58AM 12   that we entered into yesterday.  I expect it to be followed.
09:58AM 13        If you guys want to change the deal, we need to ask
09:58AM 14   that with respect to subsequent mediations, not with respect to
09:58AM 15   one that just occurred.
09:58AM 16        MR. PERCY:  We would like to not have the aura of
09:58AM 17   confidentiality in our mediation on January 19th.  So I'll state
09:58AM 18   that for the record.
09:58AM 19        MR. WATTS:  I'll make that deal with you with respect to
09:58AM 20   something that happens on the 19th, not with respect to something
09:58AM 21   that happened yesterday.
09:58AM 22        MR. PERCY:  That would be imposed on --
09:58AM 23        MR. BENCOMO:  Judge, I believe there is a distinction
09:59AM 24   with a difference because the defendants throughout this
09:59AM 25   litigation filed proprietary information under seal saying, "This

09:59AM 1    is something that we don't want to share with Thor because they

09:59AM 2    are competitors."

09:59AM 3          So I do believe there is a major difference between

09:59AM 4    the plaintiff class, if you will, who are all similarly situated.

09:59AM 5    There's not been a single plaintiff who's come forward and said,

09:59AM 6    "Oh, by the way, my case should not be handled the way that

09:59AM 7    Mikal Watts' case has been handled."  The defendants have taken

09:59AM 8    that position with regards to a lot of issues because of a

09:59AM 9    so-called *proprietary issue*.

09:59AM 10         So I do believe that there is a difference.  I also

09:59AM 11   believe that the confidentiality should hold as it is, because

09:59AM 12   otherwise, as Mikal suggests, we're wasting our time.  Let's have

09:59AM 13   everybody in one room, see what we can resolve, and then go from

09:59AM 14   there.

09:59AM 15         THE COURT:  Look, the order that I entered has a lot of

09:59AM 16   flexibility with regard to scheduling.  Part of this came up in

09:59AM 17   the discussion that I had with plaintiffs' counsel, and I think

10:00AM 18   in particular Mikal and Jerry and Bob on the one hand and Andy on

10:00AM 19   the other.  It envisions that manufacturers can jointly

10:00AM 20   negotiate, like I just said, they can jointly negotiate, they can

10:00AM 21   go to the same mediation and participate, if they choose.

10:00AM 22         In terms of confidentiality of either proprietary

10:00AM 23   information or settlement amount, that's something that you all

10:00AM 24   need to talk about as part of the actual negotiation.  I'm not

10:00AM 25   ordering it one way or the other.

10:00AM 1          The fact that it's not in my order doesn't mean

10:00AM 2    that something in the negotiation can't be held confidential by

10:00AM 3    agreement.  If I had put it in the order, then it would hamstring

10:00AM 4    further discussions.  So the order is flexible.

10:00AM 5          If anybody likes the idea, originally there was an

10:00AM 6    idea talked about that I think Mikal had suggested, of having

10:00AM 7    everybody go to one mediation.  Maybe he's right, and I'm wrong.

10:00AM 8    That sounded to me like it would be unproductive.

10:01AM 9          MR. WATTS:  Sort of like the lunch at Andy's office.

10:01AM 10         MR. WEINSTOCK:  The Superdome.

10:01AM 11         THE COURT:  But if everybody decides, you know what,

10:01AM 12   let's just all get together and see what we can do, we've got

10:01AM 13   X number of plaintiffs -- and they are categorized, like we

10:01AM 14   talked about this morning, into four general categories of

10:01AM 15   gravity of their claims -- and we've got all of these

10:01AM 16   manufacturers, and you all want to sit down and just say, "Let's

10:01AM 17   do it today, let's get it done," if you all think you can do it,

10:01AM 18   then God bless you.  Go ahead and do it.  I'm all in favor of it.

10:01AM 19   If you want to make all of that confidential, that's fine, too.

10:01AM 20         It seemed to me the opportunity to settle was less

10:01AM 21   than if we did it either individually or with smaller groups.

10:01AM 22         But are you talking about the dollar amount or are

10:01AM 23   you talking about the terms of the settlement or are you talking

10:01AM 24   about substantively some feature of the product that has to be

10:01AM 25   discussed in settlement that needs to be confidential?

10:02AM 1          MR. PERCY:  Not features of the products.  Dollar

10:02AM 2   amount, terms of the settlement.

10:02AM 3          MR. WEINSTOCK:  Judge, from somebody who has gone

10:02AM 4   through the process to a degree, it is a little frustrating that

10:02AM 5   there are certain settlements that are public knowledge for

10:02AM 6   bankruptcy reasons, for class certification reasons, and then you

10:02AM 7   get in a room and they say, "Well, but other people have paid

10:02AM 8   more than this."

10:02AM 9          "Okay.  What have they paid?"

10:02AM 10         "Well, I can't tell you that."

10:02AM 11         I don't trust a whole lot of people whose last name

10:02AM 12  is not Weinstock.  I'm not just going to take your word for it.

10:02AM 13         UNIDENTIFIED SPEAKER:  Some of those, Judge --

10:02AM 14         MR. WEINSTOCK:  It's self-defeating on that side as

10:02AM 15  well.  "Well, somebody else paid more than you."

10:02AM 16         THE COURT:  Is this all driven by the idea of, well, I

10:02AM 17  don't want to pay more than the other person?

10:02AM 18         MR. PERCY:  Certainly some.

10:02AM 19         THE COURT:  You pay what you are willing to pay.  They

10:02AM 20  accept what they are willing accept.  The claims are worth what

10:02AM 21  they are worth.

10:02AM 22         MR. PERCY:  Judge, with all due respect, on the

10:03AM 23  defendants' side there is another issue here.  There are some

10:03AM 24  common insurers.  So not only is it grossly unfair to particular

10:03AM 25  defendants in negotiations with the plaintiffs, but there are

10:03AM  1   some defendants -- there are some parties who may have

10:03AM  2   information across various defendants, and it's grossly unfair on

10:03AM  3   the defendants' side as well.

10:03AM  4        We can prevent that if we just -- and again, Judge,

10:03AM  5   if you remember what I said at the beginning, it can be up to any

10:03AM  6   individual defendant if they choose not to share with any other

10:03AM  7   defendant.  I just wanted to make sure that there is no

10:03AM  8   prohibition in the order and there is no prohibition in our

10:03AM  9   discussions.

10:03AM 10        We go in and we have defendants who are willing to

10:03AM 11   share that information among the defendants because that's what's

10:03AM 12   been happening on the plaintiffs' side.

10:03AM 13        MR. WATTS:  There is a federal mediation statute that

10:03AM 14   when you walk into a mediation what happens is confidential

10:03AM 15   unless you waive it.

10:03AM 16        I walked into a mediation yesterday that I thought

10:03AM 17   was going to be confidential conversations with Andy.  If we want

10:04AM 18   to blow up what happened yesterday and pretend it never happened

10:04AM 19   and he wants a new demand, let's start all over and we can do

10:04AM 20   this all together, I'm willing to do that.

10:04AM 21        What I'm not willing to do is to waive what is a

10:04AM 22   privilege under the statute.  I don't think he can find me any

10:04AM 23   case that says, oh, mediation in Judge Engelhardt's court doesn't

10:04AM 24   mean -- you know.

10:04AM 25        THE COURT:  I'm talking about this particular order.

10:04AM 1   This order doesn't address it.  Like you say, there's always --

10:04AM 2          MR. WATTS:  With that being said, if they want to go

10:04AM 3   through it -- and I'm not saying no.  I'm saying with respect to

10:04AM 4   things from tomorrow, if you want to go that way, I'll go that

10:04AM 5   way.  It will completely modify how we negotiate.

10:04AM 6          THE COURT:  That's right.

10:04AM 7          MR. WATTS:  Then that's fair.

10:04AM 8          THE COURT:  I think we're on the same page on that.  The

10:04AM 9   order doesn't cover it.  If you all want to agree to do it

10:04AM 10  differently, that's fine.  The order has flexibility in it.

10:04AM 11  Recognizing that some of you may --

10:04AM 12         MR. WATTS:  I see advantages to that on our side if it's

10:04AM 13  wide open, as long as everybody knows it.

10:04AM 14         THE COURT:  Charles.

10:04AM 15         MR. LECHE:  Charles Leche.  My clients insure a number

10:05AM 16  of these manufacturers.  I certainly don't want to be in a

10:05AM 17  position or have my client be in a position of violating some

10:05AM 18  assumed confidentiality where we are participating in several of

10:05AM 19  these mediations.

10:05AM 20         THE COURT:  You can't erase what you know.

10:05AM 21         MR. D'AMICO:  What you know, you know.  So it's not an

10:05AM 22  issue.

10:05AM 23         MR. BENCOMO:  Judge, if I may just add something for the

10:05AM 24  record on the Chartis issues.  Then you go to the situation where

10:05AM 25  Chartis, for instance, is denying coverage as to one defendant

10:05AM 1  but not as to another.  Are they going to bring in separate

10:05AM 2  counsel?  It's a clear conflict.

10:05AM 3          So we need to get all of those -- and that's why I

10:05AM 4  think Your Honor is absolutely correct, that it's a question of

10:05AM 5  going forward, you know, yes, we agree to confidentiality or no,

10:05AM 6  we don't, and if so, you know, what is the insurance situation.

10:05AM 7          Because I know for a fact that some of these

10:05AM 8  insurers have denied coverage, and then all of a sudden they say,

10:05AM 9  "Well, we have five different defendants that we're insuring."

10:06AM 10 Are they really insuring them to the same extent, not the same

10:06AM 11 dollar amount, the reservation of rights, no reservation of

10:06AM 12 rights.  And that's why I say with new counsel there is a lot of

10:06AM 13 problems there.

10:06AM 14         MR. LECHE:  I would certainly disagree with that, Judge.

10:06AM 15 I don't understand why -- every case is different.  There are

10:06AM 16 different policies, there are different policy defenses, there

10:06AM 17 are different policy periods, etcetera.  Every case is different.

10:06AM 18 Because there is certain policy defenses or whatever in one case

10:06AM 19 and not in another, I don't understand why that creates a

10:06AM 20 conflict from one case to another.

10:06AM 21         THE COURT:  For mediation purposes isn't it all grist

10:06AM 22 for the mill of what the apprehension is on each side for, well,

10:06AM 23 gee, this one here, you may wind up with no coverage.  You may

10:06AM 24 overshoot the coverage.  You may have undisputed coverage.

10:06AM 25 That's something that each negotiation has to incorporate.

10:06AM  1    MR. WATTS:  That's a different statement than we just

10:06AM  2  want to talk about what the cases are worth.

10:06AM  3    THE COURT:  Right.

10:06AM  4    MR. BENCOMO:  Correct.

10:07AM  5    MR. PERCY:  Judge, I have just one final question.  I

10:07AM  6  know everyone will sigh with relief.  This one, I think, is

10:07AM  7  easier.

10:07AM  8    MR. WEINSTOCK:  Henry is going next.

10:07AM  9    MR. PERCY:  The order requires a corporate officer or

10:07AM 10  someone authorized for each manufacturer.  We've got affiliated

10:07AM 11  manufacturers.  We will have a corporate officer authorized for

10:07AM 12  each.  I just wanted to make sure because if you read the order

10:07AM 13  literally, I would have to have somebody from each of those

10:07AM 14  independent companies.  I wanted to make sure there was not a

10:07AM 15  problem.

10:07AM 16    MR. WATTS:  That's fine.

10:07AM 17    THE COURT:  Yes.  I think that's why we grouped yours

10:07AM 18  together.

10:07AM 19    MR. WATTS:  The group.

10:07AM 20    THE COURT:  In fact, that's even better.  If it's

10:07AM 21  somebody who is higher up as opposed to an officer of each of

10:07AM 22  those entities, if it's somebody that's higher up, that's even

10:07AM 23  better, I would think.

10:07AM 24    All right.  Justin, is there anything else on the report

10:07AM 25  that we need to talk about here in this?

10:08AM 1          Henry.

10:08AM 2          MR. MILLER:  I apologize, Your Honor.  This relates to

10:08AM 3   the remand order, and I think I brought this up in an e-mail that

10:08AM 4   I sent to the liaison counsel in April, that the government had

10:08AM 5   some concerns about the remand order, that it would remand the

10:08AM 6   entire case to the district court while we still had matters that

10:08AM 7   we think relate to the United States that need to be dealt with

10:08AM 8   in the MDL.  So I don't know how the Court wants to deal with

10:08AM 9   that, whether you want us to file a Motion to Sever, whether it

10:08AM 10  would be well-taken or not well-taken.

10:08AM 11         THE COURT:  Yes, I saw your e-mail, and I know you have

10:08AM 12  a motion pending right now.  I'll certainly take that into

10:08AM 13  consideration.  I'm not there yet, but I understand your

10:08AM 14  position.  We'll certainly get back to you before any case with

10:08AM 15  the government gets remanded.  But I do know you have a motion

10:08AM 16  pending.  I think it's the first one listed on here.

10:08AM 17         MR. MILLER:  Docket 16598.

10:08AM 18         But I was thinking logistically probably the best

10:09AM 19  way to handle it would be if you give us some notice that the

10:09AM 20  remand was going to be entered, we could file a Motion to Sever

10:09AM 21  out those cases, and then you could address that possibly before

10:09AM 22  the remand.  I think the MDL court authorizes that.  And,

10:09AM 23  obviously, it will give the Court great deference on what it

10:09AM 24  does.  I think if the remand does go back, it has to set forth

10:09AM 25  what was done and everything by this court, what hasn't been

10:09AM 1    resolved, the normal stuff.

10:09AM 2         THE COURT:  I understand your position.  I did see your

10:09AM 3    e-mail.  I think that's likely how we'll go ahead and handle it.

10:09AM 4         MR. KURTZ:  Judge, I just want to point out that we're

10:09AM 5    in the same boat.

10:09AM 6         MR. D'AMICO:  In discussing the issue of the remand,

10:09AM 7    obviously, you have jurisdiction over the Eastern District cases.

10:09AM 8    I think you said in earlier conferences that if we didn't get

10:09AM 9    this settled by March 1st that you would enter into some sort of

10:10AM 10   order.

10:10AM 11        We would like an opportunity for a briefing

10:10AM 12   schedule, if that occurs, with the option of a different

10:10AM 13   Trial Plan where we envision, like we did in the tank car case,

10:10AM 14   for instance, where we had 20 plaintiffs per defendant.  That

10:10AM 15   way, for judicial economy purposes, our group could TM 20 against

10:10AM 16   a particular manufacturer, at which point the Court's docket

10:10AM 17   would move much more quickly.

10:10AM 18        MR. GLASS:  Remand or be remanded?

10:10AM 19        THE COURT:  My inclination is to just take the claims as

10:10AM 20   filed and try them.

10:10AM 21        MR. WATTS:  Three hundred at a time.

10:10AM 22        THE COURT:  No.  Those are going to have to get

10:10AM 23   separated and paid.  Any other venues, they are going to have to

10:10AM 24   get paid as the Clerk's Office bills them.  I have a little deal

10:11AM 25   right now with Mississippi -- we talked about that this morning,

10:11AM 1    too -- that once those cases get remanded and the Clerk's Office

10:11AM 2    says, "Oh, no, we can't accept it," then the plaintiffs are going

10:11AM 3    to wind up having to pay a filing fee.

10:11AM 4         Look, I'm focused right now, to be perfectly selfish

10:11AM 5    about it, on EDLA cases that I am going to try.  I can go through

10:11AM 6    the MDL court seeking remand, and after that, whatever you all

10:11AM 7    want to work out in other venues, if it goes to the

10:11AM 8    Western District of Louisiana, if it goes to the Southern

10:11AM 9    District of Mississippi, however you want to work out your

10:11AM 10   Trial Plan with those courts, it's up to them.

10:11AM 11        I intend to go ahead and just pick cases that are

10:11AM 12   original venue cases here that I would have to try anyway and set

10:11AM 13   them for trial with one or more plaintiffs depending on how they

10:11AM 14   are grouped, you know, to the extent that there is some reason

10:12AM 15   for the rhyme on how they are presented.

10:12AM 16        But I'm just going to set them on my docket.  Put

10:12AM 17   them on a Monday trial date along with the other things I have on

10:12AM 18   Monday trial dates.  They will either settle individually like

10:12AM 19   the other things on my Monday trial date or I'll try that one and

10:12AM 20   the others will get settled or get continued.  That's the only

10:12AM 21   way I can do it.  That's what I would do with the case that was

10:12AM 22   filed here anyway, would be set it for trial on a Monday.

10:12AM 23        MR. WATTS:  It would certainly be familiar to

10:12AM 24   Your Honor.  "I've heard this."  It would be like *Groundhog Day*.

10:12AM 25        THE COURT:  I'm not saying they would be back to back to

10:12AM 1   back to back.  But I would set a few every month in hopes that

10:12AM 2   maybe some of them would settle, and maybe I would try one a

10:12AM 3   month or something like that.  We'll see.

10:12AM 4        I can set those anytime I want without regard to

10:12AM 5   the MDL court.  We'll call it *a bellwether*.  If you want to think

10:12AM 6   of it as a bellwether, think of it as a bellwether.  I think of

10:12AM 7   it as working my docket and trying a case that I'm going to have

10:13AM 8   to try anyway.

10:13AM 9        So I don't need to go to the MDL court.  I don't

10:13AM 10  need to seek remand.  I don't need to get any approval for those.

10:13AM 11  I would like to start setting those for whichever manufacturer

10:13AM 12  comes out of the mediation process without a deal.  I would hope

10:13AM 13  to be able to set maybe some of those even in July.

10:13AM 14       MR. WEINSTOCK:  Judge, we would welcome the opportunity

10:13AM 15  to brief the issue of multi-plaintiff cases, but that's an issue

10:13AM 16  for another day.

10:13AM 17       THE COURT:  That's an issue for another day.  I agree.

10:13AM 18       MR. WEINSTOCK:  I do want to discuss one thing in the

10:13AM 19  order that's come up, and that is the location of mediations.  I

10:13AM 20  think it's been very workable for those of us that can host

10:13AM 21  defendants that have downtown offices.

10:13AM 22       The issue has come up of those that don't, and

10:13AM 23  there was a tacit agreement, I thought, enough that I put it in

10:13AM 24  an e-mail and it made it into this order, that the PSC would

10:13AM 25  split hotel conference rooms for those people that felt that they

10:13AM  1    had a lot of excess carriers and all that coming, and that Tim's

10:13AM  2    office would really not be the right locale.  I'm told the

10:14AM  3    plaintiffs are no longer agreeable to doing that.

10:14AM  4             MR. WATTS:  I haven't heard about that.

10:14AM  5             MR. WEINSTOCK:  Well, you were named.

10:14AM  6             MR. WOODS:  I was named.

10:14AM  7             THE COURT:  It's Justin's evil twin.

10:14AM  8             MR. WEINSTOCK:  If that's not a problem and the order

10:14AM  9    stands, you guys are willing to split the conference rooms, then

10:14AM 10    we don't need to go any further.

10:14AM 11             MR. WOODS:  There was one situation where it was

10:14AM 12    suggested that the offices of Lambert & Nelson would be

10:14AM 13    available for Heartland RV to do that mediation.  Brent Maggio,

10:14AM 14    who is not here, represents Heartland.  He said that his client

10:14AM 15    wants to host -- or wants to be housed in the Whitney Hotel,

10:14AM 16    which is right across the street, as opposed to coming over to

10:14AM 17    Lambert & Nelson.

10:14AM 18             But we thought logistically, it was only a

10:14AM 19    logistical concern, that it would be difficult to have the

10:14AM 20    mediator, Perry or Balhoff, going between Lambert & Nelson and

10:14AM 21    the Whitney Hotel.  The plaintiffs would be housed at Lambert &

10:14AM 22    Nelson.

10:15AM 23             THE COURT:  Well, look, you all work that out.  If need

10:15AM 24    be, I will find space in this building and in the building next

10:15AM 25    door.  The FBA has an attorney conference center that is a

10:15AM 1   wonderful place to camp out.  You probably have used it for trial

10:15AM 2   before, many of you.  Somebody can be housed over here.  Somebody

10:15AM 3   can be housed literally in this room if we're not having court.

10:15AM 4           MR. WATTS:  With the mics on.

10:15AM 5           THE COURT:  You can use the jury room over here, which

10:15AM 6   isn't the most glamourous setting, but we can find space for you.

10:15AM 7   The rent over here is cheaper.  We won't charge you anything to

10:15AM 8   use the building.  I think the FBA has a minimal charge on the

10:15AM 9   conference center.

10:15AM 10          MR. WEINSTOCK:  Until Saturday's mediation.

10:15AM 11          MR. GLASS:  Because that's a Friday mediation.

10:15AM 12          THE COURT:  We'll accommodate you if there is an issue

10:15AM 13  on logistics and location.  Let me know and I'll set up something

10:15AM 14  for you that will be agreeable.

10:15AM 15          MR. WATTS:  Perhaps it would help the process if you

10:15AM 16  modify the wording.  All counsel of record that don't settle have

10:16AM 17  to run a marathon with you before the remand.

10:16AM 18          MR. WEINSTOCK:  I'm almost ready, Judge.

10:16AM 19          MR. WATTS:  If you beat me, you stay.  If I beat you --

10:16AM 20          MR. WEINSTOCK:  You said "run a marathon."  You didn't

10:16AM 21  say anything about beating you.

10:16AM 22          THE COURT:  Is there anything else on the report that

10:16AM 23  we're going to present since we have to open the doors here

10:16AM 24  shortly?  Actually, we're after 10 o'clock.  Is there anything

10:16AM 25  else on the report?  Are there any other issues that we have not

10:16AM 1  talked about that we need to delve into right now?

10:16AM 2          Let's go ahead and let the others come on in.

10:16AM 3  We'll go ahead and make our report generally, and go from here.

10:19AM 4          (WHEREUPON, at 10:19 a.m., this concluded the committee

10:19AM 5  status conference.)

6                        *    *    *

7

8                    REPORTER'S CERTIFICATE

9

10      I, Cathy Pepper, Certified Realtime Reporter, Registered

11  Merit Reporter, Registered Professional Reporter, Certified Court

12  Reporter for the State of Louisiana, Official Court Reporter for

13  the United States District Court, Eastern District of Louisiana,

14  do hereby certify that the foregoing is a true and correct

15  transcript, to the best of my ability and understanding, from the

16  record of the proceedings in the above-entitled and numbered

17  matter.

18

23                        Cathy Pepper, CCR, RMR, CRR
                          Certified Realtime Reporter
24                        Official Court Reporter
                          United States District Court
25                        (504) 589-7779
                          Cathy_Pepper@laed.uscourts.gov

## #

**#500** [1] - 2:4

## 0

**09-30821** [1] - 8:18
**09-30821**...................
........ [1] - 5:12

## 1

**1** [1] - 8:7
**10** [1] - 36:24
**100** [1] - 1:25
**1000** [1] - 2:10
**104** [1] - 4:11
**106** [1] - 2:14
**10:19** [1] - 37:4
**1100** [2] - 1:15, 4:4
**12** [1] - 5:18
**13** [1] - 5:19
**14198** [1] - 3:8
**16** [3] - 5:20, 22:8, 22:20
**16598** [1] - 31:17
**17** [1] - 9:7
**18** [2] - 5:21, 13:11
**1873** [1] - 1:5
**19th** [2] - 23:17, 23:20
**1st** [1] - 32:9

## 2

**20** [2] - 32:14, 32:15
**20004** [1] - 3:5
**20044** [1] - 3:9
**201** [1] - 3:13
**2011** [3] - 1:6, 9:2, 9:8
**2012** [1] - 7:2
**21** [1] - 5:22
**2110** [1] - 2:7
**2141** [1] - 4:8
**22487** [1] - 7:13
**22487**........................
........................ [1] -
5:5
**23** [3] - 11:2, 11:20, 13:1
**234688** [2] - 5:6, 7:17
**23516** [1] - 7:17
**23516**........................
........ [1] - 5:6
**23691** [2] - 5:7, 7:18
**23692** [1] - 7:18
**23692**........................
........ [1] - 5:7

**23839** [1] - 7:21
**23839**........................
........................ [1] -
5:8
**23973** [2] - 5:9, 7:24
**23975** [1] - 7:24
**23975**........................
.............. [1] - 5:9
**2775** [1] - 3:20
**27th** [1] - 9:5
**2800** [2] - 1:15, 1:15
**2900** [1] - 2:20

## 3

**3** [1] - 7:12
**30** [3] - 5:24, 12:20, 13:1
**31** [1] - 6:1
**31st** [1] - 12:1
**32** [1] - 6:2
**34** [1] - 6:3
**340** [1] - 3:5
**3600** [2] - 3:13, 4:4
**3838** [1] - 2:19

## 4

**4** [2] - 7:19, 9:3
**4265** [1] - 2:10
**4300** [1] - 8:12
**4800** [1] - 3:24

## 5

**5** [5] - 1:6, 7:2, 7:21, 9:1, 9:15
**500** [1] - 4:15
**504** [2] - 4:16, 37:25
**589-7779** [2] - 4:16, 37:25

## 6

**6** [1] - 7:23
**600** [1] - 1:21
**601** [1] - 3:20
**622** [1] - 1:18
**639** [1] - 2:7
**68** [4] - 11:7, 11:25, 12:5

## 7

**7** [6] - 5:4, 5:5, 5:6, 5:7, 5:8, 5:9

**70002** [1] - 2:20
**70037** [1] - 4:11
**70084** [1] - 2:14
**701** [1] - 3:24
**70113** [2] - 1:19, 2:7
**70130** [3] - 3:17, 3:20, 4:16
**70139** [1] - 3:25
**70163** [2] - 1:16, 4:5
**70170** [1] - 3:14
**70808** [1] - 4:8
**717** [1] - 2:24
**719** [1] - 2:4
**7300** [1] - 1:21
**75201** [1] - 2:24
**755** [1] - 3:17
**77002** [1] - 1:22
**77027** [1] - 2:10
**78257** [1] - 1:25
**78401** [1] - 2:4

## 8

**8** [4] - 5:10, 5:11, 5:12, 5:13
**88** [6] - 10:6, 10:21, 11:1, 11:8, 12:4, 12:5

## 9

**9** [3] - 5:15, 5:16, 16:19
**9:00** [1] - 1:6

## A

**a.m** [1] - 37:4
**A.M** [1] - 1:6
**ability** [3] - 22:14, 22:15, 37:15
**able** [1] - 34:13
**above-entitled** [1] -
37:16
**absolutely** [1] - 29:4
**accept** [3] - 26:20, 33:2
**accommodate** [1] -
36:12
**accomplish** [1] -
13:15
**accomplishing** [1] -
19:10
**accounting** [1] - 11:17
**accounts** [1] - 11:11
**achieve** [1] - 14:19
**actions** [1] - 8:10
**actual** [1] - 24:24

**ADAM** [1] - 3:8
**add** [2] - 11:20, 28:23
**added** [3] - 11:18, 12:4, 16:18
**additional** [2] - 8:10, 8:12
**address** [6] - 9:20, 18:22, 19:5, 21:2, 28:1, 31:21
**addressed** [1] - 20:5
**administrative** [1] -
8:17
**ADR** [1] - 18:17
**advantages** [1] -
28:12
**affiliated** [2] - 18:20, 30:10
**afford** [2] - 12:17, 12:20
**AGENDA** [1] - 5:2
**agree** [4] - 11:19, 28:9, 29:5, 34:17
**agreeable** [3] - 21:22, 35:3, 36:14
**agreement** [3] - 18:7, 25:3, 34:23
**ahead** [13] - 7:8, 7:11, 8:5, 12:17, 12:20, 13:3, 17:18, 18:1, 25:18, 32:3, 33:11, 37:2, 37:3
**ALABAMA** [1] - 5:13
**Alabama** [1] - 9:1
**albeit** [1] - 18:15
**ALL** [1] - 1:7
**allow** [3] - 14:4, 14:6, 14:19
**allows** [1] - 15:19
**almost** [1] - 36:18
**alternative** [1] - 22:3
**altogether** [1] - 22:7
**AMANDA** [1] - 4:10
**amend** [6] - 13:24, 13:25, 14:1, 15:1, 15:12, 16:3
**AMEND**........................
........ [1] - 5:19
**amending** [1] - 9:5
**amendments** [1] -
14:19
**AMERICA** [1] - 3:3
**amount** [4] - 24:23, 25:22, 26:2, 29:11
**AND** [7] - 1:13, 5:9, 5:10, 5:13, 5:16, 5:20, 5:22
**ANDREW** [1] - 2:18
**Andy** [5] - 12:16, 19:23, 20:2, 24:18, 27:17

**Andy's** [1] - 25:9
**answer** [2] - 11:10, 20:18
**answering** [1] - 20:8
**answers** [1] - 10:15
**ANTHONY** [1] - 1:21
**ANTONIO** [1] - 1:25
**anytime** [1] - 34:4
**anyway** [4] - 18:2, 33:12, 33:22, 34:8
**apologize** [2] - 7:8, 31:2
**Appeal** [2] - 8:17, 8:25
**APPEAL** [1] - 5:13
**appeal** [1] - 8:18
**APPEAL**........................
................ [1] - 5:11
**appear** [1] - 19:3
**APPEARANCES** [4] -
1:11, 2:1, 3:1, 4:1
**appreciation** [1] -
19:13
**apprehension** [1] -
29:22
**appropriate** [2] -
14:18, 18:22
**approval** [1] - 34:10
**approved** [1] - 8:20
**approving** [1] - 9:8
**April** [1] - 31:4
**argued** [1] - 9:1
**arise** [1] - 23:3
**asserted** [1] - 11:13
**assigned** [1] - 20:17
**associated** [1] - 10:7
**ASSOCIATES** [1] - 2:6
**assumed** [1] - 28:18
**AT** [1] - 4:10
**ATKINSON** [1] - 4:7
**attendance** [1] - 9:19
**attending** [1] - 20:1
**attention** [1] - 15:15
**attorney** [1] - 35:25
**ATTORNEY** [1] - 4:10
**aura** [1] - 23:16
**authority** [4] - 19:4, 19:5, 19:12, 20:18
**AUTHORIZED** [1] -
5:24
**authorized** [2] - 30:10, 30:11
**authorizes** [1] - 31:22
**available** [3] - 17:14, 17:17, 35:13
**AVENUE** [2] - 2:7, 3:13
**avoidable** [1] - 16:7
**aware** [1] - 10:18

**B**

B406 [1] - 4:15
bad [1] - 15:20
BAKER [1] - 3:11
Balhoff [2] - 16:23, 35:20
BALHOFF [2] - 4:7, 4:7
BALLAY [1] - 4:10
bankruptcy [1] - 26:6
BARONNE [1] - 1:18
BARRIOS [1] - 3:12
basis [2] - 14:3, 20:10
BATON [1] - 4:8
BEARMAN [1] - 3:11
beat [2] - 36:19
beating [1] - 36:21
Bechtel [1] - 12:7
BECHTEL [1] - 4:3
BECNEL [2] - 2:12, 2:12
becomes [1] - 17:12
BEFORE [1] - 1:9
beginning [1] - 27:5
behalf [1] - 18:19
BELLE [1] - 4:11
bellwether [4] - 18:4, 34:5, 34:6
BEN [1] - 3:5
BENCOMO [5] - 2:6, 2:6, 23:23, 28:23, 30:4
BENJAMIN [1] - 1:13
Benz [1] - 20:4
BERKOWITZ [1] - 3:11
best [2] - 31:18, 37:15
better [2] - 30:20, 30:23
between [2] - 24:3, 35:20
big [2] - 9:24, 9:25
bills [1] - 32:24
BINSTOCK [1] - 2:9
bit [1] - 7:7
bless [1] - 25:18
blow [1] - 27:18
blowup [1] - 23:6
boat [1] - 32:5
Bob [1] - 24:18
BOULEVARD [2] - 2:4, 2:19
BOURGEOIS [1] - 2:17
box [1] - 14:11
BOX [3] - 3:5, 3:8, 4:11
BRANCH [1] - 3:4

Brent [1] - 35:13
brief [1] - 34:15
briefing [1] - 32:11
bring [2] - 13:23, 29:1
brought [2] - 23:10, 31:3
building [3] - 35:24, 36:8
BUILDING [1] - 1:25
built [1] - 9:10
built-in [1] - 9:10
BURNS [1] - 4:7
buying [1] - 19:25
BUZBEE [2] - 1:20, 1:21
BY [19] - 1:14, 1:18, 1:21, 1:24, 2:3, 2:6, 2:9, 2:12, 2:18, 2:23, 3:4, 3:8, 3:12, 3:16, 3:19, 3:23, 4:4, 4:17, 4:18

**C**

CALDWELL [1] - 3:11
CALLED [1] - 7:4
camp [1] - 36:1
campaign [1] - 22:9
car [1] - 32:13
careful [1] - 21:2
carriers [1] - 35:1
carry [1] - 15:22
CASE [1] - 5:10
case [13] - 21:18, 24:6, 24:7, 27:23, 29:15, 29:17, 29:18, 29:20, 31:6, 31:14, 32:13, 33:21, 34:7
Case [1] - 8:8
CASES [1] - 1:7
cases [15] - 9:20, 17:19, 17:25, 18:2, 18:9, 18:10, 30:2, 31:21, 32:7, 33:1, 33:5, 33:11, 33:12, 34:15
categories [1] - 25:14
categorized [1] - 25:13
CATHY [1] - 4:14
Cathy [2] - 37:10, 37:23
Cathy_Pepper@laed .uscourts.gov [1] - 37:25
CAUSEWAY [1] - 2:19
CCR [2] - 4:14, 37:23
census [4] - 10:9, 10:15, 11:4, 11:11

CENTER [1] - 2:19
center [2] - 35:25, 36:9
CENTRE [1] - 1:15, 4:4
certain [4] - 21:15, 21:21, 26:5, 29:18
certainly [8] - 15:23, 19:22, 26:18, 28:16, 29:14, 31:12, 31:14, 33:23
CERTIFICATE [1] - 37:8
certification [3] - 19:17, 20:11, 26:6
Certified [2] - 37:10, 37:11
CERTIFIED [2] - 4:14, 4:15
certified [1] - 37:23
certify [1] - 37:14
change [1] - 23:13
charge [2] - 36:7, 36:8
CHARLES [3] - 2:23, 3:13, 3:16
Charles [2] - 28:14, 28:15
Chartis [2] - 28:24, 28:25
CHASSE [1] - 4:11
cheaper [2] - 36:7
choose [2] - 24:21, 27:6
CHRISTI [1] - 2:4
Circuit [1] - 8:18
CIRCUIT [1] - 5:12
Circuit's [1] - 8:22
circumstance [1] - 16:8
circumstances [2] - 15:18, 16:5
CIVIL [1] - 3:4
claim [3] - 10:15, 19:18, 19:22
CLAIMS [2] - 5:10, 5:13
Claims [1] - 8:8
claims [11] - 8:12, 8:25, 9:1, 10:8, 10:9, 11:5, 11:12, 12:13, 25:15, 26:20, 32:19
class [5] - 19:16, 20:11, 20:20, 24:4, 26:6
clear [7] - 17:7, 20:8, 22:1, 23:7, 23:8, 23:9, 29:2
clearly [1] - 16:7
Clerk [1] - 8:21
Clerk's [2] - 32:24,

33:1
33:14
client [2] - 28:17, 35:14
clients [1] - 28:15
cloak [3] - 21:19, 22:9, 22:11
Coach [1] - 17:1
columns [1] - 12:3
coming [3] - 17:23, 35:1, 35:16
Committee [4] - 10:10, 10:13, 11:10, 11:24
committee [1] - 37:4
COMMITTEE [1] - 1:9
committees [2] - 10:3, 12:11
common [1] - 26:24
companies [2] - 18:20, 30:14
company [3] - 15:14, 15:19
Company [1] - 17:1
compelling [2] - 14:15, 14:17
competitors [1] - 24:2
completely [2] - 14:4, 28:5
compromise [1] - 11:2
COMPUTER [1] - 4:18
concern [1] - 35:19
concerned [1] - 15:6
concerns [1] - 31:5
concluded [1] - 37:4
CONFERENCE [1] - 1:9
conference [7] - 9:20, 22:20, 34:25, 35:9, 35:25, 36:9, 37:5
conferences [2] - 14:13, 32:8
confidential [5] - 25:2, 25:19, 25:25, 27:14, 27:17
confidentiality [12] - 21:2, 21:19, 21:20, 22:9, 22:12, 23:3, 23:11, 23:17, 24:11, 24:22, 28:18, 29:5
CONFIDENTIALITY [1] - 5:22
conflict [2] - 29:2, 29:20
consideration [2] - 16:5, 31:13
contains [1] - 10:5
continue [1] - 19:11
CONTINUED [3] - 2:1, 3:1, 4:1
continued [1] - 33:20

CONTRACTOR [1] - 3:10
Contractor [1] - 9:16
contractor [4] - 10:7, 11:13, 11:21, 13:25
CONTRACTOR......... ............................. ... [1] - 5:17
contractors [2] - 10:4, 10:20
conversations [1] - 27:17
CORPORATE [1] - 5:24
corporate [2] - 30:9, 30:11
CORPUS [1] - 2:4
correct [5] - 19:15, 19:20, 29:4, 30:4, 37:14
corrected [1] - 20:9
correlate [1] - 11:8
cost [1] - 11:19
counsel [9] - 8:8, 21:4, 21:17, 21:24, 24:17, 29:2, 29:12, 31:4, 36:16
COUNSEL [3] - 1:13, 2:17, 3:16
count [1] - 19:15
couple [2] - 18:21, 19:2
course [1] - 22:23
Court [14] - 8:19, 8:21, 9:5, 9:7, 10:18, 15:19, 23:8, 31:8, 31:23, 37:11, 37:12, 37:13, 37:24, 37:24
court [9] - 17:25, 27:23, 31:6, 31:22, 31:25, 33:6, 34:5, 34:9, 36:3
COURT [46] - 1:1, 4:14, 7:4, 7:7, 8:23, 9:10, 9:14, 9:22, 10:2, 10:24, 11:11, 12:14, 13:21, 15:17, 15:22, 16:10, 16:15, 17:2, 18:23, 19:13, 20:5, 21:13, 24:15, 25:11, 26:16, 26:19, 27:25, 28:6, 28:8, 28:14, 28:20, 29:21, 30:3, 30:17, 30:20, 31:11, 32:2, 32:19, 32:22, 33:25, 34:17, 35:7, 35:23, 36:5, 36:12, 36:22
Court's [1] - 32:16
courts [1] - 33:10

**cover** [4] - 9:23, 20:17, 28:9

**coverage** [5] - 28:25, 29:8, 29:23, 29:24

**CRAFT** [1] - 1:23

**create** [1] - 11:1

**created** [1] - 9:18

**creates** [1] - 29:19

**CRR** [2] - 4:14, 37:23

**current** [1] - 11:7

## D

**D'AMICO** [7] - 1:17, 1:18, 15:12, 15:21, 16:9, 28:21, 32:6

**DALLAS** [1] - 2:24

**DANIEL** [3] - 2:12, 2:12, 4:7

**data** [1] - 12:8

**database** [4] - 9:18, 10:5, 10:19, 11:1

**databases** [1] - 11:23

**date** [7] - 12:1, 13:2, 13:3, 14:8, 33:17, 33:19

**dates** [2] - 17:6, 33:18

**David** [2] - 10:4, 11:18

**DAVID** [1] - 1:13

**days** [2] - 12:20, 13:1

**DC** [2] - 3:5, 3:9

**deal** [5] - 23:13, 23:19, 31:8, 32:24, 34:12

**dealing** [2] - 8:18, 16:19

**dealt** [1] - 31:7

**December** [2] - 9:1, 9:5

**decide** [1] - 21:8

**decided** [3] - 16:24, 17:3, 18:16

**decides** [1] - 25:11

**defeating** [1] - 26:14

**DEFENDANT** [1] - 5:16

**Defendant** [1] - 9:16

**defendant** [7] - 10:7, 15:16, 21:8, 27:6, 27:7, 28:25, 32:14

**defendant's** [1] - 20:23

**DEFENDANTS** [1] - 3:11

**defendants** [18] - 8:19, 15:13, 16:25, 17:14, 19:3, 21:7, 21:9, 21:11, 23:24, 24:7, 26:25, 27:1, 27:2, 27:10, 27:11,

29:9, 34:21

**defendants'** [2] - 26:23, 27:3

**DEFENDANTS'** [1] - 2:16

**defenses** [2] - 29:16, 29:18

**deference** [1] - 31:23

**deficiency** [1] - 11:3

**degree** [1] - 26:4

**delve** [1] - 37:1

**demand** [1] - 27:19

**denied** [1] - 29:8

**DENNIS** [1] - 2:9

**Dennis** [1] - 12:19

**denying** [1] - 28:25

**DEPARTMENT** [2] - 3:3, 3:7

**detail** [1] - 10:11

**DEUTSCH** [1] - 3:16

**difference** [3] - 23:24, 24:3, 24:10

**different** [14] - 15:5, 19:17, 19:19, 20:21, 22:6, 22:8, 29:9, 29:15, 29:16, 29:17, 30:1, 32:12

**differently** [1] - 28:10

**difficult** [2] - 11:15, 35:19

**DIGIGLIA** [1] - 3:23

**DINNELL** [1] - 3:8

**directs** [1] - 19:3

**disagree** [1] - 29:14

**disclosing** [1] - 22:17

**discuss** [9] - 8:4, 8:5, 10:11, 11:16, 16:21, 22:14, 22:15, 22:23, 34:18

**discussed** [5] - 12:11, 12:12, 16:21, 21:14, 25:25

**discussing** [4] - 10:10, 21:6, 21:11, 32:6

**discussion** [7] - 10:3, 12:22, 12:24, 13:19, 17:22, 22:19, 24:17

**discussions** [4] - 21:3, 21:12, 25:4, 27:9

**DISCUSSIONS**..........
.................................
. [1] - 5:23

**dismiss** [1] - 15:1

**DISMISSAL** [1] - 5:13

**Dismissal** [1] - 8:25

**dismissals** [1] - 12:2

**distinction** [1] - 23:23

**DISTRICT** [3] - 1:1,

1:1, 1:10

**district** [1] - 31:6

**District** [5] - 8:11, 8:13, 32:7, 33:8, 33:9, 37:13, 37:24

**DIVISION** [2] - 3:4, 3:7

**DOCKET** [1] - 1:5

**docket** [6] - 7:12, 8:22, 31:17, 32:16, 33:16, 34:7

**DOCKET**....................
........................... [1] - 5:4

**dollar** [3] - 25:22, 26:1, 29:11

**DOMINION** [1] - 1:24

**done** [7] - 11:6, 13:13, 13:22, 19:14, 20:12, 25:17, 31:25

**DONELSON** [1] - 3:11

**door** [1] - 35:25

**doors** [1] - 36:23

**down** [3] - 14:9, 19:8, 25:16

**downtown** [1] - 34:21

**drinks** [1] - 19:24

**DRIVE** [2] - 1:24, 4:8

**driven** [1] - 26:16

**due** [1] - 26:22

**DUPLASS** [1] - 2:17

## E

**e-mail** [4] - 31:3, 31:11, 32:3, 34:24

**EACH** [1] - 5:24

**easier** [1] - 30:7

**Eastern** [2] - 32:7, 37:13

**EASTERN** [1] - 1:1

**easy** [1] - 11:23

**economy** [1] - 32:15

**EDLA** [3] - 17:19, 17:25, 33:5

**efforts** [1] - 14:9

**either** [5] - 16:6, 21:19, 24:22, 25:21, 33:18

**eliminated** [1] - 7:20

**employed** [1] - 14:5

**encompass** [1] - 21:20

**end** [5] - 11:3, 12:10, 14:14, 17:16, 17:19

**ENERGY** [2] - 1:15, 4:4

**engage** [2] - 17:3, 18:17

**engaged** [1] - 17:22

**ENGELHARDT** [1] - 1:9

**Engelhardt's** [1] - 27:23

**enormous** [1] - 13:15

**enter** [3] - 10:23, 32:9

**entered** [6] - 9:5, 9:7, 11:2, 23:12, 24:15, 31:20

**Enterprises** [1] - 16:24

**ENTERPRISES** [1] - 2:22

**entire** [1] - 31:6

**entities** [1] - 30:22

**entitled** [1] - 37:16

**envision** [2] - 19:20, 32:13

**envisioned** [1] - 21:14

**envisions** [1] - 24:19

**equitable** [1] - 14:15

**erase** [1] - 28:20

**ERNEST** [1] - 3:23

**ESQUIRE** [22] - 1:14, 1:18, 1:21, 1:24, 2:3, 2:6, 2:9, 2:12, 2:13, 2:13, 2:18, 2:18, 2:23, 3:4, 3:8, 3:12, 3:12, 3:13, 3:16, 3:19, 3:23, 4:4

**established** [1] - 14:5

**etcetera** [1] - 29:17

**evil** [1] - 35:7

**exactly** [1] - 20:24

**excess** [1] - 35:1

**exercise** [2] - 11:14, 11:15

**expect** [4] - 14:25, 15:2, 17:24, 23:12

**expecting** [1] - 10:9

**expire** [1] - 9:11

**expired** [2] - 9:11, 9:13

**explains** [1] - 16:2

**explanation** [2] - 16:6, 16:7

**extent** [3] - 10:8, 29:10, 33:14

## F

**facilitate** [1] - 12:24

**fact** [3] - 25:1, 29:7, 30:20

**fair** [1] - 28:7

**familiar** [2] - 13:14, 33:23

**far** [3] - 15:6, 21:21, 22:16

**fault** [1] - 14:16

**favor** [1] - 25:18

**FBA** [2] - 35:25, 36:8

**feature** [1] - 25:24

**features** [1] - 26:1

**February** [2] - 18:7, 22:6

**federal** [1] - 27:13

**fee** [1] - 33:3

**FELIPE** [1] - 2:10

**felt** [1] - 34:25

**FEMA** [3] - 1:4, 5:16, 9:16

**few** [5] - 12:19, 13:17, 16:1, 34:1

**field** [1] - 11:21

**fields** [7] - 10:5, 10:23, 11:2, 11:20, 11:25, 12:23, 13:1

**FIFTH** [1] - 5:12

**Fifth** [2] - 8:18, 8:22

**figure** [1] - 21:24

**file** [2] - 31:9, 31:20

**filed** [10] - 8:10, 8:12, 12:9, 12:18, 15:8, 15:12, 16:12, 23:25, 32:20, 33:22

**filing** [2] - 13:3, 33:3

**filled** [1] - 18:13

**final** [3] - 8:20, 9:7, 30:5

**finally** [1] - 18:15

**fine** [4] - 21:23, 25:19, 28:10, 30:16

**FIRM** [1] - 1:20

**firm** [1] - 20:2

**first** [7] - 8:5, 8:15, 10:12, 16:18, 19:2, 23:10, 31:16

**five** [1] - 29:9

**flexibility** [2] - 24:16, 28:10

**flexible** [1] - 25:4

**FLUOR** [1] - 2:22

**focused** [1] - 33:4

**fold** [1] - 13:19

**folks** [1] - 12:16

**followed** [1] - 23:12

**following** [1] - 7:15

**FOR** [7] - 1:17, 2:22, 3:3, 3:10, 3:22, 4:3, 5:24

**foregoing** [1] - 37:14

**FOREST** [1] - 3:22

**form** [1] - 11:5

**FORMALDEHYDE** [1] - 1:4

**forth** [1] - 31:24

**forward** [4] - 8:16,

23:1, 24:5, 29:5
**FOUR** [1] - 1:24
**four** [4] - 7:15, 12:9, 15:13, 25:14
**fourth** [1] - 7:23
**framework** [2] - 15:9, 15:10
**Frank** [1] - 12:18
**FRANK** [2] - 1:17, 1:18
**FRANKLIN** [1] - 3:5
**frankly** [1] - 22:13
**Friday** [1] - 36:11
**FRILOT** [1] - 4:3
**frustrating** [1] - 26:4
**FTCA** [3] - 5:13, 8:25
**full** [1] - 20:18
**fully** [1] - 10:19
**future** [2] - 11:14, 13:19

## G

**GAINSBURGH** [1] - 1:13
**Gee** [1] - 15:24
**gee** [1] - 29:23
**general** [3] - 14:3, 14:25, 25:14
**generally** [1] - 37:3
**GERARDO** [1] - 3:12
**GIANNA** [1] - 2:23
**GIEGER** [2] - 3:22, 3:23
**given** [1] - 15:14
**glamourous** [1] - 36:6
**GLASS** [3] - 2:18, 32:18, 36:11
**global** [5] - 10:13, 11:16, 13:8, 17:11, 22:20
**globally** [2] - 19:16, 22:7
**God** [1] - 25:18
**government** [2] - 15:10, 31:4, 31:15
**granted** [1] - 15:2
**gravity** [1] - 25:15
**great** [1] - 31:23
**grist** [1] - 29:21
**grossly** [2] - 26:24, 27:2
**Groundhog** [1] - 33:24
**group** [8] - 8:4, 9:24, 9:25, 13:17, 16:21, 18:20, 30:19, 32:15
**grouped** [2] - 30:17, 33:14
**grouping** [1] - 21:15

**groups** [1] - 25:21
**GUERRA** [2] - 1:23, 2:3
**guess** [3] - 10:25, 16:17, 18:23
**Gulf** [4] - 17:21, 19:23, 20:20, 22:17
**guys** [5] - 13:12, 22:7, 22:19, 23:13, 35:9

## H

**HAINKEL** [4] - 4:4, 12:7, 13:16, 16:13
**Hainkel** [1] - 12:7
**half** [1] - 13:11
**hamstring** [1] - 25:3
**hand** [2] - 18:7, 24:18
**handful** [1] - 13:16
**handle** [2] - 31:19, 32:3
**handled** [6] - 14:21, 19:16, 20:10, 24:6, 24:7
**handling** [1] - 13:20
**HARDWOOD** [1] - 2:24
**haste** [1] - 13:7
**heard** [2] - 33:24, 35:4
**HEARD** [1] - 1:9
**Heartland** [2] - 35:13, 35:14
**held** [1] - 25:2
**help** [1] - 36:15
**helpful** [1] - 20:24
**HENRY** [1] - 3:4
**Henry** [3] - 15:9, 30:8, 31:1
**Henry's** [1] - 11:22
**hereby** [1] - 37:14
**herself** [1] - 14:16
**higher** [2] - 30:21, 30:22
**highlight** [1] - 8:2
**HILLIARD** [2] - 2:3, 2:3
**himself** [1] - 14:16
**hold** [2] - 22:4, 24:11
**Honor** [5] - 16:17, 16:20, 29:4, 31:2, 33:24
**HONORABLE** [1] - 1:9
**hope** [1] - 34:12
**hopefully** [1] - 9:19
**hopes** [1] - 34:1
**host** [2] - 34:20, 35:15
**hotel** [1] - 34:25
**Hotel** [2] - 35:15, 35:21

**housed** [4] - 35:15, 35:21, 36:2, 36:3
**HOUSING** [1] - 5:15
**housing** [1] - 8:19
**Housing** [1] - 9:3
**HOUSTON** [2] - 1:22, 2:10
**HUBBARD** [2] - 3:19, 3:19
**hundred** [1] - 32:21
**Hy** [1] - 16:23
**Hy-Line** [1] - 16:23

## I

**idea** [4] - 19:17, 25:5, 25:6, 26:16
**III** [2] - 3:19, 4:4
**implicit** [1] - 20:9
**imposed** [1] - 23:22
**impossible** [1] - 11:15
**impractical** [1] - 20:7
**IN** [2] - 1:4, 5:13
**INC** [3] - 2:23, 3:22, 4:3
**inclination** [1] - 32:19
**inclined** [2] - 14:4, 14:19
**included** [1] - 10:21
**incorporate** [1] - 29:25
**independent** [2] - 23:1, 30:14
**India** [5] - 9:18, 11:19, 11:20
**individual** [2] - 22:25, 27:6
**individualized** [1] - 19:18
**individually** [2] - 25:21, 33:18
**Industries** [1] - 18:20
**information** [18] - 10:19, 11:8, 12:4, 12:22, 12:23, 12:25, 13:4, 13:6, 15:10, 15:15, 15:20, 17:2, 19:9, 21:23, 23:25, 24:23, 27:2, 27:11
**insignificant** [1] - 12:12
**instance** [3] - 17:21, 28:25, 32:14
**instances** [1] - 15:4
**instead** [1] - 22:20
**insurance** [1] - 29:6
**insure** [1] - 28:15
**INSURER** [1] - 3:15
**insurers** [2] - 26:24,

29:8
**insuring** [2] - 29:9, 29:10
**intend** [1] - 33:11
**intention** [1] - 12:17
**interrupt** [1] - 18:24
**Inventory** [1] - 8:8
**INVENTORY..............** ..... [1] - 5:10
**involved** [2] - 13:13, 14:25
**issue** [16] - 8:5, 12:8, 13:6, 15:5, 21:2, 21:19, 24:9, 26:23, 28:22, 32:6, 34:15, 34:17, 34:22, 36:12
**issued** [1] - 12:1
**issues** [5] - 13:18, 16:13, 24:8, 28:24, 36:25
**ITEMS** [1] - 5:2

## J

**JANUARY** [2] - 1:6, 7:2
**January** [3] - 18:7, 22:5, 23:17
**Jayco** [1] - 17:23
**Jerry** [2] - 20:16, 24:18
**Jim** [1] - 18:19
**JOHN** [1] - 4:4
**John** [3] - 12:7, 15:4, 16:10
**joint** [2] - 7:9, 21:16
**jointly** [2] - 24:19, 24:20
**JONES** [1] - 4:10
**JOSEPH** [1] - 2:18
**JR** [5] - 1:17, 1:18, 2:12, 2:23, 3:23
**judge** [9] - 12:7, 15:12, 20:20, 23:23, 26:3, 26:22, 30:5, 32:4, 34:14
**Judge** [14] - 10:25, 13:16, 16:9, 16:13, 18:19, 19:2, 20:24, 23:1, 26:13, 27:4, 27:23, 28:23, 29:14, 36:18
**JUDGE** [1] - 1:10
**judgment** [1] - 18:4
**judicial** [1] - 32:15
**July** [1] - 34:13
**jumping** [1] - 14:12
**juncture** [1] - 14:8
**jurisdiction** [2] -

17:19, 32:7
**jury** [2] - 17:23, 36:5
**JUSTICE** [2] - 3:3, 3:7
**JUSTIN** [1] - 1:14
**Justin** [6] - 7:10, 8:2, 16:16, 18:24, 20:16, 30:24
**Justin's** [1] - 35:7

## K

**KAREN** [1] - 3:13
**KERRIGAN** [1] - 3:16
**knowledge** [1] - 26:5
**knows** [1] - 28:13
**KURT** [1] - 1:9
**KURTZ** [5] - 3:12, 10:4, 10:25, 11:24, 32:4
**Kurtz** [1] - 10:4

## L

**LA** [13] - 1:16, 1:19, 2:7, 2:14, 2:20, 3:14, 3:17, 3:20, 3:25, 4:5, 4:8, 4:11, 4:16
**LABORDE** [1] - 3:22
**LAKEWAY** [1] - 2:19
**Lambert** [4] - 35:12, 35:17, 35:20, 35:21
**LAPEROUSE** [1] - 3:22
**largely** [1] - 20:19
**larger** [1] - 16:21
**last** [3] - 7:18, 16:1, 26:11
**late** [2] - 7:7, 14:8
**LAW** [4] - 1:17, 1:20, 2:12, 4:10
**lawyer** [1] - 20:17
**lawyers** [1] - 8:9
**least** [5] - 13:17, 18:15, 18:17, 20:1, 20:13
**leave** [2] - 17:1, 17:4
**Leche** [1] - 28:15
**LECHE** [3] - 3:16, 28:15, 29:14
**left** [1] - 14:21
**lengthy** [1] - 16:20
**less** [1] - 25:20
**letter** [1] - 8:21
**LIABILITY** [1] - 1:5
**liaison** [2] - 8:8, 31:4
**LIAISON** [3] - 1:13, 2:16, 3:15
**likely** [1] - 32:3

Line [1] - 16:23
lines [1] - 13:24
list [6] - 17:5, 17:8, 17:9, 17:13, 17:17, 18:13
listed [4] - 7:19, 7:24, 14:22, 31:16
literally [2] - 30:13, 36:3
litigation [1] - 23:25
Litigation [1] - 9:4
LITIGATION [2] - 1:5, 5:15
live [1] - 10:16
locale [1] - 35:2
LOCATION [1] - 6:3
location [2] - 34:19, 36:13
logistical [1] - 35:19
logistically [2] - 31:18, 35:18
logistics [1] - 36:13
look [7] - 14:2, 14:7, 14:24, 15:17, 16:4, 24:15, 35:23
Look [1] - 33:4
looked [2] - 13:16, 13:18
looking [1] - 20:25
LOUISIANA [2] - 1:1, 1:6
Louisiana [3] - 33:8, 37:12, 37:13
LOYOLA [1] - 2:7
LUGENBUHL [1] - 3:19
lunch [3] - 19:25, 20:2, 25:9

**M**

MAGAZINE [1] - 3:17
Maggio [1] - 35:13
mail [4] - 31:3, 31:11, 32:3, 34:24
major [2] - 9:19, 24:3
MANUFACTURED [1] - 5:15
manufactured [1] - 8:19
Manufactured [1] - 9:3
MANUFACTURER [1] - 5:16
manufacturer [12] - 14:1, 14:12, 14:20, 15:1, 15:25, 19:16, 20:6, 23:5, 30:10, 32:16, 34:11
Manufacturer [1] -

9:16
MANUFACTURER.....
..................................
..... 1 - 5:25
manufacturers [8] - 18:14, 21:15, 21:18, 21:22, 24:19, 25:16, 28:16, 30:11
marathon [2] - 36:17, 36:20
March [2] - 12:1, 32:9
mass [2] - 19:18, 20:22
Master [1] - 16:23
MASTER [2] - 4:7, 4:10
match [1] - 16:12
match" [1] - 16:12
matched [1] - 14:7
MATCHING [1] - 5:16
Matching [1] - 9:15
matching [8] - 13:18, 13:21, 14:5, 14:7, 14:9, 14:11, 14:14, 15:6
matter [3] - 8:21, 17:15, 37:17
matters [1] - 31:6
Matters [1] - 8:17
MATTERS [1] - 5:11
MATTHEW [1] - 2:13
MDL [1] - 1:5, 10:14, 13:9, 14:8, 17:16, 17:25, 31:8, 31:22, 33:6, 34:5, 34:9
mean [2] - 25:1, 27:24
MECHANICAL [1] - 4:17
mechanism [1] - 21:25
mediate [1] - 17:6
MEDIATION [2] - 5:20, 5:21
Mediation [1] - 16:19
mediation [26] - 16:24, 17:3, 17:9, 17:24, 18:12, 18:14, 18:21, 19:4, 19:10, 20:1, 21:14, 21:16, 23:10, 23:11, 23:17, 24:21, 25:7, 27:13, 27:14, 27:16, 27:23, 29:21, 34:12, 35:13, 36:10, 36:11
mediations [7] - 22:6, 22:8, 23:1, 23:4, 23:14, 28:19, 34:19
MEDIATIONS.............
.................... [1] - 6:3
mediator [1] - 35:20

MENGIS [1] - 4:7
mention [1] - 10:5
Mercedes [1] - 20:4
Mercedes-Benz [1] - 20:4
merely [1] - 19:9
merging [1] - 11:22
MERIT [1] - 4:15
Merit [1] - 37:11
meritful [1] - 16:6
METAIRIE [1] - 2:20
MEUNIER [1] - 1:13
MICHAEL [2] - 3:12, 3:23
mics [1] - 36:4
MIDDLEBERG [1] - 2:23
might [2] - 12:15, 22:10
MIKAL [1] - 1:24
Mikal [6] - 9:17, 9:23, 24:7, 24:12, 24:18, 25:6
mill [1] - 29:22
MILLER [3] - 3:4, 31:2, 31:17
minimal [1] - 36:8
minimized [1] - 14:10
mirror [1] - 15:7
mismatched [2] - 15:5, 15:9
Mississippi [5] - 8:11, 8:13, 9:1, 32:25, 33:9
MISSISSIPPI.............
.................................
1 - 5:14
modify [2] - 28:5, 36:16
Monaco [1] - 17:1
Monday [4] - 33:17, 33:18, 33:19, 33:22
month [3] - 12:10, 34:1, 34:3
months [2] - 13:11, 16:1
MORELAND [1] - 2:13
morning [2] - 25:14, 32:25
MORTON [1] - 2:17
most [1] - 36:6
motion [5] - 7:11, 14:3, 31:12, 31:15
MOTION [1] - 5:4
Motion [2] - 31:9, 31:20
motion-by-motion [1] - 14:3
MOTIONS [1] - 5:19

motions [6] - 7:19, 7:23, 8:1, 13:24, 14:25, 15:12
move [2] - 18:5, 32:17
moved [1] - 7:22
MR [79] - 8:7, 8:24, 9:13, 9:15, 9:21, 9:25, 10:4, 10:21, 10:25, 11:18, 11:24, 12:7, 13:16, 15:12, 15:21, 16:9, 16:13, 16:17, 18:19, 18:24, 19:1, 19:2, 20:3, 20:15, 20:24, 22:1, 22:3, 22:4, 22:11, 22:16, 22:22, 23:9, 23:16, 23:19, 23:22, 23:23, 25:9, 25:10, 26:1, 26:3, 26:14, 26:18, 26:22, 27:13, 28:2, 28:7, 28:12, 28:15, 28:21, 28:23, 29:14, 30:1, 30:4, 30:5, 30:8, 30:9, 30:16, 30:19, 31:2, 31:17, 32:4, 32:6, 32:18, 32:21, 33:23, 34:14, 34:18, 35:4, 35:5, 35:6, 35:8, 35:11, 36:4, 36:10, 36:11, 36:15, 36:18, 36:19, 36:20
multi [1] - 34:15
multi-plaintiff [1] - 34:15
MUNOZ [1] - 2:3

**N**

name [2] - 15:13, 26:11
named [2] - 35:5, 35:6
NATIONAL [1] - 4:3
National [1] - 12:7
need [20] - 8:3, 9:22, 10:2, 10:11, 12:6, 12:21, 12:25, 13:12, 16:3, 23:13, 24:24, 29:3, 30:25, 31:7, 34:9, 34:10, 35:10, 35:23, 37:1
needed [2] - 10:15, 12:23
needs [4] - 10:19, 12:16, 21:13, 25:25
negotiate [1] - 19:11, 21:17, 24:20, 28:5
negotiation [3] - 24:24, 25:2, 29:25

negotiations [3] - 21:3, 21:6, 26:25
NEGOTIATIONS [1] - 5:22
Nelson [4] - 35:12, 35:17, 35:20, 35:22
never [1] - 27:18
new [4] - 12:9, 15:5, 15:8, 16:17, 27:19, 29:12
NEW [11] - 1:6, 1:16, 1:19, 2:7, 3:14, 3:17, 3:20, 3:25, 4:5, 4:16, 5:18
newly [2] - 12:18, 16:12
newly-filed [2] - 12:18, 16:12
next [5] - 17:5, 18:5, 21:1, 30:8, 35:24
NO [2] - 1:5, 5:12
Non [1] - 9:4
NON [1] - 5:15
Non-Litigation [1] - 9:4
NON-LITIGATION [1] - 5:15
nonlitigation [1] - 9:8
normal [1] - 32:1
normally [1] - 8:3
nothing [2] - 21:11, 22:16
notice [1] - 31:19
November [1] - 9:7
number [3] - 12:12, 25:13, 28:15
Number [1] - 20:19
numbered [1] - 37:16

**O**

o'clock [1] - 36:24
obviously [3] - 9:24, 31:23, 32:7
occurred [1] - 23:15
occurs [1] - 32:12
OF [12] - 1:1, 1:9, 1:17, 2:12, 3:3, 3:7, 5:10, 5:13, 5:22, 6:3
offer [1] - 23:5
offered [1] - 20:2
Office [2] - 32:24, 33:1
office [3] - 19:23, 25:9, 35:2
OFFICE [1] - 2:12
officer [3] - 30:9, 30:11, 30:21
OFFICER [1] - 5:24
OFFICES [1] - 1:17

**offices** [2] - 34:21, 35:12
**Official** [2] - 37:12, 37:24
**OFFICIAL** [1] - 4:14
**ON** [1] - 5:11
**once** [4] - 14:8, 14:9, 22:10, 33:1
**one** [34] - 10:14, 11:20, 11:22, 12:5, 12:8, 13:25, 14:12, 14:20, 15:1, 15:19, 16:1, 16:7, 18:5, 20:13, 22:7, 23:4, 23:15, 24:13, 24:18, 24:25, 25:7, 28:25, 29:18, 29:20, 29:23, 30:5, 30:6, 31:16, 33:13, 33:19, 34:2, 34:18, 35:11
**ONE** [1] - 3:24
**ones** [1] - 19:2
**open** [5] - 17:13, 18:13, 22:19, 28:13, 36:23
**opening** [1] - 14:11
**opportunity** [3] - 25:20, 32:11, 34:14
**opposed** [2] - 30:21, 35:16
**option** [2] - 21:16, 32:12
**OR** [1] - 5:24
**order** [34] - 9:5, 9:7, 11:2, 11:17, 12:24, 13:2, 17:8, 18:21, 19:3, 19:5, 20:16, 21:2, 21:10, 22:5, 22:12, 23:2, 24:15, 25:1, 25:3, 25:4, 27:8, 27:25, 28:1, 28:9, 28:10, 30:9, 30:12, 31:3, 31:5, 32:10, 34:19, 34:24, 35:8
**ORDER** [1] - 7:4
**ORDER**...................... .................. [1] - 5:21
**ORDER**...................... .................. [1] - 6:1
**ordered** [1] - 11:14
**ordering** [1] - 24:25
**original** [2] - 17:18, 33:12
**originally** [1] - 25:5
**ORLEANS** [10] - 1:6, 1:16, 1:19, 2:7, 3:14, 3:17, 3:20, 3:25, 4:5, 4:16
**otherwise** [1] - 24:12

**ought** [1] - 22:13
**ourselves** [1] - 22:14
**overshoot** [1] - 29:24

**P**

**P.O** [1] - 3:5
**PAGE** [1] - 5:2
**page** [6] - 7:12, 7:18, 7:19, 7:21, 7:23, 28:8
**paid** [6] - 11:19, 26:7, 26:9, 26:15, 32:23, 32:24
**Pandora's** [1] - 14:11
**parent** [2] - 15:14, 15:19
**part** [8] - 8:4, 11:13, 11:14, 12:22, 13:8, 16:24, 24:16, 24:24
**partial** [1] - 17:11
**participate** [1] - 24:21
**participated** [1] - 18:14
**participating** [1] - 28:18
**particular** [5] - 8:21, 24:18, 26:24, 27:25, 32:16
**particularly** [2] - 8:11, 13:1
**parties** [1] - 27:1
**past** [1] - 14:10
**pay** [5] - 11:20, 26:17, 26:19, 33:3
**PECK** [1] - 3:19
**PENDING** [1] - 7:15
**pending** [4] - 13:24, 14:22, 31:12, 31:16
**Pending** [2] - 7:13, 7:15
**PENOT** [1] - 2:23
**people** [9] - 14:12, 17:5, 19:8, 19:11, 20:6, 22:18, 26:7, 26:11, 34:25
**PEPPER** [1] - 4:14
**Pepper** [2] - 37:10, 37:23
**per** [3] - 19:16, 20:6, 32:14
**PERCY** [15] - 2:13, 18:19, 18:24, 19:2, 20:24, 22:3, 22:11, 22:22, 23:16, 23:22, 26:1, 26:18, 26:22, 30:5, 30:9
**Percy** [1] - 18:19
**perfectly** [1] - 33:4

**perhaps** [1] - 36:15
**period** [1] - 9:10
**periods** [1] - 29:17
**Perry** [1] - 35:20
**PERRY** [1] - 4:7
**person** [2] - 20:18, 26:17
**PFISTER** [1] - 2:17
**PFS** [1] - 12:25
**pick** [3] - 8:5, 17:21, 33:11
**place** [1] - 36:1
**Plaintiff** [1] - 9:15
**plaintiff** [8] - 8:9, 12:4, 13:25, 14:16, 17:14, 24:4, 24:5, 34:15
**PLAINTIFF** [1] - 5:16
**plaintiff's** [2] - 19:6, 19:14
**PLAINTIFFS** [1] - 1:17
**plaintiffs** [10] - 15:5, 15:21, 21:22, 25:13, 26:25, 32:14, 33:2, 33:13, 35:3, 35:21
**Plaintiffs'** [4] - 10:10, 10:12, 11:9, 11:24
**PLAINTIFFS'** [1] - 1:13
**plaintiffs'** [7] - 11:12, 21:4, 21:17, 21:24, 22:15, 24:17, 27:12
**Plan** [2] - 32:13, 33:10
**planning** [1] - 8:20
**plate** [1] - 18:16
**pleaded** [1] - 20:13
**plus** [1] - 12:9
**point** [8] - 11:16, 11:17, 15:4, 16:3, 22:11, 22:25, 32:4, 32:16
**policies** [1] - 29:16
**policy** [3] - 29:16, 29:17, 29:18
**position** [5] - 24:8, 28:17, 31:14, 32:2
**possibility** [1] - 10:13
**possibly** [1] - 31:21
**post** [1] - 13:7
**post-haste** [1] - 13:7
**POYDRAS** [5] - 1:15, 3:20, 3:24, 4:4, 4:15
**preemption** [1] - 8:18
**preference** [2] - 20:21, 20:23
**preferences** [1] - 21:21
**present** [3] - 9:24, 11:5, 36:23
**presented** [2] - 19:21, 33:15

**preserve** [1] - 21:25
**presumably** [1] - 20:10
**pretend** [1] - 27:18
**pretty** [3] - 11:23, 11:25, 16:20
**prevent** [1] - 27:4
**primarily** [1] - 13:1
**privilege** [1] - 27:22
**problem** [8] - 9:20, 21:5, 22:1, 22:3, 22:8, 23:2, 30:15, 35:8
**problematic** [1] - 19:12
**problems** [1] - 29:13
**procedure** [1] - 13:14
**proceedings** [1] - 37:16
**PROCEEDINGS** [3] - 1:9, 4:17, 7:1
**process** [12] - 11:3, 13:8, 13:10, 13:12, 14:5, 16:24, 17:3, 17:24, 18:17, 26:4, 34:12, 36:15
**PRODUCED** [1] - 4:18
**product** [1] - 25:24
**PRODUCTS** [1] - 1:4
**products** [1] - 26:1
**Professional** [1] - 37:11
**prohibit** [2] - 21:10, 21:11
**prohibition** [2] - 27:8
**promising** [1] - 15:22
**proposed** [1] - 9:8
**proprietary** [3] - 23:25, 24:9, 24:22
**provide** [2] - 10:8, 11:4
**provided** [3] - 12:23, 15:20, 17:6
**PSC** [3] - 19:7, 20:17, 34:24
**PTO** [8] - 10:6, 10:21, 11:1, 11:7, 11:8, 11:25, 12:4
**public** [1] - 26:5
**purpose** [1] - 11:4
**purposes** [6] - 10:3, 10:14, 19:9, 20:11, 29:21, 32:15
**put** [3] - 25:3, 33:16, 34:23

**Q**

**QUAIL** [1] - 4:8

**questions** [2] - 11:9, 18:21
**quick** [1] - 19:2
**quickly** [1] - 32:17
**Quite** [1] - 22:12
**quotes** [1] - 16:12

**R**

**raise** [1] - 16:10
**raised** [1] - 12:16
**RALPH** [1] - 3:19
**RANKIN** [1] - 3:19
**RAUL** [1] - 2:6
**RE** [1] - 1:4
**reach** [1] - 17:10
**read** [2] - 9:6, 30:12
**reads** [1] - 9:6
**ready** [3] - 20:22, 22:24, 36:18
**really** [5] - 10:8, 12:22, 16:11, 29:10, 35:2
**Realtime** [2] - 37:10, 37:23
**REALTIME** [1] - 4:14
**rearview** [1] - 15:7
**reason** [6] - 9:23, 14:16, 14:17, 17:10, 20:5, 33:14
**reasons** [3] - 12:2, 26:6
**recently** [1] - 15:15
**recognizing** [1] - 28:11
**record** [4] - 23:18, 28:24, 36:16, 37:16
**RECORDED** [1] - 4:17
**reduced** [1] - 18:4
**reference** [2] - 10:6, 20:19
**referenced** [1] - 10:6
**reflected** [1] - 8:13
**regard** [3] - 7:25, 24:16, 34:4
**regards** [1] - 24:8
**Registered** [2] - 37:10, 37:11
**REICH** [2] - 2:9, 2:9
**relate** [1] - 31:7
**related** [1] - 12:8
**relates** [2] - 15:3, 31:2
**RELATES** [1] - 1:7
**relied** [1] - 15:20
**relief** [1] - 30:6
**remain** [1] - 17:13
**REMAND** [1] - 6:1
**remand** [21] - 16:25, 17:4, 17:5, 17:8, 17:9, 17:13, 17:17,

18:3, 18:13, 19:3, 31:3, 31:5, 31:20, 31:22, 31:24, 32:6, 32:18, 33:6, 34:10, 36:17

**REMAND**...................
.............................. [1] - 6:2
**remanded** [4] - 17:25, 31:15, 32:18, 33:1
**Remands** [2] - 16:19, 16:23
**REMANDS**...................
................. [1] - 5:20
**remember** [1] - 27:5
**rent** [1] - 36:7
**Report** [1] - 8:8
**report** [10] - 7:9, 7:13, 8:12, 8:14, 14:23, 16:18, 30:24, 36:22, 36:25, 37:3
**REPORT** [1] - 5:10
**reported** [1] - 8:9
**Reporter** [7] - 37:10, 37:11, 37:12, 37:23, 37:24
**REPORTER** [3] - 4:14, 4:14, 4:15
**REPORTER'S** [1] - 37:8
**representation** [1] - 19:7
**represents** [1] - 35:14
**require** [3] - 22:12, 22:13, 23:3
**requires** [1] - 30:9
**reservation** [2] - 29:11
**RESERVE** [1] - 2:14
**resolution** [3] - 10:13, 11:16, 13:8
**resolve** [2] - 17:15, 24:13
**resolved** [1] - 32:1
**respect** [6] - 23:14, 23:19, 23:20, 26:22, 28:3
**restart** [1] - 13:10
**rhyme** [1] - 33:15
**RIDDLE** [1] - 2:23
**rights** [2] - 29:11, 29:12
**RIVER** [1] - 3:22
**RMR** [2] - 4:14, 37:23
**road** [1] - 14:9
**ROBERT** [1] - 2:3
**room** [5] - 22:18, 24:13, 26:7, 36:3, 36:5
**ROOM** [1] - 4:15
**rooms** [2] - 34:25,

35:9
**ROUGE** [1] - 4:8
**rule** [2] - 14:3, 14:25
**ruled** [3] - 7:13, 7:19, 7:24
**run** [2] - 36:17, 36:20
**RUN** [1] - 4:8
**running** [1] - 7:7
**RV** [3] - 15:14, 17:1, 35:13

## S

**SAN** [2] - 1:25, 2:10
**satisfies** [1] - 10:21
**satisfy** [2] - 10:19, 12:6
**Saturday's** [1] - 36:10
**save** [1] - 22:19
**saw** [1] - 31:11
**schedule** [1] - 32:12
**scheduled** [1] - 22:22
**scheduling** [1] - 24:16
**seal** [1] - 23:25
**second** [1] - 22:4
**section** [5] - 7:17, 8:15, 8:24, 16:18, 16:20
**Section** [4] - 8:7, 9:3, 9:15, 16:19
**see** [6] - 14:24, 24:13, 25:12, 28:12, 32:2, 34:3
**seek** [2] - 14:19, 34:10
**seeking** [1] - 33:6
**seeks** [1] - 13:25
**self** [1] - 26:14
**self-defeating** [1] - 26:14
**selfish** [1] - 33:4
**sent** [1] - 31:4
**separate** [1] - 29:1
**separated** [1] - 32:23
**separately** [1] - 12:11
**set** [9] - 17:18, 31:24, 33:12, 33:16, 33:22, 34:1, 34:4, 34:13, 36:13
**setting** [4] - 18:1, 19:10, 34:11, 36:6
**settle** [9] - 17:6, 18:10, 18:12, 19:5, 29:20, 33:18, 34:2, 36:16
**settled** [2] - 32:9, 33:20
**settlement** [23] - 8:20, 9:6, 9:8, 12:22, 17:10, 17:11, 19:15, 19:17, 19:18, 19:21,

20:11, 20:14, 20:17, 21:3, 21:6, 21:9, 21:12, 22:20, 24:23, 25:23, 25:25, 26:2
**SETTLEMENT** [1] - 5:22
**settlements** [4] - 20:10, 20:21, 20:22, 26:5
**SEVENTH** [1] - 2:14
**Sever** [2] - 31:9, 31:20
**several** [4] - 14:22, 15:18, 20:16, 28:18
**share** [4] - 21:8, 24:1, 27:6, 27:11
**SHELL** [1] - 3:24
**SHELTON** [1] - 3:19
**SHORELINE** [1] - 2:4
**shortly** [1] - 36:24
**show** [2] - 14:6, 19:23
**side** [12] - 11:12, 12:17, 19:6, 19:12, 19:14, 23:6, 26:14, 26:23, 27:3, 27:12, 28:12, 29:22
**sides** [1] - 17:10
**sigh** [1] - 30:6
**similarly** [1] - 24:4
**simply** [1] - 14:6
**single** [2] - 12:5, 24:5
**sit** [2] - 15:25, 25:16
**sitting** [2] - 14:13, 19:8
**situated** [1] - 24:4
**situation** [5] - 21:4, 23:3, 28:24, 29:6, 35:11
**smaller** [1] - 25:21
**so-called** [1] - 24:9
**soft** [1] - 19:24
**solution** [1] - 22:4
**SOMEONE** [1] - 5:24
**someone** [1] - 30:10
**somewhat** [1] - 12:8
**somewhere** [1] - 19:10
**sorry** [2] - 9:5, 9:7
**sort** [2] - 25:9, 32:9
**sounded** [1] - 25:8
**Southern** [3] - 8:11, 8:13, 33:8
**space** [2] - 35:24, 36:6
**SPEAKER** [1] - 26:13
**SPECIAL** [2] - 4:7, 4:10
**Special** [1] - 16:23
**specifically** [1] - 15:3
**split** [2] - 34:25, 35:9
**spots** [2] - 17:16, 18:13

**spreadsheet** [2] - 11:7, 12:5
**SQUARE** [1] - 3:24
**ST** [1] - 3:13
**stands** [1] - 35:9
**start** [7] - 7:9, 7:11, 13:12, 14:8, 18:1, 27:19, 34:11
**started** [2] - 7:8, 23:11
**starting** [2] - 8:7, 15:9
**state** [1] - 23:17
**State** [1] - 37:12
**statement** [1] - 30:1
**States** [3] - 31:7, 37:13, 37:24
**STATES** [4] - 1:1, 1:10, 3:3, 3:3
**STATION** [1] - 3:5
**station** [1] - 14:21
**status** [3] - 9:18, 9:21, 37:5
**STATUS** [1] - 1:9
**statute** [2] - 27:13, 27:22
**stay** [1] - 36:19
**steering** [1] - 12:11
**Steering** [4] - 10:10, 10:12, 11:10, 11:24
**STENOGRAPHY** [1] - 4:17
**stepped** [1] - 18:16
**STILES** [1] - 3:16
**still** [2] - 10:16, 31:6
**Stream** [4] - 17:21, 19:23, 20:20, 22:17
**STREET** [8] - 1:15, 1:18, 2:14, 3:17, 3:20, 3:24, 4:4, 4:15
**street** [1] - 35:16
**stuff** [2] - 8:3, 32:1
**subject** [1] - 16:25
**Submission** [2] - 7:14, 7:15
**submitted** [2] - 7:16, 7:21
**submitting** [1] - 8:20
**subsequent** [1] - 23:14
**substantively** [1] - 25:24
**subverts** [1] - 14:4
**successfully** [1] - 20:12
**sudden** [1] - 29:8
**sue** [2] - 10:15, 15:1
**sued** [1] - 15:2
**suggest** [1] - 14:18
**suggested** [2] - 25:6, 35:12

**suggests** [1] - 24:12
**suit** [1] - 15:8
**SUITE** [9] - 1:15, 1:21, 1:25, 2:7, 2:10, 2:20, 3:13, 3:20, 3:24
**suits** [3] - 12:9, 12:18, 16:12
**SUITS**......................
.......................... [1] - 5:18
**summary** [1] - 17:23
**summer** [1] - 17:20
**Superdome** [3] - 20:3, 20:4, 25:10
**switching** [1] - 14:19

## T

**table** [2] - 19:12, 21:20
**tacit** [1] - 34:23
**tank** [1] - 32:13
**task** [2] - 8:17, 13:15
**TAX** [1] - 3:7
**ten** [1] - 22:6
**terms** [5] - 19:16, 22:17, 24:22, 25:23, 26:2
**THE** [51] - 1:9, 1:17, 1:20, 3:3, 3:10, 5:13, 5:22, 7:7, 8:23, 9:10, 9:14, 9:22, 10:2, 10:24, 11:11, 12:14, 13:21, 15:17, 15:22, 16:10, 16:15, 17:2, 18:23, 19:13, 20:5, 21:13, 24:15, 25:11, 26:16, 26:19, 27:25, 28:6, 28:8, 28:14, 28:20, 29:21, 30:3, 30:17, 30:20, 31:11, 32:2, 32:19, 32:22, 33:25, 34:17, 35:7, 35:23, 36:5, 36:12, 36:22
**theirselves** [1] - 22:15
**themselves** [1] - 21:11
**theoretically** [1] - 21:5
**thinking** [1] - 31:18
**third** [1] - 7:23
**THIS** [1] - 1:7
**Thor** [2] - 18:19, 24:1
**thousand** [1] - 12:9
**three** [3] - 20:15, 21:18, 32:21
**THREE** [2] - 1:25, 2:19
**THROUGH** [1] - 5:6
**throughout** [1] - 23:24
**THURSDAY** [2] - 1:6, 7:2

**Tim's** [1] - 35:1
**Timberland** [2] - 17:1, 17:2
**TM** [1] - 32:15
**TO** [4] - 1:7, 5:16, 5:19, 7:4
**today** [2] - 8:6, 25:17
**together** [5] - 20:17, 21:15, 25:12, 27:20, 30:18
**tomorrow** [1] - 28:4
**top** [1] - 7:21
**topic** [1] - 13:23
**tort** [1] - 19:18
**TORTS** [1] - 3:4
**toward** [1] - 17:16
**Track** [1] - 9:4
**track** [1] - 9:9
**TRACK"............** [1] - 5:15
**TRAILER** [1] - 1:4
**trailer** [1] - 10:16
**train** [1] - 14:21
**TRANSCRIPT** [2] - 1:9, 4:17
**transcript** [1] - 37:15
**transferred** [2] - 7:16, 8:14
**TRAVIS** [1] - 1:21
**trial** [9] - 17:19, 17:23, 18:1, 33:13, 33:17, 33:18, 33:19, 33:22, 36:1
**Trial** [2] - 32:13, 33:10
**tried** [2] - 18:4, 23:7
**true** [1] - 37:14
**truly** [1] - 14:15
**trust** [1] - 26:11
**try** [9] - 16:14, 18:2, 18:9, 32:20, 33:5, 33:12, 33:19, 34:2, 34:8
**trying** [1] - 34:7
**twice** [1] - 19:15
**twin** [1] - 35:7
**two** [8] - 7:18, 13:11, 17:10, 18:15, 20:12, 20:19, 21:17
**TX** [5] - 1:22, 1:25, 2:4, 2:10, 2:24
**type** [3] - 11:17, 11:21, 17:11
**typically** [1] - 7:9

### U

**umpteen** [1] - 22:6
**under** [8] - 7:15, 8:16, 8:17, 9:3, 16:23,

22:8, 23:25, 27:22
**undisputed** [1] - 29:24
**unfair** [1] - 26:24, 27:2
**UNIDENTIFIED** [1] - 26:13
**UNITED** [4] - 1:1, 1:10, 3:3, 3:3
**United** [3] - 31:7, 37:13, 37:24
**universal** [1] - 21:24
**unless** [2] - 14:15, 27:15
**unproductive** [1] - 25:8
**unsuccessfully** [2] - 17:24, 18:15
**up** [22] - 8:5, 13:23, 14:6, 14:13, 17:23, 18:13, 18:16, 19:23, 22:6, 23:10, 24:16, 27:5, 27:18, 29:23, 30:21, 30:22, 31:3, 33:3, 33:10, 34:19, 34:22, 36:13
**update** [7] - 7:12, 8:3, 8:24, 9:4, 9:17, 10:2, 11:7
**updated** [1] - 12:3

### V

**various** [5] - 12:2, 13:24, 16:4, 21:12, 27:2
**venue** [2] - 17:19, 33:12
**venues** [2] - 32:23, 33:7
**viewed** [1] - 18:3
**violating** [1] - 28:17

### W

**waiting** [1] - 9:11
**waive** [3] - 23:11, 27:15, 27:21
**walk** [1] - 27:14
**walked** [1] - 27:16
**wants** [8] - 11:18, 16:20, 16:21, 20:21, 27:19, 31:8, 35:15
**WARSHAUER** [1] - 1:14
**WASHINGTON** [2] - 3:5, 3:9
**wasting** [1] - 24:12
**WATTS** [26] - 1:23, 1:24, 9:21, 9:25, 10:21, 11:18, 20:15,

22:1, 22:4, 22:16, 23:9, 23:19, 25:9, 27:13, 28:2, 28:7, 28:12, 30:1, 30:16, 30:19, 32:21, 33:23, 35:4, 36:4, 36:15, 36:19
**Watts** [1] - 9:17
**Watts'** [1] - 24:7
**weighty** [1] - 15:24
**Weinstock** [1] - 26:12
**WEINSTOCK** [14] - 2:17, 2:18, 20:3, 25:10, 26:3, 26:14, 30:8, 34:14, 34:18, 35:5, 35:8, 36:10, 36:18, 36:20
**Weinstock's** [1] - 19:23
**welcome** [1] - 34:14
**well-taken** [2] - 31:10
**Western** [1] - 33:8
**WHEATON** [1] - 3:19
**whereby** [1] - 13:24
**WHEREUPON** [1] - 37:4
**whichever** [1] - 34:11
**whisper** [1] - 22:9
**WHITFIELD** [1] - 3:13
**Whitney** [2] - 35:15, 35:21
**whole** [1] - 26:11
**wide** [1] - 28:13
**WILL** [1] - 2:13
**willing** [7] - 17:16, 26:19, 26:20, 27:10, 27:20, 27:21, 35:9
**wind** [2] - 29:23, 33:3
**wiped** [1] - 22:5
**wish** [1] - 18:8
**wonderful** [1] - 36:1
**WOODS** [9] - 1:14, 8:7, 8:24, 9:13, 9:15, 16:17, 19:1, 35:6, 35:11
**word** [3] - 16:12, 16:22, 26:12
**wording** [1] - 36:16
**words** [1] - 21:17
**workable** [1] - 34:20
**worth** [3] - 26:20, 26:21, 30:2
**worthy** [1] - 16:5

### Y

**years** [2] - 13:11
**yesterday** [4] - 23:12, 23:21, 27:16, 27:18

### Z

**zillion** [1] - 12:1
**ZWAIN** [1] - 2:17