```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
 5   LIABILITY LITIGATION
                             DOCKET MDL NO. 1873 "N"
 6                           NEW ORLEANS, LOUISIANA
                             THURSDAY, JANUARY 5, 2012, 9:00 A.M.
 7   THIS RELATES TO ALL CASES

 8   ****************************************************************

 9         TRANSCRIPT OF GENERAL STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
10                   UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12

13   PLAINTIFFS' LIAISON
     COUNSEL:               GAINSBURGH BENJAMIN DAVID MEUNIER AND
14                          WARSHAUER
                            BY:  JUSTIN I. WOODS, ESQUIRE
15                          2800 ENERGY CENTRE
                            1100 POYDRAS STREET, SUITE 2800
16                          NEW ORLEANS LA  70163

17
     FOR THE PLAINTIFFS:    LAW OFFICES OF FRANK J. D'AMICO, JR.
18                          BY:  FRANK J. D'AMICO, JR., ESQUIRE
                            622 BARONNE STREET
19                          NEW ORLEANS LA  70113

20
                            THE BUZBEE LAW FIRM
21                          BY:  ANTHONY G. BUZBEE, ESQUIRE
                            600 TRAVIS, SUITE 7300
22                          HOUSTON TX  77002

23
                            WATTS GUERRA CRAFT
24                          BY:  MIKAL C. WATTS, ESQUIRE
                            FOUR DOMINION DRIVE
25                          BUILDING THREE, SUITE 100
                            SAN ANTONIO TX 78257
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              HILLIARD MUNOZ GUERRA
                               BY:  ROBERT C. HILLIARD, ESQUIRE
 4                              719 S. SHORELINE BOULEVARD #500
                               CORPUS CHRISTI TX 78401
 5

 6                              BENCOMO & ASSOCIATES
                               BY:  RAUL R. BENCOMO, ESQUIRE
 7                              639 LOYOLA AVENUE, SUITE 2110
                               NEW ORLEANS LA  70113
 8

 9                              REICH & BINSTOCK
                               BY:  DENNIS C. REICH, ESQUIRE
10                              4265 SAN FELIPE, SUITE 1000
                               HOUSTON TX  77027
11

12                              LAW OFFICE OF DANIEL E. BECNEL, JR.
                               BY:  DANIEL E. BECNEL, ESQUIRE
13                                   WILL PERCY, ESQUIRE
                                     MATTHEW B. MORELAND, ESQUIRE
14                              106 SEVENTH STREET
                               RESERVE LA  70084
15

16
    DEFENDANTS' LIAISON
17  COUNSEL:                    DUPLASS ZWAIN BOURGEOIS MORTON
                               PFISTER & WEINSTOCK
18                              BY:  ANDREW D. WEINSTOCK, ESQUIRE
                                     JOSEPH G. GLASS, ESQUIRE
19                              THREE LAKEWAY CENTER
                               3838 N. CAUSEWAY BOULEVARD
20                              SUITE 2900
                               METAIRIE LA  70002
21

22
    FOR FLUOR ENTERPRISES,
23  INC.:                       MIDDLEBERG RIDDLE & GIANNA
                               BY:  CHARLES R. PENOT, JR., ESQUIRE
24                              717 N. HARDWOOD
                               DALLAS TX  75201
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE UNITED STATES
     OF AMERICA:                 UNITED STATES DEPARTMENT OF JUSTICE
 4                               CIVIL DIVISION -- TORTS BRANCH
                                 BY:  HENRY T. MILLER, ESQUIRE
 5                               P.O. BOX 340, BEN FRANKLIN STATION
                                 WASHINGTON DC  20004
 6

 7                               U. S. DEPARTMENT OF JUSTICE
                                 TAX DIVISION
 8                               BY:  ADAM M. DINNELL, ESQUIRE
                                 P. O. BOX 14198
 9                               WASHINGTON DC  20044

10
     FOR THE CONTRACTOR
11   DEFENDANTS:                 BAKER DONELSON BEARMAN
                                 CALDWELL & BERKOWITZ
12                               BY:  MICHAEL D. KURTZ, ESQUIRE
                                      GERARDO R. BARRIOS, ESQUIRE
13                                    KAREN K. WHITFIELD, ESQUIRE
                                 201 ST. CHARLES AVENUE, SUITE 3600
14                               NEW ORLEANS LA  70170

15
     INSURER LIAISON
16   COUNSEL:                    DEUTSCH KERRIGAN & STILES
                                 BY:  CHARLES E. LECHE, ESQUIRE
17                               755 MAGAZINE STREET
                                 NEW ORLEANS LA  70130
18

19                               LUGENBUHL WHEATON PECK RANKIN & HUBBARD
                                 BY:  RALPH SHELTON HUBBARD, III, ESQUIRE
20                               601 POYDRAS STREET, SUITE 2775
                                 NEW ORLEANS LA  70130
21

22   FOR FOREST RIVER,
     INC:                        GIEGER LABORDE & LAPEROUSE
23                               BY:  ERNEST P. GIEGER, JR.
                                      J. MICHAEL DIGIGLIA, ESQUIRE
24                               ONE SHELL SQUARE
                                 701 POYDRAS STREET, SUITE 4800
25                               NEW ORLEANS LA  70139
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BECHTEL NATIONAL,
     INC.:                  FRILOT
 4                          BY:  JOHN J. HAINKEL, III, ESQUIRE
                            3600 ENERGY CENTRE, 1100 POYDRAS STREET
 5                          NEW ORLEANS LA  70163

 6

 7   FOR GULF STREAM COACH,
     INC.:                  SCANDURRO & LAYRISSON
 8                          BY:  TIMOTHY D. SCANDURRO, ESQUIRE
                            607 ST. CHARLES AVENUE
 9                          NEW ORLEANS LA  70130

10

11   SPECIAL MASTER:        DANIEL JOSEPH BALHOFF
                            PERRY ATKINSON BALHOFF MENGIS & BURNS
12                          2141 QUAIL RUN DRIVE
                            BATON ROUGE LA  70808
13

14   SPECIAL MASTER:        AMANDA JONES BALLAY
                            ATTORNEY AT LAW
15                          P. O. BOX 104
                            BELLE CHASSE LA  70037
16

17   ALSO PRESENT:          [PLEASE SEE SIGN-IN SHEETS IN THE RECORD]

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
21                               NEW ORLEANS LA  70130
                                 (504) 589-7779
22
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
23   PRODUCED BY COMPUTER.

24

25
```

1                          **I N D E X**

2

3   AGENDA ITEMS                                      PAGE

4

5   CLAIMS AND CASE INVENTORY..............................  8

6   PLAINTIFF FACT SHEETS..................................  9

7   ISSUES CONCERNING THE SUBMISSION THAT WAS RECEIVED IN   10

8   COMPILING THAT PTO 88.................................

9   INDIA DATA ENTRY PROJECT..............................  10

10  MISSING PLAINTIFF FACT SHEETS.........................  10

11  MOTION PRACTICE.......................................  13

12  MATTERS ON APPEAL.....................................  13

13  MOTIONS FOR LEAVE TO AMEND............................  13

14  MISSISSIPPI PLAINTIFFS' AND THE ALABAMA PLAINTIFFS'    14

15  APPEAL OF DISMISSAL OF ALL FTCA CLAIMS................

16  MANUFACTURED HOUSING NON-LITIGATION "TRACK"...........  15

17  MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA   15

18  CONTRACTOR............................................

19  BELLWETHER AND SUMMARY JURY TRIALS....................  16

20  CLAIMS AGAINST THE UNITED STATES......................  16

21  SETTLEMENT CLAIMS AGAINST FLEETWOOD ENTERPRISES.......  17

22  MEDIATION AND REMANDS.................................  17

23  REMANDS...............................................  17

24  R-VISION..............................................  21

25  SCHEDULING MEDIATIONS.................................  21

1    MEDIATION LOCATION....................................   22

2    JOHN PERRY AND DAN BALHOFF ACTING AS MEDIATORS.........   23

3    AMANDA BALLAY ACTING AS SPECIAL MASTER.................   23

4    THE NEXT CONFERENCE IS FRIDAY, FEBRUARY 3RD, A          23

5    9 O'CLOCK MEETING IN THIS ROOM WITH LIAISON COUNSEL

6    AND THE COMMITTEES, TO BE FOLLOWED AT 10 O'CLOCK WITH

7    A GENERAL STATUS CONFERENCE THAT WILL BE OPEN..........

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, JANUARY 5, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

10:20AM    THE COURT:  Good morning, if you all could be seated,
10:20AM  please.  We have a lot of ground to cover today.
10:20AM         I want to welcome you all to the general status
10:20AM  conference in the *In re:  FEMA Trailer Formaldehyde Product*,
10:21AM  MDL No. 1873.
10:21AM         A joint report has been drafted.  There have been
10:21AM  updates to it since it has been drafted, but for our purposes of
10:21AM  discussion this morning, we will go through it.  Then a final
10:21AM  amended version of it that is correct in all respects will be
10:21AM  filed into the record either later today or tomorrow so you'll
10:21AM  have a copy of it in the record to view if you want to follow up
10:21AM  on what we've covered today.
10:21AM         We do have a lot of ground to cover.
10:21AM         Mr. Woods, would you like to go ahead and begin.
10:21AM  Then I'll let Mr. Weinstock, at any point in time, as well as
10:21AM  Mr. Miller or Mr. Dinnell on behalf of the government, and
10:21AM  Mr. Kurtz also, please join in on any particular topic
10:21AM  that Mr. Woods covers.
10:21AM         Insofar as questions are concerned, as always, if

10:21AM  1  you have questions about the topic that's being presented, you

10:22AM  2  may go ahead and raise those as we go through the report.  I will

10:22AM  3  hold the floor open after we go through the report.  If there are

10:22AM  4  any additional subjects that need to be addressed that haven't

10:22AM  5  been discussed, that would be the time to go ahead and raise any

10:22AM  6  new issues or issues that have haven't quite yet been covered,

10:22AM  7  you can go ahead and do it at the end.

10:22AM  8          Mr. Woods, go ahead and begin.

10:22AM  9      MR. WOODS:  Thank you.  Good morning, Your Honor.

10:22AM 10  Justin Woods, co-liaison counsel for the Plaintiffs' Steering

10:22AM 11  Committee.

10:22AM 12          Joint Report No. 28, which is in draft form, starts

10:22AM 13  with Section 1, which reports on the claims and case inventory.

10:22AM 14          Currently there are 4,693 cases that are associated

10:22AM 15  with this MDL.  4,103 cases are currently pending.  To add to

10:22AM 16  that report of currently pending cases, it has been reported to

10:22AM 17  Jerry Meunier and myself and co-liaison counsel, there were an

10:23AM 18  additional 4,300 claims filed in the Southern District of

10:23AM 19  Mississippi within the month of December, so I wanted to make

10:23AM 20  sure that that addition was noted.

10:23AM 21      MR. WEINSTOCK:  I had learned of this earlier in the

10:23AM 22  week, but at that time the number was believed to be 2,800.  I

10:23AM 23  sent out e-mails encouraging all defendants to go on PACER, find

10:23AM 24  those cases and go ahead and file a motion to transfer, but I

10:23AM 25  guess I would ask if you all can send courtesy copies to us of

10:23AM 1   those petitions, I'll forward them around.

10:23AM 2          THE COURT:  Let me say also about those newly-filed

10:23AM 3   claims, even if they have not yet been transferred here, my

10:23AM 4   understanding is that all counsel who have filed those on behalf

10:23AM 5   of their clients have already been involved in this MDL and have

10:23AM 6   been for quite some time.  In fact, some of them are on the

10:23AM 7   committee.

10:23AM 8          We are going to order that, within the next

10:24AM 9   30 days, the 23 fields of information from the plaintiff fact

10:24AM 10  sheets be gathered and supplied to liaison counsel and

10:24AM 11  to Mr. Watts so that data can be entered and shared with

10:24AM 12  defendants as soon as possible.

10:24AM 13         Please do not assume that:  Well, gee, I filed the

10:24AM 14  action, and I know we have these mediations coming up, so why

10:24AM 15  should I go through that trouble if I'm ultimately going to be

10:24AM 16  part, hopefully, of a global settlement.  You're not part of the

10:24AM 17  global settlement discussions until you provide the 23 fields of

10:24AM 18  information.  Your claim really can't be valid and cannot be part

10:24AM 19  of that discussion unless that information is provided.  So it's

10:24AM 20  like the horse before the cart.

10:24AM 21         Mr. Watts.

10:24AM 22     MR. WATTS:  Judge, just for ease, so that we don't have

10:24AM 23  to go through a second process of getting it all typed in, the

10:24AM 24  order, I believe, is going to say it needs to be filed in the

10:24AM 25  format that was previously required in the matching order in

10:25AM 1    PTO 88 as opposed to just a PDF of a handwritten fact sheet that

10:25AM 2    somebody has to send off to India to get entered.

10:25AM 3         THE COURT:  Correct.

10:25AM 4         MR. WOODS:  Your Honor, I just ask Mr. Watts to still

10:25AM 5    continue to report, since we're at that section, there are some

10:25AM 6    plaintiffs' lawyers that may be present that there are some

10:25AM 7    issues concerning the submission that he's received in compiling

10:25AM 8    that PTO 88.

10:25AM 9         THE COURT:  Yes, let's go ahead and cover that.

10:25AM 10        MR. WATTS:  Your Honor, in terms of status, the India

10:25AM 11   data entry project is complete with respect to all the data that

10:25AM 12   we've given them.

10:25AM 13            There are a total, by my count, of 70,041 actual

10:25AM 14   claimants.  This obviously excludes the 4,200 that just got

10:25AM 15   filed.

10:25AM 16            With respect to that, we have put forth to India

10:25AM 17   and received back approximately 65,931 claimants that are in the

10:26AM 18   so-called *database* that's been exchanged with defense liaison

10:26AM 19   counsel.

10:26AM 20            With respect to the numbers for which we have

10:26AM 21   actual plaintiff fact sheets is 66,182.  We have a section that

10:26AM 22   is entitled *Missing Plaintiff Fact Sheets*, but really that is

10:26AM 23   just data that is corrupt.  It's incomplete.  It doesn't meet the

10:26AM 24   prior order.  Therefore, we're not able to send it off and have

10:26AM 25   it integrated into the database with respect to 3,872 claimants.

10:26AM 1          The following law firms have the following numbers

10:26AM 2    that fit this category.  I do this not to tattle but to, more

10:26AM 3    importantly, just beg these people to contact David Watts at

10:26AM 4    Watts Guerra Craft, (210) 447-0500.  Each of these people have

10:26AM 5    been sent a letter, an e-mail, "We need this data," this kind of

10:26AM 6    stuff.

10:26AM 7          The Becnel Law Firm has 355 that are in that

10:26AM 8    category.  Bencomo & Associates has 36.  Bruno & Bruno have 9.

10:26AM 9    Douglas Schmidt has 43.  That's obviously before the Mississippi

10:27AM 10   lawsuits he just filed.

10:27AM 11         Frank D'Amico has 274.  Frank D'Amico and

10:27AM 12   Dennis Reich together have 20.  Frank D'Amico and Anthony Irpino

10:27AM 13   have 76.

10:27AM 14         The FTLA-Catherine Jacobs has 5.  The law firm of

10:27AM 15   Gill, Ladner & Priest has 46.  Hawkins, Stracener & Gibson have

10:27AM 16   60.  The Hurricane Legal Center has 1,811.  John Eaves has 3.

10:27AM 17   Lambert & Nelson, 1.  Michael Watson of Woodfill & Pressler has

10:27AM 18   285.  The Mobile FEMA Group-Jack Harang has 8.  Nexsen Pruet has

10:27AM 19   89.  Ronnie Penton has 239.  Sidney Torres has 271.  And Young &

10:27AM 20   Hussain have 153.

10:27AM 21         Those are numbers of claimants that those law firms

10:27AM 22   have submitted for which we do not have sufficient data to meet

10:27AM 23   the requirements of PTO 88.

10:27AM 24         So, again, David Watts of my law firm has been

10:28AM 25   sending out these e-mails.  It may be that these law firms have

10:28AM 1   all fully complied and they just can't find these plaintiffs or

10:28AM 2   this kind of thing.  But I would just cull that out, because

10:28AM 3   given the Court's past impression, that these are ripe for

10:28AM 4   dismissal if something doesn't happen pretty quick.

10:28AM 5       THE COURT:  We have endeavored to try to rule on as many

10:28AM 6   motions as possible to dismiss claims based upon inadequate

10:28AM 7   information provided.  All of you should be familiar with those

10:28AM 8   orders because we have been sending them out, several a week.

10:28AM 9       We would much prefer it if you would get the

10:28AM 10  information to the right people and get in it the proper format

10:28AM 11  so that your client's claim can be considered.

10:28AM 12      It's rather intensive to go through each and every

10:28AM 13  one of these motions to dismiss.  We do make distinctions, as

10:28AM 14  you've seen from the order, and reasons that we have issued.  We

10:29AM 15  try to make distinctions based on equitable considerations under

10:29AM 16  the proper rules and under the proper jurisprudence.

10:29AM 17      But if you haven't provided the information or you

10:29AM 18  can't find the client or the client has not kept in touch with

10:29AM 19  you and you've done everything you're supposed to do, then at

10:29AM 20  some point we have to go ahead and grant motions to dismiss these

10:29AM 21  claims.

10:29AM 22      So we're sort of at the crossroads here.  Your

10:29AM 23  clients need to understand, if you're on the plaintiff side, that

10:29AM 24  this is a critical exercise, and it's a predicate exercise.  It's

10:29AM 25  one that can't be overlooked and can't be indulged in beyond what

10:29AM 1    we've already done, which has been pretty considerable.

10:29AM 2         MR. WOODS:  Okay, Your Honor.  Moving on to Section 3,

10:29AM 3    *Motion Practice.*  In the committee-only conference, we discussed

10:29AM 4    that there are a number of motions that the Court has already

10:29AM 5    ruled upon.  We will admit to the Court a final version of

10:30AM 6    Joint Report No. 28 that will reflect this morning's discussion.

10:30AM 7         THE COURT:  Okay.

10:30AM 8         MR. WOODS:  The next section -- well, actually, still

10:30AM 9    under motions, under *Matters on Appeal*, there's Fifth Circuit

10:30AM 10   No. 09-30821, which dealt with the preemption appeal involving

10:30AM 11   the manufactured housing defendants.  Because the Court has

10:30AM 12   approved the final settlement of the manufactured housing

10:30AM 13   defendants with the plaintiffs on November 17th, we will submit

10:30AM 14   to the Clerk of Court for the Fifth Circuit asking that that

10:30AM 15   particular appeal be removed from the Fifth Circuit's court

10:30AM 16   docket.

10:30AM 17        THE COURT:  Okay.  Before we move off of the motions,

10:30AM 18   we're still in the subsection here, I pointed out to the

10:31AM 19   committees and I think it's worth saying here, too, motions for

10:31AM 20   leave to amend wherein plaintiff seeks to unmatch from a

10:31AM 21   manufacturer that has been named and then amend a claim against a

10:31AM 22   manufacturer that has not been named, those will be scrutinized

10:31AM 23   carefully.

10:31AM 24             I recognize that there are several reasons on how

10:31AM 25   and why that could occur.  They will be considered individually,

10:31AM 1   but without an explanation of some sort of circumstance that is

10:31AM 2   pretty compelling, the Court will not be inclined to simply allow

10:31AM 3   amendments based upon:  Well, I thought I was matched but now I

10:31AM 4   want to match with somebody else.

10:31AM 5           Again, those deadlines were set.  We followed an

10:31AM 6   exercise that I thought was very exhaustive.  I know a lot of

10:31AM 7   people put a lot of time in on it, starting with the government's

10:32AM 8   matching efforts, and I don't know how long ago it was, but it

10:32AM 9   was at least a couple years ago that we engaged in that exercise.

10:32AM 10  The third-party contractors had data.  All of that data has been

10:32AM 11  mined, a matching should have already occurred.

10:32AM 12          So a simple motion to amend because, "Gee, now I

10:32AM 13  think I got it right this time," is going to be scrutinized, and

10:32AM 14  unless there is a compelling reason through no fault of plaintiff

10:32AM 15  or plaintiff's counsel, those are not likely to be granted.

10:32AM 16  Again, we'll look at them on a case-by-case basis.

10:32AM 17          But if you're going to file a motion to amend,

10:32AM 18  don't just say:  Well, now I want to switch over to another

10:32AM 19  manufacturer because on second thought I think it's somebody

10:32AM 20  else.  You're going to have to give me a lot more than that.

10:32AM 21          Okay.

10:32AM 22          MR. WOODS:  Your Honor, just moving on under *Matters on*

10:32AM 23  *Appeal*, just to report that on Monday, December 5th of 2011, the

10:33AM 24  Fifth Circuit heard oral arguments on the Mississippi Plaintiffs'

10:33AM 25  and the Alabama Plaintiffs' Appeal of Dismissal of all FTCA

10:33AM 1   claims.  That is an update from the last time we were here.

10:33AM 2         THE COURT:  Okay.

10:33AM 3         MR. WOODS:  Moving on to Section 4 entitled *Manufactured*

10:33AM 4   *Housing Non-Litigation "Track."*  Again, the Court has approved on

10:33AM 5   November 17th and entered its Final Order, Judgment and Reasons,

10:33AM 6   on the proposed settlement filed by the class on the claims

10:33AM 7   against the manufactured housing defendants.  We are now taking

10:33AM 8   steps with the Special Master to begin the administrative process

10:33AM 9   of distribution of settlement funds.

10:33AM 10        Under Section 5, *Matching Plaintiff to Defendant*

10:33AM 11   *Manufacturer and FEMA Contractor*, I believe that we've discussed

10:33AM 12   in great detail, you have, Your Honor, where we are on the

10:34AM 13   matching process.  We do have the PTO 88 database that is a

10:34AM 14   current work in progress.  It's almost there but not quite.

10:34AM 15        We do -- we will endeavor to work with the

10:34AM 16   installation contractor defendants at this point to determine

10:34AM 17   whether or not there can be a correlation between the

10:34AM 18   installation contractor and the information that we have in that

10:34AM 19   PTO 88 database.  We'll work with Mr. Kurtz as the liaison

10:34AM 20   counsel to figure out what steps need to be taken and report back

10:34AM 21   to the Court on that progress.

10:34AM 22        THE COURT:  Okay.  Mr. Hainkel.

10:34AM 23        MR. HAINKEL:  Your Honor, to that end, Bechtel National

10:34AM 24   and CH2M Hill would request with respect to the 4,300 new suits

10:34AM 25   where the Court is going to enter an order with respect to

10:34AM 1  providing Pretrial Order 88 information, that it include a note
10:35AM 2  that part of that data include the installation contractor who
10:35AM 3  has been matched with each particular plaintiff so that we have
10:35AM 4  that available.
10:35AM 5          THE COURT:  It should.  I agree.
10:35AM 6          Did everybody hear that, what Mr. Hainkel just
10:35AM 7  said?  Okay.  It should.
10:35AM 8          Okay.
10:35AM 9          MR. WOODS:  Section 6 entitled *Bellwether and Summary*
10:35AM 10 *Jury Trials*.  Currently there is only one matter that is
10:35AM 11 currently scheduled for trial, and it's a summary jury trial
10:35AM 12 involving Jayco.  That is scheduled currently for January 23rd
10:35AM 13 and 24.
10:35AM 14         The previously scheduled trials involving claims
10:35AM 15 against Sun Valley, Coachman RV and KZRV have been taken off the
10:35AM 16 Court's trial docket pending finalization of settlement between
10:36AM 17 those entities and plaintiffs.
10:36AM 18         THE COURT:  Okay.
10:36AM 19         MR. WOODS:  And under Section 7 entitled *Claims Against*
10:36AM 20 *the United States*, again, only to report there that the -- on
10:36AM 21 Monday, December 5, 2011, the Fifth Circuit did hear oral
10:36AM 22 argument on the Mississippi and Alabama Plaintiffs' FTCA claims
10:36AM 23 dismissal.
10:36AM 24         Unless Mr. Miller has anything to add to that
10:36AM 25 section, we'll move on.

10:36AM  1          MR. MILLER:  No, Your Honor.

10:36AM  2          MR. WOODS:  Under Section 8 entitled *Settlement Claims*

10:36AM  3  *Against Fleetwood Enterprises*, again, that settlement has been

10:36AM  4  disbursed.  There have been some instances where the

10:36AM  5  court-appointed disbursing agent has had problems contacting

10:36AM  6  individuals.  We ask that all plaintiff lawyers present be

10:36AM  7  cognizant that they should have received from the court-appointed

10:37AM  8  disbursing agent information regarding whether or not they were

10:37AM  9  able to properly disburse to their client based upon inadequate

10:37AM 10  mailing information or other information.

10:37AM 11          So we ask that everyone be cognizant that they may

10:37AM 12  have plaintiffs -- or clients that may not have received their

10:37AM 13  settlement checks based upon faultily information.

10:37AM 14          THE COURT:  Okay.

10:37AM 15          MR. WOODS:  New to this joint report is Section 9

10:37AM 16  entitled *Mediation and Remands*.  There is a pretty aggressive

10:37AM 17  schedule that the Court has put in place for mediations to take

10:37AM 18  place with certain manufacturing defendants.  It's all listed

10:37AM 19  there in between Section A and -- well, there's two Section C's,

10:38AM 20  so we'll correct that on the joint report -- but that would be

10:38AM 21  through Section D.

10:38AM 22          What's important to note and to have edited for the

10:38AM 23  final joint report would be under the subheading of *Remands* that

10:38AM 24  we have received information that Hy-Line Enterprises, Inc., and

10:38AM 25  Timberland RV Company have now agreed to take part in the

10:38AM 1   mediation process, and so are not automatically subject to the

10:38AM 2   Court's remand order as indicated.

10:38AM 3         That would leave only one defendant at this time,

10:38AM 4   that being Monaco Coach Corporation.

10:38AM 5       THE COURT:  Okay.  Let me comment on that Section 9, and

10:38AM 6   this relates also to Section 6, which is titled *Bellwether*

10:39AM 7   *Trials*, although in this instance maybe these wouldn't actually

10:39AM 8   be bellwethers.

10:39AM 9         My choice with regard to remands, since Hy-Line and

10:39AM 10  Timberland have chosen to go into the mediation process, I will

10:39AM 11  reserve these spots on the remand list for manufacturers who

10:39AM 12  participate in the mediation process albeit unsuccessfully.

10:39AM 13        So we will visit again the status of any

10:39AM 14  negotiations and if it seems that we have reached an impasse that

10:39AM 15  can't be broken through the efforts of Mr. Perry and Mr. Balhoff,

10:39AM 16  I will go ahead and consider those manufacturers.  It could be

10:39AM 17  some that were not on my order, such as Hy-Line and Timberland.

10:39AM 18  It may be somebody who is listed as a party going to mediation up

10:39AM 19  front the first week.

10:40AM 20        If it's unsuccessful, there is only two things that

10:40AM 21  we can do for you, is to try to settle the claims or to try them.

10:40AM 22  So if they can't be settled, that's fine, we'll go ahead and try

10:40AM 23  them.

10:40AM 24        What I will do first with regard to the remand

10:40AM 25  issue, in addition to seeking remand of the claims that did not

10:40AM 1   originate in the Eastern District and going through the MDL court

10:40AM 2   to get those cases remanded, I will first set for trial on my

10:40AM 3   docket original jurisdiction and venue cases that lie in the

10:40AM 4   Eastern District of Louisiana.

10:40AM 5           In other words, a Section N case or an

10:40AM 6   Eastern District of Louisiana case involving a claim against a

10:40AM 7   manufacturer who has not successfully settled the case, either

10:40AM 8   globally or in part, that case will likely wind up on my Monday

10:40AM 9   trial docket, hopefully as early as perhaps July of this year.

10:41AM 10          So that's how I intend to handle those.  The reason

10:41AM 11  I'm picking Eastern District of Louisiana cases, there's actually

10:41AM 12  two:  Number one, I don't have to wait for the MDL court to enter

10:41AM 13  an order of remand of any of the claims; but secondly, it would

10:41AM 14  be a case that would be on my docket anyway.  So I get to try

10:41AM 15  that case and get it off of my docket, which would be my task

10:41AM 16  even were a remand order entered subsequently.

10:41AM 17          So that's my thinking on that.  If you are on a

10:41AM 18  mediation schedule, if you've already made arrangements to

10:41AM 19  mediate sometime in January or early February, please explain to

10:41AM 20  your clients, I'm talking to defense counsel and plaintiffs'

10:41AM 21  counsel, but particularly defense counsel at this point, you need

10:41AM 22  to explain to your clients that that is a critical event.

10:41AM 23          Look, if you can't settle it, that's fine.  That's

10:41AM 24  what we're here for.  If you can't settle it, I understand that.

10:41AM 25  Nobody is going to be angry or upset or anything like that.

10:41AM 1    The alternative is that the cases need to be tried,

10:41AM 2 and I intend to do that.  I intend to do it as soon as possible,

10:42AM 3 which in my mind or my docket would be in July to start trying

10:42AM 4 cases.  So you need to understand that that's the alternative,

10:42AM 5 and that's what we're going to do.

10:42AM 6    Everybody who's going in, plaintiffs and defendants

10:42AM 7 who are going into these mediation sessions, pursuant to my

10:42AM 8 order, better do it with some gravity of purpose, better do it

10:42AM 9 with the idea that they are going to reach a settlement instead

10:42AM 10 of posturing.  I'm not accusing anybody of doing that.  I just

10:42AM 11 know the potential is there.

10:42AM 12    You really need to take it seriously that you're

10:42AM 13 going to try to resolve the claims globally or in part such that

10:42AM 14 something can be accomplished at these mediations because I will

10:42AM 15 go ahead and pursue remand of cases to jurisdictions and venues,

10:42AM 16 including state courts, and I will also set original jurisdiction

10:43AM 17 and venue cases for trial on my docket post-haste.

10:43AM 18    I'll be looking for a result as soon as Mr. Perry

10:43AM 19 and/or Mr. Balhoff or counsel advise me that the mediation has

10:43AM 20 reached an impasse that cannot be resolved.  Between now and then

10:43AM 21 I will already have a list of cases that can easily be placed on

10:43AM 22 my trial docket, particularly if the case doesn't involve the

10:43AM 23 government or a third-party contractor, that case would be likely

10:43AM 24 to wind up on my trial docket very quickly, that case or group of

10:43AM 25 cases will wind up on my trial docket.

10:43AM  1          All right.  Anything else, Mr. Woods?

10:43AM  2          MR. WOODS:  Just one additional.  Just under *Remands*,

10:43AM  3  there was an additional defendant that was -- that has, since the

10:43AM  4  Court's order, has agreed to mediation, and that is R-Vision

10:43AM  5  through its insurer, Liberty Mutual.  I just wanted to make sure

10:44AM  6  that we pointed that out.

10:44AM  7          THE COURT:  Yes.  Where is Ryan Johnson?

10:44AM  8          MR. JOHNSON:  Here, Your Honor.

10:44AM  9          THE COURT:  I understand that you previously represented

10:44AM 10  Monaco and R-Vision and that they are not in existence.  Is that

10:44AM 11  a correct statement?

10:44AM 12          MR. JOHNSON:  Partially correct, Your Honor.  Jim Percy

10:44AM 13  and I represented R-Vision and Monaco both prior to their

10:44AM 14  bankruptcy.  They both are in a bankruptcy that is still pending.

10:44AM 15  Monaco continues to exist in that capacity, so does R-Vision.

10:44AM 16  R-Vision now has an insurance policy that's in place and has

10:44AM 17  counsel here.  Monaco does not.

10:44AM 18          THE COURT:  Monaco does not.

10:44AM 19          MR. JOHNSON:  Yes, sir.

10:44AM 20          THE COURT:  That was my next question.  My point of

10:44AM 21  raising it and seeking you out was to find out if Monaco had a

10:44AM 22  carrier.  Okay.  Thank you.

10:44AM 23          MR. WOODS:  Your Honor, just also to report that we have

10:44AM 24  been pretty successful with the defendants in scheduling these

10:44AM 25  mediations.  It's a pretty good schedule.  We have just a couple

10:45AM   1    that we're trying to nail down and finalize dates and locations.

10:45AM   2    We are endeavoring to try to keep as many of the mediations in

10:45AM   3    the CBD area or as close to the courthouse as possible.

10:45AM   4         THE COURT:  One of the reasons for that, at least in my

10:45AM   5    mind, is I intend to drop in on them from time to time depending

10:45AM   6    on what's going on to see how you are doing.  Hopefully my visits

10:45AM   7    won't be to straighten anything out or to get involved and roll

10:45AM   8    up my sleeves, but I do intend to keep a close eye, including

10:45AM   9    visiting personally to find out what all the contours are of the

10:45AM  10    discussions.

10:45AM  11         Mr. Weinstock, do you want to go ahead and add to

10:45AM  12    it?

10:45AM  13         MR. WEINSTOCK:  Yes.  There appears to be one or two

10:45AM  14    snags in terms of mediation location, and we discussed that in

10:45AM  15    committee this morning.  I believe, to paraphrase you, if the

10:45AM  16    parties can't come to an agreement, the Court can make

10:46AM  17    accommodations for that mediation to take place in the

10:46AM  18    courthouse.

10:46AM  19         THE COURT:  Yes.  There's lots of space here, including

10:46AM  20    space for different caucuses to meet, if we want to have separate

10:46AM  21    meeting rooms.  Obviously, for purposes of the mediator to go

10:46AM  22    back and forth, we can certainly accommodate you here in

10:46AM  23    courthouse.

10:46AM  24         Okay.

10:46AM  25         MR. WOODS:  Finally, Your Honor, just the only thing to

10:46AM 1   report is that we still have John Perry and Dan Balhoff acting as

10:46AM 2   mediators for the purposes of these mediations.

10:46AM 3             We also have Amanda Ballay that is acting as

10:46AM 4   Special Master with certain enumerated tasks in the MDL

10:46AM 5   litigation.

10:46AM 6             THE COURT:  Okay.  Ms. Ballay previously put together,

10:46AM 7   with the help of all of you all, I think, particularly on the

10:46AM 8   defendants' side, defense counsel side, a grid of where each of

10:47AM 9   the manufacturing defendants were and third-party contractors

10:47AM 10  with regard to an intent to mediate.  That's been very useful,

10:47AM 11  especially in the last couple of weeks.

10:47AM 12            We have other tasks for her, such as identifying

10:47AM 13  cases if a mediation is unsuccessful, as I just described,

10:47AM 14  identifying cases that would be appropriate for trial towards the

10:47AM 15  middle or end of the summer.  So she'll also be ferreting through

10:47AM 16  in an attempt to identify those cases.

10:47AM 17            All right.  Before I remind you of the next date,

10:47AM 18  does anybody have anything they would like to cover now that

10:47AM 19  either has been covered with Mr. Woods or Mr. Weinstock,

10:47AM 20  Mr. Miller or Mr. Kurtz or are there any new topics that you

10:47AM 21  would like to raise for discussion?  Anybody?  Now is the time.

10:47AM 22  The floor is open.

10:47AM 23            All right.  The next conference has previously been

10:48AM 24  scheduled and it is set for, if my calendar is correct, Friday,

10:48AM 25  February 3rd, I believe, and we'll follow the same schedule of a

10:48AM  1   9 o'clock meeting in this room with liaison counsel and the

10:48AM  2   committees, to be followed at 10 o'clock with a general status

10:48AM  3   conference that will be open, such as this.

10:48AM  4          We were a little delayed today, and I apologize for

10:48AM  5   that because we actually had a meeting at 8:30 involving yet a

10:48AM  6   smaller group relating to an ongoing mediation.  So we'll try to

10:48AM  7   be a little more prompt in terms of starting at 9:00 with the

10:48AM  8   committees and opening the doors to the courtroom at quarter to

10:48AM  9   10:00 and then starting promptly at 10:00 on February 3rd.

10:48AM 10          Okay.  Is there anything else?  Does anybody have

10:48AM 11   any urge to be heard at this point on any issue?

10:48AM 12          Okay.  Thank you all, again, for coming.  Thank you

10:49AM 13   for your hard work on this.

        14          (WHEREUPON, at 10:49 a.m., the proceedings were

        15   concluded.)

        16                        *    *    *

        17

        18

        19

        20

        21

        22

        23

        24

        25

1                    REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter for the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

16                              Cathy Pepper, CCR, RMR, CRR
                                Certified Realtime Reporter
17                              Official Court Reporter
                                United States District Court
18                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
19

20

21

22

23

24

25

## #

**#500** [1] - 2:4

## 0

**09-30821** [1] - 13:10

## 1

**1** [2] - 8:13, 11:17
**1,811** [1] - 11:16
**10** [5] - 5:7, 5:9, 5:10, 6:6, 24:2
**100** [1] - 1:25
**1000** [1] - 2:10
**104** [1] - 4:15
**106** [1] - 2:14
**10:00** [2] - 24:9
**10:49** [1] - 24:14
**1100** [2] - 1:15, 4:4
**13** [3] - 5:11, 5:12, 5:13
**14** [1] - 5:14
**14198** [1] - 3:8
**15** [2] - 5:16, 5:17
**153** [1] - 11:20
**16** [2] - 5:19, 5:20
**17** [3] - 5:21, 5:22, 5:23
**17th** [2] - 13:13, 15:5
**1873** [2] - 1:5, 7:11

## 2

**2,800** [1] - 8:22
**20** [1] - 11:12
**20004** [1] - 3:5
**20044** [1] - 3:9
**201** [1] - 3:13
**2011** [3] - 1:6, 14:23, 16:21
**2012** [1] - 7:2
**21** [2] - 5:24, 5:25
**210** [1] - 11:4
**2110** [1] - 2:7
**2141** [1] - 4:12
**22** [1] - 6:1
**23** [5] - 6:2, 6:3, 6:4, 9:9, 9:17
**239** [1] - 11:19
**23rd** [1] - 16:12
**24** [1] - 16:13
**271** [1] - 11:19
**274** [1] - 11:11
**2775** [1] - 3:20
**28** [2] - 8:12, 13:6

**2800** [2] - 1:15, 1:15
**285** [1] - 11:18
**2900** [1] - 2:20

## 3

**3** [2] - 11:16, 13:2
**3,872** [1] - 10:25
**30** [1] - 9:9
**340** [1] - 3:5
**355** [1] - 11:7
**36** [1] - 11:8
**3600** [2] - 3:13, 4:4
**3838** [1] - 2:19
**3RD** [1] - 6:4
**3rd** [2] - 23:25, 24:9

## 4

**4** [1] - 15:3
**4,103** [1] - 8:15
**4,200** [1] - 10:14
**4,300** [2] - 8:18, 15:24
**4,693** [1] - 8:14
**4265** [1] - 2:10
**43** [1] - 11:9
**447-0500** [1] - 11:4
**46** [1] - 11:15
**4800** [1] - 3:24

## 5

**5** [5] - 1:6, 7:2, 11:14, 15:10, 16:21
**500** [1] - 4:20
**504** [2] - 4:21, 25:18
**589-7779** [2] - 4:21, 25:18
**5th** [1] - 14:23

## 6

**6** [2] - 16:9, 18:6
**60** [1] - 11:16
**600** [1] - 1:21
**601** [1] - 3:20
**607** [1] - 4:8
**622** [1] - 1:18
**639** [1] - 2:7
**65,931** [1] - 10:17
**66,182** [1] - 10:21

## 7

**7** [1] - 16:19
**70,041** [1] - 10:13

**70002** [1] - 2:20
**70037** [1] - 4:15
**70084** [1] - 2:14
**701** [1] - 3:24
**70113** [2] - 1:19, 2:7
**70130** [4] - 3:17, 3:20, 4:9, 4:21
**70139** [1] - 3:25
**70163** [2] - 1:16, 4:5
**70170** [1] - 3:14
**70808** [1] - 4:12
**717** [1] - 2:24
**719** [1] - 2:4
**7300** [1] - 1:21
**75201** [1] - 2:24
**755** [1] - 3:17
**76** [1] - 11:13
**77002** [1] - 1:22
**77027** [1] - 2:10
**78257** [1] - 1:25
**78401** [1] - 2:4

## 8

**8** [3] - 5:5, 11:18, 17:2
**88** [6] - 10:1, 10:8, 11:23, 15:13, 15:19, 16:1
**88.............................. ..** [1] - 5:8
**89** [1] - 11:19
**8:30** [1] - 24:5

## 9

**9** [6] - 5:6, 6:5, 11:8, 17:15, 18:5, 24:1
**9:00** [1] - 1:6, 24:7

## A

**a.m** [1] - 24:14
**A.M** [1] - 1:6
**ability** [1] - 25:8
**able** [2] - 10:24, 17:9
**above-entitled** [1] - 25:9
**accommodate** [1] - 22:22
**accommodations** [1] - 22:17
**accomplished** [1] - 20:14
**accusing** [1] - 20:10
**ACTING** [2] - 6:2, 6:3
**acting** [2] - 23:1, 23:3
**action** [1] - 9:14

**actual** [2] - 10:13, 10:21
**ADAM** [1] - 3:8
**add** [3] - 8:15, 16:24, 22:11
**addition** [2] - 8:20, 18:25
**additional** [4] - 8:4, 8:18, 21:2, 21:3
**addressed** [1] - 8:4
**administrative** [1] - 15:8
**admit** [1] - 13:5
**advise** [1] - 20:19
**AGAINST** [2] - 5:20, 5:21
**AGENDA** [1] - 5:3
**agent** [2] - 17:5, 17:8
**aggressive** [1] - 17:16
**ago** [2] - 14:8, 14:9
**agree** [1] - 16:5
**agreed** [2] - 17:25, 21:4
**agreement** [1] - 22:16
**ahead** [12] - 7:20, 8:2, 8:5, 8:7, 8:8, 8:24, 10:9, 12:20, 18:16, 18:22, 20:15, 22:11
**ALABAMA** [1] - 5:14
**Alabama** [2] - 14:25, 16:22
**albeit** [1] - 18:12
**ALL** [2] - 1:7, 5:15
**allow** [1] - 14:2
**almost** [1] - 15:14
**ALSO** [1] - 4:17
**alternative** [2] - 20:1, 20:4
**Amanda** [1] - 23:3
**AMANDA** [2] - 4:14, 6:3
**amend** [4] - 13:20, 13:21, 14:12, 14:17
**AMEND.................... ......** [1] - 5:13
**amended** [1] - 7:15
**amendments** [1] - 14:3
**AMERICA** [1] - 3:3
**AND** [8] - 1:13, 5:5, 5:14, 5:17, 5:19, 5:22, 6:2, 6:6
**ANDREW** [1] - 2:18
**angry** [1] - 19:25
**ANTHONY** [1] - 1:21
**Anthony** [1] - 11:12
**ANTONIO** [1] - 1:25
**anyway** [1] - 19:14
**apologize** [1] - 24:4

**Appeal** [3] - 13:9, 14:23, 14:25
**APPEAL** [1] - 5:15
**appeal** [2] - 13:10, 13:15
**APPEAL.................... ................** [1] - 5:12
**APPEARANCES** [4] - 1:11, 2:1, 3:1, 4:1
**appointed** [2] - 17:5, 17:7
**appropriate** [1] - 23:14
**approved** [2] - 13:12, 15:4
**area** [1] - 22:3
**argument** [1] - 16:22
**arguments** [1] - 14:24
**arrangements** [1] - 19:18
**AS** [2] - 6:2, 6:3
**associated** [1] - 8:14
**ASSOCIATES** [1] - 2:6
**Associates** [1] - 11:8
**assume** [1] - 9:13
**AT** [2] - 4:14, 6:6
**ATKINSON** [1] - 4:11
**attempt** [1] - 23:16
**ATTORNEY** [1] - 4:14
**automatically** [1] - 18:1
**available** [1] - 16:4
**AVENUE** [3] - 2:7, 3:13, 4:8

## B

**B406** [1] - 4:20
**BAKER** [1] - 3:11
**Balhoff** [3] - 18:15, 20:19, 23:1
**BALHOFF** [3] - 4:11, 4:11, 6:2
**Ballay** [2] - 23:3, 23:6
**BALLAY** [2] - 4:14, 6:3
**bankruptcy** [2] - 21:14
**BARONNE** [1] - 1:18
**BARRIOS** [1] - 3:12
**based** [5] - 12:6, 12:15, 14:3, 17:9, 17:13
**basis** [1] - 14:16
**BATON** [1] - 4:12
**BE** [2] - 6:6, 6:7
**BEARMAN** [1] - 3:11
**BECHTEL** [1] - 4:3
**Bechtel** [1] - 15:23
**BECNEL** [2] - 2:12, 2:12

Becnel [1] - 11:7
BEFORE [1] - 1:9
beg [1] - 11:3
begin [3] - 7:20, 8:8, 15:8
behalf [2] - 7:22, 9:4
BELLE [1] - 4:15
Bellwether [2] - 16:9, 18:6
BELLWETHER [1] - 5:19
bellwethers [1] - 18:8
BEN [1] - 3:5
Bencomo [1] - 11:8
BENCOMO [2] - 2:6, 2:6
BENJAMIN [1] - 1:13
BERKOWITZ [1] - 3:11
best [1] - 25:8
better [2] - 20:8
between [4] - 15:17, 16:16, 17:19, 20:20
beyond [1] - 12:25
BINSTOCK [1] - 2:9
BOULEVARD [2] - 2:4, 2:19
BOURGEOIS [1] - 2:17
BOX [3] - 3:5, 3:8, 4:15
BRANCH [1] - 3:4
broken [1] - 18:15
Bruno [2] - 11:8
BUILDING [1] - 1:25
BURNS [1] - 4:11
BUZBEE [2] - 1:20, 1:21
BY [20] - 1:14, 1:18, 1:21, 1:24, 2:3, 2:6, 2:9, 2:12, 2:18, 2:23, 3:4, 3:8, 3:12, 3:16, 3:19, 3:23, 4:4, 4:8, 4:22, 4:23

**C**

C's [1] - 17:19
CALDWELL [1] - 3:11
calendar [1] - 23:24
CALLED [1] - 7:4
cannot [2] - 9:18, 20:20
capacity [1] - 21:15
carefully [1] - 13:23
carrier [1] - 21:22
cart [1] - 9:20
case [12] - 8:13, 14:16, 19:5, 19:6, 19:7,

19:8, 19:14, 19:15, 20:22, 20:23, 20:24
CASE [1] - 5:5
case-by-case [1] - 14:16
CASES [1] - 1:7
cases [16] - 8:14, 8:15, 8:16, 8:24, 19:2, 19:3, 19:11, 20:1, 20:4, 20:15, 20:17, 20:21, 20:25, 23:13, 23:14, 23:16
category [2] - 11:2, 11:8
Catherine [1] - 11:14
CATHY [1] - 4:19
Cathy [2] - 25:3, 25:16
Cathy_Pepper@laed .uscourts.gov [1] - 25:18
caucuses [1] - 22:20
CAUSEWAY [1] - 2:19
CBD [1] - 22:3
CCR [2] - 4:19, 25:16
Center [1] - 11:16
CENTER [1] - 2:19
CENTRE [2] - 1:15, 4:4
certain [2] - 17:18, 23:4
certainly [1] - 22:22
CERTIFICATE [1] - 25:1
CERTIFIED [2] - 4:19, 4:20
certified [1] - 25:16
Certified [2] - 25:3, 25:4
certify [1] - 25:7
CH2M [1] - 15:24
CHARLES [1] - 2:23, 3:13, 3:16, 4:8
CHASSE [1] - 4:15
checks [1] - 17:13
choice [1] - 18:9
chosen [1] - 18:10
CHRISTI [1] - 2:4
Circuit [3] - 8:19, 13:14, 14:24, 16:21
Circuit's [1] - 13:15
circumstance [1] - 14:1
CIVIL [1] - 3:4
claim [4] - 9:18, 12:11, 13:21, 19:6
claimants [4] - 10:14, 10:17, 10:25, 11:21
claims [13] - 8:13, 8:18, 9:3, 12:6, 12:21, 15:1, 15:6,

16:14, 16:22, 18:21, 18:25, 19:13, 20:13
CLAIMS [3] - 5:5, 5:20, 5:21
Claims [2] - 16:19, 17:2
CLAIMS................ [1] - 5:15
class [1] - 15:6
Clerk [1] - 13:14
client [3] - 12:18, 17:9
client's [1] - 12:11
clients [5] - 9:5, 12:23, 17:12, 19:20, 19:22
close [2] - 22:3, 22:8
co [2] - 8:10, 8:17
co-liaison [2] - 8:10, 8:17
Coach [1] - 18:4
COACH [1] - 4:7
Coachman [1] - 16:15
cognizant [2] - 17:7, 17:11
coming [2] - 9:14, 24:12
comment [1] - 18:5
Committee [1] - 8:11
committee [3] - 9:7, 13:3, 22:15
committee-only [1] - 13:3
COMMITTEES [1] - 6:6
committees [3] - 13:19, 24:2, 24:8
Company [1] - 17:25
compelling [2] - 14:2, 14:14
COMPILING [1] - 5:8
compiling [1] - 10:7
complete [1] - 10:11
complied [1] - 12:1
COMPUTER [1] - 4:23
concerned [1] - 7:25
concerning [1] - 10:7
CONCERNING [1] - 5:7
concluded [1] - 24:15
CONFERENCE [3] - 1:9, 6:4, 6:7
conference [4] - 7:10, 10:3, 23:23, 24:3
consider [1] - 18:16
considerable [1] - 13:1
considerations [1] - 12:15
considered [2] - 12:11, 13:25
contact [1] - 11:3

contacting [1] - 17:5
continue [1] - 10:5
CONTINUED [3] - 2:1, 3:1, 4:1
continues [1] - 21:15
contours [1] - 22:9
Contractor [1] - 15:11
CONTRACTOR [1] - 3:10
contractor [4] - 15:16, 15:18, 16:2, 20:23
CONTRACTOR......... .............................. ... [1] - 5:18
contractors [2] - 14:10, 23:9
copies [1] - 8:25
copy [1] - 7:17
Corporation [1] - 18:4
CORPUS [1] - 2:4
correct [7] - 7:15, 10:3, 17:20, 21:11, 21:12, 23:24, 25:7
correlation [1] - 15:17
corrupt [1] - 10:23
COUNSEL [4] - 1:13, 2:17, 3:16, 6:5
counsel [14] - 8:10, 8:17, 9:4, 9:10, 10:19, 14:15, 15:20, 19:20, 19:21, 20:19, 21:17, 23:8, 24:1
count [1] - 10:13
couple [3] - 14:9, 21:25, 23:11
Court [15] - 13:4, 13:5, 13:11, 13:14, 14:2, 15:4, 15:21, 15:25, 17:17, 22:16, 25:4, 25:5, 25:6, 25:17, 25:17
COURT [23] - 1:1, 4:19, 7:4, 7:7, 9:2, 10:3, 10:9, 12:5, 13:7, 13:17, 15:2, 15:22, 16:5, 16:18, 17:14, 18:5, 21:7, 21:9, 21:18, 21:20, 22:4, 22:19, 23:6
court [5] - 13:15, 17:5, 17:7, 19:1, 19:12
Court's [4] - 12:3, 16:16, 18:2, 21:4
court-appointed [2] - 17:5, 17:7
courtesy [1] - 8:25
courthouse [3] - 22:3, 22:18, 22:23
courtroom [1] - 24:8
courts [1] - 20:16

cover [4] - 7:8, 7:19, 10:9, 23:18
covered [3] - 7:18, 8:6, 23:19
covers [1] - 7:24
Craft [1] - 11:4
CRAFT [1] - 1:23
critical [2] - 12:24, 19:22
crossroads [1] - 12:22
CRR [2] - 4:19, 25:16
cull [1] - 12:2
current [1] - 15:14

**D**

D'AMICO [2] - 1:17, 1:18
D'Amico [3] - 11:11, 11:12
DALLAS [1] - 2:24
Dan [1] - 23:1
DAN [1] - 6:2
DANIEL [3] - 2:12, 2:12, 4:11
data [9] - 9:11, 10:11, 10:23, 11:5, 11:22, 14:10, 16:2
DATA [1] - 5:9
database [4] - 10:18, 10:25, 15:13, 15:19
date [1] - 23:17
dates [1] - 22:1
DAVID [1] - 1:13
David [2] - 11:3, 11:24
days [1] - 9:9
DC [2] - 3:5, 3:9
deadlines [1] - 14:5
dealt [1] - 13:10
December [3] - 8:19, 14:23, 16:21
DEFENDANT [1] - 5:17
Defendant [1] - 15:10
defendant [2] - 18:3, 21:3
DEFENDANTS [1] - 3:11
defendants [10] - 8:23, 9:12, 13:11, 13:13, 15:7, 15:16, 17:18, 20:6, 21:24, 23:9
DEFENDANTS' [1] - 2:16
defendants' [1] - 23:8
defense [4] - 10:18, 19:20, 19:21, 23:8
delayed [1] - 24:4

**Dennis** [1] - 11:12
**DENNIS** [1] - 2:9
**DEPARTMENT** [2] - 3:3, 3:7
**described** [1] - 23:13
**detail** [1] - 15:12
**determine** [1] - 15:16
**DEUTSCH** [1] - 3:16
**different** [1] - 22:20
**DIGIGLIA** [1] - 3:23
**DINNELL** [1] - 3:8
**Dinnell** [1] - 7:22
**disburse** [1] - 17:9
**disbursed** [1] - 17:4
**disbursing** [2] - 17:5, 17:8
**discussed** [4] - 8:5, 13:3, 15:11, 22:14
**discussion** [4] - 7:14, 9:19, 13:6, 23:21
**discussions** [2] - 9:17, 22:10
**dismiss** [3] - 12:6, 12:13, 12:20
**DISMISSAL** [1] - 5:15
**dismissal** [2] - 12:4, 16:23
**Dismissal** [1] - 14:25
**distinctions** [2] - 12:13, 12:15
**distribution** [1] - 15:9
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [8] - 8:18, 19:1, 19:4, 19:6, 19:11, 25:6, 25:17
**DIVISION** [2] - 3:4, 3:7
**docket** [2] - 13:16, 16:16, 19:3, 19:9, 19:14, 19:15, 20:3, 20:17, 20:22, 20:24, 20:25
**DOCKET** [1] - 1:5
**DOMINION** [1] - 1:24
**done** [2] - 12:19, 13:1
**DONELSON** [1] - 3:11
**doors** [1] - 24:8
**Douglas** [1] - 11:9
**down** [1] - 22:1
**draft** [1] - 8:12
**drafted** [2] - 7:12, 7:13
**DRIVE** [2] - 1:24, 4:12
**drop** [1] - 22:5
**DUPLASS** [1] - 2:17

**E**

**e-mail** [1] - 11:5
**e-mails** [2] - 8:23,
11:25
**early** [2] - 19:9, 19:19
**ease** [1] - 9:22
**easily** [1] - 20:21
**Eastern** [5] - 19:1, 19:4, 19:6, 19:11, 25:6
**EASTERN** [1] - 1:1
**Eaves** [1] - 11:16
**edited** [1] - 17:22
**efforts** [2] - 14:8, 18:15
**either** [3] - 7:16, 19:7, 23:19
**encouraging** [1] - 8:23
**end** [3] - 8:7, 15:23, 23:15
**endeavor** [1] - 15:15
**endeavored** [1] - 12:5
**endeavoring** [1] - 22:2
**ENERGY** [2] - 1:15, 4:4
**engaged** [1] - 14:9
**ENGELHARDT** [1] - 1:9
**enter** [2] - 15:25, 19:12
**entered** [4] - 9:11, 10:2, 15:5, 19:16
**ENTERPRISES** [1] - 2:22
**Enterprises** [2] - 17:3, 17:24
**ENTERPRISES.......** [1] - 5:21
**entities** [1] - 16:17
**entitled** [7] - 10:22, 15:3, 16:9, 16:19, 17:2, 17:16, 25:9
**ENTRY** [1] - 5:9
**entry** [1] - 10:11
**enumerated** [1] - 23:4
**equitable** [1] - 12:15
**ERNEST** [1] - 3:23
**especially** [1] - 23:11
**ESQUIRE** [23] - 1:14, 1:18, 1:21, 1:24, 2:3, 2:6, 2:9, 2:12, 2:13, 2:13, 2:18, 2:18, 2:23, 3:4, 3:8, 3:12, 3:12, 3:13, 3:16, 3:19, 3:23, 4:4, 4:8
**event** [1] - 19:22
**exchanged** [1] - 10:18
**excludes** [1] - 10:14
**exercise** [4] - 12:24, 14:6, 14:9
**exhaustive** [1] - 14:6
**exist** [1] - 21:15

**existence** [1] - 21:10
**explain** [2] - 19:19, 19:22
**explanation** [1] - 14:1
**eye** [1] - 22:8

**F**

**Fact** [1] - 10:22
**FACT** [2] - 5:6, 5:10
**fact** [4] - 9:6, 9:9, 10:1, 10:21
**familiar** [1] - 12:7
**fault** [1] - 14:14
**faultily** [1] - 17:13
**FEBRUARY** [1] - 6:4
**February** [3] - 19:19, 23:25, 24:9
**FELIPE** [1] - 2:10
**FEMA** [5] - 1:4, 5:17, 7:10, 11:18, 15:11
**ferreting** [1] - 23:15
**fields** [2] - 9:9, 9:17
**Fifth** [5] - 13:9, 13:14, 13:15, 14:24, 16:21
**figure** [1] - 15:20
**file** [2] - 8:24, 14:17
**filed** [9] - 7:16, 8:18, 9:2, 9:4, 9:13, 9:24, 10:15, 11:10, 15:6
**Final** [1] - 15:5
**final** [4] - 7:14, 13:5, 13:12, 17:23
**finalization** [1] - 16:16
**finalize** [1] - 22:1
**finally** [1] - 22:25
**fine** [2] - 18:22, 19:23
**FIRM** [1] - 1:20
**Firm** [1] - 11:7
**firm** [2] - 11:14, 11:24
**firms** [3] - 11:1, 11:21, 11:25
**first** [3] - 18:19, 18:24, 19:2
**fit** [1] - 11:2
**Fleetwood** [1] - 17:3
**FLEETWOOD** [1] - 5:21
**floor** [2] - 8:3, 23:22
**FLUOR** [1] - 1:22
**follow** [2] - 7:17, 23:25
**followed** [2] - 14:5, 24:2
**FOLLOWED** [1] - 6:6
**following** [2] - 11:1
**FOR** [8] - 1:17, 2:22, 3:3, 3:10, 3:22, 4:3, 4:7, 5:13
**foregoing** [1] - 25:7

**FOREST** [1] - 3:22
**form** [1] - 8:12
**FORMALDEHYDE** [1] - 1:4
**Formaldehyde** [1] - 7:10
**format** [2] - 9:25, 12:10
**forth** [2] - 10:16, 22:22
**forward** [1] - 9:1
**FOUR** [1] - 1:24
**Frank** [3] - 11:11, 11:12
**FRANK** [2] - 1:17, 1:18
**FRANKLIN** [1] - 3:5
**FRIDAY** [1] - 6:4
**Friday** [1] - 23:24
**FRILOT** [1] - 4:3
**front** [1] - 18:19
**FTCA** [5] - 5:15, 14:25, 16:22
**FTLA** [1] - 11:14
**FTLA-Catherine** [1] - 11:14
**fully** [1] - 12:1
**funds** [1] - 15:9

**G**

**GAINSBURGH** [1] - 1:13
**gathered** [1] - 9:10
**Gee** [1] - 14:12
**gee** [1] - 9:13
**general** [2] - 7:9, 24:2
**GENERAL** [2] - 1:9, 6:7
**GERARDO** [1] - 3:12
**GIANNA** [1] - 2:23
**Gibson** [1] - 11:15
**GIEGER** [3] - 3:22, 3:23
**Gill** [1] - 11:15
**given** [2] - 10:12, 12:3
**GLASS** [1] - 2:18
**global** [2] - 9:16, 9:17
**globally** [2] - 19:8, 20:13
**government** [2] - 7:22, 20:23
**government's** [1] - 14:7
**grant** [1] - 12:20
**granted** [1] - 14:15
**gravity** [1] - 20:8
**great** [1] - 15:12
**grid** [1] - 23:8
**ground** [2] - 7:8, 7:19
**Group** [1] - 11:18

**group** [2] - 20:24, 24:6
**Group-Jack** [1] - 11:18
**Guerra** [1] - 11:4
**GUERRA** [2] - 1:23, 2:3
**guess** [1] - 8:25
**GULF** [1] - 4:7

**H**

**Hainkel** [2] - 15:22, 16:6
**HAINKEL** [2] - 4:4, 15:23
**handle** [1] - 19:10
**handwritten** [1] - 10:1
**Harang** [1] - 11:18
**hard** [1] - 24:13
**HARDWOOD** [1] - 2:24
**haste** [1] - 20:17
**Hawkins** [1] - 11:15
**hear** [2] - 16:6, 16:21
**heard** [2] - 14:24, 24:11
**HEARD** [1] - 1:9
**help** [1] - 23:7
**HENRY** [1] - 3:4
**hereby** [1] - 25:7
**Hill** [1] - 15:24
**HILLIARD** [2] - 2:3, 2:3
**hold** [1] - 8:3
**Honor** [12] - 8:9, 10:4, 10:10, 13:2, 14:22, 15:12, 15:23, 17:1, 21:8, 21:12, 21:23, 22:25
**HONORABLE** [1] - 1:9
**hopefully** [3] - 9:16, 19:9, 22:6
**horse** [1] - 9:20
**housing** [3] - 13:11, 13:12, 15:7
**Housing** [1] - 15:4
**HOUSING** [1] - 5:16
**HOUSTON** [2] - 1:22, 2:10
**HUBBARD** [2] - 3:19, 3:19
**Hurricane** [1] - 11:16
**Hussain** [1] - 11:20
**Hy** [3] - 17:24, 18:9, 18:17
**Hy-Line** [3] - 17:24, 18:9, 18:17

## I

**idea** [1] - 20:9
**identify** [1] - 23:16
**identifying** [2] - 23:12, 23:14
**III** [2] - 3:19, 4:4
**impasse** [2] - 18:14, 20:20
**important** [1] - 17:22
**importantly** [1] - 11:3
**impression** [1] - 12:3
**IN** [5] - 1:4, 4:17, 5:7, 6:5
**inadequate** [2] - 12:6, 17:9
**INC** [4] - 2:23, 3:22, 4:3, 4:7
**Inc** [1] - 17:24
**inclined** [1] - 14:2
**include** [2] - 16:1, 16:2
**including** [3] - 20:16, 22:8, 22:19
**incomplete** [1] - 10:23
**India** [3] - 10:2, 10:10, 10:16
**INDIA** [1] - 5:9
**indicated** [1] - 18:2
**individually** [1] - 13:25
**individuals** [1] - 17:6
**indulged** [1] - 12:25
**information** [13] - 9:9, 9:18, 9:19, 12:7, 12:10, 12:17, 15:18, 16:1, 17:8, 17:10, 17:13, 17:24
**insofar** [1] - 7:25
**installation** [3] - 15:16, 15:18, 16:2
**instance** [1] - 18:7
**instances** [1] - 17:4
**instead** [1] - 20:9
**insurance** [1] - 21:16
**INSURER** [1] - 3:15
**insurer** [1] - 21:5
**integrated** [1] - 10:25
**intend** [5] - 19:10, 20:2, 22:5, 22:8
**intensive** [1] - 12:12
**intent** [1] - 23:10
**inventory** [1] - 8:13
**INVENTORY**............. ............... [1] - 5:5
**involve** [1] - 20:22
**involved** [2] - 9:5, 22:7
**involving** [5] - 13:10,

16:12, 16:14, 19:6, 24:5
**Irpino** [1] - 11:12
**IS** [1] - 6:4
**issue** [2] - 18:25, 24:11
**issued** [1] - 12:14
**issues** [3] - 8:6, 10:7
**ISSUES** [1] - 5:7
**ITEMS** [1] - 5:3

## J

**Jack** [1] - 11:18
**Jacobs** [1] - 11:14
**January** [2] - 16:12, 19:19
**JANUARY** [1] - 1:6, 7:2
**Jayco** [1] - 16:12
**Jerry** [1] - 8:17
**Jim** [1] - 21:12
**John** [2] - 11:16, 23:1
**JOHN** [2] - 4:4, 6:2
**Johnson** [1] - 21:7
**JOHNSON** [3] - 21:8, 21:12, 21:19
**join** [1] - 7:23
**Joint** [1] - 13:6
**joint** [5] - 7:12, 8:12, 17:15, 17:20, 17:23
**JONES** [1] - 4:14
**JOSEPH** [2] - 2:18, 4:11
**JR** [5] - 1:17, 1:18, 2:12, 2:23, 3:23
**Judge** [1] - 9:22
**JUDGE** [1] - 1:10
**Judgment** [1] - 15:5
**July** [2] - 19:9, 20:3
**jurisdiction** [2] - 19:3, 20:16
**jurisdictions** [1] - 20:15
**jurisprudence** [1] - 12:16
**JURY** [1] - 5:19
**Jury** [1] - 16:10
**jury** [1] - 16:11
**JUSTICE** [2] - 3:3, 3:7
**Justin** [1] - 8:10
**JUSTIN** [1] - 1:14

## K

**KAREN** [1] - 3:13
**keep** [2] - 22:2, 22:8
**kept** [1] - 12:18

**KERRIGAN** [1] - 3:16
**kind** [2] - 11:5, 12:2
**KURT** [1] - 1:9
**KURTZ** [1] - 3:12
**Kurtz** [3] - 7:23, 15:19, 23:20
**KZRV** [1] - 16:15

## L

**LA** [14] - 1:16, 1:19, 2:7, 2:14, 2:20, 3:14, 3:17, 3:20, 3:25, 4:5, 4:9, 4:12, 4:15, 4:21
**LABORDE** [1] - 3:22
**Ladner** [1] - 11:15
**LAKEWAY** [1] - 2:19
**Lambert** [1] - 11:17
**LAPEROUSE** [1] - 3:22
**last** [2] - 15:1, 23:11
**law** [5] - 11:1, 11:14, 11:21, 11:24, 11:25
**LAW** [4] - 1:17, 1:20, 2:12, 4:14
**Law** [1] - 11:7
**lawsuits** [1] - 11:10
**lawyers** [2] - 10:6, 17:6
**LAYRISSON** [1] - 4:7
**learned** [1] - 8:21
**least** [2] - 14:9, 22:4
**LEAVE** [1] - 5:13
**leave** [2] - 13:20, 18:3
**LECHE** [1] - 3:16
**Legal** [1] - 11:16
**letter** [1] - 11:5
**LIABILITY** [1] - 1:5
**liaison** [6] - 8:10, 8:17, 9:10, 10:18, 15:19, 24:1
**LIAISON** [4] - 1:13, 2:16, 3:15, 6:5
**Liberty** [1] - 21:5
**lie** [1] - 19:3
**likely** [4] - 14:15, 19:8, 20:23
**Line** [3] - 17:24, 18:9, 18:17
**list** [2] - 18:11, 20:21
**listed** [2] - 17:18, 18:18
**litigation** [1] - 23:5
**LITIGATION** [2] - 1:5, 5:16
**Litigation** [1] - 15:4
**location** [1] - 22:14
**LOCATION**.............. ..................... [1] - 6:1

**locations** [1] - 22:1
**look** [2] - 14:16, 19:23
**looking** [1] - 20:18
**Louisiana** [5] - 19:4, 19:6, 19:11, 25:5, 25:6
**LOUISIANA** [2] - 1:1, 1:6
**LOYOLA** [1] - 2:7
**LUGENBUHL** [1] - 3:19

## M

**MAGAZINE** [1] - 3:17
**mail** [1] - 11:5
**mailing** [1] - 17:10
**mails** [2] - 8:23, 11:25
**manufactured** [3] - 13:11, 13:12, 15:7
**MANUFACTURED** [1] - 5:16
**Manufactured** [1] - 15:3
**manufacturer** [4] - 13:21, 13:22, 14:19, 19:7
**MANUFACTURER** [1] - 5:17
**Manufacturer** [1] - 15:11
**manufacturers** [2] - 18:11, 18:16
**manufacturing** [2] - 17:18, 23:9
**MASTER** [2] - 4:11, 4:14
**Master** [2] - 15:8, 23:4
**MASTER**................ [1] - 6:3
**match** [1] - 14:4
**matched** [2] - 14:3, 16:3
**matching** [4] - 9:25, 14:8, 14:11, 15:13
**Matching** [1] - 15:10
**MATCHING** [1] - 5:17
**matter** [2] - 16:10, 25:10
**Matters** [2] - 13:9, 14:22
**MATTERS** [1] - 5:12
**MATTHEW** [1] - 2:13
**MDL** [7] - 1:5, 7:11, 8:15, 9:5, 19:1, 19:12, 23:4
**MECHANICAL** [1] - 4:22
**mediate** [2] - 19:19,

23:10
**Mediation** [1] - 17:16
**MEDIATION** [2] - 5:22, 6:1
**mediation** [12] - 18:1, 18:10, 18:12, 18:18, 19:18, 20:7, 20:19, 21:4, 22:14, 22:17, 23:13, 24:6
**mediations** [6] - 9:14, 17:17, 19:14, 21:25, 22:2, 23:2
**MEDIATIONS**............ ................... [1] - 5:25
**mediator** [1] - 22:21
**mediators** [1] - 23:2
**MEDIATORS**........ [1] - 6:2
**meet** [3] - 10:23, 11:22, 22:20
**meeting** [3] - 22:21, 24:1, 24:5
**MEETING** [1] - 6:5
**MENGIS** [1] - 4:11
**MERIT** [1] - 4:20
**Merit** [1] - 25:4
**METAIRIE** [1] - 2:20
**Meunier** [1] - 8:17
**MEUNIER** [1] - 1:13
**MICHAEL** [2] - 3:12, 3:23
**Michael** [1] - 11:17
**middle** [1] - 23:15
**MIDDLEBERG** [1] - 2:23
**MIKAL** [1] - 1:24
**MILLER** [2] - 3:4, 17:1
**Miller** [3] - 7:22, 16:24, 23:20
**mind** [2] - 20:3, 22:5
**mined** [1] - 14:11
**Missing** [1] - 10:22
**MISSING** [1] - 5:10
**Mississippi** [4] - 8:19, 11:9, 14:24, 16:22
**MISSISSIPPI** [1] - 5:14
**Mobile** [1] - 11:18
**Monaco** [7] - 18:4, 21:10, 21:13, 21:15, 21:17, 21:18, 21:21
**Monday** [3] - 14:23, 16:21, 19:8
**month** [1] - 8:19
**MORELAND** [2] - 2:13
**morning** [4] - 7:7, 7:14, 8:9, 22:15
**morning's** [1] - 13:6
**MORTON** [1] - 2:17
**Motion** [1] - 13:3

**MOTION** [1] - 5:11
**motion** [3] - 8:24,
14:12, 14:17
**motions** [7] - 12:6,
12:13, 12:20, 13:4,
13:9, 13:17, 13:19
**MOTIONS** [1] - 5:13
**move** [2] - 13:17,
16:25
**moving** [3] - 13:2,
14:22, 15:3
**MR** [22] - 8:9, 8:21,
9:22, 10:4, 10:10,
13:2, 13:8, 14:22,
15:3, 15:23, 16:9,
16:19, 17:1, 17:2,
17:15, 21:2, 21:8,
21:12, 21:19, 21:23,
22:13, 22:25
**MUNOZ** [1] - 2:3
**Mutual** [1] - 21:5

**N**

**nail** [1] - 22:1
**named** [2] - 13:21,
13:22
**NATIONAL** [1] - 4:3
**National** [1] - 15:23
**need** [8] - 8:4, 11:5,
12:23, 15:20, 19:21,
20:1, 20:4, 20:12
**needs** [1] - 9:24
**negotiations** [1] -
18:14
**Nelson** [1] - 11:17
**NEW** [11] - 1:6, 1:16,
1:19, 2:7, 3:14, 3:17,
3:20, 3:25, 4:5, 4:9,
4:21
**new** [4] - 8:6, 15:24,
17:15, 23:20
**newly** [1] - 9:2
**newly-filed** [1] - 9:2
**Nexsen** [1] - 11:18
**NEXT** [1] - 6:4
**next** [5] - 9:8, 13:8,
21:20, 23:17, 23:23
**NO** [1] - 1:5
**nobody** [1] - 19:25
**Non** [1] - 15:4
**NON** [1] - 5:16
**Non-Litigation** [1] -
15:4
**NON-LITIGATION** [1] -
5:16
**note** [2] - 16:1, 17:22
**noted** [1] - 8:20
**November** [2] - 13:13,

15:5
**number** [3] - 8:22,
13:4, 19:12
**numbered** [1] - 25:9
**numbers** [3] - 10:20,
11:1, 11:21

**O**

**o'clock** [2] - 24:1, 24:2
**O'CLOCK** [2] - 6:5, 6:6
**obviously** [3] - 10:14,
11:9, 22:21
**occur** [1] - 13:25
**occurred** [1] - 14:11
**OF** [9] - 1:1, 1:9, 1:17,
2:12, 3:3, 3:7, 5:15
**OFFICE** [1] - 2:12
**OFFICES** [1] - 1:17
**OFFICIAL** [1] - 4:19
**Official** [2] - 25:5,
25:17
**ON** [1] - 5:12
**ONE** [1] - 3:24
**one** [8] - 12:13, 12:25,
16:10, 18:3, 19:12,
21:2, 22:4, 22:13
**ongoing** [1] - 24:6
**open** [3] - 8:3, 23:22,
24:3
**OPEN.........** [1] - 6:7
**opening** [1] - 24:8
**opposed** [1] - 10:1
**oral** [2] - 14:24, 16:21
**ORDER** [1] - 7:4
**order** [12] - 9:8, 9:24,
9:25, 10:24, 12:14,
15:25, 18:2, 18:17,
19:13, 19:16, 20:8,
21:4
**Order** [2] - 15:5, 16:1
**orders** [1] - 12:8
**original** [2] - 19:3,
20:16
**originate** [1] - 19:1
**ORLEANS** [11] - 1:6,
1:16, 1:19, 2:7, 3:14,
3:17, 3:20, 3:25, 4:5,
4:9, 4:21
**overlooked** [1] - 12:25

**P**

**P.O** [1] - 3:5
**PACER** [1] - 8:23
**PAGE** [1] - 5:3
**paraphrase** [1] - 22:15
**part** [7] - 9:16, 9:18,

16:2, 17:25, 19:8,
20:13
**partially** [1] - 21:12
**participate** [1] - 18:12
**particular** [3] - 7:23,
13:15, 16:3
**particularly** [3] -
19:21, 20:22, 23:7
**parties** [1] - 22:16
**party** [4] - 14:10,
18:18, 20:23, 23:9
**past** [1] - 12:3
**PDF** [1] - 10:1
**PECK** [1] - 3:19
**pending** [4] - 8:15,
8:16, 16:16, 21:14
**PENOT** [1] - 2:23
**Penton** [1] - 11:19
**people** [4] - 11:3,
11:4, 12:10, 14:7
**Pepper** [2] - 25:3,
25:16
**PEPPER** [1] - 4:19
**Percy** [1] - 21:12
**PERCY** [1] - 2:13
**perhaps** [1] - 19:9
**Perry** [3] - 18:15,
20:18, 23:1
**PERRY** [2] - 4:11, 6:2
**personally** [1] - 22:9
**petitions** [1] - 9:1
**PFISTER** [1] - 2:17
**picking** [1] - 19:11
**place** [4] - 17:17,
17:18, 21:16, 22:17
**placed** [1] - 20:21
**PLAINTIFF** [3] - 5:6,
5:10, 5:17
**plaintiff** [7] - 9:9,
10:21, 12:23, 13:20,
14:14, 16:3, 17:6
**Plaintiff** [2] - 10:22,
15:10
**plaintiff's** [1] - 14:15
**plaintiffs** [5] - 12:1,
13:13, 16:17, 17:12,
20:6
**PLAINTIFFS** [1] - 1:17
**plaintiffs'** [2] - 10:6,
19:20
**Plaintiffs'** [4] - 8:10,
14:24, 14:25, 16:22
**PLAINTIFFS'** [3] -
1:13, 5:14
**PLEASE** [1] - 4:17
**point** [6] - 7:21, 12:20,
15:16, 19:21, 21:20,
24:11
**pointed** [2] - 13:18,
21:6

**policy** [1] - 21:16
**possible** [4] - 9:12,
12:6, 20:2, 22:3
**post** [1] - 20:17
**post-haste** [1] - 20:17
**posturing** [1] - 20:10
**potential** [1] - 20:11
**POYDRAS** [5] - 1:15,
3:20, 3:24, 4:4, 4:20
**Practice** [1] - 13:3
**PRACTICE...............**
**.....................** [1] -
5:11
**predicate** [1] - 12:24
**preemption** [1] -
13:10
**prefer** [1] - 12:9
**PRESENT** [1] - 4:17
**present** [2] - 10:6,
17:6
**presented** [1] - 8:1
**Pressler** [1] - 11:17
**Pretrial** [1] - 16:1
**pretty** [6] - 12:4, 13:1,
14:2, 17:16, 21:24,
21:25
**previously** [5] - 9:25,
16:14, 21:9, 23:6,
23:23
**Priest** [1] - 11:15
**problems** [1] - 17:5
**PROCEEDINGS** [2] -
1:9, 4:22, 7:1
**proceedings** [2] -
24:14, 25:9
**process** [6] - 9:23,
15:8, 15:13, 18:1,
18:10, 18:12
**PRODUCED** [1] - 4:23
**Product** [1] - 7:10
**PRODUCTS** [1] - 1:4
**Professional** [1] -
25:4
**progress** [2] - 15:14,
15:21
**project** [1] - 10:11
**PROJECT...................**
**............** [1] - 5:9
**prompt** [1] - 24:7
**promptly** [1] - 24:9
**proper** [3] - 12:10,
12:16
**properly** [1] - 17:9
**proposed** [1] - 15:6
**provide** [1] - 9:17
**provided** [5] - 9:19,
12:7, 12:17
**providing** [1] - 16:1
**Pruet** [1] - 11:18

**PTO** [6] - 5:8, 10:1,
10:8, 11:23, 15:13,
15:19
**purpose** [1] - 20:8
**purposes** [3] - 7:13,
22:21, 23:2
**pursuant** [1] - 20:7
**pursue** [1] - 20:15
**put** [4] - 10:16, 14:7,
17:17, 23:6

**Q**

**QUAIL** [1] - 4:12
**quarter** [1] - 24:8
**questions** [2] - 7:25,
8:1
**quick** [1] - 12:4
**quickly** [1] - 20:24
**quite** [3] - 8:6, 9:6,
15:14

**R**

**R-Vision** [5] - 21:4,
21:10, 21:13, 21:15,
21:16
**R-VISION...................**
**.....................** [1]
- 5:24
**raise** [3] - 8:2, 8:5,
23:21
**raising** [1] - 21:21
**RALPH** [1] - 3:19
**RANKIN** [1] - 3:19
**rather** [1] - 12:12
**RAUL** [1] - 2:6
**RE** [1] - 1:4
**re** [1] - 7:10
**reach** [1] - 20:9
**reached** [2] - 18:14,
20:20
**really** [3] - 9:18, 10:22,
20:12
**REALTIME** [1] - 4:19
**Realtime** [2] - 25:3,
25:16
**reason** [2] - 14:14,
19:10
**reasons** [3] - 12:14,
13:24, 22:4
**Reasons** [1] - 15:5
**received** [5] - 10:7,
10:17, 17:7, 17:12,
17:24
**RECEIVED** [1] - 5:7
**recognize** [1] - 13:24
**record** [3] - 7:16, 7:17,

25:9
**RECORD** [1] - 4:17
**RECORDED** [1] - 4:22
**reflect** [1] - 13:6
**regard** [3] - 18:9, 18:24, 23:10
**regarding** [1] - 17:8
**Registered** [2] - 25:3, 25:4
**REICH** [2] - 2:9, 2:9
**Reich** [1] - 11:12
**relates** [1] - 18:6
**RELATES** [1] - 1:7
**relating** [1] - 24:6
**remand** [7] - 18:2, 18:11, 18:24, 18:25, 19:13, 19:16, 20:15
**remanded** [1] - 19:2
**Remands** [3] - 17:16, 17:23, 21:2
**remands** [1] - 18:7
**REMANDS**.................
...............[1] - 5:22
**REMANDS**.................
...............................
[1] - 5:23
**remind** [1] - 23:17
**removed** [1] - 13:15
**report** [13] - 7:12, 8:2, 8:3, 8:16, 10:5, 14:23, 15:20, 16:20, 17:15, 17:20, 17:23, 21:23, 23:1
**Report** [2] - 8:12, 13:6
**reported** [1] - 8:16
**REPORTER** [3] - 4:19, 4:19, 4:20
**Reporter** [7] - 25:3, 25:4, 25:5, 25:16, 25:17
**REPORTER'S** [1] - 25:1
**reports** [1] - 8:13
**represented** [2] - 21:9, 21:13
**request** [1] - 15:24
**required** [1] - 9:25
**requirements** [1] - 11:23
**RESERVE** [1] - 2:14
**reserve** [1] - 18:11
**resolve** [1] - 20:13
**resolved** [1] - 20:20
**respect** [6] - 10:11, 10:16, 10:20, 10:25, 15:24, 15:25
**respects** [1] - 7:15
**result** [1] - 20:18
**RIDDLE** [1] - 2:23

**ripe** [1] - 12:3
**RIVER** [1] - 3:22
**RMR** [2] - 4:19, 25:16
**ROBERT** [1] - 2:3
**roll** [1] - 22:7
**Ronnie** [1] - 11:19
**room** [1] - 24:1
**ROOM** [2] - 4:20, 6:5
**rooms** [1] - 22:21
**ROUGE** [1] - 4:12
**rule** [1] - 12:5
**ruled** [1] - 13:5
**rules** [1] - 12:16
**RUN** [1] - 4:12
**RV** [2] - 16:15, 17:25
**Ryan** [1] - 21:7

# S

**SAN** [2] - 1:25, 2:10
**SCANDURRO** [2] - 4:7, 4:8
**schedule** [4] - 17:17, 19:18, 21:25, 23:25
**scheduled** [4] - 16:11, 16:12, 16:14, 23:24
**scheduling** [1] - 21:24
**SCHEDULING** [1] - 5:25
**Schmidt** [1] - 11:9
**scrutinized** [2] - 13:22, 14:13
**seated** [1] - 7:7
**second** [2] - 9:23, 14:19
**secondly** [1] - 19:13
**Section** [13] - 8:13, 13:2, 15:3, 15:10, 16:19, 17:2, 17:15, 17:19, 17:21, 18:5, 18:6, 19:5
**section** [5] - 10:5, 10:21, 13:8, 16:9, 16:25
**see** [1] - 22:6
**SEE** [1] - 4:17
**seeking** [2] - 18:25, 21:21
**seeks** [1] - 13:20
**send** [2] - 8:25, 10:2, 10:24
**sending** [2] - 11:25, 12:8
**sent** [2] - 8:23, 11:5
**separate** [1] - 22:20
**seriously** [1] - 20:12
**sessions** [1] - 20:7
**set** [4] - 14:5, 19:2, 20:16, 23:24

**settle** [3] - 18:21, 19:23, 19:24
**settled** [2] - 18:22, 19:7
**Settlement** [1] - 17:2
**SETTLEMENT** [1] - 5:21
**settlement** [9] - 9:16, 9:17, 13:12, 15:6, 15:9, 16:16, 17:3, 17:13, 20:9
**SEVENTH** [1] - 2:14
**several** [2] - 12:8, 13:24
**shared** [1] - 9:11
**sheet** [1] - 10:1
**SHEETS** [1] - 4:17
**sheets** [2] - 9:10, 10:21
**Sheets** [1] - 10:22
**SHEETS**.................
.....[1] - 5:10
**SHEETS**.................
..............[1] - 5:6
**SHELL** [1] - 3:24
**SHELTON** [1] - 3:19
**SHORELINE** [1] - 2:4
**side** [3] - 12:23, 23:8
**Sidney** [1] - 11:19
**SIGN** [1] - 4:17
**SIGN-IN** [1] - 4:17
**simple** [1] - 14:12
**simply** [1] - 14:2
**sleeves** [1] - 22:14
**smaller** [1] - 24:6
**snags** [1] - 22:14
**so-called** [1] - 10:18
**sometime** [1] - 19:19
**soon** [3] - 9:12, 20:2, 20:18
**sort** [2] - 12:22, 14:1
**Southern** [1] - 8:18
**space** [2] - 22:19, 22:20
**Special** [2] - 15:8, 23:4
**SPECIAL** [3] - 4:11, 4:14, 6:3
**spots** [1] - 18:11
**SQUARE** [1] - 3:24
**ST** [2] - 3:13, 4:8
**start** [1] - 20:3
**starting** [3] - 14:7, 24:7, 24:9
**starts** [1] - 8:12
**State** [1] - 25:5
**state** [1] - 20:16
**statement** [1] - 21:11
**States** [3] - 16:20,

25:6, 25:17
**STATES** [4] - 1:1, 1:10, 3:3, 3:3
**STATES**...................
.. [1] - 5:20
**STATION** [1] - 3:5
**status** [4] - 7:9, 10:10, 18:13, 24:2
**STATUS** [2] - 1:9, 6:7
**Steering** [1] - 8:10
**STENOGRAPHY** [1] - 4:22
**steps** [2] - 15:8, 15:20
**STILES** [1] - 3:16
**still** [5] - 10:4, 13:8, 13:18, 21:14, 23:1
**Stracener** [1] - 11:15
**straighten** [1] - 22:7
**STREAM** [1] - 4:7
**STREET** [8] - 1:15, 1:18, 2:14, 3:17, 3:20, 3:24, 4:4, 4:20
**stuff** [1] - 11:6
**subheading** [1] - 17:23
**subject** [1] - 18:1
**subjects** [1] - 8:4
**submission** [1] - 10:7
**SUBMISSION** [1] - 5:7
**submit** [1] - 13:13
**submitted** [1] - 11:22
**subsection** [1] - 13:18
**subsequently** [1] - 19:16
**successful** [1] - 21:24
**successfully** [1] - 19:7
**sufficient** [1] - 11:22
**SUITE** [9] - 1:15, 1:21, 1:25, 2:7, 2:10, 2:20, 3:13, 3:20, 3:24
**suits** [1] - 15:24
**Summary** [1] - 16:9
**SUMMARY** [1] - 5:19
**summary** [1] - 16:11
**summer** [1] - 23:15
**Sun** [1] - 16:15
**supplied** [1] - 9:10
**supposed** [1] - 12:19
**switch** [1] - 14:18

# T

**task** [1] - 19:15
**tasks** [1] - 23:4, 23:12
**tattle** [1] - 11:2
**TAX** [1] - 3:7
**terms** [3] - 10:10, 22:14, 24:7
**THAT** [3] - 5:7, 5:8, 6:7

**THE** [31] - 1:9, 1:17, 1:20, 3:3, 3:10, 4:17, 5:7, 5:14, 5:20, 6:4, 6:6, 7:7, 9:2, 10:3, 10:9, 12:5, 13:7, 13:17, 15:2, 15:22, 16:5, 16:18, 17:14, 18:5, 21:7, 21:9, 21:18, 21:20, 22:4, 22:19, 23:6
**therefore** [1] - 10:24
**thinking** [1] - 19:17
**third** [3] - 14:10, 20:23, 23:9
**third-party** [3] - 14:10, 20:23, 23:9
**THIS** [2] - 1:7, 6:5
**THREE** [2] - 1:25, 2:19
**THURSDAY** [2] - 1:6, 7:2
**Timberland** [3] - 17:25, 18:10, 18:17
**TIMOTHY** [1] - 4:8
**titled** [1] - 18:6
**TO** [5] - 1:7, 5:13, 5:17, 6:6, 7:4
**today** [4] - 7:8, 7:16, 7:18, 24:4
**together** [2] - 11:12, 23:6
**tomorrow** [1] - 7:16
**topic** [2] - 7:23, 8:1
**topics** [1] - 23:20
**Torres** [1] - 11:19
**TORTS** [1] - 3:4
**total** [1] - 10:13
**touch** [1] - 12:18
**towards** [1] - 23:14
**Track** [1] - 15:4
**TRACK"**...........[1] - 5:16
**Trailer** [1] - 7:10
**TRAILER** [1] - 1:4
**transcript** [1] - 25:8
**TRANSCRIPT** [2] - 1:9, 4:22
**transfer** [1] - 8:24
**transferred** [1] - 9:3
**TRAVIS** [1] - 1:21
**trial** [10] - 16:11, 16:16, 19:2, 19:9, 20:17, 20:22, 20:24, 20:25, 23:14
**Trials** [2] - 16:10, 18:7
**trials** [1] - 16:14
**TRIALS**...................
[1] - 5:19
**tried** [1] - 20:1
**trouble** [1] - 9:15
**true** [1] - 25:7

**try** [9] - 12:5, 12:15, 18:21, 18:22, 19:14, 20:13, 22:2, 24:6
**trying** [2] - 20:3, 22:1
**two** [4] - 17:19, 18:20, 19:12, 22:13
**TX** [5] - 1:22, 1:25, 2:4, 2:10, 2:24
**typed** [1] - 9:23

# U

**ultimately** [1] - 9:15
**under** [10] - 12:15, 12:16, 13:9, 14:22, 15:10, 16:19, 17:2, 17:23, 21:2
**UNITED** [5] - 1:1, 1:10, 3:3, 3:3, 5:20
**United** [3] - 16:20, 25:6, 25:17
**unless** [3] - 9:19, 14:14, 16:24
**unmatch** [1] - 13:20
**unsuccessful** [2] - 18:20, 23:13
**unsuccessfully** [1] - 18:12
**up** [7] - 7:17, 9:14, 18:18, 19:8, 20:24, 20:25, 22:8
**update** [1] - 15:1
**updates** [1] - 7:13
**upset** [1] - 19:25
**urge** [1] - 24:11
**useful** [1] - 23:10

# V

**valid** [1] - 9:18
**Valley** [1] - 16:15
**venue** [2] - 19:3, 20:17
**venues** [1] - 20:15
**version** [2] - 7:15, 13:5
**view** [1] - 7:17
**Vision** [5] - 21:4, 21:10, 21:13, 21:15, 21:16
**VISION.......................
........................** [1] - 5:24
**visit** [1] - 18:13
**visiting** [1] - 22:9
**visits** [1] - 22:6

# W

**wait** [1] - 19:12
**WARSHAUER** [1] - 1:14
**WAS** [1] - 5:7
**WASHINGTON** [2] - 3:5, 3:9
**Watson** [1] - 11:17
**Watts** [6] - 9:11, 9:21, 10:4, 11:3, 11:4, 11:24
**WATTS** [4] - 1:23, 1:24, 9:22, 10:10
**week** [3] - 8:22, 12:8, 18:19
**weeks** [1] - 23:11
**Weinstock** [3] - 7:21, 22:11, 23:19
**WEINSTOCK** [4] - 2:17, 2:18, 8:21, 22:13
**welcome** [1] - 7:9
**WHEATON** [1] - 3:19
**wherein** [1] - 13:20
**WHEREUPON** [1] - 24:14
**WHITFIELD** [1] - 3:13
**WILL** [2] - 2:13, 6:7
**wind** [3] - 19:8, 20:24, 20:25
**WITH** [2] - 6:5, 6:6
**Woodfill** [1] - 11:17
**WOODS** [14] - 1:14, 8:9, 10:4, 13:2, 13:8, 14:22, 15:3, 16:9, 16:19, 17:2, 17:15, 21:2, 21:23, 22:25
**Woods** [6] - 7:20, 7:24, 8:8, 8:10, 21:1, 23:19
**words** [1] - 19:5
**worth** [1] - 13:19

# Y

**year** [1] - 19:9
**years** [1] - 14:9
**Young** [1] - 11:19

# Z

**ZWAIN** [1] - 2:17