UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | JUDGE KURT D. ENGELHARDT |
| | : | DOCKET NO: MDL 1873 (N-5) |

This Document Relates to:

*Angela Kaye Broadus, versus Heartland Recreational Vehicles, et al*
*E.D. La. Suit No. 09-8018*                          :          MAG. JUDGE ALMA L. CHASEZ

Plaintiff: Angela Kaye Broadus

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

CONSIDERING THE FOREGOING, Unopposed Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Motion to Dismiss for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** as to the following Plaintiffs:

- Angela Kaye Broadus (Plaintiff in *Angela Kaye Broadus v. Heartland Recreational Vehicles, et al.*, E.D. La. Suit No. 09-8018)

New Orleans, Louisiana, this  12th  day of      January     , 2012.

_____
United States District Judge