UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-5"

                                        JUDGE ENGELHARDT
                                        MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Hargis, et al v. Thor California, Inc., et al, 10-2412*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Consent Motion for Leave to File Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to Amend to Add Plaintiffs:

IT IS ORDERED that Plaintiff is hereby granted leave to file a Memorandum in Reply to Thor California, Inc.'s Memorandum in Opposition to Motion for Leave to Amend to Add Plaintiffs.

New Orleans, Louisiana, this 12th day of    January   , 2012.

                              _____
                              JUDGE KURT D. ENGELHARDT