Amendment to the Plaintiff Fact Sheet

Claimant Name: Washington, Willie

Claimant's Attorney: Frank J. D'Amico

Please note the following updates to the previously submitted Plaintiff Fact Sheet

### Section V. FEMA Trailer or Mobile Home Unit

Manufacturer: Skyline

Bar Code: 1249733

FEB 0 8 2010

_____
Plaintiff or Representative                              Date


EXHIBIT C