UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION  JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Valerie Cesar, et al. v. Jayco, Inc., et al.* No. 10-546 Plaintiff: Valerie Cesar | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Valerie Cesar, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of voluntary dismissal, without prejudice, of her claims asserted against the Defendants in the Complaint previously filed in these proceedings.

This dismissal in no way affects the claims of the remaining plaintiffs in the above-captioned matter (*Valerie Cesar, et al. v. Jayco, Inc., et al.,* EDLA No. 10-546).

    Respectfully submitted:

    **GAINSBURGH, BENJAMIN, DAVID,
    MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:    504/522-2304

Facsimile:	504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713