UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date. No memoranda in opposition to the "Motion for Court Approval and Adoption of Special Master's Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement)," filed by the Special Master (Rec. Doc. 23920), set for submission on Janaury 11, 2012, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **"Motion for Court Approval and Adoption of Special Master's Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement)" (Rec. Doc. 23920)** is hereby **GRANTED**.

New Orleans, Louisiana, this 13th day of January 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**