UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Order

IT IS ORDERED that the Special Master's Recommendation on Methodology as Required by Court's Order of April 5, 2011 (filed on August 17, 2011) and Special Master's Supplemental Rulings and Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement) (filed on December 19, 2011) are hereby GRANTED. The Court hereby approves and adopts the Special Master's Recommendation on Methodology as Required by Court's Order of April 5, 2011 and Special Master's Supplemental Rulings and Recommendations on Methodology and Allocations (Manufactured Home Defendants Settlement).

New Orleans, Louisiana, this <u>13th</u> day of <u>       January       2012       </u>.

JUDGE ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA