UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br><br><br><br>JUDGE ENGELHARDT<br><br> |
| THIS DOCUMENT RELATES TO: | | |
| *Helen Albarado, et al. v. Morgan Buildings & Spas,*<br>*Inc., et al* (E.D. La. Suit No. 10-3702) | * <br> * | MAGISTRATE CHASEZ |

*******************************************

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DUPLICATE CLAIMS UNDER RULE FRCP 41(a)(1)(A)(i)

Now into Court, through undersigned counsel, come Named Plaintiffs, Adam Patcheco, Karen Patcheco, and Patricia Patcheco, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims against all defendants in the captioned Complaint, on the basis that their claims are duplicative of those set forth in the matter entitled *Charles Arbour, et al v. Recreation By Design, LLC, et al.*, C.A. No. 10-3715.

The dismissal of the claims of Adam Patcheco, Karen Patcheco, and Patricia Patcheco is without prejudice and they reserve all rights and allegations they have made in the matter entitled *Charles Arbour, et al v. Recreation By Design, LLC, et al.*, C.A. No. 10-3715. The remaining Named Plaintiffs in the above captioned matter maintain their claims against all defendants.

1

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:         storres@torres-law.com
                rburns@torres-law.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that, on the 16th day of January, 2012, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all liaison counsel by operation of the court's CM/ECF system.

                    s/ Roberta L. Burns
                    **ROBERTA L. BURNS**