HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

November 23, 2011

Joseph M. Bruno                                                    *Via Facsimile*
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

    Re:    FEMA Trailer Formaldehyde Product Liability Litigation
             Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.*
             Case No. 09-8660; *Anthony Pohlmann, Jr., et al.. v. Dutchmen Manufacturing, Inc.*
             Case No. 09-8684; *Jules L. Dabon, Jr., et al. v. TL Industries, Inc., et al.*
             Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.*

Dear Mr. Bruno:

    Please let me know if you would be willing to forward the Plaintiff's Facts Sheets for the claimants in the above lawsuits who have claims against SRS, Inc. Attached is the information regarding the Plaintiffs' names, addresses, and case caption of originating case.

    If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

Sincerely,

*[signature]*
Heidi J. Gumienny

Enclosures

**EXHIBIT "A"**

| | PLAINTIFF NAME | INSTALLER(S) | CONTRACTOR(S) |
|---|---|---|---|
| 24 | SIERRA BRIGHT | | |
| 25 | SIERRA BRIGHT | | |
| 26 | SIERRA BRIGHT | C. Martin Company, Inc., Shaw Enviornmental | C. Martin Company, Inc., Shaw Enviornmental |
| 27 | RICHARD V. BROWN III, MINOR, BY LENELL YOUNG | Flour Enterprises, Inc. | RAZZ Electrical Services, CH2M Hill Constructors, Inc. |
| 28 | GEORGE BUTLER JR | C. Martin Company, Inc. | C. Martin Company, Inc., Shaw Enviornmental |
| 29 | EUGENE J. DAVIS | Murillo Modular Group, Ltd. | |
| 30 | ANITA M. HENDRIX | Agbayani Construction Corporation | |
| 31 | THOMAS B. HENDRIX | Agbayani Construction Corporation | |
| 32 | LYDIA C. HUNTER | C. Martin Company, Inc., Shaw Enviornmental | C. Martin Company, Inc., Shaw Enviornmental |
| 33 | ALFRED R. JONES III, MINOR, BY AUNITRA RODGERS | RAZZ Electrical Services, CH2M Hill Constructors, Inc. | |
| 34 | HENRY JORDAN JR | Murillo Modular Group, Ltd. | |

Wednesday, December 30, 2009            EXHIBIT A                        Page 3 of 5

| | PLAINTIFF NAME | INSTALLER(S) | CONTRACTOR(S) |
|---|---|---|---|
| 35 | ABLIONCIA LINDSEY | C. Martin Company, Inc., Shaw Enviornmental | C. Martin Company, Inc., Shaw Enviornmental |
| 36 | FRANK MIKE JR | Shaw Enviornmental | |
| 37 | LOIS M. MIKE | Shaw Enviornmental | |
| 38 | MANUEL MOSES | TKTMJ, CH2M Hill Constructors, Inc. | |
| 39 | MANUEL MOSES | TKTMJ, CH2M Hill Constructors, Inc. | |
| 40 | SHANITINA W. MOSES | TKTMJ, CH2M Hill Constructors, Inc. | |
| 41 | SHANITINA W. MOSES | TKTMJ, CH2M Hill Constructors, Inc. | |
| 42 | SYLVESTER PALMER JR | Flour Enterprises, Inc. | |
| 43 | SHARON G. SERPAS | Agbayani Construction Corporation | |
| 44 | SHARON G. SERPAS | Agbayani Construction Corporation | |
| 45 | SHARON G. SERPAS | Flour Enterprises, Inc. | Agbayani Construction Corporation |
| 46 | ROOSEVELT J. THOMAS | RAZZ Electrical Services, CH2M Hill Constructors, Inc. | |

| | PLAINTIFF NAME | INSTALLER(S) | CONTRACTOR(S) |
|---|---|---|---|
| 47 | VIBIANA L. THOMAS | Agbayani Construction Corporation, Fluor Enterprises, Inc. | |
| 48 | RITA M. WAKER | RAZZ Electrical Services, CH2M Hill Constructors, Inc. | |
| 49 | RITA M. WAKER | RAZZ Electrical Services, CH2M Hill Constructors, Inc. | |
| 50 | DEMETRIA WINCHESTER, MINOR, BY LYDIA HUNTER | C. Martin Company, Inc., Shaw Enviornmental | C. Martin Company, Inc., Shaw Enviornmental |

Wednesday, December 30, 2009                    EXHIBIT A                                Page 5 of 5

### Heidi Gumienny

| | |
|---|---|
| **From:** | Jennifer Reavis [jennifer@brunobrunolaw.com] |
| **Sent:** | Tuesday, January 03, 2012 3:04 PM |
| **To:** | Heidi Gumienny |
| **Cc:** | Stephanie Alexie |
| **Subject:** | RE: Plaintiff Fact Sheets inquiry |
| **Attachments:** | Hendrix, Thomas.pdf |

Attached please find the Plaintiff Fact Sheets for the following clients:
Thomas Hendrix

I have not been able to locate the other clients that are listed below. If I come across them within the next couple of days, I will email them to you. Otherwise, you can go ahead and dismiss them. Thank you for your time.

*Sincerely,*

*Jennifer R. Helmstetter*
*Legal Assistant to Joseph Bruno & Melissa DeBarbieris*
*Bruno & Bruno, LLP*
*855 Baronne Street, 3rd Floor*
*New Orleans, LA 70113*
*(504) 525-1335 (Phone)*
*(504) 561-6775 (Fax)*
*jennifer@brunobrunolaw.com*

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 12:50 PM
**To:** Jennifer Reavis
**Subject:** Plaintiff Fact Sheets Inquiry

Jennifer:

Per my telephone message, below is a list of plaintiffs for whom we did not get Plaintiff Fact Sheets.

Please let me know if these are available.

Thank you,
Heidi

Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.* -

1/4/2012

**EXHIBIT "B"**

1. *Corey Kelly*

Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.* -
1. *Anita M. Hendrix*
2. *Thomas B. Hendrix*
3. *Sharon G. Serpas (she's listed three times on Ex. "A" so she may also be bringing additional claims on behalf of minors and/or incapacitated individuals)*
4. *Vibiana L. Thomas (I have also seen this as "Thomas L. Vibiana")*

## GORDON & REES LLP

| HEIDI J. GUMIENNY | National Offices: |
|---|---|
| Senior Counsel | California |
| hgumienny@gordonrees.com | New York |
| | Texas |
| 3D/International Tower | Illinois |
| 1900 West Loop South, Suite 1000 | Nevada |
| Houston, TX 77027 | Arizona |
| Main Phone: (713) 961-3366 | Colorado |
| Direct Phone: (713) 490-4873 | Washington |
| Fax: (713) 961-3938 | Oregon |
| | New Jersey |
| www.gordonrees.com | Florida |
| | Georgia |
| | Connecticut |

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE

To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

1/4/2012

HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

December 29, 2011

Joseph M. Bruno                                                    *Via Facsimile*
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

Re:   FEMA Trailer Formaldehyde Product Liability Litigation
      Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.*
      Case No. 09-8660; *Anthony Pohlmann, Jr., et al.. v. Dutchmen Manufacturing, Inc.*
      Case No. 09-8684; *Jules L. Dabon, Jr., et al. v. TL Industries, Inc., et al.*
      Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.*

Dear Mr. Bruno:

On November 23, 2011, we requested from you the Plaintiff's Facts Sheets ("PSFs") for the claimants in the above lawsuits who have claims against SRS, Inc. To date, you have not responded to this letter or provided the PFSs relating to these claimants. The provisions of Pretrial Orders 2, 32, 86 and 88 require each plaintiff to prepare a PSF in the form approved by the Court. To the extent these PSF do not exist for any of the above claimants, we believe we are entitled to a dismissal of these claims.

Please forward the above PSFs by <u>January 5, 2012</u>. If we do not receive these PSFs by January 5, 2012, we will file Motions to Dismiss these plaintiffs' claims against SRS, Inc.

If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

Sincerely,

Heidi J. Gumienny

**EXHIBIT "C"**

## Heidi Gumienny

**From:** Jennifer Reavis [jennifer@brunobrunolaw.com]
**Sent:** Wednesday, January 11, 2012 3:17 PM
**To:** Heidi Gumienny
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets inquiry

Plaintiffs are unopposed; you can dismiss them for failure to provide Plaintiff Fact Sheets. Thank you.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Wednesday, January 11, 2012 3:05 PM
**To:** Jennifer Reavis
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets inquiry

Jennifer:

We are planning to file Motions to Dismiss of the Plaintiffs named below for failure to provide Plaintiff Fact Sheets. Based on your email below, are plaintiffs unopposed to such motions?

Thank you,
Heidi

---

**From:** Jennifer Reavis [mailto:jennifer@brunobrunolaw.com]
**Sent:** Tuesday, January 03, 2012 3:04 PM
**To:** Heidi Gumienny
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets Inquiry

Attached please find the Plaintiff Fact Sheets for the following clients:
Thomas Hendrix

I have not been able to locate the other clients that are listed below. If I come across them within the next couple of days, I will email them to you. Otherwise, you can go ahead and dismiss them. Thank you for your time.

*Sincerely,*

*Jennifer R. Helmstetter*
*Legal Assistant to Joseph Bruno & Melissa DeBarbieris*
*Bruno & Bruno, LLP*
*855 Baronne Street, 3rd Floor*
*New Orleans, LA 70113*
*(504) 525-1335 (Phone)*
*(504) 561-6775 (Fax)*
*jennifer@brunobrunolaw.com*

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the

1/12/2012

**EXHIBIT "D"**

employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 12:50 PM
**To:** Jennifer Reavis
**Subject:** Plaintiff Fact Sheets inquiry

Jennifer:

Per my telephone message, below is a list of plaintiffs for whom we did not get Plaintiff Fact Sheets.

Please let me know if these are available.

Thank you,
Heidi

Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.* -
1. Corey Kelly

Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.* -
1. Anita M. Hendrix
2. Thomas B. Hendrix
3. Sharon G. Serpas (she's listed three times on Ex. "A" so she may also be bringing additional claims on behalf of minors and/or incapacitated individuals)
4. Vibiana L. Thomas (I have also seen this as "Thomas L. Vibiana")

**GORDON & REES LLP**

**HEIDI J. GUMIENNY**
Senior Counsel
hgumienny@gordonrees.com

3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Main Phone: (713) 961-3366
Direct Phone: (713) 490-4873
Fax: (713) 961-3938

www.gordonrees.com

National Offices:
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia
Connecticut

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1/12/2012