IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | Section "N" (5) |
| This document relates to CA 09-8654; Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al. Plaintiff #30 Anita Hendrix Plaintiff #43,44,45 Sharon Serpas Plaintiff #47 Vibiana Thomas | Judge Kurt D. Engelhardt Magistrate Alma L. Chasez |

## ORDER GRANTING AGBAYANI CONSTRUCTION CORPORATION'S MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEETS

On this day, the Court considered Agbayani Construction Corporation's Motion to Dismiss for Failure to Provide Plaintiff Fact Sheets relating to the claims of Plaintiffs Anita B. Hendrix, Sharon G. Serpas, and Vibiana L. Thomas. The Court has determined that this Motion should be **GRANTED**. It is therefore ORDERED that the claims of Anita B. Hendrix, Sharon G. Serpas, and Vibiana L. Thomas are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, LA this _____ day of _____, 2012.

_____
KURT D. ENGELHARDT
United States District Court