IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

Section "N" (5)

This document relates to
CA 10-3745; Melody Ann Conrad, et al. v.
Lakeside Park Homes, Inc., et al.
Plaintiff#1 Melody Ann Conrad
Plaintiff #2 Kayle Lynn Deffes
Plaintiffs #3-6 Debra Johannessen, Ashley Johannessen
And Paul Johannessen

Judge Kurt D. Engelhardt
Magistrate Alma L. Chasez

## AGBAYANI CONSTRUCTION CORPORATION'S UNOPPOSED MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEETS

Defendant Agbayani Construction Corporation ("Agbayani") moves to dismiss the claims of Plaintiffs Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen for failure to provide Plaintiff Fact Sheets ("PFS"). The evidence establishes that no PFSs has been prepared or provided with respect to Plaintiffs Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen, pursuant to Pretrial Orders No. 2 and 32. Accordingly, Agbayani's Motion to Dismiss the claims of Plaintiffs Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen should be granted, with prejudice.

In support of this Motion to Dismiss, Agbayani submits the following exhibits:

Ex. A – Letter dated November 23, 2011 requesting PFS for Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen

Ex. B – Email correspondence from Plaintiff's counsel acknowledging that PFSs could not be located for Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen

Ex. C – Email correspondence from Plaintiffs' Liaison Counsel regarding failure to locate PFSs for Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen

Ex. D – Letter advising of Motions to Dismiss, email advising same, and email from plaintiff counsel confirming no opposition

WHEREFORE, Defendant Agbayani Construction Corporation prays that the Court dismiss the claims of Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen <u>with prejudice</u> to re-filing. Defendant prays for such other and further relief, in law or in equity, to which it may be justly entitled.

Respectfully submitted,

/s/ Janet L. MacDonell
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
AGBAYANI CONSTRUCTION
CORPORATION

OF COUNSEL:

Heidi J. Gumienny
**GORDON & REES LLP**

1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Janet L. MacDonell
Janet L. MacDonell