HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

November 23, 2011

Sidney D. Torres, III
David C. Jarrell
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

*Via Facsimile*

Re:  FEMA Trailer Formaldehyde Product Liability Litigation
Case No. 10-3463; *Debra Miller, et al. v. Lakeside Park Homes, Inc., et al.*
Case No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.*
Case No. 10-3492; *Dorothy Dixon et al v. Frontier RV, Inc. et al.*
Case No. 10-3565; *Audrey Wild, et al. v. American International Group, Inc.*
Case No. 10-3758; *Sallie Oster Jones, et al. v. American International Group, Inc.*

---

Dear Mr. Torres and Mr. Jarrell:

Please let me know if you would be willing to forward the Plaintiff's Facts Sheets for the claimants in the above lawsuits, who have claims against Agbayani Construction Corporation. Attached is the information regarding the Plaintiffs' names, addresses, and case caption of originating case.

If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

Sincerely,

Heidi J. Gumienny

Enclosure

**EXHIBIT "A"**

EXHIBIT A

| | Name / THU Address | Manufacturer/Model / Case Caption of Originating Case | Contractor | Case No. |
|---|---|---|---|---|
| (1) | Melody Ann Conrad | Lakeside Park Homes, Inc. | UFAS-Agbayani | 112,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 |
| | 114 W. Claiborne Sq., Chalmette, LA | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (2) | Kayle Lynn Deffes | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1921 Heights Drive, St. Bernard; LA | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (3) | Paul Johannessen Sr., o/b/o Ashley Johanne | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1921 Heights Drive, St. Bernard, LA | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (4) | Debra V. Johannessen | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1921 Heights Drive, St. Bernard, LA | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (5) | Paul & Debra, o/b/o Paul A Johannessen | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1921 Heights Dr, St. Bernard, La 70085 | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (6) | Paul A. Johannessen | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1921 Heights Dr., St. Bernard, LA | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (7) | Wilson John | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 114 west Claiborne Square, Chalmette, | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (8) | Debra Miller, o/b/o Brandon Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 500 Perrin Drive, Arabi, LA 70032 | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (9) | Debra Miller, o/b/o Brandon Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 1540 Schnell Drive, Arabi, La 70032 | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (10) | Brandon Eugene Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |
| | 500 Perrin Drive, Arabi, LA 70032 | Braquet, et al. v. Lakeside Park Homes Inc., et al. EDLA 09-3734 | | |
| (11) | Debra Ann Miller | Lakeside Park Homes, Inc. | UFAS-Agbayani | 09-3734 |

# Heidi Gumienny

| | |
|---|---|
| **From:** | Jessica Bastoe [jbastoe@torres-law.com] |
| **Sent:** | Thursday, December 01, 2011 11:31 AM |
| **To:** | Heidi Gumienny |
| **Cc:** | Roberta Burns; Phyllis Michon |
| **Subject:** | Agbayani Construction (FEMA Trailer litigation) 1 of 2 |
| **Importance:** | High |
| **Attachments:** | @ |

Dear Heidi:

After researching our files, please find attached PFS for the following:

1. Miller, Debra
2. Miller, Kenneth
3. Whittey, Collins
4. Whittey, Sharon
5. Dixon, Dorothy
6. Dixon, James
7. Fortes, Joseph
8. Fortes, Katherine
9. Wild, Audrey
10. Jones, Sallie
11. John, Wilson
12. Miller, Brandon

We are currently amending PFS's for Joseph Perry Jr., Joseph Perry III, Karen Perry, and Stone Perry and will forward to you as soon as possible.

Additionally, we were unable to locate a PFS for the following clients:

1. Conrad, Melody
2. Deffes, Kayla
3. Johannessen, Ashley
4. Johannessen, Debra
5. Johannessen, Paul
6. Johannessen, Paul

Thank you and please do not hesitate to contact me with any questions that you may have.

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com

1/4/2012

**EXHIBIT "B"**

## Heidi Gumienny

**From:** Denise Martin [dmartin@gainsben.com]
**Sent:** Wednesday, January 04, 2012 8:58 AM
**To:** Justin Woods; Heidi Gumienny
**Cc:** Kristina Muth
**Subject:** RE: FEMA Trailer Formaldehyde MDL Inquiry

Heidi:

Kristina has checked our database, and we do not have these Plaintiff Fact Sheets.

Thank you.
Denise

Denise Martin, Legal Assistant to Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Justin Woods
**Sent:** Tuesday, January 03, 2012 4:10 PM
**To:** Heidi Gumienny
**Cc:** Denise Martin; Kristina Muth
**Subject:** RE: FEMA Trailer Formaldehyde MDL Inquiry

Heidi,

EXHIBIT "C"

We will check our database and get back to you.

Justin.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 3:58 PM
**To:** Justin Woods
**Subject:** FEMA Trailer Formaldehyde MDL Inquiry
**Importance:** High

Justin:

I represent two contractor defendants--Agbayani Construction Corp. and SRS, Inc.--in The FEMA Trailer Formaldehyde Products Liability Multidistrict Litigation. Special Master Amanda Ballay suggested that we contact you about the possibility of obtaining Plaintiff Fact Sheets for certain individuals with claims against Agbayani and SRS. We have contacted Plaintiffs' counsel directly in these cases (Joseph Bruno and Sidney Torres) and have received some of the PFSs, but not all of them. We are informed that PFSs cannot be located for the following claimants:

1. Conrad, Melody
2. Deffes, Kayla
3. Johannessen, Ashley
4. Johannessen, Debra
5. Johannessen, Paul
6. Johannessen, Paul
7. Kelly, Corey

Unfortunately, I do not have the FEMA I.D. numbers for the above individuals. Is there any chance you might have copies of these PFSs?

Please feel free to contact me if you have any questions.

Heidi

**GORDON & REES LLP**

HEIDI J. GUMIENNY
Senior Counsel
hgumienny@gordonrees.com

3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Main Phone: (713) 961-3366
Direct Phone: (713) 490-4873
Fax: (713) 961-3938

www.gordonrees.com

National Offices:
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia
Connecticut

1/4/2012

HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

**GORDON & REES** LLP

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

December 5, 2011

Sidney D. Torres, III *Via Facsimile*
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Drive
Suite 303
Chalmette, LA 70043

Re: FEMA Trailer Formaldehyde Product Liability Litigation
Case No. 10-3463; *Debra Miller, et al. v. Lakeside Park Homes, Inc., et al.*
Case No. 10-3745; *Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.*
Case No. 10-3492; *Dorothy Dixon et al v. Frontier RV, Inc. et al.*
Case No. 10-3565; *Audrey Wild, et al. v. American International Group, Inc.*
Case No. 10-3758; *Sallie Oster Jones, et al. v. American International Group, Inc.*

---

Dear Mr. Torres:

On November 23, 2011, we requested that you forward to our office the Plaintiff's Facts Sheets for the claimants in the above lawsuits who have claims against Agbayani Construction Corporation. On December 1, 2011, we received email communications from Jessica Bastoe in your office forwarding several Plaintiff's Fact Sheets ("PSF") to us. In these communications, however, Ms. Bastoe stated that your office was unable to find PSF's for the following claimants:

1. Conrad, Melody
2. Deffes, Kayla
3. Johannessen, Ashley
4. Johannessen, Debra
5. Johannessen, Paul
6. Johannessen, Paul

Please let me know whether PSF's exist as to the above claimants, and provide them to our office by January 5, 2012. If we do not receive these PSF's by January 5, 2012, we will file

**EXHIBIT "D"**

motions to dismiss these claimants with prejudice, in accordance with the provisions of Pretrial Orders 2, 32, 86 and 88.

If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

Sincerely,

Heidi J. Gumienny

cc: David Kurtz
Via email: *dkurtz@bakerdonelson.com*

Thomas W. Thagard, III *(copied pursuant to Pretrial Order No. 32)*
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Phone: (205) 254-1000
Fax: (205) 254-1999
Email: *tthagard@maynardcooper.com*

Andrew D. Weinstock *(copied pursuant to Pretrial Order No. 32)*
Duplass, Zwain, Bourgeois, Morton, Pfister & Weinstock
Three Lakeway Center
3838 North Causeway Blvd.
Suite 2900
Metairie, Louisiana 70002
Phone: (504) 832-3700
Fax: (504) 599-8145
Email: *andreww@duplass.com*

## janet macdonell

**From:** Roberta Burns [rburns@torres-law.com]
**Sent:** Thursday, January 12, 2012 11:16 AM
**To:** Heidi Gumienny
**Cc:** Phyllis Michon; Jessica Bastoe; Roberta Burns
**Subject:** RE: Ufas Agbayani Construction

Heidi:
No opposition.
Roberta Burns

Roberta L. Burns
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana  70043
Telephone: (504) 271-8422
Facsimile: (504) 271-1961
Email: rburns@torres-law.com

Web: http://www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-217-8421 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Wednesday, January 11, 2012 3:03 PM
**To:** Jessica Bastoe
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** RE: Ufas Agbayani Construction


Jessica:

Per our telephone conversation, attached is the Motion to Dismiss we plan to file this week, and Memorandum in Support.  Please advise whether Ms. Burns opposes this motion.

Thank you,
Heidi



| | |
|---|---|
| **GORDON & REES** LLP | |
| **HEIDI J. GUMIENNY**<br>Senior Counsel<br>hgumienny@gordonrees.com | **National Offices:**<br>California<br>New York<br>Texas |
| 3D/International Tower | Illinois<br>Nevada |

1/16/2012

| | |
|---|---|
| 1900 West Loop South, Suite 1000 | Arizona |
| Houston, TX 77027 | Colorado |
| Main Phone: (713) 961-3366 | Washington |
| Direct Phone: (713) 490-4873 | Oregon |
| Fax: (713) 961-3938 | New Jersey |
| | Florida |
| www.gordonrees.com | Georgia |
| | Connecticut |

**From:** Jessica Bastoe [mailto:jbastoe@torres-law.com]
**Sent:** Tuesday, December 20, 2011 11:49 AM
**To:** Heidi Gumienny
**Cc:** Roberta Burns; Phyllis Michon
**Subject:** Ufas Agbayani Construction

Heidi:

Please find attached PFS for Joseph Perry, Jr., Joseph Perry, III, Karen Perry, and Stone Perry.

Thank you,

Jessica Bastoe
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043
(504) 271-8422
Fax: (504)-271-1961
Email: jbastoe@torres-law.com
www.torres-law.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE. This message is sent by or on behalf of a lawyer at the law firm listed above and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at (504) 271-8422 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

1/16/2012