IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 10-3745; Melody Ann Conrad, et al. v. Lakeside Park Homes, Inc., et al.<br>Plaintiff#1 Melody Ann Conrad<br>Plaintiff #2 Kayle Lynn Deffes<br>Plaintiffs #3-6 Debra Johannessen, Ashley Johannessen And Paul Johannessen | Judge Kurt D. Engelhardt<br>Magistrate Alma L. Chasez |

## ORDER GRANTING AGBAYANI CONSTRUCTION CORPORATION'S MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEETS

On this day, the Court considered Agbayani Construction Corporation's Motion to Dismiss for Failure to Provide Plaintiff Fact Sheets relating to the claims of Plaintiffs Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen. The Court has determined that this Motion should be **GRANTED**. It is therefore ORDERED that the claims of Melody Ann Conrad, Kayle Lynn Deffes, Debra V. Johannessen, Paul Johannessen Sr., Ashley Johannessen, and Paul A. Johannessen are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, LA this _____ day of _____, 2010.

KURT D. ENGELHARDT
United States District Court