UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  　　　　　　　Section "N" (5)

This document relates to  　　　　　　　Judge Kurt D. Engelhardt
CA 09-8660; Anthony Pohlmann, Jr., et al. v.  　Magistrate Alma L. Chasez
Dutchmen Manufacturing, Inc., et al.
Plaintiff #12 Corey Kelly

### SRS, INC'S UNOPPOSED MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEET

Defendant SRS, Inc. ("SRS") moves to dismiss the claims of Plaintiff Corey Kelly for failure to provide a Plaintiff Fact Sheet ("PFS"). The evidence establishes that no PFS has been prepared or provided with respect to Plaintiff Corey Kelly, pursuant to Pretrial Orders No. 2 and 32. Accordingly, SRS's Motion to Dismiss the claims of Corey Kelly should be granted, with prejudice.

In support of this Motion to Dismiss, SRS submits the following exhibits:

Ex. A – Letter dated November 23, 2011 requesting PFS for Corey Kelly

Ex. B – Email correspondence from Plaintiffs' counsel acknowledging that a PFS could not be located for Corey Kelly

Ex. C – Email correspondence from Plaintiffs' Liaison Counsel regarding failure to locate PFS for Corey Kelly

Ex. D – Email correspondence from Plaintiffs' counsel stating that Plaintiffs are not opposed to Motion to Dismiss

WHEREFORE, Defendant SRS, Inc. prays that the Court dismiss the claims of Corey Kelly <u>with prejudice</u> to re-filing. Defendant prays for such other and further relief, in law or in equity, to which SRS, Inc. may be justly entitled.

Respectfully submitted,

*/s/ Janet L. MacDonell*
Janet L. MacDonell, Bar #17315
21452 Lowe Davis Rd.
Covington, LA 70435
985 867 9971/504 451 6382
Jmacdonell4@cox.net
SRS, Inc.

OF COUNSEL:

Heidi J. Gumienny
**GORDON & REES LLP**
1900 West Loop South, Suite 1000
Houston, Texas 77027
Phone: (713) 961-3366
Fax: (713) 961-3938

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2012, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

*/s/ Janet L. MacDonell*
Janet L. MacDonell

2