HEIDI J. GUMIENNY
SENIOR COUNSEL

HGUMIENNY@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
3D/INTERNATIONAL TOWER
1900 WEST LOOP SOUTH, SUITE 1000
HOUSTON, TX 77027
PHONE: (713) 961-3366
FAX: (713) 961-3938
WWW.GORDONREES.COM

November 23, 2011

Joseph M. Bruno
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113

*Via Facsimile*

Re: FEMA Trailer Formaldehyde Product Liability Litigation
Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.*
Case No. 09-8660; *Anthony Pohlmann, Jr., et al., v. Dutchmen Manufacturing, Inc.*
Case No. 09-8684; *Jules L. Dabon, Jr., et al. v. TL Industries, Inc., et al.*
Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.*

Dear Mr. Bruno:

Please let me know if you would be willing to forward the Plaintiff's Facts Sheets for the claimants in the above lawsuits who have claims against SRS, Inc. Attached is the information regarding the Plaintiffs' names, addresses, and case caption of originating case.

If you have any questions, please do not hesitate to contact me. Thank you for assistance in this matter.

Sincerely,

*Heidi Gumienny*
Heidi J. Gumienny

Enclosures

**EXHIBIT "A"**

| | PLAINTIFF NAME | INSTALLER(S) | CONTRACTOR(S) |
|---|---|---|---|
| 10 | PENNY JOHNSON | Shaw Environmental | |
| 11 | MICHAEL JONES | Shaw Environmental | |
| 12 | COREY KELLY | SRS, Inc. | |
| 13 | KEVIN A. LEGIER JR., MINOR, BY SYBIL RHEA | Shaw Environmental | |
| 14 | ANTHONY L POHLMANN JR | Bechtel National, Inc. | |
| 15 | JOSHUA L PROUT | CH2M Hill Constructors, Inc. | CH2M Hill Constructors, Inc. |
| 16 | JULINEE R. PROUT | CH2M Hill Constructors, Inc. | CH2M Hill Constructors, Inc. |
| 17 | LISA H. PROUT | CH2M Hill Constructors, Inc. | CH2M Hill Constructors, Inc. |
| 18 | KENNETH ROBICHAUX SR. | Project Resources, Inc., Del-Jen, Inc., Fluor Enterprises, Inc. | |
| 19 | KYLA ROBICHAUX, MINOR, BY KENNETH ROBICHAUX | Project Resources, Inc., Del-Jen, Inc., Fluor Enterprises, Inc. | |
| 20 | CHRISTOPHER SMITH JR, MINOR, BY HENRY SMITH SR. | Shaw Environmental | Shaw Environmental |
| 21 | JAMES A. TAYLOR | Fluor Enterprises, Inc. | Fluor Enterprises, Inc. |

**Heidi Gumienny**

| | |
|---|---|
| From: | Jennifer Reavis [jennifer@brunobrunolaw.com] |
| Sent: | Tuesday, January 03, 2012 3:04 PM |
| To: | Heidi Gumienny |
| Cc: | Stephanie Alexie |
| Subject: | RE: Plaintiff Fact Sheets Inquiry |
| Attachments: | Hendrix, Thomas.pdf |

Attached please find the Plaintiff Fact Sheets for the following clients:
Thomas Hendrix

I have not been able to locate the other clients that are listed below. If I come across them within the next couple of days, I will email them to you. Otherwise, you can go ahead and dismiss them. Thank you for your time.

*Sincerely,*

*Jennifer R. Helmstetter*
*Legal Assistant to Joseph Bruno & Melissa DeBarbieris*
*Bruno & Bruno, LLP*
*855 Baronne Street, 3rd Floor*
*New Orleans, LA 70113*
*(504) 525-1335 (Phone)*
*(504) 561-6775 (Fax)*
*jennifer@brunobrunolaw.com*

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 12:50 PM
**To:** Jennifer Reavis
**Subject:** Plaintiff Fact Sheets Inquiry

Jennifer:

Per my telephone message, below is a list of plaintiffs for whom we did not get Plaintiff Fact Sheets.

Please let me know if these are available.

Thank you,
Heidi

Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.* -

1/4/2012

**EXHIBIT "B"**

*1. Corey Kelly*

Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.* -
*1. Anita M. Hendrix*
*2. Thomas B. Hendrix*
*3. Sharon G. Serpas (she's listed three times on Ex. "A" so she may also be bringing additional claims on behalf of minors and/or incapacitated individuals)*
*4. Vibiana L. Thomas (I have also seen this as "Thomas L. Vibiana")*

**GORDON & REES LLP**

| HEIDI J. GUMIENNY | National Offices: |
|---|---|
| Senior Counsel | California |
| hgumienny@gordonrees.com | New York |
| | Texas |
| 3D/International Tower | Illinois |
| 1900 West Loop South, Suite 1000 | Nevada |
| Houston, TX 77027 | Arizona |
| Main Phone: (713) 961-3366 | Colorado |
| Direct Phone: (713) 490-4873 | Washington |
| Fax: (713) 961-3938 | Oregon |
| | New Jersey |
| www.gordonrees.com | Florida |
| | Georgia |
| | Connecticut |

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**GORDON & REES LLP**
http://www.gordonrees.com

1/4/2012

### Heidi Gumienny

**From:** Denise Martin [dmartin@gainsben.com]
**Sent:** Wednesday, January 04, 2012 8:58 AM
**To:** Justin Woods; Heidi Gumienny
**Cc:** Kristina Muth
**Subject:** RE: FEMA Trailer Formaldehyde MDL Inquiry

Heidi:

Kristina has checked our database, and we do not have these Plaintiff Fact Sheets.

Thank you.
Denise

Denise Martin, Legal Assistant to Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com



 Please consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Justin Woods
**Sent:** Tuesday, January 03, 2012 4:10 PM
**To:** Heidi Gumienny
**Cc:** Denise Martin; Kristina Muth
**Subject:** RE: FEMA Trailer Formaldehyde MDL inquiry

Heidi,

We will check our database and get back to you.

Justin.

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 3:58 PM
**To:** Justin Woods
**Subject:** FEMA Trailer Formaldehyde MDL inquiry
**Importance:** High

Justin:

I represent two contractor defendants--Agbayani Construction Corp. and SRS, Inc.--in The FEMA Trailer Formaldehyde Products Liability Multidistrict Litigation. Special Master Amanda Ballay suggested that we contact you about the possibility of obtaining Plaintiff Fact Sheets for certain individuals with claims against Agbayani and SRS. We have contacted Plaintiffs' counsel directly in these cases (Joseph Bruno and Sidney Torres) and have received some of the PFSs, but not all of them. We are informed that PFSs cannot be located for the following claimants:

1. Conrad, Melody
2. Deffes, Kayla
3. Johannessen, Ashley
4. Johannessen, Debra
5. Johannessen, Paul
6. Johannessen, Paul
7. Kelly, Corey

Unfortunately, I do not have the FEMA I.D. numbers for the above individuals. Is there any chance you might have copies of these PFSs?

Please feel free to contact me if you have any questions.

Heidi



**GORDON & REES LLP**

**HEIDI J. GUMIENNY**
Senior Counsel
hgumienny@gordonrees.com

3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Main Phone: (713) 961-3366
Direct Phone: (713) 490-4873
Fax: (713) 961-3938

www.gordonrees.com

National Offices:
California
New York
Texas
Illinois
Nevada
Arizona
Colorado
Washington
Oregon
New Jersey
Florida
Georgia
Connecticut

1/4/2012

### Heidi Gumienny

**From:** Jennifer Reavis [jennifer@brunobrunolaw.com]
**Sent:** Wednesday, January 11, 2012 3:17 PM
**To:** Heidi Gumienny
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets Inquiry

Plaintiffs are unopposed; you can dismiss them for failure to provide Plaintiff Fact Sheets. Thank you.

---

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Wednesday, January 11, 2012 3:05 PM
**To:** Jennifer Reavis
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets Inquiry

Jennifer:

We are planning to file Motions to Dismiss of the Plaintiffs named below for failure to provide Plaintiff Fact Sheets. Based on your email below, are plaintiffs unopposed to such motions?

Thank you,
Heidi

---

**From:** Jennifer Reavis [mailto:jennifer@brunobrunolaw.com]
**Sent:** Tuesday, January 03, 2012 3:04 PM
**To:** Heidi Gumienny
**Cc:** Stephanie Alexie
**Subject:** RE: Plaintiff Fact Sheets Inquiry

Attached please find the Plaintiff Fact Sheets for the following clients:
Thomas Hendrix

I have not been able to locate the other clients that are listed below. If I come across them within the next couple of days, I will email them to you. Otherwise, you can go ahead and dismiss them. Thank you for your time.

*Sincerely,*

*Jennifer R. Helmstetter*
*Legal Assistant to Joseph Bruno & Melissa DeBarbieris*
*Bruno & Bruno, LLP*
*855 Baronne Street, 3rd Floor*
*New Orleans, LA 70113*
*(504) 525-1335 (Phone)*
*(504) 561-6775 (Fax)*
*jennifer@brunobrunolaw.com*

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the

1/12/2012

**EXHIBIT "D"**

employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

**From:** Heidi Gumienny [mailto:hgumienny@gordonrees.com]
**Sent:** Tuesday, January 03, 2012 12:50 PM
**To:** Jennifer Reavis
**Subject:** Plaintiff Fact Sheets inquiry

Jennifer:

Per my telephone message, below is a list of plaintiffs for whom we did not get Plaintiff Fact Sheets.

Please let me know if these are available.

Thank you,
Heidi

Case No. 09-8657; *Eula Fulton, et al. v. Crossroads RV, Inc.* -
1. Corey Kelly

Case No. 09-8654; *Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al.* -
1. Anita M. Hendrix
2. Thomas B. Hendrix
3. Sharon G. Serpas (she's listed three times on Ex. "A" so she may also be bringing additional claims on behalf of minors and/or incapacitated individuals)
4. Vibiana L. Thomas (I have also seen this as "Thomas L. Vibiana")

**GORDON & REES LLP**

| **HEIDI J. GUMIENNY**<br>Senior Counsel<br>hgumienny@gordonrees.com<br><br>3D/International Tower<br>1900 West Loop South, Suite 1000<br>Houston, TX 77027<br>Main Phone: (713) 961-3366<br>Direct Phone: (713) 490-4873<br>Fax: (713) 961-3938<br><br>www.gordonrees.com | **National Offices:**<br>California<br>New York<br>Texas<br>Illinois<br>Nevada<br>Arizona<br>Colorado<br>Washington<br>Oregon<br>New Jersey<br>Florida<br>Georgia<br>Connecticut |
|---|---|

San Francisco * San Diego * Los Angeles * Sacramento * Orange County * Las Vegas * Portland * Seattle * Houston * Chicago * Phoenix * Dallas * New York * Long Island * Florham Park * Denver * Miami * Atlanta * Austin * Hartford

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

IRS CIRCULAR 230 DISCLOSURE
To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1/12/2012