UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 1873  JUDGE ENGELHARDT  MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: *Beverly, et al., v. Recreation by Design, LLC, et al.* Civil Action No. 09-8650 | * | |

**********************************************************************

### ORDER

Considering the foregoing Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that Plaintiffs, Betty Armour and Channing Armour, Notice of Voluntary Dismissal is hereby GRANTED.

New Orleans, Louisiana, this 13th day of January, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE