UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | JUDGE ENGELHARDT |
| | * | |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT RELATED TO: | * | |

*Serpas, et al., v. Keystone RV Company, et al.*
Civil Action No. 09-8696
**************************************************************************

### ORDER

Considering the foregoing Notice of Voluntary Dismissal on Plaintiffs' behalf:

IT IS SO ORDERED that Plaintiff, George Brown, Notice of Voluntary Dismissal is hereby GRANTED.

New Orleans, Louisiana, this 13th day of January, 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE