UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | MAG. JUDGE CHASEZ |
| CASES IDENTIFIED IN EXHIBIT "1" ATTACHED HERETO | | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND TO SUBSTITUTE COUNSEL OF RECORD

Considering the foregoing Unopposed Motion to Withdraw and Substitute Counsel of Record,

IT IS HEREBY ORDERED that Colin D. Stoner and the Stoner Law Firm, LLC and Lara E. White and the Law Firm of Adams & Reese, LLP be and hereby are withdrawn as counsel of record for defendants MLU and Stephen R. Barry and Kathleen C. Marksbury and the law firm of Barry & Company, L.L.C is enrolled in their stead as counsel of record for MLU.

New Orleans, Louisiana this 13th day of January, 2012.

_____
United States District Judge