UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER : JUDGE KURT D. ENGELHARDT
FORMALDEHYDE
PRODUCT LIABILITY
LITIGATION : DOCKET NO: MDL 1873 (N-5)

This Document Relates to:
*Rafat Alkurd, Individually and on behalf of the* : MAG. JUDGE ALMA L. CHASEZ
*Minor, A.A., et al versus*
*Heartland Recreational Vehicles, et al*
E.D. La. Suit No. 09-4671
Pertains to all plaintiffs
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

CONSIDERING THE FOREGOING, unopposed Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets;

IT IS ORDERED that the Motion to Dismiss without prejudice for Failure to Comply with Pre-Trial Order Nos. 2 & 32 Relating to Plaintiffs Fact Sheets filed by Heartland, Inc., is **GRANTED** with prejudice as to Heartland Recreational Vehicles, LLC and reserving the following plaintiffs' claims as to other defendants who have been named in this and other complaints against the correct or matched manufacturers, the United States of America, and government contractors:

- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Rafat Alkurd, individually and on behalf of the Minor A.A.*
- *Etaf Akurd*
- *Rafat Alkurd, individually and on behalf of the Minor N.A.*
- *Rafat Alkurd*
- *Individually and on behalf of the minor R.A.*
- *Dennis C. Armitage*
- *Jakob Bennett*
- *Nicole Bennett*
- *Angela Saragusa Bernard*
- *Susan Balbon Bigting*

- *Brittany L. Brightman*
- *Robin Clark, individually and on behalf of the Minor KC*
- *Allen Couvillon*
- *Sandra Lee Couvillon*
- *Angela Crawford, Individually and on behalf of the minor CC*
- *Rick & Stacy, individually and on behalf of the minor CD*
- *Rick & Stacy, Individually and on behalf of the minor HD*
- *Richard E. Davidson*
- *Stacy Ann Davidson*
- *Brittany Michel Deano*
- *Sophie A. Dominick*
- *Helen Deloris Ducayag*
- *Helen Deloris Ducayag*
- *Ashley Dusaules individually and on behalf of the minor DD*
- *Clarence Enclade*
- *Joseph W. Gallardo*
- *Samantha Gonzales, Individually and on behalf of the Minor AG*
- *Samantha Gonzales*
- *Samantha Gonzales, Individually and on behalf of the minor TG*
- *Thomas Gonzales*
- *Toni Ann Gonzales*
- *, Individually and on behalf of the Minor TG*
- *Natalie Mary Hahlos*
- *Karen D. Harwell*
- *Shawn Hernanez, Individually and on behalf of the Minor IH*
- *Floyd William Herty*
- *Louella Hill*
- *Roosevelt Hill*
- *Jennifer M. Honore*
- *Samuel G. Howell*
- *Lanney S. Jones*
- *Michelle M. Kenney*
- *Judy B. Kieff*
- *Eva Lafuentes*
- *Gerald A. LeBlanc*
- *Derrick Dean Lewis*
- *Mardell Lewis*
- *Sherman C. Lewis*
- *Dorothy C. Lezina*
- *William Dale Lind*
- *Linda S. Lopez*
- *Clifford J. Maher*
- *Jeffery Chauppetta, Individually and on behalf of the Minor HM*
- *Jeffery Chaupetta, Individually and on behalf of the Minor KM*

- *Jerilynn Pierce Melton*
- *Donna Miller*
- *Donna Miller, Individually and on behalf of the Minor KM*
- *Rachel Montana*
- *Kenneth Nastasi*
- *Michelle Nastasi*
- *Rosalie Nastasi*
- *Rosalie Nastasi*
- *Justin G. Nikolaus*
- *Richard W. Nye*
- *Norma K. Oalmann*
- *Pepito H. Patino*
- *Thomas Payn*
- *Jamere Jarron Payne*
- *Lititia Ann Payne*
- *Tarena Troschele Payne*
- *Brian Perez*
- *Gary Perez*
- *Lee Sylvia Perez*
- *Royce Perez*
- *Deborah Proctor Richard*
- *Dwight Richard*
- *Dwight Richard*
- *Brittany Roberts*
- *Jenny Roberts Individually and on behalf of the Minor JR*
- *Martin Roberts*
- *James S. Sakobie*
- *James Salande*
- *Kevin W. Salande*
- *Teresa C. Salande*
- *Louis J. Saubat*
- *Albert Schmiderer*
- *Regina Schmiderer*
- *Ray Schultz*
- *Terri Scott, Individually and on behalf of the Minor BS*
- *Sharon Simmons, Individually and on behalf of the Minor ES*
- *Jessica Simmons*
- *Jessica Simmons*
- *Cecilia C. Slayton*
- *Tara Galbreth, Individually and on behalf of the Minor CS*
- *Ariane M. Taylor*
- *Jessie J. Taylor*
- *Sharlene Taylor*
- *Ariane Taylor, individually and on behalf of the Minor TT*

- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Helen D. Ducayag, Individually and on behalf of the Minor IT*
- *Gwendolyn W. Totorico*
- *Richard Totorico*
- *Daniel Uribe*
- *Benjamin Henry Vandenborre*
- *Bridgette Walker, Individually and on behalf of the Minor LW*
- *Melvin Walker*
- *Eugene J. White*
- *Donovan Wilkinson*
- *Jasmine Williams*
- *Juline Williams, Individually and on behalf of the Minor JW*
- *Roberto Zambrano*

Further, the claims of the following plaintiffs are dismissed without prejudice as duplicative of those asserted in *Toni Ann Gonzales, et al. vs. Heartland Recreational Vehicles, et al.*, C.A. No. 10-3954:

- *Gary Leighton Howell*
- *Marilyn Howell*

New Orleans, Louisiana, this __13th__ day of _____January_____, 2012.

_____
United States District Judge.