UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
10-2238, 10-2260, 09-8618, 09-3909

## ORDER SEVERING CERTAIN CASES FOR TRIAL

Considering this Court's prior Orders and statements to counsel at the most recent general status conference regarding the Court's intention to immediately schedule for trial cases directly filed in or removed to the Eastern District of Louisiana in the event that the manufacturing defendant is unable to reach a global resolution of the claims filed against it; accordingly,

**IT IS ORDERED** that:

    1) The following member cases are hereby severed from the MDL for purposes of trial:

        *Charles Burns, et al v. Jayco, Inc.*, No.10-2238;

        *Thomas Morgan, et al v. Starcraft RV, Inc.*, No. 10-2260;

        *Monique Cambrice, et al, v. Jayco Enterprises Inc., et al*, No. 09-8618;

        *Joseph Quezergue, et al v. Jayco, Inc.*, No. 09-3909.

    2) Trials are hereby scheduled as follows:

        a)  Trial will commence in *Charles Burns, et al v. Jayco, Inc.*, No.10-2238, during the week beginning July 30, 2012 at 8:30 a.m., before the undersigned district judge with a jury;

   b)  Trial will commence in *Thomas Morgan, et al v. Starcraft RV, Inc.*, No. 10-2260, during the week beginning August 27, 2012 at 8:30 a.m., before the undersigned district judge with a jury;

   c)  Trial will commence in *Monique Cambrice, et al, v. Jayco Enterprises Inc., et al*, No. 09-8618, during the week beginning September 24, 2012 at 8:30 a.m., before the undersigned district judge with a jury; and

   d)  Trial will commence in *Joseph Quezergue, et al v. Jayco, Inc.*, No. 09-3909 during the week beginning October 22, 2012 at 8:30 a.m. before the undersigned district judge with a jury.

3) Motions to continue these trial dates will be summarily denied.  Counsel are instructed to clear their calendars for sufficient days to complete a full jury trial in each of the above cases.

4) The Court will issue forthwith a Trial Scheduling Order, setting deadlines in each of the above cases.

New Orleans, Louisiana, this 17th day of January, 2012

                _____
                **KURT D. ENGELHARDT**
                **UNITED STATES DISTRICT JUDGE**