## Johnson, Ryan

**From:** Steve Eagar <steveftla@gmail.com>
**Sent:** Wednesday, November 09, 2011 1:42 PM
**To:** Johnson, Ryan
**Cc:** 'Catherine Jacobs'; 'Kelly Moorman'
**Subject:** RE: Plaintiffs and VINs for Catherine Jacobs

Ryan,

10-1378 – Abdelhafiz, Bradley, Self
11-303 – Bracken, Bond, Campbell, Edwards, Hester, Martin, Spratley
11-304 – Seymour
10-1404 - Magee

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Wednesday, November 09, 2011 1:30 PM
**To:** 'Steve Eagar'
**Cc:** 'Catherine Jacobs'; 'Kelly Moorman'
**Subject:** RE: Plaintiffs and VINs for Catherine Jacobs

Steve: I spoke to Catherine about certain lawsuits, but didn't talk about particular plaintiffs. Where do these plaintiffs come from ? Are they in a particular suit, and if so, which one?

---

**From:** Steve Eagar [mailto:steveftla@gmail.com]
**Sent:** Wednesday, November 09, 2011 12:33 PM
**To:** Johnson, Ryan
**Cc:** 'Catherine Jacobs'; 'Kelly Moorman'
**Subject:** Plaintiffs and VINs for Catherine Jacobs

Ryan,

The following is a list of Plaintiffs represented by Catherine Jacobs and their VINs. It is my understanding that you will identify the proper manufacturing defendant. If anything is needed, please let me know.

Barbara Abdelhafiz - 47CTA20206L117998
Mary Bradley - 47CTA2P206L117998
Stephanie Self - 47CTS5P246L117162
Lana Bracken - 47CTS5P226L116527
Valeria Bond - 47CTS5P266L116513
Earl Campbell - 47CTS5P2161L116597
Apyril Edwards - 47CTD2N246M424529
Carolyn Hester - 47CTD2P2X6M425150
Paul Martin - 47CTS5P206L117014
Michael Spratley - 47CTS5N206L115492

1

Exhibit 4

Henry Seymour - 47CTS5P786L117200
Ruby Magee - 47CTS5P286L116435

Thank You,

# Steve Eagar

*Legal Assistant*
FEMA Trailer Litigation Annex
1161 Robinson Road
Ocean Springs, Mississippi 39564

Telephone: 228.872.4642
Facsimile: 228.872.4698
E-mail: steveftla@gmail.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (228.872.4667) or by electronic mail (steveftla@gmail.com), and delete this message and all copies and backups thereof. Thank you.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.454 / Virus Database: 271.1.1/3990 - Release Date: 11/08/11 19:34:00