---

**From:** Johnson, Ryan
**Sent:** Monday, January 12, 2009 4:48 PM
**To:** 'Justin Woods'
**Cc:** 'ANDREW WEINSTOCK'; Percy, James; Fischer, Madeleine
**Subject:** Formaldehyde litigation--Keystone Industries, Inc.

Justin: We are in the process of finalizing and filing our answers to the plaintiffs' master complaint, as amended.

In addition to Keystone RV Company, occassionally plaintiffs have referred to another entity called "Keystone Industries, Inc." as a defendant. The manufacturer that manufactured the units involved in the litigation is actually Keystone RV Company and Keystone Industries, Inc. is a defunct entity. It's been defunct since 1990. So, it wasn't a manufacturer as far as we know, and certainly wasn't around at the time that is relevant to plaintiffs' claims.

I've attached a copy of the printout from the Indiana Secretary of State's website so you can review it. I just wanted to give you a head's up b/c we'll be filing an answer for Keystone RV Company, but not Keystone Industries (we don't represent the entity, obviously). I thought I would just bring this to your attention so that you could, if plaintiffs wanted to do so, clean up the pleadings a bit to address this.

Let me know if you have questions on this.


Keystone Industries SOS in...

RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: http://www.joneswalker.com
Bio: http://www.joneswalker.com/professionals-88.html
*****************************************************************
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended

Exhibit 1

*Name Searched On:*
**KEYSTONE INDUSTRIES (Legal)**

**Current Information**

*Entity Legal Name:*
**KEYSTONE INDUSTRIES INC**

*Entity Address:*
**6801 LAKE PLAZA DRIVE SUITE D401, INDIANAPOLIS, IN 46220**

**General Entity Information:**

Control Number: **194355-025**
Status: **Admin Dissolved**
Entity Type: **For-Profit Domestic Corporation**

Entity Creation Date: **9/18/1962**
Entity Date to Expire:
Entity Inactive Date: **2/12/1990**

There are no other names on file for this Entity.

*Registered Agent(name, address, city, state, zip):*
**H B GREEN**
**6801 LAKE PLZ DR**
**NDPLS 4 , IN 46220**

*Principals(name, address, city, state, zip - when provided)*
**GREEN.HARRY. B.**
**President**
**4280 E 71ST ST**
**INDPLS ,**

**GREEN.LORETTA. M.**
**Secretary**
**4280 E 71ST ST**
**INDPLS ,**

Transactions:

| Date Filed | Effective Date | Type |
|---|---|---|
| 09/18/1962 | 09/18/1962 | Articles of Incorporation |
| 02/12/1990 | 02/12/1990 | Administrative Dissolution |

**Corporate Reports:**
**Years Paid**
1983   1984   1985   1986   1987

**Years Due**
2000/2001   2002/2003   2004/2005   2006/2007   2008/2009

https://secure.in.gov/sos/bus_service/online_corps/view_details_ppv.aspx

1/12/2009

## Johnson, Ryan

| | |
|---|---|
| **From:** | Justin Woods <jwoods@gainsben.com> |
| **Sent:** | Monday, January 12, 2009 4:55 PM |
| **To:** | Johnson, Ryan |
| **Cc:** | ANDREW WEINSTOCK; Percy, James; Fischer, Madeleine |
| **Subject:** | Re: Formaldehyde litigation--Keystone Industries, Inc. |

Thanks for the info.

Justin I. Woods

On Jan 12, 2009, at 4:47 PM, "Johnson, Ryan" <rjohnson@joneswalker.com <mailto:rjohnson@joneswalker.com>> wrote:

> Justin: We are in the process of finalizing and filing our answers to the plaintiffs' master complaint, as amended.
>
> In addition to Keystone RV Company, occassionally plaintiffs have referred to another entity called "Keystone Industries, Inc." as a defendant. The manufacturer that manufactured the units involved in the litigation is actually Keystone RV Company and Keystone Industries, Inc. is a defunct entity. It's been defunct since 1990. So, it wasn't a manufacturer as far as we know, and certainly wasn't around at the time that is relevant to plaintiffs' claims.
>
> I've attached a copy of the printout from the Indiana Secretary of State's website so you can review it. I just wanted to give you a head's up b/c we'll be filing an answer for Keystone RV Company, but not Keystone Industries (we don't represent the entity, obviously). I thought I would just bring this to your attention so that you could, if plaintiffs wanted to do so, clean up the pleadings a bit to address this.
>
> Let me know if you have questions on this.
>
> <<Keystone Industries SOS info.pdf>>
>
> RYAN E. JOHNSON
> Jones Walker
> Baton Rouge, Louisiana
> Direct: 225-248-2080
> Fax: 225-248-3080
> Email: <mailto:rjohnson@joneswalker.com>rjohnson@joneswalker.com <mailto:rjohnson@joneswalker.com>
> Website: <http://www.joneswalker.com>
> Bio: <http://www.joneswalker.com/professionals-88.html>

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<Keystone Industries SOS info.pdf>

**Johnson, Ryan**

| | |
|---|---|
| **From:** | Justin Woods <jwoods@gainsben.com> |
| **Sent:** | Monday, February 16, 2009 1:59 PM |
| **To:** | Johnson, Ryan |
| **Cc:** | ANDREW WEINSTOCK; Percy, James; Fischer, Madeleine; Gerald E. Meunier; Denise Martin; Tara Gilbreath; Carroll Lanassa |
| **Subject:** | RE: Formaldehyde litigation--Keystone Industries, Inc. |

Ryan,

We have taken a look at this issue and will take steps to clean this up particularly regarding the suits that will be filed prior to the March 2nd deadline.

Justin.

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Thursday, February 12, 2009 11:30 AM
**To:** Johnson, Ryan; Justin Woods
**Cc:** ANDREW WEINSTOCK; Percy, James; Fischer, Madeleine
**Subject:** RE: Formaldehyde litigation--Keystone Industries, Inc.

**Justin, on this one, have you had a chance to look at this? Please advise.**

**Ryan**

---

**From:** Johnson, Ryan
**Sent:** Monday, January 12, 2009 4:48 PM
**To:** 'Justin Woods'
**Cc:** 'ANDREW WEINSTOCK'; Percy, James; Fischer, Madeleine
**Subject:** Formaldehyde litigation--Keystone Industries, Inc.

**Justin: We are in the process of finalizing and filing our answers to the plaintiffs' master complaint, as amended.**

**In addition to Keystone RV Company, occassionally plaintiffs have referred to another entity called "Keystone Industries, Inc." as a defendant. The manufacturer that manufactured the units involved in the litigation is actually Keystone RV Company and Keystone Industries, Inc. is a defunct entity. It's been defunct since 1990. So, it wasn't a manufacturer as far as we know, and certainly wasn't around at the time that is relevant to plaintiffs' claims.**

1

I've attached a copy of the printout from the Indiana Secretary of State's website so you can review it. I just wanted to give you a head's up b/c we'll be filing an answer for Keystone RV Company, but not Keystone Industries (we don't represent the entity, obviously). I thought I would just bring this to your attention so that you could, if plaintiffs wanted to do so, clean up the pleadings a bit to address this.

Let me know if you have questions on this.

<< File: Keystone Industries SOS info.pdf >>

Ryan E. Johnson
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: <http://www.joneswalker.com>
Bio: <http://www.joneswalker.com/professionals-88.html>
*******************************************************************

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

*******************************************************************

2