UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br> FORMALDEHYDE PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> This applies to all cases ) | MDL NO. 1873 <br> SECTION "N" (4) <br><br> JUDGE ENGELHARDT <br><br> MAGISTRATE CHASEZ |

**KEYSTONE RV COMPANY'S RESPONSES TO PLAINTIFFS'
FIRST SET OF MERITS DISCOVERY INTERROGATORIES
TO ALL NON-GOVERNMENTAL DEFENDANTS**

Defendant Keystone RV Company ("Keystone"), incorrectly named in some of the underlying suits as Keystone Industries, Inc., responds to the "Plaintiffs' First Set of Merits Discovery Interrogatories to all Non-Governmental Defendants" as follows:

**INTERROGATORY NO. 1:**

Please identify the manufacturer, model, VIN number, and installer of any emergency housing unit provided to each individual listed on the attached exhibit lists.

**RESPONSE TO INTERROGATORY NO. 1:**

Keystone objects to this interrogatory as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Keystone also objects to this interrogatory to the extent (through the applicable definitions) it purports to seek information from other corporate entities, including subsidiaries, parent corporations and individuals who have no connection to the claims that are the subject of this litigation.

Subject to these objections, Keystone states that because it did not sell directly to individuals who received emergency housing units, at this time, Keystone does not have sufficient information to match the provided names with manufacturers, VIN numbers or models. This interrogatory is more properly addressed to the United States government, which is also a defendant in this action. Keystone also states that it does not have sufficient information to identify the installers of the emergency housing units it may have sold for use by FEMA. That information is more properly sought from the United States and/or from the installers themselves, some of whom are now defendants in this action.

Respectfully submitted,

*[signature]*

James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing discovery responses was served by U.S. Mail and email on liaison counsel for plaintiffs and defendants and counsel for the United States.

Baton Rouge, Louisiana, this 2nd day of March, 2009.

_____
Ryan E. Johnson