UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | MDL NO. 1873 LIABILITY LITIGATION JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Kinard Parish, et. al. vs. Morgan Buildings & Spas, Inc., et. al.* Cause: 10-2276 Plaintiff: *Viola Ishem* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS §

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff Viola Ishem.

3. On January 2, 2012, Plaintiff's attorney began calling Ishem Viola twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. On January 5, 2012, Plaintiff's attorney made contact with client and was able to obtain some of the answers to the deficiency questions posed by the defense in the Motion to Dismiss filed before the court. Client is still in regular contact with Attorney's office as client is still needing to obtain the VIN number and barcode to us due to attorney was not provided this information from FEMA.

**EXHIBIT "B"**

7. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

10/2/2008 - FEMA Plaintiff Fact Sheet Packet
11/10/2008 - FEMA Status Letter
5/27/2010 - FEMA Unmatched Final Warning Letter - Returned: 6/14/2010
7/13/2010 - Watts Hilliard - Resend Returned Mail Letter
5/13/2011 - FEMA 5-13-2011 Status Letter
1/2/2012 - FEMA Motion to Dismiss NC
1/5/2012 - Watts Hilliard - Plaintiff Fact Sheet Medical Authorization Signature Page cover letter

Signed this the 17th day of January, 2012.

NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of January, 2012, to certify which witness my hand and seal of office.


WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS