UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>SECTION "N" (5) | *<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 1873<br>LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| **THIS DOCUMENT IS RELATED TO:**<br>*Leanderous McClendon, et al. v. Morgan*<br>*Buildings & Spas, et al.*<br>No. 10-2279<br>Plaintiffs:<br>    Leanderous McClendon<br>    Edgar J. Jacobs<br>    Joseph Scott<br>    Jerry Womack<br>    Kenny James Womack | | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COME NOW Leanderous McClendon, Edgar J. Jacobs, Joseph Scott, Jerry Womack, and Kenny James Womack (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to Comply with Pretrial Order 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23954).

### A.    SPECIFIC PLAINTIFFS

Defendant Morgan Buildings & Spas, Inc. ("Morgan") claims that deficiencies remain in Plaintiffs' Fact Sheets. Defendant's claims will be addressed in sequence.

    1.    **Leanderous McClendon**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on January 16, 2012. See

attached Exhibit "A". Furthermore, an updated certification page has been requested from the Plaintiff, however to date has not been received by Plaintiff's counsel. As soon as this is received it will be forwarded to Defense Counsel. Plaintiff has materially complied with the Fact Sheet process set forth in Pretrial Order 32 and his claims should not be dismissed.

    **2.**    **Edgar J. Jacobs**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on January 16, 2012. See attached Exhibit "B". Plaintiff has materially complied with the Fact Sheet process set forth in Pretrial Order 32 and his claims should not be dismissed.

    **3.**    **Joseph Scott**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on January 16, 2012. See attached Exhibit "C". Plaintiff has materially complied with the Fact Sheet process set forth in Pretrial Order 32 and his claims should not be dismissed.

    **4.**    **Jerry Womack**

Plaintiff's counsel has recently spoken with Plaintiff, Kenny Womack with regards to Plaintiff, Jerry Womack's claim and has learned that Plaintiff, Jerry Womack is incarcerated until February 7, 2012. Plaintiff's counsel would ask the Court for leniency from the Court and extended time to obtain answers to deficiency questions raised in the immediate action. Furthermore, Plaintiff counsel would refer to Project Coordinator, Nicole Porter affidavit attached as Exhibit "D".

**5.   Kenny James Womack**

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit supplemental answers to the deficiencies to Defense counsel on January 16, 2012. See attached Exhibit "E".  Plaintiff has materially complied with the Fact Sheet process set forth in Pretrial 32 and his claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendant's Motion to Dismiss for Failure to Comply with Pretrial Order 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**ATTORNEYS FOR PLAINTIFFS**

4

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of January, 2012.

                                            /s/ Robert C. Hilliard
                                            _____
                                            **ROBERT C. HILLIARD**