# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  
**Case Name** McClendon, Leanderous  
**DOB** 4/30/1984   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

| Question # | Question |
|---|---|
| 1 | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
While living in the FEMA trailer I suffered from asthma attacks, coughing/shortness of breath, headaches, nausea, nosebleeds, skin rash/irritation, bronchitis, eye irritation/excessive tears, burning of the eyes, drying or scaling of skin, vomiting, emphysema/wheezing, persistent cough, tightness of the chest, throat irritation, and hoarseness.

| Question # | Question |
|---|---|
| 2 | Did not provide names of each physician or health care provider who treated Plaintiff during the last seven years, as required by Section IX (E). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
I do not know the physicians or heath care that has treated me in the last seven years.

| Question # | Question |
|---|---|
| 3 | Did not provide a response to whether plaintiff suffered with this type of illness disease prior to living in a FEMA trailer, as required by Section III (C)(6). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
I did not suffer from any symptoms prior to living in my FEMA housing unit.

| Question # | Question |
|---|---|
| 4 | Did not provide the identity of each address at which plaintiff resided during the last 5 years, as required by Section IV (A). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**EXHIBIT "A"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  
**Case Name** McClendon, Leanderous  
**DOB** 4/30/1984  **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Answer**
The following are the addresses I resided during the last 5 years:

1321 Pipkins Rd Greensburg LA, 70441 I lived there from 1/1/05-1/1/09. This is where I've been living all my life with my grandmother. I came here when I did not have anywhere to live.
530 Gaylon Allen Lane Greensburg LA 70441 - 01/2007-01/2008
8770 Elmgrove Gardens Baton Rouge, LA 70807 - 02/02/2009 -08/21/2009

**Question #** 5  
**Question** Did not provide plaintiff's State Driver's License Number and state issued, as required by Section IV (B)  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
My drivers license is 008099720 and it was issued in Louisiana.

**Question #** 6  
**Question** Did not provide plaintiff's educational background, as required by Section IV (E).  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
My highest level of education is 11th grade. I attended St. Helena Central High School located in Greensburg, Louisiana.

**Question #** 7  
**Question** Verify the name of the manufacturer of trailer or mobile home, as required by Section V (A)(1).  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
According to the information in my own personal records, I lived in a Morgan Building Systems, Inc. trailer.

**Question #** **Question**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  **Cause No.** 10-2279
**Case Name** McClendon, Leanderous  **Case Style** Leanderous McClendon, et. al. vs. Morgan
**DOB** 4/30/1984  **SSN** 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

| 8 | Verify the VIN Number, as required by Section V (A)(2). |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
According to the information in my own personal records, I lived in a Morgan Building Systems, Inc. trailer. The VIN number of the trailer is LH01051972.

| Question # | Question |
| 9 | Verify the FEMA Identification Number, as required by Section. |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
My FEMA ID Number is 941074859.

| Question # | Question |
| 10 | Verify the bar code number on the FEMA housing unit, as required by Section V (A)(4). |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
The bar code number on the FEMA housing unit is 1264732.

| Question # | Question |
| 11 | Did not provide the date plaintiff first occupied the temporary housing unit, as required by Section V (A)(6). |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  **Cause No.** 10-2279
**Case Name** McClendon, Leanderous   **Case Style** Leanderous McClendon, et. al. vs. Morgan
**DOB** 4/30/1984   **SSN** 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

I first moved into the trailer on 04/01/2006.

| Question # | Question |
|---|---|
| 12 | Did not provide the date plaintiff moved out of the temporary housing unit, as required by Section V (A)(7). |
| **Pet ID** 1836 | |
| **Def ID** 36 | |
| **Notice #** MTD NC | |

**Answer**
I moved out of the trailer on 12/14/2007.

| Question # | Question |
|---|---|
| 13 | Did not indicate the approximate square footage of the temporary housing unit, as required by Section V (A)(11). |
| **Pet ID** 1836 | |
| **Def ID** 36 | |
| **Notice #** MTD NC | |

**Answer**
The trailer was about 1,500 square feet.

| Question # | Question |
|---|---|
| 14 | Plaintiff states he suffered from long term stomach or bowel disease but did not provide any information about the condition. |
| **Pet ID** 1836 | |
| **Def ID** 36 | |
| **Notice #** MTD NC | |

**Answer**
I have suffered from long term stomach or bowel disease. I have been having real bad cramps in my stomach. I would not say long term. It goes and comes.

| Question # | Question |
|---|---|
| 15 | Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |
| **Pet ID** 1836 | |
| **Def ID** 36 | |
| **Notice #** MTD NC | |

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  
**Case Name** McClendon, Leanderous  
**DOB** 4/30/1984   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Answer**  
No doctor(s) or health care provider(s) treated me for any disease/illness/injury that I suffered as a result of living in the FEMA housing unit.

| Question # | Question |
|---|---|
| 16 | Did not provide the identity of plaintiff's current primary care physician, as required by Section IX (A). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I do not have a primary care physician.

| Question # | Question |
|---|---|
| 17 | Did not provide the identity of plaintiff's primary care physicians for the last seven years, as required by Section IX (B). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I have been seen by a primary care physician during the last seven years and I have been in the hospital several times in the past couple years, but I have forgotten all this information.

| Question # | Question |
|---|---|
| 18 | Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I have been seen by a primary care physician during the last seven years and I have been in the hospital several times in the past couple years, but I have forgotten all this information.

| Question # | Question |
|---|---|
| 19 | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |

**Pet ID** 1836  
**Def ID**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 201133  
**Case Name** McClendon, Leanderous  
**DOB** 4/30/1984    **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

---

Def ID: 36

**Notice #**  
MTD NC

**Answer**  
I have been seen by a primary care physician during the last seven years and I have been in the hospital several times in the past couple years, but I have forgotten all this information.

---

**Question #** 20  
**Question** Did not provide names of each physician or health care provider who treated Plaintiff during the last seven years, as required by Section IX (E).

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I have been seen by a primary care physician during the last seven years and I have been in the hospital several times in the past couple years, but I have forgotten all this information.

---

**Question #** 21  
**Question** Did not provide the pharmacies that dispensed medication to plaintiff during the last seven years, as required by Section IX (F).

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I was prescribed penicillin for the rashes on my body I got due to residing in the FEMA housing unit. I think the pharmacy was CVS in Baton Rouge LA.

---

_[signature]_                                  1/12/2012  
Plaintiff or Representative                   Date