# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238705  
**Case Name** Jacobs, Edgar J.  
**DOB** 9/28/1946   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

| Question # | Question |
|---|---|
| 1 | Mr. Jacobs identified several conditions which he suffered, and for four conditions, he did not identify whether he suffered the condition prior to living in a trailer housing unit (THU) or if the condition was worsened by a THU (Section III(C)(3)). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
In regards to my Throat Irritation, Allergies for the first time in my life, Diarrhea, and Burning of eyes, I did not suffer from either of these conditions prior to living in the FEMA trailer. All symptoms began after I moved into the trailer.

| Question # | Question |
|---|---|
| 2 | Mr. Jacobs failed to respond to the questions about whether he has recovered from the conditions. (Section III(C)(7)). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
No, I still have the same 4 conditions. I have not recovered from the conditions.

| Question # | Question |
|---|---|
| 3 | Concerning trailer 1, Mr. Jacobs stated he lived in a "Margon" unit, but did not provided the VIN number. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
The VIN # to my Morgan Building Systems, Inc trailer is 4CJ1F322462316707.

| Question # | Question |
|---|---|
| 4 | Did not provide the approximated square footage of the trailer housing unit. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**EXHIBIT "B"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238705  
**Case Name** Jacobs, Edgar J.  
**DOB** 9/28/1946  **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Answer**  
The FEMA housing unit was about 290 square feet.

| Question # | Question |
|---|---|
| 5 | Did not provide the length and width of the trailer housing unit. |

**Pet ID**  
1836

**Def ID**  
36

**Notice #**  
MTD NC

**Answer**  
The length and width of my Trailer Housing Unit is as follows:

Length: 29 feet  
Width: 10 feet

| Question # | Question |
|---|---|
| 6 | Did not respond to the question concerning whether his trailer housing unit was ever fumigated. |

**Pet ID**  
1836

**Def ID**  
36

**Notice #**  
MTD NC

**Answer**  
The trailer was never fumigated.

| Question # | Question |
|---|---|
| 7 | Did not respond to the question concerning whether any air quality tests were performed. |

**Pet ID**  
1836

**Def ID**  
36

**Notice #**  
MTD NC

**Answer**  
There were never air quality tests performed on the trailer.

| Question # | Question |
|---|---|
| 8 | In his Amendment to the Plaintiff Fact Sheet, Mr. Jacobs stated that his unit was manufactured by Morgan Building Systems and he also provided his FEMA ID number. However, he did not provide a VIN number. It is unclear whether Mr. Jacobs resides in a second trailer housing unit. He provided a page concerning Trailer 2, but he did not answer any of the questions. |

**Pet ID**  
1836

**Def ID**  
36

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238705  
**Case Name** Jacobs, Edgar J.  
**DOB** 9/28/1946   **SSN** 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  

**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

---

**Notice #**  
MTD NC

**Answer**  
The VIN # to my Morgan Building Systems, Inc trailer is 4CJ1F322462316707.  
I did not reside in a second trailer.

---

**Question #** 9  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Question**  
With regard to medical information (Section VII), Mr. Jacobs referred to Section III(C)(3), but did not provide any information concerning doctors or healthcare providers who treated him for the conditions identified in Section III.

**Answer**  
The clinic I went to was Central City Health Clinic to see Dr. Angelo Barthe on 9/18/2007, 9/19/2007, 9/26/2007, and 7/15/2007. His address is 2222 Simon Bolivar Ave Ste. 200, New Orleans, LA 70113. He treated my throat Irritation, allergies for the first time in my life, Diarrhea, and Burning of eyes.

---

**Question #** 10  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Question**  
To all questions in Section IX concerning his healthcare providers, including his current health care provider, Mr. Jacobs provided no response.

**Answer**  
My primary healthcare provider is Dr. Roy Marrero.  
Address: 5730 Waterford Blvd, New Orleans, LA 70127  
Telephone: (504)242-9464

---

_[signature]_                              1/12/2012  
Plaintiff or Representative                Date

Jacobs, Edgar J. - WGC#238705

## MTD NC
## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Edgar Jacobs_  **Edgar Jacobs**   12-31-11
Signature of Plaintiff    Print Your Name    Date

File No.
238705