# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238700  **Cause No.** 10-2279
**Case Name** Scott, Joseph  **Case Style** Leanderous McClendon, et. al. vs. Morgan
**DOB** 8/17/1948  **SSN** 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

| Question # | Question |
|---|---|
| 1 | Mr. Scott identified nine conditions which he suffered, and for eight conditions, he did not identify whether he suffered the conditions prior to living in a trailer housing unit (THU) or if the condition was worsened by a THU. (Section III(C)(3)). |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
I did not suffer from any of conditions prior to living in the trailer housing unit (THU), and I have not recovered from these conditions.

| Question # | Question |
|---|---|
| 2 | With regard to whether the trailer housing unit (THU) worsened a condition, Mr. Jacobs failed to respond to the questions about whether he has recovered from the conditions. (Section III(C)(7)). |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
I have not recovered from any of the nine conditions that I listed.

| Question # | Question |
|---|---|
| 3 | Mr. Scott did not provide any information about his education ( Section IV (E)) |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**Answer**
My highest level of education completed was Sixth Grade. The School was Lawless Junior High, located at 5300 Law Street, New Orleans, LA 70117 and I do not recall the phone number however the school no longer exists.

| Question # | Question |
|---|---|
| 4 | Mr. Scott did not provide any information about his employment history ( Section IV (F)) |

**Pet ID** 1836
**Def ID** 36
**Notice #** MTD NC

**EXHIBIT "C"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238700  
**Case Name** Scott, Joseph  
**DOB** 8/17/1948   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Answer**
I am not employed at this time. I have not been employed in the past 10 years.

| Question # | Question |
|---|---|
| 5 | Concerning his trailer housing unit, Mr. Scott did not provide the VIN number. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
The VIN # to my Morgan Building Systems, Inc. trailer is 4CJ1F322462316707.

| Question # | Question |
|---|---|
| 6 | Concerning his trailer housing unit, Mr. Scott did not provide the approximate size of his THU. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
It was a handicap trailer, about 29 feet by 10 feet. SQ feet was 290

| Question # | Question |
|---|---|
| 7 | He did not respond to the question about whether air quality tests were ever performed in the THU. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**
I remember someone coming to the trailer to perform a test but I do not remember what they did.

| Question # | Question |
|---|---|
| 8 | He did not respond to the question about whether the THU had been fumigated. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238700  
**Case Name** Scott, Joseph  
**DOB** 8/17/1948  **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

MTD NC

**Answer**
Yes, the trailer has was fumigated. It was fumigated in August of 2006 for roaches.

| Question # | Question |
|---|---|
| 9 | He did not respond to the question about whether the THU had been repaired. |

**Pet ID** 1836

**Def ID** 36

**Notice #** MTD NC

**Answer**
The trailer was repaired in May of 2006. My window was replaced because it was broken.
In June of 2006, my air conditioning unit was serviced because it was not cooling.

| Question # | Question |
|---|---|
| 9 | Mr. Scott also did not identified the persons residing in his THU (Section V(E)). |

**Pet ID** 1836

**Def ID** 36

**Notice #** MTD NC

**Answer**
The other persons who resided in the FEMA housing unit are as follows:

Name: Edgar Jacobs  
Age: 65  
Address: 6515 Congress Drive, New Orleans, LA 70126  
Phone: (504) 331-6767  
Dates Resided: 08/2005 - 08/2006  
Personal injury claim: Yes  
Nature of the claim: Throat Irritation, Allergies for the first time in life, Diarrhea, and Burning of eyes.

_____  
Plaintiff or Representative

1/12/2012  
Date

Scott, Joseph - WGC#238700

## MTD NC
## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Joseph Scott_  Joseph Scott _Joseph Scott_  1-2-12
Signature of Plaintiff      Print Your Name           Date

Jan 02 12 08:39a    Chief Body And Fenderwks    5049451146    p.1