UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * | MDL NO. 1873 LIABILITY LITIGATION |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Leanderous McClendon, et. al. vs. Morgan Building Systems, Inc., et. al.* Cause: 10-2279 Plaintiff: Jerry Womack | * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS § 

COUNTY OF NUECES §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On January 4, 2010 and January 9, 2012 Plaintiff's attorney has performed "Person Searches" in to attempt to locate Jerry Womack and have had no success.

4. On December 27th, 2011, Plaintiff's attorney began calling Jerry Womack twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file and the phone numbers retrieved from Person Searches appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a message due to various reasons.

**EXHIBIT "D"**

7. On January 10, 2012, Plaintiff's attorney contacted client's cousin Kenny Womack who has a similar FEMA formaldehyde trailer litigation. Kenny informed plaintiff's attorney that Jerry in incarcerated until February 7, 2012.

8. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   09/30/2008 - FEMA Plaintiff Fact Sheet Packet
   11/10/2008 - FEMA Status Letter
   06/27/2009 - FEMA Town Hall Meeting Letter
   12/31/2009 - No Contact Letter
   02/04/2010 - FEMA No FEMA Number Warning Letter
   05/27/2010 - FEMA - No FEMA Number Final Warning Letter
   05/13/2011 - FEMA Status Letter
   12/27/2011 - FEMA Motion to Dismiss

7. As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the __17th__ day of __January__, 20__12__.

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __17th__ day of __January__, 20__12__, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014