# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202614  
**Case Name** Womack, Kenny James  
**DOB** 2/26/1980   **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

| Question # | Question |
|---|---|
| 1. | Plaintiff Fact Sheet Signed and Dated |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
Please see attached certification.

| Question # | Question |
|---|---|
| 2. | Whether he suffered from the conditions prior to living in a THU or if the condition was worsened by a THU. ( III C. 3.) |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I did not suffer from these symptoms prior to living in my FEMA housing unit.

| Question # | Question |
|---|---|
| 3. | Did not provide the THU vin number. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
The VIN number of the trailer is LH01051972.

| Question # | Question |
|---|---|
| 4. | FEMA bar code number |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**EXHIBIT "E"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202614  
**Case Name** Womack, Kenny James  
**DOB** 2/26/1980    **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Answer**  
The Barcode number of the trailer is 1264732.

| Question # | Question |
|---|---|
| 5. | Or the approximate size of the THU Section V |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
The trailer was about 1,500 square feet.

| Question # | Question |
|---|---|
| 6. | How many days per week he worked outside the home or whether he ever temporarily lived in another location. ( V. ) |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
I did not work. I stayed at home, I never lived at another temporarily location.

| Question # | Question |
|---|---|
| 7. | He did not identify the persons residing in his THU (section V (E). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Answer**  
Those who resided with me in the trailer are as follows:

Alice White, I do not know her current age. Her address is 70450 Silo Trailer Rd. lot # 9 Tangipoah LA. She lived in the trailer from 4/2006- 12/2007. I do not know if she is making a personal injury claim.

James White, age 23, lived in the trailer. I do not know his current address. He lived there from 4/2006 -12/2007. James is making a personal injury claim. He is claiming illness.

Myself. Kenny Womack age 31. My current address is 455 Pistol Womack Rd. Greensburg LA

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202614  
**Case Name** Womack, Kenny James  
**DOB** 2/26/1980  **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

70441. I lived at the trailer from 4/2006- 12/2007. Yes, I am making a personal injury claim due to sinus problems, trouble breathing.

| Question # | Question |
|---|---|
| 8. | With regard to medical information (section VII) Did not identify the doctor(s) or health care provider(s) who treated plaintiff for disease/illness/injury that plaintiff alleges were suffered as a result of living in a FEMA housing unit, as required by Section VII (A-B). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
I did not seek medical attention for my injuries related to living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 9. | Mr. Womack referred to section III C 3, but did not provide any information concerning doctors or healthcare providers who treated him for the conditions identified in section III. |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
I did not seek medical attention for my injuries related to living in a FEMA housing unit.

| Question # | Question |
|---|---|
| 10. | Did not provide names of each physician or health care provider who treated Plaintiff during the last seven years, as required by Section IX (E). |

**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC  

**Answer**  
Each physician/health care provider who treated me during the last seven years are as follows:

1/2007  
Dr. Wayne Jimmie Vernador  
6214 Highway 10, Greensburg, LA 70441  
(225) 222-3206

| Question # | Question |
|---|---|
| 11. | Did not provide the list of symptoms experienced while living in a FEMA trailer, as required in Section III (C)(3). |

**Pet ID** 1836

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202614  
**Case Name** Womack, Kenny James  
**DOB** 2/26/1980    **SSN** 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  
**Cause No.** 10-2279  
**Case Style** Leanderous McClendon, et. al. vs. Morgan

**Def ID**  
36

**Notice #**  
MTD NC

**Answer**  
The symptoms I experienced during the time I lived in the FEMA housing unit are as follows:

irritation to eyes  
irritation to nasal membranes inside the nose  
irritation or itching of skin  
rashes on skin  
drying or scaling of skin  
headaches  
persistent cough  
I sought treatment from over the counter medication for all symptoms.

**Question #** 12.  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Question**  
Section IX (A) Did not provide the identity of plaintiff s current primary care physician, as required by Section IX

**Answer**  
I do not have a current primary care physician at this time.

**Question #** 13.  
**Pet ID** 1836  
**Def ID** 36  
**Notice #** MTD NC

**Question**  
Did not provide the identity of plaintiff s primary care physicians for the last seven years, as required by Section IX (B).

**Answer**  
My primary care physicians for the last seven years are as follows:

1/2007  
Dr. Wayne Jimmie Vernador  
6214 Highway 10, Greensburg, LA 70441  
(225) 222-3206

**Question #** 14.  
**Pet ID**

**Question**  
Did not provide hospitals/clinics/health care facilities where plaintiff received inpatient treatment during the last seven years, as required by Section IX(C).

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 202614
**Case Name** Womack, Kenny James
**DOB** 2/26/1980   **SSN** 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
**Cause No.** 10-2279
**Case Style** Leanderous McClendon, et. al. vs. Morgan

Pet ID: 1836
Def ID: 36
Notice #: MTD NC

**Answer**
I have not received any inpatient treatment within the last seven years.

| Question # | Question |
|---|---|
| 15. | Did not provide hospitals/clinics/health care facilities where plaintiff received outpatient treatment during the last seven years, as required by Section IX (D). |

Pet ID: 1836
Def ID: 36
Notice #: MTD NC

**Answer**
I did not receive any outpatient treatment within the last seven years.

_____           1/12/2012
Plaintiff or Representative           Date

Womack, Kenny James - WGC#202614

## MTD NC
## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_Kenny Womack_          __Kenny Womack__          12-29-11
**Signature of Plaintiff**          **Print Your Name**          **Date**