UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | LIABILITY LITIGATION |
| | SECTION "N" (5) | * | |
| | | * | |
| | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| | | * | |
| **THIS DOCUMENT IS RELATED TO:** | | * | |
| *Maria Raffield v. R-Vision Inc., et al.* | | * | |
| No. 10-1261 | | * | |
| Plaintiffs: | | * | |
|     Latoya Batiste | | * | |
|     Damion Batiste | | * | |
|     Latoya Batiste obo Damion Batiste | | * | |
|     Latoya Batiste obo Sa'renity Batiste | | * | |
|     Lekeshia Bradley | | * | |
|     Liz Mitchell obo Bria Mitchell | | * | |
|     Shatarra Declouiet obo Takerra Citizen | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COME NOW Latoya Batiste, Damion Batiste, Latoya Batiste obo Damion Batiste, Latoya Batiste obo Sa'renity Batiste, Lekeshia Bradley, Liz Mitchell obo Bria Mitchell, and Shatarra Declouiet obo Takerra Citizen (hereinafter "Plaintiffs") and file this Memorandum in Opposition to Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 & 32 Relating to Plaintiff Fact Sheets (Rec. Doc. 23976).

### A.    SPECIFIC PLAINTIFFS

Defendants Jayco, Inc. ("Jayco") and Fluor Enterprises, Inc. ("Fluor") claim that deficiencies remain in Plaintiffs' Fact Sheets. Defendants' claims will be addressed in sequence.

**1.      Latoya Batiste**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "A".

**2.      Damion Batiste**

Plaintiff's counsel has attempted to contact him on multiple occasions but has been unsuccessful in reaching him.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "B".

**3.      Latoya Batiste obo Damion Batiste Jr.**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "C".

**4.      Latoya Batiste obo Sa'renity Batiste**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "D".

**5.   Lekeshia Bradley**

Plaintiff's counsel has attempted to contact her on multiple occasions but has been unsuccessful in reaching her.  For more detail, Plaintiff's counsel would refer you to

the Affidavit of Watts Hilliard Project Coordinator Nicole Porter, attached hereto as Exhibit "E".

### 6.      Liz Mitchell obo Bria Mitchell

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "F". Furthermore, an updated certification page has been submitted to Defense counsel on January 16, 2012. Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

### 7.      Shatarra Declouiet obo Takerra Citizen

Plaintiff's counsel has recently spoken with Plaintiff and did in fact submit answers to the Defense counsel on January 1, 2012, please see attached Exhibit "G". Furthermore, an updated certification page has been submitted to Defense Counsel on January 16, 2012.  Plaintiff has complied with the Fact Sheet process set forth in PTO 2 and PTO 32 and therefore her claims should not be dismissed.

For the reasons set forth above, Plaintiffs pray that Defendants' Motion to Dismiss for Failure to Comply with Pre-Trial Orders Nos. 2 and 32 Relating to Plaintiff Fact Sheets in all things be denied.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261


**ATTORNEYS FOR PLAINTIFFS**


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of January, 2012.


/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**