UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5)** | * * * * * * * | **MDL NO. 1873 LIABILITY LITIGATION** **JUDGE ENGELHARDT MAGISTRATE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:** *Marla Raffield, as Next Friend of E. R., a minor, et. al. vs. R-Vision, Inc., et. al.* Cause: *10-1261* Plaintiff: *Damion Batiste* | * * * * * * | |

## AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS          §

COUNTY OF NUECES     §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter, known to me to be the person whose name is subscribed below, and after being duly sworn on oath, deposed and stated:

1. My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of the facts stated herein. The statements contained in this affidavit are true and correct.

2. I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3. On December 2, 2011 Plaintiff's attorney has performed "Person Searches" in to attempt to locate Damion Batiste and have had no success.

4. On December 5th, 2011, Plaintiff's attorney began calling Damion Batiste twice daily with the phone numbers we had on file in an attempt to obtain answers to deficiency questions posed by the defense in the Motion to Dismiss filed before the court.

5. The phone numbers on file and the phone numbers retrieved from Person Searches appear to be invalid. To further clarify, the numbers are either disconnected or we are unable to leave

**EXHIBIT "B"**

message due to various reasons.

6. Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   5/13/2011 - FEMA 5-13-2011 Status Letter - Returned: 5/19/2011
   5/20/2011 - Non-Lit Manufactured Settlement Notice - Returned: 5/19/2011
   12/27/2011 - FEMA Draft Dismiss NC
   12/29/2011 - FEMA Motion to Dismiss NC

7. As of today's date Plaintiff's attorney has not heard from Plaintiff

Signed this the 17th day of January, 2012.

*Nicole Porter*
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the 17th day of January, 2012 to certify which witness my hand and seal of office.

*Wynter Lee*
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014