**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **LIABILITY LITIGATION** |
| | **SECTION "N" (5)** | * | |

IN RE:   **FEMA TRAILER**                    *   **MDL NO. 1873**
         **FORMALDEHYDE PRODUCTS**           *   **LIABILITY LITIGATION**
         **SECTION "N" (5)**                 *
                                             *
                                             *   **JUDGE ENGELHARDT**
                                             *   **MAGISTRATE CHASEZ**
                                             *
**THIS DOCUMENT IS RELATED TO:**             *
*Marla Raffield, as Next Friend of E. R., a minor, et.*   *
*al. vs. R-Vision, Inc., et. al.*            *
*Cause: 10-1261*                             *
*Plaintiff: Latoya Batiste as next of friend D.B.*   *
                                             *
                                             *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF NICOLE PORTER

STATE OF TEXAS              §

COUNTY OF NUECES            §

BEFORE ME, the undersigned authority, on this day personally appeared Nicole Porter,

known to me to be the person whose name is subscribed below, and after being duly sworn on oath,

deposed and stated:

1.    My name is Nicole Porter. I am over eighteen years of age and I have personal knowledge of
      the facts stated herein. The statements contained in this affidavit are true and correct.

2.    I am a Project Coordinator with the Law Offices of Watts Hilliard, P.C. I have been the
      person who has been handling the Plaintiff Fact Sheet for Plaintiff.

3.    On December 2, 2011 Plaintiff's attorney has performed "Person Searches" in to attempt to
      locate Latoya Batiste and have had no success.

4.    On December 5th, 2011, Plaintiff's attorney began calling Latoya Batiste twice daily with the
      phone numbers we had on file in an attempt to obtain answers to deficiency questions posed
      by the defense in the Motion to Dismiss filed before the court.

5.    The phone numbers on file and the phone numbers retrieved from Person Searches appear to
      be invalid. To further clarify, the numbers are either disconnected or we are unable to leave a

---

**EXHIBIT "C"**

message due to various reasons.

6.   Plaintiff's attorney has mailed letters to said client to obtain information regarding the Plaintiff Fact Sheet. Please see listed dates and letters mailed below:

   05/13/2011 - FEMA Status Letter
   05/20/2011 - Non-Lit Manufactured Settlement Notice
   11/29/2011 - FEMA Draft Dismiss
   12/09/2011 - No Contact Letter for Active Clients
   12/27/2011 - FEMA Draft Dismiss
   12/29/2011 - FEMA Motion to Dismiss

7.   As of today's date Plaintiff's attorney has not heard from Plaintiff.

Signed this the __17th__ day of __January_____, 2012

_____
NICOLE PORTER

SWORN TO AND SUBSCRIBED before me by NICOLE PORTER on the __17th__ day of __January__, 2012 to certify which witness my hand and seal of office.

WYNTER LEE
MY COMMISSION EXPIRES
June 24, 2014

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS