# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238012  
**Case Name** Mitchell, Bria  
**DOB** 9/22/1994   **SSN** 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  
**Cause No.** 09-7084  
**Case Style** Tanisha Banks, et. al. vs. Skyline Corporation,

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III. C. 3. |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**

While living in the FEMA housing unit Bria suffered from eye irritation/excessive tears, burning of eyes, eye irritation/excessive tears, irritation to nasal membranes, skin rash/irritation, headaches, nausea, abdominal pain, diarrhea, difficulty in breathing, emphysema/wheezing, tightness of the chest, throat irritation, asthma attacks that are recurrence of childhood asthma, burning sensation in chest, sinus infections/sinusitis, dizziness, depression, and suicidal thoughts.
The doctors/health care providers who treated Bria are as follows:

Dr. Champa Charraborti located on 5001 Westlake Expressway, Marrero,LA phone number 504-349-8755, 2007-2009.

Richard Doskey 4841 Avron St Meterie LA  Phone # 504-779-5040 2007-2009

Kristen Wolfe Social Worker located on 5001 Westlake Expressway, Marrero,LA phone number 504-349-8755 treated for depression dates of treatment 2007-2009

River Oaks Hospital located on 1525 River Oaks Marrero,LA 504-734-1740 treated for suicidal thoughts in 02/25/2009 - 03/01/2009.

| Question # | Question |
|---|---|
| 2 | Manufacturer V.A.1. - Identifies Skyline Corp., not R-Vision |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**

According to the information provided by the US government through the FEMA offices in the matching process, Bria lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2861502643. The Barcode number of that trailer was 1344052. Bria first occupied this trailer in 12/2005. Bria moved out of this trailer in 02/2006.

| Question # | Question |
|---|---|
| 3 | VIN # V.A.2 - Identifies a non-R-Vision VIN |

**Pet ID** 1626

**EXHIBIT "F"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238012  
**Case Name** Mitchell, Bria  
**DOB** 9/22/1994  **SSN** 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  
**Cause No.** 09-7084  
**Case Style** Tanisha Banks, et. al. vs. Skyline Corporation,

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Bria lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2861502643. The Barcode number of that trailer was 1344052. Bria first occupied this trailer in 12/2005. Bria moved out of this trailer in 02/2006.

**Question #** | **Question**
4 | Bar Code V.A.4 - None for an R-Vision trailer

**Pet ID**  
1626

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Bria lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2861502643. The Barcode number of that trailer was 1344052. Bria first occupied this trailer in 12/2005. Bria moved out of this trailer in 02/2006.

**Question #** | **Question**
5 | Move in Date for R-Vision trailer V.A. 6.

**Pet ID**  
1626

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Bria lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2861502643. The Barcode number of that trailer was 1344052. Bria first occupied this trailer in 12/2005. Bria moved out of this trailer in 02/2006.

**Question #** | **Question**
6 | Move out Date for R-Vision trailer V. A. 7.

**Pet ID**  
1626

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 238012  
**Case Name** Mitchell, Bria  
**DOB** 9/22/1994   **SSN** 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  
**Cause No.** 09-7084  
**Case Style** Tanisha Banks, et. al. vs. Skyline Corporation,

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Bria lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WYT32P2861502643. The Barcode number of that trailer was 1344052. Bria first occupied this trailer in 12/2005. Bria moved out of this trailer in 02/2006.

| Question # | Question |
|---|---|
| 7 | Smoking History of Other Trailer Resident(s) VI. D. |

**Pet ID**  
1626

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
No one who resided with Bria used any kind of tobacco product.

| Question # | Question |
|---|---|
| 8 | Sign and date Certification. |

**Pet ID**  
1626

**Def ID**  
98

**Notice #**  
MTD NC

**Answer**  
Please see attached certification.

_____   1/12/2012  
Plaintiff or Representative         Date

Mitchell, Bria - WGC#238012

## MTD NC
## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

| Signature of Plaintiff | Liz Mitchell, as Next Friend of Bria Mitchell, a minor | 1-2-2042 |
|---|---|---|
| | Print Your Name | Date |