# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249770  
**Case Name** Citizen, Takerra Johntreace  
**DOB** 8/17/2006   **SSN** 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  
**Cause No.** 09-7980  
**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a

| Question # | Question |
|---|---|
| 1 | Diagnosed Illness III.C.3(Second Question Below the Chart) |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Takerra was diagnosed with sinus infection, cough, headaches, and skin rash at the children's clinic located at 2903 1st Avenue, Lake Charles, LA 70601-8897.

| Question # | Question |
|---|---|
| 2 | Manufacturer V.A.1 |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Takerra lived in a R-Vision, Inc., trailer.

| Question # | Question |
|---|---|
| 3 | VIN # V.A.2 |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Takerra lived in a R-Vision, Inc. trailer. The VIN number of that trailer was 4WTC32236B007953.

| Question # | Question |
|---|---|
| 4 | Bar Code V.A.4 |

**Pet ID** 1626  
**Def ID** 98  
**Notice #**

**EXHIBIT "G"**

# Plaintiff Fact Sheet Deficiency Answers

**WGC#** 249770  
**Case Name** Citizen, Takerra Johntreace  
**Cause No.** 09-7980  
**Case Style** Ossie Joseph, et. al. vs. DS Corp. d/b/a  
**DOB** 8/17/2006   **SSN** 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

MTD NC

**Answer**  
According to the information provided by the US government through the FEMA offices in the matching process, Takerra lived in a R-Vision, Inc. trailer. The barcode number of that trailer was 1338293.

| Question # | Question |
|---|---|
| 5 | Smoking History of other trailer resident(s). VI.D. |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
No one smoked while living in the FEMA trailer.

| Question # | Question |
|---|---|
| 6 | Signed Certification |

**Pet ID** 1626  
**Def ID** 98  
**Notice #** MTD NC

**Answer**  
Please see attached certification

_____  1/12/2012  
Plaintiff or Representative    Date

249770 - DS1-

Citizen, Takerra Johntreace - WGC#249770

# DRAFT DISMISS NC
# CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

*Shatarra DeClouiet*
**Signature of Plaintiff**

**Shatarra DeClouiet, as Next Friend of Takerra Citizen, a minor**
**Print Your Name**

1-3-11
**Date**