UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS SECTION "N" (5) | * * * * * * * | MDL NO. 1873 LIABILITY LITIGATION<br><br>JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Amber Jones v. R-Vision, Inc.,* No. 09-7104 *Elica Allen v. R-Vision, Inc.,* No. 10-2201 *Gwendolyn White v. R-Vision, Inc.,* No. 09-4734 *Marica Stephen v. R-Vision, Inc.,* No. 09-7917 *Marla Raffield v. v. R-Vision, Inc.,* No. 10-1261 *Stephenie Adkison v. v. R-Vision, Inc.,* No. 09-7814 Plaintiffs Listed in Appendix A | * * * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs in the referenced matters, listed in Appendix "A", and file this Memorandum in Opposition to Liberty Mutual Insurance Company's Motion for Summary Judgment (24067), and, in support, would show:

The Plaintiffs whose claims are the subject of Liberty Mutual's Motion of Summary Judgment have reviewed the same and the case law cited therein. After reviewing the same, said Plaintiffs living in the states of Alabama and Mississippi concede that they are not aware of case law that they can cite for a direct cause of action against an insurer for Plaintiffs living in Alabama or Mississippi when the accident or injury occurred. Therefore, said Plaintiffs identified in Appendix "A" agree to have their cases dismissed against only Liberty Mutual Insurance Company in the above referenced actions.

Plaintiffs did however, note some inconsistencies in Defendant's Appendix "A" identifying Plaintiffs:

13 - Kimberley Lee is not a Plaintiff in the *Amber Jones* case as indicated, but is a Plaintiff in the *Marla Raffield* case;

19 - Pamela Bennett is not in a Plaintiff in the *Amber Jones* case as indicated, but is a Plaintiff in the *Marla Raffield* case, and then she also is listed as No. 67 under *Marla Raffield* so # 19 could be duplicate error on document; and

58 - Katherine Banks had Mississippi identified as her state of residence, however she lived in a trailer in Alabama.

Respectfully submitted,

/s/ Robert C. Hilliard
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiff**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**DANIEL D. WARE**
State and Federal Bar No. 10847
WARE LAW FIRM, PLLC
2609 US Highway 49 South
Florence, Mississippi, 39073
Telephone: (601) 845-9273
Facsimile: (601) 845-0749

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of January, 2012.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**