# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:     FEMA TRAILER             MDL NO. 1873
              FORMALDEHYDE
              PRODUCTS LIABILITY
              LITIGATION

**JUDGE: ENGELHARDT**

This Document Relates to:

**MAG: CHASEZ**

All Cases

---

## DEFENDANT PROFILE FORM

### (For Thor Industries, Inc.)

All Manufacturing Defendants sued in this matter must complete and submit this Defendant Profile Form. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

The questions contained within this Defendant Profile Form shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your response.

1. **IDENTIFICATION AND CONTACT INFORMATION OF DEFENDANT COMPLETING THIS PROFILE FORM**

   A.    Defendant's Name:  Thor Industries, Inc.
   B.    Address: 419 West Pike Street, Jackson Center, OH
   C.    Website: www.thorindustries.com
   D.    Principal Place of Business:  Jackson Center, OH
   E.    Place of Incorporation:  Delaware
   F.    Has Defendant operated under any other names from 2005 to present?  No.

{B0666171.1}

Exhibit 1

If so, please list and explain why: _____ **N/A** _____

(If you have identified more than one entity in 1 (A) above, separately answer
1(B)-1(F) for each entity.)

2.   **COUNSEL INFORMATION FOR DEFENDANT**

     A.   Name of Attorney and Firm: **James C. Percy and Ryan E. Johnson,
          Jones Walker**

     B.   Address of Firm: **8555 United Plaza Blvd., Baton Rouge, LA 70809**

     C.   Phone Number: **225-248-2000**

     D.   Fax Number: **225-248-3080**

     E.   E-mail: **jpercy@joneswalker.com; rjohnson@joneswalker.com**

3.   **INSURANCE INFORMATION**

A.   Identify all of your CGL, Product Liability, and Excess Insurance and/or any
     applicable insurance policies from 2005 to present:

     For each policy, identify the following:

          Insurer: _____
          Insurer Address: _____
          Policy Dates: _____
          Policy Number: _____
          Insurance Agent: _____

          **See listing of policies on Attachment "A"**

     Please attach a copy of the policy including Declaration page, exclusions and
complete policy language for each listed party.

     **Thor Industries' 2005-2006 policy has already been produced to
plaintiffs.  *See* KEY 000001-73.  Additional policies are being provided
contemporaneously with this profile form. *See* KEY 0076057-0076436.
These policies have been marked as "Confidential" pursuant to the Court's
protective order.**

4.   **EMERGENCY HOUSING UNITS:**

     For each year from 2004 to present, please identify how your VIN numbers
can be "decoded"? (that is, what does each number or letter mean in the 17 digit
VIN numbers assigned to each unit by you.) Also, please attach any documents that
identify how your VIN numbers can be "decoded."

{B0666171.1}

Thor Industries, Inc. is not a manufacturer of travel trailers or park model trailers and is not a proper defendant in this litigation. Consequently, the company lacks information that is responsive to this topic.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U .S.C. § 1746 that all information provided in this Defendant Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____
Signature

David G. Thomas, Vice President of Legal Affairs
for Thor Industries, Inc., RV Group

_____
Print Name and Title

June 11, 2010

_____
Date

Address:_____
Telephone:_____
E-mail Address:_____

**(Can be contacted through counsel of record listed above)**

{B0666171.1}