# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:    FEMA TRAILER            MDL NO. 1873
             FORMALDEHYDE
             PRODUCTS LIABILITY
             LITIGATION

                                  JUDGE: ENGELHARDT

**This Document Relates to:**

                                  MAG: CHASEZ

**All Cases**

---

## DEFENDANT PROFILE FORM

### (For Thor California, Inc.)[1]

      All Manufacturing Defendants sued in this matter must complete and submit this Defendant Profile Form. You must supplement your response if you learn they are incomplete or incorrect in any material respect. If additional space is needed to answer any questions or complete your responses, additional pages may be attached.

      The questions contained within this Defendant Profile Form shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your response.

1.     **IDENTIFICATION AND CONTACT INFORMATION OF DEFENDANT COMPLETING THIS PROFILE FORM**

      A.     Defendant's Name: **Thor California, Inc.**
      B.     Address: **14255 Elsworth Street, Moreno Valley, CA 92553**
      C.     Website: **www.thorca.com**
      D.     Principal Place of Business: **Moreno Valley, CA**

---

[1] On or about June 30, 2008, Thor Industries, Inc. sold its interest in Thor California, Inc. Thus, this form, the information regarding insurance and insurance policies are provided through the effective date of the sale only.

{B0666283.1}

Exhibit 4

E.   Place of Incorporation:  **Delaware**
F.   Has Defendant operated under any other names from 2005 to present? **No.**
     If so, please list and explain why: _____ **N/A** _____

(If you have identified more than one entity in 1 (A) above, separately answer 1(B)-1(F) for each entity.)

2.   **COUNSEL INFORMATION FOR DEFENDANT**

   A.   Name of Attorney and Firm: **James C. Percy and Ryan E. Johnson, Jones Walker**
   B.   Address of Firm: **8555 United Plaza Blvd., Baton Rouge, LA 70809**
   C.   Phone Number: **225-248-2000**
   D.   Fax Number: **225-248-3080**
   E.   E-mail: **jpercy@joneswalker.com; rjohnson@joneswalker.com**

3.   **INSURANCE INFORMATION**

A.   Identify all of your CGL, Product Liability, and Excess Insurance and/or any applicable insurance policies from 2005 to present:

   For each policy, identify the following:

   Insurer: _____
   Insurer Address: _____
   Policy Dates: _____
   Policy Number: _____
   Insurance Agent: _____

**See listing of policies on Attachment "A"**

   Please attach a copy of the policy including Declaration page, exclusions and complete policy language for each listed party.

   **The 2005-2006 policy applicable to Thor California has already been produced to plaintiffs.  *See* KEY 000001-73.  Additional policies are being provided contemporaneously with this profile form.  *See* KEY 0076057-0076275.  These policies have been marked as "Confidential" pursuant to the Court's protective order.**

{B0666283.1}

4. **EMERGENCY HOUSING UNITS:**

For each year from 2004 to present, please identify how your VIN numbers can be "decoded"? (that is, what does each number or letter mean in the 17 digit VIN numbers assigned to each unit by you.) Also, please attach any documents that identify how your VIN numbers can be "decoded."

**Thor California. is submitting with this form, copies of documents that explain the corporation's VIN numbering system.  See THOR-CAL 0000971-0000972.  These documents are marked "Confidential" pursuant to the protective order entered by the Court.**

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U .S.C. § 1746 that all information provided in this Defendant Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____
Signature

David G. Thomas, Vice President of Legal Affairs
for Thor Industries, Inc., RV Group
(See Footnote 1 – Thor California, Inc. was a wholly owned subsidiary of Thor Industries, Inc.)

_____
Print Name and Title

June 11, 2010
_____
Date

Address:_____
Telephone:_____
E-mail Address:_____

**(Can be contacted through counsel of record listed above)**

{B0666283.1}