# ERRATA SHEET

**Claimant Name:** Early, John

**Claimant's Attorney:** Frank D'Amico Jr.

1. Did not provide VIN number or FEMA identification number. See Section V(2), (3).
   VIN: 47CTDWR226P614118
   FEMA Identification number: John Early does not know his FEMA Identification number. He is currently awaiting his disaster file. When he will receive his disaster file this information will be supplemented.

_____          MAY 1 8 2009
**Plaintiff or Representative**                          **Date**

Exhibit 4

## Amendment to the Plaintiff Fact Sheet

**Claimant name:** Jim Krause

**Claimant Attorney:** Frank D'Amico Jr. /Anthony Irpino

**Manufacturer:** Thor Industries

Please note the following updates to the previously submitted Plaintiff Fact Sheet.

**Section V:**

**Manufacturer:** Thor Industries

**VIN:** 47CTDER276G520519

**Bar code:** 1228769

**FEMA ID:** 939419700

_____          Nov 12, 2010
Plaintiff or Representative                                Date

Amendment to the Plaintiff Fact Sheet

Claimant Name: Adams, Doris

Claimant's Attorney: D'Amico / Irpino

Manufacturer: Dutchmen

Please note the following updates to the previously submitted Plaintiff Fact Sheet

III. CASE INFORMATION (B)

V. FEMA Trailer or Mobile Home Unit

Manufacturer: Dutchmen

Vin #47CTCRS256C653159

FEMA ID # 940860904

Barcode # 1313118

_____        FEB 2 0 2010
Plaintiff or Representative                    Date