IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> Section "N" (5) |
| This document relates to <br> CA 09-8654; Thomas B. Hendrix, et al. v. Lakeside Park Homes, Inc., et al. <br> Plaintiff #30 Anita Hendrix <br> Plaintiff #43,44,45 Sharon Serpas <br> Plaintiff #47 Vibiana Thomas | Judge Kurt D. Engelhardt <br> Magistrate Alma L. Chasez |

## ORDER GRANTING AGBAYANI CONSTRUCTION CORPORATION'S MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEETS

On this day, the Court considered Agbayani Construction Corporation's Motion to Dismiss for Failure to Provide Plaintiff Fact Sheets relating to the claims of Plaintiffs Anita B. Hendrix, Sharon G. Serpas, and Vibiana L. Thomas. The Court has determined that this Motion should be **GRANTED**. It is therefore ORDERED that the claims of Anita B. Hendrix, Sharon G. Serpas, and Vibiana L. Thomas are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, LA this 17th day of January, 2012.

KURT D. ENGELHARDT
United States District Court