IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>Section "N" (5) |
| This document relates to<br>CA 09-8660; Anthony Pohlmann, Jr., et al. v. Dutchmen Manufacturing, Inc., et al.<br>Plaintiff #12 Corey Kelly | Judge Kurt D. Engelhardt<br>Magistrate Alma L. Chasez |

### ORDER GRANTING SRS, INC.'S MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF FACT SHEET

On this day, the Court considered SRS. Inc.'s Unopposed Motion to Dismiss for Failure to Provide Plaintiff Fact Sheet relating to the claims of Plaintiff Corey Kelly. The Court has determined that this Motion should be **GRANTED**. It is therefore ORDERED that the claims of Corey Kelly are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, LA this  17th  day of   January  , 2012.

```
                              _____
                                    KURT D. ENGELHARDT
                                    United States District Court
```

1