```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                               EASTERN DISTRICT OF LOUISIANA

          UNITED STATES JUDICIAL PANEL         2012 JAN 17  AM 10:59
                        on
              MULTIDISTRICT LITIGATION
                                                   LORETTA G. WHYTE
                                                         CLERK
```

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO−51)**


On October 24, 2007, the Panel transferred 1 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 960 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.


Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1873

### SCHEDULE CTO-51 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SECT. N/5 |
|---|---|---|---|---|
| MISSISSIPPI SOUTHERN | | | | |
| MSS | 1 | 11-00483 | Markham et al v. Gulfstream Coach, Inc. et al | 12-108 |
| MSS | 1 | 11-00488 | Davis et al v. Recreation By Design, LLC et al | 12-109 |
| MSS | 1 | 11-00492 | Boone v. DS Corp. et al | 12-110 |
| MSS | 1 | 11-00493 | Lewis et al v. Dutchmen Manufacturing, Inc. et al | 12-111 |
| MSS | 1 | 11-00494 | Abney et al v. Gulfstream Coach, Inc. et al | 12-112 |
| MSS | 1 | 11-00495 | Goudy et al v. Heartland Recreational Vehicles, LLC et al | 12-113 |
| MSS | 1 | 11-00496 | Anderson et al v. Keystone RV Company et al | 12-114 |
| MSS | 1 | 11-00499 | Allen et al v. Crum &Forster Specialty Insurance Co et al | 12-115 |
| MSS | 1 | 11-00502 | Capsel et al v. Sun Valley, Inc. et al | 12-116 |
| MSS | 1 | 11-00503 | Alsworth et al v. Thor California, Inc. et al | 12-117 |
| MSS | 1 | 11-00505 | Coleman et al v. Frontier RV, Inc. | 12-118 |
| MSS | 1 | 11-00521 | Craven et al v. Thor California, Inc. et al | 12-119 |
| MSS | 1 | 11-00524 | Willis et al v. KZRV, LP et al | 12-120 |
| MSS | 1 | 11-00528 | Bell et al v. KZRV, LP et al | 12-121 |
| MSS | 1 | 11-00529 | Beck et al v. TL Industries, Inc. et al | 12-122 |
| MSS | 1 | 11-00530 | Hebert et al v. Crum &Forster Specialty Insurance Company et al | 12-123 |
| MSS | 1 | 11-00531 | Washington v. TL Industries, Inc. et al | 12-124 |
| MSS | 1 | 11-00539 | Mayes et al v. Frontier Manufacturing, Inc. et al | 12-125 |
| MSS | 1 | 11-00540 | Savoy et al v. Dutchmen Manufacturing, Inc. et al | 12-126 |
| MSS | 1 | 11-00541 | Shannon et al v. Recreation By Design, LLC et al | 12-127 |
| MSS | 1 | 11-00542 | Tuck et al v. Crossroads RV, Inc. et al | 12-128 |
| MSS | 1 | 11-00545 | Toliver et al v. Sun Valley, Inc. et al | 12-129 |
| MSS | 1 | 11-00548 | Acklin v. Gulf Stream Coach, Inc. et al | 12-130 |
| MSS | 1 | 11-00550 | Brickley et al v. Gulf Stream Coach, Inc. et al | 12-131 |
| MSS | 1 | 11-00560 | Shannon et al v. Recreation By Design, LLC et al | 12-132 |
| MSS | 1 | 11-00575 | Acker et al v. Gulf Stream Coach, Inc. et al | 12-133 |