# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 1873 |
| | * | SECTION N(5) |
| THIS DOCUMENT RELATES TO:. | * * | JUDGE ENGELHARDT |
| *Williams et al v. Thor California Inc.* 09-3990; | * * | MAGISTRATE CHASEZ |

*Williams et al v. Thor California Inc.* 09-3990;

*Darby et al v. Thor Ind., Inc., et al* 09-4025;

*Acker, et al v. Thor Ind., Inc., et al* 09-4067;

*Jenkins v. Four Winds Int. Co., et al* 09-4906;

*Jenkins v. Four Winds Int. Co., et al,* 09-4908;

*Franklin et al v. Thor Calif., Inc., et al,* 09-4928;

*Strickland et al v. Four Winds Int. Corp.,* 09-4933;

*Williams, Jr. et al v. Thor Ind., Inc. et al,* 09-5530;

*Christophe et al v. Thor Calif., Inc.* 09-5636;

*Barabin obo Tamiah Howard, et al, v. Thor Calif., Inc. et al,* 09-5638;

*Smith, et al v. Thor Calif., Inc., et al,* 09-5640;

*Bradley, et al v. Thor Calif., Inc. et al* 09-5651;

*Faustermann et al v. Thor Calif., Inc.* 09-5679;

*Juanita Landry et al v. Four Winds Int. Corp.* 09-5731;

*Gillis Branch OBO Eddie Branch et al v. Thor Calif., Inc.* 09-5744;

*Godfrey, et al v. Thor Calif., Inc. et al* 09-8302;

*Eugene, et al v. Thor Calif., Inc.,* 09-8312

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' MOTION TO SEVER CLAIMS
## AND TO JOIN EXISTING ACTION

## PLAINTIFFS' MOTION TO SEVER CLAIMS
## AND TO JOIN EXISTING ACTION

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs in the above referenced actions and seek to have their claims severed from the above referenced lawsuits and join into an existing action against Dutchmen Manufacturing, Inc., *Julie Cook et al, v. Dutchmen Manufacturing Inc.*, Case No. 09-5957 (E.D. La. 2009) that they may proceed against Dutchmen Manufacturing, Inc. as opposed to Thor Industries, Thor California, Inc. or Four Winds International Corporation.  In support of the same Plaintiffs would refer you to the Memorandum filed in support of the same.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/ *Lawrence J. Centola, Jr.*
        Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

/s/ *Lawrence J. Centola, Jr.*
Lawrence J. Centola, Jr.