UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT RELATES TO:. | * * | JUDGE ENGELHARDT |
| *Williams et al v. Thor California Inc.* 09-3990; | * * | MAGISTRATE CHASEZ |
| *Darby et al v. Thor Ind., Inc., et al,* 09-4025; | * * | |
| *Acker, et al v. Thor Ind., Inc., et al* 09-4067; | * * | |
| *Jenkins v. Four Winds Int. Co., et al* 09-4906; | * * | |
| *Jenkins v. Four Winds Int. Co., et al,* 09-4908; | * * | |
| *Franklin et al v. Thor Calif., Inc., et al,* 09-4928; | * * | |
| *Strickland et al v. Four Winds Int. Corp.*, 09-4933; | * * | |
| *Williams, Jr. et al v. Thor Ind., Inc. et al,* 09-5530; | * * | |
| *Christophe et al v. Thor Calif., Inc.* 09-5636; | * * | |
| *Barabin obo Tamiah Howard, et al, v. Thor Calif., Inc. et al,* 09-5638; | * * * | |
| *Smith, et al v. Thor Calif., Inc., et al,* 09-5640; | * * | |
| *Bradley, et al v. Thor Calif., Inc. et al* 09-5651; | * * | |
| *Faustermann et al v. Thor Calif., Inc.* 09-5679; | * * | |
| *Juanita Landry et al v. Four Winds Int. Corp.* 09-5731; | * * * | |
| *Gillis Branch OBO Eddie Branch et al v. Thor Calif., Inc.* 09-5744; | * * * | |
| *Godfrey, et al v. Thor Calif., Inc. et al* 09-8302; | * | |
| *Eugene, et al v. Thor Calif., Inc.,* 09-8312 | | |

**************************************************************

**<u>NOTICE OF SUBMISSION</u>**

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs' Motion to Sever Claims and to Join *Julie Cook et al, v. Dutchmen Manufacturing Inc.* Case No. 2:09-cv-5967will be submitted to the Honorable Kurt Englehardt, in the United States District Court for the Eastern District of Louisiana on January 25, 2012, at 9:30 a.m. or as soon as thereafter as may be submitted.

Respectfully submitted,

HURRICANE LEGAL CENTER, LLC

BY:  /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.
Lawrence J. Centola, Jr., LA Bar #3962
600 Carondelet Street, Suite 602
New Orleans, LA 70130
(504) 525-1944 (telephone)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

 /s/  *Lawrence J. Centola, Jr.*
            Lawrence J. Centola, Jr.