UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 1873 |
| | | SECTION N(5) |
| THIS DOCUMENT RELATES TO:. | * * | JUDGE ENGELHARDT |
| *Williams et al v. Thor California Inc.* 09-3990; | * * | MAGISTRATE CHASEZ |
| *Darby et al v. Thor Ind., Inc., et al,* 09-4025; | * * | |
| *Acker, et al v. Thor Ind., Inc., et al* 09-4067; | * * | |
| *Jenkins v. Four Winds Int. Co., et al* 09-4906; | * * | |
| *Jenkins v. Four Winds Int. Co., et al,* 09-4908; | * * | |
| *Franklin et al v. Thor Calif., Inc., et al,* 09-4928; | * * | |
| *Strickland et al v. Four Winds Int. Corp.*, 09-4933; | * * | |
| *Williams, Jr. et al v. Thor Ind., Inc. et al,* 09-5530; | * * | |
| *Christophe et al v. Thor Calif., Inc.* 09-5636; | * * | |
| *Barabin obo Tamiah Howard, et al, v. Thor Calif., Inc. et al,* 09-5638; | * * * | |
| *Smith, et al v. Thor Calif., Inc., et al,* 09-5640; | * * | |
| *Bradley, et al v. Thor Calif., Inc. et al* 09-5651; | * * | |
| *Faustermann et al v. Thor Calif., Inc.* 09-5679; | * * | |
| *Juanita Landry et al v. Four Winds Int. Corp.* 09-5731; | * * * | |
| *Gillis Branch OBO Eddie Branch et al v. Thor Calif., Inc.* 09-5744; | * * * | |
| *Godfrey, et al v. Thor Calif., Inc. et al* 09-8302; | * | |
| *Eugene, et al v. Thor Calif., Inc.,* 09-8312 | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

Considering the foregoing Motion to Sever and to Join Existing Claims filed on

Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs identified in Exhibit A claims be and hereby are SEVERED from the Thor claims and Four Wind claims as identified in the above caption, and that they be and hereby are granted leave to join the prior existing action *Julie Cook et al, v. Dutchmen Manufacturing Inc*. Case No. 09-5957 filed against Dutchmen Manufacturing, Inc. and the prescription period for these claims be tolled as at the time of their original filings.

DATED this _____day of _____, 2012, in New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2012 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants.

                                               /s/ *Lawrence J. Centola, Jr.*
                                                 Lawrence J. Centola, Jr.