**EXHIBIT A**

| PLAINTIFF | ORIGINAL CASE | FEMA PROVIDED MATCH | VIN |
|---|---|---|---|
| Casey Ferrand | 2:09-cv-3990 | Thor Industries | 47CTS5P296L116878 |
| Charmaine Ferrand | 2:09-cv-3990 | Thor Industries | 47CTS5P296L116878 |
| JeByron Boyd | 2:09-cv-3990 | Thor Industries | 47CTA2N295L114891 |
| Joshua Ferrand | 2:09-cv-3990 | Thor Industries | 47CTS5P296L116878 |
| Steven Ferrand, Sr. | 2:09-cv-3990 | Thor Industries | 47CTS5P296L116878 |
| Troy Williams | 2:09-cv-3990 | Thor Industries | 47CTA2N295L114891 |
| Bryand McIntosh on behalf of B.M. | 2:09-cv-4025 | Thor Industries | 47CTDER256G521491 |
| Britney Wesson | 2:09-cv-4025 | Thor Industries | 47CTA2P266L117892 |
| Bryand McIntosh, Sr. | 2:09-cv-4025 | Thor Industries | 47CTDER256G521491 |
| Chavela McIntosh | 2:09-cv-4025 | Thor Industries | 47CTDER256G521491 |
| Danita Ervin | 2:09-cv-4025 | Thor Industries | 47CTS5P206L117241 |
| Danita Ervin obo K.E. | 2:09-cv-4025 | Thor Industries | 47CTS5P206L117241 |
| Danita Ervin obo D.H. | 2:09-cv-4025 | Thor Industries | 47CTS5P206L117241 |
| Earl Reine, Sr | 2:09-cv-4025 | Thor Industries | 47CTA2P266L117892 |
| Frank Padilla Jr. on behalf of F.P. | 2:09-cv-4025 | Thor Industries | 47CTD2N216M424875 |
| Frank Padilla Jr. on behalf of P.P. | 2:09-cv-4025 | Thor Industries | 47CTD2N216M424875 |
| Frank Padilla, Jr. | 2:09-cv-4025 | Thor Industries | 47CTD2N216M424875 |
| Gaynell Pomes | 2:09-cv-4025 | Thor Industries | 47CTS5P296L116699 |
| Katie Reine | 2:09-cv-4025 | Thor Industries | 47CTA2P266L117892 |
| Kelly Jean Wheat | 2:09-cv-4025 | Thor Industries | 47CTD2P286M425003 |
| Paula Williams | 2:09-cv-4025 | Thor Industries | 47CTA2P246L116238 |
| Paula Williams on behalf of Paul Williams | 2:09-cv-4025 | Thor Industries | 47CTA2P246L116238 |
| Rachel Padilla | 2:09-cv-4025 | Thor Industries | 47CTD2N216M424875 |
| Vidal Thomas | 2:09-cv-4025 | Thor Industries | 47CTFTR2X5G518325 |

**EXHIBIT A**

| PLAINTIFF | ORIGINAL CASE. | FEMA PROVIDED MATCH | VIN |
|---|---|---|---|
| Vidal Thomas on behalf of D.S. | 2:09-cv-4025 | Thor Industries | 47CTFTR2X5G518325 |
| Vidal Thomas on behalf of D.S. | 2:09-cv-4025 | Thor Industries | 47CTFTR2X5G518325 |
| Vidal Thomas on behalf of D.W. | 2:09-cv-4025 | Thor Industries | 47CTFTR2X5G518325 |
| Charles Torregano, Jr | 2:09-cv-4067 | Thor Industries | 47CTS5P296L117089 |
| Daisy McGhee | 2:09-cv-4067 | Thor Industries | 47cts5p296l117092 |
| Philis Acker | 2:09-cv-4067 | Thor Industries | 47CTS5P296L117089 |
| Philis Acker on behalf of C.A. | 2:09-cv-4067 | Thor Industries | 47CTS5P296L117089 |
| Philis Acker on behalf of D.A. | 2:09-cv-4067 | Thor Industries | 47CTS5P296L117089 |
| Rebecca Torrence | 2:09-cv-4067 | Thor Industries | 47CTA2P216L117833 |
| Robert Torrence, Sr. | 2:09-cv-4067 | Thor Industries | 47CTA2P216L117833 |
| Carol Jenkins | 2:09-cv-4906 | Four Winds International Corporation | 47CTD4N295G516745 |
| Rudolph Jenkins, Sr. | 2:09-cv-4906 | Four Winds International Corporation | 47CTD4N295G516745 |
| Dorothy Williams | 2:09-cv-4908 | Four Winds International Corporation | 47CTA2P226L116285 |
| Lisa Cooper | 2:09-cv-4928 | Thor Industries | 47CTDER2X6G521499 |
| Jesse Strickland | 2:09-cv-4933 | Four Winds International Corporation | 47CTS5P206L116865 |
| Patrice Strickland | 2:09-cv-4933 | Four Winds International Corporation | 47CTS5P206L116865 |
| Ruth Strickland | 2:09-cv-4933 | Four Winds International Corporation | 47CTS5P206L116865 |
| Ruth Strickland on behalf of L.S. | 2:09-cv-4933 | Four Winds International Corporation | 47CTS5P206L116865 |
| Wendell Strickland | 2:09-cv-4933 | Four Winds International Corporation | 47CTS5P206L116865 |
| Caroline Williams | 2:09-cv-5530 | Thor Industries | 47CTDER206520037 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Caroline Williams on behalf of K.H. | 2:09-cv-5530 | Thor Industries | 47CTDER206520037 |
| Warren Williams, Jr. | 2:09-cv-5530 | Thor Industries | 47CTDER206520037 |
| William Warren on behalf of L.W. | 2:09-cv-5530 | Thor Industries | 47CTDER206520037 |
| Amber Danna | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Autumn Danna | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Kirby Danna | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Kirby Danna on behalf of A.D. | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Richard Danna | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Suzanne Danna | 2:09-cv-5636 | Thor Industries | 47CTDER286G521405 |
| Donna Vincent | 2:09-cv-5638 | Thor Industries | 47CTD2P226M424218 |
| Donna Vincent on behalf of A.V. | 2:09-cv-5638 | Thor Industries | 47CTD2P226M424218 |
| Frank Varona | 2:09-cv-5638 | Thor Industries | 47CTD2N206M424639 |
| Harold Vincent | 2:09-cv-5638 | Thor Industries | 47CTD2P226M424218 |
| Josephine Varona | 2:09-cv-5638 | Thor Industries | 47CTD2N206M424639 |
| Kathryn Nunez | 2:09-cv-5638 | Thor Industries | 47CTFMR256P614449 |
| Peter Winkler | 2:09-cv-5638 | Thor Industries | 47CTD2N206M424639 |
| Rachel Vincent | 2:09-cv-5638 | Thor Industries | 47CTD2P226M424218 |
| Rikki Vincent | 2:09-cv-5638 | Thor Industries | 47CTD2P226M424218 |
| Thomas Nunez | 2:09-cv-5638 | Thor Industries | 47CTFMR256P614449 |
| Lillie Smith | 2:09-cv-5640 | Thor Industries | 47CTS5M216J115546 |
| Linda R. Oubichon on behalf of Dan Smith | 2:09-cv-5640 | Thor Industries | 47CTS5M216J115546 |
| Denise Walker | 2:09-cv-5651 | Thor Industries | 47CTDER2X6G521499 |
| Gloria Caldwell | 2:09-cv-5651 | Thor Industries | 47CTD1N2X6P614246 |
| Johanna Williams | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |

**EXHIBIT A**

| Name | Case | Manufacturer | VIN |
|---|---|---|---|
| Joyce Sylvester | 2:09-cv-5651 | Thor Industries | 47CTFEN276M423354 |
| Lillie Smith | 2:09-cv-5651 | Thor Industries | 47CTS5M216J115546 |
| Linda Oubichon | 2:09-cv-5651 | Thor Industries | 47CTS5M216J115546 |
| Mercile Winfield | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Sharon Winfield | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Shaun Espradron Sr. on behalf of S. E. | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Shaun Espradron, Sr. | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Tanisha Espradron | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Tanisha Espradron on behalf of T.B. | 2:09-cv-5651 | Thor Industries | 47CTDER216G521388 |
| Akeem Martin | 2:09-cv-5679 | Thor Industries | 47CTDER226G520671 |
| Brayone Albert | 2:09-cv-5679 | Thor Industries | 47CTDER226G520671 |
| Carolyn Martin | 2:09-cv-5679 | Thor Industries | 47CTDER226G520671 |
| Ebony Williams | 2:09-cv-5679 | Thor Industries | 47CTFMR216P614464 |
| Gillis Branch | 2:09-cv-5679 | Thor Industries | 47CTD2N286M424260 |
| John Faustermann | 2:09-cv-5679 | Thor Industries | 47CTS5P2X6L116906 |
| Joyce Faustermann | 2:09-cv-5679 | Thor Industries | 47CTS5P2X6L116906 |
| Misunique Martin | 2:09-cv-5679 | Thor Industries | 47CTDER226G520671 |
| Otis Anderson | 2:09-cv-5679 | Thor Industries | 47CTDER226G520671 |
| Paulette Williams | 2:09-cv-5679 | Thor Industries | 47CTFMR216P614464 |
| Harold Landry | 2:09-cv-5731 | Four Winds International Corporation | 47CTFEP206M424813 |
| Juanita Landry | 2:09-cv-5731 | Four Winds International Corporation | 47CTFEP206M424813 |
| Gillis Branch | 2:09-cv-5744 | Thor Industries | 47CTD2N286M424260 |
| Gillis Branch on behalf of Eddie Branch | 2:09-cv-5744 | Thor Industries | 47CTD2N286M424260 |
| Carrol Godfrey | 2:09-cv-8302 | Thor Industries | 47btzef2066520913 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Tamera Godfrey | 2:09-cv-8302 | Thor Industries | 47btzef2066520913 |
| Chris Eugene | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |
| David Cavalier | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |
| Pearl Howard | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |
| Pernell Howard | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |
| Pernell Howard on behalf of B.H. | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |
| Victoria Cavalier | 2:09-cv-8312 | Thor Industries | 47CTDER296G520652 |