## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER <br> FORMALDEHYDE <br> PRODUCTS LIABILITY LITIGATION <br> <br> THIS DOCUMENT RELATED TO: <br> *Doris Tolliver, et al., v. Forest River, Inc., et al.* <br> *Civil Action No. 09-8635* | *   MDL No. 1873 <br> * <br> *   JUDGE ENGELHARDT <br> * <br> *   MAGISTRATE CHASEZ <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that they have attempted to contact opposing counsel of record and have received no response to date; therefore, indicating to Plaintiffs' counsel, its opposition to Plaintiffs' Motion for Leave to File Amended Complaints.

                                       Respectfully submitted,

                                      /s/ Frank J. D'Amico, Jr.
                                      FRANK J. D'AMICO, JR. (LSBA# 17519)
                                      Frank J. D'Amico, Jr., APLC
                                      4731 Canal St.
                                      New Orleans, LA  70119
                                      Phone: (504) 525-7272
                                      Fax: (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)